# AMENDED Exhibit 256

# PLAINTIFFS' OMNIBUS OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

Case No.: 4:22-md-03047-YGR
MDL No. 3047
In Re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation

CONFIDENTIAL

Page 1

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
- - -
IN RE:  SOCIAL MEDIA ADOLESCENT         :MDL NO.
ADDICTION/PERSONAL INJURY PRODUCTS     :4:22-MD-
LIABILITY LITIGATION                   :3047-YGR
                                       :

SUPERIOR COURT OF THE STATE OF CALIFORNIA
FOR THE COUNTY OF LOS ANGELES
SPRING STREET COURTHOUSE
- - -
COORDINATION PROCEEDING SPECIAL TITLE  :
(RULE 3.400)                           :LEAD CASE
                                       :NO. FOR
SOCIAL MEDIA CASES                     :FILING
                                       :PURPOSES
                                       :22STCV21355
                                       :
- - -
CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER
DEPOSITION UNDER VIDEO EXAMINATION OF
LOTTE RUBAEK
April 1, 2025
        Videotaped deposition of LOTTE RUBAEK taken pursuant to notice, was held at the law offices of Lieff Cabraser Heimann & Bernstein, 250 Hudson Street, New York, New York, beginning at 9:03 a.m. Eastern, on the above date, before Michelle L. Ridgway, a Registered Professional Reporter, Certified Court Reporter (NJ-CCR # XI02126), Certified Realtime Reporter, Certified Shorthand Reporter  (CA-CSR # 14592), and Notary Public.

CONFIDENTIAL

Page 2

APPEARANCES:

MOTLEY RICE LLC
BY:   JODI WESTBROOK FLOWERS, ESQ.
BY:   ANNIE E. KOUBA, ESQ.
BY:   RICHARD J. CASHON, JR., ESQ.
(In person)
28 Bridgeside Boulevard
Mt. Pleasant, South Carolina 29464
843.216.9149
jflowers@motleyrice.com
akouba@motleyrice.com
rcashon@motleyrice.com
Representing the Plaintiffs

MOTLEY RICE LLC
BY:   LINDA SINGER, ESQ.
(Zoom)
401 9th Street, NW
Suite 1001
Washington, D.C. 20004
202.386.9626
lsinger@motleyrice.com
Representing the Plaintiffs

MOTLEY RICE LLC
BY:   JESSICA COLOMBO, ESQ.
(Zoom)
20 Church Street
17th Floor
Hartford, Connecticut 06103
860.218.2739
jcolombo@motleyrice.com
Representing the Plaintiffs

ROBBINS GELLER RUDMAN & DOWD LLP
BY:   NICOLLE BRITO, ESQ.
(In person)
225 NE Mizner Boulevard
Suite 720
Boca Raton, Florida 33432
561.750.3000
nbrito@rgrdlaw.com
Representing the State of Arkansas

CONFIDENTIAL

APPEARANCES:  (Cont'd.)

OFFICE OF THE KENTUCKY ATTORNEY GENERAL
BY:  ZACHARY J. RICHARDS, ESQ.
(Zoom)
1024 Capital Center Drive
Suite 200
Frankfort, Kentucky 40601
502.892.8538
zachary.richards@ky.gov
Representing the State of Kentucky

NEW JERSEY OFFICE OF THE ATTORNEY GENERAL
BY:  MANDY K. WANG, ESQ.
(In person)
124 Halsey Street
5th Floor
Newark, New Jersey
973.648.2052
mandy.wang@law.njoag.gov
Representing the State of New Jersey

OFFICE OF THE TENNESSEE ATTORNEY GENERAL
BY:  KEATON W. MURPHY, ESQ.
(Zoom)
315 Deaderick Street
20th Floor
Nashville, Tennessee 37243
615.837.5155
keaton.murphy@ag.tn.gov
Representing the State of Tennessee

THE OFFICE OF THE WEST VIRGINIA ATTORNEY GENERAL
BY:  ABBY CUNNINGHAM, ESQ.
(Zoom)
1900 Kanawha Boulevard E
Room 26
Charleston, West Virginia 25305
304.558.2021
abby.g.cunningham@wvago.gov
Representing the State of West Virginia

CONFIDENTIAL

Page 4

APPEARANCES:   (Cont'd.)


