# AMENDED Exhibit 270

# PLAINTIFFS' OMNIBUS OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

Case No.: 4:22-md-03047-YGR
MDL No. 3047
In Re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation

Ashley M. Simonsen (Bar No. 275203)
COVINGTON & BURLING LLP
1999 Avenue of the Stars
Los Angeles, California 90067-4643
Telephone: + 1 (424) 332-4800
Facsimile: + 1 (424) 332-4749
Email: asimonsen@cov.com

Attorneys for Defendants Meta Platforms, Inc. f/k/a
Facebook, Inc.; Facebook Holdings, LLC; Facebook
Operations, LLC; Facebook Payments, Inc.;
Facebook Technologies, LLC; Instagram, LLC;
Siculus, Inc.; and Mark Elliot Zuckerberg
Additional counsel listed on
signature pages

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
## OAKLAND DIVISION

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | MDL NO. 3047<br><br>Civil Case No.  4:22-md-03047-YGR:<br><br>Honorable Yvonne Gonzalez Rogers<br><br>**META DEFENDANTS' SEVENTH SUPPLEMENTAL AND AMENDED RESPONSES AND OBJECTIONS TO PLAINTIFFS' SECOND SET OF INTERROGATORIES** |

Defendants Meta Platforms, Inc., Facebook Payments, Inc., Siculus, Inc., Facebook Operations, LLC, and Instagram, LLC, (collectively, "Defendants" or "Meta"), by and through their attorneys, Covington & Burling, LLP, submit their supplemental responses and objections to Plaintiffs' Second Set of Interrogatories ("Interrogatories") served on September 27, 2024.

Meta's responses to the Interrogatories are made to the best of its current knowledge, information, and belief.  Meta reserves the right to further supplement or amend any of its responses should future investigation indicate that such supplementation or amendment is necessary.

1

META DEFENDANTS' SEVENTH SUPPLEMENTAL RESPONSES AND OBJECTIONS TO PLAINTIFFS' SECOND SET OF INTERROGATORIES – CASE NO. 4:22-MD-0347-YGR

**HIGHLY CONFIDENTIAL (COMPETITOR)**

## <u>INTERROGATORIES</u>

**<u>INTERROGATORY 6</u>**:

For each month in the Relevant Time Period, identify by decile the Time Spent Per Day by users of each platform in each State, broken out as follows: in total, of Unidentified Age, of each Reported Age between 0 and 100, and of each inferred Age between 0 and 100.

**<u>SUPPLEMENTAL RESPONSE</u>:**

Meta incorporates by reference its November 27, 2024 Responses and Objections to Plaintiffs' Second Set of Interrogatories and, in particular, its Statements and Objections to All Interrogatories, Objections to Defined Terms and Instructions, and specific objections to Interrogatory No. 6, and its March 14, 2025 and April 4, 2025 Supplemental Responses and Objections to Plaintiffs' Second Set of Interrogatories as if fully set forth herein.

Subject to and without waiving the foregoing objections, Meta provides the following supplemental response to Interrogatory No. 6:

Meta incorporates and refers to the spreadsheets produced at Bates META3047MDL_VOL225-00000001_HIGHLY CONFIDENTIAL.  Specifically, these spreadsheets  show the average daily time spent on Facebook per day for users ages 13-17 for each month between February 16, 2013 and March 31, 2024, broken down by state, by certain percentiles, and by the following age data, to the extent it is available: (1) accountholder's stated age; (2) accountholder's age as predicted by Meta's single-age estimation; and (3) whether the accountholder was predicted by Meta to be a teen, as opposed to a non-teen, per Meta's Adult Classifier model.  These spreadsheets also show, for Facebook, the average daily time spent for United States users ages 18-30 with the same age breakdowns.

Meta's response to the Interrogatory and the data provided is subject to the information and qualifications set forth in the April 17, 2025 cover letter associated with that production.

Meta reserves the right to supplement or modify its response based upon documents or information identified over the course of discovery.

**<u>INTERROGATORY 12</u>**:

For each month in the Relevant Time Period, identify the percentage rate of adoption for each Safety Feature by users of each platform in each State, broken out as follows: in total, of Unidentified Age, of each Reported Age between 0 and 100, and of each Inferred Age between 0 and 100.  To the

2

extent a Safety Feature is made available only to non-users (i.e. parents or guardians) identify the percentage rate of adoption as kept by You in the ordinary course of business.

**SUPPLEMENTAL RESPONSE:**

Meta incorporates by reference its November 27, 2024 Responses and Objections to Plaintiffs' Second Set of Interrogatories and, in particular, its Statements and Objections to All Interrogatories, Objections to Defined Terms and Instructions, and specific objections to Interrogatory No. 12, and its December 21, 2024, March 14, 2025, and April 4, 2025 Supplemental Responses and Objections to Plaintiffs' Second Set of Interrogatories as if fully set forth herein.

