# AMENDED Exhibit 281

# PLAINTIFFS' OMNIBUS OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

Case No.: 4:22-md-03047-YGR
MDL No. 3047
In Re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation

# Feed & Stories Ranking 101

Page score: 50 · Updated 4 years ago · 11 views · Managed by: Instagram Feed Ranking

- *Every section has code pointers. These code pointers are intended to point you to the right place in the codebase. Keep in mind, these pointers are linked to specific commits that are in prod at the time of writing. We'll add more things in prod in the future. While we'll do our best to keep this documentation up-to-date, some links will become deprecated or dead. If you think that's the case, let us know or update the link yourself!*
- ***The glossary will help you clear up the words you don't understand***

In this Feed & Stories 101 guide, we'll go over the 2 main recommendation problems in the Instagram Home page, one for **feed** and one for **stories**.



Do we even need to rank feed and stories? Why not just keep things in reverse chronological order? To answer this (very) popular question, we have a "chrono holdout" where 1% of IG users see everything in reverse chronological order. We can then compare metrics between the chrono holdout and the rest of users to assess in real time what value ranking brings.

Check what that looks like here.

You can see for yourself that impressions, DAP, likes, comments (see *glossary for definition)* are all dramatically better in the ranked world! This means our users are way more engaged and tend to stay on the app longer when we rank feed and stories.

*Fun fact: if ranking is broken for any reason, Instagram defaults to displaying posts in reverse chronological order.*

In any recommendation problem, there are 2 steps:

- **Sourcing:** we filter down an entire universe of posts to create a non-ordered batch of posts of interest. This is relevant for the Instagram Explore team, for example, because their starting point is the millions of new posts from all Instagram users. They want to filter it down to a batch of posts that will be of interest to a particular user when they open up the "Explore" page.  In Feed and Stories recommendations, there's no need for this because the user already did the sourcing for us! The sourced posts are simply the ones from accounts the user follows. *Note: we do have a sourcing*

HIGHLY CONFIDENTIAL (COMPETITOR)

META3047MDL-208-00057228

*step for hashtag content. Users can follow hashtags and we do need to source interesting hashtag-related posts, because certain hashtags are linked to a LOT of posts*

- **Ranking:** we order the sourced posts to show the most "interesting" ones first. This is what we focus on in *Feed & Stories Ranking*.

As of today (H1 2020), recommendations for feed and stories happen independently of one another. This means that when we rank feed posts, we don't look at what's happening in stories at all. Note that there are experiments to try to consider them as one problem.

Now let's see how ranking works for feed.

| « Instagram Feed & Stories Relevance | Feed Ranking » |
| --- | --- |

HIGHLY CONFIDENTIAL (COMPETITOR)

META3047MDL-208-00057229

# DOCUMENT SLIPSHEET

**Bates Number:** META3047MDL-208-00057228-META3047MDL-208-00057229

**Custodian:** META PLATFORMS

**Author:**

**Filename:** FEED & STORIES RANKING 101 - WIKI.PDF

**Create Date:** 12/31/9999 7:00 PM

**Last Modified Date:** 12/31/9999 7:00 PM

**TNAG BEGBATES:**

**TNAG ENDBATES:**

**MAAG BEGBATES:**

**MAAG ENDBATES:**

**File Path:** /META PLATFORMS

**Confidentiality Designation:** HIGHLY CONFIDENTIAL (COMPETITOR)

**META_Pointee:**

**META_Pointer:**