# AMENDED Exhibit 284

# PLAINTIFFS' OMNIBUS OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

Case No.: 4:22-md-03047-YGR
MDL No. 3047
In Re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation

Message

| | |
|---|---|
| **From:** | Antigone Davis [/O=THEFACEBOOK/OU=EXTERNAL (FYDIBOHF25SPDLT)/CN=RECIPIENTS/CN=█████████████] |
| **Sent:** | 9/28/2020 1:45:03 AM |
| **To:** | █████████████ ]; Antigone Davis █████████ |
| **Subject:** | Message summary [{"otherUserFbId":100038955151085,"threadFbId":null}] |
| **Attachments:** | sticker.png |

Antigone Deborah Davis (9/27/2020 09:57:06 PDT):
>Quick question, on the request for us to improve our age models, what was the decision leadership took on this when they decided to move age verification efforts to device side?

████ ████ (9/27/2020 13:29:02 PDT):
>If I recall correctly, there was no explicit decision on improving our existing age models. The leadership decision was limited to NOT building an u13 classifier and instead focusing our efforts on device side age verification. Core Dimensions continues to get support from product leadership to continue improving their models and to get them globally operational.

Antigone Deborah Davis (9/27/2020 15:21:49 PDT):
>But we think they need more support?

████ ████ (9/27/2020 16:52:11 PDT):
>Yes, confirmed with Core Dimensions PM as I was writing the age assurance sections:
>
>"We need (a) more review resources to establish ground truth data on age in priority markets and (b) more engineering resources to invest in model improvements where accuracy is poor (e.g., India)."

Antigone Deborah Davis (9/27/2020 17:01:34 PDT):
>Thank you!!

████ ████ (9/27/2020 17:24:52 PDT):
>Also on improving IG age modeling --  According to Karina, Adam is not on board with prompting to collect age from existing users (unless there's a clear product need). However, Core Dimensions PM did say IG leadership is on board with improving age prediction models for IG in general: "IG leadership (e.g., Adam, Vishal) is fully engaged with getting better IG models, slightly more from analytics perspective (we send updates every few months). It wouldn't hurt to advocate for more investment though given integrity gaps"

████ ████ (9/27/2020 17:26:08 PDT):
>I think I incorporated all of that in my edits to the state of play doc for you to consider including

Antigone Deborah Davis (9/27/2020 18:45:03 PDT):

shared: sticker.png

CONFIDENTIAL