# AMENDED Exhibit 285

# PLAINTIFFS' OMNIBUS OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

Case No.: 4:22-md-03047-YGR
MDL No. 3047
In Re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation

Message

**From:** ███ ████████ [/O=THEFACEBOOK/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=4781EB6C52B84E869557B5166AF750F8████████]

**Sent:** 10/28/2020 11:22:25 PM

**To:** ██ ████████ Wendy Gross ███████; Kristin Hendrix ██████; ██ ███ ██ ████ ██ ████ Kyle Andrews ████; Shilpa Mody ████████

**Subject:** Message summary [{"otherUserFbId":null,"threadFbId":1678302185528708}]

Kyle Robert Andrews (10/28/2020 10:43:06 PDT):
>hey peeps, can someone send me our currently approved age question?

Kyle Robert Andrews (10/28/2020 10:49:21 PDT):
>My memory is something like:
>
>13-15
>16-18
>19-25
>26-30
>31-45
>46+

Kyle Robert Andrews (10/28/2020 10:50:08 PDT):
>We can't give people the ability to say they're under 13, right? So maybe there's also an 'other' category?

Wendy Tegge Gross (10/28/2020 10:51:21 PDT):
>I've been given a hard no to other category

Wendy Tegge Gross (10/28/2020 10:51:40 PDT):
>especially if the upper end is a 46+, since other would, by definition, be under 14

Wendy Tegge Gross (10/28/2020 10:51:41 PDT):
>*13

Wendy Tegge Gross (10/28/2020 10:53:39 PDT):
>The overall guidance I've been given from PXFN is:
>(1) use "What is your age?" as the stem
>(2) don't use "other age" as a category, especially if the highest category is "and up"
>(3) include a "Prefer not to disclose" option

Kyle Robert Andrews (10/28/2020 10:59:35 PDT):
>Great, thanks. So this would be ok:
>
>
>What is your age?
>-13-15
>-16-18
>-19-21
>-22-26
>-27-35
>-35-44
>-45+
>-Prefer not to disclose

Wendy Tegge Gross (10/28/2020 11:00:20 PDT):
>I've had PXFN approve similar questions in the past, yes

Kyle Robert Andrews (10/28/2020 11:00:30 PDT):
>thank you!!

Shilpa Mody (10/28/2020 11:01:02 PDT):
>except 35 is there twice!

Shilpa Mody (10/28/2020 11:01:21 PDT):
>currently 35 years old and confused on how to answer your survey q

Kyle Robert Andrews (10/28/2020 11:01:54 PDT):
>haha great catch! probably a sign i shouldn't write survey questions live in chat threads

Kyle Robert Andrews (10/28/2020 11:15:20 PDT):

CONFIDENTIAL

>Jen and I were just joking that 'just a number' would be a great response option instead of 'prefer not to disclose'

■ ■ (10/28/2020 12:42:14 PDT):
>Would it be ok to let people choose under 13 for off-platform, unbranded surveys (so that they can be terminated)?

Kyle Robert Andrews (10/28/2020 14:25:12 PDT):
>Hmm, maybe if we're not collecting any identifying info before terminating? My understanding was we can't ask if they're under 13 because it means we'd have to delete their account

■ ■ (10/28/2020 15:26:22 PDT):
>Makes sense. I'm reviewing an off-platform survey asking that, and it's unbranded, so it's not associated with any FB/IG account or collecting any PII. So I guess that is fine.

Dr. Kristin Shay Hendrix (10/28/2020 16:22:25 PDT):
>I just thought it was a "select all that apply" question ... ☺

CONFIDENTIAL                                                                    META3047MDL-014-00283406