# AMENDED Exhibit 288

# PLAINTIFFS' OMNIBUS OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

Case No.: 4:22-md-03047-YGR
MDL No. 3047
In Re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation

Message
_____

**From:** Miki Rothschild [/O=THEFACEBOOK/OU=EXTERNAL
(FYDIBOHF25SPDLT)/CN=RECIPIENTS/CN=███████████

**Sent:** 4/23/2021 9:38:50 PM

**To:** ████████████████ ]; ███████████████ ; ██████ ]; ██ ████
███████████████████████████ █████████ ; ████ ]; █ █████
███████████ Sayed Otaru ███████████████

**Subject:** Re: Youth Family Data Circle - State of Youth Integrity


█ ████ @Sayed as well.

One of the takeaways from the last IG/CI checkin a couple of weeks ago was to create a gap analysis. I agree that while we're already behind in Child Safety the combination of (1) E2EE and (2) IG Youth, will put this area into greater and greater light and scrutiny in the coming ~6 months. With that in mind, my suggestion is that the teams pull together a gap analysis (vs "getting to green" given the above reality) and a required headcount. Guy, Pavni, ████ and I can then take that forward to figure out where the funding would come from, whether a contingency ask or self-funding.

---

**From:** ████████ ████████████ >
**Date:** Friday, April 23, 2021 at 2:34 PM
**To:** Miki Rothschild ███████████ , ███ █████████████████
█████████████████ █ ██ ██████████ > █ ████████ █████████████ █████ >
**Subject:** FW: Youth Family Data Circle - State of Youth Integrity

Restricting to ████ ████ ████ and me to spare others irrelevant pings.
Adding Miki and ████

I'm pretty sure everyone on this thread is aware of the concerns around whether we are adequately staffed to support Child Safety. (This has come up in the context of specific gaps in DS support, which I am working to address, but I believe XFN support overall is a concern.)

Meanwhile, IG is spinning up youth initiatives that are being cast as a company-wide priority. These will put more pressure on the Child Safety team, and perhaps create more expectations for the youth cut of other problem areas (e.g. B&H).

As you see below ████ is raising concern about whether there is adequate awareness of our capacity constraints, and in a separate thread ████ has suggested I raise this with Miki and ████ So here we are. :)

I'm curious, is there a plan to request additional capacity to provide more support, and/or in what org that capacity should live? If not, should we make that a priority and who should lead it? I'll tag @Miki to put an individual on the spot. :)

Best, ████

---

**From:** ████ ███████████████████ >
**Date:** Friday, April 23, 2021 at 12:48 PM
**To:** ████████████████████████ , ████████ >, ████ ████████
██████ █ ██████████ , ███████████ █████ ██████████ >,
████████ ██████ , ████████ ██████████ , Kristin Hendrix





**Subject:** Re: Youth Family Data Circle - State of Youth Integrity

Thank you for the great presentation today, and for this summary█████

I'm very concerned about the lack of capacity, especially given our efforts on Youth across the company.  I don't believe this is well understood by leadership and would like us to raise awareness of this, so we can advocate to staff the teams better.  Please let me know how I can help here.



**Subject:** Re: Youth Family Data Circle - State of Youth Integrity

Thanks to everyone who participated in this and to ████ and ████ for prepping some quips and leading discussion.

While our objective did not include creating any action items, as a form of summary I would like to call out some of the key risks/issues that stood out to me (others can feel free to add to this) :

