# AMENDED Exhibit 289

# PLAINTIFFS' OMNIBUS OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

Case No.: 4:22-md-03047-YGR

MDL No. 3047

In Re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation

Message

**From:** ██ ████ (Google Docs) [comments-noreply@docs.google.com]
**Sent:** 10/24/2023 3:20:41 AM
**To:** ████ ████████]
**Subject:** (A/C Priv) Trust ... - ████████████ Do you have li...

██ ████████ replied to a comment in the following document

(A/C Priv) Trust Pillar H1 '24 planning - Phase 1

1 comment

Investments in key horizontal systems, specifically age systems and settings systems (Settings2), left us in a strong position in face of recent regulatory/legal pressures. Development of mandatory age verification is on track and both systems have become critical in providing protections to youth AND in addressing a wide range of regulatory issues. Additionally, investments in areas identified by Legal & Policy ____ **PRIV**

**PRIV**

██████ ██ · 7:07 PM, Oct 23 (PDT)

███████████████ Do you have links for these you can add in?

██████ ██ · 7:37 PM, Oct 23 (PDT)

What links are you looking for? ████████████ for PAI ones

██████ ██ · 7:42 PM, Oct 23 (PDT)

Is there anything written up that supports this overall point? e.g. investment in systems = good. If not, how bout a link for age verification. I have the links for PAI already.

██████ ██ · 8:01 PM, Oct 23 (PDT)

The question is odd.

Age verification as a technology took us 1 year to build and 1 year to refine - when

we got the requirements for AR, we had 3-4 months to implement. If we hadn't invested the two years, we would not have been able to respond as agilely as we did (in that age verification changes for a blocking experience were ready for launch but able to be paused due to legal changes).

Location did the same thing - the general location work was valuable for the user and for transparency. In the middle of our work, we got this after Google had been fined (again) for lack of accurate transparency into location usage.

" But the importance of our location transparency work was further validated when we received a Request for Information from the Irish Data Protection Commission (our primary EU regulator) in connection with a potential investigation into Meta's collection and use of location data, highlighting the importance of this issue for our regulators."

We had this in this doc but I can no longer find it
- https://docs.google.com/document/d/1Xs9Pf4PjnBaF5FOqdXq-fRy89eFU8e1T2RodXccRpYM/edit#bookmark=id.rh8t6fhdjfkn

▪ 8:04 PM, Oct 23 (PDT)

- given we want to ship and ████ is now offline - anything to add to current text?

▪ 8:10 PM, Oct 23 (PDT)
**New**

Added in the age verification example. I think we can resolve and if we get more questions, we can expand on settings and location.

▪ 8:10 PM, Oct 23 (PDT)
**New**

*Marked as resolved*

Open

Google LLC, 1600 Amphitheatre Parkway, Mountain View, CA 94043, USA

META3047MDL-222-00001569

You have received this email because you are a participant in this thread. Change what Google sends you. You can reply to this email to reply to the discussion.

CONFIDENTIAL

META3047MDL-222-00001570