# AMENDED Exhibit 291

# PLAINTIFFS' OMNIBUS OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

Case No.: 4:22-md-03047-YGR
MDL No. 3047
In Re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation

Message

**From:** ███ █ (Google Docs) [comments-noreply@docs.google.com]
**Sent:** 9/8/2023 9:37:45 PM
**To:** ███ ██████
**Subject:** [A/C Priv] Adults... - ████████ BTW - through th...



███ █ resolved a comment in the following document

📄 [A/C Priv] Adults Age Misrepresentation Risks for Ads

1 resolved

Comments

Enforce age verification checkpoint

███ • 9:01 PM, Sep 7 (PDT)

█████████ BTW - through the protocol to identify over-age and under-age we probably have experience in identifying if a user is a teen.

████ ███ • 7:22 AM, Sep 8 (PDT)

We do - however, we do not trigger an Age Verification in such a case today given the potential revenue impact it can cause.

We discussed a dismissable approach when stated and predicted age do not match that we might get to in the next half.

███ █ • 2:32 PM, Sep 8 (PDT)

New

*Marked as resolved*

Open

Google LLC, 1600 Amphitheatre Parkway, Mountain View, CA 94043, USA

CONFIDENTIAL

You have received this email because you are a participant in this thread. Change what Google sends you. You can reply to this email to reply to the discussion.

CONFIDENTIAL

META3047MDL-205-00001602