**AMENDED Exhibit 293**

# PLAINTIFFS' OMNIBUS OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

Case No.: 4:22-md-03047-YGR
MDL No. 3047
In Re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation

# Teens Team

**2017 H1/H2**

1

HIGHLY CONFIDENTIAL (COMPETITOR)

META3047MDL-046-00241542

# Agenda

- 2016 H2 Results

- 2016 EOY Teens State of the Union

- Our Approach to Teens
  - Fix Instagram: Real Life Social
  - Fix Facebook: Real Life Social
  - Fix Facebook: Social Entertainment

- Under 13s
  - Market Snapshot
  - Product Plan

- 2017 H1 Strategic Focus

- Appendix

HIGHLY CONFIDENTIAL (COMPETITOR)    META3047MDL-046-00241543

## 2016 H2 Results

| Goal | Grade |
| --- | --- |
| Deep understanding of teens | B |
| Define 2017 strategy for winning teens | B |
| Execute on H2 workstreams | C |
| Build the Teens team | B |

## Execution Lessons Learned

- **Lifestage paused**: Teen identity learnings can be applied to FB, IG profile
- **Collaboration is hard work**: Resourcing and coordination gaps with media team on emerging talent video
- **Engineering should lag understand more**. Q2 understand was good; early H2 build was premature
- "**Feet on the street**" content acquisition can be successful in developing markets like Egypt and Colombia

HIGHLY CONFIDENTIAL (COMPETITOR)

META3047MDL-046-00241544

# 2016 EOY Teens State of The Union

4

HIGHLY CONFIDENTIAL (COMPETITOR)

META3047MDL-046-00241545

## We estimate that FB family apps have 32% of global youth smartphone time spent, highest in developing countries and lowest for iOS in the United States

|  | United States | Western Europe | RoW |
|---|---|---|---|
| Smartphone Daily Hours | 23M Android | 36M Android | 371M Android |
|  | 60M iOS | 40M iOS | 59 M iOS |
|  | **83M Total** | **76M Total** | **430M Total** |
| Facebook Inc. Share | 25% Android | 29% Android | 35% Android |
|  | 13% iOS | 28% iOS | 36% iOS |
|  | **16% Total** | 29% Total | 35% Total |

Note: Youth: <=18. Estimates are approximate based on a combination of Onavo and internal data.

HIGHLY CONFIDENTIAL (COMPETITOR)

META3047MDL-046-00241546

## Each teen's #1 social app occupies the majority of their social time spent, but two or more social apps usually have broad reach within a given area



Share of Total Daily Time Spent on Social Apps, US Android Teens

Ordinal most-used social app per user

Note:  Data from Onavo – absolute numbers may not match internal analytics.

HIGHLY CONFIDENTIAL (COMPETITOR)

META3047MDL-046-00241547

# Facebook's areas of high teen reach now exclude the United States, Canada, and some European countries.  LatAm, MENA, and SE Asia all do well



0%          70%  100%

7

Facebook 70%+ 30-day teen reach

HIGHLY CONFIDENTIAL (COMPETITOR)

META3047MDL-046-00241548

## WhatsApp's teen reach is high in LatAm, South Asia, and parts of Europe



0%    70%    100%

WhatsApp 70%+ 30-day teen reach

8

HIGHLY CONFIDENTIAL (COMPETITOR)

META3047MDL-046-00241549

# Instagram is the most popular family app for US teen reach, and also reaches most of Europe



Instagram 70%+ 30-day teen reach

0%    70%    100%

HIGHLY CONFIDENTIAL (COMPETITOR)

META3047MDL-046-00241550

# Snapchat has high reach among teens in the US, Canada, Australia, New Zealand, and parts of Western Europe



Snapchat 70%+ 30-day teen reach

HIGHLY CONFIDENTIAL (COMPETITOR)

META3047MDL-046-00241551

**Country summaries hide complex patterns, including ~25% of U.S. teens being dedicated users of Facebook, usually in areas distinct from Instagram's popularity**



FB-Only
FB+IG
FB+Msg
IG-only
None

US Facebook, Messenger, and Instagram 'saturated' time spent /WAP

HIGHLY CONFIDENTIAL (COMPETITOR)

META3047MDL-046-00241552

## Globally, under-13s are rapidly adopting smartphones and tablets at younger ages

- Decreasing costs and changing social norms are driving an explosion of device adoption

- At age 10, 45% of UK kids own a tablet, and 41% own a smartphone, +16% in a single year

- Global population skew young:  There are 1.8B global and 110M US and EU kids under 13

- Regulations like US COPPA have restricted growth of kid-kid and kid-parent social networks



UK Tablet ownership by age of child:  2011 - 2016



UK Smartphone ownership by age of child:  2015 and 2016

Source: UK data.  Ofcom Children and Parents: Media Use and Attitudes Report.  November 2015, November 2016

HIGHLY CONFIDENTIAL (COMPETITOR)

# Our Approach to Teens

HIGHLY CONFIDENTIAL (COMPETITOR)

META3047MDL-046-00241554

## Teens care and share about both their "real life" and their virtual entertainment interests

**Real World Social** is the classical social use case of sharing about what I'm doing in real life with my real-world friends.

