**AMENDED Exhibit 297**

# PLAINTIFFS' OMNIBUS OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

Case No.: 4:22-md-03047-YGR
MDL No. 3047
In Re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation

| | |
|---|---|
| **From:** | ▬▬▬▬▬]I[/O=THEFACEBOOK/OU=EXTERNAL (FYDIBOHF25SPDLT)/CN=RECIPIENTS/CN=FC444336C38E49AAB4513E56A5D87E8A] |
| **Sent:** | Fri 12/15/2017 10:01:11 PM (UTC) |
| **To:** | ▬▬▬▬▬▬▬▬▬▬▬ |
| **Subject:** | Message summary [{"otherUserFbId":100023130040222,"threadFbId":null}] |
| **Attachment:** | White Space.pdf |
| **Attachment:** | 25463576_133307057450295_38439796_n.jpg |

▬▬▬▬ (12/15/2017 12:48:57 PST):
>Sorry I was low energy. I feel very disconnected, meetings like that drain me. It's difficult for me to understand how simple decisions take hours. Sorry if this sounds like a criticism, but it really gets to me.

▬▬▬▬▬▬ (12/15/2017 12:49:23 PST):
>I will look into survey metrics for parent value prop.

▬▬▬▬▬▬ (12/15/2017 13:49:52 PST):

shared: White Space.pdf

▬▬▬▬▬▬ (12/15/2017 13:50:20 PST):
>^ I didn't get to give it to you in person before you left. The above is the "What are the needs for 8-12 year olds?" presentation I wanted to share with you.

▬▬▬▬▬▬ (12/15/2017 13:58:25 PST):
>No no, I'm coming back to office. Today is shit -- come to office, leave office come back, eave again, etc.

▬▬▬▬▬▬ (12/15/2017 13:58:30 PST):
>Work life balance :-D

▬▬▬▬▬▬ (12/15/2017 13:58:56 PST):
>Saw your first message -- I wish there was a HUG reaction!

▬▬▬▬▬▬ (12/15/2017 14:01:11 PST):

shared: 25463576_133307057450295_38439796_n.jpg



HIGHLY CONFIDENTIAL (COMPETITOR)                    META3047MDL-047-00728626

# Creating the Future

Identifying fertile opportunity spaces in the digital market

ben.younie@thepineapplelounge.com
pete@thepineapplelounge.com
tammy@thepineapplelounge.com

The Pineapple Lounge

HIGHLY CONFIDENTIAL (COMPETITOR)

META3047MDL-047-00728627



**Objectives**

To unearth digital behavior of 8-12s and explore fertile areas for app/digital development with the ultimate aim of creating opportunity areas that ignite Facebook creativity for the teams to expand and develop

**Methodology**

- TPL internal data knowledge mining
- 4 x 1hr Expert Interviews
- 5 x 1hr miniVP interviews

2

HIGHLY CONFIDENTIAL (COMPETITOR)

META3047MDL-047-00728628

## The story on a slide

Your target cohort are the heartland of younger Gen Z – they operate and are unified like a tribe and they are looking to actively participate in the world around them

Their values are influenced by the world that they have grown up in, and in turn they are looking to brands that reflect these values and cater to their tribal journey

Their digital behavior is influenced by the 6 under lying motivators of human behavior and whilst these are catered for currently, there is an opportunity to approach these more creatively

Digital play and engagement is not without its tensions, and for the tribe the digital world can be a complex, daunting and sometimes tired space

Combining and mashing up their behavior goals creates opportunities, which not only respond to cohort digital tensions, but generate fresh and new digital propositions

3

HIGHLY CONFIDENTIAL (COMPETITOR)

META3047MDL-047-00728629



HIGHLY CONFIDENTIAL (COMPETITOR)

