# AMENDED Exhibit 304

# PLAINTIFFS' OMNIBUS OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

Case No.: 4:22-md-03047-YGR

MDL No. 3047

In Re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation

## Short Message Report

| Conversations: 1 | Participants: 7 |
|---|---|
| Total Messages: 2 | Date Range: 8/31/2022 |

## Outline of Conversations



**Global Affairs Leads** · 2 messages on 8/31/2022 · David Ginsberg <███████████████> ·
Jennifer Newstead ███████████████ · Joel Kaplan ███████████████ ·
Mark Zuckerberg ███████████████ · Nick Clegg ███████████ ·
Sheryl Sandberg ███████████████

CONFIDENTIAL
CONFIDENTIAL

META3047MDL-177-00122386
METADCAG-050-00147282

**Messages in chronological order** (times are shown in GMT +00:00)

---

💬    **Global Affairs Leads**

\#    **Mark Zuckerberg** <███████████████████>       8/31/2022, 11:34 PM

Random thing. I just logged into Snapchat for the first time in a while to see what progress they're making with AR. What surprised me is how porny and inappropriate the content they're featuring is in their equivalent of Reels (Spotlight) and their 3P content stories (Stories). I was completely blown away that they haven't faced more scrutiny for this, especially given that their audience skews so much younger. It's not nudity but it's really raunchy. I would never let my kids anywhere near this. It seems like we could easily get more scrutiny on them for this, and perhaps that would help the next time we face scrutiny for youth content on our services.

\#    **David Ginsberg** <███████████████████>       8/31/2022, 11:42 PM

yup - i haven't logged on in years, but will today.  I'll have the team look at it.

CONFIDENTIAL
CONFIDENTIAL