# AMENDED Exhibit 306

# PLAINTIFFS' OMNIBUS OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

Case No.: 4:22-md-03047-YGR
MDL No. 3047
In Re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation

# Document Provided in Native Format

HIGHLY CONFIDENTIAL (COMPETITOR)    META3047MDL-019-00127958

# TIME SPENT:
# THE RESEARCH JOURNEY

MAY 2018



# OVERVIEW

- Youth Empathy Studies

  - On-platform surveys

  - 2 qual studies

- Resurrection of Shelved Product

- Impact on High School Community Product

  - 2 qual studies

  - [Unbranded survey]

# RESEARCH GOALS & QUESTIONS

- Empower teens to navigate overwhelming situations

  - How can we help teens feel more in control of their tech and social media usage?

  - How can we help teens manage their daily tech use to lessen negative impacts on their mental and physical health?

- Provide teens with a product to help them manage high school life

  - How can we help teens manage their academic <u>and</u> social life in HS?

  - What design concept features resonate with them most? Do these address the pain points we've uncovered?

# TECH & FOCUS & SLEEP



- These teens reported that while their phone didn't wake them at night, it was a constant distraction during both the night and the day

- Before bed, these teens used their phone to decompress after a long day, but felt compelled to respond to messages/notifications from friends

- During the day, these teens said their phones were a constant distraction, both because of notifications and the convenience of immediate use, so they would unanimously use a feature that <u>limited notifications</u> to certain times of the day

# TECH & FOCUS & SLEEP



I think that would be pretty cool. It would help with sleep but also HW time and during school. A daily digest would also probably help a lot. Because if I see one I'll check it, but then get more notifications and keep looking.

Yeah I'd do that, and I don't want notifications coming on during school. Time windows throughout the day would be my preference. It would be a good idea to just give notifications when I pick the phone up actually, like how my screen turns on when I pick it up.

I totally agree. Like 100%. Cause like it's something I always pick up when I can't fall asleep. If I didn't have a phone, then I'd read or not go on my phone. When I pick it up I'm on it for longer. Probably way longer than it would actually take me to fall asleep. You lose yourself in your phone.

# TECH & SOCIAL HEALTH



- A survey of US teens (n=770) revealed that 84% had taken a break from digital technology in the last year, spanning a few days to over a month

- We recruited 8 teens from the survey, and found they thought they were spending too much time on social media, becoming emotionally exhausted, and felt they had to manage their accounts rather than enjoy them

- They were able to catch themselves when their social media use "*got out of hand*," but wanted tools that helped them track their usage, give gentle reminders when they started to reach "*excessive amounts*" of app time, and/or provide subtle suggestions to try offline activities instead

# TECH & SOCIAL HEALTH



I was trying to get a head start on the school year, and I was getting notifications all the time and it was bugging me, so I logged out of some things, and enjoyed it, so I logged out of everything officially. I was able to get so much more done in those weeks. It wasn't anything insane that made me do it but just an impulse.

It was pretty refreshing to get away from social media and everything in the world, tune it out. I could spend more time with family, having dinner with my mom, and reading. It was hard cuz it was a habit. I was doing that every night before bed. Now I read instead.

I feel like it's a really good idea for teens [to detox]. Because people put too much energy into social media. Especially our generation. The older generations didn't have it, so they don't need it. The older generations use it as needed, but since we've grown up with it, it's kinda become attached to us. For older generations, there's a real you and a digital you. But with our generation, it feels like [your online identity is] connected to you, it's attached, you can't lose it. Just like your arm, it's there, attached. You can't ever get rid of it. So you always have to make sure you manage it somehow. But the detox helps you not have to feel as attached.

# RESURRECT A PRODUCT



- Researched, designed and built by The Factory

- AKA - Quiet mode, Together mode, Face-to-Face mode, DND

- Shelved because product focused on the negative

- XFN discussions with Factory, Compassion, PAC, etc.

- Moved from Compassion to Product Foundation (team split as of May

# TECH & HIGH SCHOOL

- The biggest need for these participants was being able to balance out "the full high school experience." They want to have a good social life while keeping up with their academics.

- They expressed a clear desire for a high school app that is both utilitarian and social, based on the concept features that resonated most: Focus Mode, Directory, Canonical Groups, #event, Events Channel, Confessions, and Highlights/Announcements.

- Participants liked Focus Mode as a way to minimize distractions during class/homework. However, to successfully reduce distractions, it needs to limit notifications across multiple apps.



# THANK YOU!



# DOCUMENT SLIPSHEET

**Bates Number:** META3047MDL-019-00127958

**TNAG BEGBATES:** METATNAG-005-00127958

**TNAG ENDBATES:** METATNAG-005-00127958

**Create Date:** 10/22/2019 12:00 AM

**Last Modified Date:** 10/22/2019 12:00 AM

**Custodian:** ██████████ ; SNYDER_KENZIE

**Title:**

**Author:**

**Confidentiality Designation:** HIGHLY CONFIDENTIAL (COMPETITOR)