# AMENDED Exhibit 310

# PLAINTIFFS' OMNIBUS OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

Case No.: 4:22-md-03047-YGR
MDL No. 3047
In Re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation

## RE: 3P's - ▮

| | |
|---|---|
| **From:** | Alex Schultz < ▮ > |
| **To:** | ▮ < ▮ > |
| **Date:** | Fri, 18 Jan 2013 17:49:39 -0800 |

The ESPN roadmap is looking really good from the highlights I have seen!
I think the focus on reach of push is super important. It's actually a bit crazy that stale push is the largest right?
I wonder if there's anything we can do on Android that's better than push? I guess so many have email that this isn't too terrible but it would be good to move up DAU.

Alex

**From:** ▮
**Sent:** Thursday, January 17, 2013 3:31 PM
**To:** internetmarketing
**Subject:** RE: 3P's - ▮

Point 1 is in regards to FB4iPhone users.

**From:** ▮
**Sent:** Thursday, January 17, 2013 3:13 PM
**To:** internetmarketing
**Subject:** 3P's - ▮

Very productive week and ESPN roadmap planning is coming together.

Progress:
- Correction from last week where I stated 69 MM users are on app version <= 5.1  The underlying table I was looking at had data but is no longer being populated appropriately.  The number is 16 MM.
  - o We'll probably run some promotions to get these users to upgrade.
- Increase % Pushable
  - o Push through VoIP – This one could be huge.  82 MM users on FB4iPhone aren't pushable but do have a token.  Reaching them with local notifications through voip could have massive potential impact on DAU.  24 MM on Non-MAU's have a token so we could potentially reach them as well.
- Researching the best time of day to send push campaigns reveals that noon at 8-9pm are ideal times.

| CA - USA | | | |
|---|---|---|---|
| Hour | ADD_TO_TRAY | CLICK_FROM_TRAY | Clicks/Adds |
| 0 | 350,715 | 94,537 | 27% |
| 1 | 213,468 | 50,154 | 23% |
| 2 | 147,499 | 30,554 | 21% |
| 3 | 139,569 | 26,409 | 19% |
| 4 | 167,641 | 33,893 | 20% |
| 5 | 224,801 | 58,327 | 26% |
| 6 | 345,790 | 111,447 | 32% |
| 7 | 541,631 | 175,983 | 32% |
| 8 | 614,277 | 199,350 | 32% |
| 9 | 666,572 | 216,717 | 33% |
| 10 | 645,223 | 207,909 | 32% |
| 11 | 862,836 | 264,847 | 31% |
| 12 | 791,611 | 265,504 | 34% |
| 13 | 802,757 | 261,669 | 33% |
| 14 | 813,646 | 265,328 | 33% |
| 15 | 864,918 | 282,560 | 33% |
| 16 | 953,723 | 312,335 | 33% |
| 17 | 1,030,973 | 342,432 | 33% |
| 18 | 1,140,926 | 373,716 | 33% |
| 19 | 1,209,981 | 398,481 | 33% |
| 20 | 1,231,991 | 412,087 | 33% |
| 21 | 1,136,686 | 382,863 | 34% |
| 22 | 879,577 | 286,473 | 33% |
| 23 | 572,085 | 170,965 | 30% |
| Grand Total | 16,348,896 | 5,224,540 | 32% |

- o
- Increase reach of Push – A reasonably large number of users receive very few push notifications in a week.  The ESPN team will be working on getting these users something.
  - o Reach
    - § Roughly 5 MM iPhone pushable, L28 <= 27, users receive 0 push notifications in 7 days.  18 MM receive 5 or less.
    - § Roughly 8 MM iPhone pushable, L28 <= 27, users receive 0 push notifications in 7 days.  28 MM receive 5 or less.
  - o Push Notification Type Distribution of these users.  Yikes, many of these users are getting app_invites!  Let's get them something that feels a little better.  FYI, stale_email is our stale push notification.

HIGHLY CONFIDENTIAL (COMPETITOR)

| Push Type | Receive 1 Notification in Last 7 Days | Cumulative | | Push Type | Receive 5 Notifications in Last 7 Days | Cumulative |
|---|---|---|---|---|---|---|
| stale_email | 31% | 31% | | friend | 16% | 16% |
| friend | 14% | 45% | | app_invite | 14% | 30% |
| msg | 11% | 56% | | msg | 13% | 43% |
| app_invite | 9% | 64% | | close_friend_activity | 10% | 53% |
| friend_confirmed | 8% | 72% | | item_reply | 7% | 60% |
| close_friend_activity | 6% | 78% | | friend_confirmed | 7% | 66% |
| item_comment | 5% | 83% | | item_comment | 7% | 73% |
| item_reply | 4% | 87% | | app_request | 5% | 78% |
| app_request | 3% | 90% | | plan_user_invited | 5% | 83% |
| plan_user_invited | 3% | 92% | | stale_email | 3% | 86% |
| wall | 1% | 94% | | photo_tag | 3% | 89% |
| photo_tag | 1% | 95% | | wall | 2% | 91% |
| mention | 1% | 96% | | group_activity | 2% | 93% |
| group_activity | 1% | 97% | | mention | 2% | 94% |
| share_wall_create | 1% | 97% | | notify_me | 1% | 95% |

§  and ▮▮▮▮▮ have been doing an awesome job in creating some push pipelines that are already paying off and will continue to.

Plans:
· Roadmap planning for ESPN.
· Test planning for Notifs Eng and increasing % pushable.

Problems:
JAT stopped a weekly push notification meeting we had and now I don't hear this song anymore.
https://www.youtube.com/watch?v=k4onJ7Z2MLI

- ▮▮

HIGHLY CONFIDENTIAL (COMPETITOR)