**AMENDED Exhibit 333**

**PLAINTIFFS' OMNIBUS OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT**

Case No.: 4:22-md-03047-YGR
MDL No. 3047
In Re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation

# DOCUMENT SLIPSHEET

**Bates Number:** META3047MDL-019-00118471
**Custodian:** CASTANEDA_DIEGO; █████████;ROTHSCHILD_MIKI
**Author:** ████████████
**Filename:** SMART DEFAULTS UPDATED PROPOSAL 3-2_1NXSKD3L-
CFFMM0U2ZEVROC08WGCMBY2QN4X7OTOVSIW.PPTX
**Create Date:** 3-2-2020 12:00 AM
**Last Modified Date:** 3-14-2020 12:00 AM
**TNAG BEGBATES:** METATNAG-005-00118471
**TNAG ENDBATES:** METATNAG-005-00118471
**MAAG BEGBATES:** METAMAAG-008-00118471
**MAAG ENDBATES:** METAMAAG-008-00118471



**Document Provided in Native Format**

CONFIDENTIAL

META3047MDL-019-00118471



## Agenda

1 Goals

2 Context

3 Product Experience

4 Milestones and Discussion

## Goals

1. Review decisions made last week with Community Leads.

2. Align on:
   a. separating Private and interaction defaults (decision #4)
   b. upselling Private + settings to existing teens (#5)
   c. defaulting settings for new teen accounts (#6a)

## Smart Defaults Objectives (from "Safe from Day One" doc): Ship a Safer Account Model for Teens

1. Protect teens from unwanted DMs asap to keep them **safe** where bullying happens most
2. Protect teens' safety across **additional interaction types** while maintaining a simple privacy model

Context

Can we do #1 independently of 2?

Are we aligned that Safe from Day One objectives will enable us to ship a safer account model for teens?

What is the minimum requirement for the goal?

Why not just do one?
- We know from research that DMs is necessary for safety, though it's not expected.
- We know from research that mentions and tags are expected. Matching user expectations keeps the experience simple.
- We know bullying happens through mentions and tags and that private teens are more likely to be bullied this way. It's not a safe experience if we don't include mention and tags.
- We'll have a frankenstein privacy model if we only include DMs, that will not match users expectations and therefore will not be simple.





## Updated Experience

Last week we aligned on:

1. Test and launch tags, mentions, and DM settings. More.
2. New teen accounts start private.
3. Introduce a new audience control "People you follow and Followers" for interaction settings.
4. Interactions are a separate construct from visibility (which equates to private today). When switching between public and private, interaction settings don't change, but are highly visible.
5. Upsell private and limited interactions to existing teens.
6. Default new teens into limited interactions in addition to defaulting them into a private account.

Updated Product Experience

## 1. Test and launch tags, DMs and mentions settings for everyone



Updated Product Experience

## 2: New teen accounts start private (Graph currently testing)

Goal is to test MAP mitigation tactics which can be found here.



Updated Product Experience

## 3. Introduce a new audience control "People you follow and Followers" for interaction settings



| Settings Options Today | Comments | DMs | Tags | Mentions |
|---|---|---|---|---|
| Private | Followers | Everyone<br>People You Follow | Everyone<br>People You Follow | Everyone<br>People You Follow |
| Public | Everyone<br>People You Follow<br>People You Follow and Your Followers<br>No One | Everyone<br>People You Follow | Everyone<br>People You Follow | Everyone<br>People You Follow |

| Recommendation | Comments | DMs | Tags | Mentions |
|---|---|---|---|---|
| Private | Followers | Everyone<br>People You Follow<br>People You Follow and Your Followers<br>No One | Everyone<br>People You Follow<br>People You Follow and Your Followers<br>No One | Everyone<br>People You Follow<br>People You Follow and Your Followers<br>No One |
| Public | Everyone<br>People You Follow<br>People You Follow and Your Followers<br>No One | Everyone<br>People You Follow<br>People You Follow and Your Followers<br>No One | Everyone<br>People You Follow<br>People You Follow and Your Followers<br>No One | Everyone<br>People You Follow<br>People You Follow and Your Followers<br>No One |

Updated Product Experience

## 4. Interactions and visibility are separate constructs. Switching between accounts (private/public) interaction settings don't change.



New privacy settings hierarchy and switching experience

Updated Product Experience

If we are wrong, how will we know? Usability tests
Start with this direction

## 5. Upsell private and limited interactions to as many *existing* teens as possible



New                    Updated Product Experience

Might not need to upsell private to teens since they know about private already

Build awareness on new interaction controls

Contextual adoption > QP

Upsells on profiles -> show your privacy there

Tenure of teens > segmenting teens here

Success of the goal - private accounts and limited interactions doesn't equate to success

Permanent entry point, not across the board upsell; okay if this happens in H2

Success = we have the controls, people know how to find them in moments when they need them

## 6. Default all *new* teens into private + restricted interactions via registration

| Options | Pros | Cons / Risks | Mitigation |
|---|---|---|---|
| A. Default all new teens into private + restricted interactions via registration flow | - Keep more people safe from unwanted DMs, tags, and mentions | - More risk to engagement metrics<br>- Could bloat graph<br>- People may not know a follow requester | - Nudge people to follow someone they want to interact with<br>- Allow messages when requesting to follow someone |
| B. Upsell all teens via opt-in QP | - Less risk to engagement metrics | - Teens may not understand the upsells as new users | - Show after X number of days |
| C. Upsell all teens via opt-out QP | - Less risk to engagement metrics | - Teens may not understand the upsells as new users PXFN may block | - Show after X number of days |

Updated Product Experience

Are there any use cases where people only message each other