# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*People of the State of California, et al. v. Meta Platforms, Inc., et al.* | MDL No. 3047<br><br>Case Nos. 4:22-md-03047-YGR-PHK<br>4:23-cv-05448-YGR<br><br>**[PROPOSED] ORDER DENYING STATE ATTORNEYS GENERAL'S CROSS-MOTION FOR PARTIAL SUMMARY JUDGMENT**<br><br>Judge: Hon. Yvonne Gonzalez Rogers<br>Magistrate Judge: Hon. Peter H. Kang |

Having considered the parties' submissions, the record, and the applicable law, the Court hereby DENIES Plaintiffs State Attorneys General's Cross-Motion for Partial Summary Judgment.

**IT IS SO ORDERED.**

Dated: _____

                                                    HON. YVONNE GONZALEZ ROGERS
                                                    UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER DENYING STATE ATTORNEYS GENERAL'S CROSS-MOTION FOR PARTIAL SUMMARY JUDGMENT
Case Nos. 4:22-MD-03047-YGR-PHK, 4:23-CV-05448-YGR