James P. Rouhandeh, *pro hac vice*
Antonio J. Perez-Marques, *pro hac vice*
Caroline Stern, *pro hac vice*
Kathryn S. Benedict, *pro hac vice*
Corey M. Meyer, *pro hac vice*
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4000
Facsimile: (212) 701-5800
Email:    rouhandeh@davispolk.com
           antonio.perez@davispolk.com
           caroline.stern@davispolk.com
           kathryn.benedict@davispolk.com
           corey.meyer@davispolk.com

*Attorneys for Defendants Meta Platforms, Inc. and
Instagram, LLC*

*Additional counsel listed on signature pages*

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*People of the State of California, et al. v. Meta Platforms, Inc., et al.* | MDL No. 3047<br><br>Case Nos. 4:22-md-03047-YGR-PHK<br>4:23-cv-05448-YGR<br><br>**META'S TEMPORARY SEALING MOTION (META'S REPLY IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT AND OPPOSITION TO STATE ATTORNEYS GENERAL'S CROSS-MOTION FOR PARTIAL SUMMARY JUDGMENT)**<br><br>Judge: Hon. Yvonne Gonzalez Rogers<br>Magistrate Judge: Hon. Peter H. Kang |

Pursuant to the Court's Order Setting Sealing Procedures (ECF No. 341), Defendants Meta Platforms, Inc. and Instagram, LLC ("Meta") file this Temporary Sealing Motion regarding Meta's Reply in Support of Motion for Summary Judgment and Opposition to the State Attorneys General's Cross-Motion for Partial Summary Judgment (ECF No. 2892).  Pursuant to the Order at ECF No. 341, the reasons for sealing (if any) will be addressed in a forthcoming omnibus stipulation or omnibus motion.

| Docket No. | Document | Whether document contains a Party's Confidential Information |
|---|---|---|
| ECF No. 2893-1 | Meta's Reply in Support of Motion for Summary Judgment and Opposition to State Attorneys General's Cross-Motion for Partial Summary Judgment | Temporarily filing under seal because the document contains information that the parties may consider to be confidential |
| ECF No. 2893-2 | Declaration of James P. Rouhandeh (Not under seal) | |
| ECF No. 2893-3 | Exhibit 1, Relevant Excerpts of the Trial Report of Bradley Zicherman MD, dated May 16, 2025 | Temporarily filing under seal because the document contains information that the parties may consider to be confidential |
| ECF No. 2893-4 | Exhibit 2, Relevant Excerpts of the Transcript of the Deposition of Bradley Zicherman on August 27, 2025 | Temporarily filing under seal because the document contains information that the parties may consider to be confidential |
| ECF No. 2893-5 | Exhibit 3, META3047MDL-003-00158978 | Temporarily filing under seal because the document contains information that the parties may consider to be confidential |
| ECF No. 2893-6 | Exhibit 4, Relevant Excerpts of the Transcript of the Deposition of Mark Zuckerberg on March 27, 2025 | Temporarily filing under seal because the document contains information that the parties may consider to be confidential |
| ECF No. 2893-7 | Exhibit 5, Relevant Excerpts of the Transcript of the Deposition of Antigone Davis on March 5, 2025 | Temporarily filing under seal because the document contains information that the parties may consider to be confidential |

| Docket No. | Document | Whether document contains a Party's Confidential Information |
|---|---|---|
| ECF No. 2893-8 | Exhibit 6, Relevant Excerpts of the Transcript of the Deposition of Adam S. Mosseri on March 17, 2025 | Temporarily filing under seal because the document contains information that the parties may consider to be confidential |
| ECF No. 2893-9 | Exhibit 7, Relevant Excerpts of the Testimony of Mark Zuckerberg before the Senate Judiciary Committee on November 17, 2020 (Not under seal) | |
| ECF No. 2893-10 | Exhibit 8, Relevant Excerpts of the Testimony of Antigone Davis before the United States Senate Subcommittee on Consumer Protection, Product Safety, and Data Security on September 30, 2021 (Not under seal) | |
| ECF No. 2893-11 | Exhibit 9, Relevant Excerpts of Trial Report of Mitch Prinstein, Ph.D., dated May 16, 2025 | Temporarily filing under seal because the document contains information that the parties may consider to be confidential |
| ECF No. 2893-12 | Exhibit 10, Relevant excerpts of META3047MDL-019-00011453 | Temporarily filing under seal because the document contains information that the parties may consider to be confidential |
| ECF No. 2893-13 | Exhibit 11, Relevant Excerpts of the Transcript of the Deposition of Carl S. Saba on March 2, 2026 | Temporarily filing under seal because the document contains information that the parties may consider to be confidential |

Dated:  March 27, 2026

Respectfully submitted,

DAVIS POLK & WARDWELL LLP

/s/ James P. Rouhandeh

James P. Rouhandeh, *pro hac vice*
Antonio J. Perez-Marques, *pro hac vice*
Caroline Stern, *pro hac vice*
Kathryn S. Benedict, *pro hac vice*

Corey M. Meyer, *pro hac vice*
450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4000
Facsimile: (212) 701-5800
rouhandeh@davispolk.com
antonio.perez@davispolk.com
caroline.stern@davispolk.com
kathryn.benedict@davispolk.com
corey.meyer@davispolk.com


COVINGTON & BURLING LLP

Ashley M. Simonsen, SBN 275203
1999 Avenue of the Stars
Los Angeles, California 90067
Telephone: (424) 332-4800
Facsimile: (424) 332-2749
asimonsen@cov.com

Paul W. Schmidt, *pro hac vice*
Phyllis A. Jones, *pro hac vice*
One CityCenter
850 Tenth Street, NW
Washington, DC 20001-4956
Telephone: (202) 662-6000
Facsimile: (202) 662-6291
pschmidt@cov.com
pajones@cov.com

*Attorneys for Defendants Meta Platforms, Inc. and Instagram, LLC*

3

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing and its attachments will be served electronically on counsel for Plaintiffs to the email addresses that were designated by counsel for that purpose.

I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct.


DATED:  March 27, 2026                          /s/ James P. Rouhandeh
                                                James P. Rouhandeh

META'S TEMPORARY SEALING MOTION (META'S REPLY IN SUPP. OF MOT. FOR SUMM. J. AND OPP. TO STATE AGS'
CROSS-MOT. FOR PARTIAL SUMM. J.)
4:22-md-03047-YGR-PHK; 4:23-cv-05448-YGR