[*Submitting Counsel on Signature Page*]

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION | MDL No. 3047 |
| | Case No. 4:22-md-03047-YGR |
| THIS DOCUMENT RELATES TO: | **TEMPORARY SEALING MOTION RE REPLY IN SUPPORT OF STATE ATTORNEYS GENERAL'S MOTION FOR PARTIAL SUMMARY JUDGMENT** |
| 4:23-cv-05448 | Judge: Hon. Yvonne Gonzalez Rogers |
| | Magistrate Judge: Hon. Peter H. Kang |

Pursuant to the Court's Order Setting Sealing Procedures (ECF No. 341), the State Attorneys General submit this Temporary Sealing Motion regarding their Reply in support of State Attorneys General's Motion for Partial Summary Judgment. Pursuant to that Order, the reasons for sealing (if any) will be addressed in a forthcoming omnibus stipulation or omnibus motion.

| Docket No. | Document | Whether document contains a Party's Confidential Information |
|---|---|---|
| ECF No. 2895 | Reply in Support of State Attorneys General's Motion for Partial Summary Judgment | Temporarily filing under seal because document contains information that |

1

| | | the parties may consider to be confidential |
|---|---|---|
| ECF No. 2895-1 | Declaration of Matthew Cocanougher | Not filed under seal |
| ECF No. 2895-2 | Exhibit 1 to the Reply. Excerpts of an Investigative Subpoena served on Meta on November 18, 2021 | Temporarily filing under seal because document contains information that the parties may consider to be confidential |
| ECF No. 2895-3 | Exhibit 2 to the Reply. Excerpts of the transcript of the 30(b)(6) Deposition of A. Hartnett taken on June 16-17, 2025 | Temporarily filing under seal because document contains information that Meta may consider to be confidential |
| ECF No. 2895-4 | Exhibit 3 to the Reply. 30(b)(6) deposition notice served on Meta by the State AGs on January 10, 2025 | Temporarily filing under seal because document contains information that Meta may consider to be confidential |
| ECF No. 2895-5 | Exhibit 4 to the Reply. Requests for Admissions served on Meta by the State AGs on February 14, 2025 | Temporarily filing under seal because document contains information that Meta may consider to be confidential |
| ECF No. 2895-6 | Exhibit 5 to the Reply. The trial report of State AGs' expert, Ryan Sheatsley | Temporarily filing under seal because document contains information that Meta may consider to be confidential |
| ECF No. 2895-7 | Exhibit 6 to the Reply. Excerpts of a document produced in this litigation by Meta beginning with the Bates number META3047MDL-191-00000085 | Temporarily filing under seal because document contains information that Meta may consider to be confidential |
| ECF No. 2895-8 | Exhibit 7 to the Reply. Excerpts of a document produced in this litigation by Meta beginning with the Bates number META3047MDL-047-00906617 | Temporarily filing under seal because document contains information that Meta may consider to be confidential |
| ECF No. 2895-9 | Exhibit 8 to the Reply. Excerpts of a document produced in this litigation by Meta beginning with the Bates number META3047MDL-287-00005522 | Temporarily filing under seal because document contains information that Meta may consider to be confidential |

2

| ECF No. 2895-10 | Exhibit 9 to the Reply. Excerpts of a document produced in this litigation by Meta beginning with the Bates number META3047MDL-050-00029338 | Temporarily filing under seal because document contains information that Meta may consider to be confidential |
|---|---|---|
| ECF No. 2895-11 | Exhibit 10 to the Reply. Excerpts of a document produced in this litigation by Meta beginning with the Bates number META3047MDL-044-00025293 | Temporarily filing under seal because document contains information that Meta may consider to be confidential |
| ECF No. 2895-12 | Exhibit 11 to the Reply. The errata for the 30(b)(6) Deposition of L. Backstrom taken on June 26, 2025 | Temporarily filing under seal because document contains information that Meta may consider to be confidential |
| ECF No. 2895-13 | Exhibit 12 to the Reply. Excerpts of the transcript of the 30(b)(6) Deposition of L. Backstrom taken on June 26, 2025 | Temporarily filing under seal because document contains information that Meta may consider to be confidential |
| ECF No. 2895-14 | Exhibit 13 to the Reply. Excerpts of the transcript of the Deposition of L. Backstrom taken on December 10, 2025 | Temporarily filing under seal because document contains information that Meta may consider to be confidential |
| ECF No. 2895-15 | Exhibit 14 to the Reply. Answers to Interrogatories served by the State AGs on October 6, 2025 | Temporarily filing under seal because document contains information that Meta may consider to be confidential |
| ECF No. 2895-16 | Exhibit 15 to the Reply. Excerpts of the transcript of the Deposition of A. Blanaru taken on October 7, 2025 | Temporarily filing under seal because document contains information that Meta may consider to be confidential |
| ECF No. 2895-17 | Exhibit 16 to the Reply. Exhibit 1 to the Deposition of A. Blanaru taken on October 7, 2025 | Temporarily filing under seal because document contains information that Meta may consider to be confidential |
| ECF No. 2895-18 | Exhibit 17 to the Reply. Excerpts of the Corrected Report of Patrick McDaniel. | Temporarily filing under seal because document contains information that Meta may consider to be confidential |

