IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION | MDL No. 3047 |
| | Case No. 4:22-md-03047-YGR |
| THIS DOCUMENT RELATES TO: | **DECLARATION OF MATTHEW COCANOUGHER IN SUPPORT OF REPLY IN SUPPORT OF STATE ATTORNEYS GENERAL'S MOTION FOR PARTIAL SUMMARY JUDGMENT** |
| 4:23-cv-05448 | |
| | Judge: Hon. Yvonne Gonzalez Rogers |
| | Magistrate Judge: Hon. Peter H. Kang |

I, Matthew Cocanougher, of full age and duly sworn according to law, declare:

I am an Assistant Attorney General in the Office of Consumer Protection of the Kentucky Office of the Attorney General. I am a member in good standing in the Kentucky Bar Association. I am admitted pro hac vice in this Court. I submit this Declaration in support of the Reply in Support of the State Attorneys General's Motion for Partial Summary Judgment. I have personal knowledge of the facts stated in this Declaration, and if called upon to do so, could and would competently testify thereto.

The following paragraphs in this declaration identify the exhibits referenced and/or cited in the Reply in Support of State Attorneys General's Motion for Partial Summary Judgment.

1. Attached hereto as Exhibit 1 is a true and accurate copy of excerpts of an Investigative Subpoena served on Meta on November 18, 2021.

2. Attached hereto as Exhibit 2 is a true and accurate copy of excerpts of the transcript of the 30(b)(6) Deposition of A. Hartnett taken on June 16-17, 2025.

3. Attached hereto as Exhibit 3 is a true and accurate copy of a 30(b)(6) deposition notice served on Meta by the State AGs on January 10, 2025.

4. Attached hereto as Exhibit 4 is a true and accurate copy of Requests for Admissions served on Meta by the State AGs on February 14, 2025.

5. Attached hereto as Exhibit 5 is a true and accurate copy of the trial report of State AGs' expert, Ryan Sheatsley.

6. Attached hereto as Exhibit 6 is a true and accurate copy of excerpts of a document produced in this litigation by Meta beginning with the Bates number META3047MDL-191-00000085.

7. Attached hereto as Exhibit 7 is a true and accurate copy of excerpts of a document produced in this litigation by Meta beginning with the Bates number META3047MDL-047-00906617.

8. Attached hereto as Exhibit 8 is a true and accurate copy of excerpts of a document produced in this litigation by Meta beginning with the Bates number META3047MDL-287-0005522.

9. Attached hereto as Exhibit 9 is a true and accurate copy of excerpts of a document produced in this litigation by Meta beginning with the Bates number META3047MDL-050-00029338.

10. Attached hereto as Exhibit 10 is a true and accurate copy of excerpts of a document produced in this litigation by Meta beginning with the Bates number META3047MDL-044-00025293.

11. Attached hereto as Exhibit 11 is a true and accurate copy of the errata for the deposition of Meta's

DECLARATION OF MATTHEW COCANOUGHER
4:23-cv-05448-YGR
4:22-md-03047-YGR

30(b)(6) witness, Lars Backstrom.

12. Attached hereto as Exhibit 12 is a true and accurate copy of excerpts of the transcript of the 30(b)(6) Deposition of L. Backstrom taken on June 26, 2025.

13. Attached hereto as Exhibit 13 is a true and accurate copy of excerpts of the transcript of the Deposition of L. Backstrom taken on December 10, 2025.

14. Attached hereto as Exhibit 14 is a true and accurate copy of Interrogatory answers served on Meta by the State AGs on October 6, 2025.

15. Attached hereto as Exhibit 15 is a true and accurate copy of excerpts of the transcript of the 30(b)(6) Deposition of  A. Blanaru taken on October 7, 2025.

16. Attached hereto as Exhibit 16 is a true and accurate copy of Ex. 1 of the 30(b)(6) Deposition of A. Blanaru taken on October 7, 2025.

17. Attached hereto as Exhibit 17 is a true and accurate copy of excerpts from the corrected trial report of Patrick McDaniel.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on March 27, 2026 in Danville, Kentucky.

*/s/ Matthew Cocanougher*
Matthew Cocanougher

Attorney for Kentucky Office of the Attorney General

3
DECLARATION OF MATTHEW COCANOUGHER
4:23-cv-05448-YGR
4:22-md-03047-YGR