IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION** | MDL No. 3047 |
| | Case No. 4:22-md-03047-YGR |
| **THIS DOCUMENT RELATES TO:** | **DECLARATION OF KATE GOOLER IN SUPPORT OF REPLY IN SUPPORT OF STATE ATTORNEYS GENERAL'S MOTION FOR PARTIAL SUMMARY JUDGMENT** |
| 4:23-cv-05448 | |
| | Judge: Hon. Yvonne Gonzalez Rogers |
| | Magistrate Judge: Hon. Peter H. Kang |

I, KATE GOOLER, hereby declare and state as follows:

1. I am an Attorney Assistant in the Division of Law, Government and Healthcare Fraud of the New Jersey Office of the Attorney General. The following facts are within my personal knowledge, except for those stated on information and belief, and, if called upon to testify, I could and would testify completely to the truth of the matters stated herein.

2. I reviewed the following websites which are cited in the Reply in Support of State Attorneys General's Motion for Partial Summary Judgment on March 23, 2026 and March 25, 2026 and saved the information from those websites:

   A. https://www.ftc.gov/os/comments/copparulereview2012/561789-00100-

84302.pdf

B.  https://www.govinfo.gov/content/pkg/FR-1999-11-03/html/99-27740.htm

C.  https://www.ftc.gov/legal-library/browse/rules/childrens-online-privacy-protection-rule-coppa

D.  https://www.bigdomaindata.com/whois-history/instagram.com

E.  https://web.archive.org/web/20180423111907/https://help.instagram.com/581066165581870/

3.  The exhibits that correspond to each of these websites accurately reflects the webpage at the time I saved it on March 23, 2026 and March 25, 2026.


I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on March 26, 2026 in Newark, New Jersey.


                                   */s/ Kate Gooler*
                                   Kate Gooler

2