# AMENDED Exhibit 414

# PLAINTIFFS' OMNIBUS OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

Case No.: 4:22-md-03047-YGR
MDL No. 3047
In Re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation

**Kersul Exhibit No.**
**9**
**8/20/2025  lt**

2019-06-12   01:47:04

sourcekey: ; attachment_id:

**Alex Zhu**   2019-06-12   01:48:25

- Currently there is one challenge we haven't figured out yet - it's still hard to require the product specifications to be done in English since we still have lots of key audience in other functions who are not fluent in english…. But either way the high-level requirements will be communicated in english



**Alex Zhu**   2019-06-12   01:50:24

Regarding the research part, here are my opinions:

**Alex Zhu**   2019-06-12   01:52:11

- I think we should do much more interviews and observations, instead of pure usability testing



**Alex Zhu**   2019-06-12   01:54:42

- What's most value adding is to understand the user context (which we don't do enough apparently)

**Alex Zhu**   2019-06-12   01:57:53

The first next step:

  2019-06-12  01:57:53

I read through categories about tribes we learned from the data of "bio". I don't know if it is consolidated and if it is a good start point to interview each type of users? Or still randomly interview people?

Alex Zhu   2019-06-12  01:58:04

 yes

Alex Zhu   2019-06-12  01:58:23

I'll recap some to-dos right after this meeting

Alex Zhu   2019-06-12  01:59:06

thank you guys. And whenever you feel something needs to be improved, just bring up at any time

Alex Zhu   2019-06-12  02:00:09

First, let me list some research needs in my mind:

Alex Zhu   2019-06-12  02:01:25

- Blue collar workers: we know our platform is attractive to this group of users but we haven't done enough interview/observation in the past. I think we should easily do it in LA by running some contextual inquiries in their current working environment if possible.

Alex Zhu   2019-06-12  02:02:49

- High schoolers: we know high schooler is a core audience of our platform and their perception on the platform vary a lot (by gender, by grade, and by school). Need to do more research.

---

Alex Zhu    2019-06-12    02:03:43

- DIYers and Gamers: these are 2 identified market segments we will target. We need run some targeted user research as well.

---

█████████    2019-06-12    02:04:23

**@Alex Zhu** I was thinking to conduct contextual inquiries earlier but not sure where to start and which group should be the focus. That's very helpful to give me a clear direction based on what we already know!

---

Alex Zhu    2019-06-12    02:04:50

- In addition to the segment-oriented research above, we also need to run some use case-oriented research on the following use cases. This can be combined with the segment-oriented research obviously.

---

Alex Zhu    2019-06-12    02:05:35

[消息已撤回，无法查看内容]

---

Alex Zhu    2019-06-12    02:06:30

a) group experience: understand how people discover and engage with interest-based groups (Facebook, discord, etc.)

---

Alex Zhu    2019-06-12    02:10:41

b) Onboarding experience: this is same with what we have already been doing. Since onboarding experience will continue to the key focus of the product iteration in near term, we need to continue this research (more testing in this case).

---

Highly Confidential (Competitor)

Alex Zhu   2019-06-12   02:12:25

So, basically this is to-dos for product research

Alex Zhu   2019-06-12   02:12:48

And regarding the product planning process:

Alex Zhu   2019-06-12   02:14:13

- I'll send out a high-level product direction/backlog for the next 2 months this week. Not every requirement has been decided or defined clearly, but it should represent a general direction.

██████████   2019-06-12   02:14:38

We did a new user onboarding test last Friday, and here is some basic findings. I'm still working on summarizing the details. ████████████████████████████████████

OK *Alex Zhu*

Alex Zhu   2019-06-12   02:16:00

- Based on this product direction/backlog, ████████ and ████████ can work with you to plan which part needs design exploration/product research from the US team.

OK ████████   👍 ████████

Alex Zhu   2019-06-12   02:16:20

And we can define the timeline for each activity...

Alex Zhu   2019-06-12   02:18:03

Highly Confidential (Competitor)                                                      TIKTOK3047MDL-079-LARK-02470625

- On the weekly product planning Lark group, we make sure you are invited but understand it's hard for you to follow those conversations in chinese. ▉▉▉▉▉ we can make sure at least the one-sentence description of the requirement is in English so US colleagues know what are being planned into production.

👍 ▉▉▉▉▉▉

---

Alex Zhu    2019-06-12    02:19:37

That's the to-dos I can think of now. Will be a continuous improvement process.

---

Michael Buzinover    2019-06-12    02:25:06

**@Alex Zhu** pro tip ▉▉▉▉▉▉▉▉ and everyone else, turning on auto translate in that group will save your life:

---

Michael Buzinover    2019-06-12    02:25:11

POST

# Title: Untitled Post

**Text:**

sourcekey: ▉▉▉▉▉▉▉▉▉▉    attachment_id:
▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉

---

Michael Buzinover    2019-06-12    02:25:36

It's actually very good

👍 *Alex Zhu,* ▉▉▉▉▉▉

---

Highly Confidential (Competitor)

Highly Confidential (Competitor)

TIKTOK3047MDL-079-LARK-02470627

# DOCUMENT METADATA

**Bates Number:** TIKTOK3047MDL-079-LARK-02470622-TIKTOK3047MDL-079-LARK-02470627

**BEGATTACH:** TIKTOK3047MDL-079-LARK-02470622

**ENDATTACH:** TIKTOK3047MDL-099-LARK-05045266

**Attachment Count:** 3

**PRODVOL:** MDL-079

**Custodian:** ZHU, ALEX

**File Path:** /TIKTOK3047MDL-079-LARK-02470622.PDF

**Confidentiality Designation:** HIGHLY CONFIDENTIAL (COMPETITOR)

**HASHVALUE:**

**DocType:** LARK CHATS

**Author:**

**Create Date:** 6/12/2019 12:00 AM

**Last Modified Date:** 6/12/2019 12:00 AM

**LAST MODIFIED BY:**

**TRACK CHANGES:**

**COMMENTS:**

**HASHIDDENDATA:**

**Filename:** TIKTOK3047MDL-079-LARK-02470622.PDF

**Title:**

**DOCEXT:** .HTML

**Email From:**

**Email To:**

**Email CC:**

**Email BCC:**

**Received Date:**

**Sent Date:**

**TIMEZONE:**

**Subject:**

**THREADID:**

**REDACTIONS:**

**REDACTION TYPE:**

