# AMENDED Exhibit 423

# PLAINTIFFS' OMNIBUS OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

Case No.: 4:22-md-03047-YGR
MDL No. 3047
In Re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation

Kirchhoff Exhibit No.
10
3/17/2025 lt

# Drew's OKRs

**July - August**

## Taxonomy

1. Build out Labeling & Annotation Infrastructure to support 10K high quality daily labels and annotations evenly distributed across all main categories.
    a. 600,000 high quality labels and annotations
    b. 95% QA labeling accuracy

2. Build out multi-modal video classification stack across vision, audio, and text modalities to support large scale video classification with high coverage, precision & recall.
    a. Visual: support 80 categories with >= 80% classification accuracy
    b. Audio: support all music based categories from taxonomy 1.0 @ >= 80% accuracy
        i. Develop ASR models to help with dialogue categories like Comedy, Talent, Love & Dating, and Pop Culture
    c. Text: use text models to assist with classification for videos that don't have strong visual or auditory signals

**Commented [1]:** getting number from [redacted]

## New User Gesture Recognition

Create first session user embeddings to identify, understand, and predict user interests after their first session

- Identify leading indicators for churn/retention and predict users with high-churn or high-retention likelihood
- Uncover common user paths during new user on-boarding tutorial and camera tools to optimize corresponding user interface

## Internal Search Engine

Utilize text models from Taxonomy project to build an internal search engine for cross functional teams to search and find relevant & high quality videos

- Assist Marketing, UG, Content OPS, Creator teams in keyword searches for specific words or content categories, finding relevant and high quality videos

**Support L2 User Research**

Discover how High Schoolers, predominantly L2 males, are using TikTok.

- Understand high school trends and sentiment regarding both TikTok as a brand, and TikTok as a product + user experience
- What fuels usage and adoption in High Schools; what's the difference in usage between freshman, sophomore, junior, and senior. What stops students from using TikTok from senior year to freshman in college. What drives trends.

**New User Feed - top 16 videos**

Video pool to identify top 16 videos for new user feed.

**Keeping For You Feed Fresh**

Does TikTok get repetitive over time? If so, why? Explore ways to keep TikTok fresh and relevant.

"Restart feed" / "Multiple feeds"

Feed getting old - is this a real issue

**May June**

1. **HL Gesture Recognition (support algo, AI Lab)**

Build and test algorithm for L1234 user identification via gesture recognition and distinct, event triggered behaviors.

2. **Build Architecture for Content Taxonomy**

- build architecture to support video-level content understanding to algorithmically categorize content types
- leverage content understanding from above to design a taxonomy with high precision and coverage to classify the categorized content types
- future: build XFN internal search dashboard to easily find any type of video on the platform

3. **Define on-boarding flow and tutorial for new users (support)**

- teach key concepts like swipe up, like/dislike, and feed personalization
- interest selection: design and test easy / non-obtrusive ways to collect interests for new users

4. **Improve New User Feeds (support )**

- New vs. Mature feeds
    - how to reduce the "randomness" of new user feed
    - test pulling more mature feeds that feel less like overly "popular" / "trending" content
- Video Sequencing
    - collab with UG team [redacted] on optimal placing / positioning / "packaging" of the first user load (first 8 videos) by measuring drop off rates of each video depending on which slot it appeared. Optimize initially for first 1-5 slots.
- Extend average first user watch from X videos to Y videos
    - understand the key event behaviors impacting retention. Identify vv threshold number most correlated with long term retention.

5. **Tribes Dashboard 2.0**

- build new XFN tribe dashboard to support tribe lookup, identification, trends, and growth tracking
- understand the key event behaviors that lead to video creations and describe high-value creators (do high-value creators have similar event behaviors)
- support content team with weekly cluster trends report to assist with content programming needs

6. **Comments Sentiment Analysis**

- develop comment sentiment taxonomy to classify comments

- develop methodology for identifying moods / sentiment / emotions within video comments to use for recommendation, mood/affinity, and video sequencing

Highly Confidential (Competitor) TIKTOK3047MDL-002-00077328

# DOCUMENT METADATA

**Bates Number:** TIKTOK3047MDL-002-00077325-TIKTOK3047MDL-002-00077328

**BEGATTACH:** TIKTOK3047MDL-002-00077325

**ENDATTACH:** TIKTOK3047MDL-002-00077328

**Attachment Count:** 0

**PRODVOL:** TIKTOK3047MDL-002

**Custodian:** DREW KIRCHHOFF

**File Path:** /ITEMS

**Confidentiality Designation:** HIGHLY CONFIDENTIAL (COMPETITOR)

**HASHVALUE:** 76B4AF073C91B53D44E8412CD9525AC8

**DocType:** E-DOC

**Author:** DREW KIRCHHOFF

**Create Date:** 4/26/2019 5:03 PM

**Last Modified Date:** 6/30/2019 5:24 AM

**LAST MODIFIED BY:**

**TRACK CHANGES:**

**COMMENTS:**

**HASHIDDENDATA:**

**Filename:** DREW'S OKRS-DOCCNENNXXHLCJSB5KNN75.DOCX

**Title:**

**DOCEXT:**

**Email From:**

**Email To:**

**Email CC:**

**Email BCC:**

**Received Date:** 12/31/9999 7:00 PM

**Sent Date:** 12/31/9999 7:00 PM

**TIMEZONE:**

**Subject:**

**THREADID:**

**REDACTIONS:**

**REDACTION TYPE:**

