# AMENDED Exhibit 437

# PLAINTIFFS' OMNIBUS OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

Case No.: 4:22-md-03047-YGR
MDL No. 3047
In Re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation

Page 1

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

Case No. 4:22-MD-3047-YGR

MDL No. 3047

IN RE:  SOCIAL MEDIA ADOLESCENT    :
ADDICTION/PERSONAL INJURY          :
PRODUCTS LIABILITY LITIGATION      :
- - - - - - - - - - - - - - - - - -X

SUPERIOR COURT OF THE STATE OF CALIFORNIA
FOR THE COUNTY OF LOS ANGELES
UNLIMITED JURISDICTION
Coordination Proceeding            : Judicial Council
Special Title (Rule 3.550)         : No. 5255
                                   :
SOCIAL MEDIA CASES                 :
- - - - - - - - - - - - - - - - - -X
THIS DOCUMENT RELATES TO:
ALL ACTIONS
- - - - - - - - - - - - - - - - - X

        Videotaped deposition of JORGE RUIZ taken at
the offices of King & Spalding, 1185 Avenue of the
Americas, New York, New York, before Clifford
Edwards, Certified Shorthand Reporter and Notary
Public, in and for the State of New York on March
10, 2025, at 9:45 a.m. ET.

JORGE RUIZ,

having first been duly sworn, deposed and testified as follows:


                    DIRECT EXAMINATION


BY MS. COLOMBO:

Q     Good morning, Mr. Ruiz.

A     Good morning.

Q     We met briefly off the record but for the record, my name is Jessica Colombo and I'm with the law firm Motley Rice and I represent the plaintiffs in this case.

        So -- so you just -- you just gave us your -- your full name.

        Would you mind stating your address for the record, please?

A     My business address or my home address?

Q     Start with your business address, please.

A     My business address is on 151 42nd Street, New York, New York.

Q     Okay.  And -- and Mr. Ruiz, would you mind just keeping your voice up a little bit?

A     Okay.

Q     Sorry.  I know this is not natural to how

Page 12

we normally have conversations.

A    Okay.

Q    So you are currently employed; correct?

A    I'm currently employed.

Q    Okay.  And what's your current job title?

A    My current job title is global head of marketing science at TikTok.

Q    Okay.  And during the time that you've been employed at TikTok, have you gone by any other name other than Jorge Ruiz?

A    With my name you can pronounce it as "Jorge" in Spanish.  I have been -- I go by Jorge.

Q    Okay.  Thank you.

Have you ever been deposed before, Mr. Ruiz?

A    No.

Q    Okay.  Have you ever testified at a trial?

A    No.

Q    Okay.  Given any form of testimony under oath?

A    No.

Q    Okay.  So I'm going to go over, just, some kind of rules of the road for today that will hopefully make the process go a bit smoother for us.

Page 23

A        I have.

Q        Okay.  Did -- did those documents refresh your recollection about the events taking place at TikTok that we are here to talk about today?

MR. VIVES:  Object to the form.

A        Could you repeat the question?

BY MS. COLOMBO:

Q        Sure.  Sure.

Did those documents refresh your recollection about the events taking place at TikTok that we are here to talk about today?

MR. VIVES:  Same objection.

A        Could you rephrase the question?

BY MS. COLOMBO:

Q        Sure.  Sure.

So did any of the documents that you reviewed help you remember anything that you didn't remember before?

A        Generally -- generally speaking, like, all the -- all this information is -- it's consistent in -- in same things, but I can't recall different topics specifically as well.

Q        Okay.  So, Mr. Ruiz, you have a work e-mail address at TikTok; right?

A        Yes, I do.

Page 24

Q       Okay.  What is your work e-mail address?

A       My work address is ▓▓▓▓▓▓@TikTok.com.

Q       Okay.  What about ▓▓▓▓▓▓ByteDance.com?  Is that also your e-mail address?

A       That was -- that is also an e-mail address that was originally assigned.  My primary e-mail address is -- I use is @TikTok.com.  Yes.

Q       Okay.  So have you ever used the ▓▓▓▓▓▓@ByteDance.com e-mail address?

A       I have in -- in the beginning where the -- the system was set up.  But primarily, because I work for TikTok, I only focus on TikTok-related matters.  When I send e-mails I send them as -- as TikTok.

        But for me, they are -- they were assigned synchronously -- synchronously in the system.

Q       Okay.  So do you have the ability to send an e-mail from one e-mail address or the other?

A       In -- in concept, yes.  In practice, because I only focus on TikTok, I use the TikTok address.

Q       Okay.  And have you ever sent e-mails from the ByteDance e-mail address?

Page 25

MR. VIVES:  Object to the form.

A    Could you rephrase the question?

BY MS. COLOMBO:

Q    Sure.  Sure.

Have you ever used the ByteDance e-mail address to send e-mails for work purposes?

A    I primarily use the TikTok e-mail address.

When there's things that may be sent out as ByteDance, it's either the -- when people send me e-mails externally.  But it is quite common that we have the e-mail addresses that may be saying ByteDance, but all -- but my team, and just in general, using the TikTok address as -- as a primary e-mail address for communications.

Q    So I just want to make sure that I understand what you just explained to me.

A    Sure.

Q    Were -- were you saying that you may send e-mails using the ByteDance e-mail address externally?

A    It is common to start -- and when I started five-plus years ago, you get the TikTok e-mail address.  And it's also you have a ByteDance address.

Page 26

I primarily use the TikTok address. So for me, they are consistent. I focus -- when I send the e-mails, I focus on the -- on the TikTok e-mail address. But for me, I focus only on TikTok communications.

Q Got you. So when someone sends an e-mail to the ByteDance e-mail address, does it come to the same inbox as the TikTok --

A I only have one inbox.

Q Okay. And you testified that it was common to have a ByteDance e-mail address assigned.

So do other of your colleagues also have two e-mail addresses?

MR. VIVES: Object to the form.

A I can -- I can speak -- for my record, I can speak for my -- my domain. I have those two e-mail addresses, it is one inbox.

My understanding is that my colleagues would have similar. I don't know it -- how the system may have changed over the years, but when I started, it was quite common to have those two, but one -- one -- only one inbox.

BY MS. COLOMBO:

Q Okay. So I think you answered this question, but you are employed by TikTok; correct?

Page 27

A    I am employed by TikTok today, yes.

Q    Okay.  So when you get a paycheck, it comes from TikTok?

A    Today that is correct, yes.

Q    Okay.  You said today that is correct.

Has that been different at any other point?

A    Yes.  When I started in December 2019, my contract was with ByteDance.  And then a couple years ago, my HR -- well, the HR team automatically moved quite a few number of U.S. employees over to TikTok.  I don't recall the exact timing.

But I used to be -- my contract was originally with ByteDance, even though I worked -- I've always worked a hundred percent TikTok-related work.  And a couple years ago it was changed to TikTok specifically.

Q    Okay.  Do you remember when that was?

A    Could be between one to two years ago, but I don't recall the exact date.

Q    Okay.  And have you had the same two work e-mail addresses throughout your tenure as an employee at TikTok?

A    Yes.

Q    Okay.

Page 28

A    And I've had one inbox.

Q    Okay.  Now, as a regular part of your job at TikTok, you use your company e-mail to communicate with your colleagues; right?

A    That is correct.

Q    Okay.  Does anyone else have access to your TikTok e-mail?

A    I suppose the IT admin team if they were given instructions to -- to -- to access it.

Q    Okay.  So other than IT, does anyone else have access to send e-mails from your TikTok e-mail address?

A    I don't believe so.

Q    Okay.  So is it -- is it safe to assume that an e-mail that comes from your TikTok e-mail address is in fact an e-mail from you?

A    It -- it would be -- it would be reasonable.

Q    Okay.  And what about your ByteDance e-mail address?  Does anyone else have access to that?

A    Same -- same -- same answer as before.

Q    Okay.  So is it the same answer to the question it's safe to assume that if an e-mail comes from your ByteDance e-mail address, it came from

Page 29

you?

A    It is -- it is reasonable -- it is reasonable to say.

There are cases where marketing teams may be sending out broad communications to -- to either clients or -- like, there are -- I'll give you one example where it would be an exception, is if there are marketing materials or broad communications to clients where the marketing CRMs -- the marketing team's CRM system would be sending a batch e-mail, but it would be under the specific department's addresses as a function to reply to.

So if there's just, like, a wide e-mail that says, Great new update, but then, the -- the reply-to or the address change may look like it's mine, it may be, like, a broad marketing communication e-mail.  But there may be a few exceptions like that.

