# AMENDED Exhibit 451

# PLAINTIFFS' OMNIBUS OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

Case No.: 4:22-md-03047-YGR
MDL No. 3047
In Re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation

## PTA / FOSI Working Group



████████████████  2020-05-04  20:31:16

@██████  I may have missed it, but do you have the approved blurb for the PTA? I'd like to get it on the website under our safety partners page.

████████  2020-05-04  22:31:18

Confirmed to use this:

████████  2020-05-12  19:31:16

PTA has raised ~$5900 (excluding livestream), while No Kid Hungry has broader/mass appeal and raised $60k (+ $20k from livestream). I wonder if their content needs to break tthe PTA stereotype, and be more light hearted...

████████  2020-05-12  19:31:43

Just thinking out loud... :)

████████████  2020-05-12  23:31:36

Their content is terrible. They need to be better / more relatable.

████████  2020-05-12  23:33:41

@████████████  i agree. Took a step in the right direction to be "human" with a message from their director. I get the feeling there's a lot of approvals in place to get a Tiktok/ social media post up, because their content on IG is subpar too.

████████████  2020-05-12  23:34:56

Confidential

They should be thinking about how to rebrand PTA so it's cool and not bake sale moms / stepford wives. This is great opportunity if they are willing to be brave.

👍 ▮▮▮▮▮

▮▮▮▮▮ 2020-05-12  23:35:00

I think they're beginning to see it now, though, because you can see the other NGOs are embracing authenticity and fun & getting more donations / engagement

▮▮▮▮▮▮▮▮

▮▮▮▮▮ 2020-05-13  18:54:07

@▮▮▮▮▮▮▮▮ I saw you requested access to the FOSI parental control one-pager. This link https://www.fosi.org/good-digital-parenting/tiktok-parental-controls/ -----> into an on-brand one-pager for the January event:

👍 ▮▮▮▮▮▮

▮▮▮▮▮ 2020-05-13  18:54:08

Attachment file: ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮ 2020-05-13  18:55:45

Can you also share the PTA booklet? Thank you!

👍 ▮▮▮

▮▮▮▮▮ 2020-05-13  19:14:50

TIKTOK3047MDL-039-LARK-00194788

(If needed) ConnectSafely TIkTok Quick Guide (w/PTA logo):

████████ 2020-05-13  19:14:51

Attachment file: ████████████████████████████████████████████

████████ 2020-05-13  19:14:54

Parents Guide: ██████████████████████████████████

████████████████ 2020-06-08  17:32:05

On the counter-speech thing - I brought it up b/c we recently had a moderation issue with our advertiser Ben & Jerry's re: BLM. Not having the videos pre-labelled resulted them being taken down by the moderation teams.

👍 *Eric Ebenstein,* ████████

████████ 2020-06-09  18:28:31

For the virtual convention registrations - 1. Eric 2. ████████████████████ 6. Anyone else?

████████ 2020-06-09  18:30:14

Oooh. A PTA safety summer camp

🖤 ████████████████

████████████████ 2020-06-20  01:20:05

████████ let me know if I can assist with the outstanding items for the PT A [玫瑰]

Confidential

 

 2020-06-23  18:18:05

PTA conf is July 20-21 right? The schedule isn't online yet.

 2020-06-23  18:18:35

 Correct! I added it to your calendar for those dates.

2020-06-23  18:19:23

All my days are getting blurry right now. I had a brief panic this am because I thought it was June 20-21 and I missed it [☷]

2020-06-23  18:19:40

Haha no! We still have time!

 2020-07-02  15:51:38

POST

# Title:

**Text:**

Hi! I'm planning to update the PTA handbook to include our newest safety features; I noticed that the PTA handbook isn't listed in the Parents Resource tab. Do you know if that's intentional? The URL can point to the book on PTA's website. https://www.pta.org/docs/default-source/files/programs/pta-connected/tiktok-toolkit-2019-2020/tiktok-guide-for-parents-revised.pdf



TIKTOK3047MDL-039-LARK-00194790

Other Resources

There are several resources for parents to utilize when deciding the best TikTok experience for their child.

1. Family Online Safety Institute. The Family Online Safety Institute is an international, non-profit organization which works to make the online world safer for kids and their families.

2. ConnectSafely. A non-profit organization dedicated to educating users of connected technology about safety, privacy and security. Here you'll find research-based safety tips, parents' guidebooks, advice, news and commentary on all aspects of tech use and policy.

3. TikTok's Top 10 Tips for Parents. Review key tips for parents of teens using TikTok.

4. TikTok Parental Guide. Comprehensive guide that show parents how to use key tools and features on TikTok.

For more settings that can help your teen control their TikTok experience, visit our Tools page.

---

██████████████████ 2020-07-02  16:14:14

The pta materials did not exist at the time of the website update.

---

███████ 2020-07-02  16:17:34

███████████████████████ Do you know if it's on the youth portal? I will still update the handbook regardless...was trying to gauge if it's linked anywhere on TikTok...looks like just PTA's site

---

██████████████ 2020-07-02  17:07:32

Could you just link to the entire safety center? The youth portal is it's own thing. I wrote that text at a time when most of our new features didn't exist. It seriously needs updating but it can't be updated because engineering needs to do it. There will be an overhaul probably by end of year though.

👍 ████████

---

████████ 2020-07-14  18:37:02

████████ (the lawyer who spoke at Rockville's PTA event. 1M followers) emailed me today. He was recently interviewed by Fox5... he's received a bunch of inquiries to comment about TikTok; however, so far he has turned down them down. Is this someone we would want to equip with basic talking points via email? He's pushy.

---

██████████████ 2020-07-14  18:38:55

                                                       TIKTOK3047MDL-039-LARK-00194791

He could be. It's important to have allies who can speak confidently about our Tools and controls - and who really understands how far ahead we are with protections.

 2020-07-27  18:23:19

(FYI) I'm watching the PTA 2020 virtual conference right now. They said that tons of schools have printed out the TikTok Tips for Parents guidebook and leave it in the Principal's office! Something to think about when updating it.

           Eric Ebenstein

2020-07-27  18:31:32

Is there a way we can get this digitally on the individual school's web resources? I don't think schools will be open any time soon. The schools that already had the brochures out may be open to it.



TIKTOK3047MDL-039-LARK-00194792