# AMENDED Exhibit 455

# PLAINTIFFS' OMNIBUS OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

Case No.: 4:22-md-03047-YGR
MDL No. 3047
In Re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation

Message

| | |
|---|---|
| **From:** | [redacted]@pta.org] |
| **Sent:** | 6/10/2020 5:13:51 PM |
| **To:** | Eric Ebenstein [redacted]@tiktok.com] |
| **Subject:** | RE: [External] FW: Question: Further Engagement with State PTA Chapters Regarding TikTok's Trust and Safety Features |
| **Attachments:** | image001.png |

If you feel this is a critical moment and these editorials are do-or-die, just tell me and we can pull funds from the national TikTok budget we have.

[redacted]

National PTA | Associate Director, Corporate Alliances
703-518-1228 Desk  | [redacted]
[redacted]@pta.org | www.pta.org

**From:** Eric Ebenstein <[redacted]@tiktok.com>
**Sent:** Wednesday, June 10, 2020 1:08 PM
**To:** [redacted]@pta.org>
**Subject:** Re: [External] FW: Question: Further Engagement with State PTA Chapters Regarding TikTok's Trust and Safety Features

I told him to reach out to you directly. It would be great if you could help him in those target states of key importance to us by reaching out or connecting him with the state PTA chapters there. Whether or not they go for it or not, at least it's a direct connection from a trusted source.

If nothing comes of it or they ask for money, so be it - it won't be happening, but so be it.

Eric Ebenstein
Corporate Affairs, Washington DC

202 297-5355
[redacted]@tiktok.com

On Wed, Jun 10, 2020 at 12:47 PM [redacted]@pta.org> wrote:

Just left you a VM on this. Not urgent, but if you want to chat on this, give me a buzz or email me back.

[redacted]

National PTA | Associate Director, Corporate Alliances

703-518-1228 Desk  | [redacted]

[redacted]@pta.org | www.pta.org

EXHIBIT

9  TIKTOK EBENSTEIN  03/11/25 dv

exhibitsticker.com

TIKTOK3047MDL-004-00136203

**From:** █████████████
**Sent:** Wednesday, June 10, 2020 12:44 PM
**To:** ████████████████@narrativedc.com> ████████████@pta.org>
**Subject:** RE: Question: Further Engagement with State PTA Chapters Regarding TikTok's Trust and Safety Features

Hi Andrew,

Happy to advise/support.

Quick question: are you offering any sponsorship funding to support the state PTA as part of these possible engagements? I wasn't clear on how that shook out with IL PTA; was there any support from TikTok of their general operations/mission?

With some of the states you've noted on your wish list, the conversation will be a non-starter unless there is at least some opportunity for a state level sponsorship from TikTok. On the plus side, this may allow for more than just a one-time moment of editorial support; we potentially could incorporate some supportive social media posts and other assets with their state for TikTok. As nonprofit orgs being pitched everything, every single day, it helps the state PTAs to narrow down what they can afford to work on and who they can afford to work with. With the exception of TX and WA on your list, most of these states only have one paid staff person or maybe only one part-time staff person or no staff at all. Coordination in those cases is a little trickier, but we've certainly helped our corporate friends navigate these situations before.

Let me know your thoughts. Happy to hop on a call with you tomorrow to elaborate/discuss/brainstorm.

Warmly,

██

████████████

National PTA | Associate Director, Corporate Alliances

703-518-1228 Desk  | ████████████████

████████@pta.org | www.pta.org

Confidential

**From:** ████████████@narrativedc.com>
**Sent:** Wednesday, June 10, 2020 11:21 AM
**To:** ██████████████@pta.org>; ███████████@pta.org>
**Subject:** Question: Further Engagement with State PTA Chapters Regarding TikTok's Trust and Safety Features

████████,

Thank you again for your help in promoting the IL PTA editorial last month examining the value of TikTok's family pairing feature and the app's overarching "trust and safety" priorities.

Michael Beckerman over at TikTok found that to be of enormous value and has encouraged my team to work on duplicating that effort in some additional states.

More specifically - **CT, MS, MO, NJ, TX, WA** - if at all possible.

The objective again would be to have a state chapter leader sign off on a customized op-ed or perhaps release a statement, blog post, and/or social media commentary in support of TikTok's tools and resources empowering families to navigate the app and the internet together.

I wanted to get your thoughts on whether or not you thought that might be doable and if so, how to best engage the respective chapter leaders for that purpose. Like in the case of Illinois, my team can do the heavy lifting in providing initial copy language and the chapter leader would always reserve the right to modify and edit that draft however they deem appropriate.

If an external editorial is the chosen tactic, we would also take the lead on pitching and placement - ensuring this doesn't become a burden on the state chapters.

Any thoughts or insights on this would be appreciated. If it's easier to talk this out over the phone, please let me know and I can get some time on our calendars for a discussion. Thank you in advance for your time and assistance.

Respectfully,

████████

Confidential    TIKTOK3047MDL-004-00136205



████████

**Managing Director**

Narrative Strategies

202.283.0368
████ @narrativedc.com

Confidential

# DOCUMENT METADATA

**Bates Number:** TIKTOK3047MDL-004-00136203-TIKTOK3047MDL-004-00136206

**BEGATTACH:** TIKTOK3047MDL-004-00136203

**ENDATTACH:** TIKTOK3047MDL-004-00136206

**Attachment Count:** 0

**PRODVOL:** TIKTOK3047MDL-004

**Custodian:** ERIC EBENSTEIN

**File Path:** /EMAIL ███████████████ @BYTEDANCE.COM_0.MBOX

**Confidentiality Designation:** CONFIDENTIAL

**HASHVALUE:** 1B2ED9BCCBEB5B01893FD5A8F2183C8F

**DocType:** E-MAIL

**Author:**

**Create Date:** 6/10/2020 5:13 PM

**Last Modified Date:** 6/10/2020 5:13 PM

**LAST MODIFIED BY:**

**TRACK CHANGES:**

**COMMENTS:**

**HASHIDDENDATA:**

**Filename:** RE: [EXTERNAL] FW: QUESTION: FURTHER ENGAGEMENT WITH STATE PTA CHAPTERS REGARDING TIKTOK'S TRUST AND SAFETY FEATURES

**Title:**

**DOCEXT:**

**Email From:** ███████████████ @PTA.ORG>

**Email To:** ERIC EBENSTEIN ██████████ TIKTOK.COM>

**Email CC:**

**Email BCC:**

**Received Date:** 6/10/2020 5:13 PM

**Sent Date:** 6/10/2020 5:13 PM

**TIMEZONE:**

**Subject:** RE: [EXTERNAL] FW: QUESTION: FURTHER ENGAGEMENT WITH STATE PTA CHAPTERS REGARDING TIKTOK'S TRUST AND SAFETY FEATURES

**THREADID:**

**REDACTIONS:**

**REDACTION TYPE:**

