# AMENDED Exhibit 471

# PLAINTIFFS' OMNIBUS OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

Case No.: 4:22-md-03047-YGR
MDL No. 3047
In Re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation

# US TikTok Creative Learning Fund

## Objective

The objective of this doc is to review the program strategy for the TikTok Learning Fund and align on next steps. Our goal is for TikTok to become a destination where users can learn and gain value in their daily lives. The EduTok fund initiative is one of many [ HYPERLINK ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉ efforts to bring utility to users and elevate TikTok as a force for making education more accessible and fun worldwide. The EduTok Taskforce was launched to align XFN teams around educational content and product strategy and partnership opportunities to improve utility to our users.

## Executive Summary

We are creating a new funding initiative to 1) **help users transfer their real-world skills onto TikTok** and 2) to support users by **providing funds to encourage creation of educational and useful content.** This program is in line with our [ HYPERLINK ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉ to support creators at each step of the creator life cycle from their first post to a livable income and everywhere in between.

**We are investing $22.2M (cash + ad credits) to activate 2.4K creators and partners, to create 134K original educational videos, and to drive EduTok VV on TikTok in four ways:**

1. Accelerator program that will bring more useful content to the platform at scale through Creators, Media Publishers, and Public Figures

2. Grant program aimed at helping prospective EduTok creators, many of whom have had their primary livelihoods affected by COVID-19, to build a meaningful content business on TikTok

3. An education portal to up-skill creators and partners with the knowledge of how to make quality content on TikTok, starting with EduTok content.

4. Partnership with schools and classroom educators around the country to integrate TikTok into relevant curriculum and coursework

Through these programs and investments, we will increase the percentage of content on TikTok that is educational by a minimum of 0.7% of top 10k tagged videos daily. Currently, EduTok content categories comprise (an average) 1.4% of the daily 10k tagged videos; by adding 70 new EduTok videos to the daily 10k, we'll increase the daily total from 140 to 210.

Highly Confidential (Competitor)

We will determine ROI based on the incremental increase in contribution to EduTok VV from managed partners, positive user and partner feedback, and improved TikTok brand perception.

## What are the key insights driving this funding initiative?

We define [ HYPERLINK ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ on TikTok as any video with instructive narrative that teaches our users something useful or inspires them to seek out more information. From our analysis, the categories with the highest percentage of educational content are **Science & Education, DIY & Life Hacks,** and **Motivation & Advice.**

1.      **We are lacking in the supply of educational content.** Although consuming educational content yields higher retention, we don't have enough supply. Managed Partners (Creators, Media Publishers, and Public Figures) only contributed 5.6% of diverse VV across the three "useful" categories and educational content in total made up only ~2% of hot VV. In order to grow the overall concentration of "useful" content on the platform, and to increase managed partners' percent contribution to these categories, we will accelerate content creation through strategic partner acquisition and development.

2.      **Partners need motivation to justify dedicating resources to TikTok.** Within these categories, a small number of accounts drive an outsize portion of views. We have connected with many partners eager to work with us, who need additional incentives to justify dedicating resources to creating for TikTok.

3.      **The perception is that TikTok is a platform that only serves an entertainment purpose.** A [ HYPERLINK ▮▮▮▮▮▮▮▮▮▮▮▮▮▮ conducted in Q1 2020 suggests content on TikTok scored lowest on being considered 'useful/valuable' in users' daily lives. This fund will increase the supply of useful and educational content and help improve this perception.

4.      **COVID-19 pandemic could result in an est.** [ HYPERLINK "https://www.ilo.org/global/about-the-ilo/newsroom/news/WCMS_738742/lang--en/index.htm" \h ] ([ HYPERLINK "https://www.wsj.com/articles/coronavirus-triggered-downturn-could-cost-5-million-u-s-jobs-11584783001" \h ] **US, 20M RoW) jobs lost globally.** During the COVID-19 pandemic, in-person meetups to learn, exercise, and socialize are extremely limited or no longer available. The US recently had the highest number of initial jobless claims in history reaching [ HYPERLINK "https://www.washingtonpost.com/business/2020/03/26/unemployment-claims-coronavirus-3-million/" \h ]. Our program can help provide financial relief to those who have valuable skills that can be transferred to TikTok videos and livestreams.

