# AMENDED Exhibit 476

# PLAINTIFFS' OMNIBUS OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

Case No.: 4:22-md-03047-YGR
MDL No. 3047
In Re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation

# Parent/Family Ambassador Program (2021-2022)

## Overview

TikTok is developing a parent and family education campaign focused on promoting the many tools and resources available to parents, families, caregivers, and teens to manage their family's online experience.

## Goals

❧ Build trust and establish TikTok as a safe and welcoming place for parents, families, and teens to create, share, and watch videos

❧ Demonstrate TikTok is a responsible and maturing platform that prioritizes youth safety on and off the platform

❧ Help parents and families feel comfortable knowing their teens are on TikTok - and want to join, too

## Ambassadors program

TikTok's family ambassador program is part of a larger effort to educate and empower parents, caregivers, grandparents, and families to be engaged in their teen's and family's life online. The ambassador program will feature 10 family-focused creators who will publish one TikTok video per month that highlights one of our policies, features, or resources, such as Family Pairing or the Guardian Guide.

We will hold monthly check-ins with ambassadors and various TikTok team members from Trust and Safety and PR as well as TikTok safety partners such as the Family Online Safety Institute and ConnectSafely to focus group parents and gain insights and feedback into our policies and features. In some instances, we will work with ambassadors to support relevant hashtag challenges, press engagement, and events. All the ambassadors will be compensated for their time and participation in the program.

**Creators**

████████████████

**Commented [1]:** Can you add where they&#x27;re from (state)

████████████: [THUMBSUP] 2021-03-31 21:52:39

点击图片可查看完整电子表格

## Ambassador commitments & required deliverables

Highly Confidential (Competitor)

| Committments | Required Deliverable | Compensation | Other collaboration opportunities |
|---|---|---|---|
| ❀ 6 month contract<br><br>❀ Attend kick-off meeting for an introduction into the program, and receive media training<br><br>❀ Attend monthly check ins where themes will be revealed | ❀ Create 15s video 1x month & usage of content permission | ❀ $1,000/video<br><br>❀ $500/meeting | ❀ Policy and product feedback<br><br>❀ Message testing |

## As needed deliverables for ambassadors

| As Needed Deliverables | Compensation |
|---|---|
| **Hashtag challenge support (general)** - Create 15s video | Unpaid/in-app elevation opportunities |
| **Hashtag challenge support (larger marketing play)** - Create 15s video | Monetary payment per video ([ HYPERLINK ███████████ |
| **Press engagement (local/regional)** - Creator quote, interview, photoshoot with media outlet, roundtable, blog post, op-ed | Newsletter spotlight and/or monetary payment |
| **Event appearance** - Speaking engagement on panel, third-party partner webinar, TikTok-hosted event | Newsletter spotlight and/or monetary payment |
| **Policymaker engagement** - Letters to reps, day on the Hill | N/A |

## Comp breakdown

**Commented [2]:** ███████ dropped in a few comp options to determine a total budget for the program. It could range from $30K-90K depending on the length of the program and if we comp for the monthly check ins.  My recommendation is the 2nd option at $45K.  I&#x27;m totally open to a 3 month pilot program to see how the program works before expanding. However, I do think we should pay the creators for the monthly check-ins. For the diversity collective, creators are paid $2500 per meeting. I think $500 for their time each month would suffice.

Highly Confidential (Competitor)



点击图片可查看完整电子表格

## Calendar of events / programming

> **Commented [3]:** Might be worth exploring how we can integrate the concept of Community Kindness which ladders up to the wider safety narrative as part of programming efforts - perhaps through the resource speakers or partnerships?
> [FINGERHEART] 2021-03-27 04:06:26

| Month | Topics of discussion | Speakers | Safety Partner |
|---|---|---|---|
| June | Overview of the program<br>TikTok's approach to youth safety<br>Best practices for creators<br>Message training | T&S - ███████<br>Content partnership - ███████<br>Comms - ██████ ████ | N/A |
| July | Family Pairing / Digital Wellness / TikTok for Younger Users | TBD - Eric H? | ConnectSafely |
| August | #LearnOnTikTok<br>#TeachersOnTikTok | TBD - Tools? | National PTA |
| July | Anti-bullying efforts<br>Body positivity and inclusion | TBD | FOSI |
| August | Privacy and security<br>Protecting against exploitative content | TBD | NCMEC |
| September | Suicide prevention<br>Managing teen fame/going viral | TBD | Cyberbullying Research Center |
| October | Digital literacy<br>Developing good | TBD | Tobacco Free Kids |

