

An official website of the United States government Here's how you know ∨

Español    **Report Fraud**    **Get Consumer Alerts**    **Search the Legal Library**

# FEDERAL TRADE COMMISSION
## PROTECTING AMERICA'S CONSUMERS

Enforcement ∨    Policy ∨    Advice and Guidance ∨    News and Events ∨    About the FTC ∨    🔍

Home  /  Legal Library  /  Browse  /  Rules

# Children's Online Privacy Protection Rule ("COPPA")

**Tags:** Consumer Protection  |  Privacy and Security  |  Children's Privacy

16 CFR Part 312

Children's Online Privacy Protection Act of 1998, 15 U.S.C. 6501–6505
Children's Privacy


**FEDERAL TRADE COMMISSION**
PROTECTING AMERICA'S CONSUMERS

# Children's Online Privacy Protection Rule ("COPPA")

**Tags:**  Consumer Protection  |  Privacy and Security  |  Children's Privacy

16 CFR Part 312

Children's Online Privacy Protection Act of 1998, 15 U.S.C. 6501–6505
Children's Privacy

Rule Summary:

COPPA imposes certain requirements on operators of websites or online services directed to children under 13 years of age, and on operators of other websites or online services that have actual knowledge that they are collecting personal information online from a child under 13 years of age.

Text of Rule

Children's Online Privacy Protection Rule: Final Rule Amendments (587.08 KB)

**Federal Register Notices**

**Press Releases**

**Public Events**

**Related Documents**