

**WHOIS History of Instagram.com**

WHOIS Lookup     WHOIS Database     Reverse WHOIS     WHOIS History     API Usage Guide

### #2 - QUERY TIME

26 Mar 2015 - 12:00 AM UTC

Registered: 4 June 2004
Modified: 21 December 2012
Expiry: 4 June 2021

### REGISTRAR

IANA: 292
Name: MARKMONITOR INC.

### NAME SERVERS

ns-1144.awsdns-15.org
ns-1683.awsdns-18.co.uk
ns-430.awsdns-53.com
ns-852.awsdns-42.net

### DOMAIN STATUS

clientDeleteProhibited
clientTransferProhibited
clientUpdateProhibited
serverDeleteProhibited

### REGISTRANT

Name: Domain Administrator
Company: Instagram LLC.
Address: 1601 Willow Road,
City: Menlo Park
State: CA
ZIP: 94025
Country: US
Email: d****n@**.com (Login to View)
Phone: 16505434800
Fax: 16505434800



# Instagram.com

Live   Current   Similar   Fuzzy   History [33]

| instagram.com | WHOIS History |

**WHOIS History (33)**   JSON Format   XML Format

> We found a total of **33 historical WHOIS records** (*in 0.056 seconds*) for "instagram.com" in our Historical WHOIS Database.

**#1 - QUERY TIME**

18 Nov 2012 - 8:00 AM UTC

Registered: 4 June 2004
Modified: 16 April 2012
Expiry: 4 June 2019

**REGISTRAR**

Name: 101DOMAIN, INC.

**NAME SERVERS**

ns-1144.awsdns-15.org
ns-1683.awsdns-18.co.uk
ns-430.awsdns-53.com
ns-852.awsdns-42.net

**DOMAIN STATUS**





## WHOIS History of Instagram.com

Company: Burbn Inc Burbn Inc
Address: Suite 210
Email: c*****t@b***n.com (Login to View)
Phone: 16505214218
Fax: 1

### #2 - QUERY TIME

26 Mar 2015 - 12:00 AM UTC

Registered: 4 June 2004
Modified: 21 December 2012
Expiry: 4 June 2021

### REGISTRAR

IANA: 292
Name: MARKMONITOR INC.

### NAME SERVERS

ns-1144.awsdns-15.org
ns-1683.awsdns-18.co.uk
ns-430.awsdns-53.com
ns-852.awsdns-42.net

### DOMAIN STATUS

clientDeleteProhibited
clientTransferProhibited
clientUpdateProhibited
serverDeleteProhibited

### REGISTRANT

Name: Domain Administrator
Company: Instagram LLC.



## WHOIS History of Instagram.com

Country: US
Email: d****n@**.com (Login to View)
Phone: 16505434800
Fax: 16505434800

### #3 - QUERY TIME

22 Jun 2015 - 3:08 AM UTC

Registered: 4 June 2004
Modified: 21 December 2012
Expiry: 4 June 2021

### REGISTRAR

IANA: 292
Name: MARKMONITOR INC.

### NAME SERVERS

ns-1144.awsdns-15.org
ns-1683.awsdns-18.co.uk
ns-430.awsdns-53.com
ns-852.awsdns-42.net

### DOMAIN STATUS

clientDeleteProhibited
clientTransferProhibited
clientUpdateProhibited

### REGISTRANT

Name: Domain Administrator
Company: Instagram LLC.
Address: 1601 Willow Road,
City: Menlo Park
State: CA



## WHOIS History of Instagram.com

Fax: 16505434800

### #4 - QUERY TIME

19 Mar 2016 - 7:22 AM UTC

Registered: 4 June 2004
Modified: 29 February 2016
Expiry: 4 June 2021

### REGISTRAR

IANA: 292
Name: MARKMONITOR INC.

### NAME SERVERS

ns-1349.awsdns-40.org
ns-2016.awsdns-60.co.uk
ns-384.awsdns-48.com
ns-868.awsdns-44.net

### DOMAIN STATUS

clientDeleteProhibited
clientTransferProhibited
clientUpdateProhibited
serverDeleteProhibited

### REGISTRANT

Name: Domain Administrator
Company: Instagram LLC.
Address: 1601 Willow Road,
City: Menlo Park
State: CA
ZIP: 94025
Country: US



**WHOIS History of Instagram.com**

**#5 - QUERY TIME**

28 Apr 2016 - 9:10 PM UTC

Registered: 4 June 2004
Modified: 18 April 2016
Expiry: 4 June 2022

**REGISTRAR**

IANA: 2475
Name: REGISTRARSEC LLC

**NAME SERVERS**

ns-1349.awsdns-40.org
ns-2016.awsdns-60.co.uk
ns-384.awsdns-48.com
ns-868.awsdns-44.net

**DOMAIN STATUS**

clientDeleteProhibited
clientRenewProhibited
clientTransferProhibited
clientUpdateProhibited

**REGISTRANT**

Name: Domain Admin
Company: Instagram LLC
Address: 1601 Willow Rd
City: Menlo Park
State: CA
ZIP: 94025
Country: US
Email: d****n@**.com (Login to View)
Phone: 16505434800



## WHOIS History of Instagram.com

Registered: 18 April 2016
Expiry: 4 June 2022

### REGISTRAR

IANA: 2475
Name: RegistrarSEC, LLC
Website: http://www.registrarsec.com

### DOMAIN STATUS

clientDeleteProhibited
clientRenewProhibited
clientTransferProhibited
clientUpdateProhibited

