JONATHAN H. BLAVIN (State Bar No. 230269)
Jonathan.Blavin@mto.com
MUNGER, TOLLES & OLSON LLP
560 Mission Street, 27th Floor
San Francisco, CA 94105-2907
Telephone: (415) 512-4000
Facsimile: (415) 512-4077

E. MARTIN ESTRADA (State Bar No. 223802)
Martin.Estrada@mto.com
L. ASHLEY AULL (State Bar No. 257020)
Ashley.Aull@mto.com
VICTORIA A. DEGTYAREVA (State Bar No. 284199)
Victoria.Degtyareva@mto.com
MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue, 50th Floor
Los Angeles, CA 90071-3426
Telephone: (213) 683-9100
Facsimile: (213) 687-3702

*Attorneys for Defendant Snap Inc.*

*[Additional counsel listed on
signature pages]*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates To:<br><br><br>*Breathitt County Board of Education v. Meta Platforms, Inc., et al.*<br><br>Case No.: 4:23-cv-01804 | MDL No. 3047<br><br>Case No. 4:22-md-03047-YGR-PHK<br><br>**DEFENDANTS' PROPOSED STATEMENT OF THE CASE**<br><br>Judge: Hon. Yvonne Gonzalez Rogers<br>Magistrate Judge: Hon. Peter H. Kang |

Case No. 4:22-md-03047-YGR-PHK

DEFENDANTS' PROPOSED STATEMENT OF THE CASE

Consistent with the Joint Stipulation and Order Regarding Pretrial Schedule (Breathitt), Dkt. No. 2811, Defendants hereby submit a Proposed Statement of the Case for the Court's consideration:

* * *

The Plaintiff in this case is Breathitt County School District, also referred to as "Plaintiff" or "Breathitt." The Defendants in this case are four separate groups of companies:

1.   Meta Platforms, Inc. f/k/a Facebook, Inc., and Instagram, LLC, referred to collectively as "Meta";

2.   Snap Inc., referred to as "Snap";

3.   TikTok Inc., ByteDance Inc., ByteDance Ltd., TikTok Ltd., and TikTok, LLC, referred to collectively as "TikTok"; and

4.   YouTube, LLC and Google LLC, referred to collectively as "YouTube."

Collectively, these companies are referred to as "Defendants."

Breathitt claims that Defendants developed and operated their online platforms—specifically Instagram, Facebook, TikTok, Snapchat, and YouTube—in a manner that caused mental health harms to Breathitt students and led to additional expenses for the school district.

Breathitt brings two legal claims against each Defendant: negligence and public nuisance. Breathitt has the burden of proving these claims.

The Defendants deny Breathitt's claims. Defendants also assert three affirmative defenses: (1) statute of limitations, (2) comparative fault, and (3) failure to mitigate. Defendants have the burden of proving these affirmative defenses. Breathitt denies Defendants' affirmative defenses.

DATED:  March 30, 2026

Respectfully submitted,

MUNGER, TOLLES & OLSON LLP

By:  _/s/ Jonathan H. Blavin_

JONATHAN H. BLAVIN (SBN 230269)
Jonathan.Blavin@mto.com
MUNGER, TOLLES & OLSON LLP
560 Mission Street, 27th Floor
San Francisco, CA 94105
Tel: (415) 512-4000

E. MARTIN ESTRADA (SBN 223802)
Martin.Estrada@mto.com
L. ASHLEY AULL (SBN 257020)
Ashley.Aull@mto.com
VICTORIA A. DEGTYAREVA (SBN 284199)
Victoria.Degtyareva@mto.com
MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue, 50th Floor
Los Angeles, CA 90071
Tel.: (213) 683-9100

ALLISON BROWN (_pro hac vice_)
alli.brown@kirkland.com
KIRKLAND & ELLIS LLP
2005 Market Street, Suite 1000
Philadelphia, PA 19103
Tel.: (215) 268-5000

JESSICA DAVIDSON (_pro hac vice_)
jessica.davidson@kirkland.com
JOHN J. NOLAN (_pro hac vice_)
jack.nolan@kirkland.com
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, NY 10022
Tel.: (212) 446-4800

_Attorneys for Defendant Snap Inc._

*/s/ Ashley W. Hardin*

JOSEPH G. PETROSINELLI (*pro hac vice*)
jpetrosinelli@wc.com
ASHLEY W. HARDIN (*pro hac vice*)
ahardin@wc.com
J. ANDREW KEYES (*pro hac vice*)
akeyes@wc.com
NEELUM J. WADHWANI (SBN 247948)
nwadhwani@wc.com
WILLIAMS & CONNOLLY LLP
680 Maine Avenue, SW
Washington, DC 20024
Tel.: (202) 434-5000

*Attorneys for Defendants YouTube, LLC and Google LLC*

*/s/ Christian J. Pistilli*

ASHLEY M. SIMONSEN (State Bar No. 275203)
asimonsen@cov.com
COVINGTON & BURLING LLP
1999 Avenue of the Stars
Los Angeles, California 90067
Telephone: (424) 332-4800

PHYLLIS A. JONES (*pro hac vice*)
pajones@cov.com
PAUL W. SCHMIDT (*pro hac vice*)
pschmidt@cov.com
CHRISTIAN J. PISTILLI (*pro hac vice*)
cpistilli@cov.com
COVINGTON & BURLING LLP
One City Center
850 Tenth Street, NW
Washington, DC 20001-4956
Tel.: (202) 662-6000

*Attorneys for Defendants Meta Platforms, Inc. f/k/a Facebook, Inc. and Instagram, LLC*

/s/ Geoffrey M. Drake

GEOFFREY M. DRAKE (*pro hac vice*)
gdrake@kslaw.com
TACARA D. HARRIS (*pro hac vice*)
tharris@kslaw.com
KING & SPALDING LLP
1180 Peachtree Street, NE, Suite 1600
Atlanta, GA 30309
Tel.: (404) 572-4600

DAVID P. MATTERN (*pro hac vice*)
dmattern@kslaw.com
KING & SPALDING LLP
1700 Pennsylvania Avenue, NW
Suite 900
Washington, D.C. 20006
Tel.: (202) 737-0500

BAILEY J. LANGNER (State Bar No. 307753)
*blangner@kslaw.com*
KING & SPALDING LLP
50 California Street, Suite 3300
San Francisco, CA 94111
Tel.: (415) 318-1200

/s/ Daniel M. Petrocelli

DANIEL M. PETROCELLI (SBN 97802)
SABRINA H. STRONG (SBN 200292)
O'MELVENY & MYERS
1999 Avenue of the Stars
8th Floor
Los Angeles, CA 90067
Telephone: (310) 553-6700
Email:dpetrocelli@omm.com
        sstrong@omm.com

STEVE BRODY (pro hac vice)
O'MELVENY & MYERS
1625 Eye Street
Washington, DC 20006
Telephone: (202) 383-5300
Email: sbrody@omm.com

*Attorneys for Defendants*
*TikTok Inc., ByteDance Inc., TikTok Ltd., ByteDance Ltd., and TikTok LLC*

DEFENDANTS' PROPOSED STATEMENT OF THE CASE

**ATTESTATION**

I, Jonathan H. Blavin, hereby attest, pursuant to N.D. Cal. Civil L.R. 5-1, that the concurrence to the filing of this document has been obtained from each signatory hereto.

DATED:   March 30, 2026                    By:   _/s/ Jonathan H. Blavin_
                                                  Jonathan H. Blavin