[Parties and Counsel Listed on Signature Pages]

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION | MDL No. 3047 |
| | Case No.: 4:23-cv-01804-YGR |
| This Document Relates To: | **JOINT NOTICE OF SUBMISSION CONCERNING STATE AUDIT REPORTS RELATED TO PLAINTIFF'S MOTION IN LIMINE NO. 3** |
| *Breathitt County Board of Education v. Meta Platforms, Inc.*, et al. | |
| | Judge: Hon. Yvonne Gonzalez Rogers |
| | Magistrate Judge: Hon. Peter H. Kang |

In response to the Court's March 30, 2026 Order, Dkt. No. 2898, the parties have attached to this Notice the Kentucky Department of Education and Kentucky Auditor of Public Accounts audit reports that Defendants intend to raise at trial that provide context for conduct at issue in Plaintiff's Motion in Limine 3.  For clarity, for purposes of this submission, the parties did not include other audits unrelated to Plaintiff's Motion in Limine No. 3, such as routine financial audits that may be used by the parties and their experts at trial. To the extent the Court would like to review Breathitt's routine financial audits, however, the parties can supplement this submission.

Attached hereto as **Exhibit 1** is a true and correct copy of the October 2012 Kentucky Auditor of Public Accounts Findings and Recommendations.

Attached hereto as **Exhibit 2** is a true and correct copy of the November 2012 State Management Audit Report.

Attached hereto as **Exhibit 3** is a true and correct copy of the May 2014 State Management Audit Report.

Attached hereto as **Exhibit 4** is a true and correct copy of the 2016-2017 Kentucky Department of Education IDEA Due Process File Review.

Attached hereto as **Exhibit 5** is a true and correct copy of the November 2017 State Management Audit Report, including the Division of Learning Services Management Audit Report (starting at BREATHITT00349157).

Attached hereto as **Exhibit 6** is a true and correct copy of the August 2019 State Management Audit Report.

Attached hereto as **Exhibit 7** is a true and correct copy of the March 2021 Individuals with Disabilities Act (IDEA) Monitoring Activities and Preliminary Report.

Attached hereto as **Exhibit 8** is a true and correct copy of the September 2022 State Management Audit Report.

DATED: March 30, 2026                                        Respectfully submitted,


By:    _/s/ Ashley M. Simonsen_

Ashley M. Simonsen (Bar No. 275203)
COVINGTON & BURLING LLP
1999 Avenue of the Stars
Los Angeles, California 90067
Telephone: (424) 332-4800
Facsimile: (424) 332-4749
Email: asimonsen@cov.com

Phyllis A. Jones (*pro hac vice*)
Paul W. Schmidt (*pro hac vice*)
Christian J. Pistilli (*pro hac vice*)
COVINGTON & BURLING LLP
One City Center
850 Tenth Street, NW
Washington, DC 20001-4956

2

Telephone: (202) 662-6000
Facsimile: (202) 662-6291
Email: pajones@cov.com
Email: pschmidt@cov.com
Email: cpistilli@cov.com

*Attorneys for Defendants Meta Platforms, Inc.
f/k/a Facebook, Inc. and Instagram, LLC*

*/s/ Jonathan H. Blavin*
JONATHAN H. BLAVIN (State Bar No. 230269)
Jonathan.Blavin@mto.com
MUNGER, TOLLES & OLSON LLP
560 Mission Street, 27th Floor
San Francisco, CA 94105
Tel: (415) 512-4000

E. MARTIN ESTRADA (State Bar No. 223802)
Martin.Estrada@mto.com
L. ASHLEY AULL (State Bar No. 257020)
Ashley.Aull@mto.com
VICTORIA A. DEGTYAREVA (State Bar No. 284199)
Victoria.Degtyareva@mto.com
MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue, 50th Floor
Los Angeles, CA 90071
Tel.: (213) 683-9100

ALLISON BROWN (*pro hac vice*)
alli.brown@kirkland.com
KIRKLAND & ELLIS LLP
2005 Market Street, Suite 1000
Philadelphia, PA 19103
Tel.: (215) 268-5000

