# Exhibit 4

**APPENDIX A- IDEA DUE PROCESS FILE REVIEW:**

Table 1 contains the list of items from the 2016-2017 Compliance Record Review Document used by the DLS IDEA Review Team to determine the compliance status of the individual student files reviewed. Due to confidentiality concerns, individual student names are not provided in this report. A separate list will be made available to the Director of Special Education (DoSE) with student specific information.

*Table 1A- Student Specific Feedback*

| IEP Breathitt County November 2017 | Student 1 | Student 2 | Student 3 | Student 4 | Student 5 | Student 6 |
|---|---|---|---|---|---|---|
| Item 35 | Y | Y | Y | N | Y | Y |
| Item 36 | NA | N | Y | N | N | N |
| Item 37 | Y | Y | Y | Y | Y | Y |
| Item 39 | Y | Y | Y | Y | Y | Y |
| Item 40 | Y | Y | Y | Y | Y | Y |
| Item 43a | Y | Y | Y | Y | Y | Y |
| Item 43b | Y | Y | Y | Y | Y | Y |
| Item 43c | Y | N | Y | Y | Y | Y |
| Item 57a | NA | NA | Y | Y | NA | NA |
| Item 57b | NA | NA | Y | Y | NA | NA |
| Item 58 | NA | Y | Y | Y | Y | Y |
| Item 59 | Y | Y | Y | Y | Y | Y |
| Item 60 | Y | Y | Y | Y | Y | Y |
| Item 61 | Y | Y | Y | Y | Y | Y |

CONFIDENTIAL

| IEP Breathitt County November 2017 | Student 1 | Student 2 | Student 3 | Student 4 | Student 5 | Student 6 |
|---|---|---|---|---|---|---|
| Item 62 | Y | NA | Y | NA | Y | Y |
| Item 63 | Y | Y | Y | Y | Y | Y |
| Item 64 | Y | Y | NA | Y | Y | Y |
| Item 65a | NA | NA | NA | NA | Y | Y |
| Item 65b | NA | NA | NA | NA | Y | Y |
| Are all category specific requirements met? (Eligibility Record Review document) | Y | Y | Y | Y | Y | Y |
| Are Student Specific Corrections Necessary for this file? | N | Y | N | Y | Y | Y |

*Table 1B- Student Specific Feedback*

| IEP Breathitt County November 2017 | Student 7 | Student 8 | Student 9 | Student 10 | Student 11* | Student 12 |
|---|---|---|---|---|---|---|
| Item 35 | Y | N | Y | Y |  | Y |
| Item 36 | N | N | N | Y |  | Y |

Kentucky Department of Education | Breathitt County Student-Specific: [ PAGE \* MERGEFORMAT ]
KDE:OTL:DLS:VS

CONFIDENTIAL

| IEP Breathitt County November 2017 | Student 7 | Student 8 | Student 9 | Student 10 | Student 11* | Student 12 |
|---|---|---|---|---|---|---|
| 17Item 37 | Y | Y | N | Y | | Y |
| Item 39 | Y | Y | Y | Y | | Y |
| Item 40 | Y | Y | Y | N | | Y |
| Item 43a | Y | Y | Y | Y | | Y |
| Item 43b | Y | Y | Y | Y | | Y |
| Item 43c | Y | Y | Y | N | | Y |
| Item 57a | Y | NA | NA | NA | | Y |
| Item 57b | Y | NA | NA | NA | | Y |
| Item 58 | Y | Y | N | N | | Y |
| Item 59 | Y | N | N | N | | Y |
| Item 60 | Y | Y | N | Y | | Y |
| Item 61 | Y | Y | Y | Y | | Y |
| Item 62 | Y | Y | Y | Y | | Y |
| Item 63 | Y | N | N | Y | | Y |
| Item 64 | Y | Y | Y | Y | | Y |
| Item 65a | Y | NA | NA | NA | | NA |
| Item 65b | Y | NA | NA | NA | | NA |
| Are all category specific requirements | Y | Y | N | N | Y | Y |

Kentucky Department of Education | Breathitt County Student-Specific: | PAGE \* MERGEFORMAT ]
KDE:OTL:DLS:VS

