[*Submitting Counsel on Signature Page*]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION | MDL No. 3047<br><br>Case No. 4:22-md-3047-YGR |
| This Document Relates to:<br><br>*Breathitt County Board of Education v. Meta Platforms, Inc., et al.*<br>Case No.: 4:23-cv-01804 | **PLAINTIFF'S PROPOSED STATEMENT OF THE CASE**<br><br>Date: April 14, 2026<br>Time: 9:00 a.m.<br>Place: Courtroom 1, Fourth Floor<br>Judge: Hon. Yvonne Gonzalez Rogers |

Plaintiff Breathitt County Board of Education submits the following proposed statement of the case:[1]

Breathitt is a group of public schools based in Kentucky with children grades K-12. Trial is being held in this Court by agreement of the parties. Where the parties are from should not factor into your decision.

Breathitt claims that Defendants developed and operated their online platforms—specifically Instagram, Facebook, TikTok, Snapchat, and YouTube—to foster compulsive use in minors, and that as a result, Breathitt expended significant resources to address the effect of these platforms on its schools. Defendants deny these allegations.

Dated:  March 30, 2026                                      Respectfully submitted,


By: /s/ *Lexi J. Hazam*


Lexi J. Hazam
**LIEFF CABRASER HEIMANN &**
**BERNSTEIN, LLP**
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone: 415-956-1000
lhazam@lchb.com

PREVIN WARREN
**MOTLEY RICE LLC**
401 9th Street NW Suite 630
Washington DC 20004
Telephone: 202-386-9610
pwarren@motleyrice.com

Co-Lead Counsel

---

[1] The proposed statement of the case is identical to the language that Breathitt proposed in Jury Instruction No. 2 (Claims & Defenses), except that the word "public" has been added before "schools."

- 1 -                         PLAINTIFF'S PROPOSED STATEMENT OF THE CASE
MDL NO. 3047
CASE NO. 4:22-MD-3047-YGR

RONALD E. JOHNSON, JR.
SARAH EMERY
**HENDY JOHNSON VAUGHN EMERY PSC**
600 WEST MAIN STREET, SUITE 100
LOUISVILLE, KT 40202
Telephone: 859-578-4444
rjohnson@justicestartshere.com
semery@justicestartshere.com

Counsel for Breathitt

ANDRE M. MURA
**GIBBS MURA LLP**
1111 Broadway, Suite 2100
Oakland, CA 94607
Telephone: 510-350-9700
amm@classlawgroup.com

Plaintiffs' Steering Committee Leadership

PLAINTIFF'S PROPOSED STATEMENT OF THE CASE
MDL NO. 3047
CASE NO. 4:22-MD-3047-YGR

## ATTESTATION

I, Andre M. Mura, hereby attest, pursuant to N.D. Cal. Civil L.R. 5-1, that the concurrence to the filing of this document has been obtained from each signatory hereto.

Dated: March 30, 2026

By: */s/ Andre M. Mura*
Andre M. Mura

PLAINTIFF'S PROPOSED STATEMENT OF THE CASE
MDL NO. 3047
CASE NO. 4:22-MD-3047-YGR