[*Submitting Counsel on Signature Page*]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION | MDL No. 3047 |
| | Case No. 4:22-md-3047-YGR |
| This Document Relates to: | **PLAINTIFF'S PROPOSED VERDICT FORM** |
| *Breathitt County Board of Education v. Meta Platforms, Inc., et al.* Case No.: 4:23-cv-01804 | Date: April 14, 2026 Time: 9:00 a.m. Place: Courtroom 1, Fourth Floor Judge: Hon. Yvonne Gonzalez Rogers |

Pursuant to Section 3(j) of the Court's Standing Order, Plaintiff Breathitt County Board of Education hereby submits the attached Plaintiff's Proposed Verdict From.

Dated:  March 30, 2026                                  Respectfully submitted,

By: /s/ *Lexi J. Hazam*

Lexi J. Hazam
**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone: 415-956-1000
lhazam@lchb.com

PREVIN WARREN
**MOTLEY RICE LLC**
401 9th Street NW Suite 630
Washington DC 20004
Telephone: 202-386-9610
pwarren@motleyrice.com

Co-Lead Counsel

RONALD E. JOHNSON, JR.
SARAH EMERY
**HENDY JOHNSON VAUGHN EMERY PSC**
600 WEST MAIN STREET, SUITE 100
LOUISVILLE, KT 40202
Telephone: 859-578-4444
rjohnson@justicestartshere.com
semery@justicestartshere.com

Counsel for Breathitt

ANDRE M. MURA
**GIBBS MURA LLP**
1111 Broadway, Suite 2100
Oakland, CA 94607
Telephone: 510-350-9700
amm@classlawgroup.com

Plaintiffs' Steering Committee Leadership

PLAINTIFF'S PROPOSED VERDICT FORM
MDL NO. 3047
CASE NO. 4:22-MD-3047-YGR

## **ATTESTATION**

I, Andre M. Mura, hereby attest, pursuant to N.D. Cal. Civil L.R. 5-1, that the concurrence to the filing of this document has been obtained from each signatory hereto.

Dated: March 30, 2026

By: */s/ Andre M. Mura*
Andre M. Mura

PLAINTIFF'S PROPOSED VERDICT FORM
MDL NO. 3047
CASE NO. 4:22-MD-3047-YGR