

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION | Case No. 4:22-MD-3047 |
| | MDL No. 3047 |
| BREATHITT COUNTY BOARD OF EDUCATION,<br> Plaintiff,<br>v.<br><br>META PLATFORMS, INC., *et al.* | **JURY VERDICT FORM** |

**WE, THE JURY IN THE ABOVE-ENTITLED CASE,** unanimously find as follows:

**SECTION A**

**On the First Cause of Action for Negligence:**

1. Did plaintiff Breathitt County School District ("Breathitt") prove the claim by a preponderance of the evidence against:

| | | |
|---|---|---|
| Meta: | ___ YES | ___ NO |
| Snap: | ___ YES | ___ NO |
| TikTok: | ___ YES | ___ NO |
| YouTube: | ___ YES | ___ NO |

**GO TO NEXT PAGE**

**SECTION B**

**On the Second Cause of Action for Public Nuisance:**

2.  Did Breathitt prove the claim by a preponderance of the evidence against:

Meta:        ___ YES        ___ NO

Snap:        ___ YES        ___ NO

TikTok:       ___ YES        ___ NO

YouTube:      ___ YES        ___ NO

**GO TO NEXT PAGE**

3

**SECTION C**

3.  **Did you answer "YES" as to *any* defendant in SECTION A or in SECTION B?**

___ YES      ___ NO


If "NO," then **STOP** and do not fill out any further questions.

If "YES," then continue to Section D.

**SECTION D**[1]

**On Defendants' Statute of Limitations Defense:**

Only answer **Question 4** in this section if you answered "YES" for that Defendant in **SECTION A** [Negligence]. Otherwise, leave the question below regarding that Defendant blank.

4.  Did each Defendant prove by a preponderance of the evidence that, before March 30, 2022, Breathitt knew both that (i) it had been harmed due to that particular Defendant's conduct, and (ii) that the harm had been caused by that particular Defendant's wrongful conduct in its design of its platform?

| | | |
|---|---|---|
| Meta: | ___ YES | ___ NO |
| Snap: | ___ YES | ___ NO |
| TikTok: | ___ YES | ___ NO |
| YouTube: | ___ YES | ___ NO |

Only answer **Question 5** in this section if you answered "YES" for that Defendant in **SECTION B** [Public Nuisance]. Otherwise, leave the question below regarding that Defendant blank.

5.  Did each Defendant prove by a preponderance of the evidence that, before **March 30, 2018**, Breathitt knew both that (i) it had been harmed due to that particular Defendant's conduct, and (ii) that the harm had been caused by that particular Defendant's wrongful conduct in its design of its platform??

| | | |
|---|---|---|
| Meta: | ___ YES | ___ NO |
| Snap: | ___ YES | ___ NO |
| TikTok: | ___ YES | ___ NO |
| YouTube: | ___ YES | ___ NO |

**GO TO NEXT PAGE**

---

[1] Breathitt objects to including a statute of limitations instruction or verdict form question but provides this language in the event the Court orders an instruction and question. *See* Breathitt's Objection to Instruction No. 27, ECF 2837 at 44-46.

5

**SECTION E**

**On the Issue of Compensatory Damages:**

6.  What amount, if any, has Breathitt proven that it is entitled to in compensatory damages?

$ _____

**GO TO NEXT PAGE**

6

**SECTION F**

If you marked "YES" that more than one of the Defendants was at fault under either **SECTION A** [Negligence] or **SECTION B** [Public Nuisance] or both, you shall determine from the evidence what percentage, if any, of the total fault was attributable to each such Defendant, as follows:

|  |  |
|---|---|
| Meta: | _____% |
| Snap: | _____% |
| TikTok: | _____% |
| YouTube: | _____% |
| | |
| Total: | 100% |

The amounts you enter must total 100%.

If you marked "NO" for a particular Defendant under **both** **SECTION A** [Negligence] and **SECTION B** [Public Nuisance], you shall enter a zero by that Defendant's name above.

**GO TO NEXT PAGE**

7

**SECTION G**

If you assigned any percentage of fault (more than 0%) to a Defendant in **SECTION G**, you must also decide whether Breathitt has proved by clear and convincing evidence that the Defendant acted with a wanton or reckless disregard to Breathitt's rights, safety, or property:

Meta:          ___ YES        ___ NO

Snap:          ___ YES        ___ NO

TikTok:        ___ YES        ___ NO

YouTube:       ___ YES        ___ NO


If you assigned 0% of fault to a Defendant in **SECTION F**, you should leave the question in this section regarding that Defendant blank.

You will decide the amount of damages for wanton or reckless disregard later if you select YES for any Defendant.


ONCE THE JURY HAS COMPLETED THE VERDICT FORM, SIGN AND DATE BELOW, PLACE THE SIGNED VERDICT IN THE APPROPRIATE FOLDER, AND CONTACT THE COURTROOM DEPUTY.


Signed:_____
              Jury Foreperson

Juror Number: _____            Dated: _____

8