*[Submitting Counsel on Signature Page]*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCT LIABILITY LITIGATION | MDL No. 3047 |
| | Case No. 4:22-md-3047-YGR |
| This Document Relates To: | **JOINT PRETRIAL CONFERENCE STATEMENT** |
| | Judge: Hon. Yvonne Gonzalez Rogers |
| *Breathitt County Board of Education v. Meta Platforms, Inc., et al.* Case No.: 4:23-cv-1804 | Trial Date: June 12, 2026 |

Pursuant to the Court's Standing Order Regarding Pretrial Instructions in Civil Cases, the February 11, 2026 Case Management Conference ("CMC"), the Court's Case Management Order ("CMO") No. 32 (ECF No. 2748), and the Joint Stipulation and Order Regarding Pretrial Schedule (Breathitt) (ECF No. 2811), the undersigned parties jointly submit this Joint Pretrial Conference Statement in advance of the April 14, 2026 Pretrial Conference.

**a. The Action**

**i. Substance of the Action**

The Court exempted the Parties from this requirement. *See* CMC Tr. at 88:1–4 (Feb. 11, 2026).

### ii. Relief Prayed

The Court exempted the Parties from this requirement. *See id*. at 88:4–5.

### b. Factual Basis of the Action

#### i. Undisputed Facts

The parties continue to confer and anticipate filing any such stipulated undisputed facts before the April 14 pre-trial conference if able to reach agreement.

#### ii. Disputed Factual Issues

The Court exempted the Parties from this requirement. *See id*. at 88:6–10.

#### iii. Agreed Statement

The Parties do not believe that all or part of the action may be presented upon an agreed statement of facts.

#### iv. Stipulations

The Parties will file a stipulation and proposed order regarding trial stipulations on April 10, 2026, per the Court's guidance at the February 11, 2026 CMC and the Joint Stipulation and Order Regarding Pretrial Schedule. *See id*. at 88:4–5; *see also* ECF No. 2811 at 3.

### c. Disputed Legal Issues

#### i. Points of Law

The Court exempted the Parties from this requirement. *See* CMC Tr. at 89:4.

#### ii. Proposed Conclusions of Law

The Court exempted the Parties from this requirement. *See id*.

### d. Further Discovery or Motions

The Court exempted the Parties from this requirement. *See id*.

### e. Estimate of Trial Time

The Court exempted the Parties from this requirement. *See id*. at 89:5–6.

**f.  List of Motions in Limine**

The Court exempted the Parties from this requirement. *See id*. at 89:7–8.

**g.  Juror Questionnaire**

The Court exempted the Parties from this requirement. *See id*. at 89:8.

**h.  Trial Alternatives**

**i.  Settlement Discussions**

The Court exempted the Parties from this requirement. *See id*. at 89:9–10.

**ii.  Consent to Trial Before a Magistrate Judge**

The Court exempted the Parties from this requirement. *See id*.

**iii.  Amendments, Dismissals**

The Parties do not anticipate amendments or additional dismissals at this time but have agreed to confer again if necessary.

**iv.  Bifurcation, Separate Trial of Issues**

The Court has advised the Parties "that, if punitive damages are available, the damages portion of punitive will be bifurcated at trial, such that the jury will consider punitive damages in a second phase only if the jury finds liability." CMO No. 32 at 3:4–6. In the event the jury finds liability, the Court has stated it will consider injunctive relief in a separate phase.

Dated: March 30, 2026                    Respectfully submitted,

                                         /s/ *Michael Weinkowitz*
                                         MICHAEL M. WEINKOWITZ
                                         **LEVIN SEDRAN & BERMAN, LLP**
                                         510 Walnut Street, Suite 500
                                         Philadelphia, PA 19106
                                         Telephone: 215-592-1500
                                         MWeinkowitz@lfsblaw.com

                                         *Co-chair of School District Committee*
                                         *Plaintiffs Leadership Committee*

PREVIN WARREN
**MOTLEY RICE LLC**
401 9th Street NW Suite 630
Washington DC 20004
Telephone: 202-386-9610
pwarren@motleyrice.com

LEXI J. HAZAM
**LIEFF CABRASER HEIMANN &
BERNSTEIN, LLP**
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone: 415-956-1000
lhazam@lchb.com

*Co-Lead Counsel*

KHALDOUN BAGHDADI
**WALKUP, MELODIA, KELLY &
SCHOENBERGER, LLP**
650 California Street, 26th Fl.
San Francisco, CA 94108
Telephone: 415-981-7210
kbaghdadi@walkuplawoffice.com

