# EXHIBIT A

## VERDICT FORM

## NEGLIGENCE

**1.** **Did Breathitt County School District ("Breathitt") prove that Meta's Non-Protected Conduct breached its duty to Breathitt to use ordinary care?**

Yes___        No___

*Only answer subpart 1(a) if you answer "Yes" to Question 1.*

a.    **Did Breathitt prove that breach caused Breathitt's students to suffer mental health harms that caused Breathitt to incur additional expenses?**

Yes___        No___

**2.** **Did Breathitt prove that Snap's Non-Protected Conduct breached its duty to Breathitt to use ordinary care?**

Yes___        No___

*Only answer subpart 2(a) if you answer "Yes" to Question 2.*

a.    **Did Breathitt prove that breach caused Breathitt's students to suffer mental health harms that caused Breathitt to incur additional expenses?**

Yes___        No___

**3.** **Did Breathitt prove that TikTok's Non-Protected Conduct breached its duty to Breathitt to use ordinary care?**

Yes___        No___

*Only answer subpart 3(a) if you answer "Yes" to Question 3.*

a.    **Did Breathitt prove that breach caused Breathitt's students to suffer mental health harms that caused Breathitt to incur additional expenses?**

Yes___        No___

**4.** **Did Breathitt prove that YouTube's Non-Protected Conduct breached its duty to Breathitt to use ordinary care?**

Yes___        No___

*Only answer subpart 4(a) if you answer "Yes" to Question 4.*

a.    **Did Breathitt prove that breach caused Breathitt's students to suffer mental health harms that caused Breathitt to incur additional expenses?**

Yes___        No___

*Please continue to the next page.*

**PUBLIC NUISANCE**

**5.    Did Breathitt prove that Meta's Non-Protected Conduct created an unreasonable and substantial interference with a public right to health or safety in Breathitt?**

Yes____        No____

*Only answer subpart 5(a) if you answer "Yes" to Question 5.*

a.    **Did Breathitt prove that interference caused Breathitt's students to suffer mental health harms that caused Breathitt to incur additional expenses?**

Yes____        No____

**6.    Did Breathitt prove that Snap's Non-Protected Conduct created an unreasonable and substantial interference with a public right to health or safety in Breathitt?**

Yes____        No____

*Only answer subpart 6(a) if you answer "Yes" to Question 6.*

a.    **Did Breathitt prove that interference caused Breathitt's students to suffer mental health harms that caused Breathitt to incur additional expenses?**

Yes____        No____

**7.    Did Breathitt prove that TikTok's Non-Protected Conduct created an unreasonable and substantial interference with a public right to health or safety in Breathitt?**

Yes____        No____

*Only answer subpart 7(a) if you answer "Yes" to Question 7.*

a.    **Did Breathitt prove that interference caused Breathitt's students to suffer mental health harms that caused Breathitt to incur additional expenses?**

Yes____        No____

**8.    Did Breathitt prove that YouTube's Non-Protected Conduct created an unreasonable and substantial interference with a public right to health or safety in Breathitt?**

Yes____        No____

*Only answer subpart 8(a) if you answer "Yes" to Question 8.*

a.    **Did Breathitt prove that interference caused Breathitt's students to suffer mental health harms that caused Breathitt to incur additional expenses?**

Yes____        No____

*Only proceed to Question 9 if you answered "Yes" to any of Questions 1(a), 2(a), 3(a), 4(a), 5(a), 6(a), 7(a), and 8(a).*

*If you answered "No" to, or did not answer, each of Questions 1(a), 2(a), 3(a), 4(a), 5(a), 6(a), 7(a), and 8(a), you are done.  Skip the remaining questions and sign and return the Verdict Form.*

## STATUTE OF LIMITATIONS

*Only answer Question 9 if you answered "Yes" to any of Questions 1(a), 2(a), 3(a), and 4(a).*

*If you answered "No" to, or did not answer, each of Questions 1(a), 2(a), 3(a), and 4(a), do not answer Question 9.*

