

April 1, 2026

The Honorable Yvonne Gonzalez Rogers
United States District Judge
Northern District of California

Re: *In re Social Media Adolescent Addiction/Personal Injury Products Liability Litigation*,
Case No. 4:22-md-3047 (YGR) — Status Update re Sarah Heinz Representation

Dear Judge Gonzalez Rogers:

Abraham Counsel (who are also Arbitration Counsel) writes to provide a brief update regarding the parties' efforts to resolve the representation issue involving Ms. Sarah Heinz.

On February 23, 2026, Arbitration Counsel filed Ms. Heinz's arbitration demand. That same day, Keller Postman LLC, Ms. Heinz's MDL counsel, filed Ms. Heinz's short-form complaint ("SFC") in the MDL. Pursuant to the Court's Implementation Order Governing Adoption of Master Complaint (Personal Injury) and Short-Form Complaints for Filed Cases, Ms. Heinz's SFC was deemed automatically answered upon its filing. ECF 177 ¶ 10 at 20-25.

After conferring with Ms. Heinz and her MDL counsel, Ms. Heinz has elected to voluntarily dismiss her complaint as to Meta without prejudice and pursue her claims in arbitration. Consistent with that decision, Arbitration Counsel met and conferred with Meta's counsel on Friday, March 27, 2026, and notified Meta that Ms. Heinz intends to voluntarily dismiss her complaint without prejudice, pursuant to Federal Rule of Civil Procedure 41. Meta stated that it believes Ms. Heinz had waived her right to arbitrate and said it will likely decline to stipulate to Ms. Heinz's voluntary dismissal without prejudice.

At this juncture, however, the question is not whether Ms. Heinz has waived any rights, but whether Meta can articulate any plain legal prejudice that would justify denial of a routine dismissal without prejudice. Meta did not articulate any cognizable legal prejudice during the parties' meet and confer. Indeed, Meta drafted and imposed the arbitration clause and cannot claim "plain legal prejudice" simply because it may be required to defend in the forum Meta itself selected. Nor have Ms. Heinz's claims progressed in this MDL such that Meta has incurred any real, let alone substantial, litigation burden. Arbitration Counsel is not aware of any decision

44 Montgomery Street, 41st Floor, San Francisco, CA 94104 | (t) 415 293 6800 | (f) 415 293 6899 | www.bsfllp.com



holding that routine early activity, such as a responsive pleading alone, constitutes "plain legal prejudice" sufficient to deny dismissal without prejudice.

Absent a stipulation, Ms. Heinz's MDL counsel plans to file a motion to dismiss without prejudice pursuant to Rule 41(a)(2).

Respectfully,

*/s/ Joshua Michelangelo Stein*
Joshua Michelangelo Stein

Joshua Michelangelo Stein
jstein@bsfllp.com
**BOIES SCHILLER FLEXNER LLP**
44 Montgomery St., 41st Floor
San Francisco, CA 94104
Tel.: (415) 293-6800
Fax: (415) 293-6899

*Arbitration Counsel*

Jenny Kim
jkim@bsfllp.com
**BOIES SCHILLER FLEXNER LLP**
55 Hudson Yards, 20th Floor
New York, NY 10001
Tel.: (212) 446-2354