[*Parties and Counsel Listed on Signature Pages*]

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION | MDL No. 3047 |
| | Case Nos. 4:22-md-03047-YGR-PHK |
| THIS DOCUMENT RELATES TO: | 4:23-cv-05448-YGR |
| | |
| *People of the State of California, et al. v. Meta Platforms, Inc., et al.* | **META AND STATE AGS' STIPULATION AND [PROPOSED] ORDER TO MODIFY SEALING ORDER WITH RESPECT TO SUMMARY JUDGMENT MOTIONS SET FOR HEARING ON APRIL 15, 2026** |
| | Judge: Hon. Yvonne Gonzalez Rogers |
| | Magistrate Judge: Hon. Peter H. Kang |

The undersigned parties jointly stipulate and agree, subject to the Court's approval, to the following modification of the Court's Order Granting Motion to File Under Seal and Setting Sealing Procedures at Dkt. 341 ("Sealing Protocol") with respect to the filings and exhibits associated with the summary judgment motions set for hearing on April 15, 2026 in *People of the State of California, et al. v. Meta Platforms, Inc., et al.* 4:23-cv-05448.

1.     WHEREAS the State Attorneys General ("State AGs") and Defendant Meta ("Meta") (together "Parties") have conferred about the materials filed by the Parties associated with the summary judgment motions set for hearing on April 15, 2026, including: Meta's Motion for Summary Judgment filed on January 30, 2026; the State AGs' Motion for Partial Summary Judgment filed on January 30, 2026; the State AGs' Opposition to Meta's Motion for Summary Judgment and Cross-Motion for Partial Summary Judgment filed on February 27, 2026; Meta's Opposition to the State AGs' Motion for Partial Summary Judgment filed on February 27, 2026;  Meta's Reply in Support of Motion for Summary Judgment and Opposition to the State AGs' Cross-Motion for Partial Summary Judgment filed on March 27, 2026; and the State AGs' Reply in Support of the State Attorneys General's Motion for Partial Summary Judgment filed on March 27, 2026; and all accompanying exhibits;

2.     WHEREAS, given the volume of materials filed and the need to confer with a third party whose internal document was filed as an exhibit to the State AGs' Opposition to Meta's Motion for Summary Judgment and Cross-Motion for Partial Summary Judgment, the Parties have negotiated the following extension of the conferral and briefing deadlines set forth in the Court's Sealing Protocol with respect to the filings associated with the April 15, 2026 motions:

- April 6-16, 2026: Parties confer on redactions to all materials filed by the Parties in connection with the summary judgment motions set for hearing on April 15, 2026;

- April 17, 2026: Parties file an omnibus sealing stipulation addressing all documents and portions of documents sought to be sealed in connection with the underlying motions;

- April 17, 2026: Each party may file one omnibus motion regarding sealing disputes addressing all disputed documents and information in connection with the underlying motions;

2

- April 24, 2026: Parties file oppositions to omnibus motions on sealing disputes; and

- May 1, 2026: Parties file replies in support of omnibus motions on sealing disputes.

THEREFORE, the foregoing negotiated deadlines shall apply in lieu of those otherwise set in place by the Sealing Protocol.

Respectfully submitted,

DATED: April 2, 2026                                        By:  /s/ Samantha Beckett

**ROB BONTA**
Attorney General
State of California

Nicklas A. Akers (CA SBN 211222)
Senior Assistant Attorney General
Bernard Eskandari (SBN 244395)
Emily Kalanithi (SBN 256972)
Supervising Deputy Attorneys General
Nayha Arora (CA SBN 350467)
Megan O'Neill (CA SBN 343535)
Joshua Olszewski-Jubelirer (CA SBN 336428)
Marissa Roy (CA SBN 318773)
Brendan Ruddy (CA SBN 297896)
Samantha Beckett (CA SBN 308456)
Deputy Attorneys General
California Department of Justice
Office of the Attorney General
455 Golden Gate Ave., Suite 11000
San Francisco, CA 94102-7004
Phone: (415) 510-4400
Fax: (415) 703-5480
Megan.Oneill@doj.ca.gov

*Attorneys for Plaintiff the People of the State of California*

**PHILIP J. WEISER**
Attorney General
State of Colorado

/s/ Krista Batchelder
Krista Batchelder, CO Reg. No. 45066,

3

*pro hac vice*
Deputy Solicitor General
Shannon Stevenson, CO Reg. No. 35542, *pro hac vice*
Solicitor General
Elizabeth Orem, CO Reg. No. 58309, *pro hac vice*
Assistant Attorney General
Colorado Department of Law
Ralph L. Carr Judicial Center
Consumer Protection Section
1300 Broadway, 7th Floor
Denver, CO 80203
Phone: (720) 508-6651
krista.batchelder@coag.gov
Shannon.stevenson@coag.gov
Elizabeth.orem@coag.gov

