# Exhibit 10

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION


IN RE: SOCIAL MEDIA ADOLESCENT          )   22-MD-03047 YGR
ADDICTION/PERSONAL INJURY               )
PRODUCTS LIABILITY LITIGATION,          )   OAKLAND, CALIFORNIA
_____         )
                                        )   JULY 18, 2025
THIS FILING RELATES TO:                 )
                                        )   PAGES 1-55
ALL ACTIONS.                            )
                                        )
_____         )


TRANSCRIPT OF PROCEEDINGS
BEFORE THE HONORABLE YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT JUDGE


A P P E A R A N C E S:

FOR THE PLAINTIFFS:      LIEFF CABRASER HEIMANN & BERNSTEIN LLP
                         BY:  LEXI J. HAZAM
                         275 BATTERY STREET, 29TH FLOOR
                         SAN FRANCISCO, CALIFORNIA  94111

                         MOTLEY RICE LLC
                         BY:  PREVIN WARREN
                         401 9TH STREET NW, SUITE 630
                         WASHINGTON, D.C.  20004

                 APPEARANCES CONTINUED ON THE NEXT PAGE


OFFICIAL COURT REPORTER:     LEE-ANNE SHORTRIDGE, CSR, CRR
                             CERTIFICATE NUMBER 9595


PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY
TRANSCRIPT PRODUCED WITH COMPUTER

LAWYERS BRING <u>DAUBERTS</u> BECAUSE THEY DON'T AGREE WITH THEIR OPINIONS, AND IT'S JUST NOT -- THAT'S NOT WHAT <u>DAUBERT</u> WAS INTENDED TO ADDRESS.

THEY BRING THEM BECAUSE THEY DON'T AGREE WITH THEM.  THEY BRING THEM BECAUSE IT'S DUPLICATIVE.

THAT IS NOT -- THAT IS NOT THE POINT OF HAVING THIS HEARING ON THESE ISSUES EARLY.  SO MOTIONS UNDER 702(A), (B), OR (C) CAN BE BROUGHT.  THAT'S WHAT I'M LOOKING FOR.

MR. SCHMIDT:  THAT'S WHAT WE INTEND TO FOCUS ON, YOUR HONOR.

THE COURT:  YEAH.  ANY MOTIONS THAT YOU THINK FALL UNDER 702(D) -- AND LAWYERS, YOU KNOW, REFER TO IT AS FIT, THEY DON'T FIT THE CASE -- THOSE WILL NOT BE ALLOWED.

SO YOU MIGHT NOT -- YOU KNOW, YOU DON'T WANT TO WASTE SPACE BECAUSE I'M NOT GOING TO ALLOW THEM.

AND I FREQUENTLY DENY THOSE MOTIONS, EVEN JUST FROM THE BENCH.

YOU'RE ALL SKILLED TRIAL LAWYERS.  IF YOU THINK, EITHER SIDE, THAT YOU'VE GOT SOMEONE WHO CAN -- YOU KNOW, WHOSE OPINION IS PROBATIVE AND THERE'S A BASIS FOR IT AND THEY'RE QUALIFIED TO GIVE IT AND YOU THINK YOU WANT TO ARGUE HOW IT FITS THE FACTS, I'M GOING TO LET YOU ARGUE.

I DON'T REALLY UNDERSTAND WHY THOSE MOTIONS GET BROUGHT, BUT THEY GET BROUGHT OFTEN, AND THAT'S WHY I HAVE THE LIMIT.

I'VE NOT RESORTED TO SOME OF MY COLLEAGUES' APPROACH,