James P. Rouhandeh, *pro hac vice*
Antonio J. Perez-Marques, *pro hac vice*
Caroline Stern, *pro hac vice*
Corey M. Meyer, *pro hac vice*
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4000
Facsimile: (212) 701-5800
Email:   rouhandeh@davispolk.com
         antonio.perez@davispolk.com
         caroline.stern@davispolk.com
         corey.meyer@davispolk.com

*Attorneys for Defendants Meta Platforms, Inc. and Instagram, LLC*

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*People of the State of California, et al. v. Meta Platforms, Inc., et al.* | MDL No. 3047<br><br>Case Nos. 4:22-md-03047-YGR-PHK<br>         4:23-cv-05448-YGR<br><br>**DECLARATION OF ANTONIO PEREZ-MARQUES IN SUPPORT OF META'S OPPOSITION TO THE STATE ATTORNEYS GENERALS' MOTION TO EXCLUDE CERTAIN EXPERT TESTIMONY OF JUSTIN MCCRARY**<br><br>Judge: Hon. Yvonne Gonzalez Rogers<br>Magistrate Judge: Hon. Peter H. Kang |

I, Antonio J. Perez-Marques, declare as follows:

1.      I am a partner with the law firm Davis Polk & Wardwell LLP, counsel of record for Defendants Meta Platforms, Inc. and Instagram, LLC (together, "Meta").  I have personal knowledge of the following facts, and, if called as a witness, I could and would testify competently thereto.

2.      I submit this declaration in support of Meta's Opposition to the State Attorneys Generals' Motion to Exclude Certain Expert Testimony of Justin McCrary, filed concurrently herewith.

3.      Attached hereto as **Exhibit A** is a true and correct copy of relevant excerpts of the transcript of the March 2, 2026 deposition of Carl S. Saba.

4.      Attached hereto as **Exhibit B** is a true and correct copy of relevant excerpts of the Litigation Services Handbook: The Role of the Financial Expert (6th ed. 2017) by Roman L. Weil, Daniel G. Lentz, and Elizabeth A. Evans.

5.      Attached hereto as **Exhibit C** is a true and correct copy of relevant excerpts of the transcript of the March 5, 2026 deposition of Justin McCrary.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 3rd day of April, 2026 in New York, New York.

*/s/ Antonio J. Perez-Marques*

Antonio J. Perez-Marques

1