*[Parties and counsel listed on signature pages]*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION

This Document Relates To:

*Breathitt County Board of Education v. Meta Platforms, Inc., et al.*, Case No.: 4:23-CV-1804

MDL No. 3047

Case No.: 4:22-md-03047-YGR

**JOINT STIPULATION AND [PROPOSED] ORDER ENLARGING TIME TO FILE UPDATED WITNESS LISTS**

Judge: Hon. Yvonne Gonzalez Rogers
Magistrate Judge: Hon. Peter H. Kang

Pursuant to Civil Local Rules 6-1(b), 6-2, and 7-12, the undersigned Parties by and through their counsel of record hereby declare, stipulate, and respectfully request:

1. By stipulation of the Parties and Order of the Court (ECF 2811), the deadline for Parties to file updated witness lists, which will include whether a witness is a "will call" or "may call," and time estimates for each witness, was set for April 6, 2026.

2. The Parties have diligently worked on and met and conferred regarding their updated witness lists, but require a modest enlargement of time to file their respective lists.

3. The Parties have not previously requested an extension to this deadline in the Court's Order Regarding Pretrial Schedule (Breathitt) (ECF 2811).

4. The Parties do not believe that the time modification sought will otherwise have any effect on the schedule for the case, including any other deadlines set forth in prior orders.

5. The Parties have met and conferred and agree, subject to Court approval, to enlarge the time to file their updated witness lists by four (4) days to April 10, 2026.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: _____

_____
YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT JUDGE

Dated:  April 5, 2026                          Respectfully submitted,


*/s/ Lexi J. Hazam*

LEXI J. HAZAM
**LIEFF CABRASER HEIMANN &
BERNSTEIN, LLP**
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone: 415-956-1000
lhazam@lchb.com

PREVIN WARREN
**MOTLEY RICE LLC**
401 9th Street NW Suite 630
Washington DC 20004
Telephone: 202-386-9610
pwarren@motleyrice.com

*Co-Lead Counsel*

MICHAEL M. WEINKOWITZ
**LEVIN SEDRAN & BERMAN, LLP**
510 Walnut Street, Suite 500
Philadelphia, PA 19106
Telephone: 215-592-1500
MWeinkowitz@lfsblaw.com

*Co-chair of School District Committee
Plaintiffs Leadership Committee*

KHALDOUN BAGHDADI
**WALKUP, MELODIA, KELLY &
SCHOENBERGER, LLP**
650 California Street, 26th Fl.
San Francisco, CA 94108
Telephone: 415-981-7210
kbaghdadi@walkuplawoffice.com

JOINT STIPULATION AND [PROPOSED] ORDER
ENLARGING TIME TO FILE UPDATED WITNESS LISTS
4:22-MD-03047-YGR

RONALD E. JOHNSON, JR.
SARAH N. EMERY
**HENDY JOHNSON VAUGHN EMERY PSC**
600 West Main Street, Suite 100
Louisville, KY 40202
Telephone: 859-578-4444
rjohnson@justicestartshere.com
semery@justicestartshere.com

*Attorneys for Plaintiffs Breathitt County Board of Education*

**COVINGTON & BURLING LLP**

*/s/ Ashley M. Simonsen*

ASHLEY M. SIMONSEN (Bar No. 275203)
COVINGTON & BURLING LLP
1999 Avenue of the Stars
Los Angeles, California 90067
Telephone: (424) 332-4800
Facsimile: (424) 332-4749
Email: asimonsen@cov.com

PHYLLIS A. JONES (*pro hac vice*)
PAUL W. SCHMIDT (*pro hac vice*)
CHRISTIAN J. PISTILLI (*pro hac vice*)
COVINGTON & BURLING LLP
One City Center
850 Tenth Street, NW
Washington, DC 20001-4956
Telephone: (202) 662-6000
Facsimile: (202) 662-6291
Email: pajones@cov.com
Email: pschmidt@cov.com
Email: cpistilli@cov.com

