[*Parties and counsel listed on signature pages*]

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates To:<br><br><br>*Breathitt County Board of Education v. Meta Platforms, Inc., et al.* | MDL No. 3047<br><br>Case Nos. 4:22-md-03047-YGR<br>          4:23-cv-04659-YGR<br><br>**PARTIES' SECOND AMENDED JOINT SUBMISSION OF EXEMPLAR DEPOSITION DESIGNATION DISPUTES**<br>Judge: Hon. Yvonne Gonzalez Rogers<br>Magistrate Judge: Hon. Peter H. Kang |

In accordance with Section 3(f) of the Court's Standing Order re: Pretrial Instructions in Civil Cases (last updated March 17, 2025) and the Court's Pretrial Schedule (Dkt. 2811 at 2), the parties jointly submit this second amended list of exemplar deposition designations.  On each of the following pages, Plaintiff's priority designations appear in the first table, and Defendants' priority designations appear in the second table.  This amended submission supersedes the Parties' Joint Submission of Exemplar Deposition Designation Disputes (Dkt. 2847), filed on March 16, 2026.

On March 11, 2026, the parties submitted to the Court highlighted deposition transcripts for each of the exemplar depositions in the pages below.  Those transcripts are highlighted using the following color-coding key:

| Designation Type | Highlighting |
|---|---|
| Plaintiff's Affirmative Designation | Yellow |
| Plaintiff's Counter-Designation | Green |
| Defendants' Affirmative Designation | Blue |
| Defendants' Counter-Designation | Orange |

**Kera Howard, Guidance Counselor for Breathitt High School**
**Current Employee, 30(b)(6) Representative**

| No. | Designation in Dispute | Legal Objection |
|---|---|---|
| 1 | 21:23-22:2 | Relevance; Prejudicial; Outside scope of 30(b)(6) |
| 2 | 25:9-13 | Relevance; Prejudicial; Outside scope of 30(b)(6); incomplete |
| 3 | 77:6-8 | Relevance; Prejudicial; Outside scope of 30(b)(6) |
| 4 | 90:8-21 | Object to 90:16-21 as improper lay opinion; foundation; speculation |
| 5 | 98:19-99:2 | Speculation; Foundation; Outside scope of 30(b)(6) |
| 6 | 140:15-24 | Contrary to Court Orders (ECF 1267 at 13-14; ECF 2728 at 3-5) and Section 230; Relevance; Prejudicial |
| 7 | 152:7-24 | Foundation; Speculation; Vague as to what social media platform is being described |

| No. | Designation in Dispute | Legal Objection |
|---|---|---|
| 1 | 11:18–11:20 | Outside scope of 30b6, Relevance, Prejudicial |
| 2 | 53:6–53:10 | Outside scope of 30b6, Relevance, Prejudicial |
| 3 | 99:25–100:1 (starting with "Do") | Relevance, Prejudicial |

**Phillip Watts, Superintendent (Breathitt)**
**Current Employee, 30(b)(6) Representative**

| No. | Designation in Dispute | Legal Objection |
|---|---|---|
| 1 | 23:19-22; 24:7-25; 25:7-11; 25:25-26:8 | Improper Lay Opinions, FRE 701, 403, 602, 802 |
| 2 | 31:13-22 | Improper Lay Opinions,701, 403, 802 |
| 3 | 53:7-54:8; 54:12-57:18 | Relevance; 403; Subject to MIL No. 1 |
| 4 | 58:23-60:25 | Relevance; 403; Subject to MIL No. 1 |
| 5 | 62:3-63:11 | 701, 403 |
| 6 | 67:20-25 | Relevance; 403; Subject to MIL No. 1 |
| 7 | 68:13-69:13 | 802 |
| 8 | 71:23-72:16 | 802 |
| 9 | 75:18-76:15 | Relevance; 403; Speculation; Subject to MIL No. 3 |

| No. | Designation in Dispute | Legal Objection |
|---|---|---|
| 1 | 46:19–47:23 | Non-responsive |
| 2 | 66:15–66:24 | Non-responsive, improper lay witness opinion, prejudicial, speculation |
| 3 | 73:15–73:18 (starting with "Based on what") | Foundation, improper lay witness opinion, hearsay |
| 4 | 96:12-97:12 | Relevance; 403; Subject to MIL |

