UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

IN RE: SOCIAL MEDIA ADOLESCENT
ADDICTION/PERSONAL INJURY
PRODUCTS LIABILITY LITIGATION

This Document Relates To:


*Breathitt County Board of Education v. Meta
Platforms, Inc., et al.*

MDL No. 3047

Case Nos. 4:22-md-03047-YGR
          4:23-cv-04659-YGR

**[PROPOSED] ORDER REGARDING
PARTIES' SECOND AMENDED JOINT
SUBMISSION OF EXMPLAR
DEPOSITION DESIGNATION DISPUTES**

Judge: Hon. Yvonne Gonzalez Rogers
Magistrate Judge: Hon. Peter H. Kang

-ii-

Upon consideration of the Parties' Second Amended Joint Submission of Exemplar Deposition Disputes (the "Joint Submission"), the transcripts and exhibits submitted in support thereof, and arguments of counsel presented in this Court regarding the Joint Submission, it is HEREBY ORDERED as follows:

**Kera Howard, Guidance Counselor for Breathitt High School**
**Current Employee, 30(b)(6) Representative**

**A. Plaintiffs' Priority Designations**

| No. | Designation in Dispute | Court's Ruling |
|-----|------------------------|----------------|
| 1 | 21:23-22:2 | |
| 2 | 25:9-13 | |
| 3 | 77:6-8 | |
| 4 | 90:8-21 | |
| 5 | 98:19-99:2 | |
| 6 | 140:15-24 | |
| 7 | 152:7-24 | |

**B. Defendants' Priority Designations**

| No. | Designation in Dispute | Court's Ruling |
|-----|------------------------|----------------|
| 1 | 11:18–11:20 | |
| 2 | 53:6–53:10 | |
| 3 | 99:25–100:1 (starting with "Do") | |

-1-

**Phillip Watts, Superintendent (Breathitt)**
**Current Employee, 30(b)(6) Representative**

**A.  Plaintiffs' Priority Designations**

| No. | Designation in Dispute | Court's Ruling |
|-----|------------------------|----------------|
| 1 | 23:19-22; 24:7-25; 25:7-11; 25:25-26:8 | |
| 2 | 31:13-22 | |
| 3 | 53:7-54:8; 54:12-57:18 | |
| 4 | 58:23-60:25 | |
| 5 | 62:3-63:11 | |
| 6 | 67:20-25 | |
| 7 | 68:13-69:13 | |
| 8 | 71:23-72:16 | |
| 9 | 75:18-76:15 | |

**B.  Defendants' Priority Designations**

| No. | Designation in Dispute | Court's Ruling |
|-----|------------------------|----------------|
| 1 | 46:19–47:23 | |
| 2 | 66:15–66:24 | |
| 3 | 73:15–73:18 (starting with "Based on what") | |
| 4 | 96:12-97:12 | |

-2-

**Reid Watson, Group Product Manager (YouTube)**
**Current Employee, Personal Capacity**

## A.  Plaintiffs' Priority Designations

| No. | Designation in Dispute | Court's Ruling |
|---|---|---|
| 1 | 69:14-17; 69:24-70:5; 70:6-12; 70:21-23; 71:13-18; 72:1-10; 73:3-7 | |
| 2 | 131:11-23; 132:7-22; 132:25-133:4; 135:3-11; 136:25-137:12 | |
| 3 | 232:16-17; 233:6-12; 233:23-234:11; 236:13-238:1; 238:19-239:12 | |
| 4 | 271:9-10; 271:21-272:4; 276:13-277:4; 277:6-278:22 | |
| 5 | 302:9-12; 302:16-303:12; 304:2-23; 305:1-15; 308:2-9; 308:14-15; 308:18-309:16; 309:19-21; 313:16-22 | |
| 6 | 426:5-14; 426:17-20; 427:3-8; 427:11-20; 427:22-428:11; 428:13-429:9; 430:1-4; 430:13 | |

## B.  Defendants' Priority Designations

| No. | Designation in Dispute | Court's Ruling |
|---|---|---|
| 1 | 70:21–23; 71:13–18; 72:1–10 | |
| 2 | 89:8–90:10 | |
| 3 | 140:17–141:3; 141:6–8 | |
| 4 | 161:20-162:3 | |
| 5 | 180:1-11 | |
| 6 | 219:25–220:23 | |
| 7 | 231:9–15 | |
| 8 | 284:23–285:6 | |
| 9 | 378:1–4 | |
| 10 | 417:22–418:15 | |

-3-

**Darius Kilstein, Data Science Director (Meta)**
**Current Employee, Personal Capacity**

### A.  Plaintiffs' Priority Designations

| No. | Designation in Dispute | Court's Ruling |
|-----|------------------------|----------------|
| 2 | 252:17-18; 253:3-20 | |
| 3 | 254:8-10; 255:10-13 | |
| 4 | 255:20-256:8 | |
| 5 | 256:9-11; 260:1 | |
| 6 | 266:24-267:6 | |
| 7 | 269:14-271:24 | |
| 8 | 274:5-276:1 | |
| 9 | 276:5-278:10 | |
| 10 | 563:2-5; 563:7; 563:9-13 | |
| 11 | 572:22-24; 573:1-10 | |
| 12 | 584:22; 585:10-12 | |
| 13 | 586:7-11; 587:13-20; 587:23-25 | |

