IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION | MDL No. 3047 |
| THIS DOCUMENT RELATES TO: | Case Nos. 4:22-md-03047-YGR-PHK |
| 4:23-cv-05448 | **[PROPOSED] ORDER GRANTING STATE ATTORNEYS GENERAL'S MOTION TO EXCLUDE TESTIMONY OF BRYCE BARTLETT** |
| | Judge: Hon. Yvonne Gonzalez Rogers |
| | Magistrate Judge: Hon. Peter H. Kang |

The State Attorneys' Generals Motion to Exclude Testimony of Bryce Bartlett is granted. Bryce Bartlett is excluded from testifying as a witness

DATED: _____          JUDGE: _____

Hon. Judge Yvonne Gonzalez Rogers