[*Submitting Counsel on Signature Page*]

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION | MDL No. 3047 |
| | Case Nos. 4:22-md-03047-YGR-PHK |
| THIS DOCUMENT RELATES TO: | **DECLARATION OF KRISTA BATCHELDER IN SUPPORT OF STATE ATTORNEYS GENERAL'S MOTION TO EXCLUDE TESTIMONY OF BRYCE BARTLETT** |
| 4:23-cv-05448 | |
| | Judge: Hon. Yvonne Gonzalez Rogers |
| | Magistrate Judge: Hon. Peter H. Kang |

I, Krista Batchelder declare:

I am a Deputy Solicitor General for the State of Colorado, counsel of record for Plaintiff State of Colorado. I submit this Declaration in support of the State Attorneys General's Motion to Exclude Testimony of Bryce Bartlett filed concurrently herewith. I have personal knowledge of the facts stated in this Declaration, and if called upon to do so, could and would competently testify thereto.

1.      Attached hereto as **Exhibit A** is a true and correct copy of relevant excerpts of the transcript of the March 18, 2026 transcript from the Case Management Conference in this matter.

2.      Attached hereto as **Exhibit B** is a true and correct copy of the Meta Defendants' Disclosure of Non-retained Expert Witness Pursuant to Fed. R. Civ. P. 26(a)(2)(c) for Kristin Hendrix dated July 9, 2025.

1

3.      Attached hereto as **Exhibit C** is a true and correct copy of the Meta Defendants' Disclosure of Non-retained Expert Witness Pursuant to Fed. R. Civ. P. 26(a)(2)(c) for Bryce Bartlett dated January 9, 2026.

4.      Attached hereto as **Exhibit D** is a true and correct copy of the Meta Defendants' Supplemental Disclosure of Non-retained Expert Witness Pursuant to Fed. R. Civ. P. 26(a)(2)(c) for Bryce Bartlett dated March 6, 2026

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 7th day of April 2026 in Denver, Colorado.

*/s/ Krista Batchelder*
Krista Batchelder
Deputy Solicitor General
1300 Broadway
Denver, CO 80203

Krista.Batchelder@coag.gov

DECLARATION OF KRISTA BATCHELDER IN SUPPORT OF STATE ATTORNEYS GENERAL'S MOTION TO EXCLUDE TESTIMONY OF BRYCE BARTLETT
4:22-md-03047-YGR-PHK; 4:23-CV-05448-YGR