# Exhibit A

                                        **Pages 1 - 145**

             UNITED STATES DISTRICT COURT

           NORTHERN DISTRICT OF CALIFORNIA

Before The Honorable Yvonne Gonzalez Rogers, Judge

IN RE: SOCIAL MEDIA                )
ADOLESCENT ADDICTION/PERSONAL      )
INJURY PRODUCTS LIABILITY          )
LITIGATION.                        )
                                   )    **NO. 22-MD-03047-YGR**
                                   )
_____)
BREATHITT COUNTY BOARD OF          )
EDUCATION,                         )
                                   )
          Plaintiff,               )
                                   )
   VS.                             )    **NO. 23-CV-01804-YGR**
                                   )
META PLATFORMS, INC., et al.,      )
                                   )
          Defendants.              )
_____)

                        Oakland, California
                        Wednesday, March 18, 2026

                **TRANSCRIPT OF PROCEEDINGS**

**APPEARANCES:**

For Plaintiffs:
                        ANDRUS ANDERSON LLP
                        1970 Broadway, Suite 1070
                        Oakland, CA 94612
                   BY:  **JENNIE L. ANDERSON, ATTORNEY AT LAW**

                        LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
                        275 Battery Street, 29th Floor
                        San Francisco, CA 94111-3339
                   BY:  **LEXI J. HAZAM, ATTORNEY AT LAW**
                        **PATRICK L. ANDREWS, ATTORNEY AT LAW**
                        **NICHOLAS W. LEE, ATTORNEY AT LAW**

           **(APPEARANCES CONTINUED ON THE NEXT PAGE.)**

REPORTED REMOTELY BY:  Kendra A. Steppler, RPR, CRR
                        Official United States Reporter

**THE COURT:** And have --

**MS. HAZAM:** It was only to --

**THE COURT REPORTER:** I'm sorry. I didn't hear the Judge.

**THE COURT:** I asked whether they had met and conferred.

**MR. ANDREWS:** We have not, because we have not had the opportunity, because it just happened.

**MS. SIMONSEN:** Your Honor --

**THE COURT:** Are you seeking to include that person in this trial?

**MS. SIMONSEN:** Yes, Your Honor. At this point -- I want to be clear, this person was disclosed -- Dr. Bartlett -- in January to the AGs by the deadline agreed to by the parties for Meta's disclosure of its anticipated expert witnesses. He was disclosed as a non-retained expert and also a fact expert -- fact witness.

We decided to put him on our preliminary witness list for the school district cases on Monday, essentially to serve as a back-up to Dr. Kristin Hendrix, who was previously disclosed, deposed. We disclosed Dr. Bartlett on exactly the same topics that we disclosed Dr. Hendrix on.

**THE COURT:** Why would Hendrix not testify?

**MS. SIMONSEN:** The reason, Your Honor, is Meta is facing six trials in 2026. It may be -- we -- it may be that

Dr. Hendrix does testify.  But we are facing six trials, including three this summer.  The Breathitt trial here, of course, we have a trial in Tennessee in July, and then the MDL AG case here in August.  I think it's also relevant that Dr. Hendrix has changed her position within the company since the last time -- since she was deposed.  And so that, along with the passage of time and the many trials that I mentioned, has made us think that we may need some optionality in this area.

THE COURT:  She works for Meta?

MS. SIMONSEN:  She does.

THE COURT:  Yeah.  The answer is going to be no.  That is, Meta can tell her what to do if she works for Meta.

MS. SIMONSEN:  I appreciate that, Your Honor.  I think it's a matter of the burden that may be imposed on her.

THE COURT:  Well, there's lots of burdens on all of us.  After these trials, you're welcome to settle all of them.  I'd be happy with that.  And then you won't have a problem anymore.

MS. SIMONSEN:  Thank you, Your Honor.  I do think, at a minimum, we -- we would like the opportunity to discuss this with the AGs further.  Because we did disclose Dr. Bartlett in January by the deadline.  We've been working with them since January.  We've committed to producing his documents.  We're going to do that in a few days.  We're working with them on

scheduling his deposition.  They've had -- you know -- they will have had eight months since January.  And this approach is exactly the same approach the parties took on both sides with respect --

THE COURT:  Well, that's fine.  You all can meet and confer.  But you didn't do it with respect to the school district case.  And that could be an issue.  Anyway, I'll wait to decide, but --

MS. BATCHELDER:  And, Your Honor --

THE COURT:  -- I'm empathic, not sympathetic.

MS. SIMONSEN:  I appreciate that, Your Honor.  I think we -- we would be prepared to brief any motion to strike that plaintiffs wish to bring after our conferral in time for it to be heard in April, just so we do have some certainty and clarity here.

MS. BATCHELDER:  Your Honor, if I may be heard just briefly with regards to the disclosure of Dr. Bartlett to the State AGs.  While it is true that they did disclose him on January 9th, that was not actually the court-ordered deadline for expert disclosures.  That was just a list of witnesses that they anticipated to call.  The deadline to have endorsed him as an expert was back in July.  So this is six months late.  We still don't have his custodial file.

THE COURT:  No need to do any more on this.  Anything that -- again, same -- I need a week.  Do not -- do not expect

me to review and be prepared to talk on a topic if you don't give me a week.  All right?

MS. SIMONSEN:  Understood, Your Honor.  We'll confer on a briefing schedule and make sure it gets teed up by April if there is a remaining dispute.

MS. HAZAM:  Your Honor --

THE COURT:  Anything else that you want to raise?

MS. HAZAM:  Your Honor, Lexi Hazam for the PI/SD plaintiffs.

Just to be clear, that briefing will not involve us, because the disclosure did not happen in our case until recently.  So we will not -- we will not proceed as part of that briefing, because our understanding is that Your Honor is not expecting that as to our case.

MS. SIMONSEN:  That's not what I understood, Your Honor.  I understood we do have the opportunity to explain why Mr. Bartlett could be a witness in the school district case. We've got three months.  There's plenty of time.  This is a small volume of documents we expect to be producing.  And, I mean, plaintiffs have asked us for the ability to take, you know, seven or eight additional depositions because of our privilege downgrades.  And I just -- I don't see how there's time for that but there isn't time for this.

THE COURT:  That's what your negotiation's about.

MS. HAZAM:  Your Honor, I --