# Exhibit B

CONFIDENTIAL — SUBJECT TO PROTECTIVE ORDER

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION

_____

**This Document Relates to:**

**ALL ACTIONS**

**Case No. 4:22-MD-03047-YGR**

**MDL No. 3047**

## META DEFENDANTS' DISCLOSURE OF NON-RETAINED EXPERT WITNESS PURSUANT TO FED. R. CIV. P. 26(a)(2)(C)

Defendants Meta Platforms, Inc. and Instagram, LLC (collectively "Meta") disclose the following non-retained expert witness pursuant to Federal Rule of Civil Procedure 26(a)(2)(C):

*Dr. Kristin Hendrix, Ph.D., Vice President and Head of Research, Instagram.*  Dr. Hendrix is expected to testify within the scope of her personal knowledge and professional expertise, consistent with her prior fact deposition testimony in this case.  Dr. Hendrix is expected to testify and offer opinions related to why Meta conducts user experience research; how Meta conducts user experience research; and what, if any, causal conclusions may be drawn from the user experience research conducted by Meta.  Dr. Hendrix is further expected to testify and offer opinions regarding the study designs of Meta's user experience research.  She is expected to testify that much of the research Meta conducts is cross-sectional research, meaning that the research involves a set of data gathered at a specific point in time and that cross-sectional research cannot measure the directionality of any association or correlational relationship. She is further expected to testify that that much of Meta's user experience research is based on users' perceptions about how an aspect of Facebook or Instagram made them feel and that studies based on users' self-reported perceptions of how they feel are incapable of demonstrating causation, among other limitations.

**CONFIDENTIAL — SUBJECT TO PROTECTIVE ORDER**

Dr. Hendrix is further expected to testify and offer opinions regarding Meta's use of user experience research to inform product development, including building new features and identification of ways to improve existing features. Dr. Hendrix is expected to testify and offer opinions that, over the last decade, Meta has appropriately and reasonably acted upon its user experience research to build tools and features and develop resources to support teens' well-being.

Dr. Hendrix is further expected to provide rebuttal testimony to Plaintiffs' experts within her area of expertise, including with respect to Plaintiffs' experts' opinions regarding the above-described issues. Dr. Hendrix reserves the right to amend or supplement her opinions should new information become available.

Dated: July 9, 2025

Respectfully submitted,

COVINGTON & BURLING LLP
By: */s/ Ashley M. Simonsen*
Ashley M. Simonsen, SBN 275203

COVINGTON & BURLING LLP
1999 Avenue of the Stars
Los Angeles, CA 90067
Telephone: (424) 332-4800
Facsimile: + 1 (424) 332-4749
Email: asimonsen@cov.com
Phyllis A. Jones, *pro hac vice*
Paul W. Schmidt, *pro hac vice*

COVINGTON & BURLING LLP
One City Center
850 Tenth Street, NW
Washington, DC 20001-4956
Telephone: + 1 (202) 662-6000
Facsimile: + 1 (202) 662-6291
Email: pajones@cov.com

*Attorney for Defendants Meta Platforms, Inc.*
*f/k/a Facebook, Inc.; Facebook Holdings, LLC;*
*Facebook Operations, LLC; Facebook*
*Payments, Inc.; Facebook Technologies, LLC;*
*Instagram, LLC; Siculus, Inc.; and Mark Elliot*
*Zuckerberg*

2