# Exhibit C

*[Counsel listed on signature page]*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION | MDL No. 3047 |
| | Case Nos.: 4:22-md-03047-YGR-PHK |
| | 4:23-cv-05448-YGR |
| THIS DOCUMENT RELATES TO: | |
| *People of the State of California, et al. v. Meta Platforms, Inc., et al.* | Judge: Hon. Yvonne Gonzalez Rogers |
| | Magistrate Judge: Hon. Peter H. Kang |
| | **META DEFENDANTS' DISCLOSURE OF NON-RETAINED EXPERT WITNESS PURSUANT TO FED. R. CIV. P. 26(a)(2)(C)** |

**META DEFENDANTS' DISCLOSURE OF NON-RETAINED**
**EXPERT WITNESS PURSUANT TO FED. R. CIV. P. 26(a)(2)(C)**

Defendants Meta Platforms, Inc., Meta Payments, Inc., Meta Platforms Technologies, LLC, and Instagram, LLC (collectively "Meta") disclose the following non-retained expert witness pursuant to Federal Rule of Civil Procedure 26(a)(2)(C):

*Dr. Bryce Bartlett, PhD, Director of Research at Meta.* Dr. Bartlett is expected to testify within the scope of his personal knowledge and professional expertise. Dr. Bartlett is expected to testify and offer opinions related to why Meta conducts user experience research; how Meta conducts user experience research; and what, if any, causal conclusions may be drawn from the user experience research conducted by Meta.

Dr. Bartlett is further expected to testify and offer opinions regarding the study designs of Meta's user experience research. He is expected to testify that much of the research Meta conducts is observational, descriptive, and cross-sectional research, meaning that the research involves a set of data gathered at a specific point in time and that, in many instances, cross-sectional research is not designed to measure the direction of an association or correlational relationship (if any). He is further expected to testify that much of Meta's user experience research is based on users' perceptions about how an aspect of Facebook or Instagram made them feel and that studies based on users' self-reported perceptions of how they feel are incapable of demonstrating causation of any mental health condition, among other limitations.

Dr. Bartlett is further expected to testify and offer opinions regarding Meta's use of user experience research to inform product development, including building new features and identifying ways to improve existing features. Dr. Bartlett is additionally expected to testify and offer opinions that, over the last decade, Meta has appropriately and reasonably acted upon its user experience research to build tools and features and develop resources to support teens' well-being. Dr. Bartlett reserves the right to amend or supplement his opinions should new information become available.

DATED:  January 9, 2026

Respectfully submitted,


**DAVIS POLK & WARDWELL LLP**

*/s/ James P. Rouhandeh*
James P. Rouhandeh, *pro hac vice*
Antonio J. Perez-Marques, *pro hac vice*
Caroline Stern, *pro hac vice*
Corey M. Meyer, *pro hac vice*
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, NY 10017
Telephone: + 1 (212) 450-4000
Email: rouhandeh@davispolk.com
Email: antonio.perez@davispolk.com
Email: caroline.stern@davispolk.com
Email: corey.meyer@davispolk.com

**COVINGTON & BURLING LLP**

Ashley M. Simonsen (Bar No. 275203)
COVINGTON & BURLING LLP
1999 Avenue of the Stars
Los Angeles, California 90067
Telephone: (424) 332-4800
Facsimile: (424) 332-4749
Email: asimonsen@cov.com

Paul W. Schmidt, *pro hac vice*
Timothy C. Hester, *pro hac vice*
COVINGTON & BURLING LLP
One City Center
850 Tenth Street, NW
Washington, DC 20001-4956
Telephone: (202) 662-6000
Facsimile: (202) 662-6291
Email: pschmidt@cov.com
Email: thester@cov.com

*Attorneys for Defendants Meta Platforms, Inc.;*
*Meta Payments, Inc.; Meta Platforms*
*Technologies, LLC; and Instagram, LLC*

META DEFENDANTS' DISCLOSURE OF NON-RETAINED EXPERT WITNESS PURSUANT TO FED. R. CIV. P. 26(a)(2)(C)