# Exhibit D

*[Counsel listed on signature page]*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates To:<br><br>*People of the State of California, et al. v. Meta Platforms, Inc., et al.* | MDL No. 3047<br><br>Case No.: 4:22-md-03047-YGR-PHK<br>            4:23-cv-05448-YGR<br><br>Judge: Hon. Yvonne Gonzalez Rogers<br><br>Magistrate Judge: Hon. Peter H. Kang<br><br>**META DEFENDANTS' SUPPLEMENTAL DISCLOSURE OF NON-RETAINED EXPERT WITNESS PURSUANT TO FED. R. CIV. P. 26(a)(2)(C)** |

**META DEFENDANTS' SUPPLEMENTAL DISCLOSURE OF NON-RETAINED EXPERT**

**WITNESS PURSUANT TO FED. R. CIV. P. 26(a)(2)(C)**

Defendants Meta Platforms, Inc. and Instagram, LLC (collectively "Meta") supplement the January 9, 2026, disclosure of the following non-retained expert witness pursuant to Federal Rule of Civil Procedure 26(a)(2)(C):

*Dr. Bryce Bartlett, PhD, Director of Research at Meta.* Dr. Bartlett is expected to testify within the scope of his personal knowledge and professional expertise. Dr. Bartlett obtained his PhD in Sociology from Duke University in 2018. Dr. Bartlett has worked at Meta since 2018. He joined the company as a Research Scientist and became a Director of Research in 2023. His role includes conducting and evaluating research and managing research projects on the Demography and Survey Science (DSS) team. DSS is a centralized research team at Meta that supports, among other things, the Facebook and Instagram platforms. DSS provides methodological expertise across a range of research projects, including research relating to youth and well-being issues.

Dr. Bartlett is expected to testify and offer opinions regarding why Meta conducts research; how Meta conducts research; and what, if any, causal conclusions may be drawn from the research conducted by Meta. During his time at Meta, and as part of his PhD training, Dr. Bartlett has personally worked on various research studies, including observational, descriptive, and cross-sectional studies. For example, he has worked on research studies that focused on gaining a deeper understanding of bullying and harassment on social media, and research relating to Teen Accounts. Dr. Bartlett also collaborated with the Center for Open Science to develop the Instagram Data Access Pilot for Well-being Research program. *See* https://www.cos.io/meta.

Dr. Bartlett is further expected to testify and offer opinions regarding the study designs of Meta's research. He is expected to testify that much of the research Meta conducts is observational, descriptive, and cross-sectional research, meaning that the research involves a set of data gathered at a specific point in time and that, in many instances, cross-sectional research is not designed to measure the direction of an association or correlational relationship (if any). He is further expected to testify that much of Meta's research is based on users' perceptions about how an aspect of Facebook or Instagram made them feel and that studies based on users' self-reported perceptions of how they feel are incapable of demonstrating causation of any mental health condition, among other limitations. The Meta research about which Dr. Bartlett is expected to testify may include, but is not limited to:

- User perception of time spent on Instagram, META3047MDL-032-00000933;

- Hard Life Moments – Mental Health Deep Dive, META3047MDL-019-00102527;

- Social Comparison Exploratory Research, META3047MDL-019-00102492;

- Beyond the Individual User: Understanding Products through the Household Ecosystem, META3047MDL-003-00020827;

- Teen Ecosystem Research – FYI & Input Sought, META3047MDL-003-00114491;

- Instagram's Positioning with Young People, META3047MDL-019-00067884;

- IG Well-being Diary Study Results, META3047MDL-031-00102923;

- Mental Health & Well-being: Next Focus Area, February 2020, META3047MDL-003-00156738;

- Early Teen Qualitative Research, META3047MDL-019-00079610;

- Instagram Notifications Integrity Settings Research Summary, META3047MDL-019-00016249;

- Appearance comparison associated with exposure to different topics during naturalist use of Instagram, META3047MDL-044-00022149;

- Social Comparison on Instagram, META3047MDL-003-00101724;

- Well-being: Problematic Use, META3047MDL-003-00190634;

- Bullying Deep Dive, META3047MDL-003-00082217;

- Project Nido Research Weekly Update 7/31/24, META3047MDL-134-00000250;

- Bullying and Harassment internal projects, META3047MDL-040-00442815;

