[*Submitting Counsel on Signature Page*]

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>4:23-cv-05448 | MDL No. 3047<br><br>Case Nos. 4:22-md-03047-YGR-PHK<br><br>**DECLARATION OF KRISTA BATCHELDER IN SUPPORT OF STATE ATTORNEYS GENERAL'S MOTION TO EXPEDITE THE BRIEFING SCHEDULE RE STATE ATTORNEYS GENERALS' MOTION TO EXCLUDE TESTIMONY OF BRYCE BARTLETT**<br><br>Judge: Hon. Yvonne Gonzalez Rogers<br><br>Magistrate Judge: Hon. Peter H. Kang |

I, Krista Batchelder, declare:

I am a Deputy Solicitor General for the State of Colorado, counsel of record for Plaintiff State of Colorado. I submit this Declaration in support of the State Attorney Generals Motion to Expedite Briefing Schedule Re State Attorneys General's Motion to Exclude Testimony of Bryce Bartlett, filed concurrently herewith. I have personal knowledge of the facts stated in this Declaration, and if called upon to do so, could and would competently testify thereto.

1.      Attached hereto as **Exhibit A** is a true and correct copy of relevant excerpts of the transcript of the March 18, 2026 transcript from the Case Management Conference in this matter,

1

wherein counsel for Meta stated: "Understood, Your Honor. We'll confer on a briefing schedule and make sure it gets teed up by April if there is a remaining dispute.".

2.      Because of ongoing disputes related to Bartlett, the State AGs therefore proposed simultaneous briefing to be filed April 7/8 to be heard on April 14/15 CMC with each party to provide 7 pages, double spaced. The State AGs and Breathitt Plaintiffs were willing to file a joint motion.

3.      Meta agreed and confirmed this understanding in a draft CMC statement.  I attest that in an exchange regarding the April CMC statement, the following was represented by Meta on April 3, 2026 (emphasis added):

> Plaintiff Breathitt is moving to strike Bryce Bartlett from Meta's witness list for the Breathitt trial.  The Parties have agreed to submit simultaneous 7-page double-spaced briefs on Plaintiff's motion by Tuesday, April 7, 2026, and, subject to Court approval, to argue the motions at the April 14 conference.  **The State AGs are also moving to strike Dr. Bartlett from Meta's witness list for the State AG trial, and [will join the PISD Plaintiffs' briefing] [or] [will submit a separate 7-page double-spaced brief by Tuesday, April 7].**

4.      I attest that in an exchange regarding the April CMC statement, the following was represented by Meta on April 6, 2026 (emphasis added):

> Plaintiff Breathitt is moving to strike Bryce Bartlett (Director of Research) from Meta's witness list for the Breathitt trial and an order prohibiting Dr. Bartlett from being called in the Breathitt trial. Meta contests that motion and maintains Dr. Bartlett's inclusion is proper and he should be permitted to testify in the Breathitt trial. The Parties have agreed to submit simultaneous 7-page double-spaced briefs on Plaintiff's motion by [Tuesday, April 7, 2026] [or] [Wednesday, April 8, 2026], and, subject to Court approval, to argue the motions at the April 14 conference. **The State AGs are also moving to strike Dr. Bartlett from Meta's witness list for the State AG trial, and [will join the PISD Plaintiffs' briefing] [or] [will submit a separate 7-page double-spaced brief by Tuesday, April 7].**

5.      I attest that after the above exchange regarding the April CMC; the State AGs were asked in an additional draft on April 6 if we would agree on a briefing date that is somewhere between April 7 and "May".  Without waiting for a reply, counsel for Meta sent an email at 8:34 PM (MT) on April 6, stating that Meta did not agree to simultaneous briefing on the AGs' motion to strike Bartlett and provided a proposed schedule that would result in the matter not being ripe for the Court's review until May. The basis for the reversal was that the issue is (according to Meta) only urgent as to Breathitt

DECLARATION OF KRISTA BATCHELDER IN SUPPORT OF STATE ATTORNEYS GENERAL'S MOTION TO EXPEDITE THE  BRIEFING SCHEDULE RE MOTION TO EXCLUDE TESTIMONY OF BRYCE BARTLETT
4:22-md-03047-YGR-PHK; 4:23-CV-05448-YGR

because of their trial schedule and therefore no longer urgent. On behalf of the AGs, I objected to this change, cited the previous agreements, and notified Meta that we would proceed with filing on this issue as agreed on April 7.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 7th day of April 2026 in Denver, Colorado.

_/s/ Krista Batchelder_
Krista Batchelder
Deputy Solicitor General
1300 Broadway
Denver, CO 80203

Krista.Batchelder@coag.gov

DECLARATION OF KRISTA BATCHELDER IN SUPPORT OF STATE ATTORNEYS GENERAL'S MOTION TO EXPEDITE THE  BRIEFING SCHEDULE RE MOTION TO EXCLUDE TESTIMONY OF BRYCE BARTLETT
4:22-md-03047-YGR-PHK; 4:23-CV-05448-YGR