IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION <br><br> THIS DOCUMENT RELATES TO: <br><br> 4:23-cv-05448 | MDL No. 3047 <br><br> Case Nos. 4:22-md-03047-YGR-PHK <br><br> **[PROPOSED] ORDER GRANTING STATE ATTORNEYS GENERAL'S MOTION TO EXPEDITE BRIEFING SCHEDULE** <br><br> Judge: Hon. Yvonne Gonzalez Rogers <br><br> Magistrate Judge: Hon. Peter H. Kang |

The State Attorneys' Generals Motion to Expedite Briefing Schedule is granted.

Meta shall file a response as it deems necessary by April 9, such response not to exceed 7 pages double spaced. The matter will be heard by the Court on April 15, 2026.

DATED: _____        JUDGE: _____

Hon. Judge Yvonne Gonzalez Rogers

1