[*Submitting Counsel on Signature Page*]

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>4:23-cv-05448 | MDL No. 3047<br><br>Case Nos. 4:22-md-03047-YGR-PHK<br><br>**DECLARATION OF RON TIENZO IN SUPPORT OF STATE ATTORNEYS GENERAL'S MOTION TO EXCLUDE TESTIMONY OF BRYCE BARTLETT**<br><br>Judge: Hon. Yvonne Gonzalez Rogers<br><br>Magistrate Judge: Hon. Peter H. Kang |

I, Ron Tienzo, of full age, declare:

I have personal knowledge of the facts stated in this Declaration, and if called upon to do so, could and would competently testify thereto.

1.      I am a Senior Consultant with Epiq. Epiq has been retained by the State Attorney General Plaintiffs to assist with document and data management and analysis related to the e-discovery in the above captioned case.  I have reviewed and analyzed the document production from Meta as described in the letter from Ashley Simonsen to Counsel for MDL Plaintiffs dated March 22, 2026.  Ms. Simonsen describes the production which I analyzed as, "This volume contains documents from the custodial files of Bryce Bartlett." ("Meta Bartlett Document Production"). My review and analysis of the Meta Bartlett Document Production leads to the following conclusions.

1

2.      The bulk of the records in the Meta Bartlett Document Production are duplicative, automated messages, or calendar invites. Only 351 emails of the 22,329 documents in the production appear to have been sent from Dr. Bartlett. 3,835 documents in the set are exact duplicates.

3.      When looking at the date values from the Meta Bartlett Document Production, I determined that 86% or 19,124 records have a date on or after May 1st, 2022.

4.      By searching for subject lines containing "message summary", I was able to identify 2,088 documents within the Meta Bartlett Document Production that appear to be chat messages.

5.      I was able to create a layered set of searches to categorize 3,935 likely calendar invite documents.

6.      I identified 7,758 records that appear to have document links, otherwise known as modern attachments, contained within. The majority of these records came from automated notifications through Google Documents.

7.      There are 178 documents in Meta Bartlett Document Production that have Dr. Bartlett as the custodian, but his data sources are not listed in the All Paths field. This would indicate that the document was collected from another custodian but attributed to Dr. Bartlett. When expanding our search to other documents produced by Meta, I identified 8,705 messages where Dr. Bartlett was a participant (From/To/CC/BCC) but not listed as a custodian. This could be an indicator that Dr. Bartlett was not under the same litigation hold as other produced custodians.

8.      Counsel for the Attorney Generals also asked me to attempt to locate 37 specific documents which counsel identified as documents which Meta listed in the Meta Defendants' Supplemental Disclosure of Non-Retained Expert Witness Pursuant to Fed. R. Civ. P. 26(a)(2)(C) and Meta described as Meta research about which Dr. Bartlett is expected to testify.  I undertook a multi-approached analysis of the Meta Bartlett Document Production looking for matching phrases within the documents, exact Md5Hash duplicates, and near duplicates of the documents.  I was unable to locate any of the identified 37 documents or references to any of the documents within the Meta Bartlett Document Production.

9.      I also reviewed the Meta Document Production of Non-Retained Meta Witness Kristin Hendrix.  The Hendrix production included 56,096 documents where Hendrix is the custodian; 2.5 times

DECLARATION OF RON TIENZO IN SUPPORT OF STATE ATTORNEYS GENERAL'S MOTION TO EXCLUDE TESTIMONY OF BRYCE BARTLETT
4:22-md-03047-YGR-PHK; 4:23-CV-05448-YGR

the size of the Meta Bartlett Document Production. The Hendrix Production also included the following: 3,835 duplicates, or 6.8% of the documents (vs Bartlett at 9%); and 10,059 (17.9%) documents with a subject like "Message Summary" (vs Bartlett at 2,088, 9.3%). Further, an analysis of the document dates within the Hendrix records shows that 65% or 36,362 records have a date on or after May 1st, 2022.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Executed on April 7, 2026, in DeLand, Florida.

*/s/ Ron Tienzo*
Ron Tienzo
Senior Consultant, Epiq
777 Third Avenue, 12th Floor
New York, NY 10017
ron.tienzo@epiqglobal.com