[*Parties and Counsel Listed on Signature Pages*]

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*People of the State of California, et al. v. Meta Platforms, Inc., et al.* | MDL No. 3047<br><br>Case Nos. 4:22-md-03047-YGR-PHK<br>4:23-cv-05448-YGR<br><br>**META AND STATE AGS' STIPULATION AND [PROPOSED] ORDER REGARDING PRETRIAL SCHEDULE**<br><br>Judge: Hon. Yvonne Gonzalez Rogers<br><br>Magistrate Judge: Hon. Peter H. Kang |

The undersigned Parties jointly stipulate and agree, subject to the Court's approval, to the pretrial schedule identified herein.[1] In support thereof, the Parties state as follows:

**WHEREAS** the Parties have been working diligently and in good faith and have agreed to the pretrial schedule.[2]

**NOW THEREFORE** the Parties, through their undersigned counsel, hereby stipulate, agree and respectfully request that the Court enter an Order adopting the pretrial schedule, as set forth below, as may be modified and approved by the Court.[3]

**PRETRIAL SCHEDULE**

| | |
|---|---|
| AGS FILE PRELIMINARY TRIAL WITNESS LIST FOR TRIAL PLANNING PURPOSES | March 31, 2026 |
| META FILES PRELIMINARY TRIAL WITNESS LIST FOR TRIAL PLANNING PURPOSES | April 24, 2026 |
| EXCHANGE PROPOSED ADDITIONAL QUESTIONS FOR JUROR'S SURVEY MONKEY QUESTIONNAIRE (IF NEEDED) | May 27, 2026 |
| EXCHANGE LISTS OF EXPERTS (AND/OR SPECIFIC EXPERT OPINIONS) PARTIES WILL WITHDRAW | June 2, 2026 |
| EXCHANGE PRIORITY DEPOSITION DESIGNATIONS[4] | June 4, 2026 |
| EXCHANGE LISTS OF MOTIONS IN LIMINE[5] | June 4, 2026 |

---

[1] The proposed schedule set forth herein reflects the pretrial deadlines that the Parties propose for the first AG trial, which is currently set to proceed on August 5, 2026. The Parties disagree as to whether the trial should go forward on this date. Meta's position is that the trial should be adjourned. The State AGs' position is that the trial should proceed in August. The Parties will be prepared to address this issue at the April CMC.

[2] The Parties are meeting and conferring as to whether Meta has any obligation to disclose a list of individual custodians (if any) associated with documents for which Meta Platforms is listed as the custodian, as well as the scope and timing of any such disclosure.

[3] The Parties note that the proposed deadlines set forth herein reflect the fact that the Court set jury selection for August 5, 2026, before Meta withdrew its demand for a jury trial. The schedule thus includes deadlines for jury-related matters, notwithstanding Meta's pending motion to withdraw its jury demand. As noted in their response to Meta's motion, the State AGs request that the Court empanel an advisory jury for this trial.

[4] The Parties shall exchange designations in an agreed-upon format.

[5] The Parties shall meet and confer shortly after the exchange of lists and prior to filing motions to explore the potential resolution of issues in advance of briefing.

