James P. Rouhandeh, *pro hac vice*
Antonio J. Perez-Marques, *pro hac vice*
Caroline Stern, *pro hac vice*
Corey M. Meyer, *pro hac vice*
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4000
Facsimile: (212) 701-5800
Email:    rouhandeh@davispolk.com
          antonio.perez@davispolk.com
          caroline.stern@davispolk.com
          corey.meyer@davispolk.com

*Attorneys for Defendants Meta Platforms, Inc. and Instagram, LLC*

*Additional counsel listed on signature pages*

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION <br><br> THIS DOCUMENT RELATES TO: <br><br> *All Actions* | MDL No. 3047 <br><br> Case Nos. 4:22-md-03047-YGR-PHK <br> 4:23-cv-05448-YGR <br><br> **OMNIBUS SEALING STIPULATION (JOINT LETTER BRIEF RE STATE AGS' MOTION TO COMPEL UNREDACTED COPY OF "DOCUMENT 4")** <br><br> Judge: Hon. Yvonne Gonzalez Rogers <br> Magistrate Judge: Hon. Peter H. Kang |

Pursuant to Local Civil Rules 7-11 and 79-5, and the Court's Order Setting Sealing Procedures ("Sealing Protocol") (ECF 341), Plaintiffs State AGs and Defendants Meta Platforms, Inc. and Instagram, LLC ("Meta") submit this Omnibus Sealing Stipulation in connection with materials filed with the Joint Letter Brief regarding State AGs' Motion to Compel Unredacted Copy of "Document Four" Addressed in Court's Prior Crime-Fraud Ruling and Underlying Slide Deck  ("Joint Letter Brief") (ECF No. 2879).

As set forth below, Defendants and Plaintiffs State AGs have agreed to all sealing requests, and the filings otherwise need not be maintained under seal.  The following chart sets forth the documents for which Defendants' proposed redactions are undisputed:

| Document | Portion to Be Sealed | Designating Party | Basis for Sealing | Whether Previously Sealed |
|---|---|---|---|---|
| Joint Letter Brief regarding State AGs' Motion to Compel Unredacted Copy of "Document Four" Addressed in Court's Prior Crime-Fraud Ruling and Underlying Slide Deck | PII of Employees at pp. 5, 6 | Meta | This document contains personally identifiable information of non-executives. | To Meta's knowledge, no party has previously sought to seal this specific information. |
| ECF No. 2880-4, Exhibit B (META3047MDL-301-00001048) (July 5, 2023, Version of a PowerPoint Titled "Leading on IG Youth Protections") | PII of Minors at pp. 18, 19, 20<br><br>PII of Employees at p. 29 | Meta | This document contains private information of nonexecutive Meta employees and minor children that are irrelevant to the issues under dispute and would invade the privacy interests of non-parties if disclosed.  There are compelling reasons to seal such information.  *See AAA of N. Cal., Nev. & Utah v. GM LLC*, 2019 WL 1206748, at *2 (N.D. Cal. Mar. 14, 2019) (on summary judgment, sealing "[PII] of third-party individuals" to protect privacy and other interests); | To Meta's knowledge, no party has previously sought to seal this specific information. |

| Document | Portion to Be Sealed | Designating Party | Basis for Sealing | Whether Previously Sealed |
|---|---|---|---|---|
| | | | *Opperman v. Path, Inc.*, 2017 WL 1036652, at *4 (N.D. Cal. Mar. 17, 2017) (on summary judgment, sealing names of non-parties under compelling reasons standard); *Zeiger v. WellPet LLC*, 526 F. Supp. 3d 652, 699 (N.D. Cal. 2021) (same); *Hunt v. Cont'l Cas. Co.*, 2015 WL 5355398, at *2 (N.D. Cal. Sept. 14, 2015) (sealing names because disclosure "implicates important privacy concerns of nonparties— whose names are not relevant to the disposition of this case"); *see also* Decl. of Andre Suite (Apr. 8, 2025) (ECF No. 1850-1). | |
| ECF No. 2880-5, Exhibit C (META3047MDL-301-00001093) (July 6, 2023, Version of a PowerPoint Titled "Leading on IG Youth Protections") | PII of Minors at pdf p. 20, 21, 22<br><br>PII of Employees at p. 18 | Meta | This document contains personally identifiable information of minor children and non-executives. See above. | To Meta's knowledge, no party has previously sought to seal this specific information. |
| ECF No. 2880-6, Exhibit D (META3047MDL-301-00001137) (July 7, 2023, Version of a PowerPoint "Titled Leading on IG Youth Protections") | PII of Minors at pp. 18, 19, 22<br><br>PII of Employees at pp. 27, 36 | Meta | This document contains personally identifiable information of minor children and non-executives. See above. | To Meta's knowledge, no party has previously sought to seal this specific information. |

Dated:  April 8, 2026

Respectfully submitted,

DAVIS POLK & WARDWELL LLP

*/s/ Antonio J. Perez-Marques*

James P. Rouhandeh, *pro hac vice*
Antonio J. Perez-Marques, *pro hac vice*
Caroline Stern, *pro hac vice*
Corey M. Meyer, *pro hac vice*
450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4000
Facsimile: (212) 701-5800
rouhandeh@davispolk.com
antonio.perez@davispolk.com
caroline.stern@davispolk.com
corey.meyer@davispolk.com

