**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION | MDL No. 3047 |
| THIS DOCUMENT RELATES TO: | Case Nos. 4:22-md-03047-YGR-PHK<br>4:23-cv-05448-YGR |
| *All Actions* | **[PROPOSED] ORDER GRANTING OMNIBUS SEALING STIPULATION (JOINT LETTER BRIEF RE STATE AGS' MOTION TO COMPEL UNREDACTED COPY OF "DOCUMENT 4")** |
| | Judge: Hon. Yvonne Gonzalez Rogers<br>Magistrate Judge: Hon. Peter H. Kang |

The Court has considered the Parties' Omnibus Sealing Stipulation regarding information Defendants seek to seal in materials filed with the Joint Letter Brief Regarding State AGs' Motion to Compel Unredacted Copy of "Document 4" Addressed In Court's Prior Crime-Fraud Ruling And Underlying Slide Deck (ECF No. 2879).  Pursuant to Local Civil Rules 7-11 and 79-5, and the Court's Order Setting Sealing Procedures (ECF No. 341), the Court rules as follows on the undisputed redactions set forth in the chart in the Omnibus Sealing Stipulation:

| Document | Portion to Be Sealed | Action to Be Taken | Court Order |
|---|---|---|---|
| Joint Letter Brief regarding State AGs' Motion to Compel Unredacted Copy of "Document Four" Addressed in Court's Prior Crime-Fraud Ruling and Underlying Slide Deck | PII of Employees at pp. 5, 6 | Redact specified portions | |
| Exhibit B (META3047MDL-301-00001048) (July 5, 2023, Version of a PowerPoint Titled "Leading on IG Youth Protections") | PII of Minors at pp. 18, 19, 20<br><br>PII of Employees at p. 29 | Redact specified portions | |
| Exhibit C (META3047MDL-301-00001093) (July 6, 2023, Version of a PowerPoint Titled "Leading on IG Youth Protections") | PII of Minors at pdf p. 20, 21, 22<br><br>PII of Employees at p. 18 | Redact specified portions | |
| Exhibit D (META3047MDL-301-00001137) (July 7, 2023, Version of a PowerPoint "Titled Leading on IG Youth Protections") | Minor PII at pp. 18, 19, 22<br><br>Employee PII at pp. 27, 36 | Redact specified portions | |

IT IS SO ORDERED.

DATED:  _____      _____

YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT JUDGE