# EXHIBIT 3

# EXHIBIT D

TO JOINT LETTER BRIEF (ECF 2879)

Leading on
IG Teen Protections

A vision for leading the industry • IG Well-being + IG Trust

AC/Priv • IG Leadership Review • July 11, 2023

HIGHLY CONFIDENTIAL (COMPETITOR)

META3047MDL-301-00001137

## Objectives

**Goals for today**

1. Review current landscape of IG teen protection and new regulatory environment

2. Align on vision & criteria for where IG should lead for teen protections

3. Align on opportunity areas for where to lead and the path to get there

**Non-Goals**

1. Detailed feedback on concepts

A/C Priv • 2

HIGHLY CONFIDENTIAL (COMPETITOR)

META3047MDL-301-00001138

# Executive Summary

## Purpose

- We have been focused on meeting youth industry practices by the end of 2023.

- With new insights from teens, parents and advisors combined with changes across the regulatory landscape, we must develop a refreshed vision for teen protections on IG to guide our work and get ahead of regulations.

## Context

- Historically, we focused on the Best Interests of the Child and prioritized teen autonomy in our solutions.

- In a survey of 13k teens, 56% early global teens (13-15) and 54% late global teens (16-17) expressed at least some concern about their social media use. In a study of 1.3k US parents, 46% said they are extremely or very worried their teen's social media use could expose them to explicit content. We must increasingly help parents support their teens and increase our baseline protections for all youth.

- By taking leading the industry in certain areas, we believe we can position IG as the best place for teens to discover, create and connect, recognized by parents and policymakers as setting the highest bar for teen protections online.

## Recommendation

- To decide where to lead the industry across the six focus areas and their components, we recommend a 6-point decision framework

- We recommend IG lead in 1) Safety, 2) Age Appropriate Experiences, 3) Well-being (specifically Bullying & Harassment, Suicide and Self-Injury, Eating Disorder), and 4) Supervision (excluding Parental Consent)

- We recommend four principles to guide our feature investments to get to leading.

A/C Priv

A/C Priv • 3

HIGHLY CONFIDENTIAL (COMPETITOR)

META3047MDL-301-00001139



HIGHLY CONFIDENTIAL (COMPETITOR)

CONTEXT · **BACKGROUND**

# Teen protections on IG continue to be critical

**Teens & parents care about responsible social media use and we must continue to improve outcomes for both**

- Out of 13k surveyed, more than half of global teens reported they were at least somewhat concerned about their social media use; 45% of early teens (13-15) were somewhat concerned and 11% were very concerned

- In a survey of 1.3k US parents, a majority say they are worried that their child's use of social media could lead to problems with exposure to explicit content (71%), feeling pressured to act a certain way (59%), being bullied by others (54%), or anxiety or depression (53%)

**There is also a sea-change in the regulatory landscape**

- ~25 global regulations passed or are emerging stipulating teen protections.

- Regulators cite the US Surgeon General's advisory which emphasizes problematic use and appearance comparison and the American Academy of Pediatrics declaration of national emergency for children's mental health showing worsening trends in youth mental health.

**This requires a refreshed vision for teen protections on IG**

A/C Priv · 5

HIGHLY CONFIDENTIAL (COMPETITOR)

META3047MDL-301-00001141

CONTEXT · **BACKGROUND**

# Our position is shaped by input from stakeholders

Appendix Detail

### Teens

Top concerns of social media apps among teens (N=508) include contact from adult strangers (46%), bullying & harassment (46%), inappropriate behavior from others (44%) and too easy to share private information (43%).

### Parents & Guardians

In a survey of 508 guardians, top concerns for their teens include contact from adult strangers (43%), age inappropriate content (41%), bullying & harassment (39%) and time spent on Instagram (27%).

### Regulations

Regulations focus on age assurance, parental oversight, age appropriateness and data use. Members of Congress have introduced bills focused on youth with states jumping in and similar changes being proposed in other countries. Forthcoming laws also allow for private right of action.

### Meta Policy + Public Affairs

Meta has defined US Youth Legislation principles and [PRIV] [PRIV] [PRIV] Our public affairs strategy focuses on improving trust among parents.

### x-Meta Youth

Meeting industry practices means that [PRIV] [PRIV] and are on par with the standards set by major industry counterparts.

