*[Submitting Counsel on Signature Page]*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCT LIABILITY LITIGATION | MDL No. 3047<br><br>Case No. 4:22-md-3047-YGR |
| This Document Relates To:<br><br>*Breathitt County Board of Education v. Meta Platforms, Inc., et al.* Case No. 4:23-cv-1804 | **JOINT NOTICE OF WITHDRAWAL OF JOINT LETTER BRIEF REGARDING DEFENDANTS' TRIAL WITNESS DISCLOSURE [ECF No. 2920]**<br><br>Judge: Hon. Yvonne Gonzalez Rogers<br><br>Magistrate Judge: Hon. Peter H. Kang |

On April 7, 2026, Plaintiff Breathitt County Board of Education ("Breathitt") and Defendants TikTok, Inc., TikTok, LLC, TikTok, Ltd., ByteDance, Inc., ByteDance, Ltd. (collectively, the "TikTok Defendants") submitted a Joint Letter Brief Regarding Defendants' Trial Witness Disclosure (ECF No. 2920) (the "Joint Letter Brief"). The TikTok Defendants have since withdrawn Tara Wadhwa—the subject of the parties' letter briefing—as a witness in this matter, mooting the dispute. The Parties therefore respectfully withdraw the Joint Letter Brief.

Dated: April 9, 2026

Respectfully submitted,

By: */s/ Geoffrey M. Drake*
GEOFFREY M. DRAKE, (*pro hac vice*)
TACARA D. HARRIS, (*pro hac vice*)
KING & SPALDING LLP
1180 Peachtree Street, NE, Suite 1600
Atlanta, GA 30309-3521
Telephone: (404) 572-4600
Facsimile: (404) 572-5100
Email: gdrake@kslaw.com
Email: tharris@kslaw.com

DAVID P. MATTERN, (*pro hac vice*)
KING & SPALDING LLP
1700 Pennsylvania Avenue, NW, Suite 900
Washington, DC 20006-4707
Telephone: (202) 737-0500
Facsimile: (202) 626-3737
Email: dmattern@kslaw.com

BAILEY J. LANGNER (SBN 307753)
KING & SPALDING LLP
50 California Street, Suite 3300
San Francisco, CA 94111
Telephone: (415) 318-1200
Facsimile: (415) 318-1300
Email: blangner@kslaw.com

DANIEL M. PETROCELLI (SBN 97802)
SABRINA H. STRONG (SBN 200292)
O'MELVENY & MYERS
1999 Avenue of the Stars, 8th Floor
Los Angeles, CA  90067
Telephone: (310) 553-6700
Email: dpetrocelli@omm.com
        sstrong@omm.com

STEVE BRODY (*pro hac vice*)
O'MELVENY & MYERS
1625 Eye Street
Washington, D.C.  20006
Telephone: (202) 383-5300
Email: sbrody@omm.com

*Attorneys for Defendants TikTok Inc., ByteDance Inc., TikTok Ltd., ByteDance Ltd., and TikTok LLC*

2

/s/ *Michael Weinkowitz*
MICHAEL M. WEINKOWITZ
**LEVIN SEDRAN & BERMAN, LLP**
510 Walnut Street, Suite 500
Philadelphia, PA 19106
Telephone: 215-592-1500
MWeinkowitz@lfsblaw.com

*Co-chair of School District Committee*
*Plaintiffs Leadership Committee*

Lexi J. Hazam
**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**
275 Battery Street, 29th Floor
San Francisco, CA 94111
Tel.: 415-956-1000

Previn Warren
**MOTLEY RICE LLC**
401 9th Street NW, Suite 630
Washington, DC 20004
Tel.: 202-386-9610

*Co-Lead Counsel for Plaintiff*

## **ATTESTATION**

I, Geoffrey M. Drake, do hereby attest, pursuant to N.D. Cal. Civil L.R. 5-1, that the concurrence to the filing of this document has been obtained from each signatory hereto.


Dated: April 9, 2026

*s/ Geoffrey M. Drake*
GEOFFREY M. DRAKE, (*pro hac vice*)
TACARA D. HARRIS, (*pro hac vice*)
KING & SPALDING LLP
1180 Peachtree Street, NE, Suite 1600
Atlanta, GA 30309-3521
Telephone: (404) 572-4600
Facsimile: (404) 572-5100
Email: gdrake@kslaw.com

*Attorney for Defendants TikTok Inc., ByteDance Inc., TikTok Ltd., ByteDance Ltd., and TikTok LLC*

**<u>CERTIFICATE OF SERVICE</u>**

The undersigned hereby certifies that on April 9, 2026, a true and correct copy of the foregoing was electronically filed using the Court's CM/ECF. system, which will send notification of such filing to all counsel of record.

<u>*/s/ Geoffrey M. Drake*</u>
GEOFFREY M. DRAKE, (*pro hac vice*)
KING & SPALDING LLP
1180 Peachtree Street, NE, Suite 1600
Atlanta, GA 30309-3521
Telephone: (404) 572-4600
Facsimile: (404) 572-5100
Email: gdrake@kslaw.com

*Attorney for Defendants TikTok Inc., ByteDance Inc., TikTok Ltd., ByteDance Ltd., and TikTok LLC*