Ashley M. Simonsen (Bar No. 275203)
COVINGTON & BURLING LLP
1999 Avenue of the Stars
Los Angeles, California 90067
Telephone: (424) 332-4800
Facsimile: (424) 332-4749
Email: asimonsen@cov.com

*Attorneys for Defendants Meta Platforms, Inc.*
*f/k/a Facebook, Inc. and Instagram, LLC*

*[Additional parties and counsel listed on*
*signature pages]*

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION | MDL No. 3047 |
| | Case No. 4:22-MD-03047-YGR-PHK |
| This Document Relates To: | **DEFENDANTS' UPDATED WITNESS LIST (BREATHITT)** |
| *Breathitt County Board of Education vs. Meta Platforms, Inc. et al* | Judge: Hon. Yvonne Gonzalez Rogers |
| Case No.: 4:23-CV-01804 | Magistrate Judge: Hon. Peter H. Kang |

Pursuant to the Order Regarding Pretrial Schedule (Breathitt) ("Pretrial Order"), Dkt. No. 2811, Defendants disclose this updated list of witnesses whom Defendants may call to present live testimony, or may designate deposition testimony for, in their case in chief during the liability phase at the trial for Breathitt County School District.

Defendants' list is based on the information reasonably available to them at this time. The inclusion of any name on this list is not a statement by any Defendant that the witness will or will not be available at the time of trial or will in fact testify at trial. Defendants reserve the right to amend or supplement this list, including per Rule 26, any order by the Court, or any other governing rule, including to call any records or data custodian necessary for the admission of any exhibit on Defendants' exhibit list that Defendants seek to introduce. Defendants reserve the right to counter-designate the deposition testimony of any witness, including any witness listed herein, in response to any deposition testimony designated by Plaintiff for that witness.

When Defendants indicate that a witness's testimony will occur by deposition designation, they intend to play deposition video (rather than reading from a transcript).

Pursuant to the Pretrial Order and the Court's Standing Order Re: Pretrial Instructions in Civil Cases, Defendants include certain time estimates for witness testimony. For witnesses on Defendants' witness list, Defendants include time estimates only for will-call witnesses. Those time estimates are necessarily only estimates and are subject to change depending on the presentation of evidence at trial, and Defendants reserve all rights. For purposes of this exercise, Defendants assume that they will use six hours for openings and closings, thus leaving 39 hours for examination of witnesses.

Pursuant to the Court's Standing Order Re: Pretrial Instructions in Civil Cases, Defendants also include time estimates for certain witnesses on Plaintiff's March 31, 2026, corrected preliminary witness list. When such witnesses are not on Defendants' witness list, Defendants list them in a separate table. The time estimates for these witnesses are likewise necessarily only estimates and are subject to change depending on the presentation of evidence at trial, and Defendants reserve all rights. Because Defendants do not know Plaintiff's time estimates for these witnesses, and Defendants' examination will depend on Plaintiff's examination, they do not include time estimates broken down by individual witness.

Defendants do not include in this list time estimates for may-call witnesses on their witness list. Whether and for what length those witnesses will testify will vary depending on which will-call witnesses testify and on the progress of trial.

| Defendants' Witness List | | | | |
|---|---|---|---|---|
| Witness | Description | Live or by Designation | Will or May Call | Time Estimate (hours) |
| District Employees | | | | |
| Kelli Gross | Ms. Gross is the Director of Breathitt High School Family Resource & Youth Center (2022 – present) and former Director of Highland-Turner Elementary's Family Resource Youth Services Center (2018 – 2022). Defendants anticipate the witness testifying about, among other things, the lack of evidence to support Breathitt's theory of causation from Defendants' actionable conduct, alternative causes of Breathitt's alleged harms, and steps Breathitt failed to take in response to the alleged conduct of Defendants. | Designation | Will Call | 0.25 (cross and/or video play) |
| Jeremy Hall | Mr. Hall is the Principal of Sebastian Elementary School (2017 – present) and a Rule 30(b)(6) representative of Breathitt.  Defendants anticipate the witness testifying about, among other things, the lack of evidence to support Breathitt's theory of causation from Defendants' actionable conduct, alternative causes of Breathitt's alleged harms, and steps Breathitt failed to take in response to the alleged conduct of Defendants. | Designation | Will Call | 1 (cross and/or video play) |
| Kera Howard | Ms. Howard is a Guidance Counselor at Breathitt High School (2022 – present) and a Rule 30(b)(6) representative of Breathitt. | Designation | Will Call | 1.5 (cross and/or video play) |

