**[*SUBMITTING COUNSEL ON SIGNATURE PAGE*]**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION | MDL No. 3047 |
| | Case No. 4:22-md-03047-YGR |
| This Document Relates to: | **PLAINTIFF'S UPDATED TRIAL WITNESS LIST** |
| *Breathitt County Board of Education v. Meta Platforms, Inc.,* et al., Case No.: 4:23-CV-1804 | Judge: Hon. Yvonne Gonzalez Rogers |

Plaintiff hereby submits this updated witness list below pursuant to Dkt. No. 2811 and the Court's Standing Order re: Pretrial Instructions in Civil Cases.

Plaintiff provides this list on a preliminary basis and reserves the right to amend, supplement, add, or remove witnesses based on Defendants' witness lists, the Court's rulings, trial strategy, and developments at trial. Plaintiff further reserves the right to present testimony either live or by video deposition and to modify the manner of presentation as trial approaches or during trial. Plaintiff also reserves the right to call witnesses for impeachment, authentication, rebuttal, or surrebuttal, including witnesses not listed here whose testimony becomes necessary based on Defendants' evidence or arguments. Plaintiff also reserves the right to designate affirmative deposition testimony for certain witnesses not included herein if testimony is designated for those witnesses by

1

Defendants. Plaintiff further reserves the right to present witnesses not listed herein during any punitive damages or abatement phase of trial. The scope descriptions below generally identify topics about which each witness may testify and are not intended to limit the full scope of any witness's testimony at trial. Plaintiffs reserve the right to supplement, modify, or revise these descriptions as appropriate.

| WITNESS | LIVE /DESIGNATION | SCOPE | WILL/MAY CALL | TIME ESTIMATE (HOURS) |
|---|---|---|---|---|
| | | **BREATHITT** | | |
| Jeremy Hall | Live | Jeremy Hall is the Principal of Sebastian Elementary School in Breathitt School District. He is expected to testify as to matters within his personal knowledge, professional training, and official capacity, including county-wide issues affecting the District, the daily operation of Breathitt elementary schools, specific administrative, supervisory, and instructional duties performed at Sebastian Elementary School, the effects and impact of Defendants' platforms on Breathitt elementary schools, students, staff and the school environment, as well as the District's responses to such issues. | Will Call | 1.5 |
| Kera Howard | Live | Kera Howard is a Guidance Counselor at Breathitt High School. She is expected to testify as to matters within her personal knowledge, professional training, and official capacity, including county-wide issues affecting the District, the daily operation of guidance counseling and referrals for mental health and other services in Breathitt schools, her specific counseling and administrative duties, support of student mental and emotional well-being, and firsthand observations of student needs and | Will Call | 1.25 |

LAW OFFICES OF
WALKUP, MELODIA, KELLY
& SCHOENBERGER
A PROFESSIONAL CORPORATION
650 CALIFORNIA STREET
26TH FLOOR
SAN FRANCISCO, CA 94108
(415) 981-7210

| WITNESS | LIVE /DESIGNATION | SCOPE | WILL/MAY CALL | TIME ESTIMATE (HOURS) |
|---|---|---|---|---|
| | | challenges throughout the district. She will further address the effects and impact of Defendants' platforms on students, staff, school climate, and the school district, as well as the District's responses to such issues including, but not limited to, employee time diverted due to student social media use. | | |
| William Noble | Live | William Noble is the Director of Facilities and Technology for Breathitt School District. He is expected to testify as to matters within his personal knowledge, professional training, and official capacity, including county-wide issues affecting the District, the administration and oversight of district technology operations and management of school facilities, and the effects and impact of Defendants' platforms on staff, school climate, and the school district, as well as the District's responses to such issues. | Will Call | 1.0 |
| Daphne Noble | Live | Daphne Noble is the Principal of Breathitt High School. She is expected to testify as to matters within her personal knowledge, professional training, and official capacity, including county-wide issues affecting the District, the daily operations of Breathitt High School, specific administrative, supervisory, and instructional duties performed at Breathitt High School, specific administrative, instructional, and disciplinary duties performed at Breathitt schools, and the effects and impact of Defendants' platforms on Breathitt elementary schools, students, staff and the school environment, as well as the District's responses to such issues including, | Will Call | 1.0 |

LAW OFFICES OF
WALKUP, MELODIA, KELLY
& SCHOENBERGER
A PROFESSIONAL CORPORATION
650 CALIFORNIA STREET
26TH FLOOR
SAN FRANCISCO, CA  94108
(415) 981-7210

3

| WITNESS | LIVE /DESIGNATION | SCOPE | WILL/MAY CALL | TIME ESTIMATE (HOURS) |
|---|---|---|---|---|
| | | but not limited to, expenses the District incurred due to Defendants' platforms and employee time diverted due to student social media use. | | |
| Phillip Watts | Live | Phillip Watts is the Superintendent of Breathitt School District. He is expected to testify as to matters within his personal knowledge, professional training, and official capacity, including county-wide issues affecting the District, the daily operations of Breathitt schools, specific administrative and supervisory duties performed at Breathitt schools, the administration and oversight of district technology operations and management of school facilities, and the effects and impact of Defendants' platforms on Breathitt elementary schools, students, staff and the school environment, as well as the District's responses to such issues including, but not limited to, expenses the District incurred due to Defendants' platforms and employee time diverted due to student social media use. | Will Call | 2 hours |
| Kelli Gross | Live | Kelli Gross is the Director of the Family Resource Center (FRC). She is expected to testify as to matters within her personal knowledge, professional training, and official capacity, including county-wide issues affecting the District, the daily operation of the FRC, specific administrative, supervisory, and supportive duties performed at Breathitt schools, the effects and impacts of Defendants' platforms on Breathitt schools, students, staff, and the school environment, as well as | May Call | 0.4 |

