[*Submitting Counsel on Signature Page*]

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION | MDL No. 3047 |
| | Case No. 4:22-md-03047-YGR-PHK |
| This Document Relates to: | **JOINT TRIAL STIPULATIONS AND [PROPOSED] ORDER** |
| *Breathitt County Board of Education v. Meta Platforms, Inc., et al.* Case No.: 4:23-CV-1804 | |

Plaintiff Breathitt County Board of Education ("Breathitt") and Defendants (together with Breathitt, "the Parties") hereby stipulate and agree, subject to the Court's approval, that during the trial scheduled in the above-captioned case:

1.     No party will introduce evidence or make any argument about another party's settlement of any lawsuit.

2.     No party may make any argument concerning the size or makeup of any law firm involved in these cases. No party may make any argument concerning any attorney referral agreements, or that any party retained more than one law firm for this case. Dkt. 2823 at 9. No party may make any argument or introduce any evidence concerning any party's litigation expenses for these cases, including evidence of: (a) compensation or billing structure for attorneys involved in, and the use of jury consultants for, these cases, and (b) the identity of the person paying, or responsible for paying, expenses associated with this or any similar litigation. This exclusion, however, does not apply to arguments or evidence relating to compensation for retained experts for these cases.

3.     Defendants will not offer evidence of attorney advertising. Dkt. 2823 at 10.

4.     Defendants will not offer evidence relating to an incident in 2022 in which Breathitt County High School's baseball coach, Alex Hamilton, exposed students to sexually explicit

material. Dkt. 2826 n.1.

5.      No party may make any argument or introduce any evidence concerning the accommodations of, or means of transportation used by, any attorneys or witnesses involved in these cases.

6.      Defendants may not argue that any recovery Plaintiff may receive in this case may be increased or enhanced by operation of law, including through post-judgment interest.

7.      Defendants may not argue to the jury that an award of punitive damages would be unconstitutional or illegal or that a punitive damages award would preclude Defendants from financing employee salaries and benefits or expending funds on safety initiatives.

8.      Counsel are prohibited from referencing or describing their personal motives for prosecuting or defending this case.

9.      The parties may not make any reference to unrelated personal matters of a party's expert or expert's family, such as divorce proceedings, personal relationships, and unrelated employment or legal disputes.

10.      Breathitt cannot mention or make any argument based on any Defendant's liability insurance coverage. Similarly, Defendants may not mention or make any argument based on Breathitt's insurance coverage for any collateral source purposes (i.e., the reduction of any damages due to compensation from insurance). The parties further agree that nothing herein limits the Parties' ability to address collateral source, lien, subrogation, or setoff issues outside the jury's presence, nor does it waive any party's objections to damages evidence or any other defenses or arguments regarding the admissibility of evidence.

11.      No party may argue that the filing of motions in limine, or any proceedings in connection with those motions, support any of their factual assertions.

A Proposed Order is appended to this Stipulation memorializing the aforementioned agreements.

DATED: April 10, 2026

Respectfully submitted,

*/s/ Lexi J. Hazam*
LEXI J. HAZAM
**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone: 415-956-1000
lhazam@lchb.com
PREVIN WARREN
**MOTLEY RICE LLC**
401 9th Street NW Suite 630
Washington DC 20004
Telephone: 202-386-9610
pwarren@motleyrice.com

*Co-Lead Counsel*

MICHAEL M. WEINKOWITZ
**LEVIN SEDRAN & BERMAN, LLP**
510 Walnut Street, Suite 500
Philadelphia, PA 19106
Telephone: 215-592-1500
MWeinkowitz@lfsblaw.com

*Co-chair of School District Committee*
*Plaintiffs Leadership Committee*

KHALDOUN BAGHDADI
**WALKUP, MELODIA, KELLY & SCHOENBERGER, LLP**
650 California Street, 26th Fl.
San Francisco, CA 94108
Telephone: 415-981-7210
kbaghdadi@walkuplawoffice.com

RONALD E. JOHNSON, JR.
SARAH N. EMERY
**HENDY JOHNSON VAUGHN EMERY PSC**
600 West Main Street, Suite 100
Louisville, KY 40202
Telephone: 859-578-4444
rjohnson@justicestartshere.com
semery@justicestartshere.com

