Ashley M. Simonsen, SBN 275203
COVINGTON & BURLING LLP
1999 Avenue of the Stars
Los Angeles, California 90067
Telephone: (424) 332-4800
Facsimile: (424) 332-2749
asimonsen@cov.com

Paul W. Schmidt, *pro hac vice*
Phyllis A. Jones, *pro hac vice*
COVINGTON & BURLING LLP
One CityCenter
850 Tenth Street, NW
Washington, DC 20001-4956
Telephone: (202) 662-6000
Facsimile: (202) 662-6291
pschmidt@cov.com
pajones@cov.com

*Attorneys for Defendants Meta Platforms,*
*Inc. and Instagram, LLC*

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*People of the State of California, et al. v. Meta Platforms, Inc., et al.* | MDL No. 3047<br><br>Case Nos. 4:22-md-03047-YGR-PHK<br>　　　　4:23-cv-05448-YGR<br><br>**DECLARATION OF ASHLEY M. SIMONSEN IN SUPPORT OF META'S OPPOSITION TO STATE ATTORNEYS GENERAL'S MOTION TO EXCLUDE TESTIMONY OF BRYCE BARTLETT**<br><br>Judge: Hon. Yvonne Gonzalez Rogers<br>Magistrate Judge: Hon. Peter H. Kang |

**DECLARATION OF ASHLEY M. SIMONSEN**

I, Ashley M. Simonsen, declare as follows:

1. I am a partner with the law firm Covington & Burling LLP, counsel of record for Defendants Meta Platforms, Inc. and Instagram, LLC (together, "Meta"). I have personal knowledge of the following facts, and, if called as a witness, I could and would testify competently thereto.

2. I submit this declaration in support of Meta's Opposition to State Attorneys General's (the "AGs") Motion to Exclude Testimony of Bryce Bartlett, filed concurrently herewith.

3. I attest that during a meet-and-confer videoconference on January 28, 2026, the AGs acknowledged that they lacked a compelling claim of prejudice based on the timing of Meta's disclosure of Dr. Bartlett as a witness.

4. I attest that, in accordance with an order issued by Magistrate Judge Kang on April 25, 2024 (ECF 789), memorializing a Discovery Management Conference held on April 22, 2024, Meta produced to the AGs on April 24, 2024, a document reflecting the date on which Dr. Bartlett was added to the litigation hold in connection with the MDL.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATED: April 13, 2026

_____
Ashley M. Simonsen

1

DECLARATION OF ASHLEY M. SIMONSEN IN SUPPORT OF META'S OPPOSITION TO STATE ATTORNEYS GENERAL'S
MOTION TO EXCLUDE TESTIMONY OF BRYCE BARTLETT
Case Nos. 4:22-md-03047-YGR-PHK, 4:23-CV-05448-YGR