**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION <br><br> THIS DOCUMENT RELATES TO: <br><br> *People of the State of California, et al. v. Meta Platforms, Inc., et al.* | MDL No. 3047 <br><br> Case Nos. 4:22-md-03047-YGR-PHK <br>           4:23-cv-05448-YGR <br><br> **[PROPOSED] ORDER DENYING STATE ATTORNEYS GENERAL'S MOTION TO EXCLUDE TESTIMONY OF BRYCE BARTLETT** <br><br> Judge: Hon. Yvonne Gonzalez Rogers <br> Magistrate Judge: Hon. Peter H. Kang <br><br> Date:  To be determined <br> Time: To be determined <br> Place: Courtroom 1, 4th Floor |

Having considered the parties' submissions, the record, and the applicable law, the Court hereby DENIES the State Attorneys General's Motion to Exclude Testimony of Bryce Bartlett.

**IT IS SO ORDERED.**

Dated: _____

_____

HON. YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER DENYING STATE AGS' MOTION TO EXCLUDE TESTIMONY OF BRYCE BARTLETT
Case Nos. 4:22-md-03047-YGR-PHK, 4:23-CV-05448-YGR