James P. Rouhandeh, *pro hac vice*
Antonio J. Perez-Marques, *pro hac vice*
Caroline Stern, *pro hac vice*
Corey M. Meyer, *pro hac vice*
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4000
Facsimile: (212) 701-5800
Email:    rouhandeh@davispolk.com
          antonio.perez@davispolk.com
          caroline.stern@davispolk.com
          corey.meyer@davispolk.com

*Attorneys for Defendants Meta Platforms, Inc.
and Instagram, LLC*

*Additional counsel listed on signature pages*

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION <br><br> THIS DOCUMENT RELATES TO: <br><br> *People of the State of California, et al. v. Meta Platforms, Inc., et al.* | MDL No. 3047 <br><br> Case Nos. 4:22-md-03047-YGR-PHK <br>             4:23-cv-05448-YGR <br><br> **META'S RESPONSE TO MOTION TO EXPEDITE BRIEFING SCHEDULE RE STATE ATTORNEYS GENERAL'S MOTION TO EXCLUDE TESTIMONY OF BRYCE BARTLETT** <br><br> Judge: Hon. Yvonne Gonzalez Rogers <br> Magistrate Judge: Hon. Peter H. Kang <br><br> Date:  To be determined <br> Time:  To be determined <br> Place:  Courtroom 1, 4th Floor |

Meta hereby submits that the Motion to Expedite Briefing Schedule re State Attorneys General's Motion to Exclude Testimony of Bryce Bartlett (ECF 2923) should be denied as moot in light of Meta's opposition to the State Attorneys General's Motion to Exclude Testimony of Bryce Bartlett (ECF 2922), filed earlier today on the docket at ECF 2938.

Dated:  April 13, 2026                              Respectfully submitted,

                                                   DAVIS POLK & WARDWELL LLP

                                                    */s/ James P. Rouhandeh*

                                                   James P. Rouhandeh, *pro hac vice*
                                                   Antonio J. Perez-Marques, *pro hac vice*
                                                   Caroline Stern, *pro hac vice*
                                                   Corey M. Meyer, *pro hac vice*
                                                   450 Lexington Avenue
                                                   New York, New York 10017
                                                   Telephone: (212) 450-4000
                                                   Facsimile: (212) 701-5800
                                                   rouhandeh@davispolk.com
                                                   antonio.perez@davispolk.com
                                                   caroline.stern@davispolk.com
                                                   corey.meyer@davispolk.com

                                                   COVINGTON & BURLING LLP

                                                   Ashley M. Simonsen, SBN 275203
                                                   1999 Avenue of the Stars
                                                   Los Angeles, California 90067
                                                   Telephone: (424) 332-4800
                                                   Facsimile: (424) 332-2749
                                                   asimonsen@cov.com

                                                   Paul W. Schmidt, *pro hac vice*
                                                   Phyllis A. Jones, *pro hac vice*
                                                   One CityCenter
                                                   850 Tenth Street, NW
                                                   Washington, DC 20001-4956
                                                   Telephone: (202) 662-6000
                                                   Facsimile: (202) 662-6291
                                                   pschmidt@cov.com
                                                   pajones@cov.com

                                                   *Attorneys for Defendants Meta Platforms, Inc. and Instagram, LLC*

META'S RESPONSE TO MOTION TO EXPEDITE BRIEFING SCHEDULE RE STATE AGS' MOTION TO EXCLUDE
TESTIMONY OF BRYCE BARTLETT - Case Nos. 4:22-md-03047-YGR-PHK, 4:23-CV-05448-YGR