**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*People of the State of California, et al. v. Meta Platforms, Inc., et al.* | MDL No. 3047<br><br>Case Nos. 4:22-md-03047-YGR-PHK<br>4:23-cv-05448-YGR<br><br>**[PROPOSED] ORDER DENYING MOTION TO EXPEDITE BRIEFING SCHEDULE RE STATE ATTORNEYS GENERAL'S MOTION TO EXCLUDE TESTIMONY OF BRYCE BARTLETT**<br><br>Judge: Hon. Yvonne Gonzalez Rogers<br>Magistrate Judge: Hon. Peter H. Kang<br><br>Date:  To be determined<br>Time: To be determined<br>Place: Courtroom 1, 4th Floor |

[PROPOSED] ORDER DENYING STATE AGS' MOTION TO EXPEDITE BRIEFING SCHEDULE RE STATE AGS' MOTION TO EXCLUDE TESTIMONY OF BRYCE BARTLETT - Case Nos. 4:22-md-03047-YGR-PHK, 4:23-CV-05448-YGR

Having considered the parties' submissions, the record, and the applicable law, the Court hereby DENIES the Motion to Expedite Briefing Schedule re State Attorneys General's Motion to Exclude Testimony of Bryce Bartlett as moot.

**IT IS SO ORDERED.**

Dated: _____    _____

HON. YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER DENYING STATE AGS' MOTION TO EXPEDITE BRIEFING SCHEDULE RE STATE AGS' MOTION TO EXCLUDE TESTIMONY OF BRYCE BARTLETT - Case Nos. 4:22-md-03047-YGR-PHK, 4:23-CV-05448-YGR