## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## <u>CIVIL MINUTES</u>

| **Date:** April 14, 2026 | **Time:** 1 Hour, 33 Minutes | **Judge:** YVONNE GONZALEZ ROGERS |
|---|---|---|
| **Case No.:** 22-md-03047-YGR<br><br>23-cv-01804-YGR | **Case Name:** IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION<br>Breathitt County Board of Education v. Meta Platforms, Inc. | |

**Attorney for Plaintiff:** Lexi Hazam (Co-Lead Counsel)
**Attorney for Defendant:** Ashley Simonsen (Liaison Counsel)

**Deputy Clerk:** Nicole Hall                    **Court Reporter:** Stephen Franklin
                                                                                  appearing by Zoom.gov.

### PROCEEDINGS

Pretrial Conference - HELD.

The Court discussed pretrial disputes and deadlines with the parties.

A Further Pretrial Conference is tentatively set for May 27, 2026, at 9:00 AM. The time of the hearing is subject to change based upon the Court's trial schedule.

The parties are ordered to submit a joint list of disputes no later than May 20, 2026, at 9:00 AM, in preparation for the further Pretrial Conference.

Written order to issue.