*[Parties and Counsel Listed on Signature Pages]*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates To:<br><br>*ALL ACTIONS* | MDL No. 3047<br><br>Case No. 4:22-md-03047-YGR (PHK)<br><br>**[CORRECTED] STIPULATION AND [PROPOSED] ORDER RESOLVING (1) THREE MOTIONS TO STRIKE AND/OR PRECLUDE *BREATHITT* TRIAL WITNESSES AND (2) PLAINTIFFS' MOTION FOR RELIEF RE META'S PRIVILEGE DOWNGRADES [WITH EXHIBIT A]**<br><br>Judge: Hon. Yvonne Gonzalez Rogers<br>Magistrate Judge: Hon. Peter H. Kang |

The MDL and JCCP Personal Injury and School District ("**PISD**") Plaintiffs and MDL State Attorneys General ("**State AGs**") (together, "**Plaintiffs**") and **Meta** (together with Plaintiffs, the "**Parties**") have reached an agreement enabling the Parties to resolve, without the need for Court intervention, four motions and related disputes:

1. Breathitt's motion to strike Bryce Bartlett from Meta's *Breathitt* witness list;

2. Meta's motion to strike Jason Sattizahn from Plaintiff *Breathitt* witness list or, in the alternative, to preclude Plaintiff from questioning Sattizahn (and Sattizahn from testifying) about Meta's attorney-client privileged communications at trial;

3. Meta's "apex" motion to preclude Plaintiff from calling Meta's CEO live at the *Breathitt* trial;

4. Plaintiffs' motion for sanctions and other relief relating to Meta's production of approximately 60,000 documents downgraded from Meta's privilege log after the close of fact discovery.

The Parties respectfully request that the Court so-order the Parties' agreement, the terms of which are outlined below:

## I.    Terms Relating to Motions to Strike and/or Preclude *Breathitt* Trial Witnesses

### A.    Jason Sattizahn

1. On February 2, 2026, Judge Kuhl entered an order precluding a former Meta researcher, Jason Sattizahn, from testifying at trial regarding specific attorney-client privileged communications. *See* Exhibit A ("**JCCP Sattizahn Order**").  On March 31, 2026, Plaintiff filed a corrected witness list adding Dr. Sattizahn as a trial witness.  Shortly thereafter, Meta notified MDL PISD Plaintiffs that Meta intended to move to strike Dr. Sattizahn from Plaintiff's *Breathitt* witness list or, in the alternative, to preclude PISD Plaintiffs from questioning Sattizahn (or Sattizahn from testifying) about Meta's attorney-client privileged communications at trial.

2. Meta has agreed not to file its motion; in exchange, MDL PISD Plaintiffs have agreed to be bound by the JCCP Sattizahn Order for purposes of MDL trials, with such Order being adopted in its entirety by this Court.

**B.    Bryce Bartlett**

3.    On March 16, 2026, Meta added Dr. Bryce Bartlett, Director of Research, to its preliminary witness list for the *Breathitt* trial.  Shortly thereafter, Breathitt notified Meta that they intended to move to strike Dr. Bartlett from Meta's *Breathitt* witness list.

4.    Meta has agreed to remove Dr. Bartlett from its *Breathitt* witness list;[1] in exchange, Breathitt agreed not to file its motion.

5.    In addition, the remaining MDL PISD Plaintiffs, MDL AGs, and JCCP Plaintiffs have agreed to attend a deposition of Dr. Bartlett, coordinated with the Utah AG, on May 18 and/or 19, subject to the Parties agreeing on a time limit (not to exceed 12 hours).  In turn, Meta has agreed to diligently investigate and promptly respond to the MDL AGs' April 2nd questions regarding Meta's April 22, 2026 production of documents for Dr. Bartlett and the AGs' "supplemental production request"; and to raise any disputes the Parties are unable to resolve to Magistrate Judge Kang by May 4, 2026 (two weeks in advance of the May 18 and/or 19 deposition).

6.    Finally, Meta and JCCP Plaintiffs have agreed to brief any motion to strike Bartlett from Meta's witness list for the *R.K.C.* trial before Judge Kuhl in May.

