*[Parties and counsel listed on signature page]*

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION | MDL No. 3047<br><br>Case Nos.:  4:22-md-03047-YGR-PHK<br>            4:26-cv-02324-YGR |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | **JOINT STIPULATION AND [PROPOSED] ORDER REGARDING STAY OF ALL CLAIMS AND PROCEEDINGS AGAINST ROBLOX CORPORATION AND DISCORD INC.**<br><br>Judge: Hon. Yvonne Gonzalez Rogers<br>Magistrate Judge: Hon. Peter H. Kang |

## JOINT STIPULATION

Plaintiff Ann Arbor Public Schools, Michigan ("Ann Arbor"), Roblox Corporation ("Roblox") and Discord Inc. ("Discord"), through their undersigned counsel, hereby stipulate and respectfully request that the Court enter the proposed order staying all claims and proceedings against Roblox and/or Discord in the case listed below and in any future cases that may be filed by undersigned Plaintiff's counsel against Roblox and/or Discord in these proceedings or that are transferred to these proceedings.

| Case & Member Case No. | SFC Filing Date | Discord and/or Roblox Named as Defendant? |
|---|---|---|
| *Ann Arbor Public Schools, Michigan v. Meta Platforms, Inc., et al.* 4:26-cv-02324-YGR (N.D. Cal.) | March 17, 2026 | Discord and Roblox |

The Court previously stayed all claims and proceedings against Roblox and/or Discord in connection with a stipulation filed by Roblox, Discord, and other plaintiffs' counsel. *See* Dkt. 1331, 1339. As was the case when the Court entered the existing stay, *id.*, Roblox and Discord have not been named in any Master Complaint, participated in briefing of any motions to dismiss any Master Complaint, or participated in any discovery in these proceedings to date. Additionally, the above-referenced case has not been selected as a bellwether case in these proceedings. *See* Dkt. 1023. Accordingly, it will further the interests of judicial economy and efficiency to stay the above case and any future cases that may be filed by undersigned Plaintiff's counsel against Roblox and/or Discord in these proceedings or that are transferred to these proceedings.

Consistent with the earlier stay stipulation (Dkt. 1331), this stipulation and the requested stay are without prejudice to (1) the right of any parties in any bellwether cases to seek third-party discovery from Discord or Roblox in connection with the bellwether plaintiffs' use of their services; (2) any Discord or Roblox objections or requests for relief related to any discovery that may be sought from Discord or Roblox in such proceedings; and (3) to Discord or Roblox, or undersigned counsel for the Plaintiffs requesting that the stay herein be lifted, in full or in part, should circumstances require.

THEREFORE, Ann Arbor, Roblox, and Discord, through their undersigned counsel, stipulate and respectfully request that the Court stay all claims and proceedings against Roblox and/or Discord in the case listed above and in any future cases filed by undersigned Plaintiff's counsel against Roblox and/or

- 1 -

- 2 -

Discord in these proceedings or that are transferred to these proceedings pending further order of this Court.  The parties further stipulate and respectfully request that the stay shall remain in effect until such time as the any one or all of the affected parties successfully petition the Court to lift the stay.

**IT IS SO STIPULATED AND AGREED.**

DATED: April 14, 2026

Respectfully submitted,

**WEITZ & LUXENBERG P.C.**

*/s/ Paul F. Novak*
PAUL F. NOVAK
pnovak@weitzlux.com
3011 W Grand Blvd, 24th Floor
Detroit, MI 48202
Telephone: (313) 800-4166

JAMES J. BILSBORROW
jbilsborrow@weitzlux.com
700 Broadway
New York, NY 10003
Telephone: (212) 558-5500
Facsimile:  (212) 344-5461

DEVIN BOLTON
dbolton@weitzlux.com
1880 Century Park East, Suite 700
Los Angeles, CA 90067
Telephone: (310) 247-0921
Facsimile:  (212) 344-5461

*Attorneys for Plaintiff Ann Arbor Public Schools, Michigan*

**MAYER BROWN LLP**

*/s/ Anthony J Weibell*
ANTHONY J WEIBELL
AWeibell@mayerbrown.com
KRISTIN W. SILVERMAN
KSilverman@mayerbrown.com
Two Palo Alto Square, Suite 300
3000 El Camino Real
Palo Alto, CA  94306
Telephone: (650) 331-2000
Facsimile:  (650) 331-2060

*Attorneys for Defendant Roblox Corporation*

**MORRISON & FOERSTER LLP**

*/s/ J. Alexander Lawrence*
J. ALEXANDER LAWRENCE
alawrence@mofo.com
250 West 55th Street
New York, New York 10019 9601
Telephone: (212) 468-8000

*Attorneys for Defendant Discord Inc.*

**THE SAM BERNSTEIN LAW FIRM PLLC**

*/s/ Matthew Aneese*

MATTHEW ANEESE
maneese@sambernstein.com
MARK BERNSTEIN
mbernstein@sambernstein.com
31731 Northwestern Hwy, Suite 333
Farmington Hills, MI 48334
Telephone: (800) 225-5726

*Attorneys for Plaintiff Ann Arbor Public Schools, Michigan*

- 3 -

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS HEREBY ORDERED:

1.      All claims and proceedings against Roblox Corporation ("Roblox") and/or Discord Inc. ("Discord") in *Ann Arbor Public Schools, Michigan v. Meta Platforms, Inc., et al.*, Member Case No. 4:26-cv-02324-YGR, are stayed pending further order of this Court.

2.      All claims and proceedings in any future cases filed by undersigned Plaintiff's counsel against Roblox and/or Discord in this MDL, whether by direct filing or by transfer, are stayed pending further order of this Court.

3.      This stay shall remain in effect until such time as the any one or all of the affected parties successfully petition the Court to lift the stay.

**IT IS SO ORDERED.**


DATED: _____          _____
                                        THE HONORABLE DISTRICT JUDGE
                                        YVONNE GONZALEZ ROGERS

- 4 -

## ATTESTATION

I, Anthony J Weibell, hereby attest, pursuant to N.D. Cal. Civil L.R. 5-1(i)(3), that the concurrence to the filing of this document has been obtained from each signatory.

DATED:  April 14, 2026

By: */s/ Anthony J Weibell*
Anthony J Weibell

- 5 -