**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**CIVIL MINUTES**

| **Date:** April 15, 2026 | **Time:** 1:00 PM- 2:40 PM; 2:57 PM- 4:10 PM | **Judge:** YVONNE GONZALEZ ROGERS |
|---|---|---|
| **Case No.:** 22-md-03047-YGR 23-cv-05448-YGR | **Case Name:** IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION People of the State of California v. Meta Platforms, Inc. | |

**Attorney for Plaintiff:** Megan O'Neill (Co-Lead Counsel)
**Attorney for Defendant:** Ashley Simonsen (Liaison Counsel)

**Deputy Clerk:** Nicole Hall                    **Court Reporter:** Marla Knox
                                                    appearing by Zoom.gov.

**PROCEEDINGS**
Motion Hearings - HELD.

Motions were argued and submitted.

Written order to follow.