[*Parties and Counsel Listed on Signature Pages*]

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION | MDL No. 3047 |
| THIS DOCUMENT RELATES TO: | Case Nos. 4:22-md-03047-YGR-PHK<br>4:23-cv-05448-YGR |
| *People of the State of California, et al. v. Meta Platforms, Inc., et al.* | **STIPULATION AND [PROPOSED] ORDER TO MODIFY OMNIBUS SEALING DEADLINES FOR META'S AND STATE AGS' MOTIONS FOR SUMMARY JUDGMENT**<br><br>Judge: Hon. Yvonne Gonzalez Rogers<br>Magistrate Judge: Hon. Peter H. Kang |

Pursuant to Local Civil Rules 6-1, 6-2, and 7-12, and the Court's Order Setting Sealing Procedures ("Sealing Protocol") (ECF No. 341), the State Attorneys General ("State AGs") and Defendants Meta Platforms, Inc. and Instagram, LLC ("Meta") (together "Parties"), through their undersigned counsel, hereby stipulate:

1. The Parties completed briefing on their motions for summary judgment on March 27, 2026. The associated filings include Meta's Motion for Summary Judgment (ECF Nos. 2704, 2705); the State AGs' Motion for Partial Summary Judgment (ECF Nos. 2695, 2696); Meta's Opposition to the State AGs' Motion for Partial Summary Judgment (ECF Nos. 2780, 2781); the State AGs' Opposition to Meta's Motion for Summary Judgment and Cross-Motion for Partial Summary Judgment (ECF Nos. 2779, 2783-90); Meta's Reply in Support of Motion for Summary Judgment and Opposition to the State AGs' Cross-Motion for Partial Summary Judgment (ECF Nos. 2892, 2893); the State AGs' Reply in Support of the State AGs' Motion for Partial Summary Judgment (ECF Nos. 2894, 2899); and all accompanying exhibits.

2. In light of the volume of materials filed and the need to confer with a third party regarding its internal document the State AGs filed as an exhibit to their Opposition to Meta's Motion for Summary Judgment and Cross-Motion for Partial Summary Judgment, the Parties stipulated to extend the deadline to file an omnibus sealing stipulation and any omnibus motion to seal for the aforementioned materials from April 10, 2026 to April 17, 2026. (ECF No. 2912)

3. The Parties have engaged in good-faith conferrals and reached agreement on the redacting of a subset of the materials and seek an extension of time for additional conferrals to narrow and minimize the remaining disputes.

4. The Parties have negotiated the following extension of the stipulation and briefing deadlines, consistent with the Court's Sealing Protocol:

   a. May 1, 2026: Parties file an omnibus sealing stipulation and Meta may file an omnibus motion to seal on any remaining sealing disputes;

   b. May 8, 2026: State AGs file their opposition to any omnibus motion to seal; and

1

c.  May 15, 2026: Meta files its reply in support of any omnibus motion to seal.

The above deadlines supersede the deadlines set forth at ECF No. 2912, at 2-3.

**IT IS SO STIPULATED.**


**PURSUANT TO STIPULATION, IT IS SO ORDERED:**


DATED: _____

_____
HON. YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT JUDGE

STIPULATION AND [PROPOSED ORDER] TO MODIFY OMNIBUS SEALING DEADLINES FOR META'S AND STATE AGS'
MOTIONS FOR SUMMARY JUDGMENT - Case Nos. 4:22-MD-03047-YGR-PHK, 4:23-CV-05448-YGR

Dated: April 16, 2026

Respectfully submitted,

DAVIS POLK & WARDWELL LLP

*/s/ Antonio J. Perez-Marques*

James P. Rouhandeh, *pro hac vice*
Antonio J. Perez-Marques, *pro hac vice*
Caroline Stern, *pro hac vice*
Corey M. Meyer, *pro hac vice*
450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4000
Facsimile: (212) 701-5800
rouhandeh@davispolk.com
antonio.perez@davispolk.com
caroline.stern@davispolk.com
corey.meyer@davispolk.com

COVINGTON & BURLING LLP
Ashley M. Simonsen, SBN 275203
1999 Avenue of the Stars
Los Angeles, California 90067
Telephone: (424) 332-4800
Facsimile: (424) 332-2749
asimonsen@cov.com

Paul W. Schmidt, *pro hac vice*
Phyllis A. Jones, *pro hac vice*
One CityCenter
850 Tenth Street, NW
Washington, DC 20001-4956
Telephone: (202) 662-6000
Facsimile: (202) 662-6291
pschmidt@cov.com
pajones@cov.com

