**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION | Case No. 22-md-3047-YGR |
| | MDL No. 3047 |
| This Document Relates to: | **CASE MANAGEMENT ORDER NO. 34 (Trial Plan, Prefiling Conference, et al)** |
| All Actions | *Upcoming Case Management Conference:* May 27, 2026 at 9:00 a.m. |
| | *Bellwether Trials:* June 12, 2026 August 5, 2026[1] |

**TO ALL PARTIES AND COUNSEL OF RECORD:**

The Court held a further case management conference in the above-captioned matter on April 15, 2026. This order memorializes and expands upon the deadlines set and findings made by the Court during that conference.

## I.    BREATHITT PRETRIAL CONFERENCE

With regards to the upcoming Breathitt school district trial, the Court held a pretrial conference on April 14, 2026. The Court will issue a separate pretrial order regarding the trial logistics discussed at the conference. The Court will hold a third pretrial conference on **May 27, 2026 at 9:00 A.M.** The parties shall file an agenda one week in advance.

---

[1] Subject to being continued for up to two weeks.

*United States District Court
Northern District of California*

United States District Court
Northern District of California

## II.    STATE AGs

Plaintiffs are **ORDERED** to file a chronological list of all statements upon which they will proceed with for their deception and unfair competition claims at trial by **Monday, April 20, 2026**.

The Court shall hold the next Case Management Conference on **May 27, 2026 at 1:00 P.M.** The parties shall file an agenda one week in advance.

The parties informed the Court they plan to submit a revised pretrial schedule and shall do so by no later than April 30, 2026. The parties shall include the following dates and deadlines as discussed on the record on April 15, 2026:

1. **Trial Statement**: due by June 3, 2026.

2. **First Pretrial Conference**: June 10, 2026 at 9:00 A.M.

3. **Second Pretrial Conference**: June 26 at 10:00 A.M. The parties should be prepared to discuss motions *in limine*.

4. **Final Pretrial Conference**: July 17, 2026 at 10:00 A.M.

Regarding the motion to strike Bryce Bartlett (Dkt. No. 2922), the parties are **ORDERED** to address their dispute to Magistrate Judge Kong.

Finally, the parties filed a joint stipulation to modify the sealing process and deadlines for the summary judgment briefing. (Dkt. No. 2960.) The stipulation is **GRANTED** as to the request for an extension of the deadline to May 1, 2026. However, the parties' proposal for a briefing schedule on the sealing requests is **DENIED**. The parties must file an omnibus motion per the Court's Standing Order ¶ 12. The Court will not entertain additional briefing on sealing disputes.

## III.    JOINT STIPULATIONS

For reasons described more fully on the record on April 15, 2026, the following stipulations are **GRANTED**: Dkt. Nos. 2808, 2934, and 2949; and the following are terminated as moot: Dkt. Nos. 2732, 2923, 2944, and 2938. The Court also **GRANTS** the parties' stipulated order addressing the Ninth Circuit's August 22, 2025 mandamus decision. (Dkt. No. 2834.)

## IV.    ARBITRATION

For the reasons discussed more fully at the April 15, 2026 conference, the Court **ORDERS**

counsel for claimants asserting mass arbitration demands and defendants' counsel to submit their disputes to Magistrate Judge Kong as this is principally, if not entirely, a discovery dispute.

**IT IS SO ORDERED.**

This Order terminates Dkt. Nos. 2808, 2834, 2934, 2949, 2732, 2923, 2944, 2938 & 2960.

**Dated:** April 17, 2026

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT JUDGE**

United States District Court
Northern District of California

3