**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **BREATHITT COUNTY SCHOOL DISTRICT** *by and through the* **BREATHITT COUNTY BOARD OF EDUCATION**, <br><br> Plaintiff, <br><br> v. <br><br> **META PLATFORMS INC., SNAP INC., TIKTOK INC., YOUTUBE LLC, ET AL.**, <br><br> Defendants. | CASE NO. 23-cv-01804-YGR <br><br> **PRETRIAL ORDER NO. 3 RE: MOTIONS *IN LIMINE*** <br><br> Re: Dkt. No. 80 |

Having considered the filings to date and the arguments and other submissions at the Pretrial Conference, which was held on April 14, 2026, for good cause shown, the Court confirms the following orders and issues others to facilitate an orderly trial:

1. **Exchange of Live Witness Lists:**  The parties shall exchange preliminary lists of the witnesses who will testify live by April 28, 2026.  The parties shall exchange final lists by May 4, 2026.

2. **Utilization of Juror Social Media Information**:  As agreed by all parties on the record at the April 14, 2026 conference, defendants are **ORDERED** not to rely on privately held or proprietary data when conducting research about prospective jurors.

3. **Stipulated Pretrial Schedule**:  The Court grants the parties' joint stipulation for an updated pretrial schedule at Dkt. No. 80.

The Court **SETS** the next pretrial conference for **May 27 at 9:00 A.M.**  The parties shall file an agenda one week in advance.

**IT IS SO ORDERED.**

This Order terminates Dkt. No. 80.

Dated:  April 17, 2026

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**