CAND Pay.gov Application for Refund (rev. 3/2025)

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**APPLICATION FOR REFUND (USDC-CAND PAY.GOV)**

PAY.GOV TRANSACTION DETAILS

*IMPORTANT*:
- *Complete all required fields (shown in red\*); otherwise, your request may be denied and require resubmission.*
- *The information for the required receipt fields can be found in the Pay.gov screen receipt or confirmation email.*

1. **Your Name\*:** Joseph N. Williams
2. **Your Email Address\*:** joe@williamsgroup.law
3. **Receipt Agency Tracking ID for Refund\*:** ACANDC-21887930
4. **Transaction Date for Refund\*:** 04/20/2026
5. **Transaction Amount to be Refunded\*:** 405.00
6. **Receipt Agency Tracking ID for Correct Receipt Number on Docket\*:** ACANDC-21896619
7. **Your Phone Number:** 317-663-5270
8. **Full Case Number (if applicable):** 4:22-md-03047-YGR

**9. Fee Type:\***
- ☐ Attorney Admission
- ☑ Civil Case Filing
- ☐ Audio Recording
- ☐ Notice of Appeal
- ☐ Pro Hac Vice
- ☐ Writ of Habeas Corpus
- ☐ Other: _____

10. **Reason for Refund Request\*:** *Explain in detail what happened to cause duplicate charges, no fee required, etc.*

☐ **Duplicate Charge**      ☐ **No Fee Required for Filing**      ☑ **Other**

DIRECT FILED INTO MAIN MDL (04:22-md-03047-YGR) IN ERROR.  COMPLAINT WAS REJECTED AND REFILED APPROPRIATELY AS SEPARATE CASE (3:26-cv-03372).  Filing Fees were paid at time of filing into proper separate case.  Requesting refund to filing fees for Complaint filed in error. ➕

*If you paid a filing fee using an abandoned case number, note that case number here and e-file the refund request in the **open** case.*

✓ **Efile this form:** Other Filings → Other Documents → Application for Refund.

View detailed instructions at: cand.uscourts.gov/ecf/payments.

Assistance:  Contact the ECF Help Desk at 1-866-638-7829 or ecfhelpdesk@cand.uscourts.gov Monday - Friday 9:00 a.m.-4:00 p.m.

| FOR U.S. DISTRICT COURT USE ONLY | |
|---|---|
| Refund request: ☐ Approved   ☐ Denied   ☐ Denied ─ Resubmit amended application (see reason for denial) | |
| Approval/denial date: | |
| Pay.gov refund tracking ID refunded: | |
| Date refund processed: | |
| Request approved/denied by: | |
| Agency refund tracking ID number: | |
| Refund processed by: | |
| Reason for denial (if applicable): | |
| Referred for OSC date (if applicable): | |