# EXHIBIT 4

E-Served: Feb 3 2026  9:14AM PST  Via Case Anywhere

## JOINT WITNESS LIST – R.K.C.

"Will call" witness appear in bold. Total "will call" and "may call" times are listed at the bottom, pursuant to the Court's instruction.

| NAME | PARTY CALLING | MAY V. WILL CALL | DESCRIPTION | METHOD OF APPEARANCE | Direct Time (in hours) | Cross Time (in hours) |
|---|---|---|---|---|---|---|
| **RKC** | P | **Will** | **Plaintiff.** | Live | 1 (P) | 2 (D) |
| **RKC's Father** | P | **Will** | **Plaintiff's father. Father will testify about his observations of RKC's social media usage, mental health conditions, and impact on daily life activities. The witness may testify regarding other matters within his personal knowledge of RKC.** | Live | 1 (P) | 2.5 (D) |
| **Mary Lee Penamon** | P<br><br>D | **Will (P)**<br><br>**Will (D)** | **P: Plaintiff's mother. Penamon will testify about her observations of RKC's social media usage, mental health conditions, and impact on daily life activities. The witness may testify regarding other matters within her personal knowledge of RKC.**<br><br>**D: Defendants would call Ms. Penamon, RKC's mother, to testify about her relationship with RKC, her knowledge of his phone and social media use, and the impact of her conviction and imprisonment on RKC.** | Deposition (P); Deposition (D) | .5 (P)<br><br>0.5 (D) | .5 (P) |

1

| NAME | PARTY CALLING | MAY V. WILL CALL | DESCRIPTION | METHOD OF APPEARANCE | Direct Time (in hours) | Cross Time (in hours) |
|---|---|---|---|---|---|---|
| RKC's Sister | P; D | Will (P)<br><br>May (D) | P: Plaintiff's sister. Sister will testify about her observations of RKC's social media usage, mental health conditions, and impact on daily life activities. The witness may testify regarding other matters within her personal knowledge of RKC.<br><br>D: Defendants would call RKC's sister, to testify about alternative stressors impacting RKC's mental health and their family life, as well as RKC's family history of mental health issues. | Deposition (P)<br><br>Deposition (D) | .5 (P)<br><br>0.75 (D) | |
| Mahmod Darfill | P<br><br>D | May (P)<br><br>Will (D) | P: Plaintiff's pediatrician. Darfill is anticipated to testify about their treatment of RKC.<br><br>D: Defendants would call Dr. Darfil, RKC's treating pediatrician from 2017 to 2024, to testify about alternative causes of RKC's claimed harms, and lack of attribution of R.K.C.'s claimed harms to social media by Dr. Darfill. | Deposition (P)<br><br>Deposition (D) | .5 (P)<br><br>0.25 (D) | .5 (P) |
| Makayla Fedd | P | Will | Fedd was RKC's initial mental health therapist and is expected to testify about such treatment, which was from 11/17/2023— 3/04/2024. | Live | 0.75 (P)<br>1 (D) | |

2

| NAME | PARTY CALLING | MAY V. WILL CALL | DESCRIPTION | METHOD OF APPEARANCE | Direct Time (in hours) | Cross Time (in hours) |
|---|---|---|---|---|---|---|
| Kara Place | P<br><br>D | May (P)<br><br>May (D) | P: Plaintiff's speech-language pathologist. Place is anticipated to testify about her treatment of RKC.<br><br>D: Defendants would call Ms. Place, RKC's school speech pathologist, to testify about RKC's learning disability and his school experience | Deposition (P) | .25 (P)<br><br>0.5 (D) | |
| **Stephanie Jolicoeur** | **P** | **Will** | **Stephanie Jolicoeur was the mental health provider for RKC from 6/23/2025 to 7/30/2025 and will testify to her treatment of the Plaintiff.** | **Live** | **1 (P)** | |
| **Camay Monroe M.D.** | **P** | **Will** | **Camary Monroe was the mental health provider for RKC from 11/28/2025 to present and will testify to her treatment of the Plaintiff.** | **Live** | **1 (P)** | |
| **Kara Bagot M.D.** | **P** | **Will** | **Plaintiff's expert. Bagot will testify as Plaintiff's case specific expert psychiatrist.** | **Live** | **2 (P)** | **2 (D)** |
| **Stuart Murray, Ph.D.** | **P** | **Will** | **Plaintiff expert. Murray will testify as Plaintiff's case specific expert on eating disorders (and substitute for Bagot should she be unavailable to attend trial).** | **Live** | **2 (P)** | **2 (D)** |

3

| NAME | PARTY CALLING | MAY V. WILL CALL | DESCRIPTION | METHOD OF APPEARANCE | Direct Time (in hours) | Cross Time (in hours) |
|---|---|---|---|---|---|---|
| Jean Twenge, Ph.D. | P | May | Plaintiff expert. Twenge received a Ph.D. in personality psychology and completed post-doctoral studies in social psychology. Twenge is anticipated to testify about the relationship between social media use and mental health among adolescents, including time series studies on trends in adolescent mental health, correlational studies showing that the more hours a day an adolescent uses social media, the more likely they are to be depressed or unhappy, and longitudinal studies showing that adolescents' social media use at an initial time leads to depression at a later time. | Live | 1 | 1 |
| Timothy Estes | P | May | Plaintiff expert. Estes develops safe and secure digital platforms. Estes is expected to testify about the technological solutions Defendants could have, and should have, implemented to greatly reduce the harms and risks in kids to which the Defendants' social media platforms contribute. The Defendants could have, and should have, greatly reduced these harms and risks with technological solutions that were readily available to them. | Live | 0.75 | 0.75 |
| Robert Johnson | P | May | Plaintiff expert. Johnson, an economist, is expected to testify about the financial condition of the Defendant Social Media Companies | Live | 1 | 0.5 |

