James P. Rouhandeh, *pro hac vice*
Antonio J. Perez-Marques, *pro hac vice*
Caroline Stern, *pro hac vice*
Corey M. Meyer, *pro hac vice*
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4000
Facsimile: (212) 701-5800
Email:    rouhandeh@davispolk.com
          antonio.perez@davispolk.com
          caroline.stern@davispolk.com
          corey.meyer@davispolk.com

*Attorneys for Defendants Meta Platforms, Inc. and Instagram, LLC*

*Additional counsel listed on signature pages*

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*People of the State of California, et al. v. Meta Platforms, Inc., et al.* | MDL No. 3047<br><br>Case Nos. 4:22-md-03047-YGR-PHK<br>        4:23-cv-05448-YGR<br><br>**META'S TEMPORARY SEALING MOTION (META'S REPLY IN SUPPORT OF MOTION TO EXCLUDE AND/OR STRIKE EXPERT TESTIMONY OF CARL SABA)**<br><br>Judge: Hon. Yvonne Gonzalez Rogers<br>Magistrate Judge: Hon. Peter H. Kang |

Pursuant to the Court's Order Setting Sealing Procedures (ECF No. 341), Defendants Meta Platforms, Inc. and Instagram, LLC ("Meta") file this Temporary Sealing Motion regarding Meta's Reply in Support of Motion to Exclude and/or Strike Expert Carl Saba (ECF No. 2990).  Pursuant to the Order at ECF No. 341, the reasons for sealing (if any) will be addressed in a forthcoming omnibus stipulation or omnibus motion.

| Docket No. | Document | Whether document contains a Party's Confidential Information |
|---|---|---|
| ECF No. 2991-1 | Meta's Reply in Support of Motion to Exclude and/or Strike Expert Testimony of Carl Saba | Temporarily filing under seal because document contains information that the parties may consider to be confidential |
| ECF No. 2991-2 | Declaration of Antonio J. Perez-Marques in Support of Meta's Reply in Support of Motion to Exclude and/or Strike Expert Testimony of Carl Saba | Not filed under seal |
| ECF No.2991-3 | Exhibit 19, Excerpts of Transcript of Deposition of Carl S. Saba (March 2-3, 2026) | Temporarily filing under seal because document contains information that the parties may consider to be confidential |
| ECF No. 2991-4 | Exhibit 20, Excerpts of Expert Report of Dr. Adam Alter (August 1, 2025) | Temporarily filing under seal because document contains information that the parties may consider to be confidential |

Dated:  April 24, 2026

Respectfully submitted,

DAVIS POLK & WARDWELL LLP

*/s/ Antonio J. Perez-Marques*

James P. Rouhandeh, *pro hac vice*
Antonio J. Perez-Marques, *pro hac vice*
Caroline Stern, *pro hac vice*
Corey M. Meyer, *pro hac vice*
450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4000
Facsimile: (212) 701-5800
rouhandeh@davispolk.com
antonio.perez@davispolk.com
caroline.stern@davispolk.com
corey.meyer@davispolk.com

COVINGTON & BURLING LLP
Ashley M. Simonsen, SBN 275203
1999 Avenue of the Stars
Los Angeles, California 90067
Telephone: (424) 332-4800
Facsimile: (424) 332-2749
asimonsen@cov.com

Paul W. Schmidt, *pro hac vice*
Phyllis A. Jones, *pro hac vice*
One CityCenter
850 Tenth Street, NW
Washington, DC 20001-4956
Telephone: (202) 662-6000
Facsimile: (202) 662-6291
pschmidt@cov.com
pajones@cov.com

*Attorneys for Defendants Meta Platforms, Inc.
and Instagram, LLC*

META'S TEMPORARY SEALING MOTION (META'S REPLY IN SUPPORT OF MOTION TO EXCLUDE AND/OR STRIKE EXPERT TESTIMONY OF CARL SABA) Case Nos. 4:22-MD-03047-YGR-PHK, 4:23-CV-05448-YGR

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing and its attachments will be served electronically on counsel for Plaintiffs to the email addresses that were designated by counsel for that purpose.

I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct.

Dated:  April 24, 2026                                         /s/ Antonio J. Perez-Marques
                                                                       Antonio J. Perez-Marques

META'S TEMPORARY SEALING MOTION (META'S REPLY IN SUPPORT OF MOTION TO EXCLUDE AND/OR STRIKE EXPERT TESTIMONY OF CARL SABA) Case Nos. 4:22-MD-03047-YGR-PHK, 4:23-CV-05448-YGR