James P. Rouhandeh, *pro hac vice*
Antonio J. Perez-Marques, *pro hac vice*
Caroline Stern, *pro hac vice*
Corey M. Meyer, *pro hac vice*
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4000
Facsimile: (212) 701-5800
Email:    rouhandeh@davispolk.com
          antonio.perez@davispolk.com
          caroline.stern@davispolk.com
          corey.meyer@davispolk.com

*Attorneys for Defendants Meta Platforms, Inc. and Instagram, LLC*

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*People of the State of California, et al. v. Meta Platforms, Inc., et al.* | MDL No. 3047<br><br>Case Nos. 4:22-md-03047-YGR-PHK<br>4:23-cv-05448-YGR<br><br>**DECLARATION OF ANTONIO PEREZ-MARQUES IN SUPPORT OF META'S REPLY IN SUPPORT OF MOTION TO EXCLUDE AND/OR STRIKE EXPERT TESTIMONY OF CARL SABA**<br><br>Judge: Hon. Yvonne Gonzalez Rogers<br>Magistrate Judge: Hon. Peter H. Kang<br><br>Date: To be determined<br>Time: To be determined<br>Place: Courtroom 1, 4th Floor |

DECLARATION OF ANTONIO J. PEREZ-MARQUES IN SUPPORT OF META'S REPLY IN SUPPORT OF MOTION TO EXCLUDE AND/OR STRIKE EXPERT TESTIMONY OF CARL SABA
Case Nos. 4:22-MD-03047-YGR-PHK, 4:23-CV-05448-YGR

I, Antonio J. Perez-Marques, declare as follows:

1.      I am a partner with the law firm Davis Polk & Wardwell LLP, counsel of record for Defendants Meta Platforms, Inc. and Instagram, LLC (together, "Meta").  I have personal knowledge of the following facts, and, if called as a witness, I could and would testify competently thereto.

2.      I submit this declaration in support of Meta's Reply in Support of Motion to Exclude and/or Strike Expert Testimony of Carl Saba, filed concurrently herewith.

3.      Attached hereto as **Exhibit 19** is a true and correct copy of excerpts of the transcript of the March 2-3, 2026 deposition of Carl Saba.

4.      Attached hereto as **Exhibit 20** is a true and correct copy of excerpts of the August 1, 2025 Expert Report of Dr. Adam Alter.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 24th day of April, 2026 in New York, New York.

*/s/ Antonio J. Perez-Marques*
Antonio J. Perez-Marques

---

DECLARATION OF ANTONIO J. PEREZ-MARQUES IN SUPPORT OF META'S REPLY IN SUPPORT OF MOTION TO EXCLUDE
AND/OR STRIKE EXPERT TESTIMONY OF CARL SABA
Case Nos. 4:22-MD-03047-YGR-PHK, 4:23-CV-05448-YGR