James P. Rouhandeh, *pro hac vice*
Greg D. Andres, *pro hac vice*
Antonio J. Perez-Marques, *pro hac vice*
Caroline Stern, *pro hac vice*
Corey M. Meyer, *pro hac vice*
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4000
Facsimile: (212) 701-5800
Email:   rouhandeh@davispolk.com
         greg.andres@davispolk.com
         antonio.perez@davispolk.com
         caroline.stern@davispolk.com
         corey.meyer@davispolk.com

*Attorneys for Defendants Meta Platforms, Inc. and Instagram, LLC*

*Additional counsel listed on signature pages*

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

|  |  |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*People of the State of California, et al. v. Meta Platforms, Inc., et al.* | MDL No. 3047<br><br>Case Nos. 4:22-md-03047-YGR-PHK<br>4:23-cv-05448-YGR<br><br>**META'S PRELIMINARY WITNESS LIST (STATE AG MDL)**<br><br>Judge: Hon. Yvonne Gonzalez Rogers<br>Magistrate Judge: Hon. Peter H. Kang |

Meta Platforms, Inc. and Instagram, LLC ("Meta") hereby submits the following preliminary witness list pursuant to the Court's instructions at the February 11, 2026 Case Management Conference and the Court's Standing Order re: Pretrial Instructions in Civil Cases.

As set forth in Meta and the State AGs' Stipulation and Proposed Order Regarding Pretrial Schedule (ECF 2925), this list is preliminary, with an updated list to be submitted on June 17 and July 9, 2026.[1]  Meta's list is based on the information reasonably available to it at this time.  The inclusion of any name on this preliminary list is not a statement by Meta that the witness will be available at the time of trial or will in fact testify at trial.  This list is submitted on a preliminary basis, and Meta expressly reserves the right to amend, supplement, add, or remove witnesses from this list, including, per Rule 26, the Court's rulings, or any other governing rule, including to call any records or data custodian necessary for the admission of any exhibit on Meta's exhibit list that Meta seeks to introduce, as well as developing trial strategy or on the basis of events that may arise during trial. Meta further reserves the right to present testimony either live or by video deposition and to modify the mode of presentation as necessary.  Meta further reserves the right to call witnesses for purposes of impeachment, authentication, admissibility, rebuttal, or surrebuttal, including individuals not identified herein whose testimony becomes necessary in response to the State AGs' evidence or arguments.  Meta further reserves the right to further amend its witness list in light of the AGs' continued failure to identify the set of alleged misrepresentations they intend to pursue at trial and the AGs' statement to the Court that they intend to further revise the set of alleged misrepresentations before trial.  ECF 2972 at 2.  The descriptions below provide general summaries of the anticipated testimony and are not intended to limit the scope of any witness' trial testimony.  The estimated times for testimony are necessarily only estimates and are provided for planning purposes only, exclude any cross-examination, and are subject to change, and Meta reserves all rights.  Meta reserves the right to revise, expand, or refine these descriptions as appropriate. Meta  reserves the right to counter-

---

[1] The proposed pretrial schedule also contemplates that the Parties will exchange lists of experts (and/or specific expert opinions) that the Parties will withdraw on June 2, 2026.  ECF 2925 at 2.

META'S PRELIMINARY WITNESS LIST (STATE AG MDL)
4:22-md-03047-YGR-PHK; 4:23-cv-05448-YGR

designate the deposition testimony of any witness, including any witness listed herein, in response to any deposition testimony designated by any Plaintiff for that witness. When Meta indicates that a witness's testimony will occur by deposition designation, they intend to play deposition video (rather than reading from a transcript).

