*[Parties and Counsel Listed on Signature Pages]*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates To:<br><br>*Breathitt County Board of Education v. Meta Platforms, Inc., et al.*<br><br>Case No.: 4:23-CV-01804 | MDL No. 3047<br><br>Case No. 4:22-md-03047-YGR (PHK)<br><br>**JOINT STIPULATION REGARDING TRIAL TESTIMONY OF EVAN SPIEGEL**<br><br>Judge: Hon. Yvonne Gonzalez Rogers<br>Magistrate Judge: Hon. Peter H. Kang |

## JOINT STIPULATION

Defendant Snap Inc. and Plaintiff Breathitt County Board of Education ("Breathitt") have reached an agreement enabling the Parties to resolve through stipulation, without the need for Court intervention, Snap's "apex" motion to preclude Plaintiff from calling Snap's CEO live at the *Breathitt* trial.

At the March 18, 2026 CMS, Snap notified Plaintiff and the Court of its intent to file an "apex" motion to preclude Plaintiff from calling Evan Spiegel live at the *Breathitt* trial. Snap has agreed not to file its "apex" motion and to limit Snap's direct examination of Mr. Spiegel to no more than 75 minutes; in exchange, Plaintiff has committed to work with Snap to schedule Mr. Spiegel's testimony on a specific day decided by the Parties in advance, taking into consideration Mr. Spiegel's schedule, and to begin and end Plaintiff's examination of Mr. Spiegel on that trial day (*i.e.*, to limit their cross/re-cross of Mr. Spiegel to no more than 3 hours and 15 minutes).

JOINT STIPULATION REGARDING
TRIAL TESTIMONY OF EVAN SPIEGEL
4:22-md-03047-YGR

DATED: April 29, 2026                    Respectfully submitted,


By:    /s/  *E. Martin Estrada*
E. MARTIN ESTRADA (State Bar No. 223802)
Martin.Estrada@mto.com
L. ASHLEY AULL (State Bar No. 257020)
Ashley.Aull@mto.com
VICTORIA A. DEGTYAREVA (State Bar No. 284199)
Victoria.Degtyareva@mto.com
MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue, 50th Floor
Los Angeles, CA 90071
Tel.: (213) 683-9100
Facsímile: (213) 687-3702

JONATHAN H. BLAVIN (State Bar No. 230269)
Jonathan.Blavin@mto.com
MUNGER, TOLLES & OLSON LLP
560 Mission Street, 27th Floor
San Francisco, CA 94105
Tel: (415) 512-4000


*Attorneys for Defendant Snap Inc.*

JOINT STIPULATION REGARDING
TRIAL TESTIMONY OF EVAN SPIEGEL
4:22-md-03047-YGR

By:    /s/ *Khaldoun Baghdadi*
KHALDOUN BAGHDADI
KELLY L. GANCI
**WALKUP, MELODIA KELLY & SCHOENBERGER**
650 California Street, 26th Floor
San Francisco, CA 94108
Telephone: 415-981-7210
kbaghdadi@walkuplawoffice.com
kganci@walkuplawoffice.com


LEXI J. HAZAM
**LIEFF CABRASER HEIMANN &
BERNSTEIN, LLP**
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone: 415-956-1000
lhazam@lchb.com

PREVIN WARREN
**MOTLEY RICE LLC**
401 9th Street NW Suite 630
Washington DC 20004
Telephone: 202-386-9610
pwarren@motleyrice.com


*Co-Lead Counsel for Plaintiffs*

RONALD E. JOHNSON, JR.
SARAH EMERY
**HENDY JOHNSON VAUGHN EMERY PSC**
600 WEST MAIN STREET, SUITE 100
LOUISVILLE, KT 40202
Telephone: 859-578-4444
rjohnson@justicestartshere.com
semery@justicestartshere.com


*Counsel for Breathitt*

MICHAEL M. WEINKOWITZ
**LEVIN SEDRAN & BERMAN, LLP**
510 Walnut Street, Suite 500
Philadelphia, PA 19106
Telephone: 215-592-1500
MWeinkowitz@lfsblaw.com


*Co-chair of School District Committee Plaintiffs
Leadership Committee
Counsel for Breathitt*

4

**FILER'S ATTESTATION**

I, E. Martin Estrada, hereby attest, pursuant to N.D. Cal. Civil L.R. 5-1, that the concurrence to the filing of this document has been obtained from each signatory hereto.

Dated: April 29, 2026

By: */s/ E. Martin Estrada*

JOINT STIPULATION REGARDING
TRIAL TESTIMONY OF EVAN SPIEGEL
4:22-md-03047-YGR