WILLIAMS & CONNOLLY LLP
Ashley W. Hardin, *pro hac vice*
J. Andrew Keyes, *pro hac vice*
Neelum J. Wadhwani (SBN 247948)
680 Maine Avenue SW
Washington, DC 20024
Tel.: (202) 434-5000
ahardin@wc.com
akeyes@wc.com
nwadhwani@wc.com

*Attorney for Defendants YouTube, LLC
and Google LLC*

[*Additional parties and counsel listed on
signature pages*]

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates To:<br><br>ALL ACTIONS | MDL No. 3047<br><br>Case No. 4:22-md-03047-YGR-PHK<br><br>**DEFENDANTS' UNOPPOSED ADMINISTRATIVE MOTION FOR LEAVE TO FILE SUPPLEMENTAL AUTHORITY**<br><br>Judge: Hon. Yvonne Gonzalez Rogers<br>Magistrate Judge: Hon. Peter H. Kang |

-1-                                    Case No. 4:22-md-03047-YGR-PHK

DEFENDANTS' UNOPPOSED ADMINISTRATIVE MOTION FOR LEAVE TO FILE SUPPLEMENTAL AUTHORITY

Pursuant to Civil Local Rules 7-11 and 7-3(d), Defendants Meta Platforms, Inc. f/k/a Facebook, Inc., and Instagram, LLC; Snap, Inc.; TikTok Inc., ByteDance Inc., ByteDance Ltd., TikTok Ltd., and TikTok, LLC; YouTube, LLC and Google LLC; (collectively "Defendants"), respectfully submit this Administrative Motion for Leave to File Supplemental Authority to bring to the Court's attention two recent Maryland Supreme Court opinions: Ex. A, *Express Scripts, Inc. v. Anne Arundel Cnty.*, No. 1, Sept. Term, 2025, 2026 WL 797872 (Md. Mar. 23, 2026) ("*Express Scripts*") and Ex. B, *Mayor & City Council of Baltimore v. B.P. P.L.C.*, No. 11, Sept. Term, 2025, 2026 WL 809501 (Md. Mar. 24, 2026) ("*Baltimore*").  Further, on April 24, 2026, the Maryland Supreme Court vacated the judgment of the Circuit Court in *Mayor and City Council of Baltimore v. Purdue Pharma, L.P.*, No. 24-C-18-000515 (Md. Cir. Ct.) ("*Purdue Pharma*"), and remanded the case for further proceedings consistent with *Express Scripts*.[1]  Ex. C, *Mayor & City Council of Baltimore v. McKesson Corporation*, No. 354 (Md. Apr. 24, 2026) (per curiam).

Defendants submit *Express Scripts* and *Baltimore* in support of their arguments that Maryland does not recognize public nuisance claims like those asserted by the Board of Education of Harford County and other Maryland school district plaintiffs.  Defendants also submit *Baltimore* in support of their arguments that Maryland does not recognize failure-to-warn claims like those asserted by Harford.  *See* Defendants' Motion for Summary Judgment (Harford) (SD MSJ No. 6) (ECF No. 2296) 15 n.4, 41–46; Defendants' Motion to Dismiss the School District and Local Government Entities' Master Complaint (ECF No. 601) 30–44.

Both sides may request further briefing on Defendants' motion for summary judgment and the parties' proposed jury instructions for Harford at an appropriate time.

Plaintiff Harford County Board of Education asked Defendants to include the following statement in this filing:

> Plaintiff Harford County Board of Education ("Harford") does not oppose Defendants' administrative motion. Harford also agrees that additional briefing on

---

[1] *Purdue Pharma* was cited in the parties' summary judgment briefing, ECF Nos. 2296 at 38 n. 13; 2533 at 213; 2517 at 27; 2511 at 18–19, and in the parties' Joint Proposed Jury Instructions, ECF No. 2684.

DEFENDANTS' UNOPPOSED ADMINISTRATIVE MOTION FOR LEAVE TO FILE SUPPLEMENTAL AUTHORITY

public nuisance may be needed at an appropriate time. Harford notes that neither *Express Scripts* nor *Purdue Pharma* considered failure to warn.

