# EXHIBIT C

Circuit Court for Baltimore City
Case No. 24-C-18-000515

<u>IN THE SUPREME COURT</u>

<u>OF MARYLAND</u>

Petition No. 354

September Term, 2025

---

MAYOR & CITY COUNCIL OF
BALTIMORE

v.

MCKESSON CORPORATION, et al.

---

Fader, C.J.,
Watts,
Booth,
Biran,
Gould,
Eaves,
Killough,
                    JJ.

---

PER CURIAM ORDER

---

Filed: April 24, 2026

Pursuant to the Maryland Uniform Electronic Legal
Materials Act (§§ 10-1601 et seq. of the State
Government Article) this document is authentic.



Gregory Hilton, Clerk

|  |  |  |
|---|---|---|
| | * | IN THE |
| MAYOR & CITY COUNCIL OF BALTIMORE | * | SUPREME COURT |
| | * | OF MARYLAND |
| v. | * | Petition No. 354<br>September Term, 2025 |
| | * | |
| MCKESSON CORPORATION, et al. | * | (No. 1643, Sept. Term, 2025<br>Appellate Court of Maryland) |
| | * | (Cir. Ct. No. 24-C-18-000515) |

## O R D E R

In consideration of the record in this case, the petitions for writ of certiorari, and in light of the Court's recent decision in *Express Scripts, Inc., et al. v. Anne Arundel County, Maryland*, ___ Md. ___, Misc. No. 1, Sept. Term, 2025 (March 23, 2026), it is this 24th day of April 2026, by the Supreme Court of Maryland,

ORDERED that the petitions for writ of certiorari are granted; and it is further

ORDERED that the judgment of the Circuit Court for Baltimore City is vacated and the case is remanded to that court for further proceedings consistent with this Court's opinion in *Express Scripts*.



/s/ Matthew J. Fader
Chief Justice