UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION | MDL No. 3047 |
| | Case No. 4:22-md-03047-YGR-PHK |
| This Document Relates To: | **[PROPOSED] ORDER GRANTING DEFENDANTS' UNOPPOSED ADMINISTRATIVE MOTION FOR LEAVE TO FILE SUPPLEMENTAL AUTHORITY** |
| ALL ACTIONS | |
| | Judge: Hon. Yvonne Gonzalez Rogers |
| | Magistrate Judge: Hon. Peter H. Kang |

[PROPOSED] ORDER GRANTING DEFENDANTS' UNOPPOSED ADMINISTRATIVE MOTION FOR LEAVE TO FILE SUPPLEMENTAL AUTHORITY

Pursuant to Civil Local Rules 7-11 and 7-3(d), the Court grants the Defendants' Unopposed Administrative Motion for Leave to File Supplemental Authority regarding *Express Scripts, Inc. v. Anne Arundel Cnty.*, No. 1, Sept. Term, 2025, 2026 WL 797872 (Md. Mar. 23, 2026) and *Mayor & City Council of Baltimore v. B.P. P.L.C.*, No. 11, Sept. Term, 2025, 2026 WL 809501 (Md. Mar. 24, 2026).

**IT IS SO ORDERED.**

DATED: _____

_____
Hon. Yvonne Gonzales-Rogers
United States District Judge

[PROPOSED] ORDER GRANTING DEFENDANTS' UNOPPOSED ADMINISTRATIVE MOTION FOR LEAVE TO FILE SUPPLEMENTAL AUTHORITY