UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates To:<br><br>*People of the State of California, et al. v. Meta Platforms, Inc. et al.* | MDL No. 3047<br><br>Case Nos.: 4:22-md-03047-YGR<br>4:23-cv-05448-YGR<br><br>**[PROPOSED] ORDER REQUIRING THE STATE AGS TO SUBMIT A REVISED LIST OF ALLEGED STATEMENTS ON WHICH THEY INTEND TO PROCEED TO TRIAL AND FOR LEAVE TO FILE SUPPLEMENTAL SUMMARY-JUDGMENT BRIEFING**<br><br>Judge: Hon. Yvonne Gonzalez Rogers<br>Magistrate Judge: Hon. Peter H. Kang |

Meta has filed an administrative motion seeking an order requiring the State AGs to comply with the Court's prior order to file a list of the alleged "[mis]statements the AGs are actually moving forward on" for purposes of trial, 4/15/26 Hr'g Tr. at 11:8-9, and for leave to submit supplemental summary-judgment briefing after the State AGs submit that narrowed list.  Contrary to what the Court previously ordered, the AGs' "list of actionable representations" submitted on April 20, 2026 (1) does not meaningfully narrow the alleged misstatements at issue, which still encompass over 100 statements, and (2) expressly states that the AGs "intend to further narrow this list for presentation at trial."  ECF 2972 at 1, *as corrected* ECF 2994.

Having considered Meta's and the AGs' submissions in connection with Meta's motion, the Court hereby **GRANTS** Meta's motion.  The AGs are **ORDERED** to file a narrowed list, limited to the specific statements on which the States of California, Colorado, Kentucky, and New Jersey actually intend to proceed at trial for purposes of their consumer deception claims; and the Parties are directed thereafter to submit supplemental briefing on Meta's motion for summary judgment as to those claims, directed to the specific statements identified in the AGs' list, on the following schedule:

- AGs' list of statements: May 7, 2026
- Meta's supplemental brief: May 14, 2026 (10 pages double-spaced)
- State AGs' response: May 21, 2026 (10 pages double-spaced)
- Meta's reply: May 25, 2026 (5 pages double-spaced)
- Hearing: concurrent with May 27 CMC at 1:00 PM

**IT IS SO ORDERED.**

Dated: _____

_____
Honorable Yvonne Gonzalez Rogers
United States District Court Judge

[PROPOSED] ORDER REQUIRING THE STATE AGS TO SUBMIT A REVISED LIST OF ALLEGED STATEMENTS ON WHICH THEY
INTEND TO PROCEED TO TRIAL AND FOR LEAVE TO FILE SUPPLEMENTAL SUMMARY-JUDGMENT BRIEFING
4:22-md-03047-YGR; 4:23-cv-05448-YGR