Ashley M. Simonsen (Bar No. 275203)
COVINGTON & BURLING LLP
1999 Avenue of the Stars
Los Angeles, California 90067
Telephone: (424) 332-4800
Facsimile: (424) 332-4749
Email: asimonsen@cov.com

Attorneys for Defendants Meta Platforms, Inc.
f/k/a Facebook, Inc.; Facebook Holdings, LLC;
Facebook Operations, LLC; Meta Payments Inc.
f/k/a Facebook Payments Inc.; Meta Platforms
Technologies, LLC f/k/a Facebook Technologies,
LLC; Instagram, LLC; and Siculus LLC f/k/a
Siculus, Inc.

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION | MDL No. 3047 |
| | Case No. 4:22-md-03047-YGR-PHK<br>        No. 4:23-cv-05448-YGR |
| THIS DOCUMENT RELATES TO: | **META'S NOTICE OF PARTIAL WITHDRAWAL (AS TO STATE AGS ONLY) OF META'S LETTER BRIEF REGARDING VIDEOTAPING OF TRIAL TESTIMONY** |
| *ALL ACTIONS* | Judge: Hon. Yvonne Gonzalez Rogers<br>Magistrate Judge: Hon. Peter H. Kang |

META'S NOTICE OF PARTIAL WITHDRAWAL (AS TO STATE AGS ONLY) OF META'S LETTER BRIEF
REGARDING VIDEOTAPING OF TRIAL TESTIMONY
(4:22-MD-03047-YGR-PHK; 4:23-CV-05448-YGR)

Defendants Meta Platforms, Inc. and Instagram, LLC (collectively "Meta") respectfully submit this Notice of Partial Withdrawal (as the State Attorneys General ("State AGs") only) in connection with Meta's Letter Brief Regarding Videotaping of Trial Testimony (ECF No. 2985).

Meta hereby withdraws the portion of its letter brief seeking relief with respect to trials of the State AGs' claims in this MDL.  Meta and the State AGs have resolved their dispute.  Specifically, Meta has agreed that Mr. Zuckerberg will testify live at the first AG trial; in turn, the State AGs have agreed that Mr. Zuckerberg's testimony at that trial will be videotaped and available for use at future AG trials in this MDL.  The full agreement between Meta and the State AGs is memorialized at ECF 3004 (Stipulation Regarding Videotaped Trial Testimony of Mark Zuckerberg in the First MDL AG Trial).

Meta respectfully submits that the State AGs' agreement to allow Mr. Zuckerberg's testimony to be videotaped at the first MDL AG trial, for use in future MDL AG trials, provides further support for—and reinforces the reasonableness of—Meta's separate request to videotape Mr. Zuckerberg's testimony at the first school district bellwether trial (*Breathitt*) for use in future trials.

META'S NOTICE OF PARTIAL WITHDRAWAL (AS TO STATE AGS ONLY) OF META'S LETTER BRIEF
REGARDING VIDEOTAPING OF TRIAL TESTIMONY
(4:22-MD-03047-YGR-PHK)

Respectfully submitted,

Dated:  May 1, 2026

COVINGTON & BURLING LLP

*/s/  Ashley M. Simonsen*
ASHLEY M. SIMONSEN (Bar No. 275203)
COVINGTON & BURLING LLP
1999 Avenue of the Stars
Los Angeles, California 90067
Telephone: (424) 332-4800
Facsimile: (424) 332-4749
Email: asimonsen@cov.com

PHYLLIS A. JONES (*pro hac vice*)
PAUL W. SCHMIDT (*pro hac vice*)
COVINGTON & BURLING LLP
One City Center
850 Tenth Street, NW
Washington, DC 20001-4956
Telephone: (202) 662-6000
Facsimile: (202) 662-6291
Email: pajones@cov.com
Email: pschmidt@cov.com

*Attorneys for Defendants Meta Platforms, Inc.*
*f/k/a Facebook, Inc.; and Instagram, LLC*

META'S NOTICE OF PARTIAL WITHDRAWAL (AS TO STATE AGS ONLY) OF META'S LETTER BRIEF
REGARDING VIDEOTAPING OF TRIAL TESTIMONY
(4:22-MD-03047-YGR-PHK)