James P. Rouhandeh, *pro hac vice*
Antonio J. Perez-Marques, *pro hac vice*
Caroline Stern, *pro hac vice*
Kathryn S. Benedict, *pro hac vice*
Corey M. Meyer, *pro hac vice*
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4000
Facsimile: (212) 701-5800
Email: rouhandeh@davispolk.com
         antonio.perez@davispolk.com
         caroline.stern@davispolk.com
         kathryn.benedict@davispolk.com
         corey.meyer@davispolk.com

*Attorneys for Defendants Meta Platforms, Inc. and Instagram, LLC*

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*People of the State of California, et al. v. Meta Platforms, Inc., et al.* | MDL No. 3047<br><br>Case Nos. 4:22-md-03047-YGR-PHK<br>        4:23-cv-05448-YGR<br><br>**OMNIBUS SEALING STIPULATION (META'S AND STATE AGS' MOTIONS FOR SUMMARY JUDGMENT)**<br><br>Judge: Hon. Yvonne Gonzalez Rogers<br>Magistrate Judge: Hon. Peter H. Kang |

Pursuant to Civil Local Rules 7-11 and 79-5, paragraph 12 of the Standing Order in Civil Cases, and this Court's Order Setting Sealing Procedures ("Sealing Protocol") (ECF 341), the State Attorneys General ("State AGs") and Defendants Meta Platforms, Inc. and Instagram, LLC (together, "Meta," and together with the State AGs, the "Parties") submit this Omnibus Sealing Stipulation in connection with materials the Parties filed with their summary judgment motions, including: Meta's Motion for Summary Judgment filed on January 30, 2026 ("Meta's MSJ) (ECF Nos. 2704, 2705); the State AGs' Motion for Partial Summary Judgment filed on January 30, 2026 ("AGs' Partial MSJ") (ECF Nos. 2780, 2781); the State AGs' Opposition to Meta's Motion for Summary Judgment and Cross-Motion for Partial Summary Judgment filed on February 27, 2026 ("AGs' Partial MSJ") (ECF Nos. 2779, 2783-90); Meta's Opposition to the State AGs' Motion for Partial Summary Judgment filed on February 27, 2026 ("Meta's Opp. to AGs' Partial MSJ") (ECF Nos. 2780, 2781); Meta's Reply in Support of Motion for Summary Judgment and Opposition to the State AGs' Cross-Motion for Partial Summary Judgment filed on March 27, 2026 ("Meta's Reply") (ECF Nos. 2892, 2893); and the State AGs' Reply in Support of the State Attorneys General's Motion for Partial Summary Judgment filed on March 27, 2026 ("AGs Reply") (ECF Nos. 2894, 2899); and all accompanying exhibits.

As set forth below, the Parties agree to certain requests to seal, and the State AGs oppose certain other requests from Meta.  Other than the materials set forth below, the Parties agree that the filings otherwise need not be maintained under seal.

**I.      Documents for Which the Parties' Proposed Redactions Are Undisputed**

The following chart sets forth the documents for which the proposed redactions are undisputed.  In an effort to avoid litigating unnecessary disputes where possible at this stage, the State AGs have agreed to seal certain information without conceding that it meets the "compelling reasons" standard.  The State AGs reserve rights to seek further unsealing of documents for the purposes of trial.

In the table below, references to "Employee PII" in the table encompass the following categories of personally identifiable information ("PII"): names of nonexecutive current or former Meta employees who have not been deposed in the MDL or the JCCP 5255 and all email addresses,

1

phone numbers, addresses, and similar information.  "PII of minors" includes the names and full dates of birth of minors, in accordance with Fed. R. Civ. P. 5.2.  Compelling reasons exist to seal this information when it would protect "individuals' privacy rights" (which includes a party's non-executive, non-party employees).  *In re Volkswagen "Clean Diesel" Mktg., Sales Pracs., & Prods. Liab. Litig.*, 2016 WL 11807130, at *2 (N.D. Cal. Aug. 24, 2016); *see also Foltz v. State Farm Mut. Auto. Ins. Co.*, 331 F.3d 1122, 1137 (9th Cir. 2003) (acknowledging privacy interests implicated by PII when discussing sealing).  Unless otherwise indicated, cited declarations have been filed as attachments to Meta's Omnibus Motion to Seal.

| Undisputed Portions to Seal | | | | |
| --- | --- | --- | --- | --- |
| **Document** | **Portion to Be Sealed** | **Designating Party** | **Basis for Sealing** | **Whether Previously Sealed[1]** |
| AGs' Partial MSJ Ex. 2, ECF No. 2696-4 | Employee PII at transcript pages 224 and 295 | Meta | Sealing will protect the privacy and safety interests of employees. Decl. of Andre Suite ¶¶ 2–4.[2] | To Meta's knowledge, no party has previously sought to seal this exhibit. |
| AGs' Partial MSJ Ex. 5, ECF No. 2696-7 | Employee PII at META3047MDL-287-00003183–META3047MDL-287-00003187, META3047MDL-287-00003189–META3047MDL-287-00003191, and PDF page 15 | Meta | Sealing will protect the privacy and safety interests of employees. Decl. of Andre Suite ¶¶ 2–4. | To Meta's knowledge, no party has previously sought to seal this exhibit. |

---

[1]  Exhibits listed in this column were appended to the School District Plaintiffs' Omnibus Opposition to Defendants' Motions for Summary Judgment, for which the Court granted Meta's request to seal its confidential information in CMO 2748.  *See* ECF Nos. 2748, 2729-6.
[2] Decl. of Andre Suite (Apr. 8, 2025), ECF 1850-1.

| **Undisputed Portions to Seal** | | | | |
|---|---|---|---|---|
| **Document** | **Portion to Be Sealed** | **Designating Party** | **Basis for Sealing** | **Whether Previously Sealed[1]** |
| AGs' Partial MSJ Ex. 8, ECF No. 2696-10 | Employee PII at PDF pages 1, 2, 4, 6, 8, 9 | Meta | Sealing will protect the privacy and safety interests of employees. Decl. of Andre Suite ¶¶ 2–4. | To Meta's knowledge, no party has previously sought to seal this exhibit. |
| AGs' Partial MSJ Ex. 9, ECF No. 2696-11 | Employee PII at META3047MDL-155-00009593 and META3047MDL-155-00009594 | Meta | Sealing will protect the privacy and safety interests of employees. Decl. of Andre Suite ¶¶ 2–4. | To Meta's knowledge, no party has previously sought to seal this exhibit. |
| AGs' Partial MSJ Ex. 10, ECF No. 2696-12 | Employee PII at META3047MDL-037-00083064 | Meta | Sealing will protect the privacy and safety interests of employees. Decl. of Andre Suite ¶¶ 2–4. | To Meta's knowledge, no party has previously sought to seal this exhibit. |
| AGs' Partial MSJ Ex. 11, ECF No. 2696-13 | Employee PII at PDF pages 1-4 | Meta | Sealing will protect the privacy and safety interests of employees. Decl. of Andre Suite ¶¶ 2–4. | To Meta's knowledge, no party has previously sought to seal this exhibit. |
| AGs' Partial MSJ Ex. 12, ECF No. 2696-14 | Employee PII at META3047MDL-146-00072943 and META3047MDL-146-00072950 | Meta | Sealing will protect the privacy and safety interests of employees. Decl. of Andre Suite ¶¶ 2–4. | To Meta's knowledge, no party has previously sought to seal this exhibit. |
| AGs' Partial MSJ Ex. 13, ECF No. 2696-15 | Employee PII at META3047MDL-146-00072869 - | Meta | Sealing will protect the privacy and safety interests of employees. Decl. of Andre Suite ¶¶ 2–4. | To Meta's knowledge, no party has previously |

| Undisputed Portions to Seal | | | | |
|---|---|---|---|---|
| **Document** | **Portion to Be Sealed** | **Designating Party** | **Basis for Sealing** | **Whether Previously Sealed[1]** |
| | META3047MDL-146-00072874 | | | sought to seal this exhibit. |
| AGs' Partial MSJ Ex. 21, ECF No. 2696-23 | Competitively sensitive information at PDF pages 3-4 | Meta | This document contains details about the design of Meta's ranking and recommendation algorithms and systems on its platforms. Sealing is necessary to avoid competitive harm. Decl. of Curtiss Cobb ¶ 4 | To Meta's knowledge, no party has previously sought to seal this exhibit. |
| AGs' Partial MSJ Ex. 23, ECF No. 2696-25 | Competitively sensitive information at META3047MDL-047-01202953, META3047MDL-047-01202954<br><br>Employee PII at META3047MDL-047-01202953 and META3047MDL-047-01202954 | Meta | This document contains proprietary internal research with technical details concerning ranking models, prior engineering strategies, and effective data sampling strategies. Sealing is necessary to avoid competitive harm. Decl. of Curtiss Cobb ¶ 7<br><br>Sealing will protect the privacy and safety interests of employees. Decl. of Andre Suite ¶¶ 2–4. | To Meta's knowledge, no party has previously sought to seal this exhibit. |
| AGs' Partial MSJ Ex. 28, ECF No. 2696-30 | Employee PII at PDF page 8 | Meta | Sealing will protect the privacy and safety interests of employees. Decl. of Andre Suite ¶¶ 2–4. | To Meta's knowledge, no party has previously sought to seal this exhibit. |
| AGs' Partial MSJ Ex. 30, | Employee PII - all pages | Meta | Sealing will protect the privacy and safety interests of employees. | To Meta's knowledge, no party has previously |

