# EXHIBIT B

SEAN SULLIVAN (State Bar No. 229104)
   seansullivan@dwt.com
SAM LACHMAN (State Bar No. 331969)
   samlachman@dwt.com
DAVIS WRIGHT TREMAINE LLP
350 South Grand Avenue, 27th Floor
Los Angeles, California 90071
Telephone:  (213) 633-6800
Fax:  (213) 633-6899

Attorneys for Non-Party
VIACOM INTERNATIONAL INC.

IN THE UNITED STATES DISTRICT COURT

THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITITGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*People of the State of California, et al.*,<br><br>Plaintiff,<br><br>v.<br><br>*Meta Platforms, Inc. et al.*,<br><br>Defendant. | MDL No. 3047<br><br>Case No. 4:22-md-03047-YGR-PHK<br>             4:23-cv-05448-YGR<br><br>**DECLARATION OF KEVIN MCKEEGAN IN SUPPORT OF OMNIBUS SEALING STIPULATION**<br><br>Judge: Hon. Yvonne Gonzalez Rogers<br><br>Action Filed:  October 24, 2023 |

MCKEEGAN DECLARATION ISO OMNIBUS SEALING STIPULATION

I, Kevin McKeegan, declare as follows:

1.      I am a Senior Vice President of Strategic Planning, Media & Analysis at Paramount Global, of which Viacom International Inc. ("Viacom") is a wholly-owned subsidiary.  Nickelodeon is an entertainment brand for kids and families and a business unit of Paramount Media Networks, a division of Viacom ("Nickelodeon").  Among other things, my team is involved in setting the media strategy for the company's TV Media segment, which includes Nickelodeon among other brands.  I submit this declaration in support of Non-Party Viacom's contributions to the Omnibus Sealing Stipulation.  I have personal knowledge of the facts set forth below, except as to those stated on information and belief and, as to those, I am informed and believe them to be true.  If called as a witness, I could and would testify competently to the information set forth herein.

2.      I understand that the State Attorneys General have filed an Opposition to Meta's Motion for Summary Judgment and Cross-Motion for Partial Summary Judgment (Dkt. 266), which attaches as an exhibit an internal Nickelodeon Media Recommendation plan dated November 22, 2021, prepared for a Nickelodeon television show (the "Media Recommendation"), among other supporting exhibits.  Dkt. 273-14, Bates AG-MDL3047-105164-105227.  I further understand that in 2023, Nickelodeon produced the Media Recommendation to the New York Attorney General in response to a subpoena and designated it "Confidential."   I further understand that the parties intend to unseal portions of the expert report of Adam Alter.

3.      I have reviewed the Media Recommendation and the Alter report and believe the redacted portions should remain under seal.  The Media Recommendation is an internal document and contains non-public, highly sensitive business and commercial information, the public disclosure of which would put Nickelodeon at an unfair competitive disadvantage.  For example, the redacted portions of the Media Recommendation include confidential information concerning campaign objectives, financial information related to advertising spend and budgets, tactical and strategy approaches for scheduling and marketing, and quarterly spend for a Nickelodeon television show.  The redacted portions of the Alter report similarly contain

MCKEEGAN DECLARATION ISO OMNIBUS SEALING STIPULATION

DAVIS WRIGHT TREMAINE LLP
350 SOUTH GRAND AVENUE, 27TH FLOOR
LOS ANGELES, CALIFORNIA 90071
(213) 633-6800
Fax: (213) 633-6899

confidential information concerning internal marketing strategy and campaign objectives. Viacom cannot agree to the public disclosure of such confidential information.

4.      We maintain these types of proprietary media plans in strict confidence.  If such confidential information were admitted to the public record without seal, Nickelodeon would be materially harmed.  Doing so would provide an unwarranted advantage to competitors and business partners and compromise Nickelodeon's standing in the media market.  Potential media collaborators would almost certainly leverage the plan to extract more advantageous terms from Nickelodeon in business negotiations over media buys.  Such information also would be highly valuable to competitors in developing their own marketing strategies as well as to prospective and current business partners in negotiating with Nickelodeon.

5.      Viacom respectfully requests that the Court maintain the redacted portions of the Media Recommendation and the Alter report under seal to prevent such competitive harm from being perpetuated through public access to the documents.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed at Los Angeles, California on April 30, 2026.

Signed by:

By: _____
Kevin McKeegan
898FDBDC66EE44E...
Kevin McKeegan

MCKEEGAN DECLARATION ISO OMNIBUS SEALING STIPULATION

DAVIS WRIGHT TREMAINE LLP
350 SOUTH GRAND AVENUE, 27TH FLOOR
LOS ANGELES, CALIFORNIA 90071
(213) 633-6800
Fax: (213) 633-6899