# Partially Unsealed Exhibits to the State AGs' Motion for Partial Summary Judgment
# (ECF No. 2696)

Case No.: 4:22-md-03047-YGR
MDL No. 3047
In Re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation