# Actor Representation (CI) FYI

on December 14, 2021 at 6:54 AM

# ☐ Underage Cross-Platform Disables is launched! ☐ *This post comes a little late, we finished the rollout a few weeks ago.* ## Context - **What are underage disables?** When we suspect an account is owned by an underage user (under 13 in most jurisdictions) we checkpoint the account and allow the owner to appeal via an ID review flow, if the decision is not successfully appealed within this window then we disable the account and it will be deleted shortly afterwards. - **What's our policy on disables for hard linking?** If we know that a user is underage and they've also explicitly admitted to owning several accounts by hardlinking them via the account centre, we must enforce on all of them, not just the account that's been reviewed. ## Problem As a result of major infra changes some time ago and reoccurring issues related to alignment of FB and IG deletion policy we haven't had FB→IG enforcement propagation working consistently for over a year, and we've never had IG→FB enforcement propagation. ## What We Did - We've resolved the issues with IG and FB deletion policy alignment, and corrected the way we're handling IG disables. - We're propagating via [FEP (fka SPACE)](https://www.internalfb.com/intern/wiki/Community_Integrity_Infra/SPACE/) and we've introduced support within FEP to trigger propagations from IG Checkpoint actions (firing within Distillery) to allow us to propagate in the IG→FB direction. - **[See our new Wiki section on cross platform enforcement for screenshots of what this looks like for underage!](https://www.internalfb.com/intern/wiki/Attribute_Misrepresentation/Initiatives/Underage/Enforcement/#cross-platform-propagati)** ## Impact - ☐ This launch completes our H2 goal to ensure cross-app enforcement, and unblocks our H1/22 goal to achieve BASIC maturity for the Underage problem. - ☐ **We're inactivating around 30k extra Instagram accounts per week as a result of propagations from FB! That's 70% more than we were inactivating prior to propagation** *([query](https://fburl.com/scuba/ig_pac_actions/r4ruqxii))*. - ☐ We're inactivating around 350 extra Facebook accounts per week as a result of propagations from IG, an increase of around 0.5% *([query](https://fburl.com/scuba/pac_actions/eoph9g2v))*. Impact here is much smaller for the time being because most IG U13 enrolments are occurring as a result of DOB updates which can only occur on un-hardlinked accounts, even the enrolments that don't occur through DOB updates (e.g. 3rd party reports instead) are unlikely to be hardlinked to FB accounts in our subset of users. However: - This number is set to increase as the IG-SURF project drives a higher volume of reports into our flows. - This remains an important part of maturing our enforcement mechanisms and having defendable efforts - because these are accounts that we *know* to be owned by underage users. - We've added support to FEP for triggering propagations from IG Checkpoints (occurring within Distillery), this means that other teams can take advantage of this new propagation functionality. - We've made these enforcement gains with no significant increase in appeals (→ no increase in ops demand), as users can still only appeal from the source account. ## Up Next Next half we will be exploring the possibility of propagating enforcement over softlinked accounts, including retrospective propagation upon new account creation. ## Thanks - A *hugeeeee* #thanks to ▉▉▉▉ for a ton of support helping me get to grips with the SPACE framework as well as helping me to resolve various blockers along the way. It's been awesome having such a great partner for this workstream. *cc. ▉▉▉, ▉▉▉, ▉▉, ▉▉▉, ▉▉, ▉▉, ▉▉*

## Propagation from Facebook



**Thanks Bot** on December 14, 2021 at 6:54 AM

Way to spread gratitude, ▉▉▉! ▉▉▉▉ can see your thanks at fburl.com/thanks. ☐ Fabulous!

▉▉▉▉ on December 14, 2021 at 6:56 AM

#thanks ▉▉ for implementing cross platform disables for U13 accounts, making our platforms safer for our users on both FB and IG!

**Thanks Bot** on December 14, 2021 at 6:56 AM

☐ Thanks for thanking, ▉▉▉! ▉▉▉▉ can see your thanks at fburl.com/thanks. Splendid!

