**From:** ▮▮▮▮▮▮ </O=THEFACEBOOK/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮ >

**To:** ▮▮▮▮▮▮▮▮▮ ; ▮▮▮▮▮▮

**Sent:** 6/7/2022 7:18:00 PM

**Subject:** Message summary [{"otherUserFbId":100035181857785,"threadFbId":null}]

▮▮▮▮▮▮▮▮▮ (6/07/2022 11:55:13 PDT):
>@silent did hardlinked IG<->IG U13 propagation end up on our call for ideas / roadmap?

▮▮▮▮▮▮▮▮▮ (6/07/2022 11:55:33 PDT):
>I feel like I might have missed it off (sorry not near my laptop rn)

▮▮▮▮▮▮▮▮▮ (6/07/2022 11:57:41 PDT):
>Yup, I think we missed this.

▮▮▮▮▮▮▮▮▮ (6/07/2022 12:16:25 PDT):
>Would you mind chucking it on somewhere? Maybe just in the call for ideas or something?

▮▮▮▮▮▮▮▮▮ (6/07/2022 12:18:00 PDT):
>Will do, let me know if you remember anything else.

CONFIDENTIAL - PROTECTED BY CONFIDENTIALITY AGREEMENT
CONFIDENTIAL

MT-IG-AG-00350481
META3047MDL-037-00083064