e FYI (Engineering Announcements) | Group | Workplace



**e FYI (Engineering Announcements)**

🛡 Official · 📷 Open group · 👥 31,537 members · High Quality Posts: We ask everyone to keep the posts high-q... See more

Join  •••  ▢

Posts    Files    Topics    More ▾

🔍 Search group...

_____ uploaded a file.

April 12, 2021 · 🌐                                                    •••

## Accelerating Cross-App Soft-match Deprecation (CASD) program for FCO deadline

An order from the German competition agency (Federal Cartel Office a.k.a. FCO) requires us to give users a choice (like an opt-in or consent) before their data is shared from non-FB (e.g. IG) accounts back to FB by November 29. This requires an acceleration of our plan to deprecate cross-app soft-match with substantial extra work from teams across the company. I would like to give everyone a heads-up on this company-wide effort, as the working team might reach out to you if you can help the tool and system development; or you might get privacy wave tasks in the next 9 months for this effort. We will also keep everyone updated in this FYI group.

**What is Cross-App Soft-match Deprecation (CASD)?**

Most cross-app (among FB, IG, Messenger, WA, Oculus) data sharing should happen with an explicit choice by users via linking their accounts in Account Center ("hard-link"). All cross-app data sharing without such choice is considered cross-app soft-match. Some examples of cross-app account soft-match include:

- FB and IG data joined on private keys, such as phone/email or device
- ML account clustering algorithms with private UII information

It's our intention to deprecate cross-app soft-match in most usage cases; and we have an ongoing cross-app soft-match deprecation (CASD) program that had removed many of the known usages. However, we haven't made an external, public-facing commitment on soft-match deprecation. When we make a public-facing commitment, we have to demonstrate a certain level of technical compliance (via CPIR). In the ideal situation, we expect the following end state in our codebase:

1. Centralize account soft-match via (Unified Identity Graph a.k.a. UIG) and hard-links (via FamilyExperience a.k.a. FX API) with a clear downstream usage governance and enforcement mechanisms;

2. System storage and processors annotation around whether the data belongs to FB or IG users, and what whether the code is executed in FB or IG product context and alert when the data is getting mixed without hard-link.

Given the state of our technical stack, infrastructure, and resource investment levels, the ongoing CASD program would take us many years to reach such end state (see CASD Disclosure Timeline).

**Why do we need to accelerate cross-app soft-match deprecation (CASD)?**

The German competition agency, the FCO, is requiring us to give users a choice (like an opt-in or consent) before their data is shared from non-FB accounts back to FB. The order is specifically focused on preventing "one-directional" use — i.e. FBApp (Blue) using data from "non-Blue" FB apps (IG, WA, legacy Oculus devices). The regulator has imposed a deadline of 11/29/2021. This

CONFIDENTIAL

META3047MDL-146-00072869

forces us to accelerate the CASD program on these one-directional usage cases.

**How do we accelerate and what does it mean to you?**

We will focus on enforcing deprecation of FB soft-match usage of IG/WA/Oculus data (one-direction), with a combination of automation and manual audits to hit the deadline.

We estimate needing to reprioritize ~75 full time engineers, mainly in Infrastructure and Central Products, to accelerate the tools and systems; with another ~100 engineer * 9 month worth of privacy waves across all engineering teams to audit, deprecate and enforce.

The working team will reach out to you if you can help the tool and system development; you might also get privacy wave tasks in the next 9 months for this effort.

**Who is working on what in the acceleration program?**

To coordinate the accelerated effort, we are forming a cross-team effort, with nine workstreams.

The Central Product Platform team will provide the overall coordination:

- ████████████████ as the TPM lead to coordinate across all workstreams;
- ██████████ as eng lead;
- ███████ as the overall tech lead working with ████████

The nine workstreams and corresponding PoCs are shared at the FYI group. The PoCs might come to you to help if needed. Please help to prioritize their asks.

Please see this doc for more details on the context, options of our responses, technical direction, detailed output of each workstream, detailed estimation of works for each product team, and also the long term plan.

And please share your feedbacks/thoughts to the PoCs or in the FYI group. Thanks!

— with ████████████ and **2 others**.

---

📄 **Enable preview**
Connect your account

---

👍😮❤️ 237                                    50 comments   177 shares   Seen by 16K

---

👍 Like                    💬 Comment                    ↪ Share

---

Most relevant ▾

●  Write a comment...                                    GIF  </>  🔗  😊

████████████
Does this deprecation only affect EU users or is globally across the board?

