

**CONFIDENTIAL TREATMENT REQUESTED UNDER 5 U.S.C. § 552(b)(4); 15 U.S.C. § 46(f); AND/OR 15 U.S.C. § 57b-2**