Ex. 37

META-MDL-650-00305893

PR Report

Ex. 37

PR Report

Ex. 37

Ex. 37

PR Report

Ex. 37

PR Report

Ex. 37

METADATA-CONFIDENTIAL

PR Report

Ex. 37

PR Report

Ex. 37

PR Report

Ex. 37

PR Report

Ex. 37

PR Report

Ex. 37

Ex. 37

| | Z | AA | AB | AC | AD | AE | AF | AG | AH | AI | AJ | AK | AL | AM | AN | AO | AP | AQ | AR | AS | AT | AU | AV | AW | AX | AY | AZ | BA | BB | BC | BD | BE | BF | BG | BH | BI |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 380 | [redacted] | | CLOSED | CLOSED | FB_EZ_PRI | | USD | USD | | | 100271.5 | 100271.5 | 100271.5 | 0 | 0 | | 0 | 100271.5 | 100271.5 | 101329.3 | -1057.75 | 0 | | | | | | | | | | IE-DUBLIN-GRAND CANAL-DUB3-CORP | | | | |
| 380 | [redacted] | | OPEN | CLOSED FO | FB_US_PRI | | USD | USD | | | 36500 | 36500 | 35765 | 0 | 735 | | 0 | 36500 | 36500 | 35765 | 735 | 0 | | | | | | | | | | US-Menlo Park-MPK Campus | | | | |
| 380 | [redacted] | | OPEN | CLOSED FO | FB_US_PRI | | USD | USD | | | 30000 | 30000 | 30000 | 0 | 0 | | 0 | 30000 | 30000 | 30000 | 0 | 0 | | | | | | | | | | US-Menlo Park-MPK Campus | | | | |
| 381 | [redacted] | | CLOSED | CLOSED | FB_MEX_PRI | | MXN | MXN | | | 41788.5 | 41788.5 | 41788.5 | 0 | 0 | | 0 | 2242.58 | 2242.58 | 2242.58 | 0.000148 | 0 | | | | | | | | | | MX-CIUDAD DE MEXICO-MEX101-CORP | | | | |
| 381 | [redacted] | | OPEN | CLOSED FO | FB_MEX_PRI | | MXN | MXN | | | 41788.5 | 41788.5 | 30260.64 | 0 | 11527.86 | | 0 | 2242.58 | 2242.58 | 1623.937 | 618.6428 | 0 | | | | | | | | | | MX-CIUDAD DE MEXICO-MEX101-CORP | | | | |
| 381 | [redacted] | | OPEN | CLOSED FO | FB_MEX_PRI | | MXN | MXN | | | 1467984 | 1467984 | 1265503 | 0 | 202480.6 | | 0 | 78779.36 | 78779.36 | 64433.11 | 14346.25 | 0 | | | | | | | | | | MX-CIUDAD DE MEXICO-MEX101-CORP | | | | |
| 381 | [redacted] | | OPEN | CLOSED FO | FB_EZ_PRI | | EUR | EUR | | | 25000 | 25000 | 22259.88 | 0 | 2740.12 | | 0 | 29742.5 | 29742.5 | 26761.94 | 2980.559 | 0 | | | | | | | | | | IE-DUBLIN-GRAND CANAL-DUB3-CORP | | | | |
| 381 | [redacted] | | CLOSED | CLOSED | FB_US_PRI | | USD | USD | | | 30000 | 30000 | 30000 | 0 | 0 | | 0 | 30000 | 30000 | 30000 | 0 | 0 | | | | | | | | | | US-Menlo Park-MPK Campus | | | | |
| 381 | [redacted] | | OPEN | CLOSED FO | FB_IND_PRI | | INR | INR | | | 6990000 | 6990000 | 5923729 | 0 | 1066271 | | 0 | 108407.9 | 108407.9 | 93150.64 | 15257.27 | 0 | | | | | | | | | | IN-Delhi | | | | |
| 381 | [redacted] | | CLOSED | CLOSED | FB_US_PRI | | USD | USD | | | 250 | 250 | 250 | 0 | 0 | | 0 | 250 | 250 | 250 | 0 | 0 | | | | | | | | | | US-WASHINGTON DC-DCA1-POP | | | | |
| 3817 | [redacted] | | OPEN | CLOSED FO | FB_UK_PRI | | GBP | GBP | | | 143000 | 143000 | 146602.8 | 0 | -3602.84 | | 0 | 193057.2 | 193057.2 | 198331.7 | -5274.5 | 0 | | | | | | | | | | GB-LONDON-LVL10-LON4-FAC-LON | | | | |
| 3818 | | | CLOSED | CLOSED | FB_ARG_PRI | | ARS | ARS | | | 52264.97 | 52264.97 | 52264.97 | 0 | 0 | | 0 | 3013.08 | 3013.08 | 3013.076 | 0.00448 | 0 | | | | | | | | | | AR-BA-Tucuman | | | | |
| 381 | [redacted] | | CLOSED | CLOSED | FB_US_PRI | | GBP | GBP | | | 11000 | 11000 | 0 | 0 | 11000 | | 0 | 14881.35 | 14881.35 | 0 | 14881.35 | 0 | | | | | | | | | | US-Menlo Park-MPK Campus | | | | |
| 382 | [redacted] | | OPEN | CLOSED FO | FB_SWE_PRI | | SEK | SEK | | | 59300 | 59300 | 0 | 0 | 59300 | | 0 | 7088.25 | 7088.25 | 0 | 7088.25 | 0 | | | | | | | | | | SE-Stockholm | | | | |
| 382 | [redacted] | | CLOSED | CLOSED | FB_EZ_PRI | | USD | USD | | | 60000 | 60000 | 40000 | 0 | 20000 | | 0 | 60000 | 60000 | 40421.96 | 19578.04 | 0 | | | | | | | | | | IE-DUBLIN-GRAND CANAL-DUB3-CORP | | | | |
| 382 | [redacted] | | | | FB_EZ_PRI | | USD | | | | 5500 | | | | | | 0 | 5500 | | | | | | | | | | | | | | IE-DUBLIN-GRAND CANAL-DUB3-CORP | | | | |
| 382 | [redacted] | | OPEN | CLOSED FO | FB_IND_PRI | | INR | INR | | | 3800500 | 3800500 | 3651210 | 0 | 149290 | | 0 | 58941.95 | 58941.95 | 57196.2 | 1745.745 | 0 | | | | | | | | | | IN-Delhi | | | | |
| 382 | [redacted] | | CLOSED | CLOSED | FB_US_PRI | | USD | USD | | | 5840 | 5840 | 5840 | 0 | 0 | | 0 | 5840 | 5840 | 5840 | 0 | 0 | | | | | | | | | | US-Menlo Park-MPK Campus | | | | |
| 382 | [redacted] | | OPEN | CLOSED FO | FB_US_PRI | | USD | USD | | | 4000 | 4000 | 4000 | 0 | 0 | | 0 | 4000 | 4000 | 4000 | 0 | 0 | | | | | | | | | | US-Menlo Park-MPK Campus | | | | |
| 3826 | | | CLOSED | CLOSED | FB_EZ_PRI | | EUR | EUR | | | 46000 | 46000 | 46000 | 0 | 0 | | 0 | 54726.2 | 54726.2 | 55303.5 | -577.3 | 0 | | | | | | | | | | IE-DUBLIN-GRAND CANAL-DUB3-CORP | | | | |
| 382 | [redacted] | | CLOSED | CLOSED | FB_EZ_PRI | | EUR | EUR | | | 3000 | 3000 | 0 | 0 | 3000 | | 0 | 3569.1 | 3569.1 | 0 | 3569.1 | 0 | | | | | | | | | | IE-DUBLIN-GRAND CANAL-DUB3-CORP | | | | |
| 382 | [redacted] | | OPEN | CLOSED FO | FB_EZ_PRI | | EUR | EUR | | | 1200 | 1200 | 3600 | 0 | -2400 | | 0 | 1427.64 | 1427.64 | 4282.92 | -2855.28 | 0 | | | | | | | | | | IE-DUBLIN-GRAND CANAL-DUB3-CORP | | | | |
| 382 | [redacted] | | CLOSED | CLOSED | FB_US_PRI | | USD | USD | | | 250000 | 250000 | 250000 | 0 | 0 | | 0 | 250000 | 250000 | 250000 | 0 | 0 | | | | | | | | | | US-Menlo Park-MPK Campus | | | | |
| 383 | [redacted] | | CLOSED | CLOSED | FB_US_PRI | | USD | USD | | | 1500 | 1500 | 1500 | 0 | 0 | | 0 | 1500 | 1500 | 1500 | 0 | 0 | | | | | | | | | | US-WASHINGTON DC-DCA1-POP | | | | |
| 383 | [redacted] | | CLOSED | CLOSED | FB_SWE_PRI | | NOK | NOK | | | 9500 | 9500 | 9500 | 0 | 0 | | 0 | 1172.47 | 1172.47 | 1172.471 | -0.00057 | 0 | | | | | | | | | | SE-STOCKHOLM-ARN101-CORP | | | | |
| 383 | [redacted] | | CLOSED | CLOSED | FB_ARG_PRI | | ARS | ARS | | | 2000 | 2000 | 2000 | 0 | 0 | | 0 | 107.3 | 107.3 | 107.3 | 0 | 0 | | | | | | | | | | AR-BA-Tucuman | | | | |
