Message
_____

**From:**          ███████████████ [/O=THEFACEBOOK/OU=EXTERNAL
(FYDIBOHF25SPDLT)/CN=RECIPIENTS/CN=████████████████████████]

**Sent:**          10/22/2019 5:23:57 AM

**To:**            ████████ █ @fb.com]; ████████ █ ███████ @fb.com]; █████ ███ @fb.com]; ████████
                   ██████ @fb.com]; █████████ ███████ ██@fb.com]; ████████ █ ██████████@fb.com]; ████████
                   █████████ @fb.com]; ███████ ████████ ████████ @fb.com]; █████████ █ ██████@fb.com]; █████████
                   ████████ @fb.com]; ████████ ███████ ████████ @fb.com]; ███████ ████████ @fb.com]; ████████
                   ████████ @fb.com]; ████████ ██████ @fb.com]

**Subject:**       Message summary [{"otherUserFbId":null,"threadFbId":2004121606357891}]

**Attachments:**   74528525_422079018454814_3183111455473926144_n.png;
                   74643545_2494062937350374_4406166202611662848_n.png


████████████ (10/21/2019 10:12:42 PDT):
>Thanks for everyone's work on this.  Please keep me posted on a plausible ETA.  ███████, the other piece
we need to scope is whether our CO resources can support this additional influx.  Have we looped in the
appropriate people for that conversation?

████████████ (10/21/2019 14:20:17 PDT):
███████████, can you see if we're logging who hits this error message ("You cannot select a birthdate that
indicates you are under 13 years old")

████████████ (10/21/2019 14:20:19 PDT):

shared: 74528525_422079018454814_3183111455473926144_n.png

████████████ (10/21/2019 14:21:56 PDT):
>That could give us some upper bound estimate on the # of appeals we would expect to see

███████ (10/21/2019 14:57:10 PDT):
>Not sure if we have logging for this but investigating right now

███████ (10/21/2019 18:17:17 PDT):
>So there's a table that logs birthday edits/errors

████████████ (10/21/2019 18:17:34 PDT):
>https://fburl.com/daiquery/kbw7m9hc

████████████ (10/21/2019 18:18:02 PDT):
>Sample query of it shows that there's a little under 2k "under 13" errors thrown every day

████████████ (10/21/2019 18:19:12 PDT):
>this is specifically for www where the explicit checkbox is shown

████████████ (10/21/2019 19:28:13 PDT):
>good find, thanks ███████
>
>███████ would CO be able to support a potential influx of ~2k jobs per day? (this is a high end estimate,
assuming all check-pointed users appealed)

████████████ (10/21/2019 19:43:17 PDT):
>███████ tldr: ~2k FB accounts per day are making a DOB change where they explicitly check a box
confirming they are <13 before saving (but we don't lock them out/checkpoint them - just throw an error).
This is a major COPPA risk for us to keep them active, as it constitutes explicit knowledge of U13.
>
>Who should we work with on the growth side to understand the implications of changing the behavior
(i.e., checkpointing ~2k users/day immediately)?

████████████ (10/21/2019 19:43:19 PDT):

shared: 74643545_2494062937350374_4406166202611662848_n.png

████████████ (10/21/2019 22:20:31 PDT):
>Guillermo Spiller

████████████ (10/21/2019 22:21:11 PDT):
>You good to reach out directly? Need any help from me or Jonathan?

████████████ (10/21/2019 22:22:48 PDT):
>Hi @Guillermo adding you to this thread

HIGHLY CONFIDENTIAL (COMPETITOR)                                                                    META3047MDL-111-00135412

██████████ (10/21/2019 22:23:33 PDT):
>our team identified a COPPA risk when reviewing different age modification flows

██████████ (10/21/2019 22:23:57 PDT):
>adding you for your POV on the impact of changing the behavior

HIGHLY CONFIDENTIAL (COMPETITOR)                                    META3047MDL-111-00135413