**From:** ▮▮▮▮▮▮ &lt;/O=THEFACEBOOK/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=▮▮▮▮▮▮▮▮

**To:** ▮▮▮▮▮

**Sent:** 4/22/2022 12:04:26 PM

**Subject:** Message summary [{"otherUserFbId":null,"threadFbId":2988811747894786}]

**Attachments:** 278660799_445159740713721_8941239654329080711_n.png

▮▮▮▮▮▮ (4/22/2022 01:58:10 PDT):
>Did anyone else know that we're doing soft-match FB&lt;-&gt;FB propagation for underage enforcement? 😄

▮▮▮▮▮▮▮▮ (4/22/2022 02:05:10 PDT):
>Did that go through PXFN?

▮▮▮▮▮▮ (4/22/2022 02:05:33 PDT):
>No idea! I think it's been around forever :P

▮▮▮▮▮ (4/22/2022 02:06:14 PDT):
>Here's the experience that the propagated account gets
shared: 278660799_445159740713721_8941239654329080711_n.png

▮▮▮▮▮▮▮▮ (4/22/2022 02:07:41 PDT):
>That looks quite modern and good!

▮▮▮▮▮ (4/22/2022 02:14:53 PDT):
>Looks like it was added in July 2021 (D29910095) - just reaching out to the engineer to understand why Underage was included and if Youth PXFN were consulted.

▮▮▮▮▮ (4/22/2022 02:15:51 PDT):
>Looks like it accounts for about 1.4K takedowns per day - so it's quite substantial!

▮▮▮▮▮▮▮▮ (4/22/2022 02:17:57 PDT):
>Oooh we do this for PI as well...i need to check that the IM team knows about this!

▮▮▮▮▮ (4/22/2022 02:44:04 PDT):
>▮▮▮ - here's the LaMa: L1080689PRV

▮▮▮▮▮▮ (4/22/2022 05:04:26 PDT):
>As discussed in https://fb.workplace.com/groups/1426463750895412/posts/1910562322485550, I'd like to run a BAT action to remove a lot of the turkish appeal jobs where there a multiple pending jobs for the same user, does anyone have any issue with that? We're also landing a change so that duplicate appeal jobs don't get created in the first place.

CONFIDENTIAL - PROTECTED BY CONFIDENTIALITY AGREEMENT
CONFIDENTIAL

MT-IG-AG-00343553
META3047MDL-037-00076549