# Partially Unsealed Exhibits to Meta's Opposition to the State AGs' Motion for Partial Summary Judgment (ECF Nos. 2781)

Case No.: 4:22-md-03047-YGR
MDL No. 3047
In Re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation