# EXHIBIT 11

Message

---

**From:** ▮▮▮▮▮ [/O=THEFACEBOOK/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=▮▮▮▮▮]
**Sent:** 7/13/2022 10:25:28 PM
**BCC:** Guy Rosen [▮▮▮@fb.com]
**Subject:** [Instagram][SEV3] Bypassing IG logged-out (unvetted) delta via underage checkpoint

---

**SEV Manager S277168 (Updated, Mitigated)**
**Bypassing IG logged-out (unvetted) delta via underage checkpoint**

**Click here to view the SEV**

Post a Comment · Subscribe · Set SEV Level

**Status:** Mitigated

**Impacted Areas:** Instagram > Well-Being, Instagram > Community, Privacy Incident, Privacy Incident > Security, Privacy Incident > Privacy, Instagram

**Level:** 3

**Created at:** 2022/06/23 10:33am PDT **Started at:** Not Specified

**How the issue was detected:** whitehat-reporting

**User impact:** A blackhat is able to bypass delta on an account they've hacked by reporting it for being underage. They then abuse the underage flow support flow, which when they complete remove underage checkpoint from the account, allowing the attacker to complete a successful login, bypassing logged-out delta flow.

**Owner:**

▮▮▮▮ ▮▮▮▮, ▮▮▮@fb.com) Work: ▮▮▮▮▮

**Opened by:**

▮▮▮▮ (▮▮▮, ▮▮▮@fb.com) Work: +▮▮▮▮▮

You were sent this email because of the following Butterfly rule: [SEV Subscription] Integrity SEVs

You can provide direct feedback on this tool in the Incident Management Tools Users (including SEV manager Users) group.

---

CONFIDENTIAL

META3047MDL-146-00087605