# EXHIBIT 17

# Document Provided in Native Format

HIGHLY CONFIDENTIAL (COMPETITOR)

# IG Teen Account Age Risks Key Insights & Implications on Reg Readiness (A/C Priv)

June 2025



# The unclear motivations behind users hardlinking accounts with different age bands and selecting specific stated ages create risks of both over-enforcement and under-enforcement in critical markets, such as India

**Aging up to O16 (April 2025, global)**

| Source | # of users | % of total age changes cross U16 |
|---|---|---|
| Manual reconciliation (RoW) | 492K | 72% |
| EditDOB (Global) | 97K | 14% |

**Under-enforcement risks**
- **61%*** of users who aged up via manual reconciliation (self selection) are **predicted teens** between 5/20 - 5/27; 63% of these users are from India
- These may or may not be evasion attempts as we don't understand why users link accounts of different age bands

**Aging down to U16 (April 2025, global)**

| Source | # of users | % of total age changes cross U16 |
|---|---|---|
| Manual reconciliation (RoW) | 737K | 42% |
| Auto reconciliation (Phase 1 and EU) | 612K | 35% |
| editDOB (Global) | 258K | 15% |

**Over-enforcement risks**
- **64%*** of users who aged down via manual reconciliation (select selection) are **predicted adults**. It is possible that users do not understand the implications and consequences of age selection during account linking; 70% of these users are from India
- While only 3% of auto-reconciled IG users in Phase 1 and EU are predicted adults, this type of logic also has implications on FB:
  - We have some evidence showing that it is more common for parents to link their FB account to their teens IG account, resulting the parents' accounts to be enrolled in Teen Accounts

A/C PRIV – Highly confidential

https://fburl.com/unidash/co0ppqmz
*predicted age of users who went through age reconciliation between 5/20 - 5/27