# EXHIBIT 25

*HIGHLY CONFIDENTIAL (COMPETITOR)*

Ashley M. Simonsen (Bar No. 275203)
COVINGTON & BURLING LLP
1999 Avenue of the Stars
Los Angeles, California 90067-4643
Telephone: + 1 (424) 332-4800
Facsimile: + 1 (424) 332-4749
Email: asimonsen@cov.com

*Attorneys for Defendants Meta Platforms, Inc. f/k/a*
*Facebook, Inc.; Facebook Holdings, LLC; Facebook*
*Operations, LLC; Facebook Payments, Inc.;*
*Facebook Technologies, LLC; Instagram, LLC;*
*Siculus, Inc.; and Mark Elliot Zuckerberg*

*Additional counsel listed on*
*signature pages*

## UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | MDL NO. 3047<br>Civil Case No.  4:22-md-03047-YGR:<br>Honorable Yvonne Gonzalez Rogers<br><br>**META DEFENDANTS' THIRD SUPPLEMENTAL RESPONSES AND OBJECTIONS TO PLAINTIFFS' SECOND INTERROGATORY** |

Defendants Meta Platforms, Inc., Facebook Payments, Inc., Siculus, Inc., Facebook Operations, LLC, and Instagram, LLC, (collectively, "Defendants" or "Meta"), by and through their attorneys, Covington & Burling, LLP, submit their third supplemental responses and objections to Plaintiffs' Interrogatory No. 2 ("Interrogatory") served on May 16, 2024.  Meta's responses to the Interrogatory are made to the best of its current knowledge, information, and belief.  Meta reserves the right to supplement or amend any of its responses should future investigation indicate that such supplementation or amendment is necessary.

1

*HIGHLY CONFIDENTIAL (COMPETITOR)*

**THIRD SUPPLEMENTAL RESPONSE TO INTERROGATORY NO. 2:**

Meta is further supplementing its response to Interrogatory No. 2 to provide additional information regarding user-related signals that may be considered by the Facebook and Instagram platforms when ranking and recommending content to users. Meta incorporates its General Objections and its prior objections and responses to this Interrogatory and Interrogatory No. 1. Subject to and without waiving these objections, Meta responds as follows:

**I.    Limitations Regarding, Among Other Things, Reliability, Completeness, Temporality, and Geographic Scope**

The information provided in this Response and Appendix is not a comprehensive list of all information or systems that may be used by Meta's platforms. In addition, the information and systems described herein are not necessarily used in all jurisdictions where the Facebook or Instagram platforms are available. Among other things, the use of the described information and systems to rank and recommend content to users is subject to legal restrictions in various jurisdictions, including data privacy laws. These systems are dynamic, and the significance of predictions and input signals may vary from time-to-time, including on a daily basis. The signal information for each system reflects a point in time, and the timing of these points in time may not be the same between or across different systems or within a single system. In the aggregate, the list of signals reflects information that could be located after a reasonable investigation about the current operation of Meta's systems.

*HIGHLY CONFIDENTIAL (COMPETITOR)*

## II.        Systems Covered[4]

Meta's ranking and recommendation systems consider two types of signals to help select content to display to users:  predictions and input signals.  Predictions are outputs of machine learning prediction models and reflect the probabilities that a user will perform certain behavior, including, for example, liking a particular piece of content.  Prediction models utilize input signals as inputs to calculate predictions.

The Consolidated Appendix to this supplemental response ("Consolidated Appendix") consolidates the Appendix to Meta's prior response (Second Supplemental Response to Interrogatory No. 2) with information about the signals used by the additional systems covered in this Third Supplemental Response to Interrogatory No. 2.  The 15 systems addressed in the Consolidated Appendix are (1) Facebook Feed, (2) Facebook In-Feed Recommendations, (3) Facebook Pages You May Like, (4) Facebook Suggested Groups, (5) Facebook Video, (6) Facebook Reels, (7) Facebook Stories, (8) Facebook Notifications, (9) Instagram Reels, (10) Instagram In-Feed Recommendations, (11) Instagram Feed, (12) Instagram Explore, (13) Instagram Stories, (14) Instagram Notifications, and (15) Instagram Search.  The foregoing 15 systems have been identified as involved in ranking or recommending content to users in light of the allegations in the Complaint and the scope of this Interrogatory.

---

[4] The information provided in this section is subject to the limitations regarding, among other things, reliability, completeness, temporality, and geographic scope as stated in Section I of this Response.

