# Exhibit 6

# Digital Reset Recs

on January 17 at 12:32 AM

# How We Built a Reset Button For IG: Rec Systems Eng Edition In 2024, IG Relevance and IG Youth Protection formed a small V-Team to build a "Reset Button" for recs in the App. The idea was that we wanted to give Teens who felt the IG's recommendations were harmful a way to "Start over" without losing their own content, friends, direct messages, etc. To solve this, we had to change some of the core data structures in our ML system, verify our new system without breaking IG or leaking it to the public, and do it all in one year! This post is Part 1 of the story, focusing on the relevance side of the house. Look forward to more posts like this one soon, looking at all the other complexities in shipping Digital Reset on schedule! # Requirements We knew we wanted to build a reset button, but the first thing we had to do was define what a "reset" is. It was important to keep the requirement simple, high level, and not to "design by requirements. Here are the exact requirements from [our February 2024 preliminary design review](https://docs.google.com/document/d/1Na_wnWGNVC6uhkF7c-I-pXL0mlV6awZXoc-zPjCtA0I/edit?tab=t.0): 1. When User hits "Reset" we disassociate them from their interaction history features. 1. These history features are mostly found in the IGML stack, encoded as features keyed on User ID and models consuming User ID as a feature. 2. We are not deleting the user's posts, likes, comments, etc, but we are dropping the history of those interactions from our recommendations system and starting fresh. 3. This will not be presented as a history deletion feature, so we don't have to be perfect, but need to be good enough. 2. Maintain a user's social graph with all the connections such as follows, followers, posts, comments, likes, and user actions such as hide, mute, and report. We do not reset any elements of the social graph. 3. Reset should be fast, taking effect on the next request (modulo distributed systems). 4. Reverting to prior state is not a production requirement, but we will need it for dogfooding prior to release. 5. Ship the overall feature in Q3 2024 for Reels, Q4 for all surfaces. 6. We only want to reset recommendations "in scope", so Reels in V1, and Reels + Explore + Feed + Stories in our second release. Out of scope recommendations should not change. 7. Do it with a small team, and not incur large capacity regressions along the way. 8. Don't break too much stuff ☐ The only part of these requirements that were changed were 5 and 6, as shipping a full, cross-surface reset covering all of IG from the beginning was just a better product, and (foreshadowing!) we gained confidence over time we could pull this off. **This simple list of 8 requirements proved "good enough" to run the whole year long project, without need for major revision.** # Historic Tangent: IGID, FBID, and Misery **Facebook** (the software) long ago put all database items into a "single table" space inside TAO, our graph database. Every page, user, post, and many, many other entities at the company have are identified by 64 bit integers in the same space. The lack of a table name or similar in the FBID space is why you can take any ent id, punch it into `bunnylol id <id number> `and find out what that ent is (assuming you have permissions to look at it). The ability to fully load any entity just from its globally unique FBID without knowing what kind of ent it is ahead of time is a very powerful abstraction our systems rely on heavily. **Instagram**, being an independent company that needed to store data, did not use TAO or FBIDs. When Facebook (the company, now Meta) acquired Instagram, it already had lots of users, making lots of posts, backed by Postgres, with their own ID ranges. Being an independent company, there was no reason to separate its ids from those of FB, so Instagram ids (IGIDs) overlap with FBID's. To make things worse, IGIDs for users and medias are considered to be in separate tables, so they can overlap with each other! ☐. **Both Facebook and Instagram started at 0 for their ID Ranges, this overlap means IGIDs and FBIDs cannot (generically) be mixed.** This has caused much pain and confusion for many people. # Our Design: Digital Reset ID (DRID) TL:DR: If you hit reset, you get a new ID for use on recommendation surfaces. We created a new ent ([IGEntUserDRID] (https://www.internalfb.com/code/www/flib/instagram/entity/digital_reset/IGEntUserDRIDSchema.php?lines=1)) that has whose ids **do not collide** with existing IGIDs, and therefore **can** be used interchangeably with IGIDs in IGML systems. We name it DRID in order to differentiate it from Separable ID (SID) and Replacement ID (RID), which already exist. * ==**How Does It Reset?:** Since our features in IGML are all keyed on User IGID, if we begin writing and reading them with DRID, they gain a "new identity" for our feature systems.== * **How Fast is it?