# Exhibit 7

Message
_____

**From:**      Qi Li [/O=THEFACEBOOK/OU=EXCHANGE ADMINISTRATIVE GROUP
               (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=███████████████████████]
**Sent:**      7/7/2023 2:45:53 AM
**To:**        ████████  ████████@meta.com]; ████████████  ███@meta.com]; ████████
               ████████@meta.com]; ████████  ████████████@meta.com]████████@meta.com]; █████
               ████████@meta.com]; ████████████████@meta.com]; ████████████████████@meta.com];
               ████████████████@meta.com]████████████@meta.com]; ████████████@meta.com];
               ████████ (IG Well-being) ████████@meta.com]; ████████████@meta.com]; ████████
               ████████@meta.com]; ████████@meta.com]; ████████████@meta.com]; █████
               ████████@meta.com]; ████████@meta.com]████████@meta.com]; ████████
               ████████@meta.com]; ████████@meta.com]; ████████@meta.com]████
               ████████@meta.com]; ████████@meta.com]; ████████@meta.com]; ████
               ████████@meta.com]; ████████████@meta.com]; Oncall Tool Bot [████████@facebook.com];
               ████████████@meta.com]; ████████@meta.com]; ████████████@meta.com]████
               ████████@meta.com]; ████████@meta.com]; ████████@meta.com]; ████
               ████████@meta.com]; ████████@meta.com]; ████
               ████████@meta.com]; ████████@meta.com]; ████████████@meta.com];
               ████████████@meta.com]; ████████@meta.com]; ████████████@meta.com]; ████
               ████████@meta.com]; ████████@meta.com]; ████████████@meta.com];
               ████████@meta.com]████████@meta.com]; ████████@meta.com]; ████
               ████████@meta.com]████████@meta.com]; ████████@meta.com]; ████████
               ████████@meta.com]; ████████@meta.com]; ████████████@meta.com];
               ████████@meta.com]; ████████@meta.com]; ████
               ████████@facebook.com]; ████████@meta.com]; ████████████@meta.com];
               ████████@meta.com]; ████████@meta.com]; ████████@meta.com];
               ████████@meta.com]; ████████@meta.com]; ████████@meta.com];
               ████████@meta.com]; ████████@meta.com]; ████
               ████████@meta.com]; ████  ████████@meta.com]; ████████████@meta.com]; ████
               ████████@meta.com]; ████████████@meta.com]; ████████████@meta.com]; ████
               ████████@meta.com]; ████████@meta.com]; ████████@meta.com];
               ████████@meta.com]; ████████@meta.com]; ████████@meta.com];
               UNKNOWN NAME(1609366035773721) [1609366035773721@facebook.com]; ████████████@meta.com]
**Subject:**   Message summary [{"otherUserFbId":null,"threadFbId":6805805472784279}]
**Attachments:** 358700682_225461600441809_8855593683617978309_n.png;
               358159109_813738913611874_4121109703572142851_n.png;
               358449251_281901404501906_4857534735635970043_n.png;
               278654826_278260827849734_1689437060051027611_n.gif;
               271215850_644161180067106_975421497829636541_n.gif; video-b1d27205-e0da-47b6-b1b5-60f44d5160a7-
               1688686723.mp4; video-a1806ac5-cadd-4f23-81a5-f2d6d9b8fffc-1688688193.mp4;
               357678507_804078378098633_475993725455443175_n.png;
               354473283_990302389054087_1602984745958682691_n.jpg;
               271161327_908158629898835_5850885185824124868_n.gif;
               354793703_243907058401363_8437139487078013009_n.png

████████████ (7/06/2023 10:59:58 PDT):
>curretnly I am getting empty data from teh query but we found a instagram.dim_threads_users but it is 2
days behind rn!

████████████ (7/06/2023 11:00:28 PDT):
>Hey ████████! I saw your message in S351277
>
>```
>
>Besides, since Threads shares the same category as captions/comments, all our policies (e.g., EA user
session model) could be triggered falsely by these threads users, which could cause many FPs of our
policy.
>```
>
>

CONFIDENTIAL                                                                    META3047MDL-047-00906617

>do yall have logging on your policies? maybe can check if action vol increased after the threads app launch yesterday? we did similar exercise and found device level threshold over-enforcing(similar to your theory) so many we can spot more issues

████████████        (7/06/2023 11:03:31 PDT):
>ok false alarm on the empty data! run it another notebook and got results! will try to see if we are hitting these users disprtoportionally!

