# Exhibit 10

*STOs:* █████ █████

## Messaging & Reactive Press FAQs: AI at Connect

[ HYPERLINK \l "2hfpriuo05p4" \h ] | [ HYPERLINK \l "3ro7u2jx2ge8" \h ] | [ HYPERLINK \l "hj40v3hcs8d" \h ] | [ HYPERLINK \l "hizcosf4zhxg" \h ]

*Quick Links*

- Gen AI landing page with new AI experiences [[ HYPERLINK "https://ai.meta.com/genai/" \h ]]
- Newsroom post on AI news [[ HYPERLINK "https://about.fb.com/news/2023/09/introducing-ai-powered-assistants-characters-and-creative-tools/" \h ]]
- Newsroom post on AIs social profiles [[ HYPERLINK "https://about.fb.com/news/2023/09/social-profiles-for-metas-ai-characters/" \h ]]
- AI blog on Llama updates [[ HYPERLINK "https://ai.meta.com/blog/llama-2-updates-connect-2023/" \h ]]
- Research paper on long-content LLMs [[ HYPERLINK "https://ai.meta.com/research/publications/effective-long-context-scaling-of-foundation-models/" \h ]]
- Research paper on Emu, Meta's new foundation model for image generation [[ HYPERLINK "https://ai.meta.com/research/publications/emu-enhancing-image-generation-models-using-photogenic-needles-in-a-haystack" \h ]]
- WhatsApp waitlist for developer APIs [[ HYPERLINK "https://business.whatsapp.com/developers/aiexperiences" \h ]]
- Responsibility:
    - Newsroom post on Responsibility [[ HYPERLINK "https://about.fb.com/news/2023/09/building-generative-ai-features-responsibly/" \h ]]
    - Newsroom post on Privacy Matters [[ HYPERLINK "https://about.fb.com/news/2023/09/privacy-matters-metas-generative-ai-features/" \h ]]
    - "Building Generative AI Responsibly" resource [[ HYPERLINK "https://ai.meta.com/static-resource/building-generative-ai-responsibly/" \h ]]
    - Gen AI System Card for generating text [[ HYPERLINK "https://ai.meta.com/tools/system-cards/ai-systems-that-generate-text" \h ]]
    - Gen AI System Card for generating images [[ HYPERLINK "https://ai.meta.com/tools/system-cards/ai-systems-that-generate-images" \h ]]
    - Meta AIs Terms of Service [[ HYPERLINK "https://www.facebook.com/policies/other-policies/ais-terms" \h ]]
    - Gen AI Privacy Teen Guide [[ HYPERLINK "https://www.facebook.com/privacy/dialog/an-introduction-to-generative-ai-teens" \h ]]
    - Gen AI Privacy Guide [[ HYPERLINK "https://www.facebook.com/privacy/guide/genai?entry_point=" \h ]]

META CONFIDENTIAL 1

HIGHLY CONFIDENTIAL (COMPETITOR)                                        META3047MDL-044-00025293

*STOs:* ████████ ████████

**Privacy ([ HYPERLINK "https://docs.google.com/document/d/1LzGBGPp9HmC-_JUxi-ws9Rb7LxZ-apBO_gpK6mhxcrM/edit" \l "heading=h.e2pb481frnfl" \h ])**
Topline: We have a responsibility to protect your privacy and have teams dedicated to this work for everything we build, including generative AI. We developed privacy safeguards for generative AI features through our privacy review process and external engagements with experts, advocates, academics, governments, and others.

- We included important privacy safeguards in our new generative AI features to protect people's information and help them understand how the features work.
- Our generative AI features go through a rigorous internal [ HYPERLINK "https://about.meta.com/privacy-progress/" \h ] that helps ensure we're using people's data responsibly while building better experiences for connection and expression.
- For publicly available online information, we filtered the dataset to exclude certain websites that commonly share personal information, like LinkedIn.
- Publicly shared posts from Instagram and Facebook – including photos and text – were part of the data used to train the generative AI models underlying the features we announced at Connect. We didn't train these models using people's private posts.
- We also do not use the content of your private messages with friends and family to train our AIs. We may use the data from your use of AI stickers, such as your searches for a sticker to use in a chat, to improve our AI sticker models.
- It's important to know that we train and tune our generative AI models to limit the possibility of private information that you may share with generative AI features from appearing in responses to other people.
- You can find out more about how we use your information in our [ HYPERLINK "https://about.fb.com/news/2023/09/privacy-matters-metas-generative-ai-features/" \h ].

**Copyright**
- We're in active litigation so I'm limited in what I can say about copyright and generative AI models.
- To take a step back though, I think we have to remember that generative AI models have enormous potential for the common good and present a huge opportunity for people and businesses to find new ways of expression and connection.
  - The development of new technology always raises the specter of new laws, and this is clearly happening with respect to generative AI and IP.  As policymakers look at reforms, they should foster innovation in AI; avoid unworkable obligations; and promote advancement of technology.

META CONFIDENTIAL 10

HIGHLY CONFIDENTIAL (COMPETITOR)

META3047MDL-044-00025302