# EXHIBIT 7

Message
_____

| | |
|---|---|
| **From:** | Joel Kaplan [/O=THEFACEBOOK/OU=EXTERNAL (FYDIBOHF25SPDLT)/CN=RECIPIENTS/CN=███████████████████████] |
| **Sent:** | 3/25/2021 3:02:24 PM |
| **To:** | Mark Zuckerberg [██@fb.com] |
| **CC:** | Andrea Besmehn [██@fb.com]; ████████████ [████████@fb.com] |
| **Subject:** | Re: Immigration/Border + Kids/Wellbeing/Addiction/Bullying |

Mark:

2 heads-ups this am on intel from Hill:

1) Some Rs may ask whether FB is contributing to the migration crisis at the border.  Suggested points below

2) Cathy McMorris Rogers will likely focus on child safety/well-being.  We sent you points on that last night, but they are also pasted below.

**IMMIGRATION GROUPS/BORDER**

**Context:** Daily Beast published an article ("Scam Facebook 'Travel Agencies' Tell Migrants Biden Has Thrown the Border Open") about scams and misinformation related to immigration in Central America on Facebook. We flagged for BI and they removed a handful of pages.

- What is happening at the border is tragic
- To see people take advantage of people who want to migrate to this country is just awful
- We have policies against scams in Pages, Groups and Events, and based on the article we found and removed pages and groups engaged in this practice
- We're also seeing the State Dept use our platform to share factual information with ppl considering making the journey to the US
- **On misinformation more broadly →** pivot top toplines
- **On Spanish language misinfo →** We are taking aggressive steps to fight misinformation in Spanish – have Spanish speaking 3PFCs and around the clock content review in Spanish
- **On resourcing Spanish as well as English →**  We do Spanish-language content review 24-hours/day along multiple global sites. Spanish is one of the most common languages used on our platforms and is also one of the highest-resourced languages when it comes to content review
- **Spanish misinfo on WA →** taken steps to address all misinfo on WA, like limiting forwards and launching new feature to help ppl search the web to receive more information about their chats in English, Spanish, and other langues. Have also worked with IFCN to partner with organizations like Telemundo and Univision to help make accurate information available via WA.

Note that here is what Psaki said on Monday—ground truth is just that state department has been using our ads platform—not a platform    : *"Here's a few things we're doing, and this will obviously increase over time. Just to give you a sense of our investment. The state department continues to -- we have placed an estimated 17,118 radio ads in Brazil, El Salvador, Guatemala and Honduras since January 21 in Spanish, Portuguese and six indigenous languages. These ads played on 33 radio stations reaching an estimated 15,000,000 individuals. The department has also worked with Facebook and Instagram on an advertising campaign that put our migration messages in the social-media streams of millions of individuals who fit the profile of intending migrants. These are very targeted, of course. A total of 589 digital ads and paid search display and social media supporting the ongoing migration campaign in northern triangle countries have reached more than 26,000,000 people since inauguration day."*

**KIDS/SAFETY/ADDICTION**

HIGHLY CONFIDENTIAL (COMPETITOR)

META3047MDL-003-00163420

- Keeping young people safe on our services is one of our most important responsibilities
- Use sophisticated technology to fight child sexual exploitation by proactively finding and removing it.
- We have been using Microsoft's PhotoDNA technology since 2011.  We scan every photo that is uploaded to our site using PhotoDNA to thwart the sharing of known child sexual imagery on our platform. When we find it, the content is deleted, the account is taken down, and we report to the National Center for Missing and Exploited Children. NCMEC works with law enforcement agencies to find and help victims.
- We're also using technology to find accounts that engage in potentially inappropriate interactions with children on Facebook so that we can remove them and prevent additional harm.
- But any industry-wide problem requires solutions broader than just one company—last year, Facebook joined Google, Microsoft, and fifteen other tech companies to announce the formation of Project Protect.

