# EXHIBIT 8

Message
_____

**From:**        Roberto Medri [█████████████████████████████████
                 ██████████████████████████████████████]

**Sent:**        8/10/2020 7:40:26 PM
**To:**          Roberto Medri ████████████; Kristin Hendrix ████████████
**Subject:**     Message summary █████████████████████████████████████
**Attachments:** 60896590_458130775013478_8758870589352968192_n.gif


Dr. Kristin Shay Hendrix (8/10/2020 06:34:37 PDT):
>I haven't had a chance to read it yet unfortunately.
>
>We had an extensive research and analytics plan compiled already.
>
>How are you staffing Daisy? Is Melissa tackling the work?
>
>I think we should both speak up during the review about our concerns.

Dr. Kristin Shay Hendrix (8/10/2020 07:04:21 PDT):
>OK - just read it. I'm concerned about the plan they put forth. We did design a survey to dig into teens attitudes (that was part of the study we'd presented to Schultz et al.). I do not think we should study only teens, so this proposal gives me strong pause.

Roberto Medri (8/10/2020 07:04:44 PDT):
>I am exactly where you are

Roberto Medri (8/10/2020 07:05:03 PDT):
>Also zero researchers worked on this deck

Dr. Kristin Shay Hendrix (8/10/2020 07:05:10 PDT):
>Second, they talk about a decision by leadership in Q3 for IG to pursue Purple Daisy independently which suggests de-coupling from FB, but then they have a question in the discussion points asking if IG would ship independently from FB...so I'm concerned about that.

Roberto Medri (8/10/2020 07:05:20 PDT):
>There are zero details on the test

Roberto Medri (8/10/2020 07:05:51 PDT):
>It's a "come on let's ship this" deck

Dr. Kristin Shay Hendrix (8/10/2020 07:09:46 PDT):
>Totally. The teens findings were very, very concerning, though. So I want to do this right and not screw it up.

Dr. Kristin Shay Hendrix (8/10/2020 07:10:00 PDT):
>It was a pretty controversial/contentious Zuck review with Adam and Fidji not being in alignment.

Roberto Medri (8/10/2020 07:10:14 PDT):
>And this is still true

Dr. Kristin Shay Hendrix (8/10/2020 07:10:15 PDT):
>And Schultz was as diplomatic as he possibly could be knowing that all of this was not handled well.

Dr. Kristin Shay Hendrix (8/10/2020 07:10:24 PDT):
>Agree - Definitely still true.

Roberto Medri (8/10/2020 07:10:28 PDT):
>Fidji completely parked it

Confidential Treatment Requested
HIGHLY CONFIDENTIAL (COMPETITOR)

FB-SENY-00000353
META3047MDL-006-00000353

Dr. Kristin Shay Hendrix (8/10/2020 07:11:07 PDT):
>The decision to test on both FB again was largely comms motivated.

Roberto Medri (8/10/2020 07:11:11 PDT):
>Schultz told me:"We proved Daisy does not improve well-being"

Dr. Kristin Shay Hendrix (8/10/2020 07:11:40 PDT):
>Correct - all of our effect sizes were pretty small (though, notably larger than other effect sizes we see in research).

Dr. Kristin Shay Hendrix (8/10/2020 07:11:50 PDT):
>Interesting Moira Burke in CDS has HUGELY pushed for Daisy to ship.

Dr. Kristin Shay Hendrix (8/10/2020 07:12:00 PDT):
>It actually caused a lot of thrash at the last minute.

Roberto Medri (8/10/2020 07:12:09 PDT):
>I'm not surprised

Dr. Kristin Shay Hendrix (8/10/2020 07:12:11 PDT):
>Because she was having convos with leadership that those working on Daisy weren't a part of.

Roberto Medri (8/10/2020 07:12:54 PDT):
>What bothers me is everyone seems more motivated by incentives

Dr. Kristin Shay Hendrix (8/10/2020 07:12:58 PDT):
>I really appreciate and respect Moira's expertise. However, not aligning with myself and the FB Res Dir was really thrashy. And Schultz was not thrilled.

Roberto Medri (8/10/2020 07:13:03 PDT):
>Than by evidence

Dr. Kristin Shay Hendrix (8/10/2020 07:13:08 PDT):
>Totally agree.

