# EXHIBIT 9

Message
_____

**From:**      Elisabeth Diana [/O=THEFACEBOOK/OU=EXTERNAL
              (FYDIBOHF25SPDLT)/CN=RECIPIENTS/CN=████████████████████]
**Sent:**      3/23/2021 1:08:13 AM
**To:**        Adam Mosseri [████@fb.com]
**Subject:**   Fwd: Daisy

Begin forwarded message:



**From:** Elisabeth Diana <████████@fb.com>
**Date:** March 19, 2021 at 4:01:02 PM PDT
**To:** Adam Mosseri <████@fb.com>, ████████ <████████@fb.com>
**Cc:** Miki Rothschild <████████@fb.com>, ████████████████ <████████@fb.com>, Max Eulenstein <████@fb.com>, Brett Westervelt <████████████@fb.com>, ████████████ <████████@fb.com>, ████████████ <████████████@fb.com>, ████████ <████@fb.com>, ████████ <████@fb.com>, ████████████ <████████████@fb.com>, ████████████ <████████████@fb.com>, Kristin Hendrix <████████@fb.com>, Liza Crenshaw <████████████@fb.com>
**Subject: Re: Daisy**

Ok got more clarity – FB Comms is ok with a joint proactive moment, with IG taking the lead. Here's a quick stab at the talking points, would love thoughts. FB Comms is getting Fidji's and Hegeman's take, too, on the below. Let me know if you have questions.

- Have heard from people that there is a certain pressure to be perfect on Instagram
- We don't want that; want to depressurize people's experience with the app, make it less of a competition for likes
- In late 2019/early 2020 we were testing an Instagram experience where public like counts were hidden – with goal of depressurizing Instagram for people
- Last year when COVID hit, these tests took a backseat to all the other work
- We've since picked it up and have looked more into the test results
- ==For some people, hiding public like counts helped people focus less on the number and more on the content; for others it didn't really matter much==
- So we're now going to give people the option to have this feature or not
- We'll do this on Instagram and on FB too, since a big focus for us on FB is giving people more controls over their experience – what people want more of



**From:** Adam Mosseri <████@fb.com>
**Date:** Wednesday, March 17, 2021 at 3:33 PM
**To:** ████████ <████████@fb.com>, Elisabeth Diana <████████@fb.com>, Max Eulenstein <████@fb.com>, Brett Westervelt <████████████@fb.com>, ████████████
**Cc:** Miki Rothschild <████████@fb.com>, ████████████████ <████████@fb.com>, Max Eulenstein <████@fb.com>, Brett Westervelt <████████████@fb.com>, ████████████ <████@fb.com>, ████████████ <████████████@fb.com>, ████████ <████@fb.com>, ████████████ <████████████@fb.com>, ████████████ <████████████@fb.com>, Kristin Hendrix <████████@fb.com>
**Subject: Re: Daisy**

HIGHLY CONFIDENTIAL (COMPETITOR)

Thanks ███ that's a good flag. Adding Elisabeth who can hopefully help us sort through this.

Adam

> On Mar 17, 2021, at 1:30 PM, ████████ <███████@fb.com> wrote:
>
> Adam
> Speaking for FB app, yes we are comfortable with the dates and lack of country testing
>
> I think the one remaining concern is around our comms approach, where fb will be reactive and not advertise this feature which might be imbalanced given how IG is approaching it
>
> A discussion with Fidji, you and comms team might help align on that.
>
> Thx
>
> Get Outlook for iOS
>
> **From:** Adam Mosseri <██████@fb.com>
> **Sent:** Wednesday, March 17, 2021 1:25:33 PM
> **To:** Miki Rothschild <██████@fb.com>
> **Cc:** ██████████████ <████████@fb.com>; Max Eulenstein <█████@fb.com>; Brett Westervelt <██████████@fb.com>; ██████████ <█████████@fb.com>; ██████████ <████████@fb.com>; ██████████ <████████@fb.com>; ██████ <██████@fb.com>; ███████████ <██████████@fb.com>; ███████████ <█████████@fb.com>; Kristin Hendrix <██████@fb.com>
> **Subject:** Re: Daisy
>
> This seems right. The one thing I'll flag is we need to make sure the Facebook app team is comfortable with this, particularly given the current plan is for them not to run a test.

