# EXHIBIT 10

Message

| | |
|---|---|
| **From:** | Melissa Waters [/O=THEFACEBOOK/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=███████████████████████] |
| **Sent:** | 9/1/2021 5:17:36 AM |
| **To:** | Kristin Hendrix [██████@fb.com]; Elisabeth Diana [██████@fb.com] |
| **CC:** | Karina Newton [████████@fb.com]; ████████ [████████@fb.com] |
| **Subject:** | Re: Stat review on these points |

It's a very fair push and a legit question. But that puts us in a position of defending offering a product to those who want to use it (who follow standards/guidelines) and puts us in the position of us being required to discern who should/shouldn't have access to it. I think we want to be in the position of understanding our users -- and their vulnerabilities -- and ensuring we offer the right controls in place to help those who need them.

---

**From:** Kristin Hendrix <██████@fb.com>
**Sent:** Tuesday, August 31, 2021 10:06 PM
**To:** Melissa Waters <██████@fb.com>; Elisabeth Diana <██████@fb.com>
**Cc:** Karina Newton <████████@fb.com>; ████████ <████████@fb.com>
**Subject:** Re: Stat review on these points

I think user control is one piece for us to lean into, though, it was moreso developed as a narrative path for our WB work with adults and Gen pop in mind. The WSJ article is focused largely on youth/teens with the reporter asking whether it's reasonable to assume that young folks who may have negative experiences would take advantage of controls we offer.

---

**From:** Melissa Waters <██████@fb.com>
**Sent:** Tuesday, August 31, 2021 9:53:23 PM
**To:** Elisabeth Diana <██████@fb.com>; Kristin Hendrix <██████@fb.com>
**Cc:** Karina Newton <████████@fb.com>; ████████ <████████@fb.com>
**Subject:** Re: Stat review on these points

Thanks for the context on who has been briefed, Kristin.

Elisabeth, one thing we may consider here is to shift the talk track toward user control, especially leaning on the learnings of Daisy:

- social media isn't bad or good - it's an amplifier [of human truths]
- STATS: 1 out of 5 teens in US and UK say they regularly see content that makes them feel worse; 1 out of 2 said they rarely do
- Social comparison is a subset of mental health, which is a subset of wellbeing
- For those who struggle with social comparison/mental health/wellbeing it it's our responsibility to find ways in product to help them (eg testing Nudges)
- We tried with Daisy based on research but learned that this is all very individualized and nuanced so we made it optional and customizable
- We will continue to treat wellbeing with as much customization as possible because it is deeply personal and nuanced. Individual users want more control in this area and we want to offer that.

---

HIGHLY CONFIDENTIAL (COMPETITOR)

**From:** Elisabeth Diana <█████@fb.com>
**Sent:** Tuesday, August 31, 2021 9:42 PM
**To:** Kristin Hendrix <█████@fb.com>
**Cc:** Karina Newton <█████@fb.com>; █████ <█████@fb.com>; Melissa Waters <█████@fb.com>
**Subject:** Re: Stat review on these points

Makes sense. Who's the right lawyer to add to this thread btw?


On Aug 31, 2021, at 9:41 PM, Kristin Hendrix <█████@fb.com> wrote:


Thanks for your help on Stat review, █████

Melissa - quick FYI thst we've looped in Pratiti to review comms plans. And I've looped in Rick Malins given some of the research comes from his team.

Two additionsl quick things:

we want to be sure we don't insinuate anything that makes it seem like we pathologize social comparison (not saying we are but just flagging as a reminder). It is a common,normal psychological occurrence. We should also be clear to say we're focusing on negative social comparison because some can be positive.

On the Daisy point, can we tweak to say:

=="We tried with Daisy - it was a hypothesis based on research but ultimately didn't have as strongan impact as we'd hoped ; shows that this is all very individualized and nuanced so we made it optional; trying it now with Nudges"==

**From:** Elisabeth Diana <█████@fb.com>
**Sent:** Tuesday, August 31, 2021 9:22:25 PM
**To:** Kristin Hendrix <█████@fb.com>; Karina Newton <█████@fb.com>; █████ <█████@fb.com>
**Cc:** Melissa Waters <█████@fb.com>
**Subject:** Stat review on these points

He basically wants to say that for a subset of people on IG who are struggling in general, IG can make them feel worse.

So these stats back it up:

HIGHLY CONFIDENTIAL (COMPETITOR)

- 1 out of 5 teens in US and UK say they regularly see content that makes them feel worse; 1 out of 2 said they rarely do

Questions: are there other stats that speak to this that we want to raise, and how do we get these approved ASAP?

E

(below is some of his talk track)

- You haven't found anything that I'm ashamed of
- We've done a bunch of research because we should - our responsibility
- Haven't released all of our data - bunch of reasons: privacy, metrics, also incomplete body of work - we're still gathering insights before we release our findings
- Like anything i share with you needs to be shared with metrics and privacy review
- Stepping back: incredibly hard to speak to this without knowing what you have
- You're getting this from someone who clearly has a strong POV, is giving you part of our research not all of it
- Some of these I might need to come back to you
- What I've said before: social media isn't bad or good - it's an amplifier
- I don't think any platform is neutral - we have values
- Three buckets: 1) identify problems and address them in a diagnostic way; 2) identify areas where we can lead - opportunity or responsibility - bullying, equity, social comparison; 3) rethink core mechanics of how IG works - like hiding public like counts
- You have stuff in 2c - proactive not reactive; not just on IG, not online, but problems that exist more broadly and before social media ever existed
- Social comparison: started in mid-2019; lost a year to racial equity efforts - which is why we have a lot of research but not a lot of products to show for
- Social comparison in context: it's a subset of mental health, which is a subset of wellbeing
- IG can be good - inspire you, boost mood, connect you to people who support you
- Can be bad for a subset of people - appearance, problematic content
- Very similar to what we see in real world
- One thing we've learned from research: overall IG has a positive impact, but IG can exacerbate mental health issues for those already struggling in real life
- Which begs the q: can we identify the subset of people who are at risk and get them support - nudge them out of a rabbit hole; or for those at risk of hurting themselves - get them support
- STATS: 1 out of 5 teens in US and UK say they regularly see content that makes them feel worse; 1 out of 2 said they rarely do
- This is a problem for a subset of people but it's our responsibility to find ways in product to help them

HIGHLY CONFIDENTIAL (COMPETITOR)

META3047MDL-003-00187315

- We tried with Daisy - it was a hunch based on research but not proved out; shows that this is all very individualized and nuanced so we made it optional; trying it now with Nudges

HIGHLY CONFIDENTIAL (COMPETITOR)

META3047MDL-003-00187316