# EXHIBIT 11

Message
_____

**From:** Wendy Gross [/O=THEFACEBOOK/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=████████]
**Sent:** 12/3/2020 12:18:41 AM
**To:** Sophie Vogel [████████@fb.com]; ████████ [████████@fb.com]; ████████ [████████@fb.com]; Dayna Geldwert [████@fb.com]
**CC:** ████████ [████████@fb.com]; Karina Newton [████████@fb.com]; ████████ [████████@fb.com]; Liza Crenshaw [████████@fb.com]; ████████ ████████ [████████@fb.com]; ████████ [████████@fb.com]
**Subject:** Re: Request: Daisy and wellbeing.
**Attachments:** image001.png; image002.png; SocialComparisonPreso_V2.key

Hi Sophie,

I've attached a deck I shared at the roundtable that @Dayna Geldwert hosted a few weeks ago.

I haven't touched Daisy so can share absolutely nothing about it!

Thanks,
Wendy

**From:** Sophie Vogel <████████@fb.com>
**Date:** Wednesday, December 2, 2020 at 9:57 AM
**To:** ████████ <████████@fb.com>, ████████ <████████@fb.com>, Wendy Gross <████████@fb.com>
**Cc:** ████████ <███@fb.com>, Karina Newton <████████@fb.com>, Dayna Geldwert <████@fb.com>, ████████ <████@fb.com>, Liza Crenshaw <████████@fb.com>, ████████ <████████@fb.com>, ████████ <███@fb.com>
**Subject:** Re: Request: Daisy and wellbeing.

*+ Dayna, ████ and Liza, and Wendy, ████ and ████ to bring us all on one thread.*

Echoing ████ thank you ████████

We also had comms guidance from Elisabeth to hold off sharing too much on the new Daisy direction until Mark signs it off, so keeping it high level sounds good.

Given Friday's audience will be made up of research-focused academics, we're expecting them to push on specifics of our research, including:

1. The methodology behind our research [Daisy + social comparison]
2. Any insights we can share from our social comparison research.
3. Next steps we're taking in response to our research.
4. Whether we are taking into account the various pieces of external research that show negative impact of social media on wellbeing (including the attached, done by the chair of Friday's roundtable)

We'll plan to weave in the points below, but if there are any more specifics we could share about our own research, please do let us know. @Wendy – Liza mentioned you shared a deck at the social comparison roundtable? Would it be possible to share that here, in case there's anything we could use – or any key takeaways?

Thanks again!
Sophie

*On research around these trends*

- Our team and company takes our responsibility toward keeping people safe seriously and that includes thinking about how our product plays a role in the well-being of our community members. Toward this end, our research team has done work to understand the role Instagram plays peoples' well-being (including teens).
- Overall, there hasn't been a lot of rigorous external experimental research that's focused on general well-being with Instagram use – that's partially why we've been working to fund studies to look at more of this in the field.
- Facebook has also done quite a bit of research on the impact of social media on well-being, in addition to external research.
- What we find is that it's not about how much you use social media, but **rather about how you use it.** Passive consumption is generally linked negatively with well-being, while **active engagement is generally linked positively with well-being**.
  - A study we ran found that people who sent or received more messages, comments and Timeline posts reported improvements in social support, depression and loneliness. Other peer-reviewed research has found similar benefits.
- A recent external longitudinal study led by Dr. Sarah Coyne at Brigham Young University saw similar findings -- that time spent using social media was not related to changes in mental health issues.
- Instead, the study authors said we should look to examine the context and content surrounding social media use.
- This research has helped shape our approach to mental health on Instagram -- we're looking at ways to support **intentional**, **positive** engagement on the platform.
- This manifests through programs like #RealConvo, which was done in partnership with the American Foundation for Suicide Prevention, to encourage people to share their stories authentically, have real conversations about mental health, and find supportive communities – both on and offline.



**From:** ████████ <████████@fb.com>
**Date:** Wednesday, 2 December 2020 at 17:25
**To:** ████████ <████@fb.com>
**Cc:** ████████ <███@fb.com>, Karina Newton <████████@fb.com>, Sophie Vogel <████████@fb.com>
**Subject:** Re: Request: Daisy and wellbeing.

