# EXHIBIT 12

Message

**From:** _____ [/O=THEFACEBOOK/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=_____ ]

**Sent:** 3/14/2019 4:11:44 PM

**To:** Karina Newton [_____@instagram.com]; _____ _____@instagram.com]

**Subject:** Re: IG Q&A Poll Question: Collecting Data

Thanks, both!

**From:** Karina Newton <_____@instagram.com>
**Date:** Thursday, March 14, 2019 at 8:52 AM
**To:** _____ <_____@instagram.com>, _____ @instagram.com>
**Subject:** Re: IG Q&A Poll Question: Collecting Data

God bless you as always Stephanie—few tweaks:

We require everyone on Instagram to be at least 13 years old before they can create an account, and we have measures in place to keep u13s off Instagram.

If someone sees an account that they think is run by someone under 13, we encourage them to report it to us using a form on our Help Center so we can investigate — you don't need an IG account to report someone as under 13 which we found was important for concerned parents.

After investigation we checkpoint users and require them to prove they are over 13 in order to regain access to their account. If they can't, we promptly delete the account.

We have also changed our guidance for reviewers to put a hold on any account they encounter if they have a strong indication it is underage, even if the report was for something else.

**From:** _____ <_____@instagram.com>
**Sent:** Thursday, March 14, 2019 8:01 AM
**To:** _____ Karina Newton
**Subject:** Re: IG Q&A Poll Question: Collecting Data

Hi ██

Sending a few pointers, will let Karina jump in with her thoughts.
- We require everyone on Instagram to be at least 13 years old before they can create an account, and we have measures in place to keep u13s off Instagram.
- If someone sees an account that they think is run by someone under 13, we encourage them to report it to us using a form on our Help Center so we can investigate.
- We prioritize the deletion of underage accounts when we are made aware of them and continue to invest heavily in tools and education that help people have a safe experience on our platform.
- We also recently introduced an additional measure to find potential underage accounts in our reporting flows. If someone is reported to us as being under 13, the reviewer will look at the content on their profile (text and photos) to try to ascertain their age.

HIGHLY CONFIDENTIAL (COMPETITOR)

- If they believe the person is under 13, the account will be put on a hold and the person will not be able to use Instagram until they provide proof of their age.
- Since the program, we have been working to update the guidance for reviewers to put a hold on any account they encounter if they have a strong indication it is underage, even if the report was for something else.

Cheers,

S

**From:** ▮▮▮▮▮▮▮▮▮▮▮▮▮▮@instagram.com>
**Date:** Wednesday, March 13, 2019 at 4:47 PM
**To:** Karina Newton <▮▮▮▮@instagram.com>, ▮▮▮▮▮▮▮▮▮ <▮▮▮▮▮▮@instagram.com>
**Subject:** Re: IG Q&A Poll Question: Collecting Data

Reminder to send tonight (we're meeting with Vishal and ▮▮▮ tomorrow morning). Thanks!

**From:** Karina Newton <▮▮▮▮@instagram.com>
**Date:** Tuesday, March 12, 2019 at 4:59 PM
**To:** ▮▮▮▮▮▮▮ <▮▮▮▮▮@instagram.com>, ▮▮▮▮▮▮▮▮▮▮@instagram.com>
**Subject:** Re: IG Q&A Poll Question: Collecting Data

Can send some TPs tonight!

**From:** ▮▮▮▮▮▮▮▮ <▮▮▮▮▮@instagram.com>
**Sent:** Tuesday, March 12, 2019 4:57 PM
**To:** ▮▮▮▮▮▮; Karina Newton
**Subject:** Re: IG Q&A Poll Question: Collecting Data

The TikTok fine happened because u13 yo had accounts, and TT collected data from those accounts. I imagine the same thing happens on the IG side but we have more enforcement in place to kick u13s off the platform. Karina – would you want to go down that line? E.g the measures we have in place to get u13s off Instagram? I'm not sure we have much to say on the data point.

**From:** ▮▮▮▮▮▮▮▮▮▮@instagram.com>
**Date:** Tuesday, March 12, 2019 at 10:31 AM
**To:** Karina Newton <▮▮▮▮@instagram.com>, ▮▮▮▮▮▮▮▮ <▮▮▮▮▮@instagram.com>
**Subject:** IG Q&A Poll Question: Collecting Data

Hi ladies,

We have a question on the IG Q&A poll about collecting data:
**Tik-Tok was recently fined for collecting kids location and other data. What safeguards do we have in place to prevent this?**

We're prepping Vishal and ▮▮▮ on Thursday, and typically provide context to the question as well as key messages. Are you able to send over some talking points by EOD Wednesday? Let me know if I should loop in anyone else!

Thanks,

▮▮▮▮

HIGHLY CONFIDENTIAL (COMPETITOR)                META3047MDL-003-00052163

**Instagram** | Internal Communications

HIGHLY CONFIDENTIAL (COMPETITOR)

META3047MDL-003-00052164