# EXHIBIT 13

Message
_____

**From:**         █████████ /O=THEFACEBOOK/OU=EXTERNAL
                  (FYDIBOHF25SPDLT)/CN=RECIPIENTS/CN=████████████████
**Sent:**         9/25/2018 10:51:11 PM
**To:**           Sheryl Sandberg [████@fb.com]
**Subject:**      Steven Levy interview
**Attachments:**  Brief - Steven Levy interview.docx; Hard QA WaPo.docx


Sheryl,

Reminder that you are sitting down with Steven Levy tomorrow for an hour-long interview. You spent 30 min with Steven for his book back in April. Mark has given him 3 hours so far and Steven came away from your interview feeling he'd barely gotten to scratch the surface. Everything is on the record and embargoed for his book's publication in late 2019 or 2020.

He wants to start at the beginning and talk about why you joined FB originally and the early days. From there he wants to get into what the company has become and the philosophical shift we're in the midst of. He will also give you an opportunity to talk about the origins of the business model and how you feel about it now. He'll likely ask how you feel about our recent challenges and changing public perception of our company and industry.

Brief and latest hard Q&A attached. I think you're very well prepped for this but let me know if you need anything!

█████

CONFIDENTIAL                                                      META3047MDL-004-00007205

**Hard QA – WaPo media day**

<mark>NEW</mark>
**ACLU EEOC Charge**
*Context*
- On Tuesday, September 18, the ACLU, Outten & Golden and the Communications Workers of America filed an EEOC charge alleging that Facebook has broken anti-discrimination law by allowing job ads to be targeted on the basis of gender
- The complaint also names 10 companies who ran employment ads on FB (does not include our own employment ads).

*Lines*
- no place for discrimination on Facebook
    - our policies, enforcement, and focus are on housing, employment, and credit
- over the past year, we've strengthened our systems to further protect against misuse
    - last fall we removed multicultural affinity targeting from exclusion for all advertisers
    - recently announced removing 5000+ options that limit the ability for advertisers to exclude audiences that relate to attributes such as ethnicity or religion
    - just started rolling out a new requirement that all advertisers must comply with our anti-discrimination policies and the law (started rolling out in US this week, will expand globally next year
        - we require that advertisers certify their compliance
- we get constant feedback from privacy, data ethics and civil rights experts
- we are reviewing the complaint and look forward to defending our practices
- <mark>*good examples of this targeting?* →</mark>
    - <mark>see advertisers showing same ad for same job but featuring a woman when targeting to women, believe this can be important tool especially in fields traditionally seen as more male</mark>
    - <mark>also see this being used as a tool for diversity recruiting when ads are targeted to women-only on Facebook in the context of a broader campaign</mark>

**WaPo Opioids story**
*Context*
- Lizza Dwoskin is working on a story about the prevalence of drug posts on Instagram and their adjacency to ads from Visa, Target and Chase.
- The posts were flagged to the reporter by Eric Feinberg, an analyst who owns a company called GIPEC that hunts for objectionable content on social media and shares the content with the platform in question, its advertisers, and their agencies.
- All but one IG account was taken down within 24-48 hours after it was created.
- One of the accounts surfaced by WaPo was only created the day before Lizza shared so we actioned as soon as she sent it to us.

*Lines*
- no place for illegal drug sales on FB and IG
- against our polices to buy, sell or trade non-medical or pharmaceutical drugs
- we work to make it difficult for people to find content that facilitates the sale of opioids or other drugs on our site
- also remove content and filter search results for terms associated with drug sales so we can stop bad actors from spreading information on the buying or selling of illegal substances

1

                     META3047MDL-004-00007207

**Geo-blocking anti-government content**
- we respect local laws
    - nuanced approach to reports of illegal content
- believe political expression is at the core of what we provide
- *what if political expression is illegal in the country?*
    - types of difficult issues companies like ours sometimes face in trying to operate a global service in nearly every country in the world, each with its own cultures, norms, and laws
        - in every country, we support as much political expression as possible and try to give the most voice to the most people
    - in many cases where we are on notice of local, illegal content – it has nothing to do with political expression
        - it's things like blasphemy in countries where blasphemy is illegal


<u>CONNECTIVITY</u>
- nearly 4B ppl around the world are not online. three barriers:
    - affordability – many people not online because of economic issues
    - awareness – whether people have content relevant to them, whether it's in their language, whether they believe internet is valuable to them
    - availability (infrastructure)
- together with partners, helped to connect almost 100 M people across all programs
    - 10 → 1 lifted out of poverty
- Free Basics – expansive effort to bring connectivity to people who are underserved
    - proxy the services that run on free basics, take a responsible approach
    - open platform – any service can submit for inclusion if meets tech guidelines
    - +1,500 services are available including health, education, job boards
- Express Wifi
    - entrepreneurs sell wifi connectivity to their village in economically sustainable way
        - currently live in 5 countries (India, Kenya, Indonesia, Nigeria, Tanzania)
- *Is Facebook still invested in solar powered drones?*
    - Aquila grew out of Mark's commitment to connecting the world
        - started working on Aquila at a time when very few companies were involved in this area – but since then leading companies start investing in similar technology
    - Facebook never intended to become an aerospace company
        - collaborative efforts with well-established aerospace manufacturers to further evolve the aircraft technology
- *will Facebook launch Free Basics or these other connectivity programs in the US?*
    - encouraged by the adoption of Free Basics over the years
    - no new updates to share - but remain committed to connecting the unconnected


