# EXHIBIT 15

**UK Secretary of State for DCMS, Jeremy Wright**

**Date/Time**: Thursday, February 21st
**FB Participants:**  Joel, ███████████UK policy)
**External Participants** Jeremy Wright, UK Secretary of State for Digital, Culture, Media and Sport; Margot James, UK Minister for Digital and Creative Industries; Matthew Gould Director General of Digital (senior civil servant, Lucy Noakes – Special adviser to the Secretary of State, Louis Holt, Private Secretary to Secretary of State; Ben Greenstone, Private Secretary to Digital Minister
**How to Address:** *Secretary of State* for Jeremy Wright, *Minister* for Margot James
**Last touch point:**
- You met wth Wright's predecessor Matt Hancock in Paris last spring.
- Adam Mosseri met the Secretary in February 2019 to discuss Instagram Suicide/Self Injury policy in light of the recent negative cycle in the UK
- Joel Kaplan met the Secretary at Davos in January 2019
- The Secretary and Minister have met the UK policy team several times

*Note:*
*Prior to this meeting, the delegation will meet with Joel, Guy Rosen, Alex Schultz, Karim, and* ███████████

*The prior meeting will include a deeper dive into our approach to tackling online harm, the French co-regulatory work you announced with Emmanuel Macron and our transparency report.*

## Goals
- Establish trust with an influential UK official and lend credibility to the measured approach he is taking to online regulation
- Signal our seriousness about working with the UK government to deliver an effective regulatory framework
- Highlight that we are not waiting for regulation to address concerns; we are taking a number of steps to meet our responsibilities to our users and society
- Reiterate that our investment in the UK is challenged by constant heated political rhetoric.

## Background
- There is widespread support across the UK for government action on online harms; this is one of the few issues that the government is continuing to focus on amid Brexit
- Jeremy Wright has been leading the government's effort and his work will be culminating in the publication of a "White Paper" at the end of February/early March
- He requested this meeting to brief us on his proposal ahead of its publication
- We think that this is a framework that we can support – but we need to see the details
  - We expect the Paper to deal with the most serious harms (terrorism/child sexual exploitation) and establish a statutory duty of care on platforms to protect their users from legal harms

META3047MDL-014-00394440

(Secretary of State for Health) and Jackie Doyle-Price MP (Minister for Mental Health and Suicide Prevention).
- UK policymakers have broadly welcomed our announced product changes, changes to policy, and investment in technology.

*Line to take:*
- I understand you recently met with FB and IG representatives in the UK and that those discussions were constructive.
- As you'll be aware, we've since updated our suicide and self injury policy so that <u>cutting imagery will now be against our policies</u> across Instagram and Facebook.
- We've also made a number of immediate product changes in the past couple of weeks, including the introduction of sensitivity screens to self-injury images, the halting of suggested accounts and changes to hashtag discoverability.
- <u>In the longer term,</u> we are committed to developing more Machine Learning technology to help us better identify content being shared about self-injury so we can take the appropriate action quickly.
- While we are committed to improving, I want to be clear that there is no quick fix. That's why we work in partnership with mental health experts and charities (like the Samaritans in the UK) to provide users with the support they need.

## UK Review into journalism and press sustainability ("Cairncross")

*Context:*
- Jeremy Wright's office has also been overseeing a review into the sustainability of the press in the UK in the context of the rise of online platforms. This review has been led by Dame Frances Cairncross, a British economist, journalist, and academic.
- Facebook met with her and submitted written evidence.
- She published her final report in early February and cited "evidence of a market failure in the supply of public-interest news."
- The report recommends that online platforms should have a "news quality obligation" overseen by a regulator to improve trust in the news they host on their platforms.
- The review recommends an investigation into the online advertising market to ensure fair competition which the UK competition regulator will take forward.
- Jeremy Wright/the Government will respond to the recommendations in the coming months.

*Line to take:*
- We understand the challenges facing the journalism sector, its importance, and the fact that our platform can be a part of the solution, so we are investing in creating value for publishers.
- We are also determined to help build a more informed community. This includes helping users connect with high quality news publishers and content.
- We've made changes to our algorithms to increase distribution of publishers that are broadly trusted, and to reduce distribution of sensationalism and clickbait.

CONFIDENTIAL
META3047MDL-014-00394444

- In partnership with the regional press, we have launched a £4.5 million fund to support local journalism across the UK in partnership with the National Council for the Training of Journalists.
- We want to continue to work with your office on ways for platforms, the publisher industry, and government to work together to address shared concerns

**Age verification/validation**

*Context*: The UK Government and media are pressuring technology companies to do more to verify the age of people that sign up to social media platforms. Measures to improve age verification may form part of the Government's White Paper.

*Line to take:*

- As is clear in the app store, it violates our policies to set up a Facebook or Instagram account if you are under 13. We take this issue very seriously, it is an area of ongoing work and, as discussed with your team, it is something that we are committed to working with governments to address.
- Our current efforts include using cookies to prevent people from gaming our sign up system.
- We also encourage people to report underage accounts — even people without a Facebook account can use our contact form to report an underage account.
- We are continuously looking for better ways to identify and remove underage accounts while respecting the privacy of our users.

**<u>Bios</u>**

**Jeremy Wright, Secretary of State for Digital, Culture, Media and Sport**

- Wright has served as Conservative Member of Parliament since 2010; he was appointed Secretary of State for Digital, Culture, Media and Sport (DCMS) in July 2018
- Wright previously served as Attorney General
- Wright backed 'remain' in the EU referendum, he switched allegiance early to Theresa May in the 2016 leadership election
- He enjoys a good relationship with the Prime Minister and is considered to be a bright and effective moderate Conservative with an appetite for detail and muted ambition, although he is not known to have an extensive interest in digital issues
- His approach to policy has been technocratic and marked by careful consideration of evidence, exemplified by his decision to delay the publication of the Online Harms White Paper to "take advantage of as much information and evidence as we can gather"
- Wright is known for being conciliatory towards all colleagues and fixing issues "behind the scenes" rather than through public fights.

CONFIDENTIAL  META3047MDL-014-00394445

**Margot James MP, Minister for Digital and the Creative Industries**



- James has served as Conservative Member of Parliament since 2010; she was appointed a Minister in the Department for Digital, Culture, Media and Sport in January 2018
- She previously served as Parliamentary Under-Secretary of State for Small Business, Consumers and Corporate Governance from July 2016.
- James was an enthusiastic supporter of 'remain' in the European Referendum but has supported the role of the Government since the vote. She sits on the more liberal wing of the Conservative Party.
- James had a successful career in business prior to joining Parliament. She began her career with her father's business Maurice James Industries (MJI) working in sales and marketing. In 1986, she cofounded her own company, Shire Health; a PR and medical education business.
- Upon entering Parliament, James was only the second openly lesbian MP, after Angela Eagle. She lives in South Kensington and Oldswinford with her partner, Jay Hunt, a former producer and presenter at the BBC

CONFIDENTIAL

META3047MDL-014-00394446