# Partially Unsealed Exhibits to the State AGs' Opposition to Meta's Motion for Summary Judgment and Cross-Motion for Partial Summary Judgment
# (ECF Nos. 2784-2790)

Case No.: 4:22-md-03047-YGR
MDL No. 3047
In Re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation