# Exhibit 3

Message
_____

**From:** ▮▮▮▮▮▮▮ [/O=THEFACEBOOK/OU=EXTERNAL (FYDIBOHF25SPDLT)/CN=▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮]

**Sent:** 4/6/2022 8:57:59 PM

**To:** ▮▮▮▮▮▮ [▮▮▮▮@fb.com]; ▮▮▮▮▮ [▮▮▮▮@fb.com]; Miki Rothschild [▮▮▮▮@fb.com]; ▮▮▮▮▮▮▮▮▮@fb.com]; ▮▮▮▮▮▮▮@fb.com]; ▮▮▮▮▮▮▮▮@fb.com]; ▮▮▮▮▮▮@fb.com] ▮▮▮▮▮▮@fb.com]

**CC:** ▮▮▮▮▮▮@fb.com]; Max Eulenstein ▮▮@fb.com]

**Subject:** Re: [2022 Update] FW: feedback requested: unship proposal for Time Spent (in "Your Activity")

**Attachments:** image001.png; image002.png


This sounds good for next steps, thank you!

_____

**From:** ▮▮▮▮▮▮▮▮@fb.com>

**Sent:** Wednesday, April 6, 2022 13:39

**To:** ▮▮▮▮▮▮▮@fb.com>; ▮▮▮▮▮▮▮@fb.com>; Miki Rothschild ▮▮▮▮@fb.com>; ▮▮▮▮▮▮@fb.com>; ▮▮▮▮▮▮@fb.com>; ▮▮▮▮▮▮@fb.com>; ▮▮▮▮@fb.com>; ▮▮▮▮▮@fb.com>

**Cc:** ▮▮▮▮▮▮@fb.com>; Max Eulenstein <▮▮@fb.com>

**Subject:** Re: [2022 Update] FW: feedback requested: unship proposal for Time Spent (in "Your Activity")

Hi everyone,

Following up here with some updates to close the loop.

**Magnitude of bug reports** -- overcounting report volume remains low (~15 total reports across iOS/Android over the last 90 days). T114689589 has links and descriptions for the bug reports. Possible noteworthy call out is that in some cases the overcounting is being perceived as an integrity issue, 3 out of 12 iOS reporters suspected that their account had been hacked/compromised due to overcounting.

**Summary of progress/findings:**

- We've confirmed that accuracy measures are included in QA testing; testing has not surfaced any discrepancies between IG and OS time spent
- Report volume for Time Spent inaccuracy is low, QA has not been able to reproduce inaccuracy issues
- In last week's HPM ▮▮ announced eng investment in Time System Quality improvements (2 days this week + 1-2 weeks late April). These investments will be focused on prevention and detection system improvements to address logging and fallback screen bugs found through a metrics investigation. **This will include adding new logging to compare time spent data in app vs time spent data on server.**
- This task has been updated with recent overcounting bug reports. @▮▮▮▮ to follow up in the task if there are any updates regarding investigation into potential root causes!

Feel free to reach out with any additional questions,

▮▮▮

_____

**From:** ▮▮▮▮▮▮▮@fb.com>

**Sent:** Monday, April 4, 2022 6:07 PM

**To:** ▮▮▮▮▮▮@fb.com>; Miki Rothschild ▮▮▮▮@fb.com>; ▮▮▮▮▮▮▮@fb.com>; ▮▮▮▮▮▮@fb.com>; ▮▮▮▮▮@fb.com>; ▮▮▮▮▮▮@fb.com>; ▮▮▮▮▮

                                                     META3047MDL-031-00265234

█████, █████, and Max on 3/17 for an expedited unship decision from IG leads via the unship process.

## Context

In 2018, we launched time management tools on Instagram and Facebook. These were intended to address problematic use and were the flagship launches from IG Well-being at the time. Since that launch, Android and iOS have improved screen time / digital well-being features of their own that provide deeper functionality and visibility into app usage as well as category usage (Social Media for example), as well as the ability to place restrictions on use of apps/categories. There's little to no differentiated value for the Instagram product.

Facebook has been working on a v2 of its time spent tools, but dissolved the team in FB Product Foundation in December. It's unclear when in Q2 this product will launch, but they are currently planning a proactive announcement around it. Core Metrics on FB measures usage differently than Instagram, measuring interaction times (for example typing) vs screen time (sitting on news feed without scrolling for 5 min). Core Metrics has asked that we not use their method of counting time, as it is not representative of what 'time spent' that Instagram's feature represents.

## Unship Criteria

Per the unship process and criteria, we evaluate complexity, impact, and reach when considering unship decisions. For the time spent tools:
- The feature is of **medium complexity** as it is its own space, effecting use within the app, but not highly trafficked or visible from major surfaces.
- Currently, we are not investing in the problematic use space and this feature does not contribute to a team goal. However, because the people who use this feature are actually reducing their time spent (see metrics in appendix), the **impact is medium**.
- The **reach is low** with only 4.6M accounts visiting the tool per day
- See this document for more details on the evaluation.

*See additional considerations in appendix*

## Outreach

Time Spent tools are crucial proof points when speaking to consumers, the press, and stakeholders about our efforts to combat social media addiction. We've also recently heard from

CONFIDENTIAL