# Exhibit 4

# Teen Time Spent and Time Spent Product SOTU

PoC:
Updated: Apr 29, 2024

## Overall Takeaways/Recommendations:

- We are currently planning to sunset Take A Break as part of time management consolidation. This aligns with the fact that teens mostly have short sessions. Take A Break is likely not the appropriate market fit time management product
- On average 34% of teen DAU spend 60+ minutes on the app every day.
    - In addition to having defaults for the Daily Limit tool, we should consider changes that would increase the honor rate. For example, adding in info about how frequently they have dismissed their limit in the past week/month
- When defaulting teens into Daily Limit at 60 minutes we should consider giving them the option to lower their limit as 34% of teens have chosen daily limits of 30 minutes or fewer.

## Time Spent Products

Adoption and retention for Teens

| Parameter | Quiet Mode | Daily Limit | Take a Break |
|---|---|---|---|
| Current Adoption | 11.7% | 1.4% | 4.4% |
| Current Retention @ Day30 | 72.7% | 92.1% | 85.7% |

- We've seen some slight changes in adoption and 30 day retention for our products that target teen time management since October 2023. There were increases in teen adoption for Quiet Mode and Take a Break, while adoption for Daily Limit remained stable. We also saw a slight increase in Day 30 retention for Quiet mode compared to October but decreases in day 30 retention for Daily Limit and Take a Break.
- With plans to default some of our problematic use products to on for teens, we should monitor opt-outs and honor rate for both early teens and late teens.

### Daily Limit Behavior

**When do teens hit their daily limit?**

Heat map of the hour of the day that teens hit their daily limit if they hit their daily limit.

| hour of day | 0 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| % of teens DAU who hit DL | 2.9% | 2.6% | 1.4% | 0.7% | 0.4% | 0.5% | 1.2% | 2.5% | 3.4% | 4.2% | 4.9% | 5.4% | 5.7% | 6.1% | 6.2% | 6.3% | 6.4% | 6.3% | 6.2% | 6.1% | 6.0% | 5.9% | 5.1% | 3.4% |
| Cumulative % of teens who hit DL | 3% | 6% | 7% | 8% | 8% | 9% | 10% | 12% | 16% | 20% | 25% | 30% | 36% | 42% | 48% | 55% | 61% | 67% | 73% | 80% | 86% | 91% | 97% | 100% |

> **Commented [1]:** I'd be curious to see what this distribution looks like if we reset the "0%" at say 4am, which would seem to best match with the time that the most people are asleep. (Unless we're updating DL at midnight? Which seems like a bad idea - that's a great incentive to stay up and wait.)

- If teens have a daily limit set and they hit their daily limit, they typically seem to hit their limits in the afternoon/evening, concentrated between 2pm and 8pm.

**What percent of users make their daily limit to 60 minutes or more?**
**What percent of users make their daily limit 30 minutes or less?**

| Segment | % 60 minutes or more | % 30 minutes or less |
|---|---|---|
| Teens | 55% | 34% |
| All | 53% | 37% |

Top 10 Daily Limit Settings

| Minutes Set | Pct of All DL Users | Pct of Teen DL users |
|---|---|---|
| 60 | 24.4% | 21.2% |
| 30 | 17.3% | 18.2% |
| 120 | 12.3% | 15.2% |
| 15 | 10.4% | 13.4% |
| 45 | 7.0% | 8.4% |
| 5 | 3.3% | 2.2% |
| 20 | 2.8% | 1.7% |
| 90 | 2.6% | 1.6% |
| 10 | 2.0% | 1.5% |
| 180 | 1.7% | 1.3% |

HIGHLY CONFIDENTIAL (COMPETITOR)

- Most users who use the daily limit tool set their daily limits to less than an hour. However, teens are more likely to set their daily limits to over an hour than the average user.
- Currently we only have Daily limit options of 15, 30, 45, 60, and 120 minutes, however many users have their daily limit set to other values due to not updating their limit after the Daily Limit options were changed. Users were not forced to change their limits to one of the new selections during this change.
- When defaulting teens into Daily Limit at 60 minutes we should consider giving them the option to lower their limit as 34% of teens have chosen daily limits of 30 minutes or fewer

## Quiet Mode

**What % of users change the default quiet mode hours?**

| segment | % changed QM defaults |
|---|---|
| all ages | 15.7% |
| teen | 17.6% |

- Most users opt to keep the default quiet mode settings(11pm-7am). This time range doesn't interfere with the times that teens are most most active on instagram (6pm-9pm)

## Take A Break

**What do users set their Take a Break choice to?**



- 10 minutes is the most popular choice for users that have a take a break setting, with over half of all users and over 60% of teens opting for 10 minutes as their break reminder time.

