# Exhibit 10

# Instagram Insights

**Wendy Gross** on October 10, 2019 at 11:25 AM

We recently wrapped research on teens' mental health - how they define it, how they talk about, how Instagram may affect it, and how we can help them. This research was conducted to inform outreach teams on how to build meaningful and impact campaigns and yielded suggestions for both product and outreach teams to support teens. # TL;DR: * Teens generally agree on the definition of mental health, what issues fall into the category of mental health, and the language to describe feeling unwell. * 82% of teens have felt at least one emotional issue in the past month. One in five has thought about suicide or self-injury. * Teens say Instagram has had a positive impact on their mental health, but those who are unsatisfied with their lives are more negatively affected by the app. * Harm on Instagram falls into three major categories: social comparison, social pressure, and negative interactions with other people. * Teens feel they have to cope alone, but they want help. * Product suggestions include personalized Explore and Feed, better time spent tools, and opting out of personally triggering ad categories. * Outreach suggestions include a page about feeling good about yourself, content to help teens talk about these issues, and parents education.** **

▮▮▮▮▮▮▮ on October 10, 2019 at 12:14 PM

Wendy Gross this was incredibly insightful - thank you for taking us through this. There were a lot of ideas that came out of your meeting. Is it worth sharing with you and ▮▮▮▮▮▮▮?

▮▮▮▮▮▮▮ on October 10, 2019 at 1:20 PM

Such an important piece of work. Thank you for carrying it out with such compassion and for bringing along so many different orgs throughout the entire process.

▮▮▮▮▮▮▮ on October 10, 2019 at 1:38 PM

▮▮ yes absolutely! Wendy and I were just discussing this- we were thinking of creating a centralized doc for people to contribute their ideas coming out of each share out. Lmk if that works and we'll create it!

**Wendy Gross** on October 10, 2019 at 2:18 PM

▮▮ - absolutely! I've linked a brainstorming doc in the last page of the deck

▮▮▮▮▮▮▮ on October 10, 2019 at 9:15 PM

cc ▮▮▮▮▮ ▮▮▮▮▮

▮▮▮▮▮▮▮ on October 11, 2019 at 9:07 AM

▮▮▮▮▮ (Instagram) Dayna Geldwert

**Kenzie Snyder** on October 11, 2019 at 10:28 AM

Thanks Wendy! I'm curious whether anything came up in terms of time spent on the app influencing mental health? I'm kicking off a workstream around well-being and app dependency

**Shruti Bhutada** on October 11, 2019 at 10:56 AM

Kenzie we should talk- my team is thinking about subjective well being including time spent!

**Kenzie Snyder** on October 11, 2019 at 11:00 AM

Shruti Bhutada Yes! I'll grab us time :)

**Wendy Gross** on October 11, 2019 at 12:56 PM

Hi Kenzie! We actually heard a lot about this! In the focus groups teens told us that they don't like the amount of time they spend on the app but feel like they have to be present. They often feel "addicted" and know that what they're seeing is bad for their mental health but feel unable to stop themselves. This makes them not feel like they get a break or can't switch off social media. In the survey, about 30% (and even larger proportions of those who are unsatisfied with their lives) said that the amount of time they spend on social media makes them feel worse. About half of teens in both markets want Instagram to encourage them to take a break or to get off the app (see slide 48). In other work (https://fb.workplace.com/groups/InstaInsights/permalink/2424618707586730/) we found that time spent is among one of the most negative experiences for IG (25%+ say they spend too much time on social media, and it's worst on Instagram and Facebook). At the same time, they didn't think there was anything they could do about it and had fairly negative things to say about the time spent tools we have (particularly that the tools are easy to ignore)

**Kenzie Snyder** on October 11, 2019 at 1:45 PM

Wendy Gross this is so interesting! Thank you! I'd love to setup some time to pick your brain about an upcoming study I'm planning. Thank you for the thorough and thoughtful response!

**Wendy Gross** on October 11, 2019 at 2:05 PM

Kenzie Snyder Of course! Feel free to grab some time to chat!

▮▮▮▮▮▮▮ on October 13, 2019 at 2:34 PM

This is incredible and much needed research, Wendy! It's a puzzling challenge where a social issue has to be coped with in solitude. I was wondering why kids can't talk about it with their parents. My observation is that some parents see IG and social media as a big taboo and their attitude is often extreme: you don't use it and we don't talk about it. It's analogous to sex and sexuality, which won't lead to a conversation until bad things happened. My thoughts on this tight-lipped attitude: 1) could we suggest to the public (parents and teachers) that guidance may work better than prohibition? 2) could we offer a parental control feature so that parents and kids could learn and cope together?

**Kenzie Snyder** on October 14, 2019 at 6:36 AM

Hi ▮▮▮▮! I think this such a relevant question as well. I support product communications and have been thinking about what is the right locus of control for app communication (i.e. notifs) and management - self, IG, other guardian figures potentially. We're actually kicking off research with families (urban & rural; a guardian + sibling on IG, younger sibling not yet on IG yet) next month. I'm excited to get these 3 perspectives. I completely agree it's about finding the balance between allowing a pre-teen/teen to maintain a sense of agency, but also have the support they need from other sources. And what's IG's role in that?

**Wendy Gross** on October 14, 2019 at 9:07 AM

HI ▮▮▮▮! Great question. We heard a few reasons from teens as to why they can't talk to their parents. The first is the general taboo

HIGHLY CONFIDENTIAL (COMPETITOR)        META3047MDL_RVOL003        META3047MDL-003-00021773