# Exhibit 13



# TALKING ABOUT SAFETY ON INSTAGRAM

**Marketing Insights**
**May 2019**

**Wendy Gross, Marketing Insights**
██████████ **Product Marketing**

CONFIDENTIAL

META3047MDL_REPROD_VOL025

META3047MDL-003-00109348

# WE TALKED TO TEENS AND ADULTS TO UNDERSTAND WHICH WORDS AND PHASES RESONATED IN RELATION TO SAFETY



| MOST RESONATE | MIXED | LEAST RESONATE |
|---|---|---|
| **PROACTIVELY WORKING** *"Preemptive, active, adaptive"* | **BAD EXPERIENCES** *"Broader, so would include BOTS and DM scam"* *"Too vague. Would be a complex and difficult task"* *"Highlights the negative"* | **I FEEL COMFORTABLE ON INSTAGRAM** *"Yes, true, duh"* |
| **HIGH STANDARDS** *"shows they are going above-and-beyond, not just status quo of other apps"* *"Reputable yet realistic"* | | **I FEEL SAFE ON INSTAGRAM** *"I feel safe now, so they don't need to be working that hard on it"* |
| **PEOPLE** *"Instagram is taking care of everybody, not just me, and that's important to me"* | **PROTECT** *"Includes blocking content, but feels 'big brother'"* *"I can take care of myself"* | |
| **EVERYDAY** *"Feels like they constantly have people that are on top of our safety, continuous"* | **REDUCING** *"Trying, but not necessarily succeeding"* | These don't resonate because they're assumed to be true |
| **SAFE** *Positive, clear, important* | | |

22

CONFIDENTIAL                    META3047MDL_REPROD_VOL025                    META3047MDL-003-00109380

# THE TWO MOST RESONATE TERRITORIES CENTERED ON PROACTIVITY, HIGH STANDARDS, AND COMMUNITY



| | Why it works | Opportunities | Feedback |
|---|---|---|---|
| **Instagram is proactively working to keep people safe on the app** | • Connotes a pre-emptive and adaptive approach to safety<br><br>• Suggests that Instagram is constantly adding tools and features | The people we talked to wanted more information. Needs to be paired with action to be trustworthy. | *"It's ongoing and a work in progress"*<br><br>*"It denotes that there isn't one solution, the the solution is constantly changing, so there is regular adaptation"* |
| **Instagram has high standards for keeping people safe on the app** | • Perceived as realistic.<br><br>• Doesn't promise complete success but is still reputable and definitive.<br><br>• Trust, confidence, security, privacy<br><br>• Implies a sense of community | People wanted a clearer explanation of what the "high standards" are. | *"They really do care about the safety of the people on the app"*<br>*"There are rules they're abiding by and what they want their users to abide by"*<br>*"High standards means it's a priority"* |

x

CONFIDENTIAL

META3047MDL-003-00109381

# TERRITORY SUMMARY ALSO APPEALING



| | HEADLINE | WHAT WORKS | WHAT DOESN'T WORK |
|---|---|---|---|
| **INSTAGRAM IS WORKING TO PROTECT PEOPLE EVERYDAY** | Everyday for everybody | "Everyday" is the hero of this territory – continual, constant, adaptive <br><br> Signals active blocking, blurring and striking <br><br> Reassures people that Instagram is on top of this <br><br> People includes everyone – again they care about others! <br><br> The word "protect" feels inclusive and also covers nudes and data hackers | CYA <br><br> Generic, everyone says <br><br> Working = trying <br><br> Protect = big brother <br> • "Soldier, cop, parents" <br> • "I can take care of myself" |
| **INSTAGRAM IS PROACTIVELY WORKING TO REDUCE BAD EXPERIENCES ON THE APP** | Bad experiences = polarizing <br><br> Breadth = complex and impossible task | "Bad experiences" = polarizing <br><br> Complex task would be impossible to achieve <br><br> Covers annoyances beyond safety, such as DM creeps; however, too vague | Negative take-away: points out potential Instagram flaw <br><br> Untrue – bots, scam spam still there <br><br> "Reduce" signals "trying", but not getting it a 100% right <br><br> Not considered new news |

x

CONFIDENTIAL

META3047MDL-003-00109382

# FEEDBACK ON A WIP SAFETY NARRATIVE WAS GENERALLY POSITIVE

*Harmful content can appear from nowhere. That's why, together with **experts** we've built **community guidelines** that determines what is and isn't allowed on Instagram. We also use **machine learning** to identify and take action on harmful content before it takes over your feed, and have people working **24/7** to go through the things you guys report.*
***Some bad stuff may get through**, but we're always working to better prevent it.*

**"** **WHAT IT MEANS**

*They're trying to get their tech geeks and bots to be smarter about content and content viewing*

- To teens, the narrative suggested that they are in control of their own interactions on Instagram.
- Framed as a friendly conversation, communicates that Instagram is working hard for the entire community.
- Some felt that the narrative was a censorship warning, which was good for some (parents) and bad for others (teen boys).
- Some felt this communicated the bare minimum for safety on Instagram.

x

CONFIDENTIAL

META3047MDL-003-00109383

# THE FINAL POSITIONING COMBINES THE LEARNINGS FROM BOTH PHASES OF RESEARCH

**Instagram has high standards and is proactively working to reduce bad experiences on the app**

This statement incorporates the most resonant words from the qualitative research with the most preferred statement from the quantitative work:

- "Instagram has high standards" indicates our commitment to safety[1]

- "Proactively" connotes that we are trying to solve issues before they arise

- "Reduce" comes through as honest, because we're not promising elimination

- "Bad experiences" is broad enough to encompass multiple issues. This was also the most preferred statement from the quantitative work.

[1] Instagram's high standards is also a reason teens think we can be a leader on fighting bullying on social media and talking about well-being.

23

CONFIDENTIAL

META3047MDL_REPROD_VOL025

META3047MDL-003-00109384

# REASONS TO BELIEVE INSTAGRAM'S COMMITMENT TO SAFETY CENTER ON INFORMATION ABOUT REPORTING AND SAFETY TOOLS



## Ways to show commitment to safety territories
### (% Selected)

| | Teens | | | | Adults | | | |
|---|---|---|---|---|---|---|---|---|
| | Working to keep me safe on the app (a) | Working to reduce bad experiences on the app (b) | Feel comfortable sharing (c) | Feel safe on Instagram (d) | Working to keep me safe on the app (a) | Working to reduce bad experiences on the app (b) | Feel comfortable sharing (c) | Feel safe on Instagram (d) |
| n = | 139 | 168 | 176 | 160 | 281 | 202 | 272 | 258 |
| Hearing more about how reporting works on Instagram | 61% | 56% | 41% | 42% | 60% | 53% | 52% | 59% |
| Hearing more about Instagram's safety tools | 56% | 46% | 37% | 44% | 59% | 54% | 57% | 60% |
| Hearing validation from someone I trust | 48% | 48% | 55% | 40% | 27% | 37% | 32% | 46% |
| Hear about data from Instagram | 44% | 57% | 40% | 43% | 49% | 61% d | 41% | 37% |
| Hearing more about Instagram's community guidelines | 38% | 37% | 36% | 36% | 48% | 25% | 30% | 32% |

Q. What actions would show commitment to the following statement? (select all that apply)
Letters denote statistical significance using pair-wise comparisons with a Bonferroni correction.

CONFIDENTIAL                     META3047MDL_REPROD_VOL025                     META3047MDL-003-00109385