# Exhibit 19



# Teen Mental Health Deep Dive

Wendy Gross, Marketing Insights

████████████ Product Marketing

META3047MDL_RVOL003

META3047MDL-003-00000029

# Teens want help controlling the time they spend on the app

- <mark>Teens talk about the amount of time they spend on Instagram as one of the "worst" aspects of their relationship to the app.</mark>

- <mark>They have an addicts' narrative about their use -- it can make them feel good, feel bad. They wish they could spend less time caring about it, but they can't help themselves.</mark>

- Teens recognize the amount of time they spend online isn't good for them but at the same time know they lack the willpower to control the time spent themselves

Time spent tools



Q: Now you're going to see some things that Instagram could do to help teens. Please select your top 3 for what Instagram should do.
US n = 1296; UK n = 1308