# Exhibit 27

Message

**From:**          [        ] [        @fbworkmail.com]
**Sent:**          2/12/2020 2:47:59 PM
**To:**            Instagram Community Team [                    @mail.workplace.com]
**BCC:**           Shruti Bhutada        @fb.mail.onmicrosoft.com]
**Subject:**       [Instagram Community Team] Community RYSK (10)

[            ] tagged you and 17 others in a post in Instagram Community Team.

[            ] posted in Instagram Community Team
February 12 at 6:47 AM

## Community RYSK (10)

The following 10 insights are important for our shared awareness and we believe are Research You Should Know (RYSK).

1. **Mental Health Deep Dive: Hard Life Moments** - Social comparison stands out as a high reach, moderate intensity issue where teens w[...] support and perceive IG as having more of a role than in many other of the 23 challenging life moments surveyed that include mental healt[...] events, and interpersonal areas. *(Shruti Bhutada & Shilpa Mody, Well-Being)*

2. **Social Comparison** - Teenage girls are 8x more likely to engage with negative social comparison (NSC) than adult men on IG. 1 in 3 te[...] girls report IG makes their body image issues worse. NSC can cause or is correlated with other issues around: body image, self-esteem, loneliness, and depression. *(Shruti Bhutada, Well-Being)*

3. **Churn & Negative Experiences** - Negative experiences are 1 of 6 key reasons why people stop using Instagram, other reasons include[...] competitive apps, problematic use, uninteresting content or not perceiving having anything to share. Social comparison, inappropriate cont[...] and unwanted contact are top negative experiences reported among churned users. ([            ] & [            ], *Growth)*

4. **Churn & Competition** - TikTok and Snapchat are most likely alternatives for entertainment while Twitter is most likely alternative for stay[...] up to date with public figures. This is based on surveying users who churned from IG and analyzing the main intent they reported when last[...] using Instagram as well as the social media app they currently use for that intent. ([            ] & [            ], *Growth)*

We believe the following **10 highlights** are Research You Should Know (RYSK)

1. **Mental Health Deep Dive: Hard Life Moments**

Shruti Bhutada and Shilpa Mody surveyed 22,410 users across United States, Japan, Brazil, Indonesia, Turkey and India (stratified across markets) between the ages of 13 to 65+ in order to understand how people perceived Instagram's role (for better or worse) among 23 challenging life moments that included mental health, life events, and interpersonal areas.

1. **Prioritization:** Social comparison stands out as a high reach, moderate intensity issue, where users want support.
2. **Impact of IG**: Across issues, a majority of users felt that Instagram either had no impact or made things better. Over 30% of users across age cohorts felt that Instagram made problematic use worse. ~ 30% of teen girls also felt that Instagram made dissatisfaction with their body worse.
3. **Expectation of support**: Teens generally felt that it was important for Instagram to support people when they were having a hard time irrespective of the issue. Adults had stronger opinions re problematic use, social comparison, SSI and sadness/depression.
4. **Usage during distress**: Most users used Instagram to distract themselves when they were having a hard time. Most also wished Instagram had given them better control of what they saw and helped connect them with people who had had a similar experience

HIGHLY CONFIDENTIAL (COMPETITOR)