# Exhibit 28

# Literature Review: Understanding Consumer Perception of Facebook App Integrity and Privacy

Last updated: August 2022

### BACKGROUND

As Facebook ladders to its [ HYPERLINK "https://fb.workplace.com/groups/567552929959993/posts/7843667639015116" \h ] of being a safe and trustworthy place to help users build communities, its app integrity efforts are under increasing scrutiny from external stakeholders. The Facebook Integrity (FI) CPMM team is committed to launching and growing experiences on-platform that build legitimacy and improve trust with consumers, press, and policy partners. Additionally, it endeavors to help users feel safe and in control by communicating that we have the right balance on the major societal issues we face (see [ HYPERLINK "https://fb.workplace.com/groups/marketing/posts/8900046196710583" \h ]: "We believe in giving people voice. When that comes into conflict with other things we value, like safety, we are thoughtful about our approach to managing those tensions.") balancing and protecting consumer voice on the platform, and reducing the amount of harmful content users see.

However, as the FI team builds out a consumer track across its integrity workstreams, it's important that marketing and product decisions and strategies be grounded in insights. To that end, we need to understand what work has been done across a core set of integrity issues so we can: (1) ground ourselves in what we know about how consumers view integrity on Facebook; (2) identify gaps in our understanding; (3) spark conversation for how we can address these gaps going forward; and (4) ensure that future research will deliver actionable findings, rather than duplicating work.

### DOCUMENT SCOPE

This document will outline users' experienced and perceived challenges related to integrity on Facebook - and how Facebook currently solves for them - in the following areas:

- Privacy
- Misinformation
- Voice and content enforcement
- Safety
- Well-being
- Polarization
- Elections/Civic integrity issues

Issues are ordered based on the perceived importance for Facebook to address according to the [ HYPERLINK "https://docs.google.com/presentation/d/1TBTsmK-pIzVzFrtPi7-hPa-

1

NOTE: This document is confidential, and should not be shared (in whole or in part) without consulting and receiving express written consent from ███████████ █████@) or ████████ █████@).

Facebook. This work validated the three key people problems, finding that users who more frequently compare themselves to others on Facebook generally spend more time on the platform and have more friends on it, see more feedback on others' posts (e.g., they're more likely to compare themselves against posts because they see posts that have significantly more likes than their own), and spend proportionally more time viewing both others' profiles and their own profiles. While negative feelings stemming from these comparisons persist, however, 80% of users still reported feeling happy for the users that wrote the comparative posts - even though 47% still wished they hadn't seen it.

Together, these two studies proposed several design recommendations to help limit the negative outcomes of social comparison, several of which Facebook has implemented:

- Capping post feedback counts to users, displaying "20+ likes" on a post rather than "198 likes" (Facebook is currently testing this feature; while users cannot see the specific amount of feedback that posts from others have received, they remain able to see the specific amount of feedback on their own posts)

- Increase the prominence of controls features such as Unfollow, Snooze, and Block to reduce the propensity to compare against specific people ([ HYPERLINK "https://docs.google.com/presentation/d/1Kj5XHQmpx9s6QRhVqBz11anAESSCtnYorT_hebFIqMA" \h ] is currently evaluating the effectiveness of ONP messaging to drive a broader controls campaign including these features)

- Encourage users to share more difficult, vulnerable moments with others to reduce comparisons against users who are sharing inauthentically (i.e., sharing positive moments that "regular" users could not possibly match, thus driving negative comparisons)

## FACEBOOK'S INSIGHTS WORK: PROBLEMATIC USE

External research has [ HYPERLINK "https://akjournals.com/view/journals/2006/8/1/article-p169.xml" \h ] that excessive use of social media can result in riskier decision-making patterns associated with substance use and addictive behavior disorders. While Facebook [ HYPERLINK "https://fb.workplace.com/groups/ResearchInsights/posts/2042922635756341/" \h ] evidence that it could be capable of causing true addiction, there are still several aspects of problematic use that are negatively impacting users' lives which Facebook is solving for.

Facebook [ HYPERLINK "https://cortex.thefacebook.com/Share/a7xwn7pcguf1f8b805owuw13yd76s2f1?TP=UXR" \h ] this problematic use as having serious problems with sleep, work, or relationships that a user attributes to Facebook - and concerns with/preoccupations about how they use Facebook (e.g., a lack of control or a persistent fear of missing out) - and finds that 31% of US users meet this definition. People who feel their use is problematic are more likely to:

- Be younger, male, and going through a major event such as a breakup or personal loss

33

NOTE: This document is confidential, and should not be shared (in whole or in part) without consulting and receiving express written consent from ████████ ████ @) or ████████ ████ @).

HIGHLY CONFIDENTIAL (COMPETITOR)    META3047MDL-047-00068550