# Exhibit 36

# Problematic Use Overview
## Past Product Investment and Future Opportunities
Compiled by Jennifer Guadagno & ███████  -  Well-being Research  -  October 2020

## Background

Starting in 2018, there was growing concern in the public (amongst media, academics, policy elites, and everyday users) that technology companies were deliberately manipulating users by designing addictive products that can harm well-being and subvert control, labeling these concerns "Facebook Addiction". Efforts were spun up across Facebook and Instagram to more deeply understand these concerns. Initial products were launched to give people more control over their use, though efforts were defunded end of 2019 with additional opportunities still available.



"https://fb.workplace.com/groups/ResearchInsights/permalink/2147020682013202" \h ]) informed creation and launch of v1 of *Your Activity* on Instagram in mid-2018.

*Your Activity was launched on Instagram in mid-2018. It contains the same layout and features as the 2018 version of Your Time on Facebook.  Find Your Activity in the Instagram App in Profile >> Menu >> Your Activity.*

## Triggers for Problematic Use on Facebook

[ HYPERLINK "https://fb.alpha.workplace.com/profile.php?id=100013195998758&sk=media_set&set=a.888316751618183&type=3&force_galahad=1" \h ] in New York, Sao Paulo, and Mumbai revealed 10 triggers contributing to PU on Facebook:

| | |
|---|---|
| **Notifications** - Getting too many minor/irrelevant notifications. Try to only look at important ones but get sucked into longer sessions. | **Mystery of the algorithm** - Uncertainty over if they will see posts from those they want; if they can find a post again later. |
| **Entertaining content** - Many said they'd open FB with a clear intent (like checking the news, a specific group, or work-related posts), then get distracted by something entertaining. | **Fear of missing out (FOMO)** - Worry about missing important world news or updates in their social circles. |
| **Videos** - Easy to get immersed (especially before bedtime). Auto-play exacerbates the issue. | **Recently post/comment** - Higher curiosity to see responses. |
| **Groups** - Get exponentially more notifications, engaged in chat threads. | **Time-bound content** (eg, Stories, birthdays) - Catch it before it's gone. |