# Exhibit 56

Message
_____

**From:** ████████████████ [⌐⌐⌐⌐⌐⌐⌐⌐⌐⌐ PII ⌐⌐⌐⌐⌐⌐⌐⌐]
**Sent:** 2/3/2019 6:55:35 AM
**To:** Mark Zuckerberg ████@fb.com]
**Subject:** Please help

Hello. My name is Tamika. I joined facebook awhile ago. But I have deleted my account. I was too addicted to Facebook. I just found out someone is using my face and name on a fake Facebook page. I followed the steps to report it. And I was told it was not a violation. It's a violation to me. It has caused me a lot of issues with family in my relationship. I'm writing you because I want to know how can I remove my picture from this account. If you could take time out of your schedule and help me get my picture down. Please

CONFIDENTIAL

META3047MDL-040-00028639