# Exhibit 57

Message
_____

**From:**       ██████████    PII
**Sent:**       10/11/2019 8:46:21 AM
**To:**         Mark Zuckerberg ██@fb.com]
**Subject:**    I am addicted to your app


Dear Mark,

I am addicted to Instagram and am not sure how to stop scrolling. Why did you have to make this app so damn addicting? Why are your app developers constantly working on more ways to keep people tied to their screens? Can you please help me?

Thanks

CONFIDENTIAL                                                                                META3047MDL-040-00028597