# Exhibit 61

Message
_____

| | |
|---|---|
| **From:** | Antigone Davis [/O=THEFACEBOOK/OU=EXTERNAL (FYDIBOHF25SPDLT)/CN=RECIPIENTS/CN=███████████████████████] |
| **Sent:** | 2/15/2023 6:19:37 PM |
| **To:** | ██████████@meta.com] |
| **Subject:** | FW: For Review: 2023 Integrated Youth Strategy |

Can you set up time with this group for Thursday or Monday please?

**From:** Antigone Davis <████████@meta.com>
**Date:** Wednesday, February 15, 2023 at 1:18 PM
**To:** Josh Ginsberg <████████@meta.com>, ████████ <████████@meta.com>, Lena Pietsch <████████@meta.com>
**Cc:** ████████ <████████@meta.com>, ████████ <████████@meta.com>
**Subject:** FW: For Review: 2023 Integrated Youth Strategy

Hi all,

In getting feedback from policy leadership w/r/t policy's integrated youth plan, Erin Egan asked about the development of company positions and "overarching strategy" regarding the spectrum of youth issues:

Age Assurance, Addiction/Problematic Use/Time Spent, 13 v 16, Bullying,... Her exact words:

We will build out our positions regarding related issues we are seeing crop up, such as around addiction. It would benefit us to firm up an overarching strategy across the spectrum of youth issues, especially as we consider different equities within our products and as the issues continue to evolve.

I responded that to some degree this sounds like the work that is happening within the Centralized Youth Team, CSN, PA Marketing,... That said, I do have some sense of what she is seeking beyond the current work and why. I'd like to talk it through with this small group and see what, if anything, we should consider doing.

I am going to set up a 15 min sync to discuss.

Thank you a ton,
Antigone

CONFIDENTIAL

META3047MDL-034-00111703