# Exhibit 65

## META3047MDL-065-00471611

## Metadata

| All Custodians | Li_Susan | SEMANTIC |
|---|---|---|
| All Paths | /Li_Susan/Top of Personal Folders/Inbox | SEMANTIC |
| Confidentiality | CONFIDENTIAL | SEMANTIC |
| Date Sent | 03/31/2017 1:45 pm | SEMANTIC |
| From | Jenni Romanek <█████@instagram.com> | SEMANTIC |
| Primary Date | 03/31/2017 1:45 pm | DOC_TYPE_ALIAS |
| To | Susan Li █████@fb.com> | SEMANTIC |

Message
_____

**From:**      Jenni Romanek [/O=THEFACEBOOK/OU=EXTERNAL
(FYDIBOHF25SPDLT)/CN=RECIPIENTS/CN=████████████████████████████]
**Sent:**      3/31/2017 1:45:15 PM
**To:**        Susan Li ██@fb.com]
**Subject:**   Re: Q1 progress toward IG engagement and time spent goals


OMG! Congrats! Please holler when you're back, would love to catch up then!

US Teens Goal: 12.1M; we're currently at 11.5M, or -2.2% behind target. Let me know if you want more details about this.

................................................................................

**From:** Susan Li ██@fb.com>
**Date:** Friday, March 31, 2017 at 5:35 AM
**To:** Jenni Romanek ██@instagram.com>
**Cc:** ████████ ████@instagram.com>
**Subject:** RE: Q1 progress toward IG engagement and time spent goals

Thanks Jenni!

Btw – was there also a U.S. teens goal (something like +700K DAP) and how are you guys doing toward that?

I would love to get coffee and catch up soon. It may be a little bit since I am due to have a baby in about 3 days. =)

................................................................................

**From:** Jenni Romanek
**Sent:** Thursday, March 30, 2017 10:26 PM
**To:** Susan Li ██@fb.com>
**Cc:** ████████ ████@instagram.com>
**Subject:** Re: Q1 progress toward IG engagement and time spent goals

Hey Susan,

We've been crushing it on user growth, so we revised upwards our H1 MAP goal to 762M (from 745M). We're currently at 697M / -0.2% behind target, so roughly right on track.

Our time spent goal for the half is 28.4 mins; we're currently at 26.9 mins, or +1.0% ahead of target. We saw a nice benefit there recently from bumping iterations (e.g. improvements to how we surface unread content from previous sessions).

Please holler with any additional questions!

Best,
Jenni

p.s. we should get together for a coffee and catch-up at some point!

CONFIDENTIAL                                                          META3047MDL-065-00471611

**From:** Susan Li ███ @fb.com>
**Date:** Thursday, March 30, 2017 at 9:22 PM
**To:** Jenni Romanek ███ @instagram.com>
**Cc:** ███████ < ███ @instagram.com>
**Subject:** Q1 progress toward IG engagement and time spent goals

Jenni – could I check in quick on how we are doing on Q1 progress toward our IG MAP and time spent goals?

Thanks!
Susan

CONFIDENTIAL

META3047MDL-065-00471612