# Exhibit 72



HIGHLY CONFIDENTIAL (COMPETITOR)    META3047MDL_RVOL003    META3047MDL-003-00101724

# AS THE FIRST STUDY ON SOCIAL COMPARISON AT IG, THIS RESEARCH AIMS TO…

**1** Quantify social comparison's prevalence, and identify who's most susceptible

**2** Pinpoint triggers for social comparison

**3** Evaluate social comparison's relationship with authentic expression

**4** Assess impact of social comparison on engagement with IG, wellbeing, and emotions

5

HIGHLY CONFIDENTIAL (COMPETITOR)     META3047MDL_RVOL003     META3047MDL-003-00101728



HIGHLY CONFIDENTIAL (COMPETITOR)          META3047MDL_RVOL003          META3047MDL-003-00101729

# SURVEY

· A branded **email survey** of a randomly selected sample of monthly active users (L28>1)

· Stratified sampling in 7 key markets; Sample is then weighted based on country

| Country | Male | Female | NA | Total |
|---------|------|--------|------|-------|
| BR | 167 | 301 | 110 | 578 |
| CA | 167 | 372 | 167 | 706 |
| FR | 278 | 683 | 229 | 1,190 |
| GB | 231 | 482 | 188 | 901 |
| JA | 258 | 445 | 191 | 894 |
| MX | 204 | 265 | 112 | 581 |
| US | 230 | 544 | 169 | 943 |
| Total | 1,535 | 3,092 | 1,166 | 5,793 |

| Age | Male | Female | NA | Total |
|-----|------|--------|------|-------|
| 13-17 | 134 | 510 | 38 | 682 |
| 18-24 | 260 | 737 | 26 | 1,023 |
| 25-34 | 279 | 631 | 26 | 936 |
| 35-44 | 320 | 494 | 22 | 836 |
| 45-54 | 290 | 400 | 21 | 711 |
| 55 + | 246 | 311 | 21 | 578 |
| missing | 6 | 9 | 1012 | 1,027 |
| Total | 1,535 | 3,092 | 1,166 | 5,793 |

Note: "NA" includes selection of "other" to gender, "prefer not to tell", and missing values



7

HIGHLY CONFIDENTIAL (COMPETITOR)          META3047MDL_RVOL003          META3047MDL-003-00101730

# TL;DR    WHAT WE FOUND

## 1. PREVALENCE

- Social comparison is **common** on IG.  **51%** of people experience social comparison on IG. They either **compare their accomplishments** to others or **observe other people** to decide how they should act "sometimes" or more often.
- **Women and teens** are more prone to social comparison, especially **negative** social comparison.

## 2. TRIGGERS

Negative social comparison is triggered mostly by **photo/video**, in particular regarding **beauty, fitness, fashion, travel, and romantic relationships**, posted by **weak ties** such as celebrities, strangers, and acquaintances.

## 3. AUTHENTICITY

Social comparison is associated with **pressure to be perfect** and **less freedom to express true-self.**

## 4. IMPACT

- Negative social comparison **reduces engagement** with IG.
- Negative social comparison **lowers well-being** (loneliness, life satisfaction, self worth, and self efficacy), and people with lower well-being may be more prone to negative social comparison.
- Most people (38%) report that the **upsetting feeling** caused by negative social comparison only lasted for "less than a few minutes" **when it happened last time**, however the **cumulative duration** is substantial: 33% of people have been feeling worse about themselves on IG for "several months to a year".

8

HIGHLY CONFIDENTIAL (COMPETITOR)    META3047MDL_RVOL003    META3047MDL-003-00101731