# Exhibit 83

# Messenger Kids:
# What's in a Name?

September 2020



HIGHLY CONFIDENTIAL (COMPETITOR)    META3047MDL_RVOL003    META3047MDL-003-00031387

**…This could be because Moms do the majority of the worrying and thinking about these issues. This tends to be more heavily skewed towards their daughters, for whom they are particularly concerned about people they shouldn't be in contact with, negative influences, inappropriate ads, and in-app privacy.**

## Things parents worry or think about in relation to safety, according to parents of MK users

As reported by parents
(MK users, **parents**)

| | | Dad | Mom | Boy | Girl | 6 - 7 | 8-9 | 10 - 11 | 12-13 | Child (6-9) | Tween (10-13) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Inappropriate content (i.e. content intended for adults) | 60% | 46% | 73% | 57% | 63% | 64% | 65% | 61% | 53% | 64% | 57% |
| People that they shouldn't be in contact with | 56% | 45% | 66% | 50% | 62% | 59% | 59% | 56% | 53% | 59% | 54% |
| Negative influences (e.g. bad language, racism, cruelty) | 55% | 41% | 67% | 51% | 59% | 60% | 60% | 56% | 46% | 60% | 51% |
| Inappropriate advertising (i.e. ads intended for adults) | 55% | 43% | 65% | 51% | 59% | 60% | 59% | 54% | 48% | 60% | 51% |
| Online bullying or unfriendly activity | 55% | 45% | 64% | 53% | 57% | 56% | 60% | 54% | 49% | 58% | 52% |
| Too much time spent on apps can be unhealthy or addictive | 55% | 48% | 61% | 52% | 57% | 59% | 59% | 51% | 50% | 59% | 51% |
| Protecting your child's privacy inside apps | 51% | 41% | 60% | 46% | 56% | 54% | 51% | 50% | 49% | 52% | 50% |
| Protecting your child's privacy outside the apps | 49% | 38% | 58% | 47% | 51% | 54% | 49% | 49% | 44% | 52% | 46% |
| Less time for real-life activities, play, sports or school work | 42% | 35% | 47% | 41% | 43% | 44% | 44% | 40% | 39% | 44% | 39% |
| Potential damage to emotional health and wellbeing | 41% | 39% | 43% | 40% | 43% | 45% | 42% | 40% | 38% | 44% | 39% |
| Growing up too fast, not being a child for long enough | 40% | 33% | 45% | 38% | 42% | 40% | 40% | 41% | 39% | 40% | 40% |
| Less time for real-life friendship and interpersonal skills | 38% | 34% | 42% | 39% | 38% | 40% | 44% | 38% | 32% | 42% | 35% |
| None of these | 3% | 4% | 2% | 3% | 3% | 2% | 3% | 3% | 4% | 2% | 4% |

76

D3a. Which of the following, if any, do you worry or think about in relation to your child's use of apps?
n= 1200 parents of MK user kids aged 6-13

HIGHLY CONFIDENTIAL (COMPETITOR)          META3047MDL_RVOL003          META3047MDL-003-00031462