# Exhibit 87

## H2 2018 Communications Plan: Well-being

**PROBLEM STATEMENT**: People believe Facebook is bad for society

**GOAL:** Demonstrate how Facebook is a force for good and cares about people's well-being, specifically mental health, personal safety, security, physical health

**CLINICAL DEFINITION OF WELL-BEING:** Subjective well-being refers to people's evaluation of their own lives -- in thoughts and feelings. Key determinants of subjective well-being include the fulfillment of social needs (e.g., feelings of belonging, social support, and not feeling lonely) and personal growth needs (e.g., autonomy and mastery).

## STRATEGIC H2 GOALS:

> Get in front of and work with allies to minimize the impact of negative stories
>
> Demonstrate how Facebook enhances people's well-being by giving them tools to control their experience, build connection and community, create meaningful relationships and find social support
>
> Build the foundation for broader well-being narrative that includes our efforts in safety, security and health

**UPDATE TO PLAN:** Given the Youth Empathy re-org and pivot to deploy Youth resources within our big bets, we've removed our plans to support XFN Youth efforts in our H2 plan. We'll continue to stay close to MK and IG and support amplify if/when it makes sense. (Not in plan - problematic use & safety.)

## HOW: Build allies and convert critics

- **Academics/third parties:** Expand relationships with well-being academics from H1 roundtable and convene H2 roundtable with additional well-being academics (potentially youth focused or youth track) and create 5 new academic press references in the fields of well-being, addiction, and teens. Well-Being Academics ListIndustry Critics WIP
- **Policymakers:** Educate 4-5 UK Policy makers to have a deeper understanding of our approach to research and believe that we're committed to well-being. Targeting Matt Hancock (Health Secretary); Steve Brine (Public Health Minister); Public Health England; NHS Leadership.
- **Facebook Alumni:** Establish 5 new media references. ▮▮▮▮▮▮▮▮ Alumni network
- **Press:** Develop relationships with top 10 "beat"/tech/consumer reporters. Core Press Lists
- **Partners/Advertisers:** TBD - likely 2019

## HOW: Show how Facebook cares about Show the ways Facebook enhances people's well-being by giving them tools to control their experience, build connection and community, create meaningful relationships and find social support

- **Rollout of News Feed control 'Keyword Snooze'** [Comms Plan]
  - Key results: 5 tech pieces and 1 SMT focused on controls, well-being and time spent.
- **IG & FB Time Well Spent Controls launch** [Comms Plan]
  - Key results: 1 national morning show; 20 positive stories with tech/beat press; 10 positive international stories
- **World Suicide Prevention Week** [Comms Plan]
  - Launch a global campaign to to drive awareness of tools and support available on Facebook for people in crisis during World Suicide Prevention Week
  - Key results: Land two national broadcast segments; 15 positive stories with consumer, parenting, LGBTQ and tech/AI press that showcases tools, technology and community leaders; 1 OpEd; 1 podcast
- **Back-to-School Event for parenting press event** [Comms Plan] **and Digital Literacy Library Launch** [Comms Plan]
  - Key results: Announce the partnership and get positive press coverage for our work in the space of parent education- place 30 articles in the US; national SMT; 10 positive stories with parenting press;
- **Anti-Bullying and Harassment moment** [Comms Plan]
- **European roadshow with David Ginsberg and** ▮▮▮▮▮▮▮▮▮▮▮ [Comms Plan]
  - Key results: Engage 25 press and policy makers face to face; land 15 positive stories in European media about wellbeing and our responsible approach to research and product development; Establish a group of European press and policymakers who have a deeper understanding of our approach to research and believe that we're committed to wellbeing, in a bid to mitigate future negative stories / commentary from policy influencers
- **UK Time Well Spent campaign** [Comms Plan]

HIGHLY CONFIDENTIAL (COMPETITOR)

META3047MDL-034-00012951