# Exhibit 100

**META3047MDL-020-00609932-META3047MDL-020-00609944**

[Product Policy Research] Evaluation of [Cosmetic Surgery Filters]

## Policy Development Details

**Policy Research POC:** █████████

**Internal Research Expert**: ███████████████, █████████, Jennifer Guadagno

**Policy Platform**: PPF

**Dates**:

- Head Up: September 24, 2019
- Head Start (Email): September 24, 2019
- Working Group Dates: October 2, 2019
- Policy Recommendation Date: November 19, 2019

## Policy Issue [Completed by Policy Team Proposing Issue]

**Main policy area**: Spark AR Product Policy

**Additional policy areas that may intersect**: Regulated Goods:

- Promotes the use or depicts the sale of certain cosmetic procedures such as those involving body enhancement:
    - Mentions or depicts the cosmetic procedure, and
    - Promotes, encourages, coordinates, or provides instructions for the procedure, or
    - Explicitly mentions the procedure is for sale, or
    - Asks the audience to purchase the procedure, or
    - Lists the price of the procedure, or
    - Gives away the procedure for free

**Policy Issue**

Should we allow augmented reality (AR) effects that promote beauty standards only attainable through plastic surgery? We're seeing a rise in popularity of beauty effects -- both in creation and in use -- which has reinvigorated the conversation on the stance that Facebook and Instagram should take on how those filters relate to body image, mental health, and wellbeing. This is especially sensitive for its potential impact on younger users, who are the biggest demographic using our Spark effects.

CONFIDENTIAL

META3047MDL-020-00609932