# Exhibit 103

**META3047MDL-047-00912997-META3047MDL-047-00913052**

# POWER USERS & OVERUSE

*"The research shows that **when we use social media to connect with people we care about, it can be good for our well-being.** We can feel more connected and less lonely, and that correlates with long term measures of happiness and health. On the other hand, passively reading articles or watching videos -- even if they're entertaining or informative -- may not be as good." - Zuck*

- 75% of MAP surveyed associated "**addictive**" with Instagram
- People who spend more than an hour a day on IG are more likely to report, "**I felt bad most of the time [over the last week]**" *(correlation not causation)*
  - Half of users who spend over an hour a day on ig spend more time than they would have liked
- 43% of users who spend more than an hour a day report that they've taken **an intentional break from IG**
  - 42% of high time spent users surveyed say that they have taken a break from Instagram
    - The top reason for taking a break is "I had something at work or school that I needed to focus on"
    - This led the user to delete the app entirely, a quarter of the time
    - Teens and US users are the segments most likely to report that they've taken a break



Extreme Time Spent on IG

Data: User perception of time spent on Instagram, album by ▬▬▬▬▬, May 2018; Understanding Brand Perceptions Across Facebook's Family of Apps, post by ▬▬▬▬▬, May 2019; time spent query: https://fburl.com/daiquery/eufcfw7l