# Exhibit 107

**META3047MDL-047-01170167-META3047MDL-047-01170167**

# IG Mental Well-being FYI [Archived]

**George Volichenko** on June 28, 2022 at 2:32 PM

This is a celebration post to call out that the Mental Well-Being team has accomplished the primary P0 goal for the half: *"Reduce experiences of problematic use and negative appearance comparison. Goal metric: % of weekly active teens meaningfully adopting Take a Break or Alt Topic Nudge (sum of individual feature adoption figures)."* As a reminder, our target was 0.25% and, as of the last full week of June, we are** at 0.30%**. This figure is obtained by adding the following adoption percentages: * 0.137% of teen WAU clicked on one of our Alternative Topic Nudges * 0.165% of teen WAU took a 10min+ break after receiving one of our Take a Break nudges (honored the break) Great job, team! We've had a very intense period in the last few months with numerous tests and launches, but we pushed through and drove this to completion. Onwards to the next half!

██████████████ on June 28, 2022 at 2:39 PM

███████████████ on June 28, 2022 at 2:52 PM

███████████████ on June 28, 2022 at 2:53 PM

Congratulations team!

█████████████ on June 28, 2022 at 2:55 PM

Congrats everyone!!! Such a great achievement

**Charles Sismondo** on June 28, 2022 at 3:09 PM

███████████████ on June 29, 2022 at 5:14 AM

Wonderful news team!

████████ on June 29, 2022 at 7:56 AM

Congratulations all! Special thanks to ███████ and ████ who helped revisit the goal when default opt in was deprioritized, thank you for your support!

███████████████ on June 30, 2022 at 4:44 PM

Wow!! Congrats team!!!

███████████ on July 1, 2022 at 9:44 PM

████ ████ ████ ████ I know you've been pitching using solution adoption as proxy for reducing prevalence of a privacy problem - good to see it working in practice.

████████ on January 3, 2023 at 2:44 PM

George Is there a quick way to know where we were at the beginning of the half? This is captured in the H1'22 roadmap but we changed our metric mid-half right? Wasn't sure if what's in the roadmap is the right baseline.

https://fb.quip.com/A7FVATbRrB8M#temp:C:JWUe9d2a58c785149418a4463932

**George Volichenko** on January 4, 2023 at 11:49 AM

Yes, we re-calculated the baseline to include predicted teens. As of the end of the H1, we were at 0.28%, reflected here:

https://docs.google.com/spreadsheets/d/15Ytx8IsV8CnKT6T-ay6Hbi4Zl62P07prxTujg7K8ElQ/edit#gid=2018927221

CONFIDENTIAL
META3047MDL-047-01170167