# Exhibit 109



# Instagram's Positioning with Young People

A UXR, Market Research and
Data Science Perspective

██████, Shayli Jimenez, ██████████, Darius Kilstein

# 41% of teens in the U.S. create secondary accounts (interest, finsta and/or spam accounts) to explore their identity.





# With MAP penetration at 100% on average, it's <u>unlikely</u> that teen acquisition will drive IG growth.





*Teen MAP penetration is greater than 100% in some states because of people modelling estimates and difficulty obtaining exact population statistics.