# Exhibit 110

**META3047MDL-031-00086272-META3047MDL-031-00086290**



## IG Feed Sharing & Profile's Top 5 People Problems - H1 2017

TL;DR:

- For people, especially teens, their Instagram profile represents their image online, and they are concerned about how they appear on their profile grid. One workaround is creating Finstas, the ultimate Identity & Audience Control.
  - WHAT WE'RE DOING: Favorites, Finsta Growth
- Since people want their profile to portray a curated self-image and also be aesthetically pleasing for others, they share less or use workarounds, like deletion, to control how their profile looks.
  - WHAT WE'RE DOING: Archive
- Timely self-representation is important, especially to teens, as the high rate of deletion reveals, and both IG and Snapchat Stories have cannibalized Feed Sharing as a lightweight way of daily sharing.
  - WHAT WE'RE DOING: Saved/Archive Stories, Cover Stories/Story Highlights, Carousel
- From a consumer's post of view, a private IG profile gives little information about a person, and people who have private accounts also want to share more information, especially about their interests, which they often "hack" in their bio.
  - WHAT WE'RE DOING: Expressive Bio, Actionable Profile
- Lastly, with all these features and additional ones from the Instagram ecosystem, it's important to keep Instagram's profile framework simple and easily understandable.
  - FUTURE OPPORTUNITY: Profile Framework Redesign


I joined the Feed Sharing and Profile team in October of 2016 and have conducted 10+ studies with 90+ people (and 5k+ survey respondents), including teens. Here is a summary of the top People Problems for Instagram Feed Sharing and Profile in H1 2017 and what the team is doing to address them:

- For people, especially teens, their Instagram profile represents their image online, and they are concerned about how they appear on their profile grid.   Profile is a very important surface on Instagram, especially for teens.  It is 23% of their IG Time Spent with 91% daily participate rate for teens.  24% of DAP spend more time on Profile than Feed (read ▮▮▮▮▮▮▮▮ data analysis on the IG Profile and Teens for more)

  - Timeline of Instagram Usage:  Teens typically join Instagram when they are in middle school at age 11-12, but it's not until they are in high school when they're obligated to accept invites from all peers that their follow count increases exponentially.  Teens feel a great deal of social scrutiny  on their first Instagram account and often delete most of their "cringy" middle school photos.

HIGHLY CONFIDENTIAL (COMPETITOR)

META3047MDL-031-00086272

## TIMELINE OF INSTAGRAM USAGE



Middle School — Start Main

High School — Delete/Restart Main — Start Finsta — Start Finsta finsta

11 yo      14 yo   15 yo   16 yo

**AGE**

- ○
- ○ Finsta, the ultimate Identity & Audience Control: Another interesting social phenomenon is the idea of "Finstas" (for "Fake Insta" also referred to sometimes as a "Private" or "Spam"), a second Instagram account that teens create for an exclusive group of best friends used as both identity and audience control to allow for intimate, authentic expression with long, diary-like captions (watch this video of a teen talking about her Finsta). 18% of US teens are weekly active Finsta users, 9% of Global teens are weekly active Finsta users, and Finsta users share 3x as much content as non-Finsta users. Check out the Understanding Finstas deck here and this note on Why and How Teens use Finstas.

| MAIN | FINSTA |
|---|---|
| · **Start:** First account between age 11-12 | · **Start:** Second account, between 14-15 |
| · **Called** "Main" | · **Called** "Finsta", "Private", or "Spam" |
| · **# of Followers:** 500 | · **# of Followers:** 50 |
| · **Videos:** Less videos | · **Videos:** More videos than Main |
| · **Tone:** Serious or Official | · **Tone:** Raw emotional connection - sad, angry, happy |

META3047MDL-031-00086273