# Exhibit 112

CONFIDENTIAL

Page 1

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

*****************************

                                Case No.
IN RE:  SOCIAL MEDIA ADOLESCENT  4:22-MD-03047-YGR
ADDICTION/PERSONAL INJURY
PRODUCTS LIABILITY LITIGATION
                                MDL No. 3047

*****************************

This Document Relates To:

ALL ACTIONS

*****************************

CONFIDENTIAL - ATTORNEYS' EYES ONLY
PURSUANT TO PROTECTIVE ORDER

VIDEOTAPED DEPOSITION OF
ALLISON L. HARTNETT

Held At:        Covington & Burling LLP
                Salesforce Tower
                4415 Mission Street
                San Francisco, California

                June 16th, 2025
                    9:59 a.m.

Reported By:
MAUREEN O. POLLARD, CSR #14449, RDR

CONFIDENTIAL

Page 39

age of the users in a moment, but let's just talk about how Meta knows what age its users are.

So prior to December of 2019, Meta did not require new users of Instagram to enter their age to create an account, correct?

A.    That's correct.

Q.    Okay.  And prior to the time in December 2019 when Meta required new users of Instagram to enter their age to create an account, did Meta ask those users what their age was at all?

MR. CHAPUT:  Object to the form.

THE WITNESS:  Sorry, can you repeat the question?  I was just reviewing my notes.

BY MR. OLSZEWSKI-JUBELIRER:

Q.    Prior to when Meta started collecting users' age on signup in December 2019 on Instagram, did Meta ask new users of Instagram to say what their age was at all?

MR. CHAPUT:  Object to the form.

THE WITNESS:  Not that I'm aware of.

BY MR. OLSZEWSKI-JUBELIRER:

Q.    Did it ask -- did Meta ask those users in this period prior to December 2019, new users of Instagram, to state that they were over 13?

MR. CHAPUT:  Object to the form.

CONFIDENTIAL

Page 43

BY MR. OLSZEWSKI-JUBELIRER:

Q.    So we've establish that in May 2022, Meta started requiring all existing users of Instagram to provide an age, right?

A.    Yeah.

Q.    So in the period before that there was a number of people who had accounts that did not have a stated age associated with them, right?

A.    That's right.

Q.    My question is, did Meta's practices for collecting data from those users differ from how Meta collected data from users who did provide a stated age?

MR. CHAPUT:  Objection to form and scope.

THE WITNESS:  Not that I'm aware of.

BY MR. OLSZEWSKI-JUBELIRER:

Q.    And you prepared to testify on behalf of the company about Meta's data collection practices, right?

A.    Yes, I did.

Q.    By talking to subject matter experts who know about Meta's data collection practices?

A.    Yes.

Q.    Just going back to how Meta collects

CONFIDENTIAL

Page 44

stated age from users, for Facebook there was a period where when new users would create accounts on Facebook, Meta's system defaulted to a birth date that would make the user 25 years old, is that right?

A.    Yes, that's right.

Q.    And what period -- during what period of time did Meta default to an age that would make the user 25 years old when they signed up for Facebook?

A.    I think it was 2017 to 2019.

Q.    And prior to the default of 25 years old for new users on Facebook, did Meta default to a different age for new users who signed up for Facebook?

A.    So that is -- it's not straightforward to answer simply because there were prior to 2017 multiple different versions of the age collection flow that were tested on Facebook that varied depending on the exact interface the user was using. So there's Facebook app, Facebook desktop, there's a version of Facebook that's a light version for low data use internet, and those had different age collection flows.

So each of those data collected age

CONFIDENTIAL

Page 45

differently.

Q.    Did any of those age collection flows default to a particular age?

A.    I do not know.

Q.    Okay.  And you prepared to testify on behalf of the company -- you prepared to testify on behalf of the company with respect to how Meta has collected stated age from its users, right?

A.    Yes.

Q.    For Facebook and Instagram?

A.    Yes.

Q.    Going back to 2012?

A.    Yes.

Q.    So just going back to -- well, let's talk about Instagram users.

A.    Okay.

Q.    Instagram users started being required to state their age when signing up in December 2019, right?

A.    Sorry, can you say that again?

Q.    Instagram users started being required to state their age when signing up in December 2019, right?

A.    That's correct.

Q.    At that time did Meta default to a

CONFIDENTIAL

Page 59

visit public Facebook and Instagram pages without having a Facebook or Instagram account, right?

A.    I believe it's accurate to say that people can do that.  It's not -- you can't visit all pages on Facebook or Instagram, but there are specific public Facebook or Instagram pages people can visit.

