# Exhibit 114

**META3047MDL-031-00088636-META3047MDL-031-00088644**

## "Teens connect with the wrong people (parents)"

Conclusion: Unknown

Recommended Next Steps: The impact of connecting with parents and other family members on Instagram is an unknown and requires more research especially with churned and non-user teens in order to see if this comes up as an important reason to stop using the app or even not join.

---

Evidence for

Investigating the world of teen "finstagrams"

Summary of report:
Teens create a private second Instagram accounts (finstagrams) to keep their audience smaller which they can post wider range of moments. One advantage of these accounts are getting away from parents or relatives.
Method: 30 minute 1:1 phone interviews with 6 teen girls who post more actively to their private accounts than public accounts.

Flags: Research is from August 2015.

Insights

- One advantage of these secondary accounts are getting away from parents or relatives who are following teens' public accounts.
    - "There were some family members and people I know from the school following me and I didn't necessarily want them to know everything, so I used finsta for more personal posts." Caleigh, 16
    - "I was annoyed with my mom one time, so I just posted something to vent and get it out." Chloe, 15

---

evidence inconclusive

Engaged user sessions (Nov 2016)

- The impact of parents and other family members on Instagram is an unknown and requires more research. For some teens, a prerequisite for them to even having an Instagram account is that their parents follow them. For others, it's a non-issue (parents are either not on the platform or teens don't mind if they are).
    - "For instance my grandma can follow me i just don't want her commenting. but some other family members are judgmental, and i don't want them following me. They'll comment on every picture and talk about you" Kamiah
    - "As for family members, I only let my cousins [follow me on Instagram]. It's pretty weird for my mom or my dad to even have Instagram." - Brandon
    - "My grandpa is on Instagram, and he's very republican, so I don't let him follow me. But my mom follows me, my dad follows me; they're cool parents." - Trinity
    - "My parents I'd probably be okay with [following me on Instagram] because I don't post anything terrible. But not my teachers. I wouldn't let them follow me." - Justin

---

US: Evidence against  brazil: evidence for

HIGHLY CONFIDENTIAL (COMPETITOR)

META3047MDL-031-00088636

International Teen Study Instagram App
Full report (in Dropbox)
Full report (in Dropbox)
Summary of the report:
█████████ and █████████ led a research study to define the functional and emotional drivers of stated usage and engagement for Facebook-owned apps and key competitors among teens in five key markets - US, UK, India, Germany, and Brazil.
On an emotional level, Instagram is doing well. Teens find it easy, fun, trendy, always interesting and a positive place to express themselves.

- In the US, teens see Instagram as being for people my age. Moreover teens increasingly view Instagram as a place to connect with friends (+46% YoY)
- In Brazil, Connecting with family as a reason for using Instagram increased 11% from 2014-2015, implying that the family use case is getting stronger in that market.

Method: 1000 teens in each country aged 13-18 years old, representative for the online population in terms of gender and age were recruited from the Ypulse SurveyU community for the U.S. and an international network of fieldwork partners to complete a 15 minute survey between July 29, 2015 and August 14, 2015.



Flags: Data is from July-August 2015.

---

brazil: Evidence against

Instagram Growth
Instagram Brazil Research 2015

Summary of report:
Teens in Brazil also feel more privacy on Instagram, and this relates to privacy from their parents' interactions as well, compared to other social media like Facebook.

Insights

- Facebook was still more strongly present in many of the teen's lives, though complaints of lack of relevance are starting to emerge.  Instagram becomes where they can experiment particularly without the concern of adults viewing or commenting.
    - "My mom posts everything she is doing on Facebook. And even tag me. Of course I remove the tag. You should see some of the photos she posts... Too ugly!" -- Waldyr, 16, Sao Paulo

---

Contact Support

HIGHLY CONFIDENTIAL (COMPETITOR)