# Exhibit 127

Message
_____

**From:** ▮▮▮▮▮▮▮▮ [/O=THEFACEBOOK/OU=EXCHANGE ADMINISTRATIVE GROUP
(FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=▮▮▮▮▮▮▮▮
**Sent:** 11/11/2019 9:46:41 PM
**To:** Andrew Bocking ▮▮▮@fb.com]▮▮▮▮▮▮▮▮ [▮▮▮@fb.com]; ▮▮▮▮▮▮▮▮▮▮@fb.com];
▮▮▮▮▮▮▮@fb.com]; ▮▮▮▮▮▮▮@fb.com]
**Subject:** Checkpointing U13 users on DOB change for Logged-in users

Hi Andrew,

Starting this email thread after the discussion in XFN meeting. The update that we shared today is attached below:

## Checkpointing U13 users on DOB change, -3.4M MAP/year hit if launched

1. Context
    1. Right now, when users attempt to change their birthday in a logged-in state, we do not allow them to change it to under 13.
    2. We need to checkpoint the people who attempt to change to under 13 with a photo ID challenge.
    3. We currently have very aggressive placement for entry points to DOB changes.
    4. We currently do not have any confirmation screen on mobile.
    5. If we started checkpointing these users today, we would be locking users out of their account who selected the wrong year without any warning. We should make it less likely that users could do this by mistake before launching.
2. Data
    1. 18k users/day attempt to change to a birthday under 13, 15k of which are on mobile
    2. 7% of users who are enrolled clear the ID checkpoint
        1. Need to understand whether this is due to completion of challenge, eligibility, review capacity, clear rate or something else
        2. If we were to start checkpointing all of these users, it would be around a **-3.4M MAP/year hit**.
    3. Country breakdown:
        1. ID - 350k
        2. VN - 350k
        3. IN - 265k
        4. PH - 260k
        5. BR - 218k
        6. TH - 180k
        7. KR - 137k
        8. MX - 135k
        9. US - 126k
3. Recommendation
    1. We should make it less likely that users could do this by mistake before launching.
        1. Build confirmation screen for mobile
        2. Explore making this setting less discoverable
        3. After doing the first two, explore optimizing checkpoint if opportunity size is still there.
    2. We need to figure out the ownership of those three actions
4. More details & mocks

CONFIDENTIAL                                                                 META3047MDL-275-00002214