# Exhibit 128

Message
_____

**From:** ████████████ [/O=THEFACEBOOK/OU=EXTERNAL (FYDIBOHF25SPDLT)/CN=RECIPIENTS/CN=██████████████████]

**Sent:** 10/22/2019 5:23:57 AM

**To:** ████████ [█@fb.com]; ████████ ███████ @fb.com]; ██████ █@fb.com]; ██████ [████@fb.com]; ███████████ [█████@fb.com]; ██████████ ████████@fb.com]; ████████████ @fb.com]; ██████████ [███████@fb.com]; █████████ ████@fb.com]; ████████████ [████████@fb.com]; █████████ ███████@fb.com]; ████████ ██████@fb.com]; ████████ [████@fb.com]; ████████ [████@fb.com]

**Subject:** Message summary [{"otherUserFbId":null,"threadFbId:2004121606357891}]

**Attachments:** 74528525_422079018454814_3183111455473926144_n.png; 74643545_2494062937350374_4406166202611662848_n.png

████████████ (10/21/2019 10:12:42 PDT):
>Thanks for everyone's work on this. Please keep me posted on a plausible ETA. █████, the other piece we need to scope is whether our CO resources can support this additional influx. Have we looped in the appropriate people for that conversation?

████████████ (10/21/2019 14:20:17 PDT):
█ can you see if we're logging who hits this error message ("You cannot select a birthdate that indicates you are under 13 years old")

████████████ (10/21/2019 14:20:19 PDT):

shared: 74528525_422079018454814_3183111455473926144_n.png

████████████ (10/21/2019 14:21:56 PDT):
>That could give us some upper bound estimate on the # of appeals we would expect to see

████████ (10/21/2019 14:57:10 PDT):
>Not sure if we have logging for this but investigating right now

████████ (10/21/2019 18:17:17 PDT):
>So there's a table that logs birthday edits/errors

████████ (10/21/2019 18:17:34 PDT):
>https://fburl.com/daiquery/kbw7m9hc

████████ (10/21/2019 18:18:02 PDT):
>Sample query of it shows that there's a little under 2k "under 13" errors thrown every day

████████ (10/21/2019 18:19:12 PDT):
>this is specifically for www where the explicit checkbox is shown

████████████ (10/21/2019 19:28:13 PDT):
>good find, thanks █████!
>
>█████ would CO be able to support a potential influx of ~2k jobs per day? (this is a high end estimate, assuming all check-pointed users appealed)

████████████ (10/21/2019 19:43:17 PDT):
>█████ tldr: ~2k FB accounts per day are making a DOB change where they explicitly check a box confirming they are <13 before saving (but we don't lock them out/checkpoint them - just throw an error). This is a major COPPA risk for us to keep them active, as it constitutes explicit knowledge of U13.
>
>Who should we work with on the growth side to understand the implications of changing the behavior (i.e., checkpointing ~2k users/day immediately)?

████████████ (10/21/2019 19:43:19 PDT):

shared: 74643545_2494062937350374_4406166202611662848_n.png

████████████ (10/21/2019 22:20:31 PDT):
>Guillermo Spiller

████████████ (10/21/2019 22:21:11 PDT):
>You good to reach out directly? Need any help from me or ████████?

████████████ (10/21/2019 22:22:48 PDT):
>Hi @Guillermo adding you to this thread

HIGHLY CONFIDENTIAL (COMPETITOR)                                                    META3047MDL-111-00135412