# Exhibit 133

Message
_____

**Subject**:     Task Number: T27934737
**Attachments**:   task-27934737-attachments.zip

| | |
|---|---|
| **Task Number** | T27934737 |
| **Mobilizer** | No |
| **Parent Task ID** | |
| **Title** | Well-being: Youth and technology |
| **Owner** | ███████ |
| **Priority** | hi-pri |
| **Progress** | **CLOSED** |
| **Create Time (PDT)** | 2018-04-03 20:52:20 |
| **Subscriber** | 'Antigone Davis', ███████, 'Butterfly Bot', ███████ 'Karina Newton', ███████ 'Task Reaper', ███████ |
| **Tags** | ['Research Review', 'surveyprivacyreview', 'commented'] |
| **Creator** | ███████ |
| **FBID** | fbid=616967791972814 |
| **Allowed Viewers** | |
| **Start Date (PDT)** | 1969-12-31 16:00:00 |
| **Target Date (PDT)** | 1969-12-31 16:00:00 |
| **Completed Time** | 2019-07-28 15:40:45 |
| **Diffs** | [] |

CONFIDENTIAL

baseline observational study (5000 youth, 5000 parents) Objective: To understand the relationship between social media use and health/wellbeing of youth. The launch of the Youth Research Fund would include a large baseline survey assessing social media behaviors and health/wellbeing of youth, matched to their parents. This large-scale survey would be the first of its kind to assess this combination of variables, to go beyond the cross-sectional design and to use a parent-child dyad approach. ii. Intervention sample: (proposed 500 youth, 500 parents) Objective: To test interventions to assess short and long-term effects on social media use, health and well-being. Our pilot intervention will be Educational, testing the American Academy of Pediatrics' Family Media Use plan to determine if it has positive effects on youth and parent social media experiences. For this intervention we will test short and longer term effects, assessing outcomes at 3 and 6 months. We will also conduct participant interviews for the intervention group to test the effects of having one-to-one coaching on the Family Media Use Plan versus online access only. 2. What do you want to do after Year 1? Still TBD, but there is hope for a longitudinal study design 3. Where will the data live? At the University of Wisconsin. Facebook will not house the data, and Facebook will not need HIPPA level servers. 4. Who will have access to the data collected in this project? Researchers who submit a proposal to a committee and can show a clear research question access to the data will answer. 5. Who will have access to FB user data? TBD – let's talk on Monday what is feasible / advisable. This is NOT a critical requirement for the research and is NOT part of the current Year 1 proposal. 6. Will we share PII with the University of Wisconsin? Let's talk on Monday about what is feasible / advisable 7. What will we do with the research findings? Our ideal outcome is to build products that improve youth's well-being as well as help draft guidelines around youth and 'healthy' technology use. ▮

**2018-04-12 08:02:49**:

**2018-04-16 12:46:46**: Priority changed: Low

**2018-04-16 13:00:09**: Comment added: Thank you for meeting. Could you please add questions we need to solve before moving forward: https://fb.quip.com/M12PAE52maE8

**2018-04-16 13:07:57**: Added subscribers: ▮▮▮▮▮'

**2018-04-17 14:16:19**: Comment added: Hi all, I have heard back from UW about the questions we had. I have added them to the quip here: https://fb.quip.com/M12PAE52maE8 * Will the data collected from the study be HIPAA covered data (PHI)? * No * Will University of Wisconsin expect us to be a Business Associate under HIPAA to receive data? * Since data will not be PHI, it is not anticipated that this agreement would be needed to receive the data described below * Will University of Wisconsin be responsible for obtaining the adequate legal consents from the participants (re: participation and to have data shared with FB and used for a publication)? * Yes, we anticipate seeking approval through our IRB and being the party in charge of obtaining consent ▮▮ -- please let me know what the next steps are.

**2018-04-18 00:19:58**: Comment added: A/C PRIV      PRIV

PRIV

**2018-04-18 11:53:21**: Comment added: synced with ▮ offline. nothing from me. will

**2018-04-18 12:38:04**: Comment added: SORRY. ▮ pointed out    PRIV

PRIV

**2018-04-18 13:08:58**: Comment added: Hi Will!    PRIV

PRIV

**2018-04-19 09:57:01**: Comment added: hey ▮ - first off, my apologies for not being at the meeting on monday due to PTO. i realize my absence is now causing thrashing that i could've avoided. i've read the documents. everything looks good from a 13+ POV (thanks ▮ !). the issue with U13s is a study that we're sponsoring publishing findings related to U13 using FB products other than MKids. even without PII tied to the study, i think there's risk of the FTC picking up on it and asking us (or UW) for data about the findings

META3047MDL-281-00004829