# Exhibit 137

# Messenger Kids:
# Next Step App Profile

October 2020



CONFIDENTIAL     META3047MDL_RVOL003     META3047MDL-003-00124140

**There is a graduation in use of apps as kids age. YouTube is a constant but kids tend to move from "play" and single-purpose apps at age 6-9 through to more social apps such as TikTok, Facebook and Instagram from ages 10-12.**

**Messenger Kids is more associated with these 'single purpose' apps than the more social apps and begins to drop off at 10-12.**



Which of these apps have you used in the last month?

CHILD_APPS [Based to total]. Which of these apps have you used in the last month? n=3,989 kids aged 6-14

52

Based to total

**There is no one single 'winning' app that kids can use to contact all their friends.**

**However, taken as a whole, the majority of kids are using at least one of the Facebook family of apps to keep in touch with most of their friends.**



**Which app / apps are most of your friends on?**

Asked directly of children
(kids, nat. rep sample – based on total & includes those not asked)

Child aged 6-9 | Child aged 10-12 | Child aged 13-14

**Child aged 6-9**
- YouTube 28%
- Messenger Kids 26%
- Facebook 22%
- Minecraft 18%
- Roblox 18%
- Facebook Messenger 17%
- Fortnite 15%
- Instagram 14%
- Zoom 13%
- WhatsApp 12%
- TikTok 11%
- Snapchat 10%
- SMS 9%
- FaceTime 9%
- Skype 7%
- Google Meet 7%
- Twitch 3%

51% Facebook family

**Child aged 10-12**
- YouTube 33%
- Facebook 30%
- Facebook Messenger 25%
- Instagram 21%
- TikTok 21%
- Messenger Kids 18%
- Fortnite 17%
- WhatsApp 16%
- Snapchat 16%
- SMS 16%
- Minecraft 16%
- Roblox 16%
- Zoom 15%
- Skype 10%
- FaceTime 10%
- Google Meet 6%
- Twitch 4%

55% Facebook family

**Child aged 13-14**
- Facebook 38%
- Instagram 36%
- Facebook Messenger 32%
- YouTube 32%
- Snapchat 29%
- TikTok 26%
- SMS 22%
- WhatsApp 19%
- FaceTime 14%
- Fortnite 13%
- Minecraft 12%
- Zoom 12%
- Messenger Kids 10%
- Skype 10%
- Roblox 9%
- Google Meet 6%
- Twitch 5%

68% Facebook family

Aligned with average
Sig higher than average
Sig lower than average
Significant at 95%

D6b [based to total]. Which apps or websites are most of your friends on?
n=3,989 kids aged 6-14 (543 missing as not asked question)

68

CONFIDENTIAL

META3047MDL_RVOL003

META3047MDL-003-00124207