# Exhibit 138

Message
_____

**From:**        Fidji Simo [/O=THEFACEBOOK/OU=EXTERNAL
                    (FYDIBOHF25SPDLT)/CN=RECIPIENTS/CN=█████████████████████████]
**Sent:**        6/18/2019 8:30:53 PM
**To:**          Andrew Bocking ████████@fb.com]
**Subject:**    Re: WKLY Cross-Family Reviews: Age Management - Decision Matrix

Thanks Andrew! :)

Get Outlook for Android

---

**From:** Andrew Bocking
**Sent:** Tuesday, June 18, 2019 10:20:25 PM
**To:** Fidji Simo
**Subject:** Re: WKLY Cross-Family Reviews: Age Management - Decision Matrix

Blue should be fine! Enjoy your PTO!

We already collect age and the main thing we (FB Growth) are doing is making that more robust (eg no default age higher than minimum age; currently is 25!). We are testing various ways to make this more defensible now while minimizing any friction at Account creation, which is our typical bread and butter.

Beyond that the big Q is whether we proactively kick people off we "think" are below minimum age (ie 13) which would obviously reduce MAP.

Andrew

On Jun 18, 2019, at 1:11 PM, Fidji Simo ████████@fb.com> wrote:

> I'm on PTO but given the heated debate I just thought I would check: does the proposal change anything at all for Blue and do you have any concern I should know about?
>
> Get Outlook for Android
>
> ---
>
> **From:** Joel Kaplan
> **Sent:** Tuesday, June 18, 2019 10:00:02 PM
> **To:** Nick Clegg; Naomi Gleit; Stan Chudnovsky; Adam Mosseri; Will Cathcart
> **Cc:** ████████; Javier Olivan; Alex Schultz; Guy Rosen; Andrew Bocking; Fidji Simo; Molly Cutler; ████████; Dan Levy; ████████; ████████ (Legal); ████████; Ashlie Beringer; ████████; ████████; ████████; Lara Cumberland; ████████; Guillermo Spiller; cross-family-prereads; Erin Egan
> **Subject:** Re: WKLY Cross-Family Reviews: Age Management - Decision Matrix
>
> ████████ is in MPK and will be there as well for policy. In the meantime, wanted to provide a bit more color re the policy POV on the points Will raises. Our views are that:
>
> 1. We agree that it's most important to make quick progress around age verification with respect to FB and especially IG—this is where the public and policymaking pressure is focused in UK and elsewhere in Europe (we are also seeing growing pressure around age in India);

HIGHLY CONFIDENTIAL (COMPETITOR)