# Exhibit 145

| Workstream | Theme | Goal | Idea /project /initiative | Tentative priority | Why do we care about doing this? | What does success look like at end of H2? | Size (S/M/L) | Eng effort | DS/DE Effort | PoC | Owner | UXR | Is Ops readiness needed? | Is a LAMA needed? | Other team dependencies | Impact Score (/5) | Confidence Score (/5) | Effort Score (/5) | ICE Score | [optional] Any other links / reference info |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Underage | Reliability and Defensibility | Reduce false positive underage enrolments | Provide a scoping to businesses being affected by reports / DOB changes using commercial intent classifier or other signals | P1 | Anecdotal evidence suggests many business accidentally enroll themselves in our U13 checkpoint. We should size this problem and if large enough, explore a solution for auto-solving these by leveraging existing solutions | We have a classifier that tells us how likely it is that a reported account is a business. We implement a lower friction appeals process for these accounts. | L | L | M/L | ▮ | | | Y | Y | BI | 4 | 3 | 5 | 6 | |
| | | | Build out a roadmap for achieving DERISKED maturity | P3 | Continuing to drive maturity in Underage according to our established guidelines will give us a playbook for how we should be improving our reliability and defensibility | We have a list of action items we need to accomplish in order to ratify the Underage problem space at de-risked maturity | S | S | M | ▮ | | | N | N | | 2 | 3 | 2 | 5 | |
| | | Provide a more defensible FB underage reporting flow | FB SURF (improved FB reporting flow) | P2? P1 | The current FB reporting flow is extremely hard to use, near impossible for mobile users. | An in-app low friction reporting flow similar to that of IG-SURF. | M | M | S | ▮ | | | Y | Y | IX | 3 | 4 | 3 | 7 | |
| | | Comply with regulatory standards | Reduce U13 retention window to 60d | P1 | We currently preserve underage data for up to 180d after being disabled - Youth pXFN have warned us that this is not defensible to regulators (particularly COPPA) | All U13 disabled user data removed 60d aft | M | M | | ▮ | | | N | Y | EP, Deletion API | 5 | 5 | 3 | 12 | |
| | | | Proper treatment of Spain/S.Korean U14 appeals | P1 | Spain and S.Korea have stricter underage rules - we need to make sure we enforce on them properly at enforcement and appeals stages. | Cohesive definition of underage = <14yrs a | M | M | | ▮ | | | N | Y | IVS | 5 | 5 | 3 | 12 | |
| | | Minimise enforcement gaps | Introduce ability to review self-admittance to U13 in our enforcement review queues | P1 | We lack the ability to include any messages or posts where users self-admit to being U13 in our enforcement jobs at the moment. This can lead to cases where users who have explicitly publically admitted to being underage are still not enforced upon after being reported. | Where relevant, our SRT jobs include messages / posts where users have admitted to being U13 | L | L | | ▮ | | Y | Y | Y | messenger wellb | 5 | 4 | 5 | 9 | |
| | | | Propagate enforcement to soft linked IG accounts (including to new accounts spun up after a previous disable) | P2 | Users can easily create new accounts after being taken down for being U13. To tackle this we could auto-report any accounts created on a device that has previously been linked an account that was taken down for U13 to our account review queues | We auto-report accounts that we suspect are being created by the same user that owned an account that we previously took down for being U13 | S | | | ▮ | | | Y | Y | EP | 3 | 3 | 3 | 6 | |
| | | | [PLACEHOLDER] Reliability lockdown | | | | | | | | | | | | | | | | | |
