# Exhibit 147

Message
_____

| | |
|---|---|
| **From:** | Darius Kilstein [/O=THEFACEBOOK/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/███████████████████████] |
| **Sent:** | 4/28/2021 7:02:28 PM |
| **To:** | ██████████████████@fb.com]; Darius Kilstein ███████@fb.com]; ████████████████@fb.com]; ██████@fb.com]; ███████████████████@fb.com]; Shayli Jimenez ██████@fb.com] |
| **Subject:** | Message summary [{"otherUserFbId":null,"threadFbId":4689997307682186}] |

██████████████████████████ (4/28/2021 11:59:05 PDT):
>Hey folks do we have data or research you can point to around early teens (or tweens) trends on messaging and competition?  Specifically
>* how early teens use ig direct (or other messaging systems) - any analysis on content/JTBD there?
>* how tweens and early teens use snap
>* how tweens and early teens use avatars
>* for tiktok or ig, where do external private shares go? to snap, imessage?

Darius Kilstein (4/28/2021 12:01:09 PDT):
>Data wise we have nothing on tweens as there aren't any that use Instagram

Darius Kilstein (4/28/2021 12:01:52 PDT):
>We have teens as a bucket, we never looked at stated-age for those who tell us they are 13-15. So we dont have anything there and that would be net-new work.
>
>We do have some data on Teens as an entire bucket though, ████ can share some slides from her recent deck

████████ (4/28/2021 12:03:42 PDT):
did an ==analysis with 13-14yrs old as a tween proxy==

████████ (4/28/2021 12:04:24 PDT):
>I believe we also have competitor data on the MK side

████████ (4/28/2021 12:05:16 PDT):
>Also I remember a study about private shares from TT but dont think its tweens - just teens and adults

████████ (4/28/2021 12:06:30 PDT):
>Let me pull some resources together for you

████████ (4/28/2021 12:19:23 PDT):
>Slides 15-18 cover some research on Teens & perceptions of IG vs snap, etc:
https://docs.google.com/presentation/d/1hD2HfO5akpPnjGPCl6cKdyChNSg3OwmK7-QVIkblJMw/edit?usp=sharing

████████ (4/28/2021 12:20:28 PDT):
>also sharing some resources that ████ passed along to us:
>
>1/ In the brand tracker, we can see where IG & Snap are at parity on app perceptions (Slide 7), but when we look at consideration vs preference for connecting with friends & messaging, Snap has a better conversion (Slides 21 vs Slide 20): https://www.dropbox.com/scl/fi/j5vyzncvw2hfrq00n6ot1/Instagram-Brand-Tracker-US-Q4-20-Report-v2.1.pptx?dl=0&rlkey=35hn4h31sq60ov4kwjedmgc7a
>
>2/ for people that are using Snap more, friends using it and comfortable spending time with friends on app are often selected as reasons to increase using Snap:
https://fb.workplace.com/photo?fbid=784793265660339&set=pcb.4139663299415587
>
>3/ and snap is viewed as fun, for young people, and private:
https://fb.workplace.com/photo?fbid=786389638834035&set=pcb.4139663299415587
>
>4/ we also see similar findings when focusing on IG Stories, but perceptions of IG vs snap follow the same pattern: https://fb.workplace.com/groups/InstaInsights/permalink/5228947877153785/

████████ (4/28/2021 12:21:52 PDT):
>https://fb.workplace.com/permalink.php?story_fbid=679946782765174&id=100022495757959

████████ (4/28/2021 12:25:48 PDT):
>on the IG market tracker, I can net waves over the half so we can get a more robust sample on early teen, but it doesn't capture specific behavior, just use cases and perceptions (is used for messaging, is a place to connect with friends) at the overall brand level

████████ (4/28/2021 12:29:59 PDT):
>Here's the very wip deck that I'm putting together on US 13-14 year olds! I haven't dug too deep into direct yet, but slides 24 and 27-29 might be relevant!
>https://docs.google.com/presentation/d/1UAMJsHKqHPnx3eY35GljeiMWoYdyAoFXohSSjSoyibk/edit#slide=id.gd02ea b7af3_0_269

███████████    (4/28/2021 12:31:07 PDT):
>You could also ask ██████████ who did the Youth Competitive landscape bit for the Youth Vision Sprint if he has anything

Darius Kilstein (4/28/2021 12:53:10 PDT):
>requsted access :)

███████████    (4/28/2021 12:58:19 PDT):
>oops -- just added you!

███████████████    (4/28/2021 18:21:04 PDT):
>█████ this is so good, do we have the data capabilities to analyze by early teens (13-15) vs later teens (16+)?    I have been working with █████ and █████ on mapping out what it'll take for Data & Research to get to this level of granularities in our analyses.

███████████    (4/28/2021 18:45:20 PDT):
>hmm we could potentially use "stated age" data, but since this is fairly new, we don't have it for most users. I don't believe we've done much (if any) analysis like this, so we'd likely need to first look at how much Teen coverage we even have, as well as any kind of biases in the kinds of users that have stated ages, to gauge if we can get meaningful insights with this approach (@Darius not sure if this has been done before?)

Darius Kilstein (4/28/2021 18:47:23 PDT):
>██████ is the first frontier for stated age and just shared some stuff (haven't had a chance to read yet) but I defer to her on what we can/can't do @silent

███████████████    (4/28/2021 19:00:54 PDT):
>@silent these are so great, thank you all!  Very helpful to influence convos around if/where tweens message and if IGY should consider beyond Direct.

███████████████    (4/28/2021 19:02:26 PDT):
>@silent let's please get consistent in our data and research on the language and age brackets for youth. Aligned with █████ and █████ on this, comms went out to IG Research this week and encourage us to keep consistent with this:
>* oung Kids (0-5)
>* Kids  (6-9)
>* Tweens (10-12)
>* Early Teens (13-15)
>* Later Teens  (16- legal maturity that can vary by country)

███████████████    (4/28/2021 19:02:28 PDT):

shared: http://www.facebook.com/145478897536874 as Strengthening_our_work_and_understanding_on_Youth_-_Comms_Rolled_to_IG_Research.pdf