# Exhibit 149

Message
_____

**From:** ████████████ [/O=THEFACEBOOK/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=████████]
**Sent:** 6/12/2012 3:43:29 PM
**To:** ████████ ████████@fb.com]
**CC:** ████████ ████████@fb.com]; Naomi Gleit ████████@fb.com]; GEM Circle ████████@fb.com]; Elliot Schrage ████@fb.com]; ████████ ████@fb.com]; ████████ ████████@fb.com]; ████████ █@fb.com]; ██ ████@fb.com]; Erin Egan ████████@fb.com]
**BCC:** ██@fb.com; ████@fb.com; ████@fb.com; ████████@fb.com; ████@fb.com ████@fb.com; ████@fb.com
**Subject:** Re: Under-13s

They have data on kids at home, just not at school.

Thanks
████████

████████████████

On Jun 12, 2012, at 11:33 AM, ████████ " ████████@fb.com> wrote:

> Most kids access their GAPE accounts at home as well as school. They have no data on it?
>
> Thanks,
> ██
>
> On Jun 12, 2012, at 4:03 PM, "████████" < ████@fb.com> wrote:
>
>> That's correct, ████████ - comScore doesn't have panel software installed on multi-user computers in general and definitely doesn't have coverage in schools below the university level.  Fairly certain the same is true of Nielsen.
>>
>> **From:** ████████ ████████@fb.com>
>> **Date:** Mon, 11 Jun 2012 18:30:19 -0700
>> **To:** ████████ ████████@fb.com>, Naomi Gleit ████@fb.com>, GEM Circle ████████@fb.com>
>> **Cc:** Elliot Schrage ████@fb.com>, ████████ ████@fb.com>, ████████ █@fb.com>, ████████ █@fb.com> ████████ ████@fb.com>, Erin Egan ████████@fb.com> ████████ ████@fb.com>
>> **Subject:** Re: Under-13s
>>
>> This is interesting, and it's one area that comScore doesn't help with — I'm pretty sure that they have little/no coverage on computers in schools (but cc ████ who will know). So the data below suggests that kids aren't using Google+ much at home, but if they're using Google products at school, that wouldn't be picked up.
>>
>> Not sure how we'd get in-school data; Nielsen might help here but if comScore doesn't have it I'm guessing Nielsen wouldn't either.

HIGHLY CONFIDENTIAL (COMPETITOR)          META3047MDL-277-00004388



**From:** ████████ ████████@fb.com>
**Date:** Mon, 11 Jun 2012 13:44:28 -0700
**To:** Naomi Gleit █████@fb.com>, ████████ ████████@fb.com>, GEM Circle ████████@fb.com>
**Cc:** Elliot Schrage █████@fb.com>, ████████ █████@fb.com>, ████████████ ████████@fb.com>, ████████ █@fb.com>, █████ █████@fb.com>, Erin Egan ████████@fb.com>
**Subject:** Re: Under-13s

The other part to look at is Google Apps for Education—most school districts have integrated the experience of using google mail, chat, doc sharing and other apps right into their district websites and services.

On 6/11/12 8:47 PM, "Naomi Gleit" █████@fb.com> wrote:

Elliot,██ – I followed up the annecdotes that kids are using Google+. This is the data that comscore has on <13 usage of Google+. Sounds like they are actually underindexed in this age group (vs. other age groups) relative to Facebook – thoughts?

- Facebook **already has ~5M monthly web visitors under 13 in the US** (~2M between 6 and 8 and ~3M between 9 and 12).
- Google+ is way behind in this segment — they only have **~220K monthly web visitors under 13 in the US** (~80K between 6 and 8 and ~140K between 9 and 12).
- However, Google+ usage among under-13s is indeed growing: in the last 6 months, monthly visitors have grown **2.7x in the 6-8 group** and **1.7x in the 9-12 group**. Nonetheless, given how far behind they still are, we should probably be more worried about other age groups. The FB : G+ web-visitor ratio for **under-13s is 23:1**; for **13-17s and 18-24s, it's only 7:1** (i.e. 3x worse for us among 13-24s than < 13s).

---

**From:** ████████████
**Sent:** Sunday, June 10, 2012 10:21 PM
**To:** GEM Circle
**Subject:** Under-13s

Hey all,

I've looked into the comScore data for under-13-year-olds, and here's what I've found:

**Headlines**

- Facebook **already has ~5M monthly web visitors under 13 in the US** (~2M between 6 and 8 and ~3M between 9 and 12).
- Google+ is way behind in this segment — they only have **~220K monthly web visitors under 13 in the US** (~80K between 6 and 8 and ~140K between 9 and 12).
- However, Google+ usage among under-13s is indeed growing: in the last 6 months, monthly visitors have grown **2.7x in the 6-8 group** and **1.7x in the 9-12 group**. Nonetheless, given how far behind they still are, we should probably be more worried about other age groups. The FB : G+ web-visitor ratio for **under-13s is 23:1**; for **13-17s and 18-24s, it's only 7:1** (i.e. 3x worse for us among 13-24s than < 13s).

HIGHLY CONFIDENTIAL (COMPETITOR)     META3047MDL-277-00004389