# Exhibit 150

Message
---

**From:** Mark Zuckerberg [/O=THEFACEBOOK/OU=EXTERNAL (FYDIBOHF25SPDLT)/CN=RECIPIENTS/CN=██████████████████████]
**Sent:** 5/2/2017 10:29:19 PM
**To:** ██████████ [██████████@fb.com]
**Subject:** Re: Teens All Hands

How about this? I can put a teen photo in there if we think it's funny. Do we have a good one already?

---

Good morning everyone!

Today we're going to talk about teens and pre-teens -- because one day we'll run out of big problems to work on, but today is not that day.

In all seriousness, in our mission to connect the world, we've connected more than 1.9 billion people as we announced on our earnings call yesterday. Congrats to everyone on our great results btw! To connect the rest of the world, there are three big groups we need to work on connecting: people not on the internet, people in China, and young people who aren't allowed on Facebook or don't use us.

We're making good progress on helping people get on the internet. Internet.org has now connected more than 60 million people and is the most successful initiative like this in history. We're working on China, although that's going to be a while. So that brings us to today.

Now, the point of these all hands is to talk openly about our biggest challenges and opportunities. I always believe we can take our weaknesses and turn them into strengths if we focus on them. That's why we've talked about problems like mobile, which we turned around. Or video, where we're making a lot of progress. Or sharing, where we stopped a steep decline.

Teens and pre-teens are both a big opportunity and a big challenge for us. While most teens use our apps, it's definitely one of our weaker demographics. There are a few things going on here which we'll get into, but one important dynamic is that the we're weaker in younger teens like 13 and 14 year olds, and by the time they get to college and go out into the world, they're mostly all using our services.

Historically, we have never allowed people under the age of 13 on our services because doing so entails a lot of specific compliance work and because younger kids need different services that are more protective and tailored to them.

When kids first got their devices at 11 or 12, we didn't think it made sense to build a whole separate product because 11 and 12 year olds aren't so different from 13 or 14 year olds, and we thought if we built a much more restrictive product, they wouldn't want to use it.

But today, kids are getting their first devices at 7, 8 or 9. These kids are young enough that they need a different service. Right now they have good entertainment and games, but no great communication services where they can safely communicate with their parents, family and a few friends their parents can control. This kind of product will play to our strengths since our brand and product are based on safe, real identity and connections. If we can do this, we'll lay the foundation to connect a lot more people in a safe way.

CONFIDENTIAL

META3047MDL-014-00381713