# Exhibit 151

# Teen Outreach XFN H1 2017 Goals [draft]

Mission: The Teens XFN helps make Instagram an integral part of what it means to be a teen; in everyday life, in entertainment, and in connecting with the world around them. We support Instagram's mission of strengthening human relationships by listening and providing global teens with the tools and resources they need to share their experiences with friends and fans.

Teen Outreach XFN Team:

- DRI: Justin Antony
- Partnerships: Justin Antony, ███████████, ███████████ FB
- Community/Emerging: ████████
- Communications: ██████████
- PMM: ██████████
- Executive Sponsor: ██████████

Helpful Resources/Docs:

- H2 2017 Outreach coordination plan
- H1 2017 MAP analysis (aka ████'s analysis)
- H1 2017 Growth Plan

Our Four Team Goals:

- Bolster our product efforts by driving key launches for teens and arming them with teen insights. Tap into our advocate networks to build grassroots excitement for launches, and build an infrastructure for better data, feedback, and insights that will create a strong company position.
- Accelerate Instagram's teen momentum in key verticals and with key partners: Drive momentum with Community Advocates and key partners while creating foundations for work with the following key groups -- tweens/parents and mobile-first video creators; LA-based partners; LA-based global teens.
- Scale teen advocacy for everyday teens: Identify and support everyday and emerging teens who do not fall under the Partnerships umbrella (people without agents/up and comers).
- Make the teens outreach xfn one of the most productive, cohesive, and effective groups across Instagram: Continue to be the voice of teens throughout all levels of Instagram, advocating for teens and helping product teams better understand what teens value. Formalize team processes for better communication and collaboration. Share initiatives and collaborate with teams around Facebook to build synergies.

Industry Landscape at the Beginning of 2017
At the beginning of 2017, the teen landscape is....Justin can you fill in? Think this can be prose, stuff that would be interesting context for her to frame the discussion. [From previous notes: What is going on in the teen space that only us can provide/what is the teen space...What does this mean for our 4 areas of focus what is the state of the union of the 4 areas. Competition: Snapchat's talent relations problem (aka Vine demise) is a strategic opportunity to double down our partnerships efforts. Musical.ly in LA and starting to steal our event playbook. Expect this year both to continue to push hard for influencers' attention. Real teens and talent are saying it's becoming hard to grow on IG, constant delivery issues and that IG doesn't have as many cool features as other platforms. We'll be at the frontlines as we turn these known issues around. With many people working on Teens initiatives it will be important in H1 will to prioritize, focus and resource to be well position for H2 and beyond. Global Brazil teens EU. Teens are using Stories more than any subset. Add some more good stuff, community in. Blue Ocean cities]

Lookback: H2 2016 Highlights

- PRODUCT: Used our networks to promote product adoption and awareness (examples: Industry/Creator workshops; meetups in "blue ocean" cities); Improved XFN coordination, communication (including with global teams), and transitioned from a "vertical" to a true, collaborative horizontal;
- ACTIVATIONS: Created innovative, talked about events domestically and abroad (examples: Arcade, Instaskate, Beautycon London, LATAM LA workshops);
- TEENS/ACTIVISM: Created partnerships and initiatives with teen leaders in activist space (example: LGBTQ community/Visible Me, body image/PerfectlyMe);

META3047MDL-047-00730463

- TWEENS: Made huge inroads into this space.... Justin ▮▮▮▮ what more would you say here? Previous bullet was this but that seems like a goal, not a lookback?: "Tweens/"Managed by" accounts - From Nickelodeon to Disney to Musical.ly/Live.ly  - <mark>Tweens are the future made massive outreach progress; double down on this!"</mark>

Lookback: H2 2016 Lowlights

- COMPETITOR GROWTH + PROMINENCE: Snapchat huge marketing campaigns in LA including 1600 Vine; Musical.ly growing Tween follower base faster and landing big press stories as the "kingmakers of the Tween". Ongoing question of, "Has IG peaked?". Feedback that our app is just harder to use than others.
- GLOBAL SUPPORT: Still a low of work to do in LATAM and APAC despite huge efforts by local teams;
- RESOURCES: Lack of dedicated analyst, low/inconsistent editorial coverage on community teams.

H1 2017 What Does Success Look Like

- Extremely close partnership with product and growth and FB to promote teen centric product amongst trendsetting real teens, top accounts and press
- Doubling down on our 2 superpowers of community and partnerships scale efforts with marketing and amplify with press
- Community Teen ambassadors using Instagram in a trendsetting ways that other normal teens replicate
- Top accounts continuing to tout in press how Instagram is "family" and cares about their success
- IG native influencers making news and setting trends
- Teens seeing IG as a place for support and social good
- Partnerships focus in LA, Community focus in Blue Oceans in USA, Brazil and Europe, Press focus on National Stories
- US learnings scaled internationally

H1 Goals

- Launch Masks and Live with successfully with major teen influencers
- Create a nationwide teen ambassador street team/IRL network. Set the foundations for this in EMEA as well.
- Create 4 big teen events (amongst Kids Choice, Radio Disney Music Awards, Cochella, Vidcon)
- Identify and develop 1-2 native top accounts that we can say were birthed on Instagram.
- Create 2 teens moments that show IG as a community of support or social good
- Start a sync with FB Teen teams (▮▮▮▮▮▮ - With ▮▮▮▮▮▮▮▮▮ to lead this role)
- Product, product lead on XFN and working together to achieve goals (▮▮▮▮ to lead efforts)
- Scale US learnings internationally - 1 creator/community support event in Brazil and 1-2 in EU

Challenges:
Convert LA Coordinator (she is the secret to our successful events)
Additional LA Teen SPM (in progress) (consideration for a 3rd in H2)
Additional community SPM (in progress)
Assign or hire a dedicated Teen researcher
Pushing for seat at the table on all Teen/Tween Projects

Product Marketing (▮▮▮▮ - ▮▮▮ transition off)
H2 2016 Highlights

- Teen-focused product launches
  - Instagram Stories - 150M+ people use Instagram Stories every day (a daily participation rate of 40%), and we know teens are top users of stories. Teens are actually producing more Stories than Feed media on a global level
  - Live and the new Direct - Executed a consumer launch plan focused on normal teens that helped drive teen adoption in test countries and the US. Early data shows that Instagram Live Stories has attracted a larger teen user base than Facebook Live.

H2 2016 Lowlights

- No brand campaign to acquire teens
- Snapchat brand campaign at 1600 Vine

H1 2017 What Does Success Look Like