# Exhibit 154



## Research Insights
Open Group · 4.4K members · All the latest reports from U...  **See more**

**Join**    •••

Posts    Files    Topics    More ▼                          🔍 Search group...



October 9, 2017 · 💼

## Tweens and social media

This deck is meant as an introduction to the tween demographic and their social media use.

- Tweens decide which app is for them based on the app's user base. The real driver for engagement on social media is entertainment and emotional connections, not communication.

- No existing social media app feels like it was really made for them.

- Tweens are herd animals, and want to find communities where they can fit in. They are particularly intrigued by products that
  - Highlight group experiences and feelings of belonging
  - Strengthen connections (not communication!) to a small circle of close friends
  - Use entertainment/interests as a starting point for interactive engagement (Tweens are super impatient, don't bore them by keeping them passive.)
  - De-emphasize self-presentation and instead highlight fitting in. (Tweens are soooo different from teens on this one.)

P.S. The findings in this report are based on a series of qualitative and quantitative studies over the past 1.5 years. Due to the sensitivity of the subject, not all findings and materials are included in this report. If you want to dig in further for your work on tweens, please reach out to me directly! We also have several more research initiative on the way, can't wait to share with you soon.

#tweens



- What's the purpose of this deck?
  This deck gives you a first look at the tween demographic and their social media use so that you have a solid base level understanding to start off

CONFIDENTIAL

META3047MDL-207-00034678



CONFIDENTIAL

META3047MDL-207-00034679



CONFIDENTIAL

META3047MDL-207-00034680



CONFIDENTIAL

META3047MDL-207-00034681



CONFIDENTIAL

META3047MDL-207-00034682



- ## What's the purpose of this deck?
  This deck gives you a first look at the tween demographic and their social media use so that you have a solid base level understanding to start off.

- ## Tweens and social media
  Tweens decide which app is for them based on the app's user base. The real driver for engagement on social media is entertainment and emotional connections, not communication. Tweens are herd animals, and want to find communities where they can fit in. They are particularly intrigued by
  - Highlight group experiences and feelings of belonging
  - Strengthen connections (not communication!) to a small circle of close friends
  - Use entertainment/interests as a starting point for engagement
  - De-emphasize self-presentation

CONFIDENTIAL

META3047MDL-207-00034683



CONFIDENTIAL

META3047MDL-207-00034684



- Qualitative research
  - 6 foundational understanding/in-home interviews (Jonesborough, TN and Charlotte, NC) in August 2017
    - 2 10 year-olds, 2 11 year-olds, 2 12 year-olds
    - With their own smartphone and own social media account
  - 12 parent/child interviews (Phoenix, AZ) in September 2017
- Quantitative research
  - Survey to n=275 11-12 year-olds (US) in April 2017
  - Survey to n=125 7-9 and n=125 10-12 year-olds in September 2016
  - Survey to n=1,050 10-12 year-olds and parents in March 2017 (by Instagram)

- This series of qualitative and quantitative research was checked against previously conducted FB internal and external tweens research. While results are directionally conclusive, %s should be taken with caution.
- The research summary presented in this report was also informed by additional tweens research from the past two years. Due to the sensitive nature of the subject, research findings, materials and raw data about tweens' social media usage are only available upon request.

CONFIDENTIAL

META3047MDL-207-00034685



# Tweens' Digital Habits

CONFIDENTIAL

META3047MDL-207-00034686



# Digital leisure is the norm.

- Tweens now mostly have their own phones, enabling them to access apps on the go.
- Their friends are increasingly on social media/using digital communication.
- They know what they are interested in and seek out interests online.
- They have a lot of in-person activities and feel stressed, leading them to want to relax online with "lean back" activities.

Source: SmartyPants Qualitative Study (directionally corroborated by Dubit Survey)

SMARTY PANTS®

CONFIDENTIAL

META3047MDL-207-00034687

# Tweens start to have their own phones by the end of elementary school.

"11 is the golden age for phones."
– *11yo boy*

"I like playing Piano Tiles and Angry Birds on my phone."
– *10yo boy*

## In elementary school, tablets are an obvious choice

- Kids in 3rd and 4th grades (ages 8 to 10) typically use these devices for **gaming.**

- They also use tablets for **watching videos** and **video chatting** and/or **communicating** with **family.**

- Some come to realize they can **interact with peers** through messaging apps.

