# Exhibit 155



# IG Youth: Tween Needs

A/C PRIV

HIGHLY CONFIDENTIAL (COMPETITOR)

META3047MDL-004-00003522

**TL;DR**

### How might we help tweens discover, curate, and go deep on their interests on IG?

- While the majority of impressions are on connected content, young teens enjoy consuming Reels as a source of entertainment more than other age cohorts.
- Tweens say they enjoy content that fall under the funny / comedy, gaming, music, animals / pets, and pranks categories, and unsurprisingly also tend to interact with those categories most too.

### How might we help tweens play, create, and collaborate on IG?

- Tweens have preconceived barriers to using Instagram that rest mainly on the social pressure the platform presents.
- Despite lower rates of broadcast sharing, young teens mimic older teens in their usage of private direct production.
- They also use playful creation tools, like stickers, to express themselves more than adults.

### How might we help tweens feel like their close friends/family are nearby?

- It starts with helping them find their close friends on our platform. Young teens rely on Suggested Users and Organic means to find their close friends.
- Once they're connected, we then have to make sure they're maintaining those relationships on our platform. Direct stands out as a place for this as young teens spend far more time in Direct.
- Not only are young teens using Direct a lot, they're also using it to keep up with close friends, with 66% of DMs received being from close friends.

*Analysis limited to US only.*

HIGHLY CONFIDENTIAL (COMPETITOR)

META3047MDL-004-00003523

# Recommendations

**Alter discovery surfaces to show more content from categories that tweens are most interested in.**

~ Tweens say they enjoy content that fall under the funny / comedy, gaming, music, animals / pets, and pranks categories, and unsurprisingly also tend to interact with those categories most too.

**Create lightweight, ephemeral sharing tools that lower the barrier and preconceived concerns to broadcast sharing.**

~ Despite lower rates of broadcast sharing, young teens mimic older teens in their usage of private direct production.
~ They also use playful creation tools, like stickers, to express themselves more than adults.

**Lean into Direct as a form of connection and relationship building for tweens.**

~ Not only are young teens using Direct a lot, they're also using it to keep up with close friends, with 66% of DMs received being from close friends.

HIGHLY CONFIDENTIAL (COMPETITOR)

META3047MDL-004-00003554