# Exhibit 158

Message
_____

**From:** Ashley Yuki [/O=THEFACEBOOK/OU=EXTERNAL (FYDIBOHF25SPDLT)/CN=RECIPIENTS/CN=█████████████████]

**Sent:** 5/2/2022 3:00:31 AM

**To:** John Hegeman [█████████@fb.com]; [████████████████████@fb.com]

**Cc:** [████████████@fb.com]; [████████████@fb.com]; [██████████████@fb.com]; Karina Newton [██████████@fb.com]; Miki Rothschild [████████@fb.com]; Max Eulenstein [█████@fb.com]; Darius Kilstein [█████████@fb.com]; [████████████@fb.com]; [████████████@fb.com]; [█████████████; █████████@fb.com]; Tanya Cordrey [████████████@fb.com]; Harsh Doshi [███████@fb.com]; [████████████; █████████@fb.com]

**Subject:** Re: <A/C Priv> Heads-Up: Launching Blocking Age Collection in Instagram on May 2nd

Closing the loop here that IG Leads decision was indeed to move forward with this launching blocking age collection.

---

**From:** Ashley Yuki <███████@fb.com>
**Date:** Saturday, April 23, 2022 at 3:45 PM
**To:** John Hegeman <█████████@fb.com>, ████████████████████@fb.com>
**Cc:** █████████████@fb.com>, █████████████@fb.com>, ████████████████@fb.com>, Karina Newton <██████████@fb.com>, Miki Rothschild <████████@fb.com>, Max Eulenstein <██████@fb.com>, Darius Kilstein <█████████@fb.com>, ████████████████@fb.com>, ███████████████████@fb.com>, ██████████████████@fb.com>, Tanya Cordrey <████████████@fb.com>, Harsh Doshi <███████@fb.com>, ████████████████████@fb.com>
**Subject:** Re: <A/C Priv> Heads-Up: Launching Blocking Age Collection in Instagram on May 2nd

Thanks John! We'll circle back here with final outcome after we review as IG Leads.

---

**From:** John Hegeman <█████████@fb.com>
**Sent:** Saturday, April 23, 2022 10:13:33 AM
**To:** ████████████████@fb.com>; Ashley Yuki <███████@fb.com>
**Cc:** █████████████@fb.com>; █████████████@fb.com>; ████████████████@fb.com>; Karina Newton <██████████@fb.com>; Miki Rothschild <████████@fb.com>; Max Eulenstein <██████@fb.com>; Darius Kilstein <█████████@fb.com>; ████████████████@fb.com>; ███████████████████@fb.com>; ██████████████████@fb.com>; Tanya Cordrey <████████████@fb.com>; Harsh Doshi <███████@fb.com>; ████████████████████@fb.com>
**Subject:** Re: <A/C Priv> Heads-Up: Launching Blocking Age Collection in Instagram on May 2nd

Makes sense and confirming I'm comfortable with this if IG Leads think it is the best available path forward.

---

**From:** ████████████████████@fb.com>
**Date:** Friday, April 22, 2022 at 2:53 PM
**To:** John Hegeman <█████████@fb.com>, Ashley Yuki <███████@fb.com>
**Cc:** █████████████@fb.com>, █████████████@fb.com>, ████████████████@fb.com>, Karina Newton <██████████@fb.com>, Miki Rothschild <████████@fb.com>, Max Eulenstein <██████@fb.com>, Darius Kilstein <█████████@fb.com>, ████████████████@fb.com>, ███████████████████@fb.com>, ██████████████████@fb.com>, Tanya Cordrey <████████████@fb.com>, Harsh Doshi <███████@fb.com>, ████████████████████@fb.com>
**Subject:** Re: <A/C Priv> Heads-Up: Launching Blocking Age Collection in Instagram on May 2nd

Hello John,

HIGHLY CONFIDENTIAL (COMPETITOR)

Instagram is a bit of a unique situation. Until a couple of years ago, IG did not ask for a birthdate during new user account creation, except for EU under GDPR. Therefore, IG has close to 16% of users without stated age.

We are trying to close this gap in stated age in order to comply with the upcoming Ads transparency regulations.

The blue app, which had age collection during account creation does not have this issue.

Regarding our competition:
- Tik Tok, Youtube, Snap and several others have had age collection as part of the new user account creation.
- Twitter did not require age during new account registration till a few years ago.

Thanks,
Krishna



**From:** John Hegeman ████████@fb.com>
**Sent:** Friday, April 22, 2022 9:26 AM
**To:** Ashley Yuki ████@fb.com>
**Cc:** ██████████@fb.com>; Krishna Kumar ████████@fb.com>; ██████████@fb.com>; ██████ <██████@fb.com>; Karina Newton ████████@fb.com>; Miki Rothschild <██████@fb.com>; Max Eulenstein <████@fb.com>; Darius Kilstein <██████@fb.com>; ██████████@fb.com>; ██████ <██████@fb.com>; ████████████████@fb.com>; Tanya Cordrey <████████@fb.com>; Harsh Doshi ██████@fb.com>; ██████ <██████@fb.com>
**Subject:** Re: <A/C Priv> Heads-Up: Launching Blocking Age Collection in Instagram on May 2nd

Thanks for sharing. For reference: how does TikTok deal with this issue? As a general principle I'm trying to make sure we scrutinize places where we're choosing to be substantially more conservative than the relevant competitive market.

Best,
John

**From:** Ashley Yuki <████@fb.com>
**Date:** Thursday, April 21, 2022 at 10:46 PM
**To:** John Hegeman <██████@fb.com>
**Cc:** ██████████@fb.com>, Krishna Kumar ████████@fb.com>, ██████████@fb.com>, ██ ████████████@fb.com>, Karina Newton <████████@fb.com>, Miki Rothschild <██████@fb.com>, Max Eulenstein <████@fb.com>, Darius Kilstein <██████@fb.com>, ██████ <██████@fb.com>, ████████████@fb.com>, ████████████████@fb.com>, Tanya Cordrey ████████@fb.com>, Harsh Doshi <██████@fb.com>, ████████████████@fb.com>
**Subject:** <A/C Priv> Heads-Up: Launching Blocking Age Collection in Instagram on May 2nd

Hey John,

We want to give you a heads up on an upcoming regulatory driven launch of blocking age collection on IG in order to get your feedback ahead of finalizing the launch decision with Adam and the other IG Leads. This blocking experience would result in a top line DAU regression of -0.48%, with nss revenue impact, but likely negative.

For context, IG has started collecting age in registration globally since GDPR. However, we still have ~16% of DAU who are missing stated age because they signed up before that. With the upcoming regulatory driven launches of Basic Ads and WAIST (Why Am I Seeing This) in Ads, we need 100% coverage of stated age, in order to ensure Teens are put in the required experience and that we're able to be transparent about Ads targeting.

Over the past 6+ months the team has been working on collecting age via non-blocking tactics (e.g. dismissible QPs/prompts) and optimizing the blocking experience to minimize friction for users. We're now approaching the point

HIGHLY CONFIDENTIAL (COMPETITOR)