# Exhibit 159

Message
_____

**From:** ▮▮▮▮▮▮▮▮ [/O=THEFACEBOOK/OU=EXTERNAL (FYDIBOHF25SPDLT)/CN=RECIPIENTS/CN=▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮]
**Sent:** 10/13/2017 7:10:23 PM
**To:** Justin Antony ▮▮▮▮▮▮@instagram.com]; ▮▮▮▮▮▮▮▮@instagram.com]
**Subject:** Re: Parners w/ high teen followings
**Attachments:** All verified - teen following and categories 10.10.17.xlsx

Hi ▮▮▮

Sure, makes sense! We have this type of data already available, and I've used it for a couple of launches with ▮▮▮▮. The vertical mapping that we finished earlier this year was a key component for being able to cut by more detail than just country, so now we could get as granular as who the teen-related partners are for music in France. Please see attached for the full data set, which we can cut as needed.

Justin, I think that our project around reach and other metrics will help quantify the right partners to an even greater extent!

Thanks,

▮▮▮▮

...................................................................................................................

**From:** Justin Antony ▮▮▮▮▮▮@instagram.com>
**Date:** Friday, October 13, 2017 at 10:24 AM
**To:** ▮▮▮▮▮▮▮▮@instagram.com>
**Cc:** ▮▮▮▮▮▮▮▮@instagram.com>
**Subject:** Re: Parners w/ high teen followings

Yes sounds good, we would have the same end result(launch with the most impactful talent) only slight difference would be I am want to ==filter for only real teen partners (12-18)== within emerging vertical only.

Glad you want this too because ▮▮▮▮ can probably work on the same pull of data but then we can filter manually for our BOB needs.

Sent from my iPhone

On Oct 13, 2017, at 10:17 AM, ▮▮▮▮ <▮▮▮▮@instagram.com> wrote:

> Hey! Slightly different thing, but related, I'm sure.
>
> I'm coming at this from the lens of, "If we wanted to get out a product launch or other content push on IG that would reach the most global (or US) everyday teens in the most compelling ways, who are the top ~100 partners who would reach the biggest footprint of everyday teens."
>
> Another way of saying this is: "Let's say we had a launch coming up in a month and wanted it to land with everyday teens in the biggest way possible with partners from across verticals and markets, what would our dream list of launch partners be?" (Ignoring constraints we've had from marketing, etc, before on the go-to-market approach)
>
> ...................................................................................................................
>
> **From:** Justin Antony ▮▮▮▮▮▮@instagram.com>
> **Date:** Friday, October 13, 2017 at 10:11 AM

CONFIDENTIAL

META3047MDL-074-00143512