# Exhibit 160

Message
_____

**From:**     Justin Antony [/O=THEFACEBOOK/OU=EXTERNAL
              (FYDIBOHF25SPDLT)/CN=RECIPIENTS/CN=█████████████████████████]
**Sent:**     1/13/2017 8:49:30 PM
**To:**       Justin Antony █████████@instagram.com]; █████████████ █████@instagram.com]
**Subject:**  Message summary [mid.1470265799721:5e3086e1ad79b38a04]


████████████████ (1/13/2017 12:28:26 PST):
>I feel like we should push for this managed by thing

████████████████ (1/13/2017 12:28:36 PST):
>Don't know how you feel

Justin Antony (1/13/2017 12:35:09 PST):
>Yes agreed.  I also think we should look at a way to tweek the user experience by possibly adjusting feed/delivery, featuring, and redesigning the interface for teens to be more teen centric.  Teens need to see other teens and tweens on the platform so that they feel the app is for a them.  Right now they see too many adults on the platform but if they see more of themselves (ala musical.ly leaderboards) then it will be a better community for them
shared: http://www.facebook.com/10155781870719698

Justin Antony (1/13/2017 12:37:39 PST):
>Finstas everyone is saying is our way "in" but I think we should more look at why teens use finstas. They use finstas because they see too many adults.  So we need to find a way to keep adults off teen feed.

████████████████ (1/13/2017 12:48:16 PST):
>This is the one I was telling you about yesterday

████████████████ (1/13/2017 12:48:22 PST):
>I think it's going to be great

Justin Antony (1/13/2017 12:48:43 PST):
>Looking good so far.

████████████████ (1/13/2017 12:49:30 PST):
>I think the markets are just good variables etc

CONFIDENTIAL

META3047MDL-047-00693844