# Exhibit 174

Page 1

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN RE: SOCIAL MEDIA ADOLESCENT ) MDL No.
ADDICTION/PERSONAL INJURY      ) 4:22-md-3047-YGR
PRODUCTS LIABILITY LITIGATION  )
_____ )
   SUPERIOR COURT OF THE STATE OF CALIFORNIA
          FOR THE COUNTY OF LOS ANGELES
              SPRING STREET COURTHOUSE
COORDINATION PROCEEDING         )
SPECIAL TITLE [RULE 3.400]      ) Lead Case No.
                                ) 22STCV21355
SOCIAL MEDIA CASES              )
_____ )
                                )
This Document Relates to:       )
                                )
STATE OF TENNESSEE,             )
ex rel. JONATHAN SKRMETTI,      )
ATTORNEY GENERAL and REPORTER, )
v.                              )
META PLATFORMS, INC., and       )
INSTAGRAM, LLC,                 )
Case No. 23-1364-IV             )
_____ )

Tuesday, January 28, 2025
CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER
        Video-Recorded Oral Deposition of WENDY
GROSS PhD held at the offices of Covington &
Burling LLP, 3000 El Camino Real, 5 Palo Alto
Square, Suite 1000, Palo Alto, California,
commencing at 9:04 a.m. PST on the above
date, before Michael E. Miller, Fellow of the
Academy of Professional Reporters, Certified
Court Reporter, Registered Diplomate
Reporter, Certified Realtime Reporter and
California CSR #13649.

GOLKOW - VERITEXT
877.370.DEPS | fax 917.591.5672
deps@golkow.com



**META3047MDL-003-00109348-META3047MDL-003-00109399**



# TALKING ABOUT SAFETY ON INSTAGRAM

Marketing Insights
May 2019

Wendy Gross, Marketing Insights
████████████  Product Marketing

CONFIDENTIAL

META3047MDL_REPROD_VOL025

META3047MDL-003-00109348

# EXECUTIVE SUMMARY

- When users worry about safety on Instagram, they are more concerned for **other people** and not themselves.

- Across most markets, the same safety issues rose to the top: bullying and harassment, hacking, and mental health/SSI content.

- Users see **mental health** and **bullying** as closely linked to each other, and also to **social comparison**.

- On a personal level, users worry most about **privacy** and **control** over their experience. This includes:

  - The loss of control over content that they own, often by someone they know

  - Unwanted contact, particularly within Direct

2

CONFIDENTIAL

META3047MDL_REPROD_VOL025

META3047MDL-003-00109349

# PARENTS ARE THE KEY TARGET FOR SAFETY INFORMATION, BUT IT NEEDS TO REACH THEM AT THE RIGHT TIME AND PLACE



| Why parents | How to reach them | What they already know |
| --- | --- | --- |
| • Parents had the most safety concerns about Instagram, particularly in relation to the safety of their teens.<br><br>• Parents don't talk to their teens about safety concerns before they arise; they wait until issues arise before addressing them.<br><br>• Nearly all parents we spoke to had joined Instagram to monitor their kids. | • Parents seek out information about safety when they need it. An internet search is often the first resource.<br><br>• Safety information from traditional media outlets doesn't always stay with parents.<br><br>• TV series, such as *Law and Order: SVU* or *Dr. Phil* fuel concerns about safety. | • Most of the parents we talked to are unaware of the Instagram Parents' Guide.<br><br>• However, they are beginning to use Instagram and are aware of safety tools on the app.<br><br>  • Private accounts<br><br>  • Reporting<br><br>  • Turn off comments |

29

HIGHLY CONFIDENTIAL (COMPETITOR)

META3047MDL_RVOL003

META3047MDL-003-00109390