# Partially Unsealed Exhibits to Meta's Reply in Support of Motion for Summary Judgment and Opposition to the State AGs' Cross-Motion for Partial Summary Judgment
## (ECF No. 2893)

Case No.: 4:22-md-03047-YGR
MDL No. 3047
In Re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation