James P. Rouhandeh, *pro hac vice*
Antonio J. Perez-Marques, *pro hac vice*
Caroline Stern, *pro hac vice*
Kathryn S. Benedict, *pro hac vice*
Corey M. Meyer, *pro hac vice*
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4000
Facsimile: (212) 701-5800
Email:    rouhandeh@davispolk.com
          antonio.perez@davispolk.com
          caroline.stern@davispolk.com
          kathryn.benedict@davispolk.com
          corey.meyer@davispolk.com

*Attorneys for Defendants Meta Platforms, Inc. and
Instagram, LLC*

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*People of the State of California, et al. v. Meta Platforms, Inc., et al.* | MDL No. 3047<br><br>Case Nos. 4:22-md-03047-YGR-PHK<br>          4:23-cv-05448-YGR<br><br>**DECLARATION OF ANTONIO J. PEREZ-MARQUES IN SUPPORT OF META'S OMNIBUS MOTION TO SEAL (META'S AND STATE AGS' MOTIONS FOR SUMMARY JUDGMENT)**<br><br>Judge: Hon. Yvonne Gonzalez Rogers<br>Magistrate Judge: Hon. Peter H. Kang |

## DECLARATION OF ANTONIO J. PEREZ-MARQUES

I, Antonio J. Perez-Marquez, declare as follows:

1.     I am a partner with the law firm Davis Polk & Wardwell LLP, counsel for Defendants Meta Platforms, Inc. and Instagram, LLC (together, "Meta").  I have personal knowledge of the following facts, and, if called as a witness, I could and would testify competently thereto.

2.     I submit this declaration in support of Meta's Omnibus Motion to Seal briefing and accompanying exhibits to Meta's and State AGs' motions for summary judgment.

3.     Attached hereto as **Exhibit 1** is a true and complete copy of a sealing order issued on January 12, 2026, in the related JCCP pending in California state court, *Social Media Cases*, JCCP No. 5255 (Los Angeles Superior Court).

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 1st day of May, 2026 in New York, New York.


*/s/ Antonio J. Perez-Marques*
Antonio J. Perez-Marques

---

1

DECLARATION OF ANTONIO J. PEREZ-MARQUES IN SUPP. OF META'S OMNIBUS MOT. TO SEAL
Case Nos. 4:22-MD-03047-YGR-PHK, 4:23-CV-05448-YGR