James P. Rouhandeh, *pro hac vice*
Antonio J. Perez-Marques, *pro hac vice*
Caroline Stern, *pro hac vice*
Kathryn S. Benedict, *pro hac vice*
Corey M. Meyer, *pro hac vice*
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4000
Facsimile: (212) 701-5800
Email:    rouhandeh@davispolk.com
          antonio.perez@davispolk.com
          caroline.stern@davispolk.com
          kathryn.benedict@davispolk.com
          corey.meyer@davispolk.com

*Attorneys for Defendants Meta Platforms, Inc. and
Instagram, LLC*

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*All Actions* | MDL No. 3047<br><br>Case Nos. 4:22-md-03047-YGR-PHK<br>4:23-cv-05448-YGR<br><br>**DECLARATION OF KIRA WONG O'CONNOR IN SUPPORT OF META'S OMNIBUS MOTION TO SEAL (EXHIBITS TO THE PARTIES' SUMMARY JUDGMENT BRIEFING)**<br><br>Judge: Hon. Yvonne Gonzalez Rogers<br>Magistrate Judge: Hon. Peter H. Kang |

## <u>DECLARATION OF KIRA WONG O'CONNOR</u>

I, Kira Wong O'Connor, declare and state as follows:

1.      I am a Youth Safety Policy manager at Meta Platforms, Inc. ("Meta").  I joined Meta in 2018.  I submit this Declaration in support of Meta's Omnibus Motion to Seal Exhibits to the Parties' Summary Judgment Briefing.  This Declaration is based on my personal knowledge and experience at Meta.  If called upon to do so, I could and would competently testify as follows.

2.      I have reviewed the excerpts listed below that  Meta seeks to seal.  These excerpts include confidential information that could enable people, including potential online predators and other bad actors, to avoid detection and/or enforcement on Meta's services for the reasons explained below:

| Document | Portion of Document at Issue |
|---|---|
| State AGs' Partial MSJ Exhibit 8: Hartnett Dep. Ex. 6 Updated / Meta internal document titled "Collection, Use, and Disclosure of User Data (Topics 2(a), 2(b))" - excerpt | PDF page 3, text of third sub-sub-bullet point under the sub-bullet point beginning "Is there an explicit admission of age…" |
| State AGs' Partial MSJ Exhibit 2: Deposition of Allison L. Hartnett - excerpt | Transcript lines 183:17-18, text between "looking for" and "and in." Transcript line 183:19, all text after "October 2024." Transcript lines 184:15-16, text between "To see" and "right?" Transcript lines 184:19-20, text between "there were" and "the human." Transcript lines 185:2-5, text between "And after October 2024" and "Meta will not checkpoint." Transcript lines 185:8-9, text between "THE WITNESS:" and "Yeah, just one nuance is the." |

3.      The above-listed information concerns Meta's detection, reporting, prevention systems, policies and processes regarding age verification.  The above-listed information is highly sensitive, and Meta does not publicly reveal it.

4.      Disclosure of the above-listed information could enable people to evade detection and/or enforcement on our services.

5.      The excerpted portions of the State AGs' Partial MSJ Exhibit 8 contain specific details about Meta's system for gathering age signals on its platforms and detecting underage users.  This information would provide people with knowledge of vulnerabilities in age verification systems on Meta's platforms.  For example, if bad actors posing as underage users to target youth users were aware of Meta's process for detecting underage users, they could tailor their activity to circumvent Meta's detection.

6.      The excerpted portions of State AGs' Partial MSJ Exhibit 2 contain specific details about Meta's system for gathering age signals and detecting underage users.  Public disclosure of this information would provide people with knowledge of vulnerabilities in age verification systems on Meta's platforms and efforts to remediate those vulnerabilities.  For example, if bad actors or predators posing as underage users to target youth users were aware of Meta's process for detecting underage users, they could tailor their activity to circumvent Meta's detection.

7.      Meta keeps the above information confidential and takes steps to maintain its confidentiality, including not sharing it publicly and limiting who can access it.

8.      Bad actors and predators can be highly sophisticated, work together, share information with one another, and use constantly evolving tactics to seek to circumvent safety mechanisms.  For example, in my experience, groups of predators will create and disseminate

comprehensive guides on how to locate, contact, exploit, harass, and abuse minors and to evade detection.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on:  May 1, 2026          By: _____

Signed by:

3C46C00CB08048B...

Kira Wong O'Connor

DECL. OF KIRA WONG O'CONNOR IN SUPPORT OF META'S OMNIBUS MOT. TO SEAL (EXS. TO SUMM. J. BRIEFING)
Case Nos. 4:22-MD-03047-YGR-PHK, 4:23-CV-05448-YGR