**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*People of the State of California, et al. v. Meta Platforms, Inc., et al.* | MDL No. 3047<br><br>Case Nos. 4:22-md-03047-YGR-PHK<br>         4:23-cv-05448-YGR<br><br>**[PROPOSED] ORDER REGARDING META'S OMNIBUS MOTION TO SEAL (META'S AND STATE AGS' MOTIONS FOR SUMMARY JUDGMENT)**<br><br>Judge: Hon. Yvonne Gonzalez Rogers<br>Magistrate Judge: Hon. Peter H. Kang |

The Court has considered Meta's Omnibus Motion to Seal information in materials filed by the Parties associated with the summary judgment motions, filed January 30, 2026, the briefs and exhibits submitted in support thereof and in opposition, and arguments of counsel presented in this Court regarding the Motion.  Pursuant to Civil Local Rules 7-11 and 79-5 and the Court's Order Setting Sealing Procedures (ECF 341), the Court rules as follows on the disputed Meta-proposed redactions set forth below:

| Document | Portion to Be Sealed | Action To Be Taken | Court's Order |
|---|---|---|---|
| Meta's MSJ, ECF Nos. 2704, 2705 | Competitively sensitive information at PDF page 56 | Redact specified portion | |
| AGs Reply, ECF Nos. 2894, 2899 | Bad actor information at PDF page 29 | Redact specified portion | |
| AGs' Partial MSJ Ex. 2, ECF No. 2696-4 | Bad actor information at transcript pages 183:17-18, 19; 184:15-16, 19-20; 185:2-5, 8-9 | Redact specified portion | |
| AGs' Partial MSJ Ex. 8, ECF No. 2696-10 | Bad actor information at PDF page 3 | Redact specified portion | |
| AGs' Opp. to Meta's MSJ Ex. 1, ECF No. 2783-3 | Competitively sensitive information at PDF page 151 | Redact specified portion | |
| Meta's MSJ Ex. 71, ECF No. 2705-74 | Competitively sensitive information at PDF pages 29-31 | Redact specified portion | |
| Meta's MSJ Ex. 84, ECF No. 2705-87 | Competitively sensitive information at PDF page 42 | Redact specified portion | |
| AGs' Opp to Meta's MSJ Ex. 39, ECF No. 2784-16 | Competitively sensitive information at META3047MDL-050-00343524 | Redact specified portion | |
| AGs' Opp to Meta's MSJ Ex. 43, ECF No. 2784-20 | Competitively sensitive information at PDF pages 6-9, 11- | Redact specified portion | |

1

| Document | Portion to Be Sealed | Action To Be Taken | Court's Order |
|---|---|---|---|
| | 13, 16-18, 22, 24, 26-27 | | |
| AGs' Opp. to Meta's MSJ Ex. 30, ECF No. 2784-7 | Competitively sensitive information at PDF pages 8, 11, 15, 24, 27, 31-32, 36-38, 42-45, 48, 62, 65-73, 76-83, 85, 89, 93, 108-115 | Redact specified portion | |
| AGs' Reply Ex. 8, ECF No. 2899-10 | Competitively sensitive information at META3047MDL-287-00005522, META3047MDL-287-00005523 | Redact specified portion | |

IT IS SO ORDERED.

DATED: _____    _____

                                               YVONNE GONZALEZ ROGERS
                                               UNITED STATES DISTRICT JUDGE