[*Submitting Counsel on Signature Page*]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION | MDL No. 3047 |
| | Case No. 4:22-md-3047-YGR |
| | **PLAINTIFF BREATHITT COUNTY BOARD OF EDUCATION'S CORRECTED UPDATED TRIAL EXHIBIT LIST** |
| This Document Relates to: | |
| *Breathitt County Board of Education v. Meta Platforms, Inc., et al.* Case No.: 4:23-cv-01804 | Judge: Hon. Yvonne Gonzalez Rogers |
| | Magistrate Judge: Hon. Peter H. Kang |

Pursuant to the Order Regarding Pretrial Schedule (Breathitt) ("Pretrial Order"), Dkt. No. 2811, Plaintiff Breathitt County Board of Education hereby disclose this corrected updated list of exhibits that Plaintiff may utilize in their case, attached hereto as Exhibit 1. Exhibit 1 corrects an error in the previous Updated Exhibit List (Dkt. No. 2976-1) that resulted in exhibit numbers being misaligned with the document they intended to identify. This exhibit list does not include documents to be used solely for purposes of impeachment or rebuttal. This exhibit list also does not include deposition transcripts or expert reports that may be used at trial.

Plaintiffs list is based on the information reasonably available at this time. Inclusion of any exhibit on this list is not a representation that a document is admissible. Plaintiff reserves the right to amend or supplement this list, including in response to the Court's rulings on the parties' motions in limine.

Plaintiff's removal of exhibits from this updated list is solely for purposes of narrowing its case-in-chief. Plaintiff does not waive—and expressly preserves—its right to use any such exhibits for cross-examination, impeachment, rebuttal, or as otherwise permitted under the Federal Rules of Evidence and the Court's orders.  Nothing herein shall be construed as a concession regarding admissibility or as a waiver of any exhibit previously identified or produced in discovery. Plaintiff further reserves the right to supplement or modify this list based on trial developments, including testimony and evidentiary rulings.

Dated: May 4, 2026

Respectfully submitted,

By: /s/*Previn Warren*

LEXI J. JAZAM
**LIEFF CABRASER HEIMANN &
BERNSTEIN, LLP**
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone: 415-956-1000
lhazam@lchb.com

- 1 -

PREVIN WARREN
**MOTLEY RICE LLC**
401 9th Street NW Suite 630
Washington DC 20004
Telephone: 202-386-9610
pwarren@motleyrice.com

*Co-Lead Counsel*


RONALD E. JOHNSON, JR.
SARAH EMERY
**HENDY JOHNSON VAUGHN EMERY PSC**
600 WEST MAIN STREET, SUITE 100
LOUISVILLE, KT 40202
Telephone: 859-578-4444
rjohnson@justicestartshere.com
semery@justicestartshere.com

*Counsel for Breathitt*


MICHAEL M. WEINKOWITZ
**LEVIN SEDRAN & BERMAN, LLP**
510 Walnut Street, Suite 500
Philadelphia, PA 19106
Telephone: 215-592-1500
MWeinkowitz@lfsblaw.com

*Co-chair of School District Committee Plaintiffs
Leadership Committee
Counsel for Breathitt*


KHALDOUN BAGHDADI
KELLY L. GANCI
**WALKUP, MELODIA KELLY & SCHOENBERGER**
650 California Street, 26th Floor
San Francisco, CA 94108
Telephone: 415-981-7210
kbaghdadi@walkuplawoffice.com
kganci@walkuplawoffice.com

PLAINTIFF'S CORRECTED UPDATED TRIAL EXHIBIT LIST
CASE NO. 4:22-MD-3047-YGR

## ATTESTATION

I, Previn Warren, hereby attest, pursuant to N.D. Cal. Civil L.R. 5-1, that the concurrence to the filing of this document has been obtained from each signatory hereto.

Dated: May 4, 2026

*/s/ Previn Warren*
Previn Warren
**MOTLEY RICE LLC**
401 9th Street NW Suite 630
Washington DC 20004
T: 202-386-9610
pwarren@motleyrice.com

PLAINTIFF'S CORRECTED UPDATED TRIAL EXHIBIT LIST
CASE NO. 4:22-MD-3047-YGR