# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*People of the State of California, et al. v. Meta Platforms, Inc., et al.* | MDL No. 3047<br><br>Case Nos. 4:22-md-03047-YGR-PHK<br>4:23-cv-05448-YGR<br><br>**[PROPOSED] ORDER DENYING META'S ADMINISTRATIVE MOTION [ECF 3002]**<br><br>Judge: Hon. Yvonne Gonzalez Rogers<br><br>Magistrate Judge: Hon. Peter H. Kang |

Meta has filed an administrative motion seeking an order requiring the State AGs to further narrow the list of actionable misrepresentations on which they intend to proceed to trial, and has sought leave to file supplemental summary judgment briefing. The State AGs have filed an opposition on the grounds that Meta's motion is improper, that there is no basis to preemptively narrow the number of actionable misrepresentations on which the State AGs intend to proceed to trial, and that supplemental summary judgment briefing is not warranted.

Having considered Meta's motion and the State AGs' opposition, the Court hereby **DENIES** Meta's motion.

IT IS SO ORDERED.

Dated: _____

_____
Honorable Yvonne Gonzalez Rogers
United States District Court Judge

[PROPOSED] ORDER DENYING META'S ADMINISTRATIVE MOTION
Case Nos. 4:22-md-03047-YGR-PHK; 4:23-cv-05448-YGR