Unsealed Exhibits to the State AGs' Motion for Partial Summary Judgment

4:22-md-03047-YGR-PHK

(ECF No. 2696)