# Exhibit 6

**CONFIDENTIAL — PROTECTED BY CONFIDENTIALITY AGREEMENT**

**META PLATFORMS, INC.'S RESPONSES TO THE DEMAND FOR STATEMENTS UNDER OATH DATED APRIL 10, 2023**

Meta Platforms, Inc. ("Meta") hereby responds to the Demand for Statements Under Oath received from the Office of the Attorney General of the State of New Jersey ("Attorney General") on April 10, 2023.  Meta's responses are subject to the responses and objections served on May 22, 2023, which are incorporated by reference.

## RESPONSES TO INTERROGATORIES

**INTERROGATORY NO. 1**

Identify All Person(s) (other than attorneys) with whom the Person(s) executing the Certification accompanying these Statements Under Oath consulted in the preparation thereof.  As to each Identified Person(s), Identify by number the Statement(s) under Oath for which said Person(s) furnished information.

**RESPONSE TO INTERROGATORY NO. 1**

Pursuant to the May 16 Schedule, Meta will respond to this Interrogatory on August 11, 2023.

**INTERROGATORY NO. 2**

Explain Your policies and practices following the receipt of information indicating, directly or indirectly, that a User is under the age of thirteen (13).  As a part of responding to this Demand, indicate when and how, if at all, Your policies and practices changed over time.

**RESPONSE TO INTERROGATORY NO. 2**

Subject to and without waiving its Specific and General Objections, Meta has made a good faith effort, consistent with its understanding of this Interrogatory, to provide information sufficient to respond and, to the extent applicable, consistent with any agreement(s) reached

1

                                    AG-MDL3047-020615

**CONFIDENTIAL — PROTECTED BY CONFIDENTIALITY AGREEMENT**

through the meet and confer process with the Attorney General. Accordingly, Meta responds as follows:

As of December 2019, all users who create an Instagram account are required to enter their date of birth as part of a multi-step registration flow.[1] In the United States, Meta prevents any individual from creating an Instagram account if the individual indicates that they are under the age of 13.

While age screens are a recognized mechanism for preventing children under 13 from using a general-audience platform, there remains a possibility that children under 13 will misrepresent their age and gain improper access to Instagram. Meta has therefore developed additional tools and processes to help identify and remove accounts that belong to children under 13 who circumvent Meta's age screens and improperly create accounts. These processes comprise a multi-layered approach that can generally be divided into two buckets: (i) processes for detecting or flagging users who are potentially under 13; and (ii) processes for reviewing these users and ultimately removing them from Instagram if they are determined to be under 13.

## I. IDENTIFYING ACCOUNTS POTENTIALLY BEING USED BY CHILDREN UNDER 13

Meta employs several methods for identifying users on Instagram who may be under 13.

### A. Online reporting

Since at least January 1, 2019,[2] anyone, including individuals who do not have an Instagram account, can report to Meta that a user is or appears to be under the age of 13 by filling out an online reporting form.[3] While users are able to access these reporting forms via in-app

---

[1] Prior to December 2019, Meta did not require that individuals registering for an account on Instagram provide their date of birth as part of the registration process. On May 2, 2022, Meta rolled out a process that required all current users on Instagram who did not have an age associated with their account to provide their date of birth.

[2] To the extent available, precise dates will be provided in subsequent responses addressing the period of 2012 to 2019.

[3] The third-party reporting form is available at https://help.instagram.com/contact/723586364339719.

2

AG-MDL3047-020616

**CONFIDENTIAL — PROTECTED BY CONFIDENTIALITY AGREEMENT**

browser directly from the Instagram app, Meta makes these reporting forms available to anyone via web browser, regardless of whether they use any of Meta's services, in order to provide parents, guardians, teachers, and anyone else without an account the ability to report a potentially underage account to Meta.

## B. Internal reviews

Meta trains thousands of human reviewers to review accounts that are reported by other users for potentially violating the Meta terms of service and content guidelines. In the course of reviewing these accounts in response to any type of report, a reviewer may notice certain details suggesting that the account holder may be a child under 13 (e.g., photos posted to the account reflecting age or text in the account bio stating an age under 13), in which case the reviewer will escalate the account for underage review. Meta may also identify underage users through other review processes including, for example, where Meta requires users to provide identification to access certain features (e.g., Meta Verified).

