# Exhibit 15

Wiki
W

Current page an... ▼    🔍 Search current page and its sub-pages    Ⓑ  ▦  ⚖  Recently viewed ▼    Owned by you ▼    More ▼    ⚙    Create a Wiki    ▦  ◇  ◕

Community Integrity Infra  /  FEP: Introduction    ···  🔖  ✏ Edit

## FEP: Introduction

Page score: 76.58 · ⚠ Manually synced: November 14, 2023, 11:33:45 AM ↻ · 10 views · Imported from ☁ · Managed by:

EXHIBIT ___26___
WIT: Hatchett
DATE: 6/16/25
Maureen O. Pollard, RDR

# FEP: Introduction

(Work in progress)

### What is FEP #

**FEP - Family Experiences Propagation**
**(formerly SPACE = Signal Propagation and Consistent Enforcement)**

FEP (Signal Propagation and Consistent Enforcement) is a project developed after Cambridge Analytica and other escalations to ensure consistent and timely enforcement against people who violate our policies. FEP propagates enforcement actions from one part of the Facebook family to the other platforms and products. Which policies and where these takedowns occur is based on Policy, Product and Legal guidance, and is only made in cases where the originating takedown and the connection between accounts are highly accurate.

FEP mission is to accelerate teams with a propagation platform that enables privacy-aware, cross-app and cross-surface enforcement across FB Inc.

### How FEP works

FEP has been built as a configurable platform, which propagates enforcement actions across FB family of apps and surfaces, as defined by policy.

Policy can be configured in FEP in the following format:

When X happens, take:
1. enforcement action A, B.. in App 1
2. enforcement action B, C.. in App 2
3. enforcement action D, F.. in Surface A
4. ....
Where,
1. X could be any triggering event, such as deleting an account, accruing specified number of strikes etc.
2. Enforcement actions could be any action that runs on IAP (account deletion, page unpublish, feature limit etc..). Each of the actions can also be configured to run automatically or enqueued for additional human review.
FEP will handle the rest - executing actions, logging, reverting all actions if there is a successful appeal/reversal of the decision. It also comes with alerts, monitoring/dashboard and an engineer on-call.

### Key Concepts & Terminologies

**Match**: This could be hard matching or soft matching. By hard matching for FB user and IG user, we mean the user explicitly tells Facebook both the FB and IG belong to them.

**Hard Match/Connection**: If a user explicitly tells Facebook both a FB and IG account belong to them, we say this FB account and IG account is a hard match/connection.

https://www.internalfb.com/wiki/Community_Integrity_Infra/SPACE/

1/4

HIGHLY CONFIDENTIAL (COMPETITOR)

META3047MDL-146-00072994

**Soft Match/Connection**: this means Facebook uses our models and take in features like phone numbers, email, etc to predict the probability of a FB user matches an IG user account. In FEP, we are currently taking FB-IG pair as a soft match if the probability is >= 99%.

**Propagation**: it's a cross surface enforcement, originating from a seed action on a seed entity. For example, when a FB user is disabled, we disabled the hard connected IG account. This IG account disable enforcement is a propagation.

**Seed Action/Seed Entity**: The action on a seed entity. For example, when Facebook user is disabled, we disable the hard connected IG account. The Facebook user disable is the seed action and the Facebook user is the seed entity.

**Propagated Action/Entity**: The action on a propagated entity. For example, when Facebook user is disabled, we disable the hard connected IG account. The IG user disable is the propagated action and the IG user is the propagated entity.

**Trigger**: The violation category classified by FEP that has the same set of propagations. For example, CEI trigger consists of a number of CEI violation related codes, code pointer.

## FEP Value proposition

FEP team has built infrastructure that ensures quick actioning and provides transparency into our enforcement. We envision FEP as the key X-Surface propagation platform for the company and committed to its full support going forward, including:

1. Flexible enforcement propagation infrastructure that is easily adjustable based on a specific use case.
2. Reenable propagation infrastructure. In cases when initial (seed) enforcement action is reversed, we automatically reverse all follow-up actions.
3. Backfill and re-tires process that allow for any error mitigations.
4. Detailed dashboard that provides enforcement and reversal data on a disable code/label level (most granular level).
5. Performance tracking and thresholds that allow us control the quality of our propagations. Current thresholds:
6. Soft-match threshold: in instances when we use soft matches, we only employ ML with 99% precision rate
7. Reenable threshold: current acceptable re-enable rate threshold is 2.5% over long-term.
8. Alerts on system and harm levels.
9. On-call Eng and Ops personnel.
10. Governance Model: we have developed clear set of rules and processes to ensure it is easy for partner teams to engage with FEP.

