# Exhibit 20

## ERRATA SHEET FOR THE TRANSCRIPT OF:

Caption: *In re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation,*
      Case No. 4:22-MD-03047-YGR
Deponent: Lars Backstrom
Dep. Date: June 26, 2025

I wish to make the following changes for the following reasons:

Reason Codes:
      1. To correct transcription errors
      2. To add missing word
      3. To delete an extra word
      4. Correction

| Page: Line(s) | Transcript Reads | Transcript Should Read | Reason |
|---|---|---|---|
| 13:12 | or unconnected | where unconnected | 1 |
| 13:13 | trended | friended | 1 |
| 14:5 | identification | notification | 1 |
| 14:20 | is using ads | is using them for ads | 2 |
| 20:25 | default | full | 1 |
| 21:8 | If it's | It's | 3 |
| 22:8 | expressed in | expressed an | 1 |
| 22:16-25 | I think interests sometimes means or topical interests could also mean the sort of people who I'm interested in like sort of types of comments that I'm interested in, I guess would have been sort of -- without more specificity, I would say, in general, given that my behavior, or one's behavior on the platform, you know, has positive engagement with the things that I'm interested in and, yes, we use data about what users are interested in. | I think interests sometimes means sort of topical interests, it could also mean the people who I'm interested in, it could mean sort of types of content that I'm interested in.  I guess without more specificity, I would say, in general, given that my behavior, or one's behavior on the platform, you know, has positive engagement with the things that I'm interested in, then yes, we use data about what users are interested in. | 1 |
| 24:5 | high-location | high-level location | 2 |
| 24:8 | high-location | high-level location | 2 |
| 25:12 | data things | data points | 1 |
| 25:15 | liking | ranking | 1 |
| 25:20 | team | teen | 1 |
| 29:11-16 | The first step of the process is for the user to be check-pointed and given the opportunity to appeal that assessment. | The first step of the process is for the user to be check-pointed and given the | 4 |

| | | | |
|---|---|---|---|
| | Over the – once that has happened, the data is flagged and is not intended to be used for business purposes. | opportunity to appeal that assessment.<br><br>If the user does not successfully appeal after they are placed in a checkpoint, the data is flagged and is not intended to be used for business purposes. | |
| 29:23 – 30:5 | It is our intent not to use the data, I think, because of the sort of practicalities of logging being, or data being logged from one system to another and sort of delays in or removal propagation that may not happen immediately, but that flag is intended and sort of propagates within a matter of some days to lead to the removal of all suspected under 13 data. | If the user does not successfully appeal after they are placed in a checkpoint, it is our intent not to use the data, I think, because of the sort of practicalities of logging being, or data being logged from one system to another and sort of delays in or removal propagation that may not happen immediately, but that flag is intended and sort of propagates within a matter of some days to lead to the removal of all suspected under 13 data. | 4 |
| 30:13-22 | Yes. There is a short period of time during which some of that data may appear in the training systems before the deletion has propagated.<br><br>That said, the primary impact of that data would be for the sort of personalization and quality of that specific individual's experience. And so long as that user were check-pointed and unable to consume content, it would have a very small sort of impact on the overall model. | Yes. That said, the primary impact of that data would be for the sort of personalization and quality of that specific individual's experience. And so long as that user were check-pointed and unable to consume content, it would have a very small sort of impact on the overall model. | 4 |
| 31:2 | in that | impact | 1 |
| 31:7 | think it's the | think the | 3 |
| 32:19-21 | The process would begin when the account is check-pointed, or that is when the data would initially be flagged as not for business use. | The process would begin when the account is disabled, or that is when the data would | 4 |

Docusign Envelope ID: 39BE4060-6466-44F7-BC1A-F02F42592AEF

| | | initially be flagged as not for business use. | |
|---|---|---|---|
| 40:19 | a ranking recommendation | ranking and recommendation | 2, 3 |

## Amended Response

The clarifications made to my testimony at 29:11-16, 29:23-30:5, 30:13-22, and 32:19-21 were made solely to clarify that when a user has been placed in a U13 checkpoint, the process to begin deleting that user's data would occur after (1) the user failed the U13 checkpoint, or (2) the 30-day term to complete the checkpoint by verifying that the user is 13 years old or older has expired.

Signed by:

*Lars Backstrom*

AF88A24E0D5F4C7...

SIGNATURE OF THE WITNESS

this ____14____ day of November, 2025.