# Exhibit 24

CONFIDENTIAL

Ashley M. Simonsen (Bar No. 275203)
COVINGTON & BURLING LLP
1999 Avenue of the Stars
Los Angeles, California 90067-4643
Telephone: + 1 (424) 332-4800
Facsimile: + 1 (424) 332-4749
Email: asimonsen@cov.com

Attorneys for Defendants Meta Platforms, Inc. f/k/a
Facebook, Inc.; Facebook Holdings, LLC; Facebook
Operations, LLC; Facebook Payments, Inc.;
Facebook Technologies, LLC; Instagram, LLC;
Siculus, Inc.; and Mark Elliot Zuckerberg
Additional counsel listed on
signature pages

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
### OAKLAND DIVISION

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | MDL NO. 3047<br><br>Civil Case No.  4:22-md-03047-YGR:<br><br>Honorable Yvonne Gonzalez Rogers<br><br>**META DEFENDANTS' AMENDED RESPONSES AND OBJECTIONS TO PLAINTIFFS' THIRD SET OF REQUESTS FOR ADMISSION** |

Defendants Meta Platforms, Inc., Facebook Payments, Inc., Siculus, Inc., Facebook Operations, LLC, and Instagram, LLC, (collectively, "Defendants" or "Meta"), by and through their attorneys, Covington & Burling, LLP, submit their amended responses and objections to Plaintiffs' Third Set of Requests for Admission ("Requests") served on February 21, 2025.

Meta's responses to the Requests are made to the best of its current knowledge, information, and belief. Meta reserves the right to further supplement or amend any of its responses should future investigation indicate that such supplementation or amendment is necessary.

1

CONFIDENTIAL

**AMENDED RESPONSES AND OBJECTIONS TO SPECIFIC REQUESTS FOR ADMISSION**

**REQUEST FOR ADMISSION NO. 18**:

Admit that You do not provide notice (as described in 16 CFR § 312.4) of what information You collect from Children on Facebook or Instagram, how You use such information, or Your disclosure practices for such information.

**ORIGINAL RESPONSE**:

Meta incorporates its Responses and Objections to All Requests by reference as though fully set forth herein. Meta further objects to this Request on the ground that its use of the undefined phrases "information," "use such information," and "disclosure practices" renders this Request vague and ambiguous. Meta objects to this Request as overbroad, unduly burdensome, and not proportional to the needs of the case to the extent that it seeks information without limitation to the Relevant Time Period. Accordingly, Meta will limit its response to this Request to the Relevant Time Period. Meta objects to this request to the extent it suggests that individuals under the age of 13 are permitted users of Facebook or Instagram, which they are not. Meta will interpret "information" to mean "personal information" as reflected in 15 U.S.C. § 6501 and 16 CFR § 312.2.

Based on, subject to, and without waiving the foregoing objections, Meta responds as follows: Except as expressly set out below, Meta DENIES this Request for Admission.

Since at least 2012, Facebook's Terms of Service and Instagram's Terms of Use have prohibited individuals under the age of 13 from creating a Facebook or Instagram account. Persons who enter a date of birth indicating that they are under 13 during the Facebook or Instagram registration process are not permitted to create an account, and Meta does not store personal information for such persons. If Meta has reliable evidence indicating that an individual who has created an account is under the age of 13, then Meta will place the user in an age checkpoint. If the user is unable to demonstrate that they are 13 years of age or older, by failing to appeal or making an unsuccessful attempt to appeal the checkpoint, their

2

**CONFIDENTIAL**

account is deleted in accordance with Meta's standard deletion protocols.  When Meta deletes a user's account, Meta's systems delete, as defined in 16 CFR § 312.2, all data associated with the account.  The Terms of Service and Terms of Use also state that to use Facebook or Instagram individuals must be at least 13 years old.  Therefore, because during the Relevant Time Period, Meta has not knowingly collected personal information from individuals under 13 on Facebook or Instagram, regardless of whether those individuals have been logged into a Facebook or Instagram account, Meta has not provided notice as described in 16 CFR § 312.4.

Meta reserves the right to supplement or modify its response based upon documents or information identified over the course of discovery.

