# Exhibit 35

# facebook

November 19, 2019

Vaishnavi Jayakumar

Dear Vaishnavi,

On behalf of Facebook, Inc. (the "Company" or "Facebook"), I am pleased to offer you full-time employment in the position of Safety Policy Manager (Instagram) at Facebook.  You will be working out of our San Francisco office, under the guidance of Antigone Davis. At Facebook, you'll have the opportunity to do the most important work of your career. The decisions you'll make and the things you'll build here have the potential to impact billions of people around the globe. We look forward to welcoming you to our team, hearing your ideas, and collaborating to help give people the power to build community and bring the world closer together. This letter completely replaces and supersedes the offer letter you received dated November 18, 2019.

1. **Compensation**

a. **Base Pay**.  In this position, you will earn a starting base pay of [ PII ] per year.  Your base pay will be payable pursuant to the Company's regular payroll policy.  Your base pay will be periodically reviewed as a part of the Company's regular reviews of compensation.

b. **Bonus**.  You may be eligible to receive a semi-annual discretionary bonus of up to a target of 25% of your Base Eligible Earnings as defined in the Company's bonus plan.  Based on your performance, you can over-achieve your bonus target pursuant to the Company's bonus plan.

c. **Sign-on Bonus**.  The Company will pay you a one-time, non-recurring sign-on bonus of [ PII ] to be paid within thirty (30) days after your Start Date, subject to applicable withholdings.  You will not actually earn the sign-on bonus unless you remain a full-time employee with the Company through and until the one-year anniversary of your Start Date.  In the event you resign or your employment with the Company terminates for cause prior to the one-year anniversary of your Start Date, you will immediately repay a prorated portion of the sign-on bonus to the Company.

2. **Employee Benefits**

a. **Paid Time Off**.  Subject to the Company's PTO policy, you will be eligible to accrue up to twenty-one (21) days of PTO per calendar year, pro-rated for the remainder of this calendar year.

b. **Group Plans**.  The Company will provide you with the opportunity to participate in the standard benefits plans currently available to other similarly situated employees, including medical, dental, and vision, subject to any eligibility requirements imposed by such plans.

3. **Restricted Stock Units**

Subject to the approval of Facebook, Inc.'s Board of Directors or its designee, you will be granted a number of restricted stock units ("RSUs") under the Company's 2012 Equity Incentive Plan (the "2012 EIP") with an "Initial Value" of [ PII ] USD. The exact number of RSUs will be determined at the time your grant is approved by dividing the Initial Value by a "Share Value." The Share Value will be determined by reference to a trailing average closing stock price. The RSUs will be submitted for approval following your Start Date.  Each RSU entitles you to receive one share of Facebook, Inc. Class A common stock following vesting.  Unlike traditional stock options, you do not need to pay any exercise price for the shares of Facebook, Inc.'s stock subject to the RSUs (the "Shares"); they are simply delivered to you as a component of your compensation if and when they vest.

The RSUs are subject to a four-year quarterly vesting schedule.  Facebook, Inc. has four Quarterly Vesting Dates each year: February 15th, May 15th, August 15th and November 15th.  The first Quarterly Vesting Date

**1 Hacker Way • Menlo Park, CA 94025**

HIGHLY CONFIDENTIAL (COMPETITOR)                                                    META3047MDL-129-00090783