# Exhibit 36

HIGHLY CONFIDENTIAL

Page 1

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
IN RE: SOCIAL MEDIA          MDL No. 4:22-md-3047-YGR
ADOLESCENT ADDICTION/
PERSONAL INJURY PRODUCTS
LIABILITY LITIGATION.

_____
SUPERIOR COURT OF THE STATE OF CALIFORNIA
FOR THE COUNTY OF LOS ANGELES – SPRING STREET
COURTHOUSE
COORDINATION PROCEEDING
SPECIAL TITLE [RULE 3.400]

SOCIAL MEDIA CASES          Lead Case No. for Filing
For Filing Purposes
22STCV21355
_____
This Document Relates to:
STATE OF TENNESSEE,
ex rel. JONATHAN SKRMETTI,
ATTORNEY GENERAL and REPORTER,
v.
META PLATFORMS, INC., and
INSTAGRAM, LLC,
Case No. 23-1364-IV

_____

VIDEOTAPED DEPOSITION OF KARINA NEWTON

VOLUME 1, Pages 1 - 291

HIGHLY CONFIDENTIAL

Thursday, February 27, 2025

SAN FRANCISCO, CALIFORNIA

Reported By:
KATHLEEN A. MALTBIE, STENOGRAPHIC REPORTER
California CSR 10068, Nevada CCR 995, Texas CSR
12212, RPR-RMR-CRR-CCRR-CLR-CRC-RDR

HIGHLY CONFIDENTIAL

Page 2

VIDEOTAPED DEPOSITION OF KARINA NEWTON

BE IT REMEMBERED that on Thursday, February 27, 2025, commencing at the hour of 9:04 a.m. thereof, before me, Kathleen A. Maltbie, RPR-RMR-CRR-CCRR-CLR-CRC-RDR, a Certified Stenographic Shorthand Reporter, in and for the State of California, Nevada and Texas, personally appeared KARINA NEWTON, a witness in the above-entitled court and cause, who, being by me first duly sworn, was thereupon examined as a witness in said action.

HIGHLY CONFIDENTIAL

Page 28

THE WITNESS:  Could you repeat the question, please?

BY MR. MARTLAND:

Q.   What is your understanding of the lawsuits based on what you described as your review of the complaints that you read?

A.   I believe there's a number of different issues.  I think that I would summarize them as concerns around mental health and safety of people using Meta's products.

Q.   Okay.  Just so we have a clear record today, I just want to make sure we're on the same page about some terminology.

When you started working at Meta, it was called Facebook, correct?

A.   I started working for Instagram.

Q.   Oh, okay.

A.   And so, yeah, I worked at Instagram and, at that point, Instagram was an LLC, I believe.

Q.   Okay.  You'd -- you'd agree with me that at some point, Meta was called Facebook?

A.   Yes.

Q.   That it -- that it changed its name to Meta in 2021?

A.   I -- yes.  I don't remember the time, but