# Exhibit 38

Accounts Center, then the user's Facebook account will also be suspended. As of August 2022 with the rollout of Meta Accounts, a user's Facebook or Instagram account will be suspended when the user's Meta account is placed in an age checkpoint.[6]

## II.    REVIEWING ACCOUNTS IDENTIFIED AS POTENTIALLY USED BY CHILDREN

Accounts flagged through the processes outlined above are evaluated either by an automated process or through human review, and in some cases both.

### A.    Automated Evaluation

An account that has been flagged as potentially underage will go through an automated process that determines whether the account should be escalated for human review or immediately actioned. As described below, Meta leverages its automated technologies to filter out accounts that can be actioned without manual review to ensure that human reviewer resources are prioritized for accounts that do need manual review.

The automated actions that the system can take on its own are either (i) placing the account in an age checkpoint or (ii) allowing the account to continue using the Platforms.

#### 1.    *Automatically placed in an age checkpoint*

In some cases, Instagram and Facebook account holders are automatically placed in an age checkpoint without additional review from a manual reviewer. Most commonly, this occurs with users who self-report that they are under 13 by changing the age on their account. Because these users have themselves indicated they are under 13, Meta will presumptively determine that these users are too young to use the service, absent additional proof of age. A user who has been placed in an age checkpoint has the opportunity to appeal and recover access to their account if they can demonstrate they are old enough to use Facebook or Instagram by providing adequate documentation that they are at least 13 years old.

#### 2.    *Automatically permitted to remain on the app*

Where Meta has indicia that the user is not under the age of 13, Meta may automatically permit the user who has been flagged as potentially underage to

---

[6] In very limited circumstances where a user has a Meta account and Instagram account in the same Accounts Center, but not a Facebook account, the user's Meta account will not be suspended.

3

**CONFIDENTIAL TREATMENT REQUESTED UNDER 5 U.S.C. § 552(b)(4); 15 U.S.C. § 46(f); AND/OR 15 U.S.C. § 57b-2**

CONFIDENTIAL - PROTECTED BY CONFIDENTIALITY AGREEMENT
HIGHLY CONFIDENTIAL (COMPETITOR)

MT-IG-AG-NM-000254239
META3047MDL-053-00012718