# Exhibit 47

2/28/22, 11:37 AM                                          Instagram Help Center

How can we help?

**Help Center**

Instagram Features

Manage Your Account

Privacy, Safety and Security

Policies and Reporting

Instagram for Businesses

**Report an Underage User on Instagram**

If you believe that someone using Instagram is under the age of 13 or is impersonating your child who's under 13, please use this form to report their account.

**Username of the account you'd like to report**

**Full name of the person you'd like to report**

**Date of Birth of the person you'd like to report**

| Year: |

**Your relationship to this person**

| Parent                                        ⌄ |

**Your email address:**

If you're reporting a child's account that was made with a false date of birth, and the child's age can be reasonably verified as under 13, we 'll delete the account. You will not get confirmation that the account has been deleted, but you should no longer be able to view it on Instagram. Keep in mind that complete and detailed reports (example: providing the username of the account you're reporting) help us take appropriate action.

If the reported child's age can't reasonably be verified as under 13, then we may not be able to take action on the account.

| Send |

EXHIBIT ___13___
WIT: Hartel
DATE: 6/16/25
Maureen O. Pollard, RDR

**ABOUT US    HELP    API    JOBS    TERMS    PRIVACY**

© 2022 INSTAGRAM, INC.

**ENGLISH (US)**    ESPAÑOL    FRANÇAIS (FRANCE)    中文(简体)    العربية    PORTUGUÉS (BRASIL)    ITALIANO    한국어    DEUTSCH    हिन्दी    日本語

CONFIDENTIAL                          META3047MDL_RVOL003                          META3047MDL-003-00002262