# EXHIBIT 30

# Community Standards Enforcement Report Q3 2021

| | How prevalent were views of violations on Facebook? | How much content did we take action on? | Of the violating content we actioned, how much did we find before users reported it? | How much of the content we actioned did people appeal? | How much actioned content was later restored? |
|---|---|---|---|---|---|
| Adult Nudity & Sexual Activity | | | | | |
| Bullying & Harassment | We estimate that between 0.14% to 0.15% of views were of content that violated our standards against Bullying & Harassment. | | | | |
| Child Nudity & Sexual Exploitation (Measured until Q1 2021, and then replaced with Child Endangerment policy categories) | | | | | |
| Child Endangerment: Sexual Exploitation | | | | | |
| Child Endangerment: Nudity and Physical Abuse | | | | | |
| Dangerous Organizations: Organized Hate | | | | | |
| Dangerous Organizations: Terrorism | We estimate that less than 0.05% of views were of content that violated our standards against Terrorist Propaganda. | | | | |
| Fake Accounts | We estimate that fake accounts represented approximately 5% of our worldwide monthly active users (MAU) on Facebook during Q3 2021. | | | | |

META3047MDL_REPROD_VOL009

META3047MDL-003-00079927



We are developing metrics not shown here and will share them as soon as meaningful and accurate measures and related data are available.

Note: Due to a temporary reduction in our content review capacity as a result of COVID-19, our ability to offer users the option to appeal and measure prevalence was impacted in some areas beginning Q2 2020.

■ Restored without appeal
■ Restored after appeal

**Community Standards Enforcement Report Q3 2021**

| | How prevalent were views of violations on Instagram? | How much content did we take action on? | Of the violating content we actioned, how much did we find before users reported it? | How much of the content we actioned did people appeal? | How much actioned content was later restored? |
|---|---|---|---|---|---|
| Adult Nudity & Sexual Activity | | | | | |
| Bullying & Harassment | We estimate that between 0.05% to 0.06% of views were of content that violated our standards against Bullying & Harassment. | | | | |
| Child Nudity & Sexual Exploitation (Measured until Q1 2021, and then replaced with Child Endangerment policy categories) | | | | | |
| Child Endangerment: Sexual Exploitation | | | | | |
| Child Endangerment: Nudity and Physical Abuse | | | | | |
| Dangerous Organizations: Organized Hate | | | | | |
| Dangerous Organizations: Terrorism | We estimate that less than 0.05% of views were of content that violated our standards against Terrorist Propaganda. | | | | |
| Hate Speech | We estimate that about 0.02% of views were of content that violated our standards against Hate Speech. | | | | |

CONFIDENTIAL

META3047MDL-003-00079929



| Community Standards Enforcement Report Q3 2021 | How prevalent were views of violations on Instagram? | How much content did we take action on? | Of the violating content we actioned, how much did we find before users reported it? | How much of the content we actioned did people appeal? | How much actioned content was later restored? |
|---|---|---|---|---|---|
| Regulated Goods: Drugs | We estimate that less than 0.05% of views were of content that violated our standards against Drugs Sales. | | | | |
| Regulated Goods: Firearms | We estimate that less than 0.05% of views were of content that violated our standards against Firearms Sales. | | | | |
| Suicide & Self-Injury | We estimate that less than 0.05% of views were of content that violated our standards against Suicide & Self-Injury. | | | | |
| Violent & Graphic Content | | | | | |
| Violence & Incitement | We estimate that about 0.02% of views were of content that violated our standards against Violence & Incitement. | | | | |

We are developing metrics not shown here and will share them as soon as meaningful and accurate measures and related data are available.

Note: Due to a temporary reduction in our content review capacity as a result of COVID-19, our ability to offer users the option to appeal and measure prevalence was impacted in some areas beginning Q2 2020.

■ Restored without appeal
■ Restored after appeal