# EXHIBIT 64

∞ Meta

# Privacy Policy

**Explore the policy**

What is the Privacy Policy and what does it cover?                    ⌄

What information do we collect?                                       ⌄

How do we use your information?                                       ⌄

How is your information shared on Meta Products or with integrated    ⌄
partners?

How do we share information with third parties?                       ⌄

How do the Meta Companies work together?                             ⌄

How can you manage or delete your information and exercise your       ⌄
rights?

How long do we keep your information?                                 ⌄

How do we transfer information?                                      ⌄

How do we respond to legal requests, comply with applicable law and  ⌄
prevent harm?

How will you know the policy has changed?                            ⌄

Privacy notice for United States residents                           ⌄

How to contact Meta with questions                                   ⌄

Why and how we process your information                              ⌄

---

**Other policies**

Terms of Service                                                     ☑

Cookies Policy                                                       ☑

## What is the Privacy Policy and what does it cover?

Effective December 27, 2023

Read the United States Regional Privacy Notice for more details about how we
handle Personal Information and how to exercise your rights.

METANVAG-001-00000058
META3047MDL-030-00000058

Meta Platforms Technologies Products                    ⤤

Oversight Board                                        ⤤

---

26

## Integrated partner

A partner who uses technologies that help you make a connection to them through our Products, including plugins, login, checkout experiences, instant games, and other such integrations

---

27

## Third party

A person, business, organization or body that is not part of the Meta Companies

---

**Return to top** ⌃

# How do we use your information?

### Highlights

Here are some of the ways we use your information:

- We personalize your experience, like by suggesting reels to watch or communities to join

- We improve our Products by applying information about what you use them to do, and what else is happening on your device when our app crashes

- We work to prevent harmful behavior and keep people safe on our Products

- We send you messages about the Products you use or ones you might like, if you let us

- We research for the good of people around the world, like to advance technology or to help out in a crisis

We use information we collect to provide a personalized experience to you, including ads, along with the other purposes we explain in detail below.

For some of these purposes, we use information across our Products[28] and across your devices[29]. The information we use for these purposes is automatically processed by our systems. But in some cases, we also use manual review[30] to access and review your information.

To use less information that's connected to individual users, in some cases we de-identify or aggregate information or anonymize it so that it no longer identifies you. We use this information in the same ways we use your information as described in this section.

Here are the ways we use your information:

METANVAG-001-00000073
META3047MDL-030-00000073

## To provide, personalize and improve our Products

We use information we have to provide and improve our Products[31]. This includes personalizing features, content and recommendations, such as your Facebook Feed[32], Instagram feed, Stories and ads. We use information with special protections you choose to provide for these purposes, but not to show you ads.

Read more about how we use information to provide, personalize and improve our Products:

### How we show ads and other sponsored or commercial content

When you use our Products, you see ads and sponsored or commercial content, like product listings in Shops. You also see ads shown through Meta Audience Network or commercial content when you visit other apps. We want everything you see to be interesting and useful to you.

To decide what to show you and others, we use information we have about you, including:

- Your profile information

- Your activity on and off our Products, including information we receive through cookies and similar technologies, according to your settings

- Content you create or interact with across Facebook and Instagram

- Things we infer about you, like topics we think you may be interested in

- Information about your friends, followers or other connections, including their activity or interests

See some examples.[33]

Learn more about some of the ways we show you ads that we think may be interesting to you, including using machine learning.

**Take control**



Learn more about how ads work
Privacy Center

>

Manage ad preferences

### How we use information to improve our Products

We're always trying to make our Products better and create new ones with the features you want. Information we collect from you helps us learn how.

We use information we collect to:

- See if a product is working correctly

- Troubleshoot and fix it when it's not

- Test out new products and features to see if they work

- Get feedback on our ideas for products or features

- Conduct surveys and other research about what you like about our Products and brands and what we can do better

### How we use location-related information

METANVAG-001-00000074
META3047MDL-030-00000074

We use location-related information that you allow us to receive if you turn on the Location Services device setting. This includes things like your GPS location and, depending on the operating system you're using, other device signals[34].

We also receive and use some location-related information even if Location Services is turned off. This includes:

- IP addresses[35], which we use to estimate your general location. We can use IP addresses to estimate your specific location if it's necessary to protect the safety and security of you or others.

- Your and others' activity on our Products, like check-ins and events

- Information you give us directly, like if you enter your current city on your profile, or provide your address in Marketplace

We use location-related information, such as your current location, where you live, the places you like to go and the businesses and people you're near, to do the things described in the "How do we use your information?" section of the Policy, like:

- Provide, personalize and improve our Products, including ads, for you and others. See an example[36].

- Detect suspicious activity and help keep your account secure. Learn how.[37]

**Take control**

How to manage Facebook location settings
Facebook Help Center                                          ☐

How to turn Instagram location services on or off
Instagram Help Center                                        ☐

Manage location settings

**To promote safety, security and integrity**

We use information we collect to help protect people from harm and provide safe, secure Products.

Learn more 〉

**To provide measurement, analytics and business services**

Lots of people rely on our Products to run or promote their businesses. We help them measure how well their ads and other content, products and services are working.

Learn more 〉

**To communicate with you**

We communicate with you using information you've given us, like contact information you've entered on your profile.

Learn more 〉

**To research and innovate for social good**

We use information we have, information from researchers and datasets from publicly available sources, professional groups and non-profit groups to conduct and support research.

METANVAG-001-00000075
META3047MDL-030-00000075