# EXHIBIT 65

[*Submitting Counsel on Signature Page*]

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| People of the State of California, et al.<br><br>    v.<br><br>Meta Platforms, Inc., Instagram, LLC, Meta Payments, Inc., Meta Platforms Technologies, LLC<br><br>------------------------------------------------------<br><br>IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>4:23-cv-05448, 4:22-md-03047-YGR. | MDL No. 3047<br><br>Case Nos.: 4:23-cv-05448-YGR<br>4:22-md-03047-YGR<br><br>**STATE ATTORNEYS GENERAL'S SECOND SUPPLEMENTAL RESPONSE TO DEFENDANT META PLATFORMS, INC.'S FIRST SET OF INTERROGATORIES**<br><br>Judge: Hon. Yvonne Gonzalez Rogers<br><br>Magistrate Judge: Hon. Peter H. Kang |

declared to be a violation of [the KCPA] not identified to be in connection with a specific identifiable consumer transaction but which is continuing in nature shall be deemed a separate violation each day such act or practice exists."); *State ex rel. Wilson v. Ortho-McNeil-Janssen Pharmaceuticals, Inc.*, 414 S.C. 33, 84-87 (2015) (each discrete act of unlawful or deceptive conduct, such as each box distributed with a deceptive label or each letter mailed with deceptive statements, considered a single violation); *State v. Integrity Advance LLC*, 846 N.W.2d 435, 443 (Minn. App. 2014) (awarding separate civil penalties for each consumer harmed by deceptive conduct); *People v. Home Affordable Direct, Inc.*, No. 451942/2014, Doc. No. 48 (Sup. Ct. N.Y. Cnty. Oct. 23, 2014) (imposing $2,535,000 penalty based on $5,000 per each airing of radio advertisements); *People v. Applied Card Sys., Inc.*, 2006 N.Y. Misc. LEXIS 9527 at *30  (Sup. Ct. Albany Cnty. Jan. 19, 2006)("each improper consumer transaction" considered a violation).

In the context of this case, potential considerations for violation counting may include, but are not limited to, the number of users involved, the number or reach of misrepresentations or omissions, or the number or reach of unfair business practices, business decisions, or design elements or features of Meta's Platforms. Such concepts, as well as others, could be incorporated independently, in conjunction, or in the alternative to calculate violations.

The State AGs make this supplemental response based on their current knowledge and information, and without prejudice to their ability to amend or supplement this response or to rely on additional facts and documents gained throughout the course of fact and expert discovery or at any time before trial.

**Interrogatory No. 6:**

Specify each category of cost, expenditure, damage, loss, harm, penalty, or relief for which Plaintiff seeks equitable or monetary relief. For each category, identify and fully describe the dollar amount and how it

was calculated and all Persons with knowledge about the cost, expenditure, damage, loss, penalty, or harm and/or its computation.

**State AGs' Supplemental Response:**

The State AGs incorporate by reference their June 3, 2024 Responses and Objections to Meta's First Set of Interrogatories, including their General Objections, Objections to Definitions and Instructions, and specific objections to Interrogatory No. 6. In particular, the State AGs maintain their objection that the Interrogatory calls for information not due to be disclosed until the State AGs' forthcoming expert disclosures. Subject to and without waiving their objections to this Interrogatory, the State AGs provide the following supplemental response. In providing this supplemental response, the State AGs reserve all rights.

Below are the categories of relief sought by the State AGs[1], in addition to all categories of relief deemed just and proper by the Court and available under applicable law, and equitable relief judged proper by the court, which includes disgorgement. Where applicable, corresponding state statutes are also listed.

| State | Categories of Relief and Statutes |
|---|---|
| California | • Injunctive Relief, Cal. Bus. & Prof. Code §§ 17203, 17535<br>• Disgorgement, including, but not limited to, pursuant to Cal. Gov. § 12527.6<br>• Civil Penalties, Cal. Bus. & Prof. Code §§ 17206, 17536<br>• "[S]uch orders or judgments . . . as may be necessary to prevent the use or employment . . . of any practices which violate this chapter," Cal. Bus. & Prof. Code §§ 17203, 17535<br>• Equitable relief judged proper by the court |
| Colorado | • Injunctive Relief, Colo. Rev. Stat. § 6-1-110(1)<br>• Disgorgement, Colo. Rev. Stat. § 6-1-110(1) |

