# EXHIBIT 76

CONFIDENTIAL

Page 1

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

*****************************

                                    Case No.
IN RE:  SOCIAL MEDIA ADOLESCENT   4:22-MD-03047-YGR
ADDICTION/PERSONAL INJURY
PRODUCTS LIABILITY LITIGATION
                                    MDL No. 3047
*****************************

This Document Relates To:

ALL ACTIONS

*****************************


    CONFIDENTIAL - ATTORNEYS' EYES ONLY
         PURSUANT TO PROTECTIVE ORDER



              VIDEOTAPED DEPOSITION OF
               ALLISON L. HARTNETT



Held At:          Covington & Burling LLP
                  Salesforce Tower
                  4415 Mission Street
                  San Francisco, California


                  June 16th, 2025
                      9:59 a.m.

Reported By:
MAUREEN O. POLLARD, CSR #14449, RDR

Page 38

to say.

BY MR. OLSZEWSKI-JUBELIRER:

Q.    And all else being equal, users who see more relevant content are more likely to come back for more, is that right?

MR. CHAPUT:  Objection.  Form, scope.

THE WITNESS:  Is it fair to say users who see more relevant content come back for more?  Again, I think it's like a very high level statement, but I'm not speaking on, like, any -- I'm not speaking on any precise data on, like, increase in personalization and retention, but just as a general statement, yes, I think that's fair to say.

BY MR. OLSZEWSKI-JUBELIRER:

Q.    And if users come back for more content, that also presents Meta with more opportunities to show the user ads, is that right?

MR. CHAPUT:  Objection.  Form, scope.

THE WITNESS:  That is correct.

BY MR. OLSZEWSKI-JUBELIRER:

Q.    Okay.  So we'll get into the differences between -- you said the differences in ways ads are targeted at various times based on the

Page 39

age of the users in a moment, but let's just talk about how Meta knows what age its users are.

So prior to December of 2019, Meta did not require new users of Instagram to enter their age to create an account, correct?

A.    That's correct.

Q.    Okay.  And prior to the time in December 2019 when Meta required new users of Instagram to enter their age to create an account, did Meta ask those users what their age was at all?

MR. CHAPUT:  Object to the form.

THE WITNESS:  Sorry, can you repeat the question?  I was just reviewing my notes.

BY MR. OLSZEWSKI-JUBELIRER:

Q.    Prior to when Meta started collecting users' age on signup in December 2019 on Instagram, did Meta ask new users of Instagram to say what their age was at all?

MR. CHAPUT:  Object to the form.

THE WITNESS:  Not that I'm aware of.

BY MR. OLSZEWSKI-JUBELIRER:

Q.    Did it ask -- did Meta ask those users in this period prior to December 2019, new users of Instagram, to state that they were over 13?

MR. CHAPUT:  Object to the form.

CONFIDENTIAL

Page 40

THE WITNESS:  Meta did ask all users of Instagram to follow the terms of service, and the terms of service required that users be over 13.

BY MR. OLSZEWSKI-JUBELIRER:

Q.    How did users, new users, agree to the terms of service?

MR. CHAPUT:  Object to the form. Scope.

THE WITNESS:  Yes.  I don't have the precise notes on exactly what the flow looked like, but my understanding is that users agreed to the terms of service within their signup for an account.

BY MR. OLSZEWSKI-JUBELIRER:

Q.    Was there -- do you know what the text was that was displayed to new users to ask for their agreement to the terms of service in this period before December 2019?

MR. CHAPUT:  Object to form.  Scope.

THE WITNESS:  I do not have that.

BY MR. OLSZEWSKI-JUBELIRER:

Q.    Were users required to read the terms of service before they checked a box agreeing to the terms of service?

Page 41

            MR. CHAPUT:  Object to form.  Scope.

            THE WITNESS:  I don't know.

BY MR. OLSZEWSKI-JUBELIRER:

    Q.    Do you know how -- if users were even displayed the terms of service in this period --

            MR. CHAPUT:  Object --

BY MR. OLSZEWSKI-JUBELIRER:

    Q.    -- before they agreed to them?

            MR. CHAPUT:  Object to form.  Scope.

            THE WITNESS:  I don't know.  I don't know.

BY MR. OLSZEWSKI-JUBELIRER:

    Q.    There was a period of time in which Meta started requiring existing users of Instagram to enter their age, is that right?

    A.    That is right.

    Q.    And when did that happen?

    A.    Beginning in May 2022, Meta -- yes, May 2022 Instagram users started to be asked to give their age, if they were preexisting users.

