# EXHIBIT 77

CONFIDENTIAL

Page 281

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

*****************************

                                    Case No.
IN RE:  SOCIAL MEDIA ADOLESCENT   4:22-MD-03047-YGR
ADDICTION/PERSONAL INJURY
PRODUCTS LIABILITY LITIGATION

                                    MDL No. 3047
*****************************

This Document Relates To:

ALL ACTIONS

*****************************


    CONFIDENTIAL - ATTORNEYS' EYES ONLY
        PURSUANT TO PROTECTIVE ORDER



    CONTINUED VIDEOTAPED DEPOSITION OF
            ALLISON L. HARTNETT



Held At:          Covington & Burling LLP
                  Salesforce Tower
                  4415 Mission Street
                  San Francisco, California


                  June 17th, 2025
                    10:03 a.m.


Reported By:
MAUREEN O. POLLARD, CSR #14449, RDR

CONFIDENTIAL

Page 298

disable state, and then there's deletion, right?

A.    Yes.

One, I do think it's a little bit weirdly worded.  Like, the checkpoint is a thing that happens that causes you to be in a disabled state, so when you are checkpointed the account is also disabled.

Q.    Okay.  So the account is checkpointed, right, for being under 13?

A.    Yes.

Q.    There's a period of time in which the user has to appeal the decision that they are likely under 13, right?

A.    That's right.

Q.    And that period has been 30 days?

A.    That's correct.

Q.    Since 2012, since this system has existed, the period has been 30 days to appeal, right?

A.    No.  It looks like in --

Q.    Let me -- maybe I can ask it again.

At some point maybe it was a shorter period of time, but since at least, let's say, 2022 it's been a 30-day period, right?

A.    Since at least 2022, yes.

Page 299

Q.    Yeah.

A.    Yeah.

Q.    Okay.  And then at the end of that 30 days if the account -- if the person who belongs to the account has not successfully appealed a decision, then Meta keeps the account in a disabled state for a period of time, right?

A.    That is correct.

Q.    And it keeps the account and the data associated with the account in a disabled state for a period of time before it starts deleting that data, right?

A.    Yes, that's right.

Q.    And the period of time in which Meta maintained that data belonging to users who it determined were likely under 13 in that disabled state varied over the years?

MR. CHAPUT:  Object to the form.

THE WITNESS:  Yes, that is right, it varied over the years.

BY MR. OLSZEWSKI-JUBELIRER:

Q.    Okay.  And the -- so, for example, in 2022 and 2023 that period was six months, right?

A.    Yes.

Q.    So in 2022 and 2023, after Meta

CONFIDENTIAL

Page 300

determined a user was likely under 13 and the user failed to successfully appeal that determination, Meta kept that user's data for six months before beginning to delete it, right?

MR. CHAPUT:  Object to form. Characterization.

THE WITNESS:  Meta kept the user's data in a disabled state before beginning to delete it.  The reason Meta does that is for the possibility of needing to do legal discovery that would involve sharing the data on those disabled accounts.  That's why the disablement period exists.

BY MR. OLSZEWSKI-JUBELIRER:

Q.    Okay.  The disablement -- that's the reason the disablement period exists?

MR. CHAPUT:  Object to form.

THE WITNESS:  That is my understanding, yeah.

BY MR. OLSZEWSKI-JUBELIRER:

Q.    Okay.  In April 2023 Meta extended that period that it keeps the data of accounts it has determined likely belong to children under 13 before beginning to delete them to one year, right?

A.    Yeah.

CONFIDENTIAL

Page 301

MR. CHAPUT:  Object to the form. Characterization.

THE WITNESS:   In April 2023, the disablement period was one year, yes.

BY MR. OLSZEWSKI-JUBELIRER:

Q.    Okay.  And then in April 2024, at least for US accounts that Meta determined likely belonged to children under 13, Meta shortened that period that it keeps their data before beginning to delete it to 45 days, right?

MR. CHAPUT:  Object to form. Characterization.

THE WITNESS:  Yes.

BY MR. OLSZEWSKI-JUBELIRER:

Q.    Okay.  And then once Meta begins to delete the data of these accounts that it has determined likely belong to children under 13, it deletes that data over a period of 90 days, right?

A.    Yes.

MR. CHAPUT:  Object to the form. Characterization.

THE WITNESS:  Yes.

MR. OLSZEWSKI-JUBELIRER:  Okay.  Let's go off the record, please.

THE VIDEOGRAPHER:  The time is 10:15.

CONFIDENTIAL

Page 302

We're off the record.

(Whereupon, a recess was taken.)

THE VIDEOGRAPHER:  The time is 10:28.
We're back on the record.

BY MR. OLSZEWSKI-JUBELIRER:

Q.    I'd like to talk about age modeling.

A.    Okay.

Q.    Meta has been developing age models since before 2018, right?  I'm on page 27 of your notes.

A.    Yes, that is correct.

Q.    Age models are models or algorithms that Meta uses to predict a user's age, right?

A.    Yeah, that's right.

Q.    Okay.  And in 2018 Meta consolidated its age modeling work into a team called core dimensions, right?

A.    Yes, that's right.

Q.    And you talked yesterday -- you testified yesterday about how Meta uses happy birthday posts as a source of ground truth for its age models, is that right?

A.    Yes, that's right.

Q.    And happy birthday posts in this context are posts where a user wishes another user

CONFIDENTIAL

Page 355

CERTIFICATE OF COURT REPORTER

I, MAUREEN O'CONNOR POLLARD, Registered Diplomate Reporter, CSR No. 14449 for the State of California, the officer before whom the foregoing deposition was taken, do hereby certify that the foregoing transcript is a true and correct record of the testimony given; that said testimony was taken by me stenographically and thereafter reduced to typewriting under my direction; and that I am neither counsel for, related to, nor employed by any of the parties to this case and have no interest, financial or otherwise, in its outcome.

Dated this 17th day of June, 2025.

_____

MAUREEN O'CONNOR POLLARD

CSR No. 14449