# EXHIBIT 80

# IG Underage Reports

## Underage Workflow



HIGHLY CONFIDENTIAL (COMPETITOR)

META3047MDL-040-00000365

# Intro to IG Underage Reports

Thought Process

- When an IG account has been reported for underage, there are different profile elements to extract information from

- On SRT you will focus on **Profile bio** and **Profile photos**



HIGHLY CONFIDENTIAL (COMPETITOR)

META3047MDL-040-00000369

# Intro to IG Underage Reports

Thought Process

- **Bio:** may contain contextual information or a self-admission about the user's true age such as a date of birth or a grade/class year in school

- **Profile Photos:** PIPs displaying the **same underage** individual in large proportion may hint at the true account owner's underage status



HIGHLY CONFIDENTIAL (COMPETITOR)

META3047MDL-040-00000370

# Intro to IG Underage Reports
Your Contribution

By assessing these reports correctly, **you play a crucial role** in helping Meta comply with legislation to protect underage children.



HIGHLY CONFIDENTIAL (COMPETITOR)

META3047MDL-040-00000371