# EXHIBIT 82

CONFIDENTIAL

Page 1

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

---oOo---

IN RE: SOCIAL MEDIA ADOLESCENT
ADDICTION/PERSONAL INJURY
PRODUCTS LIABILITY LITIGATION
_____/
THIS DOCUMENT RELATES TO:
PEOPLE OF THE STATE OF
CALIFORNIA, et al.,

                  Plaintiffs,

v.                      CASE No. 4:22-MD-03047
                      YGR (PHK)
META PLATFORMS, INC., et al.,  MDL No. 3047
           Defendants.
_____/

CONFIDENTIAL PURSUANT TO THE PROTECTIVE ORDER

30(b)(6) VIDEOTAPED DEPOSITION OF AMOS HARTSTON, ESQ.
SAN FRANCISCO, CALIFORNIA
THURSDAY, AUGUST 7, 2025

STENOGRAPHICALLY REPORTED BY:
ANDREA M. IGNACIO, CSR, RPR, CRR, CCRR, CLR ~ CSR
LICENSE NO. 9830
JOB NO. 7506014

health official, that you know is a public health official, who has concluded that social media represents an urgent public health crisis?

MR. RUDDY:  Objection; form.

THE WITNESS:  So in my review of legislation and policies, and to prepare for Topics 14 and 16, I did review a number of bills related to social media use and concerns, and they did have statements in support by various entities and people.

But I -- besides what's reflected in my notes, I do not have an independent recollection of specific public health officials --

MR. SCHMIDT:  Okay.

THE WITNESS:  -- employed by State of California.

MR. SCHMIDT:  Q.  You're aware -- you invoked the American Academy of Pediatrics.

Are you aware that -- do you know what the DSM is?

MR. RUDDY:  Objection; scope.

MR. SCHMIDT:  Q.  The Diagnostic and Statistical Manual?

A    Generally.

Q    Are you aware that it is a recognized source of -- that's used for diagnosing mental health

CONFIDENTIAL

Page 300

conditions?

A    Generally, yes.

Q    Are you aware that social media is not a recognized diagnosis in the DSM?

MR. RUDDY:  Objection; scope.

THE WITNESS:  Sorry.  The question was if social media is a diagnosis?

MR. SCHMIDT:  Social media addiction, what you just referred us to a few minutes ago.

Q    Are you aware that social media addiction is not a recognized diagnosis in the DSM?

MR. RUDDY:  Objection; scope.

THE WITNESS:  I do not know one way or the other.

MR. SCHMIDT:  Q.  Are you aware of any medical, psychiatric, or psychological group that has identified social media addiction as a diagnosable condition?

MR. RUDDY:  Objection; scope; attorney work product; calls for expert testimony.

THE WITNESS:  I do not know.

MR. SCHMIDT:  Q.  Let's go back to Exhibit 28.

Do you see at the bottom of the page we've been looking at, page '801, do you see there's a

Page 301

marker for footnotes 3 to 5 towards the end?

A    Sorry.  I do not.  I see 6 through 12.

Q    It's the sentence before that.

A    Yes.

Q    Right after that, it reads:

(As read):

"High doses of adversity occurring early in life without adequate buffering protections of trusted caregivers in safe stable environments may lead to prolonged activation of a biological stress response and changes in brain structure and function."

Did I read that correctly?

A    Yes.

Q    Do you accept that as a true statement?

MR. RUDDY:  Objection; scope.

THE WITNESS:  So it's a partial statement. The sentence continues, but yes.

MR. SCHMIDT:  Q.  Let's look at '857.

It says:

(As read):

"Adverse childhood experiences such as child abuse, neglect, and household challenges like family member incarceration or intimate partner violence, are very common, affecting 62 percent of California adults by age 18 years.  Approximately 16 percent of

CONFIDENTIAL

Page 325

A    Among others, yes.

Q    What California public health agency has specifically determined that social media causes specific mental health problems?

MR. RUDDY:  Objection; form.

THE WITNESS:  So I referred to this before in terms of depression, anxiety, self-harm, suicide risk. But I think a lot of those documents you said weren't officially by State of California.  They were by scientists or other health professionals.  I do not know specifically.

There were a number of studies identified in support of legislation, but I do not specifically know the credentials of the authors of those reports.

MR. SCHMIDT:  I'm not asking about any credentials.

Q    I'm asking you:  Can you point me to a California public health agency that has made a specific conclusion that social media causes specific mental health problems?

MR. RUDDY:  Objection; scope.

THE WITNESS:  I've already testified about the Never a Bother and suicide prevention that talks about healthy use of social media.  Again, I believe the concern is unhealthy use would be a cause, in my

CONFIDENTIAL

Page 326

understanding, of suicide risk.  But other than that, I can't recall any.

MR. SCHMIDT:  Q.  Where did Never a Bother say that unhealthy use of social media was a cause of suicide?

It never said that; had they?

A   So my review of the suicide prevention documents, which included Never a Bother, and there may have been other youth suicide prevention initiatives, do include promotion of healthy use of social media as a way to address risks of suicide.  I do not recall any specific language about causing suicide.

Q   Okay.  Are you aware of any California public health agency that has specifically said that social media causes a specific mental health harm?

MR. RUDDY:  Objection; form.

THE WITNESS:  Not that I recall using that specific language.

MR. SCHMIDT:  Q.  Are you aware of any California public health agency or entity that has concluded that there is a recognized mental health condition of social media addiction?

MR. RUDDY:  Objection; scope; form.

THE WITNESS:  Not that I'm aware of.

CONFIDENTIAL

Page 327

MR. SCHMIDT:  Q.  Let's turn to page --
actually, let's stay on page 57.

A    Are we on Exhibit 31?

Q    Yeah.

Do you see that they list major protective
factors for suicide?

A    So sorry.  What page are you on?

Q    I'm still on page '1029, please.

A    Okay.  What was your question?

Q    Do you see where they list major protective
factors for suicide?

A    Yes.

Q    Those are things that help protect against
suicide; correct?

A    Reduce risk, yes.

Q    One is effective mental health care; right?

A    Yes.

Q    One is connectedness to people, family,
community, and social institutions; right?

A    Yes.

Q    And you recognize that people can have
connectedness to people, family, community, and social
intuitions through social media; right?

MR. RUDDY:  Objection; scope.

THE WITNESS:  Yes.

CONFIDENTIAL

Page 388

CERTIFICATE OF REPORTER

I, ANDREA M. IGNACIO, hereby certify that the witness in the foregoing deposition was by me remotely sworn to tell the truth, the whole truth, and nothing but the truth in the within-entitled cause;

That said deposition was taken in shorthand by me, a disinterested person, at the time and place therein stated, and that the testimony of the said witness was thereafter reduced to typewriting, by computer, under my direction and supervision;

That before completion of the deposition, review of the transcript [x] was [ ] was not requested. If requested, any changes made by the deponent (and provided to the reporter) during the period allowed are appended hereto.

I further certify that I am not of counsel or attorney for either or any of the parties to the said deposition, nor in any way interested in the event of this cause, and that I am not related to any of the parties thereto.

Da

_____

ANDREA M. IGNACIO, RPR, CRR, CCRR, CLR, CSR No. 9830