# EXHIBIT 86

**TOLLING AGREEMENT – META PLATFORMS, INC.**

This Tolling Agreement (the "Agreement") is entered into by and between (1) Meta Platforms, Inc. (the "Company") and (2) the undersigned Attorney General ("Attorney General" or "State") as part of a multistate investigation of the Company related to the Instagram platform led by the Attorneys General of California, Florida, Kentucky, Massachusetts, Nebraska, New Jersey, Tennessee, and Vermont (the "Multistate Investigation").

WHEREAS, in furtherance of the Multistate Investigation, the Attorneys General of California, Florida, Kentucky, Massachusetts, Nebraska, New Jersey, Tennessee, and Vermont (the "Lead States") have each issued Civil Investigative Demands,  Requests for Investigation, and/or Investigative Subpoenas under their respective authorities to the Company on November 18, 2021 (each a "Demand," or, collectively, the "Demands") seeking information relating to the provision, design, operation, and promotion of its social media platform, Instagram, to children and teen users (the "Matters Under Investigation");

WHEREAS, the Attorney General may have civil claims under various consumer protection laws brought on the basis of the Matters Under Investigation (collectively, "Covered Claims");

WHEREAS, in order to permit the Attorneys General an opportunity to pursue the Multistate Investigation, to determine whether to commence any legal action or proceeding, and to provide opportunities for a negotiated resolution of claims brought on the basis of Matters Under Investigation without the prejudice caused by the running of any applicable statute of limitations or by application of any defense of laches or similar defense concerning the timeliness of a Covered Claim during the pendency of this Agreement (collectively, "Time-Related Defense"), the Company hereby agrees to toll any applicable Time-Related Defense as provided herein; and

WHEREAS, the Attorneys General have not filed any lawsuit alleging a cause of action related to the Matters Under Investigation against the Company;

NOW, THEREFORE, in consideration of the foregoing and for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, the parties agree as follows:

1.    This Agreement shall take effect on midnight Eastern Standard Time on December 20, 2021 ("Effective Date").

2.    From the Effective Date until the termination of this Agreement, any Time-Related Defense shall be tolled as to any Covered Claim against the Company that was not already time-barred as of the Effective Date, only to the extent that such Time-Related Defense is or may be applicable.

3.     This Agreement shall terminate on the earlier of:

    a.     Either 11:59 pm Eastern Standard Time on December 1, 2022; or

    b.     the date of early termination as set forth in Paragraph 10.

4.     The parties acknowledge and agree that the sole purpose of this Agreement is to provide for the tolling of any applicable Time-Related Defense, either in law or in equity, with respect to any Covered Claim, and that this Agreement does not restore any claim that was already time-barred as of the Effective Date. The parties further agree: (i) that the execution by any Attorney General of this Agreement shall not be construed as an assertion that any Time-Related Defense exists; and (ii) that the failure by any Attorney General to execute this Agreement shall not be construed as an assertion that any Time-Related Defense exists.

5.     It is understood and agreed that entry into this Agreement by the Attorneys General does not in any way limit the ability or right of any Attorney General to assert in any suit or claim brought against the Company that the doctrine of fraudulent concealment, or any other similar doctrine or statute, may be applicable to toll the running of any Time-Related Defense with respect to any Covered Claim, or to assert that no statute of limitations applies to consumer protection claims or consumer protection-related claims brought by the Attorneys General, including but not limited to claims that the Company may assert are barred.

6.     This Agreement does not constitute, and shall not be construed to be, an acknowledgment or limitation by any Attorneys General as to the extent or right of any Attorneys General to otherwise engage in any other investigation of the Company not otherwise the subject of the Matters Under Investigation in this Agreement. To the extent any investigation of matters other than the Matters Under Investigation results in a claim against the Company by any Attorney General, such claim is not a Covered Claim.

7.      It is expressly agreed and understood that this Agreement does not constitute, and shall not be construed to be, an admission of liability by the Company as to any claim, or an admission by the Company that any claim could properly be asserted against it, or that any claim brought against the Company would have any basis in law or in fact.

