# EXHIBIT 87

**SECOND AMENDMENT TO THE TOLLING AGREEMENT**

The Tolling Agreement by and between the undersigned Attorneys General of Alabama, Alaska, Arizona, Arkansas, California, Colorado, Delaware, District of Columbia, Florida, Georgia, Guam, Idaho, Indiana, Kentucky, Louisiana, Maryland, Massachusetts, Michigan, Minnesota, Missouri, Montana, Nebraska, New Hampshire, New Jersey, New York, Nevada, North Carolina, North Dakota, Ohio, Oklahoma, Oregon, South Carolina, Tennessee, Rhode Island, South Dakota, Utah, Vermont, West Virginia, Wisconsin, and Wyoming, and Meta Platforms, Inc. ("Meta") that was executed by Meta on July 18, 2022 and pertains to the Multistate Investigation related to the Instagram platform ("Tolling Agreement") that was previously amended to extend the termination date set forth in Paragraph 3(a) of the Tolling Agreement from December 1, 2022 to 11:59 pm Eastern Standard Time on June 1, 2023 is hereby further amended as follows:

1. The termination date set forth in Paragraph 3(a) of the Tolling Agreement shall be extended to 11:59 pm Eastern Standard Time on December 1, 2023.
2. The term "Matters Under Investigation" shall be amended to mean "provision, design, operation, and promotion of Instagram, Facebook, and Horizon Worlds, to children and teen users." This amended definition shall be effective as of June 1, 2023.
3. The term "Multistate Investigation" shall mean a multistate investigation led by the Lead States of the Matters Under Investigation.
4. In addition to the Attorneys General identified above, the Attorneys General of the states of Connecticut, Hawaii, Illinois, Iowa, Kansas, Maine, Mississippi, New Mexico, Pennsylvania, Texas, Virginia, and Washington shall be considered a party to the Tolling Agreement, effective as of June 1, 2023.

The undersigned hereby represent that they have the authority to execute this extension on behalf of their respective clients and/or indicated State.

**On behalf of Meta Platforms, Inc.**

_____/s/ Brian Mahanna_____

Brian Mahanna
WILMER CUTLER PICKERING
HALE AND DORR LLP
7 World Trade Center,
250 Greenwich Street,
New York, NY 10007
Tel: (212) 295-6269
brian.mahanna@wilmerhale.com

_Counsel for Meta Platforms, Inc._

Dated: June 22, 2023

**On behalf of the State of** _____

By: _____

Name:
Title:
Address:
Phone:
Email:

Dated: _____, 2023

**On behalf of Meta Platforms, Inc.**

_____/s/ Brian Mahanna_____

Brian Mahanna
WILMER CUTLER PICKERING
HALE AND DORR LLP
7 World Trade Center,
250 Greenwich Street,
New York, NY 10007
Tel: (212) 295-6269
brian.mahanna@wilmerhale.com

_Counsel for Meta Platforms, Inc._

Dated: June 22, 2023

**On behalf of the State of Alabama**

By: _____

Name: Olivia W. Martin
Title: Assistant Attorney General
Address: 501 Washington Avenue, Montgomery, AL 36130
Phone: (334) 242-7393
Email: Olivia.Martin@AlabamaAG.gov

Dated: June __29__, 2023

**On behalf of Meta Platforms, Inc.**

_____/s/ Brian Mahanna_____

Brian Mahanna
WILMER CUTLER PICKERING
HALE AND DORR LLP
7 World Trade Center,
250 Greenwich Street,
New York, NY 10007
Tel: (212) 295-6269
brian.mahanna@wilmerhale.com

_Counsel for Meta Platforms, Inc._

Dated: June 22, 2023

**On behalf of the State of Alaska**

By: _____/s/ John Haley_____

John Haley
Assistant Attorney General
1031 West 4th Ave., Suite 200
Anchorage, AK 99501
(907) 269-5200
John.Haley@alaska.gov

Dated: July 3, 2023

**On behalf of Meta Platforms, Inc.**

_____*/s/ Brian Mahanna*_____

Brian Mahanna
WILMER CUTLER PICKERING
HALE AND DORR LLP
7 World Trade Center,
250 Greenwich Street,
New York, NY 10007
Tel: (212) 295-6269
brian.mahanna@wilmerhale.com

*Counsel for Meta Platforms, Inc.*

Dated: June 22, 2023

**On behalf of the State of Arizona**

By: _____

Nathan Whelihan
Assistant Attorney General
2005 North Central Avenue, Office #348
Phoenix, AZ 85004
Phone: 602-542-7748
Nathan.Whelihan@azag.gov

Dated: _____June 26_____, 2023

**On behalf of Meta Platforms, Inc.**

_____*/s/ Brian Mahanna*_____

Brian Mahanna
WILMER CUTLER PICKERING
HALE AND DORR LLP
7 World Trade Center,
250 Greenwich Street,
New York, NY 10007
Tel: (212) 295-6269
brian.mahanna@wilmerhale.com

