# EXHIBIT 7

# Youth Privacy Landscape Q3 2020

*A/C Priv*

HIGHLY CONFIDENTIAL (COMPETITOR)

META3047MDL-234-00000479

# Overview of Current Approach to Youth & Age Management

HIGHLY CONFIDENTIAL (COMPETITOR)

META3047MDL-234-00000500

## Overview of Current Approach

**1| Age Collection**
- *Current Status*
  - <mark>FB & IG: require DOB at account registration</mark>
  - WA (EU only): checkbox
- *Workstreams*
  - IG age collection for new users (launched Dec. 4, 2019)
  - default DOB change from 25 to ● y/o (global rollout July 2●20)

**2 | Enforcement**
- *Current Status*
  - *Stated Age* - age collected at registration is primary signal for enforcing age policies & special protections
    - IG does not have stated age for ~35% of users
  - *Community reporting & CO review* - reported underage accounts & other account reviews where we learn user age
  - *Age Models* - limited use in US, CA, ●E, ES, FR, G●, IT, PL for passive gating of 18+ features (●ating, MKids parent account, Mentorships), integrity purposes
- *Workstreams*
  - Age Models - Expanding regional coverage & accuracy of IG/FB age models, additional integrity and age-gating uses
  - ●latform-Level Age Verification - Advocating for age verification to be handled by at the platform level (●S, wireless carrier) and signaled to apps/websites

**3 | ●olicies & ●pecial Pr●tections**
- *Current Status*
  - <mark>minimum age 13+ (FB/IG 14+ in Spain & Korea; WA 1●+ in EU; )</mark>
  - 18+ restrictions for select products (eg dating tab) and ads (eg alcohol); reach/visibility limitations for u18s

HIGHLY CONFIDENTIAL (COMPETITOR)

META3047MDL-234-00000501

## Policies & Special Protections

### Minimum Age

FB: 13+, real name policy, DOB collected at registration, community reporting checkpoints

IG: 13+, DOB collected at registration, community reporting checkpoints

WA: 13+ (16+ in EU), age checkbox at registration, community reporting

MKids: no minimum age

*More info on policies & special protections  here**

### Special Protections

18+ Products: FB Dating, Face Rec, Marketplace,

Age-Restricted Ads (e.g., alcohol, regulated goods)

Limited Sharing & Interactions w/ Strangers:
- FB default post/story audience: Friends
    - IG default: public
- U18 profiles not indexed on search engines
- Limited search results for certain profile fields
- Unconnected adults can't initiate messages to u18s on Msgr
    - IG Direct does not currently include this restriction
    - Restrictions to apply to IGD adults > unconnected Msgr minors
- PYMK limitations on FB

Content "Marked as Disturbing": 18+ only w/ interstitial

FB Watch: age-gating based on ratings

*EU ONLY - FB GDPR Stripped Down Service*: EU users under Age of Consent w/o parental consent - no Sensitive Categories of Data profile fields, no 3rd party data for ads

HIGHLY CONFIDENTIAL (COMPETITOR)

META3047MDL-234-00000502