# EXHIBIT 18



**CY Age [Internal] [A/C Priv]** 🔵 Confidential

🔒 Secret group · 137 members

Posts　　Files　　More ▾

🔍 Search group...

---

**Nuo Chen**
May 14, 2025 · 🌐

### [Remember the Chris Pratt UBN? 🦝] - How many parents (in the US) might *potentially* be hardlinking their own accounts to their teen's accounts?

TL;DR

- **Since we launched FoA Teen Accounts in early Apr, most of the Flytrap reports we received turned out to be complaints related to account linking/age reconciliation**. Age reconciliation is currently the biggest contributor of stated age changes across the U16/O16 boundary globally (77% of the O16->U16 age down happened through reconciliation events). We urgently need to better understand account linking behaviors to better inform our age reconciliation principles

- Currently, in phase 1 countries, if a user links a stated U16 account to stated O16 account(s), the stated age of all linked accounts will be automatically reconciled to the U16 stated age. ==Many users found this behavior surprising and we suspect some of these account-linking instances might come from parents who hardlinked their own account to their teen's accounts==

- **From our estimation, most IG users who got their age auto-reconciled down might indeed be younger/not parents** Among US IG users who got auto-reconciled into U16, 2% are predicted parents (658 users monthly) and 1.4% (461 users monthly) are predicted parents of teens. Furthermore, about 5% (1.6K monthly) of these users are predicted to be 40+.

- ==**However, we have stronger evidence showing that some parents are hardlinking their own FB account to their teen's IG account - these FB accounts are thus auto-reconciled to teen.** 17% (2.7K monthly) of auto-reconciled users are predicted to be 30+ and 10% (1.5K monthly) of them are predicted to be 40+.(Currently, the TFE team is exploring an education/upsell opportunity during account linking to encourage parents to sign-up for supervision instead)==

- This shows that **account linking use cases and motivations might be different on FB vs IG**, and we should understand and consider these while designing age principles.

CONTEXT

Since we launched FoA Teen Accounts in early Apr, most of the Flytrap reports we received turned out to be complaints related to account linking (age auto reconciliation and manual reconciliation). Currently, in phase 1 countries, if a user links a stated U16 account to stated O16 account(s), the stated age of all linked accounts will be automatically reconciled to the U16 stated age. This was implemented so that teens cannot easily evade Teen Account by account linking.

==Many of the reports are in the flavours of the following, which suggests that users who are parents of teens might be hardlinking their own account to their teens accounts. Since their stated age was auto-reconciled, users wouldn't really notice the difference until they receive the notification for TA enrolment, thus prompting the complaints.==

> "Please help me with my account, I'm 52 years old, and my Facebook account has been changed to a teen account, please help me with that."

> "My account got switched to a teen account using my son's birthday somehow." (T223363280)

DATA

To move beyond anecdotal evidence, we used the following models to ***directionally estimate*** how many of the auto-reconciled to U16 (the most confusing from a user perspective) age changes happened on 1) predicted parents (IG only) 2) predicted parents of teens (IG only) and 3) Predicted adults

**IG (April 2025, US only)**

The following users might be linking an IG account to another IG account, or an IG account to a FB account

---

HIGHLY CONFIDENTIAL (COMPETITOR)　　　　META3047MDL-302-00000004

| | IG users who are auto-reconciled into U16 | 32,914 |
|---|---|---|
| Age model | Predicted adults (analytics model, adult classifier) | 4,279 (13%) |
| | Predicted 30+ (analytics model, single age) | 2,633 (8%) |
| | Predicted 40+ (analytics model, single age) | 1,645 (5%) |
| Parent model | Predicted parents (P=80%, R=68%) | 658 (2%) |
| | Predicted parents of teens (P=70% R=43%) | 461 (1.4%) |

**FB (April 2025, US only) [parent classifier model not available for FB]**

Since there is no FB to FB account linking, all account linking instances are FB to IG account linking

| FB users who are auto-reconciled into U16 | 15,126 |
|---|---|
| Predicted adults (analytics model, adult classifier) | 6,050 (40%) |
| Predicted 30+ (analytics model, single age) | 2,571 (17%) |
| Predicted 40+ (analytics model, single age) | 1,513 (10%) |

IMPLICATIONS & RECOMMENDATIONS

We know from previous analysis that account linking contributes to a big chunk of all the age changes. At the same time, **account linking often happens in non age-related contexts (for example, linking IG to FB accounts to enable cross-app sharing) but may have surprising age-related impacts (for example, Teen Account enrollment).** and we don't currently have a good understanding on whether our age reconciliation logic makes sense in these user contexts.

For H2, as we roll out Teen Accounts to more users globally, we urgently need to better understand account linking to inform our age reconciliation principles. We should also invest and prioritize better data infra/logging that can allow us to trace user's full age change journey.

Notebook: https://fburl.com/daiquery/p91k8gi6

OO🔵 16                                          11 comments   Seen by 91

👍 Like          💬 Comment          🔁 Repost          ➦ Share

**Nuo Chen** ⊛
cc: **Conor** ⊘ Atul **Xinru** ⊘ Danielle **Karen Adina** ⊛ Hannah **Jack Tian** ⊛ Anneke

35w   Like   Reply                                                      3⭘

**Tian Lan**
Great insight **Nuo**! Thank you for doing this investigation! Do we have any hypothesis on why parents want to link to their teen's accounts (or the other way) on FB? Wondering what is the next step here? Should we loop in UXR or are we planning to do more deep dive?

35w   Like   Reply

**Tian Lan**
CC: Wenjun Sun, Bethany de Gant

35w   Like   Reply

**Nuo Chen** ⊛
There is definitely an understand gap here.

**Karen** feel free to jump in, but I think we do have plan to gain a deeper understanding from a design/UXR perspective. But given we are close to EOH, I imagine this would be a big H2 project?

35w   Like   Reply   Edited                                          ⭘

HIGHLY CONFIDENTIAL (COMPETITOR)                    META3047MDL-302-00000005