# EXHIBIT 23

# IG Underage Reports

Underage Workflow



HIGHLY CONFIDENTIAL (COMPETITOR)

META3047MDL-040-00000365

# Intro to IG Underage Reports

Thought Process

- **Bio:** may contain contextual information or a self-admission about the user's true age such as a date of birth or a grade/class year in school

- **Profile Photos:** PIPs displaying the **same underage** individual in large proportion may hint at the true account owner's underage status



HIGHLY CONFIDENTIAL (COMPETITOR)

META3047MDL-040-00000370