# EXHIBIT 2

CONFIDENTIAL

Page 1

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA


IN RE: SOCIAL MEDIA          Case No. 4:22-MD-03047-YGR

ADOLESCENT                   MDL No. 3047

ADDICTION/PERSONAL INJURY

PRODUCTS LIABILITY LITIGATION

_____
                                    |
This document Relates to:           |
                                    |
ALL ACTIONS                         |
_____|




CONFIDENTIAL


VIDEOTAPED DEPOSITION OF BRADLEY ZICHERMAN, MD

PALO ALTO, CALIFORNIA

AUGUST 27, 2025

9:16 A.M.







Job No. MDLG7553548

Stenographically reported by:

JENNY L. GRIFFIN, RMR, CSR, CRR, CCRR, CRC

CSR No. 3969

Page 256

colleagues or even John Ellis in psychiatry or addiction psychiatry trainees that I work with.

Q.  I'll try one more time.

Are you willing to name any other clinicians who work in this space who share your views on social media addiction?

A.  You know, you're welcome to go through the roster of child and adolescent psychiatrists at Stanford and ask them that question.  I would not want to speak or share the opinion of other individuals specifically without asking them.

Q.  Well, you just did that, Dr. Zicherman; so you've dug -- backed yourself into a bit of a corner.

If you're not willing to share the names, that's fine.  Just say that we'll move on.  Is that --

A.  Okay.  Well, then I would say I'm not willing to share the names of individuals.

Q.  Okay.  Have you developed any opinions on the prevalence of purported social media addiction among US teenagers?

A.  Have I developed opinions on the prevalence of social media use disorders?

Q.  Well, hold on.  Let me just stop you, then.

CONFIDENTIAL

Page 257

You -- I said "social media addiction," which is the phrase that appears throughout your report.

A.    Okay.

Q.    Do you prefer the term "social media use disorder"?

A.    No, we can use "addictions."

Q.    Well, I'm just using it because you use it. So I'm -- do you use "social media addiction" in your clinical practice?

A.    I use that term in practice.

Q.    So if you do eventually produce your clinical notes in this litigation, you would expect for me to see "social media addiction" written all over your clinical notes; is that right?

MS. O'NEILL:   Objection.  Form.

THE WITNESS:   I don't believe it's appropriate for me to answer questions about my notes.

BY MS. BARNHART:

Q.    On what basis, Dr. Zicherman?

A.    Well, I believe I say that that was not what I relied on to form my opinion earlier.

Q.    That's news to me.

So you did not -- let me ask that question

Page 258

again because I don't think we got a clear answer.

You did not consider or rely on any of your clinical notes or clinical templates in forming your opinions in this case; is that accurate?

A.    I have to review notes every day that I'm in the office.  That's what it is to work with patients.  Specific notes and encounters were not used to develop my opinion in the matter.

Q.    And when you review those notes every day that you're in the office, do you see the phrase "social media addiction" in those notes, or do you see another phrase like "social media use disorder" or "problematic social media use"?

A.    Well, I think that terms can be interchangeable, and I've seen it stated different ways across records.

Q.    So you use different terms across your different records?

A.    Sometimes I use different terms.

Q.    Do you sometimes use "social media addiction"?

A.    I have referenced that term.

Q.    How many times have you specifically diagnosed someone with social media addiction specifically, that disorder?

CONFIDENTIAL

A.   Again, I think that goes into privileged patient information.  Again, I can estimate that -- you know, we've gone through this -- the percentage of patients that I believe have concerning social media use -- social media use concerns and the percentage of patients presenting for those evaluations that I end up utilizing a diagnosis for.

Q.   So you're unwilling to answer my question of how many times you have specifically diagnosed someone with social media addiction?

MS. O'NEILL:  Objection.  Form.

THE WITNESS:  Well, I'm mean, I'm happy to provide estimates again which coincide with our discussions earlier about percentage of patients that present with concerning social media use for that reason and percentage of patients that end up with a potential diagnosis within my estimation in the clinic.

BY MS. BARNHART:

Q.   I'm just trying to understand why you're resisting my question.  Is it that you do not know the number of times that you have specifically diagnosed someone with social media addiction, or are you just not willing to answer it for privacy reasons?

