# EXHIBIT 5

CONFIDENTIAL

Page 377

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN RE: SOCIAL MEDIA                )
ADOLESCENT ADDICTION/              )
PERSONAL INJURY PRODUCTS           )   MDL No. 3047
LIABILITY LITIGATION               )
                                   )
    SUPERIOR COURT OF THE STATE OF CALIFORNIA FOR THE
      COUNTY OF LOS ANGELES - SPRING STREET COURTHOUSE

COORDINATION PROCEEDING            )
SPECIAL TITLE [RULE 3.400]         )
                                   )
SOCIAL MEDIA CASES                 )   Lead Case No.
_____)   22STCV21355
This Document Relates To           )
                                   )
STATE OF TENNESSEE, ex rel.        )
JONATHAN SKRMETTI,                 )
ATTORNEY GENERAL and               )
REPORTER,                          )
v.                                 )
META PLATFORMS, INC., and          )
INSTAGRAM, LLC.                    )
_____)

CONFIDENTIAL – PURSUANT TO PROTECTIVE ORDER
VIDEOTAPED DEPOSITION OF ANTIGONE DAVIS
VOLUME 2
MARCH 5, 2025
(Pages 377 - 890)
9:03 a.m. to 8:01 p.m.
Covington & Burling
850 10th St NW, Washington, DC 20001

Reported By: Amanda Blomstrom, RMR, CRR, and
CSR TX #8785/CA #12681/IL #84-3634

CONFIDENTIAL

Page 669

Q.   Okay.  So in trying to figure out how you-all could succeed, you looked at testimony that was given in the tobacco hearings, right?

A.   Yes.

Q.   Okay.  You thought that was -- that would be a good example?

A.   Well, the accusation is that there's -- as you've talked about earlier, that our product is addictive.  And so the types of questions would be similar.

Q.   Okay.  You understand that there are, in fact -- well, so you think that it's an accusation that your products are addictive?

A.   Yes.

Q.   Okay.  And does "accusation" have a derogatory connotation in your mind?

A.   No.

Q.   Oh, okay.

A.   I just mean it as that's what people --

Q.   Okay.  Do you understand --

A.   -- are saying about -- about it.

Q.   Yeah.  You understand that there are some

Page 670

scientists saying that, right?

MR. IMBROSCIO:  Hold on.

Object to the form of the question; foundation.

THE WITNESS:  So, as far as I know, there is not a classification, scientific classification, for social media addiction.  There is one for gaming, and there is one for gambling; but, as far as I know, there is not currently a scientific medical thing for social media addiction.

BY MS. WALSH:

Q.    And so, therefore, it must not be addictive?

MR. IMBROSCIO:  Object to the form; argumentative.

THE WITNESS:  I'm talking about the research that I have.  I can't make a conclusion.  As you've mentioned earlier, I'm not an expert.  So I would not conclude something is addictive without that kind of information.

BY MS. WALSH:

Q.    But you're not going to testify to this

CONFIDENTIAL

Page 671

jury that you've concluded it's not addictive, correct?

MR. IMBROSCIO:  Object to the form of the question.

THE WITNESS:  I have not -- I would not make a conclusion like that.  I would -- I'm not a scientist.

BY MS. WALSH:

Q.   Okay.  You're not equipped to make a conclusion, one way or the other, as to whether it's addictive?

A.   I would base whatever I talked about based on the research that I had available to me.  I do not personally make those kinds of designations, nor could I.

Q.   Have -- do you feel that you've reviewed enough science to conclude that it's not addictive?

A.   No.  As I said, I would not conclude in either direction.

Q.   Okay.  So you have not con- -- you, Antigone Davis, you have not concluded social media is not addictive?

CONFIDENTIAL

Page 890

REPORTER'S CERTIFICATION

DEPOSITION OF ANTIGONE DAVIS

MARCH 5, 2025

I, Amanda Blomstrom, a Notary Public in and for the District of Columbia, hereby certify to the following:

That the witness, ANTIGONE DAVIS, was duly sworn by the officer and that the transcript of the oral deposition is a true record of the testimony given by the witness;

That the deposition transcript was submitted to the witness or to the attorney for the witness for examination and signature;

I further certify that I am neither counsel for, related to, nor employed by any of the parties or attorneys in the action in which this proceeding was taken, and further that I am not financially or otherwise interested in the outcome of the action.

Certified to by me this 19th day of March, 2025.

_____

Amanda Blomstrom, CRR, RMR, CLR

Texas CSR No. 8785

California CSR No. 12681

Illinois CSR No. 84-3634