# EXHIBIT 6

CONFIDENTIAL

Page 1

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN RE: SOCIAL MEDIA ADOLESCENT ) MDL No.
ADDICTION/PERSONAL INJURY      ) 4:22-md-3047-YGR
PRODUCTS LIABILITY LITIGATION  )
_____ )
  SUPERIOR COURT OF THE STATE OF CALIFORNIA
        FOR THE COUNTY OF LOS ANGELES
            SPRING STREET COURTHOUSE
COORDINATION PROCEEDING        )
SPECIAL TITLE [RULE 3.400]     ) Lead Case No.
                               ) 22STCV21355
SOCIAL MEDIA CASES             )
_____ )
                               )
This Document Relates to:      )
                               )
STATE OF TENNESSEE,            )
ex rel. JONATHAN SKRMETTI,     )
ATTORNEY GENERAL and REPORTER, )
v.                             )
META PLATFORMS, INC., and      )
INSTAGRAM, LLC,                )
Case No. 23-1364-IV            )
_____ )

Monday, March 17, 2025
CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER
Video-Recorded Oral Deposition of
ADAM S. MOSSERI held at the offices of
Covington & Burling LLP, Salesforce Tower,
415 Mission Street, Suite 5400, San
Francisco, California, commencing at
9:14 a.m. PST on the above date, before
Michael E. Miller, Fellow of the Academy of
Professional Reporters, Certified Court
Reporter, Registered Diplomate Reporter,
Certified Realtime Reporter and California
CSR #13649.
            GOLKOW - VERITEXT
      877.370.DEPS | fax 917.591.5672
            deps@golkow.com

Page 74

Media File, The Byers Market Podcast Excerpt, was marked for identification.)

THE WITNESS:  It's not particularly important --

MR. RAVIPUDI:  It's not.

THE WITNESS:  But I appreciate the documentation.

MR. RAVIPUDI:  Yeah.

Let's play clip 30, which is Exhibit 5.

(Whereupon, the media was played in the deposition room.)

MR. RAVIPUDI:  Can you play that again?  I talked over it.

(Whereupon, the media was played in the deposition room.)

BY MR. RAVIPUDI:

Q.    So here's my question:  For real addiction, which can happen, do you feel a genuine sense of responsibility to do something reasonable in those cases?

A.    I do.

MS. JONES:  Excuse me. Objection to the form.

CONFIDENTIAL

Page 75

BY MR. RAVIPUDI:

Q.     Okay.  And that was your voice, of course?

A.     It was.

Q.     Okay.

A.     Unfortunately.  I think none of us really love the sound of our voice when we hear it.

Q.     So a social media platform must protect teens from addiction to the platform, agree?

A.     I think that social media platforms should try and protect teens in general.  I don't know that social media platforms are addictive.  I think the science suggests otherwise.

Q.     Social media platforms --

Do you want Instagram to be addictive?

A.     No.  Addiction as a definition, if you would -- do you want --

Q.     No, it's okay.

MS. JONES:  Hold on.  Hold on. Hold on.

MR. RAVIPUDI:  He just asked a

Page 76

question.  It's allowed, but I'm going to strike everything after no, okay? So go ahead.

I have limited time so that's the only reason I'm raising this.

MS. JONES:  Okay.  Obviously, Counsel, he's entitled to give a complete answer.

Please complete your answer, Mr. Mosseri.

A.    We certainly don't encourage or want that because the definition of addiction, one of the pieces of it, as far as I understand -- and again, I'm not a scientist -- is that there's some sort of negative effect on well-being happening.  And we certainly don't want that, which I have said in some of the answers to some of your earlier questions.

BY MR. RAVIPUDI:

Q.    So social media should not be designed in a way where it has a negative effect on a teen's well-being?

A.    We certainly are not trying to. I think that was your question.

CONFIDENTIAL

Page 442

CERTIFICATE

I, MICHAEL E. MILLER, Fellow of the Academy of Professional Reporters, Registered Diplomate Reporter, Certified Realtime Reporter, Certified Court Reporter and Notary Public, do hereby certify that prior to the commencement of the examination, ADAM S. MOSSERI was duly sworn by me to testify to the truth, the whole truth and nothing but the truth.

I DO FURTHER CERTIFY that the foregoing is a verbatim transcript of the testimony as taken stenographically by and before me at the time, place and on the date hereinbefore set forth, to the best of my ability.

I DO FURTHER CERTIFY that pursuant to FRCP Rule 30, signature of the witness was not requested by the witness or other party before the conclusion of the deposition.

I DO FURTHER CERTIFY that I am neither a relative nor employee nor attorney nor counsel of any of the parties to this action, and that I am neither a relative nor employee of such attorney or counsel, and that I am not financially interested in the a

_____
MICHAEL E. MILLER, FAPR, RDR, CRR
Fellow of the Academy of Professional Reporters
NCRA Registered Diplomate Reporter
NCRA Certified Realtime Reporter
California CSR #13649

Dated: March 31, 2025