# EXHIBIT 10

# Our Mission, Org, Team Structure, Goals & Metrics (Onboarding #1)

## Instagram's mission is to bring you closer to the people and things you love.

There are three Product Groups within Instagram.

> Sharing Experiences (SF, NYC) - Bringing you closer to the people you love
>
> Interests (SF, MPK, and NYC) - Bringing you closer to the things you love
>
> Community (MPK, NYC, SF) - Grow our global community while making Instagram the safest and kindest online platform

## HOW WE'RE STRUCTURED

| SHARING EXPERIENCES | INTERESTS | COMMUNITY |
|---|---|---|
| Home (NYC) | Shopping (NYC) | Growth (MPK) |
| Direct (SF) | Media (SF) | Well-being (MPK) |
| Broadcast Sharing (SF) | Discovery (NYC) | Product Foundation (NYC + SF) |
| Camera (SF) | Ads (MPK) | |
| | Core Business (SF) | |

| INFRASTRUCTURE | Production Engineering |
|---|---|

Community's Mission: "Build an inclusive, supportive community on Instagram"

Community's Vision: https://fb.workplace.com/notes/brett-westervelt/ig-community-vision/509255736520747/
We imagine an Instagram that's:

> Accessible and high-quality for anyone, anywhere.
>
> Inclusive of a diverse range of communities.
>
> A place where people can express their identities however they want to.
>
> A community where people support each other and feel safe.
>
> A valuable complement to offline friends and passions.

Growth's Mission : Bring Instagram to the world and bring everyone closer on Instagram.

Well-Being's Mission: *To foster the safest, kindest, and most supportive global community.*
Read more about Well-Being's mission here

Product Foundations Mission: Read more here on What is Platforms & Interfaces (P&I)? Clean copy

## How IG Growth sits within the rest of the Instagram Organization:

META3047MDL-019-00011453

Growth Team Org Updated 8/24/18

# Growth Team Overview



Mission: Bring Instagram to the world and bring everyone closer on Instagram.

OUR PRIORITIES

As Instagram continues to grow and evolve as one of the world's most important Communities, we've shifted our focus and our goals to the key products and platforms that bring everyone to Instagram and ensure they can engage with the people and things they love in an authentic and private way. In order to accomplish this, teams have already begun to self-organize into three primary workstreams: Multiple Accounts, Graph, and Core Growth.

Multiple Accounts

Multiple Accounts is one of IG Leadership's 6 company-wide product priorities in 2019. There has been an organic acceleration in the rate of Secondary Account creation by people who want to express other facets of their personality on Instagram in an authentic and private way. Whether it's a new business account, a side hobby, a finsta, or a shared account, there's a need for us to lead the transformation of Multiple Accounts into a world class product experience. The Account Identity team has already shifted the majority of its focus from login, contact point confirmation, and account recovery workstreams to building the foundation of an amazing Multiple Accounts experience. We want to enable this team to increase their focus on Multiple Accounts in order to deliver on this ambitious vision.

Graph

The graph is at the heart of any social network. We now have over 650 billion connections on our platform and we are uniquely positioned to push the boundaries on understanding and influencing graph size, freshness, and composition with the goal of increasing long-term engagement and retention. We've already made a lot of progress forming and testing hypotheses around closeness, network health, and graph evolution. In the process we need to build systems that balance friends & interests, growth & engagement, and strategic priorities across the company. We currently have three teams working separately on individual problems that affect Graph Health, so we want to formally bring them them together to collaboratively deliver on this vision.

Core Growth

Finally, we need to better understand how to accelerate our Community's growth in our Focus Countries (FCI) in order to more effectively bring our FCI community closer to their friends and interests. We need to build new sources of traffic and optimize existing channels that we've historically deprioritized as we focused on driving traffic from FB. We need to continue to make it easier to join and regain access while we understand how to more effectively connect new and resurrected users to value through NUX and RUX. And we need to improve the effectiveness of the push notification, email, and SMS experiences in order to better re-engage people. We'll be far more effective at this if we can better understand and align the experiences people see at each step.

For more about our larger Growth team, please check out our IG Community Team  and IG Growth Team

HIGHLY CONFIDENTIAL (COMPETITOR)    META3047MDL-019-00011455