# EXHIBIT 16

# Document Provided in Native Format

HIGHLY CONFIDENTIAL (COMPETITOR)

META3047MDL-302-00000002

Q4 2023 | XE Research | ██████████ and ██████████

# Accounts Center Account Removal Survey

Insights for Future 3 Strategy and Design

██████████, UXR          ██████████, UXR

# Many users cite reasons for unlinking that make sense from a product perspective; we may not want to reduce such unlinking

From the graph on the right (includes >1 response from some users), we see that many users cite reasons for unlinking that make sense from a product perspective. We might think of these as **"logistics-related," or "good" unlinks**:

- **"Other people also use or access it" (shared accounts):** 13% (IG) – 17% (FB) of unlinkers endorsed "I removed an account because other people also use or access it." For privacy and security reasons, these users should unlink shared accounts until/unless IG implements a shared accounts permissions solution.

- **Separating personal and professional accounts:** 20%. Such users should probably unlink until IG shared accounts permissions solution [x] and/or improved social privacy controls are available.

- **It doesn't belong to me:** 11% (IG) - 13% (FB). Accounts Centers should never hold accounts that don't belong to a user. From open-ended responses, we see reports of accounts that belong to a hacker, someone they don't know, or someone that they just don't want to be linked to anymore [x]. Results about why a user may have added an account that doesn't belong to them in their AC here.



Please tell us which, if any, of the following statements describe why you recently removed an account from an Accounts Center.

Sample

Notes: Error bars show 84% confidence intervals; confidence bars that don't overlap indicate approximately that the estimates are statistically-significantly different at approximately the 95% confidence level. Megaphone survey on FB and IG targeted at unlinkers in top 26 locales globally. FB N = 18,448; IG N = 6586. Field period: Aug. 30 - Oct. 30, 2023. FB weighted by post-unlinking hardlink status, tenure, gender, L28, friends, and market type; IG weighted by pro tools, gender, tenure, L28, followers, and market type.

12