# Unsealed Exhibits to the State AGs' Opposition to Meta's Motion for Summary Judgment and Cross-Motion for Partial Summary Judgment

## 4:22-md-03047-YGR-PHK

## (ECF Nos. 2783-2790)