# Exhibit 14

CONFIDENTIAL

Page 2

          IN THE UNITED STATES DISTRICT COURT

        FOR THE NORTHERN DISTRICT OF CALIFORNIA

----------------------------------------------x

PEOPLE OF THE STATE OF CALIFORNIA, et al.


                        Plaintiffs,


          -against-




META PLATFORMS, INC., Instagram, LLC,

Meta Payments, Inc., Meta Platforms

Technologies, LLC,  et al.,

                        Defendants.

----------------------------------------------x


          VIDEOTAPED DEPOSITION of ADAM ALTER, Ph.D.,

taken by the Defendant, pursuant to Notice, held at 450

Lexington Avenue, 10th Floor New York, NY 10163, on

December 12, 2025, at 8:41 a.m., before a Notary Public

of the State of New York.


*********************************************

CONFIDENTIAL

where they can't directly verify the statements themselves. And so they all are taking the statements as true from the company, or they're unable to verify those statements at least.

Q.    You're not quite answering my question. My question was whether you believe that even the factors you just recited would cause all reasonable consumers to interpret each of these statements identically.

MR. SLOTHOUBER: Objection. Compound. Vague, and asked and answered.

A.    So my assignment here was to examine how a reasonable consumer would interpret the statements at issue, and I explained my reasoning for deriving a particular conclusion about how the reasonable consumer would understand information.

My assignment was not to opine on how every single person or every single reasonable consumer would understand every single statement, and so I would need to go through that process if that were the question.

Q.    Would you agree -- well, you applied a definition of reasonable consumer, right, in your report?

A.    I use the definition of reasonable that's grounded in my field, so understanding the way humans generally process information in this context, how they

Page 98

understand linguistic information and the communication in the context that I describe here, I derive from that a reasonable consumer, and can explain how that person, that reasonable person, would understand the statements in that context.

Q.      Would you agree that your definition of reasonable consumer would embrace millions and millions of people in the United States?

A.      I think it would need to depend on the statement.  But broadly speaking, I'm transparent in the report about which audiences I'm referring to.

Q.      Do you agree that it's millions of people that fall within your definition of reasonable consumer?

A.      I didn't undertake to examine exactly how many people I was talking about, but one of the key principles in my field in cognitive and linguistic psychology is that the way we process language is grounded in some very consistent, low-level truths about how cognitive psychology operates and how we make sense of written and linguistic information.

There would be many, many studies that have examined this issue to furnish me with a sense of how a reasonable consumer might do that.  And these studies, some of them vary, but a lot of the studies are really about humans at large.