# Exhibit 18

# Quant Report

# TLDR

| Key Takeaways | Key Opportunities |
|---|---|
| <ul><li>The majority of clinicians do not formally discuss social media use during their assessment (US:60%, UK:79%, BR:54%); of clinicians that do discuss social media with patients, almost all discuss use informally during treatment (US:96%, UK:92%, BR:94%)</li><li>Some clinicians say social media plays both positive and negative roles in their patients' mental health challenges (US:34%, UK:27%, BR:31%) although the majority of clinicians believe that social media can be addictive (US:85%, UK:79%, BR:84%)</li><li>Some clinicians would like to have more professional resources available about social media use and mental health (US: 68%, UK: 77%, BR: 77%)</li><li>When social media is seen to play a role, most clinicians say it is an exacerbating factor (Exacerbating: US: 81%, UK: 81%, BR: 81%); almost none say it is causal (Causal: US: 2%, UK: 7%, BR: 7%)</li><li>Clinicians evaluated most product features as both beneficial and detrimental (e.g., reactions to content, public comments), but some product features were seen as either mostly beneficial (time use controls) or mostly detrimental (autoplay, photo filters) for patients</li><li>The main social media interventions include encouraging patients to have more face-to-face interactions (US: 87%, UK: 72%, BR: 92%) and set time limits for social media use (US: 77%, UK: 55%, BR:80%)</li><li>Some clinicians use social media professionally to develop and share mental-health related material with the general public (US: 24%, UK: 12%, BR:67%) and other clinicians (US: 47%, UK: 72%, BR 85%)</li></ul> | Research:<ul><li>Pursue patient-centered research to contextualize clinician-level findings, understand patients feelings and perception of social media, deep-dive into patient types (e.g., anxiety, depression), and identify adjustments to features that patients would be most receptive to in real life</li></ul>Partnerships:<ul><li>Provide education to clinicians about social media features and functions, so they can better support their patients</li><li>Work with clinicians to develop applications geared towards mental health treatment (e.g., through apps or VR)</li></ul>Product:<ul><li>Using pathways identified by clinicians:<ul><li>Help people better customize and control the features identified as both beneficial and/or detrimental</li><li>Consider changing features identified as detrimental, and avoid building features that utilize similar pathways, cross-app</li><li>Consider amplifying/building more features identified as beneficial, and emphasizing relevant pathways cross-app</li></ul></li><li>Build intention-setting, time control tools, and "take a break" nudges into the Metaverse from the beginning</li></ul> |