Exhibit 33

# Youth Empathy Framing

## What Success Looks Like

*Long-term Success for the Empathy Team means Facebook becomes a place where teens give and receive social support and actively connect, engage, and invest in their communities.*

Success for the Youth Empathy team will look like (Draft):

- Facebook and its family of apps are viewed as a value-add to teens lives; Support Product Market Fit
- Percent of teens out of teen population who use FB every day has increased (Baselines as of Dec'17: US: 50% and Global: 34%) because they *like* using FB and find the product additive to their lives. DAP/Population is growing instead of declining.
- Teen well-being, as tracked by the longitudinal study run by Compassion, trends positive over time
- The narrative about FB in the press and collective consciousness has shifted because we proactively demonstrating thoughtful, ethical design and empowerment of people (youth, parents, caregivers, child psychologists)
- Every Teen on FB is:
  - Weekly participation in small group conversations (silent disco / messenger) with at least one group of close friends
  - Engaged in a group (preferably online + off)  that adds value to their life
  - Experiencing positive reinforcement
  - Can speak to how they deal with negative comments, bullying, harassment, and other negative experiences (which will prove we have empowered them with a sense of ownership over their experiences, teaching agency, problem solving and communications skills)

---

## Mission

Our mission is to ensure that Facebook is a place that does no harm and intentionally promotes well-being in the lives of youth around the world.

## Goals

**Integrity:**

- Limit the immediate and long-term harmful effects of Facebook on youth.

**Wellbeing:**

- Deepen Teen's sense of belonging through connection to communities where they can develop skills, add value, and gain social support.
- Support teens in the process of development and expressing their identity in a constructive and creative way.
- Promote a sense of agency and optimism by developing tools that empower young people to respond to life's challenges and opportunities (embarrassment, bullying, drama, etc.).

---

## The People Problem / Need

*[Our evolving understanding of what the primary needs are for youth, as it relates to preventing harm and promoting wellbeing]*

**Known Deterrents from Using Facebook**

Interest and engagement in daily activities,

Meaning and purpose in life

A sense of mastery and accomplishment

Feelings of control and autonomy,

Optimism

## Concerns Related to Wellbeing

Product features that are designed to exploit insecurity, or provide a dopamine rush (likes, notification, the pull-down-to-see, the infinite scroll, etc), to increase time spent, are inherently at odds with well-being and take away from people's ability to consciously focusing on activities that add value to their lives.

Because our product exploits weaknesses in the human psychology to promote product engagement and time spent [and that because of our reliance on AI, we cannot currently control for when content is being strategically leveraged to manipulate the opinions and moods of individual people] if we are committed to the wellbeing of individuals, we need to **a) to alert people to the effect that the product has on their brain** (for example: your view of yourself is affected by other people's highlight reel, etc) and **b) provide them with tools to have more control over their own experience.**

Research [fay to find links] has shown that the following things are REALLY good for you, and our increased reliance on technology *can* reduce these things:

- Time out in nature
- Not looking at a screen
- Eye contact while talking to other people
- Hugs and other consensual forms of affection
- Hearing the voice of a loved one [reduces blood pressure / internal calm]
- Getting 8 hours of sleep [young people need more sleep]
- Low levels of daily stress

## Stages in ADOLESCENT Development

There are four basic categories for developmental milestones:

Physical milestones involve both large-motor skills and fine-motor skills. The large-motor skills are usually the first to develop and include sitting up, standing, crawling, and walking. Fine-motor skills involve precise movements such as grasping a spoon, holding a crayon, drawing shapes, and picking up small objects.

Cognitive milestones are centered on a child's ability to think, learn, and solve problems. An infant learning how to respond to facial expressions and a preschooler learning the alphabet are both examples of cognitive milestones.

Social and emotional milestones are centered on children gaining a better understanding of their own emotions and the emotions of others. These milestones also involve learning how to interact and play with other people.

Communication milestones involve both language and nonverbal communication. A one-year-old learning how to say his first words and a five-year-old learning some of the basic rules of grammar are examples of important communication milestones.

## Supporting Healthy cognitive development in ADOLESCENce

[Stanford Children's Hospital: Link, 3 stages of adolescence, 12-18 years]
The following suggestions will help to encourage positive and healthy cognitive development in the adolescent:

- Include adolescents in discussions about a variety of topics, issues, and current events.
- Encourage adolescents to share ideas and thoughts with you.
- Encourage adolescents to think independently and develop their own ideas.
- Assist adolescents in setting their own goals.
- Stimulate adolescents to think about possibilities for the future.
- Compliment and praise adolescents for well-thought-out decisions.
- Assist adolescents in re-evaluating poorly made decisions for themselves.

Increased Screen Time Linked To: