# Exhibit 40

Central Well-being

# A/C Priv Problematic Use

Product Audit

META3047MDL-294-00140333

Antagonists
Ig mostly focused on teens and youth                    problems

Endless feed IG / tiktok
Watch auto play (netflix
Slot machine effect pull down to refresh
Notifications
Discover more
Metrics for advertising

For example, internal research showed that when people think that Facebook is bad for them, they also tend to link more time spent to worse well-being outcomes. Meanwhile, when they think Facebook is good for them, there's no such association.

Researchers' concerns regarding Facebook and Instagram appear to stem from the same basic idea that social media works on activating the brain's *reward* center by providing a sense of social acceptance in the form of likes, positive feedback, views, and other actions, which are referred to as "social currency". For example, Instagram pictures with more "likes" activate certain parts of the brain (specifically, the ventral striatum) to a greater extent than pictures with fewer likes (Sherman et al., 2016; 2018).
Facebook's design may facilitate *habit* formation through optimization for frequent engagement, gratifying experiences, and frictionless use. Some cues might result in habit and signal certain behaviors (*e.g.*, notification checking, news feed scrolling).
Remove slot machine see all posts post fomo, check in later
The stance we have historically taken is to give people control, but not in a way that hurts metrics.

CONFIDENTIAL                    META3047MDL-294-00140448