# Exhibit 41



HIGHLY CONFIDENTIAL (COMPETITOR)

META3047MDL-294-00138742

## Late Night Use

The p90 threshold for late night (10 PM - 4 AM) time spent over the last 28 days corresponds to 25 minutes per day on IG.

**DRIVERS OF LATE NIGHT USE (ref)**

- **Notifications:** 35% of late night time spent for p90+ teens comes from sessions that had a notification delivered within 5 minutes of starting a session on the app.

- **Long sessions:** 64% of late night time spent for p90+ teens comes from sessions over 5 minutes long, and 35% comes from sessions over 15 minutes long

- **Reels Consumption:** Time spent on Direct and consuming Reels accounts for 56% of late night time spent for p90+ teens (30% and 26%, respectively)

With Quiet Mode, we've already built table stakes features that mute notifications and set social norms in direct.

Based on the above, we have additional opportunities to target long sessions and Reels consumption.

Source: https://docs.google.com/spreadsheets/d/1h9F9CimDR_RZQ46xy-_xenv-GE6vne8WYVdso_qC9Qo/edit#gid=0

I aggregated all late night (10-4) time spent for recommended age teens over a 28 day period. I then calculated the p90 value of time spent over that 28 day period and divided it by 28 days to get the daily average time spent required for a user to qualify for p90 over that 28 day period

Research on late-night use is a bit limited, but we have the following:
US teen WAU report that notifications (21%), ephemeral content (21%), autoplay videos (23%), recommended content (23%), and content by followed users (21%) make it harder to manage time spent on IG (Hanko, PU foundational survey).

In interviews, teen WAU in US and IN attribute difficulty managing late-night use to similar sources, including perceiving more new content at night, actively messaging with friends, notifications, and engaging content, especially on surfaces with unlimited content (e.g., Reels, Explore) (Hanko, teen interviews).

HIGHLY CONFIDENTIAL (COMPETITOR)