# Exhibit 42



Hello thank you everyone for joining this research shareout on teen fundamentals. I'm Shayli Jimenez and I just joined IG from FB to lean into what teens need on IG. This review I'm sharing with you today incorporates adolescent development concepts, neuroscience as well as nearly 80 studies of our own product research so we have a lot to go through but, I promise it will be fun :)

HIGHLY CONFIDENTIAL (COMPETITOR)          META3047MDL_RVOL003          META3047MDL-003-00132740

# Redacted for PII

When it comes to discovery → finding something new or novel, much like our big bro FB, IG has a pretty good hold on the serendipitous aspect of discovery through our Explore surface, recommendations and social graph. And everytime one of our teen users finds something unexpected their brains deliver them a dopamine hit.

HIGHLY CONFIDENTIAL (COMPETITOR)          META3047MDL_RVOL003          META3047MDL-003-00132761



Teen brains are much more sensitive to dopamine, one of the reasons that the risk of drug addiction is higher for adolescents and keeps them scrolling and scrolling. And due to the immature brain they have a much harder time stopping even though they want to -- our own product foundation research has shown teens are unhappy with the amount of time they spend on our app.

Teens are unhappy with the amount of time they spend on IG

HIGHLY CONFIDENTIAL (COMPETITOR)          META3047MDL_RVOL003          META3047MDL-003-00132787



Approval and acceptance are huge rewards for teens and interactions are the currency on IG. DMs, notifications, comments, follows, likes, etc. encourage teens to continue engaging and keep coming back to the app.

HIGHLY CONFIDENTIAL (COMPETITOR)          META3047MDL_RVOL003          META3047MDL-003-00132793