# Exhibit 48

CONFIDENTIAL

Page 1

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN RE: SOCIAL MEDIA                )
ADOLESCENT ADDICTION/              )
PERSONAL INJURY PRODUCTS           )   MDL No. 3047
LIABILITY LITIGATION               )
                                   )
   SUPERIOR COURT OF THE STATE OF CALIFORNIA FOR THE
      COUNTY OF LOS ANGELES - SPRING STREET COURTHOUSE

COORDINATION PROCEEDING            )
SPECIAL TITLE [RULE 3.400]         )
                                   )
SOCIAL MEDIA CASES                 )   Lead Case No.
_____)   22STCV21355
This Document Relates To           )
                                   )
STATE OF TENNESSEE, ex rel.        )
JONATHAN SKRMETTI,                 )
ATTORNEY GENERAL and               )
REPORTER,                          )
v.                                 )
META PLATFORMS, INC., and          )
INSTAGRAM, LLC.                    )
_____)

CONFIDENTIAL – PURSUANT TO PROTECTIVE ORDER
VIDEOTAPED DEPOSITION OF ANTIGONE DAVIS
VOLUME 1
MARCH 4, 2025
(Pages 1 - 376)
9:09 a.m. to 6:59 p.m.
Covington & Burling
850 10th St NW, Washington, DC 20001

Reported By: Amanda Blomstrom, RMR, CRR, and
CSR TX #8785/CA #12681/IL #84-3634

CONFIDENTIAL

Page 25

MR. IMBROSCIO:  You mean in addition to -- or, excuse me.  I'm going to instruct her not to answer anything that we've done in our preparation session.

You can answer to the extent you've reviewed transcripts outside of anything we -- we've worked on together.

THE WITNESS:  Outside of anything, no.

BY MR. KAUFMANN:

Q.    Okay.  What's your current position at Meta?

A.    I'm the Vice President and Global Head of Safety at Meta for Safety Policy.

Q.    And you're also a licensed attorney?

A.    I don't know I -- I have a J.D.  I passed the bar.  My license is no longer active.

Q.    Okay.  Do you provide any legal advice in your role at Meta?

A.    No.

Q.    Have you provided any legal advice in your role at Meta?

A.    No.  That would be against the rules

Page 26

for --

Q.    Okay.

A.    -- being a lawyer.

Q.    Generally what does your team do?

A.    So my team basically works on safety policy across the company.  We work -- the way I think of our work is we try to take a 360-degree approach: does the company have the right policies in place with regard to, in particular, young people's safety and well-being on the platform; does it have the right tools, those are the tools in the background, technology in the background, as well as in the foreground; do we have the right resources and support for both young people and their families; and then, are we being informed by the important stakeholders, so experts, in this area.

Q.    And are those internal experts as well as external experts?

A.    Yeah.  We -- we hire people internally, and we also use external experts or work with external experts.

Q.    Okay.  Are some of those external experts

CONFIDENTIAL

Page 377

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN RE: SOCIAL MEDIA                )
ADOLESCENT ADDICTION/              )
PERSONAL INJURY PRODUCTS           )   MDL No. 3047
LIABILITY LITIGATION               )
                                   )
    SUPERIOR COURT OF THE STATE OF CALIFORNIA FOR THE
      COUNTY OF LOS ANGELES - SPRING STREET COURTHOUSE

COORDINATION PROCEEDING            )
SPECIAL TITLE [RULE 3.400]         )
                                   )
SOCIAL MEDIA CASES                 )   Lead Case No.
_____)   22STCV21355
This Document Relates To           )
                                   )
STATE OF TENNESSEE, ex rel.        )
JONATHAN SKRMETTI,                 )
ATTORNEY GENERAL and               )
REPORTER,                          )
v.                                 )
META PLATFORMS, INC., and          )
INSTAGRAM, LLC.                    )
_____)

CONFIDENTIAL – PURSUANT TO PROTECTIVE ORDER
VIDEOTAPED DEPOSITION OF ANTIGONE DAVIS
VOLUME 2
MARCH 5, 2025
(Pages 377 - 890)
9:03 a.m. to 8:01 p.m.
Covington & Burling
850 10th St NW, Washington, DC 20001

Reported By: Amanda Blomstrom, RMR, CRR, and
CSR TX #8785/CA #12681/IL #84-3634

CONFIDENTIAL

Page 396

MR. IMBROSCIO:  And while she's getting to that --

THE WITNESS:  Yes, I've got it.

MR. IMBROSCIO:  -- page, obviously, there's very dense text.  She's not looked at it yet just because she glanced through it.  But if you're going to ask her substantively about something, just give her a moment to take a --

THE WITNESS:  Yeah, I'm going to have to look through --

MR. IMBROSCIO:  -- look at it.

THE WITNESS:  -- but go ahead and ask, and then I can look.

BY MR. JANSSEN:

Q.   Let me, I guess, start.

Do you recall this -- this deck, this Youth Safety & Wellbeing Deep Dive slide deck?

A.   I don't remember it specifically, but I'm sure I was a part of it, so ...

Q.   To the best of your knowledge, does this appear to be a true and correct copy of the Youth Safety & Wellbeing Deep Dive slide deck --

CONFIDENTIAL

Page 397

MR. IMBROSCIO:  Object to the form.

BY MR. JANSSEN:

Q.    -- as you recall it?

A.    Yes; yes.

MR. IMBROSCIO:  Object to the form.

THE WITNESS:  Sorry.

MR. IMBROSCIO:  That's okay.

BY MR. JANSSEN:

Q.    So are you at this page, the "Safety Policy H1 Roadmap" --

A.    That one --

Q.    -- page?

A.    -- yeah.

Q.    Is a roadmap something of a look-ahead as to what's being planned for?

A.    Yeah.  It's things that we're thinking about, yes, doing.

Q.    And on the next page it says, "Roadmap, Safety, Health, and Well-being Policy."

Correct?

A.    Yes.

Q.    And below that there is a chart; is that