# Exhibit 49

CONFIDENTIAL

Page 1

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
- - -

IN RE:  SOCIAL MEDIA ADOLESCENT          :MDL NO.
ADDICTION/PERSONAL INJURY PRODUCTS       :4:22-MD-
LIABILITY LITIGATION                     :3047-YGR
                                         :
SUPERIOR COURT OF THE STATE OF CALIFORNIA
FOR THE COUNTY OF LOS ANGELES
SPRING STREET COURTHOUSE
- - -
COORDINATION PROCEEDING SPECIAL TITLE  :
(RULE 3,400)                           :
                                       :
SOCIAL MEDIA CASES                     :
_____ :LEAD CASE
                                         :NO. FOR
THIS DOCUMENT RELATES TO:                :FILING
                                         :PURPOSES
STATE OF TENNESSEE, ex rel, JONATHAN     :22STCV21355
SKRMETTI, ATTORNEY GENERAL and           :
REPORTER,                                :
                                         :
        V.                               :
                                         :
META PLATFORMS, INC., and INSTAGRAM,     :
LLC                                      :
                                         :
CASE NO. 23-1364-IV                      :
                        - - -
    CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER

        DEPOSITION UNDER VIDEO EXAMINATION OF
                    MARK ZUCKERBERG
                    March 27, 2025
                      VOLUME I
        Videotaped deposition of MARK ZUCKERBERG taken pursuant to notice, was held at the law offices of Covington Burling, LLP, 3000 El Camino Real, Palo Alto, California, beginning at 10:12 a.m., Pacific, on the above date, before Michelle L. Ridgway, a Registered Professional Reporter, Certified Court Reporter (NJ-CCR # XI02126), Certified Realtime Reporter, Certified Shorthand Reporter  (CA-CSR # 14592), and Notary Public.

CONFIDENTIAL

Page 124

addiction externally, correct?    11:28:43

A.    That's what it says.    11:28:45

Q.    Can you turn to the page ending    11:28:46
in 183, just two forward.    11:28:48

Can you read the heading of this    11:28:52
slide, please.    11:29:03

A.    Yes.  Just, again, for the record,    11:29:04
I mean, I didn't write this.  I'm just -- you asked    11:29:09
me to read this, so I will do that.    11:29:11

It says, "Problematic use affects    11:29:13
about 12.5 percent of people on Facebook."    11:29:14

Q.    Okay.  And you didn't write that,    11:29:17
but a Facebook employee did write that, correct?    11:29:18

A.    Yes.  I think a Facebook employee    11:29:21
put together this document.  But it sounded like,    11:29:24
from the interim, this was done with -- in    11:29:28
partnership with folks externally too.  So I'm not    11:29:32
sure where this number came from.  This is    11:29:35
significantly higher than anything that I feel like    11:29:37
I've seen previously.    11:29:42

Q.    Okay.  In any event, Meta knew that    11:29:46
problematic use is a real issue for a meaningful    11:29:47
portion of its users, correct?    11:29:51

