# Exhibit 62

META3047MDL-053-00028484

## Metadata

| All Custodians | Davis_Antigone;Guadagno_Jennifer | SEMANTIC |
|---|---|---|

# Well-Being Summary [Tech for Social Good]

The goals of this doc are to discuss and align on:
1 - **What we know** about FB & well-being.
2 - The **vision** for this work.
3 - The **framing** for this work.
4 - **Comms** opportunity.

## TL;DR

**The impact of Facebook Inc.'s products on people's well-being is a complex topic that we haven't fully understood yet. However, we have sufficient information to warrant action now, while we continue to deepen our understanding.**

1. Despite all the positive effects that FB provides (e.g. meaningful interactions, belonging, social support), there is increasing scientific evidence (particularly in the US, see here and here) that the **average net effect** of FB on people's well-being is **slightly negative**. The science here is still early, primarily US based, and relying on self report – we have a lot more we need to learn.

2. While we don't know why FB causes this negative effect, we have deep understanding around **three** negative drivers that occur frequently on FB and impact people's well-being:

    a. Problematic use (prevalence: 55% mild, 3.1% severe)

    b. Social comparison (prevalence: 40% mild, 5% severe)

    c. Loneliness (prevalence: 36% mild, 7% severe)

3. We believe we should prioritize the work as follows:

    a. Move in the areas we have confidence in:

        i. **Problematic use**: Given its prevalence and our confidence around product interventions (NF pause points, prominent time controls and goals, night mode), we will tackle this area first.

        ii. **Social comparison & Loneliness**: We will build a playbook (product ideas and execution plan) for each of these before moving into execution.

    b. Better understand work:

        i. More in depth research around measurement, understanding why there is a net negative effect and for whom, competitive landscape, comprehensive and prioritized list of additional areas to focus on.

4. We have a two-phase vision for this work: in phase 1, we want to push FB to be "**best-in-class**" amongst social media apps (2019), and in phase 2, we want to push for FB/IG **to be net positive to well-being** (2020 and beyond).

5. Principled investment ask to take this on:

    a. FB: A product effort (**+11 HC: 3 Eng, 8 XFN**) and resources to focus on measurement+research (**+6 HC: 1 Eng, 5 XFN**) (total of **+17 HC**).

    b. IG: **+7 HC (1 Eng, 6 XFN)** to ramp up measurement+research work.

## What we know today

WHAT IS WELL-BEING?

CONFIDENTIAL - PROTECTED BY CONFIDENTIALITY AGREEMENT
CONFIDENTIAL

MT-IG-AG-NM-000373984
META3047MDL-053-00028484

Today, the term well-being is thrown around to cover numerous areas. Apple and Google have been talking about Digital Well-Being, in which they are largely talking about helping people better manage their time with technology (particularly smartphones). Within Facebook, the term is sometimes used to cover a wide range of areas - from controls around technology use to suicide/self-harm to whether Facebook is a net positive in the world.

For the purposes of this memo, we are talking about **subjective well-being** - how a person evaluates their own life, including life satisfaction and the extent to which they experience positive and negative affect. Psychologists don't have a standard definition, and there are multiple facets including supportive relationships, control/autonomy, and learning. Well-being is not just feeling happy; it also includes having a sense of meaning or purpose in life, which is linked to longevity and improved health.

*We should note there is a related, but separate, workstream around measuring progress against our mission of "bringing the world closer together" and measuring the value that mission creates in the world. While that is inclusive of well-being, it is also encompassing things like economic opportunity, mobility, civic, and other dimensions. Here, we are just focusing on well-being.*

## OVERALL IMPACT OF FACEBOOK ON WELL-BEING

The best external research suggests that the overall impact of Facebook on well-being is negative but small. This does not mean that there aren't aspects of Facebook that are positive for well-being. Facebook is a platform where people can enhance their social relationships and fulfill important needs like belonging, support, accomplishment, and pursuing interests - uniquely powered by access to social connections. However, Facebook can have a negative effect when people feel a lack of control over the experience or when use undermines other positive aspects of life. The science here is still early, primarily US based, and relying on self report – we have a lot more we need to learn.

We don't yet fully understand all the reasons why Facebook may be net negative, deeper research is needed and planned. Though we do know:

- "In-the-moment" well-being is lower while using Facebook than most other daily activities. It's also lower than Netflix and TV, higher than LinkedIn, and similar to IG and YouTube (see Figures in Appendix). That said, we don't yet know for sure if these activities are impacting well-being or if people's well-being is driving their choice of activities.
- Active interactions with close friends and receiving feedback from them on posts are associated with improvements in well-being whereas more passive behaviors like scrolling/browsing and watching videos are not. → *These insights, in part, led to our feed ranking change for meaningful social interactions (MSI) last year.*
- Feeling in control of one's experiences in life, including technology and interactive media, is associated with more positive psychological effects. → *"Your Time on Facebook/ Instagram" is an example of a feature related to increasing agency and control, and (for those who used it) it led to increased feelings of control and satisfaction with FB time spent.*

**Youth.** Findings for teens largely mirror findings for adults; overall associations between social media use and well-being are net negative but small, explaining at most 0.4% of the variation in well-being. Moderate use of digital technology is not intrinsically harmful and may be advantageous. The relationship between teens' social media use and their well-being does not fit an "either/or" framework: Experiences can be positive or negative depending on the individual. The most vulnerable teens offline are also the most vulnerable teens online (e.g., teens from lower socioeconomic backgrounds are at greater risk for negative consequences of their time spent online).

**Instagram.** Our current understanding of how using Instagram affects well-being is limited due to fewer external and internal studies. Some work suggests the impact of Instagram on well-being is similar to using Facebook in the moment. Our initial work internally has not found a relationship between well-being on Instagram and time spent on

CONFIDENTIAL - PROTECTED BY CONFIDENTIALITY AGREEMENT
CONFIDENTIAL