# Exhibit 66



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY                    METATNAG-006-00059669
HIGHLY CONFIDENTIAL (COMPETITOR)                              META3047MDL-022-00059669



- CSNs are eight critical narratives that represent our positions
- Phased approach
    - Clarity on issue & our position
    - Deep research with key audiences
    - Refine narrative
    - Bring narrative to life across disciplines/channels

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY
HIGHLY CONFIDENTIAL (COMPETITOR)

METATNAG-006-00059682
META3047MDL-022-00059682



- 8 total topics, 4 have research-backed, cross-audience narratives
- Remainder will be completed this year
- To illustrate the journey, want to double click on WELL-BEING

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY
HIGHLY CONFIDENTIAL (COMPETITOR)

METATNAG-006-00059683
META3047MDL-022-00059683



- Focused on 2 goals:
  - Minimizing the negative perception of Meta's impact on well-being
  - Make clear the benefits we provide as a place where people can form and maintain relationships
- Did research to understand what resonates - most surprising learning:
  - Academic/stats messaging NOT persuasive ;
  - most persuasive messaging demonstrated ways our products and services help parents to keep young people safe

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY
HIGHLY CONFIDENTIAL (COMPETITOR)

METATNAG-006-00059684
META3047MDL-022-00059684



- Here's what that learning looks like when we refine the narrative
- Each narrative has four components:
    - What we believe as a company
    - The benefit we create
    - Examples – specific product proof points by category/region
    - Commitment to continuing the work

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY
HIGHLY CONFIDENTIAL (COMPETITOR)

METATNAG-006-00059685
META3047MDL-022-00059685