# Exhibit 69

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN RE: SOCIAL MEDIA ADOLESCENT ) MDL No.
ADDICTION/PERSONAL INJURY      ) 4:22-md-3047-YGR
PRODUCTS LIABILITY LITIGATION  )
_____ )
SUPERIOR COURT OF THE STATE OF CALIFORNIA
FOR THE COUNTY OF LOS ANGELES
SPRING STREET COURTHOUSE
COORDINATION PROCEEDING        )
SPECIAL TITLE [RULE 3.400]     ) Lead Case No.
                               ) 22STCV21355
SOCIAL MEDIA CASES             )
_____ )
                               )
This Document Relates to:      )
                               )
STATE OF TENNESSEE,            )
ex rel. JONATHAN SKRMETTI,     )
ATTORNEY GENERAL and REPORTER, )
v.                             )
META PLATFORMS, INC., and      )
INSTAGRAM, LLC,                )
Case No. 23-1364-IV            )
_____ )

Tuesday, January 28, 2025
CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER
        Video-Recorded Oral Deposition of WENDY
GROSS PhD held at the offices of Covington &
Burling LLP, 3000 El Camino Real, 5 Palo Alto
Square, Suite 1000, Palo Alto, California,
commencing at 9:04 a.m. PST on the above
date, before Michael E. Miller, Fellow of the
Academy of Professional Reporters, Certified
Court Reporter, Registered Diplomate
Reporter, Certified Realtime Reporter and
California CSR #13649.

GOLKOW - VERITEXT
877.370.DEPS | fax 917.591.5672
deps@golkow.com

Page 208

BY MS. O'NEILL:

Q.     Do you recognize this document?

A.     I do.  This is a -- the final research report that I worked on with one of my direct reports in the spring of 2022 around how we bring our youth and well-being narrative to life for the company.

Q.     So you -- just to be clear, you contributed to this document, right?

A.     Yes, I was very heavily involved in this research.

Q.     And it's from the marketing insights team, your team, right?

A.     Correct.

Q.     Let's look at the third page. This is the Background and Objectives.

Right under Background, you wrote that:  We are also on a journey to reclaim and strengthen Instagram's relevance with teens.

Right?

A.     Yes.

Q.     Meaning Meta was attempting to become more relevant to teens, right?

MR. HALPERIN:  Object to