# Exhibit 74



# Bad Experiences and Encounters Framework (BEEF) Survey

Data collection: June 27-July 8, 2021

Kyle Andrews (UXR)

Signals and Insights Platform



Background

META3047MDL_REPROD_VOL025
META3047MDL-004-00015030

# Why are we doing this?

***To develop a <u>holistic,</u> <u>consistent</u> picture of user bad experiences on Instagram that allows us to <u>track our progress</u> each half.***

<u>Holistic</u>: TRIPS focuses on policy-violating experiences, but there are additional causes of bad experiences on Instagram. By contrast, the BEEF Survey pulls issues from the <u>Bad Experiences and Encounters Framework</u>, which sourced issues from all of our user input channels.

<u>Consistent</u>: We have many sources of valuable user data, such as individual UXR surveys and interviews, FRX reports, flytrap, app store reviews, and social media listening. But, it's hard to make apples-to-apples comparisons between these data points, because of differences in how they're collected and weighted. The BEEF Survey asks a random sample of users the top 22 issues from BEEF, so we can compare and contrast easily.

<u>Track our progress</u>: Without a control group, it's impossible to determine causality from our other signals. The BEEF Survey was fielded to both the well-being holdout and production groups.

3

# Survey timeline

| Date | To do | Status |
|---|---|---|
| April 12 | Agree on which TRIPS questions to include | Complete |
| April 19 | Use framework project results to generate proposal for additional survey constructs | Complete |
| April 26 | Develop survey questions/ look for questions from existing surveys | Complete |
| May 3 | Develop survey questions/ look for questions from existing surveys | Complete |
| May 10 | Submit to research review | Complete (June 3) |
| ~~May 24~~ June 3 | Submit to survey review | Complete (June 9) |
| ~~May 31~~ June 10 | Submit to translations | Complete (June 29) |
| ~~June 14~~ June 30 | Launch survey | Complete (June 30) |
| ~~June 21~~ July 6 | Data cleaning | Complete |
| ~~June 28~~ August 25 | Data weighting/ appending | Complete (August 25) |
| ~~July 19~~ August 26 | Data cleaning | Complete (September 6) |
| ~~July 26~~ September 7 | Analysis/ reporting | In progress |
| October 4 | Socialization | |
| October 11 | v2 Framework | |
| October 18 | Begin BEEF Survey v2 development | |
| December 16 | Launch BEEF Survey v2 (code freeze Dec 16- Jan 4) | |

## What's next?

The plan is to add findings to this deck and the Sad Experiences Working Group as I go, with the goal of having a draft completed in the next two weeks. After that, I will focus on 1:1 and small group meetings with various teams, to share the findings relevant to them.

As I engage in socialization of the findings, I will also begin a literature review of work done since the v1 BEEF, to see if any new issues have emerged that should be included in the next BEEF Survey (v2 Framework, although it will be much more lightweight than the v1 effort).

I will use the current BEEF Survey and any new insights gathered during the v2 Framework to begin the survey development process for the v2 BEEF Survey.

4

# Survey questions, issues

Questions that are also in TRIPS are highlighted in yellow. All questions had the same response options as TRIPS: 'Yes, during the last 7 days,' 'Yes, but more than 7 days ago,' and 'No.'

| | |
|---|---|
| False or misleading | Have you ever seen anything on Instagram that was false or misleading? |
| Violence | Have you ever seen any violent, bloody, or disturbing images on Instagram that bothered you? |
| Hate (witness) | Have you ever seen anyone discriminating against people on Instagram because of their gender, religion, race, sexual orientation, or another part of their identity? |
| Bullying (witness) | Have you ever seen anyone do any of these things to someone else on Instagram?<br>-Insult or disrespect them<br>-Contact them in an inappropriate way<br>-Damage their reputation<br>-Threaten them<br>-Exclude them or leave them out |
| SRG drug sales | Have you ever seen anyone trying to buy or sell any of the following things on Instagram?<br>-Prescription drugs<br>-Illegal drugs |
| Bullying (target) | Has anyone ever done any of these things to you on Instagram?<br>-Insulted or disrespected you<br>-Contacted you in an inappropriate way<br>-Damaged your reputation<br>-Threatened you<br>-Excluded you or left you out |
| Nudity | Have you ever seen nudity or sexual images on Instagram that you didn't want to see? |
| Negative Social Comparison | Have you ever felt worse about yourself because of other peoples' posts on Instagram? |

| | |
|---|---|
| Unwanted advances | Have you ever received unwanted sexual advances on Instagram? |
| Account security | Have you ever been unable to access your Instagram account, either because of a lost password or because your account was hacked? |
| Civic content | Have you ever felt that you have seen too many political posts on Instagram? |
| Impersonation | Have you ever found out that a Instagram account was pretending to be you? |
| Self-harm | Have you ever seen someone harm themselves, or threaten to do so, on Instagram? |
| Spam/ fake account contact | Have you ever been contacted on Instagram by an account that seemed fake? |
| Over enforcement | Have you ever felt that Instagram was wrong when it removed a post or video for violating the rules? |
| Audience limitation | Have you felt that not enough people see the things you share on Instagram? |
| Usability, action | Have you ever had difficulty posting a picture or video to Instagram? |
| Transparency | Have you ever felt Instagram isn't transparent about why it removes posts that are against the rules? |
| Usability, consumption | Have you ever experienced the Instagram app freezing, crashing, or closing unexpectedly? |
| Data privacy | Have you ever had concerns about the way Instagram might use data and information about you? |
| Perceived control | Have you ever felt a lack of control over what you see on Instagram? |
| Commerciality | Have you ever felt that you have seen too many ads on Instagram? |

5

# Survey questions and log data, context

All questions with response options can be found here.

| Question name | Question text |
|---|---|
| Surface | In the last 7 days, where in Instagram did you see this? Please select all that apply. |
| Frequency | In the last 7 days, how many times have you seen something like this? |
| Specific emotion felt | Which specific emotions did you feel? Please select all that apply. |
| Length of emotional reaction | For how long after the experience did you feel this way? |
| Perceived support | Thinking about this experience, did you feel supported by Instagram? |
| Action taken (both on and off app) | Did you take any of the following actions as a result of this experience? Select all that apply. |
| Stops posting? | Did this experience stop or discourage you from posting on Instagram? |
| Known person, online/offline | What's your relationship with the account that posted this? |
| Age (13-15, 16-17, 18…) | What is your age? |

| Log data | Name | Table |
|---|---|---|
| Country | country | dim_ig_users:instagram |
| App use | interface_l28: instagram_classic | dim_ig_users:instagram |
| Gender | gender | dim_ig_users:instagram |
| Followers | followers | dim_ig_users:instagram |
| Public or private account | is_private | dim_ig_users:instagram |
| Feed posts | feed_media_7d | dim_ig_creators:instagram |
| Reels posted | reels_media_7d | dim_ig_creators:instagram |
| Stories posted | story_media_7d | dim_ig_creators:instagram |
| Public media posted | public_media_7d | dim_ig_creators:instagram |
| Creator segmentation | ig_creator_segment | dim_ig_creators:instagram |
| iOS vs Android | primary_interface | dim_ig_user_primary_device:instagram |
| RAM | ram_class | dim_ig_user_primary_device:instagram |
| Hi NAC views* | viewer_high_nac_vpvs_l7 | ig_user_social_comparison_metrics:instagram |
| Overall views | viewer_vpvs_w_prediction_l7 | ig_user_social_comparison_metrics:instagram |
| Sessions^ | num_sessions | ig_user_app_session_counts:instagram |
| time spent^ | time_spent | ig_user_app_session_counts:instagram |
| meaningful impressions^ | sum_meaningful_engagement_viewer_score | ig_meaningful_engagement_user_agg:instagram |

6

CONFIDENTIAL

# Sample size by issue

The sample size was calculated to detect a 1% absolute difference between the two groups (production and holdout). Part of that calculation is the baseline prevalence of each issue; past research was used to provide those estimates. If an issue wasn't actively being worked on by a team in the IG Community Pillar in H1 2021, then that issue was only asked in the production group.

