# Exhibit 75

CONFIDENTIAL

Page 1

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

IN RE: SOCIAL MEDIA            )
ADOLESCENT ADDICTION/          )
PERSONAL INJURY PRODUCTS       )   MDL No. 3047
LIABILITY LITIGATION           )
                               )
                               )

 SUPERIOR COURT OF THE STATE OF CALIFORNIA FOR THE
   COUNTY OF LOS ANGELES - SPRING STREET COURTHOUSE

COORDINATION PROCEEDING        )
SPECIAL TITLE [RULE 3.400]     )
                               )
SOCIAL MEDIA CASES             )   Lead Case No.
_____)   22STCV21355
This Document Relates To       )
                               )
STATE OF TENNESSEE, ex rel.)
JONATHAN SKRMETTI,             )
ATTORNEY GENERAL and           )
REPORTER,                      )
v.                             )
META PLATFORMS, INC., and      )
INSTAGRAM, LLC.                )
_____)

CONFIDENTIAL - ATTORNEYS' EYES ONLY
PURSUANT TO PROTECTIVE ORDER
Volume 1
VIDEO-RECORDED
DEPOSITION OF JUSTIN CHENG
(Pages 1 - 375)
Held at Covington & Burling
3000 El Camino Real, Palo Alto, California
Thursday, March 13, 2025, 9:16 a.m.
- - - -
REPORTED BY:  ELAINA BULDA-JONES, CSR 11720

CONFIDENTIAL

Page 69

company do more.

BY MR. AYERS:

Q.   Was there a moment when you thought we have the answers, but we're not doing enough with them?

MR. MAINLAND:  Objection to form.

THE WITNESS:  I think I would frame it as, like, we know that these things are happening.  We should try to spend more resources to understand the scope of -- and the extent of the problem and spend more time trying to come up with solutions.

BY MR. AYERS:

Q.   And that didn't happen, right?

MS. BARNHART:  Object to the form.

THE WITNESS:  It happened sometimes, I think, with the Instagram Mental Well-Being team, but not all of the time.

BY MR. AYERS:

Q.   Do you believe that Meta -- did you leave Meta feeling that the company did not fully commit to addressing the well-being issues you studied?

MS. BARNHART:  Object to the form.

THE WITNESS:  That -- I think, like, I left the company partially to -- because it was difficult to publish research.  So I guess you could

CONFIDENTIAL

Page 70

say that it, like -- I guess from my point of view it seemed like the company did not prioritize well-being research enough.

BY MR. AYERS:

Q. Would you say your departure had anything to do with feeling that well-being research wasn't valued as other priorities at Meta?

MR. MAINLAND: Objection to form.

THE WITNESS: That would be my -- that would be my personal opinion, yes.

BY MR. AYERS:

Q. Mr. Cheng, has any research which you -- at Discord, has any of the research that you worked on been published?

A. I don't work on research at Discord.

Q. So why was it so important that your work at Meta be published in your view?

A. I think it's more, like, I thought the -- the -- like, we/the company owes it to the public to, like, share, like, knowledge about, like, what we learn. And we shouldn't selectively, like, decide what to publish on.

MR. AYERS: We can take a break.

MR. MAINLAND: Okay.

10:28 25    THE VIDEOGRAPHER: Time is    . We're