# Exhibit 80

**SECOND AMENDMENT TO THE TOLLING AGREEMENT**

The Tolling Agreement by and between the undersigned Attorneys General of Alabama, Alaska, Arizona, Arkansas, California, Colorado, Delaware, District of Columbia, Florida, Georgia, Guam, Idaho, Indiana, Kentucky, Louisiana, Maryland, Massachusetts, Michigan, Minnesota, Missouri, Montana, Nebraska, New Hampshire, New Jersey, New York, Nevada, North Carolina, North Dakota, Ohio, Oklahoma, Oregon, South Carolina, Tennessee, Rhode Island, South Dakota, Utah, Vermont, West Virginia, Wisconsin, and Wyoming, and Meta Platforms, Inc. ("Meta") that was executed by Meta on July 18, 2022 and pertains to the Multistate Investigation related to the Instagram platform ("Tolling Agreement") that was previously amended to extend the termination date set forth in Paragraph 3(a) of the Tolling Agreement from December 1, 2022 to 11:59 pm Eastern Standard Time on June 1, 2023 is hereby further amended as follows:

1. The termination date set forth in Paragraph 3(a) of the Tolling Agreement shall be extended to 11:59 pm Eastern Standard Time on December 1, 2023.
2. The term "Matters Under Investigation" shall be amended to mean "provision, design, operation, and promotion of Instagram, Facebook, and Horizon Worlds, to children and teen users."  This amended definition shall be effective as of June 1, 2023.
3. The term "Multistate Investigation" shall mean a multistate investigation led by the Lead States of the Matters Under Investigation.
4. In addition to the Attorneys General identified above, the Attorneys General of the states of Connecticut, Hawaii, Illinois, Iowa, Kansas, Maine, Mississippi, New Mexico, Pennsylvania, Texas, Virginia, and Washington shall be considered a party to the Tolling Agreement, effective as of June 1, 2023.

The undersigned hereby represent that they have the authority to execute this extension on behalf of their respective clients and/or indicated State.