# Exhibit 84



# 2019 MARKETING BUDGET

October 18, 2018

HIGHLY CONFIDENTIAL (COMPETITOR)   META3047MDL_RVOL003   META3047MDL-003-00141446

# 3 KEY OBJECTIVES TO SUPPORT INSTAGRAM'S MISSION

Be teens' favorite place to share everyday moments and get closer to the people and things they love.

$127.3M Total ($89.8M Opex, $37.5M HA, +89% y/y)

### Objective 1

Establish Instagram as the favorite place for teens to freely express themselves with friends

- **IG Stories** - Get teens to share more everyday moments (*KPI: Stories producer PR*)

- **IG Direct** - Get teens to message their friends more everyday (*KPI: Direct Sender PR*)

- **Northstar:** Strengthen IG's brand purpose with a focus on sharing, interests, and community while articulating what we stand for in the world (*KPI: define northstar metric and lift*)

**$83.0M (65% of total)**
$60M Opex; $23.0M HA

### Objective 2

Position new bets for success (IGTV, Shopping, Direct app)

- **IGTV** - Get teens to view more content on IGTV (*KPI: IGTV PR*)

- **Shopping** - Get early work women to adopt shopping experience on IG and in the new standalone app (*KPI: IG Shopping PR*)

- **Direct app** - Get teens to adopt the new standalone app as the preferred way to message their friends everyday (*KPI: Direct app PR*)

**$29.3M  (23% of total)**
$20.3M Opex; $9.0M HA

### Objective 3

Reinforce that Instagram is the safest and kindest online platform

- **Well-being** - Get teens, parents, educators, and policy makers to believe Instagram is a safe and kind platform through well-being features and programs (*KPI: stat sig lift in 2 sentiments - safe place to express myself and encourages a kind community*)

**$15.0M (12% of total)**
$9.5M Opex; $5.5M HA

3

HIGHLY CONFIDENTIAL (COMPETITOR)

META3047MDL_RVOL003                META3047MDL-003-00141448