# Exhibit 89

# META3047MDL-087-00006161

Table of Contents

1  META3047MDL-087-00006161



Home → Data → Community Standards Enforcement Report

# Community Standards Enforcement Report

We want Facebook and Instagram to be places where people have a voice. To create conditions where everyone feels comfortable expressing themselves, we must also protect their safety, privacy, dignity and authenticity. This is why we have the Facebook Community Standards and Instagram Community Guidelines, which define what is and is not allowed in our community.

**Transparency Center**

Policies    Enforcement    Features    Oversight    Data

- Facebook
- Download (CSV)

**Overview**

Adult Nudity and Sexual Activity

Bullying and Harassment

Child Endangerment: Nudity and Physical Abuse and Sexual Exploitation

Dangerous Organizations: Terrorism and Organized Hate

Fake Accounts

Hate Speech

Regulated Goods: Drugs and Firearms

Spam

Suicide and Self-Injury

Violence and Incitement

Violent and Graphic Content

## Q3 2022 report

We publish the Community Standards Enforcement Report on a quarterly basis to more effectively track our progress and demonstrate our continued commitment to making Facebook and Instagram safe and inclusive.

## What's new

In this November 2022 quarterly report, we share updated metrics for the reporting period from July to September 2022, detailing our progress on content that violates our policies.

## Facebook and Instagram policies

Facebook and Instagram share content policies. Content that is considered violating on Facebook is also considered violating on Instagram. Throughout this report, we link to our Community Standards, which include the most comprehensive descriptions of these policies.

As we improve our methodologies, measure violations in more languages or across new parts of Facebook and Instagram and update our policies, the way we define and measure enforcement may change. As a result, historical comparisons may be imperfect.

## Learn more

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY
HIGHLY CONFIDENTIAL (COMPETITOR)

METATNAG-032-00005923
META3047MDL-087-00006161

- Review EY's independent, third-party assessment of our Community Standards Enforcement Report from the fourth quarter of 2021.

- Review a report from independent academic experts on their findings and recommendations on our data transparency efforts.



**14**

Policies on Facebook

**12**

Policies on Instagram

**Read our Newsroom post about this report**

## Recent trends



Q3 2022

**0.05%**

**Prevalence on Adult Nudity and Sexual Activity**

Prevalence was 0.05% in Q3 2022, increasing from 0.04% Q2 2022 due to some viral, sexually suggestive videos in July.

Q3 2022

**29.3 million**

**Content Actioned on Adult Nudity and Sexual Activity**

Content actioned decreased from 38.4 million in Q2 2022 to 29.3 million in Q3 2022 returning to pre-Q2 levels following an increase in spam actors sharing large volumes of violating videos containing nudity in Q2.

## Data by policy area

**VIOLENCE AND CRIMINAL BEHAVIOR**

Dangerous Organizations: Terrorism and Organized Hate

Regulated Goods: Drugs and Firearms

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY
HIGHLY CONFIDENTIAL (COMPETITOR)

METATNAG-032-00005924
META3047MDL-087-00006162

Violence and Incitement

**SAFETY**
Suicide and Self-Injury
Child Endangerment: Nudity and Physical Abuse and
Sexual Exploitation
Bullying and Harassment

**OBJECTIONABLE CONTENT**
Hate Speech
Violent and Graphic Content
Adult Nudity and Sexual Activity

**INTEGRITY AND AUTHENTICITY**
Fake Accounts
Spam

## Learn about our measurements

**DEEP DIVE**
Prevalence
Content actioned
Proactive rate
Appealed content
Restored content
Getting better at measurement
Corrections and adjustments

NEXT ⊙
## Adult Nudity and Sexual Activity

∞ Meta

Transparency Center

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY
HIGHLY CONFIDENTIAL (COMPETITOR)

METATNAG-032-00005925
META3047MDL-087-00006163

**POLICIES**

Facebook Community Standards

Other policies

How Meta improves

**ENFORCEMENT**

Detecting violations

Taking action

**FEATURES**

Our approach to elections

Our approach to misinformation

Our approach to newsworthy content

Our approach to ranking

**OVERSIGHT**

How to appeal to the Oversight Board

Oversight Board cases

Oversight Board recommendations

Creating the Oversight Board

Oversight Board: Further asked questions

Meta's Quarterly Updates on the Oversight Board

**DATA**

Community Standards Enforcement Report

Intellectual Property

Government Requests for User Data

Content Restrictions Based on Local Law

Internet Disruptions

Widely Viewed Content Report

Regulatory and Other Transparency Reports

Ad Library

Crowdtangle

Facebook Open Research and Transparency

Data Policy  •  Terms of Service  •  Cookies

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY
HIGHLY CONFIDENTIAL (COMPETITOR)

METATNAG-032-00005926
META3047MDL-087-00006164



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY
HIGHLY CONFIDENTIAL (COMPETITOR)

METATNAG-032-00005927
META3047MDL-087-00006165

PREVALENCE

## How prevalent were adult nudity and sexual activity violations?



How we calculate it ⊙    Read about this data ⊙

CONTENT ACTIONED

## How much adult nudity and sexual activity content did we take action on?



How we calculate it ⊙    Read about this data ⊙

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY
HIGHLY CONFIDENTIAL (COMPETITOR)

METATNAG-032-00005928
META3047MDL-087-00006166

PROACTIVE RATE

## Of the violating content we actioned for adult nudity and sexual activity, how much did we find before people reported it?



    Found and flagged by us        Reported by users

**How we calculate it** ⓘ    **Read about this data** ⊕

## Correcting mistakes

People can appeal our decisions, unless there are extreme safety concerns. We restore content we incorrectly removed or when circumstances change. Restores can happen from appeals or when we identify issues ourselves.

APPEALED CONTENT

## How much of the content we actioned for adult nudity and sexual activity did people appeal?



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY
HIGHLY CONFIDENTIAL (COMPETITOR)

METATNAG-032-00005929
META3047MDL-087-00006167



**How we calculate it** ⓘ    **Read about this data** ⊕

RESTORED CONTENT

## How much actioned content for adult nudity and sexual activity was later restored?



| ▦ Restored without appeal | ◈ Restored after appeal | ▬ Total |

**How we calculate it** ⓘ    **Read about this data** ⊕

**NOTE:**
Due to a temporary reduction in our review capacity as a result of COVID-19, we could not always offer people the option to appeal. We still gave people the option to tell us they disagreed with our decision, which helped us review many of these

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY
HIGHLY CONFIDENTIAL (COMPETITOR)

METATNAG-032-00005930
META3047MDL-087-00006168

to appeal. We still gave people the option to tell us they disagreed with our decision, which helped us review many of these instances and restore content when appropriate. Starting in Q2 2022, we updated our methodology for how we count appeals to include all instances where content was submitted for additional review, including after people told us that they disagreed with our decision.

⊙ PREVIOUS
Overview

NEXT ⊙
Bullying and Harassment

∞ Meta

Transparency Center

**POLICIES**

Facebook Community Standards

Other policies

How Meta improves

**ENFORCEMENT**

Detecting violations

Taking action

**FEATURES**

Our approach to elections

Our approach to misinformation

Our approach to newsworthy content

Our approach to ranking

**OVERSIGHT**

How to appeal to the Oversight Board

Oversight Board cases

Oversight Board recommendations

Creating the Oversight Board

Oversight Board: Further asked questions

Meta's Quarterly Updates on the Oversight Board

**DATA**

Community Standards Enforcement Report

Intellectual Property

Government Requests for User Data

Content Restrictions Based on Local Law

Internet Disruptions

Widely Viewed Content Report

Regulatory and Other Transparency Reports

Ad Library

Crowdtangle

Facebook Open Research and Transparency

Data Policy · Terms of Service · Cookies

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY
HIGHLY CONFIDENTIAL (COMPETITOR)

METATNAG-032-00005931
META3047MDL-087-00006169

∞ Meta

Transparency Center

Policies    Enforcement    Features    Oversight    Data

🌐 Facebook ⌄

⬇ Download (CSV)

Overview

Adult Nudity and Sexual
Activity

**Bullying and Harassment**

Child Endangerment: Nudity
and Physical Abuse and
Sexual Exploitation

Dangerous Organizations:
Terrorism and Organized Hate

Fake Accounts

Hate Speech

Regulated Goods: Drugs and
Firearms

Spam

Suicide and Self-Injury

Violence and Incitement

Violent and Graphic Content

Home → Data → Community Standards Enforcement Report

# Bullying and Harassment

We do not tolerate bullying and harassment on Facebook and Instagram. Because we recognize bullying can be especially harmful for minors, our policies provide heightened protections for them. We want to allow for open and vital discussion of people who are in the news or who have a large public audience, so we do permit more open or critical discourse towards public figures than private individuals.

Because bullying and harassment is highly personal by nature, using technology to proactively detect these behaviors can be more challenging than other types of violations. That's why we also rely on people to report this behavior to us so we can identify and remove it. When measuring prevalence in this area, the metric captures only bullying and harassment where a deeper understanding of context or meaning is not necessary to determine if it violates our policy. We continue to invest in our proactive detection technology to ensure we are tackling the problem and protecting our community.

Read the policy details ⊕

## Recent trends

‹ ›

🌐                                      Q3 2022

**0.08%** ↘
**Prevalence on Bullying and Harassment**

Prevalence remained relatively consistent across Q2 2022 and Q3 2022.

→

🌐                                      Q3 2022

**67.8%** ↘
**Proactive Rate on Bullying and Harassment**

Proactive rate decreased from 76.7% in Q2 2022 to 67.8% in Q3 2022 due to updates made to our proactive detection technology to improve accuracy as well as the resolution of a bug in Q3 that impacted some reviewed content.

→

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY
HIGHLY CONFIDENTIAL (COMPETITOR)

METATNAG-032-00005932
META3047MDL-087-00006170

PREVALENCE

## How prevalent were bullying and harassment violations?



How we calculate it ⓘ     Read about this data ⊕

CONTENT ACTIONED

## How much bullying and harassment content did we take action on?



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY
HIGHLY CONFIDENTIAL (COMPETITOR)

METATNAG-032-00005933
META3047MDL-087-00006171

How we calculate it ⓘ     Read about this data ⊙

PROACTIVE RATE

## Of the violating content we actioned for bullying and harassment, how much did we find before people reported it?



☒ Found and flagged by us     ◈ Reported by users

How we calculate it ⓘ     Read about this data ⊙

## Correcting mistakes

People can appeal our decisions, unless there are extreme safety concerns. We restore content we incorrectly removed or when circumstances change. Restores can happen from appeals or when we identify issues ourselves.

APPEALED CONTENT

## How much of the content we actioned for bullying and harassment did people appeal?



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY
HIGHLY CONFIDENTIAL (COMPETITOR)

METATNAG-032-00005934
META3047MDL-087-00006172



**How we calculate it** ⓘ     **Read about this data** ⊕

RESTORED CONTENT

## How much actioned content for bullying and harassment was later restored?



Restored without appeal     Restored after appeal     ▬ Total

**How we calculate it** ⓘ     **Read about this data** ⊕

NOTE:

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY
HIGHLY CONFIDENTIAL (COMPETITOR)

METATNAG-032-00005935
META3047MDL-087-00006173

**NOTE:**

Due to a temporary reduction in our review capacity as a result of COVID-19, we could not always offer people the option to appeal. We still gave people the option to tell us they disagreed with our decision, which helped us review many of these instances and restore content when appropriate. Starting in Q2 2022, we updated our methodology for how we count appeals to include all instances where content was submitted for additional review, including after people told us that they disagreed with our decision.

⊙ PREVIOUS

**Adult Nudity and Sexual Activity**

NEXT ⊙

**Child Endangerment: Nudity and Physical Abuse and Sexual Exploitation**

∞ Meta

Transparency Center

**POLICIES**

Facebook Community Standards

Other policies

How Meta improves

**ENFORCEMENT**

Detecting violations

Taking action

**FEATURES**

Our approach to elections

Our approach to misinformation

Our approach to newsworthy content

Our approach to ranking

**OVERSIGHT**

How to appeal to the Oversight Board

Oversight Board cases

Oversight Board recommendations

Creating the Oversight Board

Oversight Board: Further asked questions

Meta's Quarterly Updates on the Oversight Board

**DATA**

Community Standards Enforcement Report

Intellectual Property

Government Requests for User Data

Content Restrictions Based on Local Law

Internet Disruptions

Widely Viewed Content Report

Regulatory and Other Transparency Reports

Ad Library

Crowdtangle

Facebook Open Research and Transparency

Data Policy  ·  Terms of Service  ·  Cookies

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY
HIGHLY CONFIDENTIAL (COMPETITOR)

METATNAG-032-00005936
META3047MDL-087-00006174

∞ Meta

Transparency Center

Policies    Enforcement    Features    Oversight    Data



Facebook ⌄

⬇ Download (CSV)

Overview

Adult Nudity and Sexual Activity

Bullying and Harassment

**Child Endangerment: Nudity and Physical Abuse and Sexual Exploitation**

Dangerous Organizations: Terrorism and Organized Hate

Fake Accounts

Hate Speech

Regulated Goods: Drugs and Firearms

Spam

Suicide and Self-Injury

Violence and Incitement

Violent and Graphic Content

Home → Data → Community Standards Enforcement Report

# Child Endangerment: Nudity and Physical Abuse and Sexual Exploitation

We do not allow content that endangers children, such as content that contains nudity or physical abuse or content that sexually exploits children on Facebook and Instagram. When we find this type of violating content, we remove it, regardless of the context or the person's motivation for sharing it. We may also disable the account of the person who shared it, unless it appears the intent was not malicious (for example, to spread awareness of child exploitation).

