# Exhibit 96

CONFIDENTIAL

Page 1

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN RE: SOCIAL MEDIA ADOLESCENT          )   MDL Number:
ADDICTION/PERSONAL INJURY PRODUCTS      )   4:22-MD-C047-YGR
LIABILITY LITIGATION                    )
_____ )

SUPERIOR COURT OF THE STATE OF CALIFORNIA
FOR THE COUNTY OF LOS ANGELES
SPRING STREET COURTHOUSE

COORDINATION PROCEEDING                 )
SPECIAL TITLE [RULE 3.400]              )
SOCIAL MEDIA CASES                      )   Lead Case No. for
                                        )   Filing Purposes
_____ )   22STCV21355
                                        )
This Document Relates to:               )
                                        )
STATE OF TENNESSEE,                     )
ex rel. JONATHAN SKRMETTI,              )
ATTORNEY GENERAL and REPORTER,          )
v.                                      )
META PLATFORMS, INC., and               )
INSTAGRAM, LLC,                         )
Case No. 23-1364-IV                     )
_____ )

Confidential - Pursuant to Protective Order
VIDEOTAPED DEPOSITION of JENNIFER GUADAGNO, PhD
Palo Alto, California - November 14, 2024

Job No.  6933436
Pages 1 - 352
Stenographically reported by:
JENNY L. GRIFFIN, RMR, CSR, CRR, CCRR, CRC
CSR No. 3969

CONFIDENTIAL

Page 91

well-being for the product to be shipped not only for Instagram but for Facebook?

A.    I believe that was what we believed could be helpful for well-being.

Q.    Would it have been important for teens to have the product shipped for both Facebook and Instagram?

MR. SNEED:  Object to form.

THE WITNESS:  I'm not so sure of that.  I don't remember the breakdown of teens' usage across both platforms or where -- or how this was playing out across platforms.

BY MS. HAZAM:

Q.    Well, you just said it was important for well-being.  Would it be important for teen well-being to have the product shipped on both apps?

A.    It would be important for teen well-being, and, ideally, teens are able to access this. There -- may be more important on one platform versus the other, but still generally this is an issue that relates to well-being and that's related to teens.  That could be related to teens, or some teens, at least.

Q.    Would it have been better for well-being to have it be opt out versus by default?

CONFIDENTIAL

Page 92

A.    I don't know that I can answer that exactly in a precise way.

Q.    Okay.  You can put that exhibit aside.

Ms. Guadagno, I'd like to talk to you about beautification filters.

Do you have an understanding of what I mean when I refer to beautification filters?

A.    I do.

Q.    What's your understanding?

A.    A filter or an overlay on top of a photo or video, generally of a person's face or appearance, that alters the appearance in some way.

Q.    And are these effects used on Meta's apps to enhance a user's appearance?

A.    It could be used to slightly change or change in a dramatic way.

Q.    Are they often used to enhance a user's appearance?

MR. KEATS:  Asked and answered.

THE WITNESS:  I think there are different applications for filters that change the look of a person's appearance.

BY MS. HAZAM:

Q.    So that wasn't the question.  The question was are they often used to enhance a user's

CONFIDENTIAL

Page 93

appearance?

MR. KEATS:  Asked and answered.

THE WITNESS:  There's different ways that it can be used to change a person's appearance.

BY MS. HAZAM:

Q.    Does that include enhancing a person's appearance?

A.    It could include enhancing.

Q.    And they are used this way both on Facebook and Instagram; correct?

A.    I don't know about how that works on Facebook.  I'm not sure on Facebook.  But on Instagram, I know that to be the case.

Q.    These effects were sometimes referred to within Meta by different terms, not just beautification filters; right?

A.    It's very likely.

Q.    Do you remember any of those other terms?

A.    So beautification filters, there are some on the more -- some were called cosmetic features. I'm not sure of others.

Q.    Did you use the term "cosmetic surgery filters"?

A.    That term was used for a subset of them, I believe.

CONFIDENTIAL

Page 155

A.    Yes.

Q.    That research indicated that cosmetic surgery filters or beautification filters pose significant risks to mental health and well-being of young women in particular; right?

A.    Yes.  Pose potential risks for calling out that population.

Q.    Okay.  As far as you're aware, Meta did not make that research available to teenage users or their parents at any time, did it?

A.    I'm not aware of that.

Q.    Okay.  What about when it lifted the ban on cosmetic surgery filters?  Did it make that research available to the public at the time?

A.    I'm not aware of that.

Q.    You're not aware of the company releasing any information about the risks posed by cosmetic filters to teens, to users of the public at any time, are you?

A.    I'm not sure of all the channels or things of where -- how this was discussed; so I don't exactly know.  But I'm not aware of anything specifically.

MS. HAZAM:  Let's look at Exhibit U.

///