# Exhibit 97

**META3047MDL-014-00376297-META3047MDL-014-00376305**

*face should be skinnier"* (byrslf.co, 2016). In line with this sentiment, Snapchat has received backlash for photo filters that "whitewash" pictures (Huffingtonpost.com, 2016 & 2017).

**Selfie filters risk propagating unrealistic standards of beauty that are not only harmful, but divide more than they unite.** Whether adolescents and young women are from Asia, America or Australia, studies indicate they are all engaging in photo-editing to achieve unachievable beauty standards in response to continuous feedback that they, as they are, are not "good enough" (Chae, 2017; Chua and Chang, 2016, Fox & Vendemia, 2016; Mclean et al., 2015). This in turn only perpetuates and exacerbates risk for body dissatisfaction, eating disorder behaviors, depression and anxiety (Thompson et al., 1999; Grabe et al., 2008).

## SUMMARY

Selfie-manipulation is a new yet common, cross-cultural phenomenon. An analyses of the costs and benefits of editing selfies and viewing manipulated photos indicates the risks far outweigh the benefits. Research to date suggests these behaviors exacerbate risk and maintenance of several mental health concerns including body dissatisfaction, eating disorders and body dysmorphic disorder, among vulnerable populations (Kleemans et al., 2018, McLean et al., 2015, Mills et al., 2018, Rajanala et al., 2018). Data also indicates that editing selfies may have a paradoxical effect with regards to social connection. Rather than increasing acceptance, editing photos may actually increase social rejection (Vendemia & DeAndrea, 2018). Public outcry also indicates Facebook may alienate users by incorporating selfie-editing tools. Many argue photo-editing apps are harmful and culturally insensitive, (e.g., byrslf.co, 2016) and social media companies have received backlash for endorsing these westernized standards of beauty (Huffingtonpost.com, 2016 & 2017). Rather than bringing people together, selfie manipulation tools risk propagating unrealistic standards of beauty that are cross-culturally harmful and divide more than they unite.

CONFIDENTIAL

META3047MDL-014-00376302