# Exhibit 101



# Social Comparison Exploratory Research

Shruti Bhutada, Product Research
Wendy Gross, Marketing Insights

# Instagram is seen as having the highest impact, although TikTok and Snapchat aren't far behind



**BODY, APPEARANCE COMPARISON**

None — Low — Medium — High

- VSCO
- SNAPCHAT
- TIKTOK
- INSTAGRAM

| Dream, Not Reality | F4 Layers | Shifting, Increased Usage, Talent to Aesthetic | Celebrity Standards of "Reality" |
|---|---|---|---|
| **VSCO** | **Snapchat** | **TikTok** | **Instagram** |
| • Unachievable<br>• Removed from reality | • Friends, but..<br>  - Fun<br>  - Filter<br>  - Face (vs. body) | • Just like me<br>• Fun, joking, dancing<br>• Talent over aesthetic, but switching<br>• Popular influencers are thin/ attractive<br>• Spend 4+ hr/day | • Forget it's a highlight, reel vs. real<br>• Product mechanics (addicting)<br>• Explore, discover, stalk (down the rabbit hole)<br>• Sport – 1 hour to edit image/caption, then monitor "likes" |

28



# Apps' contributions to social comparison lie on two axes -- perceived reality and formality

**Perceived reality** (vertical axis)

**Perceived formality** (horizontal axis)

High realism +
Low formality =
Medium comparison
YouTube
Tik Tok

High realism +
High formality =
High comparison
Instagram

Low realism +
Low formality =
Low comparison
Snapchat

VSCO
Low realism +
High formality =
Medium comparison

# On Instagram, Explore, Feed, and Stories contribute to social comparison but in different ways

