# Exhibit 106

**META3047MDL-294-00126937-META3047MDL-294-00126994**

## TLDR

- **Instagram will be launching a new teen experience in August (Teen Accounts)**
  - Meta is pushing hard on a product and public affairs strategy to improve parental alignment when it comes to the safety of teens
  - Our strategy centers top parental concerns, which are age appropriate content, unwanted contact with strangers, bullying and time management
  - Our biggest product bet this half will be Teen Accounts, which offers a baseline bundle of new safety defaults which will be followed by new experiences aimed at driving unique value to teens that ideally get parents and teens excited about using IG
  - Target launch date of the baseline Teen Accounts experience is Aug 20th
- **We define success in two levels, with sentiment and behavioral metrics mapping to each**
  - <u>North Star Goals</u>
    - **Parents**: Teen Accounts meaningfully contributes to growing perception among parents that Instagram is on the same side as parents (i.e., success of Meta's Youth Strategy). This will be measured by *parent alignment* sentiment
    - **Teens:** Instagram delivers safer teen experiences. These will be measured by our existing teen safety metrics.
  - <u>Operational Goals</u> (2): Success of Teen Accounts is measured by success of its key components: Effective Parental Tools, Valuable Teen Experiences, and Mitigated Growth Impacts. We will use a panel of behavior, label-based and sentiment metrics to measure progress against these goals
  - Ecosystem monitoring is an important aspect of Teen Accounts, but outside the core scope of Teen Account goaling.
- **Prior benchmarks and recent tests suggest we should expect key growth and engagement regressions within the order of magnitude of <u>what IG drove in H2 2023</u>.**
  - Metric impacts should accrue mostly to stated age teens, who are ~37%/45% of predicted DM/Global teens.
  - We have done initial sizing for growth impacts only, which we have at 3.9M / 5.6M for Global DAU / MAU & 427k / 562k for DM DAU / MAU. Nonetheless, the regressions on key engagement and production metrics may be in the 1%-5% range for all teens, with differential impacts by DM vs Global, New vs Existing, & Early vs Late teen
- **We have initiated a Growth mitigation workstream but recommend proactively addressing expected impacts to the ecosystem**

A/C Priv

HIGHLY CONFIDENTIAL (COMPETITOR)                                                                      META3047MDL-294-00126940