# Exhibit 111

**META3047MDL-034-00078516-META3047MDL-034-00078521**

# IG Household Ecosystem - Identity & Multiple Accounts | Draft 1/23/2020

These insights emerged from the Instagram Household Ecosystem Study. The link details full research objectives and methodology.

## TL;DR Identity, Main Account/Secondary Account

- Many parents joined Instagram to learn about it so they could help and follow their teen.
- They believed that knowing what their teen did on Instagram helped them protect their teen.
- Most did not become aware of teen finstas/spam accounts, until long after the teen had created it.
- They learned about their teen's second account through conversations with their kids or other kids.
- Many were worried, curious, and conflicted about their teen's finsta/spam account and wanted to spy.
- Most teens learned about these accounts from older siblings or friends, after getting acclimated to IG.
- Teens did not mind when parents discovered the account's existence. Parents did not stop the teen from using it.
- Teens said that their parents and often their younger siblings would not understand what they shared in their finsta.

## Parents were worried when they discovered their teen's second account

- Parents had a strong need to protect their kids and believed that seeing what their child did on Instagram enabled this. When they discovered there were parts of their teens' Instagram they couldn't see, they felt powerless. Limited visibility is a strong pain point for parents.
- It took time for moms to realize they probably weren't privy to all that their child did on Instagram, especially moms newer to the platform. They were upset when they found out.
- Most felt sad and concerned when they realized their teen had removed them from their Followers; had created a secondary account; or had blocked them or hidden their Story from them – but they also felt relieved to know what was happening.
- They worried about what their child might be hiding and feared the worst, like cussing, vaping, breaking rules. Some knew other parents who "thought their kids were angels" but didn't know the real/whole story.
- Most also felt conflicted. They trusted their kids and said they were "good kids" who got good grades. They appreciated their teens' need for privacy and a space of their own. None required that their teen stop using the account or share the private spaces with them.
- Having limited visibility motivated parents to find inventive ways to figure out what was going on. In addition to spot-checks, they enlisted younger siblings and friends' kids as spies who were sometimes motivated to cooperate but didn't often have much more information.
- Teens' reasons for needing private (non-family) spaces were mild, such as wanting to share about a bad mood without eliciting undue concern from family or post off-color memes just for fun.

## Older teens were cautious about sharing finstas/spams with siblings

- Many younger siblings were very curious about everything their older sibling did on Instagram and wanted to follow their brother or sister's Stories and finsta/spam accounts. However, older teens were sometimes very cautious about allowing this.
- Some worried that if their younger sibling had access to these private spaces, they might "tell on" them, i.e., share what the older teen said in those spaces with their parents to "win points" with their parents. Indeed, parents sometimes tried to leverage this. Although teens emphasized they never did anything bad, they were worried about their content being taken out of context.
- One said that the crowd he hung out with was not appropriate for his younger sister and he did not want her seeing what they said/did.
- One said that her younger brother would be confused and ask "annoying" questions, like "Why are you sad there [on Instagram] but happy here [at home]?" which would be too difficult to explain.
- Previous insights on teens' usage of multiple accounts:
  - Many Teens Used A Second, Public Account To Develop A Creative Side Of Themselves: Instagram "Teens, Let's Play" Research Summary ~ 4/30/2019