# Exhibit 129

Expert Report – Highly Confidential

## IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| *PEOPLE OF THE STATE OF CALIFORNIA, et al.,* <br> Plaintiffs, <br><br> v. <br><br> *META PLATFORMS, INC, and Instagram, LLC,* <br> Defendants <br><br><br> IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION <br><br> THIS DOCUMENT RELATES TO: <br> 4:23-cv-05448 | MDL No. 3047 <br><br> Case No. 4:23-cv-05448-YGR <br><br> Judge: Hon. Yvonne Gonzalez Rogers <br><br> Magistrate Judge: Hon. Peter H. Kang |

**SECOND CORRECTED TRIAL REPORT OF PATRICK MCDANIEL**
**FEBRUARY 13, 2026**

Expert Report – Highly Confidential

## Table 8 - Number of Checkpoints of US Users

To measure the number of reports, enforcements, and checkpoints at the state-level, I observed that the field "conformed_entity_dimensions.jurisdictions" for Table 1, Table 2, and Table 3 may contain state-level information. In Checkpointing Table, the field "enrollment_conformed_entity_dimensions.jurisdictions" also may contain state-level information. Below are tables that show the distribution of reports, enforcements, and checkpoints by state (where such state information was available).

| Jurisdiction | Table | Reports |
|---|---|---|
| US | Table 1 | 270,958 (52.9%) |
| US | Table 2 | 87,245 (17.0%) |
| US_AK | Table 2 | 36 (<0.1%) |
| US_AL | Table 2 | 207 (<0.1%) |
| US_AL | Table 1 | 2 (<0.1%) |
| US_AR | Table 2 | 937 (<0.1%) |
| US_AR | Table 1 | 1,145 (<0.1%) |
| US_AZ | Table 2 | 418 (<0.1%) |
| US_AZ | Table 1 | 3 (<0.1%) |
| US_CA | Table 1 | 28,353 (5.5%) |
| US_CA | Table 2 | 22,971 (4.5%) |
| US_CO | Table 1 | 1,985 (<0.1%) |
| US_CO | Table 2 | 1,655 (<0.1%) |
| US_CT | Table 1 | 1,335 (<0.1%) |
| US_CT | Table 2 | 1,129 (<0.1%) |
| US_DC | Table 1 | 2 (<0.1%) |
| US_DC | Table 2 | 48 (<0.1%) |
| US_DE | Table 2 | 300 (<0.1%) |
| US_DE | Table 1 | 69 (<0.1%) |
| US_FL | Table 2 | 10,681 (2.1%) |
| US_FL | Table 1 | 2,802 (0.5%) |
| US_GA | Table 2 | 2,409 (<0.1%) |
| US_GA | Table 1 | 44 (<0.1%) |
| US_HI | Table 2 | 52 (<0.1%) |

Second Corrected Expert Report of Patrick McDaniel                113

Expert Report – Highly Confidential

| US_HI | Table 1 | 2 (<0.1%) |
|---|---|---|
| US_IA | Table 2 | 100 (<0.1%) |
| US_IA | Table 1 | 1 (<0.1%) |
| US_ID | Table 1 | 1 (<0.1%) |
| US_ID | Table 2 | 69 (<0.1%) |
| US_IL | Table 2 | 4,236 (0.8%) |
| US_IL | Table 1 | 5,740 (1.1%) |
| US_IN | Table 2 | 245 (<0.1%) |
| US_IN | Table 1 | 1 (<0.1%) |
| US_KS | Table 1 | 1 (<0.1%) |
| US_KS | Table 2 | 99 (<0.1%) |
| US_KY | Table 1 | 9 (<0.1%) |
| US_KY | Table 2 | 186 (<0.1%) |
| US_LA | Table 1 | 406 (<0.1%) |
| US_LA | Table 2 | 1,626 (<0.1%) |
| US_MA | Table 1 | 2 (<0.1%) |
| US_MA | Table 2 | 228 (<0.1%) |
| US_MD | Table 1 | 8 (<0.1%) |
| US_MD | Table 2 | 454 (<0.1%) |
| US_ME | Table 2 | 36 (<0.1%) |
| US_MI | Table 1 | 7 (<0.1%) |
| US_MI | Table 2 | 400 (<0.1%) |
| US_MN | Table 1 | 1 (<0.1%) |
| US_MN | Table 2 | 202 (<0.1%) |
| US_MO | Table 2 | 203 (<0.1%) |
| US_MO | Table 1 | 3 (<0.1%) |
| US_MS | Table 1 | 13 (<0.1%) |
| US_MS | Table 2 | 847 (<0.1%) |
| US_MT | Table 2 | 179 (<0.1%) |
| US_MT | Table 1 | 33 (<0.1%) |
| US_NC | Table 2 | 495 (<0.1%) |
| US_NC | Table 1 | 8 (<0.1%) |
| US_ND | Table 2 | 20 (<0.1%) |
| US_NE | Table 2 | 67 (<0.1%) |
| US_NH | Table 2 | 37 (<0.1%) |
| US_NJ | Table 1 | 3 (<0.1%) |
| US_NJ | Table 2 | 508 (<0.1%) |
| US_NM | Table 2 | 37 (<0.1%) |
| US_NM | Table 1 | 1 (<0.1%) |
| US_NV | Table 2 | 2,127 (<0.1%) |
| US_NV | Table 1 | 798 (<0.1%) |

Expert Report – Highly Confidential

| | | |
|---|---|---|
| US_NY | Table 2 | 1,404 (<0.1%) |
| US_NY | Table 1 | 10 (<0.1%) |
| US_OH | Table 2 | 3,675 (0.7%) |
| US_OH | Table 1 | 2,192 (<0.1%) |
| US_OK | Table 2 | 174 (<0.1%) |
| US_OR | Table 1 | 242 (<0.1%) |
| US_OR | Table 2 | 1,102 (<0.1%) |
| US_PA | Table 2 | 428 (<0.1%) |
| US_PA | Table 1 | 6 (<0.1%) |
| US_RI | Table 2 | 32 (<0.1%) |
| US_SC | Table 1 | 2 (<0.1%) |
| US_SC | Table 2 | 156 (<0.1%) |
| US_SD | Table 2 | 20 (<0.1%) |
| US_TN | Table 2 | 378 (<0.1%) |
| US_TN | Table 1 | 5 (<0.1%) |
| US_TX | Table 2 | 13,948 (2.7%) |
| US_TX | Table 1 | 19,116 (3.7%) |
| US_UT | Table 1 | 1,349 (<0.1%) |
| US_UT | Table 2 | 1,123 (<0.1%) |
| US_VA | Table 1 | 3,708 (0.7%) |
| US_VA | Table 2 | 2,659 (0.5%) |
| US_VT | Table 1 | 4 (<0.1%) |
| US_VT | Table 2 | 66 (<0.1%) |
| US_WA | Table 1 | 590 (<0.1%) |
| US_WA | Table 2 | 5,356 (1.0%) |
| US_WI | Table 2 | 196 (<0.1%) |
| US_WV | Table 2 | 65 (<0.1%) |
| US_WY | Table 2 | 11 (<0.1%) |
| | Total | 512,242 |

**Table 9 - Reports by State**

| Jurisdiction | Table | Enforcements |
|---|---|---|
| US | Table 3 | 3,419,719 (75.3%) |
| US_AK | Table 3 | 1,117 (<0.1%) |
| US_AL | Table 3 | 11,756 (<0.1%) |
| US_AR | Table 3 | 11,638 (<0.1%) |
| US_AZ | Table 3 | 15,974 (<0.1%) |
| US_CA | Table 3 | 210,051 (4.6%) |
| US_CO | Table 3 | 19,592 (<0.1%) |
| US_CT | Table 3 | 13,127 (<0.1%) |
| US_DC | Table 3 | 3,584 (<0.1%) |
| US_DE | Table 3 | 3,823 (<0.1%) |
| US_FL | Table 3 | 103,907 (2.3%) |
| US_GA | Table 3 | 47,794 (1.1%) |
| US_HI | Table 3 | 4,352 (<0.1%) |
| US_IA | Table 3 | 3,728 (<0.1%) |

