# Exhibit 135

# Project Neo Understand: IG-Relevant Data

Method: Offsite, unbranded survey administered by ResearchNow. Sample was mostly White, with education levels suggesting mid-SES. Respondents (N = 2317) had to be at least 25 years of age and be the parent of or primary caretaker/caregiver of a child between the ages of 5 and 12 and use Facebook at least monthly. I'm happy to provide more detailed demographic information if needed.

- Sample breakdown by age of child reported on:
  - Age 5: 390
  - Age 6: 379
  - Age 7: 261
  - Age 8: 274
  - Age 9: 237
  - Age 10: 321
  - Age 11: 225
  - Age 12:230

## How much time do kids spend on various digital activities?



Note: These are parents' estimates; we do not have actual behavioral data. Key is that the amount of time spent creating photos and videos, texting, and video messaging increases linearly over time; collectively, those three activities are perceived by parents to take up more than an hour of their 12-year olds' days.

## What are the most used apps on kids' phones?

Respondents were asked to list the 5 most used apps on their child's primary device. Note similar growth of FB, IG, and SN. By age 12, ~25% of pre-teens are (presumably) using Instagram.

HIGHLY CONFIDENTIAL (COMPETITOR)

META3047MDL-047-00608197



## How open are parents to the idea of their children having IG accounts?

Apparently, fairly open. We asked all respondents whether they had created an IG account for their child and, if so, whether the child uses and/or was aware of that account. We subsequently asked if the child has asked for an account (irrespective of whether the parent had already created one).



HIGHLY CONFIDENTIAL (COMPETITOR)

META3047MDL-047-00608198