# Exhibit 136

# H2/H1 2018 Youth Team Review

## H2 Summary

### GOALS

| | A | B | C |
|---|---|---|---|
| 1 | Focus Area | If we're successful in H2 ... | Results |
| 2 | U13 | | |
| 3 | Messenger Kids | We'll successfully launch & get to product market fit with at least one cohort of children under 13. | Messenger Kids was launched successfully on Dec 4th. It's too early to tell if the product has market fit. |
| 4 | Teens | | |
| 5 | Onboarding & Connection | We'll have helped teens successfully onboard to Facebook and connect to their teen friends. Goal: +10% teen WAP@14 in regions where we're strong but at risk, which will result in a teen DAP increase. | We pivoted away from onboarding as a focus to a goal of "find levers for growth". The team was successful in finding 3 levers that increase topline teen metrics. |
| 6 | Audience Controls | We'll have identified an approach to audience controls which leads to a step function increase in sharing. Goal: +3x Post Sessions among one or more cohorts. | Our small groups work has shown promising results but we have yet to find a solution that unlocks meaningful teen sharing despite taking several bets in H2. |
| 7 | Sharing Formats ie: polls, reshares, memes | We will have successfully proven or disproven that new sharing formats targeted to teens can increase engagement. | Launched visual polls sharing format which showed 2.5x engagement with teens over adults. |

### HIGHLIGHTS

- Launched Messenger Kids, Facebook's first product in the under 13 category.

- Acquired TBH, an app popular with US teens with a team of four who have deep specialized knowledge building apps in the teen space.

- Discovered our first 3 levers that increase teen engagement on FB Blue.

- Shipped our Age Affinity model to accurately predict teen/non-teen classification of Facebook users globally. Recall improvement 73% → 85% ( non-US ).

- Finished staffing key youth leadership roles ( Analytics, PM, Eng ) and grew from 24 to 66 engineers.

- Spun up a new Youth Defense Team which monitors company-wide experiments to defensively flag negative teen impact by tests other teams are running.

- Our Small Groups as Audience Control work was shipped and will provide the foundation for Facebook's overall Small Groups focus area in 2018. Although final test results are forthcoming, early signs are encouraging and indicate that small groups may help unlock additional sharing for teens.

HIGHLY CONFIDENTIAL (COMPETITOR)     META3047MDL-014-00133662

- **Instagram:** (Source)
  - In the US, using a new age affinity model specially developed for IG, we currently estimate there are 22.7M teens who are MAP. This is up from 11.4M estimated by the original lifestage model. The main driver for this step-change was the creation of a model for IG users that don't connect their account to FB. We learned that only 40% of teens have their IG account connected to FB, while adults have 77% of account connected.
  - Looking at people we predict to be 13 and 14 today, we can estimate that there were 4M people under 13 in 2015 on IG. This represents around 30% of all 10-12 years old in the US. Finally, assuming similar numbers today, 75% of US teens are MAP on IG.



- **Messenger:** (Source)
  - Globally, we see a deceleration in total sends by teens starting July 2017. In SMS countries, total sends by teens started contracting in January 2017, with all ages and cohorts contracting since July. Growth for 19-22 year olds has been close to single digits since July 2017.
  - In SMS countries, we are quickly losing ground with teens communicating with close friends, where messages between teens and those within 2 years of their age are down between 20% and 40%. Messages sent between teens and older friends (+10 years) is growing, as well as messages sent between family members (same last name).