# Exhibit 142

CONFIDENTIAL

Page 1

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

IN RE:  SOCIAL MEDIA            ) Case No.  4:22-MD-03047-YGR

ADOLESCENT ADDICTION/           )

PERSONAL INJURY PRODUCTS        )  MDL No.  3047

LIABILITY LITIGATION            )

                                )

_____ )

THIS DOCUMENT RELATES TO        )

ALL ACTIONS                     )

THURSDAY, JUNE 26, 2025

CONFIDENTIAL - ATTORNEYS' EYES ONLY -

PURSUANT TO PROTECTIVE ORDER

—  —  —

Remote Videotaped Deposition of LARS BACKSTROM, taken pursuant to notice and conducted at the offices of Covington & Burling, LLP, 3000 El Camino Real 5, Palo Alto Square, 10th Floor, Palo Alto, California, 94306, commencing at 2:05 p.m., PDT, on the above date, before Jennifer A. Dunn, Registered Merit Reporter, Certified Realtime Reporter, California (#14461), Illinois & Texas Certified Shorthand Reporter, and Missouri Certified Court Reporter.

Job No.  MDLG 7444596

CONFIDENTIAL

Page 30

another and sort of delays in or removal propagation that may not happen immediately, but that flag is intended and sort of propagates within a matter of some days to lead to the removal of all suspected under 13 data.

BY MR. OLSZEWSKI-JUBELIRER:

Q    So in the period of time before that flag has propagated after Meta has determined a user is likely under 13 and placed them in an age checkpoint, Meta would use that user's data to train its machine learning models?

MR. CHAPUT:    Object to form. Characterization.

THE WITNESS:    Yes.    There is a short period of time during which some of that data may appear in the training systems before the deletion has propagated.

That said, the primary impact of that data would be for the sort of personalization and quality of that specific individual's experience.    And so as long as that user were check-pointed and unable to consume content, it would have a very small sort of impact on the overall model.

BY MR. OLSZEWSKI-JUBELIRER:

Q    But it would still have an impact on the overall model even if small, right?