# Exhibit 144

CONFIDENTIAL

Page 1

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN RE: SOCIAL MEDIA ADOLESCENT ) MDL No.
                                )
ADDICTION/PERSONAL INJURY       ) 4:22-md-3047-YGR
                                )
PRODUCTS LIABILITY LITIGATION   )
_____  )
                                )
THIS DOCUMENT RELATES           )
                                )
ALL ACTIONS                     )
_____  )

—— —— ——

Wednesday, December 10, 2025
—— —— ——
CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER
—— —— ——

Video-Recorded Oral Deposition of LARS BACKSTROM, PhD, held at the offices of Covington & Burling LLP, 3000 El Camino Real, 10th Floor, Palo Alto, California commencing at 9:09 am PST on the above date, before Michael E. Miller, Fellow of the Academy of Professional Reporters, Certified Court Reporter, Registered Diplomate Reporter, Certified Realtime Reporter and California CSR #13649.

—— —— ——
GOLKOW - VERITEXT
877.370.DEPS | fax 917.591.5672
deps@golkow.com

CONFIDENTIAL

Page 154

A.    I was referring to the 45 and the 90 days.

Q.    Both of those are hard guarantees?

A.    Yes.

Q.    I guess, let me break down one of my previous long questions into two questions.

So that user's data could be available for model training during the 45-day period after the account fails the checkpoint, right?

MR. CHAPUT:  Objection, incomplete hypothetical, lacks foundation, vague.

A.    Again, I think whether or not it was would depend on the specific implementation of the, you know, specific training system.

And so while, you know, the, like, guarantee that we ensure with a high degree of rigor is 45 days, the actual implementation is somewhere in that window, and I'm not familiar with the, you know, exact sort of system latencies that would

CONFIDENTIAL

Page 155

answer your question on the exact timelines that it undergoes.

BY MR. COCANOUGHER:

    Q.    Let's say the implementation took the full 45 days.

    Do you know if, for that particular situation, if that data would be used in the model?

    MR. CHAPUT:  Objection, vague, incomplete hypothetical.

    A.    I guess, if the implementation were to only remove the data after 45 days, then it would be used for 45 days.

    I guess, in your hypothetical, it seems like somewhat tautological that you're saying if it were there for 45 days, would it be there for 45 days?  So it's yes.

BY MR. COCANOUGHER:

    Q.    So we don't know -- in that 45 days, we don't know whether it's deleted on day 1 or day 45, but for whatever period -- practically, for whatever period of time in that 45 days -- strike that.  I confused myself.

    And so the guarantee, when you

CONFIDENTIAL

Page 156

say hard guarantee, is that Meta doesn't use the data for model training after 45 days if an account fails the checkpoint?

MR. CHAPUT:  Object to the form, vague, incomplete hypothetical, lacks foundation.

A.    After 45 days, the deletion process begins, if the data was not flagged for retention.

BY MR. COCANOUGHER:

Q.    So for the second guarantee, which is the 90-day period, is there any amount of time in that 90-day period in which the data still goes into the models?

MR. CHAPUT:  Object to the form, vague, incomplete hypothetical, lacks foundation.

A.    Similar answer in that the guarantees that we kind of, like, rigorously abide by are the 90-day deletion window.  The exact implementation time, I'm not specifically aware of.

BY MR. COCANOUGHER:

Q.    And are you aware of whether the implementation time varies -- can vary?

CONFIDENTIAL

Page 157

MR. CHAPUT: Object to the form, vague, incomplete hypothetical.

A. I'm not aware, although just from an engineering perspective, it is not obvious why there would be, you know, a huge amount of variance.

I think most of these systems are pipelines that run on some regular frequency, and so, you know, while I'm not familiar with the exact specifics of this one, I'd say that the kind of like regular course of, like, how these things are implemented is that it is a job that runs daily or weekly or, you know, in some cadence on a regular basis that, you know, wouldn't vary significantly from, you know, user to user or from one month to the next.

BY MR. COCANOUGHER:

Q. Do the guarantees -- either the 45-day or the 90-day, do either of those guarantees have anything to do with data going into machine learning models?

MR. CHAPUT: Object to form, compound, vague, lacks foundation.

A. I mean, I think they apply