# Exhibit 148

# 2017 Teens Strategic Focus

Review

10 / 27 / 2016

HIGHLY CONFIDENTIAL (COMPETITOR)   META3047MDL_RVOL003   META3047MDL-003-00134648

# U13: Significant tablet usage starts at 3-4



Tablet ownership, by age of child: 2010, 2012, 2013, 2014 and 2015

**Source: UK data.**  Ofcom Children and Parents: Media Use and Attitudes Report.  November 2015.
**Base:** Parents of children aged 3-4 (688 in 2015) or 5-15 (1379 aged 5-15, 399 aged 5-7, 492 aged 8-11, 488 aged 12-15 in 2015) - significance testing shows any change between 2014 and 2015.
**Note:** Ofcom was established in the British Communications Act of 2003 as "the independent regulator and competition authority for the UK communications industries."

12

HIGHLY CONFIDENTIAL (COMPETITOR)

# U13:  Social identity is an unmet need ages 5-11



Figure 48: Children who go online and have an active social networking site profile (2010, 2012) or social media profile or account (2014, 2015), by age

Source: UK data.  Ofcom Children and Parents: Media Use and Attitudes Report.  November 2015.
Base: Parents whose child ever goes online at home or elsewhere aged 3-4 (262) or 5-15 (1176 aged 5-15, 260 aged 5-7, 441 aged 8-11, 475 aged 12-15). Significance testing shows any change between 2014 and 2015. Question amended from 2014 to refer to social media sites or apps, previously referred to social networking sites. From 2014 responses are taken from the child aged 8-11 or aged 12-15 rather than the parent

14

HIGHLY CONFIDENTIAL (COMPETITOR)