# Exhibit 152



# Social Aspirations of 8-15 Year Olds

## trends

### Facebook Safety Summit
David Kleeman, SVP Global Trends, Dubit

Confidential - Dubit

CONFIDENTIAL

META3047MDL-014-00138351

# Got Smartphone?

> By age nine over half of kids own their own smartphone, when a decrease in parental control over app purchases begin.



Confidential - Dubit

CONFIDENTIAL

META3047MDL-014-00138353

# Why "Screen Time" Is Meaningless

## What kids with their own smartphone do on a smartphone



■ 9-10     ■ 11-12     ■ 13-14

Source: Dubit Trends. AQ4.3. Thinking about what you do [sub-text: your child does] on a smartphone, please select all that apply
(Base: US Wave 6 Have their own smartphone 209 9-10 years olds 186 11-12 year olds 177 13-14 year olds weighted)

Confidential - Dubit

CONFIDENTIAL                                           META3047MDL-014-00138354

# Why "Screen Time" Is Meaningless

## What else kids with their own smartphone do - weekly

■ 9-10    ■ 11-12    ■ 13-14

### Transaction/search

| Amazon | Google |
|---|---|
| 80% 79% 74% | 91% 92% 91% |

### Social component games

| Clash of Clans | Minecraft |
|---|---|
| 73% 64% 67% | 78% 79% 67% |

### Games networks*

| Playstation Network | Xbox Live |
|---|---|
| 75% 70% 68% | 71% 68% 68% |

### Video/music platforms

| Spotify | Netflix | YouTube |
|---|---|---|
| 70% 68% 75% | 88% 86% 89% | 90% 93% 91% |

*\* Not using games networks on the device but have their own smartphone and a subscription to either PSN or Xbox Live*

Source: Dubit Trends. EEQ3. Which of the following digital products use?
(Base: US Wave 6 Have their own smartphone 157 9-10 years olds 181 11-12 year olds 187 13-14 year olds weighted)



Confidential - Dubit

CONFIDENTIAL

META3047MDL-014-00138355

# Social-ization I



A product marketed for under 13s will have less appeal to over 13s. Current legislation appears to have created two distinct audiences.

Social media usage jumps at 13/14, as access barriers are removed, suggesting that many <13 still have restricted access to social media, despite desire for it. Many digital activities (e.g., gaming, messaging) increase dramatically around 13, suggesting increased autonomy.

Confidential - Dubit


CONFIDENTIAL

META3047MDL-014-00138356

# Social-ization 2 (Sherbert Research)





I'm too young, but I'm not sure why.



It's about getting noticed.



Great for chat, but can be overwhelming.



The everyday me.



Personal and aspirational.

Sherbert Research, 2015

Confidential - Dubit



CONFIDENTIAL

META3047MDL-014-00138357