# Exhibit 166

**TOLLING AGREEMENT – META PLATFORMS, INC.**

This Tolling Agreement (the "Agreement") is entered into by and between (1) Meta Platforms, Inc. (the "Company") and (2) the undersigned Attorney General ("Attorney General" or "State") as part of a multistate investigation of the Company related to the Instagram platform led by the Attorneys General of California, Florida, Kentucky, Massachusetts, Nebraska, New Jersey, Tennessee, and Vermont (the "Multistate Investigation").

WHEREAS, in furtherance of the Multistate Investigation, the Attorneys General of California, Florida, Kentucky, Massachusetts, Nebraska, New Jersey, Tennessee, and Vermont (the "Lead States") have each issued Civil Investigative Demands,  Requests for Investigation, and/or Investigative Subpoenas under their respective authorities to the Company on November 18, 2021 (each a "Demand," or, collectively, the "Demands") seeking information relating to the provision, design, operation, and promotion of its social media platform, Instagram, to children and teen users (the "Matters Under Investigation");

WHEREAS, the Attorney General may have civil claims under various consumer protection laws brought on the basis of the Matters Under Investigation (collectively, "Covered Claims");

WHEREAS, in order to permit the Attorneys General an opportunity to pursue the Multistate Investigation, to determine whether to commence any legal action or proceeding, and to provide opportunities for a negotiated resolution of claims brought on the basis of Matters Under Investigation without the prejudice caused by the running of any applicable statute of limitations or by application of any defense of laches or similar defense concerning the timeliness of a Covered Claim during the pendency of this Agreement (collectively, "Time-Related Defense"), the Company hereby agrees to toll any applicable Time-Related Defense as provided herein; and

WHEREAS, the Attorneys General have not filed any lawsuit alleging a cause of action related to the Matters Under Investigation against the Company;

NOW, THEREFORE, in consideration of the foregoing and for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, the parties agree as follows:

1.      This Agreement shall take effect on midnight Eastern Standard Time on December 20, 2021 ("Effective Date").

2.      From the Effective Date until the termination of this Agreement, any Time-Related Defense shall be tolled as to any Covered Claim against the Company that was not already time-barred as of the Effective Date, only to the extent that such Time-Related Defense is or may be applicable.