MASSACHUSETTS ATTORNEY GENERAL'S OFFICE
BY:   KAITLYN KARPENKO, ESQ.
(In person)
One Ashburton Place
19th Floor
Boston, Massachusetts 02108
617.727.2200
kaitlyn.karpenko@mass.gov
Representing the Commonwealth of Massachusetts


HACH ROSE, LLP
BY:   HILLARY M. NAPPI, ESQ.
(Zoom)
112 Madison Ave, 10th floor
New York, New York 10016
212.213.8311
Hhappi@hrsclaw.com
Representing the Plaintiffs


COVINGTON & BURLING LLP
BY:   ISAAC D. CHAPUT, ESQ.
BY:   HASSAN AHMAD, ESQ.
(In person)
3000 El Camino Real, 5 Palo Alto Square
10th Floor
Palo Alto, California 94306
650.632.4700
ichaput@cov.com
hahmad@cov.com
Representing Meta Platforms, Inc., f/k/a
Facebook, Inc.; Facebook Holdings, LLC;
Facebook Operations, LLC; Facebook
Payments, Inc.; Facebook Technologies, LLC;
Instagram, LLC; Siculus, Inc.; and Mark Elliot
Zuckerberg

CONFIDENTIAL

Page 5

APPEARANCES:  (Cont'd.)

COVINGTON & BURLING LLP
BY:  BREE PEILEN ESQ.
(In person)
620 Eighth Avenue
New York, New York 10018
212.841.1000
Bpeilen@cov.com
Representing Meta Platforms, Inc., f/k/a
Facebook, Inc.; Facebook Holdings, LLC;
Facebook Operations, LLC; Facebook
Payments, Inc.; Facebook Technologies, LLC;
Instagram, LLC; Siculus, Inc.; and Mark Elliot
Zuckerberg

BASS, BERRY & SIMS PLC
BY:  VIRGINIA MAYNARD YETTER, ESQ.
(Zoom)
21 Platform Way South, Suite 3500
Nashville, Tennessee 37203
615.742.6200
virginia.yetter@bassberry.com
Representing Meta Platforms, Inc., f/k/a
Facebook, Inc.; Facebook Holdings, LLC;
Facebook Operations, LLC; Facebook
Payments, Inc.; Facebook Technologies, LLC;
Instagram, LLC; Siculus, Inc.; and Mark Elliot
Zuckerberg

KING & SPALDING LLP
BY:  SIMRAN MODI, ESQ.
(Zoom)
1180 Peachtree Street, NE
Suite 1600
Atlanta, Georgia 30309
404.572.4600
smodi@kslaw.com
Representing the Defendant, TikTok Inc. and
ByteDance Inc.

CONFIDENTIAL

Page 6

APPEARANCES:   (Cont'd.)


MUNGER TOLLES & OLSON, LLP
BY:   MAGGIE BUSHELL, ESQ.
(Zoom)
350 South Grand Avenue
Los Angeles, California 90071
213.683.9578
Maggie.bushell@mto.com
Representing the Defendant, Snap, Inc.


WILSON SONSINI GOODRICH & ROSATI
BY:   RASHEED EVELYN, ESQ.
(Zoom)
One Market Plaza
Spear Tower, Suite 3300
San Francisco, California 94105
415.947.2000
revelyn@wsgr.com
Representing the Defendants, YouTube, LLC and
Google, LLC

                          -   -   -

CONFIDENTIAL

Page 7

ADDITIONAL APPEARANCES:


ALSO PRESENT:

VIDEOTAPE TECHNICIAN:
           Danny Ortega
           (Golkow Litigation Services)
           (In Person)

LITIGATION TECHNICIAN:

           Olivia Sattan
           (In Person)

Sarah Krajewski
General Counsel - in person
{Meta)
Corin Stigall
(Paralegal) - zoom
(Colorado OAG)

                              -   -   -

Page 8

- - -

I N D E X

- - -

Testimony of:

LOTTE RUBAEK

By Ms. Flowers                    14, 231
By Mr. Chaput                         132

- - -

CONFIDENTIAL

Page 14

BY MS. FLOWERS:

Q.          Good morning, Ms. Rubaek.

A.          Good morning.

Q.          Could you please state your full name for the record.

A.          It's Lotte Rubaek.

Q.          Where do you live?

A.          I live just north of Copenhagen, in a setup in Denmark.

Q.          Are you originally from Denmark?

A.          Yes, I am.

Q.          And you grew up there?

A.          I grew up in Denmark, yes.

Q.          So English is not your first language?

A.          No, it's not.

Q.          At some point, growing up in Denmark, did you become interested in psychology?

A.          Yes.

Q.          Please tell us a little bit about that.

A.          When I first became interested in psychology?

Q.          Yes.

A.          Oh, that was actually in the

CONFIDENTIAL

Page 15

seventh grade.  And it was the first time that I heard about Freud's theories, and I thought, wow, this is really, really exciting.  I hadn't heard of anything about psychology before.

Q.    Sigmund Freud?

A.    Yeah, Sigmund Freud.  Yes.

Q.    Did you go on to attend university?

A.    Yes, I did.

Q.    And what was the name of that university?

A.    It was -- it is the University of Copenhagen.

Q.    And did you receive a degree from the University of Copenhagen?

A.    Yes, I did.

Q.    What year was that?

A.    That was 2007.

Q.    And what did you study?

A.    I studied psychology, and I got a master's degree.

Q.    What year was that?

A.    That was 2007.

Q.    Okay.  And after you graduated, what work did you take on?

A.    My first job was in adult

CONFIDENTIAL

Page 16

psychiatry, where I treated people with very severe psychopathology.  Yeah, that was -- that was my first job.

Q.    And did you go on to work in the psychiatric field?

A.    Yes, I did.

Q.    But you are not a medical doctor; is that right?

A.    That's right.

Q.    Did you go on to diagnose and treat young people who suffer from mental disorders?

A.    Yes, I did.

Q.    And does that include eating disorders?

A.    Yes, it does.  I went for seven years specifically with eating disorders in young patients in an outpatient unit.

Q.    And did that also include anxiety and depression?

A.    Yes.  They suffered from multiple psychiatric disorders.  And the same is true with the patients I work with today.

Q.    Okay.  And did you go on to diagnose and treat young people who suffer from self-harm or engage in self-harm?

CONFIDENTIAL

Page 17

A.          Yes, I did.  After my seven years in the outpatient unit for eating-disordered patient, I got my own nonsuicidal self-injury team, which I'm now leading.  Yeah.

So right now I'm leading a specialized team in nonsuicidal self-injury.  And at the same time, I'm the -- and that team, that is for children and adolescents who self-injure in a direct way, such as cutting, burning, scratching, hitting yourself.

And at the same time, I'm also the overall leader of the clinical academic group in the Capital Region of Denmark.

So I am the overall leader of the self-injury treatment, research, and competence development of staff in our -- in the Capital Region of Denmark.

Q.          Okay.  Very good.

And also did you diagnose and treat young people who were suicidal, who have suicide attempts?

A.          Yes.  And I do that in my current job as well.

Q.          And so you have, by my count -- please correct me if I'm wrong -- about 18 years of

CONFIDENTIAL

Page 18

experience?

A.        Yes, I do.

Q.        In the field of mental health disorders?

A.        Yes.

Q.        And do you specialize in young people?

A.        Yes, I do.  I'm -- yeah, a -- after having my master's degree and then after having -- being a licensed -- licensed psychologist in 2009, I specialized in the therapeutic treatment of children and young people.  So I got my specialist degree in 2016.

Q.        And who is your employer?

A.        That is -- yeah, that is the psychiatry in the Capital Region of Denmark.  So it's mental health services.

Q.        Okay.  And what is your title?

A.        I'm a psychologist, licensed psychologist, and a specialist in psychotherapy.

Q.        Okay.  Very good.

I'd like to mark your curriculum vitae as Rubaek 1.

MS. FLOWERS:  It's Tab 1.

(Document marked for

CONFIDENTIAL

Page 19

identification as (Meta) Lotte Rubaek

Exhibit 1.)

BY MS. FLOWERS:

Q.        If you can please take a look at this.  Please take a look at that, Ms. Rubaek, and let me know if you recognize it.