Subject to and without waiving the foregoing objections, Meta provides the following supplemental response to Interrogatory No. 12:

Meta provides information and percentage rates of use or adoption for the following safety tools:

- **Hide Likes & Views**: ▉ of Youth users predicted to reside in the U.S. used the Hide Likes & Views settings to hide likes or views on their post on Instagram between January 8, 2023 and March 23, 2025.
- **Turn Off Commenting**: ▉ of Youth users predicted to reside in the U.S. had Turned Off Commenting enabled on a post on Instagram between March 23, 2025 and March 24, 2025.
- **Take a Break:** ▉ of Youth users predicted to reside in the U.S. had Take a Break enabled on Instagram between January 8, 2023 and September 24, 2024. The Take a Break tool was consolidated into the Daily Limit tool on September 24, 2024 to simplify the time management features available to Youth users. This process began taking effect on September 17, 2024. As such, the percentage of use or adoption includes a period of time where the feature was no longer available to some users.

Meta does not maintain data for use or adoption of **Favorites** in the ordinary course of business. As such, Meta will not provide a percentage rate of use or adoption for **Favorites.**

3

Dated:  April 17, 2025

Respectfully submitted,

**COVINGTON & BURLING LLP**

/s/ *Ashley M. Simonsen*
Ashley M. Simonsen (State Bar No. 275203)
  asimonsen@cov.com
COVINGTON & BURLING LLP
1999 Avenue of the Stars
Los Angeles, CA 90067
Telephone: (424) 332-4800
Facsimile: + 1 (424) 332-4749

Emily Johnson Henn (State Bar No. 269482)
ehenn@cov.com
COVINGTON & BURLING LLP
3000 El Camino Real
5 Palo Alto Square, 10th Floor
Palo Alto, CA 94306
Telephone: + 1 (650) 632-4700
Facsimile: +1 (650) 632-4800

Phyllis A. Jones, *pro hac vice*
pajones@cov.com
Paul W. Schmidt, *pro hac vice*
pschmidt@cov.com
Michael X. Imbroscio, *pro hac vice*
mimbroscio@cov.com
COVINGTON & BURLING LLP
One CityCenter
850 Tenth Street, NW
Washington, DC 20001-4956
Telephone: + 1 (202) 662-6000
Facsimile: + 1 (202) 662-6291

*Attorneys for Defendants Meta Platforms, Inc. f/k/a Facebook, Inc.; Facebook Holdings, LLC; Facebook Operations, LLC; Facebook Payments, Inc.; Facebook Technologies, LLC; Instagram, LLC; Siculus, Inc.; and Mark Elliot Zuckerberg*

META DEFENDANTS' SEVENTH SUPPLEMENTAL RESPONSES AND OBJECTIONS TO PLAINTIFFS' SECOND SET OF
INTERROGATORIES – CASE NO. 4:22-MD-0347-YGR

**HIGHLY CONFIDENTIAL (COMPETITOR)**

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that a copy of the foregoing was served via electronic mail on April 17, 2025 on the following:

PSCServiceMDL3047@motleyrice.com

~SnapMDL3047JCCP5255@mto.com

john.beisner@skadden.com

YT-MDL3047JCCP5255@list.wsgr.com

YT-ML-MDL3047JCCP5255@morganlewis.com

W&C-YT-PL-Cases@wc.com

TikTokMDL3047JCCP5255@faegredrinker.com

TikTokMDL3047JCCP5255@kslaw.com

SM.MDLAGLeads@coag.gov

mdl3047coleadfirms@listserv.motleyrice.com

Defendants-MDL3047JCCP5255@skaddenlists.com

I declare under penalty of perjury that the foregoing is true and correct.  Executed on April 17, 2025

DATED:          April 17, 2025                    By:      */s/ Ashley M. Simonsen*

Ashley M. Simonsen

META DEFENDANTS' SEVENTH SUPPLEMENTAL RESPONSES AND OBJECTIONS TO PLAINTIFFS' SECOND SET OF INTERROGATORIES – CASE NO. 4:22-MD-0347-YGR

**VERIFICATION**

I, ████████, am a Data Scientist at Meta.  I am authorized to make this Verification for and on behalf of Meta. I have read META'S SUPPLEMENTAL OBJECTIONS & RESPONSES TO PLAINTIFFS' SECOND SET OF INTERROGATORIES, Interrogatory 6, and know the contents thereof.  I affirm that I have personal knowledge that the facts set forth therein are true and correct, or as to matters that are not within my personal knowledge, that I have made a reasonable inquiry and I am informed and believe that those facts are true and correct.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct this 16th day of April, 2025, in ___San Mateo, CA___.

/s/ ████████████

# **VERIFICATION**

I, ███████████, am a Data Science Manager at Meta. I am authorized to make this Verification for and on behalf of Meta. I have read META'S SUPPLEMENTAL OBJECTIONS & RESPONSES TO PLAINTIFFS' SECOND SET OF INTERROGATORIES, Interrogatory 12, and know the contents thereof. I affirm that I have personal knowledge that the facts set forth therein are true and correct, or as to matters that are not within my personal knowledge, that I have made a reasonable inquiry and I am informed and believe that those facts are true and correct.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct this 16th day of April, 2025, in San Francisco, CA _____.

/s/