1. We use central age prediction to identify minors and adults.  To our awareness, there is no effort to address adversarial evasion of age prediction.  (It's worth calling out an analogy to location prediction, where historically there has been a team to address location prediction evasion, though there is recent discussion of whether that team should find a new home or even continue.)
2. Along the lines above, there is no focused effort to understand/address adults compromising the accounts of minors to facilitate abuse.
3. We don't know how robust age prediction is to (evolving) product contexts, e.g. E2EE, ePD and other potential privacy regulations, AP+, MSGR-only accounts (though are these being deprecated?), etc.
4. We do not have a specialized focus on minors within B&H.
5. We do not really have any MSGR coverage within B&H (except this may find a home in the future with an Unwanted Interactions archetype).
6. (Implicitly, to my awareness, we do not have a specialized focus on minors within any other problem areas in Central Integrity.)
7. Age verification (for under 13) has a big backlog and demand is outpacing supply.
8. Age verification has no ground truth to give robust measurement of effectiveness.  Some reviews lack market specialization.
9. Perhaps the biggest issue:  progress on these and any other issues not raised is hampered by lack of capacity.  Indeed, we didn't dwell so much on gaps on existing areas of coverage but they are substantial as

META3047MDL-014-00352800

well.  Central Integrity has 1 DS on Child Safety and we are working to get a bit more support, but addressing gaps will require a more robust XFN effort.  We also didn't discuss this as a group, but if there are plans to build a new, youth-oriented app, that (like any another new surface) will probably need dedicated integrity focus.

Best, ▮▮▮▮



**From:** ▮▮▮▮
**Date:** Wednesday, April 21, 2021 at 4:36 PM
**To:** ...
Kristin Hendrix ... >, Brady Lauback ... @fb.com>, Pratiti Raychoudhury ...
**Cc:** ... >, Moira Burke ...
**Subject:** Re: Youth Family Data Circle - State of Youth Integrity

thanks ▮▮▮▮ and ▮▮ , looking forward to this!

**From:** ▮▮▮▮
**Sent:** Wednesday, April 21, 2021 3:06 PM
**To:** ...
Brady Lauback ... @fb.com>; Pratiti Raychoudhury ... >; Kristin Hendrix < ...
**Cc:** @fb.com> ... @fb.com>; Moira Burke ...
**Subject:** Re: Youth Family Data Circle - State of Youth Integrity

Thanks for sharing these ▮▮▮▮

I set expectations with Dom and Kate that our goal with this meeting was basically to share context with folks on what the current state of integrity is wrt youth.  However, I think it might be nice for folks to air any additional objectives in advance in case it helps us put things in context.

For instance, one question on my mind is:  having in mind we'll want to provide some additional support for integrity wrt youth, roughly what we think that looks like and in what org should it live.  I don't think we should talk about this in this meeting, but I think it's a lens through which to read the current state of things.

Best, ▮▮▮▮

**From:** ▮▮▮▮ >
**Date:** Wednesday, April 21, 2021 at 1:53 PM
**To:** ▮▮▮▮ >, ▮▮▮▮ >, ▮▮▮

HIGHLY CONFIDENTIAL (COMPETITOR)



Kristin Hendrix , Brady Lauback @fb.com>, Pratiti Raychoudhury @fb.com>,

Cc: , Moira Burke @fb.com>

**Subject:** RE: Youth Family Data Circle - State of Youth Integrity

Hi,

Sharing 2 context/preread docs ahead of our discussion on Friday:

1. Underage and Age Verification 1-Pager
2. I2 and Youth data summary

Looking forward to the discussion.

Thanks,



-----Original Appointment-----
**From:**
**Sent:** 16 April 2021 19:49
**To:** Kristin Hendrix; Brady Lauback; Pratiti Raychoudhury;



**Cc:** ; Moira Burke
**Subject:** Youth Family Data Circle - State of Youth Integrity
**When:** 23 April 2021 12:00-12:30 (UTC-05:00) Eastern Time (US & Canada).
**Where:**

**Agenda:** *Deep dive into data and analytics relating to youth, across the family of apps. Goal is to gather input and feedback to keep youth initiatives moving forward, prioritizing the right data work, and ensure tight collaboration across the family*

[Do Not Forward]

Join Zoom Meeting

https://fb.zoom.us/j/95209865224

Meeting ID: 952 0986 5224

Passcode: 195635

HIGHLY CONFIDENTIAL (COMPETITOR)