**Social Entertainment** is sharing about the other dominant topics of teen lives – the entertainment media of stars, shows, songs, and sports that they spend hours consuming and obsessing about daily, and constantly reference for identity, for self-expression, and for social interaction.

**Nearby, real-world friends** drive both Real World Social and Social Entertainment use cases.

14

HIGHLY CONFIDENTIAL (COMPETITOR)

META3047MDL-046-00241555

## Our key hypotheses for teens and under 13s

**Real World Social**

**1: Building lightweight visual sharing can work.** Camera + stories + direct on FB and Instagram can re-establish core social use cases for smartphone-centric teens and continue to attract and retain users.

**2: Different apps fit different areas.** Our best areas are our first priority, so we're doubling down on the app + locale combinations where we are most popular.

**3: Adults are problematic.** Unless we allow teens to share separately from adults, the rest of world will inevitably follow the decline of teen engagement in the US and EU. We should invest in better audience tools, content, graph segmentation for new teen users, and teen-centric growth, friending, and ranking.

   **Counter: RoW adults are OK.** Fundamental differences between nuclear family structure and extended family structure make RoW teens okay with adult-inclusive sharing, and RoW will not inevitably follow US and EU. *We recognize but are explicitly not operating against this possibility.*

**U13**

**4: Pre-teens are under-served and fast-growing.** We can build compelling social products for users as young as 5-10 and grow usage via their parents. Building for kids allows us to serve the social needs of future teens, help them establish their first social graph, and grow with them over time.

**Social Entertainment**

**5: Teens share about real life and social entertainment.** Better enabling sharing and remixing of video about social entertainment topics like sports, stars, songs, and shows can help win back and grow teen social activity

**6: Teens need more teen-specific video.** Increasing the amount of highly relevant and engaging teen content on our apps can impact not just watch time, but social metrics like sharing, commenting, and daily use.

HIGHLY CONFIDENTIAL (COMPETITOR)

META3047MDL-046-00241556

## What Winning Teens Looks Like – 2019 3-Year Goals

- A Facebook family app is the #1 teen social app in every market
- Facebook is the leader in social for U13 kids
- We have demonstrated that U13s successfully convert to FBF apps as teens

16

HIGHLY CONFIDENTIAL (COMPETITOR)

META3047MDL-046-00241557

# Our big 2017 bets

| | | |
|---|---|---|
| **Instagram Real World Social** | United States, some European countries | Win at US teen daily social use case for broadcast sharing, direct messaging, and stories. |
| **Facebook Real World Social** | Strong FB areas in RoW, US, Europe | Where FB is working, ship camera + stories and segment audience and graph to allow teen social sharing to coexist with adults. |
| **Under 13s** | United States | Create fun, regulation-compliant visual messaging and platform sharing experiences for the enormous untapped segment of kids and parents. |
| **Facebook Social Entertainment** | US, Europe Pilots: Egypt, Colombia, India, Mexico | Increase the amount of great teen-relevant video on Facebook to accelerate engagement and sharing. Give teens better mechanisms to discover entertainment content and share it with their friends. |

17

HIGHLY CONFIDENTIAL (COMPETITOR)

META3047MDL-046-00241558

# What Winning Teens Looks Like – H1 2017 Goals

| | Goal | Rationale |
|---|---|---|
| **Facebook Family of Apps** | +0% total Teen TS<br>High confidence in age modeling | Establish a baseline, track and flatten decline |
| **Instagram Real World Social** | +700K Teen DAP in US | Drive Instagram growth in the US |
| **Facebook Real World Social** | 1) Cohort of new users: +3% DAP/MAP US; +3% DAP/MAP Brazil<br>2) +10% sharing | 1) Shift new cohorts of teen users to a usage pattern that represents healthy usage<br>2) Increase sharing with audience control and new camera |
| **Under 13s** | Testing with 10,000 kids and parents | Plan to ship in early H2 due to privacy + policy |
| **Facebook Social Entertainment** | 1) +0m DAP in US<br>2) +30% video TS in Pilot Countries | 1) Flatten the decline of the DAP decline from 2016<br>2) Pilot countries growth in content and connections |

HIGHLY CONFIDENTIAL (COMPETITOR)

META3047MDL-046-00241559

**Instagram Real World Social:  Win US Teens  daily sharing use case by addressing key growth and engagement product problems**

**Problem Statement:**  Instagram has the strongest FBF US teen graph, and co-exists with Snapchat in much of the US. However, Instagram's US Teen MAP has declined since 2014 due to root cause issues:

- Reliance on FB for user acquisition

- Friend finding is harder because of reliance on FB graph

- Audience:  Teens are worried about who will see their posts

- Creative tools don't match expectations for self-expression

**Solution:**  Increase daily sharing among teens by addressing root cause growth and engagement issues:

- Create new online acquisition channels for teens and encourage friend-to-friend on-boarding

- Improve the friend-finding experience for teens via CI, new graphs, better discovery experiences

- Build out compelling daily small group sharing via Direct, Live and Stories

- Help teens avoid and resolve audience problems, giving the freedom to share daily

- Develop creative tools that teens love to make everyday moments worth sharing

**H1 2017 Goal: +700K U.S. teen DAP**

HIGHLY CONFIDENTIAL (COMPETITOR)                          META3047MDL-046-00241560

**Facebook Real World Social:  Where FB is working, grow usage and sharing with better friending and audience models**

**Problem Statement:**
In many markets, Facebook continues to be the primary teen social app but context collapse and lack of visual sharing pose threats to our future success.