META3047MDL-047-00728630

## Within the tribe, they seek variety across digital and physical worlds and look to actively participate



**Development**



**Culture**



**Behavior**

At the forefront of theiGeneration – raised on Apple products

Console/computer gaming – making worlds is commonplace e.g. Minecraft

Grown-up with unprecedented access to content, skills and knowledge

Hacker mind set - changing things to make them work the way they want

Increased co-ordination, so physical activities are more fun

Extracurricular expected

Practice and perfect to participate in trend crazes – e.g. Slime, scientific experimentation, Fidget Spinner skills

Curious about the way things work – thinking in concrete terms

Trends start on YouTube, constant cycle of joining in, getting caught up in hype

Improving fine motor skills - able to make and create

Personalization encouraged and seen as positive

Low patience for finding on demand content - expect to be able watch or find out 'how to' in a matter of seconds

Privacy becomes important as puberty begins, as do friendship groups

Boundaries to adult world are more fluid, have access to news, information and content on a more equal level to adults

Desire for deeper more mature content happens earlier – seek authenticity and 'grit'



**CREATE**    **JOIN IN**    **UPSKILL**

HIGHLY CONFIDENTIAL (COMPETITOR)

META3047MDL-047-00728631

They have time to get stuck in to whatever their heart desires and are not shy of trying anything once, if it can lead to being involved



**Create**
The stage where digital creativity booms. Uptake in digital platforms and increased tech skills combines with their enhanced social relationships and digital becomes their expansive playground to express, make and share

**Join In**
Drawn more to what unites than rather than what makes them stand-out. Eager to tap into tribal energies and take part in united experiences. Very open to trialling new and novel things

**Upskill**
With exposure to endless demos and tutorials, they have the resources to learn new skills they're inspired by. Upskilling has a direct impact on confidence and skills are a big part of 'joining in' providing fertile social currency

HOW TO SKATE FASTER IN HOCKEY

HIGHLY CONFIDENTIAL (COMPETITOR)

META3047MDL-047-00728632

**Yet ultimately, their values, and what is important to them, have been influenced by the times and society they have grown up in**

Growing up as digital natives, technology has allowed the tribe to become global citizens. It has presented access to deep knowledge and diverse viewpoints, changing how information, ideas, and people move across time and space

Resulting in the reframing of traditional institutions and concepts for young people today...





HIGHLY CONFIDENTIAL (COMPETITOR)

META3047MDL-047-00728633

And they connect and engage with key brands who reflect their values, and facilitate their needs



HIGHLY CONFIDENTIAL (COMPETITOR)

META3047MDL-047-00728634

There are brands that successfully engage and connect
with them as they transition from fun-seeking kids into
socially aware pre-teens

**CHILDLIKE AND CAREFREE**
Looking for brands that help them
have light-hearted, playful fun

**LEARNING CODES OF COOL**
Looking for brands that serve as
social currency or markers of cool

**EMERGING FROM KIDHOOD**
Looking for brands that allow them to
project a more mature image


















6          8          10          12+

9

HIGHLY CONFIDENTIAL (COMPETITOR)

META3047MDL-047-00728635

Beyond their values, and their need to connect with each other and to have relevant brand relationships, there are 6 under lying motivators of human behavior which influences all aspects of their life - including digital



HIGHLY CONFIDENTIAL (COMPETITOR)

META3047MDL-047-00728636



HIGHLY CONFIDENTIAL (COMPETITOR)

META3047MDL-047-00728637



HIGHLY CONFIDENTIAL (COMPETITOR)

META3047MDL-047-00728638



HIGHLY CONFIDENTIAL (COMPETITOR)

META3047MDL-047-00728639



HIGHLY CONFIDENTIAL (COMPETITOR)

META3047MDL-047-00728640

## HAPPINESS & ENJOYMENT

'I want to have fun and be in the moment'

Gen Z are more than aware of the complex world around them and the pressures they're under in school and extra-curricular activities. Ultimately when they switch off, they want to just have fun and be in the moment. They want to do things that are novel, new and original to maximize on the fun-factor!