3

| ECF No. 2895-19 | Declaration of Kate Gooler. | Not filed under seal |
|---|---|---|
| ECF No. 2895-20 | Ex. A to Declaration of Kate Gooler. https://www.ftc.gov/os/comments/copparulereview2012/561789-002895-84302.pdf | Not filed under seal |
| ECF No. 2895-21 | Ex. B to Declaration of Kate Gooler. https://www.govinfo.gov/content/pkg/FR-1999-11-03/html/99-27740.htm | Not filed under seal |
| ECF No. 2895-22 | Ex. C to Declaration of Kate Gooler. https://www.ftc.gov/legal-library/browse/rules/childrens-online-privacy-protection-rule-coppa | Not filed under seal |
| ECF No. 2895-23 | Ex. D to Declaration of Kate Gooler. https://www.bigdomaindata.com/whois-history/instagram.com | Not filed under seal |
| ECF No. 2895-24 | Ex. E to Declaration of Kate Gooler. https://web.archive.org/web/20180423111907/https://help.instagram.com/581066165581870/ | Not filed under seal |

Dated: March 27, 2026

4

Respectfully submitted,

**PHILIP J. WEISER**                          **ROB BONTA**
Attorney General                              Attorney General
State of Colorado                             State of California

*/s/ Krista Batchelder*                       */s/ Megan O'Neill*
Krista Batchelder, (CO Reg.45066), *pro hac vice*    Nicklas A. Akers (CA SBN 211222)
Deputy Solicitor General                      Senior Assistant Attorney General
Shannon Stevenson (CO Reg. 35542), *pro hac vice*    Bernard Eskandari (CA SBN 244395)
Solicitor General                             Emily Kalanithi (CA SBN 256972)
Elizabeth Orem (CO Reg. 58309), *pro hac vice*    Supervising Deputy Attorneys General
Assistant Attorney General                    Megan O'Neill (CA SBN 343535)
Colorado Department of Law                     Nayha Arora (CA SBN 350467)
Ralph L. Carr Judicial Center                 Joshua Olszewski-Jubelirer
Consumer Protection Section                   (CA SBN 336428)
1300 Broadway, 7th Floor                      Marissa Roy (CA SBN 318773)
Denver, CO 80203                              Brendan Ruddy (CA SBN 297896)
Phone: (720) 508-6384                         Deputy Attorneys General
krista.batchelder@coag.gov                    California Department of Justice
Shannon.stevenson@coag.gov                    Office of the Attorney General
Elizabeth.orem@coag.gov                       455 Golden Gate Ave., Suite 128950
                                              San Francisco, CA 94102-7004
*Attorneys for Plaintiff State of Colorado, ex rel.*    Phone: (415) 510-4400
*Philip J. Weiser, Attorney General*          Fax: (415) 703-5480
                                              megan.oneill@doj.ca.gov

                                              *Attorneys for Plaintiff the People of the State*
                                              *of California*

**RUSSELL COLEMAN**
Attorney General
Commonwealth of Kentucky

/s/ *Matthew Cocanougher*
J. Christian Lewis (KY Bar No. 87109),
*pro hac vice*
Philip Heleringer (KY Bar No. 96748),
*pro hac vice*
Zachary Richards (KY Bar No. 99209),
*pro hac vice app. forthcoming*
Daniel I. Keiser (KY Bar No. 2895264),
*pro hac vice*
Matthew Cocanougher (KY Bar No. 94292),
*pro hac vice*
Assistant Attorneys General
1024 Capital Center Drive, Ste. 200
Frankfort, KY 40601
Christian.Lewis@ky.gov
Philip.Heleringer@ky.gov
Zach.Richards@ky.gov
Daniel.Keiser@ky.gov
Matthew.Cocanougher@ky.gov
Phone: (502) 696-5300
Fax: (502) 564-2698

*Attorneys for Plaintiff the Commonwealth of Kentucky*

**JENNIFER DAVENPORT**
Acting Attorney General
State of New Jersey

By: /s/ *Kashif T. Chand*
Kashif T. Chand (NJ Bar No. 016752008),
*Pro hac vice*
Assistant Attorney General
Thomas Huynh (NJ Bar No. 200942017),
*Pro hac vice*
Assistant Section Chief, Deputy Attorney General
Verna J. Pradaxay (NJ Bar No. 335822021),
*Pro hac vice*
Mandy K. Wang (NJ Bar No. 373452021),
*Pro hac vice*
Deputy Attorneys General
New Jersey Office of the Attorney General, Division of Law
124 Halsey Street, 5th Floor
Newark, NJ 07101
Tel: (973) 648-2052
Kashif.Chand@law.njoag.gov
Thomas.Huynh@law.njoag.gov
Verna.Pradaxay@law.njoag.gov
Mandy.Wang@law.njoag.gov

*Attorneys for Plaintiffs Jennifer Davenport, Acting Attorney General for the State of New Jersey, and Jeremy E. Hollander, Acting Director of the New Jersey Division of Consumer Affairs*

## ATTESTATION

I, Matthew Cocanougher, hereby attest, pursuant to N.D. Cal. Civil L.R. 5-1, that the concurrence to the filing of this document has been obtained from each signatory hereto.

DATED: March 27, 2026

/s/ *Matthew Cocanougher*