Q    Okay.  Thank you.

Do you have a personal e-mail address?

A    I have my own personal communications.

Q    Okay.  Do you ever -- do you ever utilize your personal e-mail for work purposes?

A    I do not mix my personal from business. I do not use my personal communications for -- for

Page 30

work-related matters.

I do forward my own personal taxes or administration paperwork for my own records.

Q    So you forward those e-mails from your TikTok e-mail to your personal e-mail?

MR. VIVES:  Object to the form.

A    Could you rephrase the question?

BY MS. COLOMBO:

Q    Sure.  So you said, I do forward my own personal taxes or administration paperwork for my own records.

You mean that you e-mailed those from your TikTok e-mail address to your personal one?

A    That would be reasonable for anybody to -- to be able to have access to their own tax records.

Q    Okay.  Thank you.

As a regular part of your job at TikTok, you use Lark chat to communicate with your colleagues; right?

A    That is correct.

Q    Okay.  And your -- strike that.  Let me start over.

The name associated with your Lark profile at TikTok is Jorge Ruiz; right?

Page 31

A       That is correct.

Q       So safe to assume that a Lark chat that comes from your name is in fact a Lark chat from you?

A       That would be reasonable.

Q       No one else has access to your Lark account?

A       Again, the IT department would, but they would need to have permission to access.

Q       Okay.  Thank you.

Do you have a work cell phone?

A       I have a personal cell phone where I have Lark installed and I only use Lark for my corporate communications.

Q       Do you have a work cell phone, though?

A       I do not.

Q       Okay.  Thank you.

So you said you only use -- you only use Lark for your work communications; right?

A       That is correct.

Q       Okay.  So you don't send any text messages from your personal phone related to your work at TikTok?

A       For work-related matters, I only use Lark as a communication device.

Page 32

Q    Okay.  So -- thank you.

For your work at TikTok, did you ever use any other type of messaging service, like Slack, for example?

A    I have been assigned to some Slack groups from industry groups, such as the Interactive Advertising Bureau.  But I don't really participate in those specific working groups.

So it is -- for me, it is reasonable to say that Lark remains and is the primary communications channel that -- that I have for my work duties.

Q    Okay.  Okay.  Mr. Ruiz, I want to shift gears and talk a little bit about your background.

MS. COLOMBO:  And can we pull up Tab 83, please?

Yes.  And we are going to mark that as Exhibit 2.

(Whereupon, Exhibit TikTok-Ruiz 2, Jorge Ruiz' LinkedIn Profile, was marked for identification.)

BY MS. COLOMBO:

Q    Okay.  Mr. -- Mr. Ruiz, do you use LinkedIn?

A    I do.

Page 33

Q    Okay.  And do you have a profile on LinkedIn?

A    I do.

Q    Okay.  Exhibit 2, does that appear to be a printout of your profile on LinkedIn?

A    This looks like an amazing candidate. Yes.

Q    So is Exhibit 2 a fair and accurate depiction of the information that you put into your LinkedIn profile?

A    This looks -- yeah.  This looks like the LinkedIn profile.

Q    Okay.  And is Exhibit 2 up to date?

A    I have additional things that I haven't updated on -- on LinkedIn.  So I sit on some boards and some industry groups.  But those are all specific to my duties within TikTok.

Q    Okay.  We'll -- we'll come back to the board -- board and -- and industry -- industry groups.

Let's -- let's start with your -- your educational background.

A    Uh-huh.

Q    So you attended American University for your undergraduate degree; right?

Page 34

A    That is correct.

Q    Okay.  You graduated with a degree in 1999?

A    Uh-huh.

Q    Okay.  And what was your degree in?

A    International affairs.

Q    Okay.  And you attended NYU for grad school?

A    That is correct.

Q    And graduated with a degree in 2003?

A    Uh-huh.

Q    What is your graduate degree?

A    My degree is -- it's masters in science in direct and interactive marketing.

Q    Okay.  So looking at when you first started working at TikTok, that was December 2019; right?  And I believe that's shown on page one of this document right here.

A    Yes.

Q    Okay.  When you started working at TikTok in December 2019, what was your title?

A    My title remains the same title since the beginning, global head of marketing science at TikTok.

Q    Okay.  So when you -- when you first

Page 35

started working at TikTok, what were your job responsibilities as the global head of marketing science at TikTok?

A    My -- I was hired to concept and build up a marketing science organization within TikTok, particularly within the early years as the business was being built.

For marketing science, in essence, what -- it is a common type of team that you would structure in large advertising companies where you have, essentially, measurement teams and research teams that you're able to help advertisers and, essentially, on -- on the -- on the business side to answer questions of, Do the ads work and how do they work, because it's focused on advertising effectiveness.

So my world is advertising effectiveness within the -- the realm of measurement and insights.

Q    And thank you for that explanation.

When you refer to measurement, what are you referring to?

A    I -- I refer to it in terms of the advertising.

So in terms of the advertising, sure, if anybody were to say -- if somebody was my client and

Page 36

they would say, I have "X" amount of money and I want to understand the return on -- on advertising based on my outcomes. So every client has different business outcomes.

But the job of these kinds of team is to help to understand, A, are there any insights as to -- for -- for advertising; and then, B, once the advertising happens, after the campaigns are run, to understood the effectiveness of those campaigns respective of the business outcomes that the client seeks.

Q    Okay. Now, have your job responsibilities been the same since you've started at TikTok?

A    Responsibilities? Yes. The team has grown. So it's one consistent mission for the last five years.

Q    Okay. So what department is -- is your team -- well, strike that. Let me start over.

What department does your team operate in at TikTok?

A    My team operates within the -- within the monetization side of the business. And I am organized within the -- within the sales department under Blake Chandlee, who is the president.

Page 37

Q    Okay.  Blake Chandlee is the president of the -- of the sales department?

A    Yes.

Q    Okay.  And is the sales department sometimes referred to as General [sic] Business Solutions?

A    That is correct.  It is typically using the GBS acronym.

Q    Okay.  Thank you.

And have you reported to Blake Chandlee for the entire time you've been at TikTok?

A    That is correct.

Q    Okay.  And do you know who Blake Chandlee reports to?

A    My understanding is that he reports up to Shou, who is the CEO of TikTok.

Q    Okay.  And does anyone report to you?

A    Yes.  I have a reasonable sized organization, so it's natural for me to have direct reports.

Q    Okay.  And about how many people report to you?

A    I currently have about, I believe, ten direct reports.

Q    And what are the titles of the employees

Page 38

who report to you?

A    The titles of my directs would range as they have different disciplines.  But they would be measurement leads if they're covering the -- the measurement departments; research leads if they're covering the -- the research team.  And within the research team, I also have data science leads.

So broadly, leads as the -- the title that -- that we be -- would be after me.

Q    And do those leads that you've described also have people who report to them?

A    Yes.

Q    Okay.  And what would the titles be of the employees who reported to them?

A    Well, it -- it would vary.  I have a decently sized organization, so if you could help me be more specific.

Q    Sure.  Let me ask you this:  About how many employees would you say report to the measurement leads that you directly supervise?

A    My organization is somewhere between 180 to 200 people at this point.  So reasonable to say that my measurement team would be the largest and then followed by my research team, which is probably about a quarter the size.

Page 39

Q    Okay.  So you said you have about 180 people to 200 people total in your marketing science department?

A    That's correct.

Q    Okay.  And that is split between measurement, research, and data science employees?

A    Yes.

Q    Okay.

MS. COLOMBO:  Okay.  Can we pull up Tab 85, please?  And we're going to mark that as Exhibit 3.

(Whereupon, Exhibit TikTok-Ruiz 3, "The Art and Science of Marketing Effectiveness," from TikTok for Business Website, was marked for identification.)

(Whereupon, there was a discussion off the record.)

MS. COLOMBO:  And for the record, Exhibit 3 is a document that is a pull from TikTok for Business website and it's an article with the title "The art and science of marketing effectiveness."

BY MS. COLOMBO:

Q    Mr. Ruiz, do you on occasion contribute

Page 40

to the TikTok for Business website?

A    I do.  There is a marketing team that is assigned to my team in order to synthesize various studies.  And my organization is a frequent contributor to the TikTok blog.

Q    Okay.  So do you sometimes author blog posts for that website?

A    Sometimes.  This particular document is the marketing team supporting my organization and this is -- or you could say a co-contribution together with the marketing team.

Q    Okay.  So you -- you and the marketing team co-contributed to this blog post?