**Commented [1]:** One of the key insights for India is 1) children in rural areas dont have access to education 2) there are huge drop outs with children in the 13+ age category. Thats maximum impact for India CSR.

**Commented [2]:** Will we have specific "EduTok policies" on what can get promotion or $ credit? Our CGs allow exceptions for "Educational, historical, satirical, artistic, and other content that can be clearly identified as counterspeech or aims to raise awareness of the harm caused by dangerous individuals and/or organizations" - what if EduTok content is tutorial/education videos about how to properly load a gun or exercise reproductive protections? What if educators are partisan/political in their teachings?
Sean Kim ： [THUMBSUP] 2020-03-30 22:25:12

**Commented [3]:** ▮▮▮▮▮▮▮▮On the accelerator side of this initiative, the beauty in contractual posting agreements is that we can dictate up front what qualifies as counting against that agreement. We will absolutely put guardrails around what they should and should not post. These policies will also be part of the Education Portal curriculum.
▮▮▮▮▮▮ : [THUMBSUP] 2020-03-31 02:29:10

**Commented [4]:** @Sean Kim ▮▮▮▮▮▮

**Commented [5]:** Cool so I'll resolve that other comment if we're good with this reference

**Commented [6]:** Are we aiming to establish a connection between this investment / programme and the pandemic? I think it's slightly confusing to communicate that externally ▮▮▮▮▮▮ 2020-03-30 22:43:37

**Commented [7]:** ▮▮▮▮▮▮ We have separate funding/relief initiatives to address COVID pandemic, so didn't want to position this as doing the heavy lifting there. Biggest connective tissue is the Grant Program pillar. Pandemic or no, a Grant Program to identify, onboard and nurture/grow "Real Users" in education on the platform makes a ton of sense as we scale EduTok content on TT. But with the pandemic, a number of these Real Users are facing financial hardship as a result of COVID social distancing displacement. The Grant Program creates opportunity for these folks to transfer their skills/profession to TT and sets them up to build a business here that could supplement their earnings.
▮▮▮▮▮▮ [THUMBSUP] 2020-03-30 23:23:20

Highly Confidential (Competitor)

## Why is this funding initiative important? Why now?

1. **There is a demand for educational/useful content.** [ HYPERLINK _____ ] indicates that there is broad demand for educational content (e.g., science, DIY, financial advice) vs. available supply on our platform. Furthermore, although users are eager to see more of this content on TikTok, only 1.4% or 141 videos in the ecosystem reached the top 10k of videos viewed and were classified as educational within the 10K video labeling program.

2. **We want to bring educational content on the platform faster.** Activating partners at scale in a competitive 2-round program, together with financial support to cover their production costs, will bring the EduTok ecosystem to greater health, faster. We will attract press coverage from our investment and partnerships with high-profile individuals and brands, helping to shift perception of TikTok's impact and value to the public. This Fund will help TikTok acquire the insights, track record, reputation and partnerships for future growth and success.

3. **This program offers an opportunity for people out of work due to COVID-19.** On TikTok, there are grandmas, teachers, bartenders, fitness instructors, musicians, artists, comedians, and more. The community is diverse and willing to watch many different types of educational/useful content. The funding initiative can potentially provide an opportunity for users to transfer their real-world skills onto TikTok videos and Livestream.



Commented [8]: _____ can you help support with supply/demand data?
_____ : [THUMBSUP] 2020-03-26 03:59:18

Commented [9]: Related to this point, do we have demand analysis (what genres, content types, etc) are most wanted?

Commented [10]: Yes. We do. ___ runs supply demand by content category regularly. ___ Shares here please.
___ [THUMBSUP] 2020-03-31 08:47:06

Commented [11]: [ HYPERLINK _____ ]
Sean Kim : [THUMBSUP] 2020-03-31 09:10:51

Commented [12]: _____ can you add more details to the doc you link out to on how you determine supply and demand? Thanks!

Commented [13]: I thtink this angle is great. Feels like an underserved / developed use case on other platforms, so a way TT could bring something new to this
_____ [THUMBSUP] 2020-03-30 23:22:04

## What are the goals for the program?

1. **Improve value for users by establishing 'educational and useful' content as a key genre** by increasing the amount and quality of educational, informational, and inspiring content on TikTok, driving diverse, high-level views and creates. Specifically, we will increase % of educational content in the 10k labeling from 1.4% to 2.1% within the 3-4 bi-month, anticipating greater scale through the following bi-months of 2020 as we track preliminary results.