Highly Confidential (Competitor)

digital habits

**Ambassadors engagement**

Ambassadors will be leveraged as spokespeople in a range of ways, including media engagement, event participation, and policymaker engagement. Some ambassadors will also be leveraged for other collaboration opportunities, including providing input on products, policies, and messaging, through focus groups and surveys. The below provides an overview of the various ways in which we may leverage an ambassador as a spokesperson.

## Media Engagement

* **Proactive media outreach:** Leverage ambassadors for proactive media outreach to regional and national press, including print, radio, podcasts, and TV.

  ○ Identify and engage regional outlets that cover parenting and families (ex. Texas Family Magazine)

  ○ Identify and engage reporters at regional daily papers who cover parenting, culture, communities, tech, etc. (ex. [ HYPERLINK "https://www.chicagotribune.com/chi-alison-bowen-staff-staff.html" \h ], [ HYPERLINK "https://tucson.com/users/profile/patty%20machelor/" \h ])

  ○ Identify and engage national parenting and family-focused outlets (Good Housekeeping, Readers Digest, EdScoop, Military Families, Adoptive Families Magazine, Family Circle, [ HYPERLINK "https://redtri.com/" \h ])

  ○ Identify and engage reporters at top-tier outlets that cover parenting, families, social media, culture (ex. [ HYPERLINK "https://twitter.com/bydaviddodge?lang=en" \h ], [ HYPERLINK "https://www.huffpost.com/author/kate-auletta" \h ], [ HYPERLINK "https://www.washingtonpost.com/people/amy-joyce/" \h ])

* **Media newsletter:** Develop and send a monthly newsletter to parenting and family-focused media that highlights TikTok's parenting and youth safety policies and features, and also includes ambassador spotlights.

* **Reporter briefings:** Invite reporters to virtual or in-person briefings anytime there is a new/significant parenting or family-focused feature or policy update. Invite a member of TikTok's public policy team and ambassadors to attend to discuss on the record the impact.

* **Op-eds:** Work with ambassadors to draft and publish op-eds in hometown papers talking about their experience on TikTok and the value it brings to their families.

* **Blogs:** Work with ambassadors to draft and publish blog posts for TikTok's blog page.

## Event participation

**Commented [4]:** Would a bi-weekly newsletter offer enough content to be considered newsworthy? Might be worth thinking about whether a monthly cadence would be more feasible also taking into account risking media fatigue.
: [THUMBSUP] 2021-03-27 04:06:56

**Commented [5]:** Oh yes - this should be monthly (it&#x27;s the Families on TikTok newsletter we just launched)
: [THUMBSUP] 2021-03-30 00:48:39

**Commented [6]:** It would be amazing to explore onboarding parenting media as ambassadors as well when we look to expand the programme beyond managed creators. What do you think?

**Commented [7]:** That&#x27;s interesting - I haven&#x27;t really thought about working with media as ambassadors but definitely open to the idea. Happy to chat more about it
[THUMBSUP] 2021-03-30 00:48:43

TIKTOK3047MDL-004-00288579

❋ **Panels/conferences:** Identify and secure speaking opportunities for ambassadors and TikTok spokespeople at family and parenting focused conferences, or industry conferences where parenting and family related panels are taking place. Sample events include:

    ◌ [ HYPERLINK "https://www.careofsem.com/parenting-services/parent-conference/" \h ]

    ◌ [ HYPERLINK "https://www.nhsa.org/event/2021-national-head-start-conference/" \h ]

    ◌ [ HYPERLINK "https://www.naeyc.org/events/annual" \h ]

    ◌ [ HYPERLINK "https://namleconference.net/" \h ][ HYPERLINK "https://namleconference.net/" \h ][ HYPERLINK "https://namleconference.net/" \h ]

❋ **Partner webinars and trainings:** Work with safety partners to host regular webinars and trainings to highlight TikTok's safety policies and features, and discuss relevant youth safety issues.