### REGISTRANT

Name: Domain Admin
Company: Instagram LLC
Address: 1601 Willow Rd
City: Menlo Park
State: CA
ZIP: 94025
Country: US
Email: d****n@**.com (Login to View)
Phone: +1.6505434800

### #7 - QUERY TIME

2 Sep 2016 - 8:48 PM UTC

Registered: 4 June 2004
Modified: 18 April 2016
Expiry: 4 June 2022



## WHOIS History of Instagram.com

**NAME SERVERS**

ns-1349.awsdns-40.org
ns-2016.awsdns-60.co.uk
ns-384.awsdns-48.com
ns-868.awsdns-44.net

**DOMAIN STATUS**

clientDeleteProhibited
clientTransferProhibited
clientUpdateProhibited
serverDeleteProhibited
serverTransferProhibited
serverUpdateProhibited

**REGISTRANT**

Name: Domain Admin
Company: Instagram, LLC
Address: 1601 Willow Rd
City: Menlo Park
State: CA
ZIP: 94025
Country: US
Email: d****n@**.com (Login to View)
Phone: +1.6503087004

**#8 - QUERY TIME**

16 Dec 2016 - 8:11 AM UTC

Registered: 4 June 2004
Modified: 18 April 2016
Expiry: 4 June 2022



## WHOIS History of Instagram.com

**NAME SERVERS**

ns-1349.awsdns-40.org
ns-2016.awsdns-60.co.uk
ns-384.awsdns-48.com
ns-868.awsdns-44.net

**DOMAIN STATUS**

clientDeleteProhibited
clientTransferProhibited
clientUpdateProhibited
serverDeleteProhibited
serverTransferProhibited
serverUpdateProhibited

**REGISTRANT**

Name: Domain Admin
Company: Instagram, LLC
Address: 1601 Willow Rd
City: Menlo Park
State: CA
ZIP: 94025
Country: US
Email: d****n@**.com (Login to View)
Phone: 16503087004

**#9 - QUERY TIME**

11 Jul 2017 - 5:36 AM UTC

Registered: 4 June 2004
Expiry: 4 June 2022

**REGISTRAR**



## WHOIS History of Instagram.com

### DOMAIN STATUS

clientDeleteProhibited
clientTransferProhibited
clientUpdateProhibited
serverDeleteProhibited
serverTransferProhibited
serverUpdateProhibited

### REGISTRANT

Name: Domain Admin
Company: Instagram, LLC
Address: 1601 Willow Rd
City: Menlo Park
State: CA
ZIP: 94025
Country: US
Email: d****n@**.com (Login to View)
Phone: +1.6503087004

### #10 - QUERY TIME

1 Aug 2017 - 5:56 PM UTC

Registered: 4 June 2004
Modified: 18 April 2016
Expiry: 4 June 2022

### REGISTRAR

IANA: 2475
Name: RegistrarSEC, LLC
Website: http://www.registrarsec.com

### NAME SERVERS



## WHOIS History of Instagram.com

**DOMAIN STATUS**

clientDeleteProhibited
clientTransferProhibited
clientUpdateProhibited
serverDeleteProhibited
serverTransferProhibited
serverUpdateProhibited

**REGISTRANT**

Name: Domain Admin
Company: Instagram, LLC
Address: 1601 Willow Rd
City: Menlo Park
State: CA
ZIP: 94025
Country: US
Email: d****n@**.com (Login to View)
Phone: +1.6503087004

### Restricted Content: For Members Only

In this page, we have listed only the top **10** out of total **33** available results. To access the remaining results, please login to your BigDomainData account. If you don't have an account, you can sign up for free; no credit card required.

*\* Changes to the WHOIS data as compared with the previous record are underlined.*

You can fetch the above results in JSON or XML format through our API:



WHOIS History of Instagram.com

For more details, kindly see our WHOIS History API usage guide.

## API Pricing and Packages

Can be used for Current WHOIS API, Bulk WHOIS API, WHOIS History API, Reverse WHOIS API and Fuzzy Domains API.

| PACKAGE | PRICE | ORDER |
| --- | --- | --- |
| 5,000 API Credits | $25 | BUY NOW |
| 25,000 API Credits | $100 | BUY NOW |
| 250,000 API Credits | $750 | BUY NOW |
| 1 Million API Credits | $2,000 | BUY NOW |
| 10 Million API Credits | $10,000 | BUY NOW |

*API Credits you purchase have lifetime validity, and you may use it whenever you wish. We accept Visa, Mastercard, American Express, Discover, Diners Club, JCB and China UnionPay. Popular payment wallets like Apple Pay, Google Pay, Alipay, WeChat Pay & Cash App Pay are accepted. You can also pay in installments through Buy Now, Pay Later (Affirm, Afterpay, Clearpay, Klarna) services. For orders worth $1000 and higher, you can also pay through Bank Wire Transfer (ACH, Fedwire and SWIFT). We also accept crypto payments through Bitcoin, Ethereum, Tether, Binance, Ripple and 100+ Cryptocurrencies.*

**BigDomainData**
THE LARGEST WHOIS DATABASE

🔍  ☰

## WHOIS History of Instagram.com  ☰

| instagram.com | History |
| --- | --- |

**Powered by Historical WHOIS Database**

Our Historical WHOIS Database contains over **2.76 Billion** WHOIS records of about **672 Million** domain names. This powers our WHOIS History API, which lets you quickly see the complete WHOIS history of any domain name that was ever registered.