JESSICA DAVIDSON (*pro hac vice*)
jessica.davidson@kirkland.com
JOHN J. NOLAN (*pro hac vice*)
jack.nolan@kirkland.com
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, NY 10022
Tel.: (212) 446-4800

*Attorneys for Defendant Snap Inc.*

*/s/ Geoffrey M. Drake*
GEOFFREY M. DRAKE, *pro hac vice*
gdrake@kslaw.com
TACARA D. HARRIS, pro hac vice
tharris@kslaw.com

JOINT NOTICE OF SUBMISSION CONCERNING STATE AUDIT REPORTS RELATED TO PLAINTIFF'S MOTION IN LIMINE NO. 3
4:22-md-03047-YGR

KING & SPALDING LLP
1180 Peachtree Street, NE, Suite 1600
Atlanta, GA 30309
Telephone: (404) 572-4600
Facsimile: (404) 572-5100

DAVID P. MATTERN, *pro hac vice*
dmattern@kslaw.com
KING & SPALDING LLP
1700 Pennsylvania Avenue, NW
Suite 900
Washington, D.C. 20006
Telephone: (202) 737-0500
Facsimile: (202) 626-3737

BAILEY J. LANGNER (SBN 307753)
*blangner@kslaw.com*
KING & SPALDING LLP
50 California Street, Suite 3300
San Francisco, CA 94111
Telephone: (415) 318-1200
Facsimile: (415) 318-1300

*/s/ Daniel M. Petrocelli*
Daniel M. Petrocelli (SBN 97802)
Sabrina H. Strong (SBN 200292)
O'MELVENY & MYERS
1999 Avenue of the Stars
8th Floor
Los Angeles, CA 90067
Telephone: (310) 553-6700
Email: dpetrocelli@omm.com
          sstrong@omm.com

Steve Brody (*pro hac vice*)
O'MELVENY & MYERS
1625 Eye Street
Washington, DC 20006
Telephone: (202) 383-5300
Email: sbrody@omm.com

*Attorneys for Defendants TikTok Inc.,
ByteDance Inc., ByteDance Ltd., TikTok Ltd.,
and TikTok, LLC*

*/s/ Ashley Hardin*
ASHLEY W. HARDIN, *pro hac vice*
ahardin@wc.com
J. ANDREW KEYES, *pro hac vice*
akeyes@wc.com
NEELUM J. WADHWANI (SBN 247948)
nwadhwani@wc.com
WILLIAMS & CONNOLLY LLP
680 Maine Avenue, SW

4

Washington, DC 20024
Tel.: (202) 434-5000

*Attorneys for Defendants YouTube, LLC and Google LLC*

/s/Ronald E. Johnson, Jr.
Ronald E. Johnson, Jr.
Sarah N. Emery
**HENDY JOHNSON VAUGHN**
2380 Grandview Drive
Ft. Mitchell, KY 41017
Tel: 859-578-4444
rjohnson@justicestartshere.com
semery@justicestartshere.com

*Attorneys for Plaintiffs Breathitt County Board of Education*

Lexi J. Hazam
**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**
275 Battery Street, 29th Floor
San Francisco, CA 94111
Tel.: 415-956-1000

Previn Warren
**MOTLEY RICE LLC**
401 9th Street NW Suite 630
Washington DC 20004
Tel.: 202-386-9610
pwarren@motleyrice.com

*Co-Lead Counsel for Plaintiffs*

**FILER'S ATTESTATION**

I, Ashley M. Simonsen, hereby attest, pursuant to N.D. Cal. Civil L.R. 5-1, that the concurrence to the filing of this document has been obtained from each signatory hereto.

DATED:  March 30, 2026                    By:   /s/ Ashley M. Simonsen
                                                        Ashley M. Simonsen

JOINT NOTICE OF SUBMISSION CONCERNING STATE AUDIT REPORTS RELATED TO PLAINTIFF'S MOTION IN LIMINE NO. 3
4:22-md-03047-YGR