CONFIDENTIAL

BREATHITT00294742

| IEP Breathitt County November 2017 | Student 7 | Student 8 | Student 9 | Student 10 | Student 11* | Student 12 |
|---|---|---|---|---|---|---|
| met? (Eligibility Record Review document) | | | | | Ineligible for special education | |
| Are Student Specific Corrections Necessary for this file? | Y | Y | Y | Y | N | N |

*Table 1C- Student Specific Feedback*

| IEP Breathitt County November 2017 | Student 13 | Student 14* | Student 15 | Student 16 |
|---|---|---|---|---|
| Item 35 | N | | N | Y |
| Item 36 | N | | N | Y |
| Item 37 | Y | | Y | Y |
| Item 39 | Y | | Y | Y |
| Item 40 | Y | | Y | Y |
| Item 43a | Y | | Y | Y |
| Item 43b | Y | | Y | Y |
| Item 43c | Y | | Y | Y |

CONFIDENTIAL                                                                BREATHITT00294743

| IEP Breathitt County November 2017 | Student 13 | Student 14* | Student 15 | Student 16 |
|---|---|---|---|---|
| Item 57a | NA | | NA | NA |
| Item 57b | NA | | NA | NA |
| Item 58 | Y | | Y | N |
| Item 59 | Y | | Y | Y |
| Item 60 | Y | | Y | Y |
| Item 61 | Y | | Y | Y |
| Item 62 | Y | | Y | Y |
| Item 63 | Y | | Y | Y |
| Item 64 | Y | | Y | Y |
| Item 65a | NA | | NA | NA |
| Item 65b | NA | | NA | NA |
| Are all category specific requirements met? (Eligibility Record Review document) | Y | Y Ineligible for special education | Y | Y |
| Are Student Specific Corrections Necessary for this file? | Y | N | Y | Y |

CONFIDENTIAL    BREATHITT00294744

Kentucky Department of Education | Breathitt County Student-Specific:
KDE:OTL:DLS:VS

| PAGE \*
MERGEFORMAT
]

CONFIDENTIAL

BREATHITT00294745

*Table 2- Required Student Feedback/Specific Corrective Action—IEP Components*

| Student | Student-Specific Feedback | Required Corrective Action, if Applicable |
|---|---|---|
| Student 1 | Student file is in compliance with IEP requirements. | |
| Student 2 | **Student file is not in compliance with IEP requirements.** | |
| | The student's progress toward meeting the annual goals was not measured as required by the IEP. The student's progress towards meeting the annual goals was collected only at report cards and did not include specific data. | Collect ongoing progress monitoring for all annual goals. |
| | The ARC did not provide an explanation of the extent to which the student will not participate with nondisabled students in regular education classes and stated "some resource services may be needed." | Reconvene ARC to determine and document the reasons for the student's least restrictive environment. |
| Student 3 | Student file is in compliance with IEP requirements. | |
| Student 4 | **Student file is not in compliance with IEP requirements.** | |
| | Goal two is not measureable. It does not include the degree/criterion. | Reconvene ARC to develop measurable annual goals. |
| | The student's progress toward meeting the annual goals was not measured as required by the IEP. No evidence of progress monitoring was found in the student's file. | Collect ongoing progress monitoring for all annual goals. |
| Student 5 | **Student file is not in compliance with IEP requirements.** | |
| | The student's progress toward meeting the annual goals was not measured as required by the IEP. The student's | Collect ongoing progress monitoring for all annual goals. |

CONFIDENTIAL

BREATHITT00294746

| | | |
|---|---|---|
| | progress towards meeting the annual goals was collected only at report cards and did not include specific data. | |
| Student 6 | **Student file is not in compliance with IEP requirements.** | |
| | The student's progress toward meeting the annual goals was not measured as required by the IEP. The student's progress towards meeting the annual goals was collected only at report cards and did not include specific data. | Collect ongoing progress monitoring for all annual goals. |
| Student 7 | **Student file is not in compliance with IEP requirements.** | |
| | The student's progress toward meeting the annual goals was not measured as required by the IEP.  No evidence of progress monitoring was found in the student's file. | Collect ongoing progress monitoring for all annual goals. |
| Student 8 | **Student file is not in compliance with IEP requirements.** | |
| | Goal four is not measureable.  It does not include circumstance or the evaluation/method of measurement. | Reconvene ARC to develop measurable annual goals. |
| | The student's progress toward meeting the annual goals was not measured as required by the IEP.  No evidence of progress monitoring was found in the student's file. | Collect ongoing progress monitoring for all annual goals. |
| | The student was not evaluated in all areas related to the suspected disability.  The consent to evaluate included a cognitive evaluation. The integrated report stated the cognitive was not completed because previous scores were | Conduct missing evaluation component.  Reconvene ARC to determine the student's eligibility. |