RONALD E. JOHNSON, JR.
SARAH N. EMERY
**HENDY JOHNSON VAUGHN EMERY PSC**
600 West Main Street, Suite 100
Louisville, KY 40202
Telephone: 859-578-4444
rjohnson@justicestartshere.com
semery@justicestartshere.com

*Attorneys for Plaintiffs Breathitt
County Board of Education*

WILLIAMS & CONNOLLY LLP
By: /s/ Ashley W. Hardin
Ashley W. Hardin, pro hac vice
ahardin@wc.com
J. Andrew Keyes, pro hac vice
akeyes@wc.com
Neelum J. Wadhwani (SBN 247948)
nwadhwani@wc.com
WILLIAMS & CONNOLLY LLP
680 Maine Avenue, SW
Washington, DC 20024
Telephone.: (202) 434-5000
Facsimile: (202) 434-5029

*Attorneys for Defendants YouTube, LLC and Google
LLC*

MUNGER, TOLLES & OLSON LLP

By: /s/ Jonathan H. Blavin
JONATHAN H. BLAVIN (SBN 230269)
Jonathan.Blavin@mto.com
MUNGER, TOLLES & OLSON LLP
560 Mission Street, 27th Floor
San Francisco, CA 94105
Tel: (415) 512-4000

E. MARTIN ESTRADA (SBN 223802)
Martin.Estrada@mto.com
L. ASHLEY AULL (SBN 257020)
Ashley.Aull@mto.com
VICTORIA A. DEGTYAREVA (SBN 284199)
Victoria.Degtyareva@mto.com
MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue, 50th Floor
Los Angeles, CA 90071
Tel.: (213) 683-9100

ALLISON BROWN (pro hac vice)
alli.brown@kirkland.com
KIRKLAND & ELLIS LLP
2005 Market Street, Suite 1000
Philadelphia, PA 19103
Tel.: (215) 268-5000

JESSICA DAVIDSON (pro hac vice)
jessica.davidson@kirkland.com
JOHN J. NOLAN (pro hac vice)
jack.nolan@kirkland.com
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, NY 10022
Tel.: (212) 446-4800

*Attorneys for Defendant Snap Inc.*

COVINGTON & BURLING LLP
By:  /s/ Ashley M. Simonsen
Ashley M. Simonsen, SBN 275203
COVINGTON & BURLING LLP
1999 Avenue of the Stars
Los Angeles, CA 90067
Telephone: (424) 332-4800
Facsimile: + 1 (424) 332-4749
Email: asimonsen@cov.com

Phyllis A. Jones, pro hac vice
Paul W. Schmidt, pro hac vice
COVINGTON & BURLING LLP
One City Center
850 Tenth Street, NW
Washington, DC 20001-4956
Telephone: + 1 (202) 662-6000
Facsimile: + 1 (202) 662-6291

JOINT PRETRIAL CONFERENCE STATEMENT
4:22-MD-3047-YGR

Email: pajones@cov.com

*Attorney for Defendants Meta Platforms, Inc. f/k/a Facebook, Inc.; Facebook Holdings, LLC; Facebook Operations, LLC; Facebook Payments, Inc.; Facebook Technologies, LLC; Instagram, LLC; Siculus, Inc.; and Mark Elliot Zuckerberg*

KING & SPALDING LLP
By: /s/ Geoffrey M. Drake
Geoffrey M. Drake, pro hac vice
TaCara D. Harris, pro hac vice
1180 Peachtree Street, NE, Suite 1600
Atlanta, GA 30309-3521
Telephone: (404) 572-4600
Facsimile: (404) 572-5100
Email: gdrake@kslaw.com
　　　　tharris@kslaw.com

David P. Mattern, pro hac vice
KING & SPALDING LLP
1700 Pennsylvania Avenue, NW, Suite 900
Washington, DC 20006-4707
Telephone: (202) 737-0500
Facsimile: (202) 626-3737
Email: dmattern@kslaw.com

Bailey J. Langner (SBN 307753)
KING & SPALDING LLP
50 California Street, Suite 3300
San Francisco, CA 94111
Telephone: (415) 318-1200
Facsimile: (415) 318-1300
Email: blangner@kslaw.com

*Attorneys for Defendants TikTok Inc., ByteDance Inc., TikTok Ltd., ByteDance Ltd., and TikTok LLC*

**<u>ATTESTATION</u>**

I, Andre M. Mura, hereby attest, pursuant to N.D. Cal. Civil L.R. 5-1, that the concurrence to the filing of this document has been obtained from each signatory hereto.

Dated: March 30, 2026

By: */s/ Andre M. Mura*
        Andre M. Mura