**9.**    **Did Breathitt's claimed harm from any Defendant's negligence, if any, begin before March 30, 2022?**

Yes___        No___

*Only answer subpart 9(a) if your answer to Question 9 is "Yes."*

a.    **Before March 30, 2022, did Breathitt discover, or know of facts that would have caused a reasonable person to suspect, that it had suffered harm that was caused by Defendants' platforms?**

Yes___        No___

*Only answer Question 10 if you answered "Yes" to any of Questions 5(a), 6(a), 7(a), and 8(a).*

*If you answered "No" to, or did not answer, each of Questions 5(a), 6(a), 7(a), and 8(a), do not answer Question 10.*

**10.**    **Did Breathitt's claimed harm from a public nuisance created by any Defendant, if any, begin before March 30, 2018?**

Yes___        No___

*Only answer subpart 10(a) if your answer to Question 10 is "Yes."*

a.    **Before March 30, 2018, did Breathitt discover, or know of facts that would have caused a reasonable person to suspect, that it had suffered harm that was caused by Defendants' platforms?**

Yes___        No___

*If you answered "Yes" to all of Questions 9, 9(a), 10, and 10(a), you are done.  Skip the remaining questions and sign and return the Verdict Form.*

*Only proceed to the next questions if you answered "No" to, or did not answer, Questions 9, 9(a), 10, and 10(a).*

-3-

VERDICT FORM

**COMPENSATORY DAMAGES**

*Only answer Questions 11 and 12 if you answered "Yes" to any of Questions 1(a), 2(a), 3(a), 4(a), 5(a), 6(a), 7(a) and 8(a).*

*If you answered "No" to, or did not answer, each of Questions 1(a), 2(a), 3(a), 4(a), 5(a), 6(a), 7(a) and 8(a), do not answer Questions 11 or 12.*

**11.      In what amount, if any, is Breathitt entitled to compensatory damages?**

$\$$_____

*If you answered any amount other than "$0.00", proceed to Question 12.*

*If you answered $0.00, you are done.  Skip the remaining questions and sign and return the Verdict Form.*

**12.      What percentage of the total fault for Breathitt's harms, if any, do you assign to each of the following?**

*Insert a percentage for Meta only if you answered "Yes" to either Question 1(a) or 5(a).*

*Insert a percentage for Snap only if you answered "Yes" to either Question 2(a) or 6(a).*

*Insert a percentage for TikTok only if you answered "Yes" to either Question 3(a) or 7(a).*

*Insert a percentage for YouTube only if you answered "Yes" to either Question 4(a) or 8(a).*

**(The total must add up to 100%)**

| | | |
|---|---|---|
| Breathitt | _____ | % |
| Meta | _____ | % |
| Snap | _____ | % |
| TikTok | _____ | % |
| YouTube | _____ | % |
| | **TOTAL:**      **100%** | |

*Please continue to the next page.*

-4-
VERDICT FORM

**WANTON OR RECKLESS DISREGARD**

*Only answer Question 13 if you answered "Yes" to either of Questions 1(a) or 5(a).*

**13.    Did Breathitt prove by clear and convincing evidence that Meta acted with a wanton or reckless disregard for the rights, safety, or property of Breathitt?**

Yes____        No____

*Only answer Question 14 if you answered "Yes" to either of Questions 2(a) or 6(a).*

**14.    Did Breathitt prove by clear and convincing evidence that Snap acted with a wanton or reckless disregard for the rights, safety, or property of Breathitt?**

Yes____        No____

*Only answer Question 15 if you answered "Yes" to either of Questions 3(a) or 7(a).*

**15.    Did Breathitt prove by clear and convincing evidence that TikTok acted with a wanton or reckless disregard for the rights, safety, or property of Breathitt?**

Yes____        No____

*Only answer Question 16 if you answered "Yes" to either of Questions 4(a) or 8(a).*

**16.    Did Breathitt prove by clear and convincing evidence that YouTube acted with a wanton or reckless disregard for the rights, safety, or property of Breathitt?**

Yes____        No____

*Please continue to the next page.*

_____
Jury Foreperson

VERDICT FORM