*Attorneys for Plaintiff State of Colorado, ex rel.
Philip J. Weiser, Attorney General*


**RUSSELL COLEMAN**
Attorney General
Commonwealth of Kentucky

*/s/ Philip Heleringer*
J. Christian Lewis (KY Bar No. 87109),
*Pro hac vice*
Philip Heleringer (KY Bar No. 96748),
*Pro hac vice*
Zachary Richards (KY Bar No. 99209),
*Pro hac vice*
Daniel I. Keiser (KY Bar No. 100264),
*Pro hac vice*
Matthew Cocanougher (KY Bar No. 94292),
*Pro hac vice*
Assistant Attorneys General
1024 Capital Center Drive, Suite 200
Frankfort, KY 40601
CHRISTIAN.LEWIS@KY.GOV
PHILIP.HELERINGER@KY.GOV
ZACH.RICHARDS@KY.GOV
DANIEL.KEISER@KY.GOV
MATTHEW.COCANOUGHER@KY.GOV
Phone: (502) 696-5300
Fax: (502) 564-2698

*Attorneys for Plaintiff the Commonwealth of Kentucky*

**MATTHEW J. PLATKIN**
Attorney General
State of New Jersey

*/s/ Kashif T. Chand*
Kashif T. Chand (NJ Bar No. 016752008),
*Pro hac vice*
Assistant Attorney General
Thomas Huynh (NJ Bar No. 200942017),
*Pro hac vice*
Section Chief, Deputy Attorney General
Alan Leal (NJ Bar No. 438672024),
Patrick J. Misale (NJ Bar No. 401352022),
*Pro hac vice*
Verna J. Pradaxay (NJ Bar No. 335822021),
*Pro hac vice*
Mandy K. Wang (NJ Bar No. 373452021),
*Pro hac vice*
Deputy Attorneys General
New Jersey Office of the Attorney General,
Division of Law
124 Halsey Street, 5th Floor
Newark, NJ 07101
Tel: (973) 648-2052
Kashif.Chand@law.njoag.gov
Thomas.Huynh@law.njoag.gov
Verna.Pradaxay@law.njoag.gov
Mandy.Wang@law.njoag.gov

*Attorneys for Plaintiffs New Jersey Attorney General
and the New Jersey Division of Consumer Affairs
Matthew J. Platkin, Attorney General for the State of
New Jersey, and Elizabeth Harris, Acting Director of
the New Jersey Division of Consumer Affairs*

5

By: /s/  James P. Rouhandeh

**DAVIS POLK & WARDWELL LLP**

James P. Rouhandeh, *pro hac vice*
Antonio J. Perez-Marques, *pro hac vice*
Caroline Stern, *pro hac vice*
Corey M. Meyer, *pro hac vice*
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4000
Facsimile: (212) 701-5800
rouhandeh@davispolk.com
antonio.perez@davispolk.com
caroline.stern@davispolk.com
corey.meyer@davispolk.com

**COVINGTON & BURLING LLP**

Ashley M. Simonsen, SBN 275203
COVINGTON & BURLING LLP
1999 Avenue of the Stars
Los Angeles, CA 90067
Telephone: (424) 332-4800
Facsimile: + 1 (424) 332-4749
Email: asimonsen@cov.com

Phyllis A. Jones, *pro hac vice*
Paul W. Schmidt, *pro hac vice*
COVINGTON & BURLING LLP
One City Center
850 Tenth Street, NW
Washington, DC 20001-4956
Telephone: + 1 (202) 662-6000
Facsimile: + 1 (202) 662-6291
Email: pajones@cov.com

*Attorneys for Defendants Meta Platforms, Inc.;
Instagram, LLC; Meta Payments, Inc.; and Meta
Platforms Technologies, LLC*

META AND STATE AGS' STIPULATION AND [PROPOSED] ORDER TO MODIFY SEALING ORDER WITH RESPECT TO SUMMARY
JUDGMENT MOTIONS SET FOR HEARING ON 4/15/26
4:23-cv-05448-YGR

## **SIGNATURE CERTIFICATION**

Under Civ. L.R. 5-1(i)(3), I, Samantha Beckett, hereby attest that all signatories listed, and on whose behalf the filing is submitted, concur in this filing's content and have authorized this filing.

DATED: April 2, 2026                                    */s/ Samantha Beckett*

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**


DATED:

_____
YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT JUDGE

META AND STATE AGS' STIPULATION AND [PROPOSED] ORDER TO MODIFY SEALING ORDER WITH RESPECT TO SUMMARY
JUDGMENT MOTIONS SET FOR HEARING ON 4/15/26
4:23-cv-05448-YGR