*Attorneys for Defendants Meta Platforms, Inc. f/k/a Facebook, Inc.; and Instagram, LLC*

- 4 -

**WILLIAMS & CONNOLLY LLP**

*/s/ Joseph G. Petrosinelli*
JOSEPH G. PETROSINELLI, *pro hac vice*
jpetrosinelli@wc.com
ASHLEY W. HARDIN, *pro hac vice*
ahardin@wc.com
J. ANDREW KEYES, *pro hac vice*
akeyes@wc.com
NEELUM J. WADHWANI (SBN 247948)
nwadhwani@wc.com
WILLIAMS & CONNOLLY LLP
680 Maine Avenue SW
Washington, DC 20024
Tel.: (202) 434-5000

*Attorneys for Defendants YouTube, LLC and Google LLC*

**KING & SPALDING LLP**

*/s/ Geoffrey M. Drake*
GEOFFREY M. DRAKE, *pro hac vice*
gdrake@kslaw.com
TACARA D. HARRIS, pro hac vice
*tharris@kslaw.com*
KING & SPALDING LLP
1180 Peachtree Street, NE, Suite 1600
Atlanta, GA 30309
Telephone: (404) 572-4600
Facsimile: (404) 572-5100

DAVID P. MATTERN, *pro hac vice*
dmattern@kslaw.com
KING & SPALDING LLP
1700 Pennsylvania Avenue, NW
Suite 900
Washington, D.C. 20006
Telephone: (202) 737-0500
Facsimile: (202) 626-3737

JOINT STIPULATION AND [PROPOSED] ORDER
ENLARGING TIME TO FILE UPDATED WITNESS LISTS
4:22-MD-03047-YGR

BAILEY J. LANGNER (SBN 307753)
*blangner@kslaw.com*
KING & SPALDING LLP
50 California Street, Suite 3300
San Francisco, CA 94111
Telephone: (415) 318-1200
Facsimile: (415) 318-1300

*Attorneys for Defendants TikTok Inc., ByteDance Inc., ByteDance Ltd., TikTok Ltd., and TikTok, LLC*

**MUNGER, TOLLES & OLSON LLP**

*/s/ Jonathan H. Blavin*
JONATHAN H. BLAVIN (State Bar No. 230269)
Jonathan.Blavin@mto.com
MUNGER, TOLLES & OLSON LLP
560 Mission Street, 27th Floor
San Francisco, CA 94105
Tel: (415) 512-4000

VICTORIA A. DEGTYAREVA (State Bar No. 284199)
Victoria.Degtyareva@mto.com
MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue, 50th Floor
Los Angeles, CA 90071
Tel.: (213) 683-9100
Facsimile: (213) 687-3702

- 6 -

**KIRKLAND & ELLIS LLP**

/s/ Allison Brown
ALLISON BROWN, *pro hac vice*
alli.brown@kirkland.com
KIRKLAND & ELLIS LLP
2005 Market Street, Suite 1000
Philadelphia, PA 19103
Tel.: (215) 268-5000

JESSICA DAVIDSON, *pro hac vice*
jessica.davidson@kirkland.com
JOHN J. NOLAN, *pro hac vice*
jack.nolan@kirkland.com
KIRKLAND & ELLIS LLP
601 Lexington Avenue New York, NY 10022
Tel.: (212) 446-4800

*Attorneys for Defendant Snap Inc.*

JOINT STIPULATION AND [PROPOSED] ORDER
ENLARGING TIME TO FILE UPDATED WITNESS LISTS
4:22-MD-03047-YGR

## **ATTESTATION**

I, Lexi J. Hazam, hereby attest, pursuant to N.D. Cal. Civil L.R. 5-1, that the concurrence to the filing of this document has been obtained from each signatory hereto.

Dated:  April 5, 2026                    By:    */s/ Lexi J. Hazam*

3466302.1

JOINT STIPULATION AND [PROPOSED] ORDER
ENLARGING TIME TO FILE UPDATED WITNESS LISTS
4:22-MD-03047-YGR