-2-

**Reid Watson, Group Product Manager (YouTube)**
**Current Employee, Personal Capacity**

| No. | Designation in Dispute | Legal Objection |
|---|---|---|
| 1 | 69:14-17; 69:24-70:5; 70:6-12; 70:21-23; 71:13-18; 72:1-10; 73:3-7 | Foundation (69:14-17, 70:21-23); FRE 403 (70:21-23); Hearsay (71:13-18, 72:1-10, 73:3-7) |
| 2 | 131:11-23; 132:7-22; 132:25-133:4; 135:3-11; 136:25-137:12 | Hearsay (all); Foundation (132:17-22, 132:25-133:4, 137:9-12) |
| A | *See, for context* | 34:5-8; 34:17-24; 127:3-5; 128:5-12; 128:13-18 |
| 3 | 232:16-17; 233:6-12; 233:23-234:11; 236:13-238:1; 238:19-239:12 | Hearsay (all); Speculation (236:13-238:1, 238:19-239:12); Barred by § 230, ECF 1267 at 13–14, ECF 2728 at 3–5 (all) |
| 4 | 271:9-10; 271:21-272:4; 276:13-277:4; 277:6-278:22 | Hearsay (271:21-24; 276:13-277:4; 277:6-278:22); Foundation (271:21-24; 276:13-277:4; 277:6-278:22); Barred by § 230, ECF 1267 at 13–14, ECF 2728 at 3–5 (all); Speculation (278:12-22) |
| A | *See, for context* | *Plaintiff's context*: 34:5-8; 34:17-24; 271:21-272:4 *YouTube's context*: 271:15–21 |
| 5 | 302:9-12; 302:16-303:12; 304:2-23; 305:1-15; 308:2-9; 308:14-15; 308:18-309:16; 309:19-21; 313:16-22 | FRE 403 (all except 308:2-9); Barred by § 230, ECF 1267 at 13–14, ECF 2728 at 3–5 (all); Foundation (305:1-15); Hearsay (all except 313:16-22) |
| 6 | 426:5-14; 426:17-20; 427:3-8; 427:11-20; 427:22-428:11; 428:13-429:9; 430:1-4; 430:13 | Not a permissible counter under Rule 32(a)(6) and FRE 106; Leading |

| No. | Designation in Dispute | Legal Objection |
|---|---|---|
| 1 | 70:21–23; 71:13–18; 72:1–10 | Foundation (70:21–23); FRE 403 (70:21–23); Hearsay (reading into record) (71:13–18, 72:1–10) |
| A | *See, for context* | 71:9–12; Watson Dep. Ex. 5 |
| 2 | 89:8–90:10 | Hearsay (reading into record) |
| 3 | 140:17–141:3; 141:6–8 | Hearsay/Foundation (reading into record); Speculation |
| 4 | 161:20-162:3 | Hearsay/Foundation (reading into record); FRE 403 |
| 5 | 180:1-11 | Hearsay/Foundation (reading into record); FRE 403 |
| 6 | 219:25–220:23 | Hearsay/Foundation (reading into record); FRE 403 |
| 7 | 231:9–15 | Assumes Facts; Hearsay (reading into record); Barred by § 230, ECF 1267 at 13–14, ECF 2728 at 3–5; FRE 403 |
| A | *See, for context* | 230:9–10, 230:15–22 |
| 8 | 284:23–285:6 | Hearsay/Foundation (reading into record); Barred by § 230, ECF 1267 at 13–14, ECF 2728 at 3–5; FRE 403 |
| 9 | 378:1–4 | Foundation (no testimony designated) |
| 10 | 417:22–418:15 | Foundation; Hearsay |
| A | *See, for context* | 417:8–9, 417:13-21, 418:16-22 |

-3-

**Darius Kilstein, Data Science Director (Meta)**
**Current Employee, Personal Capacity**

| No. | Designation in Dispute | Legal Objection |
|---|---|---|
| 2 | 252:17-18; 253:3-20 | Prejudicial; Hearsay; Improper opinion of lay witness |
| 3 | 254:8-10; 255:10-13 | Prejudicial; Hearsay; Improper opinion of lay witness |
| 4 | 255:20-256:8 | Prejudicial; Hearsay; Improper opinion of lay witness |
| 5 | 256:9-11; 260:1 | Prejudicial; Hearsay; Improper opinion of lay witness; Improper use of exhibit (playing clip without question) |
| 6 | 266:24-267:6 | Prejudicial; Hearsay; Improper opinion of lay witness |
| A | *See, for context* | 267:7-14 |
| 7 | 269:14-271:24 | Prejudicial; Hearsay; Improper opinion of lay witness |
| 8 | 274:5-276:1 | Prejudicial; Hearsay; Improper opinion of lay witness |
| 9 | 276:5-278:10 | Prejudicial; Hearsay; Improper opinion of lay witness |
| 10 | 563:2-5; 563:7; 563:9-13 | Rule 32(a)(6); FRE 106; Foundation; Speculation. |
| 11 | 572:22-24; 573:1-10 | Rule 32(a)(6); FRE 106; Leading; Vague. |
| 12 | 584:22; 585:10-12 | Rule 32(a)(6); FRE 106; Hearsay. |
| 13 | 586:7-11; 587:13-20; 587:23-25 | Rule 32(a)(6); FRE 106; Hearsay; Foundation; Calls for Speculation; Improper Opinion Testimony. |