### B.  Defendants' Priority Designations

| No. | Designation in Dispute | Court's Ruling |
|-----|------------------------|----------------|
| 1 | 397:2–397:4 | |
| 2 | 407:13–407:13 | |
| 3 | 407:15–407:15 | |
| 4 | 407:17–407:18 | |
| 5 | 407:20–407:20 | |
| 6 | 408:17–408:24 | |
| 7 | 409:1–409:1 | |
| 8 | 412:15–412:15 | |
| 9 | 412:20–412:24 | |
| 10 | 413:1–413:1 | |
| 11 | 414:22–415:3 | |
| 12 | 415:5–415:6 | |
| 13 | 415:8–415:10 | |
| 14 | 416:4–416:20 | |
| 15 | 420:10–420:12 | |
| 16 | 420:14–420:16 | |

-4-

**Amy Ulucay Classen, Head of Minor Safety (TikTok)**
**Former Employee, Personal Capacity (2/5/2025 and 2/10/2025)**

### A.  Plaintiffs' Priority Designations

| No. | Designation in Dispute | Court's Ruling |
|---|---|---|
| 1 | 49:25-50:14; 58:17-58:21 | |
| 2 | 121:4-121:13 | |
| 3 | 158:21-159:1 | |
| 4 | 168:8-19 | |
| 5 | 179:4-7 | |
| 6 | 227:1-228:11; 228:19-229:12; 230:9-230:16; 231:2-10; 231:15-232:10 | |
| 7 | 235:18-23; 236:3-16 | |
| 8 | 239:19-23 | |
| 9 | 319:2-11; 319:18-22; 319:25-320:9 | |
| 10 | 371:9-16; 371:18-22; 371:24-372:3; 372:5-11; 372:13-15 | |

### B.  Defendants' Priority Designations

| No. | Designation in Dispute | Court's Ruling |
|---|---|---|
| 1 | 63:25-64:08; 65:8-9; 65:11-22; 65:24-25 | |
| 2 | 78:25-79:1; 81:15-20; 82:14-18; 83:8-83:10; 86:22-87:01; 89:22-90:4 | |
| 3 | 91:20-92:14 | |
| 4 | 161:23-25; 164:12-165:18 | |
| 5 | 279:1-2; 281:10-20; 284:16-286:22; 286:24-287:2 | |
| 6 | 290:4-20 | |
| 7 | 313:22-314:7; 314:23-315:8 | |

[PROPOSED] ORDER REGARDING PARTIES' JOINT SUBMISSION OF EXEMPLAR DEPOSITION DESIGNATION DISPUTES
CASE NOS. 4:23-CV-04659-YGR / 4:22-MD-03047-YGR

**Jennifer Park Stout, Global Policy & Platform Operations (Snap)**
**Current Employee, Personal Capacity**

### A.  Plaintiffs' Priority Designations

| No. | Designation in Dispute | Court's Ruling |
|-----|------------------------|----------------|
| 1 | 220:2-221:3; 221:6-222:17; 222:20-223:8 | |
| 2 | 270:1-16; 270:19-271:10; 271:13-17 | |
| 3 | 273:13-18; 273:21-274:18; 274:21-275:2 | |
| 4 | 281:19-283:19; 283:22-284:1 | |
| 5 | 306:20-307:7; 307:10-308:2; 308:6-308:9; 309:11-15; 309:18-21 | |
| 6 | 310:12-20; 311:2-25 | |
| 7 | 875:18-880:12; 880:14-881:5; 881:7-882:17; 882:19-883:14 | |

### B.  Defendants' Priority Designations

| No. | Designation in Dispute | Court's Ruling |
|-----|------------------------|----------------|
| 1 | 129:4-129:21 | |
| 2 | 210:13-212:8 | |
| 3 | 263:20-263:23; 264:1-264:15 | |
| 4 | 318:17-318:21; 318:24-320:23 | |
| 5 | 338:3-338:6; 338:9; 338:12-338:21; 338:24-339:8 | |
| 6 | 364:9-365:3; 365:21-365:22; 366:2-366:9; 366:25-367:21 | |
| 7 | 376:15-377:10; 379:4-379:17 | |

-6-

**IT IS SO ORDERED.**


DATED: _____         _____
                                   Hon. Yvonne Gonzalez Rogers
                                   United States District Judge

[PROPOSED] ORDER REGARDING PARTIES' JOINT SUBMISSION OF EXEMPLAR DEPOSITION DESIGNATION DISPUTES
CASE NOS. 4:23-CV-04659-YGR / 4:22-MD-03047-YGR