- Hard Questions: Is Spending Time on Social Media Bad for Us?, https://about.fb.com/news/2017/12/hard-questions-is-spending-time-on-social-media-bad-for-us/;

- Problematic Facebook use: When people feel like Facebook negatively affects their life, META3047MDL-039-00000058;

- Social comparison on FB vs. offline: misperceptions about friends' experiences, META3047MDL-019-00033465;

- Well-Being 10x, META3047MDL-003-00086233;

- Understanding Perceptions of Problematic Facebook Use, META3047MDL-020-00093973;

3

- Social comparison on Facebook, on Instagram, and in everyday life, META3047MDL-020-00588060;

- Facebook's Measurement Strategy for Problematic Use [Well-Being]: Survey & First Results [October 2019], META3047MDL-039-00000400;

- Which topics are associated with changes in social comparison on Instagram?, META3047MDL-020-00588281;

- Likes and Social Comparison on Instagram, META3047MDL-038-00000234;

- Appearance-based social comparison on Instagram, META3047MDL-003-00048700;

- [Research Brief] Understanding the Negative Social Comparison Spiral, META3047MDL-004-00003732;

- How the topics people see are linked to appearance comparison on IG, META3047MDL-003-00048719;

- Appearance comparison: Defining sensitive ("High-NAC") content using FIT and X-Ray, META3047MDL-003-00048596;

- Daisy Controls Default Comparison - Preliminary Results, META3047MDL-004-00003255;

- Promoting Connection: Designing Social Media Experiences to Support People with Eating Disorders, META3047MDL-020-00250464;

- Teen Mental Health Deep Dive, META3047MDL-003-00000128;

- Project Daisy Launch Discussion, META3047MDL-003-00155923;

- Youth Well-being: June 14, 2023 Onsite Research Presentation, META3047MDL-050-00215087;

- Bad Experiences and Encounters Framework (BEEF) Survey, META3047MDL-004-00015029;

- DEPRECATED: Facebook's Impact on Well-Being: A Deactivation Study [Pilot], META3047MDL-047-00058006; and/or

- Wave 1 Descriptives & Planned Analyses, META3047MDL-065-00010978.

Dr. Bartlett is further expected to testify and offer opinions regarding Meta's use of research to inform product development, including building new features and identifying ways to improve existing features.  Dr. Bartlett is additionally expected to testify and offer opinions that, over the last decade,

4

Meta has appropriately and reasonably acted upon its research to build tools and features and develop resources to support teens' well-being.  The features and tools about which Dr. Bartlett is expected to testify may include, but are not limited to: Teen Accounts, Comment Warnings, Caption Warnings, Restrict, Hidden Words, Limits, Take A Break, Quiet Mode, and/or various nudges features, as well as other numerous features and tools regarding privacy settings (including blocking and restricting accounts), comments, and/or tags and mentions.

Dr. Bartlett reserves the right to amend or supplement his opinions should new information become available.

5

DATED:  March 6, 2026

Respectfully submitted,

By:    /s/ James P. Rouhandeh

**DAVIS POLK & WARDWELL LLP**

James P. Rouhandeh, *pro hac vice*
Antonio J. Perez-Marques, *pro hac vice*
Caroline Stern, *pro hac vice*
Corey M. Meyer, *pro hac vice*
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, NY 10017
Telephone: + 1 (212) 450-4000
Email: rouhandeh@davispolk.com
Email: antonio.perez@davispolk.com
Email: caroline.stern@davispolk.com
Email: corey.meyer@davispolk.com

**COVINGTON & BURLING LLP**

Ashley M. Simonsen (Bar No. 275203)
COVINGTON & BURLING LLP
1999 Avenue of the Stars
Los Angeles, California 90067
Telephone: (424) 332-4800
Facsimile: (424) 332-4749
Email: asimonsen@cov.com

Paul W. Schmidt, *pro hac vice*
Timothy C. Hester, *pro hac vice*
COVINGTON & BURLING LLP
One City Center
850 Tenth Street, NW
Washington, DC 20001-4956
Telephone: (202) 662-6000
Facsimile: (202) 662-6291
Email: pschmidt@cov.com
Email: thester@cov.com

*Attorneys for Defendants Meta Platforms, Inc.*
*and Instagram, LLC*

META DEFENDANTS' SUPPLEMENTAL DISCLOSURE OF NON-RETAINED EXPERT WITNESS PURSUANT TO FED. R. CIV. P. 26(a)(2)(C)