| | |
|---|---|
| FILE PROPOSED/DISPUTED ADDITIONAL QUESTIONS FOR JUROR'S SURVEY MONKEY QUESTIONNAIRE (IF NEEDED)[6] | June 5, 2026 |
| FILE MOTIONS IN LIMINE[7] | June 9, 2026 |
| FIRST PRETRIAL CONFERENCE | June 10, 2026 at 9 a.m. PST |
| DELIVER MOTION IN LIMINE BINDER | June 10, 2026 by 12 p.m. PST |
| EXCHANGE OBJECTIONS TO PRIORITY DEPOSITION DESIGNATIONS AND COUNTER-DESIGNATIONS | June 12, 2026 |
| EXCHANGE PROPOSED STATEMENT OF THE CASE, JURY INSTRUCTIONS, AND VERDICT FORMS (IF NEEDED) | June 12, 2026 |
| EXCHANGE DISCOVERY DESIGNATIONS (INTERROGATORY ANSWERS AND RESPONSES TO REQUESTS FOR ADMISSION) | June 12, 2026 |
| EXCHANGE PROPOSED EXHIBITS | June 12, 2026 |
| EXCHANGE COMMENTS ON PROPOSED JURY INSTRUCTIONS (IF NEEDED) | June 16, 2026 |
| FILE PRELIMINARY TRIAL WITNESS[8] AND EXHIBIT[9] LISTS | June 17, 2026 |
| EXCHANGE PROPOSED TRIAL STIPULATIONS | June 18, 2026 |
| EXCHANGE OBJECTIONS TO PRIORITY COUNTER-DESIGNATIONS AND COUNTER-COUNTER DESIGNATIONS | June 18, 2026 |
| EXCHANGE DRAFT JOINT PRETRIAL CONFERENCE STATEMENT | June 22, 2026 |
| EXCHANGE OBJECTIONS TO PRIORITY COUNTER-COUNTER DESIGNATIONS | June 23, 2026 |
| FILE MOTION IN LIMINE OPPOSITIONS | June 23, 2026 |
| DELIVER MOTION IN LIMINE OPPOSITION BINDER | June 24, 2026 by 12 p.m. PST |

[6] Each side will have the opportunity to propose five additional questions for inclusion in the juror questionnaire, and the Court will include a list of all potential witnesses in alphabetical order for distribution to the prospective jurors.

[7] Each side is limited to five (5) motions in limine. Each side may file fifty (50) pages total for opening briefs per side to be divided among the 5 motions, fifty (50) pages total for oppositions per side to be divided among the 5 motions, and twenty-five (25) pages total per side for any replies to be divided among the 5 motions, with no reply brief totaling more than five (5) pages. These motions are inclusive of any remaining Rule 702 motions for whom the Court previously deferred such briefing: Drs. Birnholtz, Memon, Rogers, Shear, Ferrara, Gray, and Narayanan, and Mr. Starr. Each expert with respect to whom a party files a Rule 702 motion shall count as one of that party's five motions in limine.

[8] The Parties' preliminary witness lists shall indicate which witnesses they intend to call live and which they intend to call by designation as well as the scope of their anticipated testimony. The list shall identify by an asterisk whether the witness listed is viewed as a primary witness or only included as a precautionary measure.

[9] Exhibit lists shall only include documents that a party in good faith believes it may use at trial. A party need not include a document that may be used only for impeachment on its exhibit list. The Parties shall meet and confer on a process to submit to the Court any disputes regarding objections to exhibits prior to the expected introduction of the disputed exhibit.

3

| | |
|---|---|
| COMPLIANCE DEADLINE TO MEET AND CONFER RE JOINT PRETRIAL CONFERENCE STATEMENT | June 26, 2026 |
| FILE DISPUTED DEPOSITION DESIGNATIONS[10] | June 30, 2026 |
| EXCHANGE OBJECTIONS TO DISCOVERY DESIGNATIONS[11] | June 30, 2026 |
| FILE MOTION IN LIMINE REPLIES | June 30, 2026 |
| DELIVER MOTION IN LIMINE REPLY BINDER | July 1, 2026 by 12 p.m. PST |
| FILE JOINT PRETRIAL CONFERENCE STATEMENT | July 2, 2026 |
| FILE PROPOSED STATEMENT OF THE CASE, JURY INSTRUCTIONS, AND VERDICT FORM(S) (IF NEEDED) | July 2, 2026 |
| PROPOSED FINDINGS OF FACT AND CONCLUSIONS OF LAW | July 2, 2026 |
| DELIVER TRIAL READINESS BINDERS | July 2, 2026 by 12 p.m. PST |
| FILE UPDATED TRIAL WITNESS LISTS[12] | July 9, 2026 |
| FILE PROPOSED TRIAL STIPULATIONS | July 13, 2026 |
| SECOND PRETRIAL CONFERENCE | July 17, 2026 at 9 a.m. PST |
| FILE UPDATED TRIAL EXHIBIT LISTS | July 23, 2026 |
| LAST DAY TO REQUEST USE OF ELECTRONIC EQUIPMENT | July 24, 2026 |
| PROVIDE FINAL EXHIBITS TO COURT | July 31, 2026 by 5 p.m. PST |
| JURY SELECTION (IF NEEDED) | August 5, 2026 at 8 a.m. PST |
| START OF TRIAL | August 6, 2026 at 8 a.m. PST |