COVINGTON & BURLING LLP
Ashley M. Simonsen, SBN 275203
1999 Avenue of the Stars
Los Angeles, California 90067
Telephone: (424) 332-4800
Facsimile: (424) 332-2749
asimonsen@cov.com

Paul W. Schmidt, *pro hac vice*
Phyllis A. Jones, *pro hac vice*
One CityCenter
850 Tenth Street, NW
Washington, DC 20001-4956
Telephone: (202) 662-6000
Facsimile: (202) 662-6291
pschmidt@cov.com
pajones@cov.com

*Attorneys for Defendants Meta Platforms, Inc.
and Instagram, LLC*

ROB BONTA
Attorney General, State of California

*/s/ Megan O'Neill*

Nicklas A. Akers (CA SBN 211222)
Senior Assistant Attorney General
Bernard Eskandari (SBN 244395)
Emily Kalanithi (SBN 256972)
Supervising Deputy Attorneys General
Nayha Arora (CA SBN 350467)
Megan O'Neill (CA SBN 343535)
Joshua Olszewski-Jubelirer (CA SBN 336428)
Marissa Roy (CA SBN 318773)
Brendan Ruddy (CA SBN 297896)
Deputy Attorneys General
California Department of Justice
Office of the Attorney General

455 Golden Gate Ave., Suite 11000
San Francisco, CA 94102-7004
Phone: (415) 510-4400
Fax: (415) 703-5480
megan.oneill@doj.ca.gov

*Attorneys for Plaintiff the People of the State of California*

PHILIP J. WEISER
Attorney General, State of Colorado

*/s/ Krista Batchelder*
Krista Batchelder, CO Reg. No. 45066,
*pro hac vice*
Deputy Solicitor General
Shannon Stevenson, CO Reg. No. 35542,
*pro hac vice*
Solicitor General
Elizabeth Orem, CO Reg. No. 58309,
*pro hac vice*
Assistant Attorney General
Colorado Department of Law
Ralph L. Carr Judicial Center
Consumer Protection Section
1300 Broadway, 7th Floor
Denver, CO 80203
Phone: (720) 508-6651
krista.batchelder@coag.gov
shannon.stevenson@coag.gov
elizabeth.orem@coag.gov

*Attorneys for Plaintiff State of Colorado, ex rel. Philip J. Weiser, Attorney General*

RUSSELL COLEMAN
Attorney General, Commonwealth of Kentucky

*/s/ Philip Heleringer*
J. Christian Lewis (KY Bar No. 87109),
*Pro hac vice*
Philip Heleringer (KY Bar No. 96748),
*Pro hac vice*
Zachary Richards (KY Bar No. 99209),
*Pro hac vice*
Daniel I. Keiser (KY Bar No. 100264),
*Pro hac vice*
Matthew Cocanougher (KY Bar No. 94292),
*Pro hac vice*
Assistant Attorneys General
1024 Capital Center Drive, Suite 200
Frankfort, KY 40601
christian.lewis@ky.gov
philip.heleringer@ky.gov
zach.richards@ky.gov

daniel.keiser@ky.gov
matthew.cocanougher@ky.gov
Phone: (502) 696-5300
Fax: (502) 564-2698

*Attorneys for Plaintiff the Commonwealth of Kentucky*


MATTHEW J. PLATKIN
Attorney General, State of New Jersey

*/s/ Kashif T. Chand*
Kashif T. Chand (NJ Bar No. 016752008), *Pro hac vice*
Assistant Attorney General
Thomas Huynh (NJ Bar No. 200942017), *Pro hac vice*
Assistant Section Chief, Deputy Attorney General
Verna J. Pradaxay (NJ Bar No. 335822021), *Pro hac vice*
Mandy K. Wang (NJ Bar No. 373452021), *Pro hac vice*
Deputy Attorneys General
New Jersey Office of the Attorney General, Division of Law
124 Halsey Street, 5th Floor
Newark, NJ 07101
Tel: (973) 648-2052
Kashif.Chand@law.njoag.gov
Thomas.Huynh@law.njoag.gov
Verna.Pradaxay@law.njoag.gov
Mandy.Wang@law.njoag.gov

*Attorneys for Plaintiffs New Jersey Attorney General and the New Jersey Division of Consumer Affairs Matthew J. Platkin, Attorney General for the State of New Jersey, and Elizabeth Harris, Acting Director of the New Jersey Division of Consumer Affairs*

**ATTESTATION**

I, Antonio J. Perez-Marques, hereby attest, pursuant to N.D. Cal. Civil L.R. 5-1, that the concurrence to the filing of this document has been obtained from each signatory hereto.


Dated:  April 8, 2026                                                    /s/ *Antonio J. Perez-Marques*
                                                                          Antonio J. Perez-Marques

OMNIBUS SEALING STIP. RE JOINT LETTER BRIEF EXS.
Case Nos. 4:22-MD-03047-YGR-PHK, 4:23-CV-05448-YGR