A/C Priv · 6

HIGHLY CONFIDENTIAL (COMPETITOR)

META3047MDL-301-00001142

CONTEXT · **BACKGROUND**

## Our Youth Protection work spans 6 Focus Areas*

Aligned with xMeta Youth Industry Practices – Current State, Source

*This work builds upon and enhances our long existing efforts in these areas.

**FOCUS AREA 1 - SAFETY**
- Effectively reduce exposure of teens to harmful content and interactions
- Key sub-areas: Inappropriate interactions with children, Child Sexual Abuse Material

**FOCUS AREA 2 - AGE APPROPRIATE EXPERIENCES**
- Take a risk-based approach to age recognition and apply appropriate safeguards
- Key sub-areas: Age-appropriate Content/Defaults, Content Modeling, Content & Recommendation Controls, Messaging, Private Experiences

**FOCUS AREA 3 - WELL-BEING**
- Provide teens tools to manage experiences that may negatively impact their well-being
- Key sub-areas: Suicide and Self-Injury (SSI), Eating Disorder (ED), Bullying & Harassment, Problematic Use. Within IG, this largely refers to Mental Well-being

**FOCUS AREA 4 - SUPERVISION**
- Build tools that enable guardians to better support their teens on the platform
- Key sub-areas: Parental consent, supervision (insights and controls)

**FOCUS AREA 5 - AGE ASSURANCE**
- Age assurance as a prerequisite to becoming an account holder
- Key sub-areas: Age collection, age verification, age prediction

**FOCUS AREA 6 - DATA USE**
- Appropriate data use, limits data collection to minimum necessary, limits ads
- Key sub-areas: Profiling, ads limits, ranking/search limitations, purpose limitation

A/C Priv · 7

HIGHLY CONFIDENTIAL (COMPETITOR)



META3047MDL-301-00001144

STRATEGY · LOOKING FORWARD

OUR ASPIRATION

IG is the best place for teens to safely discover, create, and connect, and is recognized by parents and policymakers for setting the highest bar for privacy-first age appropriate experiences.

OUR STRATEGY

We want every teen to have safe, age appropriate experiences on IG. We believe parents know what's best for their teens, so we're building tools for parents and teens to collaborate on the right experience for them with a strong baseline so no matter how involved a parent is, all teens have a safe experience by default.

A/C Priv · 9

Instagram will be beloved by teens as a place to play, discover and connect and broadly acknowledged by parents and stakeholders as a positive contributor to youth and technology issues.

HIGHLY CONFIDENTIAL (COMPETITOR)

META3047MDL-301-00001145

STRATEGY · LOOKING FORWARD

## To achieve our vision we will

**Help guardians guide and support their teens' experience based on their individual needs**
with tools that facilitate their relationship, lead to the best outcomes for both, and support the teen's developmental stage (e.g early teen or late teen).

**Help teens have safer, private and age appropriate experiences by default**
through interventions that prioritize their safety and individual needs, and respect their autonomy.

**Empower teens in responsible social media use**
through tools that offer agency & control, increase awareness of behavior and enable intentionality in choice.

**Scale our impact by influencing both industry and policy in protecting youth**
leading by example from principles and best practices so we raise the bar for the industry helping teens have safer experiences across their online journey.

A/C Priv · 10

HIGHLY CONFIDENTIAL (COMPETITOR)

META3047MDL-301-00001146

STRATEGY · CRITERIA FOR LEADING

## Decision criteria for where to lead

1. **Creates value for teens**
   Leading creates significant value for teens enabling them to have safer experiences while they discover, create, and connect.

2. **Helps parents support their teen**
   Investing helps parents with tools and insights they need to support their teen while respecting teen's privacy and will improve parents' sentiment.

1. **Path to meaningful reach and participation exists**
   People who may need these products will hire IG for the job. There is a credible path to meaningful reach and participation.

1. **Furthers policy position and public affairs strategy**
   Policy and externalization are aligned with leading in this space and in the best case, product innovation helps push policy forward.

1. **IG can play a key role**
   We believe IG can lead here and has a unique opportunity in the industry for impact. Note there may be areas where leading at a different layer (e.g. x-Meta) can scale impact.