| | | | | |
|---|---|---|---|---|
| | Defendants anticipate the witness testifying about, among other things, the lack of evidence to support Breathitt's theory of causation from Defendants' actionable conduct, alternative causes of Breathitt's alleged harms, and steps Breathitt failed to take in response to the alleged conduct of Defendants. | | | |
| Stacy McKnight | Ms. McKnight is the Finance Officer of the Breathitt County Schools and Secretary of the Board of Education (2018 – present) and a Rule 30(b)(6) representative of Breathitt. Defendants anticipate the witness testifying about, among other things, the lack of evidence to support Breathitt's theory of causation from Defendants' actionable conduct, alternative causes of Breathitt's alleged harms, and steps Breathitt failed to take in response to the alleged conduct of Defendants. | Designation | Will Call | 0.5 (cross and/or video play) |
| Daphne Noble | Ms. Noble is the Principal of Breathitt High School (2023 – present) and a Rule 30(b)(6) representative of Breathitt.  Defendants anticipate the witness testifying about, among other things, the lack of evidence to support Breathitt's theory of causation from Defendants' actionable conduct, alternative causes of Breathitt's alleged harms, and steps Breathitt failed to take in response to the alleged conduct of Defendants. | Designation | Will Call | 1 (cross and/or video play) |
| William Noble | Mr. Noble is the Facilities and Technology Director of Breathitt County Schools (2018 – present). Defendants anticipate the witness testifying about, among other things, the lack of evidence to support Breathitt's theory of causation from Defendants' actionable conduct, alternative causes of Breathitt's alleged harms, and steps Breathitt | Designation | Will Call | 0.25 (cross and/or video play) |

DEFENDANTS' UPDATED WITNESS LIST (BREATHITT)
4:22-md-03047-YGR

| | | | | |
|---|---|---|---|---|
| | failed to take in response to the alleged conduct of Defendants. | | | |
| Hannah Watts | Ms. Watts is the Director of Special Education of Breathitt County Schools (2020 – present) and a Rule 30(b)(6) representative of Breathitt. Defendants anticipate the witness testifying about, among other things, the lack of evidence to support Breathitt's theory of causation from Defendants' actionable conduct, alternative causes of Breathitt's alleged harms, and steps Breathitt failed to take in response to the alleged conduct of Defendants. | Designation | Will Call | 0.5 (cross and/or video play) |
| Phillip Watts | Mr. Watts is the (2017 – present) Schools and a Rule 30(b)(6) representative of Breathitt. Defendants anticipate the witness testifying about, among other things, the lack of evidence to support Breathitt's theory of causation from Defendants' actionable conduct, alternative causes of Breathitt's alleged harms, and steps Breathitt failed to take in response to the alleged conduct of Defendants. | Designation | Will Call | 1.5 (cross and/or video play) |
| **Defendant Employees** | | | | **19[1]** |
| Antigone Davis | Ms. Davis is Global Head of Safety at Meta. Meta anticipates that she will testify about Meta's safety and well-being efforts and tools, including those related to age verification. | Live or Designation | May Call | *See* above |
| Elena Davis | Ms. Davis is a User Experience Researcher at Meta. Meta anticipates that she will testify about Meta's internal research. | Live or Designation | May Call | *See* above |

[1] Defendants provide one time estimate for examination of all company witnesses—including those called by Defendants and those called by Plaintiff—and Defendant-specific experts because the allocation of time among those witnesses will depend on Plaintiff's presentation and the progression of trial.