LAW OFFICES OF
WALKUP, MELODIA, KELLY
& SCHOENBERGER
A PROFESSIONAL CORPORATION
650 CALIFORNIA STREET
26TH FLOOR
SAN FRANCISCO, CA 94108
(415) 981-7210

4

| WITNESS | LIVE /DESIGNATION | SCOPE | WILL/MAY CALL | TIME ESTIMATE (HOURS) |
|---|---|---|---|---|
| | | the District's responses to such issues. | | |
| Stacy McKnight | Live | Stacy McKnight is the Director of Finance for Breathitt School District. She is expected to testify as to matters within her personal knowledge, professional training, and official capacity, including county-wide issues affecting the District, the daily operation, administration, and oversight of the district finance department as to district budgeting, funds, and expenditures, and the effects and impact of Defendants' platforms on staff, school climate, and the school district, as well as the District's responses to such issues. | May Call | 0.4 |
| Hannah Watts | Live | Hannah Watts is the Director of Special Education and District Health Service Coordinator for Breathitt School District. She is expected to testify as to matters within her personal knowledge, professional training, and official capacity, including county-wide issues affecting the District, the daily operations of Breathitt schools, specific administrative, supervisory, and instructional duties performed at Breathitt High School, specific administrative, instructional, and disciplinary duties performed at Breathitt schools, and the effects and impact of Defendants' platforms on Breathitt elementary schools, students, staff and the school environment, as well as the District's responses to such issues. | May Call | 0.4 |

LAW OFFICES OF
WALKUP, MELODIA, KELLY
& SCHOENBERGER
A PROFESSIONAL CORPORATION
650 CALIFORNIA STREET
26TH FLOOR
SAN FRANCISCO, CA  94108
(415) 981-7210

| WITNESS | LIVE /DESIGNATION | SCOPE | WILL/MAY CALL | TIME ESTIMATE (HOURS) |
|---|---|---|---|---|
| EXPERTS | | | | |
| Anna Lembke, M.D. | Live | Dr. Anna Lembke is the Director of Addiction Medicine at Stanford University School of Medicine. Her testimony will address the science of addiction, why adolescents' brains make them prone to addiction, and how addiction to social media can adversely affect youth mental health, particularly in vulnerable kids. Her testimony will also explain the addictive design characteristics and features of Defendants' social media platforms, including Defendants' failure to warn about the addictive nature of their platforms. | Will Call | 2.5 |
| Dimitri Christakis, M.D., M.Ph.D | Live | Dr. Dimitri Christakis is a pediatrician and epidemiologist who serves as the Editor-in-Chief of *JAMA Pediatrics.* His testimony will include an analysis of the scientific literature establishing a causal link between social media use and a number of mental health conditions in children, including sleep disorders, depression, anxiety, suicide, suicidal ideation, attentional capacity and reduced school performance. His testimony will also address harmful features of Defendants' platforms, and how social media has harmed the school environment. | Will Call | 1.8 |
| John Chandler, Ph.D. | Live | Dr. John Chandler is a digital monetization expert. He will testify about how the Defendants' social media apps monetize their users, including children, and that Defendants exploited these market factors by focusing on capturing and holding children's attention on their platforms. | Will Call | 1.5 |
| Arvind Narayanan, Ph.D. | Live | Dr. Arvind Narayanan is a computer scientist. His testimony will explain how algorithms work and that Defendants' recommendation algorithms are optimized to maximize user engagement and not for safety. | Will Call | 1.5 |

LAW OFFICES OF
WALKUP, MELODIA, KELLY & SCHOENBERGER
A PROFESSIONAL CORPORATION
650 CALIFORNIA STREET
26TH FLOOR
SAN FRANCISCO, CA 94108
(415) 981-7210

| WITNESS | LIVE /DESIGNATION | SCOPE | WILL/MAY CALL | TIME ESTIMATE (HOURS) |
|---|---|---|---|---|
| Seth Noar, Ph.D. | Live | Dr. Seth Noar is an expert in health communication and warnings. His testimony will address research as to effective warnings, the impact of warnings on kids, and the feasibility of including effective warnings on Defendants' social media apps. | Will Call | 1.5 |
| Brooke Istook | Live | Ms. Brooke Istook is a digital child safety expert. She will address flaws in the design of Defendant Snap's social media app and the feasibility of safer alternative designs, with regards to child sexual abuse material (CSAM) and reporting issues in particular. | Will Call | 1 |
| Sharon A. Hoover, Ph.D. | Live | Dr. Hoover is a psychologist and an expert on mental health in schools and in building and sustaining comprehensive school mental health systems, as to which she has advised schools nationwide. Her testimony will address the negative impact of student social media use on school districts, schools, the school environment, and student mental health, wellbeing and learning, including offering a comprehensive, district-led strategic plan to address this negative impact. | Will Call | 1.7 |
| Robert Klein | Live | Mr. Klein is a survey expert. Mr. Klein is expected to testify regarding a survey he conducted of Breathitt teachers that calculated the amount of instruction time diverted due to student use of Defendants' social media platforms. | Will Call | 1.4 |
| Bryce Ward Ph.D. | Live | Dr. Ward is an economist with experience in econometric analysis and applied microeconomics. Specifically, Dr. Ward will testify about the value of the diverted teacher instruction time reported in the Klein survey, and the value of time counselors, school administrators, and | Will Call | 0.8 |