*Attorneys for Plaintiffs Breathitt County Board of Education*

-3-                Case No. 4:22-md-03047-YGR-PHK
JOINT TRIAL STIPULATIONS AND [PROPOSED] ORDER

MUNGER, TOLLES & OLSON LLP


By:   /s/ Jonathan H. Blavin
JONATHAN H. BLAVIN (SBN 230269)
Jonathan.Blavin@mto.com
MUNGER, TOLLES & OLSON LLP
560 Mission Street, 27th Floor
San Francisco, CA 94105
Tel: (415) 512-4000

E. MARTIN ESTRADA (SBN 223802)
Martin.Estrada@mto.com
L. ASHLEY AULL (SBN 257020)
Ashley.Aull@mto.com
VICTORIA A. DEGTYAREVA (SBN 284199)
Victoria.Degtyareva@mto.com
MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue, 50th Floor
Los Angeles, CA 90071
Tel.: (213) 683-9100

ALLISON BROWN (*pro hac vice*)
alli.brown@kirkland.com
KIRKLAND & ELLIS LLP
2005 Market Street, Suite 1000
Philadelphia, PA 19103
Tel.: (215) 268-5000

JESSICA DAVIDSON (*pro hac vice*)
jessica.davidson@kirkland.com
JOHN J. NOLAN (*pro hac vice*)
jack.nolan@kirkland.com
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, NY 10022
Tel.: (212) 446-4800

*Attorneys for Defendant Snap Inc.*

JOINT TRIAL STIPULATIONS AND [PROPOSED] ORDER

/s/ Ashley W. Hardin

ASHLEY W. HARDIN (*pro hac vice*)
ahardin@wc.com
J. ANDREW KEYES (*pro hac vice*)
akeyes@wc.com
NEELUM J. WADHWANI (SBN 247948)
nwadhwani@wc.com
WILLIAMS & CONNOLLY LLP
680 Maine Avenue, SW
Washington, DC 20024
Tel.: (202) 434-5000

*Attorneys for Defendants YouTube, LLC and Google LLC*

/s/ Christian J. Pistilli

ASHLEY M. SIMONSEN (State Bar No. 275203)
asimonsen@cov.com
COVINGTON & BURLING LLP
1999 Avenue of the Stars
Los Angeles, California 90067
Tel.: (424) 332-4800

PHYLLIS A. JONES (*pro hac vice*)
pajones@cov.com
PAUL W. SCHMIDT (*pro hac vice*)
pschmidt@cov.com
CHRISTIAN J. PISTILLI (*pro hac vice*)
cpistilli@cov.com
COVINGTON & BURLING LLP
One City Center
850 Tenth Street, NW
Washington, DC 20001-4956
Tel.: (202) 662-6000

*Attorneys for Defendants Meta Platforms, Inc. f/k/a Facebook, Inc. and Instagram, LLC*

*/s/ Geoffrey M. Drake*
GEOFFREY M. DRAKE (*pro hac vice*)
gdrake@kslaw.com
TACARA D. HARRIS (*pro hac vice*)
tharris@kslaw.com
KING & SPALDING LLP
1180 Peachtree Street, NE, Suite 1600
Atlanta, GA 30309
Tel.: (404) 572-4600

DAVID P. MATTERN (*pro hac vice*)
dmattern@kslaw.com
KING & SPALDING LLP
1700 Pennsylvania Avenue, NW
Suite 900
Washington, D.C. 20006
Tel.: (202) 737-0500

BAILEY J. LANGNER (State Bar No. 307753)
*blangner@kslaw.com*
KING & SPALDING LLP
50 California Street, Suite 3300
San Francisco, CA 94111
Tel.: (415) 318-1200

*/s/ Daniel M. Petrocelli*
DANIEL M. PETROCELLI (SBN 97802)
SABRINA H. STRONG (SBN 200292)
O'MELVENY & MYERS
1999 Avenue of the Stars
8th Floor
Los Angeles, CA 90067
Telephone: (310) 553-6700
Email:dpetrocelli@omm.com
         sstrong@omm.com