**C.    Mark Zuckerberg**

7.    At the March 18, 2026 CMC, Meta notified Plaintiff and the Court of its intent to file an "apex" motion to preclude Plaintiff from calling Mark Zuckerberg live at the *Breathitt* trial.  Meta has agreed not to file its "apex" motion and to limit Meta's direct examination of Mr. Zuckerberg to no more than 75 minutes; in exchange, Plaintiff has committed to work with Meta to schedule Mr. Zuckerberg's testimony on a specific day decided by the Parties in advance, taking into consideration Mr. Zuckerberg's schedule, and to begin and end Plaintiff's examination of Mr. Zuckerberg on that trial day (i.e., to limit their cross/re-cross of Mr. Zuckerberg to no more than 3.25 hours).

---

[1] Meta has not agreed to remove Dr. Bartlett from its witness list for the AG trial, and the MDL AGs reserved the right to move to strike Bartlett from that list.  The MDL AGs filed that motion (ECF 2922) and a motion to expedite briefing on the motion (ECF 2923) on April 7, 2026.

## II.    Terms Relating to Meta's Privilege Downgrade Productions

8.    Following the close of fact discovery last April, Meta made productions to Plaintiffs in September, October, November, and early December totaling roughly 65,000 documents (60,000 excluding duplicates) Meta had previously withheld from production on grounds of privilege.

9.    In a parallel proceeding in Tennessee state court, the Tennessee AG has obtained an order allowing it to notice up to 12 supplemental depositions of Meta witnesses (totaling no more than 70 hours of questioning), limited to documents and topics covered in Meta's privilege-downgrade documents produced between August and December 2025.

10.    Plaintiffs previously notified the Court of their intent to file a motion for sanctions against Meta based on the timing of Meta's downgrade productions.[2]  At the March 18, 2026 CMC, the Court instructed Plaintiffs to brief their motion before Magistrate Judge Kang.  Since that time, the Parties have conferred and agreed to the following to resolve Plaintiffs' motion:

### A.    Terms Relating to Privilege Downgrades

11.    MDL/JCCP Plaintiffs have the option of attending and questioning at any of the priv-downgrade depositions taken by Tennessee, subject to the time and subject-matter limitations ordered and/or agreed-to in the Tennessee action (i.e., any questioning by MDL/JCCP Plaintiffs must come out of the time allotted to the deposition by the Tennessee AG), and, in addition, may take a separate 4-hour deposition of one non-apex, current-employee witness (to be identified within 48 hours of the filing of

---

[2] Among other remedies, Plaintiffs sought "an order (1) establishing the admissibility and authenticity of all 73,841 documents; (2) permitting Plaintiffs' experts to consider and testify about any of these documents relevant to their opinions, without triggering the re-deposition of these experts; (3) allowing Plaintiffs to participate in any depositions noticed by other jurisdictions as a result of these downgrades, including twelve depositions already noticed by the Tennessee Attorney General's Office; (4) requiring Meta to retain at its sole expense a mutually-agreed-upon third party to review a sample of 1,000 documents on its privilege log chosen by Plaintiffs and production of any document that this third party determines is not protected by privilege, with the ability to seek further review depending on the results; (5) requiring Meta to re-produce the 206 documents it has clawed back after the close of fact discovery in this case; and (6) holding that any assertion of privilege as to a produced document has been waived (and hence Meta must cease from its continued efforts to claw back documents on the grounds of privilege)."  ECF 2838 at 5-6.

this Stipulation), limited to the same subject matter as the Tennessee priv-downgrade depositions (collectively, the "**priv-downgrade depositions**").

12. Meta agrees to allow questioning at the priv-downgrade depositions of A.D. and F.K.-S. about the MYST-related documents that Meta recently produced to the New Hampshire AG. To the extent A.D. and F.K.-S. are questioned about those documents at their depositions, Meta will not ask Plaintiffs to leave the room, and Plaintiffs may access and use any documents used in those depositions (i.e., documents that become exhibits to the depositions) as if they were produced to Plaintiffs in the MDL/JCCP.

13. Breathitt, RKC, Moore, and the MDL AGs may supplement their witness lists (and exhibit lists) for those trials within 5 business days of the last such deposition they attend, limited to witnesses whose priv-downgrade depositions Plaintiffs elected to attend/take (and exhibits to those depositions). Meta may supplement its rebuttal witness lists (and exhibit lists) for those trials within 5 business days thereafter, with any new witnesses limited to witnesses previously deposed in the MDL/JCCP (including any witnesses whose priv-downgrade depositions Plaintiffs elected to attend/take) and any exhibits limited to exhibits used at the MDL/JCCP depositions of said witnesses. For each trial, Meta may supplement its witness list with the same or fewer number of witnesses as the Plaintiff has added.