*Attorneys for Defendants Meta Platforms, Inc. and Instagram, LLC*

ROB BONTA
Attorney General, State of California

*/s/ Megan O'Neill*

Nicklas A. Akers (CA SBN 211222)
Senior Assistant Attorney General
Bernard Eskandari (SBN 244395)
Emily Kalanithi (SBN 256972)
Supervising Deputy Attorneys General
Nayha Arora (CA SBN 350467)
Megan O'Neill (CA SBN 343535)
Joshua Olszewski-Jubelirer (CA SBN 336428)
Marissa Roy (CA SBN 318773)
Brendan Ruddy (CA SBN 297896)
Deputy Attorneys General
California Department of Justice
Office of the Attorney General

3

455 Golden Gate Ave., Suite 11000
San Francisco, CA 94102-7004
Phone: (415) 510-4400
Fax: (415) 703-5480
megan.oneill@doj.ca.gov

*Attorneys for Plaintiff the People of the State of California*

PHILIP J. WEISER
Attorney General, State of Colorado

*/s/ Krista Batchelder*
Krista Batchelder, CO Reg. No. 45066,
*pro hac vice*
Deputy Solicitor General
Shannon Stevenson, CO Reg. No. 35542,
*pro hac vice*
Solicitor General
Elizabeth Orem, CO Reg. No. 58309,
*pro hac vice*
Assistant Attorney General
Colorado Department of Law
Ralph L. Carr Judicial Center
Consumer Protection Section
1300 Broadway, 7th Floor
Denver, CO 80203
Phone: (720) 508-6651
krista.batchelder@coag.gov
shannon.stevenson@coag.gov
elizabeth.orem@coag.gov

*Attorneys for Plaintiff State of Colorado, ex rel. Philip J. Weiser, Attorney General*

RUSSELL COLEMAN
Attorney General, Commonwealth of Kentucky

*/s/ Philip Heleringer*
J. Christian Lewis (KY Bar No. 87109),
*Pro hac vice*
Philip Heleringer (KY Bar No. 96748),
*Pro hac vice*
Zachary Richards (KY Bar No. 99209),
*Pro hac vice*
Daniel I. Keiser (KY Bar No. 100264),
*Pro hac vice*
Matthew Cocanougher (KY Bar No. 94292),
*Pro hac vice*
Assistant Attorneys General
1024 Capital Center Drive, Suite 200
Frankfort, KY 40601
christian.lewis@ky.gov
philip.heleringer@ky.gov
zach.richards@ky.gov

4

daniel.keiser@ky.gov
matthew.cocanougher@ky.gov
Phone: (502) 696-5300
Fax: (502) 564-2698

*Attorneys for Plaintiff the Commonwealth of Kentucky*

MATTHEW J. PLATKIN
Attorney General, State of New Jersey

*/s/ Kashif T. Chand*
Kashif T. Chand (NJ Bar No. 016752008),
*Pro hac vice*
Assistant Attorney General
Thomas Huynh (NJ Bar No. 200942017),
*Pro hac vice*
Assistant Section Chief, Deputy Attorney General
Verna J. Pradaxay (NJ Bar No. 335822021),
*Pro hac vice*
Mandy K. Wang (NJ Bar No. 373452021),
*Pro hac vice*
Deputy Attorneys General
New Jersey Office of the Attorney General, Division of Law
124 Halsey Street, 5th Floor
Newark, NJ 07101
Tel: (973) 648-2052
Kashif.Chand@law.njoag.gov
Thomas.Huynh@law.njoag.gov
Verna.Pradaxay@law.njoag.gov
Mandy.Wang@law.njoag.gov

*Attorneys for Plaintiffs New Jersey Attorney General and the New Jersey Division of Consumer Affairs Matthew J. Platkin, Attorney General for the State of New Jersey, and Elizabeth Harris, Acting Director of the New Jersey Division of Consumer Affairs*

STIPULATION AND [PROPOSED ORDER] TO MODIFY OMNIBUS SEALING DEADLINES FOR META'S AND STATE AGS'
MOTIONS FOR SUMMARY JUDGMENT - Case Nos. 4:22-MD-03047-YGR-PHK, 4:23-CV-05448-YGR

**ATTESTATION**

I, Antonio J. Perez-Marques, hereby attest, pursuant to N.D. Cal. Civil L.R. 5-1, that the concurrence to the filing of this document has been obtained from each signatory hereto.


Dated:  April 16, 2026                                    /s/ Antonio J. Perez-Marques
                                                         Antonio J. Perez-Marques

STIPULATION AND [PROPOSED ORDER] TO MODIFY OMNIBUS SEALING DEADLINES FOR META'S AND STATE AGS' MOTIONS FOR SUMMARY JUDGMENT - Case Nos. 4:22-MD-03047-YGR-PHK, 4:23-CV-05448-YGR