4

| NAME | PARTY CALLING | MAY V. WILL CALL | DESCRIPTION | METHOD OF APPEARANCE | Direct Time (in hours) | Cross Time (in hours) |
|---|---|---|---|---|---|---|
| Colin Gray, Ph.D. | P | May | Plaintiff expert. Gray holds a Ph.D. in Instructional Systems Technology. Gray is expected to testify about dark patterns in social media use, and the extent to which each Defendant acted consistently or inconsistently with industry standards, guidelines, and principles. | Live | 1.5 | 1.5 |
| **Meredith McCarron** | **P** | **Will** | **Plaintiff expert. McCarron is a data scientist. McCarron's testimony will address Plaintiff RKC's data usage and the completeness and reliability of data produced by Meta, TikTok, Snap, and Google.** | **Live** | **1.5 (P)** | **0.75 (D)** |
| **Anna Lembke, M.D.** | **P** | **Will** | **Plaintiff expert. Lembke is a professor of addiction medicine at Standford. Lembke's testimony will address what addiction is, how it affects adolescents, and why adolescents are particularly vulnerable to addiction. Her testimony will explain how social media platforms are addictive and how they use features to turn human connection into an addictive drug.** | **Live** | **2.5 (P)** | **1 (D)** |

5

| NAME | PARTY CALLING | MAY V. WILL CALL | DESCRIPTION | METHOD OF APPEARANCE | Direct Time (in hours) | Cross Time (in hours) |
|---|---|---|---|---|---|---|
| Dimitri Christakis, M.D., M.P.H. | P | Will | Plaintiff expert. Christakis is both a pediatrician and epidemiologist who serves as the Editor-in-Chief of *JAMA Pediatrics*. His testimony will include an analysis of the scientific literature establishing a causal link between social media use and a number of mental health conditions in children, including sleep disorders, depression, anxiety, suicide, suicidal ideation, attentional capacity and reduced school performance. | Live | 1.5 (P) | 1.25 (D) |
| Eva Telzer, Ph.D. | P | Will | Plaintiff expert. Telzer is a neuroscientist. Telzer's testimony will explain how heavy social media use is associated with long-term structural and functional changes in adolescent brain development. She will discuss her research in which she conducted longitudinal studies of cohorts of adolescents with both high and low social media usage, utilizing fMRIs to determine the functional and structural changes in the brain. | Live | 1 (P) | 0.75 (D) |
| Brooke Istook | P | Will | Plaintiff expert. Istook is a digital child safety expert. She will address flaws in the design of Defendants' social media apps and the feasibility of safer alternative designs. Her testimony will also address the inadequacy of the safety features on Defendants' social media apps and the challenges parents face when attempting to protect their kids on Defendants' apps. | Live | 2 (P) | 0.75 (D) |

6

| NAME | PARTY CALLING | MAY V. WILL CALL | DESCRIPTION | METHOD OF APPEARANCE | Direct Time (in hours) | Cross Time (in hours) |
|---|---|---|---|---|---|---|
| Arvind Narayanan, Ph.D. | P | Will | Plaintiff expert. Narayanan is a computer scientist. Narayanan will explain how algorithms work and that Defendant's recommendation algorithms are optimized to maximize user engagement and not for safety. | Live | 1 (P) | 0.75 (D) |
| Seth Noar, Ph.D. | P | Will | Plaintiff expert. Noar's testimony will address research as to effective warnings, the impact of warnings on kids, and the feasibility of including effective warnings on Defendants' social media apps. | Live | 1.25 (P) | 0.75 (D) |
| John Chandler, Ph.D. | P | Will | Plaintiff expert. Chandler is a digital monetization expert. Chandler will testify about how the Defendants' social media apps monetize their users, including children, and that Defendants exploited these market factors by focusing on capturing and holding children's attention on their platforms. | Live | 0.75 (P) | 0.5 (D) |
| Dmitry Asinski | D | May | Defendants would call Dr. Asinski to testify about RKC's usage of his phone and social media platforms. | Live | 1 (D) | 1 (P) |
| Avigail Kifer | Snap | May | Ms. Kifer is a Principal of Cornerstone Research, with a A.B. in Mathematics, a certificate in Finance from Princeton University, and a Ph.D. in Economics from the University of Chicago. Snap would call Ms. Kifer to testify about her analysis of Snapchat data and to rebut Ms. McCarron's data analysis. | Live | 0.5 (D) | 0.5 (P) |

7

| NAME | PARTY CALLING | MAY V. WILL CALL | DESCRIPTION | METHOD OF APPEARANCE | Direct Time (in hours) | Cross Time (in hours) |
|---|---|---|---|---|---|---|
| Randy Auerbach | D | May | Defendants would call Dr. Auerbach to testify about the state of the science on whether use of Defendants' social media platforms can cause clinical addiction and the other mental health harms Plaintiffs claim. | Live | 1.5 (D) | 1.5 (P) |
| Adriana Galvan | D | May | Defendants would call Dr. Galvan to testify about adolescent neurodevelopment, how the scientific literature does not support that use of Defendants' social media platforms (including any feature) causes changes in brain structure, the benefits of social media, and to address Plaintiffs' theories of addiction. | Live | 1 (D) | 1 (P) |
| Jeffrey Hall | YouTube | May | Defense expert | Live | 0.5 (D) | 0.5 (P) |
| Eric Hammerquist | D | May | Defendants would call Dr. Hammerquist to testify about the manner of extracting data from Plaintiffs' devices, for analysis by Dr. Asinski. | Live | 0.5 (D) | 0.5 (P) |
| Keith Hampton | D | May | Defendants would call Dr. Hampton to testify that current data does not support that social media use (including any feature) causes mental health disorders, that there is no reliable data to claim that social media use caused a rise in mental health disorders in adolescents, and that social media use provides benefits to adolescents. | Live | 0.5 (D) | 0.5 (P) |
| Neil Malhotra | TikTok | May | The TikTok Defendants would call Dr. Malhotra to testify about the company's corporate conduct and decision-making. | Live | 1.5 (D) | 1.5 (P) |