META'S PRELIMINARY WITNESS LIST (STATE AG MDL)
4:22-md-03047-YGR-PHK; 4:23-cv-05448-YGR

| Witness | Description | Live or by Designation | May Call or Time Needed for Will Call Testimony |
|---|---|---|---|
| **Meta Fact Witnesses** | | | |
| Kyle Andrews | Mr. Andrews was a User Experience Researcher at Instagram.  Meta anticipates that he will testify about Meta's research related to BEEF surveys and Project Daisy. | Live or Designation | 1 |
| Justin Antony | Mr. Antony is a Director of Creator & Emerging Partnerships at Meta.  Meta anticipates that he may testify about Meta's work with creators and related outreach strategies. | Designation | May call |
| Lars Backstrom | Mr. Backstrom is a Vice President, Engineering at Meta. Meta anticipates that he will testify about the design, training, and functioning of Meta's content ranking and recommendation algorithms. | Live | 1 |
| Bryce Bartlett | Dr. Bartlett is a Director of Research at Meta. Meta anticipates that he will testify about Meta's research, including why Meta conducts research, the study designs of that research, and how Meta acts on that research. | Live | 1 |
| Monika Bickert | Ms. Bickert is a Vice President, Content Policy at Meta. Meta anticipates that she will testify about Meta's development and enforcement of its policies. | Live or Designation | 2 |
| Felicia Chen | Ms. Chen is a Director of Finance, Corporate at Meta. Meta anticipates that she may testify about Meta's finance processes and procedures. | Live | May call |
| Nick Clegg | Mr. Clegg was the President of Global Affairs at Meta.  Meta anticipates that he will testify about Meta's public relations efforts and Meta's age assurance and verification policies. | Designation | 0.5 |
| Antigone Davis | Ms. Davis is a Vice President, Global Head of Safety at Meta. Meta anticipates that she will testify about Meta's development and enforcement | Live or Designation | 2 |

4

| Witness | Description | Live or by Designation | May Call or Time Needed for Will Call Testimony |
|---|---|---|---|
| | of its youth, safety, and well-being policies and features, as well as public statements and Meta's public communications process. | | |
| Elena Davis | Dr. Davis is a User Experience Researcher (Youth) at Meta. Meta anticipates that she may testify about Meta's research, including why Meta conducts research, the study designs of that research, and how Meta acts on that research. | Live or Designation | May call |
| Anya Drabkin | Ms. Drabkin is a User Experience Researcher on the Youth team at Meta. Meta anticipates that she may testify about Meta's research, including why Meta conducts research, the study designs of that research, and how Meta acts on that research. | Live or Designation | May call |
| Wendy Gross | Ms. Gross is a Marketing Insights Manager at Meta. Meta anticipates that she may testify about Meta's research, including why Meta conducts research, the study designs of that research, and how Meta acts on that research. | Live or Designation | May call |
| Allison Hartnett | Ms. Hartnett is a Director of Product Management (Youth) at Meta. Meta anticipates that she will testify about Meta's U13 detection and removal policies and practices, and Meta's youth-focused policies, features, and initiatives. | Live | 2 |
| Kristin Hendrix | Dr. Hendrix is a Vice President, Instagram Partnerships at Meta. Meta anticipates that she will testify about Meta's research on teen well-being on its platforms, how it relates to external research on teen mental health, and how Meta acts on that research. | Live | 1 |
| Kyle Jensen | Mr. Jensen is a Manager of Problem Integrity Operations at Meta. Meta anticipates that he will testify about Meta's U13 reporting and review policies and processes. | Live | 1 |

5

| Witness | Description | Live or by Designation | May Call or Time Needed for Will Call Testimony |
|---|---|---|---|
| Darius Kilstein | Mr. Kilstein is a Data Science Director for the Instagram Ecosystems DS Team. Meta anticipates that he may testify about Meta's decisions related to growth, engagement, and safety. | Live or Designation | May call |
| Funda Kivran-Swaine | Ms. Kivran-Swaine is a Director of Research at Meta. Meta anticipates that she may testify about Meta's research, including the design of and rationale for it, and how Meta acts on that research. | Live or Designation | May call |
| Susan Li | Ms. Li is the Chief Financial Officer at Meta. Meta anticipates that she may testify about Meta's business model related to efforts to promote positive and safe user experiences on Meta's platforms. | Designation | May call |
| Adam Mosseri | Mr. Mosseri is the Head of Instagram. Meta anticipates that he will testify about Meta's safety well-being efforts and the development of well-being tools on Instagram. | Live | 3 |
| Karina Newton | Ms. Newton was a Public Policy Director at Meta. Meta anticipates that she will testify about Meta's well-being and safety policies and tools. | Live or Designation | 1 |
| Sayed Otaru | Mr. Otaru is Director, Product Staff (Instagram Teen Accounts) at Meta. Meta anticipates that he will testify about development and operation of Meta's well-being and safety tools. | Live | 2 |
| Pratiti Raychoudhury | Ms. Raychoudhury was a Vice President, Head of Research at Meta. Meta anticipates that she will testify about Meta's research on teen well-being on its platforms, how it relates to external research on teen mental health, and how Meta acts on that research. | Designation | 0.5 |
| Guy Rosen | Mr. Rosen is a Vice President, Project Management and the Chief Information Security Officer at Meta. Meta anticipates that he will testify | Live or Designation | 1.5 |