Dated: April 29, 2026

Respectfully submitted,

/s/ *Ashley W. Hardin*

ASHLEY W. HARDIN, *pro hac vice*
ahardin@wc.com
J. ANDREW KEYES, *pro hac vice*
akeyes@wc.com
NEELUM J. WADHWANI (SBN 247948)
nwadhwani@wc.com
WILLIAMS & CONNOLLY LLP
680 Maine Avenue SW
Washington, DC 20024
Tel.: (202) 434-5000

*Attorneys For Defendants YouTube, LLC And Google LLC*

/s/ *Ashley Simonsen*

Ashley M. Simonsen (Bar No. 275203)
COVINGTON & BURLING LLP
1999 Avenue of the Stars
Los Angeles, California 90067
Telephone: (424) 332-4800
Facsimile: (424) 332-4749
Email: asimonsen@cov.com

Phyllis A. Jones (*pro hac vice*)
Paul W. Schmidt (*pro hac vice*)
Christian J. Pistilli (*pro hac vice*)
COVINGTON & BURLING LLP
One City Center
850 Tenth Street, NW
Washington, DC 20001-4956
Telephone: (202) 662-6000
Facsimile: (202) 662-6291
Email: pajones@cov.com
Email: pschmidt@cov.com
Email: cpistilli@cov.com

*Attorneys for Defendants Meta Platforms, Inc. f/k/a Facebook, Inc. and Instagram, LLC*

DEFENDANTS' UNOPPOSED ADMINISTRATIVE MOTION FOR LEAVE TO FILE SUPPLEMENTAL AUTHORITY

/s/ Jonathan H. Blavin
JONATHAN H. BLAVIN (State Bar No. 230269)
Jonathan.Blavin@mto.com
MUNGER, TOLLES & OLSON LLP
560 Mission Street, 27th Floor
San Francisco, CA 94105
Tel: (415) 512-4000

E. MARTIN ESTRADA (State Bar No. 223802)
Martin.Estrada@mto.com
L. ASHLEY AULL (State Bar No. 257020)
Ashley.Aull@mto.com
VICTORIA A. DEGTYAREVA (State Bar No. 284199)
Victoria.Degtyareva@mto.com
MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue, 50th Floor
Los Angeles, CA 90071
Tel.: (213) 683-9100
Facsimile: (213) 687-3702

ALLISON BROWN, *pro hac vice*
alli.brown@kirkland.com
KIRKLAND & ELLIS LLP
2005 Market Street, Suite 1000
Philadelphia, PA 19103
Tel.: (215) 268-5000

JESSICA DAVIDSON, *pro hac vice*
jessica.davidson@kirkland.com
JOHN J. NOLAN, *pro hac vice*
jack.nolan@kirkland.com
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, NY 10022
Tel.: (212) 446-4800


*Attorneys for Defendant Snap Inc.*



/s/ Geoffrey M. Drake
GEOFFREY M. DRAKE, *pro hac vice*
gdrake@kslaw.com

-4-    Case No. 4:22-md-03047-YGR-PHK

DEFENDANTS' UNOPPOSED ADMINISTRATIVE MOTION FOR LEAVE TO FILE SUPPLEMENTAL AUTHORITY

TACARA D. HARRIS, pro hac vice
tharris@kslaw.com
KING & SPALDING LLP
1180 Peachtree Street, NE, Suite 1600
Atlanta, GA 30309
Telephone: (404) 572-4600
Facsimile: (404) 572-5100

DAVID P. MATTERN, *pro hac vice*
dmattern@kslaw.com
KING & SPALDING LLP
1700 Pennsylvania Avenue, NW
Suite 900
Washington, D.C. 20006
Telephone: (202) 737-0500
Facsimile: (202) 626-3737

BAILEY J. LANGNER (SBN 307753)
blangner@kslaw.com
KING & SPALDING LLP
50 California Street, Suite 3300
San Francisco, CA 94111
Telephone: (415) 318-1200
Facsimile: (415) 318-1300

*/s/ Daniel M. Petrocelli*
DANIEL M. PETROCELLI (SB #97802)
dpetrocelli@omm.com
SABRINA H. STRONG (SB #200292)
sstrong@omm.com
O'MELVENY & MYERS LLP
1999 Avenue of the Stars, 8th Floor
Los Angeles, CA 90067
Telephone: (310) 553-6700

STEPHEN D. BRODY (*pro hac vice*)
sbrody@omm.com
O'MELVENY & MYERS LLP
1625 Eye Street, NW
Washington, D.C. 20006
Telephone: (202) 383-5300

*Attorneys for Defendants TikTok Inc.,
ByteDance Inc., ByteDance Ltd., TikTok Ltd.,
and TikTok, LLC*

DEFENDANTS' UNOPPOSED ADMINISTRATIVE MOTION FOR LEAVE TO FILE SUPPLEMENTAL AUTHORITY

**ATTESTATION**

I, Ashley W. Hardin, hereby attest, pursuant to N.D. Cal. Civil L.R. 5-1, that the concurrence to the filing of this document has been obtained from each signatory hereto.


Dated: April 29, 2026                    By: */s/ Ashley W. Hardin*
                                              Ashley W. Hardin

-6-                              Case No. 4:22-md-03047-YGR-PHK

DEFENDANTS' UNOPPOSED ADMINISTRATIVE MOTION FOR LEAVE TO FILE SUPPLEMENTAL AUTHORITY