4

| Undisputed Portions to Seal | | | | |
|---|---|---|---|---|
| **Document** | **Portion to Be Sealed** | **Designating Party** | **Basis for Sealing** | **Whether Previously Sealed[1]** |
| ECF No. 2696-32 | Competitively sensitive information at all pages | | Decl. of Andre Suite ¶¶ 2–4.<br><br>This document contains detailed organization, headcount, and ledger data. Sealing is necessary to avoid competitive harm. Decl. of Max Eulenstein ¶ 8 | sought to seal this exhibit. |
| AGs' Partial MSJ Ex. 31, ECF No. 2696-33 | Employee PII - all pages<br><br>Competitively sensitive information at all pages | Meta | Sealing will protect the privacy and safety interests of employees. Decl. of Andre Suite ¶¶ 2–4.<br><br>This document contains detailed organization, headcount, and ledger data. Sealing is necessary to avoid competitive harm. Decl. of Max Eulenstein ¶ 8 | To Meta's knowledge, no party has previously sought to seal this exhibit. |
| AGs' Partial MSJ Ex. 32, ECF No. 2696-34 | Employee PII - all pages<br><br>Competitively sensitive information at all pages | Meta | Sealing will protect the privacy and safety interests of employees. Decl. of Andre Suite ¶¶ 2–4.<br><br>This document contains detailed organization, headcount, and ledger data. Sealing is necessary to avoid competitive harm. Decl. of Max Eulenstein ¶ 8 | To Meta's knowledge, no party has previously sought to seal this exhibit. |
| AGs' Partial MSJ Ex. 33, ECF No. 2696-35 | Employee PII - all pages<br><br>Competitively sensitive | Meta | Sealing will protect the privacy and safety interests of employees. Decl. of Andre Suite ¶¶ 2–4. | To Meta's knowledge, no party has previously |

| Undisputed Portions to Seal | | | | |
|---|---|---|---|---|
| **Document** | **Portion to Be Sealed** | **Designating Party** | **Basis for Sealing** | **Whether Previously Sealed[1]** |
| | information at pages 1-104 | | This document contains detailed organization, headcount, and ledger data. Sealing is necessary to avoid competitive harm. Decl. of Max Eulenstein ¶ 8 | sought to seal this exhibit. |
| AGs' Partial MSJ Ex. 34, ECF No. 2696-36 | Employee PII at META3047MDL-053-00012619 | Meta | Sealing will protect the privacy and safety interests of employees. Decl. of Andre Suite ¶¶ 2–4. | To Meta's knowledge, no party has previously sought to seal this exhibit. |
| AGs' Partial MSJ Ex. 37, ECF No. 2696-39 | Employee PII at META3047MDL-050-00309895 | Meta | Sealing will protect the privacy and safety interests of employees. Decl. of Andre Suite ¶¶ 2–4. | To Meta's knowledge, no party has previously sought to seal this exhibit. |
| AGs' Partial MSJ Ex. 39, ECF No. 2696-41 | Employee PII at META3047MDL-111-00135412 and META3047MDL-111-00135413 | Meta | Sealing will protect the privacy and safety interests of employees. Decl. of Andre Suite ¶¶ 2–4. | To Meta's knowledge, no party has previously |
| AGs' Partial MSJ Ex. 42, ECF No. 2696-44 | Employee PII at META3047MDL-037-00076549 | Meta | Sealing will protect the privacy and safety interests of employees. Decl. of Andre Suite ¶¶ 2–4. | To Meta's knowledge, no party has previously sought to seal this exhibit. |
| AGs' Partial MSJ Ex. 44, ECF No. 2696-46 | Employee PII at META3047MDL-047-00945193 - | Meta | Sealing will protect the privacy and safety interests of employees. Decl. of Andre Suite ¶¶ 2–4. | To Meta's knowledge, no party has previously |

| Undisputed Portions to Seal | | | | |
|---|---|---|---|---|
| **Document** | **Portion to Be Sealed** | **Designating Party** | **Basis for Sealing** | **Whether Previously Sealed[1]** |
| | META3047MDL-047-00945195 | | | sought to seal this exhibit. |
| AGs' Partial MSJ Ex. 45, ECF No. 2696-47 | Employee PII at META3047MDL-050-00014483 | Meta | Sealing will protect the privacy and safety interests of employees. Decl. of Andre Suite ¶¶ 2–4. | To Meta's knowledge, no party has previously sought to seal this exhibit. |
| Meta's MSJ Ex. 07, ECF No. 2705-10 | Employee PII at META3047MDL-003-00163420 | Meta | This document contains personally identifiable information of non-executives. | To Meta's knowledge, no party has previously sought to seal this exhibit. |
| Meta's MSJ Ex. 08, ECF No. 2705-11 | Employee PII at META3047MDL-006-00000355 | Meta | This document contains personally identifiable information of non-executives. | To Meta's knowledge, no party has previously sought to seal this exhibit. |
| Meta's MSJ Ex. 09, ECF No. 2705-12 | Employee PII at META3047MDL-004-00012792 - META3047MDL-004-00012795 | Meta | This document contains personally identifiable information of non-executives. | To Meta's knowledge, no party has previously sought to seal this exhibit. |
| Meta's MSJ Ex. 10, ECF No. 2705-13 | Employee PII at META3047MDL-003-00187313 - META3047MDL-003-00187314 | Meta | This document contains personally identifiable information of non-executives. | To Meta's knowledge, no party has previously sought to seal this exhibit. |

7

**Undisputed Portions to Seal**

| Document | Portion to Be Sealed | Designating Party | Basis for Sealing | Whether Previously Sealed[1] |
|---|---|---|---|---|
| Meta's MSJ Ex. 11, ECF No. 2705-14 | Employee PII at META3047MDL-003-00122750 - META3047MDL-003-00122754 | Meta | This document contains personally identifiable information of non-executives. | To Meta's knowledge, no party has previously sought to seal this exhibit. |
| Meta's MSJ Ex. 12, ECF No. 2705-15 | Employee PII at META3047MDL-003-00052162 - META3047MDL-003-00052164 | Meta | This document contains personally identifiable information of non-executives. | To Meta's knowledge, no party has previously sought to seal this exhibit. |
| Meta's MSJ Ex. 13, ECF No. 2705-16 | Employee PII at META3047MDL-004-00007205 | Meta | This document contains personally identifiable information of non-executives. | To Meta's knowledge, no party has previously sought to seal this exhibit. |
| Meta's MSJ Ex. 14, ECF No. 2705-17 | Employee PII at META3047MDL-014-00310568 - META3047MDL-014-00310570 | Meta | This document contains personally identifiable information of non-executives. | To Meta's knowledge, no party has previously sought to seal this exhibit. |
| Meta's MSJ Ex. 15, ECF No. 2705-18 | Employee PII at META3047MDL-014-00394440 | Meta | This document contains personally identifiable information of non-executives. | To Meta's knowledge, no party has previously sought to seal this exhibit. |
| Meta's MSJ Ex. 66, ECF No. 2705-69 | Employee PII at META3047M | Meta | This document contains personally identifiable | To Meta's knowledge, no party has |

| **Undisputed Portions to Seal** | | | | |
|---|---|---|---|---|
| **Document** | **Portion to Be Sealed** | **Designating Party** | **Basis for Sealing** | **Whether Previously Sealed[1]** |
| | DL-003-00170183 | | information of non-executives. | previously sought to seal this exhibit. |
| Meta's MSJ Ex. 75, ECF No. 2705-78 | Employee PII at PDF pages 3, 10,13 | Meta | This document contains personally identifiable information of non-executives. | MDL SD Plaintiffs' Omnibus MSJ Opp'n Ex. 286, PII, ECF No. 2758-12 |
| Meta's MSJ Ex. 84, ECF No. 2705-87 | Employee PII at PDF pages 32, 39, 72 | Meta | This document contains personally identifiable information of non-executives. | To Meta's knowledge, no party has previously sought to seal this exhibit. |
| Meta's MSJ Ex. 91, ECF No. 2705-94 | Employee PII at PDF pages 14-15, 17-18, 21 | Meta | This document contains personally identifiable information of non-executives. | To Meta's knowledge, no party has previously sought to seal this exhibit. |
| AGs' Opp. to Meta's MSJ Ex. 1, ECF No. 2783-3 | Employee PII at PDF pages 73, 117, 119, 155, 189, 225, 229, 307 | Meta | Sealing will protect the privacy and safety interests of employees. Decl. of Andre Suite ¶¶ 2–4. | To Meta's knowledge, no party has previously sought to seal this exhibit. |
| | Minor PII at PDF at pages 6, 119, 206, 307, 311, 312, 313, 319-325, 327-343, 373-385, 388, 393, 395-400, 402 | State AGs | Redacted identifying information of minors pursuant to Fed. R. Civ. P. 5.2. | To State AGs' knowledge, no party has previously sought to seal this exhibit. |
| | Competitively Sensitive Information | Viacom (non-party) | The language that is the subject of the redactions in the Media | To State AGs' knowledge, no party has |