▉▉▉▉ on December 14, 2021 at 6:58 AM

This is really cool. Maybe I missed something but one thought that came to mind: re-- > We've made these enforcement gains with no significant increase in appeals (→ no increase in ops demand), as users can still only appeal from the source account. Do re-instatements from the source account then also get propagated back to the enforced-via-propagation account? I.e. if appealed successfully on FB does the hardlinked IG also get reinstated?

▉▉▉▉ on December 14, 2021 at 7:02 AM

Woohoo! Great work ▉▉▉ improving our systems tackling underage, a critical problem for meta. This should really improve our legitimacy and defensibility on a hot issue these days

▉▉▉▉ on December 14, 2021 at 7:08 AM

Hey ▉▉▉, a great question, the answer is yes. FEP/SPACE is built to also revert any propagations that were enforced come appeal time, and I thoroughly tested this when building (D31573610, D32529535) and looked for samples in prod to confirm. ☐

▉▉▉▉ on December 14, 2021 at 7:22 AM

META3047MDL-155-00009593

#movebot Actor Representation (CI) FYI

**Move Bot** on December 14, 2021 at 7:32 AM

Alrighty, I moved this post from Age Misrepresentation Working Group to Actor Representation (CI) FYI.

███████████ on December 14, 2021 at 7:53 AM

cc ███████, Karima Newton, ████████, ████████ as a major milestone in getting our underage enforcement into a defensible state

███████████ on December 14, 2021 at 7:56 AM

This is huge. ███████████ congratulations on owning this complex space and crunching through so many tough dependencies across apps to get this rolled out successfully.

███████████ on December 14, 2021 at 8:14 AM

Congrats ███████! This is a huge win! Are we going to support this for META account once it's launched?

███████████ on December 14, 2021 at 8:17 AM

Thanks ████! Eeek I don't know much about that, perhaps it needs a discussion. Do meta accounts replace oculus accounts?

███████████ on December 14, 2021 at 8:42 AM

This is great. Congrats on getting this out!

███████████ on December 14, 2021 at 8:49 AM

███████ Yes! Happy to provide more context as I am also working on getting Meta account detection and response ready. Once Meta account launched they will replace Oculus account (which is basically FB account), and they will be used as completely new type of account

███████████ on December 14, 2021 at 8:52 AM

███████ cool, we had a chat earlier in the half with an integrity team for Oculus and found that age control was still very much in its infancy. Off the top of my head points included: - There's a huge amount of account sharing when logged in on oculus. - It's tricky to checkpoint/block users for oculus because they're usually linked to purchased items (games).

███████████ on December 14, 2021 at 9:28 AM

There's a bunch of discussion happening about underage for meta account here: https://fb.workplace.com/groups/435465770856191/posts/510475540021880 tl;dr - it's tbd

███████████ on December 14, 2021 at 3:49 PM

Congrats team!! Great to see this roll out! ☐

███████████ on December 15, 2021 at 8:08 PM

███████████ on January 18, 2022 at 7:51 AM

Hi ████! I'm an account manager for a client who has an influencer that is stuck at this checkpoint. She appealed (twice) and sent in all the required documents, but have not heard back yet. It's been almost a month and we are trying to prevent her IG account from getting disabled. I also opened a task with our support team but it is going nowhere (C#1512803) ☐ Any way you can help investigate? IG account: https://www.instagram.com/sebastianwheldon/ Context: Sebastian's mom manages his IG account. One day a question popped up asking for a birthday. Without even thinking, she added his birthday (not her own) and it disabled the user capabilities because he's not 13.

███████████ on January 18, 2022 at 7:55 AM

Hey ████, please grant me access to the case

███████████ on January 18, 2022 at 7:56 AM

(and/or supply me with the user ID in question)

███████████ on January 18, 2022 at 7:58 AM

███████████ just updated my comment with the IG account link!

███████████ on January 18, 2022 at 8:07 AM

I'll workchat you for this ☐

CONFIDENTIAL