3y   **Like**   Reply                                              👍

CONFIDENTIAL

META3047MDL-146-00072870



3y   Like   Reply

Thanks! Already pinged ▮▮▮ and ▮▮ to make sure we track it!

3y   Like   Reply

cc ▮

3y   Like   Reply

Reply to ▮▮▮

The plan of record per the Central Privacy Escalation is to make the change globally. See https://fb.quip.com/UWmaAIT4RgKu#cNTACA2kzOb

Connect Quip account to see this preview

3y   Like   Reply   6

FYI

3y   Like   Reply

Reply to ▮▮▮

WP shouldn't be implicated here ( 👍 👍 ) but there may be an opportunity to hook into these efforts to find where there may be soft matching we don't know about.

3y   Like   Reply   3

"While the FCO order technically does NOT even allow SM for Integrity or Analytics / Family Accounting (FA), we are going to push for an exception. But there is risk that they may NOT provide one, which would require us to also stop SMing for Integrity and / or FA in Germany."

3y   Like   Reply

cc ▮▮▮▮ Do we have good way to turn off x-plat for one country if we need?

3y   Like   Reply

CONFIDENTIAL

META3047MDL-146-00072871



EW (Engineering Announcements) | Group | Workplace

The x-plat bans are already turned off for all of the EU.

According to my understanding we should prevent matching itself as opposed to preventing (xplat bans based on the results of the matching). do you know (as oncall for uig_data_oncall - the team that owns matching logic) how difficult it would be to do ?

3y    Like    Reply                                                2

we own all matching algorithms (Account Clusters), FB-IG model specifically owned by          cc:

3y    Like    Reply

what about FB-WA ?

3y    Like    Reply

3y    Like    Reply

Reply to

Do you know if looking into Xplat is on anyone's radar for H2? I don't think it's on any of the Safety roadmaps.

3y    Like    Reply

we're not doing anything with it specifically, but is the owner of that system.

3y    Like    Reply

Xplat in maintenance mode

3y    Like    Reply    Edited

Reply to

Reply to

cc:                    looks like this is something that might impact the ads signal loss track

3y    Like    Reply

This is a fantastic move towards respecting privacy. Glad to see oversight working!

3y    Like    Reply

CONFIDENTIAL

META3047MDL-146-00072872



████ c███ ██████ this may impact the plan to use IG Shopping user's history.

3y    Like    Reply

████ ███████ Great thanks for letting me know. We plan to only use hard linked data and we need a lama to make sure this is approved by privacy.

3y    Like    Reply

████ Reply to ████████

████ ██████ █████ s this can have impact on the soft match qualification we want for SMS users ?

3y    Like    Reply

████ ██████ Not specifically with regards to the new qualification as it's integrity related. But in general with regards to soft matching in VP / Study. Though we ask for consent in Study / FAUCVI so it's considered direct matching, and in general in VP the integrity usage is allowed.
Still, may have consequences regarding PPF adoption etc.

3y    Like    Reply

████ Reply to ████████

████ ████████
PRIV

3y    Like    Reply

████ ████ ████ ████ - FYI, as the timeline for softmatch deprecation came up in our PXFN last week.

3y    Like    Reply

████ ████████ if we use ig_user_fbidv2 function this is hard match right?

2y    Like    Reply

████ cc ██████ do you know if this would impact our upstream table (instagram_ads_match_all_users)?

3y    Like    Reply

████ CC: ████ ███ ████ ████ Does this impact our timeline?

3y    Like    Reply

████ Thanks for the flag, but I think we're still OK. Target for this effort is Nov 2021 and we're on track to remove our SM by end of the month....

CONFIDENTIAL

META3047MDL-146-00072873



https://fb.workplace.com/groups/127032280686297/permalink/4108465292542956/    6/6

CONFIDENTIAL

META3047MDL-146-00072874

## Metadata

| All Custodians | Meta Platforms | SEMANTIC |
|---|---|---|
| All Paths | /Meta Platforms | SEMANTIC |
| Confidentiality | CONFIDENTIAL | SEMANTIC |

Case 4:22-md-03047-YGR   Document 3007-6   Filed 05/01/26   Page 7 of 7