| 383 | [redacted] | | CLOSED | CLOSED | FB_US_PRI | | USD | USD | | | 45000 | 45000 | 45000 | 0 | 0 | | 0 | 45000 | 45000 | 45000 | 0 | 0 | | | | | | | | | | US-WASHINGTON DC-DCA1-POP | | | | |
| 383 | [redacted] | | CLOSED | CLOSED | FB_US_PRI | | USD | USD | | | 25000 | 25000 | 25000 | 0 | 0 | | 0 | 25000 | 25000 | 25000 | 0 | 0 | | | | | | | | | | US-WASHINGTON DC-DCA1-POP | | | | |
| 383 | [redacted] | | CLOSED | CLOSED | FB_US_PRI | | USD | USD | | | 25000 | 25000 | 25000 | 0 | 0 | | 0 | 25000 | 25000 | 25000 | 0 | 0 | | | | | | | | | | US-WASHINGTON DC-DCA1-POP | | | | |
| 383 | [redacted] | | OPEN | CLOSED FO | FB_US_PRI | | USD | USD | | | 3080.3 | 3080.3 | 2110 | 0 | 970.3 | | 0 | 3080.3 | 3080.3 | 2110 | 970.3 | 0 | | | | | | | | | | US-Menlo Park-MPK Campus | | | | |
| 383 | [redacted] | | OPEN | CLOSED FO | FB_US_PRI | | USD | USD | | | 57485 | 57485 | 56492.45 | 0 | 992.55 | | 0 | 57485 | 57485 | 56492.45 | 992.55 | 0 | | | | | | | | | | US-Menlo Park-MPK Campus | | | | |
| 383 | [redacted] | | CLOSED | CLOSED | FB_BR_BRGAAP | | BRL | BRL | 1 | 1 | 21672 | 21672 | 21672 | 21672 | 0 | 0.30185 | 0.3 | 6541.69 | 6541.69 | 6541.693 | -0.0032 | 6541.693 | | | | | | | | | | BR-SAO PAULO-GRU101-CORP-SAO | | | | |
| 383 | [redacted] | | CLOSED | CLOSED | FB_US_PRI | | USD | USD | | | 1327.1 | 1327.1 | 1327.1 | 0 | 0 | | 0 | 1327.1 | 1327.1 | 1327.1 | 0 | 0 | | | | | | | | | | US-Menlo Park-MPK Campus | | | | |
| 384 | [redacted] | | CLOSED | CLOSED | FB_US_PRI | | USD | USD | | | 25000 | 25000 | 25000 | 0 | 0 | | 0 | 25000 | 25000 | 25000 | 0 | 0 | | | | | | | | | | US-WASHINGTON DC-DCA1-POP | | | | |
| 3841 | [redacted] | | CLOSED | CLOSED | FB_US_PRI | | USD | USD | | | 15116.82 | 15116.82 | 15116.82 | 0 | 0 | | 0 | 15116.82 | 15116.82 | 15116.82 | 0 | 0 | | | | | | | | | | US-Menlo Park-MPK Campus | | | | |
| 3842 | [redacted] | | OPEN | CLOSED FO | FB_US_PRI | | USD | USD | | | 6440.13 | 6440.13 | 6190 | 0 | 250.13 | | 0 | 6440.13 | 6440.13 | 6190 | 250.13 | 0 | | | | | | | | | | US-Menlo Park-MPK Campus | | | | |
| 3843 | [redacted] | | CLOSED | CLOSED | FB_US_PRI | | USD | USD | | | 4138.5 | 4138.5 | 4138.5 | 0 | 0 | | 0 | 4138.5 | 4138.5 | 4138.5 | 0 | 0 | | | | | | | | | | US-Menlo Park-MPK Campus | | | | |
| 3844 | [redacted] | | | | FB_US_PRI | | USD | | | | 65273.21 | | | | | | 0 | 65273.21 | | | | | | | | | | | | | | US-Menlo Park-MPK Campus | | | | |
| 3845 | [redacted] | | CLOSED | CLOSED | FB_US_PRI | | USD | USD | | | 15019.36 | 15019.36 | 15019.36 | 0 | 0 | | 0 | 15019.36 | 15019.36 | 15019.36 | 0 | 0 | | | | | | | | | | US-Menlo Park-MPK Campus | | | | |
| 3846 | [redacted] | | OPEN | CLOSED FO | FB_HKG_PRI | | HKD | HKD | | | 14752130 | 14752130 | 5519922 | 0 | 9232208 | | 0 | 1888199 | 1888199 | 706522.4 | 1181676 | 0 | | | | | | | | | | HK-HONG KONG L66-CORP | | | | |
| 3847 | | | OPEN | CLOSED FO | FB_EZ_PRI | | EUR | EUR | | | 350 | 350 | 0 | 0 | 350 | | 0 | 420.79 | 420.79 | 0 | 420.79 | 0 | | | | | | | | | | ES-MADRID-MAD101-CORP | | | | |
| 3848 | | | CLOSED | CLOSED | FB_US_PRI | | USD | USD | | | 4000 | 4000 | 4000 | 0 | 0 | | 0 | 4000 | 4000 | 4000 | 0 | 0 | | | | | | | | | | US-Menlo Park-MPK Campus | | | | |
| 3849 | | | CLOSED | CLOSED | FB_US_PRI | | USD | USD | | | 75000 | 75000 | 75000 | 0 | 0 | | 0 | 75000 | 75000 | 75000 | 0 | 0 | | | | | | | | | | US-Menlo Park-MPK Campus | | | | |
| 3850 | Thaw, Jonny | | | | FB_US_PRI | | USD | | | | 510748 | | | | | | 0 | 510748 | | | | | | | | | | | | | | US-Menlo Park-MPK Campus | | | | |
| 3851 | | | | | FB_US_PRI | | USD | | | | 15116.82 | | | | | | 0 | 15116.82 | | | | | | | | | | | | | | US-Menlo Park-MPK Campus | | | | |
| 3852 | [redacted] | | CLOSED | CLOSED | FB_US_PRI | | USD | USD | | | 20326.31 | 20326.31 | 20326.31 | 0 | 0 | | 0 | 20326.31 | 20326.31 | 20326.31 | 0 | 0 | | | | | | | | | | US-Menlo Park-MPK Campus | | | | |
| 3853 | Schrage, Elliot | | OPEN | CLOSED FO | FB_US_PRI | | USD | USD | | | 38900 | 38900 | 33400 | 0 | 5500 | | 0 | 38900 | 38900 | 33400 | 5500 | 0 | | | | | | | | | | US-Menlo Park-MPK Campus | | | | |
| 3854 | [redacted] | | CLOSED | CLOSED | FB_US_PRI | | USD | USD | | | 10000 | 10000 | 10000 | 0 | 0 | | 0 | 10000 | 10000 | 10000 | 0 | 0 | | | | | | | | | | US-WASHINGTON DC-DCA1-POP | | | | |
| 3855 | [redacted] | | CLOSED | CLOSED | FB_SGP_PRI | | USD | USD | | | 6802 | 6802 | 6802 | 0 | 0 | | 0 | 6802 | 6802 | 6802 | 1.7E-12 | 0 | | | | | | | | | | SG-SINGAPORE-SIN101-CORP-SNG | | | | |
| 3856 | | | OPEN | CLOSED FO | FB_HKG_PRI | | HKD | HKD | | | 3105660 | 3105660 | 2654441 | 0 | 451218.9 | | 0 | 397509 | 397509 | 339755.2 | 57753.77 | 0 | | | | | | | | | | HK-HONG KONG-HKG102-66FL-CORP-HKG | | | | |
| 3857 | [redacted] | 43121.88 | | | FB_US_PRI | | USD | | 2862 | | 2862 | | | | | | 2862 | 2862 | | | | | | | | | | | | | | US-CA-MENLO PARK-FMPK1-FNA | | | | |
| 3858 | [redacted] | 43111.4 | CLOSED | CLOSED | FB_BR_BRGAAP | | BRL | BRL | 8000 | 8000 | 8000 | 8000 | 8000 | 8000 | 0 | 2445.6 | 2414.8 | 2414.8 | 2414.8 | 2445.6 | -30.8 | 2445.6 | | | | | | | | | | BR-SAO PAULO-GRU101-CORP-SAO | | | | |
| 3859 | | | OPEN | CLOSED FO | FB_UK_PRI | | GBP | GBP | | | 3277.83 | 3277.83 | 2731.52 | 0 | 546.31 | | 0 | 4434.41 | 4434.41 | 3695.337 | 739.0732 | 0 | | | | | | | | | | GB-LONDON-LON4-CORP-LON | | | | |
| 3860 | Schrage, Elliot | | OPEN | CLOSED FO | FB_US_PRI | | USD | USD | | | 206360 | 206360 | 182541.3 | 0 | 23818.67 | | 0 | 206360 | 206360 | 182541.3 | 23818.67 | 0 | | | | | | | | | | US-Menlo Park-MPK Campus | | | | |
| 3861 | [redacted] | | OPEN | CLOSED FO | FB_US_PRI | | USD | USD | | | 242560 | 242560 | 230571.8 | 0 | 11988.24 | | 0 | 242560 | 242560 | 230571.8 | 11988.24 | 0 | | | | | | | | | | US-Menlo Park-MPK Campus | | | | |