*HIGHLY CONFIDENTIAL (COMPETITOR)*

**III.      Details Provided[5]**

Each section of the Consolidated Appendix includes information about certain predictions, and for each such prediction, certain input signals that inform those predictions.  For the purposes of this Interrogatory, we provide, where applicable, ten examples of predictions that influence a system's final-stage ranking and recommendation of content to users and five examples of input signals for each such prediction.  To the extent the information could be located following a reasonable investigation to date, for each such prediction and input signal listed, Meta provides the following information: name of the signal, alphanumeric ID of the signal, description of the signal, and the name of the team at Meta that maintains the signal.   In addition, regarding the weighting of each system's predictions, Meta provides a folder path to the system's value model in Meta's source code.

Subject to the limitations referenced in footnote 5 herein, the Consolidated Appendix adds an approximate count of the number of predictions that a system uses but that are not listed in the system's Appendix table.  Some of the systems contain subsystems called Recommenders.  Where applicable, the same types of information provided for each system is instead provided for each Recommender.

**IV.      Criteria for Signal Inclusion[6]**

For systems that use 10 or fewer predictions at the time of the analysis, the system's table in the Consolidated Appendix identifies all of the predictions used in that system.  For systems

---

[5] The information provided in this section is subject to the limitations regarding, among other things, reliability, completeness, temporality, and geographic scope as stated in Section I of this Response.

[6] The information provided in this section is subject to the limitations regarding, among other things, reliability, completeness, temporality, and geographic scope as stated in Section I of this Response.

*HIGHLY CONFIDENTIAL (COMPETITOR)*

- ○ Facebook Feed

- ○ Facebook Reels Chaining

The input signals listed for each prediction are the 5 input signals that have the greatest "feature importance" values among the input signals used by the prediction model.  An individual input signal's feature importance is calculated by replacing the input signal's values with random numbers or zeros and measuring the effect this has on the quality of the model's predictions.  For predictions that use less than 5 input signals, all such signals are listed.  The prediction lists do not include integrity-related predictions used to demote content.

Dated:  November 18, 2024

Respectfully submitted,

**COVINGTON & BURLING LLP**

 */s/ Ashley M. Simonsen*
Ashley M. Simonsen (State Bar No. 275203)
  asimonsen@cov.com
COVINGTON & BURLING LLP
1999 Avenue of the Stars
Los Angeles, CA 90067
Telephone: (424) 332-4800
Facsimile: + 1 (424) 332-4749

Mark W. Mosier, *pro hac vice*
  mmosier@cov.com
Paul W. Schmidt, *pro hac vice*
  pschmidt@cov.com
Phyllis A. Jones, *pro hac vice*
  pajones@cov.com
COVINGTON & BURLING LLP
One CityCenter
850 Tenth Street, NW
Washington, DC 20001-4956

24

META DEFENDANTS' THIRD SUPPLEMENTAL RESPONSES AND OBJECTIONS TO PLAINTIFFS' SECOND INTERROGATORY

*HIGHLY CONFIDENTIAL (COMPETITOR)*

Telephone: + 1 (202) 662-6000
Facsimile: + 1 (202) 662-6291

Emily Johnson Henn (State Bar No. 269482)
  ehenn@cov.com
COVINGTON & BURLING LLP
3000 El Camino Real
5 Palo Alto Square, 10th Floor
Palo Alto, CA 94306
Telephone: + 1 (650) 632-4700
Facsimile: +1 (650) 632-4800

*Attorneys for Defendants Meta Platforms, Inc. f/k/a Facebook, Inc.; Facebook Holdings, LLC; Facebook Operations, LLC; Facebook Payments, Inc.; Facebook Technologies, LLC; Instagram, LLC; Siculus, Inc.; and Mark Elliot Zuckerberg*

META DEFENDANTS' THIRD SUPPLEMENTAL RESPONSES AND OBJECTIONS TO PLAINTIFFS' SECOND INTERROGATORY

## VERIFICATION

I, Lars Backstrom, am Vice President of Engineering at Meta. I am authorized to make this Verification for and on behalf of Meta. I have read META DEFENDANTS' THIRD SUPPLEMENTAL RESPONSES AND OBJECTIONS TO PLAINTIFFS' SECOND INTERROGATORY, and know the contents thereof. I affirm that I have personal knowledge that the facts set forth therein are true and correct, or as to factual matters that are not within my personal knowledge, that I have made a reasonable inquiry and I am informed and believe that those facts are true and correct.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct this 18th day of November, 2024, in *Menlo Park, CA*

Lars Backstrom

*HIGHLY CONFIDENTIAL (COMPETITOR)*

## CONSOLIDATED APPENDIX
## TO THIRD SUPPLEMENTAL RESPONSE TO  INTERROGATORY NO. 2

### A.    Facebook Feed[8]

Code Path to Final-Stage-Ranking Value
Model:

████████████████████████████████████

Approximate count of the number of
predictions not listed below:                    170

| Identified Predictions Used in this System | | | | |
|---|---|---|---|---|
| | **Prediction Name** | **Model ID** | **Team** | **Plain-Language Description** |
| | skip_post | ████ | ████ | How likely the user is to scroll past a post rather than engage with it |
| | | | | |

| | Identified Input Signals | | | |
|---|---|---|---|---|
| | | **Input Name** | **Feature ID** | **Plain-Language Description** |
| | | ████ | ████ | At which position the post is located on the user's Feed |
| | | █████ | ███ | Percentage of posts posted by the user's friends compared to the  total number of posts viewed |
| | | █████ | █████ | Number of times the user has seen posts with the same content type (e.g. video, photo, etc) as the current post in the past hour |

---

[8] The information provided in this section is subject to the limitations regarding, among other things, reliability, completeness, temporality, and geographic scope as stated in Section I of this Response ("Limitations Regarding, Among Other Things, Reliability, Completeness, Temporality, and Geographic Scope").

Consolidated Appendix page 1 of 172

*HIGHLY CONFIDENTIAL (COMPETITOR)*

### O.    Instagram Search[22]

### 1.    Recommender: Search Typeahead

Code Path to Final-Stage-Ranking Value
Model:                                          N/A

Approximate count of the number of
predictions not listed below:                   0

| Identified Predictions Used in this System | | | | |
|---|---|---|---|---|
| | **Prediction Name** | **Model ID** | **Team** | **Plain-Language Description** |
| | Accounts | ██████ | ██████████ | How likely the user is to click an account that appears after the user starts typing in the search bar, and takes an additional action such as following the account or clicking to like a post |
| | **Identified Input Signals** | | | |
| | | **Input Name** | **Feature ID** | **Plain-Language Description** |
| | | ████████████ | ████ | How many times the suggestion that appears after the user starts typing in the search bar has been clicked compared to the number of times those actions have been taken on all suggestions of the same type by people performing the same search in the user's country |
| | | ██████████ | █ | The user's Instagram social graph and account owner's Instagram social graph |

---

[22] The information provided in this section is subject to the limitations regarding, among other things, reliability, completeness, temporality, and geographic scope as stated in Section I of this Response ("Limitations Regarding, Among Other Things, Reliability, Completeness, Temporality, and Geographic Scope").

Consolidated Appendix page 164 of 172

*HIGHLY CONFIDENTIAL (COMPETITOR)*

| | | | | | Plain-Language Description |
|---|---|---|---|---|---|
| | | | ██████ | ██ | How many times the user has viewed the account's story |
| | | | ██████ | ██ | How many times the user has visited the account's profile |
| | | | ██████ | ██ | The similarity between the words used in the user's search and those in the account's username or profile name |
| **Prediction Name** | | | **Model ID** | **Team** | **Plain-Language Description** |
| Keywords | | | ████ | ██████ | How likely the user is to click a suggested keyword that appears after the user starts typing in the search bar, and takes an additional action such as saving a post or following an account |
| | **Identified Input Signals** | | | | |
| | | **Input Name** | | **Feature ID** | **Plain-Language Description** |
| | | ██████ | | ██ | How many times the account has been clicked and subsequently acted upon, compared to the number of times those actions have been taken on all accounts by people performing the same search globally, in the user's country, region, and city |
| | | ██████ | | ██ | How many times a search result has been clicked after clicking on the suggested keyword |
| | | ██████ | | ██ | The similarity between the words used in the user's search and those in the suggested keyword, including exact match |

Consolidated Appendix page 165 of 172

*HIGHLY CONFIDENTIAL (COMPETITOR)*

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | ██████████ | | ███ | Which device platform the user is using, such as the web, Android or iOS |
| | | | ██████████ | | ███ | How many times the suggestion that appears after the user starts typing in the search bar has been clicked compared to the number of times those actions have been taken on all suggestions of the same type by people performing the same search in the user's country |

| | | **Prediction Name** | **Model ID** | **Team** | **Plain-Language Description** |
|---|---|---|---|---|---|
| | | Hashtags | ██████ | ████████ | How likely the user is to click a hashtag that appears after the user starts typing in the search bar, and takes an additional action such as following an account or clicking to like a post |

| | | **Identified Input Signals** | | | |
|---|---|---|---|---|---|
| | | | **Input Name** | **Feature ID** | **Plain-Language Description** |
| | | | ██████████ | ███ | The similarity between the words used in the user's search and those in the hashtag |
| | | | ██████████ | ███ | How many times the hashtag has been clicked by people performing the same search in the user's country, compared to the number of times the hashtag has been viewed |
| | | | ██████████ | ███ | How many times the hashtag has been clicked by people performing the same search in the user's country |
| | | | ██████████ | ███ | Which device platform the user is using, such as the web, Android or iOS |

Consolidated Appendix page 166 of 172