**: We just need to do a single TAO transaction to change the DRID, invalidate client side caches, and it takes effect on the next request! * **How Does the Read Path Work (80% answer):** When we query shots, we check if the user has an active DRID, and if so, we replace the user IGID with that DRID, so the original UID will not be in the request going to shots. Fan-out requests from shots will use DRID as if it were UID (they're just 64 bit numbers). * **How Does the Write Path Work (80% answer):** [IGML unified ML logging through Falco listeners] (https://fb.workplace.com/groups/igml.fyi/permalink/3755195774523331/). Information is logged from the user side via Falco handlers where we can swap the DRID in place of UID and will propagate to all IGML systems. * **What about Places we Need to query TAO on UID (ex: Brewery)**: Due to [how the ID ranges are structured,](https://fb.quip.com/ifM9ATSQyyY2) we can extend the [existing IGID utilities ] (https://www.internalfb.com/code/fbsource/fbcode/instagram/tao/IgidUtils.h)with a function that takes in either a user IGID or a DRID FBID and returns the FBID of the underlying ent (ether IGEntUser or IGEntUserDRID), we can then either load the user, or load the DRID and follow its assoc to the user. * **Why Is This Safe?:** All our DRID's will be allocated in the INSTAGRAM_ON_CD dbid. FBIDs allocated from INSTAGRAM_ON_CD will not collide with FBIDs or user IGIDs, so they can be directly used as non-colliding IDs in our systems which don't actually load the user ents, which is most of them. Our giant KV stores in IGML just use IGID as a 64 bit key, so FBIDs from INSTAGRAM_ON_CD should be just as valid as NodeUser IDs. * **How Did We Test Safety?** We built [a prototype of DRID](https://www.internalfb.com/code/www/flib/instagram/entity/digital_reset/IGEntUserDRIDSchema.php?lines=1) and confirmed that IDs are allocated in the correct location on both WWW and distillery. * **Did the Node Team Hear About this?** [Yes] (https://fb.workplace.com/groups/nodeapi.eng/posts/1788554704915806), we couldn't have designed it without their help. * **Why is this better than the SID Approach used by Ads?** **This is very similar to Ads's SID, but it's simpler and easier to build. SID is solving a harder problem (verifiably dissociating a user from only their offsite history), so their solution is more complex. See the section on SID in alternative approaches for more details. * **How Do We Find The Spots We Don't Know about?**: Because a DRID ent is NOT an IGEntUser ent, any code that is expecting a valid IG User ID (as opposed to just a 64 bit integer) should blow up loudly, which is critical to us being able to find and fix the "unknown unknown" spots where we could leak information. * **How Perfect Will this Reset Be?** This is likely to result in some missed signals (signals written to user ID but attempted to be read by DRID) but leakage (read and read by user ID) should be limited, should be good enough for Digital Reset. * **Long Term Evolution Options? **In the long run, we could migrate all users to using DRID's by copying their existing data over, turning our DRID's into SID's, allowing us to get to a similar point as Ads architecturally. We'd probably still call them DRIDs though, because SID is tied to Ads infra and off-site data. ***The DRID approach mixes 2 fbtypes (IGEntUser and IGEntUserDRID) in the same keyspace, but that allows us to skip very painful migrations of very large datastores. *** # Aside: What Other Things did We Consider? If you would like to see extensive writeups for all of these, [check out our PDR] (https://docs.google.com/document/d/1Na_wnWGNVC6uhkF7c-I-pXL0mlV6awZXoc-zPjCtA0I/edit?tab=t.0#heading=h.8n31sml7ol8y) # How We Built DRID Into Our Systems Making an Ent in TAO is a start, but to build Digital Reset, we needed to build it into the IG recommendations stack, from top to bottom. Our strategy was to change as little code as possible, and hide Digital Reset from most developers, to reduce the maintenance burden. ## Feature Write Path When a user resets their account, we assign a new ID (DRID) to their account. From that point on, we need to start collecting signals using this new ID across multiple feature storage systems (what we call "the write path"). Since we are not resetting graph-based features, we only need to consider engagement signals and systems involved. Fortunately, IG event logging for features is relatively centralized through [MLCoreTraits falco logging] (https://www.internalfb.com/wiki/IGML/FeaturesV2/User_Guide/Core_Workflows/1._Prepare_Data/Setup_Event_Traits/) and the [Fireball feature framework] (https://www.internalfb.com/wiki/IGML/FeaturesV2/Concepts/Overview). To handle the change in ID, we decided to double-write our viewer events and in one of the events replace VIEWER_ID from the IGID to the DRID. Double-writing allowed us to run QE's resetting users and revert back without losing any data in the process and gave us more flexibility for future changes. Changing the VIEWER_ID field could be tricky because it is an important field used [to dynamically shard] (https://fb.workplace.com/groups/igml.fyi/posts/6924735404236003) and [store](https://www.internalfb.com/wiki/Akkio/Overview) the data. Given the small number of users reset, capacity-wise the impact was very small. We patched and verified feature calculations were working correctly across RedStar, FBL, Negroni, DoubleVision, and FBJoiner. We prioritize by number of features given the long tail of systems and experiments used to generate signals across IG. For SeenState we eventually decided to only reset it when it is used as a feature with F3/DV features. We added monitoring and alerts in different sections to make sure future migration and changes will not break the setup. ## Feature Read Path ## Fookeep After reset, users' existing engagement signals were preserved, and new signals began accumulating by associating features with their DRID (as discussed in the Write Path section). However, certain features, such as entity and TAO features, were meant