████████████        (7/06/2023 11:03:33 PDT):

shared: 358700682_225461600441809_8855593683617978309_n.png

████████████        (7/06/2023 11:08:07 PDT):
>"Hello everyone, we wanted to give you a heads up that there are multiple unauthenticated GraphQL queries for Threads which can be used to scrape Instagram. They are used in the browser version of Threads which appears to have been semi-released.
>
>We are assuming this was a business decision to give unauthenticated access to Threads, but wanted to make sure you are aware of the scraping risks. GitHub repos are already popping up which are leveraging these queries for scraping. These queries are very advantageous since almost all IG endpoints require authentication.
>
>- BarcelonaProfileRootQuery: doc_id=23996318473300828
>- BarcelonaProfileThreadsTabQuery: doc_id=6232751443445612
>- BarcelonaPostLikersDialogQuery: doc_id=9360915773983802
>- BarcelonaPostPageQuery: doc_id=5587632691339264
>
>(https://github.com/junhoyeo/threads-api/blob/8d31fd408d1299261c78c4f74b4c9fb791177c59/src/threads-api.ts#L80)"
>
>Finding by red team

████████████        (7/06/2023 11:08:16 PDT):
>Can we make these 4 logged in only?

████████████        (7/06/2023 11:09:32 PDT):
>cc: ██████ , ██████

██████  (7/06/2023 11:10:29 PDT):
>all endpoints on web are logged-out atm, we don't have authentication yet

████████████        (7/06/2023 11:11:55 PDT):
>That is a scrapers dream. Can we shrink the endpoints there?

██████  (7/06/2023 11:12:44 PDT):
>will defer to ██████ for our logged-out web scraping mitigation plan

██████        (7/06/2023 11:13:16 PDT):
>they're just sigma policies, so all logging is through central logging.
>
>██████████████  for context, we are exempting EA Limits for all Threads Users (D47248430)
>However, we are still seeing increased enforcement for DeviceRateLimit and YoungHighSessionLimits (https://fburl.com/scuba/instagram_user_restriction/34o4ufna).
>
>DeviceRateLimit: the device_id may be shared between IG and Threads, causing overenforcement
>YoungHighSession: counters are likely shared with Threads, but only enforcing during IG Actions

████████████        (7/06/2023 11:16:20 PDT):
>i thought p92 was not accessible through web endpoints?

████████████        (7/06/2023 11:20:26 PDT):
>Both Instagram and FB support Logged Out Web access to view profiles. That first one maps to this rle endpoint key "IGXGraphQLExecutorController:BarcelonaProfileRootQuery" and we'll have to likely add a logged out rate limit that makes sense for this endpoint.
>
>My understanding from previous conversations around Threads is that Threads needs to be fairly open as a product. Whether that decision will change in the future I'm not sure. It will also be hard for us to fully protect Threads once we integrate 3rd party servers as rate limiting that is a different can of worms.
>
>As long as we are not exposing IG Users who are not Thread Users the current risk seems okay for the time being.

████████████        (7/06/2023 11:24:11 PDT):
>>  there are multiple unauthenticated GraphQL queries for Threads which can be used to scrape Instagram.
>
>> As long as we are not exposing IG Users who are not Thread Users the current risk seems okay for the time being.