**Messenger Kids**
- Designed Messenger Kids with the guidance and input of thousands of parents and experts, and with the Children's Online Privacy Protection Act ("COPPA") in mind.
- Parental controls are core to the Messenger Kids experience. And there are no ads on Messenger Kids.
- We've launched a number of tools for parents to manage their child's experience – like setting predetermined "off times" for the app on a child's device.
- And we also provide a kid-friendly education model for new Messenger Kids users that explain what their parents and other users can see about their use of the app.
- *If pushed on ads* → There are no ads in Messenger Kids – and we don't use children's data from the Messenger Kids app to inform ads on our other apps.

**Instagram for Under-13s**
- We are at the very early stages of exploring bringing a parent-controlled experience to Instagram to help kids keep up with their friends and discover new hobbies and interests.
- We are just beginning this exploration and we will be working in close consultation with safety, privacy, and child development experts to ensure any experience we develop is the best and safest age-appropriate experience possible.

**Wellbeing/addiction**
- The impact that our products have on the wellbeing of everyone is a top priority.
- Our goal at the company is to foster meaningful interactions and relationships.
- That's why we've rolled out tools to understand and control their time on our platforms and made changes to our Newsfeed.

**Do you design Facebook to be addictive so people spend more time on it and view more ads?**
- No, we don't build products like this. Our goal at the company is to foster meaningful interactions and relationships
- There is no agreed upon definition or consensus on what "addictive" means in the context of social media, but regardless -- we don't build our products to optimize for this.
- We know that people's wellbeing on social media is connected to controls -- so we have built a bunch of tools to help people feel like they have more control over their experience on the platform. These include:
  - **Time spent controls:** Includes a dashboard that shows how much time people have spent in the app in the past week, a customizable daily time alert, and a mute push notifications setting to limit notifications
  - **Snooze & Unfollow:** Helps people hide certain pages, groups or people
- We're constantly researching  issues like problematic use of social media to make sure we're giving people the tools they need to better manage the time they spend on Facebook.
- But our goals at the company are about adding value to people's lives NOT time spent -- and we've made changes in the past that reflect that we put this mission first, even when it means lowering engagement.

**Do you have research that shows that Facebook is addictive?**
- No -- studying the impact of social media on people's lives is nascent and research in this area is largely inconclusive.
- But one of the themes that does come through in the research is that it's not how much time you spend online, it's how you spend it.
- That's why we've rolled out tools to understand and control their time on our platforms and made changes to our Newsfeed.

HIGHLY CONFIDENTIAL (COMPETITOR)    META3047MDL-003-00163421

- But we are always looking at the research and trying to better understand the connection between our products and wellbeing.

**Do you think Facebook should be regulated like tobacco given the impact it has on people's health?**
- With respect, these are fundamentally different things. Tobacco kills millions of people every year. Social networks give people a way to connect with friends and family and run their businesses. I don't think they're even remotely the same.
- As far as I know, there's no scientific consensus yet on social media and addiction -- but regardless, we don't build our products that way.

**What is that "research" you talk about…**
- Studying the impact of social media on people's lives is nascent. There are only a handful of studies that look at this topic using methods that allow us to understand causality.
- The effects of social media are still being studied and we work in collaboration with leading well-being and mental health experts on this, as well as conducting our own research.
- The short answer is that there is a lot of research that supports the importance of quality social interactions on important life outcomes and additional research that suggests that how people are using technology makes a big difference in the quality of use.
- For example, on social media, you can passively scroll through posts, much like watching TV, or actively interacting with friends — messaging and commenting on each other's posts. Just like in person, interacting with people you care about can be beneficial, while simply watching others from the sidelines may make you feel worse.

**Bullying**
- We do not allow bullying on our platform and we use AI to help detect and remove bullying content.
- People also can report content to us and we will remove content that violates our policies.
- But bullying and harassment can be hard to recognize without a lot of context, so we've also built a number of tools to help people control their experiences on our apps.
- For example, we have filters to automatically hide potentially offense or inappropriate comments; restricting comments on posts (IG); and AI that notifies people when their comment may be considered offensive before it's posted.

HIGHLY CONFIDENTIAL (COMPETITOR)                                                    META3047MDL-003-00163422