Roberto Medri (8/10/2020 07:13:35 PDT):
>CDS has the incentive "publish an academic paper on this"

Dr. Kristin Shay Hendrix (8/10/2020 07:13:36 PDT):
>We flagged this to Cox in our researcher Q&A with him how leads make decisions not based on evidence or people-first values.

Roberto Medri (8/10/2020 07:13:49 PDT):
>no finding, no paper

Dr. Kristin Shay Hendrix (8/10/2020 07:13:59 PDT):
>Well, hopefully any peer reviewer who knows anything would catch all the red flags on the bungled approaches we've taken.

Dr. Kristin Shay Hendrix (8/10/2020 07:14:05 PDT):
>Maybe not...

Dr. Kristin Shay Hendrix (8/10/2020 07:14:12 PDT):
>I've had awful peer reviewers before. Lol.

Roberto Medri (8/10/2020 07:14:27 PDT):
>I like to believe they would :)

Dr. Kristin Shay Hendrix (8/10/2020 07:14:36 PDT):
>Kyle Andrews who was the quant UXR is pretty adamant about not working on this again.

Confidential Treatment Requested
HIGHLY CONFIDENTIAL (COMPETITOR)

Dr. Kristin Shay Hendrix (8/10/2020 07:14:43 PDT):
>The qual UXR who worked on it goes on parental leave in a couple of weeks.

Roberto Medri (8/10/2020 07:14:52 PDT):
>this should be made clear

Roberto Medri (8/10/2020 07:15:02 PDT):
>That the project was trashy before

Dr. Kristin Shay Hendrix (8/10/2020 07:15:05 PDT):
>So I'm either going to pull Kyle off of other PO work or ask ███████████ to pause Feed Recs for a bit to work on Daisy.

Roberto Medri (8/10/2020 07:15:08 PDT):
>I had a similar story in ds

Dr. Kristin Shay Hendrix (8/10/2020 07:15:36 PDT):
>Yeah, I felt bad for ████ and Aaron.

Roberto Medri (8/10/2020 07:15:48 PDT):
>Pausing feed recs for this would be Kafkian. And yet here we are

Roberto Medri (8/10/2020 07:16:04 PDT):
>I told vishal yesterday night

Dr. Kristin Shay Hendrix (8/10/2020 07:16:06 PDT):
>We were in an awful position of Adam having publicly talked about this, all but promised we'd do this, and then trying to be as objective as possible.

Roberto Medri (8/10/2020 07:16:54 PDT):
>"I don't think this test will tell us much more than the previous one, and I don't think we have research staffed"

Roberto Medri (8/10/2020 07:17:14 PDT):
>He told me:"thanks, that was not apparent from the document"

Roberto Medri (8/10/2020 07:17:22 PDT):
>"EXACTLY"

Dr. Kristin Shay Hendrix (8/10/2020 07:21:23 PDT):
>I pinged him as well with details.

Roberto Medri (8/10/2020 07:22:02 PDT):
>I think he's in a difficult position because of what Adam committed to publicly

Roberto Medri (8/10/2020 07:22:09 PDT):
>I feel for him

Dr. Kristin Shay Hendrix (8/10/2020 07:22:13 PDT):
>Same

Roberto Medri (8/10/2020 12:26:35 PDT):
>THANK YOU

Roberto Medri (8/10/2020 12:27:04 PDT):
>thank you thank you thank you

Dr. Kristin Shay Hendrix (8/10/2020 12:29:44 PDT):
>The teen model call out is fair.

Confidential Treatment Requested
HIGHLY CONFIDENTIAL (COMPETITOR)

Roberto Medri (8/10/2020 12:30:09 PDT):
>definitely

Dr. Kristin Shay Hendrix (8/10/2020 12:38:44 PDT):
>And we were barely powered enough to detect the highly-active teens effect we did.

Roberto Medri (8/10/2020 12:39:29 PDT):
>I honestly would hug you if it weren't for covid

Roberto Medri (8/10/2020 12:39:38 PDT):
>maybe we've got one less thing to do

Dr. Kristin Shay Hendrix (8/10/2020 12:40:26 PDT):

shared: 60896590_458130775013478_8758870589352968192_n.gif

Confidential Treatment Requested
HIGHLY CONFIDENTIAL (COMPETITOR)