>> On Mar 16, 2021, at 7:17 PM, Miki Rothschild <████████@fb.com> wrote:
>>
>> +██████ Kristin
>>
>> Sent from my iPhone

>>> On Mar 16, 2021, at 1:19 PM, ██████████████ <████████@fb.com> wrote:
>>>
>>> Hi Adam
>>>
>>> Circling back on guidance for public test.

Let us know if you are aligned with our recommendation of Option1 for the test and launch plan.

- **Option 1: Launch End Apr / Early May:** We would run a 2-week test to understand adoption of controls and any blind spots in user expectation. We can extrapolate ecosystem impact from prior Pure Daisy data and Controls adoption data. This allows us to launch to 100% in late Apr / Early May and announce it at the start of Mental Health Awareness Month (May). This lines up with FB readiness for launch. Since there has been extensive data from pure Daisy tests in the past we think Option 1 could strike the right balance of estimating impact and leveraging opportunities as part of Mental Health Awareness Month.

We will setup a review to discuss final product details and GTM for FB & IG.

Thanks



---

**From:** ██████████████ <██████@fb.com>
**Date:** Wednesday, March 10, 2021 at 2:54 PM
**To:** Adam Mosseri <██████@fb.com>
**Cc:** Miki Rothschild <██████@fb.com>, Max Eulenstein <██████@fb.com>, Brett Westervelt <██████@fb.com>, ██████████ <██████@fb.com>, ██████████ <██████@fb.com>, ██████████ <██████████@fb.com>, ██████████ <██████@fb.com>, ██████ <██████@fb.com>, ██ ██████ <██████████@fb.com>
**Subject:** Re: Daisy

Hi Adam,

There are two considerations for public tests on IG (i) engineering readiness for public test and (ii) timeline for 100% launch and external announcement.

**Public Test Timeline:** IG engineering team did detailed planning and was able to pull in the public test timeline to Apr 5th. Running it a week earlier (mar 29th) would need everything to go perfectly and would be cutting it close.

**Launch and External Announcement:** The other consideration for launch timing is the duration of the test that influences potential launch dates. We have

META3047MDL-004-00012794

two options, both of which will allow us to launch together with Facebook:

- **Option 1: Launch End Apr / Early May:** We would run a 2-week test to understand adoption of controls and any blind spots in user expectation. We can extrapolate ecosystem impact from prior Pure Daisy data and Controls adoption data. This allows us to launch to 100% in late Apr / Early May and announce it at the start of Mental Health Awareness Month (May). This lines up with FB readiness for launch.
- **Option 2: Launch Decision at end of May:** We would run a 6-week test to understand full ecosystem impact. This would mean that we would make a launch decision closer to end of May. With this option, we'd miss out on most opportunities to include Daisy in our Mental Health Month outreach efforts.

Since there has been extensive data from pure Daisy tests in the past we think Option 1 could strike the right balance of estimating impact and leveraging opportunities as part of Mental Health Awareness Month.

In addition we need to align between FB & IG on two additional issues (i) Producer side controls and (ii) GTM plans. We will schedule a joint review for these discussion topics based on your guidance on IG public test.

Let us know your thoughts





**From:** ████████████ <██████@fb.com>
**Date:** Friday, March 5, 2021 at 4:01 PM
**To:** Adam Mosseri <█████@fb.com>
**Cc:** Miki Rothschild <██████@fb.com>, Max Eulenstein <████@fb.com>, Brett Westervelt <█████████@fb.com>, ██████████ <█████@fb.com>, █████████ <██████@fb.com>, █████████ <█████████@fb.com>, ██████████ <████@fb.com>, ████████ <█████@fb.com>
**Subject:** Re: Daisy

Hi Adam,

I'll circle back with options on Monday. There are a couple of open questions that have app release cycle implications that we will discuss with engineers based in NY before responding.

META3047MDL-004-00012795