Hi ████

Massive THANK YOU for sharing all the docs and sharing your thinking re. how to position Daisy too, really appreciate it.

Karina and I spoke earlier about laying the ground work about the choice that will come in H1 so I will weave that in ie below, if pushed on the what next but keep it very high level.

*Based on what we learned, we decided to continue the test of giving people control over how they experience like counts vs. turn it on for everyone. ==We are considering providing choice and should have more to share soon.==*

T



Head of Public Policy, EMEA
[████]@instagram.com
☎: +44 (0) 7500817494



**From:** [████] <[████]@fb.com>
**Date:** Wednesday, December 2, 2020 at 12:55 AM
**To:** [████] <[████]@fb.com>
**Cc:** [████] <[██]@fb.com>, Karina Newton <[████]@fb.com>, Sophie Vogel <[████]@fb.com>
**Subject:** Re: Request: Daisy and wellbeing.

Hi [████]

What a great opportunity! Below you will find a plethora of resources that Dayna put together for the social comparison roundtable last month including the deck that Dayna shared which gave an overview of our well-being programs and products. This should be the most useful, but also adding a few more in case helpful.

And as far as what we can say about Daisy, it would be wonderful to start landing the narrative that we will eventually use for daisy controls. Suggested messaging below. Just a note that this isn't 100% confirmed as the plan is to do testing with Daisy controls in Jan. Please don't share this messaging beyond the room.

**Suggested messaging:**
*Last year, we began testing private likes in hopes of reducing the pressure some people say they feel when posting to Feed. We thought it might help people focus more on the photos and videos shared, than on how many likes the post received. And we were willing to do this, even if it meant people used Instagram less.*

*From our testing, we've learned that there's no one-size-fits-all solution when it comes to like counts, which is why we're letting our community decide what experience is best for them:*

- *For some people, we found that private like counts led them to post more to Feed and delete existing posts less often. And that they may have experienced less negative social comparison.*
- *For others, our test didn't have any effect.*
- *We also heard that the test made it harder to see what was trending and popular on Instagram.*
- *While we did see a small dip in engagement and revenue — something we expected to happen — ==the much bigger issue was that we didn't conclusively see this was a better experience for everyone.==*

*Based on what we learned, we decided to continue the test of giving people control over how they experience like counts vs. turn it on for everyone. We are still testing this and should have more to share soon.*

**Social Comparison roundtable:**
Deck presented for roundtable
Master plan for roundtable
Adam briefing note
Breakout room brief
Readout from the roundtable *Please don't share this externally

**Other well-being decks:**
Well-being guides
Interfaith bullying summit
Safety preso



---

**From:** ██████████ <██████████@fb.com>
**Date:** Tuesday, December 1, 2020 at 3:20 AM
**To:** ██████████ <██████@fb.com>
**Cc:** ██████████ <███@fb.com>, Karina Newton <██████████@fb.com>, Sophie Vogel <██████████@fb.com>
**Subject:** Request: Daisy and wellbeing.

Hi ██████
Hope you had a fantastically relaxed Thanksgiving break.

I have a request about wellbeing and specifically Daisy 2.0 and what we can say/share on our thinking.

TLDR: The German FB PP team has asked IG to take part in a session they have this coming Friday with a group of German academics. This is a regular meeting that they have to share perspectives and insights with this academic group. The expert group have asked for this one session to focus on IG wellbeing with one

HIGHLY CONFIDENTIAL (COMPETITOR)

of the experts providing insights on wellbeing and social media  more broadly. The meeting is Chatham House Rules so we can share a little more than we would in a media interview but it's not  entirely behind closed doors.

I will provide a 15 min overview of IG's approach to wellbeing and we understand they are particularly interested in the effectiveness of the timespent tools, and particularly Daisy.

█ Sophie and I are working on the briefing and would love your support on some data collection for this, specifically:

- Do you have a general preso on wellbeing that we can use that is already  cleared by comms? Given time pressure would be great to have something we can cut and paste.
- @Sophie is working on what we can say about time spent but anything you have on that would be ace.
- Daisy 2.0 -  would really appreciate your steer on what we say about Daisy and particularly can we share anything on data or research at this stage and if not do we know when?

Thank you. █



Head of Public Policy, EMEA
█████ @instagram.com
☎: +44 (0) 7500817494