<u>WELL-BEING/SAFETY</u>
**Is Facebook Designed to Be Addictive?**
- no – designed to be meaningful
    - look at your NF and it will look different from anyone else's on FB – personalized to you
- MSI research and changes
    - giving people the tools they need to better manage the time they spend on Facebook

17

META3047MDL-004-00007223

- <mark>our goal is to empower users by giving them insights and controls</mark>

**Research**
- Facebook employs some of the world's experts in well-being
  - collaborate with other leading experts - know this is an industry issue
- findings who two main things:
  - **active engagement -** messages, posting, commenting is linked with improvements in well-being.
  - **passive consumption -** passively watching videos, scrolling tend to not be associated with positive improvement in well-being
- not about how much time you spend on social media - but how you spend that time
- pledged $1 million towards research - relationship between media, youth development and well-being
  - endorsed legislation to study the impact of technology and media on children (Children and Media Research Advancement, CAMRA, Act)

**Australia - when kids were depressed and sending to advertisers**
- this was part of an exaggerated sales report and was never used to target ads
  - researcher was intending to help marketers understand expression on FB
  - absolutely cannot target by any kind of emotional state
- FB has a process to review the research we perform
  - didn't follow our process - reviewing the oversight

**New Big Tobacco?**
- respectfully, I completely reject that characterization — smoking kills up to half the people who do it
- FB helps connect people
- understand that when you connect >2B ppl you get all of the beauty and ugliness of humanity
- but very different than smoking

**Suicide/self harm**
- one of the best ways to prevent suicide - hear from someone that cares about them
- connect with expert resources directly
- our tools help first responders reach people who need support quickly
  - AI to detect posts/live videos more quickly and respond to reporters faster
  - worked with first responders on over 1,000 wellness checks - proactive detection efforts
- FB Live – report video
  - in May 2017 - 15-year-old girl in Georgia was attempting suicide while on Live
  - called 911 and FB also notified the authorities -> saved

**DIVERSITY**
**Topline Narrative**
- we aren't making progress quickly enough
- diversity leads to better decisions, better products, better culture - more reflective of our community on FB

18

HIGHLY CONFIDENTIAL (COMPETITOR)

META3047MDL-004-00007224

- transparency here holds us accountable – we publicly report diversity numbers

**My understanding is that your overall diversity record is abysmal, yet you haven't really done anything beyond hiring a diversity officer to explain why you haven't done anything. You are better positioned to do something than anyone, yet you haven't taken decisive action. Why?**
- you're right - we aren't making progress quickly enough
  - something I care deeply about
- diversity - better decisions, build better products, create a better culture
- last month - shared our 5th year of diversity data -> transparency holds us accountable
  - still not where we need to be, especially for people of color
  - black and Hispanic employees make up only 4% and 5% of employees at FB
    - more than in the past but still not nearly enough, especially in tech roles
- other areas where I'm encouraged by our progress
  - increased the number of black women working at FB in the US by 25x
  - we've also seen # of women in technical roles go up >7xs since 2014
  - # of women graduates we hire in software engineering has almost doubled - from 16% to 30
- working all angles
  - Managing Bias - nearly 100% of leadership
    - Managing Inclusion for managers
  - recruiting
    - diverse slate approach in US
    - FBU – 30 years 5 years ago; 250 this year; hired 100+ people fulltime
- pipeline
  - TechPrep - resource hub for students from underrepresented groups
  - partnerships with organizations including the UNCF to help offer training to young people of color
- still long way to go – determined
- *What about diversity on your board? You just added another white man?*
  - diverse slate approach - recently codified publicly for board hiring
  - not yet where we need to be on representation but think overall approach is serving us well
    - last 5 board members- me, Sue Desmond, Ken, Jan, and now Jeff
    - Jeff - interviewed many people, women, people of color and decided he was the best person
- *How many African Americans do you have directly reporting to you?*
  - I don't have any, and that's something we need to work on
  - diversity helps us build better products, make better decisions and better serve our community
- *GB & Head of Comms and policy*
  - working to replace Elliot and Colin with the best candidate we can find
    - and that means looking at candidates from a range of backgrounds – diverse slate

19

META3047MDL-004-00007225