## Teen Time Spent

- While we've seen increased adoption of some products we've also seen an increase in the number and percentage of teens with late night time spent at the beginning of the year. The rise did start to taper off but didn't return to the levels that it was at in late 2023

| Count of teens with Late night time spent | % of teens with more than 560 minutes of late night use in the past 28 days * |
|---|---|

*Teens with late night problematic use is defined as the % of teens with more than 560 minutes of late night use in the past 28 days(20 minutes per day). the ln_20 cohort*

**Percent of Teens Spending more than X minutes on Instagram**



| Time Exceeded in Minutes | % of Teen DAU |
|---|---|
| Over 15 | 62.09% |
| Over 30 | 49.69% |
| Over 45 | 41.02% |
| Over 60 | 34.23% |
| Over 75 | 28.69% |
| Over 90 | 24.06% |
| Over 120 | 16.85% |
| Over 150 | 11.71% |

- 34% of teen DAU typically spend over an hour on the app

META3047MDL-129-00000931

- About half of teen DAU are spending over 30 minutes on instagram every day

**Overall Teen time Spent x Microcut**



*this is the percent of teen time spent that is spent on each microcut*

- Teens spend the most time on their Home Feed, Reels tab and Direct. When considering changes to our Time management products, we may want to think specifically about how interventions might impact these surfaces

**Teen Time Spent and Late Night Teen Time Spent x Microcut**



*this is the percent of teen time spent on each microcut/surface compared to the percent of teen late night time spent by each microcut/surface.*

- Direct, explore and profile are the main microcuts where teens spend more time at night. Direct is the only microcut where the difference between them is more than 0.5% which suggests that is the area where teens behavior differs the most at night.

**What % of teen DAU have sessions during each hour of the day**

| start_time_local_hour | AVERAGE of % of DAU |
|---|---|
| 0 | 19.9% |
| 1 | 12.4% |
| 2 | 7.7% |
| 3 | 5.1% |
| 4 | 4.3% |
| 5 | 6.6% |
| 6 | 13.8% |
| 7 | 21.9% |
| 8 | 24.3% |
| 9 | 25.9% |
| 10 | 28.4% |
| 11 | 30.7% |
| 12 | 33.2% |
| 13 | 36.1% |
| 14 | 35.2% |
| 15 | 35.5% |
| 16 | 36.1% |
| 17 | 37.5% |
| 18 | 40.2% |
| 19 | 41.8% |
| 20 | 42.8% |
| 21 | 42.6% |

META3047MDL-129-00000932

| | | |
|---|---|---|
| 22 | | 37.9% |
| 23 | | 29.0% |

- Teen activity peaks between 6pm and 9pm, with over 40% of teen DAU having sessions that start during that time period. With Quiet Mode starting at 11pm by default, even with the plans to default teens into quiet mode it won't be disrupting their peak hours on the app.

**Teen Session Lengths**



- The most common session length for teens was between 15-60 seconds(29.6% of all sessions) followed by 5-15 seconds(15.%). Only 11% of sessions lasted longer than 5 minutes
- 12% of sessions lasted less than 3 seconds.
- Additionally only 5.6% of sessions lasted longer than 10 minutes

Workbooks:
Time Spent Products User Behavior
Teen MWB Time Spent Distributions
Teen Time Spent Daily Buckets

Appendix

Related Work

Understanding Teen Late Night Time Spent
https://www.internalfb.com/intern/daiquery/workspace/1364756110985666/279718768003864/?scroll_cell=1

https://www.internalfb.com/intern/daiquery/workspace/2002464020134197/1020272695815947/
Canonical Youth WB (WS3) Growth Impact Sizing Methodology - use for the adoption and retention for the different PU products

HIGHLY CONFIDENTIAL (COMPETITOR)                                 META3047MDL-129-00000933