Q.    Public pages that are posted by accounts on Facebook and Instagram, right?

MR. CHAPUT:  Object to form.  Scope.

THE WITNESS:  Yes, that's right.

BY MR. OLSZEWSKI-JUBELIRER:

Q.    Does Meta collect personal information from people who visit public Facebook and Instagram pages without being logged into a Facebook or Instagram account?

MR. CHAPUT:  Object to form.

THE WITNESS:  So I know you gave me the list of personal -- how you're defining "personal information."  Meta would not -- we do not call that list personal information.  So my answer would be, no, we don't, but let me give you precisely what we do collect.

We consider this data activity data

CONFIDENTIAL

Page 60

that only gives us information on how did the user use that logged-out page.  We collect IP address, device ID, cookie data, and then clicks.  Yeah, we don't consider that personal data.

BY MR. OLSZEWSKI-JUBELIRER:

Q.    Okay.  So you mentioned things like IP address, cookie data, device ID, is that right?

A.    That's right.

Q.    And Meta collects those things from users who visit public Facebook and Instagram pages without being logged in, right?

A.    Yes, that's right.  I'm speaking specifically about the registration pages, which is the -- which is the most common logged-out page that a user would visit.  I think we should follow up if it's exact same data collection on like a public profile.  Yeah.

Q.    You don't know what data Meta collects from people who visit a public Facebook profile, for example, without being logged in?

MR. CHAPUT:  Object to form. Characterization, scope.

THE WITNESS:  I don't -- I just don't have the precise distinction in my notes on

CONFIDENTIAL

Page 211

successfully appealed?

MR. CHAPUT:  Object to the form.
Scope.

THE WITNESS:  I don't have that data
point.

BY MR. OLSZEWSKI-JUBELIRER:

Q.    Okay.  You don't know or Meta doesn't
know?

MR. CHAPUT:  Object to the form.

THE WITNESS:  I don't know.

BY MR. OLSZEWSKI-JUBELIRER:

Q.    Okay.  Who at Meta would know?

A.    ████████ .

Q.    All right.  Let's talk about account
linking.  So we've talked about hard linking, right?

A.    Yes, we talked about that.

Q.    And hard linking is when a user tells
Meta that they have more than one account on the
platform, right?

A.    Yeah, that's right.

Q.    Okay.  And Meta since December 2021
used that information to propagate its enforcement
on underage accounts across --

MR. CHAPUT:  Object --

///

CONFIDENTIAL

Page 212

BY MR. OLSZEWSKI-JUBELIRER:

Q.    -- accounts that are linked together?

MR. CHAPUT:  Object to form. Characterization.

THE WITNESS:  Meta has done that at least since late 2021.  When I spoke to Rohan, he said that it began prior to late 2021 -- sorry, prior to 2020, there was some period where it broke, and then he fixed it, so at least since late 2021 it has been in use.

BY MR. OLSZEWSKI-JUBELIRER:

Q.    Okay.  And prior to 2020, that -- let's see...

Prior to 2020 Meta did not -- sorry, scratch that.

When two accounts are hard linked together, Meta knows that they're operated by the same person, right?

MR. CHAPUT:  Object to form. Characterization.

THE WITNESS:  Actually, no.  So even if accounts are hard linked together, what it means -- all we can say is, like, it means that those people know each other or have

Page 223

A.    The key use cases that Meta uses soft matching for today are reporting on number of users and financial statements, and also for integrity measures, implementing integrity measures on the apps.

Q.    What do you mean by "implementing integrity measures"?

A.    A measure could look like identifying users who have repeatedly violated Meta's terms of service across apps.

Q.    So if a user repeatedly violates Meta's terms of service, Meta will use soft matching techniques to identify the user's other accounts, is that right?

MR. CHAPUT:    Object to form. Characterization.

THE WITNESS:    That's my understanding.

BY MR. OLSZEWSKI-JUBELIRER:

Q.    Which -- sorry, just take it one step further.

And then Meta -- what does Meta do with those users' other accounts it identifies via soft matching?

MR. CHAPUT:    Objection.    Scope.

(Witness reviewing document.)

CONFIDENTIAL

Page 224

THE WITNESS:  I don't have the precise list of enforcements that soft matching is used for.  I just have that it is used for integrity use cases overall.

BY MR. OLSZEWSKI-JUBELIRER:

Q.    Meta enforces the same policy against the users' other accounts they identify via soft matching, right?

MR. CHAPUT:  Object to form.  Scope.