| | Hold the Line | Unblock rollout of IG-SURF users | Analysis of Users Reported via IG SURF | P2 ? | The action rates for user reports filed via IG SURF are much lower than what we see for IG Contact Form submissions. This suggests the population of users being reported is different from those we usually deal with. In order to unblock further rollout of IG SURF, we need to better understand these users so we can generate automations that work for them | We will have introduced more automation policies that are more tailored towards IG SURF reported users, allowing us to unblock further rollout of IG SURF functionality | M | | M | ▮ | | | N | N | Age Platform | 3 | 4 | 3 | 7 | |
| | | Increase U13 takedowns | Friend network propagation - review close friends of users we have already taken down. | P3 | We can increase the impact of individual reports and generally take down more underage users by looking at violator's friends. | Average number of U13 disables for a given report >1 | M | | M | ▮ | | | NA | NA | | 3 | 4 | 3 | 7 | |
| | | | [PLACEHOLDER] FRL Work | P1 | | | | | | | | | | | | | | | | |
| | | | Hardlinked IG<->IG U13 propagation | P2 | We are lacking propagation for hardlinked IG <-> Ig accounts after the account centre launch | Hardlinked IG<->IG accounts are enforced for underage by propogation | M | M | | ▮ | | | N | Y | EP | | | | | |
| | | Increase actionable appeals rate | RL UFAC Optimisation for Underage | P1? | We've had to make some comprimises for our initial FRL Underage flow, we can iterate on this to reduce the friction for users and make it easier to appeal. | Increased actionable appeals rate on FRL | XL | XL | M | ▮ | | | N | N | FRL integrity, ADA | 5 | 3 | 5 | 8 | |
| | | | IG UFAC Optimisation for Underage (including Age verification menu integration) | P2 | As we are migrating to IG UFAC, we start to have more fleixbility in designing how we want the appela flow to look like. We should further optise the current flow to enable better usage of ID review | Increased actionable appeals rate on IG | M | M | | ▮ | | | N | N | IVS & ADA | 3 | 5 | 3 | 8 | |
| | Reliability and Defensibility | | Start developing a U13 classifier with or without the ground truth | P3 | | | M | M | M | | | | | | | 4 | 1 | 5 | 4 | |
| | Agility and Efficiency | Reduce ops demand | Invest in further automations for enforcement jobs - https://fb.quip.com/gCniAy1OMDNZ | P1 | We still have many ideas for automation rules in our backlog that could relieve our ops strains. We should also analyse checkpointed users to identify commonalities that we aren't aware of yet | We have ranked and implemented new automation policies according to their impact and precision | L | L | S/M | ▮ | ▮ | | Y | Y | | 3 | 3 | 4 | 5 | |
| | | | Combine automations into a signal based heuristic (for precision OR recall) | P2 | We run our enforcement automations sequentially, and some have very poor precision. By exploring ways in which we can combine / weight the signals we use for automated decisions, we may be able to improve the precision of our automated policies | We run a single automated rule that generates an output based on weighted inputs using other automation policies, and this either results in more automated decisions (higher recall) or more accurate decisions (higher precision) | L | L | M | ▮ | | | | N | | 4 | 2 | 5 | 5 | |
| | | | Job stacking enforcement jobs | P1 | We have evidence that duplicate reporting jobs are often being seperately reviewed - this is a waste of ops capacity. | Multiple reports of the same user get combined into a single job | S | S | | ▮ | | | Y | N ? | | 4 | 5 | 2 | 11 | |

| A | B | C | D | E | F | G | H | I | J | K | L | M | N | O | P | Q | R | S | T | U |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | SRT Automations for reducing AHT (e.g. auto-answer automations within SRT) U13 enforcement | P2 ? | After syncing with ops reviewers, we found that there were some minor decisions that could probably be automated (e.g. detecting admittance in bio) | Lower AHT for enforcement jobs | M | M | | ▮ | | | Y | Y | N | 3 | 4 | 4 | 6 | |
| | | Better capacity measurement | Migrate SRT reporting (enforcement) jobs to Routing 3.0 (wiki) | P1 | Scaled HOP Infra require us to make these | Compliance with the new Scaled HOP Infra | M | M | - | ▮▮ | | | N | N | | | | | | |