- Almost everything **happens at home,** on WiFi.

## In 5th grade, many tweens receive their first phones

- For the first time, they have something digital **all to themselves** – and can take it wherever they like.

- **Gaming** is still a big part of the mix, but **social media** becomes a part of their digital diets.

- And they're **connected wherever** they go.

Study (directionally corroborated by Dubit Survey)

SMARTY PANTS®

CONFIDENTIAL

META3047MDL-207-00034688

# Digital communication with parents is utilitarian.

- Initially, the phone serves as the conduit between tweens and their parents – for utilitarian messaging.
  - With newfound freedom (middle school), 11-year-olds must let their parents know – typically through phone calls or texting:

"The initial purpose of getting her the phone in general is so we could communicate with her."
– *Dad of 10yo girl*



When they get to school in the morning

When they leave school in the afternoon

When they get home

Other plans they'd like to make with friends

Scheduling/coordinating ▬▬ Location monitoring ▬▬ Show affection

Source: SmartyPants Qualitative Study, Research Now Survey Nov 2016. Consider the last time you messaged (text or video) with [child]. What was the general content or purpose of that message/conversation? (n=1,035)

CONFIDENTIAL

META3047MDL-207-00034689

# Tweens are similar to older peers in their phone usage.

Tweens' usage becomes more social and outward oriented. Friends become a more important reference group than parents.



Source: Dubit Trends. AQ4.2. Which of the following list of activities do you use a smartphone for?
(Base: US Wave 275 (11-12)
CONFIDENTIAL

META3047MDL-207-00034690

# But, even with newfound freedoms, tweens are still most at home in the analog world. In-person communication is preferred.

- As tweens hear about the newest/latest/greatest apps from friends, they quickly fill their devices with gaming, messaging and social media apps.

- However, this connectivity doesn't replace – nor does it outshine – good, old-fashioned face-to-face hanging out.



CONFIDENTIAL

META3047MDL-207-00034691



CONFIDENTIAL

META3047MDL-207-00034692



# Tweens and Social Media Access

CONFIDENTIAL

META3047MDL-207-00034693

# Signing up for social media is a given.



- From older siblings/cousins to peers with older siblings to the news, tweens know what social media is way before they actually start dabbling. Their engagement is really a matter of "when," not "if."

- The specific platforms are chosen based on what's new and being discussed at school – whatever is hot is what's downloaded. It has to be fun and entertaining first and foremost.

- Whether or not they stay engaged with a specific social media platform depends on whether they are able to deepen existing friendships or create emotional bonds in addition to having fun.

Source: SmartyPants Qualitative Study (Aug 2017) and FB Internal Qualitative Research (Aug 2016)

CONFIDENTIAL

META3047MDL-207-00034694

# The majority of 10-12 year olds have at least one social media account.



Source: Research Now Survey Oct 2016: Do you have a social media account?
(n=250)

CONFIDENTIAL

META3047MDL-207-00034695



# But, tweens are cautious...

They are aware and wary of stranger-danger and bullying based on:
- Conversations at home
- Talks at school
- Cautionary tales
- Witnessing issues with older siblings

They're not looking for trouble but they know trouble can find them.