## C. User self-reporting

Meta may learn that a user is underage directly from the user, if the user attempts to change the date of birth on their account to a date that would make them under 13. As of February 2021, the user will be automatically placed in an age checkpoint[4] and must provide sufficient proof that they are old enough (i.e., 13 or over in the United States) to use Instagram before they will be permitted to continue to use the service.[5] Prior to February 2021, existing Instagram users were prevented from changing their date of birth to a date under 13 years old. Additionally, as of June

---

[4] An age checkpoint is when a user is prohibited from accessing their Instagram, Facebook, or Meta account until they provide adequate documentation that they are at least 13 years old. Age checkpoints have existed on Instagram since at least January 1, 2019.

[5] A list of identification that users may use to prove their age can be found at https://help.instagram.com/271237319690904.

3

AG-MDL3047-020617

**CONFIDENTIAL — PROTECTED BY CONFIDENTIALITY AGREEMENT**

2022, if a user on Instagram attempts to change their age from under 18 to over 18 and uses Yoti's age verification technology (described in Meta's response to Interrogatory No. 13), and that technology predicts that the user is under 13, the user will automatically be placed in an age checkpoint.[6]

### D. Cross-platform checks

As of December 2021, when a user's Facebook account is placed in an age checkpoint, Meta will simultaneously suspend any Instagram accounts that have been added to the same Accounts Center.[7]  In August 2022, Meta rolled out Meta accounts, which are the accounts used to access Meta Quest, Meta's VR platform.  As with Facebook, when a user's Meta account is placed in an age checkpoint, any Instagram account that is in the same Accounts Center will also be suspended.

### II.    REVIEWING ACCOUNTS IDENTIFIED AS POTENTIALLY USED BY CHILDREN UNDER 13

Accounts flagged through the processes outlined above are evaluated either by an automated process or through human review, and in some cases both.

### A. Automated Evaluation

An Instagram account that has been flagged as potentially underage will go through an automated process that determines whether the account should be escalated for human review or immediately actioned.  As described below, Meta leverages its automated technologies to filter out

---

[6] Between June and September 2022, Meta tested "social vouching" as an age verification method for Instagram users who attempted to change their age from under 18 to over 18.  With social vouching, a user could elect to ask three mutual followers to confirm the user's age. If any of the three vouchers stated that the user was under the age of 13, the user would also automatically be placed in an age checkpoint.

[7] Meta offers the Accounts Center, which provides a settings dashboard where users can centrally manage their Facebook, Instagram, and Meta accounts, including for purposes of choosing whether to enable connected experiences, such as single sign on and cross posting, for those accounts at any time.

4

Confidential

AG-MDL3047-020618

State AGs

**CONFIDENTIAL — PROTECTED BY CONFIDENTIALITY AGREEMENT**

accounts that can be actioned without manual review to ensure that human reviewer resources are prioritized for accounts that do need manual review.

The automated actions that the system can take on its own are either (i) placing the account in an age checkpoint or (ii) allowing the account to continue using Instagram.

(1) *Automatically placed in an age checkpoint:* In some cases, Instagram account holders are automatically placed in an age checkpoint without additional review from a manual reviewer. Most commonly, this occurs with users who self-report that they are under 13 by changing the age on their account. This also occurs when Yoti's age verification technology predicts a user to be under the age of 13, as described above. Because these users have themselves indicated they are under 13, Meta will presumptively determine that these users are too young to use the service, absent additional proof of age. A user who has been placed in an age checkpoint has the opportunity to appeal and recover access to their account if they can demonstrate they are old enough to use Instagram by providing adequate documentation that they are at least 13 years old.

(2) *Automatically permitted to remain on the app:* Where Meta has indicia that the user is not under the age of 13, Meta may automatically permit the user who has been flagged as potentially underage to continue using Instagram. This can occur in any of the following circumstances: (1) machine learning models have predicted the user is over the age of 18[8]; (2) a human reviewer previously evaluated the account for potential underage usage and approved the user to continue using the Platform following the review (pursuant to review guidelines detailed below); (3) the account was previously placed in an age checkpoint and the user submitted

---

[8] Meta uses machine learning to predict the likelihood that a user is over or under 18 years old. This involves reviewing a variety of factors, such as people wishing the user happy birthday and the age written in those messages (e.g., "Happy 21st Bday!" or "Happy Quinceañera"), the average stated age of a user's friends, posts a user has liked, and accounts the user follows (e.g., a user who follows a hardware store is more likely to be an adult). Understanding whether a user is an adult allows Meta to prevent users under 18 from accessing certain features and provide additional privacy options to younger users.

5

**CONFIDENTIAL — PROTECTED BY CONFIDENTIALITY AGREEMENT**

sufficient documentation demonstrating they were at least 13 years old; or (4) the account is so old that it could not reasonably belong to a user under 13 (e.g., the account was created 13 or more years ago). A flagged account will also be permitted to remain on the platform if the account contains no bio or photos, because, as discussed below, a reviewer relies on this data to evaluate whether the account belongs to an underage user.