## FEP current coverage

### Apps and Surfaces coverage

When a Facebook user is disabled due to covered violation types and disable codes, we will do these auto enforcements:

1. **IG**: Disable the hard matched IG accounts
2. **Pages**: Force unpublish their solo-admined pages
3. **Groups**: Remove the user from the admin list for groups they are an admin of
4. **Business Managers**: Disable their solo-admined business managers
5. **Financial Entities**: Disable app linking for solo-admined financial entities that have no apps linked
6. **Ads**: Ads feature limit for the user
7. **Marketplace**: Remove their access for marketplace tab
8. **Ad Accounts**: Disable their solo-admined active ad accounts
9. **Whatsapp**: Disable the deterministic matched Whatsapp accounts (with the same phone number and device) after 14 days. For more information about FB-WA propagations, see this doc.

Note: items 2 - 8 is in the category of FB→Blue App.

When an IG user is disabled due to covered violation types and disable codes, we will do these auto enforcements:

1. **Facebook User**: Disable the hard matched Facebook accounts

https://www.internalfb.com/wiki/Community_Integrity_Infra/SPACE/

HIGHLY CONFIDENTIAL (COMPETITOR)

2/4

META3047MDL-146-00072995

### Policies coverage

Currently, FEP is only propagating Red-level signals (user disables) for worst of the worst violations. We are working to expand to less severe violations.



| Originating signal | Enforcement Propagation | | | |
|---|---|---|---|---|
| | FB->Blue App | FB->IG | FB->WA | IG->FB |
| Child Exploitation Imagery (CEI) | √ | √ | √ | √ |
| Counter-Terrorism (CT) | √ | √ | √ | √ |
| Grooming (IIC) | √ | √ | √ | √ |
| Human Trafficking | √ | √ | √ | √ |
| Mass Murder | √ | √ | √ | √ |
| Sextortion | √ | √ | √ | √ |
| Intellectual Property | √ | | | |

 Launched
WIP

### FEP Metrics

- Results highlight the pervasiveness of bad actors across the FB Family of Apps
- In H2 we enforced on millions of worst violators while keeping reenables below 2.5%

| SPACE Takedown Volumes | | | | | | | |
|---|---|---|---|---|---|---|---|
| Surface | H2 2019 | December | November | October | September | August | July |
| **Seed Takedowns** | | | | | | | |
| FB Users disables | 2.6MM | 417K | 478K | 425K | 551K | 355K | 343K |
| **Propagated Enforcement** | | | | | | | |
| Instagram users | 852K | 107K | 130K | 114K | 262K | 92K | 137K |
| WhatsApp users | 345K | 52K | 85K | 63K | 80K | 60K | 66K |
| Ad accounts | 309K | 43K | 57K | 49K | 63K | 37K | 60K |
| Business managers | 62K | 9K | 12K | 9K | 17K | 7K | 7K |
| Pages self unpublish | 311K | 42K | 56K | 49K | 84K | 39K | 41K |
| Groups admin removal | 228K | 32K | 39K | 36K | 59K | 28K | 34K |
| Marketplace sellers action | 206K | 26K | 39K | 16K | 80K | 33K | 12K |
| Total Propagated Disables | 2.3MM | 311K | 409K | 336K | 644K | 299K | 316K |
| **SPACE Counter Metrics (Reenables)** | | | | | | | |
| Metric | H2 2019 | December | November | October | September | August | July |
| Seed reenables | 58K | 3.4K | 14K | 5.7K | 12.3K | 14.6K | 8.4K |
| Seed reenable rate | 2.2% | 0.8% | 2.9% | 1.3% | 2.22% | 4.11% | 2.46% |

### What FEP is not

- **Content** - The system scope is actioning at actor level. Deletion of related/fan-out bad contents is not part of this system.
- **Recidivism** - ~~This system does not address recidivism. Bad actors could attempt to create new accounts/profiles and try to get back on to the platform. We have a separate Integrity Actor Matching effort. In the future we may start to combine these efforts.~~ FEP/SPACE is now the primary tool for prevention of recidivism. See here for more information: https://www.internalfb.com/intern/wiki/Actor_Accountability/Documentation/Space/SPACE_Arc
- **Actor activity observation and classification** - This system does not attempt to observe actor activities across FB Inc and identify/classify actors. The system is about defining "what to do" not "what is bad and how bad it is". (FUSS might be a better fit for that purpose).
- **Investigation platform** - FEP is not built to run investigations into fanned out entities. It propagated enforcement based on pre-defined set of policies and rules.

HIGHLY CONFIDENTIAL (COMPETITOR)

META3047MDL-146-00072996

« Integrity Action Self Help Guide

[WIP] FFP Governance Guidance »



HIGHLY CONFIDENTIAL (COMPETITOR)

META3047MDL-146-00072997