**AMENDED RESPONSE**:

Meta incorporates its Responses and Objections to All Requests by reference as though fully set forth herein. Meta further objects to this Request on the ground that its use of the undefined phrases "information," "use such information," and "disclosure practices" renders this Request vague and ambiguous.  Meta objects to this Request as overbroad, unduly burdensome, and not proportional to the needs of the case to the extent that it seeks information without limitation to the Relevant Time Period.  Accordingly, Meta will limit its response to this Request to the Relevant Time Period.  Meta objects to this request to the extent it suggests that individuals under the age of 13 are permitted users of Facebook or Instagram, which they are not.  Meta will interpret "information" to mean "personal information" as reflected in 15 U.S.C. § 6501 and 16 CFR § 312.2.

Based on, subject to, and without waiving the foregoing objections, Meta responds as follows:  Except as expressly admitted below, Meta DENIES this Request for Admission.

Since at least 2012, Facebook's Terms of Service and Instagram's Terms of Use have prohibited individuals under the age of 13 from creating a Facebook or Instagram account.  Persons who enter a date of birth indicating that they are under 13 during the Facebook or Instagram registration process are not

3

**CONFIDENTIAL**

permitted to create an account, and Meta does not store personal information for such persons. If Meta has reliable evidence indicating that an individual who has created an account is under the age of 13, then Meta will place the user in an age checkpoint. If the user is unable to demonstrate that they are 13 years of age or older, by failing to appeal or making an unsuccessful attempt to appeal the checkpoint, their account is deleted in accordance with Meta's standard deletion protocols. When Meta deletes a user's account, Meta's systems delete, as defined in 16 CFR § 312.2, all data associated with the account. The Terms of Service and Terms of Use also state that to use Facebook or Instagram individuals must be at least 13 years old. Therefore, because during the Relevant Time Period, Meta has not knowingly collected personal information from individuals under 13 on Facebook or Instagram, regardless of whether those individuals have been logged into a Facebook or Instagram account, Meta has not provided notice as described in 16 CFR § 312.4.

Meta reserves the right to supplement or modify its response based upon documents or information identified over the course of discovery.

**REQUEST FOR ADMISSION NO. 19**:

Admit that You do not obtain Verifiable parental consent to collect, use, and/or disclose personal information that You collect from Children who visit Facebook with or without logging into an account.

**ORIGINAL RESPONSE**:

Meta incorporates its Responses and Objections to All Requests by reference as though fully set forth herein. Meta objects to this Request as overbroad, unduly burdensome, and not proportional to the needs of the case to the extent that it seeks information without limitation to the Relevant Time Period. Accordingly, Meta will limit its response to this Request to the Relevant Time Period. Meta further objects to this Request on the ground that its use of the undefined phrases "use" and "disclose" renders this Request vague and ambiguous. Meta objects to this request to the extent it suggests that individuals under the age of 13 are permitted users of Facebook or Instagram, which they are not. Meta

4

interprets the term "obtain verifiable consent" and "personal information," to have the meanings reflected in 15 U.S.C. § 6501 and 16 CFR § 312.2.

Based on, subject to, and without waiving the foregoing objections, Meta responds as follows:   Except as expressly set out below, Meta DENIES this Request for Admission.

Since at least 2012, Facebook's Terms of Service have prohibited individuals under the age of 13 from creating a Facebook account.  Persons who enter a date of birth indicating that they are under 13 during the Facebook registration process are not permitted to create an account, and Meta does not store personal information for such persons.  If Meta has reliable evidence indicating that an individual who has created an account is under the age of 13, then Meta will place the user in an age checkpoint.  If the user is unable to demonstrate that they are 13 years of age or older, by failing to appeal or making an unsuccessful attempt to appeal the checkpoint, their account is deleted in accordance with our standard deletion protocols.  When Meta deletes a user's account, Meta's systems delete, as defined in 16 CFR § 312.2, all data associated with the account.  The Terms of Service also state that to use Facebook individuals must be at least 13 years old.  Therefore, because during the Relevant Time Period Meta has not knowingly collected data from any individuals under 13 on Facebook, regardless of whether those individuals have been logged into a Facebook account, Meta has not sought verifiable consent from parents of individuals under 13 whom Meta does not know exist.

Meta reserves the right to supplement or modify its response based upon documents or information identified over the course of discovery.