[1] These categories of relief are for states that continue to maintain consumer protection claims and COPPA claims. The categories of relief and statutes are in reference to the state's consumer protection claims and in no way impact COPPA claims by these states or State AGs who are solely pursuing COPPA claims.

| | |
|---|---|
| | • Civil Penalties, Colo. Rev. Stat. § 6-1-112(1)(a)<br>• Costs and Attorneys' Fees, Colo. Rev. Stat. § 6-1-113(4)<br>• Equitable relief judged proper by the court |
| Connecticut | • Injunctive Relief, Conn. Gen. Stat. § 42-110m<br>• Disgorgement, Conn. Gen. Stat. § 42-110m<br>• Civil Penalties, Conn. Gen. Stat. § 42-110o<br>• Costs and Attorneys' Fees, Conn. Gen. Stat. § 42-110m<br>• Equitable relief judged proper by the court |
| Delaware | • Injunctive Relief, 6 Del. Code Ann. §§ 2523, 2533(a)<br>• Civil Penalties, 6 Del. Code Ann. §§ 2522(b), 2533(c)<br>• Costs and Attorneys' Fees, 6 Del. Code Ann. §§ 2526, 2533(b)<br>• Equitable relief judged proper by the court |
| Illinois | • Injunctive Relief, 815 ILCS 505/7<br>• Civil Penalties, 815 ILCS 505/7<br>• Disgorgement, 815 ILCS 505/7<br>• Attorneys' Fees, 815 ILCS 505/7<br>• Costs, 815 ILCS 505/10<br>• Equitable relief judged proper by the court |
| Indiana | • Injunctive Relief, Ind. Code § 24-5-0.5-4(c)(1)<br>• Civil Penalties, Ind. Code §§ 24-5-0.5-4(g), 24-5-0.5-8<br>• Disgorgement, Ind. Code § 24-5-0.5-4(c)<br>• Costs and Attorneys' Fees, Ind. Code § 24-5-0.5-4(c)(4)<br>• Equitable relief judged proper by the court |
| Kansas | • Injunctive Relief, K.S.A. 50-632<br>• Civil Penalties, K.S.A. 50-636(a)<br>• Attorneys' Fees, K.S.A. 50-636(a)(4)<br>• Equitable relief judged proper by the court |
| Kentucky | • Injunctive Relief, Ky. Rev. Stat. § 15.020, Ky. Rev. Stat. § 367.190<br>• Civil Penalties, Ky. Rev. Stat.§ 367.990(2)<br>• Disgorgement, Ky. Rev. Stat.§ 15.020, Ky. Rev. Stat. §§ 367.110 through 367.990<br>• Costs and Attorneys' Fees, Ky. Rev. Stat.§ 48.005(4), Ky. Rev. Stat. §§ 367.110 through 367.990<br>• Equitable relief judged proper by the court |
| Louisiana | • Injunctive Relief, LA. REV. STAT. ANN. § 51:1407<br>• Civil Penalties, LA. REV. STAT. ANN. § 51:1407;<br>• Costs and Attorneys' Fees<br>• Equitable relief judged proper by the court |
| Minnesota | • Injunctive Relief, Minnesota Statutes section 8.31, subdivision 3<br>• Civil Penalties, Minnesota Statutes section 8.31, subdivision 3<br>• Disgorgement, Minnesota Statutes section 8.31<br>• Costs and Attorneys' Fees, Minnesota Statutes section 8.31, subdivision 3a |