    Q.    Okay.  And when users give their age to Meta on account signup, or in this flow when Meta asked users to indicate their age, Meta calls that the stated age?

    A.    Yes.

CONFIDENTIAL

Page 73

from children under 13?

MR. CHAPUT:  Object to the form.  Calls for a legal conclusion.

And, Allison, just make sure you give a verbal answer.  Thank you.

THE WITNESS:  Sorry, I am not -- I do not want to give a legal conclusion about that.

Can you ask the question again?

BY MR. OLSZEWSKI-JUBELIRER:

Q.    Is it your general understanding that the law has to do with collecting and using personal information from children under 13?

MR. CHAPUT:  Object to the form.

THE WITNESS:  Yes, that is my general understanding.

BY MR. OLSZEWSKI-JUBELIRER:

Q.    And the law, generally speaking, also regulates collecting and using personal information from users of websites or online services that are directed to children under 13?

MR. CHAPUT:  Object to the form.

THE WITNESS:  That was my understanding.

///

BY MR. OLSZEWSKI-JUBELIRER:

Q.    Does Meta have written policies for complying with COPPA for its Facebook and Instagram platforms?

A.    On Instagram and Facebook, in the terms of service there is, You cannot use our products under 13.  That is our -- that's the only policies, written policies that I'm aware of.

Q.    From 2012 to the present, aside from the restriction on users being under 13 on Facebook and Instagram as stated in the terms of use and terms of service, has Meta had any written policies for complying with COPPA for Facebook and Instagram?

A.    No.

Q.    Are there accounts on Meta's platforms that are directed to children under 13?

A.    No.

Q.    Is there content on Meta's platforms that's directed to children under 13?

MR. CHAPUT:  Objection.  Scope.

THE WITNESS:  No.

BY MR. OLSZEWSKI-JUBELIRER:

Q.    So Meta doesn't have a written policy that it will not collect personal information from people who visit accounts on its platforms that are

CONFIDENTIAL

Page 75

directed to children under 13?

MR. CHAPUT:  Object to the form. Scope.

THE WITNESS:  Sorry, can you repeat the question?

BY MR. OLSZEWSKI-JUBELIRER:

Q.    Meta doesn't have a written policy that it will not collect personal information from people who use accounts on its platforms that are directed to children under 13?

MR. CHAPUT:  Same objections.

THE WITNESS:  Meta doesn't have a written policy that it will not collect information from people who visit accounts who are directed to under 13.  There are not accounts that are directed to under 13, so I don't think that would be a relevant policy.

BY MR. OLSZEWSKI-JUBELIRER:

Q.    And Meta doesn't have a policy like that?

MR. CHAPUT:  Same objections.

THE WITNESS:  No.

BY MR. OLSZEWSKI-JUBELIRER:

Q.    Does Meta have a written -- Meta

CONFIDENTIAL

Page 102

precise term.  You might mean internal escalation, is the --

Q.    That's the term here that's used, yeah, sure.  Internal escalation, right?

A.    Yep.

Q.    And that is referring to Meta has human reviewers who review accounts or content that are reported for other reasons other than for belonging to an underage user, right?

A.    That's right.

Q.    And in the process of that review if they notice some strong indication that the account belongs to a child under 13, they can escalate that into the underage review?

MR. CHAPUT:  Object to the form.

THE WITNESS:  That is accurate.

BY MR. OLSZEWSKI-JUBELIRER:

Q.    Okay.  And that policy allowing escalations, internal escalations, when did that begin on Facebook and Instagram?

MR. CHAPUT:  Object to the form.

(Witness reviewing document.)

BY MR. OLSZEWSKI-JUBELIRER:

Q.    You're looking at your notes, right?

A.    Yeah.  Looking at my notes, I don't

CONFIDENTIAL

Page 103

have the date that that policy or that process began. Checking.

(Witness reviewing document.)

A. Yeah, I don't have that date.

Q. Okay. Another way that Meta detects underage users is user self-reports, is that right?

A. User self-reports, yes.

Q. So that refers to when users edit their date of birth, their stated age, right?

A. That's correct.

Q. And if they edit their date of birth to stated age as under 13, Meta places those users' accounts in an age checkpoint, right?

A. That's correct.

Q. The age checkpoint is where a user is prohibited from accessing the account, right?

A. Yes. If you're in an age checkpoint, you can't access your account.

Q. And Meta places users in an age checkpoint when it determines that the user is under 13, right?

MR. CHAPUT: Object to the characterization.