8.      It is expressly understood and agreed that entry into this Agreement by the Company does not in any way limit or affect any defense of the Company to any Covered Claim other than a Time-Related Defense. It is expressly understood and agreed that entry into this Agreement by the Company does not in any way limit or affect the Company's right to challenge any exercise of jurisdiction over the Company. In the event any Covered Claim is asserted against the Company by any Attorney General, the Company reserves the right to raise any and all defenses other than a Time-Related Defense.

9.      This Agreement shall be binding upon the Company's subsidiaries, affiliates, and successors-in-interest.

10.      The filing of an action or proceeding by an Attorney General concerning the Covered Claims shall terminate this Agreement as of the date of the filing, provided, however, that an Attorney General may file an action to enforce any Demand, or the Company may file an action to modify any Demand or otherwise seek a protective order with respect to any such Demand, without terminating the Agreement.

While this Agreement is in effect, the below signing Attorney General agrees that he or she will provide the Company with at least fifteen (15) calendar days' written notice of his or her intent to file suit concerning the Covered Claims, unless otherwise prohibited by state law. That Attorney General's participation in this Agreement shall be deemed to have terminated at the end of such notice period (the "Date of Withdrawal" for such Attorney General).  Such notice shall

be sent to:  Felicia Ellsworth, Wilmer Cutler Pickering Hale and Dorr, 60 State Street, Boston, MA 02109, felicia.ellsworth@wilmerhale.com, and Brian Mahanna, Wilmer Cutler Pickering Hale and Dorr, 7 World Trade Center, 250 Greenwich Street, New York, NY 10007, brian.mahanna@wilmerhale.com, or to such other address as the Company or its attorneys may designate by written notice to the Attorney General.

However, if any State determines that the health or safety of its citizens is at risk and that immediate injunctive action is necessary, that State may seek such injunctive relief without providing the fifteen (15) calendar days' prior written notice and such action shall be considered a termination of this Agreement. It is expressly understood and agreed that any termination pursuant to this paragraph shall not negate the applicable period of tolling that has accrued for the duration of this Agreement to the date of termination.

11.     Termination of this Agreement with respect to one State shall not affect the status of this Agreement with respect to another State.

12.     Upon termination of this Agreement, the tolling of any Time-Related Defense shall cease as of the date of termination.

13.     After termination of this Agreement, the period of time tolled by this Agreement shall not be included in calculating any Time-Related Defense with respect to any Covered Claim that may be brought by any signatory Attorney General.

14.     This Agreement shall not be introduced into evidence in any action filed in any court or administrative tribunal for any purpose except to enforce this Agreement.

15.     This Agreement shall be construed in all respects as jointly drafted and shall not be construed in any fashion against either the Attorneys General or the Company on the grounds that a single party drafted it.

16.     This Agreement constitutes the entire agreement between the Attorneys General and the Company with respect to the subject matter herein and may not be modified except by an agreement in writing signed by authorized representatives of the Company and the Attorneys General.

17.     This Agreement shall be interpreted and enforced under the law of the State in which the particular Attorney General, named as a party to any enforcement action relating to the provisions of the Agreement, is located.

18.     This Agreement and any modification thereof may be executed by fax or email and in separate counterparts, which together shall constitute one instrument.

19.     This Agreement may be renewed or extended for an additional period by a written agreement signed by the parties.

20.     The undersigned counsel for the Company hereby represents that (s)he has the authority to execute this Agreement on behalf of the Company.

21.     The undersigned Assistant Attorney General hereby represents that (s)he has the authority to execute this Agreement on behalf of the indicated State.

**\*\*\***

**SIGNATURE PAGES TO FOLLOW**

On behalf of Meta Platforms, Inc.


/s/ Brian Mahanna

_____

Brian Mahanna
WILMER CUTLER PICKERING
 HALE AND DORR LLP
7 World Trade Center
250 Greenwich Street
New York, NY  10007
Tel:  (212) 295-6269
brian.mahanna@wilmerhale.com

*Counsel for Meta Platforms, Inc.*




Dated:  July 18, 2022

Agreed to and accepted this 22nd day of July, 2022, by

OFFICE OF THE ATTORNEY GENERAL FOR THE
STATE OF ALASKA


By:
 /s/ John Haley                                              Date:  July 22, 2022
John Haley
Assistant Attorney General
1031 West 4th Ave., Suite 200
Anchorage, AK 99501
John.haley@alaska.gov