*Counsel for Meta Platforms, Inc.*

Dated: June 22, 2023

**On behalf of the State of California**

By: _____

Joshua Olszewski-Jubelirer
Deputy Attorney General
California Department of Justice
1515 Clay St., Ste. 2000
Oakland, CA 94612
Tel: (510) 879-0170
joshua.olszewskijubelirer@doj.ca.gov

*Counsel for the People of the State of California*

Dated: June 29, 2023

**On behalf of Meta Platforms, Inc.**

_____*/s/ Brian Mahanna*_____

Brian Mahanna
WILMER CUTLER PICKERING
HALE AND DORR LLP
7 World Trade Center,
250 Greenwich Street,
New York, NY 10007
Tel: (212) 295-6269
brian.mahanna@wilmerhale.com

*Counsel for Meta Platforms, Inc.*

Dated: June 22, 2023

**On behalf of the State of Colorado**

By: */s/ Bianca E. Miyata*

Name: Bianca E. Miyata
Title: Senior Assistant Attorney General
Address:        Colorado Department of Law
                1300 Broadway, 7th Floor
                 Denver, Colorado 80203
Phone: 720-508-6651
Email: bianca.miyata@coag.gov

Dated: July 10, 2023

**On behalf of Meta Platforms, Inc.**

_____/s/ Brian Mahanna_____

Brian Mahanna
WILMER CUTLER PICKERING
HALE AND DORR LLP
7 World Trade Center,
250 Greenwich Street,
New York, NY 10007
Tel: (212) 295-6269
brian.mahanna@wilmerhale.com

_Counsel for Meta Platforms, Inc._

Dated: June 22, 2023

**On behalf of the State of Connecticut**

By: _/s/ Lauren H. Bidra_

Name:  Lauren H. Bidra
Title:  Special Counsel for Media and Technology
Address:  165 Capitol Avenue, Hartford, CT 06106
Phone:  (860) 808-5306
Email:  Lauren.Bidra@ct.gov

Dated:  June 27, 2023

**On behalf of Meta Platforms, Inc.**

_____ */s/ Brian Mahanna* _____

Brian Mahanna
WILMER CUTLER PICKERING
HALE AND DORR LLP
7 World Trade Center,
250 Greenwich Street,
New York, NY 10007
Tel: (212) 295-6269
brian.mahanna@wilmerhale.com

*Counsel for Meta Platforms, Inc.*

Dated: June 22, 2023

**On behalf of the State of ___Delaware_____**

By: ___/s/__Dashiell Radosti_____

Name: Dashiell Radosti
Title: Deputy Attorney General
Address: 820 N French Street, 5th Floor, Wilmington, DE 19801
Phone: 302-683-8812
Email: dashiell.radosti@delaware.gov

Dated:  June 30, 2023

**On behalf of Meta Platforms, Inc.**

_____*/s/ Brian Mahanna*_____

Brian Mahanna
WILMER CUTLER PICKERING
HALE AND DORR LLP
7 World Trade Center,
250 Greenwich Street,
New York, NY 10007
Tel: (212) 295-6269
brian.mahanna@wilmerhale.com

*Counsel for Meta Platforms, Inc.*

Dated: June 22, 2023

**On behalf of the District of Columbia**

By: _____

Kevin Vermillion
Assistant Attorney General
Office of the Attorney General for the District of Columbia
400 6th St. NW
Washington, DC 20001
202-890-9261
kevin.vermillion@dc.gov

Dated: June 30, 2023

**On behalf of Meta Platforms, Inc.**

_____*/s/ Brian Mahanna*_____

Brian Mahanna
WILMER CUTLER PICKERING
HALE AND DORR LLP
7 World Trade Center,
250 Greenwich Street,
New York, NY 10007
Tel: (212) 295-6269
brian.mahanna@wilmerhale.com

*Counsel for Meta Platforms, Inc.*

Dated: June 22, 2023

**On behalf of the State of Florida**

By: _____

Donna C. Valin
Special Counsel
Multistate & Privacy Bureau
Office of the Attorney General
Donna.Valin@myfloridalegal.com
407.241.5399
MyFloridaLegal.com

Dated: June 29, 2023

**On behalf of Meta Platforms, Inc.**

_____ /s/ Brian Mahanna _____

Brian Mahanna
WILMER CUTLER PICKERING
HALE AND DORR LLP
7 World Trade Center,
250 Greenwich Street,
New York, NY 10007
Tel: (212) 295-6269
brian.mahanna@wilmerhale.com

_Counsel for Meta Platforms, Inc._

Dated: June 22, 2023




**On behalf of the State of Georgia**

By:

Melissa M. Devine
Assistant Attorney General
Office of the Attorney General Chris Carr
Consumer Protection Division
(404) 458-3765
mdevine@law.ga.gov
Georgia Department of Law
2 Martin Luther King, Jr. Drive, SE, Suite 356
Atlanta, Georgia 30334

Dated: June 26, 2023

**On behalf of Meta Platforms, Inc.**

_/s/ Brian Mahanna_

Brian Mahanna
WILMER CUTLER PICKERING
HALE AND DORR LLP
7 World Trade Center,
250 Greenwich Street,
New York, NY 10007
Tel: (212) 295-6269
brian.mahanna@wilmerhale.com

_Counsel for Meta Platforms, Inc._

Dated: June 22, 2023

**On behalf of the Territory of Guam**

By:

D Graham Botha
Deputy Attorney General
Office of the Attorney General of Guam
590 S. Marine Corps Drive
ITC Building, Ste 802
Tamuning, Guam 96913
Tel: (671)475-3324 ext 3098
gbotha@oagguam.org

Dated: August 1, 2023.