CONFIDENTIAL

Page 260

A.    Well, I believe I have answered the question to the best of my abilities based on working with patients in this clinic for many, many years.

Q.    Well, then I need you to answer it again because I didn't get an answer to my question.

What is the number of times that you have diagnosed someone specifically with social media addiction?

A.    For patients presenting to the clinic with social media use concern -- disorder concerns or addiction concerns, the preponderance of those patients end up with a diagnosis.

Q.    So how many patients have you diagnosed specifically with social media addiction?

A.    So if we reference again the number of patients presenting to the clinic for concerns for technology use, which I reference 25 to 35 percent, the majority of those will end up meeting what I would state is criteria for a social media use addiction or disorder.

Q.    Can you or can you not give me a number in response to my question how many patients have you diagnosed specifically with social media addiction?

MS. O'NEILL:  Objection.  Asked and

CONFIDENTIAL

answered.

THE WITNESS:  I believe I've answered that question --

BY MS. BARNHART:

Q.    Tell me again.

A.    -- several times.

Q.    I'm looking for a number.  Okay?  I'm not looking for a speech; I'm looking for a number.

How many patients have you diagnosed specifically with social media addiction?

MS. O'NEILL:  Same objection.

THE WITNESS:  We've discussed that there are hundreds of patients that have come in over the course of years.  Roughly somewhere in that range would be the number that I would say meet criteria for a social media use addiction disorder.

BY MS. BARNHART:

Q.    Nowhere in that answer did you give me a number of patients that you have actually diagnosed specifically with social media addiction.

A.    I'm sorry.  I believe I've answered the question.

Q.    What's the number, Dr. Zicherman?

MS. O'NEILL:  Objection.  Asked and answered.

CONFIDENTIAL

Page 262

THE WITNESS:  Again, I believe it's in the hundreds, going back to, you know, the genesis of the clinic.

BY MS. BARNHART:

Q.    That you've actually diagnosed with social media addiction?

A.    I think that's -- you know, if we do the math, I think that's probably a fair estimate.

Q.    I did the math, and I came up with 60.  We talked about this earlier.

A.    60 over the course of one year.

Q.    No, over the course of five years, Dr. Zicherman.  That's what we talked about earlier.

A.    Well --

Q.    Let's do it this way.

A.    Sure.

Q.    You have not actually gone back through -- I just want to confirm.

You have not gone back through all of your clinical notes in a systematic way to determine the number of people that you've actually diagnosed with social media addiction; correct?

A.    I have not done that as far as report process.

Q.    Okay.  So we got a little off topic.  I'll

CONFIDENTIAL

Page 263

circle back to where I think we were.

Have you developed any opinion on the prevalence of purported social media addiction among US teenagers?

MS. O'NEILL:  Objection.  Form.

THE WITNESS:  I've developed opinions on prevalence.

BY MS. BARNHART:

Q.   What is your opinion -- in your opinion, what is the prevalence of purported social media addiction among US teenagers?

A.   It's absolutely increasing across our population; but to answer that question, you're getting into population epidemiologic considerations.  And I'm not here to provide a specific answer on the specific number, but I can tell you it's absolutely increasing.  And I'm seeing that within the clinic as well.

Q.   So you have no opinion on what is the prevalence of purported social media addiction among US teenagers?

MS. O'NEILL:  Objection.  Form.

THE WITNESS:  I believe it's fair to say that the prevalence is significant and concerning, but ask a epidemiologist or someone who is an expert

CONFIDENTIAL

Page 382

---oOo---

I, JENNY L. GRIFFIN, hereby certify:

That I am a certified shorthand reporter in and for the County of Alameda, State of California;

Prior to being examined, BRADLEY ZICHERMAN, MD, the witness named in the foregoing deposition, was by me duly sworn to testify to the truth, the whole truth, and nothing but the truth; that said deposition was taken pursuant to notice at the time and place therein set forth, and was taken down by me in stenotype and thereafter transcribed by means of computer-aided transcription, and that said deposition is a true record of the testimony given by the witness.

I further certify that I am neither counsel for nor related in any way to any party to said action, nor otherwise interested in the outcome thereof.

In witness whereof, I have hereunto subscribed my name September 9, 2025.

_____

JENNY L. GRIFFIN, CSR #3969

Certified Shorthand Reporter