A.    Yes.  I mean, we study problematic    11:29:53
use because a meaningful number of people tell us    11:29:55

CONFIDENTIAL

Page 125

that they are using the app more than they would    11:29:57

like to be.  And we want to make sure that people    11:29:59

can use our apps in only the ways that they want    11:30:01

and that they are providing value in people's    11:30:04

lives.    11:30:06

Q.    Okay.  Please flip to the page    11:30:06

ending in 201.    11:30:08

MR. SCHMIDT:  And when we're    11:30:12

done with this, let's take our break.    11:30:13

MR. WARREN:  Sure.    11:30:15

BY MR. WARREN:    11:30:15

Q.    There's a slide titled, "We heard    11:30:15

about 10+ triggers contributing to problematic use    11:30:18

habits."    11:30:22

Do you see that?    11:30:22

A.    I'm sorry.  Where are you?  Nine?    11:30:23

Q.    201.    11:30:30

A.    201.    11:30:31

Okay.  Okay.    11:30:33

Q.    Let me re-ask the question.    11:30:43

This is a slide titled, "We heard    11:30:45

about 10+ triggers contributing to problematic use    11:30:47

habits," correct?    11:30:50

A.    Yes.  That's what the title says.    11:30:51

Q.    And beneath that heading on the    11:30:55

CONFIDENTIAL

Page 446

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
- - -
IN RE:  SOCIAL MEDIA ADOLESCENT          :MDL NO.
ADDICTION/PERSONAL INJURY PRODUCTS       :4:22-MD-
LIABILITY LITIGATION                     :3047-YGR
                                         :
SUPERIOR COURT OF THE STATE OF CALIFORNIA
FOR THE COUNTY OF LOS ANGELES
SPRING STREET COURTHOUSE
- - -
COORDINATION PROCEEDING SPECIAL TITLE  :
(RULE 3,400)                           :
                                       :
SOCIAL MEDIA CASES                     :
_____ :LEAD CASE
                                         :NO. FOR
THIS DOCUMENT RELATES TO:                :FILING
                                         :PURPOSES
STATE OF TENNESSEE, ex rel, JONATHAN     :22STCV21355
SKRMETTI, ATTORNEY GENERAL and           :
REPORTER,                                :
                                         :
        V.                               :
                                         :
META PLATFORMS, INC., and INSTAGRAM,     :
LLC                                      :
                                         :
CASE NO. 23-1364-IV                      :
                 - - -
    CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER

        DEPOSITION UNDER VIDEO EXAMINATION OF
                  MARK ZUCKERBERG
                  March 28, 2025
                    VOLUME II
                Continued videotaped deposition of
MARK ZUCKERBERG taken pursuant to notice, was held
at the law offices of Covington Burling, LLP, 3000
El Camino Real, Palo Alto, California, beginning at
10:16 a.m., Pacific, on the above date, before
Michelle L. Ridgway, a Registered Professional
Reporter, Certified Court Reporter (NJ-CCR #
XI02126), Certified Realtime Reporter, Certified
Shorthand Reporter  (CA-CSR # 14592), and Notary
Public.

CONFIDENTIAL

Page 480

in that.  So I think that there were                10:21:48

definitely some sentiments similar to what          10:21:50

you said.                                           10:21:52

           But, I mean, but I don't                 10:21:53

agree with your earlier characterization            10:21:54

that the board wasn't involved.  I mean,            10:21:56

they definitely -- you know, I talked to            10:21:58

them about it before we finalized it.  I            10:21:59

would have needed to have done that.                10:22:01

BY MS. BAIG:                                        10:22:03

     Q.       Okay.  Would you agree that you       10:22:03

have always retained complete control of the        10:22:04

company in terms of key decisionmaking?             10:22:06

           MR. SCHMIDT:  Objection.                 10:22:09

Vague.                                              10:22:09

           THE WITNESS:  I generally                10:22:10

agree with that.  I mean, there are                 10:22:14

obviously limits to what any individual,            10:22:16

even if you're a controlling shareholder            10:22:20

and CEO, you know, there's tens of                  10:22:22

thousands of people at the company, so             10:22:25

there are lots of people making decisions           10:22:26

that end up being really important, all the         10:22:28

time, that I don't get to weigh in on.              10:22:30

           But -- but, yes, I've cared              10:22:32

CONFIDENTIAL

Page 481

to continue to be the controlling    10:22:35

shareholder and chairman of the board and    10:22:38

CEO.    10:22:39

BY MS. BAIG:    10:22:40

Q.    And you control more than    10:22:40
50 percent of the vote, correct?    10:22:41

A.    Yes.    10:22:42

Q.    Okay.  We're handing you what's    10:22:43
been marked as Exhibit 73, which is a proxy    10:22:47
statement filed by Facebook, Inc., in 2017.    10:22:52

(Document marked for    10:22:55
identification as (Meta) Zuckerberg
Exhibit 73.)    10:22:56

BY MS. BAIG:    10:22:56

Q.    Do you see that?    10:22:56

A.    Yes.    10:22:57

Q.    And on Page 2, do you see it's    10:23:02
dated April 14, 2017?    10:23:06

A.    Page 2.    10:23:07

Q.    Mm-hmm.    10:23:13

A.    April 14, 2017.    10:23:14

Q.    And if you turn to Page 48 of the    10:23:15
proxy statement, you'll see that it is a    10:23:24
stockholder proposal regarding change in    10:23:28
stockholder voting?    10:23:30