Each respondent was asked about five issues (randomly chosen from the set of 22). If they reported experiencing at least one of the five issues, the survey system randomly chose one of the issues they said yes to and asked a series of follow-up questions. If they said they didn't experience any of the five issues, they were asked their age followed by a series of questions unrelated to this report.

| Issue | Baseline Prevalence | Detectable drop | n per group | # of groups | Subtotal, planned | Subtotal, actual |
|---|---|---|---|---|---|---|
| Account security (access) | 20.00% | 19.00% | 24,641 | 1 | 24,641 | 26,907 |
| Audience limitation | 33.70% | 32.70% | 34,813 | 2 | 69,626 | 71,845 |
| Bullying and harassment, target | 7.80% | 6.80% | 10,622 | 2 | 21,244 | 24,790 |
| Bullying and harassment, witness | 22.43% | 21.43% | 26,875 | 2 | 53,750 | 57,744 |
| Commerciality | 21.50% | 20.50% | 26,042 | 1 | 26,042 | 28,498 |
| Data privacy | 31.90% | 30.90% | 33,813 | 2 | 67,626 | 69,802 |
| Drugs and Related Goods | 3.64% | 2.64% | 4,774 | 2 | 9,548 | 12,242 |
| False or Misleading | 26.68% | 25.68% | 30,337 | 2 | 60,674 | 64,854 |
| Graphic Violence | 11.30% | 10.30% | 15,122 | 2 | 30,244 | 34,928 |
| Hate Witness | 19.73% | 18.73% | 24,381 | 2 | 48,762 | 53,283 |
| Impersonation (first person) | 3.10% | 2.10% | 301 | 1 | 301 | 5,880 |
| Negative Social Comparison | 20.00% | 19.00% | 24,641 | 2 | 49,282 | 53,954 |
| Nudity | 13.46% | 12.46% | 17,707 | 2 | 35,414 | 40,571 |
| Over enforcement | 30.00% | 29.00% | 32,647 | 2 | 65,294 | 68,226 |
| Perceived control / sense of place | 23.10% | 22.10% | 27,458 | 1 | 27,458 | 29,774 |
| Political posts | 28.20% | 27.20% | 31,437 | 1 | 31,437 | 33,516 |
| Unwanted advances / solicitation | 30.00% | 29.00% | 32,647 | 2 | 65,294 | 69,146 |
| Self-harm (witness) | 10.00% | 9.00% | 13,495 | 1 | 13,495 | 15,830 |
| Spam (fake account) | 50.00% | 49.00% | 39,240 | 1 | 39,240 | 40,629 |
| Transparency | 30.00% | 29.00% | 32,647 | 2 | 65,294 | 66,966 |
| Usability / action-oriented | 21.30% | 20.30% | 25,859 | 2 | 51,718 | 57,160 |
| Usability / consumption-oriented | 26.20% | 25.20% | 29,974 | 2 | 59,948 | 67,836 |
| | | | | question n = | 916,332 | 994,381 |
| | | | | respondent n = | 238,246 | 237,923 |

7

## Planned analyses (green = drafts complete)

1. **Issue prevalence for holdout vs prod, and overall**
2. **Issue prevalence by subgroups**
   a. Age
   b. Creators
   c. Gender
3. **Add frequency, surface,** and other context data to the issue prevalence tables
4. **Additional cuts by subgroups**
   a. RAM class/interface
   b. NAC (negative experience content) l7
   c. App use (number of sessions, time spent)
   d. Meaningful impressions
   e. Surface
5. **Issue-specific analyses.** 22 issues by 9 follow-up questions—I'll start with issues that our teams are actively working on, then go by prevalence
6. **Grouping of issues.** Analyze the ways individual issues cluster (or don't) with each other. Assuming I find one or more commonalities between issues, I'll use those to create rubrics to understand the full slate of issues users experience

8



# Issue rates, full dataset

*Improvements in perceived violence and usability action, but a decline in perceived data privacy*

The issues in the table to the right are ranked by the percentage of respondents in the full dataset who selected *"Yes, during the last 7 days."* Other response options were *"Yes, but more than 7 days ago"* and *"No."* Those responses are not displayed here for space reasons. Production refers to respondents in the production version of IG, while Holdout refers to respondents in the Community Pillar holdout group in H1. If an IG team was not actively working on an issue in H1, the survey question was only asked to the production condition.

Statistical tests for differences in column proportions between the production and holdout groups were conducted, with and without a Bonferroni correction for alpha error inflation (no difference in results).

There was a statistically significant improvement in perceptions of violence (*"Have you ever seen any violent, bloody, or disturbing images on Instagram that bothered you?"*) and usability action (*"Have you ever had difficulty posting a picture or video to Instagram?"*) between production and holdout.

There was also a statistically significant decline in perceptions of data privacy (*"Have you ever had concerns about the way Instagram might use data and information about you?"* between production and holdout.

|  | Overall | | Production | | Holdout | |
|---|---|---|---|---|---|---|
|  | Column N % | n | Column N % | n | Column N % | n |
| commerciality | 48.2% | 11,493 | 48.2%a | 11,493 | -- | |
| misinfo | 30.3% | 19,879 | 30.6%a | 8,253 | 30.1%a | 11,626 |
| bully witness | 28.3% | 16,567 | 28.1%a | 6,685 | 28.5%a | 9,882 |
| audience limitation | 26.8% | 19,545 | 26.8%a | 8,058 | 26.8%a | 11,488 |
| usability passive | 25.5% | 17,344 | 25.6%a | 7,626 | 25.5%a | 9,718 |
| hate witness | 25.3% | 13,710 | 25.1%a | 5,511 | 25.5%a | 8,199 |
| data privacy | 24.4% | 17,293 | 24.8%b | 7,277 | 24.1%a | 10,016 |
| perceived control | 23.9% | 5,904 | 23.9%a | 5,904 | -- | |
| fake acct 1st | 21.8% | 7,417 | 21.8%a | 7,417 | -- | |
| negative comparison | 19.2% | 10,549 | 19.3%a | 4,311 | 19.2%a | 6,237 |
| transparency | 17.5% | 11,931 | 17.5%a | 4,896 | 17.5%a | 7,036 |
| political posts | 17.0% | 4,779 | 17.0%a | 4,779 | -- | |
| nudity | 16.3% | 6,751 | 16.2%a | 2,688 | 16.4%a | 4,063 |
| over enforcement | 14.8% | 10,206 | 14.8%a | 4,239 | 14.7%a | 5,967 |
| violence | 12.8% | 4,580 | 12.3%b | 1,764 | 13.2%a | 2,816 |
| unwanted advances | 11.9% | 8,364 | 12.0%a | 3,486 | 11.8%a | 4,878 |
| usability action | 10.7% | 6,208 | 10.4%b | 2,481 | 10.9%a | 3,727 |
| bully target | 8.1% | 2,055 | 7.8%a | 802 | 8.2%a | 1,254 |
| self harm | 6.7% | 894 | 6.7%a | 894 | -- | |
| acct security | 3.9% | 880 | 3.9%a | 880 | -- | |
| drugs | 3.9% | 494 | 4.0%a | 201 | 3.9%a | 292 |
| impersonation 1st | 3.7% | 178 | 3.7%a | 178 | -- | |

Note: Values in the same row and subtable not sharing the same subscript are significantly different at p< 0.05 in the two-sided test of equality for column proportions. Cells with no subscript are not included in the test. Tests assume equal variances. All significant findings remain significant when using a Bonferroni correction for alpha error inflation.