We report apparent child exploitation to the National Center for Missing and Exploited Children (NCMEC), a nonprofit that refers cases to law enforcement globally, in compliance with US law. We choose to remove content depicting non-sexualized child nudity to reduce the potential for abuse of the content by others.

Read the policy details ⊕

## Recent trends

 

                                    Q3 2022

### 2.3 million ↗
**Content Actioned on Child Endangerment: Nudity and Physical Abuse**

Content actioned increased from 1.9 million in Q2 2022 to 2.3 million in Q3 2022 due to the removal of old violating content added to our media-matching technology banks.

→

                                    Q3 2022

### 30.1 million ↗
**Content Actioned on Child Endangerment: Sexual Exploitation**

Content actioned increased from 20.4 million in Q2 2022 to 30.1 million in Q3 2022 due to a spike in removals of old, violating videos added to our media-matching technology banks.

→

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY
HIGHLY CONFIDENTIAL (COMPETITOR)

METATNAG-032-00005937
META3047MDL-087-00006175

PREVALENCE

## How prevalent were child endangerment violations?



We cannot estimate prevalence for child endangerment right now. We will continue to expand prevalence measurement to more areas as we confirm accuracy and meaningful data.

CONTENT ACTIONED

## How much child endangerment content did we take action on?



Child Nudity and Sexual Exploitation    Child Nudity and Physical Abuse    Child Sexual Exploitation

How we calculate it ⓘ    Read about this data ⊕

PROACTIVE RATE

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY
HIGHLY CONFIDENTIAL (COMPETITOR)

METATNAG-032-00005938
META3047MDL-087-00006176

**Of the violating content we actioned for child endangerment, how much did we find before people reported it?**

Child Nudity and Physical Abuse ▾



☷ Found and flagged by us      ✦ Reported by users

**How we calculate it** ⓘ      **Read about this data** ⊕

## Correcting mistakes

People can appeal our decisions, unless there are extreme safety concerns. We restore content we incorrectly removed or when circumstances change. Restores can happen from appeals or when we identify issues ourselves.

APPEALED CONTENT

**How much of the content we actioned for child endangerment did people appeal?**



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY
HIGHLY CONFIDENTIAL (COMPETITOR)

METATNAG-032-00005939
META3047MDL-087-00006177



| Child Nudity and Sexual Exploitation | Child Nudity and Physical Abuse | Child Sexual Exploitation |

**How we calculate it** ⓘ    **Read about this data** ⊙

RESTORED CONTENT

## How much actioned content for child endangerment was later restored?

Child Nudity and Physical Abuse ⌄

| Restored without appeal | Restored after appeal | Total |

**How we calculate it** ⓘ    **Read about this data** ⊙

**NOTE:**

Due to a temporary reduction in our review capacity as a result of COVID-19, we could not always offer people the option to appeal. We still gave people the option to tell us they disagreed with our decision, which helped us review many of these instances and restore content when appropriate. Starting in Q2 2022, we updated our methodology for how we count appeals to include all instances where content was submitted for additional review, including after people told us that they disagreed with our decision.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY
HIGHLY CONFIDENTIAL (COMPETITOR)

METATNAG-032-00005940
META3047MDL-087-00006178

⊙ PREVIOUS

**Bullying and Harassment**

NEXT ⊙

**Dangerous Organizations: Terrorism and Organized Hate**

∞ Meta

Transparency Center

**POLICIES**

Facebook Community Standards

Other policies

How Meta improves

**ENFORCEMENT**

Detecting violations

Taking action

**FEATURES**

Our approach to elections

Our approach to misinformation

Our approach to newsworthy content

Our approach to ranking

**OVERSIGHT**

How to appeal to the Oversight Board

Oversight Board cases

Oversight Board recommendations

Creating the Oversight Board

Oversight Board: Further asked questions

Meta's Quarterly Updates on the Oversight Board

**DATA**

Community Standards Enforcement Report

Intellectual Property

Government Requests for User Data

Content Restrictions Based on Local Law

Internet Disruptions

Widely Viewed Content Report

Regulatory and Other Transparency Reports

Ad Library

Crowdtangle

Facebook Open Research and Transparency

Data Policy  •  Terms of Service  •  Cookies

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY
HIGHLY CONFIDENTIAL (COMPETITOR)

METATNAG-032-00005941
META3047MDL-087-00006179

Meta

Transparency Center

Policies Enforcement Features Oversight Data

Facebook

Download (CSV)

Overview

Adult Nudity and Sexual Activity

Bullying and Harassment

Child Endangerment: Nudity and Physical Abuse and Sexual Exploitation

**Dangerous Organizations: Terrorism and Organized Hate**

Fake Accounts

Hate Speech

Regulated Goods: Drugs and Firearms

Spam

Suicide and Self-Injury

Violence and Incitement

Violent and Graphic Content

Home → Data → Community Standards Enforcement Report

# Dangerous Organizations: Terrorism and Organized Hate

We do not allow organizations or individuals that proclaim a violent mission, or are engaging in violence, to have a presence on Facebook and Instagram. We do not allow content that praises, supports or represents individuals or groups engaging in terrorist activity or organized hate.

This report does not include data on other dangerous organizations prohibited from having a presence on Facebook and Instagram, including those engaging in mass or multiple murder, human trafficking or organized criminal activity. Learn more about our latest efforts enforcing our dangerous organizations policy.

Read the policy details

## Recent trends

Q3 2022

**1.2 million**

**Content Actioned on Dangerous Organizations and Individuals: Organized Hate**

Content actioned decreased from 2.3 million in Q2 2022 to 1.2 million in Q3 2022, returning to pre-Q2 levels after elevated proactive enforcement by our media-matching technology in Q2.

Q3 2022

**16.7 million**

**Content Actioned on Dangerous Organizations and Individuals: Terrorism**

Content actioned increased from 13.5 million in Q2 2022 to 16.7 million in Q3 2022 due to non-violating videos added incorrectly to our media-matching technology banks that were later restored.

PREVALENCE

## How prevalent were dangerous organizations violations?



### Terrorism

Views of violating content that contains terrorism are very infrequent, and we remove much of this content before people see it. As a result, many times we do not find enough violating samples to precisely estimate prevalence.

In Q3 2022, this was true for violations of our policies on terrorism, suicide and self-injury and regulated goods on Facebook and Instagram. In these cases, we can estimate an upper limit of how often someone would see content that violates these policies.

In Q3 2022, the upper limit was 0.05% for violations of our policy for terrorism on Facebook. This means that out of every 10,000 views of content on Facebook, we estimate no more than 5 of those views contained content that violated the policy.

### Organized Hate

We cannot estimate prevalence for organized hate right now. We will continue to expand prevalence measurement to more areas as we confirm accuracy and meaningful data.

CONTENT ACTIONED

## How much dangerous organizations content did we take action on?



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY
HIGHLY CONFIDENTIAL (COMPETITOR)

METATNAG-032-00005943
META3047MDL-087-00006181



How we calculate it ⓘ    Read about this data ⊕

PROACTIVE RATE

## Of the violating content we actioned for dangerous organizations, how much did we find before people reported it?

Terrorism ⌄



 Found and flagged by us     Reported by users

How we calculate it ⓘ    Read about this data ⊕

## Correcting mistakes

People can appeal our decisions, unless there are extreme safety concerns. We restore content we incorrectly removed or when circumstances change. Restores can happen from appeals or when we identify issues ourselves.

APPEALED CONTENT

## How much of the content we actioned for dangerous organizations did people appeal?



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY
HIGHLY CONFIDENTIAL (COMPETITOR)

METATNAG-032-00005944
META3047MDL-087-00006182



Terrorism    Organized Hate

**How we calculate it** ⓘ    **Read about this data** ⊕

RESTORED CONTENT

## How much actioned content for dangerous organizations was later restored?

Terrorism ▾



Restored without appeal    Restored after appeal    Total

**How we calculate it** ⓘ    **Read about this data** ⊕

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY
HIGHLY CONFIDENTIAL (COMPETITOR)

METATNAG-032-00005945
META3047MDL-087-00006183

**NOTE:**

Due to a temporary reduction in our review capacity as a result of COVID-19, we could not always offer people the option to appeal. We still gave people the option to tell us they disagreed with our decision, which helped us review many of these instances and restore content when appropriate. Starting in Q2 2022, we updated our methodology for how we count appeals to include all instances where content was submitted for additional review, including after people told us that they disagreed with our decision.

⊙ PREVIOUS

## Child Endangerment: Nudity and Physical Abuse and Sexual Exploitation

NEXT ⊙

## Fake Accounts

∞ Meta

Transparency Center

**POLICIES**

Facebook Community Standards

Other policies

How Meta improves

**ENFORCEMENT**

Detecting violations

Taking action

**FEATURES**

Our approach to elections

Our approach to misinformation

Our approach to newsworthy content

Our approach to ranking

**OVERSIGHT**

How to appeal to the Oversight Board

Oversight Board cases

Oversight Board recommendations

Creating the Oversight Board

Oversight Board: Further asked questions

Meta's Quarterly Updates on the Oversight Board

**DATA**

Community Standards Enforcement Report

Intellectual Property

Government Requests for User Data

Content Restrictions Based on Local Law

Internet Disruptions

Widely Viewed Content Report

Regulatory and Other Transparency Reports

Ad Library

Crowdtangle

Facebook Open Research and Transparency

Data Policy  ⋅ Terms of Service  ⋅ Cookies

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY
HIGHLY CONFIDENTIAL (COMPETITOR)

METATNAG-032-00005946
META3047MDL-087-00006184

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY
HIGHLY CONFIDENTIAL (COMPETITOR)

METATNAG-032-00005947
META3047MDL-087-00006185



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY
HIGHLY CONFIDENTIAL (COMPETITOR)

METATNAG-032-00005948
META3047MDL-087-00006186

PREVALENCE

## How prevalent were fake account violations?



We estimate that fake accounts represented approximately 5% of our worldwide monthly active users (MAU) on Facebook during Q3 2022.

ACCOUNTS ACTIONED

## How many fake accounts did we take action on?



How we calculate it ⓘ     Read about this data ⓘ

PROACTIVE RATE

## Of the violating accounts we actioned, how many did we find before people reported them?



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY
HIGHLY CONFIDENTIAL (COMPETITOR)

METATNAG-032-00005949
META3047MDL-087-00006187



☒ Found and flagged by us          ◈ Reported by users

How we calculate it ⓘ          Read about this data ⊕

⊙ PREVIOUS

## Dangerous Organizations: Terrorism and Organized Hate

NEXT ⊙

## Hate Speech

∞ Meta

Transparency Center

| POLICIES | ENFORCEMENT | FEATURES |
|---|---|---|
| Facebook Community Standards | Detecting violations | Our approach to elections |
| Other policies | Taking action | Our approach to misinformation |
| How Meta improves | | Our approach to newsworthy content |
| | | Our approach to ranking |

| OVERSIGHT | DATA | |
|---|---|---|
| How to appeal to the Oversight Board | Community Standards Enforcement Report | Ad Library |
| Oversight Board cases | Intellectual Property | Crowdtangle |
| Oversight Board recommendations | Government Requests for User Data | Facebook Open Research and Transparency |
| Creating the Oversight Board | Content Restrictions Based on Local Law | |

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY
HIGHLY CONFIDENTIAL (COMPETITOR)

METATNAG-032-00005950
META3047MDL-087-00006188

Oversight Board: Further asked
questions

Internet Disruptions

Meta's Quarterly Updates on the
Oversight Board

Widely Viewed Content Report

Regulatory and Other
Transparency Reports

Data Policy  ·  Terms of Service  ·  Cookies

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY
HIGHLY CONFIDENTIAL (COMPETITOR)

METATNAG-032-00005951
META3047MDL-087-00006189



∞ Meta

Transparency Center

Policies    Enforcement    Features    Oversight    Data

**Facebook** ▾

⬇ Download (CSV)

Overview

Adult Nudity and Sexual Activity

Bullying and Harassment

Child Endangerment: Nudity and Physical Abuse and Sexual Exploitation

Dangerous Organizations: Terrorism and Organized Hate

Fake Accounts

**Hate Speech**

Regulated Goods: Drugs and Firearms

Spam

Suicide and Self-Injury

Violence and Incitement

Violent and Graphic Content

Home → Data → Community Standards Enforcement Report

# Hate Speech

We do not allow hate speech on Facebook and Instagram. We define hate speech as violent or dehumanizing speech, statements of inferiority, calls for exclusion or segregation based on protected characteristics or slurs. These characteristics include race, ethnicity, national origin, religious affiliation, sexual orientation, caste, sex, gender, gender identity and serious disability or disease.