Second Corrected Expert Report of Patrick McDaniel                115

Expert Report – Highly Confidential

| | | |
|---|---|---|
| US_ID | Table 3 | 2,775 (<0.1%) |
| US_IL | Table 3 | 49,670 (1.1%) |
| US_IN | Table 3 | 13,376 (<0.1%) |
| US_KS | Table 3 | 3,971 (<0.1%) |
| US_KY | Table 3 | 7,747 (<0.1%) |
| US_LA | Table 3 | 22,024 (<0.1%) |
| US_MA | Table 3 | 11,722 (<0.1%) |
| US_MD | Table 3 | 18,632 (<0.1%) |
| US_ME | Table 3 | 1,882 (<0.1%) |
| US_MI | Table 3 | 22,018 (<0.1%) |
| US_MN | Table 3 | 7,634 (<0.1%) |
| US_MO | Table 3 | 12,040 (<0.1%) |
| US_MS | Table 3 | 12,373 (<0.1%) |
| US_MT | Table 3 | 2,078 (<0.1%) |
| US_NC | Table 3 | 26,549 (0.6%) |
| US_ND | Table 3 | 924 (<0.1%) |
| US_NE | Table 3 | 3,343 (<0.1%) |
| US_NH | Table 3 | 1,944 (<0.1%) |
| US_NJ | Table 3 | 22,674 (<0.1%) |
| US_NM | Table 3 | 3,194 (<0.1%) |
| US_NV | Table 3 | 16,436 (<0.1%) |
| US_NY | Table 3 | 46,173 (1.0%) |
| US_OH | Table 3 | 38,770 (0.9%) |
| US_OK | Table 3 | 7,215 (<0.1%) |
| US_OR | Table 3 | 10,606 (<0.1%) |
| US_PA | Table 3 | 25,187 (0.6%) |
| US_RI | Table 3 | 1,987 (<0.1%) |
| US_SC | Table 3 | 12,077 (<0.1%) |
| US_SD | Table 3 | 985 (<0.1%) |
| US_TN | Table 3 | 17,956 (<0.1%) |
| US_TX | Table 3 | 164,869 (3.6%) |
| US_UT | Table 3 | 11,571 (<0.1%) |
| US_VA | Table 3 | 37,518 (0.8%) |
| US_VT | Table 3 | 1,140 (<0.1%) |
| US_WA | Table 3 | 19,395 (<0.1%) |
| US_WI | Table 3 | 8,826 (<0.1%) |
| US_WV | Table 3 | 2,354 (<0.1%) |
| US_WY | Table 3 | 707 (<0.1%) |
| | Total | 4,540,504 |

**Table 10 - Enforcements by State**

| Jurisdiction | Table | Checkpoints |
|---|---|---|
| US | Checkpointing Table | 2,145,585 (97.5%) |
| US_AR | Checkpointing Table | 615 (<0.1%) |
| US_CA | Checkpointing Table | 22,999 (1.0%) |
| US_CO | Checkpointing Table | 3,187 (<0.1%) |
| US_CT | Checkpointing Table | 661 (<0.1%) |
| US_DE | Checkpointing Table | 4 (<0.1%) |
| US_FL | Checkpointing Table | 71 (<0.1%) |
| US_IL | Checkpointing Table | 2,779 (<0.1%) |
| US_LA | Checkpointing Table | 11 (<0.1%) |
| US_MT | Checkpointing Table | 2 (<0.1%) |
| US_NV | Checkpointing Table | 17 (<0.1%) |
| US_OH | Checkpointing Table | 620 (<0.1%) |
| US_OR | Checkpointing Table | 6 (<0.1%) |
| US_TX | Checkpointing Table | 17,511 (0.8%) |
| US_UT | Checkpointing Table | 2,283 (<0.1%) |
| US_VA | Checkpointing Table | 3,947 (<0.1%) |
| US_WA | Checkpointing Table | 19 (<0.1%) |

Expert Report – Highly Confidential

| | | Total | 2,200,317 |
|---|---|---|---|

**Table 11 - Checkpoints by State**

172. Moreover, below is a plot that shows the number of reports, enforcements, and checkpoints about US and Potentially US users over time. The fields "first_create_timestamp" and "report_ds" identify when a report was created in Table 1 and Table 2, respectively.[328] I assume the field "action_time" identifies when an enforcement is actioned in Table 3 because of the name of the field. I assume the field "enrollment_time" identifies when a user is checkpointed in the Checkpointing Table for the same reason.

173. In the plot, the x-axis represents time and the y-axis represents the number of reports, enforcements, and checkpoints per month. Tables are differentiated by color and US vs. Potentially US users are denoted as solid vs. dashed lines, respectively. Note the changes in value among the y-axes.

---

[328] See META3047MDL-177-00122356

Second Corrected Expert Report of Patrick McDaniel                117

Expert Report – Highly Confidential

185. Limiting the analysis to the time period and app on which I understand SURF has been used qualitatively does not change the results of the analysis. Table 1 reports about US users still show the same pattern. The exception is with respect to Potential US users, where these filters remove a large volume of ostensible SURF reports. This result is difficult to square with Meta's testimony about how to identify SURF reports in Table 1.[339]

186. **Q2. How many underage reports and how many unique US users subject to such reports were ignored automatically due to a lack of a bio and photos (broken down by state)?**

187. This question asks how many reports were ignored automatically because the user profile did not contain a bio or photos.

188. To identify the number of reports that are ignored automatically due to a lack of bio and photos, the field "automation_policy_name" in Table 1[340], and the subfield "automation_policy_name" in the field "report_entity_review_funnel_redacted" in Table 2, may contain at least the following values:

   (a) FB_Underage_ignore_fb_no_media_profile

   (b) FBUnderageIgnoreNoMediaProfile

---

[339] Blanaru Dep. 41:21-42:4.
[340] META3047MDL-177-00122360

Expert Report – Highly Confidential

    (c) IG_Underage_ignore_no_bio_and_no_media

    (d) IGUnderageIgnoreNoBioAndNoMediaProfiles

    (e) IGUnderageIgnoreNoMediaProfile

    (f) IGUnderageIgnoreNoMediaProfiles

    (g) UnderageIgnoreNoMediaProfiles

189. I assume that these values refer to the policy Meta applies which ignores reports of accounts because there was either: (1) no bio, or (2) no photos on the account.[341] Below is a table which contains the number of reports that are ignored automatically due to a lack of bio and photos.

| Table | No Bio or Photos Auto-Ignored Reports |
|---|---|
| Table 1 (Potential US) | 32,095 |
| Table 1 | 7,402 |
| Table 2 | 3,440 |
| Total | 42,937 |

**Table 20 - Number of Ignored Reports Due to a Lack of a Bio or Photos**

190. Moreover, below is a table that shows the number of reports that are ignored automatically due to a lack of bio and photos by state.

| Jurisdiction | Table | Reports |
|---|---|---|
| US | Table 1 | 5,652 |
| US | Table 2 | 1,633 |
| US_AL | Table 2 | 1 |
| US_AR | Table 2 | 19 |
| US_AR | Table 1 | 49 |
| US_AZ | Table 2 | 1 |
| US_CA | Table 2 | 507 |
| US_CA | Table 1 | 616 |
| US_CO | Table 1 | 64 |
| US_CO | Table 2 | 42 |

[341] See Hartnett Dep. 179:11-180:6 for details surrounding this policy. See Blanaru Dep. Ex. 1 at 1 for similar values that are used here.