The first page is a copy of your CV which you sent me, and it is in Danish.

A.        Mm-hmm.

Q.        And then there's a translation attached.

Please take a look at that and tell me if that appears to be your CV.

A.        Yes, that is my CV.

Q.        Okay.  Very good.

So what are the ages of the patients that you typically see in your clinical work?

A.        The patients I typically see are from 13 and up to 17 years of age.  But we sometimes do get younger patients referred as well. Some of them are 8 to 9 years old, and we treat them as well.

But the typical patient is around 13 years of age.

Q.        And you've been doing clinical practice since you began in 2007; is that right?

A.        Yes.

Q.        Same year that smartphones were introduced.

A.        Yeah.

Q.        And so please tell us again what the primary focus of your clinical practice is.

A.        The primary focus of my clinical practice has been nonsuicidal self-injury, throughout my whole career.  So in all the jobs I've had, that has been the primary focus.

Q.        And in lay terms, that's kids who engage in self-harm; is that right?

A.        Yes, it is.

Q.        In addition to your clinical work, do you also do research?

A.        Yes, I do.

Q.        I'd like to show you this as an example.

          (Document marked for
   identification as (Meta) Lotte Rubaek
   Exhibit 2.)

BY MS. FLOWERS:

Q.        This will be Rubaek Number 2.  It's

CONFIDENTIAL

Page 21

Tab 2.

Tell -- please tell the jury, and us, if you recognize this particular research paper.

A.        Yes, I do.

Q.        And this is research you participated in?

A.        Yes, it is.

Q.        Okay.  In addition to this work and others like it, does your CV -- I'll point you back to Number 1 -- does that appear to be up-to-date?

MR. CHAPUT:  Object to the form.

THE WITNESS:  Yes, my CV is up-to-date.  But in this CV, I haven't got a list of publications or my research.  Yeah.

BY MS. FLOWERS:

Q.        Okay.  Thank you.

Did you recently get a promotion?

A.        Yes, I did.

Q.        Tell us about that, please.

A.        Yes.  I would love to do that.

The nonsuicidal self-injury team that I'm leading in child and adolescent psychology

Page 22

was something that I had been -- I had been working politically in a lobby group to get finances for this area for some years before the politicians decided to -- to finance this area and to make better treatment for young people who self-injure.

And then now, after six years, as the head of this team, our -- I've been working in parallel, in parallel with that. I've been working on -- yeah, making better treatment and better research with these patients and making our organization see that we need to prioritize this area more. So that's what they've done.

So they decided to -- to make this new clinical academic group, called CAG. We have four of them before this. So the current one is about nonsuicidal self-injury. So this is the fifth CAG in the Capital Region of Denmark. And that's a very -- that's a sign and a priority of this area, that they want to, yeah, raise the quality of the treatment and make it more evidence-based.

And then they -- yeah. I was pointed out to lead this clinical academic group.

Q.        Congratulations.

A.        Thank you.

CONFIDENTIAL

Page 23

Q.          So in your clinical practice, between 2007 and as we sit here today, in 2025, do you have patients who report to you regular use of the product Instagram?

MR. CHAPUT:  Object to form.

THE WITNESS:  Yes, I do.

BY MS. FLOWERS:

Q.          And do the Instagram users who you treat, have they reported to you problems related to the use of that --

MR. CHAPUT:  Object to the form.

BY MS. FLOWERS:

Q.          -- that social media product?

A.          Yes, they have.

Q.          Tell us a little bit about some of the problems that you've seen in your patients as a result of kids being on Instagram.

A.          Okay.  First of all, when we talk about my area of expertise, nonsuicidal self-injury, we've seen quite a dramatic change through the years where Instagram have been -- have existed.

Before, we saw a self-injury developing and getting worse over time, but that

CONFIDENTIAL

Page 24

would typically be over years before they -- the self-injury was so severe that they would also get a suicide risk.

Now we see that -- we see many different things.

We both see that our patients report the first time they ever self-injured was right after having -- having been exposed to a self-injury image or some self-injury content, especially on Instagram but lately also on TikTok. So that was when they first got the idea that that could be a solution to feeling inner pain and to having, yeah, difficult emotions, being depressed and anxious and so on.