**Solution:**
Increase daily sharing with real-world friends among teens by addressing growth and engagement issues.

- Globally launch Camera system to encourage casual visual sharing on Facebook

- Help teens to find and connect with their friends through teen-focused growth work:  Location-based friending, visual QR codes, teen-specific PYMK ranking, and graph segmentation

- Enable teens to quickly share with best friends and other teens through new audience mechanisms in core composer and Purple Rain sharing

**Goals:**
For cohort of new users:  US: +3% DAP/MAP after 90 days; BR: +3% DAP/MAP after 90 days
Audience control and camera:  +10% sharing

20

HIGHLY CONFIDENTIAL (COMPETITOR)

META3047MDL-046-00241561

**Facebook Social Entertainment: Help teens to share and engage with friends about stars, shows, songs, and sports**

**Problem Statement:**
In much of the United States and Western Europe, Facebook is no longer the social and communication app for teenagers to share about their daily lives.

**Solution:**
Invest in Social Entertainment to provide teens a complementary daily social use case of discovering and interacting around media, where teens spend 60% of digital time

- Acquire more teen-relevant video content through partnerships and monetization guarantees.  Starting with H2 pilot countries Egypt and Colombia, expanding further in H1
- Build new tools for video creators to manage their identity become successful and famous on Facebook
- Enable easier discovery of entertainment content in Feed through a combination of new content formats, PYML and Feed ranking
- Media Composer: Enable teens to use existing videos, songs, and photos as a basis for creativity and self-expression by building new tools for capturing, editing, and sharing

**H1 2017 Goals:**
Increase teen video TS in pilot countries by +30%
Flatten DAP decline in US: +0% DAP compared to H2-2016

21

HIGHLY CONFIDENTIAL (COMPETITOR)

META3047MDL-046-00241562

# For U13 kids, we should build Identity & Messaging

**Problem Statement:** Under 13s are a large and fast-growing segment of smartphone and tablet users who are currently not served by any social product.

**Solution:**
Build a regulation-compliant messaging app for kids to connect with their friends and families.

- Initial focus on ages 5-10 as the best kid segment to enthusiastically connect with parents

- Enable fun, visual & text communication with family & friends

- Enable parents to use FB Blue and Messenger to message, share video, and manage kid accounts and friending

**Goal:** Testing with 10,000 kids and parents, on track for Q3 public launch

22

HIGHLY CONFIDENTIAL (COMPETITOR)

META3047MDL-046-00241563

# U13 Account & "Talk" Messaging App Early Concept

**Parents create a new, regulation compliant U13 account within FB Blue.**

**Parents choose their child's friend & family connections within FB Blue.**

**Parents are provided with abilities to monitor child's messaging activity within Blue.**

**Kids experience a parent created, small graph of friends & family, presented visually.**









23

HIGHLY CONFIDENTIAL (COMPETITOR)

# 2017 H1 Strategic Focus Plan

24

HIGHLY CONFIDENTIAL (COMPETITOR)

META3047MDL-046-00241565

# 2017 H1 Priorities and Partnerships

| Team Initiatives | Projects | Priority |
|---|---|---|
| FB Real World Social | Peer friending, audience controls | P0 |
| FB Real World Social | Visual sharing audience and art | P1 |
| FB Social Entertainment | Video content and discovery in Feed | P1 |
| FB Social Entertainment | Remix and re-share videos, songs, GIFs | P2 |
| U13 | U13 messaging app, kid identity | P1 |

| Partner Initiatives | Projects | Priority |
|---|---|---|
| FB Growth | PYMK, contact and graph import | P0 |
| Instagram | US teen daily sharing use case | P0 |
| News Feed | Teen connections and content | P1 |
| Games | Instant games in Feed | P2 |

HIGHLY CONFIDENTIAL (COMPETITOR)    META3047MDL-046-00241566

## FYI:  Current and future asks

- We urgently need several key **PM and EM transfers** with FB experience

- **Messenger:**  Emerging data suggests the importance of Messenger to our success with teens
    - We're less far along with this understanding than other apps
    - By Jan/Feb we should have clear prioritization and plan

26

HIGHLY CONFIDENTIAL (COMPETITOR)

META3047MDL-046-00241567

# Q&A



27

HIGHLY CONFIDENTIAL (COMPETITOR)

META3047MDL-046-00241568