"I just love to hangout with friends, talk about fun stuff we can do after school is out - what we'll play, or talk about or places we will go"
**Gabby, aged 9**

Happiness & enjoyment

HIGHLY CONFIDENTIAL (COMPETITOR)

META3047MDL-047-00728641



HIGHLY CONFIDENTIAL (COMPETITOR)

META3047MDL-047-00728642



**There are digital offerings already well serving these behaviors as they are**

HIGHLY CONFIDENTIAL (COMPETITOR)

META3047MDL-047-00728643

## Tablet and phone suit different behaviors and occasions, though these are not mutually exclusive...

As tablets are accessed from an early age, they automatically associate this with more playful behavior e.g. large screen gaming. However, they also turn to tablet usage for deeper immersive occasions such as watching longer form content, and deeper narrative game play.

But, there is huge excitement upon receiving their first phone – or knowing it's on the horizon. They know that it will change their behavior, but this predominantly revolves around being more mobile, and have further moments of personal and private time. Opposite to a tablet, phone usage is associated with private, bite-sized viewing and always accessible messaging, communication and gaming.

**Overall, platform isn't felt to be a barrier to app usage, and the cohort feel that the core reason why they wouldn't have the same apps across all platforms would be due to technical barriers i.e. storage, device availability.**





"I use my phone to message my friends and will sometimes watch Netflix on there in my room if my sister is on the tablet"
**Grace, aged 12**



"There's no real difference between apps that are on tablet and phone, you just have the same. Oh, but some you just can't get on tablet" **Aiden, aged 9**

18

HIGHLY CONFIDENTIAL (COMPETITOR)

META3047MDL-047-00728644



HIGHLY CONFIDENTIAL (COMPETITOR)    META3047MDL-047-00728645

Exploring kids' digital worlds with experts in the field
unearthed some pre-existing and emerging themes
which should be considered for future propositions



















20

HIGHLY CONFIDENTIAL (COMPETITOR)

META3047MDL-047-00728646

## EMERGING THEME: CREATING CIVIC PURPOSE

With access to information on a global scale comes increased awareness of the world they live in and as a result, kids are aware of the importance to do good and take a stand for things that aren't always 'fair' or 'right'.

Movements like Black Lives Matter and #MeToo gain widespread recognition and these messages filter down into kids' worlds and the school system. Images of kids attending rallies and demonstrations creates a feeling that kids can get involved too. Conversations around politics take place at school with a push for kids to be engaged and act in ways that they can on topical issues.

The tribe learn from, and look to express themselves, via digital platforms to fulfil their civic purpose



"Kids are absolutely into doing things to help others around them. They would love a space where they could look to find what needs fixing in their local area or community, and share what they've done"

Sharna Jackson
Digital Strategist

21

HIGHLY CONFIDENTIAL (COMPETITOR)

META3047MDL-047-00728647

## EMERGING THEME: DIGITAL UPSKILLING

With exposure to endless demos and tutorials, kids have the resources to learn new skills they're inspired by. They are looking to educate themselves outside the classroom and have unique skills and tricks that they can bring to the table. They know that skills take practice and commitment, and they're willing to put the time in to demonstrate their talents or share their skills with family and friends.

Upskilling has a direct impact on confidence and skills are a big part of 'joining in' for the tribe, and providing fertile social currency.



"When you optimize kids' apps for those under 8, you only have to think about what that kid will love and enjoy, but when you are designing for those over 8, you have to optimize to help them create something someone else will see."

David Glauber
Content Director, Toca Boca

22

HIGHLY CONFIDENTIAL (COMPETITOR)

META3047MDL-047-00728648

## EMERGING THEME: MIXING

An emerging theme amongst this cohort is watching others during game play and also involving themselves in the game experience. This is a new trend of neither purely watching or playing. Microsoft 'Mixer' is currently the only streaming service that offers viewers real-time influence and participation in live game streams. Streamers and viewers can connect like never before, engaging together to create a whole new streaming experience.'

For the tribe, this is a chance to join in and have fun with friends, merging their own world with the world of their game.