A    Yes.

Q    Okay.  And you see the -- the title of the article is "The art and science of marketing effectiveness"?

A    Yes.

Q    Okay.  And it's dated September 30th, 2024?

A    Uh-huh.

Q    And there is a picture of you; do you see that?

A    It's a very handsome picture.

Q    And it says, "Jorge Ruiz -- Ruiz' POV."

Page 41

Do you see that?

A     Yes.

Q     Okay.  I want to turn to the second page of the document.

Let me just actually ask you:  Does this -- does Exhibit 3 appear to be a fair and accurate reflection of the blog post that you post -- that you contributed to on the TikTok website?

A     Yes.  Again, this is a -- this is a co-authorship with the marketing team.  But broadly speaking, this is, like, a fairly recent document that I do recall well.

Q     Okay.  And co-contributing to this document with the marketing team, that is something that you did within the course of your work as global head of marketing sciences at TikTok; right?

A     That is correct.

Q     Okay.  So I want to look at page two of -- of Exhibit 3.  And I want to look at that -- that second paragraph.  Do you see that?

A     Uh-huh.

Q     Okay.  It reads, "As TikTok's Global Head of Marketing Science, I have the privilege and fortune to lead a very talented team at the heart of

Page 42

ensuring that every ad dollar spent on our platform not only captures real business value, but also helps to uncover insights and learning. Measurement is a learning journey to prove and improve business outcomes for advertisers, and our role is to help clients navigate that journey so can maximize those outcomes relative their -- to their efforts and investments on TikTok."

Did I read that correctly?

A    Yes, you did.

Q    Okay. And that -- does that accurately summarize what we've been discussing about what your marketing science role at TikTok is?

MR. VIVES:  Object to the form.

A    Could you rephrase the question, please?

BY MS. COLOMBO:

Q    Sure. Sure.

We've been discussing what your role in the marketing science department at TikTok is.

And does that excerpt that I read from this blog post accurately summarize what we've been discussing about your responsibilities at TikTok?

A    Broadly speaking. I think the best way to reframe it is, This is the expectation of clients for any major advertising entity to be able to --

Page 43

for clients to be comfortable that there -- there are teams that exist that can help them to objectively understand that effectiveness.

Q    Okay.  Okay.  I want to look at the bottom of -- of page two, the page that we're on.

A    Okay.

Q    There's a heading, "The magic of Marketing Science"; do you see that?

A    I do.

Q    Okay.  And starting from the third sentence that starts, "Our team comprises;" do you see that?

A    Uh-huh.

Q    Okay.  It says, "Our team comprises measurement, research, and data science functions, and we work closely with product and client teams to delve into these questions and find a way to unlock value."

Did I read that correctly?

A    Yes.

Q    Okay.  And when you say your -- when you refer to answering these questions, you are referring to the questions that you said earlier, Do the ads work and why and how do they work; right?

A    That is correct.

Page 44

Q    Okay.  So -- and we talked about how your team involves functions that are measurement-focused, research-focused, and data science-focused; right?

A    Uh-huh.

Q    Okay.

A    Correct.

Q    But your team also works with the product and client teams as well at TikTok?

A    It is --

MR. VIVES:  Object to the form.

A    Can you help me rephrase the question?

BY MS. COLOMBO:

Q    Sure.  So your marketing science team works with the product and client teams at TikTok; right?

A    Let me give you an example of why this is important.

Clients come to us directly when they really want to understand very specific questions that are important to their business.

So it's important that my team is -- my team essentially is a nexus where we partner, of course, with the client teams because we want to have consistent relationship.  We bring them on

Page 45

board.

But also, we are dependent on having a plethora of tools -- first-party- or third-party-related tools where we have to be able to work with the -- with the product team for these specific things.

So the mission is still the same on the -- on the topics that we cover, but we do rely on cross-functional partnerships internally.

Q    Okay.  That's very helpful.  Thank you.

What about the work with the product team, what type of -- what type of work with the product team does your department do?

A    If -- let me give you a concrete example.

If we move to page three of the document, on page three of the document under one, two -- the third paragraph, you would see that there's a couple of bolded items.

So measurement solutions, such as "Attribution Analytics," "Conversion Lift Studies," and "Post-Purchase Surveys."  These tools are being built by the product organization --

(Whereupon, the court reporter requests clarification.)

A    Let me give you an example.

Page 46

On the third page, if we jump into towards where it says, The journey of measurement solutions, on -- under the third paragraph, there are some products that are being announced and launched in -- in this blog post, such as attribution analytics, conversion lift studies, and post-purchase surveys, also in unified lift.

Those are features and products that my team uses for clients to use -- to understand advertising effectiveness. There's more tools, but these are some examples that we announced.

The product team builds the solutions and then gives them to us to deploy for clients. This would be a concrete example on how we partner with the product organization.

BY MS. COLOMBO:

Q    Okay. Thank you.

Any other teams at TikTok that you would say your team works with?

A    We've put -- well, as you can imagine, the questions that client ask us are fairly important and we have a very large number of cross-functional partners that come to us, whether it's the marketing team, whether product team, obviously, the sales team.

Page 47

But it is fair to say that we are often one of the most sought-after, cross-functional groups internally at TikTok for the specific topic that we cover.

Q     Okay.  Any other departments you can think of?

A     Multiple departments have come across or -- or -- or -- or teams.

Again, advertising effectiveness is a very important topic.  So teams that do come to us -- I can't recall -- you know, I could say most teams, but it depends on the situation, the topic, the client need.

But when -- when -- I think the best way to reframe is when it comes to advertising effectiveness of insights, teams would come to us.

Q     Okay.  And when you referred to the sales team, are the -- the sales employees the ones that actually manage the relationship with the clients?

A     It is reasonable to say that the sales teams would manage the relationship with clients.

We work in parallel.  And as the relationships with clients expands, we will independently have conversations with our own client analytical teams because it's important that we have

Page 48

objective trust.  And so we will be able to do our work to work with -- with the sales team.

So we work in partnership, but we make sure that -- that -- that clients and the sales teams see us as an objective party within TikTok to be able to understand the answers to those questions.

Q    Okay.  So part of your role at TikTok does involve interfacing with clients, then?

A    Yes.

Q    Okay.  And let me just clarify.  And when we are saying "clients," we are referring to advertising clients for TikTok; right?

A    That is correct.

Q    Okay.  Did TikTok have a marketing science team before you joined?

A    No.  This is why I was brought in.

Q    Okay.  So fair to say, you built TikTok's marketing science team from the ground up?

A    That is correct.

Q    Okay.  And before you started at TikTok in 2019, you worked at Facebook; right?

A    That is correct.

Q    Okay.  Was that before the company was renamed as Meta?

Page 49

A      That is correct.

Q      Okay.  So did you -- did you have responsibility for any specific product in terms of your work at Meta?

A      Product?  No.  Typically, any marketing organization doesn't own a product.

(Whereupon, the court reporter requests clarification.)

THE WITNESS:  Sorry.

A      Typically, any marketing science organization does not -- does not own a product.

So when -- when I was at Facebook, I was specifically working on the marketing science research team and I was also working on leading the marketing science agency measurement team.  So I've -- I've worked in both departments.

BY MS. COLOMBO:

Q      Okay.  And you started at Meta in May 2013?

A      Yes, that sounds about right.

Q      Okay.  And you were there for about six and a half years?

A      About so.

Q      Okay.

A      Yes.

Page 50

Q    And your title was global ecosystem measurement manager; does that sound right?

A    That sounds about right, yes.

Q    Okay.  Did you have any other titles?

A    Ecosystem manager when I was doing the research work.  And then, agency measurement lead or agency measurement -- yeah, agency measurement lead when I was doing the -- the -- the agency-related measurement work.

Q    Okay.  Did your work at Facebook involve similar responsibilities to the work you now do at TikTok?

A    Yes.  I have been in my career very -- I -- I've followed a very consistent path in terms of the world of research and measurement.

Q    Okay.  Now, we talked -- you mentioned earlier some board and industry groups --

A    Uh-huh.

Q    -- boards and industry groups that you are involved with; do you remember that?

A    Yes.

Q    Okay.  Is one of those the Advertising Research Foundation?

A    That is correct.

Q    Okay.  And you sit on the board of

Page 51

trustees for the Advertising Research Foundation; right?

A       The board of trust- -- that sounds about right.

Q       Okay.  And you've sat on that board since May 2021?

A       That is correct.

Q       Okay.  What is the Advertising Research Foundation?