2. **Help new creators become monetizable.** For new creators, this initiative will encourage them to create useful content on TikTok, gaining followers such that they reach the ability to monetize over time. For professionals whose source of income was reduced or lost due to COVID-19 and social distancing, this program can help them translate their expertise onto our platform, continue sharing their skills, and develop a valuable audience.

TIKTOK3047MDL-056-00926530

3. **Change perception of TikTok** as contributing value to user's daily lives. Through high-profile partnerships with educational leaders - both Publishers and Public Figures - as well as demonstrated commitment to student learning outcomes through our integration with schools and educators, we will attract significant positive press and thought leader attention.

## How does it work, and how will we measure success?

**Accelerator Program:** This program both acquires new off-platform partners (creators, publishers, public figures) and motivates on-platform managed creators, publishers, and public figures to create EduTok content. We will adopt a two-phased approach: to test and learn and then invest more in a subset of top performing publisher partners and off-platform creators; and a single-phase approach to engage relevant public figures and prominent educational institutions to create EduTok across the full eight months.

* **Phased approach**

  ○ Partner Types: Off-platform top creators, managed media publishers, off-platform media publishers, managed creators, community creators

  ○ Term: May-June & July-December

    ‣ Phase 1 ($2.7M) from May-June: Engaging a broad group of off-platform creators and on- and off-platform media publishers to make EduTok videos 5 times a week

    ‣ Phase 2 ($7.4MM) from July-December: The top performing 50% of creators and publishers engaged in Phase 1 will qualify for Phase 2, representing a longer term (6 months) commitment and a bonus of ad credits against continued output of EduTok content at 5 videos per week. The Top 50% will be determined by median HLVV and HLVV percentage and/or number of videos in daily top 10K labeled pool.

* **Single-phase engagement (May-December)**

  ○ Partner Types: Public Figures, Educational Institutions

  ○ Term: May-December

  ○ Reflecting the expectations and complexity of these partner types, Public Figures and Educational Institutions that we engage at the outset of the Accelerator Program will continue under the same agreements for the duration of the Accelerator Program, producing 5 EduTok videos per week over 8 months.

**Commented [14]:** 1) Individual creators fall under both Accelerator and Grant. How would you differentiate between the two ? 2) Is the Grant only limited to crisis respond ?

**Commented [15]:** ▮▮▮▮▮▮▮ he categorization of individual Creators within the Accelerator are (1) on-platform Managed (ie, Top) Creators; (2) on-platform Community Creators (ie, any on-platform Creator with under 100K followers); (3) off-platform Top Creators (eg IG, YT, etc) that are ripe for acquisition. Creator eligibility for Grant Program are (1) must be off-platform (2) be under a certain follower threshold off-platform and (3) should have a trade, skill, or profession that falls under EduTok labeling taxonomy. This Grant is not limited to COVID affected professions, but we think there will be a large number looking to supplement income and reach an audience, which presents an opportunity on both fronts.

TIKTOK3047MDL-056-00926531

High-profile partnerships with Public Figures like Bill Nye and Neil deGrasse Tyson, recognizable media brands, and credible and established educational institutions will draw press attention, inspire future users to follow in the footsteps of these "lighthouse" EduTok accounts, and make clear TikTok's commitment to useful and nourishing content.

| Accelerator Program | Description |
|---|---|
| Investment | $5.7MM Cash + $4.05M Ad Credits |
| Time period | 8 months (May-December) broken into 2 phases: one 2-month phase at launch, and a second 6-month phase with top performing partners |
| Partners | 359 Creators, 40 Media Publishers, 8 leading educational institutions/non-profits, 4 Public Figures |
| Videos published | 54,320 videos |
| Total VV | 7.7B |
| Success metric | Grading on a curve, culling top 50% of median HLVV (WIP) |