❋ **TikTok-hosted event:** Host a half-day - or shorter - youth safety focused event (in-person or virtual) with panels featuring parent, family, and teen ambassadors, moderated by TikTok TSN or PP spokespeople. Invite safety partners, press, and other KOLs.

## Policymaker engagement

❋ **Letters to state capitols (depending on lobbyist registration requirements):** Activate local parents to write letters to the representatives as legislation is considered.

❋ **Ambassadors on the Hill (federal and state):** Activate parents to attend federal and state Hill-focused events and legislator briefings.

## Other ambassador collaboration

❋ **Policy and product feedback:** Focus group and survey ambassador who can provide input on family and youth safety related products and policies.

❋ **Message testing:** Test messaging with ambassadors who can provide input on language.

## Launch and promotion of ambassador program

❋ **For Launch**

    ◌ Host half day virtual or in-person activation event for ambassadors (meet with TikTok teams like PR and creator teams, learn creator best practices, Q&A with ███████ ███████

    ◌ Coordinate with ambassadors (in advance of activation) to announce their involvement in the program on their pages

        · Ship gift box to all ambassadors with swag and guidebooks

> **Commented [8]:** Another branding element worth adding to the list of design resources - a &#x27;badge&#x27; they can post on their social channels showcasing they are part of the programme (e.g. I&#x27;m a TikTok for Parents Ambassador or whatever we plan to call the programme eventually)

Highly Confidential (Competitor)

- **Marketing asks:**

  - Publish program details on new webpage (Parent Portal?) or under TikTok's Safety Center (include link to application)

  - Publish newsroom post; promote across all social channels

  - Create sponsored hashtag (#TikTokTogether, #TikTokFamily) - TikTokPartner - Banner

- **Longer term:**

  - Secure ad buys in relevant outlets, newsletters, podcasts, and locations (NYT's Parenting, Today's Parent newsletter, Axios Login, Raising Boys & Girls podcast)

  - Create new webpage called a Family Portal that houses background on the program, ambassador spotlights, the application to sign up, and videos created as part of the program.
    - Or can we add a section to the Guardian Guide?

  - Offer embargo/exclusive story to top tier outlet; provide access to ambassadors for interviews

  - Conduct wide-spread media outreach to parenting and youth-safety focused media (print, TV, radio, podcasts)

**Commented [9]:** Once we start expanding this programme beyond managed creators, might also be good to think about how we can promote this programme among our own Parenting ERGs internally - I heard there are plans to create a Parents@TikTok channel

**Commented [10]:** Love that - is it worth running the ambassador program by the group to get their thoughts before we pilot?

**Commented [11]:** ▮▮▮▮▮▮▮▮ hat would be a great idea, not sure who is leading that ERG though but might be worth checking in with OCEB on how we can leverage that network.

## Media partners

We will work with existing parenting-focused media publishers, such as Some Spider Studios who works with parenting outlets like ScaryMommy and Fatherly, to promote our ambassador program and the content the ambassadors create. This could include in-app content, such as their own videos or live programming, as well as off-TikTok amplification opportunities like press coverage.

## Global considerations

- MENA ▮▮▮▮▮▮ - Currently onboarding youth-safety focused NGOs, sentiment exists that there are too many teens on the platform, so ambassadors should focus on mom/families and promote privacy messaging

  - Messaging focused on digital literacy for parents - so they can help kids and create a safe environment

  - Incentives didn't exist which posed challenges.

  - Bi-monthly themes vs. Monthly

  - 35 creators total - divided into 3 markets with their own ops teams

  - Monthly session to do ops, brief on topics, KOLs and creators were broken

Highly Confidential (Competitor)

- Also had Whatsapp group - would ask questions, show videos for approval, etc.
- Canada ███ - Need help finding diverse parent/family creators
- Southeast Asian ██████- Launched  "Think Before You Do" campaign last year - and working on phase 2 this year
  - [ HYPERLINK ████████████████████████████████
- LATAM ██████ - Identify celebrities and other influencers who may not be on platform, but align with our goals

Highly Confidential (Competitor)                                                          TIKTOK3047MDL-004-00288582