CONFIDENTIAL

BREATHITT00294747

| | | |
|---|---|---|
| | similar. No discussion of the lack of cognitive was found in the conference summary report. | |
| | The ARC did not include a discussion of all classroom observations.<br><br>The integrated report summarized two behavioral observations but evidence of only one observation was found in the student's file. The summarized observation from the integrated report matched the date and time of the report. However, the observation data was blank. | Conduct the missing observation. Reconvene ARC to determine the student's eligibility. |
| Student 9 | **Student file was not in compliance with IEP requirements.** | |
| | The Present Levels language in the IEP has been the same since 2013. | Reconvene ARC to update the Present Levels section of the IEP. |
| | The student's progress toward meeting the annual goals was not measured as required by the IEP. No evidence of progress monitoring was found in the student's file. | Collect ongoing progress monitoring for all annual goals. |
| | The specially-designed instruction (SDI) section of the IEP has been the same since 2014. | Reconvene ARC to determine appropriate SDI for the student. |
| | The ARC determined no further data was needed to evaluate the student. However, both a social-developmental history and two behavior observations were present in the student's file. | Reconvene ARC to plan evaluation components. Conduct reevaluation for the student after it is planned. |
| | No evidence of determination of eligibility was found in the student's file. | Reconvene ARC to determine the student's eligibility. |
| Student 10 | **Student file is not in compliance with IEP requirements.** | |

Kentucky Department of Education | Breathitt County Student-Specific: | PAGE \* MERGEFORMAT ]
KDE:OTL:DLS:VS

CONFIDENTIAL

BREATHITT00294748

| | |
|---|---|
| The Present Levels language in the IEP has been the same since 2014. | Reconvene ARC to update the Present Levels section of the IEP. |
| Testing accommodations did not match information provided in the IEP.<br><br>The student has a reading goal only. However, testing accommodations are listed as reader, scribe (no writing goal), extended time, paraphrasing, manipulatives (no math goal), calculator (no math goal), use of technology (no discussion in the IEP of what this technology would be—special factors is blank for assistive technology). | Reconvene ARC to determine appropriate testing accommodations for the student. |
| The conference summary did not provide reason special education services could not be provided in the regular education environment. | Reconvene ARC to determine and document the reasons for the student's least restrictive environment. |
| No evidence of an evaluation plan was found in the student's file. | Reconvene ARC to plan evaluation components. Conduct reevaluation for the student after it is planned. |
| The ARC did not conduct a full and individual evaluation in all areas related to the suspected disability.<br><br>No evaluation information was provided regarding the student's hearing loss but the student receives special education services under the category of Hearing Impairment. The evaluation stated the student "does have a significant hearing loss requiring specially designed instruction." This is the only time in the | Reconvene ARC to determine missing evaluation components. Conduct reevaluation for the student after it is planned. |

CONFIDENTIAL

BREATHITT00294749

| | | |
|---|---|---|
| | entire evaluation the student's hearing loss is mentioned. | |
| | No evidence of eligibility determination was found in the student's file. | Reconvene ARC to determine the student's eligibility. |
| Student 11 | Student file is in compliance with IEP requirements. | |
| Student 12 | Student file is in compliance with IEP requirements. | |
| Student 13 | **Student file is not in compliance with IEP requirements.** | |
| | No measureable annual goals related to the student's disability were found in the student's IEP.<br><br>The student receives services under the category of Other Health Impairment. However, the only goal on the student's IEP was a speech goal.  The student's IEP documented 30 minutes of resource instruction twice weekly.  The student also receives speech at a rate of 30 minutes weekly. | Reconvene ARC to develop measurable annual goals. |
| | The student's progress toward meeting the annual goals was not measured as required by the IEP.  No evidence of progress monitoring was found in the student's file. | Collect ongoing progress monitoring for all annual goals. |
| Student 14 | Student file is in compliance with IEP requirements. | |
| Student 15 | **Student file is not in compliance with IEP requirements.** | |
| | Goal four is not measurable because it does not include the frequency of data collection. | Reconvene ARC to develop measurable annual goals. |