| No. | Designation in Dispute | Legal Objection |
|---|---|---|
| 1 | 397:2–397:4 | Prejudicial; Improper opinion of lay witness |
| 2 | 407:13–407:13 | Prejudicial; Hearsay; Foundation |
| 3 | 407:15–407:15 | " |
| 4 | 407:17–407:18 | " |
| 5 | 407:20–407:20 | " |
| 6 | 408:17–408:24 | " |
| 7 | 409:1–409:1 | " |
| 8 | 412:15–412:15 | " |
| 9 | 412:20–412:24 | " |
| 10 | 413:1–413:1 | " |
| 11 | 414:22–415:3 | Prejudicial; Hearsay; Foundation; Improper opinion of lay witness |
| 12 | 415:5–415:6 | " |
| 13 | 415:8–415:10 | " |
| 14 | 416:4–416:20 | Prejudicial; Hearsay; Mischaracterization; Improper opinion of lay witness |
| 15 | 420:10–420:12 | " |
| 16 | 420:14–420:16 | " |

**Amy Ulucay Classen, Head of Minor Safety (TikTok)**
**Former Employee, Personal Capacity (2/5/2025 and 2/10/2025)**

| No. | Designation in Dispute | Legal Objection |
|---|---|---|
| 1 | 49:25-50:14; 58:17-58:21 | Relevance; Prejudicial; Improper lay opinion |
| A | *See, for context* | 28:2-14 |
| 2 | 121:4-121:13 | Relevance; Prejudicial |
| A | *See, for context* | 28:10-14 |
| 3 | 158:21-159:1 | Relevance; Prejudicial; Foundation; Assumes facts; Improper lay opinion |
| 4 | 168:8-19 | Relevance; Prejudicial; Foundation; Hearsay |
| 5 | 179:4-7 | Relevance; Prejudicial; Cumulative (227:15-19) |
| 6 | 227:1-228:11; 228:19-229:12; 230:9-230:16; 231:2-10; 231:15-232:10 | Relevance; Prejudicial; Violates Court's Order re Protected Features (*See* Order Denying Motion for Summary Judgment, ECF 2728 at 3-4) |
| 7 | 235:18-23; 236:3-16 | Relevance; Prejudicial; Violates Court's Order re Protected Features (*See* Order Denying Motion for Summary Judgment, ECF 2728 at 3-4) |
| A | *See, for context* | 235:18-23 |
| 8 | 239:19-23 | Relevance; Prejudicial; Violates Court's Order re Protected Features (*See* Order Denying Motion for Summary Judgment, ECF 2728 at 3-4) |
| 9 | 319:2-11; 319:18-22; 319:25-320:9 | Relevance; Prejudicial; Violates Court's Order re Protected Features (*See* Order Denying Motion for Summary Judgment, ECF 2728 at 3-4) |
| 10 | 371:9-16; 371:18-22; 371:24-372:3; 372:5-11; 372:13-15 | Relevance; Prejudicial; Violates Court's Order re Protected Features (*See* Order Denying Motion for Summary Judgment, ECF 2728 at 3-4); Assumes facts; Foundation |

| No. | Designation in Dispute | Legal Objection |
|---|---|---|
| 1 | 63:25-64:08; 65:8-9; 65:11-22; 65:24-25 | Relevance; Prejudicial; Assumes facts; Foundation; Improper lay witness opinion |
| 2 | 78:25-79:1; 81:15-20; 82:14-18; 83:8-83:10; 86:22-87:01; 89:22-90:4 | Foundation; Relevance; Prejudicial; Violates Court's Order re Protected Features (*See* Order Denying Motion for Summary Judgment, ECF 2728 at 3-4); Improper lay witness opinion |
| 3 | 91:20-92:14 | Relevance; Prejudicial; |
| 4 | 161:23-25; 164:12-165:18 | Relevance; Prejudicial; Foundation; Hearsay; Misstates the document |
| 5 | 279:1-2; 281:10-20; 284:16-286:22; 286:24-287:2 | Foundation/Assumes Facts/Improper Lay Opinion |
| 6 | 290:4-20 | Relevance; Prejudicial |
| 7 | 313:22-314:7; 314:23-315:8 | Relevance; Prejudicial; Violates Court's Order re Protected Features (*See* Order Denying Motion for Summary Judgment, ECF 2728 at 3-4) |