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: _____

YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT JUDGE

---

[10] The Parties shall submit no more than six (6) pages of disputed excerpts. The Parties shall meet and confer on a process to submit to the Court any disputes regarding further objections to deposition designations on a rolling basis in advance of the anticipated use of those depositions at trial.

[11] The Parties shall meet and confer on a process to submit to the Court any disputes regarding unresolved objections on a rolling basis in advance of the anticipated use at trial.

[12] The Parties' updated witness lists shall be modified to include whether a witness is a "will call" or "may call," and time estimates for each witness.

META AND STATE AGS' STIPULATION AND [PROPOSED] ORDER REGARDING PRETRIAL SCHEDULE
Case Nos. 4:22-md-03047-YGR-PHK; 4:23-cv-05448-YGR

Dated: April 7, 2026                          Respectfully submitted,

By:  /s/ Megan O'Neill

**ROB BONTA**
Attorney General
State of California

Nicklas A. Akers (CA SBN 211222)
Senior Assistant Attorney General
Bernard Eskandari (SBN 244395)
Emily Kalanithi (SBN 256972)
Supervising Deputy Attorneys General
Nayha Arora (CA SBN 350467)
Megan O'Neill (CA SBN 343535)
Joshua Olszewski-Jubelirer (CA SBN 336428)
Marissa Roy (CA SBN 318773)
Brendan Ruddy (CA SBN 297896)
Deputy Attorneys General
California Department of Justice
Office of the Attorney General
455 Golden Gate Ave., Suite 11000
San Francisco, CA 94102-7004
Phone: (415) 510-4400
Fax: (415) 703-5480
Megan.Oneill@doj.ca.gov

*Attorneys for Plaintiff the People of the State of California*

**PHILIP J. WEISER**
Attorney General
State of Colorado

/s/ Krista Batchelder
Krista Batchelder, CO Reg. No. 45066,
*pro hac vice*
Deputy Solicitor General
Shannon Stevenson, CO Reg. No. 35542, *pro hac vice*
Solicitor General
Elizabeth Orem, CO Reg. No. 58309, *pro hac vice*
Assistant Attorney General
Colorado Department of Law
Ralph L. Carr Judicial Center

5

Consumer Protection Section
1300 Broadway, 7th Floor
Denver, CO 80203
Phone: (720) 508-6651
krista.batchelder@coag.gov
Shannon.stevenson@coag.gov
Elizabeth.orem@coag.gov

*Attorneys for Plaintiff State of Colorado, ex rel.*
*Philip J. Weiser, Attorney General*


**RUSSELL COLEMAN**
Attorney General
Commonwealth of Kentucky

*/s/ Philip Heleringer*
J. Christian Lewis (KY Bar No. 87109),
*Pro hac vice*
Philip Heleringer (KY Bar No. 96748),
*Pro hac vice*
Zachary Richards (KY Bar No. 99209),
*Pro hac vice*
Daniel I. Keiser (KY Bar No. 100264),
*Pro hac vice*
Matthew Cocanougher (KY Bar No. 94292),
*Pro hac vice*
Assistant Attorneys General
1024 Capital Center Drive, Suite 200
Frankfort, KY 40601
CHRISTIAN.LEWIS@KY.GOV
PHILIP.HELERINGER@KY.GOV
ZACH.RICHARDS@KY.GOV
DANIEL.KEISER@KY.GOV
MATTHEW.COCANOUGHER@KY.GOV
Phone: (502) 696-5300
Fax: (502) 564-2698