1. **Ecosystem impact**
   Evaluation on ecosystem impact and considerations of the broader industry landscape.

   *Guardrail: Aligns with direction of global regulation*
   *Direction of travel in key jurisdictions is not orthogonal to leading. We may choose to take a leading role even in the absence of regulation where the criteria above are met.*

A/C Priv · 11

HIGHLY CONFIDENTIAL (COMPETITOR)

META3047MDL-301-00001147

# Criteria applied to Focus Areas

Overview only. Detailed analysis here

| WHERE TO LEAD | 1. Creates value for teens | 2. Helps parents support their teen/s | 3. Path to meaningful participation | 4. Futhers Policy position & Public Affairs | 5. Instagram can play a key role | 6. Ecosystem impact |
|---|---|---|---|---|---|---|
| **Safety** <br> Inappropriate interactions; Child Sexual Abuse Material; Sextortion | High | High | High | High | High | Medium |
| **Age Appropriate Exp.** <br> Age appropriate content and controls; defaults; messaging; private experiences | High | High | High | High | High | Medium |
| **Well-being** <br> SSI; ED; bullying & harassment; problematic use; appearance comparison | High | High | Medium | High | Medium | Medium |
| **Supervision** <br> Parental insights; parental controls; education; parental consent | Medium | High | Medium | High* | Medium* | Low* |
| **Age Assurance** <br> Age verification (AV), age collection, age prediction (note: focus here is AV and we already lead in age prediction) | Medium | Medium | Low | Medium | Low | High |
| **Data Use** <br> Profiling; ads limitations; ranking & search limitations; purpose limitation | Low | Low | TBD | Medium | Low | High |

*exception: parental consent for U18/O13's

*Column 1-5 evaluates alignment and compatibility with criteria (e.g. high = leading creates significant value for teens)*
*Column 6 evaluates ecosystem impact*

A/C Priv · 12

META3047MDL-301-00001148

STRATEGY · **WHERE TO LEAD**

RECOMMENDATION

# Opportunity areas for IG to lead based on framework

Leading a focus area exceeds practices of industry counterparts*, creating a publicly recognized best-in-class experience for teens.

*Note: CSI to deliver updated competitive landscape for industry leading in Q3

1. **Safety**
   Lead the Focus Area in 2023. On track to achieve this for CSAM / CSE and Inappropriate Interactions by 2023; currently working through a blocker on Sextortion.

1. **Age Appropriate Experiences**
   Lead the Focus Area in 2023. Achieve north star of bringing teen prevalence below adults in 2024. Innovate on privacy-first experiences to engage teens.

1. **Well-being**
   Within the Focus Area of Well-being, we want to lead across these 2 components in 2023:
   a. Bullying & Harassment
   b. SSI, ED

1. **Supervision**
   Continue meeting industry practice in 2023, lead the Focus Area in 2024 (excluding Parental Consent component).

A/C Priv · 13

HIGHLY CONFIDENTIAL (COMPETITOR)

META3047MDL-301-00001149

STRATEGY · **HOW WE'LL PICK INVESTMENTS**

RECOMMENDATION

# Principles to guide our feature investments

In addition to deciding on features we need, we must audit our systems and infrastructure to identify any gaps that could prohibit us from leading confidently.

1. **Addresses a top parent concern**
   This feature meets a top parent concern and we've considered prevalence and severity.

2. **Simple to use so parents and/or teens will adopt it**
   This feature is straightforward and simple to use. It meets people where they are.

1. **Lends itself to defaults**
   There is an opportunity for a smart default with the ability for choice so parents and teens can collaborate on what's right for them.

1. **Preserves IG's core value for teens**
   This allows us to continue serving teens' core jobs to be done so IG can remain the best place for them to discover, create and connect in age-appropriate ways.