DEFENDANTS' UPDATED WITNESS LIST (BREATHITT)
4:22-md-03047-YGR

| | | | | |
|---|---|---|---|---|
| Monika Bickert | Ms. Bickert is Vice President, Content Policy at Meta.  Meta anticipates that she will testify about Meta's development and enforcement of its safety and well-being policies. | Live | Will Call | *See* above |
| Dayna Geldwert | Ms. Geldwert is a Public Policy Director at Meta.  Meta anticipates that she will testify about Meta's initiatives concerning schools. | Live | May Call | *See* above |
| Dr. Kristin Hendrix | Dr. Hendrix is Director of Research at Meta.  Meta anticipates that she will testify about Meta's internal research on teen well-being on its platforms, how it relates to external research on teen mental health, and how Meta acts on that research. | Live | Will Call | *See* above |
| Adam Mosseri | Mr. Mosseri is Head of Instagram.  Meta anticipates that he will testify about Meta's safety well-being efforts and the development of well-being tools on Instagram. | Live | Will Call | *See* above |
| Karina Newton | Ms. Newton is former Public Policy Director at Meta.  Meta anticipates that she will testify about Meta's well-being and safety policies and tools. | Live | May Call | *See* above |
| Sayed Otaru | Mr. Otaru is Director, Product Management (Youth Protections) at Meta.  Meta anticipates that he will testify about development and operation of Meta's well-being and safety tools. | Live | May Call | *See* above |
| Pratiti Raychoudhury | Ms. Raychoudhury is former Vice President and Head of Research at Meta.  Meta anticipates that she will testify about Meta's internal research on teen well-being on its platforms, how it relates to external research on teen mental health, and how Meta acts on that research. | Live or Designation | May Call | *See* above |

| | | | | |
|---|---|---|---|---|
| Guy Rosen | Mr. Rosen is Vice President, Integrity at Meta.  Meta anticipates that he will testify about Meta's integrity policies and practices and the development and operation of Meta's well-being and safety tools. | Live or Designation | May Call | *See* above |
| Alex Schultz | Mr. Schultz is Vice President, Analytics &Research at Meta.  Meta anticipates that he will testify about Meta's marketing, analytics, revenue, and work related to teen users. | Live or Designation | May Call | *See* above |
| Yoav Shapira | Mr. Shapira is Senior Director of Engineering (Integrity).  Meta anticipates that he will testify about Meta's integrity policies and practices. | Live | May Call | *See* above |
| Nick Wakefield | Mr. Wakefield is a Vice President of Analytics at Meta.  Meta anticipates that he will testify about Meta's data, including usage data, revenue data, and other data. | Live | May Call | *See* above |
| Jennifer Stout | Snap anticipates Ms. Stout would testify about Snap's safety efforts, including reporting CSAM on Snapchat, and Snapchat functionality, design, and features. | Live | Will Call | *See* above |
| Rachel Hochhauser | Snap anticipates Ms. Hochhauser would testify about Snap's safety efforts, including reporting CSAM on Snapchat. | Live or Designation | Will Call | *See* above |
| Jacob Andreou | Snap anticipates Mr. Andreou would testify about Snap's safety efforts, including reporting CSAM on Snapchat, and Snapchat functionality, design, and features. | Live or Designation | May Call | *See* above |
| Alex Osborne | Snap anticipates Mr. Osborne would testify about Snap's safety efforts, including reporting CSAM on Snapchat, and Snapchat functionality, design, and features. | Live or Designation | May Call | *See* above |