LAW OFFICES OF
WALKUP, MELODIA, KELLY
& SCHOENBERGER
A PROFESSIONAL CORPORATION
650 CALIFORNIA STREET
26TH FLOOR
SAN FRANCISCO, CA 94108
(415) 981-7210

| WITNESS | LIVE /DESIGNATION | SCOPE | WILL/MAY CALL | TIME ESTIMATE (HOURS) |
|---|---|---|---|---|
| | | IT staff testify they have had to divert to address student use of Defendants' social media platforms. | | |
| Douglas Leslie Ph.D. | Live | Dr. Leslie is an economist with experience in health economics and health services research. Dr. Leslie is expected to testify regarding the cost of the district led comprehensive strategic plan Dr. Hoover has crafted to address the harms Defendants' platforms have caused to Breathitt. | Will Call | 0.7 |
| Tim Estes | Live | Mr. Tim Estes is an expert on safe and secure digital platforms. He is expected to testify about the safety of Defendants' platforms and the technological solutions Defendants could have, and should have, implemented, including effective age verification, parental controls, and warning systems, to greatly reduce the harms and risks to children. | May Call | 1 |
| Jean Twenge Ph.D. | Live | Dr. Jean Twenge is a professor of psychology at San Diego State University and researches generational differences and technology. She will testify about the relationship between social media use and mental health among adolescents, including analysis of time series studies on trends in adolescent mental health; correlational studies showing that the more hours a day an adolescent uses social media, the more likely they are to be depressed or unhappy; longitudinal studies showing that adolescents' social media use at an initial time leads to depression at a later time; and experimental studies that show a causal path from social media use to lower psychological well-being. | May Call | 1 |

LAW OFFICES OF
WALKUP, MELODIA, KELLY
& SCHOENBERGER
A PROFESSIONAL CORPORATION
650 CALIFORNIA STREET
26TH FLOOR
SAN FRANCISCO, CA  94108
(415) 981-7210

| WITNESS | LIVE /DESIGNATION | SCOPE | WILL/MAY CALL | TIME ESTIMATE (HOURS) |
|---|---|---|---|---|
| Colin Gray, Ph.D. | Live | Dr. Colin Gray holds a Ph.D. in Instructional Systems Technology. He is expected to testify about dark patterns in social media use, and the extent to which each Defendant acted consistently or inconsistently with industry standards, guidelines, and principles for same. | May Call | 1 |
| Sarah D. Roberts Ph.D | Live | Dr. Sarah Roberts is a professor at UCLA specializing in internet and social media policy, infrastructure, politics and culture, and the intersection of media, technology, and society. She is expected to testify as a rebuttal witness to content moderation opinions given by Defendants' experts, if same are permitted. | May Call | 1 |
| Brian G. Osborne, Ed.D. | Live | Dr. Osborne, an expert in public education and a former school superintendent, and is expected to testify regarding the negative impacts of Defendants' platforms on school operations and climate, and the cumulative effect of the burdens caused by Defendants' platforms on schools. | May Call | 1 |
| Robert W. Johnson | Live | Mr. Johnson is an economist who Plaintiffs will call if there is a punitive damages phase. He is expected to testify on Defendants' financials, wealth, and ability to pay a punitive damages award. | May Call | 1.4 |
| **GOOGLE/YOUTUBE** | | | | |
| Cristos Goodrow | Live | Cristos Goodrow is the VP of Engineering for YouTube. He is expected to testify regarding Google/YouTube's growth and engagement goals; products, designs, and features related to growth and engagement; knowledge of harms/risks of those goals/features on user and strategies to address those harms/risks; strategies and tools regarding age verification (including | Will Call | 2 |

LAW OFFICES OF
WALKUP, MELODIA, KELLY
& SCHOENBERGER
A PROFESSIONAL CORPORATION
650 CALIFORNIA STREET
26TH FLOOR
SAN FRANCISCO, CA 94108
(415) 981-7210

9

| WITNESS | LIVE /DESIGNATION | SCOPE | WILL/MAY CALL | TIME ESTIMATE (HOURS) |
|---|---|---|---|---|
| | | age assurance and age inference). | | |
| James Beser | Live | James Beser is the Senior Director of Product Management for Youth. He is expected to testify regarding Google/YouTube's growth and engagement goals; products, designs, and features related to growth and engagement; knowledge of harms/risks of those goals/features on user and strategies to address those harms/risks; strategies and tools regarding age verification (including age assurance and age inference). | Will Call | 2 |
| Reid Watson | Live / By Designation | Reid Watson is a Group Product Manager for YouTube. He is expected to testify regarding Google/YouTube's products, designs, features, and strategies to address harms/risks caused by YouTube, including digital wellbeing tools. | Will Call | .5 |
| Jonathan Leavitt | Live/ By Designation | Jonathan Leavitt is a Group Product Manager for YouTube for Shorts Discovery and Safety. He is expected to testify regarding Google/YouTube's development, design, and implementation of short-form content on the YouTube Platform, knowledge of harms/risks related to short-form content and strategies to address those harms/risks. | Will Call | .5 |
| Katie Kurtz | Live | Katie Kurtz is the Global Head of Youth & Learning for YouTube. She is expected to testify regarding Google/YouTube's products, designs, features, and strategies to promote/increase use of YouTube in Schools, the details and results of such efforts, knowledge and understanding of the harms/risks of such effort and the strategies to address those harms/risks. | May Call | .5 |

LAW OFFICES OF
WALKUP, MELODIA, KELLY
& SCHOENBERGER
A PROFESSIONAL CORPORATION
650 CALIFORNIA STREET
26TH FLOOR
SAN FRANCISCO, CA  94108
(415) 981-7210