STEVE BRODY (pro hac vice)
O'MELVENY & MYERS
1625 Eye Street
Washington, DC 20006
Telephone: (202) 383-5300
Email: sbrody@omm.com

*Attorneys for Defendants*
*TikTok Inc., ByteDance Inc., TikTok Ltd., ByteDance*
*Ltd., and TikTok LLC*

JOINT TRIAL STIPULATIONS AND [PROPOSED] ORDER

## ATTESTATION

I, Lexi J. Hazam, hereby attest, pursuant to N.D. Cal. Civil L.R. 5-1, that the concurrence to the filing of this document has been obtained from each signatory hereto.

DATED:  April 10, 2026                      By:   */s/ Lexi J. Hazam*
                                                       Lexi J. Hazam

JOINT TRIAL STIPULATIONS AND [PROPOSED] ORDER

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION | MDL No. 3047 |
| | Case No.: 4:22-md-03047-YGR-PHK |
| This Document Relates To: | |
| *Breathitt County Board of Education v. Meta Platforms, Inc. et al* Case No.: 4:23-CV-1804 | **[PROPOSED] ORDER REGARDING THE PARTIES' TRIAL STIPULATIONS** |
| | Judge: Hon. Yvonne Gonzalez Rogers Magistrate Judge: Hon. Peter H. Kang |

The Court hereby adopts the Parties' Trial Stipulations.

**IT IS HEREBY ORDERED** that:

1.      No party will introduce evidence or make any argument about another party's settlement of any lawsuit.

2.      No party may make any argument concerning the size or makeup of any law firm involved in these cases. No party may make any argument concerning any attorney referral agreements, or that any party retained more than one law firm for this case. Dkt. 2823 at 9. No party may make any argument or introduce any evidence concerning any party's litigation expenses for these cases, including evidence of: (a) compensation or billing structure for attorneys involved in, and the use of jury consultants for, these cases, and (b) the identity of the person paying, or responsible for paying, expenses associated with this or any similar litigation. This exclusion, however, does not apply to arguments or evidence relating to compensation for retained experts for these cases.

3.      Defendants will not offer evidence of attorney advertising. Dkt. 2823 at 10.

4.      Defendants will not offer evidence relating to an incident in 2022 in which Breathitt County High School's baseball coach, Alex Hamilton, exposed students to sexually explicit material. Dkt. 2826 n.1.

5.      No party may make any argument or introduce any evidence concerning the accommodations of, or means of transportation used by, any attorneys or witnesses involved in these cases.

6.      Defendants may not argue that any recovery Plaintiff may receive in this case may be increased or enhanced by operation of law, including through post-judgment interest.

7.      Defendants may not argue to the jury that an award of punitive damages would be unconstitutional or illegal or that a punitive damages award would preclude Defendants from financing employee salaries and benefits or expending funds on safety initiatives.

8.      Counsel are prohibited from referencing or describing their personal motives for prosecuting or defending this case.

9.      The parties may not make any reference to unrelated personal matters of a party's expert

[PROPOSED] ORDER REGARDING THE PARTIES' TRIAL STIPULATIONS

or expert's family, such as divorce proceedings, personal relationships, and unrelated employment or legal disputes.

10.    Breathitt cannot mention or make any argument based on any Defendant's liability insurance coverage. Similarly, Defendants may not mention or make any argument based on Breathitt's insurance coverage for any collateral source purposes (i.e., the reduction of any damages due to compensation from insurance). The parties further agree that nothing herein limits the Parties' ability to address collateral source, lien, subrogation, or setoff issues outside the jury's presence, nor does it waive any party's objections to damages evidence or any other defenses or arguments regarding the admissibility of evidence.

11.    No party may argue that the filing of motions in limine, or any proceedings in connection with those motions, support any of their factual assertions.

**IT IS SO ORDERED.**

Dated:_____

_____
Hon. Yvonne Gonzalez Rogers
United States District Judge

[PROPOSED] ORDER REGARDING THE PARTIES' TRIAL STIPULATIONS