14. MDL/JCCP Plaintiffs may supplement their experts' materials-considered lists (MCLs) with any of the privilege-downgrade documents (without Meta seeking to reopen their depositions).

15. Meta will meet and confer with PISD Plaintiffs in good faith about reaching stipulations regarding (1) authenticity and (2) application of the business records hearsay exception to the privilege-downgrade documents on Breathitt's exhibit list (as it will for the other exhibits on that list), consistent with the approach Meta took to such stipulations in the *K.G.M.* trial in the JCCP.

**B.    Terms Relating to Meta's Privilege Clawbacks**

16. Meta withdraws its previous clawback (and will reproduce to MDL/JCCP Plaintiffs an unredacted copy) of Exhibit 63 to the deposition of Nick Clegg.

17.      Meta will promptly assert clawbacks over any documents on (1) Breathitt's March 16, 2026 exhibit list (targeting May 12, 2026) and (2) the MDL AGs' preliminary exhibit list.  Meta waives its right to claw back any *other* documents on these lists in the future (for purposes of any MDL or JCCP trials).

18.      Plaintiffs agree (and the Court by so-ordering this Stipulation orders) that (1) Meta's reproduction of Clegg Ex. 63 to Plaintiffs and (2) any inadvertent failure by Meta to claw back a document from the Breathitt/AG exhibit lists (under paragraphs 16-17 above) do not constitute subject-matter waiver, and that Meta's privilege/protection as to such document(s) "is not waived … in any other federal or state proceeding."  Fed. R. Civ. P. 502(d).

19.      Plaintiffs reserve their rights to challenge any clawback by Meta that they later learn was used at any MDL/JCCP deposition and subsequently (after the deposition) clawed back by Meta; and Meta agrees to promptly notify Plaintiffs of any such document it becomes aware of.

20.      To the extent Magistrate Judge Kang orders Meta to produce any documents in connection with the MDL AGs' renewed crime-fraud motion (ECF 2879), Meta will also produce those documents to MDL/JCCP PISD Plaintiffs.  PISD Plaintiffs in turn agree to be bound by Magistrate Judge Kang's ruling on that motion.

21.      Subject to any reservations of rights above, Plaintiffs (meaning all MDL and JCCP Plaintiffs inclusive of AGs, except where specified) agree not to file a motion seeking any sanctions or any other substantive relief as a result of the privilege downgrades, inclusive of those articulated in Previn Warren's email of Wednesday, February 25, 2026 and MDL Plaintiffs' March 11, 2026 CMC Statement (*see supra* footnote 2).

**IT IS SO STIPULATED.**


**PURSUANT TO STIPULATION, IT IS SO ORDERED:**

DATED: _____      _____
                             HON. YVONNE GONZALEZ ROGERS
                             UNITED STATES DISTRICT JUDGE

DATED: April 14, 2026

Respectfully submitted,

By:    /s/ Ashley M. Simonsen

Ashley M. Simonsen (Bar No. 275203)
COVINGTON & BURLING LLP
1999 Avenue of the Stars
Los Angeles, California 90067
Telephone: (424) 332-4800
Facsimile: (424) 332-4749
Email: asimonsen@cov.com

Phyllis A. Jones (*pro hac vice*)
Paul W. Schmidt (*pro hac vice*)
COVINGTON & BURLING LLP
One City Center
850 Tenth Street, NW
Washington, DC 20001-4956
Telephone: (202) 662-6000
Facsimile: (202) 662-6291
Email: pajones@cov.com
Email: pschmidt@cov.com

*Attorneys for Defendants Meta Platforms, Inc.*
*f/k/a Facebook, Inc.; Facebook Holdings,*
*LLC; Facebook Operations, LLC; Meta*
*Payments Inc. f/k/a Facebook Payments Inc.;*
*Meta Platforms Technologies, LLC f/k/a*
*Facebook Technologies, LLC; Instagram,*
*LLC; and Siculus LLC f/k/a Siculus, Inc.*