| NAME | PARTY CALLING | MAY V. WILL CALL | DESCRIPTION | METHOD OF APPEARANCE | Direct Time (in hours) | Cross Time (in hours) |
|---|---|---|---|---|---|---|
| Ayse Yesim Orhun | YouTube | May | YouTube would call Dr. Orhun to testify to her opinions regarding the existence and efficacy of YouTube's warnings to adolescents and parents about the potential harms associated with YouTube | Live | 0.5 (D) | 0.5 (P) |
| Scott Patten | D | May | Defendants would call Dr. Patten to testify about the scientific literature on social media use and why that literature fails to establish a causal relationship between use of any platform (including any feature) and any mental health disorders or any other outcome assessed in that literature. | Live | 1.25 (D) | 1.25 (P) |
| Terry Schwartz | D | May | Defendants would call Dr. Schwartz to testify about the alternative causes of RKC's claimed eating disorder, and that Defendants' social media platforms (including any feature) did not cause RKC's claimed eating disorder. | Live | 1.5 (D) | 1.5 (P) |
| Peter Rossi | Meta & TikTok | May | Defendants would call Dr. Rossi to testify that there is no evidence that social media warnings would be effective or would improve adolescents' mental health. | Live | 0.5 (D) | 0.5 (P) |
| Emilio Ferrara | Meta | May | Meta would call Dr. Ferrara to testify that Meta's content moderations systems are reasonably designed. | Live | 0.75 (D) | 0.75 (P) |
| Jeremy Birnholtz | Meta | May | Meta would call Dr. Birnholtz to testify that Meta's platform design is reasonable, and that Meta's platforms do not use so-called "dark patterns." | Live | 0.75 (D) | 0.75 (P) |

| NAME | PARTY CALLING | MAY V. WILL CALL | DESCRIPTION | METHOD OF APPEARANCE | Direct Time (in hours) | Cross Time (in hours) |
|---|---|---|---|---|---|---|
| John Starr | Meta | May | Meta would call Dr. Starr to testify that Meta's systems for preventing child sexual exploitation are reasonably designed. | Live | 0.75 (D) | 0.75 (P) |
| Julian Ackert | YouTube | Will | YouTube would call Mr. Ackert to testify to his opinions regarding the data measuring KGM/RKC's use of YouTube | Live | 1 (D) | 1 (P) |
| Krista Hayakawa | Snap | Will | Ms. Hayakawa is a Data Engineer at Snap. Snap would call Ms. Hayakawa to testify about Snap's usage data and her analysis of the usage data of Plaintiff's Snapchat accounts | Live | 1 (D) | 1 (P) |
| Praveen Kambam | YouTube | Will | YouTube would call Dr. Kambam to testify to his opinions regarding KGM/RKC's claimed mental health harms, and to his opinions that YouTube (including any features of YouTube) did not cause KGM/RKC's claimed mental health disorders. | Live | 1.5 (D) | 1.25 (P) |
| Jeffrey Kovnick | D | Will | Defendants would call Dr. Kovnik to testify about the alternative causes of RKC's claimed mental health harms, and that Defendants' social media platforms (including any feature) did not cause RKC's claimed mental health disorders | Live | 1.75 (D) | 1.5 (P) |
| Chris Mattmann | TikTok | Will | The TikTok Defendants would call Dr. Mattman to testify about the platform's function, features, and safety architecture. | Live | 1.75 (D) | 1.25 (P) |
| Lotte Rubaek | P | May | Lotte Rubaek was an Advisor on Meta's Board. Rubaek will testify to the facts and circumstances related to her role. | Live or Deposition | 1.5 (P) | 1.5 (D direct / cross) |

10

| NAME | PARTY CALLING | MAY V. WILL CALL | DESCRIPTION | METHOD OF APPEARANCE | Direct Time (in hours) | Cross Time (in hours) |
|---|---|---|---|---|---|---|
| Darius Kilstein | P | May | Director of Data Science. Kilstein is expected to testify about teen user acquisition, engagement, and retention, core metrics, problematic use, social comparison and other mental health impacts, and corporate decision-making. | Deposition | 1 (P) | 0.75 (D direct / cross) |
| Aza Raskin | P | May | Aza Raskin invented infinite scroll, a feature available on Meta's platforms. He will likely testify about infinite scroll, dark patterns in technology, infinite scroll's effect on tech addiction, and other facts and circumstances related to his invention of this feature. | Live or Deposition | 1.5 (P) | 1.5 (D direct / cross) |
| Josh Simons | P | May | Josh Simons is a former visiting research scientist who contracted with and then was employed part-time at Meta. He is expected to testify about machine learning systems at Meta, ranking and recommendations; algorithms; and the advertising delivery system. | Deposition | 1.25 (P) | 1.25 (D direct / cross) |
| **Robert Chen** | **P** | **Will** | **Robert Chen is currently a Product Lead at Meta working on the Growth team. He started as a Product Strategist for Meta in 2015, and he is still with the company. He is expected to testify about Meta's goals and strategies related to teen acquisition as well as other facts and circumstances related to his employment.** | **Deposition** | **.5(P)** | |

11

| NAME | PARTY CALLING | MAY V. WILL CALL | DESCRIPTION | METHOD OF APPEARANCE | Direct Time (in hours) | Cross Time (in hours) |
|---|---|---|---|---|---|---|
| **Elena Davis** | P | Will | **Elena Davis is currently a User Experience Researcher at Meta. She started at the company in that role in 2018. She is expected to testify about the research she conducted at Meta, the company's reaction to this research, and other facts and circumstances related to her employment.** | Deposition | .25(P) | |
| **Nick Clegg** | P | Will | **Nick Clegg Joined Meta in 2018 as Vice President of Global Affairs and became President of Global Affairs in 2022, leaving the company in 2025. We expect Mr. Clegg to testify about the safety of Meta's platforms for children, features available on Meta's platforms, the user experience, Meta's policies and other facts and circumstances related to his employment.** | Deposition | .75(P) | |
| Liza Crenshaw | P | May | Liza Crenshaw is the lead for safety and well-being communications at Meta. She has been in that role since 2019. We expect her to testify about what Meta knew about product safety, what Meta communicated to the public about product safety, and other facts and circumstances related to her employment. | Live or Deposition | .5 | |
| Alison Lee | P | May | Alison Lee is a former Senior Researcher, first in relevant integrity at Instagram and later in the central Meta team in Responsible AI. She is expected to testify about youth mental health and child safety research, features geared towards teens, feature development, and other facts and circumstances related to her employment. | Deposition | 1.5 (P) | 1.5 (D direct / cross) |