6

| Witness | Description | Live or by Designation | May Call or Time Needed for Will Call Testimony |
|---|---|---|---|
| | about Meta's integrity policies and practices and the development and operation of Meta's well-being and safety tools. | | |
| Alex Schultz | Mr. Schultz is Chief Marketing Officer and Vice President, Analytics & Research at Meta. Meta anticipates that he will testify about Meta's marketing, data and analytics, revenue, and work related to teen users. | Live or Designation | 2 |
| Yoav Shapira | Mr. Shapira is an Engineer and the Director of Reality AI at Meta.  Meta anticipates that he may testify about Meta's product features, including well-being tools and features. | Live or Designation | May call |
| Ravi Sinha | Mr. Sinha is the Head of Child Safety Policy at Meta.  Meta anticipates he may testify about Meta's child safety policies and practices. | Live | May call |
| Nicholas Wakefield | Mr. Wakefield is a Vice President, Analytics at Meta. Meta anticipates that he may testify about Meta's data, including usage data, revenue data, and other data. | Live | May call |
| Jessica Walton | Ms. Walton is a Director of Finance at Meta. Meta anticipates that she may testify about Meta's finance processes and procedures. | Live | May call |
| TOTAL TIME: Fact Witnesses | | | 21.5 |
| **Meta Expert Witnesses** | | | |
| Randy Auerbach | Dr. Auerbach is a Professor in the Department of Psychiatry and the Co-Director of the Center for the Prevention and Treatment of Depression at Columbia University. Meta anticipates that he will testify about the issues addressed in his report, including the relationship between social media use and mental health outcomes. | Live | 1.5 |

7

| Witness | Description | Live or by Designation | May Call or Time Needed for Will Call Testimony |
|---|---|---|---|
| Michael Baiocchi | Dr. Baiocchi is a statistician and Associate Professor of Epidemiology and Population Health at Stanford. Meta anticipates that he will testify about the issues addressed in his report, including general causation literature and the relationship between social media use and mental health outcomes. | Live | 1 |
| Bryce Bartlett | Mr. Bartlett is a Director of Research at Meta. Meta anticipates that he will testify about Meta's research on teen well-being on its platforms, how it relates to external research on teen mental health, and how Meta acts on that research. | Live | 1.5 |
| Alan Berman | Dr. Berman is an Adjunct Professor at Johns Hopkins University School of Medicine and former Professor at American University. Meta anticipates that he may testify about the issues addressed in his report, including the relationship between social media use and adolescent suicidal and self-harm behavior. | Live | May call |
| Jeremy Birnholtz | Dr. Birnholtz is a Professor in the Department of Communication Studies and the Department of Computer Science at Northwestern University. Meta anticipates that he will testify about the issues addressed in his report, including reasonable design. | Live | 1.5 |
| Nick Feamster | Dr. Feamster is the Neubauer Professor of Computer Science at the University of Chicago. Meta anticipates that he will testify about the issues addressed in his report, including Meta's defense-in-depth approach to detecting and removing individuals under the age of 13. | Live | 1 |
| Emilio Ferrara | Dr. Ferrara is a Professor of Computer Science at the University of Southern California. Meta anticipates that he | Live | 1 |