**Undisputed Portions to Seal**

| Document | Portion to Be Sealed | Designating Party | Basis for Sealing | Whether Previously Sealed[1] |
|---|---|---|---|---|
| | PDF at pages 310-312, 314, 366 | | Recommendation Plan and the Alter Report constitute Non-Party Viacom's non-public, highly sensitive business and commercial information. Disclosure of this information would put Non-Party Viacom at an unfair competitive advantage. *See* Declarations of Kevin McKeegan and Samantha Lachman; *Nixon v. Warner Commc'ns, Inc.*, 435 U.S. 589, 598 (1978); *Phillips ex rel. Estates of Byrd v. General Motors Corp.*, 307 F.3d 1206, 1211 (9th Cir. 2002). Non-Party Viacom maintains these types of internal documents in strict confidence. *Cf. Epic Games, Inc. v. Apple Inc.*, 2021 WL 1925460, at *1 (N.D. Cal. Apr. 30, 2021); *U.S. v. Bazaarvoice, Inc.*, 2014 WL 11297188, at *1 (N.D. Cal. Jan. 21, 2014).<br><br>Declarations of Sam Lachman and Kevin McKeegan (attached as Exs. A and B) | previously sought to seal this exhibit. |
| AGs' Opp. to Meta's MSJ Ex. | Employee PII at META3047MDL-031- | Meta | Sealing will protect the privacy and safety interests of employees. | To Meta's knowledge, no party has previously |

10

| Undisputed Portions to Seal | | | | |
|---|---|---|---|---|
| **Document** | **Portion to Be Sealed** | **Designating Party** | **Basis for Sealing** | **Whether Previously Sealed[1]** |
| 3, ECF No. 2783-5 | 00265234 and META3047MDL-031-00265247 | | Decl. of Andre Suite ¶¶ 2–4. | sought to seal this exhibit. |
| AGs' Opp. to Meta's MSJ Ex. 4, ECF No. 2783-6 | Employee PII at META3047MDL-129-00000930 | Meta | Sealing will protect the privacy and safety interests of employees. Decl. of Andre Suite ¶¶ 2–4. | To Meta's knowledge, no party has previously sought to seal this exhibit. |
| AGs' Opp. to Meta's MSJ Ex. 8, ECF No. 2783-10 | Employee PII at PDF pages 15, 18, and 21 | Meta | Sealing will protect the privacy and safety interests of employees. Decl. of Andre Suite ¶¶ 2–4. | To Meta's knowledge, no party has previously sought to seal this exhibit. |
| AGs' Opp. to Meta's MSJ Ex. 10, ECF No. 2783-12 | Employee PII at META3047MDL-003-00021773 | Meta | Sealing will protect the privacy and safety interests of employees. Decl. of Andre Suite ¶¶ 2–4. | To Meta's knowledge, no party has previously sought to seal this exhibit. |
| AGs' Opp. to Meta's MSJ Ex. 12, ECF No. 2783-14 | Employee PII at META3047MDL-003-00109173 | Meta | Sealing will protect the privacy and safety interests of employees. Decl. of Andre Suite ¶¶ 2–4. | MDL SD Plaintiffs' Omnibus MSJ Opp'n Ex. 98, PII, ECF No. 2872-3. |
| AGs' Opp. to Meta's MSJ Ex. 13, ECF No. 2783-15 | Employee PII at META3047MDL-003-00109348 | Meta | Sealing will protect the privacy and safety interests of employees. Decl. of Andre Suite ¶¶ 2–4. | To Meta's knowledge, no party has previously sought to seal this exhibit. |
| AGs' Opp. to Meta's MSJ Ex. 15, ECF No. 2783-17 | Employee PII at PDF page 3 | Meta | Sealing will protect the privacy and safety interests of employees. Decl. of Andre Suite ¶¶ 2–4. | MDL SD Plaintiffs' Omnibus MSJ Opp'n Ex. 139, |

11

**Undisputed Portions to Seal**

| Document | Portion to Be Sealed | Designating Party | Basis for Sealing | Whether Previously Sealed[1] |
|---|---|---|---|---|
| | | | | PII, ECF No. 2756-59. |
| AGs' Opp. to Meta's MSJ Ex. 19, ECF No. 2783-21 | Employee PII at META3047MDL-003-00000029 | Meta | Sealing will protect the privacy and safety interests of employees. Decl. of Andre Suite ¶¶ 2–4. | MDL SD Plaintiffs' Omnibus MSJ Opp'n Ex. 98, PII, ECF. No 2872-3. |
| AGs' Opp. to Meta's MSJ Ex. 20, ECF No. 2783-22 | Employee PII at META3047MDL-050-00128242 and META3047MDL-050-00128243 | Meta | Sealing will protect the privacy and safety interests of employees. Decl. of Andre Suite ¶¶ 2–4. | To Meta's knowledge, no party has previously sought to seal this exhibit. |
| AGs' Opp. to Meta's MSJ Ex. 24, ECF No. 2784-1 | Employee PII at META3047MDL-294-00103877 | Meta | Sealing will protect the privacy and safety interests of employees. Decl. of Andre Suite ¶¶ 2–4. | To Meta's knowledge, no party has previously sought to seal this exhibit. |
| AGs' Opp. to Meta's MSJ Ex. 25, ECF No. 2784-2 | Employee PII at META3047MDL-004-00003641 | Meta | Sealing will protect the privacy and safety interests of employees. Decl. of Andre Suite ¶¶ 2–4. | MDL SD Plaintiffs' Omnibus MSJ Opp'n Ex. 99, PII, ECF No. 2756-47. |
| AGs' Opp. to Meta's MSJ Ex. 27, ECF No. 2784-4 | Employee PII at META3047MDL-003-00104006 | Meta | Sealing will protect the privacy and safety interests of employees. Decl. of Andre Suite ¶¶ 2–4. | To Meta's knowledge, no party has previously sought to seal this exhibit. |
| AGs' Opp. to Meta's MSJ Ex. 28, ECF No. 2784-5 | Employee PII at META3047MDL-047- | Meta | Sealing will protect the privacy and safety interests of employees. | To Meta's knowledge, no party has previously |

**Undisputed Portions to Seal**

| Document | Portion to Be Sealed | Designating Party | Basis for Sealing | Whether Previously Sealed[1] |
|---|---|---|---|---|
| | 00068518 and META3047MDL-047-00068550 | | Decl. of Andre Suite ¶¶ 2–4. | sought to seal this exhibit. |
| AGs' Opp. to Meta's MSJ Ex. 29, ECF No. 2784-6 | Employee PII at META3047MDL-0087-00030017, META3047MDL-0087-00030019, META3047MDL-0087-00030021 - META3047MDL-0087-00030024, and META3047MDL-0087-00030107 - META3047MDL-0087-00030108 | Meta | Sealing will protect the privacy and safety interests of employees. Decl. of Andre Suite ¶¶ 2–4. | To Meta's knowledge, no party has previously sought to seal this exhibit. |
| AGs' Opp. to Meta's MSJ Ex. 30, ECF No. 2784-7 | Employee PII at PDF pages 2 and 18 | Meta | Sealing will protect the privacy and safety interests of employees. Decl. of Andre Suite ¶¶ 2–4. | MDL SD Plaintiffs' Omnibus MSJ Opp'n Ex. 109 CSI, ECF No. 2885-40. |
| AGs' Opp. to Meta's MSJ Ex. 31, ECF No. 2784-8 | Employee PII at META3047MDL-136-00013167, META3047MDL-136-00013171, META3047MDL-136- | Meta | Sealing will protect the privacy and safety interests of employees. Decl. of Andre Suite ¶¶ 2–4. | MDL SD Plaintiffs' Omnibus MSJ Opp'n Ex. 76, PII, ECF No. 2756-44. |