| 3862 | [redacted] | | CLOSED | CLOSED | FB_BR_BRGAAP | | BRL | BRL | 1 | 1 | 19000 | 19000 | 19000 | 19000 | 0 | 0.3083 | 0.3 | 5735.15 | 5735.15 | 5857.7 | -122.55 | 5857.7 | | | | | | | | | | BR-SAO PAULO-GRU101-CORP-SAO | | | | |
| 3863 | [redacted] | 43123.06 | OPEN | CLOSED FO | FB_EZ_PRI | | EUR | EUR | | | 54000 | 54000 | 1889.05 | 0 | 52110.95 | | 0 | 64921.5 | 64921.5 | 2231.629 | 62689.87 | 0 | | | | | | | | | | IE-Dublin | | | | |
| 3864 | | | CLOSED | CLOSED | FB_US_PRI | | USD | USD | | | 14000 | 14000 | 14000 | 0 | 0 | | 0 | 14000 | 14000 | 14000 | 0 | 0 | | | | | | | | | | US-Menlo Park-MPK Campus | | | | |
| 3865 | | | OPEN | CLOSED FO | FB_US_PRI | | USD | USD | | | 4000 | 4000 | 0 | 0 | 4000 | | 0 | 4000 | 4000 | 0 | 4000 | 0 | | | | | | | | | | US-Menlo Park-MPK Campus | | | | |
| 3866 | | | | | FB_UK_PRI | | | | | | 8000 | | | | | | | 10822.8 | | | | | | | | | | | | | | UK - Somerset (Yeovil) | | | | |
| 3867 | | | CLOSED | CLOSED | FB_UK_PRI | | GBP | GBP | | | 5000 | 5000 | 5000 | 0 | 0 | | 0 | 6764.25 | 6764.25 | 6764.25 | 0 | 0 | | | | | | | | | | GB-LONDON-LON4-CORP-LON | | | | |
| 3868 | | | CLOSED | CLOSED | FB_US_PRI | | USD | USD | | | 900 | 900 | 0 | 0 | 900 | | 0 | 900 | 900 | 0 | 900 | 0 | | | | | | | | | | US-Menlo Park-MPK Campus | | | | |
| 386 | [redacted] | | CLOSED | CLOSED | FB_EZ_PRI | | EUR | EUR | | | 2000 | 2000 | 2000 | 0 | 0 | | 0 | 2404.5 | 2404.5 | 2404.5 | 0 | 0 | | | | | | | | | | IE-DUBLIN-GRAND CANAL-DUB3-CORP | | | | |
| 387 | [redacted] | | OPEN | CLOSED FO | FB_EZ_PRI | | EUR | EUR | | | 6000 | 6000 | 0 | 0 | 6000 | | 0 | 7213.5 | 7213.5 | 0 | 7213.5 | 0 | | | | | | | | | | IE-DUBLIN-GRAND CANAL-DUB3-CORP | | | | |
| 387 | [redacted] | | CLOSED | CLOSED | FB_US_PRI | | USD | USD | | | 650 | 650 | 650 | 0 | 0 | | 0 | 650 | 650 | 650 | 0 | 0 | | | | | | | | | | US-Menlo Park-MPK Campus | | | | |
| 387 | [redacted] | | OPEN | CLOSED FO | FB_US_PRI | | USD | USD | | | 75000 | 75000 | 21500 | 0 | 53500 | | 0 | 75000 | 75000 | 21500 | 53500 | 0 | | | | | | | | | | US-Menlo Park-MPK Campus | | | | |
| 387 | [redacted] | | OPEN | CLOSED FO | FB_IND_PRI | | INR | INR | | | 14160 | 14160 | 12000 | 0 | 2160 | | 0 | 221.82 | 221.82 | 187.98 | 33.84 | 0 | | | | | | | | | | IN-Delhi | | | | |
| 387 | [redacted] | | CLOSED | CLOSED | FB_IND_PRI | | INR | INR | | | 100000 | 100000 | 100000 | 0 | 0 | | 0 | 1566.5 | 1566.5 | 1566.5 | 0 | 0 | | | | | | | | | | IN-NEW DELHI-DEL104-CORP-DEL | | | | |
| 387 | [redacted] | | CLOSED | CLOSED | FB_IND_PRI | | INR | INR | | | 200000 | 200000 | 200000 | 0 | 0 | | 0 | 3133 | 3133 | 3133 | 0 | 0 | | | | | | | | | | IN-NEW DELHI-DEL104-CORP-DEL | | | | |
| 387 | [redacted] | | OPEN | CLOSED FO | FB_EZ_PRI | | EUR | EUR | | | 350 | 350 | 0 | 0 | 350 | | 0 | 420.79 | 420.79 | 0 | 420.79 | 0 | | | | | | | | | | IE-DUBLIN-GRAND CANAL-DUB3-CORP | | | | |
| 3877 | | | OPEN | CLOSED FO | FB_US_PRI | | USD | USD | | | 180000 | 180000 | 75000 | 0 | 105000 | | 0 | 180000 | 180000 | 75000 | 105000 | 0 | | | | | | | | | | US-Menlo Park-MPK Campus | | | | |
| 387 | [redacted] | | OPEN | CLOSED FO | FB_US_PRI | | USD | USD | | | 41160 | 41160 | 17150 | 0 | 24010 | | 0 | 41160 | 41160 | 17150 | 24010 | 0 | | | | | | | | | | US-Menlo Park-MPK Campus | | | | |
| 387 | [redacted] | | CLOSED | CLOSED | FB_US_PRI | | USD | USD | | | 4700 | 4700 | 4700 | 0 | 0 | | 0 | 4700 | 4700 | 4700 | 0 | 0 | | | | | | | | | | US-Menlo Park-MPK Campus | | | | |
| 388 | [redacted] | | | | FB_UK_PRI | | | | | | 10815 | | | | | | | 14631.07 | | | | | | | | | | | | | | GB-LONDON-LON4-CORP-LON | | | | |
| 3881 | | | CLOSED | CLOSED | FB_US_PRI | | USD | USD | | | 750 | 750 | 750 | 0 | 0 | | 0 | 750 | 750 | 750 | 0 | 0 | | | | | | | | | | US-WASHINGTON DC-DCA1-POP | | | | |
| 3882 | | | CLOSED | CLOSED | FB_US_PRI | | USD | USD | | | 750 | 750 | 750 | 0 | 0 | | 0 | 750 | 750 | 750 | 0 | 0 | | | | | | | | | | US-WASHINGTON DC-DCA1-POP | | | | |
| 3883 | Martin, Kevin | | OPEN | CLOSED FO | FB_US_PRI | | USD | USD | | | 240000 | 240000 | 155763 | 0 | 84237 | | 0 | 240000 | 240000 | 155763 | 84237 | 0 | | | | | | | | | | US-Menlo Park-MPK Campus | | | | |
| 3884 | Newton, Karina | | OPEN | CLOSED FO | FB_JPN_PRI | | JPY | JPY | | | 2716202 | 2716202 | 2716202 | 0 | 0 | | 0 | 24103.58 | 24103.58 | 24103.58 | 0.003452 | 0 | | | | | | | | | | JP-TOKYO-NRT101-CORP-JPN | | | | |
| 3885 | | | CLOSED | CLOSED | FB_US_PRI | | USD | USD | | | 20000 | 20000 | 20000 | 0 | 0 | | 0 | 20000 | 20000 | 20000 | 0 | 0 | | | | | | | | | | US-Menlo Park-MPK Campus | | | | |
| 3886 | | | | | FB_EZ_PRI | | | | | | 210000 | | | | | | | 252472.5 | | | | | | | | | | | | | | DE-BERLIN-BER101-CORP-HAM | | | | |
| 3887 | | | | | FB_EZ_PRI | | | | | | 215000 | | | | | | | 258483.8 | | | | | | | | | | | | | | NL-AMSTERDAM-AMS102-CORP | | | | |
| 388 | [redacted] | | CLOSED | CLOSED | FB_UK_PRI | | GBP | GBP | | | 8000 | 8000 | 8000 | 0 | 0 | | 0 | 10822.8 | 10822.8 | 10822.8 | 0 | 0 | | | | | | | | | | GB-LONDON-LVL10-LON4-FAC-LON | | | | |
| 388 | [redacted] | | | | FB_US_PRI | | | | | | 2500 | | | | | | | 2500 | | | | | | | | | | | | | | US-WASHINGTON DC-DCA1-POP | | | | |
| 389 | [redacted] | | OPEN | CLOSED FO | FB_US_PRI | | USD | USD | | | 310000 | 310000 | 250000 | 0 | 60000 | | 0 | 310000 | 310000 | 250000 | 60000 | 0 | | | | | | | | | | US-Menlo Park-MPK Campus | | | | |
| 389 | [redacted] | | OPEN | CLOSED FO | FB_US_PRI | | USD | USD | | | 370000 | 370000 | 60000 | 0 | 310000 | | 0 | 370000 | 370000 | 60000 | 310000 | 0 | | | | | | | | | | US-Menlo Park-MPK Campus | | | | |
| 389 | [redacted] | | CLOSED | CLOSED | FB_EZ_PRI | | EUR | EUR | | | 6000 | 6000 | 6000 | 0 | 0 | | 0 | 7213.5 | 7213.5 | 7213.5 | 0 | 0 | | | | | | | | | | IE-DUBLIN-GRAND CANAL-DUB3-CORP | | | | |