META3047MDL-191-00000085

to be preserved and used as is after the reset due to the static data they captured. Extracting non-reset features was straightforward, as we simply extracted features corresponding to users' IGIDs. Serving reset features required minimal changes to Fookeep. For [Entity Fetcher] (https://www.internalfb.com/code/fbsource/[42eeeb7f74f0]/fbcode/instagram/ranking/fookeep/fetchers/LaserFetcher.cpp?lines=1003) we built [this utility class] (https://fburl.com/code/gwzshirw) to maintain the viewers' various ID types and support laser key generation without major changes to the existing codebase. ``` ``` `// Before` `auto laser_key = folly::to<std::string>(` ` fireball_key.shard_trait.second,` ` kMemcacheRoutingKeyDelimiter,` ` fireball_key.entity_type,` ` kFireballKeyDelimiter,` ` joinOfflineTraitIdValues(fireball_key.other_traits));` `// After` `auto trait_value = fireball_key.shard_trait.second;` ` if (fireball_key.shard_trait.first == BT(VIEWER_ID)) {` ` trait_value = Viewer::getViewerTraitValue(viewer_ids, true, trait_value);` ` }` ``` `auto laser_key = folly::to<std::string>(` ` trait_value,` ` kMemcacheRoutingKeyDelimiter,` ` fireball_key.entity_type,` ` kFireballKeyDelimiter,` ` joinOfflineTraitIdValues(fireball_key.other_traits));` And, [TAOFetcher] (https://www.internalfb.com/code/fbsource/[8da276b9c53fec724e9641ec83c1d08dd83ac741]/fbcode/instagram/ranking/fookeep/fetchers/TaoFetcher.cpp?lines=77) uses [ID coerce API](https://fburl.com/code/7kth2r3g) to load a DRID for an IGID. ``` ``` `// Before` `auto viewer_fbid = IgidUtils::userIgidToFbid(ig_viewer_id);` `// After` `auto viewer_fbid =` ` IgidUtils::coerceIgidOrDridToFbid_DO_NOT_USE_EXCEPT_DIGITAL_RESET(` ` ig_viewer_id);` ## MezQL/Shots MezQL is how we build our recommendation queries. It's a DSL we use to build up the queries, and then we execute it in the shots service. In order to minimize the impact on the average developer, **we decided to leave the MezQL mostly unchanged, and to make DRID work primarily by modifying the Shots Execution engine.** The biggest change we have to make to MezQL is to remove bad patterns that hardcode IGIDs, and replace them with calls that use request context to get the id. This allows us to "do the right thing" automatically. ``` ``` `# before` `mezql_query = mez.Int([user_id]).user().let(tag="viewer_id", value=user_id)` `# after``mezql_query = mez.QL.viewer()` Making life trivial for MezQL authors is good, but that moves the burden onto Shots rule authors. This is inescapable, so we made it as simple as possible. **For rules that obey Digital Reset, they typically don't have to ANYTHING. For Tao Edge rules, ****[we unwrap DRID->IGID Automatically] (https://www.internalfb.com/code/fbsource/[7eddd036aa68e418327a387289a8147b434a0eef]/fbcode/instagram/ranking/mezql/shots/rules/node/detail/NodeEdgeRule-inl.h?lines=64)****!