                                                    META3047MDL-047-00906618

```
>
>For extreme clarity here, does the first statement from the red team only refer to Threads and not all
of IG?
```

██████████ (7/06/2023 11:30:01 PDT):
```
>as far as I can tell, an individual thread and a users timeline( not sure what we're calling it?) are
both available
>
>https://www.threads.net/████████
>https://www.threads.net/t/CuVcWB_OWIk
>
>Came in as potential rate limit issues last night
```

██████████ (7/06/2023 11:46:49 PDT):
```
>oops my bad. I was thinking of log-in and account recovery flows only
```

██████████ (7/06/2023 11:56:48 PDT):
```
>> Negative, we are getting Instagram information for some of the queries. For BarcelonaProfileRootQuery
you can search for any IGID regardless of whether or not they have a Threads account. For the others you
can provide IG media IDs and get back their information which has nothing to do with Threads.
>
>BarcelonaProfileRootQuery:
>      Input->any IGID
>      Output->is_private, biography, follower_count, full_name, profile_pic_url, username
>
>BarcelonaPostLikersDialogQuery:
>      Input->any IG mediaID
>      Output->users who liked the media (pk, full_name, profile_pic_url, follower_count, is_verified,
username)
>
>BarcelonaPostPageQuery
>      Input->postID  // works for most IG posts
>      Output->caption, taken_at, like_count, etc...
```

██████████ (7/06/2023 11:56:56 PDT):
```
>from that query I am seeing these app_id s used in requests… can you confirm we are expecting to see IG
Web and Instagram app_ids for user_agent like "%Barcelona 2%" ?
>
>I am looking for known good app IDs for threads..
```

██████████ (7/06/2023 11:56:57 PDT):
```
shared: 358159109_813738913611874_4121109703572142851_n.png
```

██████████ (7/06/2023 11:57:02 PDT):
```
>That is the update from red Tran
```

██████████ (7/06/2023 11:57:05 PDT):
```
>Team
```

██████████ (7/06/2023 11:58:27 PDT):
```
>https://www.internalfb.com/intern/wiki/Appids/
```

██████████ (7/06/2023 11:58:35 PDT):
```
>search  Barcelona`
```

██████████ (7/06/2023 12:00:36 PDT):
```
>I found these, how ever I want to make sure if we are expected to see any other app id (eg. IG) since I
am seeing plenty in the requests 😃
```

██████████ (7/06/2023 12:00:46 PDT):
```
██████, ██████, can you confirm. This might be a separate SEV we should open
```

██████████ (7/06/2023 12:04:04 PDT):
```
>BarcelonaProfileRootQuery hits the /api/v1/users/info endpoint
>BarcelonaPostLikersDialogQuery hits the /api/v1/likes/{media_id}/likers endpoint
>BarcelonaPostPageQuery hits the /api/v1/text_feed/media_id/replies endpoint
>
>so for the first 2, you could use it to query for ig information
```

██████████ (7/06/2023 12:05:04 PDT):
```
>I'd agree this should be a separate SEV
```

██████████ (7/06/2023 12:07:08 PDT):
```
>Opening one now
```

██████████ (7/06/2023 12:13:26 PDT):
```
>S351895
```

META3047MDL-047-00906619

█████████ (7/06/2023 12:14:13 PDT):
>Update -- Overall Sentry & RLE seem proportional to P92 user volume increases

█████████ (7/06/2023 12:14:14 PDT):

shared: 358449251_281901404501906_4857534735635970043_n.png

█████████████ (7/06/2023 12:51:12 PDT):
>aight I un-feature limited 859 users who onboarded to threads yesterday and got feature limited by EA policies between 7pm and midnight yesterday
>
>https://admin.internalfb.com/intern/cvi/bulk_actioning/?session_id=1074031356895857

█████████ (7/06/2023 13:09:30 PDT):
>https://fb.workplace.com/groups/565274825524243/permalink/649767923741599/

█████████████ (7/06/2023 13:17:01 PDT):
>https://fb.workplace.com/groups/565274825524243/permalink/649779323740459/

█████████ (7/06/2023 13:20:01 PDT):
>https://fb.workplace.com/groups/624617529039279/permalink/664888568345508/

█████████████ (7/06/2023 13:20:09 PDT):
>nvm lol. from logging it seems like user got mistakenly feature limited by the EA policies and I already un-feature limited user 30 mins ago

█████████ (7/06/2023 13:20:17 PDT):
>Questions from creator on restriction applying on IG

████████████ (7/06/2023 13:20:57 PDT):
████████████ looks like the 1w FL

█████████ (7/06/2023 13:21:18 PDT):
>this is the device rate limit feature limit. I 2X the threshold. I can also do a clean-up for this policy

█████████ (7/06/2023 13:21:57 PDT):

shared: 278654826_278260827849734_1689437060051027611_n.gif

█████████ (7/06/2023 13:22:01 PDT):
>JK that limit seemed reasonable

█████████████ (7/06/2023 13:22:25 PDT):
>saw it!