THE WITNESS:  Yes.

BY MR. OLSZEWSKI-JUBELIRER:

Q.    And what violations of Meta's policies does Meta use soft matching to enforce on users' multiple accounts?

MR. CHAPUT:  Object to form.  Scope.

THE WITNESS:  I don't have that detail.  I would have to follow up on that.

BY MR. OLSZEWSKI-JUBELIRER:

Q.    Who would you ask?

A.    I would -- I would find someone from the integrity team.  I would -- a specific name is not coming to me right now, but I can get -- I mean, like, we could start with ████ who I spoke to who is in integrity data science.  She could guide us to the right person.

CONFIDENTIAL

Page 225

Q.    But Meta does use soft match to identify multiple accounts and enforce its policies on those soft matching accounts, right?

A.    Yes.

MR. CHAPUT:  Object to form.

BY MR. OLSZEWSKI-JUBELIRER:

Q.    For some types of violations, right?

A.    Yes, that's right.

Q.    And you don't know which types of violations?

MR. CHAPUT:  Objection.  Scope.

THE WITNESS:  Yes, I can't give you the complete list.  But that's me, not Meta knowing, yeah.

BY MR. OLSZEWSKI-JUBELIRER:

Q.    For how long has Meta used soft match to enforce violations of Meta's policies in its accounts?

MR. CHAPUT:  Objection.  Scope.

THE WITNESS:  I don't know the first instance.  At least since prior to 2018.

BY MR. OLSZEWSKI-JUBELIRER:

Q.    Since prior to 2018?

A.    Yeah.

Q.    Is that in your notes?

Page 226

A.    No.   I think that's a misreading of my notes.  Sorry.

What I -- soft matching started to be used for reporting in 2018, for financial reporting. Yeah, I don't have the start date of when it started to be used for integrity.

Q.    Has Meta used soft matching to enforce on multiple accounts used by underage users?

MR. CHAPUT:  Objection.  Vague.

THE WITNESS:  Can you clarify the question?

BY MR. OLSZEWSKI-JUBELIRER:

Q.    When a user is reported for being underage and their account is checkpointed, has Meta used soft matching to identify that user's other accounts and enforce its policies on those accounts?

A.    No.

MR. CHAPUT:  Object to the form.

THE WITNESS:  No.

BY MR. OLSZEWSKI-JUBELIRER:

Q.    Just to clarify, since 2012 through April 1st, 2024, Meta has not used soft matching to identify multiple accounts owned by underage users, right?

MR. CHAPUT:  Object to the form.

CONFIDENTIAL

Page 227

THE WITNESS:  That's right.

BY MR. OLSZEWSKI-JUBELIRER:

Q.    Okay.  And in the period following April 1st, 2024, since you spoke to some of these people more recently, same question, Meta has not used soft matching to enforcing its multiple accounts owned by underage users, right?

MR. CHAPUT:  Objection.  Form, scope.

THE WITNESS:  That's right.

BY MR. OLSZEWSKI-JUBELIRER:

Q.    But it has used soft matching in that period to identify multiple accounts owned by people who violate other of Meta's policies, right?

MR. CHAPUT:  Object to the characterization.

THE WITNESS:  Yes.

BY MR. OLSZEWSKI-JUBELIRER:

Q.    And Meta uses that soft matching information to enforce on those users' other accounts, right?

MR. CHAPUT:  Object to the characterization.

THE WITNESS:  Yes.

BY MR. OLSZEWSKI-JUBELIRER:

Q.    When Meta uses soft matching to enforce

CONFIDENTIAL

Page 281

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

*****************************

Case No.
IN RE:  SOCIAL MEDIA ADOLESCENT   4:22-MD-03047-YGR
ADDICTION/PERSONAL INJURY
PRODUCTS LIABILITY LITIGATION
MDL No. 3047
*****************************

This Document Relates To:

ALL ACTIONS

*****************************

CONFIDENTIAL - ATTORNEYS' EYES ONLY
PURSUANT TO PROTECTIVE ORDER

CONTINUED VIDEOTAPED DEPOSITION OF
ALLISON L. HARTNETT

Held At:          Covington & Burling LLP
                  Salesforce Tower
                  4415 Mission Street
                  San Francisco, California

June 17th, 2025
10:03 a.m.