| Age Measurement | Reliability and Defensibility | Understand U13 prevalence on the platforms | Continue working on Underage ground truth | P1 | This a spillover from H1. We have not been successful in getting the data sources to start finding out signals which could then be used to define the mental model or the ground truth for U13 | [TO BE UPDATED ON 17th MAY] | L | S | L | ▮ | | | N | Y | | 5 | 1 | 5 | 6 | |
| | | | Build U13 proxy prevalence (other than GT based) | P1 ? | Being blocked for ground truth on Underage, we may still be able to come up with a measure of estimated prevalence of U13 using proxy metrics rather than classifiers and/or scaled measurement | We have a measure of prevalance of Underage accounts not based on ground truth that we monitor and goal against | L | S | L | ▮ | | | N | | | 5 | 2 | 4 | 8 | |
| | | Understand Adult/Minor Age misrep prevalence | Build ground truth mental model for Teen Age Misrep | P1 | This grouth truth is required for Teen age misrepresentation as suggested by regulations | Have a clear ground truth document which can then be used to capture the prevelance. | M | S | M | ▮ | | | N | Y | | 5 | 2 | 3 | 9 | |
| | | | Build ground truth mental model for Adult Age Misrep | P2 | This grouth truth is required for Adult age misrepresentation. We could potentially use the IG AV/measurement samples | Have a clear ground truth document which can then be used to capture the prevelance. | M | S | M | ▮ | | | N | Y | | 5 | 2 | 2 | 9 | |
| | | | Inauthenticity labeling to Adult/Minor ground truth | P3 | Use the existing inauthenticity labeling samples and signals to start building the adult and teenage misrep ground truth | | M | | | ▮ | | | Y | N | | 3 | 3 | 3 | 6 | |
| | Measurement | Have a view into reliablity of our appeals | Build up appeal monitoring and alerting | P1 | Revisit the appeal measurement and alerting with the consolidated jobs. | Appeal measurement dashboard for consolidated jobs | M | S | M | ▮ | | | Y | N | | 4 | 4 | 3 | 9 | |
| | | Understand Ops demand and usage | Ops capacity measurement - Move to Routing 3.0 | P1 | We currenly do not understand our ops capacity and how it is measured. | System for measuring the ops capacity usage. Dashboard that shows the capacity numbers | M | | | ▮ | | | NA | N | | 5 | 2 | 4 | 8 | |
| Other Age (AAM/MAM & EditDOB) | Measurement | Establish enforcement for Adult/Minor Age Misrepresentation | Establish a Strategy for Adult Age Misrep | P1 ? | We have no clear strategy on our AAM violation - what actions should we take when we detect them? What sort of proactive detection are we seeking to implement? Do we have a quantified level of danger these users pose? | We have outlined an approach to how we want to enforce on users that are considered violating, how we want to measure and scale this enforcement | M | | M | ▮ | | | Y | Y | | 5 | 4 | 3 | 11 | |
| | | | Establish a Strategy for Minor Age Misrep | P1 | | | M | | M | ▮ | | | Y | Y | | 5 | 4 | 3 | 11 | |
| | | | Quantify harm of Adult/Minor Age Misrep | P3 | We don't have visibility on harm associated with Adult/Minor age misrepresention, having this will allow us to measure effectiveness of enforcements in this domain. | We will have a quantative metric to assess harms linked with Adult/Minor age misrep. | M | S | M | ▮ | | | N | N | | 1 | 4 | 3 | 3 | |
| | Hold the Line | Support META accounts rollout | Add restrictions for Edit DOB and setup Edit DOB appeal for META account | P2 | We currently do not have any appeal process for restrictions placed on cahnges across 18Yo threshold. Also current restrictions are not in-line with FB/IG. This poses a risk regarding Adult/Teen age mispresention problem. | Appropriate safegurds for birthday changes across 18Yo threshold and support for appeal process. | M | | | ▮ | | | Y | Y | FRL | 3 | 4 | 4 | 6 | |