As such, they are apt to be careful with:
- Keeping their accounts private
- Who they follow/subscribe to/friend
- Who they accept follow/friend requests from
- What they post

"I don't like making accounts on stuff except for Snapchat...I feel safer with just the one thing."
— *10yo girl*

"[I'm careful about what I post because] there's a lot of weird people out there and I don't want them seeing what I do."
— *11yo boy*

SMARTY PANTS

CONFIDENTIAL

META3047MDL-207-00034696

# ... and parents are leery.

- Parents acknowledge the upside of social media:
  - It can be fun, silly, creative
  - It's a great way to stay in touch with friends when you move, change schools
- But they are concerned with their children:
  - Being exposed to mature content, which contributes to the larger concern of innocence lost
  - Accidentally sharing more information that they should, and resulting predator danger
  - Engaging with, or becoming the victims of, bullying
  - Having yet another reason to try to increase screen time
  - Being unable to communicate properly in the real world
  - Tying their self worth too closely to "likes"



CONFIDENTIAL

META3047MDL-207-00034697



# Online safety is a **top concern to both parents and kids.**

Parents implore kids to only connect with people whom they actually know and to stick to kid-appropriate content. Because kids want to stay out of trouble and prove themselves worthy of their parents' trust, they mostly stick to the rules.

| | |
|---|---|
| Talk with your children about their online acvities | 69% |
| Use parental controls | 67% |
| Helped set-up privacy settings | 51% |
| Read the privacy policy | 44% |
| Searched for your child's name online | 38% |

"We have the parental controls set up so she can't wander into anything inappropriate for her age."
— *Mom of 12yo girl*

Source: Dubit Trends. DQ10. What actions do you take to protect your children online?
(Base: US Wave 6 275 (11-12)

CONFIDENTIAL

META3047MDL-207-00034698



# Parents are still gatekeepers for tweens' social media access.

The majority of parents' are uncomfortable with their kids' use of social media on any app until age 11. Facebook is the app that parents feel most comfortable with their kids using, but only just barely.

Which of the following best describes your comfort with your child using the following apps? [extremely comfortable – extremely uncomfortable]

— Comfortable FB    — Uncomfortable

Source: Internal survey March 2017
(n=486)

CONFIDENTIAL

META3047MDL-207-00034699

# Parents are concerned about their kids being exposed to inappropriate content or people. They get more worried about their kids being mean as they use social media more.



Source: Internal survey March 2017
(n=486)

CONFIDENTIAL

META3047MDL-207-00034700

# Parents keep a close watch over their tweens' social media.



- Parents and kids are often connected on social media
  - Some tweens use their parents' accounts, while others are logged into their accounts on their parents' devices.
  - Most are connected to their parents or other adult relatives, who see everything they do.
- Parents and kids negotiate for <u>ONE</u> social media account at a time
  - If kids prove themselves to be responsible, more are allowed to follow (often pretty quickly).
  - That is kids' #1 incentive to abide by parental rules.
- Kids are mostly passive or share with a small group of friends only
  - They generally look and like more than they post.

"I follow the iSunny page because it's kid friendly most of the time. If there is inappropriate stuff I just skip over it."
— 11yo boy

CONFIDENTIAL

META3047MDL-207-00034701

# Tweens' online social circles are very small.

Tweens connect with family members and real-world friends – and maybe friends of friends – but no one else.

Some follow celebrities or athletes through platforms that allow them to do so, but it's voyeuristic and one-way.

Accounts are almost always private. Tweens are very sensitive of being too public for safety reasons.

"On my [social media] accounts, if someone wants to follow me and I don't know who it is I'm just going to delete [the request] so they can't see what I'm posting and they're not following me."
– 11yo boy

"[On social media] I follow just my friends, the pretty close ones."
– 12yo girl

"I don't really add anyone I don't know."
– 10yo girl

CONFIDENTIAL

META3047MDL-207-00034702



CONFIDENTIAL

META3047MDL-207-00034703



# Tweens and Social Media Apps

CONFIDENTIAL

META3047MDL-207-00034704

# Platform perceptions are based on perceived user bases.



- More than anything else, tweens focus on who they believe is using any given social network.
  - It's the first thing they mention when comparing, contrasting and describing.

- But they are somewhat capable of understanding the features/functions/user interfaces that result in specific audiences gravitating towards certain platforms.

- Accordingly, tweens do not feel all social media platforms are for them – or that they necessarily function differently than one another.