**B. Manual Review of Potentially Underage Accounts**

Flagged accounts that cannot be resolved through the automated processes described above will be directed to human reviewers for further evaluation. Meta employs thousands of human reviewers whose duties include reviewing Instagram accounts to manually look for signs that an account has violated the applicable terms of service or content guidelines, including accounts suspected as belonging to users under 13.

All potentially underage accounts that are manually reviewed are reviewed using Meta's content review platform, which is specifically designed for large-scale manual review efforts. The platform standardizes the underage review process and allows Meta to track and properly document decisions made. To ensure that the human review process is consistent and that reviewers evaluate each profile using the proper criteria, Meta's content review platform provides reviewers with a "decision tree" or standardized flow that they must follow for each flagged account. Reviewers are also able to include notes and provide additional context for why they made a particular decision.

*Step 1: Account Bio.* Reviewers first evaluate the account's bio for contextual information or self-admission about a user's real age, including a written statement of the user's age, birth date, or grade in school. Reviewers are also trained to look for additional signals that indicate whether the account holder is not underage (e.g., the bio indicates that the account in fact belongs to a

6

**CONFIDENTIAL — PROTECTED BY CONFIDENTIALITY AGREEMENT**

parent or guardian). Bio information is viewed as more reliable and is therefore evaluated first. An account that contains information that explicitly states or contextually implies that the user is under 13 will be checkpointed and the user will be required to provide Meta with proof of age.[9]

*Step 2: Account Photos.* If the account bio does not contain sufficient written information to determine age, the reviewer will evaluate the photos contained in the account. Reviewers are trained to look for physical characteristics indicating that the account holder is underage. If a human reviewer finds sufficient signals that the user may be under 13, the user will immediately be placed in an age checkpoint. To err on the side of caution, reviewers who are unsure of whether a user is under 13 based on a review of the account media are instructed to default to a finding that the user is underage.[10]

When a user's Instagram account is checkpointed, it is suspended, the user is prevented from accessing the account, and the user's profile is not visible to other users.[11] The checkpointed user has the opportunity to appeal and recover access to their account if they can demonstrate they are old enough to use Instagram in the United States by providing adequate documentation that they are at least 13 years old. Meta has taken steps to ensure that accounts flagged as potentially underage are reviewed as quickly as possible after they are reported. While manual review is a labor- and time-intensive process, the team responsible for this process works to make a

---

[9] There are certain limited exceptions, for example, where an account includes a bio indicating that the account represents a user under the age of 5 (as these accounts are not reasonably understood to be operated by people this young) or where accounts are operated by a parent and represent a child under 13, so long as the bio clearly states that the account belongs to the parent.

[10] To ensure safety of children and teens, in addition to reviewing these accounts for evidence that the user is too young to use Instagram, reviewers are separately trained to look for any evidence of child exploitation, sexualization, or nudity. These accounts will be separately escalated and, when appropriate, reported to law enforcement.

[11] Prior to August 2022, when an Instagram user was in an age checkpoint, their profile was still visible to other users, though the user could not access their account unless and until they provided documentary proof that they were at least 13 years old.

Confidential

AG-MDL3047-020621

State AGs

**CONFIDENTIAL — PROTECTED BY CONFIDENTIALITY AGREEMENT**

determination on accounts that are flagged as potentially underage within 48 hours of receiving the report.

**INTERROGATORY NO. 3**

Explain Your policies and practices following the receipt of information indicating, directly or indirectly, that a User maintained an account when they were under the age of thirteen (13). As a part of responding to this Demand, indicate when and how, if at all, Your policies and practices changed over time.

**RESPONSE TO INTERROGATORY NO. 3**

Subject to and without waiving its Specific and General Objections, Meta has made a good faith effort, consistent with its understanding of this Interrogatory, to provide information sufficient to respond and, to the extent applicable, consistent with any agreement(s) reached through the meet and confer process with the Attorney General. Accordingly, Meta responds as follows:

Meta does not, in the ordinary course, receive information indicating that a User who is now 13 maintained an account when they were under 13.

If, through the processes described in response to Interrogatory 2, Meta determines that a User is under 13 at the time the account is reviewed, that User will be checkpointed. If the User provides sufficient evidence that they are at least 13 years old, they are permitted to remain on the platform and Meta does not take steps to determine whether that User created their account before they turned 13.

8

AG-MDL3047-020622