**AMENDED RESPONSE**:

Meta incorporates its Responses and Objections to All Requests by reference as though fully set forth herein. Meta objects to this Request as overbroad, unduly burdensome, and not proportional to the needs of the case to the extent that it seeks information without limitation to the Relevant Time Period.  Accordingly, Meta will limit its response to this Request to the Relevant Time Period.  Meta

5

**CONFIDENTIAL**

further objects to this Request on the ground that its use of the undefined phrases "use" and "disclose" renders this Request vague and ambiguous. Meta objects to this request to the extent it suggests that individuals under the age of 13 are permitted users of Facebook or Instagram, which they are not. Meta interprets the term "obtain verifiable consent" and "personal information," to have the meanings reflected in 15 U.S.C. § 6501 and 16 CFR § 312.2.

Based on, subject to, and without waiving the foregoing objections, Meta responds as follows:   Except as expressly admitted below, Meta DENIES this Request for Admission.

Since at least 2012, Facebook's Terms of Service have prohibited individuals under the age of 13 from creating a Facebook account. Persons who enter a date of birth indicating that they are under 13 during the Facebook registration process are not permitted to create an account, and Meta does not store personal information for such persons. If Meta has reliable evidence indicating that an individual who has created an account is under the age of 13, then Meta will place the user in an age checkpoint. If the user is unable to demonstrate that they are 13 years of age or older, by failing to appeal or making an unsuccessful attempt to appeal the checkpoint, their account is deleted in accordance with our standard deletion protocols. When Meta deletes a user's account, Meta's systems delete, as defined in 16 CFR § 312.2, all data associated with the account. The Terms of Service also state that to use Facebook individuals must be at least 13 years old. Therefore, because during the Relevant Time Period Meta has not knowingly collected data from any individuals under 13 on Facebook, regardless of whether those individuals have been logged into a Facebook account, Meta has not sought verifiable consent from parents of individuals under 13 whom Meta does not know exist.

Meta reserves the right to supplement or modify its response based upon documents or information identified over the course of discovery.

6

**REQUEST FOR ADMISSION NO. 20**:

Admit that You do not provide a means for a parent to review the personal information collected from their Children who visit Facebook with or without logging into an account, in a manner described in 16 CFR § 312.6(a)(3).

**ORIGINAL RESPONSE**:

Meta incorporates its Responses and Objections to All Requests by reference as though fully set forth herein. Meta objects to this Request as overbroad, unduly burdensome, and not proportional to the needs of the case to the extent that it seeks information without limitation to the Relevant Time Period. Accordingly, Meta will limit its response to this Request to the Relevant Time Period. Meta further objects to this Request on the ground that its use of the undefined phrases "visit," "review," and "with or without logging into" renders this Request vague and ambiguous. Meta objects to this request to the extent it suggests that individuals under the age of 13 are permitted users of Facebook or Instagram, which they are not. Meta interprets the terms "collected," "parent," and "personal information" to have the meanings reflected in 15 U.S.C. § 6501 and 16 CFR § 312.2.

Based on, subject to, and without waiving the foregoing objections, Meta responds as follows:   Except as expressly set out below, Meta DENIES this request.

Since at least 2012, Facebook's Terms of Service have prohibited individuals under the age of 13 from creating a Facebook account. Persons who enter a date of birth indicating that they are under 13 during the Facebook registration process are not permitted to create an account, and Meta does not store personal information for such persons. If Meta has reliable evidence indicating that an individual who has created an account is under the age of 13, then Meta will place the user in an age checkpoint. If the user is unable to demonstrate that they are 13 years of age or older, by failing to appeal or making an unsuccessful attempt to appeal the checkpoint, their account is deleted in accordance with Meta's standard deletion protocols. When Meta deletes a user's account, Meta's systems delete, as defined in 16 CFR §

7

**CONFIDENTIAL**

312.2, all data associated with the account. The Terms of Service also state that to use Facebook individuals must be at least 13 years old.  Therefore, because during the Relevant Time Period, Meta has not knowingly collected personal information from individuals under 13 on Facebook, regardless of whether those individuals have been logged into a Facebook account, Meta has not provided parents means to review personal information of their children under 13 whom Meta does not know exist.

Meta reserves the right to supplement or modify its response based upon documents or information identified over the course of discovery.

**AMENDED RESPONSE**:

Meta incorporates its Responses and Objections to All Requests by reference as though fully set forth herein. Meta objects to this Request as overbroad, unduly burdensome, and not proportional to the needs of the case to the extent that it seeks information without limitation to the Relevant Time Period.  Accordingly, Meta will limit its response to this Request to the Relevant Time Period.  Meta further objects to this Request on the ground that its use of the undefined phrases "visit," "review," and "with or without logging into" renders this Request vague and ambiguous.  Meta objects to this request to the extent it suggests that individuals under the age of 13 are permitted users of Facebook or Instagram, which they are not.  Meta interprets the terms "collected," "parent," and "personal information" to have the meanings reflected in 15 U.S.C. § 6501 and 16 CFR § 312.2.