| | |
|---|---|
| | • Equitable relief judged proper by the court |
| Nebraska | • Injunctive Relief, Neb. Rev. Stat. §§ 59-1608 and 87-303.05 <br> • Civil Penalties, Neb. Rev. Stat. §§ 59-1614 and 87-303.11 <br> • Costs and Attorneys' Fees, Neb. Rev. Stat. §§ 59-1608 and 87-303(b) <br> • Equitable relief judged proper by the court |
| New Jersey | • Injunctive Relief, N.J. STAT. ANN. § 56:8-8 <br> • Civil Penalties, N.J. STAT. ANN. §§ 56:8-13 and 14 <br> • Costs and Attorneys' Fees, N.J. STAT. ANN. § 56:8-11 <br> • Equitable relief judged proper by the court |
| New York | • Injunctive Relief, New York Executive Law § 63(12) and New York General Business Law §§ 349, 350 <br> • Civil Penalties, New York General Business Law § 350-d <br> • Disgorgement, New York Executive Law § 63(12) <br> • Costs and Attorneys' Fees <br> • Equitable relief judged proper by the court |
| North Carolina | • Injunctive Relief, N.C.G.S. § 75-14 <br> • Civil Penalties, N.C.G.S. § 75-15.2 <br> • Disgorgement <br> • Costs and Attorneys' Fees, N.C.G.S. § 75-16.1 <br> • Equitable relief judged proper by the court |
| Oregon | • Injunctive Relief, O.R.S. § 646.636 <br> • Civil Penalties, O.R.S. § 646.642 <br> • Costs and Attorneys' Fees, O.R.S. § 646.632(8) and O.R.C.P. 68 <br> • Equitable relief judged proper by the court |
| Pennsylvania | • Injunctive Relief 73 P.S. § 201-4 <br> • Civil Penalties, 73 P.S. § 201-8(b) <br> • Costs and Attorneys' Fees,  72 P.S. §1602-U <br> • Equitable relief judged proper by the court |
| South Carolina | • Injunctive Relief, Section 39-5-50(a) of the South Carolina Code <br> • Civil Penalties, Section 39-5-110(a) of the South Carolina Code <br> • Costs and Attorneys' Fees, Section 1-7-85 of the South Carolina Code <br> • Pre- and Post-Judgment Interest <br> • Equitable relief judged proper by the court |
| Virginia | • Injunctive Relief, Virginia Code § 59.1-203 <br> • Civil Penalties, Virginia Code § 59.1-206(A) <br> • Costs and Attorneys' Fees, Virginia Code § 59.1-206(D) <br> • Equitable relief judged proper by the court |
| Wisconsin | • Injunctive Relief, Wis. Stats. § 100.18(11)(a) and (d) <br> • Civil Forfeiture, Wis. Stat. § 100.26(4) <br> • Consumer protection surcharges, Wis. Stat. § 100.261 <br> • Costs and Attorneys' fees, Wis. Stat. § 100.263 <br> • Equitable relief judged proper by the court |

20

Individuals other than experts or potential experts who potentially have applicable knowledge include, but are not limited to: Susan Li, KX Jin, Robert Chen, Alex Schultz, other current or former Meta employees with knowledge of Meta's conduct at issue in this case, and other individuals who experienced or otherwise have knowledge of the harms alleged in this case.

Other information responsive to this Interrogatory, including the amount of relief sought and the method(s) for calculating relief, are predicated on the ongoing analysis and/or calculations of experts and cannot be detailed meaningfully without that analysis. Expert reports are forthcoming and subject to expert disclosure deadlines.

The State AGs make this supplemental response based on their current knowledge and information, and without prejudice to their ability to amend or supplement this response or to rely on additional facts and documents gained throughout the course of fact and expert discovery or at any time before trial.

**Interrogatory No. 7:**

Identify each State Consumer who experienced the harms alleged in the Complaint (including depression, anxiety, suicide, self-harm, loss of sleep, compulsive use, and addiction) that Plaintiff alleges were caused by use of Defendants' Platforms. For each, identify all communications between Plaintiff and the Consumer regarding their use of Defendants' Platforms, all evidence that those individuals heard or read alleged misstatements from Defendants, and all evidence those individuals considered such statements material and relied on those statements in deciding to use Defendants' Platforms.

**State AGs' Supplemental Response:**

The State AGs incorporate by reference their June 3, 2024 Responses and Objections to Meta's First Set of Interrogatories, including their General Objections, Objections to Definitions and Instructions, and specific objections to Interrogatory No. 7. Subject to and without waiving their

Dated: April 10, 2025

Respectfully submitted,

**PHILIP J. WEISER**
Attorney General State of
Colorado

*/s/ Lauren M. Dickey*
Lauren M. Dickey (CO Reg. No. 45773) First
Assistant Attorney General
Megan Paris Rundlet (CO Reg. No. 27474)
Senior Assistant Solicitor General Elizabeth
Orem (CO Reg. No. 58309) Assistant Attorney
General
Colorado Department of Law Ralph L.
Carr Judicial Center Consumer
Protection Section 1300 Broadway,
7th Floor Denver, CO 80203
Phone: (720) 508-6651
 lauren.dickey@coag.gov
 *Attorneys for Plaintiff State of Colorado, ex rel.*
*Philip J. Weiser, Attorney General*