THE WITNESS: No. That's not accurate. Meta places users in an age checkpoint when

Page 104

a human reviewer has reviewed the account after there's -- you know, the account has come in for human review from the sources you described, and then a human reviewer reviews the account and determines if there -- either if they -- if they think the account may be under 13, and we instruct the human reviewers to err on the side of if you were uncertain, mark it as possible.  And so the user is then checkpointed, so there's uncertainty in the checkpoint.

Then the user has the opportunity to appeal the checkpoint with -- by providing ID, by certifying, yeah, identifying themselves.

BY MR. OLSZEWSKI-JUBELIRER:

Q.    You just testified that when users self-report that they're under 13, Meta checkpoints those accounts, right?

A.    That's right.

Q.    And that process does not involve human review, right?

A.    That's -- it is reviewed after -- the appeal involves human review, yeah.

CONFIDENTIAL

Page 105

Q.    Okay.  But there's no human review between a user stating their age as under 13 and being sent to the checkpoint, right?

A.    That's right.

Q.    Okay.  You talked about appeals, right?

A.    (Nodding in the affirmative.)

Q.    So after a user is placed in the checkpoint, the user can appeal Meta's decision to place them in the checkpoint?

A.    That's accurate.

Q.    And the decision to place them in the checkpoint is based on Meta's determination that they're likely under 13, right?

MR. CHAPUT:  Object to the characterization.

THE WITNESS:  Yeah, it is not precisely that they're likely under 13, it is if they could be under 13 or if you have doubt. That's the instructions for the reviewer, is you err on the side of your doubt -- err on the side of young if you're unsure.

BY MR. OLSZEWSKI-JUBELIRER:

Q.    Okay.  Just based on talking about the review proc- -- appeal process, the appeal process involves users being able to submit their ID to Meta

Page 106

to verify that they are over 13, right?

A.    That's correct.

Q.    Okay.  And there's a time limit on how long the user has to submit their ID?

A.    Yes.  The user has 30 days.  If they don't, then the appeal is considered failed and the account is deleted.

Q.    Okay.  The account -- we'll talk about it later, but there's some time period after the 30 days when Meta schedules the account for deletion, right?

A.    That's right.

Q.    It's not immediately deleted after 30 days?

A.    Yes.  Deletion is -- when I'm using the term "deleted," it is a process.  Deletion is a process, yeah.

Q.    Okay.  But the deletion process -- we can talk about that later.

Okay.  When a user changes their age from under 18 to over 18, Meta requires them to verify their age, right?

A.    That's right.

MR. CHAPUT:  Sorry, just object to the form.  I'm not sure if there's an issue

CONFIDENTIAL

Page 107

with how the court reporter has transcribed it.

Counsel, would you mind just reasking the question?

BY MR. OLSZEWSKI-JUBELIRER:

Q.    If a user on Meta's platform changes their age from under 18 to over 18, Meta requires those users to verify their age, right?

A.    Under 18 to over 18, yes, that requires a verification.

Q.    And Meta presents different options to those users of how they can verify their age, right?

A.    Yes, that's right.

Q.    One of those options is submitting a video selfie to a company called Yoti?

A.    Yeah.  Just a slight nuance.  The user submits a video selfie to Meta and Meta shares it with Yoti.

Q.    Okay.  And Yoti is a company that has a model that estimates the age of users, right?

A.    That's correct.

Q.    It analyzes those video selfie and estimates their age, right?

A.    Yes, that is right.

Q.    And in that process when Yoti estimates

they were to roll out the IG SURF reporting flow to 100 percent of users, right?

            MR. CHAPUT:  Objection.  Scope.

            (Witness reviewing document.)

BY MR. OLSZEWSKI-JUBELIRER:

        Q.    Can I point to a sentence in the first e-mail?

        A.    Yeah go ahead.

        Q.    You've read the whole e-mail, right?

        A.    Yes.

        Q.    Okay.  So in the first e-mail there's a sentence that reads, "It will cost us roughly an $1 per underage user we find on the app if we roll out SURF widely in future quarters," right?

        A.    That's what it says.

        Q.    Okay.  So that's an estimate that Meta would have to spend an additional $1 for every child under 13 it identified on the app if it rolled out the improved underage reporting flow widely to Instagram users, right?

            MR. CHAPUT:  Object to form.  Scope.

            THE WITNESS:  I think what that's saying is a total of $1 instead of additional.  But otherwise, yes.

                ///

CONFIDENTIAL

Page 168

BY MR. OLSZEWSKI-JUBELIRER:

Q. Okay. So it would cost a dollar per child -- Meta would have to spend a dollar per child to identify them if it rolled out this improved underage reporting form on Instagram, right?

MR. CHAPUT: Object to form. Scope.