Agreed to and accepted this 22nd day of July, 2022, by

OFFICE OF THE ATTORNEY GENERAL FOR THE
STATE OF ALABAMA

By: _____    Date: _____July 22____, 2022

Name: Zackary D. Wilson
Title: Assistant Attorney General
Address: 501 Washington Avenue
         Montgomery, Alabama 36130
Phone: (334) 353-2609
Email: Zack.Wilson@AlabamaAG.gov

Agreed to and accepted this 2nd day of August 2022, by

OFFICE OF THE ATTORNEY GENERAL FOR THE
STATE OF __Arkansas_____

By: _____    Date:  __August 2_____, 2022

Kim DuVall Renteria, Ark Bar No. 2021307
Assistant Attorney General
Arkansas Attorney General's Office
323 Center Street, Suite 200
Little Rock, Arkansas 72201
(501) 682-7383
Kim.Renteria@ArkansasAG.gov

Agreed to and accepted this 26th day of July, 2022, by

OFFICE OF THE ATTORNEY GENERAL FOR THE
STATE OF ___Arizona_____

By: _____    Date: ___July 26_____, 2022
Name: Joshua Whitaker
Title: Senior Litigation Counsel
Address: 2005 North Central Avenue, Room #352, Phoenix, AZ 85004
Phone: 602-542-7738
Email: Joshua.Whitaker@azag.gov

On behalf of the Office of the Attorney General for the State of California

_____    Date:  July 25, 2022
Peter H. Chang
Deputy Attorney General
California Department of Justice
455 Golden Gate Ave., Ste. 11000
San Francisco, CA 94102
(415) 510-3776
Peter.Chang@doj.ca.gov

Tolling Agreement—Meta Platforms, Inc.

Agreed to and accepted this 22 day of July, 2022, by Colorado

OFFICE OF THE ATTORNEY GENERAL FOR THE
STATE OF COLORADO

By: _s/ Chelsea Kelleher_____    Date:  July 22, 2022
Chelsea Kelleher
Assistant Attorney General Fellow
Colorado Attorney General's Office
Ralph L. Carr Judicial Building
1300 Broadway, Floor 7
Denver, Colorado 80203
720.508.6244
Chelsea.kelleher@coag.gov

Also contact:
Abby Hinchcliff
Abigail.hinchcliff@coag.gov

Agreed to and accepted this 29th day of August, 2022, by

OFFICE OF THE ATTORNEY GENERAL FOR THE
DISTRICT OF COLUMBIA

By:

_____

JENNIFER M. RIMM
Assistant Attorney General
Office of Consumer Protection, Public
Advocacy Division
400 Sixth Street, N.W., 10th Floor
Washington, D.C. 20001
Jennifer.rimm@dc.gov
(202) 741-5226 (Phone)

Date: August 29, 2022

Agreed to and accepted this 27th day of July, 2022, by

OFFICE OF THE ATTORNEY GENERAL FOR THE
STATE OF DELAWARE

By:
/s/ *Katherine Devanney*                          Date:  July 27, 2022
Katherine Devanney
Deputy Attorney General
Delaware Department of Justice Consumer Protection Unit
820 N. French St., Floor 5
Wilmington, DE 19801
302-683-8812
katherine.devanney@delaware.gov

Agreed to and accepted this _1 2_ day of July, 2022, by

OFFICE OF THE ATTORNEY GENERAL FOR THE
STATE OF FLORIDA

By: _____  Date: _July 22_, 2022

Carina Bergal
Special Counsel Assistant Attorney General
Florida Office of the Attorney General
Multistate & Privacy Bureau
110 SE 6th Street, 10th Floor
Fort Lauderdale, FL 33301
954.712.4600
Carina.Bergal@myfloridalegal.com

Agreed to and accepted this 25th day of July, 2022, by

OFFICE OF THE ATTORNEY GENERAL FOR THE
STATE OF GEORGIA

By: _melissa M. Devine_ (pc)                Date: July 25, 2022

Melissa M. Devine
Assistant Attorney General
Office of the Attorney General Christopher M. Carr
Consumer Protection Division
2 Martin Luther King, Jr. Drive SE, Suite 356
(404) 458-3765
mdevine@law.ga.gov