Investigation, such jurisdiction may continue to receive Confidential Information pursuant to this Confidentiality Agreement unless prohibited by the applicable laws or rules governing discovery in such action or proceeding or court order(s) entered in the action or proceeding.  Meta bears the burden of showing a Participating Jurisdiction's laws or rules, or any court order(s) entered in the action or proceeding, prohibits such jurisdiction from receiving the Confidential Information.  Any Confidential Information received by such jurisdiction pursuant to this Confidentiality Agreement, whether received before or after asserting civil claims, shall continue to be treated as required by Paragraphs 3-7 and 12 of this Confidentiality Agreement and subject to the applicable laws or rules of procedure and evidence in such action or proceeding or court order(s) entered in the action or proceeding.

The undersigned hereby represent they have the authority to execute this amendment on behalf of their respective clients and/or indicated State.

**On behalf of Meta Platforms, Inc.**

_____ */s/ Brian Mahanna* _____

Brian Mahanna
WILMER CUTLER PICKERING
HALE AND DORR LLP
7 World Trade Center,
250 Greenwich Street,
New York, NY 10007
Tel: (212) 295-6269
brian.mahanna@wilmerhale.com

*Counsel for Meta Platforms, Inc.*

Dated: June 26, 2023

**On behalf of the State of** __Hawaii_____

By: _Radji O. Tolentino_____

Name:      Radji O. Tolentino
Title:        Enforcement Attorney
Address:   Hawaii Office of Consumer Protection, 235 S. Beretania St., 801, Honolulu, HI 96813
Phone:      808 586-2638
Email:       rtolenti@dcca.hawaii.gov

Dated: __June 30__, 2023

**On behalf of Meta Platforms, Inc.**

_____/s/ Brian Mahanna_____

Brian Mahanna
WILMER CUTLER PICKERING
HALE AND DORR LLP
7 World Trade Center,
250 Greenwich Street,
New York, NY 10007
Tel: (212) 295-6269
brian.mahanna@wilmerhale.com

_Counsel for Meta Platforms, Inc._

Dated: June 22, 2023

**On behalf of the State of IDAHO**

By: _Stephanie N. Guyon_

Stephanie N. Guyon
Deputy Attorney General
Idaho Attorney General's Office
P.O. Box 83720
Boise, ID 83720-0010
208-334-4135
stephanie.guyon@ag.idaho.gov

Dated:        June 26, 2023

**On behalf of Meta Platforms, Inc.**

_____ /s/ Brian Mahanna _____

Brian Mahanna
WILMER CUTLER PICKERING
HALE AND DORR LLP
7 World Trade Center,
250 Greenwich Street,
New York, NY 10007
Tel: (212) 295-6269
brian.mahanna@wilmerhale.com

_Counsel for Meta Platforms, Inc._

Dated: June 22, 2023

**On behalf of the State of** _____ Illinois _____

By: _____

Name: Daniel Edelstein
Title: Supervising Attorney, Consumer Fraud Bureau
Address: 100 W. Randolph St., 12th Floor, Chicago, IL 60601
Phone: 773-590-7125
Email: daniel.edelstein@ilag.gov

Dated: _July 6_____, 2023

**On behalf of Meta Platforms, Inc.**

_/s/ Brian Mahanna_

Brian Mahanna
WILMER CUTLER PICKERING
HALE AND DORR LLP
7 World Trade Center,
250 Greenwich Street,
New York, NY 10007
Tel: (212) 295-6269
brian.mahanna@wilmerhale.com

_Counsel for Meta Platforms, Inc._

Dated: June 22, 2023

**On behalf of the State of Indiana**

By:

Name: Mark M. Snodgrass
Title: Deputy Attorney General
Address: 302 West Washington Street, 5th Floor, Indianapolis, IN 46204
Phone: (317) 234-6784
Email: Mark.Snodgrass@atg.in.gov

Dated: June 29, 2023

**On behalf of Meta Platforms, Inc.**

_____*/s/ Brian Mahanna*_____

Brian Mahanna
WILMER CUTLER PICKERING
HALE AND DORR LLP
7 World Trade Center,
250 Greenwich Street,
New York, NY 10007
Tel: (212) 295-6269
brian.mahanna@wilmerhale.com

*Counsel for Meta Platforms, Inc.*

Dated: June 22, 2023

**On behalf of the State of Iowa**

By: _____

Name: William R. Pearson
Title: Assistant Attorney General
Address: 1305 E. Walnut, 2nd Floor, Des Moines, IA 50319
Phone: (515) 242-6773
Email: william.pearson@ag.iowa.com