*An expanded table with 95% confidence intervals can be found here.*

10

# Issue rates and frequencies in last 7 days

*Commerciality and political posts have the highest frequencies among respondents who have experienced the issue, while fake accounts and impersonation have the lowest.*

If a respondent experienced an issue (i.e., responded *"Yes, during the last 7 days"*), they were then asked *how often* they experienced that issue. The percentage of respondents selecting each of the answer options is displayed in the table, along with the average frequency (first yellow column).. The issues (rows) are ranked by average frequency, with the most frequent issues on top. Commerciality and political posts have the highest frequencies, while impersonation and fake account contact have the lowest.

The second yellow column is a rate x frequency composite score (the rate of an issue being experienced in the dataset, multiplied by the average frequency). Commerciality also has the highest score on this metric, followed by bullying witness; impersonation is the lowest.

Finally, the last two columns rank the issues by issue rate (penultimate column) and issue x frequency composite (last column). Highlighted in blue are the issues with the biggest deltas: the largest is political posts, which ranks 12th by issue rate, but 7th by issue rate x frequency.

| Issue | Rate | Frequency, last 7 days | | | | | | | Rank | |
|---|---|---|---|---|---|---|---|---|---|---|
| | % | Once | 2-3 | 4-5 | 6-9 | 10+ | Average freq* | Rate x Freq | Issue | Issue x freq |
| commerciality | 48.2% | 5.3% | 22.1% | 28.8% | 15.0% | 28.8% | 5.90 | 2.85 | 1 | 1 |
| political posts | 17.0% | 7.3% | 31.8% | 27.4% | 10.0% | 23.4% | 5.20 | 0.88 | 12 | 7 |
| nudity | 16.3% | 18.0% | 39.3% | 17.0% | 6.8% | 19.0% | 4.33 | 0.71 | 13 | 11 |
| perceived control | 23.9% | 15.7% | 38.4% | 22.2% | 7.2% | 16.5% | 4.31 | 1.03 | 8 | 6 |
| hate witness | 25.3% | 16.9% | 41.4% | 18.2% | 5.8% | 17.6% | 4.22 | 1.07 | 6 | 5 |
| negative comparison | 19.2% | 17.9% | 39.1% | 19.3% | 7.2% | 16.6% | 4.22 | 0.81 | 10 | 9 |
| audience limitation | 26.8% | 25.4% | 34.9% | 17.5% | 6.0% | 16.2% | 3.99 | 1.07 | 4 | 4 |
| bully witness | 28.3% | 23.0% | 39.6% | 16.0% | 4.8% | 16.6% | 3.96 | 1.12 | 3 | 2 |
| misinfo | 30.3% | 21.7% | 46.3% | 15.3% | 4.4% | 12.3% | 3.62 | 1.10 | 2 | 3 |
| usability passive | 25.5% | 21.5% | 46.0% | 18.5% | 5.6% | 8.4% | 3.46 | 0.88 | 5 | 8 |
| violence | 12.8% | 27.4% | 42.9% | 14.6% | 4.5% | 10.6% | 3.40 | 0.44 | 15 | 15 |
| drugs | 3.9% | 34.1% | 37.6% | 11.3% | 5.1% | 12.0% | 3.36 | 0.13 | 21 | 20 |
| self harm | 6.7% | 33.9% | 38.3% | 12.3% | 4.3% | 11.1% | 3.28 | 0.22 | 19 | 19 |
| bully target | 8.1% | 38.3% | 34.0% | 12.0% | 3.9% | 11.8% | 3.24 | 0.26 | 18 | 18 |
| transparency | 17.5% | 35.7% | 37.9% | 11.7% | 3.5% | 11.2% | 3.21 | 0.56 | 11 | 13 |
| unwanted advances | 11.9% | 33.5% | 40.1% | 12.9% | 5.0% | 8.4% | 3.14 | 0.37 | 16 | 16 |
| acct security | 3.9% | 50.4% | 22.9% | 10.1% | 2.3% | 14.3% | 3.13 | 0.12 | 20 | 21 |
| data privacy | 24.4% | 38.4% | 35.2% | 12.3% | 4.8% | 10.3% | 3.13 | 0.76 | 7 | 10 |
| over enforcement | 14.8% | 36.1% | 37.9% | 12.7% | 3.6% | 9.8% | 3.13 | 0.46 | 14 | 14 |
| usability action | 10.7% | 34.0% | 40.1% | 13.5% | 3.5% | 9.0% | 3.11 | 0.33 | 17 | 17 |
| fake acct 1st | 21.8% | 38.9% | 40.9% | 10.8% | 3.4% | 6.1% | 2.76 | 0.60 | 9 | 12 |
| impersonation 1st | 3.7% | 54.1% | 25.5% | 7.0% | 3.8% | 9.6% | 2.75 | 0.10 | 22 | 22 |

* In order to calculate the average, the frequency range selected by the respondent was converted into a single number: Once = 1, 2-3 = 2.5, 4-5 = 4.5, 6-9 = 7.5, and 10+ = 10.

11

# Issue rates by surface

*DM/chat has the two highest rates of issues across surfaces: 73.1% of the time for fake account contact, and 68.6% of the time for unwanted sexual advances.*

If a respondent experienced an issue, they were asked where in Instagram it happened. The question allowed for multiple responses, so the rows will add up to more than 100%. Higher numbers are shaded in darker reds, and the highest number per issue/row is in bold.

A few patterns are clear--first, some surfaces are more likely to have issues occur than others, but no app surfaces are immune to bad experiences. Surface comparisons, however, should be taken with a grain of salt--people spend more time on some surfaces than others, so we'd expect differences just because of that.

Second, specific issues happen more often on specific surfaces. When respondents experienced fake account contact in the last 7 days, they said it occurred via DM/chat 73.1% of the time; the next highest is someone's profile, at 14.6%. By contrast, when respondents reported seeing self harm in the last 7 days, it was spread across various surfaces: witnessed in post comments 12.6% of the time, and Feed/Stories 31.9% of the time.

*In the last 7 days, where in Instagram did you see this? Please select all that apply.*