When the intent is clear, we may allow people to share someone else's hate speech content to raise awareness or discuss whether the speech is appropriate to use, to use slurs self-referentially in an effort to reclaim the term or for other similar reasons.

Read the policy details ⊙

## Recent trends    ⊙ ⊙



Q3 2022

### 0.02%
**Prevalence on Hate Speech**

Prevalence remained relatively consistent across Q2 2022 and Q3 2022.

→



Q3 2022

### 10.6 million ⬎
**Content Actioned on Hate Speech**

Content actioned decreased from 13.5 million in Q2 2022 to 10.6 million in Q3 2022 due to a reduction in actions taken by our proactive detection technology after we launched improvements to better recognize humorous terms of endearment used between friends.

→

PREVALENCE

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY
HIGHLY CONFIDENTIAL (COMPETITOR)

METATNAG-032-00005952
META3047MDL-087-00006190

## How prevalent were hate speech violations?



**How we calculate it** ⓘ     **Read about this data** ⊕

CONTENT ACTIONED

## How much hate speech content did we take action on?



**How we calculate it** ⓘ     **Read about this data** ⊕

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY
HIGHLY CONFIDENTIAL (COMPETITOR)

METATNAG-032-00005953
META3047MDL-087-00006191

PROACTIVE RATE

**Of the violating content we actioned for hate speech, how much did we find before people reported it?**



Found and flagged by us     Reported by users

**How we calculate it** ⓘ     **Read about this data** ⊙

## Correcting mistakes

People can appeal our decisions, unless there are extreme safety concerns. We restore content we incorrectly removed or when circumstances change. Restores can happen from appeals or when we identify issues ourselves.

APPEALED CONTENT

**How much of the content we actioned for hate speech did people appeal?**



2.5M

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY
HIGHLY CONFIDENTIAL (COMPETITOR)

METATNAG-032-00005954
META3047MDL-087-00006192



How we calculate it ⓘ     Read about this data ⊕

RESTORED CONTENT

## How much actioned content for hate speech was later restored?



⬚ Restored without appeal     ◈ Restored after appeal     ▬ Total

How we calculate it ⓘ     Read about this data ⊕

**NOTE:**

Due to a temporary reduction in our review capacity as a result of COVID-19, we could not always offer people the option to appeal. We still gave people the option to tell us they disagreed with our decision, which helped us review many of these instances and restore content when appropriate. Starting in Q2 2022, we updated our methodology for how we count appeals to include all instances where content was submitted for additional review, including after people told us that they disagreed with our decision.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY
HIGHLY CONFIDENTIAL (COMPETITOR)

METATNAG-032-00005955
META3047MDL-087-00006193

⊙ PREVIOUS

**Fake Accounts**

NEXT ⊙

**Regulated Goods: Drugs and Firearms**

∞ Meta

Transparency Center

**POLICIES**

Facebook Community Standards

Other policies

How Meta improves

**ENFORCEMENT**

Detecting violations

Taking action

**FEATURES**

Our approach to elections

Our approach to misinformation

Our approach to newsworthy content

Our approach to ranking

**OVERSIGHT**

How to appeal to the Oversight Board

Oversight Board cases

Oversight Board recommendations

Creating the Oversight Board

Oversight Board: Further asked questions

Meta's Quarterly Updates on the Oversight Board

**DATA**

Community Standards Enforcement Report

Intellectual Property

Government Requests for User Data

Content Restrictions Based on Local Law

Internet Disruptions

Widely Viewed Content Report

Regulatory and Other Transparency Reports

Ad Library

Crowdtangle

Facebook Open Research and Transparency

Data Policy · Terms of Service · Cookies

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY
HIGHLY CONFIDENTIAL (COMPETITOR)

METATNAG-032-00005956
META3047MDL-087-00006194



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY
HIGHLY CONFIDENTIAL (COMPETITOR)

PREVALENCE

## How prevalent were regulated goods violations?



Views of violating content that contains regulated goods are very infrequent, and we remove much of this content before people see it. As a result, many times we do not find enough violating samples to precisely estimate prevalence.

In Q3 2022, this was true for violations of our policies on regulated goods, suicide and self-injury and terrorism on Facebook and Instagram. In these cases, we can estimate an upper limit of how often someone would see content that violates these policies.

In Q3 2022, the upper limit was 0.05% for violations of our policy for regulated goods on Facebook. This means that out of every 10,000 views of content on Facebook, we estimate no more than 5 of those views contained content that violated the policy.

CONTENT ACTIONED

## How much regulated goods content did we take action on?



How we calculate it ⓘ    Read about this data ⊙

PROACTIVE RATE

## Of the violating content we actioned for regulated goods, how much did we find before people reported it?

Drugs ⌄



Found and flagged by us        Reported by users

**How we calculate it** ⓘ     **Read about this data** ⊕

## Correcting mistakes

People can appeal our decisions, unless there are extreme safety concerns. We restore content we incorrectly removed or when circumstances change. Restores can happen from appeals or when we identify issues ourselves.

APPEALED CONTENT

## How much of the content we actioned for regulated goods did people appeal?



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY
HIGHLY CONFIDENTIAL (COMPETITOR)

METATNAG-032-00005959
META3047MDL-087-00006197



Drugs    ⚠ Firearms

**How we calculate it** ⓘ    **Read about this data** ⊕

RESTORED CONTENT

# How much actioned content for regulated goods was later restored?



Restored without appeal    Restored after appeal    Total

**How we calculate it** ⓘ    **Read about this data** ⊕

**NOTE:**

Due to a temporary reduction in our review capacity as a result of COVID-19, we could not always offer people the option to appeal. We still gave people the option to tell us they disagreed with our decision, which helped us review many of these instances and restore content when appropriate. Starting in Q2 2022, we updated our methodology for how we count appeals to include all instances where content was submitted for additional review, including after people told us that they disagreed with our decision.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY
HIGHLY CONFIDENTIAL (COMPETITOR)

METATNAG-032-00005960
META3047MDL-087-00006198

⊙ PREVIOUS

**Hate Speech**

NEXT ⊙

**Spam**

∞ Meta

Transparency Center

**POLICIES**

Facebook Community Standards

Other policies

How Meta Improves

**ENFORCEMENT**

Detecting violations

Taking action

**FEATURES**

Our approach to elections

Our approach to misinformation

Our approach to newsworthy content

Our approach to ranking

**OVERSIGHT**

How to appeal to the Oversight Board

Oversight Board cases

Oversight Board recommendations

Creating the Oversight Board

Oversight Board: Further asked questions

Meta's Quarterly Updates on the Oversight Board

**DATA**

Community Standards Enforcement Report

Intellectual Property

Government Requests for User Data

Content Restrictions Based on Local Law

Internet Disruptions

Widely Viewed Content Report

Regulatory and Other Transparency Reports

Ad Library

Crowdtangle

Facebook Open Research and Transparency

Data Policy  ›  Terms of Service  ›  Cookies

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY
HIGHLY CONFIDENTIAL (COMPETITOR)

METATNAG-032-00005961
META3047MDL-087-00006199

∞ Meta

Transparency Center

Policies    Enforcement    Features    Oversight    Data



Facebook ⌄

⬇ Download (CSV)

Overview

Adult Nudity and Sexual Activity

Bullying and Harassment

Child Endangerment: Nudity and Physical Abuse and Sexual Exploitation

Dangerous Organizations: Terrorism and Organized Hate

Fake Accounts

Hate Speech

Regulated Goods: Drugs and Firearms

Spam

Suicide and Self-Injury

Violence and Incitement

Violent and Graphic Content

Home → Data → Community Standards Enforcement Report

# Spam

We do not allow spam on Facebook. Spam is a broad term used to describe content that is designed to be shared in deceptive and annoying ways or attempts to mislead users to drive engagement. Spam spreads in a number of ways: It can be automated (published by bots or scripts) or coordinated (when an actor uses multiple accounts to spread deceptive content).

Spammers aim to build audiences to inflate their content's distribution and reach, typically for financial gain. The tactics spammers use, and our ability to detect them, drive the amount of content we take action on as well as our proactive rate.

Read the policy details ⊙

## Recent trends

Q3 2022

### 1.4 billion ⬈
**Content Actioned on Spam**

Content actioned increased from 734.2 million in Q2 2022 to 1.4 billion in Q3 2022 due to increased number of spam attacks in August. Fluctuations in enforcement metrics for spam are expected due to the highly adversarial nature of this space.

→

PREVALENCE

How prevalent were spam violations?

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY
HIGHLY CONFIDENTIAL (COMPETITOR)

METATNAG-032-00005962
META3047MDL-087-00006200

How prevalent were spam violations?



We cannot estimate this metric right now. We are working on new methods to measure the prevalence of spam on Facebook. Our existing methods for measuring prevalence, which rely on people to manually review samples of content, do not fully capture this type of highly adversarial violation, which includes deceptive behavior as well as content. Spammy behavior cannot always be detected by reviewing the content alone. We are working on ways to review and classify spammers' behavior to build a comprehensive picture.

CONTENT ACTIONED

## How much spam content did we take action on?



How we calculate it ⓘ    Read about this data ⊕

PROACTIVE RATE

## Of the violating content we actioned for spam, how much did we find before people reported it?



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY
HIGHLY CONFIDENTIAL (COMPETITOR)

METATNAG-032-00005963
META3047MDL-087-00006201



☒ Found and flagged by us     ◈ Reported by users

**How we calculate it** ⓘ     **Read about this data** ⊕

## Correcting mistakes

People can appeal our decisions, unless there are extreme safety concerns. We restore content we incorrectly removed or when circumstances change. Restores can happen from appeals or when we identify issues ourselves.

APPEALED CONTENT

## How much of the content we actioned for spam did people appeal?



**How we calculate it** ⓘ     **Read about this data** ⊕

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY
HIGHLY CONFIDENTIAL (COMPETITOR)

METATNAG-032-00005964
META3047MDL-087-00006202

RESTORED CONTENT

## How much actioned content for spam was later restored?



Restored without appeal    Restored after appeal    Total

**How we calculate it** ⓘ    **Read about this data** ⊕

**NOTE:**

Due to a temporary reduction in our review capacity as a result of COVID-19, we could not always offer people the option to appeal. We still gave people the option to tell us they disagreed with our decision, which helped us review many of these instances and restore content when appropriate. Starting in Q2 2022, we updated our methodology for how we count appeals to include all instances where content was submitted for additional review, including after people told us that they disagreed with our decision.

⊙ PREVIOUS
## Regulated Goods: Drugs and Firearms

NEXT ⊙
## Suicide and Self-Injury

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY
HIGHLY CONFIDENTIAL (COMPETITOR)

METATNAG-032-00005965
META3047MDL-087-00006203

∞ Meta

Transparency Center

**POLICIES**

Facebook Community Standards

Other policies

How Meta improves

**ENFORCEMENT**

Detecting violations

Taking action

**FEATURES**

Our approach to elections

Our approach to misinformation

Our approach to newsworthy content

Our approach to ranking

**OVERSIGHT**

How to appeal to the Oversight Board

Oversight Board cases

Oversight Board recommendations

Creating the Oversight Board

Oversight Board: Further asked questions

Meta's Quarterly Updates on the Oversight Board

**DATA**

Community Standards Enforcement Report

Intellectual Property

Government Requests for User Data

Content Restrictions Based on Local Law

Internet Disruptions

Widely Viewed Content Report

Regulatory and Other Transparency Reports

Ad Library

Crowdtangle

Facebook Open Research and Transparency

Data Policy  ·  Terms of Service  ·  Cookies

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY
HIGHLY CONFIDENTIAL (COMPETITOR)

METATNAG-032-00005966
META3047MDL-087-00006204



∞ Meta

Transparency Center

Policies    Enforcement    Features    Oversight    Data

Facebook  ⌄

⬇ Download (CSV)

Overview

Adult Nudity and Sexual
Activity

Bullying and Harassment

Child Endangerment: Nudity
and Physical Abuse and
Sexual Exploitation

Dangerous Organizations:
Terrorism and Organized Hate

Fake Accounts

Hate Speech

Regulated Goods: Drugs and
Firearms

Spam

**Suicide and Self-Injury**

Violence and Incitement

Violent and Graphic Content

Home  →  Data  →  Community Standards Enforcement Report

# Suicide and Self-Injury

We remove content that encourages suicide or self-injury on Facebook and Instagram. Self-injury is defined as the intentional and direct injuring of the body, including self-mutilation and eating disorders. We also remove content that identifies and negatively targets victims or survivors of self-injury or suicide.

We do allow people to discuss suicide and self-injury because we want Facebook and Instagram to be spaces where people can raise awareness about these issues and seek support.