Second Corrected Expert Report of Patrick McDaniel        124

Expert Report – Highly Confidential

| | | |
|---|---|---|
| US_CT | Table 1 | 28 |
| US_CT | Table 2 | 25 |
| US_DC | Table 2 | 6 |
| US_DE | Table 1 | 3 |
| US_DE | Table 2 | 6 |
| US_FL | Table 1 | 71 |
| US_FL | Table 2 | 183 |
| US_GA | Table 2 | 61 |
| US_IA | Table 2 | 2 |
| US_IL | Table 1 | 184 |
| US_IL | Table 2 | 110 |
| US_IN | Table 2 | 2 |
| US_KS | Table 2 | 1 |
| US_KY | Table 2 | 1 |
| US_LA | Table 2 | 52 |
| US_LA | Table 1 | 18 |
| US_MA | Table 2 | 5 |
| US_MD | Table 2 | 2 |
| US_MI | Table 2 | 4 |
| US_MO | Table 2 | 16 |
| US_MS | Table 2 | 19 |
| US_MT | Table 2 | 4 |
| US_MT | Table 1 | 1 |
| US_NC | Table 2 | 3 |
| US_NJ | Table 2 | 9 |
| US_NV | Table 2 | 20 |
| US_NV | Table 1 | 17 |
| US_NY | Table 2 | 9 |
| US_OH | Table 2 | 101 |
| US_OH | Table 1 | 65 |
| US_OK | Table 2 | 1 |
| US_OR | Table 2 | 37 |
| US_OR | Table 1 | 11 |
| US_PA | Table 2 | 3 |
| US_SD | Table 2 | 1 |
| US_TN | Table 2 | 1 |
| US_TX | Table 2 | 383 |
| US_TX | Table 1 | 493 |
| US_UT | Table 1 | 25 |
| US_UT | Table 2 | 23 |
| US_VA | Table 2 | 107 |

Expert Report – Highly Confidential

| | | |
|---|---|---|
| US_VA | Table 1 | 77 |
| US_WA | Table 2 | 39 |
| US_WA | Table 1 | 28 |
| US_WI | Table 2 | 1 |
| | Total | 10,842 |

**Table 21- Number of Ignored Reports Due to a Lack of a Bio or Photos by State**

191.  Finally, to identify the number of unique US users that are the subject of these auto-ignored reports, I examined the fields "deprecated_responsible_id_hashed", "entity_attr_id_hashed", "entity_attr_id_rid_hashed", "object_id_hashed", "object_id_v1_hashed", "object_rid_hashed", and "responsible_rid_hashed" in Table 1, which all represent account identifiers.[342] The fields "entity_attr_entity_rid_hashed" and "entity_attr_primary_profile_id_hashed" in Table 2 both represent account identifiers.[343]

192.  Since there are multiple fields that provide account identifiers, I used the field which had the largest number of unique values (as many reports had empty values for particular identifiers). Below is a table that shows the number of unique users that were the subject of these auto-ignored reports.

| Table | Unique Users |
|---|---|
| Table 1 (Potential US) (object_id_v1_hashed) | 10,408 |
| Table 1 (deprecated_responsible_id_hashed) | 6,262 |
| Table 2 (entity_attr_entity_rid_hashed) | 2,602 |
| Total | 19,272 |

---

[342] See 2025.10.06 - Corrected Meta Ltr. re META3047MDL_VOL245.pdf. I assume the memo omitted the word "_hashed" when providing the identifiers for these fields. Moreover, I assume ""entity_rid" within the "entity_attr" column refer to "entity_attr_id_hashed" and "entity_attr_id_rid_hashed". I make the same assumptions on the "object_rid" and "responsible_rid" columns.

[343] See 2025.10.06 - Corrected Meta Ltr. re META3047MDL_VOL245.pdf. I assume the memo omitted the word "_hashed" when providing the identifiers for these fields. Moreover, I assume "entity_attr_primary_profile_rid_hashed" to be an account identifier.

Expert Report – Highly Confidential

## Table 22 - Number of Unique Users with Ignored Reports Due to a Lack of a Bio or Photos

193.  Additionally, below are state-level jurisdictions of these users.

| Jurisdiction | Table | Reports |
|---|---|---|
| US | Table 1 | 4,826 |
| US | Table 2 | 1,329 |
| US_AL | Table 2 | 1 |
| US_AR | Table 1 | 39 |
| US_AR | Table 2 | 17 |
| US_AZ | Table 2 | 1 |
| US_CA | Table 1 | 513 |
| US_CA | Table 2 | 328 |
| US_CO | Table 1 | 56 |
| US_CO | Table 2 | 33 |
| US_CT | Table 2 | 18 |
| US_CT | Table 1 | 25 |
| US_DC | Table 2 | 3 |
| US_DE | Table 1 | 3 |
| US_DE | Table 2 | 6 |
| US_FL | Table 1 | 54 |
| US_FL | Table 2 | 145 |
| US_GA | Table 2 | 52 |
| US_IA | Table 2 | 1 |
| US_IL | Table 2 | 76 |
| US_IL | Table 1 | 119 |
| US_IN | Table 2 | 2 |
| US_KY | Table 2 | 1 |
| US_LA | Table 2 | 46 |
| US_LA | Table 1 | 14 |
| US_MD | Table 2 | 2 |
| US_MI | Table 2 | 2 |
| US_MS | Table 2 | 19 |
| US_MT | Table 1 | 1 |
| US_MT | Table 2 | 4 |
| US_NC | Table 2 | 2 |
| US_NJ | Table 2 | 5 |
| US_NV | Table 2 | 19 |
| US_NV | Table 1 | 17 |
| US_NY | Table 2 | 4 |
| US_OH | Table 1 | 57 |
| US_OH | Table 2 | 51 |
| US_OK | Table 2 | 1 |
| US_OR | Table 1 | 9 |
| US_OR | Table 2 | 32 |
| US_PA | Table 2 | 2 |
| US_TN | Table 2 | 1 |
| US_TX | Table 2 | 291 |
| US_TX | Table 1 | 412 |
| US_UT | Table 1 | 25 |
| US_UT | Table 2 | 18 |
| US_VA | Table 2 | 57 |
| US_VA | Table 1 | 72 |
| US_WA | Table 1 | 20 |
| US_WA | Table 2 | 32 |
| US_WI | Table 2 | 1 |

Second Corrected Expert Report of Patrick McDaniel          127

Expert Report – Highly Confidential

| | Total | 8,864 |
|---|---|---|

**Table 23 - Number of Unique Users with Ignored Repots Due to a Lack of Bio or Photos by State**

194. My analysis shows the significance of Meta's policy of automatically ignoring reports of accounts that have no bio or photos. Meta received reports of ~20,000 users that were children, but Meta took no further action to investigate those reports because they were discarded by Meta's automated system because of a lack of a bio or photos.

195. **Q3. How many underage reports and how many unique US users subject to such reports were ignored automatically because Meta's Adult Classifier predicted the user to be over 18 (broken down by state)?**

196. Similar to the question above, this question asks how many reports were ignored automatically because Meta's Adult Classifier predicted the user to be over 18.

197. As this question measures the prevalence of a different automation, the same fields are used. Again, the field "automation_policy_name" in Table 1, and the subfield "automation_policy_name" in the field "report_entity_review_funnel_redacted" in Table 2, may contain at least the following values:

(a) FB_Underage_ignore_based_on_predicted_age_signals

(b) IG_Underage_ignore_based_on_predicted_age_signals

Expert Report – Highly Confidential

(c) IGUnderageAdultClassifierIgnore

(d) Threads_Underage_ignore_based_on_predicted_age_signals

(e) UnderageAdultClassifierIgnore

198. I assume that these values refer to the policy Meta applies which ignores reports of accounts because Meta's Adult Classifier predicted the user to be over 18.[344] Below is a table which contains the number of reports that are ignored automatically due to Meta's Adult Classifier predicting the user to be over 18.

| Table | Predicted Over 18 Auto-Ignored Reports |
|---|---|
| Table 1 | 83,465 |
| Table 1 (Potential US) | 77,785 |
| Table 2 | 3,295 |
| Total | 164,545 |

**Table 24 - Number of Reports Ignored Because Meta Predicted the User to be Over 18**

199. Moreover, below is a table that shows the number of reports that are ignored automatically due to Meta's Adult Classifier predicting the user to be over 18 by state.

| Jurisdiction | Table | Reports |
|---|---|---|
| US | Table 1 | 66,221 |
| US | Table 2 | 2,310 |
| US_AK | Table 2 | 3 |
| US_AR | Table 1 | 235 |
| US_AR | Table 2 | 14 |
| US_AZ | Table 2 | 5 |
| US_CA | Table 1 | 8,710 |
| US_CA | Table 2 | 444 |
| US_CO | Table 1 | 537 |

---

[344] See Hartnett Dep. 175:16-176:15 for details surrounding this policy. See also META3047MDL-146-00072824 at -072831 (UnderageAdultClassifierIgnore defined to mean "Ignore if our adult classifier predicts them to be over 18")