So that is the first thing I noticed, that what our patients tell and indicate as the reason why they started to self-injure was that they got the idea from a social media platform, and Instagram is mentioned.  Instagram and TikTok, they are the platforms they mention most often.

The other thing I've noticed is that the difference from before social media, now, once the young people start to self-injure, they tell us that their feed suddenly -- the feed in --

CONFIDENTIAL

Page 25

on Instagram suddenly gets full of this content.

So that's -- and that's, of course, because of the algorithms who detect that, all of the sudden, they are very interested in this kind of content. And some of our patients tell that this is -- at some points, this is the only content they have in their feed, and they get very much affected by that.

Some of our patients also form kind of secret communities or closed communities from private profiles on Instagram, and once they get into these communities, we see that self-injury develops very fast.

So when we saw self-injury getting very, very severe within years before, now it's -- it can be within weeks and it can be within months. So we can have a child who has maybe scratched or cut herself for the first time, and she's getting a part of this Instagram network with others -- with other like-minded young persons who suffer from the same, which is self-injury.

And then because of the group dynamics that arise between these users, they start to compete with each other, making the most deep cuts, getting most stitches in the emergency room,

Page 57

the country was the case, I hoped that I could be able to help Instagram to make -- to make the moderation better.

And I thought that this could have a huge impact on the safety and the well-being. And I also thought that it would make it easier for us to treat our patients once we got this fixed.

So I thought this might be my most important job ever, because I can help in a very systemic way. I can help reduce these systemic risks that Instagram and other social media platforms -- but in this case, Instagram play -- yeah, the role they play in the development of self-injury.

Q. And did you go on to serve as a member of that Meta expert advisory group for just over three years?

A. Yes, I did.

Q. And we'll get into that, your time at the -- on the expert group in a minute.

But are you aware that Meta has taken the position publicly that it works with experts?

A. Yes.

MS. FLOWERS: Could I see

CONFIDENTIAL

Page 58

Tab 7, please.

(Document marked for identification as (Meta) Lotte Rubaek Exhibit 8.)

BY MS. FLOWERS:

Q.      This is the written testimony of Mark Zuckerberg before the United States Senate on -- Judiciary Committee, on January 31, 2024.

Could you turn to Page 5, please, Ms. Rubaek.

A.      Yes.

Q.      Under the heading that says "Our Commitment"?

A.      Yes.

Q.      Could you read that first paragraph, please.

A.      "We want everyone who uses our services to have safe, positive, and age-appropriate experiences, and we approach all our work on child safety and teen mental health with this in mind.  We build comprehensive controls into our services, we work with parents, experts, and teens to get their input, and we engage with Congress about what else needs to be done."

Q.      Ms. Rubaek, is this statement,

CONFIDENTIAL

Page 59

"safe, positive, age-appropriate experiences," consistent with what you see in your patients?

MR. CHAPUT:  Object to form.
Foundation.

THE WITNESS:  No, definitely not.

BY MS. FLOWERS:

Q.        And if you continue down a little bit, it says, the last sentence of the next paragraph, "We'll continue working with parents, experts, industry peers, and Congress to try to improve child safety, not just on our services, but across the internet as a whole."

Is that consistent -- is child safety being first consistent with your experience with Meta?

MR. CHAPUT:  Object to form.
Foundation.

THE WITNESS:  No, not at all.

MS. FLOWERS:  Let's look at 8, please.

(Document marked for identification as (Meta) Lotte Rubaek Exhibit 9.)

CONFIDENTIAL

Page 233

CERTIFICATE


          I HEREBY CERTIFY that the witness was duly sworn by me and that the deposition is a true record of the testimony given by the witness.
          It was requested before completion of the deposition that the witness, LOTTE RUBAEK, have the opportunity to read and sign the deposition transcript.

*Michelle L. Gray*

_____
MICHELLE L. RIDGWAY,
Certified Shorthand Reporter,
(CA-CSR # 14592)
(Certified Court Reporter
(NJ-CCR # XI02126)
Registered Professional Reporter,
Certified Realtime Reporter
and Notary Public
Dated:  April 4, 2025


          (The foregoing certification of this transcript does not apply to any reproduction of the same by any means, unless under the direct control and/or supervision of the certifying reporter.)