"You aren't just playing the game yourself, you are participating with others and passively watching to see what happens. This is completely different from gaming in the past and also different from multi-player games. It's more like a social experiment"

Cav Caviness
Senior Product Mgr, Hulu



HIGHLY CONFIDENTIAL (COMPETITOR)

META3047MDL-047-00728649

## EMERGING THEME: SPREADING KINDNESS & ANONYMITY

Mindfulness and the theme of spreading kindness is a theme that permeates the tribes lives. They are on a constant quest for authentic.

Their filters are fast and efficient. Kindness, positivity, real talent and storytelling are all speaking to their emotions, and their choices are underpinned by high-levels of emotional intelligence. They are looking for ways to spread kindness throughout their lives but don't always have the confidence to do so. Facilitating the spreading of kindness through anonymous sources is a great way of doing this.

"Receiving a 'like' or a positive comment on social media releases dopamine – that's why these apps are so addictive. But, Gen Z know the negativity of social media, and the individual platforms. but they also know it's a user fault, not a brand fault. Platforms like TBH allow them to share positivity, which combats the negative, but also allows for them to remain private. It's a Gen Z dream!"

Deep Patel
Gen Z Entrepreneur



24

HIGHLY CONFIDENTIAL (COMPETITOR)

META3047MDL-047-00728650

## Existing themes are still valid, however, and should be considered

### PRIVACY AND SAFETY

Horror stories about people being reprimanded for something they wrote online years before and affecting them in later life are like folklore.

As a result they are learning to be savvy online. In some instances, kids are creating second Instagram accounts 'F-insta' (Fake-Insta) to protect their true self. Stranger danger is no longer just being approached by a stranger in the park, but receiving a 'like' online can be just as much cause for concern. Kids are all to aware of this and heightened security measures online shut kids out of being able to freely explore and express.

### DRIVING FROM DIGITAL TO PHYSICAL

For kids who have been brought up in the iGeneration, digital is no longer new, novel or exciting on its own. There is a movement for more excitement in the merging of the digital and physical worlds.

Physical experiences facilitated by the digital world is appealing to kids who are looking for shared experiences and to be involved. The rise in AR demonstrates this idea of digital play bringing kids together.

### CONNECTING IN A GLOBAL PLAYGROUND

Previously, trends took a long time to spread across to different cultures and countries. Now, trends are instantaneous thanks to YouTube.

Kids are constantly connecting in a global playground sharing knowledge, culture, customs and beyond. There is a fluidity between different cultures that was previously hard to obtain. Kids across the world are sharing codes of the tribe and are joining in all together.

### EPISODIC CONTENT AND NARRATIVE

Kids have always thrived off storytelling and immersion but their interest in episodic content is growing and they now expect narrative across all aspects of their digital lives e.g. episodic stories with Vloggers on YouTube, games with episodic narrative. This episodic narrative taps into their shorter attention spans and desire to be quickly captivated. They are looking for quick entertainment fixes that are still part of a deeper narrative immersion.

### AUTONOMY

Kids have been generating content for some time now but their expertise is growing. Young digital hackers are creating their own content that is shaping the future of content creation. They are not following the rules of the previous generation, they're making new ones.



25

HIGHLY CONFIDENTIAL (COMPETITOR)

META3047MDL-047-00728651

Despite proliferation of digital tools and trends, digital play and engagement is not without its tensions. It is in answering these needs where the prime opportunities lie



26

HIGHLY CONFIDENTIAL (COMPETITOR)

META3047MDL-047-00728652

And as a Generation who thrive on hacking, mash-ups and creation, there is an opportunity to reflect this trait, combining their behavior needs within the 6 human motivations, in order to combat their digital tensions and take future propositions to the next level



HIGHLY CONFIDENTIAL (COMPETITOR)

META3047MDL-047-00728653

There are existing, leading digital offerings that have combined behavior needs successfully, but there is opportunity, space, and need for more