A       It -- it's a very -- it -- it -- it's an organization that's been around for a very long time and it's important to the advertising community, particularly, in the United States, where it is research experts across the industry, where they're able to invest in doing -- they -- they nurture and they foster the high-quality research for the industry to better interactively help advertisers, clients, and agencies understand foundational topics on how advertising works and -- and why does it work.

         So you could consider that the advertising equivalent of an academic review literature board.

Q       Okay.

A       And they have great events.

Page 52

Q       That's good.

        So is this an industry association?

A       That's correct.

Q       Okay.  And is TikTok a member of this --

A       Yes.

Q       -- association?

        Okay.  And what does your work at the
Advertising Research Foundation entail?

A       It's pretty -- it's pretty light touch.

        We are -- we are participa- -- first, we
are members because we believe in the -- well, I
believe on the -- on the mission of -- of the ARF.
More clients and my clients do care about the ARF.
So it's important to -- to respond in kind.  So
membership participation.

        There's also event contributions.  So
sometimes we will participate on the -- those
events.

        So in the past, for example, my team
has -- we've sponsored and we -- we've partnered, as
part of things, like, the Creative Effectiveness
Awards.

        So there are some things that -- that
bring the industry together when it comes to the
topic of advertising research.

Page 53

Q    Okay.  Do you participate in any of the research?

A    I've handed out a few awards in my time.

Q    You've --

A    I've handed out a couple of awards --

Q    You've handed --

A    -- at those --

Q    -- out a --

A    -- events.

Q    -- couple of awards.

A    Yeah.

Q    Okay.  Have you ever received any awards?

A    Years ago -- years ago, when I had a lot more hair, I got one of the -- some -- some award -- actually, more like a certificate.  I lost out to, like, a very, very brilliant person.  But I very fondly remember that day.

Q    Certificates still matter.

Do you remember what that certificate was for?

A    Something -- Great Minds Award or some -- it's been such a long time ago.

Definitely a certificate.  Definitely, like, a -- it was contribution for some of the work that I had been doing as a internet contributor in

Page 54

my days back at Ogilvy, or a -- an -- an advertising agency.

But what I do remember is that to me -- that -- that was a very meaningful certificate because the ARF is a very -- in the -- in the advertising community, if -- if you care about research and care about high-quality research, getting recognition like that says that you're on the right career trajectory.

Q    Well, congratulations -- a belated congratulations.

A    Many years.  Thank you.

Q    Okay.  Are there any other boards or industry groups that you are -- that you hold positions in?

A    I am in the following industry groups within the IAB, Interactive Advertising Bureau.  I am in their measurement board.

I am also in, like, a -- a -- active participant with the WFA, the World Federation of Advertisers, in their cross media measurement initiative.  That's global.

And as part of that initiative, there is related work streams with ISBA, which is similar -- like organization in the UK and also in the U.S.,

Page 55

there's the ANA, the Associat- -- Association of National Advertisers, here in the U.S.

And those are all related as part of the same cross media measurement initiative that the WFA has started.

Q     Okay.  And you said ISBA, is that ISBA?

A     ISBA, yes.

Q     Okay.  And the last one you said was the ANA?

A     That is correct.

Q     And do you --

A     Here in the U.S.

Q     Do you -- other than the measurement board for the IAB, do you hold any other board positions?

A     Those would be the main ones.

Q     Okay.  So you are involved on the boards of those -- those four organizations?

A     With -- within their specific work streams.  They are large organizations.

Q     Uh-huh.

A     So when it comes to measurement across media, I tend to be in -- in those measurement groups.

Q     Okay.  And does your work -- let me start

over.

Does your work with those organizations involve similar work that you described for me with the res- -- with respect to the Advertising Research Foundation?

A      They would be a little bit different.

The Advertising Research Foundation is more of a contribution that they would lead on their own research, and sometimes there are topics or events.  It's -- it's a very light-hearted -- it's a very light touch.

With the other four groups I mentioned, IAB, WFA, ANA, or ISBA, they're very specific participation because clients are asking teams like mine to think about beyond just TikTok, think about how does TikTok belong in their media mix or the -- a broader way to understanding the measurement.

So in those groups, we sit as part -- we're -- we're part of a table among clients, agencies, and other peers to understand how to improve measurement.  And that could be to understand advertising effectiveness.

So there's -- there's -- in -- for many, many, many, many years, there's been groups like this.

Q      Okay.  And Q1, does that start in November?

A      Q1 would start in January.

Q      Okay.  Thank you for that clarification.

Okay.  And looking at this document, Exhibit 6, and having looked at the metadata that lists you as the custodian for this document, do you have any reason to dispute that this was produced from your files?

A      One important piece of context.  I started working in Q4 2019.  I started in December.

Q      Understood.

But do you have any reason to dispute if TikTok has produced this from your files that it was part of your files?

MR. VIVES:  Counsel, can we let the witness see the document?  We've only seen slide one so far.

MS. COLOMBO:  Does the witness have the ability to --

MR. VIVES:  I don't think so.

Are we able to just kind of --

MS. COLOMBO:  Okay.

MR. VIVES:  -- scroll through quickly?

THE WITNESS:  Next page.  Next page.
Blank.
Next page.
MR. VIVES:  It's a video.
THE WITNESS:  Skip.
Next.
Next page.
Next.
Next.
Next.
Next.
Next.
Sorry.
Just keep going.
Okay.  Next.
Next.
Okay.  Next.
Okay.  Next.
Okay.  Next.
Okay.
Okay.  Next.
Next.
Okay.  Next.
Okay.  Next.
Next.

Page 93

Okay.  Next.

Next.

Next.

Next.

Next.

Next.

Next.

Next.

Next.

Next.

Next.

Next.

Looks to me --

MR. VIVES:  Looks like the end.

THE WITNESS:  Next.

It's all right.  Just keep going.

Oh.  Okay.  Next.

Okay.  Next.

Next.

Next.

Okay.  Next.

Next.

Next.

Next.

Next.

Page 94

Next.

Next.

Next.

Next.

Next.

Next.

Next.

Next.

Next.

Next.

Next.

Next.

Next.

Next.

Next.

Next.

Next.

Next.

Next.

Next.

Next.

MS. COLOMBO:  Counsel, can we go off the record for this?

MR. VIVES:  I don't know if we should go off the record, but...

Page 95

THE VIDEOGRAPHER:  The time right --
oh, sorry.

MR. VIVES:  -- if he's reviewing a
document to testify.

MS. COLOMBO:  I understand, but this
is a little unique in the sense that he
doesn't have the ability to --

MR. VIVES:  Yeah.

MS. COLOMBO:  -- flip through it.

THE WITNESS:  How about this, just
keep going.  I'll tell you if -- to stop;
okay?

So just keep going.  Scroll.
Scroll.  Scroll.

Okay.

Keep going.  Keep going.

Okay.  Is that it?

MS. COLOMBO:  Is that it?

THE WITNESS:  All right.  There we
go.

BY MS. COLOMBO:

Q     All right.  Thank you.

A     Okay.

Q     Okay.  So I believe before we started
looking at that my question was:  Do you have any

Page 96

reason to dispute if TikTok has produced this from your files, that this document was in fact produced from your files?

MR. VIVES:  Object to the form.

A    Again, I started in Q4 of 2019, so it looks like this document was produced before my time.  And it is reasonable to say this document was probably shared and is probably archived in some document that I have.

BY MS. COLOMBO:

Q    Okay.  So this would have been shared with you within the scope of your work at TikTok?

A    That's reasonable to say, yes.

Q    Okay.  Okay.  And thinking about who the intended audience for a slide deck like this one is, this would have been a presentation that was given to clients; right?

A    You -- it is difficult for me to ascertain the audience as this is before I started at the company.

My assessment upon reviewing this document is this -- it is reasonable to say that this would be external for clients.

As to what kind of clients, whether they belong on the sales team or on the -- on the -- the

Page 97

content team, I do not know.

Q    Okay.  Fair enough.

Okay.  Let's look at slide eight, please. And the -- the title of this slide is, Massive growth in 2018; do you see that?

A    I see it.

Q    Okay.  And there is a line graph on the left side of the page that shows the monthly downloads of TikTok in the United States in 2018; do you see that?

A    I see it.

Q    Okay.  And the line graph plots data from January 2018 through October 2018; right?

A    Yes.

Q    Okay.  And this graph shows that in January 2018, monthly downloads for TikTok in the U.S. are at about 1.5 million; right?

MR. VIVES:  Object to the form.