**Grant Program (Long-tail):** This program helps onboard 2,000 long-tail creators (i.e. 500 every 2 months) in EduTok categories, and will naturally include many professionals facing financial burden due to the COVID-related economic slowdown. Funds help bring them onto the TikTok platform, support creation of content in their area of expertise (e.g. yoga, cooking, bartending, etc.) and help them grow audiences through EduTok content to the point where they can sustain meaningful income via monetization. In the US, the average [ HYPERLINK "https://www.patriotsoftware.com/blog/accounting/average-cost-living-by-state/" \h ] is $4,133/month and rent makes up 34.5% ($1,427/month). Through this grant, newly onboarded creators will receive $1,500/month for 2 months, which can help offset the average monthly cost of rent. At the end of each bi-month, these creators can graduate into the community managed pool of creators to ensure their retention and be given higher touch account management as well as ad credits to drive their growth.

| Grant Program | Description |
|---|---|
| Investment | $6MM |
| Time period | 8 months (4 phases, 2 months each) |

**Commented [16]:** Should there be logical justification on the # of creators, media publishers, institutions, and public figures? For instance, what % of posts and VV come from these core groups from key genres today? I think this data can help backup how we then distribute funds.

**Commented [17]:** Let's meet to get <at t ▮▮▮ off on the 17.95B VV goal.
▮▮▮▮: [THUMBSUP] 2020-03-26 23:01:33

**Commented [18]:** The justification for on-platform is how many of these account types we have under management on the platform. Understanding the distribution of VV will be helpful but not sure it will change a ton as there are a finite number of accounts we can go after. Similar idea for off platform acquisition. The assumptions were based on a reasonable number of accounts we can acquire and onboard, given there is no pre existing relationship.

**Commented [19]:** ▮▮▮▮▮ this usual in the US to give to creators and do the ads go just to their profile or externally? Do creators not worry this will damage organic growth / annoy users? Cc ▮▮▮▮▮

**Commented [20]:** ▮▮▮▮ Definitely not common practice. Might be the first time it's been done on the US side at all, certainly at this level of scale. This was something they did in IN when building EduTok, so we took a page out of their book when we realized we were unlikely to have the budget in cash we'd need to close the deals. Not sure what you mean by "to their profile vs externally" can you elaborate? I'm not sure the Creators have any concerns yet; our thinking was that because these are educational Creators, the ad credits would be going to support/promote almost as small or local businesses. Here in the US we have offered ad credits to businesses and institutions so the thinking is that the Creators will function in much the same way with their educational content.
▮▮▮▮: [THUMBSUP] 2020-04-28 02:51:14
▮▮▮▮ [THUMBSUP] 2020-04-28 03:12:58

**Commented [21]:** Ah okay cool, I meant do they use the ads to link to their profile or for example they did have a business website or a merch store for the bigger creators etc

**Commented [22]:** ▮▮▮▮ We're not quite there yet I'm terms of how the Creators will use the credits. Can advise once we start locking in talent and they give us a sense of how they'll be using.
▮▮▮▮ [HEART] 2020-04-28 03:17:22

**Commented [23]:** Thanks so much!

Highly Confidential (Competitor)

| Partners | 2,000 Creators (new batch of 500 creators each bi-month) |
|---|---|
| Videos published | 80,000 |
| Total VV | 6B |
| Success metric | Work in progress |

**Creator Education Portal:** To up-level/up-skill Creators and Partners with knowledge to make quality content on TikTok, we will build a creator education platform. The platform will include content creation best practices and the initial modules will be focused on how to create compelling EduTok content. The portal can live in-app and on the website. Anecdotal conversations with creators suggest that they do not know how to make TikTok-native content in their diverse categories (e.g. What does science content look like on TikTok? How can I make my motivation content work on TikTok?). By establishing an official education platform we can influence the direction of content formats to be in line with the EduTok content we are in search of. Furthermore, establishing an education platform helps us tell a great story of supporting our Creator & Partner community at large to succeed on TikTok.

> **Commented [24]:** Is this in-app or a standalone site?

**Phase I (Apr - Jun 2020): Research**

**Goal**: Conduct user research, deeper creator research and competitive analysis to understand key education needs. Add platform launch date to product roadmap.

**Phase II (Jul - Aug 2020): Launch Foundational Modules & EduTok Modules**

**Goal:** Launch v1 of platform (in-app and on website), including modules / classes that inspire the creation of EduTok content.