Kentucky Department of Education | Breathitt County Student-Specific:
KDE:OTL:DLS:VS    [ PAGE \* MERGEFORMAT ]

CONFIDENTIAL

BREATHITT00294750

| | The student's progress toward meeting the annual goals was not measured as required by the IEP. The student's progress towards meeting the annual goals was collected only at report cards and did not include specific data. | Collect ongoing progress monitoring for all annual goals. |
|---|---|---|
| Student 16 | **Student file is not in compliance with IEP requirements.** | |
| | No consent for evaluation was found in the student's due process file. | For future evaluations, the ARC must obtain consent before conducting an evaluation. |

*Table 2- Required Student Feedback/Specific Corrective Action—Behavior*

| **Student 17** |
|---|
| **File reviews indicated:**<br><br>• The student receives services under the category of emotional behavior disorder.<br>• There is no discussion of the student's behavior in the most recent conference summary.<br>• The only behavior intervention mentioned was free time on the computer.<br>• The student's IEP services included 30 minutes three times weekly in the "regular/resource" classroom.<br>• The Student's behavior intervention plan (BIP) mentioned the student prefers to learn 1-on-1. No evidence of this preference is found in the IEP.<br>• Replacement behaviors are written as the rules and don't serve the function of the behavior. "Listening when the teacher is instructing" "working on assignments rather that playing on his phone, computer, or talking with a peer"<br>• No evidence of revisions to the BIP or progress monitoring was evident in the student's file.<br>• Student received 21 days of ISS during the 2016-17 school year. Student has been suspended 4 times so far during the 2017-18 school year. There is no evidence of discussion of any of the suspensions in ARC documentation.<br>• The conference summary from when the student's eligibility was determined was not found in the student's file |

CONFIDENTIAL

BREATHITT00294751

**The ARC must reconvene to:**

- *address the behaviors of the student and develop positive behavior interventions as appropriate*
- *determine the student's least restrictive environment*
- *update the student's behavior intervention plan and replacement behaviors*
- *address the frequent suspensions of the student and develop interventions as appropriate*
- *redetermine the student's eligibility*

**Notes:**

- District must ensure regulatory procedures for ARC meetings are followed and all paperwork pertaining to eligibility and evaluation is completed.
- The district must collect ongoing progress monitoring for all annual goals.
- "An LEA shall ensure that to the maximum extent appropriate, children with disabilities, including children placed by the LEA in public or private institutions or other care facilities, are educated with children who are nondisabled. The LEA shall ensure that special classes, separate schooling, or other removal of children with disabilities from the regular educational environment occurs only if education in the regular education environment with the use of supplementary aids and services cannot be satisfactorily achieved due to the nature or severity of the disability." [ HYPERLINK "http://www.lrc.ky.gov/kar/707/001/350.htm" ].

## Student 18

**File reviews indicated:**

- No progress monitoring analysis was found in the student's file
- No discussion of the student's behavior was found in the student's file
- The student received a bus suspension that was coded until the end of the 2016-17 school year.

**The ARC must reconvene to:**

- *address the behaviors of the student and develop positive behavior interventions as appropriate*
- *address the student's behavior on the bus and develop interventions as appropriate*

**Notes:**

- The district must collect ongoing progress monitoring for all annual goals.

CONFIDENTIAL

BREATHITT00294752

## Student 19

**File reviews indicated:**

- The student received 19 days of in-school suspension coded as *Disruptive Behavior, Skipping Class, Cell Phone violation*, and *Leaving Class*.
- Since the function of the student's behavior was mostly to avoid class, suspension fulfilled the function of that behavior since it removed them from the classroom.
- Behavior was not discussed in ARC meetings.
- No evidence of positive behavior interventions was found in the student's file.
- Current progress monitoring was not found in the student's file.
- No evidence of a BIP or Functional Behavior Assessment (FBA) was found in the student's file

**The ARC must reconvene to:**

- *collect ongoing progress monitoring for all annual goals*
- *address the behaviors of the student and develop positive behavior interventions as appropriate.*
- *plan and conduct an FBA*
- *create a BIP*

**Notes:**

- The district must ensure procedures for FBAs follow district policies and Kentucky regulation.
- The district must collect ongoing progress monitoring for all annual goals.

CONFIDENTIAL

BREATHITT00294753