**Jennifer Park Stout, Global Policy & Platform Operations (Snap)**
**Current Employee, Personal Capacity**

| No. | Designation in Dispute | Legal Objection |
|---|---|---|
| 1 | 220:2-221:3; 221:6-222:17; 222:20-223:8 | Assumes facts; foundation; hearsay; relevance; prejudicial; speculation; improper lay opinion; Barred by Section 230 / First Amendment |
| A | *See, for context* | 69:16-25; 70:7-15 |
| 2 | 270:1-16; 270:19-271:10; 271:13-17 | Personal knowledge; assumes facts; foundation; relevance; prejudicial; improper lay opinion; Barred by Section 230 / First Amendment |
| A | *See, for context* | 263:18-23; 264:1-15 |
| 3 | 273:13-18; 273:21-274:18; 274:21-275:2 | Impermissible counter designation under Rule 32(a)(6) and FRE 106 |
| 4 | 281:19-283:19; 283:22-284:1 | Assumes facts; foundation; relevance; prejudicial; improper lay opinion; Barred by Section 230 / First Amendment. Additional objection as to 282:23-25, 283:4-6, 10-11: Hearsay |
| A | *See, for context* | 278:6-10; 278:13-279:9 |
| 5 | 306:20-307:7; 307:10-308:2; 308:6-308:9; 309:11-15; 309:18-21 | Assumes facts; Foundation; Relevance; Prejudicial; Improper lay opinion; Barred by Section 230 / First Amendment |
| 6 | 310:12-20; 311:2-25 | Impermissible counter designation under Rule 32(a)(6) and FRE 106 |
| 7 | 875:18-880:12; 880:14-881:5; 881:7-882:17; 882:19-883:14 | Impermissible counter designation under Rule 32(a)(6) and FRE 106 |

| No. | Designation in Dispute | Legal Objection |
|---|---|---|
| 1 | 129:4-129:21 | Relevance; Prejudicial |
| 2 | 210:13-212:8 | Hearsay; Relevance; Prejudicial; Improper lay witness opinion; Barred by Section 230 / First Amendment |
| 3 | 263:20-263:23; 264:1-264:15 | Personal knowledge; Assumes facts; Foundation; Relevance; Prejudicial; Improper lay witness opinion; Barred by Section 230 / First Amendment |
| 4 | 318:17-318:21; 318:24-320:23 | Relevance; Prejudicial; Barred by Section 230 / First Amendment |
| 5 | 338:3-338:6; 338:9; 338:12-338:21; 338:24-339:8 | Foundation; Relevance; Prejudicial; Barred by Section 230 / First Amendment |
| 6 | 364:9-365:3; 365:21-365:22; 366:2-366:9; 366:25-367:21 | Relevance; Prejudicial; Barred by Section 230 / First Amendment |
| 7 | 376:15-377:10; 379:4-379:17 | Relevance; Prejudicial; Barred by Section 230 / First Amendment |

Respectfully submitted,

DATED: April 7, 2026

WILLIAMS & CONNOLLY LLP
By: */s/ Neelum J. Wadhwani*
Ashley W. Hardin, *pro hac vice*
ahardin@wc.com
J. Andrew Keyes, *pro hac vice*
akeyes@wc.com
Neelum J. Wadhwani (SBN 247948)
nwadhwani@wc.com
WILLIAMS & CONNOLLY LLP
680 Maine Avenue, SW
Washington, DC 20024
Telephone.: (202) 434-5000
Facsimile: (202) 434-5029

*Attorneys for Defendants YouTube, LLC and Google LLC*


MUNGER, TOLLES & OLSON LLP
By: */s/ Jonathan H. Blavin*
JONATHAN H. BLAVIN (SBN 230269)
Jonathan.Blavin@mto.com
MUNGER, TOLLES & OLSON LLP
560 Mission Street, 27th Floor
San Francisco, CA 94105
Tel: (415) 512-4000

E. MARTIN ESTRADA (SBN 223802)
Martin.Estrada@mto.com
L. ASHLEY AULL (SBN 257020)
Ashley.Aull@mto.com
VICTORIA A. DEGTYAREVA (SBN 284199)
Victoria.Degtyareva@mto.com
MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue, 50th Floor
Los Angeles, CA 90071
Tel.: (213) 683-9100