*Attorneys for Plaintiff the Commonwealth of Kentucky*

META AND STATE AGS' STIPULATION AND [PROPOSED] ORDER REGARDING PRETRIAL SCHEDULE
Case Nos. 4:22-md-03047-YGR-PHK; 4:23-cv-05448-YGR

**MATTHEW J. PLATKIN**
Attorney General
State of New Jersey

*/s/ Kashif T. Chand*
Kashif T. Chand (NJ Bar No. 016752008),
*Pro hac vice*
Assistant Attorney General
Thomas Huynh (NJ Bar No. 200942017),
*Pro hac vice*
Assistant Section Chief, Deputy Attorney General
Verna J. Pradaxay (NJ Bar No. 335822021),
*Pro hac vice*
Mandy K. Wang (NJ Bar No. 373452021),
*Pro hac vice*
Deputy Attorneys General
New Jersey Office of the Attorney General,
Division of Law
124 Halsey Street, 5th Floor
Newark, NJ 07101
Tel: (973) 648-2052
Kashif.Chand@law.njoag.gov
Thomas.Huynh@law.njoag.gov
Verna.Pradaxay@law.njoag.gov
Mandy.Wang@law.njoag.gov

*Attorneys for Plaintiffs New Jersey Attorney General and the New Jersey Division of Consumer Affairs Matthew J. Platkin, Attorney General for the State of New Jersey, and Elizabeth Harris, Acting Director of the New Jersey Division of Consumer Affairs*

META AND STATE AGS' STIPULATION AND [PROPOSED] ORDER REGARDING PRETRIAL SCHEDULE
Case Nos. 4:22-md-03047-YGR-PHK; 4:23-cv-05448-YGR

By:  /s/ James P. Rouhandeh

**DAVIS POLK & WARDWELL LLP**

James P. Rouhandeh, *pro hac vice*
Antonio J. Perez-Marques, *pro hac vice*
Caroline Stern, *pro hac vice*
Corey M. Meyer, *pro hac vice*
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4000
Facsimile: (212) 701-5800
rouhandeh@davispolk.com
antonio.perez@davispolk.com
caroline.stern@davispolk.com
corey.meyer@davispolk.com

**COVINGTON & BURLING LLP**

Ashley M. Simonsen, SBN 275203
COVINGTON & BURLING LLP
1999 Avenue of the Stars
Los Angeles, CA 90067
Telephone: (424) 332-4800
Facsimile: + 1 (424) 332-4749
Email: asimonsen@cov.com

Phyllis A. Jones, *pro hac vice*
Paul W. Schmidt, *pro hac vice*
COVINGTON & BURLING LLP
One City Center
850 Tenth Street, NW
Washington, DC 20001-4956
Telephone: + 1 (202) 662-6000
Facsimile: + 1 (202) 662-6291
Email: pajones@cov.com

*Attorneys for Defendants Meta Platforms, Inc. and Instagram, LLC*

META AND STATE AGS' STIPULATION AND [PROPOSED] ORDER REGARDING PRETRIAL SCHEDULE
Case Nos. 4:22-md-03047-YGR-PHK; 4:23-cv-05448-YGR

**SIGNATURE CERTIFICATION**

Under Civ. L.R. 5-1(h)(3), I, James P. Rouhandeh, hereby attest that all signatories listed, and on whose behalf the filing is submitted, concur in this filing's content and have authorized this filing.

DATED: April 7, 2026                                        */s/ James P. Rouhandeh*

META AND STATE AGS' STIPULATION AND [PROPOSED] ORDER REGARDING PRETRIAL SCHEDULE
Case Nos. 4:22-md-03047-YGR-PHK; 4:23-cv-05448-YGR