A/C Priv · 14

HIGHLY CONFIDENTIAL (COMPETITOR)

META3047MDL-301-00001150

STRATEGY · PATH TO LEADING

## Top of mind considerations as we proceed

| Consideration | Details | Relative Risk | Owner |
|---|---|---|---|
| Balance of parental oversight and teen autonomy | As we shift to increase prioritization of parental oversight, we must balance teen autonomy. Not all parents are equal (e.g. different expectations across cultures, abusive parents, absent parents) so we will need to build a framework for how to think about this systematically over time. | High | IG Product & IG Policy |
| Evolving regulatory landscape | **PRIV** | | Central Privacy & IG Product |
| The industry is not static | While we've aligned with CxMY on the current Youth Industry Scorecard (YIP), we recognize this is a moving target. Competitors will announce new features, and the industry will evolve requiring periodic evaluation and adjustment. | Medium | Central Social Impact |
| Guardian ease of use & cognitive overload | Parents already have many responsibilities. While we want to give them tools they need to choose what's right for their teen, we need it to be easy and have the right initial defaults in case parents don't have time or ability to offer oversight. | Medium | IG Product |
| Pre-account creation experience | How can we continue to have a safe and engaging pre-account discovery experience (i.e. logged out experience) we can offer to help O13 teens decide if they're interested in joining IG? | Medium | IG Product & IG Policy |

A/C Priv

A/C Priv · 15

HIGHLY CONFIDENTIAL (COMPETITOR)

META3047MDL-301-00001151



HIGHLY CONFIDENTIAL (COMPETITOR)

META3047MDL-301-00001152

STRATEGY · PATH TO LEADING

## How our position has shifted

**Shifting from teen autonomy to helping teens and guardians collaborate on the IG experience**

Historically, we prioritized teen safety and teen autonomy. Now, as part of our work for safer experiences for teens, we'll shift to empower guardians and teens to collaborate with enhanced tools to optimize the teen experience on IG to meet their individual needs.

**Prioritize more private experiences for teens to meet needs and mitigate risks**

With teens shifting away from broadcast channels towards private and ephemeral sharing, we can continue helping teens connect with smaller, trusted communities. As an example, expanding adoption of Close Friends can reduce teen bullying, unwanted interactions or exposure, and pressure to be perfect, giving them a place to safely express themselves.



A/C Priv · 17

HIGHLY CONFIDENTIAL (COMPETITOR)



STRATEGY · **PATH TO LEADING**

## Leading in Safety

**Set strong defaults, protect from sextortion and disrupt risky actor connection**

Data and insights

- In public discourse: "Nearly 6-in-10 adolescent girls say they've been contacted by a stranger on certain social media platforms in ways that make them feel uncomfortable." (Surgeon General Advisory) Malicious actors sometimes use IG to exchange CSAM and target youth, as reported by recent press coverage.

- In May'23, 68% of ~1.9k 'unwanted sexual interactions' reports were related to users reporting someone is threatening sextortion, blackmail of their content (source).

Potential investments

- Better protect teens from Sextortion and offer appropriate support

- Further limit discovery of malicious actors & content; disrupt connections between malicious actors and benign users

- Stronger defaults for DM reachability for teens

HIGHLY CONFIDENTIAL (COMPETITOR)

META3047MDL-301-00001154





STRATEGY · PATH TO LEADING

## Leading in Bullying & Harassment

**Shift social norms in connected environments, upleveling positive conversation**

Data and insights

- In public discourse: "In a review of 36 studies, a consistent relationship was found between cyberbullying via social media and depression among children and adolescents" (Surgeon General Advisory). In a survey of 1.3k US teens, 74% say social media sites are doing a fair or poor job addressing online harassment (Pew survey).

- Among ~35k IG users, teens experience the highest prevalence of bullying and harassment and are 50% more likely to experience severe forms. This is one of the top concerns reported by 13k parents globally.

Potential investments

- Positively shift norms in connected environments by empowering bystanders and employing nudges

- Better detect connected cyberbullying including hate / tea accounts and waves of harassment in networks

- Introduce softer or more temporary controls that teens can use in connected environments

A/C Priv · 20



STRATEGY · PATH TO LEADING

**Illustrative only**

# Leading in SSI & ED

Provide controls that signal a teen may be dealing with SSI and/or ED, and leverage these signals to initiate a digital cleanse.

**Data and insights**

- In public discourse: "Studies demonstrated a significant relationship between social media use and body image concerns and eating disorders." (Surgeon General Advisory)

- SSI/ED has a disproportionately large teen audience on IG. Additionally, in Q1'23, Instagram Product and Policy leads engaged in direct research to better understand the POV of parents of teens with serious mental health issues in SSI and ED, leading to recommend blunt tools to help manage their situation.