| | | | | |
|---|---|---|---|---|
| Evan Spiegel | Snap anticipates that Mr. Spiegel would testify about Snap's safety efforts, and Snapchat functionality, design, and features. | Live | May Call | *See* above |
| Jacqueline Beauchere | Snap anticipates Ms. Beauchere would testify about Snap's safety efforts, including reporting CSAM on Snapchat, and Snapchat functionality, design, and features. | Designation | May Call | *See* above |
| Jonathan Brody | Snap anticipates Mr. Brody would testify about Snap's safety efforts and Snapchat functionality, design, and features. | Designation | May Call | *See* above |
| Jeb Boniakowski | Snap anticipates Mr. Boniakowski would testify about Snap's safety efforts, including reporting CSAM on Snapchat, and Snapchat functionality, design, and features. | Designation | May Call | *See* above |
| David Boyle | Snap anticipates Mr. Boyle would testify about Snap's safety efforts, including reporting CSAM on Snapchat, and Snapchat functionality, design, and features. | Designation | May Call | *See* above |
| Claudia Chan | Snap anticipates Ms. Chan would testify about Snap's safety efforts and Snapchat functionality, design, and features. | Designation | May Call | *See* above |
| Morgan Hammerstrom | Snap anticipates Ms. Hammerstrom would testify about Snap user research. | Designation | May Call | *See* above |
| Matt Jackson | Snap anticipates Mr. Jackson would testify about Snap's safety efforts, including reporting CSAM on Snapchat. | Designation | May Call | *See* above |
| David Levenson | Snap anticipates Mr. Levenson would testify about Snapchat functionality, design, and features. | Designation | May Call | *See* above |

8

| | | | | |
|---|---|---|---|---|
| Deborah Oshuntola | Snap anticipates Ms. Oshuntola would testify about Snap's safety efforts, including reporting CSAM on Snapchat, and Snapchat functionality, design, and features. | Designation | May Call | *See* above |
| Abby Tran | Snap anticipates Ms. Tran would testify about Snap's safety efforts, including reporting CSAM on Snapchat, and Snapchat functionality, design, and features. | Designation | May Call | *See* above |
| Althea Tupper | Snap anticipates Ms. Tupper would testify about Snap's safety efforts, including reporting CSAM on Snapchat, and Snapchat functionality, design, and features. | Designation | May Call | *See* above |
| Michael Weissinger | Snap anticipates Mr. Weissinger would testify about Snap's safety efforts and Snapchat functionality, design, and features. | Designation | May Call | *See* above |
| Nona Yadegar | Snap anticipates Ms. Yadegar would testify about Snap's safety efforts, including reporting CSAM on Snapchat, and Snapchat functionality, design, and features. | Designation | May Call | *See* above |
| Sandeep Grover | Grover is expected to testify about TikTok's Trust and Safety policies and practices, the Trust and Safety Team's collaboration with various products teams, TikTok's safety features. | Live or Designation | May Call | *See* above |
| Suzy Loftus | Loftus is expected to testify about TikTok's trust and safety policies and practices, TikTok's safety features, and TikTok's collaboration with third-party organizations to promote safety features. | Live or Designation | Will Call | *See* above |
| Eric Ebenstein | Ebenstein is expected to testify about TikTok's partnerships with third-party organizations to promote safety features., marketing/promotion of | Live or Designation | Will Call | *See* above |

| | | | | |
|---|---|---|---|---|
| | safety features, and TikTok safety features. | | | |
| Eric Han | Han is expected to testify about TikTok's trust and safety policies and practices, the Trust and Safety Team's collaboration with various products teams, and TikTok's safety features. | Live or Designation | May Call | *See* above |
| Matthew Tenenbaum | Tenenbaum is expected to testify about TikTok's safety features. | Live or Designation | May Call | *See* above |
| Blake Chandlee | Chandlee is expected to testify about TikTok's business model, revenue streams, and advertising policies and strategies. | Live or Designation | May Call | *See* above |
| Christina Crimmins | Crimmins is expected to testify about TikTok's trust and safety policies and practices, the Trust and Safety Team's collaboration with various products teams, and TikTok's safety features. | Live or Designation | May Call | *See* above |
| Samantha Kersul | Kersul is expected to testify about TikTok's partnerships with third-party organizations to promote safety features, and TikTok safety features. | Live or Designation | Will Call | *See* above |
| Wenjia Zhu | Zhu is expected to testify about TikTok's commitment to safety, TikTok's business model, and the Trust and Safety Team's collaboration with various products teams. | Live or Designation | May Call | *See* above |
| Julie de Bailliencourt | Bailliencourt is expected to testify about TikTok's trust and safety policies and practices, the Trust and Safety Team's collaboration with various products teams, and TikTok's safety features. | Designation | May Call | *See* above |
| James Beser | YouTube would call Mr. Beser to testify about YouTube's youth experiences and youth safety features. | Live | Will Call | *See* above |
| Cristos Goodrow | YouTube would call Mr. Goodrow to testify about YouTube's design and features, experiences for both adults | Live | Will Call | *See* above |