10

| WITNESS | LIVE /DESIGNATION | SCOPE | WILL/MAY CALL | TIME ESTIMATE (HOURS) |
|---|---|---|---|---|
| Neal Mohan | Live | Neal Mohan is the CEO of YouTube. He is expected to testify regarding Google/YouTube's growth and engagement goals; products, designs, and features related to growth and engagement; knowledge of harms/risks of those goals/features on user and strategies to address those harms/risks; strategies and tools regarding age verification (including age assurance and age inference). | May Call | 2 |
| Matt Fischer-Colbrie | Live | Matt Fischer-Colbrie is a Senior Commercial General Manager at YouTube. He is expected to testify regarding YouTube's advertising policies and practices. | May Call | .75 |
| Connor Barrett | By Designation | Connor Barrett is a Global Activation Manager at YouTube. He is expected to testify regarding his work on insights, trends, and information related to user feedback. | May Call | .5 |
| **TIKTOK** | | | | |
| Jordan Furlong | Live/By Designation | Former Product Manager for Digital Wellbeing – Minor Safety for TikTok. Furlong is expected to testify about TikTok's advertising business model, efforts to address user addiction, and safety concerns. Furlong is anticipated to discuss numerous defendant documents. | Will Call | 1.4 |
| Wenjia Zhu | Live/By Designation | Former head of IES recommendation team, and former Head of Product and Recommendation Teams for TikTok. Expected to testify that TikTok's recommendation algorithm was designed to prioritize growth, not safety. Zhu gave guidance that the Trust & Safety team should not reduce users' stay duration by more than 5%. | Will Call | 0.4 |

LAW OFFICES OF
WALKUP, MELODIA, KELLY
& SCHOENBERGER
A PROFESSIONAL CORPORATION
650 CALIFORNIA STREET
26TH FLOOR
SAN FRANCISCO, CA  94108
(415) 981-7210

| WITNESS | LIVE /DESIGNATION | SCOPE | WILL/MAY CALL | TIME ESTIMATE (HOURS) |
|---|---|---|---|---|
| Adam Wang | Live/By Designation | Project Manager in the product strategy department and for the For You Feed focusing on aging up the platform, and Head of TikTok Live Streaming. Wang will likely testify about his roles in the Musical.ly to TikTok rebranding and subsequent growth strategies. Wang is anticipated to discuss numerous defendant documents. | Will Call | 0.4 |
| Reagan Maher | Live/By Designation | Worked at TikTok from 2021-2024, holding positions including Former Head of Issue Product & Process, Product Exploitation Hunt Manager, and Head of Investigations and Insight within the USDS Safety department. Maher will likely testify about TikTok's awareness of underage users, including those under 13, and the risks of exploitation, grooming, and addiction for minors on TikTok LIVE, as well as the potential for transactional sexual content to be pushed to users due to the algorithm prioritizing engagement. | Will Call | 0.6 |
| Eric Han | Live/By Designation | TikTok Former Head of U.S. Safety. Han is expected to testify about tensions between Core Product and Trust and Safety regarding implementation of new features, as well as regarding TikTok's and the algorithm's prioritization of engagement over user safety. | Will Call | 0.5 |
| Rosie King | Live/By Designation | TikTok former Community Content Moderator. King is expected to testify that TikTok had insufficient and ineffective policies regarding how to respond to dangerous and harmful content on the platform, insufficient and ineffective mechanisms for users to report that content, and failed to use industry-standard safety tools and | Will Call | 0.8 |

LAW OFFICES OF
WALKUP, MELODIA, KELLY
& SCHOENBERGER
A PROFESSIONAL CORPORATION
650 CALIFORNIA STREET
26TH FLOOR
SAN FRANCISCO, CA  94108
(415) 981-7210

12

| WITNESS | LIVE /DESIGNATION | SCOPE | WILL/MAY CALL | TIME ESTIMATE (HOURS) |
|---|---|---|---|---|
| | | processes (for both CSAM reporting and response, and for other sorts of safety measures, like responses to risk-to-life incidents). | | |
| Amber Burchell | Live/By Designation | Burchell has worked in various positions at TikTok, including as a user support associate, social media support senior associate, USDS user operations lead for young users and age assurance, and community risk control program manager. Burchell is likely to testify about age gating, and that TikTok did not proactively communicate potential risks associated with the platform, such as addiction, mental health issues, or increased risks of depression and self harm in teens, to users or their parents. | Will Call | 0.3 |
| Natalie Medoff | Live/By Designation | Medoff will likely testify about their role as former Program Manager, Trust and Safety at TikTok and age assurance at TikTok. | Will Call | 0.4 |
| Samantha Kersul | Live/By Designation | Ms. Kersul is the State Government Affairs Manager. Samantha Kersul is expected to testify as a 30(b)(6) designee about TikTok's communications with schools, parents, and teachers and TikTok's efforts to limit students' access to TikTok during the school day. | Will Call | 0.3 |
| Sandeep Grover | Live/By Designation | Mr. Grover is expected to testify about TikTok's trust and safety policies and practices, the Trust and Safety Team's collaboration with various products teams, TikTok's safety features. | Will Call | 0.5 |
| Suzanne Loftus | Live/By Designation | Ms. Loftus is expected to testify about TikTok's trust and safety policies and practices, | Will Call | 1.0 |