By: /s/ Lexi J. Hazam
LEXI J. HAZAM
**LIEFF CABRASER HEIMANN &**
**BERNSTEIN, LLP**
275 BATTERY STREET, 29TH FLOOR
SAN FRANCISCO, CA 94111-3339
Telephone: 415-956-1000
lhazam@lchb.com

PREVIN WARREN
**MOTLEY RICE LLC**
401 9th Street NW Suite 630
Washington DC 20004

STIPULATION AND ORDER RESOLVING (1) THREE MOTIONS TO STRIKE AND/OR PRECLUDE *BREATHITT* TRIAL WITNESSES AND (2)
PLAINTIFFS' MOTION FOR RELIEF RE META'S PRIVILEGE DOWNGRADES
4:22-md-03047-YGR

Telephone: 202-386-9610
pwarren@motleyrice.com

Co-Lead Counsel

CHRISTOPHER A. SEEGER
**SEEGER WEISS, LLP**
55 CHALLENGER ROAD, 6TH FLOOR
RIDGEFIELD PARK, NJ 07660
Telephone: 973-639-9100
cseeger@seegerweiss.com

Counsel to Co-Lead Counsel and Settlement Counsel

JENNIE LEE ANDERSON
**ANDRUS ANDERSON, LLP**
155 MONTGOMERY STREET, SUITE 900
SAN FRANCISCO, CA 94104
Telephone: 415-986-1400
jennie@andrusanderson.com

Liaison Counsel and Ombudsperson

MATTHEW BERGMAN
**SOCIAL MEDIA VICTIMS LAW CENTER**
821 SECOND AVENUE, SUITE 2100
SEATTLE, WA 98104
Telephone: 206-741-4862
matt@socialmediavictims.org

JAMES J. BILSBORROW
**WEITZ & LUXENBERG, PC**
700 BROADWAY
NEW YORK, NY 10003
Telephone: 212-558-5500
jbilsborrow@weitzlux.com

ELLYN HURD
**SIMMONS HANLY CONROY, LLC**
112 MADISON AVE, 7TH FLOOR
NEW YORK, NY 10016
Telephone: 212-257-8482
ehurd@simmonsfirm.com

ANDRE MURA
**GIBBS MURA, A LAW GROUP**
1111 BROADWAY, SUITE 2100

8

OAKLAND, CA 94607
Telephone: 510-350-9717
amm@classlawgroup.com

MICHAEL M. WEINKOWITZ
**LEVIN SEDRAN & BERMAN, LLP**
510 WALNUT STREET
SUITE 500
PHILADELPHIA, PA 19106
Telephone: 215-592-1500
mweinkowitz@lfsbalw.com

MELISSA YEATES
**KESSLER TOPAZ MELTZER & CHECK LLP**
280 KING OF PRUSSIA ROAD
RADNOR, PA 19087
Telephone: 610-667-7706
myeates@ktmc.com

Plaintiffs' Steering Committee Leadership

RON AUSTIN
**RON AUSTIN LAW**
400 MANHATTAN BLVD.
HARVEY, LA 70058
Telephone: 504-227–8100
raustin@ronaustinlaw.com

AELISH M. BAIG
**ROBBINS GELLER RUDMAN & DOWD LLP**
1 MONTGOMERY STREET, #1800
SAN FRANCISCO, CA 94104
Telephone: 415-288-4545
AelishB@rgrd.com

PAIGE BOLDT
**ANAPOL WEISS**
130 N. 18TH STREET, #1600
PHILADELPHIA, PA 19103
Telephone: 215-929-8822
pboldt@anapolweiss.com

THOMAS P. CARTMELL
**WAGSTAFF & CARTMELL LLP**
4740 Grand Avenue, Suite 300
Kansas City, MO 64112

9

Telephone: 816-701-1100
tcartmell@wcllp.com

FELICIA CRAICK
**KELLER ROHRBACK LLP**
1201 THIRD AVENUE, SUITE 3400
SEATTLE< WA 98101
Telephone: 206-623-1900
fcraick@kellerrohrback.com

SARAH EMERY
**HENDY JOHNSON VAUGHN EMERY PSC**
600 WEST MAIN STREET, SUITE 100
LOUISVILLE, KT 40202
Telephone: 859-600-6725
semery@justicestartshere.com

KIRK GOZA
**GOZA HONNOLD**
9500 NALL AVE. #400
OVERLAND PARK, KS 66207
Telephone: 913-412-2964
Kgoza@gohonlaw.com