12

| NAME | PARTY CALLING | MAY V. WILL CALL | DESCRIPTION | METHOD OF APPEARANCE | Direct Time (in hours) | Cross Time (in hours) |
|---|---|---|---|---|---|---|
| Thomas Wynter | P | May | Wynter will likely testify about their role as a user-experience researcher at Meta, including internal research and work related to youth wellbeing and mental health, potential product changes to reduce harm to teens, prioritization of user engagement over safety, research priorities, and communication strategies. | Deposition | 1.5 (P) | 1.5 (D direct / cross) |
| **Arturo Bejar** | **P** | **Will** | **Plaintiff non-retained expert and Meta fact witness. Arturo Bejar is the former Leader for Integrity and Care at Facebook, who then returned as an independent contractor with an expertise in child safety. Mr. Bejar will testify as to Meta's lack of systems to adequately protect children. He will also testify as to research he conducted at Meta related to user harms, including the reliability of his research, his interactions with Meta's leadership on his research findings, and the lack of response by Meta's leadership. His testimony will address testing he independently performed on Meta's safety features following his departure from Meta and testing performed in collaboration with other organizations.** | **Live or Deposition** | **2.5 (P)** | **1.25 (D direct / cross)** |
| George Volichenko | P | May | Meta Data Scientist, Mental Wellbeing Team. Expected to testify about Meta's decisions regarding implementation of safety features. | Live or Deposition | 1.5 (P) | 1 (D direct / cross) |
| Michael Rothschild | P | May | Meta's Senior Director of Product Management. Expected to testify about Meta's business model, the work of Meta's Well-being Team, and | Live or Deposition | 3 (P) | 1.5 (D direct / cross) |

| NAME | PARTY CALLING | MAY V. WILL CALL | DESCRIPTION | METHOD OF APPEARANCE | Direct Time (in hours) | Cross Time (in hours) |
|---|---|---|---|---|---|---|
| | | | Meta's knowledge regarding children under the age of 13 on Instagram. | | | |
| Frances Haugen | P | May | Frances Haugen is a former product manager at Facebook. She is expected to testify about the design of Meta's platforms and product features including its algorithms, youth mental health, and child safety on Meta's platforms. | Live or Deposition | 1.5 (P) | 1.5 (D direct / cross) |
| Antigone Davis | Meta | May | Meta would call Ms. Davis to testify about Meta's safety and parental supervision tools, and their development. | Deposition | 0.75 (D) | 0.75 (P) |
| Wendy Gross | Meta | May | Meta would call Ms. Gross to testify about Meta's user research, including how it impacted platform development, its design, and the limitations of its findings. | Deposition | 0.75 (D) | 0.75 (P) |
| Karina Newton | Meta | May | Meta would call Ms. Newton to testify about Meta's well-being and safety policy development, including policies on SSI and eating disorders and the deployment of tools for users related to those concerns. | Deposition | 1.5 (D) | 1.5 (P) |
| Sayed Otaru | Meta | May | Meta would call Mr. Otaru to testify about how Meta develops and improves safety and wellbeing features, policy enforcement, and efficacy of tools and features. These features include one covering bullying and harassment, | Live | 1.5 (D) | 1.5 (P) |

| NAME | PARTY CALLING | MAY V. WILL CALL | DESCRIPTION | METHOD OF APPEARANCE | Direct Time (in hours) | Cross Time (in hours) |
|---|---|---|---|---|---|---|
| | | | inappropriate interactions with children, SSI and ED. | | | |
| Pratiti Raychoudhury | Meta | May | Meta would call Ms. Raychoudhury to testify about her work related to Meta's well-being and user experience research. | Deposition | 1 (D) | 1 (P) |
| Guy Rosen | Meta | May | Meta would call Mr. Rosen to testify about the evolution of Meta's proactive content moderation systems. | Deposition | 1.5 (D) | 1.5 (P) |
| Alex Schultz | Meta | May | Meta would call Mr. Shultz to testify about Meta's marketing, analytics, and growth practices, including Meta's revenue by market segment and Mr. Schultz's work related to teen users of Meta's platforms. | Deposition | 1.5 (D) | 1.5 (P) |
| Yoav Shapira | Meta | May | Meta would call Mr. Shapira to testify about the development of Meta's safety tools and features for users. | Live | 1 (D) | 1 (P) |
| Jeremy Nuger | Meta | May | Meta would call Mr. Nuger to authenticate and testify about produced user data. | Deposition | 0.5 (D) | 0.5 (P) |
| Record custodian regarding Plaintiff's user account data | Meta | May | The custodian may testify to authenticate and testify about produced user data. | Live or Deposition | 0.5 (D) | 0.5 (P) |
| Moira Burke | P<br><br>Meta | May (P)<br><br>May (D) | P: Burke will likely testify about their role as a research scientist at Meta, including conducting and reporting on internal user surveys and research in the areas of problematic use/addiction, social comparison, and user mental health. | Deposition | 1 (P) | 1 (D direct / cross) |

15

| NAME | PARTY CALLING | MAY V. WILL CALL | DESCRIPTION | METHOD OF APPEARANCE | Direct Time (in hours) | Cross Time (in hours) |
|---|---|---|---|---|---|---|
| | | | D: Meta would call Dr. Burke to testify about her user experience research at Meta related to problematic use, appearance comparison, and SSI and how that research led to platform changes | | | |
| Jason Sattizahn | P | Will | Sattizahn will likely testify about their role as a former research scientist at Meta, including conducting and reporting on internal user surveys and research in the areas of problematic use/addiction, social comparison, and user mental health, prioritization of engagement over safety, and lack of transparency. | Live or Deposition | 1.5 (P) | 2.5 (D direct / cross) |
| Adam Mosseri[1] | P | Will | Head of Instagram. Mosseri is expected to testify about core metrics, product features, user experience, youth and child safety, resource allocation, and communications. | Live | 2.5 (P) | 1.5 (D direct / cross) |
| Margaret Gould Stewart | P | Will | Margaret Gould Stewart is the former Vice President of Product Design and Responsible Innovation at Meta. She will testify as to her experience informing leadership, including Mark Zuckerberg, about safety issues that went ignored. | Deposition | 0.75 (P) | 1.25 (D direct / cross) |