| Witness | Description | Live or by Designation | May Call or Time Needed for Will Call Testimony |
|---|---|---|---|
| | will testify about the issues addressed in his report, including Meta's content moderation systems. | | |
| Ian Gotlib | Dr. Gotlib is a Professor and Director of the Stanford Neurodevelopment, Affect, and Psychopathology (SNAP) Laboratory at Stanford University. Meta anticipates that he may testify about the issues addressed in his report, including the relationship between social media use and clinically significant depression, anxiety disorders, or suicidality in adolescents. | Live | May call |
| Kristin Hendrix | Dr. Hendrix is a VP of Instagram Partnerships at Meta. Meta anticipates that she will testify about Meta's research on teen well-being on its platforms, how it relates to external research on teen mental health, and how Meta acts on that research. | Live | 1 |
| Sarah Honaker | Dr. Honaker is an Assistant Professor of Pediatrics at the Indiana School of Medicine and the Director of Behavioral Sleep Medicine at Riley Children's Hospital. Meta anticipates that she will testify about the issues addressed in her report, including the relationship between social media use and adolescent sleep problems and the general causation literature related to sleep disruption. | Live | 1.5 |
| Bruce Isaacson | Dr. Isaacson is Senior Managing Director at IMS Legal Strategies and an expert in consumer behavior and survey design and interpretation. Meta anticipates that he will testify about the issues addressed in his reports, including consumer understanding of Meta's statements and flaws in how AG experts interpret and apply Meta's research, including the BEEF survey. | Live | 1 |

9

| Witness | Description | Live or by Designation | May Call or Time Needed for Will Call Testimony |
|---|---|---|---|
| Kevin Keller | Dr. Keller is a Professor of Marketing at the Tuck School of Business at Dartmouth College. Meta anticipates that he will testify about the issues addressed in his report, including consumer understanding of Meta's statements and market factors that incentivize Meta to create positive experiences for users. | Live | 0.5 |
| Justin McCrary | Mr. McCrary is an economist and the Paul J. Evanson Professor of Law at Columbia Law School. Meta anticipates that he will testify about the issues addressed in his reports, including the unproven assumptions and flawed methodologies adopted by the AGs' damages expert, Carl Saba. | Live | 1 |
| Nasir Memon | Dr. Memon is a Professor of Computer Science at NYU. Meta anticipates that he may testify about the issues addressed in his report, including the design of Meta's age assurance and verification systems. | Live | May call |
| Robert Platt | Dr. Platt is an epidemiologist and the Albert Boehringer Chair in Pharmacoepidemiology and Professor in the Departments of Epidemiology, Biostatistics, and Occupational Health at McGill University. Meta anticipates that he may testify about the issues addressed in his report, including general causation literature and the relationship between social media use and mental health outcomes. | Live | May call |
| Marcus Rogers | Dr. Rogers is a Professor, Associate Dean for Faculty, and Director of the Cyber Forensic Lab at Purdue University. Meta anticipates that Dr. Rogers may testify about the issues addressed in his report, including CSAM/CSE. | Live | May call |
| Matthew Shear | Dr. Shear is a psychiatrist specializing in eating disorders and an Assistant | Live | 1 |

| Witness | Description | Live or by Designation | May Call or Time Needed for Will Call Testimony |
|---|---|---|---|
|  | Professor of Clinical Psychiatry at Weill Cornell Medical College. Meta anticipates that he will testify about the issues addressed in his report, including the relationship between social media use and eating disorders. |  |  |
| John Starr | Mr. Starr is an independent consultant that focuses on the technology industry's response to online child sexual abuse. Meta anticipates that he may testify about the issues addressed in his report, including CSAM/CSE. | Live | May call |
| Sri Venkataraman | Mr. Venkataraman is a marketing professor at the University of North Carolina. Meta anticipates that he will testify about the issues addressed in his report, including how Facebook and Instagram, from a marketing perspective, target a general audience. | Live | 1 |
| Mary Wirth | Ms. Wirth is a Trust & Safety practitioner and an expert in age assurance issues. Meta anticipates that she will testify about the issues addressed in her report, including how Meta meets or exceeds industry standards and best practices for identifying and removing individuals under the age of 13 from Facebook and Instagram. | Live | 1.5 |
| TOTAL TIME: Expert Witnesses |  |  | 16 |
| **Meta State-Specific Witnesses** |  |  |  |
| **CALIFORNIA** |  |  |  |
| Amos Hartston (Rule 30(b)(6) Designee) | Mr. Hartston is the Deputy Attorney General, California Department of Justice. Meta anticipates that he will testify about, among other things, Meta's conduct to keep individuals under the age of 13 off its platforms. | Live or Designation | 0.5 |
| Tom Orrock | Mr. Orrock is the Former Deputy Director for Operations, California Commission for Behavioral Health. | Live or Designation | 0.5 |