13

| Undisputed Portions to Seal | | | | |
|---|---|---|---|---|
| **Document** | **Portion to Be Sealed** | **Designating Party** | **Basis for Sealing** | **Whether Previously Sealed[1]** |
| | 00013176, META3047MDL-136-00013178, META3047MDL-136-00013183, META3047MDL-136-00013186, META3047MDL-136-00013188, META3047MDL-136-00013192, META3047MDL-136-00013193, and META3047MDL-136-00013201 | | | |
| AGs' Opp. to Meta's MSJ Ex. 32, ECF No. 2784-9 | Employee PII at META3047MDL-003-00021060 and META3047MDL-003-00021064 - META3047MDL-003-00021069 | Meta | Sealing will protect the privacy and safety interests of employees. Decl. of Andre Suite ¶¶ 2–4. | MDL SD Plaintiffs' Omnibus MSJ Opp'n Ex. 83, PII, ECF No. 2756-45. |
| AGs' Opp. to Meta's MSJ Ex. 34, ECF No. 2784-11 | Employee PII at transcript page 67 | Meta | Sealing will protect the privacy and safety interests of employees. Decl. of Andre Suite ¶¶ 2–4. | MDL SD Plaintiffs' Omnibus MSJ Opp'n Ex. 13, PII, ECF No. 2865-6. |

| Undisputed Portions to Seal | | | | |
|---|---|---|---|---|
| **Document** | **Portion to Be Sealed** | **Designating Party** | **Basis for Sealing** | **Whether Previously Sealed[1]** |
| AGs' Opp. to Meta's MSJ Ex. 35, ECF No. 2784-12 | Employee PII at META3047MDL-020-00342152 and META3047MDL-020-00342153 | Meta | Sealing will protect the privacy and safety interests of employees. Decl. of Andre Suite ¶¶ 2–4. | MDL SD Plaintiffs' Omnibus MSJ Opp'n Ex. 74, PII, ECF No. 2756-42. |
| AGs' Opp. to Meta's MSJ Ex. 36, ECF No. 2784-13 | Employee PII at META3047MDL-020-00005380 | Meta | Sealing will protect the privacy and safety interests of employees. Decl. of Andre Suite ¶¶ 2–4. | MDL SD Plaintiffs' Omnibus MSJ Opp'n Ex. 80 and Ex. 254, PII, ECF No. 2865-12 and ECF No. 2872-12. |
| AGs' Opp. to Meta's MSJ Ex. 37, ECF No. 2784-14 | Employee PII at META3047MDL-047-00706686 | Meta | Sealing will protect the privacy and safety interests of employees. Decl. of Andre Suite ¶¶ 2–4. | MDL SD Plaintiffs' Omnibus MSJ Opp'n Ex. 218, PII, ECF No. 2872-9. |
| AGs' Opp. to Meta's MSJ Ex. 38, ECF No. 2784-15 | Employee PII at META3047MDL-003-00172008 and META3047MDL-003-00172009 | Meta | Sealing will protect the privacy and safety interests of employees. Decl. of Andre Suite ¶¶ 2–4. | To Meta's knowledge, no party has previously sought to seal this exhibit. |
| AGs' Opp. to Meta's MSJ Ex. 39, ECF No. 2784-16 | Competitively sensitive information at META3047MDL-050-00343524 | Meta | This document contains granular usage data and related revenue for 2023 through 2026 milestones for WhatsApp that competitors would not otherwise be able to estimate. Sealing is necessary to avoid | MDL SD Plaintiffs' Omnibus MSJ Opp'n Ex. 157, PII, ECF No. 2757-3. |

**Undisputed Portions to Seal**

| Document | Portion to Be Sealed | Designating Party | Basis for Sealing | Whether Previously Sealed[1] |
|---|---|---|---|---|
| | | | competitive harm. Decl. of Max Eulenstein ¶ 5 | |
| AGs' Opp. to Meta's MSJ Ex. 43, ECF No. 2784-20 | Competitively sensitive information at PDF pages 7, 13<br><br>Employee PII at PDF pages 9, 15, 29, 34 | Meta | This document contains algorithms regarding the formula of classifiers and weights that Meta applies to review and categorize content for Instagram reels and in Facebook's value model. Sealing is necessary to avoid competitive harm. Decl. of Max Eulenstein ¶ 6<br><br>Sealing will protect the privacy and safety interests of employees. Decl. of Andre Suite ¶¶ 2–4. | MDL SD Plaintiffs' Omnibus MSJ Opp'n Ex. 985, PII and CSI, ECF No. 2935-1. |
| AGs' Opp. to Meta's MSJ Ex. 51, ECF No. 2785-3 | Employee PII at PDF page 4 and META3047MDL-031-00048772 | Meta | Sealing will protect the privacy and safety interests of employees. Decl. of Andre Suite ¶¶ 2–4. | To Meta's knowledge, no party has previously sought to seal this exhibit. |
| AGs' Opp. to Meta's MSJ Ex. 52, ECF No. 2785-4 | Employee PII at META3047MDL-020-00230760 and META3047MDL-020-00230761 | Meta | Sealing will protect the privacy and safety interests of employees. Decl. of Andre Suite ¶¶ 2–4. | To Meta's knowledge, no party has previously sought to seal this exhibit. |
| AGs' Opp. to Meta's MSJ Ex. 53, ECF No. 2785-5 | Employee PII at META3047MDL-003-00190725 and | Meta | Sealing will protect the privacy and safety interests of employees. | To Meta's knowledge, no party has previously |

16

| Undisputed Portions to Seal | | | | |
| --- | --- | --- | --- | --- |
| **Document** | **Portion to Be Sealed** | **Designating Party** | **Basis for Sealing** | **Whether Previously Sealed[1]** |
| | META3047MDL-003-00190726 | | Decl. of Andre Suite ¶¶ 2–4. | sought to seal this exhibit. |
| AGs' Opp. to Meta's MSJ Ex. 54, ECF No. 2785-6 | Employee PII at META3047MDL-003-00152568 | Meta | Sealing will protect the privacy and safety interests of employees. Decl. of Andre Suite ¶¶ 2–4. | To Meta's knowledge, no party has previously sought to seal this exhibit. |
| AGs' Opp. to Meta's MSJ Ex. 55, ECF No. 2785-7 | Employee PII at META3047MDL-014-00397800 and META3047MDL-014-00397801 | Meta | Sealing will protect the privacy and safety interests of employees. Decl. of Andre Suite ¶¶ 2–4. | To Meta's knowledge, no party has previously sought to seal this exhibit. |
| AGs' Opp. to Meta's MSJ Ex. 56, ECF No. 2785-8 | Employee PII at META3047MDL-040-00028639 | Meta | Sealing will protect the privacy and safety interests of employees. Decl. of Andre Suite ¶¶ 2–4. | To Meta's knowledge, no party has previously sought to seal this exhibit. |
| AGs' Opp. to Meta's MSJ Ex. 57, ECF No. 2785-9 | Employee PII at META3047MDL-040-00028597 | Meta | Sealing will protect the privacy and safety interests of employees. Decl. of Andre Suite ¶¶ 2–4. | To Meta's knowledge, no party has previously sought to seal this exhibit. |
| AGs' Opp. to Meta's MSJ Ex. 59, ECF No. 2785-11 | Employee PII at META3047MDL-064-00000059 | Meta | Sealing will protect the privacy and safety interests of employees. Decl. of Andre Suite ¶¶ 2–4. | To Meta's knowledge, no party has previously sought to seal this exhibit. |
| AGs' Opp. to Meta's MSJ Ex. | Employee PII at META3047M | Meta | Sealing will protect the privacy and safety interests of employees. | To Meta's knowledge, no party has |

**Undisputed Portions to Seal**

| Document | Portion to Be Sealed | Designating Party | Basis for Sealing | Whether Previously Sealed[1] |
|---|---|---|---|---|
| 61, ECF No. 2785-13 | DL-034-00111703 | | Decl. of Andre Suite ¶¶ 2–4. | previously sought to seal this exhibit. |
| AGs' Opp. to Meta's MSJ Ex. 65, ECF No. 2785-17 | Employee PII at PDF pages 2-4 | Meta | Sealing will protect the privacy and safety interests of employees. Decl. of Andre Suite ¶¶ 2–4. | To Meta's knowledge, no party has previously sought to seal this exhibit. |
| AGs' Opp. to Meta's MSJ Ex. 67, ECF No. 2785-19 | Employee PII at META3047MDL-019-00056633, META3047MDL-019-00056634, and META3047MDL-019-00056636 | Meta | Sealing will protect the privacy and safety interests of employees. Decl. of Andre Suite ¶¶ 2–4. | To Meta's knowledge, no party has previously sought to seal this exhibit. |
| AGs' Opp. to Meta's MSJ Ex. 68, ECF No. 2785-20 | Employee PII at META3047MDL-014-00325886 | Meta | Sealing will protect the privacy and safety interests of employees. Decl. of Andre Suite ¶¶ 2–4. | To Meta's knowledge, no party has previously sought to seal this exhibit. |
| AGs' Opp. to Meta's MSJ Ex. 72, ECF No. 2785-24 | Employee PII at META4037MDL-003-00101724 and META4037MDL-003-00101729 | Meta | Sealing will protect the privacy and safety interests of employees. Decl. of Andre Suite ¶¶ 2–4. | MDL SD Plaintiffs' Omnibus MSJ Opp'n Ex. 127, PII, ECF No. 2756-54. |
| AGs' Opp. to Meta's MSJ Ex. 76, ECF No. 2786-3 | Employee PII at transcript page 119 | Meta | Sealing will protect the privacy and safety interests of employees. | To Meta's knowledge, no party has previously |