| 389 | [redacted] | | CLOSED | CLOSED | FB_US_PRI | | USD | USD | | | 2500 | 2500 | 2500 | 0 | 0 | | 0 | 2500 | 2500 | 2500 | 0 | 0 | | | | | | | | | | US-Menlo Park-MPK Campus | | | | |
| 389 | [redacted] | | CLOSED | CLOSED | FB_US_PRI | | USD | USD | | | 309360 | 309360 | 309360 | 0 | 0 | | 0 | 309360 | 309360 | 309360 | 0 | 0 | | | | | | | | | | US-Menlo Park-MPK Campus | | | | |
| 389 | [redacted] | | CLOSED | CLOSED | FB_IND_PRI | | INR | INR | | | 8500000 | 8500000 | 8500000 | 0 | 0 | | 0 | 133152.5 | 133152.5 | 133152.5 | 0 | 0 | | | | | | | | | | IN-Delhi | | | | |
| 3890 | | | OPEN | CLOSED FO | FB_UK_PRI | | USD | USD | | | 148800 | 148800 | 124000 | 0 | 24800 | | 0 | 148800 | 148800 | 124000 | 24800 | 0 | | | | | | | | | | GB-LONDON-LVL10-LON4-FAC-LON | | | | |
| 389 | [redacted] | | OPEN | CLOSED FO | FB_AUS_PRI | | AUD | AUD | | | 138000 | 138000 | 42333 | 0 | 95667 | | 0 | 107840.1 | 107840.1 | 33081.12 | 74758.98 | 0 | | | | | | | | | | AU-SYDNEY-SYD101-CORP-SYD | | | | |
| 389 | [redacted] | | CLOSED | CLOSED | FB_EZ_PRI | | EUR | EUR | | | 26000 | 26000 | 27879.04 | 0 | -1879.04 | | 0 | 31258.5 | 31258.5 | 33517.58 | -2259.08 | 0 | | | | | | | | | | IE-DUBLIN-GRAND CANAL-DUB3-CORP | | | | |
| 389 | [redacted] | | OPEN | CLOSED FO | FB_US_PRI | | USD | USD | | | 242000 | 242000 | 201992.5 | 0 | 40007.53 | | 0 | 242000 | 242000 | 201992.5 | 40007.53 | 0 | | | | | | | | | | US-Menlo Park-MPK Campus | | | | |
| 390 | [redacted] | | OPEN | CLOSED FOR RECEIVING | | | ILS | ILS | | | 586883 | 586883 | 275969 | 0 | 310914 | | 0 | 169148.5 | 169148.5 | 79538.41 | 89610.07 | 0 | | | | | | | | | | IL-TEL AVIV-TLV101-CORP | | | | |
| 390 | [redacted] | | OPEN | CLOSED FO | FB_US_PRI | | USD | USD | | | 72000 | 72000 | 46000 | 0 | 26000 | | 0 | 72000 | 72000 | 46000 | 26000 | 0 | | | | | | | | | | US-Menlo Park-MPK Campus | | | | |
| 390 | [redacted] | | CLOSED | CLOSED | FB_US_PRI | | USD | USD | | | 50000 | 50000 | 50000 | 0 | 0 | | 0 | 50000 | 50000 | 50000 | 0 | 0 | | | | | | | | | | US-Menlo Park-MPK Campus | | | | |
| 390 | [redacted] | | CLOSED | CLOSED | FB_US_PRI | | USD | USD | | | 10000 | 10000 | 10000 | 0 | 0 | | 0 | 10000 | 10000 | 10000 | 0 | 0 | | | | | | | | | | US-WASHINGTON DC-DCA1-POP | | | | |
| 390 | [redacted] | | OPEN | CLOSED FO | FB_US_PRI | | USD | USD | | | 100000 | 100000 | 95000 | 0 | 5000 | | 0 | 100000 | 100000 | 95000 | 5000 | 0 | | | | | | | | | | US-WASHINGTON DC-DCA1-POP | | | | |
| 390 | [redacted] | | OPEN | CLOSED FO | FB_US_PRI | | USD | USD | | | 10500 | 10500 | 5250 | 0 | 5250 | | 0 | 10500 | 10500 | 5250 | 5250 | 0 | | | | | | | | | | US-Menlo Park-MPK Campus | | | | |
| 390 | [redacted] | | CLOSED | CLOSED | FB_US_PRI | | USD | USD | | | 6000 | 6000 | 6000 | 0 | 0 | | 0 | 6000 | 6000 | 6000 | 0 | 0 | | | | | | | | | | US-Menlo Park-MPK Campus | | | | |
| 390 | [redacted] | | OPEN | CLOSED FO | FB_EZ_PRI | | USD | USD | | | 308676.1 | 308676.1 | 154338 | 0 | 154338 | | 0 | 298616.6 | 298616.6 | 159537.2 | 139079.4 | 0 | | | | | | | | | | IE-DUBLIN-GRAND CANAL-DUB3-CORP | | | | |
| 390 | [redacted] | | OPEN | CLOSED FO | FB_US_PRI | | USD | USD | | | 20000 | 20000 | 13577.45 | 0 | 6422.55 | | 0 | 20000 | 20000 | 13577.45 | 6422.55 | 0 | | | | | | | | | | US-Menlo Park-MPK Campus | | | | |
| 390 | [redacted] | | OPEN | CLOSED FO | FB_US_PRI | | USD | USD | | | 85000 | 85000 | 72440.6 | 0 | 12559.4 | | 0 | 85000 | 85000 | 72440.6 | 12559.4 | 0 | | | | | | | | | | US-Menlo Park-MPK Campus | | | | |
| 391 | [redacted] | | CLOSED | CLOSED | FB_UK_PRI | | GBP | GBP | | | 2000 | 2000 | 2000 | 0 | 0 | | 0 | 2705.7 | 2705.7 | 2705.7 | 0 | 0 | | | | | | | | | | GB-LONDON-LVL10-LON4-FAC-LON | | | | |
| 391 | [redacted] | | OPEN | CLOSED FOR RECEIVING | | | ZAR | ZAR | | | 77500 | 77500 | 32000 | 0 | 45500 | | 0 | 6257.04 | 6257.04 | 2583.552 | 3673.488 | 0 | | | | | | | | | | ZA-JOHANNESBURG-JNB101-CORP-ZAR | | | | |
| 391 | [redacted] | | | | FB_EZ_PRI | | EUR | | | | 2155.3 | | | | | | 0 | 2591.21 | | | | | | | | | | | | | | ES-MADRID-MAD101-CORP | | | | |
| 391 | [redacted] | | CLOSED | CLOSED | FB_US_PRI | | USD | USD | | | 12468.75 | 12468.75 | 12468.75 | 0 | 0 | | 0 | 12468.75 | 12468.75 | 12468.75 | 0 | 0 | | | | | | | | | | US-Menlo Park-MPK Campus | | | | |
| 391 | [redacted] | | OPEN | CLOSED FO | FB_US_PRI | | USD | USD | | | 188307 | 188307 | 78248.15 | 0 | 110058.9 | | 0 | 188307 | 188307 | 78248.15 | 110058.9 | 0 | | | | | | | | | | US-Menlo Park-MPK Campus | | | | |
| 391 | [redacted] | | CLOSED | CLOSED | FB_US_PRI | | USD | USD | | | 6250 | 6250 | 6250 | 0 | 0 | | 0 | 6250 | 6250 | 6250 | 0 | 0 | | | | | | | | | | US-Menlo Park-MPK Campus | | | | |
| 391 | [redacted] | | OPEN | CLOSED FO | FB_EZ_PRI | | EUR | EUR | | | 5445 | 5445 | 4500 | 0 | 945 | | 0 | 6546.25 | 6546.25 | 5410.125 | 1136.125 | 0 | | | | | | | | | | ES-MADRID-MAD101-CORP | | | | |
| 391 | [redacted] | | CLOSED | CLOSED | FB_US_PRI | | USD | USD | | | 40000 | 40000 | 40000 | 0 | 0 | | 0 | 40000 | 40000 | 40000 | 0 | 0 | | | | | | | | | | US-Menlo Park-MPK Campus | | | | |
| 391 | [redacted] | | CLOSED | CLOSED | FB_EZ_PRI | | EUR | EUR | | | 2500 | 2500 | 2500 | 0 | 0 | | 0 | 3005.63 | 3005.63 | 3005.625 | 0.005 | 0 | | | | | | | | | | BE-BRUSSELS-BRU102-CORP-BEL | | | | |
| 391 | [redacted] | | OPEN | CLOSED FO | FB_KOR_PRI | | KRW | KRW | | | 96250000 | 96250000 | 37500000 | 0 | 58750000 | | 0 | 90085.19 | 90085.19 | 35098.13 | 54987.07 | 0 | | | | | | | | | | KR-SEOUL-ICN101-CORP-KOR | | | | |
| 392 | [redacted] | | CLOSED | CLOSED | FB_US_PRI | | USD | USD | | | 41437.5 | 41437.5 | 41437.5 | 0 | 0 | | 0 | 41437.5 | 41437.5 | 41437.5 | 0 | 0 | | | | | | | | | | US-Menlo Park-MPK Campus | | | | |
| 392 | [redacted] | | CLOSED | CLOSED | FB_US_PRI | | USD | USD | | | 5000 | 5000 | 5000 | 0 | 0 | | 0 | 5000 | 5000 | 5000 | 0 | 0 | | | | | | | | | | US-WASHINGTON DC-DCA1-POP | | | | |