** For any rules that need to access IGID (IE, not be affected by reset), we have a set of [helper functions ] (https://www.internalfb.com/code/fbsource/fbcode/instagram/ranking/mezql/shots/common/DigitalResetHelpers.h)to do it very easily: ``` ``` `// Before` `int64_t user_id = ent.getId()` `// After` `int64_t user_igid = digitalResetINeedToIgnoreViewerDridAndIKnowWhatImDoing(` ` ent, context_->viewer.getIdsUnion());` Not zero work, but only a one line change for each rule that needs it. ## Django We tried to minimize the footprint of Digital Reset in Django. The main place we use it is to [replace the IGID in shots requests](https://www.internalfb.com/code/fbsource/[beaf90434e5eb85d38762358e0a04084de5e585f]/fbcode/instagram-server/distillery/mezql/shots/client.py?lines=1461-1507), right before they are sent to shots ``` ``` `drid = await async_get_drid_or_recreate_for_qe(` ` client_id=self.client_id,` ` user=user` `)` `if drid is None:` ` viewer_igid = user.id` `else:` ` viewer_igid = drid` We do have a couple of other small usages in [Explore source query construction](https://www.internalfb.com/code/fbsource/[fc97a4baae83499bd8c562aa61f214a5edae10de]/fbcode/instagram-server/distillery/discover/explore_grid/media_shots.py?lines=395-397) and [Double Vision writes](https://www.internalfb.com/code/fbsource/fbcode/instagram-server/distillery/double_vision/client.py?lines=866), but** the vast majority of Django code is oblivious to Digital Reset.** # Verification and Launch: Making Sure We Don't Break IG ## Silent Test The first time real users used Digital Reset, they didn't even know it. We built a mechanism to integrate Digital Reset's recommendations treatment into a QE. When users were in the test group they were automatically reset, and when they left they reverted back to their pre-reset experience. Silent Testing gave us bounds for the engagement and integrity impacts of Digital Reset for those who are reset. This is pretty bad! **Good thing everyone won't hit reset at the same time!** ## Adoption + Impact Estimation Silent Tests gave us a baseline for how much impact Reset has on people who hit the button, but how to estimate the click through rate? There has never been a feature like this before, so we need to test it on users to measure its impact, but it's secret, so we can't show it to them. **We broke this deadlock with basic back of the envelope calculations!** **Topline Impact = Rate Of Users Accessing Content Preferences *Reset CTR * Reset Impact ** We estimated each of these parameters using current content preferences usage rates, to get some [topline impact estimates:] (https://docs.google.com/document/d/13Wo-Bf1Fq8Fw93Fsz1cJjQg2Z37FWWOxBpsKvtuYI7U/edit?tab=t.0#heading=h.6ojq67lq1g55) **That looks better, but will it hold up in the real world?** ## Public Test/Rollout Since we can't test publicly without announcing, and once we announce, we have to rollout, we structured our rollout as an expanding test, going from 2.5%->10%->25% in our test arm, allowing us to verify safety at low allocation followed by gaining statistical power to answer more questions as we rolled. This gave us the following measurements at 25% rollout (preview of our upcoming experiment readout!): **Very close to our pre-test estimates!** We will use a holdout group to continue monitoring these regressions after we launch. # Execution: Managing Risk, Schedule, and Complexity Getting Digital Reset out in a timely fashion required good execution, some notes on how we did it: * **Small (but mighty) team: **Big teams and "big projects" get in their own way. One early estimate for Digital Reset was 21 HC from the relevance organization. We did Reset with 3 full time engineers from relevance and a PM. * **Simple Design, Simple Plan, Simple Meetings: **Because