█████████████ (7/06/2023 15:29:20 PDT):
>aight un-feature limited another 672 threads users who got FL by the device level threshold yesterday after they onboard to threads.
>
>https://admin.internalfb.com/intern/cvi/bulk_actioning/?session_id=293097386409200

█████████ (7/06/2023 16:36:59 PDT):
>Hey ██████ can you add your feedback about rate limiting here?

█████████ (7/06/2023 16:37:40 PDT):

shared: 271215850_644161180067106_975421497829636541_n.gif

█████████ (7/06/2023 16:38:08 PDT):
>yes! a creator friend of mine who has 1M+ followers on his main IG account and several other offshoot brands has decided threads is the future ☺ he sent me a photo last night of his three devices that he's been simultaneously using across his accounts to build his threads presence

█████████ (7/06/2023 16:38:24 PDT):
>unsurprisingly, he's hit rate limits and sent me this video

█████████ (7/06/2023 16:38:44 PDT):

shared: video-b1d27205-e0da-47b6-b1b5-60f44d5160a7-1688686723.mp4

█████████ (7/06/2023 16:40:10 PDT):
>figured it might be worth an example of one creator having very anomonlous behavior since he feels right now is extra critical to build his community and momentum on the new platform as people are registering

█████████ (7/06/2023 16:42:29 PDT):

META3047MDL-047-00906620

>he's been actively texting me (thankfully not at the same rate he's trying to post) but says the experience is virtually unusable, which of course i'd expect

████████████ (7/06/2023 16:44:48 PDT):
>Is this an ongoing problem or are these reports from earlier?

████████████ (7/06/2023 16:45:55 PDT):
>He literally just texted me saying the app is now unusable for him

████████████ (7/06/2023 16:46:04 PDT):
>his video is from 3:16pm PT

████████████ (7/06/2023 16:46:15 PDT):
>do you have the username of the user?

████████████ (7/06/2023 16:46:27 PDT):
>quentin.quarantino

████████████ (7/06/2023 16:46:51 PDT):
>RLE block: https://fburl.com/scuba/ig_rate_limits_everywhere/22ys8cht

████████████ (7/06/2023 16:48:48 PDT):
>this endpoint(users.api.views.info) has 1024/24hrs limit:
https://www.internalfb.com/rlrm/endpoint?endpointKey=users.api.views.info&universe=IG

████████████ (7/06/2023 16:49:27 PDT):
>it's a shared endpoint with IG and one of the ones we had tightly rate limited there

████████████ (7/06/2023 16:50:45 PDT):
>should we bump up to mitigate until we split the endpoint? ████ is splitting for follow sentry cagtegory. maybe we can do the same for this one?

████████████ (7/06/2023 16:50:53 PDT):
> ████████████ can confirm, but he's got a diff landing that will give us the ability to segment by App ID which should allow us to be looser on the Threads side, but it's one of the endpoints we're hesitant to bump too much

████████████ (7/06/2023 16:56:53 PDT):
>this diff stack? D47241577 seems staling : / ████████ need any help?

████████████ (7/06/2023 16:57:59 PDT):
>I finished the change in my machine but forgot to put push. I will be back in my computer after 30min. After that I can push and ship

████████████ (7/06/2023 16:58:08 PDT):
>Just added unit tests pretty much

████████████ (7/06/2023 17:03:06 PDT):
>The latest in the quentin.quarantino saga

████████████ (7/06/2023 17:03:14 PDT):

shared: video-a1806ac5-cadd-4f23-81a5-f2d6d9b8fffc-1688688193.mp4

████████████ (7/06/2023 17:03:44 PDT):
>if it works like instagam does, that's actually the same endpoint

████████████ (7/06/2023 17:06:00 PDT):
>so here's the overall breakdown for that endpoint in particular:
https://fburl.com/scuba/ig_rate_limits_everywhere/f1oax09v
>
>You'll notice we're currently blocking a lot on the IG side, so I think we bump conservatively to 1500
>
>Also worth noting, their rate limiting counters are starting to burn back down (they decay over the course of 24 hours) so this will begin to resolve itself