Reported By:
MAUREEN O. POLLARD, CSR #14449, RDR

CONFIDENTIAL

Page 296

          when there is -- the consequences are
          higher, by which she's saying something
          like an account disable is a high
          consequence.  So that's how I read what
          she's saying.
BY MR. OLSZEWSKI-JUBELIRER:
          Q.    Okay.  And you're here testifying for
Meta?
          A.    Yes.
          Q.    And that's Meta's understanding?
          A.    That is my understanding, yes.
          Q.    And Meta uses -- going back to the
integrity SUMA tables that we talked about, Meta
uses these tables to in some cases disable multiple
accounts that belong to the same person for
violating various of Meta's policies, right?
          A.    Yes.
               MR. CHAPUT:   Object to the form.
BY MR. OLSZEWSKI-JUBELIRER:
          Q.    And examples include policies about
child safety, fraud, scams, or terrorism, right?
          A.    Yes.
          Q.    But Meta does not use these tables for
enforcing, for disabling -- Meta, strike that.
               Meta does not use these tables for

CONFIDENTIAL

Page 297

disabling and removing multiple accounts that belong to children under 13, right?

MR. CHAPUT:   Object to the form.

THE WITNESS:   Meta does not use those tables for that purpose.

BY MR. OLSZEWSKI-JUBELIRER:

Q.     Meta does not use any other tables to find multiple accounts that are soft matched to users that it has identified as likely under 13, right?

MR. CHAPUT:   Object to the form.

THE WITNESS:   Meta only uses hard-linked data.

BY MR. OLSZEWSKI-JUBELIRER:

Q.     So the answer is yes?

A.     Yes.

Q.     Let's talk about deletion, please.  So under Notes it says -- starts on the bottom of page 13 and goes to page 14.  You're there?  Okay.

So we talked yesterday about when Meta determines an account is likely under 13 Meta checkpoints that account, right?

A.     Yep.

Q.     And there are three states according to your notes.  There's a checkpoint state, there's a

CONFIDENTIAL

Page 349

because it's not an effective method for reporting.

So, yeah, that's all the data that I have. I don't -- apologies if I'm forgetting somewhere else that there is in the notes, but that's what I'm aware.

BY MR. OLSZEWSKI-JUBELIRER:

Q. So you as Meta's witness, as Meta's corporate designee for this topic, do not know if it increases the number of under 13 users that were identified on the platform?

MR. CHAPUT: Object to form. Characterization.

THE WITNESS: I do not know.

BY MR. OLSZEWSKI-JUBELIRER:

Q. Let's talk about deletion timelines.

A. Okay.

Q. Your lawyer asked you about a special 45-day deletion timeline for under 13 reports, right?

MR. CHAPUT: Object to the form.

THE WITNESS: My lawyer asked me about -- I don't think he used the word "special" -- about the deletion timeline for u13.

CONFIDENTIAL

Page 350

BY MR. OLSZEWSKI-JUBELIRER:

Q.    Okay.   And your testimony was that at some point Meta created a particular deletion timeline for accounts identified as being under 13, and the date was in your notes.   This is page 14.

A.    Page 14.

Yes.   In April 2024 the deletion timeline for US u13 data was moved to 45 days.

Q.    And that's not actually the deletion timeline, that's the time period that --

A.    Sorry, the disable timeline, the disable timeline.   The deletion timeline remains 90 days.

Q.    Right.

So there's a disable period of 45 days, and after 45 days expires the account is scheduled for deletion, which takes place over the next 90 days, right?

A.    That's correct.

Q.    And prior to April 2024, accounts that were identified as belonging to under 13 users and placed in a disabled state remained in that disabled state for the periods that we discussed before, right?

MR. CHAPUT:   Object to the form.

CONFIDENTIAL

Page 351

THE WITNESS:   Yes, that's accurate.

BY MR. OLSZEWSKI-JUBELIRER:

Q.   Okay.   So in April 2023, from that time until April 2024, accounts that were identified as belonging to children under 13 remained in that disabled state for one year before they were scheduled for deletion, right?

MR. CHAPUT:   Object to the form.

THE WITNESS:   The accounts that were checkpointed and then did not appeal would have been in that disabled state for one year from April 2023, yes.

BY MR. OLSZEWSKI-JUBELIRER:

Q.   Okay.   And from 2022 to 2023, that time period in which Meta retained that data of children who were identified as likely under 13 checkpointed and did not successfully appeal was six months, right?

MR. CHAPUT:   Object to the form.

THE WITNESS:   The disabled accounts were in the -- yeah, they were disabled -- in the disabled state for six months, yeah.

BY MR. OLSZEWSKI-JUBELIRER:

Q.   Okay.   So that's all the questions that we have for you today.   I want to thank you very