| | Agility and Efficiency | Improve security of EditDOB flows | FEC Edit DOB verification flows removing contact form - Use IXT wizard experience. | P1 | Existing expriance for birthday appeals required users to fill out an external contact form. This is bad from UX perspective and also hard to maintain. | fully in-app experiance for Edit birthday appeals. | M | M | | ▮ | | | N | N | IVS | 4 | 5 | 3 | 10 | |
| | | | Age Verification menu for 18yo threshold DOB changes - (Check partner dependency) | P3 | | | M | M | | ▮ | | | N | Y | IVS, Age Platform | 3 | 3 | 4 | 5 | |
| | Reliability and Defensibility | Improve Existing enforcements for Edit DOB | Proactive age-misrep enforcement based on soft-matched accounts | P2 | We enforce for adult/minor misrepresentation reactivly by restricting birthday changes across 18Yo threshold. During the appeal we verify the age of account owner. If appeal is rejected, new account can still be created with different age, by enforcing on these accounts we can prevent this from happening. | Better Enforcement on age misrepresentation across 18yo threshold | L | | | ▮ | | | Y | Y | | 5 | 4 | 4 | 10 | |
| | Reliability and Defensibility | | Understand existing classifiers' accuracy and start building integrity-aware ones | P3 | Existing age classifiers are not integraty specific and we are not confident in their accuracy for our use case. We should understand the accuracy and start building the integrity specific ones. | Visibility into precision of age classifiers and integrity specific classifiers if required. | | | | | | | N | Y | | | | | 0 | |
| | Agility and Efficiency | Improving Authenticity Classifier | Consolidation of Authenticity Signals Framework into Impersonation Detection systems (Representation Platform) (Redesign Authenticity Framework Architecture to be relying on online signal calculation ) | P1 | Currently the framework has been designed to run on all MAP this makes onboarding new POC very complex to do and requiring alot of manual backfilling. Having online signal calculation will also reduce privacy risk as we will only calculate signals on demand on needed users. This also improves agility. | Fully trasnfer framework signals into an online model and prove its usefullness in onboarding new POCs or Authenticity Classification. Fully onboard half of our signals onto the Representation Platform | L | L | | ▮ | | | N | N | | 4 | 3 | 4 | 7 | |
| | Measurement | | Establish Continous Measurement of Authenticity Classifier | P1 | As we deploy our Authenticity Classifier it is important to constantly retrain and establish measurment to prevent performance degredantion and to get a head start on adverserial action. | Ensure continous labelling on accounts that have been classified as authentic/inauthetic. Establish alerting for precision/recall and other metrics. Establish continous retraining of the model with snapshot comparisions. | M | M | M | ▮ | | | Y | N | | 3 | 5 | 2 | 9 | |
| | Reliability and Defensibility | | Improve precision and recall of our auth classifier | P3 | Improving the precision and recall of the classifier will make us able to provide stronger classifier scores to our usecases. | | M | M | L | ▮ | | | | Y | | | | | 0 | |

| | A | B | C | D | E | F | G | H | I | J | K | L | M | N | O | P | Q | R | S | T | U |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 40 | Representation Solutions | Agility and Efficiency | | Extend signals to consider account clusters, e.g. same DATR/pass with same name / disables. Or should we just leverage Accountability here? | P3 | A powerful signal of inauthenticity is linked accounts with the same name and different details, or the same details with violations | A wider set of signals that are aware of account clusters, thereby improving the P/R of the authenticity classifier | M | | | ■ | | | | Y | | | | | 0 | |
| 41 | | Agility and Efficiency | | Extend representation signals to 2 more downstream teams | P2 | | | L | | | ■■ | | | N | Y | BI | | | | 0 | |