"Musical.ly is for kids because it's silly and kids are silly."
– 11yo girl

"I don't really know why younger kids would have a Facebook account because that's for adults."
– 10yo girl

CONFIDENTIAL

META3047MDL-207-00034705



# Facebook is for old people.

"Facebook is for old people – old as in 40."
– 11yo boy

"A lot of adults have a Facebook account. I think that on Facebook people post some stuff that should only be for adults."
– 10yo girl

- Tweens have parents that use the interface – by default, raising awareness but limiting its appeal.
- It's not fun – it's functional.



**Perceived user base:**
- Parents
- Aunts and uncles
- Cousins age 20+



**Frequency:**
- Rarely, if ever
- Once a week at most
- Only after other apps have been exhausted



**Favorite features:**
- None mentioned

**Platform experiences that result in this user base:**
- Delayed communication (Messenger awareness is low, feels separate from the core experience)
- Busy, confusing UX
- Used to post (but not play with) videos and pics
- Lots of advertising (and tweens can't buy online)

**What it's good for:**
- Keeping tabs on what your family is up to

"I have Facebook Messenger but I don't have Facebook."
– 12yo girl

**What's Missing:** People my age. I have it, but I don't create anything here.

SMARTY PANTS

CONFIDENTIAL

META3047MDL-207-00034706



# Instagram is for teens.

"Most of my friends are on Instagram."
— 12yo boy

"More people my age are into Instagram."
— 11yo girl

- Tweens discover Instagram from parents, older siblings or friends with older siblings.
- It's more fun than Facebook but functions in many of the same ways



**Perceived user base:**
- Middle schoolers
- High schoolers
- Some young adults
- Celebrities



**Frequency:**
- A few times a week
- Only after Snapchat has been checked



**Favorite features:**
- Looking at others' content

**Platform experiences that result in this user base:**
- Delayed communication (Direct awareness is low)
- Video/photo editing
- Posting to stories
- Sharing live videos
- Simple UX
- Liking others' content

**What it's good for:**
- It's primarily a consumption-based app to see what others are up to
- Sharing:
  - Special moments (e.g.: vacation, sports)
  - Celebrations (e.g.: when you're dressed up)
  - Cool things (e.g.: food, shoes)

**What's Missing:** I don't post much here, but it's cool to look at stuff.

CONFIDENTIAL

META3047MDL-207-00034707



# Snapchat is for tweens.

- Tweens have a deep and wide understanding of this platform.
- It's fun, funny, silly and creative – seemingly made just for them.

*"Some of the filters are silly so some of the adults are like, 'What is this? This is like too silly and stuff.'"*
*– 11yo girl*



**Perceived user base:**
- High schoolers
- Middle schoolers



**Frequency:**
- Multiple times a day
- Almost every day



**Favorite features:**
- Photo editing
- Streaks

**Platform experiences that result in this user base:**
- Large library of timely and ever-changing filters
- Streaks
- Bitmojis
- Temporariness of it all
- Directness of communication
- "Ghosting" and being visible on Snap maps

*"Streaks are how many days in a row you Snapchatted someone. My longest one is 137."*
*– 11yo boy*

**What it's good for:**
- Videos and pictures of funny experiences
- In the moment, spontaneous sharing
- Being random
- Sharing the real you
- Making the most of your camera roll
- Showing your commitment to friends (via streaks)

**What's Missing:** We can't all do things together, and everything goes away again.

SMARTY PANTS

CONFIDENTIAL

META3047MDL-207-00034708



# YouTube is not seen as social media.

- Tweens know they can comment on videos, but rarely do anything other than "like".
- Many want to post their own content but aren't allowed to.