Based on, subject to, and without waiving the foregoing objections, Meta responds as follows:   Except as expressly admitted below, Meta DENIES this Request for Admission.

Since at least 2012, Facebook's Terms of Service have prohibited individuals under the age of 13 from creating a Facebook account.  Persons who enter a date of birth indicating that they are under 13 during the Facebook registration process are not permitted to create an account, and Meta does not store personal information for such persons.  If Meta has reliable evidence indicating that an individual who has created an account is under the age of 13, then Meta will place the user in an age checkpoint.  If the

8

user is unable to demonstrate that they are 13 years of age or older, by failing to appeal or making an unsuccessful attempt to appeal the checkpoint, their account is deleted in accordance with Meta's standard deletion protocols.  When Meta deletes a user's account, Meta's systems delete, as defined in 16 CFR § 312.2, all data associated with the account. The Terms of Service also state that to use Facebook individuals must be at least 13 years old.  Therefore, because during the Relevant Time Period, Meta has not knowingly collected personal information from individuals under 13 on Facebook, regardless of whether those individuals have been logged into a Facebook account, Meta has not provided parents means to review personal information of their children under 13 whom Meta does not know exist.

Meta reserves the right to supplement or modify its response based upon documents or information identified over the course of discovery.

**REQUEST FOR ADMISSION NO. 21**:

Admit that You do not provide a means for a parent to refuse to permit the further use or maintenance of the information collected from their Child on Your Platforms, in the manner described in 16 CFR § 312.6(a)(2).

**ORIGINAL RESPONSE**:

Meta incorporates its Responses and Objections to All Requests by reference as though fully set forth herein. Meta further objects to this Request on the ground that its use of the undefined phrases "maintenance of the information collected" and "information" renders this Request vague and ambiguous.  Meta objects to this Request as overbroad, unduly burdensome, and not proportional to the needs of the case to the extent that it seeks information without limitation to the Relevant Time Period.  Accordingly, Meta will limit its response to this Request to the Relevant Time Period.  Meta objects to this request to the extent it suggests that individuals under the age of 13 are permitted users of Facebook or Instagram, which they are not.  Meta interprets the terms "collected," "parent," and "personal

9

**CONFIDENTIAL**

information" to have the meanings reflected in 15 U.S.C. § 6501 and 16 CFR § 312.2. Meta will interpret "information" to mean "personal information" as reflected in 15 U.S.C. § 6501 and 16 CFR § 312.2.

Based on, subject to, and without waiving the foregoing objections, Meta responds as follows: Except as expressly set out below, Meta DENIES this Request for Admission.

Since at least 2012, Facebook's Terms of Service and Instagram's Terms of Use have prohibited individuals under the age of 13 from creating a Facebook or Instagram account. Persons who enter a date of birth indicating that they are under 13 during the Facebook or Instagram registration process are not permitted to create an account, and Meta does not store personal information for such persons. If Meta has reliable evidence indicating that an individual who has created an account is under the age of 13, then Meta will place the user in an age checkpoint. If the user is unable to demonstrate that they are 13 years of age or older, by failing to appeal or making an unsuccessful attempt to appeal the checkpoint, their account is deleted in accordance with our standard deletion protocols. When Meta deletes a user's account, Meta's systems delete, as defined in 16 CFR § 312.2, all data associated with the account. As such, since 2012, Meta has not provided parents a means, as described in 16 CFR § 312.6(a)(2), to (1) refuse to permit the further use of personal information collected from their children under 13, or (2) to direct the operator to delete the child's personal information, because individuals under 13 are not authorized to open an account on Instagram or Facebook and Meta therefore does not knowingly collect personal information from individuals under 13. The Terms of Service and Terms of Use also state that to use Facebook or Instagram individuals must be at least 13 years old. Therefore, because during the Relevant Time Period, Meta has not knowingly collected personal information from individuals under 13 on Facebook or Instagram, regardless of whether those individuals have been logged into a Facebook or Instagram account, Meta has not provided parents a means to refuse to permit the further use of personal information from their children whom Meta does not know exist.

**CONFIDENTIAL**

Meta reserves the right to supplement or modify its response based upon documents or information identified over the course of discovery.