**KATHLEEN JENNINGS**
Attorney General
State of Delaware

*/s/ Ryan Costa*
Marion Quirk (DE Bar 4136), *pro hac vice*
Director of Consumer Protection
Ryan Costa (DE Bar 5325), *pro hac vice*
Deputy Director of Consumer Protection
Delaware Department of Justice
820 N. French Street, 5th Floor
Wilmington, DE 19801
Phone: (302) 683-8810
Marion.Quirk@delaware.gov
Ryan.Costa@delaware.gov


*Attorneys for Plaintiff State of Delaware*

**ROB BONTA**
Attorney General
State of California

*/s/ Megan O'Neill*
Nicklas A. Akers (CA SBN 211222)
Senior Assistant Attorney General
Bernard Eskandari (CA SBN 244395)
Emily Kalanithi (SBN 256972)
Supervising Deputy Attorneys General
Nayha Arora (CA SBN 350467)
Megan O'Neill (CA SBN 343535)
Joshua Olszewski-Jubelirer
(CA SBN 336428)
Marissa Roy (CA SBN 318773)
Brendan Ruddy (CA SBN 297896)
Deputy Attorneys General
California Department of Justice
Office of the Attorney General
455 Golden Gate Ave., Suite 11000
San Francisco, CA 94102-7004
Phone: (415) 510-4400
Fax: (415) 703-5480
megan.oneill@doj.ca.gov

*Attorneys for Plaintiff the People of the State*
*of California*


**WILLIAM TONG**
Attorney General
State of Connecticut

*/s/ Tess E. Shaw*
Tess E. Shaw
(CT Juris No. 444175), *pro hac vice*
Krislyn M. Launer
(CT Juris No. 440789), *pro hac vice*
Assistant Attorneys General
Connecticut Office of the Attorney General
165 Capitol Avenue
Hartford, Connecticut 06106
Phone: 860-808-5306

23

**KWAME RAOUL**
Attorney General
State of Illinois

*/s/ Matthew Davies*
Susan Ellis, Chief, Consumer Protection Division (IL Bar No. 6256460)
Greg Grzeskiewicz, Chief, Consumer Fraud Bureau (IL Bar No. 6272322)
Jacob Gilbert, Deputy Chief, Consumer Fraud Bureau (IL Bar No. 6306019)
Matthew Davies, Assistant Attorney General, Consumer Fraud Bureau (IL Bar No. 6299608), *pro hac vice*
Kevin Whelan, Assistant Attorney General, Consumer Fraud Bureau (IL Bar No. 6321715), *pro hac vice*
Emily María Migliore, Assistant Attorney General, Consumer Fraud Bureau (IL Bar No. 6336392)
Daniel B. Roth, Assistant Attorney General, Consumer Fraud Bureau (IL Bar No. 6290613)
Office of the Illinois Attorney General
115 S. LaSalle Street
Chicago, Illinois 60603
312-814-2218
Susan.Ellis@ilag.gov
Greg.Grzeskiewicz@ilag.gov
Jacob.Gilbert@ilag.gov
Matthew.Davies@ilag.gov
Kevin.Whelan@ilag.gov
Emily.Migliore@ilag.gov
Daniel.Roth@ilag.gov

*Attorneys for Plaintiff the People of the State of Illinois*

**RUSSELL COLEMAN**
Attorney General
Commonwealth of Kentucky

*/s/ Philip Heleringer*
J. Christian Lewis (KY Bar No. 87109),
*Pro hac vice*
Philip Heleringer (KY Bar No. 96748),
*Pro hac vice*

Fax: 860-808-5593
Tess.Shaw@ct.gov
Krislyn.Launer@ct.gov

*Attorneys for Plaintiff State of Connecticut*

**THEODORE E. ROKITA**
Attorney General
State of Indiana

*/s/ Scott L. Barnhart*
Scott L. Barnhart (IN Atty No. 25474-82),
*pro hac vice*
Chief Counsel and Director of Consumer Protection
Corinne Gilchrist (IN Atty No. 27115-53),
*pro hac vice*
Section Chief, Consumer Litigation
Mark M. Snodgrass (IN Atty No. 29495-49),
*pro hac vice*
Deputy Attorney General
Office of the Indiana Attorney General Indiana Government Center South
302 West Washington St., 5th Floor
Indianapolis, IN 46203
Telephone: (317) 232-6309
Scott.Barnhart@atg.in.gov
Corinne.Gilchrist@atg.in.gov
Mark.Snodgrass@atg.in.gov