THE WITNESS: Yeah, I wouldn't characterize it as a dollar per child. It's a dollar per checkpointed account. That's what that is saying.

BY MR. OLSZEWSKI-JUBELIRER:

Q. Okay. A dollar per underage user, right?

MR. CHAPUT: Object to the form. Characterization, scope.

THE WITNESS: Again, no, a checkpointed account doesn't -- it is not equivalent to an underage user. There is only a certain percentage of checkpointed accounts that end up being disabled.

Even when they are disabled, we don't know that they're underage users. We just know they did not appeal or did not appeal successfully.

///

Page 169

BY MR. OLSZEWSKI-JUBELIRER:

Q.    Okay.  Do you know -- how do you know that it's not referring to additional underage users who are -- ultimately are removed from the platform?

MR. CHAPUT:  Object to the form. Scope.

THE WITNESS:  I don't precisely know because I haven't seen the exact spreadsheet of what this is referring to, but it is -- my read of this e-mail chain, what I am thinking is that this refers to checkpoint, but I'm not sure.

BY MR. OLSZEWSKI-JUBELIRER:

Q.    Okay.  Because you've never seen this document before, right?

A.    I have not seen this document before.

MR. CHAPUT:  Object to the form.

BY MR. OLSZEWSKI-JUBELIRER:

Q.    Okay.  And the next sentence reads, "The question at hand is the tradeoff of removed u13 versus ops capacity & cost," right?

A.    That is the next sentence.

Q.    Okay.  And the tradeoff Meta was considering about whether to roll out this underage reporting flow was additional removed u13 users

CONFIDENTIAL

Page 189

MR. CHAPUT:  Object to the form.
Scope.

THE WITNESS:  I'm just going to need a
couple minutes to look at this to answer
that.

(Witness reviewing document.)

THE WITNESS:  Yeah, I think this could
either be a training or it could be just
describing the process.

BY MR. OLSZEWSKI-JUBELIRER:

Q.    A description of the training perhaps?

A.    Potentially.

Q.    Okay.  Can you turn to the page ending
in 68738?

A.    Yes.

Q.    The title is Decision Tree?

A.    Yes.

Q.    This is a decision tree that human
reviewers were to use in reviewing underage reports?

MR. CHAPUT:  Object to form.  Scope.

THE WITNESS:  It looks like it.

BY MR. OLSZEWSKI-JUBELIRER:

Q.    Okay.  And the first thing says, "Look
at the photos on the" file, right?

A.    It looks like it's cut off.  It says,

CONFIDENTIAL

Page 190

"Look at the photos on the."

Q.    "photos on the" -- sorry, "Look at the photos on the."

A.    Yes.

Q.    Do you see that?

A.    That's what it says, yes.

Q.    Okay.  So looking at photos is the step, is that fair to say?

A.    I think so.

Q.    Okay.  And then -- okay.

Do you see the -- so the first box is referring to that step about checking for child sexual abuse material, right?

A.    I believe so.  I'm not familiar with this acronym, CEI, but I believe that it's likely.

Q.    And if the answer is no, then you move on past that to the next diamond, is that right?

A.    Yes.

Q.    Okay.  And then the question is, "Are there 1 or 0 photos on the account?"  Right?

A.    Yes.

Q.    So if Meta reviewed a report of an underage account and there was only one photo on the account, the reviewer is instructed to ignore the report, right?

Page 191

A.    Yes.

Q.    Okay.  The next box says if an account is reported for being underage, and Meta's instructed its human reviewers to ignore the report if there were no people in photos on the account, right?

A.    Yes.

Q.    Okay.  And the next box asks, "Are there at least 3 photos of the same clearly of age person?"  Right?

A.    That's what it says.

Q.    Okay.  And if the answer is yes, then the human reviewers were instructed to ignore the report, right?

A.    Yes.

Q.    So if there are at least three photos, no matter how many photos are on the account, Meta instructed its -- at least -- strike that.

Meta instructed its reviewers when reviewing underage reports that if there are at least three photos of the same person who is clearly over the age of 13 on the account, they should ignore the report, right?

A.    I think that's what that's saying.

Q.    Okay.  And then -- so let's just say if

Page 192

there are 20 photos on the account and 17 of them are someone the reviewer recognized to be a 10 year old but three of them are of someone who is 16 years old, Meta instructed the reviewer to ignore the report, right?

MR. CHAPUT:  Object to form.  Scope.

THE WITNESS:  I'm just reading the small text here.  Can you go -- well...

(Witness reviewing document.)