Agreed to and accepted this 1st day of September, 2022, by

OFFICE OF THE ATTORNEY GENERAL FOR THE
TERRITORY OF _____ Guam _____

By: _____    Date: _____ September 1 ___, 2022

Marlyn T. Aguilar
Assistant Attorney General
590 S. Marine Corps Drive, Suite 802, Tamuning, GU 96913
(671) 475-2709 x3020
maguilar@oagguam.org

Agreed to and accepted this 25th day of July, 2022, by

OFFICE OF THE ATTORNEY GENERAL FOR THE
STATE OF IDAHO

By:_____          Date: <u>July 25, 2022</u>
    SHANTEL CHAPPLE KNOWLTON
    Deputy Attorney General
    Consumer Protection Division
    Office of the Idaho Attorney General
    954 W. Jefferson St.
    P.O. Box 83720
    Boise, ID 83720-0010
    (208) 334-4543
    shantel.knowlton@ag.idaho.gov

Agreed to and accepted this 27th day of July, 2022, by

OFFICE OF THE ATTORNEY GENERAL FOR THE
STATE OF INDIANA

By: _____                      Date:  July 27, 2022
    Corinne Gilchrist
    Section Chief, Consumer Litigation
    302 W. Washington Street, IGSC-5th Floor
    Indianapolis, IN 46204
    (317)233-6143
    Corinne.Gilchrist@atg.in.gov

On behalf of the Commonwealth of Kentucky

By: _____

Name:        Zachary Richards
Title:         Assistant Attorney General
Address:    1024 Capital Center Drive, Suite 200, Frankfort, KY 40601
Phone:       502.696.5519
Email:        zach.richards@ky.gov
Dated:        July 20, 2022

Agreed to and accepted this 26th day of August, 2022, by

OFFICE OF THE ATTORNEY GENERAL FOR THE
STATE OF LOUISIANA

By: _____    Date:  August 26, 2022

Arham Mughal
Assistant Attorney General
Louisiana Department of Justice
Office of the Attorney General
1885 N 3rd Street
Baton Rouge, LA 70802
(225) 326-6471
MughalA@ag.louisiana.gov

Agreed to and accepted this __29th__ day of July, 2022, by

OFFICE OF THE ATTORNEY GENERAL FOR THE
COMMONWEALTH OF MASSACHUSETTS

By: _____    Date: __July 29th__, 2022

Jared Rinehimer
Assistant Attorney General
Chief, Data Privacy and Security Division
One Ashburton Place, 18th Floor
Boston, MA 02108
jared.rinehimer@mass.gov

Agreed to and accepted this 30th day of August, 2022, by

CONSUMER PROTECTION DIVISION OF THE
OFFICE OF THE ATTORNEY GENERAL OF MARYLAND

By: _____     Date: Aug. 30 ___, 2022
Name:       Lauren Calia
Title:       Senior Assistant Attorney General
Address:    Consumer Protection Division, Office of the Attorney General
            200 St. Paul Place, 16th Floor
            Baltimore, Maryland 21202
Phone:      (410) 576-6514
Email:      lcalia@oag.state.md.us

Agreed to and accepted this 28th day of July, 2022, by

MICHIGAN DEPARTMENT OF ATTORNEY GENERAL

By: _____    Date: July 28, 2022

Daniel Ping (P81482)
Assistant Attorney General
Corporate Oversight Division
P.O. Box 30736
Lansing, MI  48909
(517) 335-7632
PingD@michigan.gov

Agreed to and accepted this 3rd day of August, 2022, by


OFFICE OF THE ATTORNEY GENERAL FOR THE
STATE OF MINNESOTA


By:

*/s/ Jason Pleggenkuhle*_____   Date:  August 3, 2022
JASON PLEGGENKUHLE
Assistant Attorney General
445 Minnesota Street, Suite 1200
St. Paul, MN 55101
Phone:  (651) 757-1147
Email:  jason.pleggenkuhle@ag.state.mn.us

Agreed to and accepted this __1st__ day of August, 2022, by

OFFICE OF THE ATTORNEY GENERAL FOR THE
STATE OF __Missouri_____

By: _____    Date: __Aug. 1____, 2022
Name: Stephen M. Hoeplinger
Title: Assistant Attorney General
Address: 815 Olive St., Suite 200, St. Louis, MO 63101
Phone: 314.340.7849
Email: Stephen.hoeplinger@ago.mo.gov