Dated: June 26, 2023

**On behalf of Meta Platforms, Inc.**

_____ /s/ Brian Mahanna _____

Brian Mahanna
WILMER CUTLER PICKERING
HALE AND DORR LLP
7 World Trade Center,
250 Greenwich Street,
New York, NY 10007
Tel: (212) 295-6269
brian.mahanna@wilmerhale.com

_Counsel for Meta Platforms, Inc._

Dated: June 22, 2023

**On behalf of the State of Kansas**

By: _____

Name: Sarah Dietz
Title: Assistant Attorney General
Address: 120 SW 10th Avenue, Topeka, Kansas 66612
Phone: 785-296-3751
Email: sarah.dietz@ag.ks.gov

Dated: June 27, 2023

**On behalf of Meta Platforms, Inc.**

_____/s/ Brian Mahanna_____

Brian Mahanna
WILMER CUTLER PICKERING
HALE AND DORR LLP
7 World Trade Center,
250 Greenwich Street,
New York, NY 10007
Tel: (212) 295-6269
brian.mahanna@wilmerhale.com

*Counsel for Meta Platforms, Inc.*

Dated: June 22, 2023

**On behalf of the State of Kentucky**

By: ____/s/ Gregory B. Ladd____

Name: Gregory B. Ladd
Title: Assistant Attorney General
Address: 1024 Capital Center Drive, Frankfort, KY 40601
Phone: (502) 696-5691
Email: greg.ladd@ky.gov

Dated: July 6, 2023

**On behalf of Meta Platforms, Inc.**

_____/s/ Brian Mahanna_____

Brian Mahanna
WILMER CUTLER PICKERING
HALE AND DORR LLP
7 World Trade Center,
250 Greenwich Street,
New York, NY 10007
Tel: (212) 295-6269
brian.mahanna@wilmerhale.com

_Counsel for Meta Platforms, Inc._

Dated: June 22, 2023

**On behalf of the State of Louisiana**

By:

Arham Mughal
Assistant Attorney General
Louisiana Department of Justice
Office of the Attorney General
Public Protection Division
Consumer Protection Section
1885 N 3rd Street, 4th Floor
Baton Rouge, LA 70802
(225) 326-6438
MughalA@ag.louisiana.gov

Dated: July 06, 2023

**On behalf of Meta Platforms, Inc.**

_/s/ Brian Mahanna_

Brian Mahanna
WILMER CUTLER PICKERING
HALE AND DORR LLP
7 World Trade Center,
250 Greenwich Street,
New York, NY 10007
Tel: (212) 295-6269
brian.mahanna@wilmerhale.com

_Counsel for Meta Platforms, Inc._

Dated: June 22, 2023

**On behalf of the State of Maine**

By: _Brendan O'Neil_

Name:  Brendan O'Neil
Title:   Assistant Attorney General
Address:  6 State House Station, Augusta, ME 04333-0006
Phone:  (207) 626-8800
Email:  Brendan.ONeil@maine.gov

Dated: June 27, 2023

**On behalf of Meta Platforms, Inc.**

_____/s/ Brian Mahanna_____

Brian Mahanna
WILMER CUTLER PICKERING
HALE AND DORR LLP
7 World Trade Center,
250 Greenwich Street,
New York, NY 10007
Tel: (212) 295-6269
brian.mahanna@wilmerhale.com

_Counsel for Meta Platforms, Inc._

Dated: June 22, 2023

**On behalf of the Office of the Attorney General for the State of Maryland**

By: _Elizabeth J. Stern_

Elizabeth J. Stern
Assistant Attorney General
Consumer Protection Division
Office of the Attorney General
200 St. Paul Place
Baltimore, MD 21202
(410) 576-7226
estern@oag.state.md.us

Dated: July 6, 2023

**On behalf of Meta Platforms, Inc.**

_____*/s/ Brian Mahanna*_____

Brian Mahanna
WILMER CUTLER PICKERING
HALE AND DORR LLP
7 World Trade Center,
250 Greenwich Street,
New York, NY 10007
Tel: (212) 295-6269
brian.mahanna@wilmerhale.com

*Counsel for Meta Platforms, Inc.*

Dated: June 22, 2023

**On behalf of the Commonwealth of Massachusetts**

By: _____

Jared Rinehimer
Assistant Attorney General
Chief, Data Privacy and Security Division
Massachusetts Attorney General's Office
One Ashburton Place, 18th Floor
Boston, MA 02108

Dated: June 26, 2023

**On behalf of Meta Platforms, Inc.**

_____*/s/ Brian Mahanna*_____

Brian Mahanna
WILMER CUTLER PICKERING
HALE AND DORR LLP
7 World Trade Center,
250 Greenwich Street,
New York, NY 10007
Tel: (212) 295-6269
brian.mahanna@wilmerhale.com

*Counsel for Meta Platforms, Inc.*

Dated: June 22, 2023


**On behalf of the State of Michigan**

By: _____

Name: Daniel Ping
Title: Assistant Attorney General
Address: 525 W. Ottawa Street, PO Box 30212, Lansing, MI 48909
Phone: 517-335-7632
Email: pingd@michigan.gov