| | DM/ Chat | Feed/ Stories | Comment on my post | Explore/ Search | Hashtag/ Location Page | Reels | Someone's Profile | Somewhere else | I don't remember |
|---|---|---|---|---|---|---|---|---|---|
| fake accounts | **73.1%** | 7.6% | 10.5% | 4.9% | 4.2% | 3.6% | 14.6% | 10.3% | 16.0% |
| unwanted advances | **68.6%** | 9.2% | 7.4% | 9.2% | 5.5% | 6.0% | 16.7% | 10.6% | 12.9% |
| bully target | **60.1%** | 17.6% | 18.5% | 12.1% | 12.0% | 10.2% | 20.5% | 15.2% | 17.7% |
| impersonation 1st | 26.0% | 23.0% | 21.9% | 24.0% | 21.3% | 19.5% | 35.4% | 27.2% | **35.8%** |
| nudity | 23.4% | 26.4% | 7.9% | **37.6%** | 18.1% | 22.7% | 37.0% | 12.8% | 18.6% |
| usability action | 20.8% | **46.6%** | 11.1% | 14.5% | 8.9% | 17.0% | 16.4% | 13.6% | 30.6% |
| usability passive | 20.7% | **49.7%** | 7.5% | 21.4% | 7.6% | 19.9% | 15.6% | 12.2% | 29.1% |
| acct security | 18.4% | 24.0% | 11.2% | 15.1% | 12.5% | 12.6% | 18.0% | 16.2% | **55.2%** |
| misinfo | 18.2% | 37.3% | 6.4% | **38.3%** | 11.5% | 17.4% | 24.1% | 13.3% | 21.2% |
| bully witness | 17.8% | 30.6% | 10.1% | 24.4% | 13.3% | 16.7% | **40.8%** | 17.2% | 23.2% |
| self harm | 14.9% | **31.9%** | 12.6% | 25.3% | 14.4% | 19.1% | 29.4% | 13.8% | 26.9% |
| drugs | 14.8% | **34.8%** | 11.7% | 22.5% | 17.6% | 16.4% | 26.6% | 13.5% | 28.3% |
| perceived control | 13.7% | **37.9%** | 5.8% | 37.8% | 12.2% | 25.9% | 13.0% | 9.6% | 25.5% |
| data privacy | 13.5% | 26.3% | 5.8% | 21.7% | 10.3% | 11.9% | 11.9% | 14.3% | **46.8%** |
| violence | 11.3% | **34.0%** | 7.2% | 34.5% | 16.2% | 20.2% | 29.7% | 11.2% | 23.1% |
| transparency | 10.1% | 28.4% | 7.5% | 14.5% | 10.4% | 11.2% | **35.6%** | 11.5% | 34.5% |
| hate witness | 9.5% | 31.0% | 9.9% | 31.3% | 17.5% | 20.2% | **39.4%** | 19.6% | 21.9% |
| audience limitation | 9.3% | **44.4%** | 9.2% | 13.0% | 10.9% | 9.9% | 13.0% | 7.3% | 41.3% |
| negative comparison | 8.7% | **40.9%** | 6.4% | 36.3% | 12.3% | 24.7% | 34.8% | 9.0% | 22.4% |
| over enforcement | 7.0% | 35.7% | 6.5% | 12.1% | 9.6% | 11.6% | **42.7%** | 11.2% | 29.7% |
| commerciality | 6.9% | **64.7%** | 5.0% | 20.6% | 10.2% | 17.1% | 8.9% | 7.4% | 23.4% |
| political posts | 6.2% | **44.4%** | 6.6% | 34.0% | 16.3% | 20.0% | 23.7% | 10.4% | 27.8% |

*An expanded table with 95% confidence intervals can be found here.*

12

# Relationship between respondent and antagonist

*Issues are largely caused by strangers, with negative social comparison (15.5%) and bullying target (14.6%) having the highest rates of known instigators.*

If respondents experienced an issue, they were then asked, *"What's your relationship with the account that posted this?"* (This follow-up question wasn't asked for issues that wouldn't make sense, like commerciality or over-enforcement.)

The content labeled an issue by the respondent was usually posted by someone they don't know. 93.8% of unwanted sexual advances are from people the respondent doesn't know, the highest percentage of the 12 issues; negative social comparison has the lowest, at 64.9%.

Conversely, the highest rates of issues instigated by someone the respondent knows offline were negative comparison (15.5%) and bullying target (14.6%). No other issue is above 10%. The lowest is unwanted sexual advances, with only 2.1% from people the respondent knows offline.

|  | I know them offline/ in real life | I know them, but only online | I don't know them |
|---|---|---|---|
| Negative comparison | 15.5% | 19.6% | 64.9% |
| Bullying target | 14.6% | 16.0% | 69.4% |
| Impersonation | 9.9% | 21.1% | 69.0% |
| Drugs | 9.7% | 12.3% | 78.0% |
| Self harm | 9.5% | 19.2% | 71.3% |
| Political posts | 8.9% | 16.2% | 75.0% |
| Bullying witness | 6.4% | 17.6% | 76.0% |
| Violence | 5.1% | 13.7% | 81.2% |
| Hate witness | 4.6% | 14.3% | 81.1% |
| Misinfo | 4.5% | 9.7% | 85.8% |
| Nudity | 3.7% | 9.1% | 87.1% |
| Unwanted sexual advances | 2.1% | 4.2% | 93.8% |

*An expanded table with 95% confidence intervals can be found here.*

13

# Relationship with antagonist by creator status

*Low response rates among creators prevent strong conclusions*

In the table to the right, responses to the question *"What's your relationship with the account that posted this?"* are split by creator status (the *"I don't know them"* response option is excluded for the sake of space). The rates of knowing the antagonist offline is highlighted in blue.

Given the very low numbers of creators (especially aspiring+ creators) who answered the known antagonist question, it's not possible to make confident statements about the relationship between creator status and knowing the antagonist.

I also looked at the relationship between knowing the antagonist* and number of followers/number of stories posted in the last seven days (not official proxies for creator status, but they do correlate with creator status-- see the creator segmentation descriptives slide). There aren't any statistically significant correlations between follower count and knowing the antagonist. There are, however, multiple significant correlations between L7 stories production and knowing the antagonist for bullying witness ($r$ = 0.048), hate witness ($r$ = 0.025), misinfo ($r$ = 0.042), self harm ($r$ = 0.12), and negative social comparison ($r$ = 0.046).

*for the purposes of the correlation analysis, the known antagonist variable was coded: 1 = I don't know them, 2 = only online, and 3 = offline.

| | I know them... | not creator | | experimenting | | aspiring+ | |
|---|---|---|---|---|---|---|---|
| | | % | n | % | n | % | n |
| Bullying target | only online | 16.2% | 227 | 15.0% | 19 | 3.4% | 1 |
| | offline/ in real life | 15.0% | 210 | 11.9% | 15 | 5.7% | 1 |
| Bullying witness | only online | 17.2% | 1479 | 23.8% | 145 | 20.5% | 8 |
| | offline/ in real life | 6.4% | 554 | 6.0% | 37 | 2.5% | 1 |
| Political posts | only online | 15.7% | 250 | 21.4% | 23 | 38.7% | 2 |
| | offline/ in real life | 9.0% | 142 | 7.3% | 8 | 13.7% | 1 |
| Drugs | only online | 12.0% | 38 | 17.0% | 4 | 0.0% | 0 |
| | offline/ in real life | 9.5% | 30 | 12.5% | 3 | 0.0% | 0 |
| Hate witness | only online | 14.0% | 1227 | 19.0% | 115 | 12.1% | 5 |
| | offline/ in real life | 4.6% | 400 | 6.1% | 37 | 2.6% | 1 |
| Violence | only online | 13.5% | 431 | 16.6% | 36 | 5.2% | 1 |
| | offline/ in real life | 5.1% | 163 | 5.7% | 12 | 0.0% | 0 |
| Unwanted sexual advances | only online | 4.1% | 84 | 5.0% | 6 | 0.0% | 0 |
| | offline/ in real life | 2.1% | 42 | 2.1% | 3 | 0.0% | 0 |
| Negative social comparision | only online | 19.1% | 908 | 27.8% | 85 | 22.2% | 4 |
| | offline/ in real life | 15.3% | 727 | 17.6% | 54 | 20.8% | 4 |
| Self harm | only online | 19.3% | 107 | 17.7% | 8 | 23.7% | 1 |
| | offline/ in real life | 9.5% | 53 | 9.1% | 4 | 15.0% | 1 |
| Nudity | only online | 8.8% | 404 | 14.6% | 42 | 13.7% | 3 |
| | offline/ in real life | 3.7% | 171 | 4.3% | 12 | 9.5% | 2 |
| Misinfo | only online | 9.7% | 786 | 10.4% | 48 | 8.2% | 3 |
| | offline/ in real life | 4.5% | 367 | 4.9% | 23 | 4.5% | 1 |
| Impersonation 1st | only online | 21.4% | 26 | 15.8% | 1 | 0.0% | 0 |
| | offline/ in real life | 9.9% | 12 | 13.2% | 0 | 0.0% | 0 |

*An expanded table with confidence intervals can be found here.*

14

# Actions taken as a result of experiencing an issue

*Blocking or muting the account is the most frequent action taken as a result of an issue experience, with closing Instagram as the second most frequent.*

If a respondent reported experiencing an issue in the last 7 days, they were asked if they took any actions as a result. The table to the right shows the percentage of people who reported taking each action, with larger percentages shaded in darker reds. Actions (columns) are arranged from least to most frequently used.