Read the policy details ⊕

## Recent trends                                    ⊙  ⊙



| Q3 2022 | Q3 2022 |
|---|---|
| **5.6 million** ↘ | **258.7K** ↘ |
| Content Actioned on Suicide and Self-Injury | Appealed Content on Suicide and Self-Injury |
| Content actioned decreased from 11.3 million in Q2 2022 to 5.6 million in Q3 2022, returning to pre-Q2 levels following an increase in automated enforcement on non-violating content that had been added incorrectly to our media-matching technology banks by human reviewers. | Appealed content decreased from 461K in Q2 2022 to 258.7K in Q3 2022, following a proportionate decrease in content actioned. |
| → | → |

PREVALENCE

How prevalent were suicide and self-injury

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY
HIGHLY CONFIDENTIAL (COMPETITOR)

METATNAG-032-00005967
META3047MDL-087-00006205

How prevalent were suicide and self-injury
violations?



Views of violating content that contains suicide and self-injury are very infrequent, and we remove much of this content before people see it. As a result, many times we do not find enough violating samples to precisely estimate prevalence.

In Q3 2022, this was true for violations of our policies on suicide and self-injury, terrorism and regulated goods on Facebook and Instagram. In these cases, we can estimate an upper limit of how often someone would see content that violates these policies.

In Q3 2022, the upper limit was 0.05% for violations of our policy for suicide and self-injury on Facebook. This means that out of every 10,000 views of content on Facebook, we estimate no more than 5 of those views contained content that violated the policy.

CONTENT ACTIONED

How much suicide and self-injury content did we
take action on?



How we calculate it ⓘ    Read about this data ⊕

PROACTIVE RATE

Of the violating content we actioned for suicide
and self-injury, how much did we find before

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY
HIGHLY CONFIDENTIAL (COMPETITOR)

METATNAG-032-00005968
META3047MDL-087-00006206

people reported it?



Found and flagged by us          Reported by users

**How we calculate it** ⓘ     **Read about this data** ⊕

## Correcting mistakes

People can appeal our decisions, unless there are extreme safety concerns. We restore content we incorrectly removed or when circumstances change. Restores can happen from appeals or when we identify issues ourselves.

APPEALED CONTENT

## How much of the content we actioned for suicide and self-injury did people appeal?



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY
HIGHLY CONFIDENTIAL (COMPETITOR)

METATNAG-032-00005969
META3047MDL-087-00006207



**How we calculate it** ⓘ     **Read about this data** ⊕

RESTORED CONTENT

## How much actioned content for suicide and self-injury was later restored?



| ▦ Restored without appeal | ◈ Restored after appeal | ▬ Total |

**How we calculate it** ⓘ     **Read about this data** ⊕

**NOTE:**

Due to a temporary reduction in our review capacity as a result of COVID-19, we could not always offer people the option to appeal. We still gave people the option to tell us they disagreed with our decision, which helped us review many of these instances and restore content when appropriate. Starting in Q2 2022, we updated our methodology for how we count appeals to include all instances where content was submitted for additional review, including after people told us that they disagreed with our decision.

⊙ PREVIOUS          NEXT ⊙

Spam          Violence and Incitement

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY
HIGHLY CONFIDENTIAL (COMPETITOR)

METATNAG-032-00005970
META3047MDL-087-00006208

Spain | Violence and incitement

∞ Meta

Transparency Center

**POLICIES**

Facebook Community Standards

Other policies

How Meta Improves

**ENFORCEMENT**

Detecting violations

Taking action

**FEATURES**

Our approach to elections

Our approach to misinformation

Our approach to newsworthy content

Our approach to ranking

**OVERSIGHT**

How to appeal to the Oversight Board

Oversight Board cases

Oversight Board recommendations

Creating the Oversight Board

Oversight Board: Further asked questions

Meta's Quarterly Updates on the Oversight Board

**DATA**

Community Standards Enforcement Report

Intellectual Property

Government Requests for User Data

Content Restrictions Based on Local Law

Internet Disruptions

Widely Viewed Content Report

Regulatory and Other Transparency Reports

Ad Library

Crowdtangle

Facebook Open Research and Transparency

Data Policy · Terms of Service · Cookies

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY
HIGHLY CONFIDENTIAL (COMPETITOR)

METATNAG-032-00005971
META3047MDL-087-00006209



∞ Meta

Transparency Center

Policies   Enforcement   Features   Oversight   Data

▼ Facebook

⬇ Download (CSV)

Overview

Adult Nudity and Sexual Activity

Bullying and Harassment

Child Endangerment: Nudity and Physical Abuse and Sexual Exploitation

Dangerous Organizations: Terrorism and Organized Hate

Fake Accounts

Hate Speech

Regulated Goods: Drugs and Firearms

Spam

Suicide and Self-Injury

**Violence and Incitement**

Violent and Graphic Content

Home → Data → Community Standards Enforcement Report

# Violence and Incitement

We aim to prevent potential offline harm that may be related to content on Facebook. While we understand that people commonly edddxpress disdain or disagreement by threatening or calling for violence in non-serious ways, we remove language that incites or facilitates serious violence. We remove content, disable accounts and work with law enforcement when we believe there is a genuine risk of physical harm or direct threats to public safety. We also try to consider the language and context in order to distinguish casual statements from content that constitutes a credible threat to public or personal safety.

Read the policy details ⊕

## Recent trends                                                    ◁  ▷



Q3 2022

**0.03%**
Prevalence on Violence and Incitement

Prevalence remained relatively consistent across Q2 2022 and Q3 2022.

→



Q3 2022

**14.4 million** ↘
Content Actioned on Violence and Incitement

Content actioned decreased from 19.3 million in Q2 2022 to 14.4 million in Q3 2022 after launching improvements to our proactive detection technology to better recognize humorous terms of endearment used between friends.

→

PREVALENCE

How prevalent were violence and incitement

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY
HIGHLY CONFIDENTIAL (COMPETITOR)

METATNAG-032-00005972
META3047MDL-087-00006210

How prevalent were violence and incitement
violations?



How we calculate it ⓘ     Read about this data ⊕

CONTENT ACTIONED

How much violence and incitement content did we
take action on?



How we calculate it ⓘ     Read about this data ⊕

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY
HIGHLY CONFIDENTIAL (COMPETITOR)

METATNAG-032-00005973
META3047MDL-087-00006211

PROACTIVE RATE

## Of the violating content we actioned for violence and incitement content, how much did we find before people reported it?



Found and flagged by us     Reported by users

**How we calculate it** ⓘ     **Read about this data** ⊕

## Correcting mistakes

People can appeal our decisions, unless there are extreme safety concerns. We restore content we incorrectly removed or when circumstances change. Restores can happen from appeals or when we identify issues ourselves.

APPEALED CONTENT

## How much of the content we actioned for violence and incitement content did people appeal?



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY
HIGHLY CONFIDENTIAL (COMPETITOR)

METATNAG-032-00005974
META3047MDL-087-00006212



How we calculate it ⓘ     Read about this data ⊕

RESTORED CONTENT

## How much actioned content for violence and incitement content was later restored?



| ▒ Restored without appeal | ◈ Restored after appeal | ▬ Total |

How we calculate it ⓘ     Read about this data ⊕

**NOTE:**

Due to a temporary reduction in our review capacity as a result of COVID-19, we could not always offer people the option to appeal. We still gave people the option to tell us they disagreed with our decision, which helped us review many of these instances and restore content when appropriate. Starting in Q2 2022, we updated our methodology for how we count appeals to include all instances where content was submitted for additional review, including after people told us that they disagreed with our decision.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY
HIGHLY CONFIDENTIAL (COMPETITOR)

METATNAG-032-00005975
META3047MDL-087-00006213

disagreed with our decision.

⊙ PREVIOUS

**Suicide and Self-Injury**

NEXT ⊙

**Violent and Graphic Content**

∞ Meta

## Transparency Center

**POLICIES**

Facebook Community Standards

Other policies

How Meta improves

**ENFORCEMENT**

Detecting violations

Taking action

**FEATURES**

Our approach to elections

Our approach to misinformation

Our approach to newsworthy content

Our approach to ranking

**OVERSIGHT**

How to appeal to the Oversight Board

Oversight Board cases

Oversight Board recommendations

Creating the Oversight Board

Oversight Board: Further asked questions

Meta's Quarterly Updates on the Oversight Board

**DATA**

Community Standards Enforcement Report

Intellectual Property

Government Requests for User Data

Content Restrictions Based on Local Law

Internet Disruptions

Widely Viewed Content Report

Regulatory and Other Transparency Reports

Ad Library

Crowdtangle

Facebook Open Research and Transparency

Data Policy  ·  Terms of Service  ·  Cookies

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY
HIGHLY CONFIDENTIAL (COMPETITOR)

METATNAG-032-00005976
META3047MDL-087-00006214



∞ Meta

Transparency Center                    Policies   Enforcement   Features   Oversight   Data

Facebook ⌄

⬇ Download (CSV)

Overview

Adult Nudity and Sexual
Activity

Bullying and Harassment

Child Endangerment: Nudity
and Physical Abuse and
Sexual Exploitation

Dangerous Organizations:
Terrorism and Organized Hate

Fake Accounts

Hate Speech

Regulated Goods: Drugs and
Firearms

Spam

Suicide and Self-Injury

Violence and Incitement

**Violent and Graphic Content**

Home  →  Data  →  Community Standards Enforcement Report

# Violent and Graphic Content

We remove content that glorifies violence or celebrates the suffering or humiliation of others on Facebook and Instagram. We do allow people to share some graphic content to raise awareness about current events and issues. In these cases, we may hide the content from people under 18 and cover it with a warning for those over 18, so people are aware it is graphic or violent before they choose to view it.

Read the policy details ⊕

## Recent trends                                          ⊙   ⊙



Q3 2022

### 0.04%
**Prevalence on Violent and Graphic Content**

Prevalence remained relatively consistent across Q2 2022 and Q3 2022.

→



Q3 2022

### 23.2 million ⤵
**Content Actioned on Violent and Graphic Content**

Content actioned decreased from 45.9 million in Q2 2022 to 23.2 million in Q3 2022, returning to pre-Q2 levels after an increase in actions taken on old, violating content in Q2.

→

PREVALENCE

### How prevalent were violent and graphic content violations?

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY
HIGHLY CONFIDENTIAL (COMPETITOR)

METATNAG-032-00005977
META3047MDL-087-00006215



**How we calculate it** ⓘ     **Read about this data** ⊕

CONTENT ACTIONED

## How much violent and graphic content did we take action on?



**How we calculate it** ⓘ     **Read about this data** ⊕

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY
HIGHLY CONFIDENTIAL (COMPETITOR)

METATNAG-032-00005978
META3047MDL-087-00006216

PROACTIVE RATE

## Of the violating content we actioned for violent and graphic content, how much did we find before people reported it?



Found and flagged by us      Reported by users

How we calculate it ⓘ      Read about this data ⊕

## Correcting mistakes

People can appeal our decisions, unless there are extreme safety concerns. We restore content we incorrectly removed or when circumstances change. Restores can happen from appeals or when we identify issues ourselves.

APPEALED CONTENT

## How much of the content we actioned for violent and graphic content did people appeal?



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY
HIGHLY CONFIDENTIAL (COMPETITOR)

METATNAG-032-00005979
META3047MDL-087-00006217



**How we calculate it** ⓘ     **Read about this data** ⊕

RESTORED CONTENT

## How much actioned content for violent and graphic content was later restored?



☒ Restored without appeal     ◈ Restored after appeal     ▬ Total

**How we calculate it** ⓘ     **Read about this data** ⊕

**NOTE:**

Due to a temporary reduction in our review capacity as a result of COVID-19, we could not always offer people the option to appeal. We still gave people the option to tell us they disagreed with our decision, which helped us review many of these instances and restore content when appropriate. Starting in Q2 2022, we updated our methodology for how we count appeals to include all instances where content was submitted for additional review, including after people told us that they disagreed with our decision.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY
HIGHLY CONFIDENTIAL (COMPETITOR)

METATNAG-032-00005980
META3047MDL-087-00006218

⊙ PREVIOUS

## Violence and Incitement

∞ Meta

Transparency Center

**POLICIES**

Facebook Community Standards

Other policies

How Meta improves

**ENFORCEMENT**

Detecting violations

Taking action

**FEATURES**

Our approach to elections

Our approach to misinformation

Our approach to newsworthy content

Our approach to ranking

**OVERSIGHT**

How to appeal to the Oversight Board

Oversight Board cases

Oversight Board recommendations

Creating the Oversight Board

Oversight Board: Further asked questions

Meta's Quarterly Updates on the Oversight Board

**DATA**

Community Standards Enforcement Report

Intellectual Property

Government Requests for User Data

Content Restrictions Based on Local Law

Internet Disruptions

Widely Viewed Content Report

Regulatory and Other Transparency Reports

Ad Library

Crowdtangle

Facebook Open Research and Transparency

Data Policy · Terms of Service · Cookies

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY
HIGHLY CONFIDENTIAL (COMPETITOR)

METATNAG-032-00005981
META3047MDL-087-00006219



∞ Meta

Transparency Center

Policies    Enforcement    Features    Oversight    Data

Instagram ⌄

⬇ Download (CSV)

Overview

**Adult Nudity and Sexual Activity**

Bullying and Harassment

Child Endangerment: Nudity and Physical Abuse and Sexual Exploitation

Dangerous Organizations: Terrorism and Organized Hate

Fake Accounts

Hate Speech

Regulated Goods: Drugs and Firearms

Spam

Suicide and Self-Injury

Violence and Incitement

Violent and Graphic Content

Home → Data → Community Standards Enforcement Report

# Adult Nudity and Sexual Activity

We restrict the display of adult nudity and sexual activity on Facebook and Instagram. We make some exceptions when it is clear the content is being shared in the context of a protest, for educational or medical reasons or a similar reason. On the other hand, we default to removing sexual imagery to prevent non-consensual or underage content from being shared.