Expert Report – Highly Confidential

| | | |
|---|---|---:|
| US_CO | Table 2 | 2 |
| US_CT | Table 1 | 394 |
| US_CT | Table 2 | 56 |
| US_DC | Table 2 | 1 |
| US_DE | Table 2 | 3 |
| US_FL | Table 1 | 13 |
| US_FL | Table 2 | 80 |
| US_GA | Table 2 | 32 |
| US_ID | Table 2 | 1 |
| US_IL | Table 2 | 58 |
| US_IL | Table 1 | 1,303 |
| US_IN | Table 2 | 1 |
| US_KS | Table 2 | 7 |
| US_KY | Table 2 | 1 |
| US_LA | Table 2 | 5 |
| US_MA | Table 2 | 1 |
| US_MI | Table 2 | 1 |
| US_MS | Table 2 | 3 |
| US_MT | Table 2 | 2 |
| US_MT | Table 1 | 1 |
| US_NC | Table 2 | 6 |
| US_ND | Table 2 | 1 |
| US_NH | Table 2 | 1 |
| US_NJ | Table 2 | 5 |
| US_NV | Table 2 | 36 |
| US_NV | Table 1 | 9 |
| US_NY | Table 2 | 22 |
| US_OH | Table 2 | 18 |
| US_OH | Table 1 | 350 |
| US_OR | Table 2 | 4 |
| US_PA | Table 2 | 7 |
| US_TN | Table 2 | 4 |
| US_TX | Table 2 | 109 |
| US_TX | Table 1 | 4,470 |
| US_UT | Table 2 | 6 |
| US_UT | Table 1 | 363 |
| US_VA | Table 1 | 854 |
| US_VA | Table 2 | 21 |
| US_VT | Table 2 | 1 |
| US_WA | Table 2 | 15 |
| US_WA | Table 1 | 5 |

Second Corrected Expert Report of Patrick McDaniel              130

Expert Report – Highly Confidential

| | | |
|---|---|---|
| US_WI | Table 2 | 1 |
| US_WV | Table 2 | 8 |
| | Total | 86,760 |

**Table 25- Number of Reports Ignored Because Meta Predicted the User to be Over 18 by State**

200.  Finally, using the same account identifiers and approach described above, below is a table that shows the number of unique users that were the subject of these auto-ignored reports.

| Table | Unique Users |
|---|---|
| Table 1 (Potential US) (object_id_hashed) | 77,379 |
| Table 1 (object_id_hashed) | 61,912 |
| Table 2 (entity_attr_entity_rid_hashed) | 1,668 |
| Total | 140,959 |

**Table 26 - Number of Unique Users Who Had Reports Ignored Because Meta Predicted the User to be Over 18**

201.  Additionally, below are the state-level jurisdictions for these users.

| Jurisdiction | Table | Reports |
|---|---|---|
| US | Table 1 | 49,461 |
| US | Table 2 | 1,196 |
| US_AK | Table 2 | 1 |
| US_AR | Table 2 | 3 |
| US_AR | Table 1 | 179 |
| US_AZ | Table 2 | 5 |
| US_CA | Table 1 | 5,869 |
| US_CA | Table 2 | 149 |
| US_CO | Table 1 | 429 |
| US_CO | Table 2 | 2 |
| US_CT | Table 1 | 313 |
| US_CT | Table 2 | 9 |
| US_DC | Table 2 | 1 |
| US_DE | Table 2 | 3 |
| US_FL | Table 1 | 7 |
| US_FL | Table 2 | 55 |
| US_GA | Table 2 | 5 |

Second Corrected Expert Report of Patrick McDaniel            131

Expert Report – Highly Confidential

| US_ID | Table 2 | 1 |
|---|---|---|
| US_IL | Table 1 | 1,020 |
| US_IL | Table 2 | 40 |
| US_IN | Table 2 | 1 |
| US_KS | Table 2 | 4 |
| US_KY | Table 2 | 1 |
| US_LA | Table 2 | 5 |
| US_MA | Table 2 | 1 |
| US_MI | Table 2 | 1 |
| US_MS | Table 2 | 3 |
| US_MT | Table 2 | 2 |
| US_MT | Table 1 | 1 |
| US_NC | Table 2 | 5 |
| US_ND | Table 2 | 1 |
| US_NH | Table 2 | 1 |
| US_NJ | Table 2 | 4 |
| US_NV | Table 2 | 23 |
| US_NV | Table 1 | 4 |
| US_NY | Table 2 | 16 |
| US_OH | Table 1 | 289 |
| US_OH | Table 2 | 16 |
| US_OR | Table 2 | 4 |
| US_PA | Table 2 | 3 |
| US_TN | Table 2 | 3 |
| US_TX | Table 2 | 63 |
| US_TX | Table 1 | 3,424 |
| US_UT | Table 2 | 6 |
| US_UT | Table 1 | 260 |
| US_VA | Table 1 | 651 |
| US_VA | Table 2 | 16 |
| US_VT | Table 2 | 1 |
| US_WA | Table 1 | 5 |
| US_WA | Table 2 | 14 |
| US_WI | Table 2 | 1 |
| US_WV | Table 2 | 3 |
|  | Total | 63,580 |

**Table 27 - Number of Unique Users Who Had Reports Ignored Because Meta Predicted the User to be Over 18 by State**

Second Corrected Expert Report of Patrick McDaniel              132

Expert Report – Highly Confidential

top-five most frequently occurring reasons why users are checkpointed for potentially being underage. The percentage field is with respect to the total number of account checkpoints. Discussed subsequently, these top checkpoint reasons often refer to users who self-admit they are underage.

| Table | Checkpoint Reason | Frequency | Percentage |
|---|---|---|---|
| Checkpointing Table | PolicyChain: Enroll people confirming to be underage to age verification checkpoint | 476,755 | 21.7% |
| Checkpointing Table | U13: AGE_COLLECTION | 439,288 | 20.0% |
| Checkpointing Table | PolicyChain:EnrollOnUnderageDOBUpdate Enroll people confirming to be underage to age verification checkpoint | 425,065 | 19.3% |
| Checkpointing Table | PolicyChain:EnrollOnUnderageDOBUpdate Confirmed to be underage | 333,207 | 15.1% |
| Checkpointing Table | PolicyChain: U13 Admittance via Account Centre | 93,221 | 4.2% |
| Table 3 | policy:disable_async_job | 101,657 | 62.3% |
| Table 3 | policy:ig_underage_checkpoint;ig_underage_checkpoint | 15,928 | 9.8% |
| Table 3 | policy: | 12,449 | 7.6% |
| Table 3 | policy:state_manager | 3,315 | 2.0% |
| Table 3 | decision:["Is_there_underage_admission::no_indication","Are_there_underage_photos:: Yes_above_threshold"] | 2,575 | 1.6% |

**Table 39 - Most Common Checkpointing Reasons**

235. Next, the fields "creator_rid_hashed", "entity_rid_hashed", and "owner_rid_hashed" identify the user in Table 3.[364] As used in the prior section, I use the fields "entity_attr_entity_rid_hashed" and "entity_attr_primary_profile_rid_hashed" in Checkpointing Table to identify users. Below is a table, using same the approach described above, that shows the number of unique users[365] that are checkpointed.

| Table | Unique Users |
|---|---|
| Checkpointing Table (entity_id_hashed) | 1,810,035 |
| Table 3 (entity_rid_hashed) | 105,175 |
| Total | 1,915,210 |

---

[364] Ashley Simonsen, Corrected Meta Ltr re META3047MDL_VOL245, Ltr from Counsel for Meta to Counsel of Record (Oct. 6, 2025).

[365] I attempted to deduplicate IDs between these two tables—there were no matches among the fields.