 Creativity & expression   Belonging & inclusion



 Achievement & success    Creativity & expression



 Happiness & enjoyment   Adventure & exploration



 Love & comfort   Achievement & success



28

HIGHLY CONFIDENTIAL (COMPETITOR)

META3047MDL-047-00728654

Transforming the motivators, and the behaviors within them, into a useable tool, we can shift and combine these behaviors in order to creatively respond to identified tension areas

THE OPPORTUNITY GENERATOR



29

HIGHLY CONFIDENTIAL (COMPETITOR)

META3047MDL-047-00728655



HIGHLY CONFIDENTIAL (COMPETITOR)

META3047MDL-047-00728656



31

HIGHLY CONFIDENTIAL (COMPETITOR)

META3047MDL-047-00728657



### Pre Social Sharing

Particularly at the older end of tribe, the cohort are looking for ways to craft and hone their own identity, and beyond that are looking for ways to share it. They love to put the unexpected together to make something new. They share and connect like a tribe over digital challenges, trends, symbols, people.

It's a time of trying to fit in, and wanting to try and different things in order to be part of the crowd and share experiences, but remaining a kid and not becoming too adult.

As they navigate their way through tweendom, there is a real desire to remain safe and feel secure – and a kid - and an awareness that they aren't ready to brave the uncertainty, and slightly older world, of social media.

HIGHLY CONFIDENTIAL (COMPETITOR)

META3047MDL-047-00728658

# Pre Social Sharing

**I want to express myself digitally, but I don't want to be on social media**



Creativity & expression + Love & comfort

**Current Behaviors**
- Collated a range of digital skills up until this point
- Look for ways to connect to the tribe through shared experiences
- Aware of social media platforms and usage, but not ready to expose themselves. But how do they share?
- Current digital expression through curated YT subscriptions, and have attempted own vlogs
- Thrive on challenges – digital and physical

**Behavior Goals**
Individuality, imagination, self-expression, creativity, invention, personalisation, originality, problem-solving, security, safety, protection, comfort, affection, trust

## IDEA SPARKS




**Pop Culture Content Creator**
Create stories/animations/short form content using ingredients and elements of popular culture, to share as a story/narrative with friends. Can be purely for fun, or to share and attract followers



**Global Buddies**
Discovering a world of kid-influencers. Like a version of IG but less about showing off/professional images and more about raw, homemade content about them and their lifestyle. Could be policed more strictly, maybe even by the tribe themselves

### Tribal manifestations:




**Challenge Me**
Enabling them to step into the shoes of influencers by being set regular, sophisticated challenges to design and created against and share their content



"I like the idea of Instagram but I'm a little scared of it. But I want to be able to share creative fun stuff with friends" Gabby, aged 9



HIGHLY CONFIDENTIAL (COMPETITOR)

META3047MDL-047-00728659



34

HIGHLY CONFIDENTIAL (COMPETITOR)

META3047MDL-047-00728660



HIGHLY CONFIDENTIAL (COMPETITOR)

META3047MDL-047-00728661

# Digital Boosting

*I want to keep up in the digital world, but I don't know what I'm doing*



Achievement & success **+** Adventure & exploration

**Current Behaviors**
- Accessing high number of apps to gain social traction/currency
- Digitally curious, but engagement often surface level
- Aware of possibility of achievements through digital skills, but lack knowledge
- Often move from one app to another – jack of all trades, master of none syndrome
- Results in boredom and not achieving potential

**Behavior Goals**
Achievement, success, stature, feeling in control, autonomy, being in charge, inquisitive, curiosity, adventure, discovery, growth, risk-taking, daring, bravery

## IDEA SPARKS



**iCreator**
Digital experience where game creation/coding is taught through the app experience, game is then played and is sharable with friends to review and feedback – opportunity to work together to strengthen creation. New skills learnt unlock levels

THE NEW NEW WAVE

**Influencer & Me**
Opportunity to create own games/platforms and submit to be reviewed and mentored by digital influencers