A    It's reasonable to say that this chart does show that there was an increase over the -- over those -- over those 12 months for the increase in monthly downloads.

BY MS. COLOMBO:

Q    Okay.  So this chart starts out with monthly downloads around 1.5 million and by

Page 98

October 2018, that number increases to almost 4 million; right?

MR. VIVES:  Object to the form.

A     The chart does show the increase, the consistent increase.

BY MS. COLOMBO:

Q     Okay.  And the -- this line graph also shows that starting in October 2018, TikTok's monthly downloads were more than other plotted video platforms?

MR. VIVES:  Object to the form.

MS. COLOMBO:  I believe, actually -- can you exit the presentation mode and just -- there we go.

BY MS. COLOMBO:

Q     So if you see at the bottom of that line graph, there's an asterisk that says, Topping all other video platforms since October.

Do you see that?

A     I see the sourcing from Sensor Tower and that is the summary of the data that they have provided, yes.

Q     Okay.  And that was going to be my next question.

The source of this data is Sensor Tower;

right?

A    Yes.  That is a third-party app tracking competitive analysis company.

Q    Okay.  Let's go to the next slide, which is slide 13?

A    Uh-huh.

Q    And the title of this slide is, Our global audience; do you see that?

A    I see it.

Q    Okay.  And this slide reflects that at this time, TikTok has 27 million monthly active users in the U.S.; right?

MR. VIVES:  Object to the form.

Lacks foundation.

A    I'm able to see what you are showing me here in the -- in the -- in -- in the graph.

BY MS. COLOMBO:

Q    Okay.  And that's what it says; right?

A    That's what it says.

Q    Okay.  Okay.  Let's go to the next slide, slide 14.

This slide is titled, Our audience in the U.S.; do you see that?

A    I see it.

Q    Okay.  On the left side, the slide says,

Page 100

Generation Z focused; do you see that?

A    I see it.

Q    Okay.  And on the right side, there's a pie chart that shows that 60 percent of TikTok's audience in the United States is 16 to 24 years old; do you see that?

A    My understanding is this document is reflective of 2018 data and produced in Q1 2019 and I started the company in Q4 of -- of 2019.

And this is from another third-party competitive company called App Annie.  And this -- this is the data from App Annie's own data sets.

I don't see the sourcing for the time, but it's reasonable to say it would be similar to how they pulled it for Sensor Tower.

Q    Okay.  But the data that is presented here does reflect that at this time, TikTok's audience in the U.S. was 60 percent users aged 16 to 24, at least according to this slide; right?

A    And according --

MR. VIVES:  Object to the form. Lacks foundation.

A    According to App Annie's own estimates.

BY MS. COLOMBO:

Q    Okay.  And that is what's reflected on

this slide; right?

A    Yes.

Q    Okay.  And this pie chart on the right does not reflect users under the age of 16; right?

A    I believe that App Annie has their own governance on how they analyze the data.

I don't remember the details, but I -- I don't know that I can speak to the mechanics of how this data was pulled and what it did and didn't include.

Q    Uh-huh.

A    Again, this is before I started and I'm not familiar with this analysis.

Q    And -- and I'm only asking about how the data is presented here.

So this pie chart does not include users under the age of 16; right?

A    If we look at the pie chart at face value, the pie chart would say there's only two cohorts: 16 to 24; 25-plus.  So 16-plus --

Q    Okay.

A    -- is what you would derive from looking at this chart.

Q    Okay.  Thank you.  And at this time, TikTok did have users who were under the age of 16;

Page 102

right?

MR. VIVES:  Object to the form.
Lacks foundation.

A    Again, I started in Q4 of 2019.  I can speak to items I'm familiar with after I started at the company.

BY MS. COLOMBO:

Q    Okay.  TikTok, though, has always allowed 14- and 15-year-olds to use its platform, though; right?

A    I believe that there are processes and -- and controls in place.  There is, I think, in the app it's -- I -- I think -- I think it's 13-plus and I believe in the app store, I think it's 12-plus.

Q    Okay.

A    But for advertising purposes, again, I focus on primarily the 18-plus demographic.

Q    Okay.  Let's look at the next slide.
The slide is titled, Our engagement in the U.S.; do you see that?

A    I see it.

Q    Okay.  And on the left side of this slide there are metrics about how users in the U.S. are using TikTok; right?

A    Yes.

Q    Okay.  And one of the figures on the left side is that users in the U.S. spend 43 or more minutes per day on TikTok; right?

A    From what's in the chart.

Q    Okay.  And users in the U.S. open the app more than eight times a day; do you see that?

A    From what's in the chart.

Q    Okay.  Let's look at the next slide, please, slide 16.  This slide is titled, Comparison average session duration.

Do you see that?

A    I see it.

Q    Okay.  And on the left side of the slide, there is a kind of cool looking bar graph that's kind of slanted; do you see that?

A    Yes, I see it.

Q    Okay.  But it would -- would it still be a bar graph?  Is that fair?

A    Yes.

Q    Okay.  Just wanted to make sure I had the right terminology there.

And that bar graph reflects the average session duration on TikTok being 294 seconds; do you see that?

MR. VIVES:  Object to the form.

Page 125

MS. COLOMBO:  We've been on for a while.

MR. VIVES:  Sure.

THE VIDEOGRAPHER:  The time right now is 12:17 p.m. and we are off the record.

(Whereupon, there was a lunch recess taken from 12:17 p.m. to 1:01 p.m.)

THE VIDEOGRAPHER:  The time right now is 1:01 p.m. and we are back on the record.

BY MS. COLOMBO:

Q    Welcome back, Mr. Ruiz.  I hope you had a nice lunch.

A    Thank you.

Q    So I want to pull up Tab 43, please. And this is going to be Exhibit 7.

(Whereupon, Exhibit TikTok-Ruiz 7, Excel Spreadsheet, Bates-Labeled TikTok3047 MDL/079/Lark/02217029, was marked for identification.)

MS. COLOMBO:  And Exhibit 7 is a document that was produced by TikTok in this litigation with the Bates number TikTok3047 MDL/079/Lark/02217029.

Page 126

BY MS. COLOMBO:

Q    And this is an Excel spreadsheet that TikTok produced to us out of your files.

Do you have any reason to dispute that this came from your files?

A    This does not look like a document that my team owns, but this -- if this is 2019, I think this would either be shared from either the sales team or the core product team.

So this may be shared into me, but it's not -- those -- those are not metrics that my team focuses on.

Q    Okay.  And this is something that would have been shared with you as part of your job --

A    Yes.

Q    -- working at TikTok?

A    Correct.

Q    Okay.  And looking at -- so this -- as I said, this was produced as a native Excel file.  We were able to print it out so that you can see it.

A    Uh-huh.

Q    But looking at page two of this document, which is the document metadata sheet, do you see yourself listed as the custodian there?

A    I -- I see the file.

Q     Okay.  And the do you see the create date of this document is listed as 12/29/2019?

A     I see it.

Q     Okay.  And let's turn back to the printout of the spreadsheet here.

Okay.  Now, do you -- I'm sorry.  I'm just having a hard time seeing this.

Okay.  Do you see at -- if you are looking at the first row there, if you go towards the right side, there is a row that says EOY 2021; do you see that?

A     Yes.

Q     Okay.  And "EOY" generally means end of year; right?

A     Correct.

Q     Okay.  So that says end of year 2021; right?

A     Uh-huh.

Q     Okay.  So the data in this spreadsheet is the end of year data for the year 2021?

MR. VIVES:  Object to the form.

A     Maybe.  This document -- A, I don't recognize this document; B, some of these metrics tangentially look like things I hear about at the company.

Page 128

But if it says -- if the document has a spread -- a column that says end of year 2021, but it looks like if it was pulled -- pulled from my records on 2019 December, I'm -- I'm not sure on -- on the timing, but I -- I can -- I -- I can confirm what you are describing, that there's a column that says end of year 2021.

BY MS. COLOMBO:

Q    Okay.  Fair enough.

So -- so I want to go back toward the left side of this sheet.

Do you see the column that is labeled "Top Level Metric"?

A    Yes.

Q    Okay.  And the first -- the first row under top level metric is DAU; right?

A    Yes.

Q    Okay.  And DAU is daily active users; right?

A    Generally speaking, DAU would be defined as that.

Q    Okay.  And -- and -- and going over in this row, do you see that it says in the 11 to 12 bi-month, TikTok has 879.5 million daily active users; right?

MR. VIVES:  Object to form.  Lacks foundation.

A    I -- I can see what you are referencing in the document.