**Phase III (Sept - Oct 2020): Globalization of Phase 1 (Language) & Phase I Analysis**

**Goal**: Add non-English versions to the platform and launch with global teams. Analyze impact of Phase II and plan steps to improve. Education global teams on platform and how to educate creators.

**Phase IV (Nov 2020 onwards): Additional Modules (incl. Globalization)**

**Goal**: Add additional modules based on creator needs (e.g. storytelling brand building, monetization, vertical-specific content) including non-English versions.

TIKTOK3047MDL-056-00926533

| Creator Education Portal | Description |
|---|---|
| Investment | $1MM |
| Time period | Launch in 3 months (in time for Phase 2) |
| Product needs | Dedicated in-app and web-based destination to host longer form tutorial content |
| Success metric | # modules completed & videos created |

**School Curriculum:** Curriculum partnerships take a 13+ approach to education through integration with school-delivered curricula, predominantly with a TikTok target age group (17-22). We know that high schools and teachers across the US are [ HYPERLINK ███████████████████████████████████ ██████████████████████ in classroom learning and extracurriculars. We will amplify this existing user behavior, working with schools and educators to use TikTok as a resource to both introduce concepts and test learners' grasp of material in a fun and engaging way. We will build in-app features like private, secure, school-specific Discover Pages that allow educators to host content and assign and collect "homework" from students in the form of TikTok videos. TikTok-led workshops, expert academic consulting, and teacher grants will support the integration.

A two-phased approach begins with assembling advisory councils of school administrators, educators and students to assess their needs and match our product and program to their gaps. The second phase will align with back-to-school timing, in July 2020, rolling out through pilot partnerships with a selection of major school districts and a credible educational organization that can influence adoption with educators and school leaders. Success is achieved when classroom educators are using TikTok to present content to their students (through playlists of existing content, their own original video posts and livestreams), and engaging students to create TikToks that demonstrate their command of curricular subjects.

We reach scale by piloting the program with the largest and most influential school districts in the country, through a credible partner with expertise in linking schools with corporate-sponsored initiatives. As our pilot partners integrate the product features described [ HYPERLINK ███████████████████████████████████ we will support the dissemination and uptake of these tools through thought leadership/PR, highlighting the success of early adopters, and marketing the curricular tools to school leaders across the country.

Highly Confidential (Competitor)

| Curriculum Program | Description |
|---|---|
| Investment | $5MM, inclusive of expert program design, Pilot with school district(s), Educator Grants, Ongoing Educator Support and on-site workshops when possible |
| Time period | 8 months (2 months to build program, product features, and establish network with educators, 6 months to roll out multi-district pilot in Fall 2020, at start of school year) |
| Partners | Credible education org with relationships and influence with Teachers/Administrators in major School Districts |
| Product needs | Dedicated in-app area locked to school district participants to host TikTok student "homework" and classroom/teacher-specific challenges and content, incl. Livestream<br><br>Ref: [ HYPERLINK ██████████████████████ |
| Success metric | # Schools, teachers and students engaged, partner satisfaction feedback |

## What are the criteria for inclusion in the fund?

Target list of creators, media publishers and public figures: [ HYPERLINK ████████████████████████

| Partner Types | Eligibility Criteria | Example |
|---|---|---|
| Off-Platform Top Creators | 100K+ followers on YouTube or Instagram<br><br>30% US audience (per Tubular Labs)<br><br>Average video engagement is least 10% of their following<br><br>Based in the US, over the age of 18, and not be a fan account<br><br>Must have not had any prior controversy or negative press | Vsauce, SmarterEveryDay, Karina Garcia, Tim Ferriss, Yung Pueblo |

Highly Confidential (Competitor)

| | Content must fit into one of the requested EduTok verticals | |
|---|---|---|
| Managed Media Publishers | Partners in good standing, already posting EduTok target category content and can scale more, or demonstrate capacity to do so (determined by response to content brief) | Seeker, WGBH, BuzzFeed |
| Off-Platform Media Publishers | Off-platform reach of at least 1MM, educational/motivational/DIY subject matter leaders | Planet Money, Skillshare, NatGeo |
| Off-Platform Long-Tail Creators (Grant Program) | Working with our existing long-tail acquisition process, we will focus on individuals with EduTok-relevant skills like fitness instructors, chefs, museum guides, bartenders, etc | Long Tail EduTok-potential individuals currently not on platform. We expect a large number of targets will come from careers that were impacted by COVID-19 [ HYPERLINK ███████ |
| Managed Creators | Make EduTok content, are able to adjust content to EduTok 100K+ followers, average VV/post (in the last 3 weeks): > 880K VV, active posters (1 post/week) | ChemTeacherPhil, OnlyJayus |
| Community Creators | Make EduTok content, less than 100K followers, active (at least 1 post per week) | Astroathens, Thewritingdojo, Doctorrose, Greybirchdesigns, Myguytspice |
| Educational Institutions | Established brands with equity and credibility, Pedagogical skills, and Likelihood of press | Khan Academy, NATURE (PBS) |