ALLISON BROWN (*pro hac vice*)
alli.brown@kirkland.com
KIRKLAND & ELLIS LLP
2005 Market Street, Suite 1000
Philadelphia, PA 19103
Tel.: (215) 268-5000

-7-

JESSICA DAVIDSON (*pro hac vice*)
jessica.davidson@kirkland.com
JOHN J. NOLAN (*pro hac vice*)
jack.nolan@kirkland.com
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, NY 10022
Tel.: (212) 446-4800

*Attorneys for Defendant Snap Inc.*


COVINGTON & BURLING LLP
By:  */s/ Ashley M. Simonsen*
Ashley M. Simonsen, SBN 275203
COVINGTON & BURLING LLP
1999 Avenue of the Stars
Los Angeles, CA 90067
Telephone: (424) 332-4800
Facsimile: + 1 (424) 332-4749
Email: asimonsen@cov.com

Phyllis A. Jones, *pro hac vice*
Paul W. Schmidt, *pro hac vice*
COVINGTON & BURLING LLP
One City Center
850 Tenth Street, NW
Washington, DC 20001-4956
Telephone: + 1 (202) 662-6000
Facsimile: + 1 (202) 662-6291
Email: pajones@cov.com


DAVIS POLK & WARDWELL LLP
By:  */s/ James P. Rouhandeh*
James P. Rouhandeh, *pro hac vice*
Antonio J. Perez-Marques, *pro hac vice*
Caroline Stern, *pro hac vice*
Corey M. Meyer, *pro hac vice*
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4000
Facsimile: (212) 701-5800
rouhandeh@davispolk.com
antonio.perez@davispolk.com
caroline.stern@davispolk.com
corey.meyer@davispolk.com

-8-

*Attorney for Defendants Meta Platforms, Inc. f/k/a Facebook, Inc.; Facebook Holdings, LLC; Facebook Operations, LLC; Facebook Payments, Inc.; Facebook Technologies, LLC; Instagram, LLC; Siculus, Inc.; and Mark Elliot Zuckerberg*

KING & SPALDING LLP
By: */s/ Geoffrey M. Drake*
Geoffrey M. Drake, *pro hac vice*
TaCara D. Harris, *pro hac vice*
1180 Peachtree Street, NE, Suite 1600
Atlanta, GA 30309-3521
Telephone: (404) 572-4600
Facsimile: (404) 572-5100
Email: gdrake@kslaw.com
        tharris@kslaw.com

David P. Mattern, *pro hac vice*
KING & SPALDING LLP
1700 Pennsylvania Avenue, NW, Suite 900
Washington, DC 20006-4707
Telephone: (202) 737-0500
Facsimile: (202) 626-3737
Email: dmattern@kslaw.com

Bailey J. Langner (SBN 307753)
KING & SPALDING LLP
50 California Street, Suite 3300
San Francisco, CA 94111
Telephone: (415) 318-1200
Facsimile: (415) 318-1300
Email: blangner@kslaw.com

*Attorneys for Defendants TikTok Inc., ByteDance Inc., TikTok Ltd., ByteDance Ltd., and TikTok LLC*

By:  */s/ James Bilsborrow*

Lexi J. Hazam
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
275 Battery Street, 29t1h Floor
San Francisco, CA 94111-3339

-9-

Telephone: 415-956-1000
lhazam@lchb.com

Previn Warren
MOTLEY RICE LLC
401 9th Street NW Suite 630
Washington DC 20004
Telephone: 202-386-9610
pwarren@motleyrice.com

*Plaintiffs' Co-Lead Counsel*

Ronald E. Johnson, Jr.
Sarah Emery
HENDY JOHNSON VAUGHN EMERY PSC
600 West Main Street, Suite 100
Louisville, KY 40202
Telephone: 859-578-4444
rjohnson@justicestartshere.com
semery@justicestartshere.com

*Counsel for Breathitt*

James Bilsborrow
WEITZ & LUXENBERG, PC
700 Broadway
New York, New York 10003
Telephone: 212-558-5500
jbilsborrow@weitzlux.com

*Plaintiffs Steering Committee Leadership*

## **ATTESTATION**

I, Neelum J. Wadhwani, hereby attest, pursuant to N.D. Cal. Civil L.R. 5-1, that the concurrence to the filing of this document has been obtained from each signatory hereto.


Dated: April 7, 2026

By: */s/ Neelum J. Wadhwani*