**Potential Investments**

- Controls that help teens and their parents indicate to us that their teen may be dealing with SSI and/or ED

- Product experiences that leverage the control signal to initiate a digital-cleanse – ie by resetting content recommendations, suggesting bulk unfollows, limiting discovery of remotely adjacent accounts/content, applying conservative time defaults (ie Quiet Mode)

*Content preferences shown in mock-up:*

5:26

< Content preferences

People you follow
452 people · 12 favorites →

Top recommendations
8 topics →

- Animals
- Tennis
- Math & science

Restricted topics
5 topics →

- Diet & weight-loss
- Sexually explicit content

Ability to restrict topics (both from teen and parent account). Some topics could be restricted by default

A/C Priv · 21

HIGHLY CONFIDENTIAL (COMPETITOR)



Surgeon General's Advisory: "A majority of parents of adolescents say they are somewhat, very, or extremely worried that their child's use of social media could lead to problems with anxiety or depression (53%), lower self-esteem (54%), being harassed or bullied by others (54%), feeling pressured to act a certain way (59%), and exposure to explicit content (71%). Nearly 70% of parents say parenting is now more difficult than it was 20 years ago, with technology and social media as the top two cited reasons."

HIGHLY CONFIDENTIAL (COMPETITOR)



HIGHLY CONFIDENTIAL (COMPETITOR)

META3047MDL-301-00001159

DISCUSSION · **ALIGNMENT & FEEDBACK**

## Discussion

1. Are we aligned on the high level strategy for teen protections on IG, focusing on the role of parents plus smart defaults for a strong baseline experience?

2. Are we aligned on the six criteria to help us decide where to lead?

3. Are we aligned on IG leading across:

    a. Safety

    b. Age Appropriate Experiences

    c. Well-being components of Bullying & Harassment, SSI, and ED specifically

    d. Supervision

4. Are the four principles to guide our specific feature investments the right ones? Do they seem helpful for making tradeoffs?

A/C Priv · 24

HIGHLY CONFIDENTIAL (COMPETITOR)

META3047MDL-301-00001160



HIGHLY CONFIDENTIAL (COMPETITOR)    META3047MDL-301-00001161

STRATEGY · **PATH TO LEADING**

# What leading means

Leading a focus area exceeds practices of industry counterparts*, creating a publicly recognized best-in-class experience for teens.

*Note: CSI to deliver updated competitive landscape for industry leading in Q3

## For Safety

- Teens experience low levels of interaction harms and have supportive resources when they need them.
- Currently we are meeting YIP with 0 gaps to close.

## For Age Appropriate Experiences

- Teens encounter less inappropriate content than adults and have controls to manage it (bring teen non-rec prevalence lower than adults for ANSA, RGI, SSI, ED, B&H).
- Currently we are on track to meet YIP with 1 gap to close in H2.

## For Supervision

- Resources and tools that foster positive outcomes for both teens and guardians, by empowering guardians with options to foster responsible use based on individual needs and parental expectations.
- Currently we are meeting YIP with 0 gaps to close.

## For Bullying & Harassment

- Teens can safely express themselves and connect authentically and respectfully.
- Currently we are on track to meet YIP with 2 gaps to close in H2.

## For SSI & ED

- Teens and guardians have blunt tools that help them easily manage their situation.
- Currently we are on track to meet YIP with 2 gaps to close in H2.

A/C Priv · 26

HIGHLY CONFIDENTIAL (COMPETITOR)

META3047MDL-301-00001162

Slide 26

@█████@meta.com do you have a pov here?  Essentially do we have a core metric for each?
████, 7/6/2023

Feedback from █████ to incorporate here:

4/ On slide 15, I'm not sure if we can quantify any of these end states, but if we can, that'd be awesome. E.g. Age appropriate experiences — "Teens encounter less inappropriate content than adults and have controls to manage it. (e.g. Teen non-rec prevalence < adult non-rec)"
████████, 7/6/2023

We do have core metrics for each. Check this Youth WB Scorecard here (slide 9): https://docs.google.com/presentation/d/1JMqOIETkc6hhxfPDjt7aW6kDjtc7xB8xo6WUKa9x-XY/edit?usք

As to how we could quantify the end state, we could start with teen < adult but IMO that's not the end state. I think what █████ talks about is the "true floor" analysis (slide 10 above), which are non-trivial but WIP for most problem areas.