| | | | | |
|---|---|---|---|---|
| | and youth on the platform, and YouTube's offerings for schools. | | | |
| Raj Iyengar | YouTube would call Mr. Iyengar to testify about YouTube's youth experiences and youth safety features. | Live | Will Call | *See* above |
| Tanaya Kasavana | YouTube would call Ms. Kasavana to testify about YouTube's youth safety features and communications with parents. | Live | Will Call | *See* above |
| Woojin Kim | YouTube would call Mr. Kim to testify about YouTube's design and features, experiences for both adults and youth on the platform, and YouTube's offerings for schools. | Live | Will Call | *See* above |
| Matt Fischer-Colbrie | YouTube would call Mr. Fischer-Colbrie to testify about YouTube's advertising policies and practices. | Live | May Call | *See* above |
| John Hebda | YouTube would call Mr. Hebda to testify about YouTube's process and metrics for setting strategy and measuring progress. | Live | May Call | *See* above |
| Adi Jain | YouTube would call Mr. Jain to testify about YouTube's youth safety policies and processes, including underage account detection. | Live | May Call | *See* above |
| Kathryn Kurtz | YouTube would call Ms. Kurtz to testify about YouTube's offerings for schools and YouTube as a learning tool. | Designation | May Call | *See* above |
| Neal Mohan | YouTube would call Neal Mohan to testify about strategy, design choices and features, experiences for both adults and youth on the platform, underage account detection, and offerings for schools. | Live | May Call | *See* above |
| Tom Saffell | YouTube would call Mr. Saffell to testify about age assurance and the signed-out experience. | Live | May Call | *See* above |

| | | | | |
|---|---|---|---|---|
| Erin Turner | YouTube would call Ms. Turner to testify about YouTube's youth safety features. | Live | May Call | *See* above |
| Reid Watson | YouTube would call Mr. Watson to testify about YouTube's design and wellbeing features. | Live | May Call | *See* above |
| **Experts** | | | | |
| Dr. Stephen J. Aguilar | Dr. Aguilar is an Associate Professor of Education in the Rossier School of Education at the University of Southern California (USC). Defendants anticipate that he will testify about the issues addressed in his report, including educational technology (including social media) and the role of technology in education, including Plaintiff's use of technology. | Live | May Call | N/A |
| Dr. Randy Auerbach | Dr. Auerbach is a Professor in the Department of Psychiatry and the Co-Director of the Center for the Prevention and Treatment of Depression at Columbia University. Defendants anticipate that he will testify about the issues addressed in his report, including the relationship between the use of social media (and its features) and mental health. | Live | Will Call | 1.75[2] |
| Dr. Jeremy Birnholtz | Dr. Birnholtz is a Professor in the Department of Communication Studies and the Department of Computer Science at Northwestern University. Meta anticipates that he will testify about reasonable design. | Live | May Call | N/A |
| Dr. Sandeep Chatterjee | Dr. Chatterjee is the Chief Executive Officer of Experantis LLC, a technology consulting company. Snap | Live | May Call | N/A |

---

[2] Defendants include one combined time estimate for their three general causation experts, Dr. Randy Auerbach, Dr. Keith Hampton and Dr. Scott Patten.