LAW OFFICES OF
WALKUP, MELODIA, KELLY
& SCHOENBERGER
A PROFESSIONAL CORPORATION
650 CALIFORNIA STREET
26TH FLOOR
SAN FRANCISCO, CA  94108
(415) 981-7210

| WITNESS | LIVE /DESIGNATION | SCOPE | WILL/MAY CALL | TIME ESTIMATE (HOURS) |
|---|---|---|---|---|
| | | TikTok's safety features, and TikTok's collaboration with third-party organizations. | | |
| Matthew Tenenbaum | Live/By Designation | TikTok Senior Product Manager, Family Pairing and Age Assurance. Tenenbaum is likely to testify about Family Pairing and age verification. | May Call | 0.5 |
| Drew Kirchhoff | Live/By Designation | Kirchhoff, a former TikTok and ByteDance employee, was a Project Manager in Beijing, China, and a Data Scientist in Los Angeles and San Jose, California. Kirchhoff will likely testify about TikTok's early history and growth, focusing largely on the acquisition of musical.ly and the platform's initial popularity among younger users, particularly middle school and high school females. | May Call | 0.3 |
| Eric Ebenstein | Live/By Designation | Mr. Ebenstein Senior Director of Public Policy. Ebenstein is expected to testify about TikTok's communications with school districts and TikTok's relationships with education-focused organizations like the National PTA. | May Call | 1.0 |
| Jorge Ruiz | Live/By Designation | Mr. Ruiz is the Global Head of Marketing Science for TikTok. Ruiz is expected to testify about TikTok's advertising practices, goals, and revenue along with user demographic information TikTok provides to third-party advertisers. | May Call | 0.2 |
| **SNAP** | | | | |
| Evan Spiegel | Live | Spiegel is the founder and CEO of Snap, Inc. and was involved in the development of Snapchat's key features related to growth and engagement, as well as the risks posed by Snapchat's features. Mr. Spiegel | Will Call | 3.25 |

LAW OFFICES OF
WALKUP, MELODIA, KELLY
& SCHOENBERGER
A PROFESSIONAL CORPORATION
650 CALIFORNIA STREET
26TH FLOOR
SAN FRANCISCO, CA 94108
(415) 981-7210

14

| WITNESS | LIVE /DESIGNATION | SCOPE | WILL/MAY CALL | TIME ESTIMATE (HOURS) |
|---|---|---|---|---|
| | | will also likely testify to Snapchat's age verification and assurance protocols, as well as the platform's popularity with teenagers and its use during school hours. | | |
| Jacqueline Beauchere | By Designation | Ms. Beauchere is Snap, Inc.'s Senior Director, Global Head of Platform Safety. Consistent with her deposition, Ms. Beauchere will likely testify about the risk of harm to teen users posed by Snapchat, Snap's development of safety features, and the development of Family Center. | Will Call | 0.4 |
| Jonathan Brody | By Designation | Mr. Brody is the former Head of Product at Snap, Inc., where he oversaw the core consumer product management organization. Consistent with his deposition, Mr. Brody is likely to testify to his tenure at Snap and the development and functionality of Snapchat's beauty filters and its Streaks feature. Mr. Brody will also testify to his knowledge of the risk of harm and addiction posed by these and other design features. | Will Call | 0.6 |
| Matthew Jackson | By Designation | Mr. Jackson was Snap, Inc.'s Head of Trust and Safety. Consistent with his deposition, Mr. Jackson will testify to Snapchat's CSAM reporting processes and Snap's ability to address such reports. | Will Call | 0.4 |
| Peter Sellis | By Designation | Mr. Sellis was a former Snap, Inc. Vice President and the Head of Revenue Product. Consistent with his deposition, Mr. Sellis will likely testify to the growth of Snapchat and features responsible for that growth, teenagers' use of the platform, and Snapchat's capability to target student users at school. | Will Call | 0.3 |

LAW OFFICES OF
WALKUP, MELODIA, KELLY
& SCHOENBERGER
A PROFESSIONAL CORPORATION
650 CALIFORNIA STREET
26TH FLOOR
SAN FRANCISCO, CA 94108
(415) 981-7210

| WITNESS | LIVE /DESIGNATION | SCOPE | WILL/MAY CALL | TIME ESTIMATE (HOURS) |
|---|---|---|---|---|
| Juliet Shen | By Designation | Ms. Shen was the Head of Child Safety Product at Snap, Inc. Consistent with her deposition, Ms. Shen will likely testify to Snap's child safety features and its efforts to keep minor users safe on the Snapchat platform. | May Call | 0.3 |
| Claudia Chan | By Designation | Ms. Chan is a current Snap employee and was the Product Manager for the Growth Team. Consistent with her deposition, Ms. Chan will testify about her role as responsible for activation, log-in, and the onboarding experience. She will likely testify to Snapchat's age verification requirements at account activation, as well as the deactivation and account deletion process. | May Call | 0.5 |
| Rachel Hochhauser Rule 30(b)(6) witness) | Live or By Designation | Ms. Hochhauser was designated as Snap's Rule 30(b)(6) witness for school district issues. Consistent with her deposition, she will testify to Snap's targeting of teenage users at school, the company's understanding of Snapchat's disruption of the school environment, and its efforts to mitigate the effect, if any, of Snapchat on the school day. | May Call | 0.5 |
| Jennifer Stout | Live or By Designation | Ms. Stout is the Vice President of Global Public Policy. Consistent with her deposition, Ms. Stout will likely testify to the safety of the Snapchat platform, risks posed to Snap's teenager users, and Snapchat's beauty filters and their impacts on teen users. | May Call | 1.0 |
| Abby Tran | Live or By Designation | Ms. Tran is a Product Manager at Snap who works with the Growth team. Consistent with her deposition, Ms. Tran will likely testify to Snap's effort to increase growth, including through product features, and its | May Call | 0.8 |

LAW OFFICES OF
WALKUP, MELODIA, KELLY
& SCHOENBERGER
A PROFESSIONAL CORPORATION
650 CALIFORNIA STREET
26TH FLOOR
SAN FRANCISCO, CA  94108
(415) 981-7210