RONALD E. JOHNSON, JR.
**HENDY JOHNSON VAUGHN EMERY PSC**
600 WEST MAIN STREET, SUITE 100
LOUISVILLE, KT 40202
Telephone: 859-578-4444
rjohnson@justicestartshere.com

MATTHEW P. LEGG
**BROCKSTEDT MANDALAS FEDERICO, LLC**
2850 QUARRY LAKE DRIVE, SUITE 220
BALTIMORE, MD 21209
Telephone: 410-421-7777
mlegg@lawbmf.com

SIN-TING MARY LIU
**AYLSTOCK WITKIN KREIS &
OVERHOLTZ, PLLC**
17 EAST MAIN STREET, SUITE 200
PENSACOLA, FL 32502
Telephone: 510-698-9566
mliu@awkolaw.com

JAMES MARSH

10

**MARSH LAW FIRM PLLC**
31 HUDSON YARDS, 11TH FLOOR
NEW YORK, NY 10001-2170
Telephone: 212-372-3030
jamesmarsh@marshlaw.com

JOSEPH H. MELTER
**KESSLER TOPAZ MELTZER & CHECK LLP**
280 KING OF PRUSSIA ROAD
RADNOR, PA 19087
Telephone: 610-667-7706
jmeltzer@ktmc.com

HILLARY NAPPI
**HACH & ROSE LLP**
112 Madison Avenue, 10th Floor
New York, New York 10016
Telephone: 212-213-8311
hnappi@hrsclaw.com

EMMIE PAULOS
**LEVIN PAPANTONIO RAFFERTY**
316 SOUTH BAYLEN STREET, SUITE 600
PENSACOLA, FL 32502
Telephone: 850-435-7107
epaulos@levinlaw.com

RUTH THI RIZKALLA
**THE CARLSON LAW FIRM, PC**
1500 ROSECRANS AVE., STE. 500
MANHATTAN BEACH, CA 90266
Telephone: 415-308-1915
rrizkalla@carlsonattorneys.com

ROLAND TELLIS
DAVID FERNANDES
**BARON & BUDD, P.C.**
15910 Ventura Boulevard, Suite 1600
Encino, CA 91436
Telephone: 818-839-2333
rtellis@baronbudd.com
dfernandes@baronbudd.com

DIANDRA "FU" DEBROSSE ZIMMERMANN
**DICELLO LEVITT**
505 20th St North
Suite 1500

11

Birmingham, Alabama 35203
Telephone: 205-855-5700
fu@dicellolevitt.com

Plaintiffs' Steering Committee Membership

JOSEPH VANZANDT
**BEASLEY ALLEN**
234 COMMERCE STREET
MONTGOMERY, LA 36103
Telephone: 334-269-2343
joseph.vanzandt@beasleyallen.com

Federal/State Liaison

*Attorneys for Individual Plaintiffs*

**ROB BONTA**
Attorney General
State of California

 _/s/ Megan O'Neill_
Nicklas A. Akers (CA SBN 211222)
Senior Assistant Attorney General
Bernard Eskandari (SBN 244395)
Emily Kalanithi (SBN 256972)
Supervising Deputy Attorneys General
Nayha Arora (CA SBN 350467)
David Beglin (CA SBN 356401)
Megan O'Neill (CA SBN 343535)
Joshua Olszewski-Jubelirer (CA SBN 336428)
Marissa Roy (CA SBN 318773)
Brendan Ruddy (CA SBN 297896)
Deputy Attorneys General
California Department of Justice
Office of the Attorney General
455 Golden Gate Ave., Suite 11000
San Francisco, CA 94102-7004
Phone: (415) 510-4400
Fax: (415) 703-5480
Joshua.OlszewskiJubelirer@doj.ca.gov

*Attorneys for Plaintiff the People of the State of California*

**PHILIP J. WEISER**
Attorney General
State of Colorado
_/s/ Krista Batchelder_
Krista Batchelder, CO Reg. No. 45066, _pro hac vice_
Deputy Solicitor General
Shannon Stevenson, CO Reg. No. 35542, _pro hac vice_
Solicitor General
Elizabeth Orem, CO Reg. No. 58309, _pro hac vice_
Assistant Attorney General
Colorado Department of Law
Ralph L. Carr Judicial Center
Consumer Protection Section
1300 Broadway, 7th Floor
Denver, CO 80203
Phone: (720) 508-6651
krista.batchelder@coag.gov
Shannon.stevenson@coag.gov
Elizabeth.orem@coag.gov