[1] Defendant Meta opposes the inclusion of Adam Mosseri, Head of Instagram, on the witness list. Meta reserves the right to move to quash any demand for Adam Mosseri to appear at trial. By including time estimates, Meta does not concede that Mr. Mosseri should appear live at trial.

| NAME | PARTY CALLING | MAY V. WILL CALL | DESCRIPTION | METHOD OF APPEARANCE | Direct Time (in hours) | Cross Time (in hours) |
|---|---|---|---|---|---|---|
| Mark Zuckerberg[2] | P | Will | Mark Zuckerberg is the co-founder of Facebook and the CEO and controlling shareholder of Meta Platforms, Inc. He is expected to testify about the design of Meta's social media platforms; corporate decision-making; resource allocation; communications; internal Meta research; child safety; age verification; core and user metrics; under 13 accounts; youth mental health and addiction; vulnerability of young users; and teen user acquisition. | Live | 2.5 (P) | 1.75 (D direct / cross) |
| Vaishnavi Jayakumar | P | Will | Vaishnavi Jayakumar was Head of Safety & Wellbeing at Instagram and later Head of Youth Policy at Meta. She will testify about product features, child safety, teen mental health, and harassment of youth on Meta's platforms. She will also testify as to her communications with Meta leadership regarding harms to children, which were not addressed. | Deposition | 1.25 (P) | 1.5 (D direct / cross) |
| Shayli Jimenez | P | Will | Shayli Jimenez is a Senior User Experience Researcher at Meta. She will testify as to her research on teen users, teen brains, design and features geared towards teens, and the apps habit enforcing design. | Live or Deposition | 1 (P) | 1 (D direct / cross) |

---

[2] Defendant Meta opposes the inclusion of Meta's founder and Chief Executive Officer Mark Zuckerberg on the witness list. Meta reserves the right to move to quash any demand for Mark Zuckerberg to appear at trial. By including time estimates, Meta does not concede that Mr. Zuckerberg should appear live at trial.

| NAME | PARTY CALLING | MAY V. WILL CALL | DESCRIPTION | METHOD OF APPEARANCE | Direct Time (in hours) | Cross Time (in hours) |
|---|---|---|---|---|---|---|
| Brian Boland | P | Will | Boland will likely testify about his role as a former Meta Vice-President, including that Meta prioritized profits over safety, lack of transparency about harms to users, and Meta's lack of funding for safety research efforts. | Live or Deposition | 1.5 (P) | 1.5 (D direct / cross) |
| Natalie Troxel | P | Will | Natalie Troxel is a Senior User Experience researcher at Meta she will likely testify to her research on child safety and mental wellbeing, the company's reaction to this research, and actions taken in light of this research, as well as other facts and circumstances of her employment. | Live or Deposition | 0.5 (P) | 1.5 (D direct / cross) |
| Monika Bickert | Meta | Will | Meta would call Ms. Bickert to testify about Meta's development and enforcement of its safety and well-being policies. | Live | 1 (D) | 1 (P) |
| Kristin Hendrix | Meta | Will | Meta would call Dr. Hendrix to testify about Meta's internal research on teen well-being on its platforms, how it relates to external research on teen mental health, and how Meta acts on that research. | Live | 1 (D) | 1 (P) |

18

| NAME | PARTY CALLING | MAY V. WILL CALL | DESCRIPTION | METHOD OF APPEARANCE | Direct Time (in hours) | Cross Time (in hours) |
|---|---|---|---|---|---|---|
| **Kyle Andrews** | **P**<br><br>Meta | **Will (P)**<br><br>May (D) | **P: Kyle Andrews is a former Staff User Experience Researcher. He will testify that he was instructed to delete safety research data related to social media's emotional impact and to refrain from conducting such research ever again.**<br><br>D: Meta would call Mr. Andrews to testify about internal user surveys at Meta, and how Meta works to improve user well-being. | **Deposition** | **.5 (P)** | **1 (D direct / cross)** |
| Jonathan Brody | P | May | Snap Vice President of Product. Brody is expected to testify about ads, revenue, algorithms, and mental health harms, as well as safety and parental controls. | Deposition | 1.5 (P) | 0.5 (D direct / cross) |
| Morgan Hammerstrom | P | May | P: Snap Senior Manager, Product Research. Hammerstrom is expected to testify about a lack of research on mental health, product research, youth targeting, back to school, lenses, and streaks.<br><br>D: Snap would call Ms. Hammerstrom to testify about Snap's product research and Snapchat features | Deposition | 2 (P) | 0.75 (D direct / cross) |
| Juliet Shen | P | May | Snap Senior Product Manager. Shen is expected to testify about Trust and Safety, dark patterns, and lenses/filters. | Deposition | 2 (P) | 0.75 (D direct / cross) |
| Jeremy Voss | P | May | Snap VP, Product. Voss is expected to testify about user research, streaks, autoplay, gamification, Snapscore, and ad monetization. | Deposition | 1.5 (P) | 0.5 (D direct / cross) |