11

| Witness | Description | Live or by Designation | May Call or Time Needed for Will Call Testimony |
|---|---|---|---|
| | Meta anticipates that the witness will testify about, among other things, social media's positive effects among vulnerable youth and how the Commission has used it in beneficial ways to engage California youth. | | |
| Christine Siador | Ms. Siador is the Assistant Director of the California Department of Public Health. Meta anticipates that she will testify about, among other things, youth mental health being a complex issue with many causes, and that social media use has both positive and negative effects on youth users. | Live or Designation | 0.5 |
| Hilva Chan | Ms. Chan serves as the Education Programs Consultant at the California Department of Education. Meta anticipates that she may testify about, among other things, how she is not aware of any data linking social media, including the challenged features, to mental health harms in teens. | Live or Designation | May call |
| Ana Bolanos | Ms. Bolanos is the Former Deputy Assistant Director of the California Department of Public Health. Meta anticipates that she may testify about, among other things, teen mental health and social media use. | Live or Designation | May call |
| Carol Gallegos | Ms. Gallegos is the Deputy Director of Legislative & Government Affairs at the California Department of Health Care Services. Meta anticipates that she may testify about, among other things, teen mental health and social media use. | Live or Designation | May call |
| Norma Pate | Ms. Pate is the Deputy Director of the California Mental Health Services Oversight and Accountability Commission. Meta anticipates that she may testify about, among other things, teen mental health and social media use. | Live or Designation | May call |

12

| Witness | Description | Live or by Designation | May Call or Time Needed for Will Call Testimony |
|---|---|---|---|
| **COLORADO** | | | |
| Nathan Blake<br><br>(Rule 30(b)(6) Designee) | Mr. Blake is the Colorado Deputy Attorney General for Consumer Protection. Meta anticipates that the witness will testify about, among other things, teen mental health and social media use. | Live or Designation | 0.5 |
| Minna Castillo | Ms. Castillo is the Deputy Executive Director of the Colorado Department of Human Services. Meta anticipates that the witness will testify about, among other things, teen mental health and social media use. | Live or Designation | 0.5 |
| Kendra Dunn | Ms. Dunn is the Director of the Division of Community and Family Support at the Colorado Department of Early Childhood. Meta anticipates that the witness will testify about, among other things, teen mental health and social media use. | Live or Designation | 0.5 |
| Michelle Barnes | Ms. Barnes is the Executive Director of the Colorado Department of Human Services. Meta anticipates that the witness may testify about, among other things, how no Colorado agency has conducted research on the effects of Instagram or Facebook on teens or their mental health. | Live or Designation | May call |
| Kelly Causey | Ms. Causey is the Deputy Commissioner of the Colorado Behavioral Health Administration. Meta anticipates that she may testify about, among other things, the development and implementation of the Children and Youth Behavioral Health Implementation Plan, which compiles information on Colorado initiatives to address youth mental health needs and which does not focus on social media as a contributing factor, as well as alternate causes of teen mental health issues. | Live or Designation | May call |