18

**Undisputed Portions to Seal**

| Document | Portion to Be Sealed | Designating Party | Basis for Sealing | Whether Previously Sealed[1] |
|---|---|---|---|---|
| | | | Decl. of Andre Suite ¶¶ 2–4. | sought to seal this exhibit. |
| AGs' Opp. to Meta's MSJ Ex. 77, ECF No. 2786-4 | Employee PII at META3047MDL-003-00133741 | Meta | Sealing will protect the privacy and safety interests of employees. Decl. of Andre Suite ¶¶ 2–4. | MDL SD Plaintiffs' Omnibus MSJ Opp'n Ex. 153, PII, ECF No. 2885-59. |
| AGs' Opp. to Meta's MSJ Ex. 81, ECF No. 2786-8 | Employee PII at META3047MDL-047-00017209 and META3047MDL-047-00017210 | Meta | Sealing will protect the privacy and safety interests of employees. Decl. of Andre Suite ¶¶ 2–4. | To Meta's knowledge, no party has previously sought to seal this exhibit. |
| AGs' Opp. to Meta's MSJ Ex. 83, ECF No. 2786-10 | Employee PII at META3047MDL-003-00031387 | Meta | Sealing will protect the privacy and safety interests of employees. Decl. of Andre Suite ¶¶ 2–4. | To Meta's knowledge, no party has previously sought to seal this exhibit. |
| AGs' Opp. to Meta's MSJ Ex. 85, ECF No. 2786-12 | Employee PII at PDF page 2 | Meta | Sealing will protect the privacy and safety interests of employees. Decl. of Andre Suite ¶¶ 2–4. | To Meta's knowledge, no party has previously sought to seal this exhibit. |
| AGs' Opp. to Meta's MSJ Ex. 86, ECF No. 2786-13 | Employee PII at META3047MDL-020-00635783 and META3047MDL-020-00635784 | Meta | Sealing will protect the privacy and safety interests of employees. Decl. of Andre Suite ¶¶ 2–4. | To Meta's knowledge, no party has previously sought to seal this exhibit. |
| AGs' Opp. to Meta's MSJ Ex. | Employee PII at | Meta | Sealing will protect the privacy and safety | To Meta's knowledge, no |

**Undisputed Portions to Seal**

| Document | Portion to Be Sealed | Designating Party | Basis for Sealing | Whether Previously Sealed[1] |
|---|---|---|---|---|
| 87, ECF No. 2786-14 | META3047MDL-034-00012951 | | interests of employees. Decl. of Andre Suite ¶¶ 2–4. | party has previously sought to seal this exhibit. |
| AGs' Opp. to Meta's MSJ Ex. 91, ECF No. 2786-18 | Employee PII at PDF p. 2, META3047MDL-004-00009868, META3047MDL-004-00009869, and META3047MDL-004-00009872 | Meta | Sealing will protect the privacy and safety interests of employees. Decl. of Andre Suite ¶¶ 2–4. | To Meta's knowledge, no party has previously sought to seal this exhibit. |
| AGs' Opp. to Meta's MSJ Ex. 92, ECF No. 2786-19 | Employee PII at META3047MDL-020-00689125 and META3047MDL-020-00689128 | Meta | Sealing will protect the privacy and safety interests of employees. Decl. of Andre Suite ¶¶ 2–4. | To Meta's knowledge, no party has previously sought to seal this exhibit. |
| AGs' Opp. to Meta's MSJ Ex. 95, ECF No. 2786-22 | Employee PII at META3047MDL-136-00009510, META3047MDL-136-00009511, META3047MDL-136-00009516, and META3047MDL-136-00009517 | Meta | Sealing will protect the privacy and safety interests of employees. Decl. of Andre Suite ¶¶ 2–4. | To Meta's knowledge, no party has previously sought to seal this exhibit. |

20

| Undisputed Portions to Seal | | | | |
|---|---|---|---|---|
| **Document** | **Portion to Be Sealed** | **Designating Party** | **Basis for Sealing** | **Whether Previously Sealed[1]** |
| AGs' Opp. to Meta's MSJ Ex. 100, ECF No. 2787-2 | Employee PII at META3047MDL-020-00609932 | Meta | Sealing will protect the privacy and safety interests of employees. Decl. of Andre Suite ¶¶ 2–4. | MDL SD Plaintiffs' Omnibus MSJ Opp'n Ex. 365, PII, ECF No. 2887-33. |
| AGs' Opp. to Meta's MSJ Ex. 103, ECF No. 2787-5 | Employee PII at META3047MDL-047-00913033 | Meta | Sealing will protect the privacy and safety interests of employees. Decl. of Andre Suite ¶¶ 2–4. | To Meta's knowledge, no party has previously sought to seal this exhibit. |
| AGs' Opp. to Meta's MSJ Ex. 107, ECF No. 2787-9 | Employee PII at META3047MDL-047-01170167 | Meta | Sealing will protect the privacy and safety interests of employees. Decl. of Andre Suite ¶¶ 2–4. | To Meta's knowledge, no party has previously sought to seal this exhibit. |
| AGs' Opp. to Meta's MSJ Ex. 109, ECF No. 2787-11 | Employee PII at PDF page 2 | Meta | Sealing will protect the privacy and safety interests of employees. Decl. of Andre Suite ¶¶ 2–4. | To Meta's knowledge, no party has previously sought to seal this exhibit. |
| AGs' Opp. to Meta's MSJ Ex. 110, ECF No. 2787-12 | Employee PII at META3047MDL-031-00086273, Minor PII at META3047MDL-031-00086273 | Meta | Sealing will protect the privacy and safety interests of employees as well as of children. The information is irrelevant to the issues under dispute and would invade the privacy interests of non-parties if disclosed. See AAA of N. Cal., Nev. & Utah v. GM LLC, 2019 WL 1206748, at *2 (N.D. Cal. Mar. 14, 2019) (on summary judgment, sealing "[PII] of third- | MDL SD Plaintiffs' Omnibus MSJ Opp'n Ex. 275, PII, ECF No. 2758-9. |

21

**Undisputed Portions to Seal**

| Document | Portion to Be Sealed | Designating Party | Basis for Sealing | Whether Previously Sealed[1] |
|---|---|---|---|---|
| | | | party individuals" to protect privacy and other interests); Opperman v. Path, Inc., 2017 WL 1036652, at *4 (N.D. Cal. Mar. 17, 2017) (on summary judgment, sealing names of non-parties under compelling reasons standard); Zeiger v. WellPet LLC, 526 F. Supp. 3d 652, 699 (N.D. Cal. 2021) (same); Hunt v. Cont'l Cas. Co., 2015 WL 5355398, at *2 (N.D. Cal. Sept. 14, 2015) (sealing names because disclosure "implicates important privacy concerns of nonparties—whose names are not relevant to the disposition of this case"); see also Decl. of Andre Suite (Apr. 8, 2025) (ECF No. 1850-1). | |
| AGs' Opp. to Meta's MSJ Ex. 112, ECF No. 2787-14 | Employee PII at transcript pages 211 and 224 | Meta | Sealing will protect the privacy and safety interests of employees. Decl. of Andre Suite ¶¶ 2–4. | To Meta's knowledge, no party has previously sought to seal this exhibit. |
| AGs' Opp. to Meta's MSJ Ex. 113, ECF No. 2787-15 | Employee PII at META3047MDL-014-00377295 - META3047M | Meta | Sealing will protect the privacy and safety interests of employees. Decl. of Andre Suite ¶¶ 2–4. | MDL SD Plaintiffs' Omnibus MSJ Opp'n Ex. 374, PII, ECF No. 2887-36. |

22

| Undisputed Portions to Seal | | | | |
| --- | --- | --- | --- | --- |
| **Document** | **Portion to Be Sealed** | **Designating Party** | **Basis for Sealing** | **Whether Previously Sealed[1]** |
| | DL-014-00377298 | | | |
| AGs' Opp. to Meta's MSJ Ex. 114, ECF No. 2787-16 | Employee PII at META3047MDL-031-00088637 | Meta | Sealing will protect the privacy and safety interests of employees. Decl. of Andre Suite ¶¶ 2–4. | To Meta's knowledge, no party has previously sought to seal this exhibit. |
| AGs' Opp. to Meta's MSJ Ex. 115, ECF No. 2787-17 | Employee PII at transcript pages 274 and 277 | Meta | Sealing will protect the privacy and safety interests of employees. Decl. of Andre Suite ¶¶ 2–4. | To Meta's knowledge, no party has previously sought to seal this exhibit. |
| AGs' Opp. to Meta's MSJ Ex. 118, ECF No. 2787-20 | Employee PII at PDF page 28 | Meta | Sealing will protect the privacy and safety interests of employees. Decl. of Andre Suite ¶¶ 2–4. | To Meta's knowledge, no party has previously sought to seal this exhibit. |
| AGs' Opp. to Meta's MSJ Ex. 119, ECF No. 2787-21 | Employee PII at META3047MDL-047-00995641 | Meta | Sealing will protect the privacy and safety interests of employees. Decl. of Andre Suite ¶¶ 2–4. | MDL SD Plaintiffs' Omnibus MSJ Opp'n Ex. 313, PII, ECF No. 2758-19. |
| AGs' Opp. to Meta's MSJ Ex. 120, ECF No. 2787-22 | Employee PII at META3047MDL-098-00004604 - META3047MDL-098-00004606 | Meta | Sealing will protect the privacy and safety interests of employees. Decl. of Andre Suite ¶¶ 2–4. | To Meta's knowledge, no party has previously sought to seal this exhibit. |
| AGs' Opp. to Meta's MSJ Ex. 123, ECF No. 2787-25 | Employee PII at META3047MDL-155- | Meta | Sealing will protect the privacy and safety interests of employees. | To Meta's knowledge, no party has previously |