| 392 | [redacted] | | CLOSED | CLOSED | FB_EZ_PRI | | EUR | EUR | | | 5500 | 5500 | 5500 | 0 | 0 | | 0 | 6612.38 | 6612.38 | 6612.375 | 0.005 | 0 | | | | | | | | | | IT-MILANO-MXP101-CORP-ITA | | | | |
| 392 | [redacted] | | CLOSED | CLOSED | FB_UK_PRI | | GBP | GBP | | | 2512.55 | 2512.55 | 2512.55 | 0 | 0 | | 0 | 3399.1 | 3399.1 | 3399.103 | -0.00327 | 0 | | | | | | | | | | GB-LONDON-LVL10-LON4-FAC-LON | | | | |
| 3924 | | | CLOSED | CLOSED | FB_EZ_PRI | | EUR | EUR | | | 20000 | 20000 | 20000 | 0 | 0 | | 0 | 24045 | 24045 | 24045 | 0 | 0 | | | | | | | | | | BE-BRUSSELS-BRU101-CORP | | | | |
| 3925 | [redacted] | | CLOSED | CLOSED | FB_US_PRI | | USD | USD | | | 23232 | 23232 | 0 | 0 | 23232 | | 0 | 23232 | 23232 | 0 | 23232 | 0 | | | | | | | | | | US-Menlo Park-MPK Campus | | | | |
| 3926 | [redacted] | | CLOSED | CLOSED | FB_EZ_PRI | | EUR | EUR | | | 20000 | 20000 | 0 | 0 | 20000 | | 0 | 24045 | 24045 | 0 | 24045 | 0 | | | | | | | | | | IE-DUBLIN-GRAND CANAL-DUB3-CORP | | | | |
| 3927 | | | CLOSED | CLOSED | FB_MEX_PRI | | MXN | MXN | | | 60000 | 60000 | 60000 | 0 | 0 | | 0 | 3054.9 | 3054.9 | 3054.9 | 0 | 0 | | | | | | | | | | MX-CIUDAD DE MEXICO-MEX101-CORP | | | | |
| 3928 | [redacted] | | OPEN | CLOSED FO | FB_UK_PRI | | AED | AED | | | 525144.7 | 525144.7 | 500137.8 | 0 | 25006.89 | | 0 | 142970.6 | 142970.6 | 136162.5 | 6808.127 | 0 | | | | | | | | | | GB-LONDON-LVL10-LON4-FAC-LON | | | | |
| 3929 | [redacted] | | OPEN | CLOSED FO | FB_JPN_PRI | | JPY | JPY | | | 135000 | 135000 | 125000 | 0 | 10000 | | 0 | 1197.99 | 1197.99 | 1109.25 | 88.74 | 0 | | | | | | | | | | JP-TOKYO-NRT101-CORP-JPN | | | | |
| 3930 | Allan, Richard | | CLOSED | CLOSED | FB_US_PRI | | USD | USD | | | 500 | 500 | 500 | 0 | 0 | | 0 | 500 | 500 | 500 | 0 | 0 | | | | | | | | | | US-Menlo Park-MPK Campus | | | | |
| 3931 | | | CLOSED | CLOSED | FB_US_PRI | | USD | USD | | | 3000 | 3000 | 3000 | 0 | 0 | | 0 | 3000 | 3000 | 3000 | 0 | 0 | | | | | | | | | | US-Menlo Park-MPK Campus | | | | |
| 3932 | | | | | FB_EZ_PRI | | USD | | | | 116448.3 | | | | | | | 116448.3 | | | | | | | | | | | | | | IE-DUBLIN-GRAND CANAL-DUB3-CORP | | | | |
| 3933 | | | CLOSED | CLOSED | FB_US_PRI | | USD | USD | | | 10000 | 10000 | 10000 | 0 | 0 | | 0 | 10000 | 10000 | 10000 | 0 | 0 | | | | | | | | | | US-WASHINGTON DC-DCA1-POP | | | | |
| 3934 | | | CLOSED | CLOSED | FB_US_PRI | | USD | USD | | | 25000 | 25000 | 25000 | 0 | 0 | | 0 | 25000 | 25000 | 25000 | 0 | 0 | | | | | | | | | | US-WASHINGTON DC-DCA1-POP | | | | |
| 3935 | | | CLOSED | CLOSED | FB_US_PRI | | USD | USD | | | 15000 | 15000 | 15000 | 0 | 0 | | 0 | 15000 | 15000 | 15000 | 0 | 0 | | | | | | | | | | US-WASHINGTON DC-DCA1-POP | | | | |
| 3936 | | | OPEN | CLOSED FO | FB_US_PRI | | USD | USD | | | 50000 | 50000 | 0 | 0 | 50000 | | 0 | 50000 | 50000 | 0 | 50000 | 0 | | | | | | | | | | US-WASHINGTON DC-DCA1-POP | | | | |
| 3937 | | | OPEN | CLOSED FO | FB_US_PRI | | USD | USD | | | 15000 | 15000 | 0 | 0 | 15000 | | 0 | 15000 | 15000 | 0 | 15000 | 0 | | | | | | | | | | US-WASHINGTON DC-DCA1-POP | | | | |
| 3938 | | | OPEN | CLOSED FO | FB_US_PRI | | USD | USD | | | 10000 | 10000 | 0 | 0 | 10000 | | 0 | 10000 | 10000 | 0 | 10000 | 0 | | | | | | | | | | US-WASHINGTON DC-DCA1-POP | | | | |
| 3939 | | | OPEN | CLOSED FO | FB_IND_PRI | | INR | INR | | | 531000 | 531000 | 450000 | 0 | 81000 | | 0 | 8318.12 | 8318.12 | 7049.25 | 1268.87 | 0 | | | | | | | | | | IN-NEW DELHI-DEL104-CORP-DEL | | | | |
| 3940 | | | CLOSED | CLOSED | FB_IND_PRI | | INR | INR | | | 1000000 | 1000000 | 1000000 | 0 | 0 | | 0 | 15665 | 15665 | 15665 | 0 | 0 | | | | | | | | | | IN-NEW DELHI-DEL104-CORP-DEL | | | | |
| 3941 | | | OPEN | CLOSED FO | FB_US_PRI | | USD | USD | | | 40000 | 40000 | 0 | 0 | 40000 | | 0 | 40000 | 40000 | 0 | 40000 | 0 | | | | | | | | | | US-Menlo Park-MPK Campus | | | | |
| 3942 | | | CLOSED | CLOSED | FB_US_PRI | | USD | USD | | | 15000 | 15000 | 15000 | 0 | 0 | | 0 | 15000 | 15000 | 15000 | 0 | 0 | | | | | | | | | | US-Menlo Park-MPK Campus | | | | |
| 3943 | | | OPEN | CLOSED FO | FB_US_PRI | | USD | USD | | | 10000 | 10000 | 0 | 0 | 10000 | | 0 | 10000 | 10000 | 0 | 10000 | 0 | | | | | | | | | | US-Menlo Park-MPK Campus | | | | |
| 3944 | | | CLOSED | CLOSED | FB_UK_PRI | | GBP | GBP | | | 1276.26 | 1276.26 | 1276.26 | 0 | 0 | | 0 | 1726.59 | 1726.59 | 1726.588 | 0.001659 | 0 | | | | | | | | | | GB-LONDON-LON4-CORP-LON | | | | |
| 3945 | | | OPEN | CLOSED FO | FB_US_PRI | | USD | USD | | | 25000 | 25000 | 1933.13 | 0 | 23066.87 | | 0 | 25000 | 25000 | 1933.13 | 23066.87 | 0 | | | | | | | | | | US-Menlo Park-MPK Campus | | | | |
| 3946 | | | CLOSED | CLOSED | FB_US_PRI | | USD | USD | | | 60000 | 60000 | 60000 | 0 | 0 | | 0 | 60000 | 60000 | 60000 | 0 | 0 | | | | | | | | | | US-Menlo Park-MPK Campus | | | | |
| 3947 | | | CLOSED | CLOSED | FB_US_PRI | | USD | USD | | | 12375 | 12375 | 12375 | 0 | 0 | | 0 | 12375 | 12375 | 12375 | 0 | 0 | | | | | | | | | | US-Menlo Park-MPK Campus | | | | |
| 3948 | | | OPEN | CLOSED FO | FB_US_PRI | | USD | USD | | | 160000 | 160000 | 126451.1 | 0 | 33548.95 | | 0 | 160000 | 160000 | 126451.1 | 33548.95 | 0 | | | | | | | | | | US-Menlo Park-MPK Campus | | | | |
| 3949 | | | CLOSED | CLOSED | FB_US_PRI | | USD | USD | | | 39600 | 39600 | 39600 | 0 | 0 | | 0 | 39600 | 39600 | 39600 | 0 | 0 | | | | | | | | | | US-Menlo Park-MPK Campus | | | | |
| 3950 | | | OPEN | CLOSED FO | FB_US_PRI | | USD | USD | | | 10000 | 10000 | 0 | 0 | 10000 | | 0 | 10000 | 10000 | 0 | 10000 | 0 | | | | | | | | | | US-Menlo Park-MPK Campus | | | | |
| 3951 | | | OPEN | CLOSED FO | FB_US_PRI | | USD | USD | | | 27500 | 27500 | 0 | 0 | 27500 | | 0 | 27500 | 27500 | 0 | 27500 | 0 | | | | | | | | | | US-Menlo Park-MPK Campus | | | | |