maintainability was top of mind, a key heuristic was how few lines of code can we build Digital Reset in. This strong focus on simplicity meant that we could get away with a lot fewer design docs, a lot fewer meetings, and we could have a plan everyone could remember. * **Say No a Lot (Early in the Project):** We rejected pretty much every feature request we got in H1. Early on, you don't know what is easy or hard, so it's far too tempting to say yes to everything, hoping it's easy. This keeps scope in control. * **Say Yes To Important Features After they're De-Risked:** Since we kept the project very simple in H1, this gave us the space to take on more scope in H2, skipping a reels only release, going directly for a full app reset in V1, and adding the pristine pools New User Experience for teens. * **Non-Goals are Key:** Digital reset is not "clear history". It's built like clear history, but it's not. This is very important because it allows us to choose not to reset some parts of recommendations (like the BFF features showing your close follows) if it makes for a better product, as long as it still "feels like a reset". * **Plan for Testing Failures:** We designed our schedule to push very aggressively to enter test phases (fishfooding, dogfooding, and public tests), but those test phases were long and had slow exits. Testing is where you find out what doesn't work and fix it! It's way more important than the "build" phase! * **Unit Tests are AMAZING!**: We wrote a lot of unit tests. When we were modifying systems that didn't have tests, we[ added them] (https://www.internalfb.com/diff/D55175161?entry_point=8), then [did the modifications.](https://www.internalfb.com/diff/D55175162) # Results: Grading us against our original Goals and Schedule While our schedule evolved and was refined over the year, it's a very interesting exercise to look at the very first schedule we wrote for our February 2024 Review: **M1: Plan Reviewed and Team Hired: **Target 3/1, Achieved 2/6** Hit! **☐** ** ** **M2: Technical PoC**: Target 3/31, Achieved 4/15 Miss by 2 Weeks☐☐ **M3: Reels Fishfood: **Target 5/1, Achieved 5/8 Miss by 2 Weeks☐☐ **M4: Reels Dogfood: **Target 6/30, Achieved 6/1, Beat by 1 month ☐ **M5: Reels Reset Launch**: Target 9/30, goal cancelled and we pivoted to full app reset ☐☐ **M6: Full App Reset Launch: **Target 12/31, Currently at 25% rollout with full rollout expected week of 1/20, Miss by 3 Weeks☐☐ So, assuming no disaster blocks our release next week, none of our very first set of goals were missed by more than 3 weeks. That's not bad! Our more refined milestones that we updated through the project make us look even better! ☐ # Coming Soon: Looking at ALL of Digital Reset This post may sound like a lot of work, but it's actually only one part of how the whole Digital Reset v-team built and shipped this feature. Much like how we built Digital Reset, this post is just v0 of the story: v1, including product, design, UXR, New User Experience, and more, will be coming soon!



on January 17 at 5:06 AM
> Small (but mighty) team ❤ ☐ Love the execution suggestions!

**META3047MDL-191-00000085**

## Metadata

| All Custodians | Meta Platforms; | SEMANTIC |
|---|---|---|
| **All Paths** | /Meta Platforms | SEMANTIC |
| **Confidentiality** | HIGHLY CONFIDENTIAL (COMPETITOR) | SEMANTIC |