████████████ (7/06/2023 17:06:01 PDT):
>Hey ████████! could you help us understand what is default rate limit and what is not? trying to figure out what the limit will be once we land the change(for users.api.views.info)

████████████ (7/06/2023 17:07:04 PDT):
>since I'm realizing not everyone can see this table

████████████ (7/06/2023 17:07:05 PDT):

shared: 357678507_804078378098633_475993725455443175_n.png

████████████ (7/06/2023 17:08:31 PDT):

CONFIDENTIAL
META3047MDL-047-00906621

>so bump to 1500, rollback to 1024 after Gaston's diff land?

███████████ (7/06/2023 17:08:45 PDT):
>that would be my suggestion, yes

███████████ (7/06/2023 17:14:19 PDT):
>D47280115

███████████ (7/06/2023 17:16:45 PDT):
>#m rate_limit_cant_refuse

███████████ (7/06/2023 17:16:48 PDT):
shared: 354473283_990302389054087_1602984745958682691_n.jpg

███████████ (7/06/2023 17:18:02 PDT):
>repost ^ from ██████ test plan in D47280115 : p

███████████ (7/06/2023 17:18:14 PDT):
>Landing -- please ask quentin.quarantino to like/subscribe to my content ☺

███████████ (7/06/2023 17:18:24 PDT):
>that's automated!!!

███████████ (7/06/2023 17:18:57 PDT):
>(I actually also prepared a diff: D47280188 and this is my automated test plan)

███████████ (7/06/2023 17:19:04 PDT):
>#m yayay

███████████ (7/06/2023 17:19:09 PDT):
shared: 271161327_908158629898835_5850885185824124868_n.gif

███████████ (7/06/2023 17:44:02 PDT):
>landing right now: D47241577

███████████ (7/06/2023 17:44:25 PDT):
>and we don't need the full stack; just this one diff. After that we can do the per appID rate limits

███████████ (7/06/2023 18:33:39 PDT):
>Hey, from the launch SEV chat, new API client alert: https://github.com/junhoyeo/threads-api
>
>██████, ██████, ███████, do we send takedown requests for these any more?

███████████ (7/06/2023 18:36:08 PDT):
>(and yes, I know it's whack-a-mole) :P

███████████ (7/06/2023 18:36:23 PDT):
██████████, I believe you're the expert on this one

███████████ (7/06/2023 18:47:12 PDT):
>Let's route to Jason in the scraping thread. They aren't typically actionable but we should check

███████████ (7/06/2023 18:48:06 PDT):
>Bah, which one's the scraping thread again? :)

███████████ (7/06/2023 18:48:17 PDT):
>Just tag me and I'll dump it in there :) Thanks!

███████████ (7/06/2023 18:50:18 PDT):
>I got it- you're all good :)

███████████ (7/06/2023 18:50:26 PDT):
>Thanks!

███████████ (7/06/2023 19:43:52 PDT):

shared: 354793703_243907058401363_8437139487078013009_n.png

███████████ (7/06/2023 19:44:00 PDT):
>What do we say ☺

███████████ (7/06/2023 19:44:07 PDT):
>lolll

███████████ (7/06/2023 19:44:31 PDT):

CONFIDENTIAL

>This is when we say absolutely nothing :)

█████████ (7/06/2023 19:45:53 PDT):
>Counterpoint: we rate limit him to prove a point :)

CONFIDENTIAL                                                                  META3047MDL-047-00906623

**META3047MDL-047-00906617**

## Metadata

| All Custodians | █████ | SEMANTIC |
|---|---|---|
| All Paths | █████ /Top of Personal Folders/Inbox | SEMANTIC |
| Confidentiality | CONFIDENTIAL | SEMANTIC |
| Date Sent | 07/07/2023 2:45 am | SEMANTIC |
| From | ██ @meta.com | SEMANTIC |
| Primary Date | 07/07/2023 2:45 am | DOC_TYPE_ALIAS |
| To |  | SEMANTIC |