| 42 | | Reliability and Defensibility | Utilizing Authenticity In Product | Enforce on inauthenticity | P2 | Policy are supportive of enforcing on inauthenticity directly, above a certain confidence level. Doing this will require a reliable classifier processed for all MAP (even if not always stored) and a meaningful appeals route. Appeals would also feed into improving our classifier. | Build E2E inauthentic appeals and disables using a relibable inauthenticty classifier. Inauthentic account disables with a low appeal rate, leading to a decrease in harm on the platform. Enforce on X accounts by end of H2. | L | L | L | ■ | | | Y | Y | IVS Possibly if we need appeals | 5 | 3 | 5 | 8 | |
| 43 | | Agility and Efficiency | | Build a consolidated user-level view of authenticity which takes into account appeals and document submission, e.g. if you've proved who you are and haven't been compromised / changed your details since, we should take that into account | P3 | In order for inauthenticity appeals to work effectively we will need to keep track of this data for future classification. It's also likely important for classifier accuracy | Authenticity classifier has additional paths to take into account high-confidence verification with no subsequent changes | M | | | ■ | | | | Y | | | | | 0 | |
| 44 | | Agility and Efficiency | | Experiment to understand correlation of birthday change appeals with representation signals | P1 | As we have seen high correlation b/w authenticity and child seafty. We should also understand how we can leverage auth signals for Adult/Minor age misrepresentation. If sucessful we will be less relient on already constraint manual review capacity. | Understanding of correlation b/e Inauth signals and Adult/Minor age misrep. | M | M | | ■ | | | N | | | 4 | 3 | 4 | 7 | |
| 45 | | Agility and Efficiency | | Consolidation and atomisation of protocols for inauthenticity, Deceptive Persona and potentially impersonation | P2 | DP is a subset of inauthenticity while DP and impersonation run on a different system to Rep Signals. It feels like there's a lot of potential for consolidation here | A set of atomised protocols sharing common atoms | L | M | L | ■ | | | Y | Y | Rep Measurment | 4 | 3 | 4 | 7 | |
| 46 | | Hold the Line | Expanding on Authenticity Mental Models and Protocols | Authenticity mental model, labels, classifier for IG | P1 | Our mentals only span facebook users, there is alot of potential for understanding authenticity on IG and enforcing on it as well.  Plenty also has a large number of IG users | Set the mental model, start labelling of authenticity with SMEs | L | M | L | ■ | | | Y | Y | | 5 | 4 | 5 | 9 | |
| 47 | | Hold the Line | | Authenticity mental model, labels, classifier for RL | P3 | | | | | | ■ | | | | | | | | | 0 | |
| 48 | | Hold the Line | | Meta-level authenticity signals and classifier | P3 ? | | | | | | ■ | | | | | | | | | 0 | |
| 49 | | ~~Measurement~~ | | ~~Understand overlap between inauth / DP / impersonation~~ | | | | | | | ■ | | | | | | | | | ~~0~~ | |
| 50 | Fake Names | Reliability and Defensibility | Enable Name Reporting | Violating names: Develop an MVP for violating name enforcement which enables reporting and enforcement | P3 | Currently we have no way for users to proactively report fake names on the platform. Current Fake Name reporting tags have been disabled. | | | | | ■■ | | | | | | | | | 0 | |
| 51 | | Agility and Efficiency | Names Infra | Migration of Blocklist to TextMMS | P1 | Similiarity Detection infra are very strong on deprecation of Blocklist tool. We would need to migrate over to TextMMS to ensure continued support. This is important as the Names List is core to prevent violating names on FB and Meta Accounts | Fully migrate to TextMMS while Establishing propper measurement of number of blocked names as compared to blocklist. Ensure all depedancies of blocklist are migrated including regstration, name edit and all srt jobs that call the blocklist. | M | M | | ■■ | | | N | N | Similiarity Detecti | 3 | 5 | 3 | 8 | |