> "I use YouTube because YouTube's like a really fun app to go on and just look around or you can look at stuff that you want to do."
> — 11yo boy



**Perceived user base**:
- Literally everyone



**Frequency**:
- Multiple times a day
- Every day of the week



**Favorite features**:
- Watching favorite YouTubers

**Platform experiences that result in this user base:**
- Seemingly endless, constantly growing library
- Every format, genre, topic included
- The only place for short-form video
- Incredibly smart suggested videos algorithm

> "[On YouTube I find new videos by] going to the home page bucket list channels."
> — 10yo girl

**What it's good for:**
- Learning about something of interest
- Laughing
- Accessing cross-network content

> "On YouTube I'll either watch like lifehacks or DIYs."
> — 12yo girl

**What's Missing:** I don't connect with my friends here.

CONFIDENTIAL

META3047MDL-207-00034709



# Musical.ly is not seen as social media.

> "I got Musical.ly when I was 11."
> – 12yo girl

> "[On Musical.ly] you can post silly videos."
> – 11yo girl

- Even though tweens can comment and like videos, the platform is more a creative outlet than a mode of connectivity.
- The skew is heavily female but seems to be made with tweens in mind.



**Perceived user base:**
- High school girls
- Middle school girls



**Frequency:**
- A few times a week



**Favorite features:**
- Creating and editing videos

**Platform experiences that result in this user base:**
- Current music
- Youthful editing options
- Rooted in performing

**What it's good for:**
- Discovering new music
- Creating videos
- Scrolling through favorite Musers' posts
- Being creative, silly

**What's Missing:** I don't connect with my friends here.

SMARTY PANTS

META3047MDL-207-00034710



# House Party engagement is limited.

"Oh yeah, House Party! I've heard of it but I don't know what it does."
– *12yo boy*

- Many tweens have heard of the platform, but few are using it.
- It simply seems like another video chat that's not much better than FaceTime, Skype and even Google Hangouts.

 **Perceived user base**:
- High schoolers
- Middle schoolers

 **Frequency**:
- Rarely

 **Favorite features**:
- None mentioned

**Platform experiences that result in this user base:**
- Video chat

**What it's good for:**
- Video chatting with multiple people

**What's Missing:** There is only one thing to do here.

CONFIDENTIAL

META3047MDL-207-00034711

## In Sum

 **FACEBOOK** is social media for my family

 **INSTAGRAM** is the place to watch stuff and share the best version of my life

 **SNAPCHAT** is iMessage + FaceTime + Instagram with a way to share the real me

 **YOUTUBE** is the video version of Google

 **MUSICAL.LY** is YouTube + iMovie + Snapchat

 **HOUSEPARTY** is FaceTime for everyone







CONFIDENTIAL

META3047MDL-207-00034712



# Tweens and Social Media Needs

CONFIDENTIAL

META3047MDL-207-00034713

# None of the existing apps truly fulfill tweens' needs for a social platform.

As is the case with many other categories, tweens are making do with what's been created for kids and/or teens.

They can connect and have fun using existing apps, even though they're not made with a 10 to 12 year-old in mind.

Currently available apps over-index on one vector, but don't provide tweens the variety they crave

Communication (Snapchat)

Entertainment (YouTube, Facebook)

Creative expression (musical.ly)

"[I get on social media] when I'm bored." – *10yo boy*

CONFIDENTIAL

META3047MDL-207-00034714

## And it may not be "social media" in the traditional sense.

The need for communication is limited. But, the ability to connect emotionally with friends is important.

The need for documenting and showing one's life is limited. But, the desire to blend offline/online lives is high.

The desire to be part of a group is at all-time high. Tweens need to have fun and their desire see what others are up to is never-ending.

Tweens want to be able to go deep on their interests. But, patience for passive-only consumption is limited. Tweens desire to make something themselves and prefer interactive-consumption models.



CONFIDENTIAL

META3047MDL-207-00034715



CONFIDENTIAL

META3047MDL-207-00034716



CONFIDENTIAL

META3047MDL-207-00034717



**Questions?**

@fb.com

The research findings in this report are based on a series of qualitative and quantitative studies over the past 1.5 years. Due to the sensitivity of the subject, not all findings and materials are included in this report. If you want to dig in further for your work on tweens, please reach out to me directly!

CONFIDENTIAL

META3047MDL-207-00034718

META3047MDL-207-00034678

## Metadata

| All Custodians | Meta Platforms; | SEMANTIC |
|---|---|---|
| Confidentiality | CONFIDENTIAL | SEMANTIC |