**AMENDED RESPONSE**:

Meta incorporates its Responses and Objections to All Requests by reference as though fully set forth herein. Meta further objects to this Request on the ground that its use of the undefined phrases "maintenance of the information collected" and "information" renders this Request vague and ambiguous. Meta objects to this Request as overbroad, unduly burdensome, and not proportional to the needs of the case to the extent that it seeks information without limitation to the Relevant Time Period. Accordingly, Meta will limit its response to this Request to the Relevant Time Period. Meta objects to this request to the extent it suggests that individuals under the age of 13 are permitted users of Facebook or Instagram, which they are not. Meta interprets the terms "collected," "parent," and "personal information" to have the meanings reflected in 15 U.S.C. § 6501 and 16 CFR § 312.2. Meta will interpret "information" to mean "personal information" as reflected in 15 U.S.C. § 6501 and 16 CFR § 312.2.

Based on, subject to, and without waiving the foregoing objections, Meta responds as follows:   Except as expressly admitted below, Meta DENIES this Request for Admission.

Since at least 2012, Facebook's Terms of Service and Instagram's Terms of Use have prohibited individuals under the age of 13 from creating a Facebook or Instagram account. Persons who enter a date of birth indicating that they are under 13 during the Facebook or Instagram registration process are not permitted to create an account, and Meta does not store personal information for such persons. If Meta has reliable evidence indicating that an individual who has created an account is under the age of 13, then Meta will place the user in an age checkpoint. If the user is unable to demonstrate that they are 13 years of age or older, by failing to appeal or making an unsuccessful attempt to appeal the checkpoint, their account is deleted in accordance with our standard deletion protocols. When Meta deletes a user's account, Meta's systems delete, as defined in 16 CFR § 312.2, all data associated with the account. As

11

**CONFIDENTIAL**

such, since 2012, Meta has not provided parents a means, as described in 16 CFR § 312.6(a)(2), to (1) refuse to permit the further use of personal information collected from their children under 13, or (2) to direct the operator to delete the child's personal information, because individuals under 13 are not authorized to open an account on Instagram or Facebook and Meta therefore does not knowingly collect personal information from individuals under 13.  The Terms of Service and Terms of Use also state that to use Facebook or Instagram individuals must be at least 13 years old.  Therefore, because during the Relevant Time Period, Meta has not knowingly collected personal information from individuals under 13 on Facebook or Instagram, regardless of whether those individuals have been logged into a Facebook or Instagram account, Meta has not provided parents a means to refuse to permit the further use of personal information from their children whom Meta does not know exist.

Meta reserves the right to supplement or modify its response based upon documents or information identified over the course of discovery.

**REQUEST FOR ADMISSION NO. 46**:

Admit that Meta uses the personal information it gathers about Users, regardless of age, to better target its advertising services.

**ORIGINAL RESPONSE**:

Meta incorporates its Responses and Objections to All Requests by reference as though fully set forth herein.  Meta objects to this Request as overbroad, unduly burdensome, and not proportional to the needs of the case to the extent that it seeks information without limitation to the Relevant Time Period or Youth users.  Meta further objects to this Request on the ground that its use of the undefined phrases "personal information," "gathers," "regardless of age," "better target," and "advertising services" renders this Request vague and ambiguous.  Meta interprets "personal information" to be individually identifiable information about an individual collected online.  Meta further objects to this Request as vague and ambiguous on the ground that its use of the term "Users" and "personal information" does not exclude

12

individuals under the age of 13. Meta interprets "Users" as referring only to individuals with an account on either Facebook or Instagram, as Facebook and Instagram are the only social media services at issue in Plaintiffs' operative complaint, and to individuals at least 13 years of age, as individuals under 13 years of age are not permitted users of Facebook and Instagram. Meta further objects to Definition No. 2 ("collect," "collects" and "collection") as vague and ambiguous in that Plaintiffs assign to those terms the meaning provided in 16 C.F.R. § 312.2 yet appear also to use one or more of those terms in different contexts, apparently using their more ordinary meaning. Meta does not attribute to those terms Plaintiffs' assigned meaning in this Request. Meta objects to the terms to the extent that they assume Meta knowingly collects personal information from individuals under the age of 13.

Based on, subject to, and without waiving the foregoing objections, Meta responds as follows: Except as expressly admitted below, Meta DENIES this Request for Admission.