*Attorneys for Plaintiff State of Indiana*

**KRIS W. KOBACH**
Attorney General
State of Kansas

*/s/ Sarah M. Dietz*
Sarah Dietz, Assistant Attorney General
(KS Bar No. 27457), *pro hac vice*
Kaley Schrader, Assistant Attorney General
(KS Bar No. 27700), pro hac vice
Office of the Kansas Attorney General
120 SW 10th Avenue, 2nd Floor
Topeka, Kansas 66612
Telephone: (785) 296-3751

24

Zachary Richards (KY Bar No. 99209),
*Pro hac vice*
Daniel I. Keiser (KY Bar No. 100264),
*Pro hac vice*
Matthew Cocanougher (KY Bar No. 94292),
*Pro hac vice*
Assistant Attorneys General
1024 Capital Center Drive, Suite 200
Frankfort, KY 40601
CHRISTIAN.LEWIS@KY.GOV
PHILIP.HELERINGER@KY.GOV
ZACH.RICHARDS@KY.GOV
DANIEL.KEISER@KY.GOV
MATTHEW.COCANOUGHER@KY.GOV
Phone: (502) 696-5300
Fax: (502) 564-2698

*Attorneys for Plaintiff the Commonwealth of Kentucky*

**KEITH ELLISON**
Attorney General
State of Minnesota

/s/ Caitlin Micko
Caitlin Micko (MN Bar No. 0395388)
*pro hac vice*
Assistant Attorney General
Office of the Minnesota Attorney General
445 Minnesota Street, Suite 1200
St. Paul, MN 55101-2130
Tel: (651) 724-9180
caitlin.micko@ag.state.mn.us

*Attorney for Plaintiff State of Minnesota, by its Attorney General, Keith Ellison*

**MATTHEW J. PLATKIN**

sarah.dietz@ag.ks.gov

*Attorney for Plaintiff State of Kansas*

**LIZ MURRILL**
Attorney General
State of Louisiana

/s/ Asyl Nachabe
Asyl Nachabe (LA Bar No. 38846),
*pro hac vice*
Assistant Attorney General
Louisiana Department of Justice
Office of the Attorney General
Public Protection Division
Consumer Protection Section
1885 N 3rd Street, 4th Floor
Baton Rouge, LA 70802
Tel: (225) 326-6438
NachabeA@ag.louisiana.gov
StyronC@ag.louisiana.gov

*Attorneys for State of Louisiana*

25

Attorney General
State of New Jersey

/s/ *Thomas Huynh*
Kashif T. Chand (NJ Bar No. 016752008),
*Pro hac vice*
Section Chief, Deputy Attorney General
Thomas Huynh (NJ Bar No. 200942017),
*Pro hac vice*
Assistant Section Chief, Deputy Attorney General
Verna J. Pradaxay (NJ Bar No. 335822021),
*Pro hac vice*
Mandy K. Wang (NJ Bar No. 373452021),
*Pro hac vice*
Deputy Attorneys General

New Jersey Office of the Attorney General,
Division of Law
124 Halsey Street, 5th Floor
Newark, NJ 07101
Tel: (973) 648-2052
Kashif.Chand@law.njoag.gov
Thomas.Huynh@law.njoag.gov
Verna.Pradaxay@law.njoag.gov
Mandy.Wang@law.njoag.gov

*Attorneys for Plaintiffs New Jersey Attorney General and the New Jersey Division of Consumer Affairs Matthew J. Platkin, Attorney General for the State of New Jersey, and Cari Fais, Director of the New Jersey Division of Consumer Affairs*

**JEFF JACKSON**
Attorney General of North Carolina

/s/ *Charles White*
CHARLES G. WHITE (N.C. SBN 57735), pro hac vice
Assistant Attorney General
KUNAL CHOKSI
Senior Deputy Attorney General
JOSH ABRAM
Special Deputy Attorney General
N.C. Department of Justice
Post Office Box 629
Raleigh, North Carolina 27602

**MICHAEL T. HILGERS**
Attorney General
State of Nebraska

/s/ *Anna Anderson*
Assistant Attorney General (NE #28080)
*pro hac vice*
Nebraska Attorney General's Office
2115 State Capitol Building
Lincoln, NE 68509
Phone: (402) 471-3840
Email: anna.anderson@nebraska.gov