THE WITNESS:  Yeah, I mean, that's actually not an accurate, because what it's saying here is if there were 17 -- if there were a couple of photos of someone who is borderline age like 16, then, no, it wouldn't have been ignored.

BY MR. OLSZEWSKI-JUBELIRER:

Q.    Do you see the box on the left that says, "Clearly of age"?

A.    Yes.  It says, "Clearly of age is someone who does not look borderline, so above the age of 16."

Q.    Okay.  So let me ask the question again, but we can change the age to 17.

If there are 20 photos on the account and 17 of them are someone the reviewer recognized

Page 242

MR. CHAPUT:  Object to the form.

THE WITNESS:  I don't know, but that's typically how that term would be used.

BY MR. OLSZEWSKI-JUBELIRER:

Q.   Okay.  "Product will likely push back on this by pointing out that the consequences of showing the wrong ad to someone is relatively low compared with the consequence of being checkpointed as an underage account."

That's what it says, right?

A.   That's what it says.

Q.   Then it says, "However, taking this position will invite criticism that we are putting profits over people."

A.   That's what it says.

Q.   And Meta ultimately decided not to use inferred account links to enforce against multiple accounts owned by children, right?

MR. CHAPUT:  Object to the form.

THE WITNESS:  So I don't know what -- if this meeting happened or what exactly happened here, but I can just confirm that Meta does not use the inferred accounts links today.

///

CONFIDENTIAL

Page 243

BY MR. OLSZEWSKI-JUBELIRER:

Q.     And your testimony is that they have never used inferred account links to enforce against multiple underage accounts owned by the same child, right?

A.     Yes.

Q.     Okay.  If a user is deactivated for being underage, does Meta take any steps to prevent them from creating a new account?

MR. CHAPUT:  Object to form.  Scope.

THE WITNESS:  Can you just ask the question one more time just to make sure I'm answering accurately?

BY MR. OLSZEWSKI-JUBELIRER:

Q.     So when a user has their account deactivated for being underage, does Meta take any steps to prevent that person from creating a new account on Meta's platforms?

MR. CHAPUT:  Object to form and scope.

(Witness reviewing document.)

THE WITNESS:  I don't -- I don't think so.  I'm just making sure I'm not missing something.

We do in the -- like if a user indicates that they're under 13 in the age

CONFIDENTIAL

Page 244

collection flow, then the user is blocked from signing up.  But if the user is disabled, their account is deleted.  But we don't -- yeah, there's not an action beyond that.

BY MR. OLSZEWSKI-JUBELIRER:

Q.    So Meta takes no steps to prevent a user who has previously been -- had their account disabled for being underage from creating a new account on Meta's platforms?

MR. CHAPUT:  Object to form.  Scope.

(Witness reviewing document.)

THE WITNESS:  I'm just uncertain if we use the contact points, like I would -- I'm not sure.  I think we should follow up on this.

BY MR. OLSZEWSKI-JUBELIRER:

Q.    And contact points you mean are like the --

A.    If someone could use the same e-mail again.  Yeah, I'm not sure.  Otherwise, like, what would we -- if someone changes all of their information, we need a piece of information to link an account that has been taken down to a new account.

CONFIDENTIAL

Page 245

So I want to check how we use a piece of information that we have on new account creation.

Q. Okay. All right.

A. By "contact point," I mean e-mail or phone number.

Q. Okay.

MR. OLSZEWSKI-JUBELIRER: Why don't we take a ten-minute break.

THE VIDEOGRAPHER: The time is 4:17. We're off the record.

(Whereupon, a recess was taken.)

THE VIDEOGRAPHER: The time is 4:33. We're back on the record.

BY MR. OLSZEWSKI-JUBELIRER:

Q. So let's talk about inauthentic reports of underage users.

A. Okay.

Q. You've talked about abuse as a reporting form, right?

A. Yes.

Q. Has Meta's underage reporting form been the subject of scripting attacks?

A. Yes.

Q. And aside from scripting attacks you talked about, are there other ways that -- is Meta

CONFIDENTIAL

Page 276

CERTIFICATE OF COURT REPORTER

I, MAUREEN O'CONNOR POLLARD, Registered Diplomate Reporter, CSR No. 14449 for the State of California, the officer before whom the foregoing deposition was taken, do hereby certify that the foregoing transcript is a true and correct record of the testimony given; that said testimony was taken by me stenographically and thereafter reduced to typewriting under my direction; and that I am neither counsel for, related to, nor employed by any of the parties to this case and have no interest, financial or otherwise, in its outcome.

Dated this 17th day of June, 2025.

_____

MAUREEN O'CONNOR POLLARD

CSR No. 14449