Agreed to and accepted this 31st day of October, 2022, by


OFFICE OF THE ATTORNEY GENERAL FOR THE
STATE OF MONTANA


By: /s/ Derek Oestreicher        Date: October 31st, 2022

Derek Oestreicher
Chief Legal Counsel
Montana Attorney General's Office
P.O. Box 201401
Helena, MT 59620-1401
(406) 444-2026
Derek.oestreicher@mt.gov

Agreed to and accepted this 29 day of August, 2022, by

OFFICE OF THE ATTORNEY GENERAL FOR THE
STATE OF NORTH CAROLINA

By:
_/S/ *Kunal J. Choksi*    Date:  August 29, 2022
Name:  Kunal J. Choksi
Title:  Special Deputy Attorney General
Address:  114 W. Edenton St., Raleigh NC 27603
Phone: 919-716-6032
Email: kchoksi@ncdoj.gov

Agreed to and accepted this 25th day of July, 2022, by


OFFICE OF THE ATTORNEY GENERAL FOR THE
STATE OF NORTH DAKOTA


By:
/s/ Brian M. Card                                                    Date:  July 25, 2022
Brian M. Card
Assistant Attorney General
1720 Burlington Drive, Suite C
Bismarck, ND 58504-7736
(701) 328-5570
bmcard@nd.gov

Agreed to and accepted this 22nd day of July, 2022, by

OFFICE OF THE ATTORNEY GENERAL FOR THE
STATE OF NEBRASKA

By: _____    Date: _____July 22_____, 2022

Philip D. Carlson
Chief, Consumer Protection Division
Nebraska Attorney General's Office
2115 State Capitol Building
Lincoln, NE 68509
P: 402-471-2811
F: 402-471-4725
Phil.Carlson@nebraska.gov

Agreed to and accepted this 31st day of August, 2022, by

OFFICE OF THE ATTORNEY GENERAL FOR THE
STATE OF _New Hampshire_

By: _____  Date: _8/31_____, 2022

Name  Kevin Scura
Title  Assistant Attorney General
Address  33 Capitol St., Concord, NH 03301
Phone  603-271-8368
Email  Kevin.P.J.Scura@doj.nh.gov

On behalf of the State of New Jersey


By: _/s/ Thomas Huynh_____
Name          Thomas Huynh
Title          Deputy Attorney General
Address       124 Halsey Street, 5th Floor, Newark, NJ 07102
Phone         (973) 847-2216
Email          Thomas.Huynh@law.njoag.gov


Dated:  July 20, 2022

Agreed to and accepted this 31st day of August, 2022, by

OFFICE OF THE ATTORNEY GENERAL FOR THE
STATE OF NEVADA

By:

_____    Date: August 31, 2022
Raquel Fulghum
Deputy Attorney General
100 N. Carson Street
Carson City, NV 89701
775-684-1295
rfulghum@ag.nv.gov

Agreed to and accepted this 26th day of August, 2022, by

OFFICE OF THE ATTORNEY GENERAL FOR THE
STATE OF NEW YORK

By: */s Clark Russell*                    Date:  August 26, 2022

Clark P. Russell | Deputy Bureau Chief
Bureau of Internet and Technology
New York State Office of the Attorney General
28 Liberty Street, New York, NY 10005
(t) 212-416-6494 | (f) 212-416-8369
clark.russell@ag.ny.gov

Agreed to and accepted this 28th day of July, 2022, by

OFFICE OF THE ATTORNEY GENERAL FOR THE
STATE OF OHIO

Signature: _____    Date: July 28, 2022

DAVE YOST
Attorney General
State of Ohio

By:     Timothy W. Effler
        Associate Assistant Attorney General
        1 Government Center
        640 Jackson St. Suite 1340
        Toledo, Ohio 43604
        (419) 245-2556
        Timothy.Effler@OhioAGO.gov