Dated: June 29, 2023

**On behalf of Meta Platforms, Inc.**

_____/s/ Brian Mahanna_____

Brian Mahanna
WILMER CUTLER PICKERING
HALE AND DORR LLP
7 World Trade Center,
250 Greenwich Street,
New York, NY 10007
Tel: (212) 295-6269
brian.mahanna@wilmerhale.com

*Counsel for Meta Platforms, Inc.*

Dated: June 22, 2023

**On behalf of the State of Minnesota**

By: */s/ James Van Buskirk*

JAMES VAN BUSKIRK
Assistant Attorney General
445 Minnesota Street, Suite 1200
St. Paul, MN 55101
Phone: 651-728-7038
Email: james.vanbuskirk@ag.state.mn.us

Dated: July 6, 2023

**On behalf of the State of Mississippi**

By: _____

Crystal Utley Secoy
Director & Assistant Attorney General
Consumer Protection Division
Mississippi Attorney General's Office
Post Office Box 220
Jackson, Mississippi 39205
Telephone: 601-359-4213
Email: crystal.utley@ago.ms.gov

Dated: July 5, 2023

**On behalf of Meta Platforms, Inc.**

_____*/s/ Brian Mahanna*_____

Brian Mahanna
WILMER CUTLER PICKERING
HALE AND DORR LLP
7 World Trade Center,
250 Greenwich Street,
New York, NY 10007
Tel: (212) 295-6269
brian.mahanna@wilmerhale.com

*Counsel for Meta Platforms, Inc.*

Dated: June 22, 2023

**On behalf of the State of Missouri**

ANDREW BAILEY
ATTORNEY GENERAL

By:_/s/ Michael Schwalbert_____
Michael Schwalbert
Assistant Attorney General
Consumer Protection Section
Missouri Attorney General's Office
815 Olive Street | Suite 200
Saint Louis, Missouri 63101
michael.schwalbert@ago,mo.gov
Phone: 314-340-7888

Dated: July 3, 2023

**On behalf of Meta Platforms, Inc.**

_____ /s/ Brian Mahanna _____

Brian Mahanna
WILMER CUTLER PICKERING
HALE AND DORR LLP
7 World Trade Center,
250 Greenwich Street,
New York, NY 10007
Tel: (212) 295-6269
brian.mahanna@wilmerhale.com

_Counsel for Meta Platforms, Inc._

Dated: June 22, 2023

**On behalf of the State of Nebraska**

By: _____

Philip D. Carlson
Assistant Attorney General
Chief, Consumer Protection Division
Nebraska Attorney General's Office
2115 State Capitol Building
Lincoln, NE 68509
Tel: (402) 471-2811
phil.carlson@nebraska.gov

Dated:  June 29, 2023

**On behalf of Meta Platforms, Inc.**

        */s/ Brian Mahanna*

Brian Mahanna
WILMER CUTLER PICKERING
HALE AND DORR LLP
7 World Trade Center,
250 Greenwich Street,
New York, NY 10007
Tel: (212) 295-6269
brian.mahanna@wilmerhale.com

*Counsel for Meta Platforms, Inc.*

Dated: June 22, 2023

**On behalf of the State of Nevada**

By: _Raquel Fulghum_

Name: Raquel Fulghum
Title: Senior Deputy Attorney General
Address: 100 N. Carson Street, Carson City, NV 89701
Phone: 775-684-1295
Email: rfulghum@ag.nv.gov

Dated: July 3, 2023

**On behalf of Meta Platforms, Inc.**

_____ */s/ Brian Mahanna* _____

Brian Mahanna
WILMER CUTLER PICKERING
HALE AND DORR LLP
7 World Trade Center,
250 Greenwich Street,
New York, NY 10007
Tel: (212) 295-6269
brian.mahanna@wilmerhale.com

*Counsel for Meta Platforms, Inc.*

Dated: June 22, 2023

**On behalf of the State of** _New Hampshire_ _____

By: */s/ Kevin P.J. Scura* _____

Name: Kevin P.J. Scura
Title:   Assistant Attorney General
Address: 33 Capitol Street, Concord, NH 03301
Phone: (603) 271-8368
Email: Kevin.P.J.Scura@doj.nh.gov

Dated: June 27, 2023

**On behalf of Meta Platforms, Inc.**

_____/s/ Brian Mahanna_____

Brian Mahanna
WILMER CUTLER PICKERING
HALE AND DORR LLP
7 World Trade Center,
250 Greenwich Street,
New York, NY 10007
Tel: (212) 295-6269
brian.mahanna@wilmerhale.com

_Counsel for Meta Platforms, Inc._

Dated: June 22, 2023


**On behalf of the State of <u>New Jersey</u>**

By: _/s/ Thomas Huynh_

Name:          Thomas Huynh
Title:          Deputy Attorney General
Address:     124 Halsey Street, 5th Floor, PO Box 45029, Newark, NJ 07101
Phone:        T: 609-712-2806
                    M: 973-847-2216
Email:         Thomas.Huynh@law.njoag.gov