Changing privacy settings is the least-used action across issues, with one outlier, first-person impersonation (29%). Talked to a parent or close friend was the second least-used action. Blocking or muting the account was the most frequent action, followed by closing Instagram.

Among issues, impersonation elicited the most actions overall, followed by bullying target and bullying witness.

*Did you take any of the following actions as a result of this experience? Select all that apply.*

|  | Changed my privacy settings | Talked to a parent or close friend about it | Deleted the post or comment | Reported the post, Story, or Reel | Unfollowed the account | Reported the account | Closed the Instagram app | Blocked or muted the account |
|---|---|---|---|---|---|---|---|---|
| Bullying target | 12.0% | 12.0% | 22.9% | 12.9% | 28.5% | 37.6% | 25.7% | 62.9% |
| Bullying witness | 8.1% | 12.5% | 10.3% | 18.3% | 32.7% | 39.3% | 36.9% | 37.6% |
| Drugs | 8.2% | 9.8% | 12.0% | 13.2% | 30.4% | 27.3% | 32.9% | 36.0% |
| Fake account | 7.4% | 3.8% | 20.3% | 6.2% | 17.7% | 28.7% | 14.5% | 68.7% |
| Hate witness | 5.3% | 14.4% | 8.3% | 21.0% | 31.5% | 38.1% | 39.4% | 32.1% |
| Impersonation 1st | 29.0% | 17.8% | 18.8% | 21.5% | 23.7% | 44.9% | 24.0% | 39.6% |
| Misinfo | 5.8% | 8.7% | 9.5% | 16.3% | 32.4% | 30.6% | 35.5% | 35.5% |
| Negative social comparison | 7.4% | 12.0% | 6.7% | 8.8% | 29.2% | 15.0% | 54.8% | 24.4% |
| Nudity | 8.6% | 7.7% | 11.9% | 20.8% | 29.3% | 36.1% | 35.6% | 42.0% |
| Political posts | 6.6% | 12.0% | 9.1% | 7.9% | 31.0% | 11.9% | 45.9% | 26.7% |
| Self harm | 10.4% | 14.9% | 10.6% | 16.2% | 28.0% | 29.8% | 41.9% | 32.3% |
| Unwanted sexual advances | 8.6% | 4.8% | 21.8% | 7.6% | 19.3% | 30.9% | 17.6% | 66.5% |
| Violence | 6.3% | 13.0% | 9.7% | 22.0% | 27.1% | 34.0% | 36.6% | 31.3% |

*An expanded table with confidence intervals can be found here.*

15

# Perceived support from Instagram

*Respondents felt the least supported by Instagram when they were the target of bullying, had difficulty posting, or felt Instagram took down content when it shouldn't.*

If a respondent reported experiencing an issue in the last 7 days, they were asked if they took any actions as a result. The table to the right shows the percentage of people who reported taking each action, with larger percentages shaded in darker reds. Actions (columns) are arranged from least to most frequently used.

Changing privacy settings is the least-used action across issues, with one outlier, first-person impersonation (29%). Talked to a parent or close friend was the second least-used action. Blocking or muting the account was the most frequent action, followed by closing Instagram.

Among issues, impersonation elicited the most actions overall, followed by bullying target and bullying witness.

*Thinking about this experience, did you feel supported by Instagram?*

|  | Completely/ mostly supported | Somewhat Supported | Not very/ not at all supported | Does not apply to my situation |
|---|---|---|---|---|
| Bullying target | 16.5% | 12.3% | 49.2% | 22.0% |
| Usability action | 15.5% | 13.1% | 45.9% | 25.6% |
| Over enforcement | 12.5% | 14.2% | 42.9% | 30.4% |
| Impersonation | 27.6% | 14.6% | 41.4% | 16.5% |
| Perceived control | 12.3% | 14.6% | 41.1% | 32.0% |
| Account security | 25.6% | 16.3% | 40.0% | 18.0% |
| Hate witness | 13.8% | 15.6% | 39.5% | 31.2% |
| Nudity | 18.6% | 16.2% | 38.9% | 26.3% |
| Violence | 19.8% | 14.0% | 38.9% | 27.3% |
| Self harm | 19.5% | 12.4% | 38.0% | 30.1% |
| Audience limitation | 17.4% | 15.8% | 37.9% | 28.8% |
| Transparency | 16.6% | 14.7% | 37.6% | 31.0% |
| Drugs | 21.5% | 13.1% | 37.0% | 28.4% |
| Bullying witness | 14.7% | 15.0% | 36.9% | 33.4% |
| Usability passive | 16.0% | 14.8% | 36.6% | 32.6% |
| Data privacy | 17.2% | 17.0% | 35.0% | 30.8% |
| Misinfo | 15.1% | 14.1% | 34.5% | 36.4% |
| Negative social comparison | 14.7% | 13.7% | 34.1% | 37.6% |
| Unwanted sexual advances | 23.0% | 15.4% | 33.3% | 28.3% |
| Commerciality | 15.2% | 14.2% | 32.9% | 37.7% |
| Political posts | 18.2% | 15.1% | 29.4% | 37.4% |
| Fake account | 20.8% | 15.5% | 27.2% | 36.5% |

*An expanded table with confidence intervals can be found here.*

16

# Impact of issue experience on creation behavior

*All issues cause some reduction in self-reported creation behavior, with impersonation hindering creation the most.*

If a respondent experienced an issue, they were asked if it stopped or discouraged them from posting on Instagram. The table to the right shows the percentage of respondents selecting each of response options; issues are sorted by the percentage of respondents who selected 'yes' or 'somewhat.'

First-person impersonation, usability action, and account security are the top three, which makes sense; they all involve being physically unable to access or use your account. Negative comparison is #4, followed by over enforcement and audience limitation.

Contact by a fake account and unwanted advances are the issues that reduce creation the least (it's worth noting, however, that even the issue with the least impact on creation, fake account contact, resulted in 22.6% of respondents choosing 'yes' or 'somewhat.')

*Did this experience stop or discourage you from posting on Instagram?*

| | Yes | Somewhat | No |
|---|---|---|---|
| impersonation 1st | 35.9% | 31.0% | 33.1% |
| usability action | 30.2% | 28.1% | 41.7% |
| acct security | 31.3% | 25.4% | 43.4% |
| negative comparison | 27.5% | 28.5% | 44.0% |
| over enforcement | 23.7% | 28.6% | 47.7% |
| audience limitation | 22.2% | 29.9% | 47.9% |
| self harm | 28.0% | 23.8% | 48.2% |
| bully target | 30.1% | 21.6% | 48.3% |
| drugs | 32.1% | 18.7% | 49.2% |
| transparency | 23.0% | 27.7% | 49.3% |
| data privacy | 17.4% | 30.5% | 52.0% |
| hate witness | 20.8% | 25.5% | 53.7% |
| bully witness | 20.0% | 25.8% | 54.2% |
| nudity | 22.5% | 23.0% | 54.4% |
| violence | 22.6% | 22.2% | 55.2% |
| perceived control | 19.6% | 23.8% | 56.5% |
| political posts | 16.3% | 24.1% | 59.6% |
| usability passive | 14.9% | 20.9% | 64.2% |
| misinfo | 15.2% | 20.1% | 64.7% |
| commerciality | 11.8% | 21.0% | 67.2% |
| unwanted advances | 10.1% | 18.4% | 71.6% |
| fake acct 1st | 7.9% | 14.7% | 77.4% |

*An expanded table with confidence intervals can be found here.*

17



# Respondents experiencing one or more issues

*A little over half of respondents (51.6%) experienced at least one issue in the past 7 days*