This report does not include metrics related to our separate policy on the promotion of sexual assault, violence or exploitation.

Read the policy details ⊕

## Recent trends                                    ‹  ›

Q3 2022

### 0.02% – 0.03%
**Prevalence on Adult Nudity and Sexual Activity**

Prevalence remained relatively consistent across Q2 2022 and Q3 2022.

→

Q3 2022

### 590.8K ↘
**Appealed Content on Adult Nudity and Sexual Activity**

Appealed content decreased from 867.2K in Q2 2022 to 590.8K in Q3 2022, following a period of elevated restores in Q2 after a bug in our proactive detection technology was fixed, leading to a jump in restores in June.

→

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY
HIGHLY CONFIDENTIAL (COMPETITOR)

METATNAG-032-00005982
META3047MDL-087-00006220

PREVALENCE

**How prevalent were adult nudity and sexual activity violations?**



How we calculate it ⓘ    Read about this data ⊕

CONTENT ACTIONED

**How much adult nudity and sexual activity content did we take action on?**



How we calculate it ⓘ    Read about this data ⊕

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY
HIGHLY CONFIDENTIAL (COMPETITOR)

METATNAG-032-00005983
META3047MDL-087-00006221

PROACTIVE RATE

## Of the violating content we actioned for adult nudity and sexual activity, how much did we find before people reported it?



☰ Found and flagged by us     ◈ Reported by users

**How we calculate it** ⓘ     **Read about this data** ⊙

## Correcting mistakes

People can appeal our decisions, unless there are extreme safety concerns. We restore content we incorrectly removed or when circumstances change. Restores can happen from appeals or when we identify issues ourselves.

APPEALED CONTENT

## How much of the content we actioned for adult nudity and sexual activity did people appeal?



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY
HIGHLY CONFIDENTIAL (COMPETITOR)

METATNAG-032-00005984
META3047MDL-087-00006222



**How we calculate it** ⓘ     **Read about this data** ⊕

RESTORED CONTENT

## How much actioned content for adult nudity and sexual activity was later restored?



| ▦ Restored without appeal | ◈ Restored after appeal | ▬ Total |

**How we calculate it** ⓘ     **Read about this data** ⊕

**NOTE:**

Due to a temporary reduction in our review capacity as a result of COVID-19, we could not always offer people the option to appeal. We still gave people the option to tell us they disagreed with our decision, which helped us review many of these

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY
HIGHLY CONFIDENTIAL (COMPETITOR)

METATNAG-032-00005985
META3047MDL-087-00006223

to appeal. We still gave people the option to tell us they disagreed with our decision, which helped us review many of these instances and restore content when appropriate. Starting in Q2 2022, we updated our methodology for how we count appeals to include all instances where content was submitted for additional review, including after people told us that they disagreed with our decision.

⊙ PREVIOUS

**Overview**

NEXT ⊙

**Bullying and Harassment**

## ∞ Meta

Transparency Center

**POLICIES**

Facebook Community Standards

Other policies

How Meta improves

**ENFORCEMENT**

Detecting violations

Taking action

**FEATURES**

Our approach to elections

Our approach to misinformation

Our approach to newsworthy content

Our approach to ranking

**OVERSIGHT**

How to appeal to the Oversight Board

Oversight Board cases

Oversight Board recommendations

Creating the Oversight Board

Oversight Board: Further asked questions

Meta's Quarterly Updates on the Oversight Board

**DATA**

Community Standards Enforcement Report

Intellectual Property

Government Requests for User Data

Content Restrictions Based on Local Law

Internet Disruptions

Widely Viewed Content Report

Regulatory and Other Transparency Reports

Ad Library

Crowdtangle

Facebook Open Research and Transparency

Data Policy • Terms of Service • Cookies

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY
HIGHLY CONFIDENTIAL (COMPETITOR)

METATNAG-032-00005986
META3047MDL-087-00006224



∞ Meta

Transparency Center

Policies    Enforcement    Features    Oversight    Data

[○] Instagram ⌄

⬇ Download (CSV)

Overview

Adult Nudity and Sexual Activity

**Bullying and Harassment**

Child Endangerment: Nudity and Physical Abuse and Sexual Exploitation

Dangerous Organizations: Terrorism and Organized Hate

Fake Accounts

Hate Speech

Regulated Goods: Drugs and Firearms

Spam

Suicide and Self-Injury

Violence and Incitement

Violent and Graphic Content

Home  →  Data  →  Community Standards Enforcement Report

# Bullying and Harassment

We do not tolerate bullying and harassment on Facebook and Instagram. Because we recognize bullying can be especially harmful for minors, our policies provide heightened protections for them. We want to allow for open and vital discussion of people who are in the news or who have a large public audience, so we do permit more open or critical discourse towards public figures than private individuals.

Because bullying and harassment is highly personal by nature, using technology to proactively detect these behaviors can be more challenging than other types of violations. That's why we also rely on people to report this behavior to us so we can identify and remove it. When measuring prevalence in this area, the metric captures only bullying and harassment where a deeper understanding of context or meaning is not necessary to determine if it violates our policy. We continue to invest in our proactive detection technology to ensure we are tackling the problem and protecting our community.

Read the policy details ⊕

## Recent trends

⟨  ⟩



[○]                                          Q3 2022

**0.04% - 0.05%**
**Prevalence on Bullying and Harassment**

Prevalence remained relatively consistent across Q2 2022 and Q3 2022.

→



[○]                                          Q3 2022

**84.3%** ↘
**Proactive Rate on Bullying and Harassment**

Proactive rate decreased from 87.4% in Q2 2022 to 84.3% in Q3 2022 due to updates made to our proactive detection technology to improve accuracy as well as the resolution of a bug in Q3 that impacted some reviewed content.

→

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY
HIGHLY CONFIDENTIAL (COMPETITOR)

METATNAG-032-00005987
META3047MDL-087-00006225

PREVALENCE

## How prevalent were bullying and harassment violations?



How we calculate it ⓘ    Read about this data ⊕

CONTENT ACTIONED

## How much bullying and harassment content did we take action on?



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY
HIGHLY CONFIDENTIAL (COMPETITOR)

METATNAG-032-00005988
META3047MDL-087-00006226

How we calculate it ⓘ    Read about this data ⊕

---

PROACTIVE RATE

### Of the violating content we actioned for bullying and harassment, how much did we find before people reported it?



☰ Found and flagged by us    ⊕ Reported by users

How we calculate it ⓘ    Read about this data ⊕

---

## Correcting mistakes

People can appeal our decisions, unless there are extreme safety concerns. We restore content we incorrectly removed or when circumstances change. Restores can happen from appeals or when we identify issues ourselves.

APPEALED CONTENT

### How much of the content we actioned for bullying and harassment did people appeal?



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY
HIGHLY CONFIDENTIAL (COMPETITOR)

METATNAG-032-00005989
META3047MDL-087-00006227



**How we calculate it** ⓘ     **Read about this data** ⊕

RESTORED CONTENT

## How much actioned content for bullying and harassment was later restored?



| ▥ Restored without appeal | ◈ Restored after appeal | ▬ Total |

**How we calculate it** ⓘ     **Read about this data** ⊕

NOTE:

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY
HIGHLY CONFIDENTIAL (COMPETITOR)

METATNAG-032-00005990
META3047MDL-087-00006228

**NOTE:**

Due to a temporary reduction in our review capacity as a result of COVID-19, we could not always offer people the option to appeal. We still gave people the option to tell us they disagreed with our decision, which helped us review many of these instances and restore content when appropriate. Starting in Q2 2022, we updated our methodology for how we count appeals to include all instances where content was submitted for additional review, including after people told us that they disagreed with our decision.

⊙ PREVIOUS

## Adult Nudity and Sexual Activity

NEXT ⊙

## Child Endangerment: Nudity and Physical Abuse and Sexual Exploitation

∞ Meta

Transparency Center

**POLICIES**

Facebook Community Standards

Other policies

How Meta improves

**ENFORCEMENT**

Detecting violations

Taking action

**FEATURES**

Our approach to elections

Our approach to misinformation

Our approach to newsworthy content

Our approach to ranking

**OVERSIGHT**

How to appeal to the Oversight Board

Oversight Board cases

Oversight Board recommendations

Creating the Oversight Board

Oversight Board: Further asked questions

Meta's Quarterly Updates on the Oversight Board

**DATA**

Community Standards Enforcement Report

Intellectual Property

Government Requests for User Data

Content Restrictions Based on Local Law

Internet Disruptions

Widely Viewed Content Report

Regulatory and Other Transparency Reports

Ad Library

Crowdtangle

Facebook Open Research and Transparency

Data Policy · Terms of Service · Cookies

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY
HIGHLY CONFIDENTIAL (COMPETITOR)

METATNAG-032-00005991
META3047MDL-087-00006229

∞ Meta

Transparency Center

Policies   Enforcement   Features   Oversight   Data



⊙ Instagram   ▾

⬇ Download (CSV)

Overview

Adult Nudity and Sexual Activity

Bullying and Harassment

**Child Endangerment: Nudity and Physical Abuse and Sexual Exploitation**

Dangerous Organizations: Terrorism and Organized Hate

Fake Accounts

Hate Speech

Regulated Goods: Drugs and Firearms

Spam

Suicide and Self-Injury

Violence and Incitement

Violent and Graphic Content

Home → Data → Community Standards Enforcement Report

# Child Endangerment: Nudity and Physical Abuse and Sexual Exploitation

We do not allow content that endangers children, such as content that contains nudity or physical abuse or content that sexually exploits children on Facebook and Instagram. When we find this type of violating content, we remove it, regardless of the context or the person's motivation for sharing it. We may also disable the account of the person who shared it, unless it appears the intent was not malicious (for example, to spread awareness of child exploitation).

We report apparent child exploitation to the National Center for Missing and Exploited Children (NCMEC), a nonprofit that refers cases to law enforcement globally, in compliance with US law. We choose to remove content depicting non-sexualized child nudity to reduce the potential for abuse of the content by others.

Read the policy details ⊕

## Recent trends

⊙   ⊙

  Q3 2022

**1 million** ⤴
Content Actioned on Child Endangerment: Nudity and Physical Abuse

Content actioned increased from 480.4K in Q2 2022 to 1 million in Q3 2022 due to an increase in proactively detected manual removals.

(→)

⊙ Q3 2022

**96.8%** ⤴
Proactive Rate on Child Endangerment: Nudity and Physical Abuse

Proactive rate increased from 93.4% in Q2 2022 to 96.8% in Q3 2022 due to a larger proportional increase in proactively detected manual removals.

(→)

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY
HIGHLY CONFIDENTIAL (COMPETITOR)

METATNAG-032-00005992
META3047MDL-087-00006230

PREVALENCE

### How prevalent were child endangerment violations?



We cannot estimate prevalence for child endangerment right now. We will continue to expand prevalence measurement to more areas as we confirm accuracy and meaningful data.

CONTENT ACTIONED

### How much child endangerment content did we take action on?



Child Nudity and Sexual Exploitation   ⦿ Child Nudity and Physical Abuse   ⦿ Child Sexual Exploitation

How we calculate it ⓘ     Read about this data ⊕

PROACTIVE RATE

Of the violating content we actioned for child

METATNAG-032-00005993
META3047MDL-087-00006231

Of the violating content we actioned for child endangerment, how much did we find before people reported it?

Child Nudity and Physical Abuse ⌄



⌗ Found and flagged by us          ◈ Reported by users

How we calculate it ⓘ     Read about this data ⊕

## Correcting mistakes

People can appeal our decisions, unless there are extreme safety concerns. We restore content we incorrectly removed or when circumstances change. Restores can happen from appeals or when we identify issues ourselves.