Second Corrected Expert Report of Patrick McDaniel                    147

Expert Report – Highly Confidential

**Table 40 - Number of Checkpointed Users**

236.  Finally, below is a table that shows the state-level jurisdictions of these users.

| Jurisdiction | Table | Checkpoints |
|---|---|---|
| US | Checkpointing Table | 1,766,761 |
| US_AR | Checkpointing Table | 415 |
| US_CA | Checkpointing Table | 18,652 |
| US_CO | Checkpointing Table | 2,838 |
| US_CT | Checkpointing Table | 366 |
| US_DE | Checkpointing Table | 3 |
| US_FL | Checkpointing Table | 63 |
| US_IL | Checkpointing Table | 1,763 |
| US_LA | Checkpointing Table | 11 |
| US_MT | Checkpointing Table | 2 |
| US_NV | Checkpointing Table | 15 |
| US_OH | Checkpointing Table | 390 |
| US_OR | Checkpointing Table | 5 |
| US_TX | Checkpointing Table | 13,515 |
| US_UT | Checkpointing Table | 2,063 |
| US_VA | Checkpointing Table | 3,156 |
| US_WA | Checkpointing Table | 18 |
| | Total | 1,810,036 |

**Table 41- Number of Checkpointed Users (via Checkpointing Table) by State**

| Jurisdiction | Table | Enforcements |
|---|---|---|
| US | Table 3 | 82,436 |
| US_AK | Table 3 | 32 |
| US_AL | Table 3 | 295 |
| US_AR | Table 3 | 210 |
| US_AZ | Table 3 | 381 |
| US_CA | Table 3 | 4,094 |
| US_CO | Table 3 | 283 |
| US_CT | Table 3 | 224 |
| US_DC | Table 3 | 66 |
| US_DE | Table 3 | 79 |
| US_FL | Table 3 | 1,824 |
| US_GA | Table 3 | 1,169 |
| US_HI | Table 3 | 122 |
| US_IA | Table 3 | 89 |
| US_ID | Table 3 | 66 |
| US_IL | Table 3 | 874 |
| US_IN | Table 3 | 345 |
| US_KS | Table 3 | 104 |
| US_KY | Table 3 | 218 |
| US_LA | Table 3 | 509 |
| US_MA | Table 3 | 276 |
| US_MD | Table 3 | 464 |
| US_ME | Table 3 | 36 |
| US_MI | Table 3 | 438 |
| US_MN | Table 3 | 209 |
| US_MO | Table 3 | 252 |
| US_MS | Table 3 | 265 |
| US_MT | Table 3 | 38 |
| US_NC | Table 3 | 680 |
| US_ND | Table 3 | 18 |
| US_NE | Table 3 | 79 |

Second Corrected Expert Report of Patrick McDaniel                    148

Expert Report – Highly Confidential

| | | |
|---|---|---:|
| US_NH | Table 3 | 43 |
| US_NJ | Table 3 | 547 |
| US_NM | Table 3 | 63 |
| US_NV | Table 3 | 354 |
| US_NY | Table 3 | 1,063 |
| US_OH | Table 3 | 783 |
| US_OK | Table 3 | 193 |
| US_OR | Table 3 | 191 |
| US_PA | Table 3 | 635 |
| US_RI | Table 3 | 38 |
| US_SC | Table 3 | 335 |
| US_SD | Table 3 | 17 |
| US_TN | Table 3 | 435 |
| US_TX | Table 3 | 2,679 |
| US_UT | Table 3 | 220 |
| US_VA | Table 3 | 701 |
| US_VT | Table 3 | 24 |
| US_WA | Table 3 | 409 |
| US_WI | Table 3 | 210 |
| US_WV | Table 3 | 50 |
| US_WY | Table 3 | 10 |
| | Total | 105,175 |

**Table 42 - Number of Checkpointed Users (via Table 3) by State**

237. My analysis shows that Meta's age detection systems are heavily reliant on users self-admitting that they are underage—all of the top-five reasons in the Checkpointing Table (representing ~80% of all checkpoints) are related to users who admit they are underage in some way (e.g., "DOBUpdate", "Admittance via Account Centre", etc.).[366]

## 5.5.4 Results on User Account Disables

238. This analysis of Meta's productions focuses on US users that have been deactivated (often described as being "disabled" in the data) for being underage. Here, I analyze the number of users that were disabled for being underage, based on elapsed time, and specific actions that led to the account

---

[366] Blanaru Dep. 51:3-52:25; Blanaru Dep. Ex. 1 at 4; see also META3047MDL-037-00084734 ("AGE_COLLECTION").

Expert Report – Highly Confidential

242. As used in the prior section, I use the fields "entity_attr_entity_rid_hashed" and "entity_attr_primary_profile_rid_hashed" in Checkpointing Table to identify users. Below is a table, using same the approach described above, that shows the number of unique users that are disabled.

| Table | Unique Users |
|---|---|
| Checkpointing Table (entity_id_hashed) | 1,322,210 (100.0%) |
| Total | 1,322,210 (100.0%) |

**Table 45 - Number of Unique Users Disabled**

243. Moreover, below is a table that shows the state-level jurisdictions of these users.

| Jurisdiction | Table | Checkpoints |
|---|---|---|
| US | Checkpointing Table | 1,283,555 |
| US_AR | Checkpointing Table | 333 |
| US_CA | Checkpointing Table | 16,841 |
| US_CO | Checkpointing Table | 2,652 |
| US_CT | Checkpointing Table | 245 |
| US_FL | Checkpointing Table | 2 |
| US_IL | Checkpointing Table | 1,382 |
| US_NV | Checkpointing Table | 2 |
| US_OH | Checkpointing Table | 278 |
| US_TX | Checkpointing Table | 12,116 |
| US_UT | Checkpointing Table | 1,959 |
| US_VA | Checkpointing Table | 2,844 |
| US_WA | Checkpointing Table | 1 |
| | Total | 1,322,210 |

**Table 46 - Number of Unique Users Disabled by State**

244. For measuring the time taken to be disabled, I assume the field "enrollment_time" refers to the time a user is checkpointed and "decision_time" refers to the time at which a decision about the checkpointed user is made. Thus, the duration at which a user is checkpointed can be measured by the difference between these two fields. Below is a table which contains the number of disabled accounts, binned by whether the account was

Second Corrected Expert Report of Patrick McDaniel                152

Expert Report – Highly Confidential

(y) "U13: Reenrollment:U13: Reenrollment:U13: PolicyChain: U13 Admittance via Account Centre"

(z) "U13: Reenrollment:U13: Reenrollment:U13: Reenrollment:U13: Reenrollment:U13: PolicyChain: U13 Admittance via Account Centre"

(aa)  "U13:     Reenrollment:U13:     Reenrollment:U13: Reenrollment:U13:     Reenrollment:U13:     Reenrollment:U13: PolicyChain: U13 Admittance via Account Centre"

(bb)  "U13: U13 Admittance via Account Centre"

(cc)  "U13:          U13:          Reenrollment:U13: EDIT_PROFILE_SET_UNDERAGE_DOB"

(dd)  "U13: U13: Reenrollment:U13: PolicyChain: U13 Admittance via Account Centre"

249. Below is table that shows the number of checkpoints due to users editing their date of birth to be under 13, split by decision.

| Table | DOB Disabled | DOB Cleared | DOB Distilery Cleared |
|---|---|---|---|
| Checkpointing Table | 828,458 (80.0%) | 201,445 (19.4%) | 5,844 (0.6%) |
| Total | 828,458 (80.0%) | 201,445 (19.4%) | 5,844 (0.6%) |

**Table 48 - Checkpoint Decisions for Users Who Edited Their Date of Birth**

250. Below is a table that shows the number of accounts disabled due to users editing their date of birth to be under 13, broken down by state.

| Jurisdiction | Table | Checkpoints |
|---|---|---|
| US | Checkpointing Table | 783,669 |
| US_AR | Checkpointing Table | 409 |

Expert Report – Highly Confidential

| | | |
|---|---|---|
| US_CA | Checkpointing Table | 19,289 |
| US_CO | Checkpointing Table | 2,789 |
| US_CT | Checkpointing Table | 388 |
| US_FL | Checkpointing Table | 4 |
| US_IL | Checkpointing Table | 1,870 |
| US_NV | Checkpointing Table | 3 |
| US_OH | Checkpointing Table | 351 |
| US_TX | Checkpointing Table | 14,389 |
| US_UT | Checkpointing Table | 2,064 |
| US_VA | Checkpointing Table | 3,232 |
| US_WA | Checkpointing Table | 1 |
| | Total | 828,458 |

**Table 49 – Number of Accounts Disabled because Users Edited Their Date of Birth by State**

251. Next, to measure the time between when a user was checkpointed and when they were disabled for editing their date of birth to be under 13, I apply the same approach above where I compute the difference between the fields "enrollment_time" and "decision_time". Below is a table which contains the number of accounts that were disabled for editing their date of birth, binned by whether the account was checkpointed for less than forty-five days, from forty-six days to six months, from six months to a year, to greater than one year.

| Table | ≤ 45 days | 46 days to 6 months | 6 months to 1 year | > 1 year |
|---|---|---|---|---|
| Checkpointing Table | 602,081 (73.1%) | 176,180 (21.4%) | 6,298 (0.8%) | 39,176 (4.8%) |
| Total | 602,081 (73.1%) | 176,180 (21.4%) | 6,298 (0.8%) | 39,176 (4.8%) |

**Table 50 - Number of Checkpoint Disable Decisions Because Users Edited Their Date of Birth that Took N Days**

252. My analysis again shows a high reliance on detecting underage users via self-reporting methods (such as a user changing their date of birth). The data also shows that Meta held tens of thousands of users in checkpoints for longer than 6 months even though they had admitted to being underage.