**Game Reviewer**
Collection of games in progress, play, learn and review, BETA, wireframes, expert review, functionality feedback, build your learning status, opinion importance builds

*"I always check YouTube and Instagram so I'm up to date, and play lots of small games, but really I'm not an expert in any of these things"*
Grace, aged 12

**Tribal manifestations:**

 

36

HIGHLY CONFIDENTIAL (COMPETITOR)

META3047MDL-047-00728662



HIGHLY CONFIDENTIAL (COMPETITOR)

META3047MDL-047-00728663



### Creative Communication

The tribe have excelled in creating sophisticated social relationships, and they know the importance of keeping up their position and status within their peer group. However, as global citizens, their peer group aren't always physically nearby – their friends can be in different states, or different countries.

Whilst the digital is their playground, most are not old enough for any social media and so they currently lack a relevant communication platform in order to continue to build these special relationships, whilst still being fun and relevant.

HIGHLY CONFIDENTIAL (COMPETITOR)

META3047MDL-047-00728664

# Creative Communication

## I'm physically social, and spend my time on digital, but these worlds rarely collide



Belonging & inclusion + Happiness & enjoyment

**Current Behaviors**
- Having to use more traditional platforms to communicate – Google Hangout, Skype, iMessage – which lack fun and relevancy
- Cramming in as many fun/sensorial/playful experiences and activities whilst physically together
- Using gaming platforms as a way to communicate
- When alone, there is a lot of isolated physical play, and there are looking for ways to share play worlds and fun with friends

**Behavior Goals**
Belonging, acceptance, inclusion, understanding my place, loyalty, newness, novelty, originality, enjoyment, happiness, being in the moment

## IDEA SPARKS



**Fantastical Friends**
Taking the communication basics and adding a fantastical element to them – a video chat service, like GH, but each user has an AR filter type character/emoji head. Removes any shyness, and includes playfulness



**Digi Sleepovers**
Being able to host a digital sleepover or party, where all attendees have access to control the music, lighting, mood, decorations, theme, etc. digitally

  

**Everyday Stories**
Story-telling your day/life/feelings via creative and digital play. Being able to send your day in avatar actions, and share your moods and feelings as a meme/character/filter to your closed group

"Not all of my friends live nearby, so we have to chat to using Google Hangout which is easy, but it's really not fun"
Allie, aged 11

## Tribal manifestations:



 

39

HIGHLY CONFIDENTIAL (COMPETITOR)

META3047MDL-047-00728665



HIGHLY CONFIDENTIAL (COMPETITOR)

META3047MDL-047-00728666



HIGHLY CONFIDENTIAL (COMPETITOR)

META3047MDL-047-00728667

# Unstructuring Structure

## I want to be digitally creative and engaged, but my digital time is structured



Creativity & expression + Achievement & success

**Current Behaviors**
- Structured digital play time – have go-to apps for set times of day/occasion i.e. before school, before bedtime
- Subscribing to YT favs and watching new content at moment of release in order to not miss out
- Feel pressure of keeping up Snapchat, for example, and the need to be continuously connected
- Jumping from one app to another in short space of time, to maximise digital play time
- Sometimes are unable to immerse in game play fully

**Behavior Goals**
Independence, individuality, imagination, self-expression, creativity, invention, personalisation, hack, problem-solving, stature, feeling in control, autonomy, being in charge

## IDEA SPARKS



**Seamless syncing**
Digital experiences that automatically move from one platform to another, with no break in game play or experience i.e. have to share tablet with sibling, move to mom's smartphone, game play continuous where I left it



**Easy Aggregator**
Similar to a news aggregator app designed for kids – give them a daily update so they have bitesize social currency ready to go. read it on the way to school. always with new news in their pocket

### Tribal manifestations:







**Let's Get Phygital**
Digital experience that drives activity to also take place in physical – for non platform times – i.e. complete missions and upload status, collect and scan in items, etc