BY MS. COLOMBO:

Q    Okay.  And 11 to 12 bi-month, that would generally refer to November and December of a given year; correct?

A    Generally speaking.

Q    Okay.  Thank you.  Okay.

And there's an eight-week trend line there showing -- showing how DAU has fluctuated over that -- that eight month -- or that eight-week period; do you see that?

A    Yes.

Q    Okay.  Okay.

And do you see in the second row there that the -- the second row under "top level metric" is stay duration in minutes; do you see that?

A    I see it.

Q    Okay.  And there is an eight-week trend line there showing how the stay duration is increasing over that eight-week period; right?

MR. VIVES:  Object to the form.

A    I can see what you are referencing in the

Page 130

document.

BY MS. COLOMBO:

Q    Okay.  And this document shows that between September and December, the amount of time an average user is spending on TikTok rose from 84.41 minutes to 86.3 minutes every day?

MR. VIVES:  Object to form.  Lacks foundation.

A    I can see where you are referencing on the -- on the page.

One important caveat that, A -- well, A, those are not my metrics, so I don't have all the -- all the -- all the ownership or familiar with them; and B, I'm not sure if this metric is tracked per session or cumulative or across an average of -- whether per week or per month.  So I don't know if that 84 is for the single session or across multiple sessions.

BY MS. COLOMBO:

Q    Okay.  And stay duration does not indicate that it would be a -- a -- one session?

A    Well, if it's -- again, I don't govern these metrics, but it -- I think -- I think it's important as you -- as you look through -- for those documents, when it comes to stay duration it's

Page 131

often -- often it's expressed -- for time series purposes you would accumulate across multiple sessions because users come back across multiple sessions.

But I -- I can't -- this -- this entain -- this 86 or this 84, for me I would need to understand if this is, like, per session or accumulated across "X" number of sessions.

Q    Okay.  And looking at the column in that same stay duration row, the column labeled "EOY target"; do you see that?

A    Yes.

Q    That's end of year target; do you see that?

A    Yes.

Q    Okay.  And it shows that the target for this time was to increase stay duration to 89.7 minutes per day; right?

MR. VIVES:  Object to the form.

Lacks foundation.  Calls for speculation.

A    It would be reasonable that if you are leading teams that have all these metrics that you would set some sort of a target.

BY MS. COLOMBO:

Q    Uh-huh.

Page 132

A     So where and how those teams are governing, what they're prioritizing, that's for other teams to look at.  I'm sure there's more than just this.

But it's reasonable to say that as part of normal business cadence, you have trending and then you have some sort of a target and then expectation and -- and -- and business context as to why you want to, like, move those metrics.

Again, I don't govern those metrics.

Q     Okay.  But this document does reflect that the EOY target for this metric was 89.7; right?

A     My understanding of this page you are showing me that every single metric has a target.

Q     Okay.  And the target for stay duration is 89.7 on this -- as reflected on this document; right?

A     On this document.

Q     Okay.  Okay.  And at the bottom of the page, you'll see under the category heading there is a section for revenue; do you see that?

A     I see it.

Q     Okay.  And the revenue top-level metrics are for live revenue and e-commerce GMV; do you see that?

Page 133

A       I see it.

Q       What is GMV?

A       GMV would be more commonly known as gross monetary value and that's more common for e-commerce features.

Q       Okay.

A       So if you are, for example, having transactions, it's the actual value of those transactions -- of -- of those transactions.

Q       Okay.  And under this revenue section, there's also a row for -- or within this revenue section, there's also a row for ads revenue; do you see that?

A       I see ads revenue, yes.

Q       Okay.  And if we look at the row that contains the top-level metrics for ads revenue -- or excuse me, that contains the top-level metric ads revenue, it says TikTok's ads revenue rose from 1.542 billion in September and October 2022 -- or excuse me, let me start over there.

And for ads revenue, it says that TikTok's ads revenue rose from 1.42 billion in September and October to 1.899 billion in November and December.

Do you see that?

MR. VIVES:  Object to the form.

A    I -- I -- I see -- I see what's in the document.

BY MS. COLOMBO:

Q    Okay.  And if you look at the end of year target for ads revenue, the -- the goal was to make 10.716 billion in ads revenue; right?

MR. VIVES:  Object to the form.

A    I see what's in the document, yes.

BY MS. COLOMBO:

Q    Okay.  And looking at the column that's labeled bi-month OKR completion percent, do you see that this document reflects that that goal was 90 percent of the way completed at this time?

A    You mean -- yes, as -- 97 percent.

Q    Okay.  And this -- and looking at the TikTok -- looking at the row that is labeled live revenue, you'll see that the end of year goal was $4.9 billion in revenue from TikTok Live; do you see that?

A    I -- I see it.

Q    Okay.  And staying in that same target column, the goal for e-commerce would be $3.649 billion; do you see it?

A    I see it.

A    Yes.

Q    Okay.  So I want to look at the first page of this presentation.

A    Okay.

MS. COLOMBO:  Let's go off the record for a second because this is not showing up correctly.

THE VIDEOGRAPHER:  The time right now is 2:44 p.m. and we are off the record.

(Whereupon, there was a recess taken from 2:44 p.m. to 2:47 p.m.)

THE VIDEOGRAPHER:  The time right now is 2:47 p.m. and we are back on the record.

MS. COLOMBO:  Okay.  And we can mark the -- the native file for this document as Exhibit 17.

(Whereupon, Exhibit TikTok-Ruiz 17, Native File, was marked for identification.)

BY MS. COLOMBO:

Q    And looking at this first slide, the -- the title of this presentation is, TikTok U.S. audience insights; do you see that?

Page 201

A        I see it.

Q        And it says, Comparison by age group; you see that?

A        I see it.

Q        Okay.  And then it says, Marketing Science North America October 2020; do you see that?

A        I see it.

Q        Okay.  So this was a presentation that was prepared by your department; right?

A        So maybe some clarification because this is five years old.  I don't immediately re- - recall it.

But as I'm looking at the document metadata, the author was ████████ (phonetic) and █████ was not in my organization.  He was in the marketing or product organization.

So it -- if -- what's labeled here is what's labeled here, but I'm trying to recall this document knowing that the author is somebody that was not on my team.

Q        Sure.  You -- you don't dispute, though, that Marketing Science North America was involved in this -- the preparation of this document?

MR. VIVES:  Object to the form.

A        Again, this is a five-year-old document

Page 202

and as I look at the author, the author sat outside of my department.

So it would be more generous to say that there may have been some shared presentation, but this style -- this style looks definitely like an internal document and not something that would be prepared and vetted for external marketing purposes.

BY MS. COLOMBO:

Q    Okay.  But on the first page it does say, Marketing Science North America; do you see that?

A    It -- that -- that -- that's what you are showing me.

Q    Okay.  So let's -- let's look at slide two, please.

And then this slide is titled, TikTok generation Snapchat.

Do you see that?

A    I see it.

Q    And it shows how users are categorized by age in this -- in this data?

A    I see it.

Q    Okay.  And you have all the way to the left, late Gen Z, 13 to 17; do you see that?

A    I see it.

Q    Okay.  And then, Early Gen Z, 18 to 24;

Page 203

you see that?

A    I see it.

Q    Okay.  Let's go to the next slide.

It's titled, User demographics; do you see that?

A    I see it.

Q    Okay.  And this is -- there's a bar graph showing the breakdown of demographics based on the age categories on slide two; you see that?

A    I see it.

Q    Okay.  And the age group with the most users on TikTok at this time is age 13 to 17; right?

A    I just can't --

MR. VIVES:  Object to the form.

A    Oh.

BY MS. COLOMBO:

Q    I'm sorry.  What was that, Mr. Ruiz?

A    What you are showing me here is five years ago.  It is reasonable to say that Gen Z was a very -- a very common topic of conversation with advertisers.

And this would be -- at least what this is showing is the bar graph with the highest proportion is the 13 to 17 cohort.

Q    Okay.  And this is -- the source of this

Page 210

aside.  I think that's all I have.

A      Okay.

Q      Okay.  We are going to pull up Tab 33 next.

MS. COLOMBO:  And for the record, this is a document produced by TikTok in this litigation with the Bates number TikTok3047 MDL-085-03619367.

And we are going to mark this Exhibit 19.

MS. BREAKELL:  Yes.

MS. COLOMBO:  Okay.

(Whereupon, Exhibit TikTok-Ruiz 19, Document, Bates-Labeled TikTok3047 MDL-085-03619367, was marked for identification.)