Highly Confidential (Competitor)

| Public Figures | DBI Score of 70+ (18-34 demographic) and/or EduTok leader (Science, Education, DIY, Motivation) | Bill Nye, Neil deGrasse Tyson, Oprah Winfrey, Martha Stewart, Brene Brown |
|---|---|---|

## How will the fund be distributed?

**Assumptions**

❖     Educational non-profits like Khan Academy and off-platform media publishers will require a minimum cash investment to move them to create for TikTok

❖     Some managed creators incentivized with ad credits in Phase 1 will elect not to continue in Phase 2, out of creative preference

❖     Generally speaking, for most partner types we seek to acquire, cash will be a more effective incentive

**$18M Budget + Ad Credit**

> **Commented [25]:** So the $ is not determined by the actual performance of the videos?
>
> **Commented [26]:** @Alex Zhult absolutely will be. The top 50% of accounts/creators in each category will advance to Phase 2 and receive an additional funding round in exchange for more EduTok content. We'll determine the top 50% in two primary ways: (1) # of videos that land in the 10K labeling during the Phase 1 window (2) median HLVV during the window
>
> **Commented [27]:** @Alex ZhuWe can also explore building in a performance based model into the contracts, but that may limit the number of participants that take the deal. The Phase 1 investment is small per Creator and really is meant to cover the cost of production. Another thing to consider from a performance based compensation model standpoint is how we reconcile distribution testing. If we are boosting/heating videos within the EduTok categories, we will be manually/artificially manipulating the pay-for-performance model.
>
> **Commented [28]:**

**Cash and Ad Credit Per Partner Type, Total Individual Incentive**

**Cash and Ad Credit Breakdown Per Partner Type**

## How do we ensure creation of content is sustainable?

Our [ HYPERLINK                      ] is developing multiple revenue streams that will be launched throughout the year. As Long-Tail creators graduate through our program and new creators and publisher partners onboard and invest in their presence on TikTok, they can begin leveraging these new revenues

Highly Confidential (Competitor)

streams to monetize in addition to the fund. Details for this strategy can be found here: [ HYPERLINK ███████████████████████████████████ ]

## What are the product features we need to develop?

As we begin onboarding partners through this fund, we will conduct user research and actively meet with creators to understand needs and pain points and establish a prioritization list of educational features that will improve 1) the verification process for educators, 2) discovery and consumption of educational content, 3) helping creators create, and 4) the experience for learning curriculums. [ HYPERLINK ███████████████████████████████████████ ]

## What are the risks and challenges?

1.    **Content quality from new creators may not be up to standards.** We will continue to refine and share best practices throughout the onboarding experience. To address this, we will, 1) set standard content mandatories in the agreements with creators to set an expectation on quality, 2) audit creator & partner videos for adherence to standard content mandatories, and 3) launch the creator education portal to continually education creators on how to make quality content.

2.    **Labeling Inefficiencies.** If we engage accounts/creators to create educational content for the first time (e.g. moving them to output in a new content category like EduTok), the videos may not receive EduTok category attribution. To address this, the labeling taxonomy is being updated to include a separate binary label that tags content as "Useful" or "Not Useful."

3.    **Creators/partners who aren't eligible for the program could be upset, threaten our relationship, or present PR risk.** To mitigate this risk, we will clearly communicate inclusion criteria and the brief in the first place, and will refer back to clear criteria if asked. The EduTok Community Acquisition and Development program will complement the Development Fund.

4.    **Non-profit partners (e.g. San Diego Zoo, public media) may be unable to accept fees in support of content production.** We will investigate ways to donate, offer grants, or other work-arounds for partners motivated to work with us in this way.