Here is one example of "true floor" analysis I did for AAE in H1: https://docs.google.com/presentation/d/18hfnas64f6zA4IgLY-y3F-HXPe5eKH07pu1L0IFebm4/edit?usք
███████, 7/6/2023

Suggest we mark this as a follow up once we are aligned on where to lead
████████ 7/6/2023

@████████@meta.com I did some digging with the teams today. For these leading end states, we don't have a quantifiable statement for most. AAE is the only one, and even that one is debatable against the idea of there being a 'true floor analysis" = thresholds beyond which user don't notice the differences (via user surveys).

cc: @█████@fb.com @█████@meta.com
_Reassigned to █████████_
████████, 7/7/2023

decision to move this slide to appendix given its low value add at this stage.
████████, 7/7/2023

HIGHLY CONFIDENTIAL (COMPETITOR)



HIGHLY CONFIDENTIAL (COMPETITOR)

META3047MDL-301-00001164



HIGHLY CONFIDENTIAL (COMPETITOR)    META3047MDL-301-00001165



APPENDIX · YIP

# Youth Industry Practices Scorecard

Instagram

| | | YIP Product Translation | Goal Type | IG |
|---|---|---|---|---|
| **AAE** | AAE - Content | AAE-1. Youth should be less likely to see age-inappropriate content on our platforms than the average, general adult population. | Numeric | m |
| | | AAE-2. Develop and test at least one age-specific content lever – e.g. demotions, age-gating/filtering – for an age-appropriate content category | Ship | |
| | | AAE-3. Adults will have more control over their content consumption than Youth. | Ship | |
| | | AAE-4. Content creators will be able to set audience controls to prevent Youth from seeing content that content creators intend for more matur | Ship | |
| | Age Assurance | Stated age collection | TBD | |
| | | U13 Reporting & Enforcement | TBD | |
| | | Proactive U18 Classifer Enforcement - Safety Use Cases | TBD | |
| | | Proactive U18 Classifer Enforcement - Non-Safety Use Cases | TBD | |
| **Safety** | CSE - Indirect | CSEI-1. Proactively detect, measure, remove CSAM / CSE content | Numeric | |
| | | CSEI-2. We have a process to escalate and action NCMEC-escalatable offenses from human review where it is reported to us and reviewed by a l | Ship | |
| | | CSEI-3. Have policies prohibiting sexualisation of minors and taking action on reports of child sexualisation. | Ship | |
| | CSE - Direct | CSED-1. We have a way to track the impact of our adult-minor interventions on the observed prevalence/risk of harm to teens, which can inform | Numeric | |
| | | CSED-2. Apply high privacy default settings for teens [identical to and tracked in BH-1] | Ship | |
| | | CSED-3. Reachability defaults: where (i) Minors cannot be directly reached in 1-1 private contexts by unconnected adults unless via explicit opt-i | Ship | |
| | | CSED-4. We do not recommend risky adults to minors, or vice versa on recommendation surfaces | Ship | |
| | Integrity tooling (VR only) | CSEVR-1. Enforcement review guidelines and protocol coverage across CCVE | Ship | |
| | | CSEVR-2. Ensure there is trained moderation capacity for user reports in Quest and Horizon Worlds-branded social experiences | Ship | |
| | | CSEVR-3. Moderation decisions result in integrity enforcement actions (suspension, warnings etc) | Ship | |
| | | CSEVR-4. Quest- and Horizon Worlds-branded surfaces' interactions and entities are reportable (Profiles, Conversations, Interactions) | Ship | |

**LEGEND**
Complete
In Progress and on track for completion by EOY
At Risk of not meeting YIP by EOY
Status unclear, needs escalation/escalation ongo
Aligned to complete in 2024+
"m"     milestone goals
Not Applicable

A/C Priv

29

HIGHLY CONFIDENTIAL (COMPETITOR)

META3047MDL-301-00001166



HIGHLY CONFIDENTIAL (COMPETITOR)

META3047MDL-301-00001167



HIGHLY CONFIDENTIAL (COMPETITOR)

META3047MDL-301-00001168



HIGHLY CONFIDENTIAL (COMPETITOR)    META3047MDL-301-00001169



New Youth Regulations Are Being Passed Around The World

PRIV

PRIV

HIGHLY CONFIDENTIAL (COMPETITOR)

META3047MDL-301-00001170

# Youth Protection on IG, Current Scorecard

IGWB aligned with CSI on the bar for what constitutes "Industry Practice" (IP), area-specific definitions, and corresponding product translations.