| | | | | |
|---|---|---|---|---|
| | anticipates that he will testify about the issues addressed in his report, including Snapchat's features and reasonable design. | | | |
| Dr. Jeffrey Hall | Dr. Hall is a Professor and the Department Chair of Communications Studies at the University of Kansas. YouTube anticipates that he will testify about the issues addressed in his report, including the relationship between YouTube use and well-being. | Live | Will Call | *See* n.1 |
| Dr. Keith Hampton | Dr. Hampton is a Professor in the Department of Media and Information at the College of Communication Arts and Sciences at Michigan State University.  Defendants anticipate that he will testify about the issues addressed in his report, including the relationship between the use of social media (and its features) and mental health. | Live | Will Call | 1.75 (*see* n.2) |
| Dr. Kristin Hendrix | Dr. Hendrix is Director of Research at Meta.  Meta anticipates that she will testify about Meta's internal research on teen well-being on its platforms, how it relates to external research on teen mental health, and how Meta acts on that research. | Live | Will Call | *See* n.1 |
| Dr. Ethan L. Hutt | Dr. Hutt is a Faculty Fellow in Education and an Associate Professor in the School of Education at the University of North Carolina. Defendants anticipate that he will testify about the issues addressed in his report, including the history of education and address Plaintiff's damages plan.  Defendants also anticipate that he will testify about the impact of American schools' historical attempts to address new social phenomena through curricular expansion and the impact (or lack | Live | May Call | N/A |

| | | | | |
|---|---|---|---|---|
| | thereof) of social media on the Breathitt School District. | | | |
| Dr. Kevin Keller | Dr. Keller is a Professor of Marketing in the Tuck School of Business at Dartmouth College.  Meta anticipates that he will testify about the issues addressed in his reporting, including marketing and warnings. | Live | May Call | N/A |
| Dr. Darius Lakdawalla | Dr. Lakdawalla is a Professor of Pharmaceutical Economics, the Quintiles Chair in Pharmaceutical Development and Regulatory Innovation, and Chief Scientific Officer in the Leaonard D. Schaeffer Center for Health Economics and Policy at USC.  Defendants anticipate that he will testify about the issues addressed in his report, including social media's impact on Breathitt, damages and abatement costs. | Live | Will Call | 1.25 |
| Dr. Neil R. Malhotra | Dr. Malhotra is a Professor of Political Economy in the Graduate School of Business and a Professor in the Department of Political Science at Stanford University. TikTok anticipates that he will testify about corporate social responsibility. | Live | May Call | N/A |
| Dr. Chris Mattman | Dr. Mattmann is the Chief Data and Artificial Intelligence Officer at the University of California, Los Angeles (UCLA).  TikTok anticipates that he will testify about TikTok's platform, including reasonable design. | Live | May Call | N/A |
| Dr. Robert Nelson | Dr. Nelson is an Assistant Professor of Educational Leadership in the Kremen School of Education and Human Development at the California State University, Fresno.  Defendants anticipate that he will testify about the issues addressed in his report, including school policy and budgeting processes, including Breathitt's school policies and processes, social media's | Live | Will Call | 1 |

| | | | | |
|---|---|---|---|---|
| | impact on Breathitt, and Dr. Hoover's recommendations for addressing the purported negative effects of social media on Breathitt. | | | |
| Dr. A. Yesim Orhun | Dr. Orhn is an Associate Professor of Marketing in the Stephen M. Ross School of Business and an Associate Professor of Information in the School of Information at the University of Michigan.  YouTube anticipates that she will testify about the issues addressed in her report, including warnings. | Live | May Call | N/A |
| Dr. Scott Patten | Dr. Patten is Professor Emeritus of Epidemiology in the Cumming School of Medicine.  Defendants anticipate that he will testify about the issues addressed in his report, including the relationship between the use of social media (and its features) and mental health. | Live | Will Call | 1.75 (*see* n.2) |
| Dr. Marcus Rogers | Dr. Rogers is a Professor, Associate Dean for Faculty, and Director of the Cyber Forensic Lab at Purdue University.  Meta anticipates that Dr. Rogers will testify about CSAM/CSE. | Live | May Call | N/A |
| Dr. Peter Rossi | Dr. Rossi is a Professor of Marketing, Statistics, and Economics in the Anderson School of Management at UCLA.  Defendants anticipate that he will testify about the issues addressed in his report, including warnings. | Live | May Call | N/A |
| John Starr | Mr. Starr is an independent consultant that focuses on the technology industry's response to online child sexual abuse.  Meta anticipates that he will testify about CSAM/CSE. | Live | May Call | N/A |
| Dr. Michael Stern | Dr. Stern is a Professor and Chair of the Department of Media and Information at Michigan State University.  Defendants anticipate that he will testify about issues addressed | Live | Will Call | 0.5 |