16

| WITNESS | LIVE /DESIGNATION | SCOPE | WILL/MAY CALL | TIME ESTIMATE (HOURS) |
|---|---|---|---|---|
| | | utilization of notifications to further those efforts. Ms. Tran will also likely testify to Snap's knowledge of the risks and impact of notification of teen users. | | |
| **META** | | | | |
| Arturo Bejar | Live | Plaintiff non-retained expert and Meta fact witness. Arturo Bejar is the former Leader for Integrity and Care at Facebook, who then returned as an independent contractor with an expertise in child safety. Mr. Bejar will testify as to Meta's lack of systems to adequately protect children. He will also testify as to research he conducted at Meta related to user harms, including the reliability of his research, his interactions with Meta's leadership on his research findings, and the lack of response by Meta's leadership. His testimony will address testing he independently performed on Meta's safety features following his departure from Meta and testing performed in collaboration with other organizations. | Will Call | 1.5 |
| Brian Boland | Live | Boland will likely testify about their role as former Vice-President for partnership data at Meta, including that Meta prioritized profits over safety, transparency efforts or lack thereof, and Meta's internal research efforts. | Will Call | 1 |
| Robert Chen | By Designation | Chen worked as a product lead at Meta. He will likely testify to Meta's efforts to attract children as users and the importance of young users to Meta's business strategy. | Will Call | 0.5 |

LAW OFFICES OF
WALKUP, MELODIA, KELLY & SCHOENBERGER
A PROFESSIONAL CORPORATION
650 CALIFORNIA STREET
26TH FLOOR
SAN FRANCISCO, CA 94108
(415) 981-7210

17

| WITNESS | LIVE /DESIGNATION | SCOPE | WILL/MAY CALL | TIME ESTIMATE (HOURS) |
|---|---|---|---|---|
| Vaishnavi Jayakumar | Live | Vaishnavi Jayakumar was Head of Safety & Wellbeing at Instagram and later Head of Youth Policy at Meta. She is expected to testify about product features, child safety, teen mental health, and harassment of youth on Meta's platforms; Meta's child safety and wellbeing efforts; age verification; and under 13 accounts. | Will Call | 1.5 |
| Shayli Jimenez | By Designation | Shayli Jimenez is a Senior User Experience Researcher at Meta. She is expected to testify to her research on teen users, design and features geared towards teens, the apps habit enforcing design, and other facts and circumstances related to her employment. | Will Call | 1 |
| Alison Lee | Live | Alison Lee is a former Senior Researcher, first in relevant integrity at Instagram and later in the central Meta team in Responsible AI. She is expected to testify about youth mental health and child safety research, features geared towards teens, feature development, and other facts and circumstances related to her employment. | Will Call | 1 |
| Lotte Rubaek | Live | Lotte Rubaek was an Advisor on Meta's Board. Rubaek will testify to the facts and circumstances related to her role. | Will Call | 0.7 |
| Jason Sattizahn | Live | Sattizahn will likely testify about his role as a former research scientist at Meta, including conducting and reporting on internal user surveys and research in the areas of problematic use/addiction, social comparison, user mental health, prioritization of engagement over safety, and lack of transparency. | Will Call | 1 |
| Josh Simons | By Designation | Josh Simons is a former visiting research scientist who contracted with and then was employed part-time at Meta. He is expected to testify about Meta's knowledge of | Will Call | 0.7 |

LAW OFFICES OF
WALKUP, MELODIA, KELLY
& SCHOENBERGER
A PROFESSIONAL CORPORATION
650 CALIFORNIA STREET
26TH FLOOR
SAN FRANCISCO, CA 94108
(415) 981-7210

| WITNESS | LIVE /DESIGNATION | SCOPE | WILL/MAY CALL | TIME ESTIMATE (HOURS) |
|---|---|---|---|---|
| | | risks related to its machine learning systems, ranking and recommendation algorithms; and advertising delivery system. | | |
| George Volichenko | Live | Meta Data Scientist, Mental Wellbeing Team. Expected to testify about Meta's decisions regarding implementation of safety features. | Will Call | 0.7 |
| Mark Zuckerberg | Live | Mark Zuckerberg is the co-founder of Facebook and the CEO and controlling shareholder of Meta Platforms, Inc, which also owns Instagram. He is expected to testify about the design of Meta's social media platforms; corporate decision making; resource allocation; communications; internal Meta research; child safety; CSAM and CSE; age verification; core and user metrics; under 13 accounts; youth mental health and addiction; vulnerability of young users; and teen user acquisition. Zuckerberg is anticipated to discuss numerous defendant documents. | Will Call | 3.25 |
| Adam Mosseri | May | Head of Instagram. Mosseri is expected to testify about core metrics, product features, user experience, youth and child safety, resource allocation, and communications. Mosseri is anticipated to discuss numerous defendant documents. | Will Call | 1.5 |
| Paul Alexander Dow | By Designation | Dow was a research science manager at Meta.  He will likely testify about Meta's research on harms to young users, including social comparison. | May Call | 0.2 |
| Diego Castaneda | Live | Castaneda is a former user experience researcher for Instagram's wellbeing team.  He is likely to testify to Instagram's research into problematic use/addiction, social comparison, and user mental health, and efforts to build develop and | May Call | 1.5 |