_Attorneys for Plaintiff State of Colorado, ex rel._
_Philip J. Weiser, Attorney General_

**RUSSELL COLEMAN**
Attorney General
Commonwealth of Kentucky

_/s/ Philip Heleringer_
J. Christian Lewis (KY Bar No. 87109),
_Pro hac vice_
Philip Heleringer (KY Bar No. 96748),
_Pro hac vice_
Zachary Richards (KY Bar No. 99209),
_Pro hac vice_
Daniel I. Keiser (KY Bar No. 100264),
_Pro hac vice_
Matthew Cocanougher (KY Bar No. 94292),
_Pro hac vice_
Assistant Attorneys General
1024 Capital Center Drive, Suite 200
Frankfort, KY 40601
CHRISTIAN.LEWIS@KY.GOV
PHILIP.HELERINGER@KY.GOV
ZACH.RICHARDS@KY.GOV
DANIEL.KEISER@KY.GOV
MATTHEW.COCANOUGHER@KY.GOV
Phone: (502) 696-5300

Fax: (502) 564-2698

*Attorneys for Plaintiff the Commonwealth of Kentucky*

**MATTHEW J. PLATKIN**
Attorney General
State of New Jersey

*/s/ Kashif T. Chand*
Kashif T. Chand (NJ Bar No. 016752008),
*Pro hac vice*
Attorney General
Thomas Huynh (NJ Bar No. 200942017),
*Pro hac vice*
Assistant Section Chief, Deputy Attorney General
Verna J. Pradaxay (NJ Bar No. 335822021),
*Pro hac vice*
Mandy K. Wang (NJ Bar No. 373452021),
*Pro hac vice*
Deputy Attorneys General
New Jersey Office of the Attorney General,
Division of Law
124 Halsey Street, 5th Floor
Newark, NJ 07101
Tel: (973) 648-2052
Kashif.Chand@law.njoag.gov
Thomas.Huynh@law.njoag.gov
Verna.Pradaxay@law.njoag.gov
Mandy.Wang@law.njoag.gov

*Attorneys for Plaintiffs New Jersey Attorney General and the New Jersey Division of Consumer Affairs Matthew J. Platkin, Attorney General for the State of New Jersey, and Elizabeth Harris, Acting Director of the New Jersey Division of Consumer Affairs*

**BEASLEY ALLEN CROW METHVIN PORTIS & MILES, P.C.**

*/s/ Joseph G. VanZandt*
Joseph G. VanZandt
218 Commerce Street
Montgomery, AL 36104
Tel.: (334) 269-2343
Joseph.VanZandt@BeasleyAllen.com

KIESEL LAW LLP

14

Paul R. Kiesel
Mariana A. McConnell
8648 Wilshire Blvd.
Beverly Hills, CA 90211
Tel: (310) 854-4444
kiesel@kiesel.law
mcconnell@kiesel.law

PANISH | SHEA | RAVIPUDI LLP
Brian J. Panish
Rahul Ravipudi
Jesse Creed
11111 Santa Monica Boulevard, Suite 700
Los Angeles, California 90025
Tel: (310) 477-1700
Fax: (310) 477-1699
panish@panish.law
ravipudi@panish.law
jcreed@panish.law

Rachel Lanier
THE LANIER LAW FIRM, P.C.
2829 Townsgate Road, Suite 100
Westlake Village, CA 91361
Tel.: 713-659-5200
Rachel.Lanier@LanierLawFirm.com

*Co-Lead, Co-Liaison, and Leadership Counsel for JCCP
Plaintiffs*

**FILER'S ATTESTATION**

I, Ashley M. Simonsen, hereby attest, pursuant to N.D. Cal. Civil L.R. 5-1, that the concurrence to the filing of this document has been obtained from each signatory hereto.

Dated: April 14, 2026

By: */s/ Ashley M. Simonsen*

STIPULATION AND ORDER RESOLVING (1) THREE MOTIONS TO STRIKE AND/OR PRECLUDE *BREATHITT* TRIAL WITNESSES AND (2)
PLAINTIFFS' MOTION FOR RELIEF RE META'S PRIVILEGE DOWNGRADES
4:22-md-03047-YGR