19

| NAME | PARTY CALLING | MAY V. WILL CALL | DESCRIPTION | METHOD OF APPEARANCE | Direct Time (in hours) | Cross Time (in hours) |
|---|---|---|---|---|---|---|
| Jacqueline Beauchere | P<br><br>Snap | May (P)<br><br>May (D) | P: Snap Senior Director, Global Head of Platform Safety. Beauchere is expected to testify about specific features of Snapchat, including Snapscores, Streaks, and Family Center, as well as knowledge of harms.<br><br>D: Snap would call Ms. Beauchere to testify about Snap's safety policies and practices, Safety Advisory Board, and Snap's collaboration with third-party organizations | Deposition | 1.5 (P) | 1.75 (D direct / cross) |
| David Boyle | P<br><br>Snap | May (P)<br><br>May (D) | P: Former Snap Senior Director, Product Management. Boyle is expected to testify about age gating, age inference models, and under 13 accounts on spotlight.<br><br>D: Snap would call Mr. Boyle to testify about the Snapchat platform, features, reporting tools and privacy settings | Live | 1.5 (P) | 1 (D direct / cross) |
| Claudia Chan | P; Snap | May (P)<br><br>May (D) | P: Snap Staff Product Manager. Chan is expected to testify about school-based outreach, notifications, account deletion and sign-up, and age gating.<br><br>D: Snap would call Ms. Chan to testify about Snapchat features, users, account creation, and age verification | Live (P); Deposition (D) | 1.5 (P) | 1 (D direct / cross) |

| NAME | PARTY CALLING | MAY V. WILL CALL | DESCRIPTION | METHOD OF APPEARANCE | Direct Time (in hours) | Cross Time (in hours) |
|---|---|---|---|---|---|---|
| Abby Tran | P; Snap | May (P)<br><br>May (D) | P: Snap Product Manager, Communications and Friends. Tran is expected to testify about notifications, direct messaging restrictions, streaks, and family center.<br><br>D: Snap would call Ms. Tran to testify about Snapchat features and settings, parental tools, and product development and improvement | Live | 2 (P) | 1.5 (D direct / cross) |
| **Jennifer Stout** | P<br><br>**Snap** | May (P)<br><br>**Will (D)** | P: Snap Senior Vice President of Global Policy and Platform Operations. Stout is expected to testify about child safety, lenses/filters, Quick Add, media training, and user research.<br><br>**D: Snap would call Ms. Stout to testify about Snap's trust and safety policies and practices, Safety Advisory Board, community guidelines, Snap's collaboration with law enforcement and third-party organizations, user feedback research, age verification, as well as the Snapchat platform, features, including safety features, reporting tools and privacy settings** | Deposition (P)<br><br>**Live (D)** | 1.25 (P) | **1.75 (D direct / cross)**<br><br>**1.25 (P cross)** |
| Evan Spiegel[3] | P | **Will** | **Snap CEO. Spiegel is expected to testify about safety, user metrics, under 13 accounts, age inference, mental health and addiction, and vulnerability of young users.** | Live | 2.5 (P) | **1.25 (D direct / cross)** |

---

[3] Defendant Snap opposes the inclusion of Snap's cofounder and Chief Executive Officer Evan Spiegel on the witness list. Snap reserves the right to move to quash any demand for Evan Spiegel to appear at trial. By including time estimates, Snap does not concede that Mr. Spiegel should appear live at trial.

| NAME | PARTY CALLING | MAY V. WILL CALL | DESCRIPTION | METHOD OF APPEARANCE | Direct Time (in hours) | Cross Time (in hours) |
|---|---|---|---|---|---|---|
| Ryn Linthicum | P | May | Former Trust & Safety Global Issue Policy Lead – Mental Health & Wellbeing for TikTok. Linthicum is expected to testify about TikTok's efforts to keep kids safe on the platform, beauty filters, and rabbit holes. | Deposition | 1 (P) | 1 (D direct / cross) |
| Wenjia Zhu | P | May | Former head of IES recommendation team, and former Head of Product and Recommendation Teams for TikTok. Expected to testify that TikTok's recommendation algorithm was designed to prioritize growth, not safety. Zhu gave guidance that the Trust & Safety team should not reduce users' stay duration by more than 5%. | Deposition | 2 (P) | 2 (D direct / cross) |
| **Raegan Maher** | **P** | **Will** | **Maher, former Project Manager at TikTok, will testify as to research she conducted on TikTok live relating to addiction, TikTok's inadequate age verification, and other safety issues.** | **Deposition** | **0.75 (P)** | **0.75 (D direct / cross)** |
| Andrew ("Drew") Kirchhoff | P | May | Kirchhoff, a former TikTok and ByteDance employee, was a Project Manager in Beijing, China, and a Data Scientist in Los Angeles and San Jose, California. Kirchhoff will likely testify about TikTok's early history and growth, focusing largely on the acquisition of musical.ly and the platform's initial popularity among younger users, particularly middle school and high school females. | Deposition | 1.25 (P) | 1.25 (D direct / cross) |

| NAME | PARTY CALLING | MAY V. WILL CALL | DESCRIPTION | METHOD OF APPEARANCE | Direct Time (in hours) | Cross Time (in hours) |
|---|---|---|---|---|---|---|
| Eric Han | P | May | TikTok Former Head of U.S. Safety. Han is expected to testify about tensions between Core Product and Trust and Safety regarding implementation of new features, as well as regarding TikTok's and the algorithm's prioritization of engagement over user safety. | Live or Deposition | 2.5 (P) | 2.5 (D direct / cross) |
| Rosie King | P | May | TikTok former Community Content Moderator. King is expected to testify that TikTok had insufficient and ineffective policies regarding how to respond to dangerous and harmful content on the platform, insufficient and ineffective mechanisms for users to report that content, and failed to use industry-standard safety tools and processes (for both CSAM reporting and response, and for other sorts of safety measures, like responses to risk-to-life incidents). | Live or Deposition | 1.5 (P) | 1.5 (D direct / cross) |
| Amber Burchell | P | May | Burchell has worked in various positions at TikTok, including as a user support associate, social media support senior associate, USDS user operations lead for young users and age assurance, and community risk control program manager. Burchell is likely to testify about age gating, and that TikTok did not proactively communicate potential risks associated with the platform, such as addiction, mental health issues, or increased risks of depression and self-harm in teens, to users or their parents. | Deposition | 0.75 (P) | 0.75 (D direct / cross) |