13

| Witness | Description | Live or by Designation | May Call or Time Needed for Will Call Testimony |
|---|---|---|---|
| Emily Fine | Ms. Fine is responsible for Public Health and Community Outreach at the Colorado Department of Public Health & Environment. Meta anticipates that she may testify about, among other things, how social media has many benefits, including spreading messages to discourage substance abuse or providing safe spaces to youth who identify as LGBTQ+. | Live or Designation | May call |
| Chauncey Stephens | Ms. Stephens is the Project AWARE Team Lead of the Colorado Department of Education.  Meta expects she may testify about, among other things, teen mental health and social media use. | Live or Designation | May call |
| **DELAWARE** | | | |
| Sheriden Black (Rule 30(b)(6) Designee) | Mr. Black is a Deputy Attorney General with the Delaware Department of Justice.  Meta anticipates that he may testify about, among other things, how the State is not aware of Meta having any actual knowledge of U13 data collection. | Live or Designation | May call |
| **HAWAII** | | | |
| Christopher Han (Rule 30(b)(6) Designee) | Mr. Han is a Deputy Attorney General with the Hawaii Department of the Attorney General.  Meta anticipates that he may testify about, among other things, how the State has not identified instances of U13 individuals on Meta's platforms, and how the State is not aware of Meta having any actual knowledge of U13 data collection. | Live or Designation | May call |
| **IDAHO** | | | |
| Dan Estes (Rule 30(b)(6) Designee) | Mr. Estes is the Director of Consumer Protection for the Office of the Idaho Attorney General.  Meta anticipates that he may testify about, among other things, the State's use of social media, how the State has not identified | Live or Designation | May call |

14

| Witness | Description | Live or by Designation | May Call or Time Needed for Will Call Testimony |
|---|---|---|---|
|  | instances of U13 individuals on Meta's platforms, and how the State is not aware of Meta having any actual knowledge of U13 data collection. |  |  |
| **KANSAS** | | | |
| James Rodriguez (Rule 30(b)(6) Designee) | Mr. Rodriguez is an Assistant Attorney General in the Special Litigation Division of the Kansas Office of the Attorney General.  Meta anticipates that he may testify about, among other things, the State's use of social media, and how the State has not identified instances of U13 individuals on Meta's platforms, and how the State is not aware of Meta having any actual knowledge of U13 data collection. | Live or Designation | May call |
| **KENTUCKY** | | | |
| Robbie Fletcher | Mr. Fletcher is the Commissioner of the Kentucky Department of Education. Meta anticipates that the witness will testify about, among other things, the department's policies, data, and research on teen mental health and social media use. | Live or Designation | 0.5 |
| John Hicks (Rule 30(b)(6) Designee) | Mr. Hicks is the Secretary of the Office of the Governor and the State Budget Director. Meta anticipates that the witness will testify about, among other things, how social media use can be beneficial, and that Kentucky continues to use social media to communicate important information. | Live or Designation | 0.5 |
| Katherine Marks (Rule 30(b)(6) Designee) | Ms. Marks is the Commissioner of the Kentucky Department of Behavioral Health, Developmental and Intellectual Disabilities. Meta anticipates that the witness will testify about, among other things, the department's policies, data, and research on teen mental health and social media use. | Live or Designation | 0.5 |

15

| Witness | Description | Live or by Designation | May Call or Time Needed for Will Call Testimony |
|---|---|---|---|
| Zachary Richards (Rule 30(b)(6) Designee) | Mr. Richards is the Assistant Attorney General at the Office of the Attorney General of Kentucky. Meta anticipates that he will testify about, among other things, Kentucky's policies, data, and research on teen mental health and social media use. | Live or Designation | 0.5 |
| Patti M. Clark | Ms. Clark is the Director of the Division of Mental Health at the Department of Behavioral Health, Developmental and Intellectual Disabilities. Meta anticipates that she may testify about, among other things, alternate causes for teens' mental health issues and that social media use can be beneficial to teens. | Live or Designation | May call |
| Jennifer Ginn | Ms. Ginn is the Director of Communications at the Kentucky Department of Education. Meta anticipates that she may testify about, among other things, how the Department uses social media to share important information with the public and has not changed its practices as a result of information learned over the course of this litigation. | Live or Designation | May call |
| Marty Park | Mr. Park is the Chief Digital Officer in the Office of Educational Technology, Kentucky Department of Education. Meta anticipates that she may testify about, among other things, causes of teen mental health issues other than social media use, including the COVID-19 pandemic, childhood trauma, school shootings, drug abuse, and family. | Live or Designation | May call |
| Steven Stack | Mr. Stack is the Secretary of the Cabinet for Health and Family Services, and a Former Commissioner of the Department of Public Health. Meta anticipates that the witness may testify about, among other things, how his department never collected data or | Live or Designation | May call |