**Undisputed Portions to Seal**

| Document | Portion to Be Sealed | Designating Party | Basis for Sealing | Whether Previously Sealed[1] |
|---|---|---|---|---|
| | 00009593 and META3047MDL-155-00009594 | | Decl. of Andre Suite ¶¶ 2–4. | sought to seal this exhibit. |
| AGs' Opp. to Meta's MSJ Ex. 123, ECF No. 2787-25 | Minor PII at META3047MDL-155-00009593, META3047MDL-155-00009594 | State AGs | Redacted identifying information of minors pursuant to Fed. R. Civ. P.  5.2. | To State AGs' knowledge, no party has previously sought to seal this exhibit. |
| AGs' Opp. to Meta's MSJ Ex. 125, ECF No. 2788-2 | Employee PII at META3047MDL-014-00179719 and META3047MDL-014-00179720 | Meta | Sealing will protect the privacy and safety interests of employees. Decl. of Andre Suite ¶¶ 2–4. | To Meta's knowledge, no party has previously sought to seal this exhibit. |
| AGs' Opp. to Meta's MSJ Ex. 126, ECF No. 2788-3 | Employee PII at META3047MDL-072-00434143, META3047MDL-072-00434146, and META3047MDL-072-00434148 | Meta | Sealing will protect the privacy and safety interests of employees. Decl. of Andre Suite ¶¶ 2–4. | To Meta's knowledge, no party has previously sought to seal this exhibit. |
| AGs' Opp. to Meta's MSJ Ex. 127, ECF No. 2788-4 | Employee PII at META3047MDL-275-00002214 | Meta | Sealing will protect the privacy and safety interests of employees. Decl. of Andre Suite ¶¶ 2–4. | To Meta's knowledge, no party has previously sought to seal this exhibit. |
| AGs' Opp. to Meta's MSJ Ex. | Employee PII at | Meta | Sealing will protect the privacy and safety | To Meta's knowledge, no |

| Undisputed Portions to Seal | | | | |
| --- | --- | --- | --- | --- |
| **Document** | **Portion to Be Sealed** | **Designating Party** | **Basis for Sealing** | **Whether Previously Sealed[1]** |
| 128, ECF No. 2788-5 | META3047MDL-111-00135412 | | interests of employees. Decl. of Andre Suite ¶¶ 2–4. | party has previously sought to seal this exhibit. |
| AGs' Opp. to Meta's MSJ Ex. 131, ECF No. 2788-8 | Employee PII at META3047MDL-294-00159772 | Meta | Sealing will protect the privacy and safety interests of employees. Decl. of Andre Suite ¶¶ 2–4. | To Meta's knowledge, no party has previously sought to seal this exhibit. |
| AGs' Opp. to Meta's MSJ Ex. 132, ECF No. 2788-9 | Employee PII at PDF pages 2, 6, and 9 | Meta | Sealing will protect the privacy and safety interests of employees. Decl. of Andre Suite ¶¶ 2–4. | To Meta's knowledge, no party has previously sought to seal this exhibit. |
| AGs' Opp. to Meta's MSJ Ex. 133, ECF No. 2788-10 | Employee PII at META3047MDL-281-00004826 | Meta | Sealing will protect the privacy and safety interests of employees. Decl. of Andre Suite ¶¶ 2–4. | To Meta's knowledge, no party has previously sought to seal this exhibit. |
| AGs' Opp. to Meta's MSJ Ex. 134, ECF No. 2788-11 | Employee PII: META3047MDL-003-00135848, META3047MDL-003-00135851, and META3047MDL-003-00135852 | Meta | Sealing will protect the privacy and safety interests of employees. Decl. of Andre Suite ¶¶ 2–4. | To Meta's knowledge, no party has previously sought to seal this exhibit. |
| AGs' Opp. to Meta's MSJ Ex. 137, ECF No. 2788-14 | Employee PII at META3047MDL-003-00124140 | Meta | Sealing will protect the privacy and safety interests of employees. Decl. of Andre Suite ¶¶ 2–4. | To Meta's knowledge, no party has previously sought to seal this exhibit. |

25

**Undisputed Portions to Seal**

| Document | Portion to Be Sealed | Designating Party | Basis for Sealing | Whether Previously Sealed[1] |
|---|---|---|---|---|
| AGs' Opp. to Meta's MSJ Ex. 138, ECF No. 2788-15 | Employee PII at META3047MDL-277-00004920 | Meta | Sealing will protect the privacy and safety interests of employees. Decl. of Andre Suite ¶¶ 2–4. | To Meta's knowledge, no party has previously sought to seal this exhibit. |
| AGs' Opp. to Meta's MSJ Ex. 145, ECF No. 2788-22 | Employee PII at META3047MDL-020-00656153 | Meta | Sealing will protect the privacy and safety interests of employees. Decl. of Andre Suite ¶¶ 2–4. | To Meta's knowledge, no party has previously sought to seal this exhibit. |
| AGs' Opp. to Meta's MSJ Ex. 147, ECF No. 2788-24 | Employee PII at META3047MDL-003-00015900 and META3047MDL-003-00015901 | Meta | Sealing will protect the privacy and safety interests of employees. Decl. of Andre Suite ¶¶ 2–4. | To Meta's knowledge, no party has previously sought to seal this exhibit. |
| AGs' Opp. to Meta's MSJ Ex. 149, ECF No. 2789-1 | Employee PII META3047MDL-277-00004388 and META3047MDL-277-00004389 | Meta | Sealing will protect the privacy and safety interests of employees. Decl. of Andre Suite ¶¶ 2–4. | To Meta's knowledge, no party has previously sought to seal this exhibit. |
| AGs' Opp. to Meta's MSJ Ex. 150, ECF No. 2789-2 | Employee PII at META3047MDL-014-00381713 | Meta | Sealing will protect the privacy and safety interests of employees. Decl. of Andre Suite ¶¶ 2–4. | To Meta's knowledge, no party has previously sought to seal this exhibit. |
| AGs' Opp. to Meta's MSJ Ex. 151, ECF No. 2789-3 | Employee PII at META3047MDL-047-00730463 and META3047M | Meta | Sealing will protect the privacy and safety interests of employees. Decl. of Andre Suite ¶¶ 2–4. | To Meta's knowledge, no party has previously sought to seal this exhibit. |

| Undisputed Portions to Seal | | | | |
|---|---|---|---|---|
| **Document** | **Portion to Be Sealed** | **Designating Party** | **Basis for Sealing** | **Whether Previously Sealed[1]** |
| | DL-047-00730464 | | | |
| AGs' Opp. to Meta's MSJ Ex. 154, ECF No. 2789-6 | Employee PII at META3047MDL-207-00034678, META3047MDL-207-00034680, and META3047MDL-207-00034718 | Meta | Sealing will protect the privacy and safety interests of employees. Decl. of Andre Suite ¶¶ 2–4. | MDL SD Plaintiffs' Omnibus MSJ Opp'n Ex. 294 and Ex. 296, PII, ECF No. 2900-1 and ECF No. 2900-2. |
| AGs' Opp. to Meta's MSJ Ex. 155, ECF No. 2789-7 | Employee PII at META3047MDL-004-00003522 | Meta | Sealing will protect the privacy and safety interests of employees. Decl. of Andre Suite ¶¶ 2–4. | To Meta's knowledge, no party has previously sought to seal this exhibit. |
| AGs' Opp. to Meta's MSJ Ex. 158, ECF No. 2789-10 | Employee PII at META3047MDL-110-00000078 and META3047MDL-110-00000079 | Meta | Sealing will protect the privacy and safety interests of employees. Decl. of Andre Suite ¶¶ 2–4. | To Meta's knowledge, no party has previously sought to seal this exhibit. |
| AGs' Opp. to Meta's MSJ Ex. 159, ECF No. 2789-11 | Employee PII at META3047MDL-074-00143512 | Meta | Sealing will protect the privacy and safety interests of employees. Decl. of Andre Suite ¶¶ 2–4. | To Meta's knowledge, no party has previously sought to seal this exhibit. |
| AGs' Opp. to Meta's MSJ Ex. 160, ECF No. 2789-12 | Employee PII at META3047MDL-047-00693844 | Meta | Sealing will protect the privacy and safety interests of employees. Decl. of Andre Suite ¶¶ 2–4. | To Meta's knowledge, no party has previously |

| Undisputed Portions to Seal | | | | |
|---|---|---|---|---|
| **Document** | **Portion to Be Sealed** | **Designating Party** | **Basis for Sealing** | **Whether Previously Sealed[1]** |
| | | | | sought to seal this exhibit. |
| AGs' Opp. to Meta's MSJ Ex. 162, ECF No. 2789-14 | Competitively Sensitive Information at PDF pages 4, 6, 7, 9, 10, 11, 13-26, 35, 36, 38-40, 42-58, 61-64 | Viacom (non-party) | The language that is the subject of the redactions in the Media Recommendation Plan and the Alter Report constitute Non-Party Viacom's non-public, highly sensitive business and commercial information. Disclosure of this information would put Non-Party Viacom at an unfair competitive advantage. See Declarations of Kevin McKeegan and Samantha Lachman; *Nixon v. Warner Commc'ns, Inc.*, 435 U.S. 589, 598 (1978); *Phillips ex rel. Estates of Byrd v. General Motors Corp.*, 307 F.3d 1206, 1211 (9th Cir. 2002). Non-Party Viacom maintains these types of internal documents in strict confidence. *Cf. Epic Games, Inc. v. Apple Inc.*, 2021 WL 1925460, at *1 (N.D. Cal. Apr. 30, 2021); *U.S. v. Bazaarvoice, Inc.*, 2014 WL 11297188, at *1 (N.D. Cal. Jan. 21, 2014). | To State AGs' knowledge, no party has previously sought to seal this exhibit. |
| AGs' Opp. to Meta's MSJ Ex. | Minor PII at AG-MDL3047- | State AGs | Redacted identifying information of minors | To State AGs' knowledge, no party has |