| 3952 | [redacted] | | OPEN | CLOSED FO | FB_US_PRI | | USD | USD | | | 150000 | 150000 | 150000 | 0 | 0 | | 0 | 150000 | 150000 | 150000 | 0 | 0 | | | | | | | | | | US-Menlo Park-MPK Campus | | | | |
| 3953 | [redacted] | | CLOSED | CLOSED | FB_US_PRI | | USD | USD | | | 49969 | 49969 | 49969 | 0 | 0 | | 0 | 49969 | 49969 | 49969 | 0 | 0 | | | | | | | | | | US-Menlo Park-MPK Campus | | | | |
| 3954 | [redacted] | | CLOSED | CLOSED | FB_US_PRI | | USD | USD | | | 25900 | 25900 | 25900 | 0 | 0 | | 0 | 25900 | 25900 | 25900 | 0 | 0 | | | | | | | | | | US-Menlo Park-MPK Campus | | | | |
| 3955 | [redacted] | | OPEN | CLOSED FO | FB_US_PRI | | USD | USD | | | 50000 | 50000 | 0 | 0 | 50000 | | 0 | 50000 | 50000 | 0 | 50000 | 0 | | | | | | | | | | US-Washington DC | | | | |
| 3956 | [redacted] | | CLOSED | CLOSED | FB_US_PRI | | USD | USD | | | 5050 | 5050 | 5050 | 0 | 0 | | 0 | 5050 | 5050 | 5050 | 0 | 0 | | | | | | | | | | US-Menlo Park-MPK Campus | | | | |
| 3957 | [redacted] | | OPEN | CLOSED FO | FB_US_PRI | | USD | USD | | | 60000 | 60000 | 50000 | 0 | 10000 | | 0 | 60000 | 60000 | 50000 | 10000 | 0 | | | | | | | | | | US-Menlo Park-MPK Campus | | | | |
| 3958 | [redacted] | | CLOSED | CLOSED | FB_EZ_PRI | | EUR | EUR | | | 68000 | 68000 | 68000 | 0 | 0 | | 0 | 81753 | 81753 | 81753 | 0 | 0 | | | | | | | | | | DE-BERLIN-BER101-CORP-HAM | | | | |
| 3959 | [redacted] | | CLOSED | CLOSED | FB_EZ_PRI | | EUR | EUR | | | 10500 | 10500 | 10500 | 0 | 0 | | 0 | 12623.63 | 12623.63 | 12623.63 | 0.005 | 0 | | | | | | | | | | BE-BRUSSELS-BRU102-CORP-BEL | | | | |
| 3960 | [redacted] | | OPEN | CLOSED FO | FB_US_PRI | | USD | USD | | | 66000 | 66000 | 25190 | 0 | 40810 | | 0 | 66000 | 66000 | 25190 | 40810 | 0 | | | | | | | | | | US-WASHINGTON DC-DCA1-POP | | | | |
| 3961 | [redacted] | | CLOSED | CLOSED | FB_US_PRI | | USD | USD | | | 60000 | 60000 | 60000 | 0 | 0 | | 0 | 60000 | 60000 | 60000 | 0 | 0 | | | | | | | | | | US-WASHINGTON DC-DCA1-POP | | | | |
| 3962 | [redacted] | | CLOSED | CLOSED | FB_EZ_PRI | | GBP | GBP | | | 2990.11 | 2990.11 | 2990.11 | 0 | 0 | | 0 | 4045.17 | 4045.17 | 4045.17 | -0.00031 | 0 | | | | | | | | | | IE-Dublin | | | | |
| 3963 | [redacted] | | CLOSED | CLOSED | FB_BR_BRGAAP | | BRL | BRL | 1 | 1 | 101155 | 101155 | 97715.73 | 97715.73 | 3439.23 | 0.30185 | 0.3 | 30533.62 | 30533.62 | 29495.49 | 1038.127 | 29495.49 | | | | | | | | | | BR-SAO PAULO-GRU101-CORP-SAO | | | | |
| 3964 | [redacted] | | CLOSED | CLOSED | FB_BR_BRGAAP | | BRL | BRL | 1 | 1 | 57000 | 57000 | 57000 | 57000 | 0 | 0.30185 | 0.3 | 17205.45 | 17205.45 | 17205.45 | 0 | 17205.45 | | | | | | | | | | BR-SAO PAULO-GRU101-CORP-SAO | | | | |
| 3965 | [redacted] | | OPEN | OPEN | FB_BR_BRGAAP | | BRL | BRL | 1 | 1 | 120000 | 120000 | 27621.88 | 27621.88 | 92378.12 | 0.30185 | 0.3 | 36222 | 36222 | 8337.664 | 27884.34 | 8337.664 | | | | | | | | | | BR-SAO PAULO-GRU101-CORP-SAO | | | | |
| 3966 | [redacted] | | CLOSED | CLOSED | FB_BR_BRGAAP | | BRL | BRL | 1 | 1 | 50000 | 50000 | 50000 | 50000 | 0 | 0.30185 | 0.3 | 15092.5 | 15092.5 | 15092.5 | 0 | 15092.5 | | | | | | | | | | BR-SAO PAULO-GRU101-CORP-SAO | | | | |
| 3967 | [redacted] | | OPEN | OPEN | FB_BR_BRGAAP | | BRL | BRL | 1 | 1 | 60000 | 60000 | 25000 | 25000 | 35000 | 0.30185 | 0.3 | 18111 | 18111 | 7546.25 | 10564.75 | 7546.25 | | | | | | | | | | BR-SAO PAULO-GRU101-CORP-SAO | | | | |
| 3968 | [redacted] | | CLOSED | CLOSED | FB_US_PRI | | USD | USD | | | 1310 | 1310 | 1310 | 0 | 0 | | 0 | 1310 | 1310 | 1310 | 0 | 0 | | | | | | | | | | US-Menlo Park-MPK Campus | | | | |
| 3969 | [redacted] | | OPEN | CLOSED FO | FB_US_PRI | | | USD | | | 10000 | 10000 | 0 | 0 | 10000 | | | 10000 | 10000 | 0 | 10000 | 0 | | | | | | | | | | US-Menlo Park-MPK Campus | | | | |
| 3970 | [redacted] | | CLOSED | CLOSED | FB_EZ_PRI | | MXN | MXN | | | 11600 | 11600 | 10000 | 0 | 1600 | | 0 | 590.61 | 590.61 | 509.15 | 81.46 | 0 | | | | | | | | | | IE-DUBLIN-GRAND CANAL-DUB3-CORP | | | | |
| 3971 | [redacted] | | CLOSED | CLOSED | FB_US_PRI | | USD | USD | | | 3000 | 3000 | 3000 | 0 | 0 | | 0 | 3000 | 3000 | 3000 | 0 | 0 | | | | | | | | | | US-Menlo Park-MPK Campus | | | | |
| 3972 | [redacted] | | OPEN | CLOSED FOR RECEIVING | | | ILS | ILS | | | 20000 | 20000 | 0 | 0 | 20000 | | 0 | 5764.3 | 5764.3 | 0 | 5764.3 | 0 | | | | | | | | | | IL-TEL AVIV-TLV101-CORP | | | | |
| 3973 | [redacted] | | CLOSED | CLOSED | FB_US_PRI | | USD | USD | | | 2500 | 2500 | 2500 | 0 | 0 | | 0 | 2500 | 2500 | 2500 | 0 | 0 | | | | | | | | | | US-Menlo Park-MPK Campus | | | | |
| 3974 | [redacted] | | OPEN | CLOSED FO | FB_EZ_PRI | | EUR | EUR | | | 1000 | 1000 | 0 | 0 | 1000 | | 0 | 1202.25 | 1202.25 | 0 | 1202.25 | 0 | | | | | | | | | | ES-MADRID-MAD101-CORP | | | | |
| 3975 | [redacted] | | CLOSED | CLOSED | FB_HKG_PRI | | HKD | HKD | | | 78000 | 78000 | 0 | 0 | 78000 | | 0 | 9983.61 | 9983.61 | 0 | 9983.61 | 0 | | | | | | | | | | HK-Hong Kong | | | | |
| 3976 | [redacted] | | OPEN | CLOSED FO | FB_US_PRI | | USD | USD | | | 120000 | 120000 | 55321.36 | 0 | 64678.64 | | 0 | 120000 | 120000 | 55321.36 | 64678.64 | 0 | | | | | | | | | | US-Menlo Park-MPK Campus | | | | |
| 3977 | [redacted] | | OPEN | CLOSED FO | FB_US_PRI | | USD | USD | | | 118000 | 118000 | 54000 | 0 | 64000 | | 0 | 118000 | 118000 | 54000 | 64000 | 0 | | | | | | | | | | US-CA-Menlo Park-Oculus VR | | | | |
| 3978 | [redacted] | | OPEN | CLOSED FO | FB_US_PRI | | USD | USD | | | 30000 | 30000 | 0 | 0 | 30000 | | 0 | 30000 | 30000 | 0 | 30000 | 0 | | | | | | | | | | US-Menlo Park-MPK Campus | | | | |
| 3979 | [redacted] | | CLOSED | CLOSED | FB_POL_PRI | | EUR | EUR | | | 40000 | 40000 | 40000 | 0 | 0 | | 0 | 48090 | 48090 | 48090 | -1.4E-12 | 0 | | | | | | | | | | PL-WARSZAWA-WAW101-CORP | | | | |