| 52 | | Reliability and Defensibility | | Audit of the validation rules and making them consistent across all apps | P3 | There gaps in the current validation rules, there are some patterns that are still allowed. We should do a bug bash for name blocking scenarios and audit the validation rules to make sure we have a defensible solution. | Audited validation rules | | | | ■ | | | | | | | | | 0 | |
| 53 | | Measurement | Visibility over prevalence of violating names on FB | Establish measurement for violating names on FB | P3 | Understand and setup measurement for pravelance of violating names on Facebook. | Ongoing metric on prevalence of fake names on facebook. | M | | | ■ | | | N | N | | 3 | 4 | 5 | 5 | |
| 54 | | Measurement | Understand violating names on IG | Understand violating names domain on IG | P3 | We do not have visibility over violating names on IG and harm accociated with it. | Own violating names systems on IG | L | | | ■ | | | | | | | | | 0 | |
| 55 | | Reliability and Defensibility | | [Spillover] Audit of the blocklist - Make it more defensible | P2 ? | The current blocklist is not defensible. We should make sure we understand how it has been created, and also make sure it keeps evolving to include new developments. | Audited blocklist of names for both IG and R | L | | | ■■ | | | N | N ? | Ops | | | | 0 | |
| 56 | | Reliability and Defensibility | Retroactive Enforcement of the Blocklist | Introduce retroactive enforcement for accounts with names on the blocklist | P3 | Current blocklist enforcement is on a go-forward basis. There are accounts that currently have violating/blocklisted names due to having the name before the team was added to the blocklist | Remvoal of accounts with inherently violating names | | | | ■ | | | | | | | | | | |
| 57 | Profile Reporting | | | UI / UX test DP reporting flow (concept / wires) | | | | | | | ■ | | | | | | | | | 0 | |
| 58 | | | | North Star: Holistic Profile Reporting Experience | | | | | | | ■ | | | | | | | | | 0 | |
| 59 | | | | | | | | | | | | | | | | | | | | 0 | |
| 60 | | | | | | | | | | | | | | | | | | | | 0 | |
| 61 | | | | | | | | | | | | | | | | | | | | | |
| 62 | | | | | | | | | | | | | | | | | | | | | |
| 63 | | | | | | | | | | | | | | | | | | | | | |
| 64 | | | | | | | | | | | | | | | | | | | | | |
| 65 | | | | | | | | | | | | | | | | | | | | | |
| 66 | | | | | | | | | | | | | | | | | | | | | |
| 67 | | | | | | | | | | | | | | | | | | | | | |
| 68 | | | | | | | | | | | | | | | | | | | | | |
| 69 | | | | | | | | | | | | | | | | | | | | | |

| | A | B | C | D | E | F | G | H | I | J | K | L | M | N | O | P | Q | R | S | T | U |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 70 | Backlog (not matching voting criteria) | Agility and Efficiency | | Extend signals to consider account clusters, e.g. same DATR/pass with same name / disables. Or should we just leverage Accountability here? | | | | | | | ▮ | | | | | | | | | 0 | |
| 71 | | Agility and Efficiency | | User-level view of authenticity which takes into account appeals and document submission, e.g. if you've proved who you are and haven't been compromised / changed your details since | | | | | | | ▮ | | | | | | | | | 0 | |
| 72 | | Agility and Efficiency | | Surface authenticity classifier to Dating Integrity | | | | | | | ▮ | | | | | | | | | 0 | |
| 73 | | Agility and Efficiency | | Add/Update dq checks to the Authenticity Framework | | | | | | | ▮ | | | | | | | | | 0 | |
| 74 | | Reliability and Defensibility | | | | | | | | | ▮ | | | | | | | | | | |
| 75 | | | | | | | | | | | | | | | | | | | | | |
| 76 | | | | | | | | | | | | | | | | | | | | | |
| 77 | | | | | | | | | | | | | | | | | | | | | |
| 78 | | | | | | | | | | | | | | | | | | | | | |
| 79 | | | | | | | | | | | | | | | | | | | | | |
| 80 | | | | | | | | | | | | | | | | | | | | | |
| 81 | | | | | | | | | | | | | | | | | | | | | |
| 82 | | | | | | | | | | | | | | | | | | | | | |