Meta's publicly available Privacy Policy (available at https://www.facebook.com/privacy/policy?annotations[0]=1.ex.41-InformationWeCollectIf) explains how it collects and uses certain information from Users. As disclosed in the Policy, Meta uses this information for a variety of purposes, including to promote safety, security, and integrity by investigating and addressing violations of its policies, to communicate with users, and to provide advertising services. As also disclosed in the Policy, Meta's ads system uses this information to understand users' interests and preferences and personalize the ads shown to users on Meta's products. Meta does not allow individuals under the age of 13 to access Facebook or Instagram, and it does not allow advertisers to target advertisements to individuals under the age of 13. Meta also limits the information that can be used to show advertisements to people under the age of 18, as described at https://www.facebook.com/privacy/dialog/how-ads-are-different-for-teens. As a result, Meta does not use user information to better target its advertising services "regardless of age."

**CONFIDENTIAL**

Meta reserves the right to supplement or modify its response based upon documents or information identified over the course of discovery.

**AMENDED RESPONSE**:

Meta incorporates its Responses and Objections to All Requests by reference as though fully set forth herein.  Meta objects to this Request as overbroad, unduly burdensome, and not proportional to the needs of the case to the extent that it seeks information without limitation to the Relevant Time Period or Youth users.  Meta further objects to this Request on the ground that its use of the undefined phrases "personal information," "uses," "gathers," "regardless of age," "better target," and "advertising services" renders this Request vague and ambiguous.  Per Definition No. 5 of the Requests, Meta interprets the term "personal information" to have the meaning reflected in 16 CFR § 312.2.  Meta further objects to this Request as vague and ambiguous on the ground that its use of the term "Users" and "personal information" does not exclude individuals under the age of 13.  Meta interprets "Users" as referring only to individuals with an account on either Facebook or Instagram, as Facebook and Instagram are the only social media services at issue in Plaintiffs' operative complaint, and to individuals at least 13 years of age, as individuals under 13 years of age are not permitted users of Facebook and Instagram.  Meta further objects to Definition No. 2 ("collect," "collects" and "collection") as vague and ambiguous in that Plaintiffs assign to those terms the meaning provided in 16 C.F.R. § 312.2 yet appear also to use one or more of those terms in different contexts, apparently using their more ordinary meaning.  Meta does not attribute to those terms Plaintiffs' assigned meaning in this Request.  Meta objects to the terms to the extent that they assume Meta knowingly collects personal information from individuals under the age of 13.

Based on, subject to, and without waiving the foregoing objections, Meta responds as follows:  Except as expressly admitted below, Meta DENIES this Request for Admission.

Meta's publicly available Privacy Policy that has been produced at, e.g., META3047MDL-030-00000058 explains how it collects and may use certain information from Users.  As disclosed in the Policy,

14

**CONFIDENTIAL**

Meta uses this information for a variety of purposes, including to promote safety, security, and integrity by investigating and addressing violations of its policies, to communicate with users, and to provide advertising services. As also disclosed in the Policy, Meta's ads system uses this information to understand users' interests and preferences and personalize the ads shown to users on Meta's products. However, advertisers decide who sees their advertisements and where by defining their target audience. Meta does not allow individuals under the age of 13 to access Facebook or Instagram, and it does not allow advertisers to target advertisements to individuals under the age of 13. Meta also limits the information that can be used to show advertisements to people under the age of 18, as described at META3047MDL-146-00060515. As a result, Meta does not use user information to better target its advertising services "regardless of age."

Meta reserves the right to supplement or modify its response based upon documents or information identified over the course of discovery.

**REQUEST FOR ADMISSION NO. 47**:

Admit that Meta associates information collected about individuals who visit Facebook or Instagram pages without logging in (including information about how they interact with Facebook or Instagram) with one or more identifiers described in the definition of "personal information" in 16 CFR § 312.2.

**ORIGINAL RESPONSE**:

Meta incorporates its Responses and Objections to All Requests by reference as though fully set forth herein. Meta objects to this Request as overbroad, unduly burdensome, and not proportional to the needs of the case to the extent that it seeks information without limitation to the Relevant Time Period or Youth users. Meta further objects to this Request on the ground that its use of the undefined phrases "associates," "information collected," "visit Facebook or Instagram pages," "without logging in," "interact," and "identifiers" renders this Request vague and ambiguous. Meta further objects to Definition

15

No. 2 ("collect," "collects" and "collection") as vague and ambiguous in that Plaintiffs assign to those terms the meaning provided in 16 C.F.R. § 312.2, yet also appear to use one or more of those terms in different contexts, apparently using their more ordinary meaning. Meta does not attribute to those terms Plaintiffs' assigned meaning in this Request. Meta objects to the terms to the extent that they assume Meta knowingly collects personal information from individuals under the age of 13.