*Attorneys for Plaintiff State of Nebraska*

**LETITIA JAMES**
Attorney General
State of New York

/s/ *Kevin Wallace*
Kevin C. Wallace, Senior Enforcement Counsel
(NY Bar No. 3988482), *pro hac vice*
kevin.wallace@ag.ny.gov
Alex Finkelstein, Assistant Attorney General
NY Bar No. 5609623), *pro hac vice*
alex.finkelstein@ag.ny.gov
Nathaniel Kosslyn, Assistant Attorney General
(NY Bar No. 5773676), *pro hac vice*
nathaniel.kosslyn@ag.ny.gov
New York Office of the Attorney General
28 Liberty Street
New York, NY 10005
(212) 416-8262

*Attorneys for Plaintiff the People of the State of New York*

**DAN RAYFIELD**

26

Telephone: (919) 716-6889
Facsimile: (919) 716-6050
E-mail: cwhite@ncdoj.gov

*Attorneys for Plaintiff State of North Carolina*

**ALAN WILSON**
Attorney General
State of South Carolina

*/s/ Anna C. Smith*
C. Havird Jones, Jr.
Senior Assistant Deputy Attorney General
Jared Q. Libet (S.C. Bar No. 74975),
*pro hac vice*
Assistant Deputy Attorney General
Anna C. Smith (SC Bar No. 104749),
*pro hac vice*
Assistant Attorney General
Office of the South Carolina Attorney General
Post Office Box 11549
Columbia, South Carolina 29211
jlibet@scag.gov
annasmith@scag.gov
803-734-0057

*Attorneys for Plaintiff the State of South Carolina,*
*ex rel. Alan M. Wilson, in His Official Capacity as*
*Attorney General of the State of South Carolina*

Attorney General
 State of Oregon

 */s/ John Dunbar*
John J. Dunbar (Oregon Bar No. 842100)
Assistant Attorney General
Oregon Department of Justice
Consumer Protection Section
100 SW Market Street
Portland, Oregon 97201
Telephone: (971) 673-1880
Facsimile:  (971) 673-1884
E-mail: john.dunbar@doj.oregon.gov

*Attorneys for State of Oregon ex rel.*
*Dan Rayfield, Attorney General*

**DAVID W. SUNDAY, JR.**
Attorney General
Commonwealth of Pennsylvania

*/s/ Jill T. Ambrose*
Jill T. Ambrose
Assistant Chief Deputy Attorney General
(PA Bar No. 323549), *pro hac vice*
Email: jambrose@attorneygeneral.gov
Pennsylvania Office of Attorney General
1251 Waterfront Place, M Level

Pittsburgh, PA 15222

 **JASON S. MIYARES**
 Attorney General
 Commonwealth of Virginia

 */s/ Joelle E. Gotwals*
 Joelle E. Gotwals (VSB No. 76779),
 *pro hac vice*
 Assistant Attorney General
 Thomas J. Sanford
 Deputy Attorney General
 Richard S. Schweiker, Jr. (VSB No. 34258),
 *pro hac vice*
 Senior Assistant Attorney General and
 Section Chief
 Chandler P. Crenshaw (VSB No. 93452)

27

*pro hac vice*
Assistant Attorney General and Consumer Privacy Unit Manager
Office of the Attorney General of Virginia
Consumer Protection Section
202 N. 9th Street
Richmond, Virginia 23219
Telephone:    (804) 786-8789
Facsimile:    (804) 786-0122
E-mail: jgotwals@oag.state.va.us

*Attorneys for the Plaintiff Commonwealth of Virginia ex rel. Jason S. Miyares, Attorney General*

**JOSHUA L. KAUL**
Attorney General
State of Wisconsin

*/s/ Kevin L. Grzebielski*
Kevin L. Grzebielski
Assistant Attorney General
WI State Bar # 1098414
Wisconsin Department of Justice
Post Office Box 7857
Madison, Wisconsin 53707-7857
(608) 266-7234
kevin.grzebielski@wisdoj.gov

*Attorneys for Plaintiff State of Wisconsin*

STATE ATTORNEYS GENERAL'S SECOND SUPPLEMENTAL RESPONSE TO META'S FIRST SET OF INTERROGATORIES
4:23-cv-05448-YGR
4:22-md-03047-YGR