Agreed to and accepted this ___29___ day of July, 2022, by


OFFICE OF THE ATTORNEY GENERAL FOR THE
STATE OF OKLAHOMA


By: _____    Date: __7 / 29___, 2022

Caleb J. Smith, OBA No. 33613
Assistant Attorney General
Consumer Protection Unit
Office of the Oklahoma Attorney General
15 West 6th Street
Suite 1000
Tulsa, OK 74119
Tel. (918) 581-2230
Fax (918) 938-6348
Email: caleb.smith@oag.ok.gov

Agreed to and accepted this 22nd day of July, 2022, by

OFFICE OF THE ATTORNEY GENERAL FOR THE
STATE OF OREGON

By:

*Katherine Campbell*                          Date:  July 22, 2022

Katherine Campbell
Senior Assistant Attorney General
100 SW Market Street
Portland, OR 97201
971-673-1880
katherine.campbell@doj.state.or.us

Agreed to and accepted this 17th day of October 2022, by

OFFICE OF THE ATTORNEY GENERAL FOR THE
STATE OF RHODE ISLAND

By:_/s/_Lloyd M. Ocean_____     Date:  October 17, 2022
Name: LLOYD M. OCEAN
Title: SPECIAL ASSISTANT ATTORNEY GENERAL
Address: 180 SOUTH MAIN STREET
Phone: (401) 274-4400
Email: LOCEAN@RIAG.RI.GOV

Agreed to and accepted this 22 day of July 2022, by

OFFICE OF THE ATTORNEY GENERAL FOR THE
STATE OF SOUTH CAROLINA

By: s/ Anna C. Smith

Date:  July 22, 2022
_____
Anna C. Smith
Assistant Attorney General, Consumer Protection and Antitrust Division
Office of the Attorney General
Post Office Box 11549, Columbia, SC 29211
annasmith@scag.gov
(803) 734-0536

Agreed to and accepted this _____ day of July, 2022, by

OFFICE OF THE ATTORNEY GENERAL FOR THE
STATE OF SOUTH DAKOTA

By:
_____     Date: _____, 2022
Yvette K. Lafrentz
Assistant Attorney General
1302 E. Hwy 14, Suite 1, Pierre, SD 57501
605-773-3215
Yvette.Lafrentz@state.sd.us

Agreed to and accepted this 29th  day of July, 2022, by


OFFICE OF THE ATTORNEY GENERAL FOR THE
STATE OF UTAH


By: /s/ Kevin McLean       Date:  July 29, 2022
Kevin McLean
Assistant Attorney General
Utah Attorney General's Office
White Collar and Commercial Enforcement Division
160 East 300 South, 5th Floor
PO Box 140872
Salt Lake City, 84114-0872
801-440-4680
kmclean@agutah.gov

Agreed to and accepted this 1st day of August, 2022, by

OFFICE OF THE ATTORNEY GENERAL FOR THE
STATE OF VERMONT

By: /s/ Jamie Renner        Date: June 6th, 2022
Jamie Renner, Esq.
Assistant Attorney General
109 State Street, Montpelier VT, 05609
802-828-5947
Jamie.renner@vermont.gov

Agreed to and accepted this 1st day of September, 2022, by

WISCONSIN DEPARTMENT OF JUSTICE

By:  s/R. Duane Harlow                              Date:  September 1, 2022
     R. Duane Harlow
     Assistant Attorney General
     17 West Main Street
     PO Box 7857
     Madison, WI 53707-7857
     (608) 266-2950
     harlowrd@doj.state.wi.us

Tolling Agreement – TikTok Inc.

Agreed to and accepted this 29ᵗʰ day of August, 2022, by


OFFICE OF THE ATTORNEY GENERAL FOR THE
STATE OF _____WEST VIRGINIA_____

By:

_____    Date: _August 29_, 2022
LAUREL K. LACKEY
ASSISTANT ATTORNEY GENERAL
Office of the Attorney General
Eastern Panhandle Office
269 Aikens Center
Martinsburg, WV 25404
304-267-0239
304-267-0248 (facsimile)
laurel.k.lackey@wvago.gov

Agreed to and accepted this _22_ day of July, 2022, by

OFFICE OF THE ATTORNEY GENERAL FOR THE
STATE OF WYOMING

By: _____    Date: _July 22_, 2022
William T. Young
Assistant Attorney General
Wyoming Attorney General's Office
2320 Capitol Avenue
(307) 777-7847
william.young@wyo.gov