Dated: June 26, 2023

**On behalf of Meta Platforms, Inc.**

_____ _/s/ Brian Mahanna_ _____

Brian Mahanna
WILMER CUTLER PICKERING
HALE AND DORR LLP
7 World Trade Center,
250 Greenwich Street,
New York, NY 10007
Tel: (212) 295-6269
brian.mahanna@wilmerhale.com

_Counsel for Meta Platforms, Inc._

Dated: June 22, 2023

**On behalf of the State of  New Mexico                 **

By: _/s/ Serena Wheaton_

Name: Serena R, Wheaton
Title: Assistant Attorney General
Address: 408 Galisteo, Santa Fe, New Mexico
Phone: 505.490.4846
Email: swheaton@nmag.gov

Dated:  July 7,_____, 2023

**On behalf of Meta Platforms, Inc.**

_____*/s/ Brian Mahanna*_____

Brian Mahanna
WILMER CUTLER PICKERING
HALE AND DORR LLP
7 World Trade Center,
250 Greenwich Street,
New York, NY 10007
Tel: (212) 295-6269
brian.mahanna@wilmerhale.com

*Counsel for Meta Platforms, Inc.*

Dated: June 22, 2023

**On behalf of the State of New York**

By: /s Clark Russell

Clark P. Russell
Deputy Bureau Chief
Bureau of Internet and Technology
New York State Office of the Attorney General
28 Liberty Street, New York, NY 10005
clark.russell@ag.ny.gov

Dated: June 26, 2023

**On behalf of Meta Platforms, Inc.**

_/s/ Brian Mahanna_

Brian Mahanna
WILMER CUTLER PICKERING
HALE AND DORR LLP
7 World Trade Center,
250 Greenwich Street,
New York, NY 10007
Tel: (212) 295-6269
brian.mahanna@wilmerhale.com

_Counsel for Meta Platforms, Inc._

Dated: June 22, 2023

**On behalf of the State of North Carolina**

By: _____

Name: Kunal J. Choksi
Title: Special Deputy Attorney General
Address: 114 W. Edenton St., Raleigh NC 27603
Phone: 919-716-6032
Email:kchoksi@ncdoj.gov

Dated: June 29, 2023

**On behalf of Meta Platforms, Inc.**

_____*/s/ Brian Mahanna*_____

Brian Mahanna
WILMER CUTLER PICKERING
HALE AND DORR LLP
7 World Trade Center,
250 Greenwich Street,
New York, NY 10007
Tel: (212) 295-6269
brian.mahanna@wilmerhale.com

*Counsel for Meta Platforms, Inc.*

Dated: June 22, 2023

**On behalf of the State of North Dakota**

By: _____

Name: Parrell D. Grossman
Title: Director, Consumer Protection & Antitrust Division
Address: 1720 Burlington Dr., Suite c, Bismarck, ND 58504-7736
Phone: 701-328-5570
Email: pgrossman@nd.gov

Dated: June 26, 2023

**On behalf of Meta Platforms, Inc.**

_____ */s/ Brian Mahanna* _____

Brian Mahanna
WILMER CUTLER PICKERING
HALE AND DORR LLP
7 World Trade Center,
250 Greenwich Street,
New York, NY 10007
Tel: (212) 295-6269
brian.mahanna@wilmerhale.com

*Counsel for Meta Platforms, Inc.*

Dated: June 22, 2023

**On behalf of the State of __Ohio__**

By: _____

Name:  Michael S. Ziegler
Title:  Principal Assistant Attorney General
Address:  Consumer protection Section, 30 East Broad Street, 14th Floor, Columbus, Ohio 43215
Phone:  614/466.3980
Email:  Michael.Ziegler@OhioAGO.gov

Dated:  __June 27__ , 2023

**On behalf of Meta Platforms, Inc.**

_____ */s/ Brian Mahanna* _____

Brian Mahanna
WILMER CUTLER PICKERING
HALE AND DORR LLP
7 World Trade Center,
250 Greenwich Street,
New York, NY 10007
Tel: (212) 295-6269
brian.mahanna@wilmerhale.com

*Counsel for Meta Platforms, Inc.*

Dated: June 22, 2023

**On behalf of the State of Oklahoma**

By: _____

    Caleb J. Smith, OBA #33613
    Assistant Attorney General
    Consumer Protection Unit
    Oklahoma Office of the Attorney General
    15 West 6th Street, Suite 1000
    Tulsa, OK  74119
    Telephone:  (918) 581-2230
    Email:  Caleb.Smith@oag.ok.gov

Dated: June 29, 2023

**On behalf of Meta Platforms, Inc.**

_____/s/ Brian Mahanna_____

Brian Mahanna
WILMER CUTLER PICKERING
HALE AND DORR LLP
7 World Trade Center,
250 Greenwich Street,
New York, NY 10007
Tel: (212) 295-6269
brian.mahanna@wilmerhale.com