Each respondent was asked whether they've experienced any of five issues, randomly selected out of a set of 22 issues. 51.6% of respondents said they've experienced at least one issue. Within age groups, the percentage is highest among those age 16-17 (57.3%), followed by 18-21 (55.7%), and 13-15 (54.1%). The group with the lowest percentage of experiencing one or more issue is age 45+, at 31.2%. (Note: Age was the last question asked, so we only have age data for the 67.5% of respondents who completed the survey.)

| | None | 1 or more (out of 5) | % of each age group experiencing one or more issues |
|---|---|---|---|
| 13-15 | 5,283 | 6,215 | 54.1% |
| 16-17 | 7,371 | 9,888 | 57.3% |
| 18-21 | 16,033 | 21,164 | 56.9% |
| 22-26 | 12,520 | 15,713 | 55.7% |
| 27-34 | 13,019 | 13,426 | 50.8% |
| 35-44 | 9,978 | 7,689 | 43.5% |
| 45 or older | 7,877 | 3,564 | 31.2% |
| Prefer not to say | 5,647 | 5,229 | 48.1% |
| **Total** | **77,727** | **82,888** | **51.6%** |

19

# Issues by most and least impacted age groups

*The 13-15 age group has the highest rates for 8/22 issues, while the 45+ group has the lowest rates of 21/22 issues*

The table to the right shows the percentages of respondents who selected "Yes, during the last 7 days" for each of the issues, split by self-reported age. The green cells represent the lowest incidence for that issue across all age groups, and the red cells represent the highest incidence. Numbers that share a numeric subscript are not statistically significantly different from each other at $p < 0.05$. The full breakdown by all age groups is on the next slide.

The 13-15 age group has the most red cells (8)--that is, they have the highest rates of issue experience in 8 of the 22 issues, more than any other age group. By contrast, the oldest age group (45+) has the most green cells (21)–they have the lowest rates of issue experience in 10 of the 22 cells.

| | Overall | 13-15 | 45+ |
|---|---|---|---|
| commerciality | 48.2% | 37.7%a | 39.6%a,f |
| misinfo | 30.3% | 24.4%a | 16.1%e |
| bully witness | 28.3% | 27.2%a | 10.6%e |
| audience limitation | 26.8% | 28.2%a,b | 15.9%e |
| usability passive | 25.5% | 30.1%a | 10.1%e |
| hate witness | 25.3% | 26.0%a | 9.0%e |
| data privacy | 24.4% | 17.9%a | 14.3%e |
| perceived control | 23.9% | 18.4%a | 14.2%d |
| fake acct 1st | 21.8% | 15.8%a | 13.2%e |
| negative comparison | 19.2% | 21.4%a | 6.8%e |
| transparency | 17.5% | 14.9%a | 8.4%e |
| political posts | 17.0% | 14.3%a,d | 8.7%e |
| nudity | 16.3% | 19.2%a | 6.2%e |
| over enforcement | 14.8% | 14.1%a,c | 5.9%e |
| violence | 12.8% | 12.8%a,b | 5.0%d |
| unwanted advances | 11.9% | 13.0%a | 6.9%d |
| usability action | 10.7% | 11.2%a,e | 6.6%d |
| bully target | 8.1% | 10.8%a | 3.4%e |
| self harm | 6.7% | 8.4%a | 1.9%d |
| acct security | 3.9% | 5.2%a | 1.3%d |
| drugs | 3.9% | 3.7%a,b | 1.7%c |
| impersonation 1st | 3.7% | 5.5%a | 0.3%b |

*An expanded table with confidence intervals can be found here.*

20

# Issues by all age groups

*Younger people report higher rates of every issue, with some issues felt more universally than others*

In general, the older the respondent, the less likely they are to report experiencing any of the 22 issues measured. All red cells (the age group with the highest rate of experiencing an issue) are within the four youngest age groups.

The gap between the lowest and highest issue rates vary by issue. Bullying witness, for instance, has the widest delta: 31.1% of the 22-26 age group report experiencing it, compared to only 10.6% of the 45+ group, a delta of 20.5 percentage points. Other large deltas include usability passive (delta = 20 points), hate witness (19.5), and misinfo (17.5).

By contrast, certain issues are experienced at similar rates regardless of age. For example, drug sales (delta = 2.1), account security (3.9), and usability action (4.6).

| | Overall % | 13-15 | 16-17 | 18-21 | 22-26 | 27-34 | 35-44 | 45+ | Delta |
|---|---|---|---|---|---|---|---|---|---|
| | | Column N % | Column N % | Column N % | Column N % | Column N % | Column N % | Column N % | Highest-lowest |
| commerciality | 48.2% | 37.7%a | 42.5%b,f,g | 47.6%c | 51.2%d | 50.5%d | 44.8%b,e | 39.6%a,f | 13.50% |
| misinfo | 30.3% | 24.4%a | 29.2%b | 30.0%b,d | 33.6%d | 31.2%d | 24.4%a | 16.1%e | 17.50% |
| bully witness | 28.3% | 27.2%a | 29.4%b | 29.9%b,c | 31.1%c | 27.4%a | 19.8%d | 10.6%e | 20.50% |
| audience limitation | 26.8% | 28.2%a,b | 29.3%a | 28.1%a | 26.7%b | 24.9%c | 20.3%d | 15.9%e | 13.40% |
| usability passive | 25.5% | 30.1%a | 30.0%a | 29.5%a | 25.9%a | 21.6%c | 17.1%d | 10.1%e | 20.00% |
| hate witness | 25.3% | 26.0%a | 28.5%b | 27.9%b | 27.9%b | 22.5%c | 15.7%d | 9.0%e | 19.50% |
| data privacy | 24.4% | 17.9%a | 21.4%b | 23.0%c | 25.9%d | 24.8%d,f | 20.2%b | 14.3%e | 11.60% |
| perceived control | 23.9% | 18.4%a | 20.0%a | 24.8%b | 26.7%c | 24.7%b,c | 20.9%a | 14.2%d | 12.50% |
| fake acct 1st | 21.8% | 15.8%a | 21.2%b | 24.8%c | 23.4%c,d | 22.9%b,d | 17.4%a | 13.2%e | 11.60% |
| negative comparison | 19.2% | 21.4%a | 19.5%b | 20.1%a,b | 19.4%b | 17.5%c | 13.4%d | 6.8%e | 14.60% |
| transparency | 17.5% | 14.9%a | 19.1%b,f | 19.0%b | 17.1%c | 15.1%a | 12.0%d | 8.4%e | 10.70% |
| political posts | 17.0% | 14.3%a,d | 16.3%a,b | 17.3%b | 18.0%b,c | 15.2%a,f | 12.4%d | 8.7%e | 9.30% |
| nudity | 16.3% | 19.2%a | 18.4%a | 18.2%a | 16.7%b | 13.6%c | 11.3%d | 6.2%e | 13.00% |
| over enforcement | 14.8% | 14.1%a,c | 16.8%b | 16.3%b | 14.8%a,f | 12.9%c | 9.1%d | 5.9%e | 10.90% |
| violence | 12.8% | 12.8%a,b | 14.3%a | 13.2%a | 13.1%a | 11.5%b | 8.2%c | 5.0%d | 9.30% |
| unwanted advances | 11.9% | 13.0%a | 14.1%a | 14.2%a | 11.0%b | 8.0%c | 7.7%c,d | 6.9%d | 7.30% |
| usability action | 10.7% | 11.2%a,e | 11.1%a,e | 11.1%a | 10.3%a,b | 9.6%b | 8.5%c | 6.6%d | 4.60% |
| bully target | 8.1% | 10.8%a | 9.7%a | 8.1%b | 7.1%b,c | 6.5%c | 4.9%d | 3.4%e | 7.40% |
| self harm | 6.7% | 8.4%a | 7.2%a,b | 7.5%a | 5.8%b | 3.5%c | 2.5%c,d | 1.9%d | 6.50% |
| acct security | 3.9% | 5.2%a | 3.2%b,c | 4.2%a,b | 3.2%c | 2.1%d | 1.6%d | 1.3%d | 3.90% |
| drugs | 3.9% | 3.7%a,b | 3.5%a,b | 3.8%a | 2.7%a,b,c | 3.6%a,b | 2.3%b,c | 1.7%c | 2.10% |
| impersonation 1st | 3.7% | 5.5%a | 3.5%a | 5.0%a | 3.1%a | 1.2%b | 0.7%b | 0.3%b | 5.20% |

*An expanded table with confidence intervals can be found here.*

21

# Issue rates by age group and gender*

*Males and females experience issues at significantly different rates, and those patterns remain consistent across age groups.*

Pairs of green cells within each age group represent statistically significant comparisons where females experienced the issues at higher rates than males. For example, in the 13-15 age group, 27.4% of females experienced negative comparison in the last 7 days, compared to only 14.6% of males.