APPEALED CONTENT

## How much of the content we actioned for child endangerment did people appeal?



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY
HIGHLY CONFIDENTIAL (COMPETITOR)

METATNAG-032-00005994
META3047MDL-087-00006232



| Child Nudity and Sexual Exploitation | Child Nudity and Physical Abuse | Child Sexual Exploitation |

**How we calculate it** ⓘ    **Read about this data** ⊕

RESTORED CONTENT

## How much actioned content for child endangerment was later restored?

Child Nudity and Physical Abuse ⌄



| Restored without appeal | Restored after appeal | Total |

**How we calculate it** ⓘ    **Read about this data** ⊕

**NOTE:**

Due to a temporary reduction in our review capacity as a result of COVID-19, we could not always offer people the option to appeal. We still gave people the option to tell us they disagreed with our decision, which helped us review many of these instances and restore content when appropriate. Starting in Q2 2022, we updated our methodology for how we count appeals to include all instances where content was submitted for additional review, including after people told us that they disagreed with our decision.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY
HIGHLY CONFIDENTIAL (COMPETITOR)

METATNAG-032-00005995
META3047MDL-087-00006233

PREVIOUS
**Bullying and Harassment**

NEXT
**Dangerous Organizations: Terrorism and Organized Hate**

∞ Meta

Transparency Center

**POLICIES**

Facebook Community Standards

Other policies

How Meta Improves

**OVERSIGHT**

How to appeal to the Oversight Board

Oversight Board cases

Oversight Board recommendations

Creating the Oversight Board

Oversight Board: Further asked questions

Meta's Quarterly Updates on the Oversight Board

**ENFORCEMENT**

Detecting violations

Taking action

**DATA**

Community Standards Enforcement Report

Intellectual Property

Government Requests for User Data

Content Restrictions Based on Local Law

Internet Disruptions

Widely Viewed Content Report

Regulatory and Other Transparency Reports

**FEATURES**

Our approach to elections

Our approach to misinformation

Our approach to newsworthy content

Our approach to ranking

Ad Library

Crowdtangle

Facebook Open Research and Transparency

Data Policy · Terms of Service · Cookies

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY
HIGHLY CONFIDENTIAL (COMPETITOR)

METATNAG-032-00005996
META3047MDL-087-00006234

∞ Meta

Transparency Center

Policies    Enforcement    Features    Oversight    Data



Instagram ⌄

⬇ Download (CSV)

Overview

Adult Nudity and Sexual Activity

Bullying and Harassment

Child Endangerment: Nudity and Physical Abuse and Sexual Exploitation

**Dangerous Organizations: Terrorism and Organized Hate**

Fake Accounts

Hate Speech

Regulated Goods: Drugs and Firearms

Spam

Suicide and Self-Injury

Violence and Incitement

Violent and Graphic Content

Home → Data → Community Standards Enforcement Report

# Dangerous Organizations: Terrorism and Organized Hate

We do not allow organizations or individuals that proclaim a violent mission, or are engaging in violence, to have a presence on Facebook and Instagram. We do not allow content that praises, supports or represents individuals or groups engaging in terrorist activity or organized hate.

This report does not include data on other dangerous organizations prohibited from having a presence on Facebook and Instagram, including those engaging in mass or multiple murder, human trafficking or organized criminal activity. Learn more about our latest efforts enforcing our dangerous organizations policy.

Read the policy details ⊕

## Recent trends

 



| Q3 2022 | Q3 2022 |
|---|---|
| **373K** ⬎ | **2.2 million** ⬏ |
| **Content Actioned on Dangerous Organizations and Individuals: Organized Hate** | **Content Actioned on Dangerous Organizations and Individuals: Terrorism** |
| Content actioned decreased from 450K in Q2 2022 to 373K in Q3 2022 returning to pre-Q2 levels after a spike in removals of old, violating videos added to our media-matching technology banks. | Content actioned increased from 1.9 million in Q2 2022 to 2.2 million in Q3 2022 due to non-violating videos added incorrectly to our media- matching technology banks that were later restored. |

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY
HIGHLY CONFIDENTIAL (COMPETITOR)

METATNAG-032-00005997
META3047MDL-087-00006235

PREVALENCE

## How prevalent were dangerous organizations violations?



### Terrorism

Views of violating content that contains terrorism are very infrequent, and we remove much of this content before people see it. As a result, many times we do not find enough violating samples to precisely estimate prevalence.

In Q3 2022, this was true for violations of our policies on terrorism, suicide and self-injury and regulated goods on Facebook and Instagram. In these cases, we can estimate an upper limit of how often someone would see content that violates these policies.

In Q3 2022, the upper limit was 0.05% for violations of our policy for terrorism on Instagram. This means that out of every 10,000 views of content on Instagram, we estimate no more than 5 of those views contained content that violated the policy.

### Organized Hate

We cannot estimate prevalence for organized hate right now. We will continue to expand prevalence measurement to more areas as we confirm accuracy and meaningful data.

CONTENT ACTIONED

## How much dangerous organizations content did we take action on?



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY
HIGHLY CONFIDENTIAL (COMPETITOR)

METATNAG-032-00005998
META3047MDL-087-00006236



How we calculate it ⓘ    Read about this data ⊕

PROACTIVE RATE

## Of the violating content we actioned for dangerous organizations, how much did we find before people reported it?



How we calculate it ⓘ    Read about this data ⊕

## Correcting mistakes

People can appeal our decisions, unless there are extreme safety concerns. We restore content we incorrectly removed or when circumstances change. Restores can happen from appeals or when we identify issues ourselves.

APPEALED CONTENT

## How much of the content we actioned for dangerous organizations did people appeal?

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY
HIGHLY CONFIDENTIAL (COMPETITOR)

METATNAG-032-00005999
META3047MDL-087-00006237



Terrorism    Organized Hate

**How we calculate it** ⓘ    **Read about this data** ⊕

RESTORED CONTENT

## How much actioned content for dangerous organizations was later restored?

Terrorism ⌄



Restored without appeal    Restored after appeal    Total

**How we calculate it** ⓘ    **Read about this data** ⊕

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY
HIGHLY CONFIDENTIAL (COMPETITOR)

METATNAG-032-00006000
META3047MDL-087-00006238

**NOTE:**

Due to a temporary reduction in our review capacity as a result of COVID-19, we could not always offer people the option to appeal. We still gave people the option to tell us they disagreed with our decision, which helped us review many of these instances and restore content when appropriate. Starting in Q2 2022, we updated our methodology for how we count appeals to include all instances where content was submitted for additional review, including after people told us that they disagreed with our decision.

⊙ PREVIOUS

**Child Endangerment: Nudity and Physical Abuse and Sexual Exploitation**

NEXT ⊙

**Fake Accounts**

∞ Meta

Transparency Center

**POLICIES**

Facebook Community Standards

Other policies

How Meta improves

**ENFORCEMENT**

Detecting violations

Taking action

**FEATURES**

Our approach to elections

Our approach to misinformation

Our approach to newsworthy content

Our approach to ranking

**OVERSIGHT**

How to appeal to the Oversight Board

Oversight Board cases

Oversight Board recommendations

Creating the Oversight Board

Oversight Board: Further asked questions

Meta's Quarterly Updates on the Oversight Board

**DATA**

Community Standards Enforcement Report

Intellectual Property

Government Requests for User Data

Content Restrictions Based on Local Law

Internet Disruptions

Widely Viewed Content Report

Regulatory and Other Transparency Reports

Ad Library

Crowdtangle

Facebook Open Research and Transparency

Data Policy  ›  Terms of Service  ›  Cookies

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY
HIGHLY CONFIDENTIAL (COMPETITOR)

METATNAG-032-00006001
META3047MDL-087-00006239

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY
HIGHLY CONFIDENTIAL (COMPETITOR)

METATNAG-032-00006002
META3047MDL-087-00006240

∞ Meta

Transparency Center

Policies    Enforcement    Features    Oversight    Data

[ ◎ Instagram          ⌄ ]

[ ⬇ Download (CSV) ]

Overview

Adult Nudity and Sexual
Activity

Bullying and Harassment

Child Endangerment: Nudity
and Physical Abuse and
Sexual Exploitation

Dangerous Organizations:
Terrorism and Organized Hate

**Fake Accounts**

Hate Speech

Regulated Goods: Drugs and
Firearms

Spam

Suicide and Self-Injury

Violence and Incitement

Violent and Graphic Content

Home  →  Data  →  Community Standards Enforcement Report

# Fake Accounts

Our goal is to remove as many fake accounts on Facebook as we can. These include
accounts created with malicious intent to violate our policies and personal profiles
created to represent a business, organization or non-human entity, such as a pet.

We prioritize enforcement against fake accounts that seek to cause harm. Many of
these accounts are used in spam campaigns and are financially motivated.

We expect the number of accounts we action to vary over time due to the
unpredictable nature of adversarial account creation. Our detection technology helps
us block millions of attempts to create fake accounts every day and detect millions
more, often within minutes after creation. We do not include blocked attempts in the
metrics we report here.

Read the policy details ⊕

## Recent trends                                                    ⊙  ⊙

PREVALENCE

## How prevalent were fake account violations?

[ⓕ] [◎]    ⊿    ▦

**We cannot estimate this metric right now**

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY
HIGHLY CONFIDENTIAL (COMPETITOR)

METATNAG-032-00006003
META3047MDL-087-00006241

We will continue to expand the measurement to more areas as
we confirm accuracy and meaningful data.

How we calculate it ⓘ     Read about this data ⊕

ACCOUNTS ACTIONED

## How many fake accounts did we take action on?

**We cannot estimate this metric right now**
We will continue to expand the measurement to more areas as
we confirm accuracy and meaningful data.

How we calculate it ⓘ     Read about this data ⊕

PROACTIVE RATE

## Of the violating accounts we actioned, how many did we find before people reported them?

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY
HIGHLY CONFIDENTIAL (COMPETITOR)

METATNAG-032-00006004
META3047MDL-087-00006242

**We cannot estimate this metric right now**
We will continue to expand the measurement to more areas as
we confirm accuracy and meaningful data.

How we calculate it ⓘ    Read about this data ⊕

⊙ PREVIOUS

**Dangerous Organizations: Terrorism and Organized Hate**

NEXT ⊙

**Hate Speech**

∞ Meta

Transparency Center

**POLICIES**

Facebook Community Standards

Other policies

How Meta improves

**ENFORCEMENT**

Detecting violations

Taking action

**FEATURES**

Our approach to elections

Our approach to misinformation

Our approach to newsworthy content

Our approach to ranking

**OVERSIGHT**

How to appeal to the Oversight Board

Oversight Board cases

Oversight Board recommendations

Creating the Oversight Board

Oversight Board: Further asked questions

**DATA**

Community Standards Enforcement Report

Intellectual Property

Government Requests for User Data

Content Restrictions Based on Local Law

Internet Disruptions

Ad Library

Crowdtangle

Facebook Open Research and Transparency

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY
HIGHLY CONFIDENTIAL (COMPETITOR)

METATNAG-032-00006005
META3047MDL-087-00006243

Meta's Quarterly Updates on the
Oversight Board

Widely Viewed Content Report

Regulatory and Other
Transparency Reports

Data Policy · Terms of Service · Cookies

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY
HIGHLY CONFIDENTIAL (COMPETITOR)

METATNAG-032-00006006
META3047MDL-087-00006244



∞ Meta

Transparency Center

Policies    Enforcement    Features    Oversight    Data

[◎ Instagram ⌄]

[⬇ Download (CSV)]

Overview

Adult Nudity and Sexual Activity

Bullying and Harassment

Child Endangerment: Nudity and Physical Abuse and Sexual Exploitation

Dangerous Organizations: Terrorism and Organized Hate

Fake Accounts

**Hate Speech**

Regulated Goods: Drugs and Firearms

Spam

Suicide and Self-Injury

Violence and Incitement

Violent and Graphic Content

Home → Data → Community Standards Enforcement Report

# Hate Speech

We do not allow hate speech on Facebook and Instagram. We define hate speech as violent or dehumanizing speech, statements of inferiority, calls for exclusion or segregation based on protected characteristics or slurs. These characteristics include race, ethnicity, national origin, religious affiliation, sexual orientation, caste, sex, gender, gender identity and serious disability or disease.

When the intent is clear, we may allow people to share someone else's hate speech content to raise awareness or discuss whether the speech is appropriate to use, to use slurs self-referentially in an effort to reclaim the term or for other similar reasons.

Read the policy details ⊙

## Recent trends                              ⊙  ⊙

◎                                    Q3 2022

## 0.01% – 0.02%
**Prevalence on Hate Speech**

Prevalence remained relatively consistent across Q2 2022 and Q3 2022.

(→)

PREVALENCE

## How prevalent were hate speech violations?

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY
HIGHLY CONFIDENTIAL (COMPETITOR)

METATNAG-032-00006007
META3047MDL-087-00006245





**How we calculate it** ⓘ    **Read about this data** ⊕

CONTENT ACTIONED

## How much hate speech content did we take action on?



**How we calculate it** ⓘ    **Read about this data** ⊕

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY
HIGHLY CONFIDENTIAL (COMPETITOR)

METATNAG-032-00006008
META3047MDL-087-00006246

PROACTIVE RATE

## Of the violating content we actioned for hate speech, how much did we find before people reported it?



☒ Found and flagged by us        ◈ Reported by users

How we calculate it ⓘ        Read about this data ⊕

## Correcting mistakes

People can appeal our decisions, unless there are extreme safety concerns. We restore content we incorrectly removed or when circumstances change. Restores can happen from appeals or when we identify issues ourselves.