Second Corrected Expert Report of Patrick McDaniel                158

Expert Report – Highly Confidential

273. To identify whether accounts should be disabled by Meta because they are soft-matched to an account that was disabled for being underage, I performed the following steps:

274. First, I identified US accounts that were disabled for being underage. Through Very Recent Checkpointing Table, this was done by collecting IDs (via "rid_hashed", which I assume is semantically identical to the field "entity_rid_hashed" in Checkpointing Table) that had the value "disabled" in the field "decision" (as done in prior analyses). Finally, all checkpoints in Very Recent Checkpointing Table pertain to accounts suspected (or confirmed) to be underage.[381] I call such IDs "Disabled IDs".

275. Next, I find IDs that are soft-matched to a Disabled ID. I filter such soft-matched IDs on a table-specific basis, namely:

276. For FB-to-FB Clustering Table, no filtering is applied; all pairs were included.[382]

---

[381] Letter from Ashley Simonsen, outside counsel for Meta, Covington & Burling (Aug. 15, 2025) (regarding META3047MDL_VOL270).

[382] I understand that there is some measure used to ascertain if two IDs within the FB-to-FB Clustering Table are within a cluster (as is with all clustering algorithms), be it distance (e.g., Euclidian), similarity (e.g., cosine), probability (e.g., KL divergence), density (e.g., reachability), or graph-based (e.g., edge weights). Unfortunately, Meta's 30(b)(6) witness was unable to testify as to how this cluster is formed: See Blanaru Dep. 59:23-60:1. In general, clustering algorithms assign data points to a cluster if the points are "sufficiently" close. Here, "sufficiently" is measured by some form of a threshold, be it based on distance, similarity, probability, density, or weight. However, Meta asserts that their FB-to-FB Clustering algorithm does not use a threshold. See Blanaru Dep. 60:3-19. Thus, I assume that if the FB-to-FB Clustering algorithm returns two IDs as part of a cluster, that is a prediction that these two accounts may be owned by the same user.

Expert Report – Highly Confidential

277. For the FB-to-IG Softmatch Table, any ID pair that had all values of the fields "score_2025_MM_DD" (where "MM_DD" was either "04_14", "05_11", "06_07", or "07_06") over than 0.555 (which is the threshold used for the IG-to-IG Softmatch model—I assume the same threshold is applied for this model) was included.[383] Moreover, this is a reasonable threshold because the values of these fields follow a bi-modal distribution where values are concentrated to be below 0.4 and above 0.7. In the figure below, the x-axis represents the value of the score and the y-axis represents the number of soft--match pairs that had a score equal to the value on the x-axis. The red line corresponds to the threshold I apply.



**Figure 6 - Histogram of FB-to-IG Softmatch Table Score Values (with 0.555 Threshold)**

---

[383] After stating that Meta's IG-IG softmatch table used a threshold to determine whether a pair was considered to be "SUMA" (same user multiple accounts), Meta's 30(b)(6) witness testified that she did not know the threshold used for the FB-to-IG Softmatch Table. See Blanaru Dep. at 53:3-56:4, 59:4-8. Ms. Blanaru noted in her errata that "[t]here is no threshold for inclusion in the Facebook-to-Instagram soft-matching table. All potential matches are included." Nov. 13, 2025 Errata Sheet, Blanaru Dep. 59:8.

Expert Report – Highly Confidential

278. For IG-to-IG Softmatch Table, any ID pair that had all values of the fields "is_suma_2025_MM_DD"[384] (where "MM_DD" was either "05_24", "06_07", "06_23", or "07_06") not equal to 0 (as this indicates that the pair of IDs are not owned by the same user) was included.[385]

279. I call IDs that are soft-matched to a Disabled ID that were not filtered out "Candidate IDs" (as they represent IDs that Meta's models predict to be owned by the same user).

280. Next, I check if a "Candidate ID" is neither in Very Recent Checkpointing Table (via "rid_hashed"), Very Recent Table 3 (via "creator_id", "creator_rid_hashed", "entity_id_hashed", "entity_rid_hashed", "owner_id", and "owner_rid_hashed"), nor Very Recent VAN Table (via "creator_rid_hashed", "entity_id_hashed", "entity_rid_hashed", and "owner_rid_hashed"). In this way, such "Candidate IDs" are not checkpointed, not enforced, and have not had an enforcement propagated to them (and therefore, are currently allowed to remain on Meta's platforms).

---

[384] "SUMA" stands for "Same-User-Multiple-Account". See Hartnett Dep. 292:1-3.
[385] Blanaru Dep. 54:12-21.

Second Corrected Expert Report of Patrick McDaniel                    173

Expert Report – Highly Confidential

281. Finally, I verified that at least one of the IDs[386] in the pair had a US jurisdiction[387](via "enrollment_conformed_entity_dimensions.jurisdictions" in Very Recent Checkpointing Table for Disabled IDs and via Softmatch Jurisdiction Table for Candidate IDs). I call such IDs "Unenforced IDs" as they represent IDs that are not enforced or checkpointed, but are soft-matched (over a threshold) to an ID that was disabled for being underage, and either has a US jurisdiction or is soft-matched to an ID that does. Finally, across all pairs with an Unenforced ID, I computed the number of unique Unenforced and Disabled IDs. Below are tables that show the results of the filters described above for each of Meta's soft-match models.

| Table | Softmatch Pairs | Pairs over Threshold | Pairs with a Disabled Account | Unenforced Softmatch Pairs | Unenforced Accounts | Disabled Accounts |
|---|---|---|---|---|---|---|
| FB-to-FB Clustering Table | 176,564,405 | 176,564,405 | 31,476 | 30,811 | 15,748 | 13,106 |
| FB-to-IG Softmatch Table | 2,999,628,582 | 1,282,987,972 | 57,202 | 49,483 | 47,748 | 21,797 |
| IG-to-IG Softmatch Table | 4,613,904,488 | 2,734,812,541 | 125,499 | 119,095 | 72,320 | 18,397 |

**Table 5758 - Soft-match Analysis Results**

---

[386] Note that Meta described Very Recent Checkpointing Table as "data relating to U.S. Facebook and Instagram accounts." Accordingly, I consider these users to be US users. See 2025.08.15 Meta Ltr. re META3047MDL_VOL270.pdf. However, I observed that some of these users had values in the subfield "jurisdictions" from the field "enrollment_conformed_entity_dimensions" indicating foreign geography and thus, to be conservative, I filtered them out in my analysis per these steps.

[387] I performed this check for IG-to-IG Softmatch Table and FB-to-IG Softmatch Table. FB-to-FB Clustering Table has a "country" field which is "US" for >99.95% of rows.