"I have to give up my iPad at 5pm so my little brother has it for soothing time. So then I don't really know what to do" Aiden, aged 9





42

HIGHLY CONFIDENTIAL (COMPETITOR)

META3047MDL-047-00728668



HIGHLY CONFIDENTIAL (COMPETITOR)

META3047MDL-047-00728669



HIGHLY CONFIDENTIAL (COMPETITOR)

META3047MDL-047-00728670

## Open-ended Autonomy

*I thrive on freedom in game play, but there are few games that allow free play and no restrictions*



Adventure & exploration ➕ Creativity & expression

**Current Behaviors**
- Minecrafters – tribe have either become full fledged experts, or tired of it
- Playing multiple, quick-fix games to fulfil gaming needs
- Hacking and changing physical game play rules where possible to feel more in control
- Often push back to physical play, where their imagination sets the rules

**Behaviors Goals**
Inquisitive, curiosity, adventure, discovery, growth, risk-taking, daring, bravery, independence, individuality, imagination, self-expression, creativity, invention, personalisation, originality, hack, problem-solving

### 💡 IDEA SPARKS

### Tribal manifestations:



**Narrative Creators**
Game play with multiple narrative pathways to choose from, different story choices impact game play, keeping the game fresh and new



**Unknown Unboxing**
Daily random digital interaction whether it's a daily quick play game, a challenge, a fact to investigate, a filter. Each day is the digital equivalent of unboxing/opening a surprise gift





**Rule Makers**
Be able to invite friends into game world/go in friend's games to share ideas, set challenges, watch and learn skills – means that gameplay is fresh and different and can be influenced by network

*"I just want to be able to make my own rules in a game, or be given the choice...I should choose and the game should change!"*
Aiden, aged 9

45

HIGHLY CONFIDENTIAL (COMPETITOR)

META3047MDL-047-00728671

Though these spaces are relevant to the whole cohort, the appeal and appetite is stronger amongst some ages over others



8                              10                              12+



46

HIGHLY CONFIDENTIAL (COMPETITOR)                              META3047MDL-047-00728672

## Within future proposition ideas, it is important to remember and include the basic digital principles that appeal to this cohort

As digital natives, and having grown up with technology looking to include them as well as cater for them, the tribe have high expectations of the digital offerings that they come into contact with – particularly if it is designed with them in mind

  

 



Reflect physical play patterns

Surprise & delight – music, sound, SFX

Self expression

Fun-ctional usability

Facilitate discovery

Allow for creativity

Kids first, but parents too

47

HIGHLY CONFIDENTIAL (COMPETITOR)

META3047MDL-047-00728673

## More pertinent to note, are the key features within digital offerings that drive repeat engagement and return usage

Thriving on being able to **create, join in and upskill**, features within a digital offering are akin to physical rewards from brands for this cohort. Giving them the digital tools to feel involved in the tribe is what gains traction, and drives stickiness in app usage and the desire to have access to these apps, regardless of platform.





Progression

Voice recognition

Filters

Avatar creation

Geo-discovery

Connected to peers

Customization

48

HIGHLY CONFIDENTIAL (COMPETITOR)

META3047MDL-047-00728674

The Opportunity Generator can continue to be utilised internally with your stakeholder and product development teams to explore further tension areas and inspire further idea sparks



49

HIGHLY CONFIDENTIAL (COMPETITOR)

META3047MDL-047-00728675



## Next Steps...

- Presentation of insights and identified opportunity areas to wider stakeholder team

- Explore TPL identified opportunity areas and idea sparks with product development teams

- Continue to use the Opportunity Generator internally to explore further opportunity areas, and idea sparks within them

### TPL Recommends

- Once a selection of achievable and favoured ideas have been decided upon, we recommend further idea generation, co-creation and testing with the target cohort

50

HIGHLY CONFIDENTIAL (COMPETITOR)

META3047MDL-047-00728676



HIGHLY CONFIDENTIAL (COMPETITOR)

META3047MDL-047-00728677