BY MS. COLOMBO:

Q      And if -- and this is a document that was produced from your custodial file.

And if we look at the metadata, which is the second to last page -- and let me know when you are there, Mr. Ruiz.

A      Okay.

Q      Okay.  Do you see yourself listed as the custodian?

A    I see.

Q    Okay.  Okay.  So we can turn back to the beginning of the document.

This appears to be a slide deck with the title, TikTok times -- or excuse me, TikTok X e.l.f. Cosmetics.

Do you see that?

A    I do.

Q    Okay.

A    And it's a very wonderful brand.

Q    I agree.

So this appears to be a presentation for e.l.f. Cosmetics; right?

A    That is correct.

Q    Okay.  Okay.  And if you look at page ten --

MR. VIVES:  And, Mr. Ruiz, if you need more time to look at the document before answering questions, feel free --

THE WITNESS:  That would be good. Just give me a minute.

MS. COLOMBO:  Okay.  Let me know when you are ready, Mr. Ruiz.

THE WITNESS:  Okay.  Okay.  I'm good.

Page 212

BY MS. COLOMBO:

Q    Okay.  Let's look at page ten, which ends in the Bates number -9376.

A    Okay.

Q    Okay.  And this slide is titled, Our audience in the U.S.

Do you see that?

A    I see it.

Q    Okay.  And there is a pie chart on the left -- excuse me, the right side of the page that shows that users aged 13 to 24 make up 69 percent of TikTok's monthly active users; do you see that?

MR. VIVES:  Object to the form.

A    I see what's on the page and it may be useful to reference the very beginning of the page for e.l.f. where it looks like in the data here it says, A 18 to 25.  This would suggest that this campaign was trying to target adults 18 to 25.

BY MS. COLOMBO:

Q    Okay.  I'm going to move to strike that as nonresponsive to my question.

But I'm just asking here, this shows 69 percent of TikTok's audience in the U.S. is aged 13 to 24; right?

MR. VIVES:  Object to the form.

Page 213

A    For this document and this slide, for this particular time period, it says March 2019. That's what it shows here.

I -- I would encourage you to look at additional documents as this trends over time.

BY MS. COLOMBO:

Q    Okay.  And the source of this document, it's a little small on the corner on the left side, but is internal TikTok data for March 2019; right? For the U.S. --

A    Prior to when I started the company, if it's indeed March 2019, that -- that's what the page shows here.

Q    Okay.  And the speaker's notes say, We skew female and Gen Z, A 13 to 24 is our sweet spot.

Do you see that?

A    It's what's on the page here.

I am not sure I would agree with the way they wrote the -- the commentary.  But, again, this is before I started at the company.

Q    Okay.  So looking back at the pie chart, the pie chart does not break down how many users in that 13 to 24 segment are under 18; right?

A    It only shows percent.

Q    Yes.  It -- yes, it does not break that

Page 221

MS. COLOMBO:  And we are going to pull up next Tab 35, which is going to be Exhibit 21.

(Whereupon, Exhibit TikTok-Ruiz 21, Document, Bates-Labeled TikTok3047 MDL-081-02289041, was marked for identification.)

MS. COLOMBO:  And that's a document that was produced in this litigation by TikTok with the Bates number TikTok3047 --

THE WITNESS:  Okay.

MS. COLOMBO:  -- MDL-081-02289041.

THE WITNESS:  Okay.

BY MS. COLOMBO:

Q    And we can look at the custodial file -- or the -- excuse me, the metadata first, which is the second to last page.

Do you see yourself listed as the custodian there?

A    I see.

Q    Okay.

A    Do you have a date reference?

Q    There is a -- I -- I can point you to in the document --

Page 222

A       Okay.

Q       -- where there's an indication of date.

Let me just ask you -- I'll ask you a couple questions first and then you can have an opportunity to look at the -- flip through the document.

A       Okay.

Q       But looking at this first page, it says, Party City X TikTok; right?

A       It does.

Q       Okay.  Little bit of a different look, but kind of the same idea of the two previous documents we looked at, Exhibit 19 and 20; right?

A       Yes.  This looks like almost five-, six-year-old documents.

Q       Okay.  So I want to look at page ten, which ends in the Bates number -9050.

MR. VIVES:  And again, Mr. Ruiz, if you need time to --

MS. COLOMBO:  I'm just going to give him an indication of the date of the document.

MR. VIVES:  Oh, okay.  Great.

BY MS. COLOMBO:

Q       Okay.  If you see on this slide under

Page 223

the -- the big text on the left it says, Source: internal data April 2020, U.S. audience?

A    Okay.

Q    So did -- that -- this document -- fair to say this document was created after April 2020; right?

A    Okay.  Thank you.

Q    And you let me know when you've had an opportunity to flip through --

A    Okay.

Q    -- the document.

A    Okay.  Okay.

Okay.

Q    Okay.  Let's look at page nine of the document, which ends in the Bates number -9049.

A    Okay.

Q    And it says on the left side, Our U.S. audience has doubled in the last year.

Do you see that?

A    I see it.

Q    Okay.  And then underneath it says, Over 84 MAUs... double this time last year.

Do you see that?

A    I see it.

Q    And "MAU" is monthly active users?

Page 224

A    Yes.

Q    Okay.  And to the left -- excuse me -- to the right side of the page, it says, 77 percent of our audience is under 34, Gen Z/young Millennial-driven.

Do you see that?

A    I see it.

Q    And it shows that 34 percent of TikTok's U.S. audience is aged 13 to 17; right?

A    I see it.

Q    And that is the highest for any of the other listed segments on there, age segments; right?

A    What's listed there.

It is important to note that most of my advertisers and the advertisers that I've worked with, they primarily care about the 18 to 24 demographic -- I'm sorry -- the 18-plus demographic.

Q    Okay.  So let's look at the speaker's notes, starting with the word "historically," do you see that?

A    Yes.

Q    Okay.  It says, Historically across all channels the early adopters are a younger demo and that was the case for TikTok as well.  But we are starting to see the ages shift and our fastest

Page 226

80 minutes on it per day, which is one-third of the time people spend on their phone per day.

Do you see that?

A    I see it.

Q    Okay.  And then let's go to the next page, please?

A    Okay.

Q    And the title of this slide is, Engagement is off the charts; do you see that?

A    It looks to be a similar one as -- as we've seen before.

Q    Yup.  Okay.

And in the speaker's notes, it says, As you can see, you get sucked in unlike any other channel.

Did I read that correctly?

A    Those look to be the speaker notes.

Q    Yup, in the speaker notes?

A    Yeah.

Q    I read that correctly, yes?

A    Those look to be the speaker notes.

Q    Okay.  You can set that document aside.

A    Okay.

MS. COLOMBO:  We can pull up Tab 77, which is going to be Exhibit 22.

Page 227

(Whereupon, Exhibit TikTok-Ruiz 22, Document, Bates-Labeled TikTok3047 MDL-016-00353331, was marked for identification.)

MS. COLOMBO: And for the record, this is a document that was produced by TikTok in this litigation with the Bates number TikTok3047 MDL-016-00353331.

A    Okay.

BY MS. COLOMBO:

Q    Okay. And let's start off with the -- the metadata, please, second page from the back.

Do you see yourself listed as the custodian there?

A    As a custodian.

Q    Okay. And you see the file name is, it starts on TikTok 101 with a bunch of numbers and letters --

A    Yup.

Q    -- after it?

Okay.

A    Yeah.

Q    Okay.

A    Okay. All right. Let me look at the document.

Page 228

Q    Okay.

A    Okay.

Q    Okay.  Let's look at the first page of this document.  There appears to be one of those cover sheets that we looked at with a circle on the left side that says, Remove this slide before client presentation.

Do you see that?

A    Yes.

Q    Okay.  And there's a circle on the right side that says, Internal only.  This slide is internal only; right?

A    I see it.

Q    Okay.  And it says the intended audience is existing media agency advertise -- advertisers; do you see that?

A    Yes.

Q    Okay.  So this is -- if you look at the bottom, it says, Use case:  Closed-door meetings for clients under NDA.  Do not send or share as a leave-behind to clients.

Do you see that?

A    I see it.

Q    Okay.  So with the exception of this page and the next page, which the -- which are supposed

Page 229

to be removed before presentation, this is a slide deck that was meant to be given to clients; right?

A    That's reasonable to say.

Q    Or prospective clients; right?

A    That's reasonable.

Q    Okay.  Okay.  Let's look at -- let's just go quickly to slide 22, which does not have a Bates number unfortunately, so the title is, Your audience is on TikTok.