5.    **School and University stakeholders and their decision-making cycle may take a long time to engage, slowing our efforts to reach scale with curriculum integration.** We will work with third-party organizations with whom we have established relationships and



Commented [29]: ███████████ Do we know when this will be done?

Commented [30]: Sorr███████ are you referring to the distribution of funds market by market? Cc███

Commented [31]: No the additional labelling for "Useful / Not Useful"

Commented [32]: ████████ Defer to ████ on timing ███████ [HEART] 2020-04-16 00:03:32

Commented [33]: ████

Commented [34]: █████████ update on this?

Commented [35]: █████████ Hey for the labeling part, we already got taxonomy for instructive content. And the labeling will start no later than May 13th and hopefully to be earlier

Commented [36]: █████████ okay thanks - will it be CQC labelling these? What are the guidelines to define what is Useful vs Not Useful and will this be used in every category?

Commented [37]: We will have TnS team Eco labelling team help with tagging. Here is the guideline for US labeling which you can refer to.[ HYPERLINK ████████████████████████████ ]

Commented [38]: █████████ thanks! Will same apply for UK?

Commented [39]: For the planning, you could align with Sean who is the owner of the program

are already active within schools to engage relevant stakeholders, such as EVERFI and GenYouth, and others.

6.     **Creators that graduate from program and no longer receive funds could stop creating content.** In order to mitigate this risk, we have developed a [ HYPERLINK ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬ to facilitate XFN communication and accountability in the space. Collectively, product teams within the Task Force will work to build new revenue streams on TikTok.[ HYPERLINK ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬

7.     **Commercializing UGC content can cause licensing issues.** When users have the ability to earn money from their content, this can cause the content to become classified as commercial. Some of our licenses (ex. music) do not allow content to be used for this purpose. Additionally, revenue may increase scrutiny of content on the platform by copyright holders.

## What are next steps?

1.     Align on the funds, eligibility, and distribution strategy among creators, publishers, and public figures

2.     Reach out to schools and secure partner organization to design curriculum program

3.     Develop the phased approach for additional educational product features required

## What is the timeline?

| Date | Milestone |
| --- | --- |
| April 14 | Achieve internal alignment globally |
| April 17 | Connect on calls with target partners and send out partner brief |
| April 28 | Select 40 publishers, 8 educational institutions, 725 creators and 4 Public Figures for Round 1 |
| April 30 | Draft program announcement press release |
| May 4-June 30 | Partner content live (8 weeks) and check-ins to share feedback |

Highly Confidential (Competitor)

July 1-July 6     Assess Round 1 performance, learnings and select partners for Round 2 investments

July 7-Dec 31     Round 2 partner content live (24 weeks) and biweekly check-ins

Jan 4-6          Write-Up overall program success, learnings, and go-forward plans

## Stakeholders

| Focus Areas | Team |
|---|---|
| Content Partnerships | ██████████████████████ |
| Content Programming | ████████ |
| Product | @Sean Kim ████████ @Michael Buzinover |
| Marketing | ████ |
| PR | ██████ |
| Legal | █████ |

## Appendix

### Discussion Points:

1. what countries does this apply to
   a. Start with priority countries? US, EU (UK & DE), JP and IN
2. of our 4 programs proposed, which one should also roll out in other countries? what can we do to meet product and other resourcing needs?
   a. Accelerator:
   b. Resources portal: where should we build the portal in-app and on our website
   c. Grant program: would it be open to everyone to apply? Will the team itself to do screening?
   d. School Curriculum: Phase two

**Commented [40]:** We've taken inspiration from the fantastic work that you've put in and tried to localise the experience for a possible Edutok 2.0 . The plan is to build capacity for teachers and also empower the students who will be returning to schools once we over come the crisis. Along with an ecosystem bottom up approach <at type="@Vanessa Pappasr starter doc. <at type="1" hr[ HYPERLINK

████████████ : [THUMBSUP] 2020-03-30 23:43:44

**Commented [41]:** Will add the doc here. A developing Country emerging economy perspective. COVID 19 was a huge disruption and an immediate trigger. There are two aspects to consider. Demand and Supply side of the equation. 1. How much of education/ learning content 2. Differentiation between life-skills and education 3. Capacity building for teachers 4. Master classes / long form 5. Tools for teachers 6. TikTok Labs Each region will have a different problem we're solving for. And who will consume
V Pappas : [OK] 2020-03-30 22:48:42

████████ : [THUMBSUP] 2020-03-30 23:43:47

Highly Confidential (Competitor)

3.  naming of this global initiative

a.  Option: EduFund; TikTok Educator Fund; TikTok Learning Fund?