1/ **Safety**: We are meeting the current YIP definitions in this area, which are primarily based on product capabilities. However, the Child Safety Task Force has identified areas where our end-to-end integrity systems may possibly not be working the way we expect them to; we are working towards closing the gaps.

2/ **Age Appropriate Experiences**: In H2, we will continue to meaningfully reduce teen non-rec prevalence by shipping stronger integrity enforcements for teens on recommendation and connected surfaces. With this approach, we believe we can get to leading on AAE by the end of the year.

3/ **Well-being**: We are on track to meet YIP by closing 8 of 17 gaps across Problematic Use, Bullying & Harassment, and SSI/ED.

4/ **Supervision**: We are currently meeting YIP based on current definitions. This might change once the regulatory analysis is complete.

5/ **Age Verification**: We are in the process of evaluating YIP for age assurance and are beginning the work for inbound regulations where mandatory third-party age verification is required.

6/ **Data Use**: We are on track to meet YIP by the end of 2023; agreed to complete Youth Ads for misstated age in 2024.

| Focus Area | IG Current State |
|---|---|
| Safety | 🟢 |
| Age Appropriate Experiences | 🟠 |
| Well-being | 🟠 |
| Supervision | 🟢 |
| Age Verification | ⚪ |
| Data Use | 🟠 |

HIGHLY CONFIDENTIAL (COMPETITOR)

META3047MDL-301-00001171

Slide 34

1          @⬛⬛⬛⬛ @meta.com
           ⬛⬛⬛ 7/7/2023

HIGHLY CONFIDENTIAL (COMPETITOR)                    META3047MDL-301-00001172



HIGHLY CONFIDENTIAL (COMPETITOR)

META3047MDL-301-00001173

CONTEXT · **STAKEHOLDER NEEDS**

# Teens

1. **Teens experience more problematic content than the average user.**

They have <u>higher prevalences</u> of violating content than non-teens (1.4x-1.8x Severity Weighted Overall Prevalence), driven by elevated levels of bullying, SSI, hate speech, nudity and violence. 1.5% of teen severity-weighted impressions are on violating content, 50% higher than adults while 0.026% of teen impressions are on SSI/ED contents, 140% higher than adults (<u>source</u>).

1. **Teens report having the most experiences with sensitive content on Comments, Explore, Stories, Direct Messages, and Reels surfaces.**

We have made significant strides on recommendation surfaces with the launch of <u>Sensitive Content Controls (SCC)</u> and <u>SCC defaults for early teens</u>. However, there is a significant unaddressed opportunity on connected surfaces such as Feed and Stories.

1. **Teens are aware of and concerned about the effects of social media**

Teens have a growing awareness of the effects of social media and more than half of teens globally reported they were at least somewhat concerned about their social media use (<u>Kremer, 2022</u>). Findings show out of 1.9k teens surveyed, US early teens (13-15 yrs.) showed that 31% were somewhat concerned and 10% were very concerned with their social media use, compared to 45% and 11%, of the global sample respectively.

A/C Priv

36

HIGHLY CONFIDENTIAL (COMPETITOR)

META3047MDL-301-00001174

CONTEXT · **STAKEHOLDER NEEDS**

## Parents & Guardians

1. **Top concerns are contact from adult strangers, age inappropriate content, bullying & harassment and time spent on Instagram.**

Out of 13k surveyed, two-thirds of guardians were interested in social media products adding guardian supervision tools. Adding such tools provides more oversight and act as conversation starters between guardians and teens about what is appropriate, increase teen's awareness of their own patterns of use, and increase guardian confidence and trust in allowing teens on our apps). [source]

1. **Guardians report supervising their teen's use of social media and messaging apps at least weekly.**

To address these concerns, guardians of teens report supervising their teen's use of social media and messaging apps at least weekly. This frequently involved discussions or instruction but also included activities such as setting rules, directly observing teen use, following the teens on apps, and occasionally applying invasive techniques such as checking devices and app usage when the teen is not around.