| | | | | |
|---|---|---|---|---|
| | in his report, including survey methodology and the survey conducted by Plaintiff's expert. | | | |
| Dr. Diana Wildermuth | Dr. Wildermuth is a Lecturer in Educational Practice in the Graduate School of Education at the University of Pennsylvania.  Defendants anticipate that she will testify about the issues addressed in her report, including school counseling and student services, social media's impact on Breathitt, and Dr. Hoover's recommendations for addressing the purported negative effectives of social media on Breathitt. | Live | Will Call | 1.5 |

| Witnesses from Plaintiff's Preliminary Witness List Not on Defendants' Witness List | | |
|---|---|---|
| **Witness** | **Plaintiff's Statement of Live or by Designation** | **Time Estimate (hours)** |
| **Defendant Employees**[3] | | **19**[4] |
| Meta Employees (Arturo Bejar, Brian Boland, Diego Castaneda, Robert Chen, Nick Clegg, Liza Crenshaw, Dayna Geldwert, Margaret Gould Stewart, Vaishnavi Jayakumar, Shayli Jimenez, KX Jin, Darius Kilstein, Alison Lee, Aza Raskin, Miki Rothschild, Lotte Rubaek, Jason Sattizahn, Josh Simons, Ravi Sinha, Charles Sismondo, Natalie Troxel, George Volichenko, Tom Wynter, Mark Zuckerberg) | Live or by Designation | *See* above |
| Snap Employees (Nima Mozghani, Peter Sellis, Juliet Shen, Jeremy Voss, Kale Zicafoose) | Live or by Designation | *See* above |
| TikTok Employees (Amber Burchell, Amy Classen, Jordan Furlong, Rosie King, Drew Kirchhoff, Ryn Linthicum, Reagan Maher, Natalie Medoff, Jorge Ruiz, Andrew Tomlinson, Adam Wang, Foster Xu) | Live or by Designation | *See* above |
| YouTube Employees (Jonathan Leavitt and Caitlin Neidermeyer) | By Designation | *See* above |
| **Experts** | | |
| Plaintiff's Experts (Anna Lembke, Dimitri Christakis, Eva Telzer, Jean Twenge, John Chandler, Tim Estes, Arvind Narayanan, Seth Noar, Colin Gray, Brooke Istook, Sarah T. Roberts, Brian G. Osborne, Sharon A. Hoover, Robert W. Johnson, Jeffrey Myers, Robert Klein, Bryce Ward, Douglas Leslie) | Live | 7.5 |

[3] Each of the Defendant employees listed in this section has been identified by Plaintiff as a potential trial witness. Solely for purposes of ensuring complete testimony from any of these witnesses who are called in Plaintiff's case (whether live or by designation), Defendants conditionally identify them as potential witnesses.

[4] Plaintiff's March 31, 2026 corrected preliminary witness list unrealistically included 56 current or former Defendant employees as trial witnesses, making it impossible for Defendants to provide realistic, witness-

(continued…)

DATED:  April 10, 2026

Respectfully submitted,

By:     */s/ Ashley M. Simonsen*

Ashley M. Simonsen (Bar No. 275203)
COVINGTON & BURLING LLP
1999 Avenue of the Stars
Los Angeles, California 90067
Telephone: (424) 332-4800
Facsimile: (424) 332-4749
Email: asimonsen@cov.com

Phyllis A. Jones (*pro hac vice*)
Paul W. Schmidt (*pro hac vice*)
Christian J. Pistilli (*pro hac vice*)
COVINGTON & BURLING LLP
One City Center
850 Tenth Street, NW
Washington, DC 20001-4956
Telephone: (202) 662-6000
Facsimile: (202) 662-6291
Email: pajones@cov.com
Email: pschmidt@cov.com
Email: cpistilli@cov.com

*Attorneys for Defendants Meta Platforms, Inc.
f/k/a Facebook, Inc. and Instagram, LLC*

*/s/ Jonathan H. Blavin*
JONATHAN H. BLAVIN (State Bar No.
230269)
Jonathan.Blavin@mto.com
MUNGER, TOLLES & OLSON LLP
560 Mission Street, 27th Floor
San Francisco, CA 94105
Tel: (415) 512-4000

E. MARTIN ESTRADA (State Bar No.
223802)
Martin.Estrada@mto.com

specific estimates for Defendants' examination of those witnesses.  As noted above (*see* n.1), Defendants therefore provide one time estimate for examination of all company witnesses—including those called by Defendants and those called by Plaintiff—and Defendant-specific experts because the allocation of time will depend on Plaintiff's presentation and the progression of trial.