LAW OFFICES OF
WALKUP, MELODIA, KELLY
& SCHOENBERGER
A PROFESSIONAL CORPORATION
650 CALIFORNIA STREET
26TH FLOOR
SAN FRANCISCO, CA  94108
(415) 981-7210

| WITNESS | LIVE /DESIGNATION | SCOPE | WILL/MAY CALL | TIME ESTIMATE (HOURS) |
|---|---|---|---|---|
| | | launch products to address those issues. | | |
| Nick Clegg | By Designation | Clegg is the former President of Global Affairs at Meta. He is likely to testify about Meta's knowledge of youth and wellbeing risks and efforts to research and address those risks at Meta. | May Call | 0.6 |
| Liza Crenshaw | By Designation | Crenshaw is a public affairs manager at Meta. She is likely to testify to Meta's knowledge of and communications to the public about the risks its products posed to young users' mental health. | May Call | 0.2 |
| Elena Davis | Live or By Designation | Davis is a social impact user experience researcher at Meta. She will likely testify about internal research into the relationship between its products and problematic use/addiction, social comparison, and user mental health. | May Call | 1.5 |
| Dayna Geldwert | Live or By Designation | Geldwert is a public policy executive at Meta. She is likely to testify on Meta's efforts to reach out to schools and education-related groups. | May Call | 1.25 |
| Darius Kilstein | By Designation | Director of Data Science. Kilstein is expected to testify about teen user acquisition, engagement, and retention, core metrics, problematic use, social comparison and other mental health impacts, and corporate decision-making. | May Call | 0.5 |
| Yoav Shapira | Live | Mr. Shapira is Senior Director of Engineering (Integrity). He is expected to testify about Meta's integrity policies and practices. | May Call | 1 |

LAW OFFICES OF
WALKUP, MELODIA, KELLY
& SCHOENBERGER
A PROFESSIONAL CORPORATION
650 CALIFORNIA STREET
26TH FLOOR
SAN FRANCISCO, CA  94108
(415) 981-7210

| WITNESS | LIVE /DESIGNATION | SCOPE | WILL/MAY CALL | TIME ESTIMATE (HOURS) |
|---|---|---|---|---|
| Charles Sismondo | By Designation | Sismondo was an engineering manager who worked on wellbeing and integrity issues.  He is expected to testify to Meta's process for designing, testing, and launching wellbeing related products, including efforts to understand and address problematic use/addiction and social comparison among young users. | May Call | 0.7 |
| Natalie Troxel | By Designation | Natalie Troxel is a Senior User Experience researcher at Meta. She will likely testify to her research on child safety and mental wellbeing, the company's reaction to this research, and actions taken in light of this research, as well as other facts and circumstances of her employment. | May Call | 0.7 |
| Tom Wynter | Live or By Designation | Wynter will likely testify about their role as a user-experience researcher at Meta, including internal research and work related to youth wellbeing and mental health, potential product changes to reduce harm to teens, prioritization of user engagement over safety, research priorities, and communication strategies. | May Call | 0.5 |

Dated: April 10, 2026

RESPECTFULLY SUBMITTED,

BY: /S/ KHALDOUN BAGHDADI

KHALDOUN BAGHDADI
KELLY L. GANCI
**WALKUP, MELODIA KELLY & SCHOENBERGER**
650 CALIFORNIA STREET, 26th FL
SAN FRANCISCO, CA 94108
Telephone: 415-981-7210
kbaghdadi@walkuplawoffice.com
kganci@walkuplawoffice.com

LEXI J. HAZAM
**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**
275 BATTERY STREET, 29TH FLOOR

LAW OFFICES OF
WALKUP, MELODIA, KELLY & SCHOENBERGER
A PROFESSIONAL CORPORATION
650 CALIFORNIA STREET
26TH FLOOR
SAN FRANCISCO, CA  94108
(415) 981-7210

SAN FRANCISCO, CA 94111-3339
Telephone: 415-956-1000
lhazam@lchb.com

PREVIN WARREN
**MOTLEY RICE LLC**
401 9TH STREET NW SUITE 630
WASHINGTON DC 20004
Telephone: 202-386-9610
pwarren@motleyrice.com

Co-Lead Counsel

CHRISTOPHER A. SEEGER
**SEEGER WEISS, LLP**
55 CHALLENGER ROAD, 6TH FLOOR
RIDGEFIELD PARK, NJ 07660
Telephone: 973-639-9100
cseeger@seegerweiss.com

Counsel to Co-Lead Counsel and Settlement Counsel

JENNIE LEE ANDERSON
**ANDRUS ANDERSON, LLP**
155 MONTGOMERY STREET, SUITE 900
SAN FRANCISCO, CA 94104
Telephone: 415-986-1400
jennie@andrusanderson.com

Liaison Counsel and Ombudsperson

MATTHEW BERGMAN
**SOCIAL MEDIA VICTIMS LAW CENTER**
821 SECOND AVENUE, SUITE 2100
SEATTLE, WA 98104
Telephone: 206-741-4862
matt@socialmediavictims.org

JAMES J. BILSBORROW
**WEITZ & LUXENBERG, PC**
700 BROADWAY
NEW YORK, NY 10003
Telephone: 212-558-5500
jbilsborrow@weitzlux.com

ELLYN HURD
**SIMMONS HANLY CONROY, LLC**
112 MADISON AVE, 7TH FLOOR
NEW YORK, NY 10016
Telephone: 212-257-8482
ehurd@simmonsfirm.com

 ANDRE MURA
**GIBBS MURA, A LAW GROUP**
1111 BROADWAY, SUITE 2100

LAW OFFICES OF
WALKUP, MELODIA, KELLY
& SCHOENBERGER
A PROFESSIONAL CORPORATION
650 CALIFORNIA STREET
26TH FLOOR
SAN FRANCISCO, CA  94108
(415) 981-7210