| NAME | PARTY CALLING | MAY V. WILL CALL | DESCRIPTION | METHOD OF APPEARANCE | Direct Time (in hours) | Cross Time (in hours) |
|---|---|---|---|---|---|---|
| Natalie Medoff | P | May | Medoff will likely testify about their role as former Program Manager, Trust and Safety at TikTok and age assurance at TikTok. | Deposition | 1 (P) | 1 (D direct / cross) |
| Blake Chandlee | TikTok | May | The TikTok Defendants would call Mr. Chandlee to testify about TikTok's advertising policies and strategies. | Live or Deposition | 1 (D) | 1 (P) |
| Ethan Spector | TikTok | May | The TikTok Defendants would call Mr. Spector to authenticate produced account usage data | Deposition or Deposition | 1 (D) | 1 (P) |
| Eric Ebenstein | TikTok | May | The TikTok Defendants would call Mr. Ebenstein to testify about TikTok's partnerships with third-party organizations | Deposition | 1 (D) | 1 (P) |
| Yuyi Fu | TikTok | May | The TikTok Defendants would call Ms. Fu to testify about TikTok's trust and safety policies and practices and its content moderation policies and practices | Deposition | 1 (D) | 1 (P) |
| Samantha Kersul | TikTok | May | The TikTok Defendants would call Ms. Kersul to testify about TikTok's partnerships with third-party organizations. | Deposition | 1 (D) | 1 (P) |
| Cormac Keenan | TikTok | May | The TikTok Defendants would call Mr. Keenan to testify about TikTok's trust and safety policies and practices and the TikTok platform's safety features. | Deposition | 0.5 (D) | 0.5 (P) |
| **Andrew Tomlinson** | **P** | **Will** | **TikTok 30(b)(6) will testify as to TikTok's notice of mental health harms among its users.** | **Deposition** | **0.5 (P)** | |

24

| NAME | PARTY CALLING | MAY V. WILL CALL | DESCRIPTION | METHOD OF APPEARANCE | Direct Time (in hours) | Cross Time (in hours) |
|---|---|---|---|---|---|---|
| Matthew Tenenbaum | P<br><br>TikTok | May (P)<br><br>May (D) | P: TikTok Senior Product Manager, Family Pairing and Age Assurance. Tenenbaum is likely to testify about Family Pairing and age verification.<br><br>D: The TikTok Defendants would call Mr. Tenenbaum to testify about the TikTok platform's safety features | Deposition (P) | 1.25 (P) | 1.25 (D direct / cross) |
| Amy Classen Ulucay | P<br><br>TikTok | May (P)<br><br>May (D) | P: TikTok former Head of Product and Process, Minor Safety. Ulucay is expected to testify about age assurance, underage user detection, platform design and safety features, reporting mechanisms for inappropriate content, and TikTok's awareness of risks to minors including sexual exploitation, grooming, and compulsive usage.<br><br>D: The TikTok Defendants would call Ms. Ulucay to testify about the TikTok platform's safety features. | Deposition | 1.25 (P) | 1.25 (D direct / cross) |
| Julie de Bailliencourt | P<br><br>TikTok | May (P)<br><br>May (D) | P: De Bailliencourt will likely testify about their role as former Global Head of Product Policy at TikTok.<br><br>D: The TikTok Defendants would call Ms. de Bailliencourt to testify about TikTok's trust and safety policies and practices and the TikTok platform's safety features | Deposition | 1 (P) | 1 (D direct / cross) |

25

| NAME | PARTY CALLING | MAY V. WILL CALL | DESCRIPTION | METHOD OF APPEARANCE | Direct Time (in hours) | Cross Time (in hours) |
|---|---|---|---|---|---|---|
| Jordan Furlong | P | Will | Former Product Manager for Digital Wellbeing – Minor Safety for TikTok. Furlong is expected to testify about TikTok's advertising business model, efforts to address user addiction, and safety concerns. | Live | 2.5 (P) | 0.5 (D direct / cross) |
| Adam Wang | P | Will | Project Manager in the product strategy department and for the For You Feed focusing on aging up the platform, and Head of TikTok Live Streaming. Wang will likely testify about his roles in the Musical.ly to TikTok rebranding and subsequent growth strategies. | Live | 1.5 (P) | 0.5 (D direct / cross) |
| Suzy Loftus | TikTok | Will | The TikTok Defendants would call Ms. Loftus to testify about TikTok's trust and safety policies and practices, as well as the TikTok platform's safety features. | Live | 1 (D) | 1 (P) |
| Sandeep Grover | TikTok | Will | The TikTok Defendants would call Mr. Grover to testify about TikTok's trust and safety policies and practices, the TikTok platform's safety features, and its content moderation policies and practices. | Live | 0.75 (D) | 0.75 (P) |
| J.L. | P | May | J.L. is anticipated to testify about YouTube Shorts. | Deposition | 0.5 (P) | 0.5 (D direct / cross) |
| Sharon Stovezky | P | May | Stovezky is anticipated to testify about algorithm and volume impact wellbeing at YouTube. | Live | 0.5 (P) | 0.5 (D direct / cross) |
| Matt Fischer-Colbrie | YouTube | May | YouTube would call Mr. Fischer-Colbrie to testify about YouTube's advertising policies and practices. | Live | 0.5 (D) | 0.5 (P) |