16

| Witness | Description | Live or by Designation | May Call or Time Needed for Will Call Testimony |
|---|---|---|---|
| | conducted research on the mental health impacts of Meta's platforms, and that other factors contribute to teen mental health issues. | | |
| David Couch | Mr. Couch is the Associate Commissioner of Education for the Office of Education Technology, Kentucky Department of Education ("KDE"). Meta anticipates that the witness may testify about, among other things, how the KDE uses social media to promote a student technology program, and that the KDE's blocking of social media at Kentucky schools was not based on concerns about teen mental health. | Live or Designation | May call |
| Christina Weeter | Ms. Weeter is the Director of the Division of Student Success at the Kentucky Department of Education. Meta anticipates that the witness may testify about, among other things, factors other than social media use contributing to teen mental health issues, and that social media use can be beneficial. | Live or Designation | May Call |
| **MAINE** | | | |
| Christina Moylan (Rule 30(b)(6) Designee) | Ms. Moylan is the Division Chief of the Consumer Protection Division of the Office of the Maine Attorney General. Meta anticipates that she may testify about, among other things, the State's use of social media, and how the State has not identified instances of U13 individuals on Meta's platforms. | Live or Designation | May call |
| **MARYLAND** | | | |
| Mary Kate Bryan (Rule 30(b)(6) Designee) | Ms. Bryan is the Executive Director of the Maryland Center for School Safety. Meta anticipates that she may testify about, among other things, the State's use of social media, and how the State | Live or Designation | May call |

17

| Witness | Description | Live or by Designation | May Call or Time Needed for Will Call Testimony |
|---|---|---|---|
| | has not identified instances of U13 individuals on Meta's platforms. | | |
| **NEBRASKA** | | | |
| Jennifer Huxoll (Rule 30(b)(6) Designee) | Ms. Huxoll is the Civil Litigation Bureau Chief of the Nebraska Attorney General's Office. Meta anticipates that she may testify about, among other things, how the State has not identified instances of U13 individuals on Meta's platforms. | Live or Designation | May call |
| **NEW JERSEY** | | | |
| Jennie Blakney | Ms. Blakney is the State Adolescent Health Coordinator at the New Jersey Department of Health. Meta anticipates that the witness will testify about, among other things, the department's policies, data, and research on teen mental health and social media use. | Live or Designation | 0.5 |
| Kathleen Ehling | Ms. Ehling is the Assistant Commissioner of the Division of Education Services. Meta anticipates that the witness will testify about, among other things, the division's policies, data, and research on teen mental health and social media use. | Live or Designation | 0.5 |
| Amanda O'Reilly | Ms. O'Reilly is the Assistant Commissioner at the Analytics & Systems Improvement Division of the New Jersey Department of Children and Families. Meta anticipates that the witness will testify about, among other things, how many factors besides social media impact youth mental health, and that the Division has not done research regarding social media use and teen mental health harms. | Live or Designation | 0.5 |
| Debra Wentz | Ms. Wentz is on the Governor's Council on Mental Health Stigma and is the CEO of the NJ Association of Mental Health & Addiction Agencies, Inc., NJ Mental Health Institute. Meta | Live or Designation | May call |

| Witness | Description | Live or by Designation | May Call or Time Needed for Will Call Testimony |
|---|---|---|---|
| | anticipates that she may testify about, among other things, how there are several causes of mental health issues. | | |
| Valerie Mielke | Ms. Mielke is the Deputy Commissioner for Health Services, Division of Mental Health and Addiction Services and the Division of Medical Assistance and Health Services, Department of Human Services.  Meta anticipates that the witness may testify about, among other things, how she is not aware of any data showing that Meta's platforms' features caused teen mental health harms in New Jersey, and that social media can be an outlet to help teens access information and avoid addiction. | Live or Designation | May Call |
| Jordan Schiff | Mr. Schiff is the Assistant Commissioner of the New Jersey Department of Education. Meta anticipates that he may testify about, among other things, how the Department has not done any research to show causation between social media and mental health harms. | Live or Designation | May call |
| **OHIO** | | | |
| Andrea Doty (Rule 30(b)(6) Designee) | Ms. Doty is a Paralegal in the Consumer Protection Section of the Ohio Attorney General's Office.  Meta anticipates that she may testify about, among other things, the State's use of social media, and how the State has not identified instances of U13 individuals on Meta's platforms. | Live or Designation | May call |
| **OREGON** | | | |
| Joseph Feretti (Rule 30(b)(6) Designee) | Mr. Feretti is a Senior Assistant Attorney General with the Oregon Department of Justice.  Meta expects him to testify about, among other things, how the State has not identified | Live or Designation | May call |