| Undisputed Portions to Seal | | | | |
|---|---|---|---|---|
| **Document** | **Portion to Be Sealed** | **Designating Party** | **Basis for Sealing** | **Whether Previously Sealed[1]** |
| 165, ECF No. 2789-17 | Alter-003815, AG-MDL3047-Alter-003816 | | pursuant to Fed. R. Civ. P. 5.2. | previously sought to seal this exhibit. |
| AGs' Opp. to Meta's MSJ Ex. 168, ECF No. 2789-20 | Employee PII at META3047MDL-065-00400107 | Meta | Sealing will protect the privacy and safety interests of employees. Decl. of Andre Suite ¶¶ 2–4. | To Meta's knowledge, no party has previously sought to seal this exhibit. |
| AGs' Opp. to Meta's MSJ Ex. 174, ECF No. 2790-1 | Employee PII at META3047MDL-003-00109348 | Meta | Sealing will protect the privacy and safety interests of employees. Decl. of Andre Suite ¶¶ 2–4. | To Meta's knowledge, no party has previously sought to seal this exhibit. |
| AGs' Opp. to Meta's MSJ Ex. 176, ECF No. 2790-3 | Employee PII at document pages 1, 8, and 25 | Meta | Sealing will protect the privacy and safety interests of employees. Decl. of Andre Suite ¶¶ 2–4. | To Meta's knowledge, no party has previously sought to seal this exhibit. |
| Meta's Opp. to AGs' Partial MSJ Ex. 01, ECF No. 2781-3 | Employee PII at PDF pages 3 and 10 | Meta | Sealing will protect the privacy and safety interests of employees. Decl. of Andre Suite ¶¶ 2–4. | To Meta's knowledge, no party has previously sought to seal this exhibit. |
| Meta's Opp. to AGs' Partial MSJ Ex. 04, ECF No. 2781-6 | Employee PII at transcript pages 63,114-15, 205, 211, 212, and 214 | Meta | Sealing will protect the privacy and safety interests of employees. Decl. of Andre Suite ¶¶ 2–4. | To Meta's knowledge, no party has previously sought to seal this exhibit. |
| Meta's Opp. to AGs' Partial MSJ Ex. 06, ECF No. 2781-8 | Employee PII at PDF pages 2, 3, 5, 7, 8, 9, | Meta | Sealing will protect the privacy and safety interests of employees. | To Meta's knowledge, no party has previously |

29

**Undisputed Portions to Seal**

| Document | Portion to Be Sealed | Designating Party | Basis for Sealing | Whether Previously Sealed[1] |
|---|---|---|---|---|
| | 11, 12, 13, and 15 | | Decl. of Andre Suite ¶¶ 2–4. | sought to seal this exhibit. |
| Meta's Opp. to AGs' Partial MSJ Ex. 08, ECF No. 2781-10 | Employee PII at META3047MDL-003-00047875 | Meta | Sealing will protect the privacy and safety interests of employees. Decl. of Andre Suite ¶¶ 2–4. | To Meta's knowledge, no party has previously sought to seal this exhibit. |
| Meta's Opp. to AGs' Partial MSJ Ex. 11, ECF No. 2781-13 | Employee PII at META3047MDL-146-00087605 | Meta | Sealing will protect the privacy and safety interests of employees. Decl. of Andre Suite ¶¶ 2–4. | To Meta's knowledge, no party has previously sought to seal this exhibit. |
| Meta's Opp. to AGs' Partial MSJ Ex. 12, ECF No. 2781-14 | Employee PII at META3047MDL-046-00068728 | Meta | Sealing will protect the privacy and safety interests of employees. Decl. of Andre Suite ¶¶ 2–4. | To Meta's knowledge, no party has previously sought to seal this exhibit. |
| Meta's Opp. to AGs' Partial MSJ Ex. 16, ECF No. 2781-18 | Employee PII at PDF page 3 | Meta | Sealing will protect the privacy and safety interests of employees. Decl. of Andre Suite ¶¶ 2–4. | To Meta's knowledge, no party has previously sought to seal this exhibit. |
| Meta's Opp. to AGs' Partial MSJ Ex. 17, ECF No. 2781-19 | Employee PII at PDF page 3 | Meta | Sealing will protect the privacy and safety interests of employees. Decl. of Andre Suite ¶¶ 2–4. | To Meta's knowledge, no party has previously sought to seal this exhibit. |
| Meta's Opp. to AGs' Partial MSJ Ex. 18, ECF No. 2781-20 | Employee PII at META3047MDL-302-00000004 and META3047M | Meta | Sealing will protect the privacy and safety interests of employees. Decl. of Andre Suite ¶¶ 2–4. | To Meta's knowledge, no party has previously sought to seal this exhibit. |

| Undisputed Portions to Seal | | | | |
|---|---|---|---|---|
| **Document** | **Portion to Be Sealed** | **Designating Party** | **Basis for Sealing** | **Whether Previously Sealed[1]** |
| | DL-302-00000005 | | | |
| Meta's Opp. to AGs' Partial MSJ Ex. 19, ECF No. 2781-21 | Competitively sensitive information at PDF pages 3, 5 | Meta | This document contains granular financial and user demographic data, ad-impression benchmarking, and details concerning Meta's advertising business. Sealing is necessary to avoid competitive harm. Decl. of Curtiss Cobb ¶ 5 | To Meta's knowledge, no party has previously sought to seal this exhibit. |
| Meta's Opp. to AGs' Partial MSJ Ex. 25, ECF No. 2781-27 | Competitively sensitive information at PDF pages 9-12 | Meta | This document contains details about the design of Meta's ranking and recommendation algorithms and systems on its platforms. Sealing is necessary to avoid competitive harm. Decl. of Curtiss Cobb ¶ 4 | To Meta's knowledge, no party has previously sought to seal this exhibit. |
| Meta's Reply Ex. 03, ECF No. 2893-5 | Employee PII at META3047MDL-003-00158978 | Meta | Sealing will protect the privacy and safety interests of employees. Decl. of Andre Suite ¶¶ 2–4. | To Meta's knowledge, no party has previously sought to seal this exhibit. |
| AGs' Reply Ex. 2, ECF No. 2899-4 | Employee PII at transcript pages 211, 212, 224, 233, and 236 | Meta | Sealing will protect the privacy and safety interests of employees. Decl. of Andre Suite ¶¶ 2–4. | To Meta's knowledge, no party has previously sought to seal this exhibit. |
| AGs' Reply Ex. 6, ECF No. 2899-8 | Employee PII at META3047MDL-191- | Meta | Sealing will protect the privacy and safety interests of employees. | To Meta's knowledge, no party has previously |

**Undisputed Portions to Seal**

| Document | Portion to Be Sealed | Designating Party | Basis for Sealing | Whether Previously Sealed[1] |
|---|---|---|---|---|
| | 00000085 and META3047MDL-191-00000087 | | Decl. of Andre Suite ¶¶ 2–4. | sought to seal this exhibit. |
| AGs' Reply Ex. 7, ECF No. 2899-9 | Employee PII at META3047MDL-047-00906617 - META3047MDL-047-00906623 and PDF p. 9 | Meta | Sealing will protect the privacy and safety interests of employees. Decl. of Andre Suite ¶¶ 2–4. | To Meta's knowledge, no party has previously sought to seal this exhibit. |
| AGs' Reply Ex. 8, ECF No. 2899-10 | Competitively sensitive information at META3047MDL-287-00005522 (PDF pages 2-3) | Meta | This document contains internal Meta Task IDs and other internal labels of requests to access cross-app data. Sealing is necessary to avoid competitive harm. Decl. of Max Eulenstein ¶ 7 | To Meta's knowledge, no party has previously sought to seal this exhibit. |
| AGs' Reply Ex. 9, ECF No. 2899-11 | Employee PII at META3047MDL-050-00029338, META3047MDL-050-00029339, META3047MDL-050-00029340, and META3047MDL-050-00029341 | Meta | Sealing will protect the privacy and safety interests of employees. Decl. of Andre Suite ¶¶ 2–4. | To Meta's knowledge, no party has previously sought to seal this exhibit. |
| AGs' Reply Ex. 10, ECF No. 2899-12 | Employee PII at META3047MDL-044-00025293 and | Meta | Sealing will protect the privacy and safety interests of employees. Decl. of Andre Suite ¶¶ 2–4. | To Meta's knowledge, no party has previously |