Ex. 37

Ex. 37

| | | | | | | | | | | | | | | Location |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| OPEN | CLOSED FCF8_US_PRI | USD | USD | | 2495 | 2495 | 0 | 0 | 2495 | | 0 | 2495 | 2495 | US-Menlo Park-MPK Campus |
| OPEN | CLOSED FCF8_MEX_PRI | MXN | MXN | | 10800 | 10800 | 0 | 0 | 10800 | | 0 | 539.84 | 539.84 | MX-CIUDAD DE MEXICO-MEX101-CORP |
| OPEN | CLOSED FCF8_MEX_PRI | MXN | MXN | | 2517.2 | 2517.2 | 0 | 0 | 2517.2 | | 0 | 125.82 | 125.82 | MX-CIUDAD DE MEXICO-MEX101-CORP |
| OPEN | OPEN FB_BR_BRGAAP | BRL | BRL | 1 | 39017.85 | 39017.85 | 0 | 0 | 39017.85 | 0.26815 | 0.27 | 10462.64 | 10462.64 | BR-SAO PAULO-GRU101-CORP-SAO |
| OPEN | OPEN FB_BR_BRGAAP | BRL | BRL | 1 | 946.4 | 946.4 | 0 | 0 | 946.4 | 0.26815 | 0.27 | 253.78 | 253.78 | BR-SAO PAULO-GRU101-CORP-SAO |
| OPEN | OPEN FB_BR_BRGAAP | BRL | BRL | 1 | 2620.8 | 2620.8 | 0 | 0 | 2620.8 | 0.26815 | 0.27 | 702.77 | 702.77 | BR-SAO PAULO-GRU101-CORP-SAO |
| OPEN | OPEN FB_BR_BRGAAP | BRL | BRL | 1 | 117795.4 | 117795.4 | 0 | 0 | 117795.4 | 0.26815 | 0.27 | 31586.83 | 31586.83 | BR-SAO PAULO-GRU101-CORP-SAO |
| | FB_BR_BRGAAP | BRL | | 1 | 27542.01 | | | | | | 0.27 | 7385.39 | | BR-SAO PAULO-GRU101-CORP-SAO |
| OPEN | CLOSED FCF8_EZ_PRI | EUR | EUR | | 400 | 400 | 0 | 0 | 400 | | 0 | 466.9 | 466.9 | BE-BRUSSELS-BRU102-CORP-BEL |
| OPEN | CLOSED FCF8_JPN_PRI | JPY | JPY | | 1771200 | 1771200 | 0 | 0 | 1771200 | | 0 | 16289.73 | 16289.73 | JP-TOKYO-NRT101-CORP-JPN |
| OPEN | CLOSED FCF8_US_PRI | USD | USD | | 70000 | 70000 | 39471 | 0 | 30529 | | 0 | 70000 | 70000 | US-CA-Menlo Park-Oculus VR |
| OPEN | CLOSED FCF8_US_PRI | USD | USD | | 3900 | 3900 | 0 | 0 | 3900 | | 0 | 3900 | 3900 | US-Menlo Park-MPK Campus |
| OPEN | CLOSED FCF8_US_PRI | USD | USD | | 102100 | 102100 | 0 | 0 | 102100 | | 0 | 102100 | 102100 | US-Menlo Park-MPK Campus |
| OPEN | CLOSED FCF8_US_PRI | USD | USD | | 25000 | 25000 | 0 | 0 | 25000 | | 0 | 25000 | 25000 | US-Menlo Park-MPK Campus |
| OPEN | CLOSED FCF8_US_PRI | USD | USD | | 5000 | 5000 | 0 | 0 | 5000 | | 0 | 5000 | 5000 | US-WA-SEATTLE-Dexter FI S-8-SEA101-CORP |
| OPEN | CLOSED FCF8_UK_PRI | GBP | GBP | | 8600 | 8600 | 0 | 0 | 8600 | | 0 | 11429.83 | 11429.83 | GB-LONDON-LVL10-LON4-FAC-LON |
| OPEN | CLOSED FCF8_AUS_PRI | AUD | AUD | | 6193.64 | 6193.64 | 0 | 0 | 6193.64 | | 0 | 4688.9 | 4688.9 | AU-SYDNEY-SYD101-CORP-SYD |
| OPEN | CLOSED FCF8_AUS_PRI | AUD | AUD | | 2967.64 | 2967.64 | 0 | 0 | 2967.64 | | 0 | 2967.64 | 2967.64 | AU-SYDNEY-SYD101-CORP-SYD |
| OPEN | OPEN FB_BR_BRGAAP | BRL | BRL | 1 | 11848 | 11848 | 0 | 0 | 11848 | 0.26815 | 0.27 | 3177.04 | 3177.04 | BR-SAO PAULO-GRU101-CORP-SAO |
| OPEN | CLOSED FCF8_EZ_PRI | EUR | EUR | | 23449 | 23449 | 0 | 0 | 23449 | | 0 | 27370.85 | 27370.85 | IE-DUBLIN-GRAND CANAL-DUB3-CORP |
| OPEN | CLOSED FCF8_US_PRI | USD | USD | | 28030.94 | 28030.94 | 0 | 0 | 28030.94 | | 0 | 28030.94 | 28030.94 | US-Menlo Park-MPK Campus |
| OPEN | CLOSED FCF8_US_PRI | USD | USD | | 1163.27 | 1163.27 | 1075 | 0 | 88.27 | | 0 | 1163.27 | 1163.27 | US-Menlo Park-MPK Campus |
| | FB_US_PRI | USD | | | 9288.26 | | | | | | 0 | 9288.26 | | US-Menlo Park-MPK Campus |
| OPEN | CLOSED FCF8_EZ_PRI | USD | USD | | 30000 | 30000 | 0 | 0 | 30000 | | 0 | 30000 | 30000 | IE-DUBLIN-GRAND CANAL-DUB3-CORP |
| OPEN | CLOSED FCF8_EZ_PRI | USD | USD | | 17856 | 17856 | 0 | 0 | 17856 | | 0 | 17856 | 17856 | IE-DUBLIN-GRAND CANAL-DUB3-CORP |
| CLOSED | CLOSED FB_JPN_PRI | JPY | JPY | | 610000 | 610000 | 610000 | 0 | 0 | | 0 | 5610.17 | 5610.17 | JP-TOKYO-NRT101-CORP-JPN |
| OPEN | CLOSED FCF8_SGP_PRI | USD | USD | | 35160 | 35160 | 0 | 0 | 35160 | | 0 | 35160 | 35160 | SG-SINGAPORE-SIN101-CORP-SNG |
| OPEN | CLOSED FCF8_SGP_PRI | PHP | PHP | | 2650575 | 2650575 | 0 | 0 | 2650575 | | 0 | 50358.27 | 50358.27 | FR-Philippines |
| OPEN | CLOSED FCF8_UK_PRI | GBP | GBP | | 2029.8 | 2029.8 | 0 | 0 | 2029.8 | | 0 | 2697.71 | 2697.71 | GB-LONDON-LVL10-LON4-FAC-LON |
| PEN | CLOSED FCF8_NZD_PRI | NZD | NZD | | 6000 | 6000 | 5472 | 0 | 528 | | 0 | 4202.4 | 4202.4 | NZ-AUCKLAND-AKL101-CORP-NZL |
| OPEN | OPEN FB_BR_BRGAAP | BRL | BRL | 1 | 439492 | 439492 | 0 | 0 | 439492 | 0.26815 | 0.27 | 117849.8 | 117849.8 | BR-SAO PAULO-GRU101-CORP-SAO |
| OPEN | CLOSED FCF8_US_PRI | USD | USD | | 3000 | 3000 | 0 | 0 | 3000 | | 0 | 3000 | 3000 | US-WA-SEATTLE-Dexter FI S-8-SEA101-CORP |
| OPEN | CLOSED FCF8_JPN_PRI | JPY | JPY | | 324000 | 324000 | 0 | 0 | 324000 | | 0 | 2979.83 | 2979.83 | JP-TOKYO-NRT101-CORP-JPN |
| OPEN | CLOSED FCF8_US_PRI | USD | USD | | 24293.33 | 24293.33 | 0 | 0 | 24293.33 | | 0 | 24293.33 | 24293.33 | US-Menlo Park-MPK Campus |
| OPEN | CLOSED FCF8_US_PRI | USD | USD | | 22500 | 22500 | 0 | 0 | 22500 | | 0 | 22500 | 22500 | US-Menlo Park-MPK Campus |
| | FB_IND_PRI | INR | | | 2124000 | | | | | | 0 | 31503.17 | | IN-Delhi |
| OPEN | CLOSED FCF8_NZD_PRI | NZD | NZD | | 11900 | 11900 | 0 | 0 | 11900 | | 0 | 8334.76 | 8334.76 | NZ-AUCKLAND-AKL101-CORP-NZL |
| OPEN | CLOSED FCF8_EZ_PRI | EUR | EUR | | 75107 | 75107 | 0 | 0 | 75107 | | 0 | 75107 | 75107 | IE-DUBLIN-GRAND CANAL-DUB3-CORP |
| | FB_POL_PRI | PLN | | | 2500 | | | | | | 0 | 675.75 | | PL-WARSZAWA-WAW101-CORP |
| OPEN | CLOSED FCF8_UK_PRI | GBP | GBP | | 1366.25 | 1366.25 | 0 | 0 | 1366.25 | | 0 | 1815.81 | 1815.81 | GB-LONDON-LVL10-LON4-FAC-LON |