Based on, subject to, and without waiving the foregoing objections, Meta responds as follows: Except as expressly admitted below, Meta DENIES this Request for Admission.

Meta's publicly available Privacy Policy explains how it collects and uses certain information, including certain information from people who visit certain Facebook and Instagram webpages without logging into an account as described at https://www.facebook.com/privacy/policy?annotations[0]=1.ex.41-InformationWeCollectIf. Meta does not knowingly collect personal information from individuals under the age of 13.

Meta reserves the right to supplement or modify its response based upon documents or information identified over the course of discovery.

**AMENDED RESPONSE**:

Meta incorporates its Responses and Objections to All Requests by reference as though fully set forth herein. Meta objects to this Request as overbroad, unduly burdensome, and not proportional to the needs of the case to the extent that it seeks information without limitation to the Relevant Time Period or Youth users. Meta further objects to this Request on the ground that its use of the undefined phrases "associates," "information collected," "visit Facebook or Instagram pages," "without logging in," "interact," and "identifiers" renders this Request vague and ambiguous. Meta further objects to Definition No. 2 ("collect," "collects" and "collection") as vague and ambiguous in that Plaintiffs assign to those terms the meaning provided in 16 C.F.R. § 312.2, yet also appear to use one or more of those terms in different contexts, apparently using their more ordinary meaning. Meta does not attribute to those terms

**CONFIDENTIAL**

Plaintiffs' assigned meaning in this Request. Meta objects to the terms to the extent that they assume Meta knowingly collects personal information from individuals under the age of 13.

Based on, subject to, and without waiving the foregoing objections, Meta responds as follows: Except as expressly admitted below, Meta DENIES this Request for Admission.

Meta's publicly available Privacy Policy that has been produced at, e.g., META3047MDL-030-00000058 explains how it collects and may use certain information, including certain information from people who visit certain Facebook and Instagram webpages without logging into an account. Meta does not knowingly collect personal information from individuals under the age of 13.

Meta reserves the right to supplement or modify its response based upon documents or information identified over the course of discovery.

**REQUEST FOR ADMISSION NO. 48**:

Admit that the personal information You collect from individuals who visit Facebook or Instagram pages without logging in is used for targeting advertisements to those individuals.

**ORIGINAL RESPONSE**:

Meta incorporates its Responses and Objections to All Requests by reference as though fully set forth herein. Meta objects to this Request as overbroad, unduly burdensome, and not proportional to the needs of the case to the extent that it seeks information without limitation to the Relevant Time Period or Youth users. Meta further objects to this Request on the ground that its use of the undefined phrases "from individuals," "visit Facebook or Instagram pages," "without logging in," and "used for targeting advertisements" renders this Request vague and ambiguous. Meta interprets "personal information" to be individually identifiable information about an individual collected online. Meta further objects to Definition No. 2 ("collect," "collects" and "collection") as vague and ambiguous in that Plaintiffs assign to those terms the meaning provided in 16 C.F.R. § 312.2, yet also appear to use one or more of those terms in different contexts, apparently using their more ordinary meaning. Meta does not attribute to those

17

terms Plaintiffs' assigned meaning in this Request. Meta objects to the terms to the extent that they assume Meta knowingly collects personal information from individuals under the age of 13.

Based on, subject to, and without waiving the foregoing objections, Meta responds as follows: Except as expressly admitted below, Meta DENIES this Request for Admission.

Meta's publicly available Privacy Policy explains how it collects and uses certain information, including certain information from people who visit certain Facebook and Instagram webpages without logging into an account as described at https://www.facebook.com/privacy/policy?annotations[0]=1.ex.41-InformationWeCollectIf. As disclosed in the Policy, that information may be used to show such individuals ads for Meta's products through the Meta Audience Network if Meta cannot recognize them as registered users of Meta's products.

Meta reserves the right to supplement or modify its response based upon documents or information identified over the course of discovery.