_Counsel for Meta Platforms, Inc._

Dated: June 22, 2023

**On behalf of the State of Oregon**

By: _____

Katherine G. McKeon
Senior Assistant Attorney General
100 SW Market Street
Portland, OR 97201
503-881-4549

Dated: June 28, 2023

**On behalf of Meta Platforms, Inc.**

_____/s/ Brian Mahanna_____

Brian Mahanna
WILMER CUTLER PICKERING
HALE AND DORR LLP
7 World Trade Center,
250 Greenwich Street,
New York, NY 10007
Tel: (212) 295-6269
brian.mahanna@wilmerhale.com

_Counsel for Meta Platforms, Inc._

Dated: June 22, 2023

**On behalf of the Commonwealth of Pennsylvania**

By: _____

Jonathan R. Burns, Esq.
Deputy Attorney General
Pennsylvania Office of Attorney General
15th Floor Strawberry Square
Harrisburg, PA 17120
Cell:    717.645.7269
Email:   jburns@attorneygeneral.gov

Dated: June 27, 2023

**On behalf of Meta Platforms, Inc.**

/s/ Brian Mahanna

Brian Mahanna
WILMER CUTLER PICKERING
HALE AND DORR LLP
7 World Trade Center,
250 Greenwich Street,
New York, NY 10007
Tel: (212) 295-6269
brian.mahanna@wilmerhale.com

*Counsel for Meta Platforms, Inc.*

Dated: June 22, 2023

**On behalf of the State of Rhode Island**

By: /s/ Stephen N. Provazza        Date:  6/26/23
    Stephen N. Provazza
    Special Assistant Attorney General
    Civil Division
    Rhode Island Office of the Attorney General
    150 South Main Street, Providence RI 02903
    (401) 274-4400
    SProvazza@riag.ri.gov

**On behalf of Meta Platforms, Inc.**

_/s/ Brian Mahanna_

Brian Mahanna
WILMER CUTLER PICKERING
HALE AND DORR LLP
7 World Trade Center,
250 Greenwich Street,
New York, NY 10007
Tel: (212) 295-6269
brian.mahanna@wilmerhale.com

_Counsel for Meta Platforms, Inc._

Dated: June 22, 2023

**On behalf of the State of South Carolina**

By: s/ Jared Q. Libet

Name: Jared Q. Libet
Title: Assistant Deputy Attorney General
Address: P.O. Box 11549
Columbia, SC 29211
Phone: 803.734.5251
Email: jlibet@scag.gov

Dated: July 6, 2023

**On behalf of Meta Platforms, Inc.**

_____/s/ Brian Mahanna_____

Brian Mahanna
WILMER CUTLER PICKERING
HALE AND DORR LLP
7 World Trade Center,
250 Greenwich Street,
New York, NY 10007
Tel: (212) 295-6269
brian.mahanna@wilmerhale.com

*Counsel for Meta Platforms, Inc.*

Dated: June 22, 2023

**On behalf of the State of South Dakota**

By: _____

Name: Jessica LaMie
Title:   Assistant Attorney General
Address: 1302 E. Hwy. 14, Suite 1
             Pierre, SD 57501
Phone: 605-773-3215
Email: Jessica.LaMie@state.sd.us

Dated: June 27, 2023

**On behalf of Meta Platforms, Inc.**

_____/s/ Brian Mahanna_____

Brian Mahanna
WILMER CUTLER PICKERING
HALE AND DORR LLP
7 World Trade Center,
250 Greenwich Street,
New York, NY 10007
Tel: (212) 295-6269
brian.mahanna@wilmerhale.com

_Counsel for Meta Platforms, Inc._

Dated: June 22, 2023

**On behalf of the State of** ___TENNESSEE___

By: _____

Name: MATTHEW JANSSEN
Title: MANAGING ATTORNEY
Address: 315 DEADERICK STREET, NASHVILLE, TN 37243
Phone: 615.741.3549
Email: matthew.janssen@ag.tn.gov

Dated: ___July 10___, 2023

**On behalf of Meta Platforms, Inc.**

_____/s/ Brian Mahanna_____

Brian Mahanna
WILMER CUTLER PICKERING
HALE AND DORR LLP
7 World Trade Center,
250 Greenwich Street,
New York, NY 10007
Tel: (212) 295-6269
brian.mahanna@wilmerhale.com

*Counsel for Meta Platforms, Inc.*

Dated: June 22, 2023

**On behalf of the State of Texas**

By: ___/s/ C. Brad Schuelke_____

Name:          C. Brad Schuelke
Title:          Special Litigation Counsel
               Consumer Protection Division
Address:       300 W. 15th Street, 9th Floor
               Austin, Texas 78701
Phone:         (512) 463-1269
Email:         brad.schuelke@oag.texas.gov

Dated: July 6, 2023

DocuSign Envelope ID: C6DE04F7-5550-4A3E-9629-D6596AAG0CF1

**On behalf of Meta Platforms, Inc.**

_____ */s/ Brian Mahanna* _____

Brian Mahanna
WILMER CUTLER PICKERING
HALE AND DORR LLP
7 World Trade Center,
250 Greenwich Street,
New York, NY 10007
Tel: (212) 295-6269
brian.mahanna@wilmerhale.com