Pairs of yellow cells within each age group represent statistically significant comparisons where males experienced issues at higher rates than females. For example, 14.4% of males in the 13-15 age group reported being the target of bullying in the last 7 days, compared to 8.6% of females.

Interestingly, when an issue is experienced differently by males and females, that difference tends to hold across age groups. The only exception is data privacy concerns, where males report higher rates in the 13-15 and 16-17 age groups, but females report higher rates from age 27 and up.

| | 13-15 | | 16-17 | | 18-21 | | 22-26 | | 27-34 | | 35-44 | | 45 or older | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | M | F | M | F | M | F | M | F | M | F | M | F | M | F |
| acct security | 5.6%a | 4.2%a | 3.3%a | 2.9%a | 3.8%a | 3.6%a | 3.2%a | 3.4%a | 1.6%a | 2.6%a | 1.4%a | 1.5%a | 1.5%a | 1.3%a |
| audience limitation | 26.0%a | 31.0%b | 26.7%a | 33.9%b | 27.3%a | 31.0%b | 24.9%a | 30.2%b | 24.7%a | 25.1%a | 22.1%a | 21.6%a | 18.7%a | 14.5%b |
| bully target | 14.4%a | 8.6%b | 9.8%a | 9.6%a | 8.7%a | 7.9%a | 7.5%a | 6.0%a | 8.1%a | 5.0%b | 6.7%a | 3.6%b | 4.7%a | 2.4%b |
| bully witness | 27.7%a | 27.8%a | 28.1%a | 30.4%a | 28.2%a | 32.1%a | 29.0%a | 32.4%a | 25.4%a | 28.7%b | 18.8%a | 21.8%b | 11.1%a | 11.4%a |
| commerciality | 37.2%a | 39.4%a | 41.2%a | 42.4%a | 47.7%a | 45.4%a | 51.0%a | 50.7%a | 51.7%a | 49.2%a | 48.3%a | 42.8%b | 40.0%a | 39.9%a |
| data privacy | 16.4%a | 20.6%b | 19.2%a | 22.1%b | 22.9%a | 22.7%a | 26.4%a | 25.0%a | 27.3%a | 22.8%b | 23.0%a | 19.4%b | 16.3%a | 12.1%b |
| drugs | 3.1%a | 4.4%a | 4.1%a | 2.7%a | 4.9%a | 3.5%a | 2.3%a | 2.4%a | 5.6%a | 2.1%b | 1.8%a | 0.9%a | 1.5%a | 1.7%a |
| fake acct 1st | 20.1%a | 14.7%b | 23.9%a | 19.2%b | 25.5%a | 22.4%b | 23.7%a | 23.8%a | 23.3%a | 22.6%a | 23.6%a | 14.2%b | 15.6%a | 12.6%a |
| hate witness | 23.7%a | 27.8%a | 25.9%a | 29.4%b | 26.1%a | 28.7%b | 25.9%a | 28.6%b | 21.7%a | 23.0%a | 15.9%a | 16.2%a | 9.4%a | 9.4%a |
| impersonation 1st | 4.3%a | 1.2%a | 2.9%a | 4.4%a | 5.2%a | 3.6%a | 4.0%a | 2.9%a | 0.4%a | 1.2%a | 1.6%a | 0.5%a | 0.3%a | 0.5%a |
| misinfo | 28.8%a | 22.3%b | 33.2%a | 26.1%b | 32.6%a | 28.3%b | 36.7%a | 30.5%b | 35.8%a | 27.3%b | 28.9%a | 22.7%b | 17.8%a | 16.0%a |
| negative comparison | 14.6%a | 27.4%b | 12.8%a | 25.2%b | 14.9%a | 24.3%b | 15.0%a | 22.5%b | 13.8%a | 19.2%b | 12.1%a | 14.4%b | 6.5%a | 6.3%a |
| nudity | 20.7%a | 17.7%a | 20.0%a | 17.7%a | 17.8%a | 16.7%a | 17.4%a | 16.1%a | 13.4%a | 12.9%a | 11.3%a | 10.7%a | 6.5%a | 6.3%a |
| over enforcement | 16.3%a | 15.2%a | 17.9%a | 14.5%b | 17.7%a | 14.9%a | 14.0%a | 15.1%a | 13.2%a | 11.5%b | 11.0%a | 8.4%b | 9.3%a | 3.7%b |
| perceived control | 22.2%a | 19.7%a | 21.0%a | 19.3%a | 24.9%a | 21.4%b | 29.7%a | 24.2%b | 24.8%a | 23.7%a | 21.0%a | 20.1%a | 16.3%a | 15.0%a |
| political posts | 19.1%a | 13.8%b | 17.0%a | 14.6%b | 20.6%a | 15.3%b | 20.4%a | 16.1%b | 17.9%a | 14.2%b | 14.4%a | 10.3%b | 11.3%a | 9.2%a |
| self harm | 8.2%a | 9.5%a | 6.3%a | 6.1%a | 7.5%a | 7.2%a | 6.7%a | 5.6%a | 4.6%a | 2.9%a | 4.1%a | 1.4%b | 2.0%a | 1.0%a |
| transparency | 19.0%a | 13.5%b | 21.2%a | 19.0%a | 20.8%a | 17.5%b | 18.1%a | 16.3%b | 17.1%a | 14.2%b | 15.3%a | 10.7%b | 11.2%a | 7.3%b |
| unwanted advances | 14.4%a | 11.6%b | 17.1%a | 12.2%b | 15.8%a | 12.6%b | 13.1%a | 9.1%b | 10.6%a | 6.4%b | 9.6%a | 6.5%b | 11.0%a | 4.2%b |
| usability action | 8.6%a | 12.6%b | 10.2%a | 11.0%a | 9.5%a | 12.1%b | 9.5%a | 11.5%b | 8.9%a | 10.1%a | 8.1%a | 9.6%a | 7.5%a | 6.4%a |
| usability passive | 24.9%a | 34.5%b | 29.1%a | 31.5%b | 27.5%a | 31.6%b | 23.7%a | 28.0%b | 20.4%a | 23.2%b | 16.2%a | 17.8%a | 9.8%a | 10.5%a |
| violence | 14.1%a | 11.5%a | 14.4%a | 13.9%a | 12.2%a | 12.8%a | 12.9%a | 11.7%a | 10.9%a | 12.0%a | 8.1%a | 8.1%a | 6.2%a | 4.5%a |

*Gender is measured with log data. 37.3% of the sample was labeled male, 35.1% female, 27.2% unknown, and 0.5% custom. Unknown and custom were excluded from this analysis.

*An expanded table with confidence intervals can be found here.*

22

# Bullying and known antagonists, by gender

*Females respondents are more likely than males to know the antagonist offline when the target of bullying, but less likely to know the antagonist offline when witnessing bullying.*

The percentage of females responding that they know the antagonist offline/ in real life for bullying target is 17.4%, versus 11.8% for males. This difference is statistically significant, measured via a 2x2 chi square test (the 'I know them, but only online' and 'I don't know them' response options were combined for this analysis).