APPEALED CONTENT

## How much of the content we actioned for hate speech did people appeal?



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY
HIGHLY CONFIDENTIAL (COMPETITOR)

METATNAG-032-00006009
META3047MDL-087-00006247



**How we calculate it** ⓘ     **Read about this data** ⊕

RESTORED CONTENT

## How much actioned content for hate speech was later restored?



▦ Restored without appeal     ◈ Restored after appeal     ▬ Total

**How we calculate it** ⓘ     **Read about this data** ⊕

**NOTE:**

Due to a temporary reduction in our review capacity as a result of COVID-19, we could not always offer people the option to appeal. We still gave people the option to tell us they disagreed with our decision, which helped us review many of these instances and restore content when appropriate. Starting in Q2 2022, we updated our methodology for how we count appeals to include all instances where content was submitted for additional review, including after people told us that they disagreed with our decision.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY
HIGHLY CONFIDENTIAL (COMPETITOR)

METATNAG-032-00006010
META3047MDL-087-00006248

◉ PREVIOUS

**Fake Accounts**

NEXT ◉

**Regulated Goods: Drugs and Firearms**

∞ Meta

Transparency Center

**POLICIES**

Facebook Community Standards

Other policies

How Meta Improves

**ENFORCEMENT**

Detecting violations

Taking action

**FEATURES**

Our approach to elections

Our approach to misinformation

Our approach to newsworthy content

Our approach to ranking

**OVERSIGHT**

How to appeal to the Oversight Board

Oversight Board cases

Oversight Board recommendations

Creating the Oversight Board

Oversight Board: Further asked questions

Meta's Quarterly Updates on the Oversight Board

**DATA**

Community Standards Enforcement Report

Intellectual Property

Government Requests for User Data

Content Restrictions Based on Local Law

Internet Disruptions

Widely Viewed Content Report

Regulatory and Other Transparency Reports

Ad Library

Crowdtangle

Facebook Open Research and Transparency

Data Policy · Terms of Service · Cookies

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY
HIGHLY CONFIDENTIAL (COMPETITOR)

METATNAG-032-00006011
META3047MDL-087-00006249



∞ Meta

Transparency Center

Policies    Enforcement    Features    Oversight    Data

◉ Instagram ⌄

⬇ Download (CSV)

Overview

Adult Nudity and Sexual Activity

Bullying and Harassment

Child Endangerment: Nudity and Physical Abuse and Sexual Exploitation

Dangerous Organizations: Terrorism and Organized Hate

Fake Accounts

Hate Speech

**Regulated Goods: Drugs and Firearms**

Spam

Suicide and Self-Injury

Violence and Incitement

Violent and Graphic Content

Home  →  Data  →  Community Standards Enforcement Report

# Regulated Goods: Drugs and Firearms

We do not allow private individuals, manufacturers or retailers to buy, sell or trade non-medical drugs, pharmaceutical drugs and marijuana on Facebook and Instagram. We also do not allow private individuals to buy, sell, give, exchange or transfer firearms, including firearm parts or ammunition. While drugs and firearms are regulated by different legal restrictions around the world, we enforce these standards consistently across Instagram due to the borderless nature of our community.

This report does not include data on other goods prohibited from being sold on Facebook or Instagram, including human organs, animals and their parts, or on our enforcement of our separate Commerce Policies or Advertising Policies.

Read the policy details ⊕

## Recent trends     ‹  ›

◉                                    Q3 2022

**2.5 million** ↗
**Content Actioned on Regulated Goods: Drugs**

Content actioned increased from 1.9 million in Q2 2022 to 2.5 million in Q3 2022 due to improvements launched to our proactive detection technology.

→

◉                                    Q3 2022

**14.8K** ↘
**Restored Content on Regulated Goods: Drugs**

Restored content decreased from 27.6K in Q2 2022 to 14.8K in Q3 2022 due to increased accuracy following improvements launched to our proactive detection technology.

→

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY
HIGHLY CONFIDENTIAL (COMPETITOR)

METATNAG-032-00006012
META3047MDL-087-00006250

PREVALENCE

## How prevalent were regulated goods violations?



Views of violating content that contains regulated goods are very infrequent, and we remove much of this content before people see it. As a result, many times we do not find enough violating samples to precisely estimate prevalence.

In Q3 2022, this was true for violations of our policies on regulated goods, suicide and self-injury and terrorism on Facebook and Instagram. In these cases, we can estimate an upper limit of how often someone would see content that violates these policies.

In Q3 2022, the upper limit was 0.05% for violations of our policy for regulated goods on Instagram. This means that out of every 10,000 views of content on Instagram, we estimate no more than 5 of those views contained content that violated the policy.

CONTENT ACTIONED

## How much regulated goods content did we take action on?



Drugs · ⚠ Firearms

**How we calculate it** ⓘ    **Read about this data** ⊙

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY
HIGHLY CONFIDENTIAL (COMPETITOR)

METATNAG-032-00006013
META3047MDL-087-00006251

PROACTIVE RATE

## Of the violating content we actioned for regulated goods, how much did we find before people reported it?

Drugs ⌄



Found and flagged by us     Reported by users

**How we calculate it** ⓘ     **Read about this data** ⊕

---

## Correcting mistakes

People can appeal our decisions, unless there are extreme safety concerns. We restore content we incorrectly removed or when circumstances change. Restores can happen from appeals or when we identify issues ourselves.

APPEALED CONTENT

## How much of the content we actioned for regulated goods did people appeal?



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY
HIGHLY CONFIDENTIAL (COMPETITOR)

METATNAG-032-00006014
META3047MDL-087-00006252



⊛ Drugs     ⚠ Firearms

**How we calculate it** ⓘ     **Read about this data** ⊕

RESTORED CONTENT

## How much actioned content for regulated goods was later restored?

Drugs ⌄



▦ Restored without appeal     ⊛ Restored after appeal     ▬ Total

**How we calculate it** ⓘ     **Read about this data** ⊕

**NOTE:**

Due to a temporary reduction in our review capacity as a result of COVID-19, we could not always offer people the option to appeal. We still gave people the option to tell us they disagreed with our decision, which helped us review many of these instances and restore content when appropriate. Starting in Q2 2022, we updated our methodology for how we count appeals to include all instances where content was submitted for additional review, including after people told us that they disagreed with our decision.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY
HIGHLY CONFIDENTIAL (COMPETITOR)

METATNAG-032-00006015
META3047MDL-087-00006253

⊙ PREVIOUS
## Hate Speech

NEXT ⊙
## Spam

∞ Meta

Transparency Center

**POLICIES**

Facebook Community Standards

Other policies

How Meta Improves

**ENFORCEMENT**

Detecting violations

Taking action

**FEATURES**

Our approach to elections

Our approach to misinformation

Our approach to newsworthy content

Our approach to ranking

**OVERSIGHT**

How to appeal to the Oversight Board

Oversight Board cases

Oversight Board recommendations

Creating the Oversight Board

Oversight Board: Further asked questions

Meta's Quarterly Updates on the Oversight Board

**DATA**

Community Standards Enforcement Report

Intellectual Property

Government Requests for User Data

Content Restrictions Based on Local Law

Internet Disruptions

Widely Viewed Content Report

Regulatory and Other Transparency Reports

Ad Library

Crowdtangle

Facebook Open Research and Transparency

Data Policy  ·  Terms of Service  ·  Cookies

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY
HIGHLY CONFIDENTIAL (COMPETITOR)

METATNAG-032-00006016
META3047MDL-087-00006254



∞ Meta

Transparency Center

Policies   Enforcement   Features   Oversight   Data

◉ Instagram ⌄

⬇ Download (CSV)

Overview

Adult Nudity and Sexual Activity

Bullying and Harassment

Child Endangerment: Nudity and Physical Abuse and Sexual Exploitation

Dangerous Organizations: Terrorism and Organized Hate

Fake Accounts

Hate Speech

Regulated Goods: Drugs and Firearms

**Spam**

Suicide and Self-Injury

Violence and Incitement

Violent and Graphic Content

Home → Data → Community Standards Enforcement Report

# Spam

We do not allow spam on Facebook. Spam is a broad term used to describe content that is designed to be shared in deceptive and annoying ways or attempts to mislead users to drive engagement. Spam spreads in a number of ways: It can be automated (published by bots or scripts) or coordinated (when an actor uses multiple accounts to spread deceptive content).

Spammers aim to build audiences to inflate their content's distribution and reach, typically for financial gain. The tactics spammers use, and our ability to detect them, drive the amount of content we take action on as well as our proactive rate.

Read the policy details ⊙

## Recent trends                                    ⊙ ⊙

PREVALENCE

## How prevalent were spam violations?

We cannot estimate this metric right now. We are working on new methods to measure the prevalence of spam on Instagram. Our existing methods for measuring prevalence, which rely on people to manually review samples of content, do not fully capture this type of highly adversarial violation, which includes deceptive behavior as well as content. Spammy behavior cannot always be detected by reviewing the content alone. We are working on ways to review and classify spammers' behavior to build a comprehensive picture.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY
HIGHLY CONFIDENTIAL (COMPETITOR)

METATNAG-032-00006017
META3047MDL-087-00006255

CONTENT ACTIONED

## How much spam content did we take action on?

**We cannot estimate this metric right now**
We will continue to expand the measurement to more areas as we confirm accuracy and meaningful data.

How we calculate it ⓘ     Read about this data ⊕

PROACTIVE RATE

## Of the violating content we actioned for spam, how much did we find before people reported it?

**We cannot estimate this metric right now**
We will continue to expand the measurement to more areas as we confirm accuracy and meaningful data.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY
HIGHLY CONFIDENTIAL (COMPETITOR)

METATNAG-032-00006018
META3047MDL-087-00006256

How we calculate it ⟲    Read about this data ⟲

## Correcting mistakes

People can appeal our decisions, unless there are extreme safety concerns. We restore content we incorrectly removed or when circumstances change. Restores can happen from appeals or when we identify issues ourselves.

APPEALED CONTENT

### How much of the content we actioned for spam did people appeal?



**We cannot estimate this metric right now**
We will continue to expand the measurement to more areas as we confirm accuracy and meaningful data.

How we calculate it ⓘ    Read about this data ⟶

RESTORED CONTENT

### How much actioned content for spam was later restored?

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY
HIGHLY CONFIDENTIAL (COMPETITOR)

METATNAG-032-00006019
META3047MDL-087-00006257

**We cannot estimate this metric right now**
We will continue to expand the measurement to more areas as
we confirm accuracy and meaningful data.

How we calculate it ⓘ    Read about this data ⊕

**NOTE:**
Due to a temporary reduction in our review capacity as a result of COVID-19, we could not always offer people the option
to appeal. We still gave people the option to tell us they disagreed with our decision, which helped us review many of these
instances and restore content when appropriate. Starting in Q2 2022, we updated our methodology for how we count
appeals to include all instances where content was submitted for additional review, including after people told us that they
disagreed with our decision.

⊕ PREVIOUS
**Regulated Goods: Drugs and Firearms**

NEXT ⊕
**Suicide and Self-Injury**

∞ Meta

Transparency Center

| POLICIES | ENFORCEMENT | FEATURES |
|---|---|---|
| Facebook Community Standards | Detecting violations | Our approach to elections |
| Other policies | Taking action | Our approach to misinformation |
| How Meta improves | | Our approach to newsworthy content |
| | | Our approach to ranking |

| OVERSIGHT | DATA | |
|---|---|---|
| How to appeal to the Oversight Board | Community Standards Enforcement Report | Ad Library |
| | | Crowdtangle |

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY
HIGHLY CONFIDENTIAL (COMPETITOR)

METATNAG-032-00006020
META3047MDL-087-00006258

Oversight Board cases

Oversight Board recommendations

Creating the Oversight Board

Oversight Board: Further asked questions

Meta's Quarterly Updates on the Oversight Board

Intellectual Property

Government Requests for User Data

Content Restrictions Based on Local Law

Internet Disruptions

Widely Viewed Content Report

Regulatory and Other Transparency Reports

Facebook Open Research and Transparency

Data Policy  ·  Terms of Service  ·  Cookies

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY
HIGHLY CONFIDENTIAL (COMPETITOR)

METATNAG-032-00006021
META3047MDL-087-00006259

∞ Meta

Transparency Center

Policies    Enforcement    Features    Oversight    Data

Instagram ⌄

⬇ Download (CSV)

Overview

Adult Nudity and Sexual
Activity

Bullying and Harassment

Child Endangerment: Nudity
and Physical Abuse and
Sexual Exploitation

Dangerous Organizations:
Terrorism and Organized Hate

Fake Accounts

Hate Speech

Regulated Goods: Drugs and
Firearms

Spam

**Suicide and Self-Injury**

Violence and Incitement

Violent and Graphic Content

Home → Data → Community Standards Enforcement Report

# Suicide and Self-Injury

We remove content that encourages suicide or self-injury on Facebook and Instagram.
Self-injury is defined as the intentional and direct injuring of the body, including self-
mutilation and eating disorders. We also remove content that identifies and negatively
targets victims or survivors of self-injury or suicide.

We do allow people to discuss suicide and self-injury because we want Facebook and
Instagram to be spaces where people can raise awareness about these issues and seek
support.