Second Corrected Expert Report of Patrick McDaniel                    174

Expert Report – Highly Confidential

282. Moreover, below are tables of the state-level jurisdictions of Disabled Accounts.

| FB-to-FB Clustering Table Disabled Account Jurisdictions | Count |
|---|---|
| US | 1,837 |
| US_AK | 38 |
| US_AL | 191 |
| US_AR | 114 |
| US_AZ | 455 |
| US_CA | 1,215 |
| US_CO | 164 |
| US_CT | 65 |
| US_DC | 29 |
| US_DE | 27 |
| US_FL | 497 |
| US_GA | 308 |
| US_HI | 39 |
| US_IA | 115 |
| US_ID | 45 |
| US_IL | 261 |
| US_IN | 273 |
| US_KS | 108 |
| US_KY | 270 |
| US_LA | 148 |
| US_MA | 251 |
| US_MD | 137 |
| US_ME | 49 |
| US_MI | 273 |
| US_MN | 160 |
| US_MO | 198 |
| US_MS | 125 |
| US_MT | 27 |
| US_NC | 318 |
| US_ND | 36 |
| US_NE | 69 |
| US_NH | 35 |
| US_NJ | 151 |
| US_NM | 59 |
| US_NV | 68 |
| US_NY | 1,224 |
| US_OH | 397 |
| US_OK | 135 |
| US_OR | 191 |
| US_PA | 365 |
| US_RI | 17 |
| US_SC | 180 |
| US_SD | 25 |
| US_TN | 268 |
| US_TX | 682 |
| US_UT | 73 |
| US_VA | 613 |
| US_VT | 26 |
| US_WA | 395 |
| US_WI | 199 |
| US_WV | 134 |

Expert Report – Highly Confidential

| | |
|---|---|
| US_WY | 27 |

**Table 58 - FB-to-FB Clustering Table Disabled Accounts by State**

| FB-to-IG Softmatch Table Disabled Account Jurisdictions | Count |
|---|---|
| US | 1,174 |
| US_AK | 43 |
| US_AL | 413 |
| US_AR | 210 |
| US_AZ | 474 |
| US_CA | 2,426 |
| US_CO | 289 |
| US_CT | 163 |
| US_DC | 53 |
| US_DE | 66 |
| US_FL | 1,522 |
| US_GA | 939 |
| US_HI | 130 |
| US_IA | 143 |
| US_ID | 82 |
| US_IL | 642 |
| US_IN | 384 |
| US_KS | 196 |
| US_KY | 338 |
| US_LA | 484 |
| US_MA | 301 |
| US_MD | 437 |
| US_ME | 53 |
| US_MI | 526 |
| US_MN | 266 |
| US_MO | 327 |
| US_MS | 276 |
| US_MT | 50 |
| US_NC | 770 |
| US_ND | 44 |
| US_NE | 118 |
| US_NH | 50 |
| US_NJ | 548 |
| US_NM | 97 |
| US_NV | 239 |
| US_NY | 1,088 |
| US_OH | 735 |

Expert Report – Highly Confidential

| | |
|---|---|
| US_OK | 261 |
| US_OR | 145 |
| US_PA | 701 |
| US_RI | 54 |
| US_SC | 377 |
| US_SD | 32 |
| US_TN | 553 |
| US_TX | 2,060 |
| US_UT | 165 |
| US_VA | 525 |
| US_VT | 23 |
| US_WA | 376 |
| US_WI | 308 |
| US_WV | 93 |
| US_WY | 28 |

**Table 59596061 - FB-to-IG Softmatch Clustering Table Disabled Accounts by State**

| IG-to-IG Softmatch Table Disabled Account Jurisdictions | Count |
|---|---|
| US | 1,093 |
| US_AK | 18 |
| US_AL | 289 |
| US_AR | 115 |
| US_AZ | 366 |
| US_CA | 2,394 |
| US_CO | 211 |
| US_CT | 128 |
| US_DC | 82 |
| US_DE | 62 |
| US_FL | 1,339 |
| US_GA | 904 |
| US_HI | 124 |
| US_IA | 67 |
| US_ID | 63 |
| US_IL | 589 |
| US_IN | 250 |
| US_KS | 119 |
| US_KY | 198 |
| US_LA | 430 |
| US_MA | 254 |
| US_MD | 436 |

Second Corrected Expert Report of Patrick McDaniel          177

Expert Report – Highly Confidential

| | |
|---|---|
| US_ME | 26 |
| US_MI | 422 |
| US_MN | 177 |
| US_MO | 220 |
| US_MS | 211 |
| US_MT | 33 |
| US_NC | 592 |
| US_ND | 25 |
| US_NE | 69 |
| US_NH | 34 |
| US_NJ | 565 |
| US_NM | 80 |
| US_NV | 245 |
| US_NY | 946 |
| US_OH | 521 |
| US_OK | 147 |
| US_OR | 90 |
| US_PA | 563 |
| US_RI | 43 |
| US_SC | 304 |
| US_SD | 17 |
| US_TN | 380 |
| US_TX | 2,020 |
| US_UT | 145 |
| US_VA | 433 |
| US_VT | 12 |
| US_WA | 268 |
| US_WI | 227 |
| US_WV | 42 |
| US_WY | 9 |

**Table 6062 - IG-to-IG Softmatch Table Disabled Accounts by State**

283. This analysis shows the ability of Meta's soft-matching models to identify accounts likely to belong to underage users whose accounts Meta has not removed from its platforms. With underage enforcement data from only a three-month period, I found tens of thousands of accounts that Meta had disabled for being underage, which Meta's systems predicted were linked to

Expert Report – Highly Confidential

tens of thousands more accounts that Meta ignored. This demonstrates a missed opportunity for Meta to use its existing data to detect and remove underage users.

284. **Q2. How many estimated accounts would be disabled by Meta if it had propagated soft-link enforcements for underage accounts?**

285. This question asks how many underage accounts Meta could have disabled for being soft-matched to an account that was disabled for being underage, if Meta enforced its age policies against soft-matched accounts.

286. I estimate the number of accounts Meta would have disabled by considering the percentage of potential enforcements that are due to soft-matching and multiply this percentage by the total number of enforcements in the past (using a similar methodology as my analysis of possible hard-link enforcements). I define a "soft-match" enforcement to be semantically identical to a hard-link enforcement: an account that is soft-matched to another account that was disabled to be underage. In other words, I consider the number of "Disabled Accounts" computed above when computing the percentage of soft-match enforcements. I assume that soft-matching rates are relatively consistent before April 2025, the earliest date for which Meta produced soft-matching data.

Expert Report – Highly Confidential

## 9.4    META'S DATA-RETENTION DELAYS FALL OUTSIDE ACCEPTED SECURITY PRACTICE

363. Failure to delete known sensitive data for long periods (such as 90 days) is counter to security practice. The management of sensitive, high-risk data (e.g., underage social media data, including personal information) is not simply a matter of efficiency; it is a foundational requirement of sound data governance. Effective programs minimize data retention, restrict access to the smallest possible set of individuals or systems, and ensure that sensitive data cannot be misused while it remains in storage. These principles are reinforced in widely recognized standards. For example, NIST guidance recognizes that one of the fastest and most secure ways to "delete" data is simply to destroy the encryption keys that protect it. Without the key, the remaining data becomes unreadable instantly, even though the encrypted bits may still sit on a server for a short period.[494] This method, called cryptographic erasure, allows organizations to make data immediately inaccessible.[495] ISO/IEC 27040 (Storage Security)[496] and ISO/IEC 27001 (Annex A.8.10)[497] stress that sensitive data should be retained for no longer than strictly necessary,

---

[494] Computer Security Resource Center, cryptographic erase, National Institute of Standards & Technology, https://csrc.nist.gov/glossary/term/cryptographic_erase.

[495] NIST SP 800-88 Rev. 2: Guidelines for Media Sanitization, NIST, 2025, https://csrc.nist.gov/pubs/sp/800/88/r2/final

[496] International Standards Organization, ISO/IEC 27040:2024 (Information technology - Security techniques - Storage security) (2024). https://www.iso.org/standard/80194.html

[497] International Standards Organization, ISO 27001 Annex A 8.10 – Information Deletion.

Expert Report – Highly Confidential

protected through segregation from production systems, and subject to secure sanitization as soon as its retention is no longer justified.

364. The prolonged retention of confirmed underage user data — for periods that historically stretched beyond half a year and to this day extend close to five months (even after policy changes in April 2024) — exposes the highly sensitive personal information of underage users to ongoing risk. Such processes are a failure to meet basic data governance standards for security.

## 9.5  SUMMARY OPINION

365. Meta's handling of data associated with identified under-13 users does not conform to sound security or data-protection practice. Once an account is confirmed or strongly suspected to belong to a minor, Meta continues to retain that user's data for extended periods—often weeks or months—through multiple internal processing stages.[498] These protracted processes for executing the deletion are counter to appropriate security practice.