A    Okay.

Q    This is not the correct slide.

Okay.  That's not the correct slide, so let's just actually start with slide 19 and we'll get to the --

A    Which slide again?

MR. VIVES:  Sorry, which one?

MS. COLOMBO:  Slide 19, which is titled, Relevant reach.

THE WITNESS:  Okay.  Okay.

MS. COLOMBO:  Okay.  That's not correct.

This is the slide that we're -- that we're looking for.

(Whereupon, there was a discussion off the record.)

Page 230

BY MS. COLOMBO:

Q    Okay.  Slide -- slide 20.  Okay.  Page 20 of the PDF, slide 20.

A    Okay.

Q    There is a blue text box in the middle that says, We reach your current and future customers at scale.

Do you see that?

A    I see it.

Q    Okay.  And if you look at the information contained on this slide, in the middle it says, Gen Z driving trends, brand, and love -- excuse me -- driving -- let me start over.

Gen Z driving trends, brand love, and 44 billion in spending power.

Do you see that?

A    I see it.

Q    Okay.  And if you look at the left side of the page, it shows 14 percent of monthly active users on TikTok are aged 13 to 17; right?

A    I see it.

Q    Okay.  And then on the right side of the page, it says, 37 percent of monthly active users on TikTok are aged 18 to 24; right?

A    I see it.

Page 231

Q    Okay.  And at the bottom of this slide in small writing you'll see that there's -- at least in part, this data is based on TikTok internal data from April 2021; right?

A    I see it.

Q    Okay.  So fair to say that this PowerPoint was created after April '21 -- 2021; right?

A    It's safe to say.

Q    Okay.

A    Safe to say that this also reflecting back from previous documents, it shows that this 18 to 24 cohort is -- is becoming more prominent.

Q    Yes.  Okay.

Let's look at the speaker notes.

And the first bullet point says, You can reach every age group on TikTok and our largest demo is Gen Z.  Gen Z is reshaping the power dynamic and for brands, they're redefining how culture decides what's important and who gets to take advantage.

Did I read that correctly?

A    That's what's in the -- that's what's in the speaker notes.

Q    Okay.  And looking at the last bullet point, it says, For brands looking to connect with

Page 243

Exhibit 24.

(Whereupon, Exhibit TikTok-Ruiz 24, Document, Bates-Labeled TikTok3047 MDL-018-00364960, was marked for identification.)

MS. COLOMBO: And it is a document that TikTok produced in this litigation with the Bates label TikTok3047 MDL-018-00364960.

THE WITNESS: Uh-huh.

MS. COLOMBO: And yes, that will be Exhibit 24.

BY MS. COLOMBO:

Q    And we can start by looking at the metadata.

On the second to last page, do you see yourself listed as the custodian there?

A    Yes, I see.

Q    Okay. And the file name is, QuickTok back to school edited.

Do you see that?

A    Yes, I see.

Q    Okay. And so we can turn back to -- this is just a one-page document.

Let me know when you have had a chance to

Page 244

review it.

A    It's a very small font, but yes.

Q    Is it easier to look at it on the screen?

A    It may be.

Q    Okay.

A    Can you scroll down?

This document is from 2021; right?

Q    Have you had a chance to look at it, Mr. Ruiz?

A    I'm looking through it.

Q    If you -- I'll ask you just a question.

If you look at the top right-hand corner, you will see issue 10/22.

Do you see that?

A    Oh, 10/22.  Okay.

Q    Okay.  Does that indicate to you that this issue might have been from October 20- --

A    2022.

Q    -- 2022?

MR. VIVES:  Object to the form.

BY MS. COLOMBO:

Q    Okay.  And the -- at the left side of the top of the page it says, QuickTok.

Do you know what that is?

A    If I recall, the marketing team would

Page 245

create one-pagers where they would compile content from across various teams, as they would norm- -- run in the normal course of business to synthesize -- synthesize different campaign promotions or different topic promotions.

Q    Okay.  So this is material that could have been sent to advertising clients?

A    It could have been.

Q    Okay.  Let's look at some of the content here of the document.

The title of the document is, Make back to school cool on TikTok.

Do you see that?

A    Yes.

Q    Okay.  I want to start with the second sentence of that first paragraph.

It says, With our audience creating, consuming, and engaging more every day, the platform can expect to see an influx of school supplies and clothing hauls from students and parents alike, tips from teachers on preparing for the new school year, and hilarious content coming straight from the hallways.  And there are endless opportunities for brands to join in on the playground fun.

Did I read that correctly?

A    That's what's written on the -- on the document here.

Q    Okay.  I want to look at the center of the page.  On the left-hand side, it says, On TikTok everyone is in attendance.

Do you see that?

A    I see that.

Q    Okay.  It says, Over July through September of 2021, weekly views for hashtag back to school skyrocketed by 32 times from 18.3 million in July to 594 million in September.  This massive jump in viewership can be attributed to TikTok's diverse audience of Gen Z students, "educreators," and parents of children in grade school.

Did I read that correctly?

A    I see it.

Q    Okay.  And then the next portion of this document is entitled -- or has a heading, Class is in session, and the topic is Gen Z shopping.

Do you see that?

A    I see it.

Q    Okay.  And the black box below the text there has some figures; do you see that?

A    I see it.

Q    Okay.  And it says that Gen Z TikTok

Page 247

users are 1.4 percent more likely -- or excuse me -- 1.4 times more likely than other platform users to discover new brands and products on the platform.

Do you see that?

A    I see it.

Q    Okay.  And it says on the left side that, Gen Z TikTok users are 1.2 times more likely than other platform users to feel excited or euphoric about retail purchases.

Do you see that?

A    I see it.

Q    Okay.  And let's go down to the next section, which is called -- the heading for that is -- actually, we can skip over the middle one and go to the group project TikTok.

It reads, Part of the fun of making an original TikTok is getting friends to join in and this is especially true for our Gen Z users with 40 percent of those creating original content on TikTok doing so with someone else.  Between classes, during lunch, and after that final bell rings, Gen Z users on TikTok are pulling the squad together to dance, participate in trends, and create on TikTok.

Did I read that correctly?

A    That's what you have in the document.

Page 248

Q    Okay.  And there are some figures there.

The first one being, 54 percent of Gen Z users who learn new dances from TikTok do so with someone else.

Do you see that?

A    I see it.

Q    The second is, 60 percent of Gen Z users who participate in trends or pranks do so with someone else.

Do you see that?

A    I see it.

Q    And 63 percent of Gen Z users who participate in hashtag challenges do so with someone else.

Do you see that?

A    I see it.

Q    Okay.  And the last section on the page is titled -- or has a heading, The TikTok Study Guide.

And it says, When it comes to creating back-to-school content for TikTok, we have a few A-plus study tips that will take your brand above and beyond.

And the -- I want to look at the middle one, which is, Meet your classmates.

Page 249

It says, Niche communities thrive and drive business on TikTok, tune into college life, teacher -- or excuse me -- tune into hashtag college life, hashtag teacher life, hashtag high school, and more to understand our unique audiences' interests and behaviors.  You'll be the coolest kid in school in no time.

Do you see that?

A    I see it.

Q    And looking at the language in here about "your brand," does that give any indication to you about whether this was an external-facing document for advertising clients?

MR. VIVES:  Object to form.

A    Well, this looks -- this looks like it would be an externally-facing document.

I don't recall -- like, I know that back-to-school campaigns were pretty common -- they are pretty common in -- in the retail vertical, but I don't recall this specific campaign.

BY MS. COLOMBO:

Q    Okay.  And -- and addressing "your brand" doesn't give you any indication?

MR. VIVES:  Object to the form.

A    As mentioned, this looks like it would

Page 382

C E R T I F I C A T E

I hereby certify that I am a Notary Public, in and for the State of New York, duly commissioned and qualified to administer oaths.

I further certify that the deponent named in the foregoing deposition was by me duly sworn, and thereupon testified as appears in the foregoing deposition; that said deposition was taken by me stenographically in the presence of counsel and reduced to typewriting under my direction, and the foregoing is a true and accurate transcript of the testimony.

I further certify that I am neither of counsel nor attorney to any of the parties to said suit, nor am I an employee of any party to said suit, nor of any counsel in said suit, nor am I interested in the outcome of said cause.

Witness my hand and seal as Notary Public this 25th day of March, 2025.

_____
Clifford Edwards

New York Notary ID Number:  01ED6430906

Notary commission expires:  3/28/2026