4.  top line metrics/goal alignment to ensure synergy and high level consistency

a.  Primary metrics globally: BHT, education category growth

b.  Secondary metrics decide on a local basis

5.  Next steps:

a.  total global budget 50M

b.  each country POCs and regular communication cross countries (such as in the existing tt4g global biweekly meeting)

Decision on announcing Fund: Confirmed OPTION 3

1.  Decision on the Fund @Sean Kim ███████████

a.  Option 1: Not announcing this as CSR but just EduFund

i.  Pros

1.  keeps program as is, don't try and force CSR element into initiative

ii.  Cons

1.  reduces overall CSR amount from over 500MM to over 400MM

2.  Educators/Students are left out as a community for our CSR efforts

a.  Option 2: divide CSR and content acquisition initiative; only announce CSR fund

i.  Pros

1.  Makes CSR EDU component more clear

ii.  Cons

1.  Has potentially more heavy lifting to execute and determine e.g. "hardship" creator

2.  Potentially limits the overall higher quality edu content investment piece

3.  No acquisition announcement de-legitimizes edu content efforts; lose opportunity to capitalize on PR worthy Onboarding partnerships

a.  Option 3: Keep status quo - ie, combine CSR announce w/ Content Development Fund announcement; consider educational content acquisition in broader CSR fund.

**Commented [42]:** I am also hesitating. The good thing about Edutok fund is that it helps us to really build a sub-brand. The benefit of Educator fund is that it's more tied with the CoVID-CSR cause.

**Commented [43]:** Edutok is widely popular in India.... Announcing a fund in education with another name will be confusing

**Commented [44]:** ███████████ ets create a list of naming options to vote on
███████████: [THUMBSUP] 2020-03-31 03:47:36

**Commented [45]:** Some thoughts to have a more immediate coronavirus tie: 1) Creative Learning Fund, 2) Distance Learning Fund, 3) Learning & Education Fund, 4) Schools & Educators Fund ...
Sean Kim：[THUMBSUP] 2020-03-31 08:20:39
Alex Zhu：[JIAYI] 2020-03-31 09:53:04

**Commented [46]:** I think we can discuss the $ and allocation a bit later, after we have agreed on the mechanism.
███████████: [THUMBSUP] 2020-03-30 22:41:47
Sean Kim：[THUMBSUP] 2020-03-30 22:51:00
███████████: [THUMBSUP] 2020-03-30 23:16:01

**Commented [47]:** Alex – as long as education fund is not standalone announcement and still have good social impact, it's ok to keep content acquisition into csr bucket.

**Commented [48]:** Alex – if those top accounts can make a difference in education category, ok to announcement in the csr bucket. So option 3 is fine, but need offline discussion and confirmation

**Commented [49]:** How would we position TT Curriculum Integration initiative?

**Commented [50]:** Note: a large number would get captured in Long Tail acquisition efforts

**Commented [51]:** Couldn't the mere fact that we're building out educational content on the platform in this scaled way - with a wide variety of partners and in the spirit of providing learning for our users, distanced or otherwise - qualify as a positive CSR story? There are self-serving aspects of it to be sure, but couldn't we make a strong case that spending $xxMM in educational content is also for the social good? Or is that a stretch? Cc: <at type="0" hr@Alex Zhuhr@Vanessa Pappashr███████████ @Michael Beckerman ███████████

Highly Confidential (Competitor)

i.   Pros

    1.    Shows our commitment to Education

    2.    Shows our commitment to Educators/Students

    3.    Total global CSR efforts gets us above $500MM

    4.    Allows for most impactful PR opportunity to capitalize on lighthouse edu partnerships (Public Figures, Media Publishers, Creators, Edu Institutions/NPO's)

ii.   Cons

    1.    Potentially less tangible CSR message

Highly Confidential (Competitor)

TIKTOK3047MDL-056-00926542