1. **Guardians acknowledge the challenges with supervision**

These challenges were diverse, including needing help balancing teen autonomy and oversight, monitoring teen activity, identifying existing supervision tools and educational resources, knowing how to use them and finding time to do so, monitoring across children, and coordinating with other supervisors.

A/C Priv

37

HIGHLY CONFIDENTIAL (COMPETITOR)

META3047MDL-301-00001175

CONTEXT · STAKEHOLDER NEEDS

# Regulations

## 1. There is emerging view that 13 may be too low an age for access to social media without parental consent

Federal law under COPPA has long required parental consent for children U13 to access online services. However, there is an emerging bipartisan view that 13 may be too low an age to access social media without parental consent. State legislatures in Arkansas and Utah have passed bills aiming to restrict U18's access and in some cases, experiences on social media, with other states considering similar restrictions.

## 1. US regulators cite the US Surgeon General, the American Academy of Pediatrics, and the CDC

Regulator perspectives are showing that the former status quo is over and the time to act in support of youth is now. They frequently cite the US Surgeon General's advisory (latest here), the American Academy of Pediatrics declaration of a national emergency for children's mental health (here), and studies from the CDC (here, here) demonstrating worsening trends in youth mental health and the role social media may play in that. In his February SOTU speech, Biden said, "We must finally hold social media companies accountable for the experiment they are running on our children for profit."

## 1. Taken together, regulations focus on age assurance, parental oversight, age appropriateness and data use

Although the requirements for each regulation is different, taken together, they generally have the following goals: 1\ compel providers to verify age; 2\ limit social media access through parental consent requirements and in some cases time restrictions; 3\ increase parental oversight through insights and controls; 4\ require age appropriate experiences which can include removing recommendations and prohibiting ads.

HIGHLY CONFIDENTIAL (COMPETITOR)

META3047MDL-301-00001176

CONTEXT · **STAKEHOLDER NEEDS**

# PRIV

## Meta Policy, Legal and Public Affairs

### 1. Policy is seeking to implement a legislative strategy to minimize negative business impact

Policy is seeking to implement a US youth legislative strategy that supports: 1\ parental consent and age verification at the OS/app store level; 2\ limiting ad targeting for U16s; 3\ development of common definitions and age appropriate content standards for U16s; 4\ mandatory parental controls for U16s; 5\ including messaging in the definition of social media while protecting commitments to encryption

### 1. Our public affairs strategy focuses on improving trust among parents

Meta's public affairs strategy is anchored on parents and seeks to improve parental consent and permissiveness by educating parents on the current suite of supervision tools. The key area of the Core Supporting Narratives is around Well-being with the core message of "Relationships are essential to our well-being. Meta platforms help people form and maintain relationships, express themselves, and find support if they need it."

A/C Priv

39

HIGHLY CONFIDENTIAL (COMPETITOR)

META3047MDL-301-00001177

CONTEXT · **BACKGROUND**

# New regulatory landscape

**Emerging regulations focus on 5 key areas:**

### 1.  Age assurance

Age assurance includes age collection, verification, prediction, enforcement and use limitation. While some regulators, experts and parents are concerned about age collection for teens and violations of privacy, the majority of emerging regulation requires age verification (some requiring third-party vendors).

### 1.  Age appropriate experiences

Typically this area refers to privacy transparency in age-appropriate language, high privacy default settings and some regulations include prohibitions of certain features.

### 1.  Parental consent, insights and controls

Regulations largely focus on requiring express parental consent for U18s (or in some geos, U15 or 16 as age of self-consent). Some regulations include stipulations for increased parental access to U18 accounts, insights and parental oversight on controls.

### 1.  Well-being

In regulation, this category largely includes Best Interests of the Child, content restrictions, and prohibiting dark patterns to reduce addiction.

### 1.  Data use

Data use regulation focuses on limiting profiling of U18s, limiting data collection to minimum necessary to provide the service, reducing or prohibiting ads and recommendations, and purpose limiting usage of data.

A/C Priv

40

HIGHLY CONFIDENTIAL (COMPETITOR)

META3047MDL-301-00001178



META3047MDL-301-00001179