18

L. ASHLEY AULL (State Bar No. 257020)
Ashley.Aull@mto.com
VICTORIA A. DEGTYAREVA (State Bar No. 284199)
Victoria.Degtyareva@mto.com
MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue, 50th Floor
Los Angeles, CA 90071
Tel.: (213) 683-9100

ALLISON BROWN (*pro hac vice*)
alli.brown@kirkland.com
KIRKLAND & ELLIS LLP
2005 Market Street, Suite 1000
Philadelphia, PA 19103
Tel.: (215) 268-5000

JESSICA DAVIDSON (*pro hac vice*)
jessica.davidson@kirkland.com
JOHN J. NOLAN (*pro hac vice*)
jack.nolan@kirkland.com
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, NY 10022
Tel.: (212) 446-4800

*Attorneys for Defendant Snap Inc.*


*/s/ Geoffrey M. Drake*
GEOFFREY M. DRAKE, *pro hac vice*
gdrake@kslaw.com
TACARA D. HARRIS, pro hac vice
tharris@kslaw.com
KING & SPALDING LLP
1180 Peachtree Street, NE, Suite 1600
Atlanta, GA 30309
Telephone: (404) 572-4600
Facsimile: (404) 572-5100

DAVID P. MATTERN, *pro hac vice*
dmattern@kslaw.com
KING & SPALDING LLP
1700 Pennsylvania Avenue, NW
Suite 900
Washington, D.C. 20006
Telephone: (202) 737-0500
Facsimile: (202) 626-3737

BAILEY J. LANGNER (SBN 307753)
*blangner@kslaw.com*
KING & SPALDING LLP
50 California Street, Suite 3300
San Francisco, CA 94111
Telephone: (415) 318-1200

Facsimile: (415) 318-1300

*/s/ Daniel M. Petrocelli*_____
Daniel M. Petrocelli (SBN 97802)
Sabrina H. Strong (SBN 200292)
O'MELVENY & MYERS
1999 Avenue of the Stars
8th Floor
Los Angeles, CA 90067
Telephone: (310) 553-6700
Email: dpetrocelli@omm.com
            sstrong@omm.com

Steve Brody (*pro hac vice*)
O'MELVENY & MYERS
1625 Eye Street
Washington, DC 20006
Telephone: (202) 383-5300
Email: sbrody@omm.com

*Attorneys for Defendants TikTok Inc.,
ByteDance Inc., ByteDance Ltd., TikTok Ltd.,
and TikTok, LLC*

*/s/ Ashley Hardin*_____
ASHLEY W. HARDIN, *pro hac vice*
ahardin@wc.com
J. ANDREW KEYES, *pro hac vice*
akeyes@wc.com
NEELUM J. WADHWANI (SBN 247948)
nwadhwani@wc.com
WILLIAMS & CONNOLLY LLP
680 Maine Avenue, SW
Washington, DC 20024
Tel.: (202) 434-5000

*Attorneys for Defendants YouTube, LLC and
Google LLC*

DEFENDANTS' UPDATED WITNESS LIST (BREATHITT)
4:22-md-03047-YGR

**FILER'S ATTESTATION**

I, Ashley M. Simonsen, hereby attest, pursuant to N.D. Cal. Civil L.R. 5-1, that the concurrence to the filing of this document has been obtained from each signatory hereto.


 DATED:  April 10, 2026                    By:   _/s/ Ashley M. Simonsen_
                                                     Ashley M. Simonsen

DEFENDANTS' UPDATED WITNESS LIST (BREATHITT)
4:22-md-03047-YGR