22

OAKLAND, CA 94607
Telephone: 510-350-9717
amm@classlawgroup.com

MICHAEL M. WEINKOWITZ
**LEVIN SEDRAN & BERMAN, LLP**
510 WALNUT STREET
SUITE 500
PHILADELPHIA, PA 19106
Telephone: 215-592-1500
mweinkowitz@lfsbalw.com

MELISSA YEATES
**KESSLER TOPAZ MELTZER & CHECK LLP**
280 KING OF PRUSSIA ROAD
RADNOR, PA 19087
Telephone: 610-667-7706
myeates@ktmc.com


Plaintiffs' Steering Committee Leadership

RON AUSTIN
**RON AUSTIN LAW**
400 MANHATTAN BLVD.
HARVEY, LA 70058
Telephone: 504-227–8100
raustin@ronaustinlaw.com

AELISH M. BAIG
**ROBBINS GELLER RUDMAN & DOWD LLP**
1 MONTGOMERY STREET, #1800
SAN FRANCISCO, CA 94104
Telephone: 415-288-4545
AelishB@rgrd.com

THOMAS P. CARTMELL
**WAGSTAFF & CARTMELL LLP**
4740 Grand Avenue, Suite 300
Kansas City, MO 64112
Telephone: 816-701-1100
tcartmell@wcllp.com

FELICIA CRAICK
**KELLER ROHRBACK LLP**
1201 THIRD AVENUE, SUITE 3400
SEATTLE, WA 98101
Telephone: 206-623-1900
fcraick@kellerrohrback.com

SARAH EMERY
**HENDY JOHNSON VAUGHN EMERY PSC**
600 WEST MAIN STREET, SUITE 100
 LOUISVILLE, KY 40202
Telephone: 859-600-6725

LAW OFFICES OF
WALKUP, MELODIA, KELLY
& SCHOENBERGER
A PROFESSIONAL CORPORATION
650 CALIFORNIA STREET
26TH FLOOR
SAN FRANCISCO, CA  94108
(415) 981-7210

23

semery@justicestartshere.com

KIRK GOZA
**GOZA HONNOLD**
9500 NALL AVE. #400
OVERLAND PARK, KS 66207
Telephone: 913-412-2964
Kgoza@gohonlaw.com

RONALD E. JOHNSON, JR.
**HENDY JOHNSON VAUGHN EMERY PSC**
600 WEST MAIN STREET, SUITE 100
LOUISVILLE, KY 40202
Telephone: 859-578-4444
rjohnson@justicestartshere.com

MATTHEW P. LEGG
**BROCKSTEDT MANDALAS FEDERICO, LLC**
2850 QUARRY LAKE DRIVE, SUITE 220
BALTIMORE, MD 21209
Telephone: 410-421-7777
mlegg@lawbmf.com

JAMES MARSH
**MARSH LAW FIRM PLLC**
31 HUDSON YARDS, 11TH FLOOR
NEW YORK, NY 10001-2170
Telephone: 212-372-3030
jamesmarsh@marshlaw.com

JOSEPH H. MELTER
**KESSLER TOPAZ MELTZER & CHECK LLP**
280 KING OF PRUSSIA ROAD
RADNOR, PA 19087
Telephone: 610-667-7706
jmeltzer@ktmc.com

HILLARY NAPPI
**AWK ATTORNEYS**
1133 WESTCHESTER AVE, SUITE N-224
WHITE PLAINS, NY 10604
Telephone: 914-468-4840
hnappi@awk-saa.com

EMMIE PAULOS
**LEVIN PAPANTONIO RAFFERTY**
316 SOUTH BAYLEN STREET, SUITE 600
PENSACOLA, FL 32502
Telephone: 850-435-7107
epaulos@levinlaw.com

RUTH THI RIZKALLA
**THE CARLSON LAW FIRM, PC**
1500 ROSECRANS AVE., STE. 500
MANHATTAN BEACH, CA 90266

LAW OFFICES OF
WALKUP, MELODIA, KELLY
& SCHOENBERGER
A PROFESSIONAL CORPORATION
650 CALIFORNIA STREET
26TH FLOOR
SAN FRANCISCO, CA  94108
(415) 981-7210

24

Telephone: 415-308-1915
rrizkalla@carlsonattorneys.com

ROLAND TELLIS
DAVID FERNANDES
**BARON & BUDD, P.C.**
15910 VENTURA BOULEVARD, SUITE 1600
ENCINO, CA 91436
Telephone: 818-839-2333
rtellis@baronbudd.com
dfernandes@baronbudd.com

DIANDRA "FU" DEBROSSE ZIMMERMANN
**DICELLO LEVITT**
505 20TH ST NORTH
SUITE 1500
BIRMINGHAM, ALABAMA 35203
Telephone: 205-855-5700
fu@dicellolevitt.com

Plaintiffs' Steering Committee Membership

JOSEPH VANZANDT
**BEASLEY ALLEN**
234 COMMERCE STREET
MONTGOMERY, LA 36103
Telephone: 334-269-2343
joseph.vanzandt@beasleyallen.com

Federal/State Liaison

*Attorneys for Individual Plaintiffs*

## **ATTESTATION**

I, Khaldoun Baghdadi, hereby attest, pursuant to N.D. Cal. Civil L.R. 5-1, that the concurrence to the filing of this document has been obtained from each signatory hereto.

Dated: April 10, 2026                    By: */s/ Lexi Hazam*

LAW OFFICES OF
WALKUP, MELODIA, KELLY
& SCHOENBERGER
A PROFESSIONAL CORPORATION
650 CALIFORNIA STREET
26TH FLOOR
SAN FRANCISCO, CA 94108
(415) 981-7210