26

| NAME | PARTY CALLING | MAY V. WILL CALL | DESCRIPTION | METHOD OF APPEARANCE | Direct Time (in hours) | Cross Time (in hours) |
|---|---|---|---|---|---|---|
| Tanaya Kasavana | YouTube | May | YouTube would call Ms. Kasavana to testify about YouTube's youth safety features and communications with parents. | Live | 1 (D) | 1 (P) |
| Ian McMeans | YouTube | May | YouTube would call Mr. McMeans to testify about YouTube's policies and practices concerning user data, including the KGM/RKC data produced in this case. | Live | 0.5 (D) | 0.5 (P) |
| Erin Turner | YouTube | May | YouTube would call Ms. Turner to testify about YouTube's youth safety features. | Live | 1 (D) | 1 (P) |
| Matt Halprin | P<br><br>YouTube | May (P)<br><br>May (D) | P: Halprin is anticipated to testify about Trust and Safety regarding content moderation signals at YouTube.<br><br>D: YouTube would call Mr. Halprin to testify about YouTube's trust and safety policies and practices | Deposition (P); Live (D) | 1 (P) | 0.75 (D direct / cross) |
| Raj Iyengar | P<br><br>YouTube | May (P)<br><br>May (D) | P: Iyengar is anticipated to testify about digital wellbeing features, accounts, and age verification at YouTube.<br><br>D: YouTube would call Mr. Iyengar to testify about YouTube's youth experiences and safety features | Deposition (P); Live (D) | 1 (P) | 1 (D direct / cross) |
| **Bill Saphir** | **P**<br><br>YouTube | **Will (P)**<br><br>May (D) | **P: Saphir is anticipated to testify about tech at YouTube.**<br><br>D: YouTube would call Mr. Saphir to testify about YouTube's policies and practices concerning user data, including the KGM/RKC data produced in this case | **Deposition (P)**<br><br>Live (D) | **.5 (P)** | **0.5 (D direct / cross)** |

| NAME | PARTY CALLING | MAY V. WILL CALL | DESCRIPTION | METHOD OF APPEARANCE | Direct Time (in hours) | Cross Time (in hours) |
|---|---|---|---|---|---|---|
| John Harding | P | May (P) | Harding is anticipated to testify about OKRs at YouTube. | Deposition (P); | .5 (P) | 0.5 (D direct / cross) |
| **James Beser** | **P**<br><br>YouTube | **Will (P)**<br><br>May (D) | **P: Beser is anticipated to testify about youth product design at YouTube.**<br><br>D: YouTube would call Mr. Beser to testify about YouTube's youth experiences and safety features | **Live or Deposition (P)** | **.5 (P)** | **1 (D direct / cross)** |
| Tom Saffell | P<br><br>YouTube | May (P)<br><br>May (D) | P: Leads product management for the infrastructure team at YouTube. Tom Saffell is expected to testify about age assurance, age verification, declared age, and logged out users on YouTube.<br><br>D: YouTube would call Mr. Saffell to testify about Google's Age Assurance model and related issues, including the signed-out experience | Live or Deposition (P) | .5 (P) | 0.5 (D direct / cross) |
| Adi Jain | P<br><br>YouTube | May (P)<br><br>May (D) | P: Product Manager at YouTube focused on child safety. Adi Jan is expected to testify about YouTube's efforts to detect and prevent unsupervised children from using YouTube, the ability for children to change their birthdate during the account creation process, and communications to users who reach the age of 13.<br><br>D: YouTube would call Mr. Jain to testify about YouTube's child safety policies and processes, including underage account detection | Live or Deposition (P); Live (D) | .5 (P) | 0.5 (Ddirect / cross) |

28

| NAME | PARTY CALLING | MAY V. WILL CALL | DESCRIPTION | METHOD OF APPEARANCE | Direct Time (in hours) | Cross Time (in hours) |
|---|---|---|---|---|---|---|
| Woojin Kim | P<br><br>YouTube | May (P)<br><br>May (D) | P: Kim is anticipated to testify about product development, design, youth, autoplay, and infinite scroll at YouTube.<br><br>D: YouTube would call Mr. Kim to testify about YouTube's design and experiences for both adults and youth on the platform, as well as company goal-setting | Live | 1 (P) | 1 (D direct / cross) |
| Caitlin Niedermeyer | P<br><br>YouTube | May (P)<br><br>May (D) | P: Niedermeyer is anticipated to testify about internal policies at YouTube.<br><br>D: YouTube would call Ms. Niedermeyer to testify about YouTube's work on youth safety and warnings to the public | Deposition (P)<br><br>Live (D) | 1 | 1 (D direct / cross) |
| **Neal Mohan[4]** | **P** | **Will** | **Mohan is anticipated to testify about knowledge, strategy, and age inference at YouTube.** | **Live** | **2 (P)** | **1.5 (D direct / cross)** |
| **Cristos Goodrow** | **P**<br><br>**D** | **Will (P)**<br><br>**Will (D)** | **P: Goodrow is anticipated to testify about algorithm design and goals at YouTube.**<br><br>**D: YouTube would call Mr. Goodrow to testify about YouTube's features, including content recommendations, as well as company goal setting** | **Live** | **2 (P)** | **2 (D direct / cross)**<br><br>**2 (P cross)** |

[4] [4] Defendant YouTube opposes the inclusion of YouTube's CEO Neal Mohan on the witness list. YouTube reserves the right to move to quash any demand for Mr. Mohan to appear at trial. By including time estimates, YouTube does not concede that Mr. Mohan should appear live at trial.

**Time Calculations[5]**

Plaintiff Total Will Call Time: 66

Plaintiff Total May Call Time: 85.75

Defense Total Will Call Time: 53[6]

Defense Total May Call Time: 77.75

**Reservation of Rights**

**Plaintiff**: Plaintiffs reserve the right to call additional witnesses as may become necessary for rebuttal or impeachment, or as the evidence or testimony at trial may require. Plaintiffs further reserve the right to add, delete, or substitute witnesses as additional information becomes available through discovery or as circumstances may require. This witness list is submitted without prejudice to Plaintiffs' right to call any witness disclosed by any other party in this action.

**Defendants**: Defendants object to Plaintiffs' improper reservations of rights, but if Plaintiffs are permitted to call witnesses absent from this witness list, Defendants should be permitted to do so as well. In the event that Plaintiffs do not call witnesses who they included on this list as "will call" witnesses, Defendants reserve the right to call those witnesses.

---

[5] The parties provide these descriptions in order to assist the Court in evaluating the Parties' witness lists, and the length of trial. The parties reserve all rights to elicit testimony from a witness not captured by these descriptions.

[6] Defendants' will-call examination time estimate is based on Plaintiff's original time estimates and will-vs-may-call designations submitted in the parties' November 13 witness list. Defendants submit that the Court should continue to limit both sides to 40 hours of will-call witness examination. If the Court allows Plaintiff to present more than 40 hours of will-call witness examination, Defendants reserve the right to correspondingly revise their examination times.

31