19

| Witness | Description | Live or by Designation | May Call or Time Needed for Will Call Testimony |
|---|---|---|---|
| | instances of U13 individuals on Meta's platforms, and how the State is not aware of Meta having any actual knowledge of U13 data collection. | | |
| **PENNSYLVANIA** | | | |
| Mark Wolfe (Rule 30(b)(6) Designee) | Mr. Wolfe is a Deputy Attorney General in the Pennsylvania Office of the Attorney General. Meta expects him to testify about, among other things, how the Commonwealth has not identified instances of individuals under the age of 13 being on Meta's platforms. | Live or Designation | May call |
| **RHODE ISLAND** | | | |
| Stephen Provazza (Rule 30(b)(6) Designee) | Mr. Provazza is the Chief of the Rhode Island Consumer and Economic Justice Unit at the Rhode Island Office of the Attorney General. Meta anticipates he may testify about, among other things, how the State is not aware of Meta having any actual knowledge of U13 data collection. | Live or Designation | May call |
| **SOUTH CAROLINA** | | | |
| Andrew Cole (Rule 30(b)(6) Designee) | Mr. Cole is an Assistant Attorney General with the South Carolina Attorney General. Meta anticipates that he may testify about, among other things, how the State has not identified instances of U13 individuals on Meta's platforms, and how the State is not aware of Meta having any actual knowledge of U13 data collection. | Live or Designation | May call |
| **WASHINGTON** | | | |
| Randall Spaulding | Mr. Spaulding is the Executive Director of the Washington Board of Education. Meta anticipates that he may testify about, among other things, the State's use of social media. | Live or Designation | May call |
| **WEST VIRGINIA** | | | |

META'S PRELIMINARY WITNESS LIST (STATE AG MDL)
4:22-md-03047-YGR-PHK; 4:23-cv-05448-YGR

| Witness | Description | Live or by Designation | May Call or Time Needed for Will Call Testimony |
|---|---|---|---|
| Paula Price (Rule 30(b)(6) Designee) | Ms. Price is a Paralegal in the Consumer Protection Division of the West Virginia Attorney General's Office.  Meta anticipates that she may testify about, among other things, the State's use of social media. | Live or Designation | May call |
| TOTAL TIME: State-Specific Witnesses | | | 6.5 |

21

Dated:  April 24, 2026

Respectfully submitted,

DAVIS POLK & WARDWELL LLP

*/s/ James P. Rouhandeh*

James P. Rouhandeh, *pro hac vice*
Greg D. Andres, *pro hac vice*
Antonio J. Perez-Marques, *pro hac vice*
Caroline Stern, *pro hac vice*
Corey M. Meyer, *pro hac vice*
450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4000
Facsimile: (212) 701-5800
rouhandeh@davispolk.com
greg.andres@davispolk.com
antonio.perez@davispolk.com
caroline.stern@davispolk.com
corey.meyer@davispolk.com


COVINGTON & BURLING LLP

Ashley M. Simonsen, SBN 275203
1999 Avenue of the Stars
Los Angeles, California 90067
Telephone: (424) 332-4800
Facsimile: (424) 332-2749
asimonsen@cov.com

Paul W. Schmidt, *pro hac vice*
Phyllis A. Jones, *pro hac vice*
One CityCenter
850 Tenth Street, NW
Washington, DC 20001-4956
Telephone: (202) 662-6000
Facsimile: (202) 662-6291
pschmidt@cov.com
pajones@cov.com

*Attorneys for Defendants Meta Platforms,
Inc. and Instagram, LLC*