**Undisputed Portions to Seal**

| Document | Portion to Be Sealed | Designating Party | Basis for Sealing | Whether Previously Sealed[1] |
|---|---|---|---|---|
| | META3047MDL-044-00025294 | | | sought to seal this exhibit. |
| AGs' Partial MSJ Ex. 2, ECF No. 2696-4 | Employee PII at transcript pages 224 and 295 | Meta | Sealing will protect the privacy and safety interests of employees. Decl. of Andre Suite ¶¶ 2–4. | To Meta's knowledge, no party has previously sought to seal this exhibit. |

## II.     Documents for Which Meta's Proposed Redactions Are in Dispute

As set forth below, and supported by Meta's Omnibus Motion to Seal, Meta seeks the following redactions of its sensitive information:

**Disputed Portions Meta Moves to Seal**

| Document | Portion to Be Sealed | Designating Party | Whether Previously Sealed |
|---|---|---|---|
| Meta's MSJ, ECF Nos. 2704, 2705 | Competitively Sensitive Information at PDF page 56 | Meta | To Meta's knowledge, no party has previously sought to seal this exhibit. |
| AGs Reply, ECF Nos. 2894, 2899 | Bad actor information at PDF page 29 | Meta | To Meta's knowledge, no party has previously sought to seal this exhibit. |
| AGs' Partial MSJ Ex. 2, ECF No. 2696-4 | Bad actor information at transcript pages 183:17-18, 19; 184:15-16, 19-20; 185:2-5, 8-9 | Meta | To Meta's knowledge, no party has previously sought to seal this exhibit. |
| AGs' Partial MSJ Ex. 8, ECF No. 2696-10 | Bad actor information at PDF page 3 | Meta | To Meta's knowledge, no party has previously sought to seal this exhibit. |

33

| Disputed Portions Meta Moves to Seal | | | |
|---|---|---|---|
| **Document** | **Portion to Be Sealed** | **Designating Party** | **Whether Previously Sealed** |
| AGs' Opp. to Meta's MSJ Ex. 1, ECF No. 2783-3 | Competitively sensitive information at PDF page 151 | Meta | To Meta's knowledge, no party has previously sought to seal this exhibit. |
| Meta's MSJ Ex. 71, ECF No. 2705-74 | Competitively sensitive information at PDF pages 29-31 | Meta | To Meta's knowledge, no party has previously sought to seal this exhibit. |
| Meta's MSJ Ex. 84, ECF No. 2705-87 | Competitively sensitive information at PDF page 42 | Meta | To Meta's knowledge, no party has previously sought to seal this exhibit. |
| AGs' Opp to Meta's MSJ Ex. 39, ECF No. 2784-16 | Competitively sensitive information at META3047MDL-050-00343524 | Meta | MDL SD Plaintiffs' Omnibus MSJ Opp'n Ex. 157, PII & Relevance, ECF No. 2757-3. |
| AGs' Opp to Meta's MSJ Ex. 43, ECF No. 2784-20 | Competitively sensitive information at PDF pages 6-9, 11-13, 16-18, 22, 24, 26-27 | Meta | MDL SD Plaintiffs' Omnibus MSJ Opp'n Ex. 985, PII and CSI, ECF No. 2935-1. |
| AGs' Opp. to Meta's MSJ Ex. 30, ECF No. 2784-7 | Competitively sensitive information at PDF pages 8, 11, 15, 24, 27, 31-32, 36-38, 42-45, 48, 62, 65-73, 76-83, 85, 89, 93, 108-115 | Meta | MDL SD Plaintiffs' Omnibus MSJ Opp'n Ex. 109, CSI, ECF No. 2885-40. |
| AGs' Reply Ex. 8, ECF No. 2899-10 | Competitively sensitive information at META3047MDL-287-00005522, META3047MDL-287-00005523 | Meta | To Meta's knowledge, no party has previously sought to seal this exhibit. |

Dated:  May 1, 2026

Respectfully submitted,

DAVIS POLK & WARDWELL LLP

*/s/ Antonio J. Perez-Marques*

Antonio J. Perez-Marques, *pro hac vice*
James P. Rouhandeh, *pro hac vice*
Caroline Stern, *pro hac vice*
Corey M. Meyer, *pro hac vice*
450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4000
Facsimile: (212) 701-5800
rouhandeh@davispolk.com
antonio.perez@davispolk.com
caroline.stern@davispolk.com
corey.meyer@davispolk.com

COVINGTON & BURLING LLP
Ashley M. Simonsen, SBN 275203
1999 Avenue of the Stars
Los Angeles, California 90067
Telephone: (424) 332-4800
Facsimile: (424) 332-2749
asimonsen@cov.com

Paul W. Schmidt, *pro hac vice*
Phyllis A. Jones, *pro hac vice*
One CityCenter
850 Tenth Street, NW
Washington, DC 20001-4956
Telephone: (202) 662-6000
Facsimile: (202) 662-6291
pschmidt@cov.com
pajones@cov.com

*Attorneys for Defendants Meta Platforms, Inc. and Instagram, LLC*

ROB BONTA
Attorney General, State of California

*/s/ Nicklas A. Akers*

Nicklas A. Akers (CA SBN 211222)
Senior Assistant Attorney General
Bernard Eskandari (SBN 244395)
Emily Kalanithi (SBN 256972)
Supervising Deputy Attorneys General
Nayha Arora (CA SBN 350467)
Megan O'Neill (CA SBN 343535)
Joshua Olszewski-Jubelirer (CA SBN 336428)
Brendan Ruddy (CA SBN 297896)
Deputy Attorneys General
California Department of Justice

35

Office of the Attorney General
455 Golden Gate Ave., Suite 11000
San Francisco, CA 94102-7004
Phone: (415) 510-4400
Fax: (415) 703-5480
megan.oneill@doj.ca.gov

*Attorneys for Plaintiff the People of the State of California*

PHILIP J. WEISER
Attorney General, State of Colorado

*/s/ Krista Batchelder*
Krista Batchelder, CO Reg. No. 45066,
*pro hac vice*
Deputy Solicitor General
Shannon Stevenson, CO Reg. No. 35542,
*pro hac vice*
Solicitor General
Elizabeth Orem, CO Reg. No. 58309,
*pro hac vice*
Assistant Attorney General
Colorado Department of Law
Ralph L. Carr Judicial Center
Consumer Protection Section
1300 Broadway, 7th Floor
Denver, CO 80203
Phone: (720) 508-6651
krista.batchelder@coag.gov
shannon.stevenson@coag.gov
elizabeth.orem@coag.gov

*Attorneys for Plaintiff State of Colorado, ex rel.*
*Philip J. Weiser, Attorney General*

RUSSELL COLEMAN
Attorney General, Commonwealth of Kentucky

*/s/ J. Christian Lewis*
J. Christian Lewis (KY Bar No. 87109),
*Pro hac vice*
Philip Heleringer (KY Bar No. 96748),
*Pro hac vice*
Zachary Richards (KY Bar No. 99209),
*Pro hac vice*
Daniel I. Keiser (KY Bar No. 100264),
*Pro hac vice*
Matthew Cocanougher (KY Bar No. 94292),
*Pro hac vice*
Assistant Attorneys General
1024 Capital Center Drive, Suite 200
Frankfort, KY 40601

OMNIBUS SEALING STIP. (META'S AND STATE AGS' MOT. FOR SUMM. J.)
CASE NOS. 4:22-MD-03047-YGR-PHK, 4:23-CV-05448-YGR

christian.lewis@ky.gov
philip.heleringer@ky.gov
zach.richards@ky.gov
daniel.keiser@ky.gov
matthew.cocanougher@ky.gov
Phone: (502) 696-5300
Fax: (502) 564-2698

*Attorneys for Plaintiff the Commonwealth of Kentucky*

JENNIFER DAVENPORT
Attorney General, State of New Jersey

*/s/ Kashif T. Chand*
Kashif T. Chand (NJ Bar No. 016752008),
*Pro hac vice*
Assistant Attorney General
Thomas Huynh (NJ Bar No. 200942017),
*Pro hac vice*
Section Chief, Deputy Attorney General
Verna J. Pradaxay (NJ Bar No. 335822021),
*Pro hac vice*
Mandy K. Wang (NJ Bar No. 373452021),
*Pro hac vice*
Deputy Attorneys General
New Jersey Office of the Attorney General,
Division of Law
124 Halsey Street, 5th Floor
Newark, NJ 07101
Tel: (973) 648-2052
Kashif.Chand@law.njoag.gov
Thomas.Huynh@law.njoag.gov
Verna.Pradaxay@law.njoag.gov
Mandy.Wang@law.njoag.gov

*Attorneys for Plaintiffs New Jersey Attorney General and the New Jersey Division of Consumer Affairs Jennifer Davenport, Attorney General for the State of New Jersey, and Jeremy E. Hollander, Acting Director of the New Jersey Division of Consumer Affairs*

**ATTESTATION**

I, Antonio J. Perez-Marques, hereby attest, pursuant to N.D. Cal. Civil L.R. 5-1, that the concurrence to the filing of this document has been obtained from each signatory hereto.


Dated:  May 1, 2026                                  */s/ Antonio J. Perez-Marques*
                                                    Antonio J. Perez-Marques

OMNIBUS SEALING STIP. (META'S AND STATE AGS' MOT. FOR SUMM. J.)
CASE NOS. 4:22-MD-03047-YGR-PHK, 4:23-CV-05448-YGR