| OPEN | CLOSED FCF8_EZ_PRI | EUR | EUR | | 12000 | 12000 | 0 | 0 | 12000 | | 0 | 14007 | 14007 | IE-DUBLIN-GRAND CANAL-DUB3-CORP |
| OPEN | CLOSED FCF8_EZ_PRI | EUR | EUR | | 60000 | 60000 | 0 | 0 | 60000 | | 0 | 60000 | 60000 | DE-HAMBURG-HAM101-CORP |
| OPEN | CLOSED FCF8_US_PRI | USD | USD | | 5000 | 5000 | 0 | 0 | 5000 | | 0 | 5000 | 5000 | US-WA-SEATTLE-Dexter FI S-8-SEA101-CORP |
| OPEN | OPEN FB_BR_BRGAAP | BRL | BRL | 1 | 88000 | 88000 | 0 | 0 | 88000 | 0.26815 | 0.27 | 23597.2 | 23597.2 | BR-SAO PAULO-GRU101-CORP-SAO |
| OPEN | CLOSED FCF8_EZ_PRI | EUR | EUR | | 378477 | 378477 | 0 | 0 | 378477 | | 0 | 441777.3 | 441777.3 | IE-DUBLIN-GRAND CANAL-DUB3-CORP |
| CLOSED | CLOSED FB_US_PRI | USD | USD | | 40014.42 | 40014.42 | 40014.42 | 0 | 0 | | 0 | 40014.42 | 40014.42 | US-Menlo Park-MPK Campus |
| OPEN | CLOSED FB_IND_PRI | INR | INR | | 31050 | 31050 | 0 | 0 | 31050 | | 0 | 460.53 | 460.53 | IN-Delhi |
| OPEN | CLOSED FCF8_EZ_PRI | EUR | EUR | | 18000 | 18000 | 0 | 0 | 18000 | | 0 | 21010.5 | 21010.5 | DE-HAMBURG-HAM101-CORP |
| OPEN | CLOSED FCF8_UK_PRI | GBP | GBP | | 13715.5 | 13715.5 | 0 | 0 | 13715.5 | | 0 | 18228.59 | 18228.59 | GB-LONDON-LVL10-LON4-FAC-LON |
| OPEN | CLOSED FCF8_EZ_PRI | EUR | EUR | | 9500 | 9500 | 0 | 0 | 9500 | | 0 | 11088.88 | 11088.88 | DE-HAMBURG-HAM101-CORP |
| OPEN | CLOSED FCF8_EZ_PRI | USD | USD | | 4799.24 | 4799.24 | 0 | 0 | 4799.24 | | 0 | 4799.24 | 4799.24 | IE-DUBLIN-GRAND CANAL-DUB3-CORP |
| | FB_IND_PRI | INR | | | 13850000 | | | | | | 0 | 205423.2 | | IN-Delhi |
| OPEN | CLOSED FCF8_US_PRI | USD | USD | | 10000 | 10000 | 0 | 0 | 10000 | | 0 | 10000 | 10000 | US-Menlo Park-MPK Campus |
| OPEN | CLOSED FCF8_US_PRI | USD | USD | | 25000 | 25000 | 0 | 0 | 25000 | | 0 | 25000 | 25000 | US-Menlo Park-MPK Campus |
| | FB_BR_BRGAAP | BRL | | 1 | 27631.99 | | | | | | 0.27 | 7409.52 | | BR-SAO PAULO-GRU101-CORP-SAO |
| OPEN | CLOSED FCF8_US_PRI | USD | USD | | 103000 | 103000 | 0 | 0 | 103000 | | 0 | 103000 | 103000 | US-Menlo Park-MPK Campus |
| | FB_MEX_PRI | MXN | | | 2548.8 | | | | | | 0 | 127.4 | | MX-CIUDAD DE MEXICO-MEX101-CORP |
| | FB_EZ_PRI | USD | | | 50000 | | | | | | 0 | 50000 | | IE-DUBLIN-GRAND CANAL-DUB3-CORP |
| OPEN | CLOSED FCF8_SGP_PRI | SGD | SGD | | 5200 | 5200 | 0 | 0 | 5200 | | 0 | 3883.62 | 3883.62 | SG-SINGAPORE-SIN101-CORP-SNG |
| | FB_SGP_PRI | SGD | | | 4600 | | | | | | 0 | 3435.51 | | SG-SINGAPORE-SIN101-CORP-SNG |
| | FB_SGP_PRI | SGD | | | 1230 | | | | | | 0 | 918.63 | | SG-SINGAPORE-SIN101-CORP-SNG |
| | FB_SGP_PRI | SGD | | | 1435 | | | | | | 0 | 1071.73 | | SG-SINGAPORE-SIN101-CORP-SNG |
| | FB_US_PRI | USD | | | 64440 | | | | | | 0 | 64440 | | US-Menlo Park-MPK Campus |
| OPEN | CLOSED FCF8_US_PRI | USD | USD | | 59022 | 59022 | 0 | 0 | 59022 | | 0 | 59022 | 59022 | US-Menlo Park-MPK Campus |
| OPEN | CLOSED FCF8_US_PRI | USD | USD | | 3000 | 3000 | 0 | 0 | 3000 | | 0 | 3000 | 3000 | US-Menlo Park-MPK Campus |
| OPEN | CLOSED FCF8_US_PRI | USD | USD | | 85000 | 85000 | 0 | 0 | 85000 | | 0 | 85000 | 85000 | US-DC-WASHINGTON-DCA101-CORP-FB1 |
| | FB_US_PRI | USD | | | 16000 | | | | | | 0 | 16000 | | US-DC-WASHINGTON-DCA101-CORP-FB1 |
| | FB_US_PRI | USD | | | 75000 | | | | | | 0 | 75000 | | US-DC-WASHINGTON-DCA101-CORP-FB1 |
| OPEN | CLOSED FCF8_SGP_PRI | USD | USD | | 45850 | 45850 | 0 | 0 | 45850 | | 0 | 45850 | 45850 | SG-SINGAPORE-SIN101-CORP-SNG |
| OPEN | CLOSED FCF8_SGP_PRI | USD | USD | | 120000 | 120000 | 0 | 0 | 120000 | | 0 | 120000 | 120000 | SG-SINGAPORE-SIN101-CORP-SNG |
| OPEN | CLOSED FCF8_SWE_PRI | SEK | SEK | | 780 | 780 | 0 | 0 | 780 | | 0 | 88.35 | 88.35 | SE-STOCKHOLM-ARN101-CORP |
| | FB_SWE_PRI | SEK | | | 5200 | | | | | | 0 | 589.01 | | SE-STOCKHOLM-ARN101-CORP |
| | FB_UK_PRI | GBP | | | 5000 | | | | | | 0 | 5000 | | GB-LONDON-LVL10-LON4-FAC-LON |
| OPEN | OPEN FB_BR_BRGAAP | BRL | BRL | 1 | 3650 | 3650 | 0 | 0 | 3650 | 0.26815 | 0.27 | 978.75 | 978.75 | BR-SAO PAULO-GRU101-CORP-SAO |
| | FB_US_PRI | USD | | | 1300 | | | | | | 0 | 1300 | | US-Menlo Park-MPK Campus |
| OPEN | CLOSED FCF8_SGP_PRI | USD | USD | | 80052.16 | 80052.16 | 0 | 0 | 80052.16 | | 0 | 80052.16 | 80052.16 | SG-SINGAPORE-SIN101-CORP-SNG |
| | FB_UK_PRI | EUR | | | 3800 | | | | | | 0 | 4435.55 | | GB-LONDON-LVL10-LON4-FAC-LON |
| OPEN | CLOSED FCF8_EZ_PRI | EUR | EUR | | 5479 | 5479 | 0 | 0 | 5479 | | 0 | 6395.36 | 6395.36 | DE-BERLIN-BER101-CORP-HAM |
| | FB_POL_PRI | PLN | | | 56575 | | | | | | 0 | 15292.22 | | PL-WARSZAWA-WAW101-CORP |
| | FB_POL_PRI | PLN | | | 144827.5 | | | | | | 0 | 39140.87 | | PL-WARSZAWA-WAW101-CORP |
| | FB_EZ_PRI | GBP | | | 23400 | | | | | | 0 | 31099.77 | | IE-DUBLIN-GRAND CANAL-DUB3-CORP |
| | FB_EZ_PRI | GBP | | | 14070 | | | | | | 0 | 18699.73 | | IE-DUBLIN-GRAND CANAL-DUB3-CORP |
| | FB_EZ_PRI | GBP | | | 24760 | | | | | | 0 | 32907.28 | | IE-DUBLIN-GRAND CANAL-DUB3-CORP |
| | FB_BR_BRGAAP | BRL | | 1 | 32805 | | | | | | 0.27 | 8796.66 | | BR-SAO PAULO-GRU101-CORP-SAO |
| | FB_BR_BRGAAP | BRL | | 1 | 356047.4 | | | | | | 0.27 | 95474.1 | | BR-SAO PAULO-GRU101-CORP-SAO |
| OPEN | CLOSED FCF8_EZ_PRI | GBP | GBP | | 1885.9 | 1885.9 | 0 | 0 | 1885.9 | | 0 | 2506.46 | 2506.46 | IE-DUBLIN-GRAND CANAL-DUB3-CORP |
| | FB_BR_BRGAAP | BRL | | 1 | 385812 | | | | | | 0.27 | 103455.5 | | BR-SAO PAULO-GRU101-CORP-SAO |
| | FB_BR_BRGAAP | BRL | | 1 | 401768.9 | | | | | | 0.27 | 107734.3 | | BR-SAO PAULO-GRU101-CORP-SAO |