**AMENDED RESPONSE**:

Meta incorporates its Responses and Objections to All Requests by reference as though fully set forth herein. Meta objects to this Request as overbroad, unduly burdensome, and not proportional to the needs of the case to the extent that it seeks information without limitation to the Relevant Time Period or Youth users. Meta further objects to this Request on the ground that its use of the undefined phrases "from individuals," "visit Facebook or Instagram pages," "without logging in," and "used for targeting advertisements" renders this Request vague and ambiguous. Per Definition No. 5 of the Requests, Meta interprets the term "personal information" to have the meaning reflected in 16 CFR § 312.2. Meta further objects to Definition No. 2 ("collect," "collects" and "collection") as vague and ambiguous in that Plaintiffs assign to those terms the meaning provided in 16 C.F.R. § 312.2, yet also appear to use one or more of those terms in different contexts, apparently using their more ordinary meaning. Meta does not attribute to those terms Plaintiffs' assigned meaning in this Request. Meta objects to the terms to the

**CONFIDENTIAL**

extent that they assume Meta knowingly collects personal information from individuals under the age of 13.

Based on, subject to, and without waiving the foregoing objections, Meta responds as follows: Except as expressly admitted below, Meta DENIES this Request for Admission.

Meta's publicly available Privacy Policy that has been produced at, e.g., META3047MDL-030-00000058 explains how it collects and may use certain information, including certain information from people who visit certain Facebook and Instagram webpages without logging into an account. As disclosed in the Policy, that information may be used to show such individuals ads for Meta's products through the Meta Audience Network if Meta cannot recognize them as registered users of Meta's products. Meta reserves the right to supplement or modify its response based upon documents or information identified over the course of discovery.

CONFIDENTIAL

Dated:  May 2, 2025                          Respectfully submitted,

                                              **COVINGTON & BURLING LLP**


                                              */s/ Ashley M. Simonsen*
                                              Ashley M. Simonsen (State Bar No. 275203)
                                                asimonsen@cov.com
                                              COVINGTON & BURLING LLP
                                              1999 Avenue of the Stars
                                              Los Angeles, CA 90067
                                              Telephone: (424) 332-4800
                                              Facsimile: + 1 (424) 332-4749

                                              Emily Johnson Henn (State Bar No. 269482)
                                              ehenn@cov.com
                                              COVINGTON & BURLING LLP
                                              3000 El Camino Real
                                              5 Palo Alto Square, 10th Floor
                                              Palo Alto, CA 94306
                                              Telephone: + 1 (650) 632-4700
                                              Facsimile: +1 (650) 632-4800

                                              Phyllis A. Jones, *pro hac vice*
                                              pajones@cov.com
                                              Paul W. Schmidt, *pro hac vice*
                                              pschmidt@cov.com
                                              Michael X. Imbroscio, *pro hac vice*
                                              mimbroscio@cov.com
                                              COVINGTON & BURLING LLP
                                              One CityCenter
                                              850 Tenth Street, NW
                                              Washington, DC 20001-4956
                                              Telephone: + 1 (202) 662-6000
                                              Facsimile: + 1 (202) 662-6291

                                              *Attorneys for Defendants Meta Platforms, Inc. f/k/a Facebook, Inc.; Facebook Holdings, LLC; Facebook Operations, LLC; Facebook Payments, Inc.; Facebook Technologies, LLC; Instagram, LLC; Siculus, Inc.; and Mark Elliot Zuckerberg*

20

CONFIDENTIAL

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing was served via electronic mail on May 2, 2025 on the following:

PSCServiceMDL3047@motleyrice.com

~SnapMDL3047JCCP5255@mto.com

john.beisner@skadden.com

YT-MDL3047JCCP5255@list.wsgr.com

YT-ML-MDL3047JCCP5255@morganlewis.com

W&C-YT-PL-Cases@wc.com

TikTokMDL3047JCCP5255@faegredrinker.com

TikTokMDL3047JCCP5255@kslaw.com

SM.MDLAGLeads@coag.gov

mdl3047coleadfirms@listserv.motleyrice.com

Defendants-MDL3047JCCP5255@skaddenlists.com

I declare under penalty of perjury that the foregoing is true and correct. Executed on May 2, 2025.

DATED:        May 2, 2025                By:    */s/ Ashley M. Simonsen*

                                               Ashley M. Simonsen

21

META DEFENDANTS' AMENDED RESPONSES AND OBJECTIONS TO PLAINTIFFS' THIRD SET OF REQUESTS FOR ADMISSION – CASE NO. 4:22-MD-0347-YGR