*Counsel for Meta Platforms, Inc.*

Dated: June 22, 2023

**On behalf of the State of Utah**

By: _____ Douglas Crapo _____

Name: Douglas Crapo
Title: Division Director, Assistant Attorney General
White Collar and Commercial Enforcement Division
Address: 160 East 300 South, 5th Floor
Salt Lake City, UT 84111
Phone: (385) 622-3862
Email: crapo@agutah.gov

Dated: June 27, 2023

**On behalf of Meta Platforms, Inc.**

_____/s/ Brian Mahanna_____

Brian Mahanna
WILMER CUTLER PICKERING
HALE AND DORR LLP
7 World Trade Center,
250 Greenwich Street,
New York, NY 10007
Tel: (212) 295-6269
brian.mahanna@wilmerhale.com

_Counsel for Meta Platforms, Inc._

Dated: June 22, 2023

**On behalf of the State of Vermont**

By: _Jamie Renner_

Jamie Renner
Assistant Attorney General
Office of the Vermont Attorney General
109 State Street, Montpelier, VT 05609
Tel: (802) 828-5947
jamie.renner@vermont.gov

Dated: June 30, 2023

**On behalf of Meta Platforms, Inc.**

_____/s/ Brian Mahanna_____

Brian Mahanna
WILMER CUTLER PICKERING
HALE AND DORR LLP
7 World Trade Center,
250 Greenwich Street,
New York, NY 10007
Tel: (212) 295-6269
brian.mahanna@wilmerhale.com

_Counsel for Meta Platforms, Inc._

Dated: June 22, 2023

**On behalf of the Commonwealth of Virginia**

By:  ___/s/ Joelle Gotwals_____

Name: Joelle Gotwals
Title:  Assistant Attorney General
Address: 202 North 9th Street
         Richmond, VA 23219
Phone: (804) 786-8789
Email:  jgotwals@oag.state.va.us

Dated: July 5, 2023

**On behalf of Meta Platforms, Inc.**

_____/s/ Brian Mahanna_____

Brian Mahanna
WILMER CUTLER PICKERING
HALE AND DORR LLP
7 World Trade Center,
250 Greenwich Street,
New York, NY 10007
Tel: (212) 295-6269
brian.mahanna@wilmerhale.com

_Counsel for Meta Platforms, Inc._

Dated: June 22, 2023

**On behalf of the State of Washington**

By:_____/s/ Joseph Kanada_____

Name:          Joseph Kanada
Title:          Assistant Attorney General
Address:     800 Fifth Ave – Suite 2000
Phone:        (206) 389-3843
Email:         joe.kanada@atg.wa.gov

Dated: June 27, 2023

**On behalf of Meta Platforms, Inc.**

_____/s/ Brian Mahanna_____

Brian Mahanna
WILMER CUTLER PICKERING
HALE AND DORR LLP
7 World Trade Center,
250 Greenwich Street,
New York, NY 10007
Tel: (212) 295-6269
brian.mahanna@wilmerhale.com

*Counsel for Meta Platforms, Inc.*

Dated: June 22, 2023

**On behalf of the State of WEST VIRGINIA**

By: _____

LAUREL K. LACKEY
ASSISTANT ATTORNEY GENERAL
Office of the Attorney General
Eastern Panhandle Office
269 Aikens Center
Martinsburg, WV 25404
(304) 267-0239
laurel.k.lackey@wvago.gov

Dated: July 6____, 2023

**On behalf of Meta Platforms, Inc.**

  */s/ Brian Mahanna*

Brian Mahanna
WILMER CUTLER PICKERING
HALE AND DORR LLP
7 World Trade Center,
250 Greenwich Street,
New York, NY 10007
Tel: (212) 295-6269
brian.mahanna@wilmerhale.com

*Counsel for Meta Platforms, Inc.*

Dated: June 22, 2023

**On behalf of the State of Wisconsin**

By:   */s/ R. Duane Harlow*

Name: R. Duane Harlow
Title: Assistant Attorney General
Address: 17 West Main Street, PO Box 7857
Phone: (608) 266-2950
Email: harlowrd@doj.state.wi.us

Dated: July 6, 2023

**On behalf of Meta Platforms, Inc.**

_____/s/ Brian Mahanna_____

Brian Mahanna
WILMER CUTLER PICKERING
HALE AND DORR LLP
7 World Trade Center,
250 Greenwich Street,
New York, NY 10007
Tel: (212) 295-6269
brian.mahanna@wilmerhale.com

_Counsel for Meta Platforms, Inc._

Dated: June 22, 2023

**On behalf of the State of Wyoming**

_____/s/ Benjamin M. Peterson__

Benjamin M. Peterson
Assistant Attorney General
Wyoming Office of the Attorney General
Kendrick Building
2320 Capitol Avenue
Cheyenne, Wyoming 82002
(307) 777-8240
benjamin.peterson2@wyo.gov

Dated: July 5, 2023