Interestingly, the pattern is reversed for bullying witness. The percentage of females responding that they know the antagonist offline/ in real life for bullying witness is 5.5%, versus 7.2% for males. This difference is also statistically significant.

These two patterns are particularly pronounced in the 13-15 age group (bottom table), although the pattern is found in most age groups. Because of small sample sizes when cutting by age, though, separate statistical tests were not run for those subsets.

*Known antagonist by gender*

|  |  | male | | | female | | |
|---|---|---|---|---|---|---|---|
|  |  | Offline | Online | DK | Offline | Online | DK |
| Bullying target | Row % | 11.8% | 16.6% | 71.6% | 17.4% | 13.0% | 69.5% |
|  | 95% Lower CI | 9.3% | 13.7% | 67.8% | 14.3% | 10.4% | 65.5% |
|  | 95% Upper CI | 14.5% | 19.7% | 75.1% | 20.8% | 16.1% | 73.4% |
|  | n | 69 | 97 | 420 | 92 | 69 | 368 |
| Bullying witness | Row % | 7.2% | 15.5% | 77.3% | 5.5% | 21.1% | 73.4% |
|  | 95% Lower CI | 6.3% | 14.2% | 75.7% | 4.8% | 19.8% | 72.0% |
|  | 95% Upper CI | 8.2% | 16.9% | 78.7% | 6.3% | 22.3% | 74.8% |
|  | n | 211 | 455 | 2266 | 219 | 836 | 2916 |

*Known antagonist by gender, ages 13-15 only*

|  |  | male | | | female | | |
|---|---|---|---|---|---|---|---|
|  |  | Offline | Online | DK | Offline | Online | DK |
| Bullying target | Row % | 17.3% | 24.6% | 58.1% | 29.5% | 23.3% | 47.2% |
|  | 95% Lower CI | 8.7% | 14.5% | 45.1% | 17.4% | 12.6% | 33.5% |
|  | 95% Upper CI | 28.7% | 37.2% | 71.0% | 42.2% | 35.5% | 60.8% |
|  | n | 9 | 13 | 31 | 14 | 11 | 23 |
| Bullying witness | Row % | 8.4% | 20.1% | 71.5% | 5.4% | 17.3% | 77.3% |
|  | 95% Lower CI | 4.3% | 13.4% | 62.9% | 3.0% | 13.0% | 71.9% |
|  | 95% Upper CI | 14.1% | 27.4% | 78.8% | 8.5% | 22.4% | 82.3% |
|  | n | 10 | 24 | 87 | 13 | 43 | 192 |

23

META3047MDL-004-00015051



# Results by creator segmentation

# Creator segmentation

*5.41% of survey respondents are classified as creators, based on ig_creator_segment.*

Because there are too few emerging (n=51) and established (n=9) respondents in the dataset to analyze those categories separately, they were combined with aspiring (n=698) respondents into an 'aspiring+' group for further analyses. The former pre-experimenting category was added to the not creator category.

| | | IG creator segment | | | | |
|---|---|---|---|---|---|---|
| | | Not creator | Experimenting | Aspiring | Emerging | Established |
| feed_media_7d | Mean | 1 | 2 | 4 | 8 | 6 |
| | Median | 0 | 0 | 1 | 3 | 4 |
| | n | 225,143 | 12,128 | 698 | 51 | 9 |
| story_media_7d | Mean | 7 | 19 | 35 | 51 | 78 |
| | Median | 1 | 11 | 21 | 29 | 60 |
| | n | 225,143 | 12,128 | 698 | 51 | 9 |
| reels_media_7d | Mean | 0 | 0 | 1 | 1 | 0 |
| | Median | 0 | 0 | 0 | 0 | 0 |
| | n | 225,143 | 12,128 | 698 | 51 | 9 |
| followers | Mean | 514 | 2,110 | 22,843 | 266,696 | 1,807,007 |
| | Median | 182 | 1,512 | 15,683 | 178,042 | 1,556,500 |
| | n | 225,143 | 12,128 | 698 | 51 | 9 |

25

# Issues by creator segmentation

*Most issues are experienced more often by larger creators, but the gap varies by issue*

In this table, issues are ranked by the issue rates of the aspiring+ creator group (a combination of the aspiring, emerging, and established segments). Red/green cells are the highest/lowest value in each row. 12 of the 22 issues are experienced most often by the aspiring+ group, while nearly all (21 of 22) issues are experienced most often by either the large or experimenting groups. By contrast, 21 of 22 issues are experienced the *least often* by respondents without a creator status.

Similar to age, not all issues have large gaps in experience rates across creator status. Not surprisingly, audience limitation (*"Have you felt that not enough people see the things you share on Instagram?"*) is both the most frequent issue for aspiring+ creators, as well as the issue with the largest gap: 53.5% of aspiring+ creators experienced this issue in the past 7 days, compared to only 25.7% of non-creators, a delta of 27.8 percentage points. Bullying target has the second highest delta (18.3), followed by fake account (15.9).

By contrast, issues such as drugs (1.2), account security (1.4), data privacy (1.7), and violence (2.0) are experienced similarly regardless of creator status.

| Issue | None Column N % | Experimenting Column N % | Aspiring+ Column N % | Delta High-low |
|---|---|---|---|---|
| audience limitation | 25.7%c | 45.5%b | 53.5%a | 27.8% |
| bully witness | 28.0%b | 34.0%a | 37.7%a | 9.7% |
| misinfo | 30.2%b | 31.9%a | 37.5%a | 6.1% |
| fake acct 1st | 21.4%b | 29.2%a | 37.3%a | 15.9% |
| commerciality | 48.2%b | 48.0%a,b | 36.3%a | 11.9% |
| usability passive | 25.0%b | 33.6%a | 32.1%a | 8.6% |
| hate witness | 25.1%b | 30.0%a | 28.4%a,b | 4.9% |
| bully target | 7.8%c | 12.1%b | 26.1%a | 18.3% |
| data privacy | 24.4%a | 24.7%a | 26.1%a | 1.7% |
| perceived control | 23.7%b | 26.4%a | 24.7%a,b | 2.7% |
| nudity | 16.2%a | 17.4%a | 21.3%a | 5.1% |
| political posts | 16.8%b | 21.1%a | 20.4%a,b | 4.3% |
| unwanted advances | 11.7%b | 15.2%a | 19.2%a | 7.5% |
| negative comparison | 19.0%a | 21.9%a | 17.9%a,b | 4.0% |
| transparency | 17.3%b | 20.4%a | 16.6%a,b | 3.8% |
| usability action | 10.4%b | 15.6%a | 16.2%a | 5.8% |
| over enforcement | 14.6%a | 16.8%a | 15.3%a,b | 2.2% |
| violence | 12.7%b | 14.7%a | 14.7%a,b | 2.0% |
| impersonation 1st | 3.7%b | 3.2%b | 14.7%a | 11.5% |
| self harm | 6.6%b | 8.9%a | 12.1%a,b | 5.5% |
| drugs | 3.9%a | 5.1%a | 4.0%a | 1.2% |
| acct security | 3.8%b | 5.2%a | 3.8%a,b | 1.4% |

*Aspiring, emerging, and established creator segments combined

**Cells in each row not sharing a subscript are statistically significant from each other, p < 0.05

*An expanded table with confidence intervals can be found here.*

26



CONFIDENTIAL                    META3047MDL_REPROD_VOL025                    META3047MDL-004-00015055



 META3047MDL_REPROD_VOL025



 META3047MDL_REPROD_VOL025



META3047MDL_REPROD_VOL025

META3047MDL-004-00015058





META3047MDL_REPROD_VOL025







# Editable Icons

Just copy and paste and change color or lines accordingly