Read the policy details ⊕

## Recent trends                                                    ‹  ›

 Q3 2022

**102.3K** ↘
Appealed Content on Suicide and Self-Injury

Appealed content decreased from 177.6K in Q2 2022
to 102.3K in Q3 2022, following a period of increased
appeals in Q2 due to non-violating content that had
been added incorrectly to our media-matching
technology banks by human reviewers.

→

Q3 2022

**70.7K** ↘
Restored Content on Suicide and Self-Injury

Restored content decreased from 119.2K in Q2 2022
to 70.7K in Q3 2022, following a period of increased
restores in Q2 after we corrected actions taken on
non-violating content that had been added
incorrectly to our media-matching technology banks
by human reviewers.

→

PREVALENCE
How prevalent were suicide and self-injury

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY
HIGHLY CONFIDENTIAL (COMPETITOR)

METATNAG-032-00006022
META3047MDL-087-00006260

How prevalent were suicide and self-injury violations?



Views of violating content that contains suicide and self-injury are very infrequent, and we remove much of this content before people see it. As a result, many times we do not find enough violating samples to precisely estimate prevalence.

In Q3 2022, this was true for violations of our policies on suicide and self-injury, terrorism and regulated goods on Facebook and Instagram. In these cases, we can estimate an upper limit of how often someone would see content that violates these policies.

In Q3 2022, the upper limit was 0.05% for violations of our policy for suicide and self-injury on Instagram. This means that out of every 10,000 views of content on Instagram, we estimate no more than 5 of those views contained content that violated the policy.

CONTENT ACTIONED

## How much suicide and self-injury content did we take action on?



How we calculate it ⓘ    Read about this data ⊕

PROACTIVE RATE

## Of the violating content we actioned for suicide and self-injury, how much did we find before

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY
HIGHLY CONFIDENTIAL (COMPETITOR)

METATNAG-032-00006023
META3047MDL-087-00006261

people reported it?



|  Found and flagged by us |  Reported by users |

**How we calculate it** ⓘ     **Read about this data** ⓘ

## Correcting mistakes

People can appeal our decisions, unless there are extreme safety concerns. We restore content we incorrectly removed or when circumstances change. Restores can happen from appeals or when we identify issues ourselves.

APPEALED CONTENT

## How much of the content we actioned for suicide and self-injury did people appeal?



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY
HIGHLY CONFIDENTIAL (COMPETITOR)

METATNAG-032-00006024
META3047MDL-087-00006262



How we calculate it ⓘ     Read about this data ⊕

RESTORED CONTENT

## How much actioned content for suicide and self-injury was later restored?



▦ Restored without appeal     ◈ Restored after appeal     ▬ Total

How we calculate it ⓘ     Read about this data ⊕

**NOTE:**

Due to a temporary reduction in our review capacity as a result of COVID-19, we could not always offer people the option to appeal. We still gave people the option to tell us they disagreed with our decision, which helped us review many of these instances and restore content when appropriate. Starting in Q2 2022, we updated our methodology for how we count appeals to include all instances where content was submitted for additional review, including after people told us that they disagreed with our decision.

⊙ PREVIOUS        NEXT ⊙
Spam            Violence and Incitement

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY
HIGHLY CONFIDENTIAL (COMPETITOR)

METATNAG-032-00006025
META3047MDL-087-00006263

Spam    |    Violence and incitement

## Meta

Transparency Center

**POLICIES**

Facebook Community Standards

Other policies

How Meta Improves

**ENFORCEMENT**

Detecting violations

Taking action

**FEATURES**

Our approach to elections

Our approach to misinformation

Our approach to newsworthy content

Our approach to ranking

**OVERSIGHT**

How to appeal to the Oversight Board

Oversight Board cases

Oversight Board recommendations

Creating the Oversight Board

Oversight Board: Further asked questions

Meta's Quarterly Updates on the Oversight Board

**DATA**

Community Standards Enforcement Report

Intellectual Property

Government Requests for User Data

Content Restrictions Based on Local Law

Internet Disruptions

Widely Viewed Content Report

Regulatory and Other Transparency Reports

Ad Library

Crowdtangle

Facebook Open Research and Transparency

Data Policy   ›   Terms of Service   ›   Cookies

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY
HIGHLY CONFIDENTIAL (COMPETITOR)

METATNAG-032-00006026
META3047MDL-087-00006264



∞ Meta

Transparency Center

Policies   Enforcement   Features   Oversight   Data

Instagram ⌄

⬇ Download (CSV)

Overview

Adult Nudity and Sexual Activity

Bullying and Harassment

Child Endangerment: Nudity and Physical Abuse and Sexual Exploitation

Dangerous Organizations: Terrorism and Organized Hate

Fake Accounts

Hate Speech

Regulated Goods: Drugs and Firearms

Spam

Suicide and Self-Injury

Violence and Incitement

Violent and Graphic Content

Home → Data → Community Standards Enforcement Report

# Violence and Incitement

We aim to prevent potential offline harm that may be related to content on Facebook. While we understand that people commonly edddxpress disdain or disagreement by threatening or calling for violence in non-serious ways, we remove language that incites or facilitates serious violence. We remove content, disable accounts and work with law enforcement when we believe there is a genuine risk of physical harm or direct threats to public safety. We also try to consider the language and context in order to distinguish casual statements from content that constitutes a credible threat to public or personal safety.

Read the policy details ⊕

## Recent trends

⊘   ⊙



Q3 2022

**0.02%** ↗
Prevalence on Violence and Incitement

Prevalence remained relatively consistent across Q2 2022 and Q3 2022.

→



Q3 2022

**4.5 million** ↗
Content Actioned on Violence and Incitement

Content actioned increased from 3.7 million in Q2 2022 to 4.5 million in Q3 2022 due to an increase in manual removals following improvements launched to queue prioritization.

→

PREVALENCE

## How prevalent were violence and incitement violations?

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY
HIGHLY CONFIDENTIAL (COMPETITOR)

METATNAG-032-00006027
META3047MDL-087-00006265



How we calculate it ⓘ     Read about this data ⊕

CONTENT ACTIONED

## How much violence and incitement content did we take action on?



How we calculate it ⓘ     Read about this data ⊕

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY
HIGHLY CONFIDENTIAL (COMPETITOR)

METATNAG-032-00006028
META3047MDL-087-00006266

PROACTIVE RATE

**Of the violating content we actioned for violence and incitement content, how much did we find before people reported it?**



How we calculate it ⓘ     Read about this data ⊕

## Correcting mistakes

People can appeal our decisions, unless there are extreme safety concerns. We restore content we incorrectly removed or when circumstances change. Restores can happen from appeals or when we identify issues ourselves.

APPEALED CONTENT

**How much of the content we actioned for violence and incitement content did people appeal?**



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY
HIGHLY CONFIDENTIAL (COMPETITOR)

METATNAG-032-00006029
META3047MDL-087-00006267



How we calculate it ⓘ     Read about this data ⊕

RESTORED CONTENT

How much actioned content for violence and incitement content was later restored?



Restored without appeal     Restored after appeal     Total

How we calculate it ⓘ     Read about this data ⊕

NOTE:

Due to a temporary reduction in our review capacity as a result of COVID-19, we could not always offer people the option to appeal. We still gave people the option to tell us they disagreed with our decision, which helped us review many of these instances and restore content when appropriate. Starting in Q2 2022, we updated our methodology for how we count appeals to include all instances where content was submitted for additional review, including after people told us that they disagreed with our decision.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY
HIGHLY CONFIDENTIAL (COMPETITOR)

METATNAG-032-00006030
META3047MDL-087-00006268

⊙ PREVIOUS
**Suicide and Self-Injury**

NEXT ⊙
**Violent and Graphic Content**

∞ Meta

Transparency Center

**POLICIES**

Facebook Community Standards

Other policies

How Meta Improves

**ENFORCEMENT**

Detecting violations

Taking action

**FEATURES**

Our approach to elections

Our approach to misinformation

Our approach to newsworthy content

Our approach to ranking

**OVERSIGHT**

How to appeal to the Oversight Board

Oversight Board cases

Oversight Board recommendations

Creating the Oversight Board

Oversight Board: Further asked questions

Meta's Quarterly Updates on the Oversight Board

**DATA**

Community Standards Enforcement Report

Intellectual Property

Government Requests for User Data

Content Restrictions Based on Local Law

Internet Disruptions

Widely Viewed Content Report

Regulatory and Other Transparency Reports

Ad Library

Crowdtangle

Facebook Open Research and Transparency

Data Policy • Terms of Service • Cookies

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY
HIGHLY CONFIDENTIAL (COMPETITOR)

METATNAG-032-00006031
META3047MDL-087-00006269



∞ Meta

Transparency Center

Policies   Enforcement   Features   Oversight   Data

Instagram ⌄

⬇ Download (CSV)

Overview

Adult Nudity and Sexual Activity

Bullying and Harassment

Child Endangerment: Nudity and Physical Abuse and Sexual Exploitation

Dangerous Organizations: Terrorism and Organized Hate

Fake Accounts

Hate Speech

Regulated Goods: Drugs and Firearms

Spam

Suicide and Self-Injury

Violence and Incitement

**Violent and Graphic Content**

Home → Data → Community Standards Enforcement Report

# Violent and Graphic Content

We remove content that glorifies violence or celebrates the suffering or humiliation of others on Facebook and Instagram. We do allow people to share some graphic content to raise awareness about current events and issues. In these cases, we may hide the content from people under 18 and cover it with a warning for those over 18, so people are aware it is graphic or violent before they choose to view it.

Read the policy details ⊕

## Recent trends                                               ⊙  ⊙



Q3 2022

**0.02%** ⬈
**Prevalence on Violent and Graphic Content**

Prevalence remained relatively consistent across Q2 2022 and Q3 2022.

→



Q3 2022

**6.9 million** ⬍
**Content Actioned on Violent and Graphic Content**

Content actioned decreased from 10.2 million in Q2 2022 to 6.9 million in Q3 2022, returning to pre-Q2 levels after we resolved a bug in our proactive detection technology for photos which misclassified and added warning screens to non-violating content in Q2.

→

PREVALENCE

How prevalent were violent and graphic content

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY
HIGHLY CONFIDENTIAL (COMPETITOR)

METATNAG-032-00006032
META3047MDL-087-00006270

How prevalent were violent and graphic content violations?



How we calculate it ⓘ    Read about this data ⊝

CONTENT ACTIONED

How much violent and graphic content did we take action on?



How we calculate it ⓘ    Read about this data ⊝

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY
HIGHLY CONFIDENTIAL (COMPETITOR)

METATNAG-032-00006033
META3047MDL-087-00006271

PROACTIVE RATE

## Of the violating content we actioned for violent and graphic content, how much did we find before people reported it?



Found and flagged by us          Reported by users

**How we calculate it** ⓘ     **Read about this data** ⊕

## Correcting mistakes

People can appeal our decisions, unless there are extreme safety concerns. We restore content we incorrectly removed or when circumstances change. Restores can happen from appeals or when we identify issues ourselves.

APPEALED CONTENT

## How much of the content we actioned for violent and graphic content did people appeal?



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY
HIGHLY CONFIDENTIAL (COMPETITOR)

METATNAG-032-00006034
META3047MDL-087-00006272



**How we calculate it** ⊙     **Read about this data** ⊙

RESTORED CONTENT

## How much actioned content for violent and graphic content was later restored?



▦ Restored without appeal     ◈ Restored after appeal     ▬ Total

**How we calculate it** ⊙     **Read about this data** ⊙

**NOTE:**

Due to a temporary reduction in our review capacity as a result of COVID-19, we could not always offer people the option to appeal. We still gave people the option to tell us they disagreed with our decision, which helped us review many of these instances and restore content when appropriate. Starting in Q2 2022, we updated our methodology for how we count appeals to include all instances where content was submitted for additional review, including after people told us that they

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY
HIGHLY CONFIDENTIAL (COMPETITOR)

METATNAG-032-00006035
META3047MDL-087-00006273

disagreed with our decision.

⊙ PREVIOUS
## Violence and Incitement

∞ Meta

Transparency Center

**POLICIES**

Facebook Community Standards

Other policies

How Meta Improves

**ENFORCEMENT**

Detecting violations

Taking action

**FEATURES**

Our approach to elections

Our approach to misinformation

Our approach to newsworthy content

Our approach to ranking

**OVERSIGHT**

How to appeal to the Oversight Board

Oversight Board cases

Oversight Board recommendations

Creating the Oversight Board

Oversight Board: Further asked questions

Meta's Quarterly Updates on the Oversight Board

**DATA**

Community Standards Enforcement Report

Intellectual Property

Government Requests for User Data

Content Restrictions Based on Local Law

Internet Disruptions

Widely Viewed Content Report

Regulatory and Other Transparency Reports

Ad Library

Crowdtangle

Facebook Open Research and Transparency

Data Policy · Terms of Service · Cookies

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY
HIGHLY CONFIDENTIAL (COMPETITOR)

METATNAG-032-00006036
META3047MDL-087-00006274