366. From a technical and risk-management perspective, Meta creates unnecessary exposure and contradicts the basic principle of minimizing retention of known ineligible user data. Established industry and government standards emphasize prompt, verifiable deletion once data is no longer required for

---

[498] Hartnett Dep. 297:17-301:19, Ex. 6 at 14.

Second Corrected Expert Report of Patrick McDaniel                 220

Expert Report – Highly Confidential

lawful or operational purposes.[499] Meta's multi-stage pipeline—spanning checkpointing, review queues, and scheduled deletion windows—introduces risks of error, loss of control, and potential misuse while providing no corresponding security benefit.

367. In sum, Meta's deletion practices for under-13 accounts reflect a protracted and fragmented process that leaves children's data stored longer than necessary and exposes it to avoidable operational risk. These delays run counter to well-established industry expectations for handling sensitive or ineligible user data.

## 10    META'S CLAIM THAT SCRIPTED ATTACKS SUBSTANTIALLY IMPACTED THE REPORTING SYSTEM IS NOT SUPPORTED BY THE DATA

368. I have been asked to evaluate the claim that Meta's reporting system has been under attack from automated software, called "scripted attacks" or "bots"[500], and, to the degree that such attacks exist, whether they have had a large and/or lasting impact.

369. Meta stated that they have "experienced scripting attacks that increased the number of reports made through these [reporting] forms. The Company has

---

[499] International Organization for Standards, ISO 27001:2022: A.8.10; National Institute of Standards & Technology NIST Pub. 800-53 ch. 3 SI-12.

[500] Throughout I will use the term scripted attack and bot interchangeably.  Further, consistent with its use in cyber-security, I will refer to the coordinated collection of bots as a botnet.

Highly Confidential

| Table | Reports/Checkpoints that came from other TOS Reviews |
|---|---|
| Table 1 (Potential US) | 40,754 (56.1%) |
| Table 1 | 18,250 (25.1%) |
| Checkpointing Table | 13,621 (18.8%) |
| Total | 72,625 (100.0%) |

**Table A-18 - Reports/Checkpoints Sourced from Internal Review**

| Table | Unique Users |
|---|---|
| Table 1 (Potential US) (object_id_hashed) | 40,461 (59.4%) |
| Table 1 (object_id_hashed) | 14,124 (20.7%) |
| Checkpointing Table (entity_id_hashed) | 13,615 (20.0%) |
| Total | 68,200 (100.0%) |

**Table A-19 - Unique Users Reported/Checkpointed via Internal Review**

**Q6. How long do underage US reports wait in the queue to be reviewed by a human reviewer and what is the number of reports that took longer than 2 days to be reviewed by a reviewer, broken down by state?**

| Table | Human-reviewed Reports |
|---|---|
| Table 1 (Potential US) | 693,792 |
| Table 1 | 181,990 |
| Table 2 | 17,122 |
| Total | 892,904 |

**Table A-20- Number of Reports that were Human-Reviewed**

| Quarter | Table | ≤ 2 days | 3 days to 1 week | 1 week to 1 month | > 1 month |
|---|---|---|---|---|---|
| 2018Q4 | Table 1 (Potential US) | 2,396 | | 3 | 1 |
| 2019Q1 | Table 1 (Potential US) | 50,302 | 1,246 | 3,130 | 611 |
| 2019Q2 | Table 1 (Potential US) | 30,851 | 7,077 | 12,098 | 2,687 |
| 2019Q3 | Table 1 (Potential US) | 43,208 | 3,251 | 9,251 | |
| 2019Q4 | Table 1 (Potential US) | 83,001 | 1,691 | 156 | 62 |
| 2020Q1 | Table 1 (Potential US) | 38,689 | 29,407 | 6,839 | 1,417 |
| 2020Q2 | Table 1 | 3 | | | 14 |
| 2020Q2 | Table 1 (Potential US) | 18,766 | 4,188 | 11,958 | 12,979 |
| 2020Q3 | Table 1 (Potential US) | 7,273 | 3,310 | 7,030 | 10,603 |
| 2020Q3 | Table 1 | 9 | 1 | 15 | 34 |
| 2020Q4 | Table 1 (Potential US) | 3,284 | 2,800 | 5,916 | 7,321 |
| 2020Q4 | Table 1 | 5 | 3 | 8 | 18 |
| 2021Q1 | Table 1 (Potential US) | 6,045 | 4,405 | 7,153 | 7,219 |
| 2021Q1 | Table 1 | 5 | 4 | 6 | 13 |

311

Highly Confidential

| | | | | | |
|---|---|---|---|---|---|
| 2021Q2 | Table 1 (Potential US) | 12,935 | 4,023 | 4,604 | 5,044 |
| 2021Q2 | Table 1 | 7 | 2 | 6 | 7 |
| 2021Q3 | Table 1 (Potential US) | 24,503 | 782 | 160 | |
| 2021Q3 | Table 1 | 14 | | | |
| 2021Q4 | Table 1 (Potential US) | 20,480 | 119 | 4 | 67 |
| 2021Q4 | Table 1 | 20 | | | |
| 2022Q1 | Table 1 (Potential US) | 41,488 | 222 | 397 | 256 |
| 2022Q1 | Table 1 | 636 | | 1 | 2 |
| 2022Q2 | Table 1 (Potential US) | 26,845 | 68 | 44 | |
| 2022Q2 | Table 1 | 402 | 1 | | |
| 2022Q3 | Table 1 (Potential US) | 36,769 | 68 | 80 | 2 |
| 2022Q3 | Table 1 | 5,252 | 22 | 31 | 2 |
| 2022Q4 | Table 1 (Potential US) | 13,057 | 24 | 23 | |
| 2022Q4 | Table 1 | 10,314 | 6 | 32 | |
| 2023Q1 | Table 1 (Potential US) | 14,460 | 27 | 21 | |
| 2023Q1 | Table 1 | 10,654 | 9 | 21 | |
| 2023Q2 | Table 1 (Potential US) | 16,507 | 19 | 13 | |
| 2023Q2 | Table 1 | 13,892 | 42 | 15 | |
| 2023Q3 | Table 1 | 25,516 | 113 | 119 | 62 |
| 2023Q3 | Table 1 (Potential US) | 7,035 | 12 | | |
| 2023Q4 | Table 1 | 36,505 | 291 | 54 | 24 |
| 2023Q4 | Table 1 (Potential US) | 260 | | | |
| 2024Q1 | Table 1 | 54,435 | 104 | 10 | 6 |
| 2024Q1 | Table 1 (Potential US) | 144 | | | |
| 2024Q1 | Table 2 | 184 | 20 | 11 | 57 |
| 2024Q2 | Table 2 | 4,064 | 772 | 145 | 1,170 |
| 2024Q2 | Table 1 | 23,221 | 2 | | |
| 2024Q2 | Table 1 (Potential US) | 2,751 | | | |
| 2024Q3 | Table 2 | 2,772 | 478 | 152 | 1,081 |
| 2024Q3 | Table 1 (Potential US) | 6,039 | | | 1 |
| 2024Q4 | Table 2 | 5,568 | 217 | 67 | 364 |
| 2024Q4 | Table 1 (Potential US) | 6,731 | | | |
| | Total | 707,297 (79.2%) | 64,826 (7.3%) | 69,573 (7.8%) | 51,124 (5.7%) |

**Table A-21 - Number of Reports which Sat in the Queue for N Days for Human Reviewers to Review**

| Jurisdiction | Table | Reports |
|---|---|---|
| US | Table 1 | 862 |
| US | Table 2 | 2,236 |
| US_AL | Table 2 | 2 |
| US_AR | Table 1 | 6 |
| US_AR | Table 2 | 28 |
| US_AZ | Table 2 | 28 |
| US_CA | Table 1 | 97 |
| US_CA | Table 2 | 570 |
| US_CO | Table 1 | 9 |
| US_CO | Table 2 | 46 |
| US_CT | Table 2 | 20 |
| US_CT | Table 1 | 7 |
| US_DE | Table 2 | 6 |
| US_FL | Table 1 | 5 |
| US_FL | Table 2 | 482 |
| US_GA | Table 2 | 39 |
| US_GA | Table 1 | 1 |
| US_IL | Table 2 | 94 |

312

Second Corrected Expert Report of Patrick McDaniel, Ph.D