# Exhibit 170

**<u>Sheryl's Hard Q&A Messaging Doc</u>**

**What is your reaction to the OB decision on Trump?**
- decisions that we make about the content we allow or don't allow on our platform is really big
- we believe we shouldn't be making those decisions alone
- we've called for gov't regulation that hasn't happened
- so in the absence of that, over a year ago we announced that we were setting up the OB
  - OB would not report to Mark or me
  - they would have the final say on what was able to stay on our platform
- we did that a year ago before – way before unprecedented moment of January 6th
  - very threatening for democracy
- I'm glad we have the OB in place
- our decision went to the OB and they upheld our suspension of President Donald Trump
  - I'm glad they did and that they recognized the unprecedented circumstances of Jan 6th
- OB criticized the open-ended nature of suspension – I think this shows their independence from FB
  - also made reco on how we should improve our policies based on this suspension
- Nick Clegg, our VP for Global Affairs, and his team are working hard to address the OB's reco to ensure we have a clear and proportionate response
  - this is impt work and we want to get it right
  - need to take time to consider both the criticisms + recommendations before we respond

*how long will it take to make decision?*
- OB gave us 6 months

**What do you think should happen?**
- it doesn't matter what I think – that's the point
- whatever my personal views are that is not my job
- my job is to set up systems and policies that are not dependent on any one view and that is why the OB is so important

**Is Facebook responsible for January 6th?**
- we are working very closely with law enforcement to do everything we can to bring the people responsible to justice

**Why does Facebook censor conservative voices?**
- we want ppl on FB and we want them to express their views
- we believe in freedom of expression
- want to be clear - FB is a free expression platform, but free expression is not a free-for-all
  - always said there are limits – we take down content if it violates our community standards
- we have partnered with conservative media outlets
  - Fox News, National Review, the Washington Times, among others are News Partners with FB in our News product

1

HIGHLY CONFIDENTIAL (COMPETITOR)        META3047MDL_RVOL003        META3047MDL-003-00165633

**Algorithm amplification of extremist/polarizing content**
- we do not amplify extreme content – simply not true
- do not optimize our systems to increase amount of time spent in News Feed
    - explicitly don't give our teams goals around time spent
    - believe if we build a product that is more valuable, then ppl will engage more
    - been doing this for years, and believe it's yielded good results
- our practices are quite robust – we do not want extremist content or polarizing content on our services
    - in contrast to promoting it via our algo, we go out of our way to try to reduce that – in our business interest
        - consumers don't like it, and advertisers don't want to be near it
    - think we do more than anyone else in the industry – we invest on safety + security to keep bad content off
        - >35K ppl on content moderation; robust content policies, preventative measures too
- any narrative that we try to amplify is inaccurate – tried to dispel this, and need to work harder to set record straight

**What do you think about what is happening in Israel and Palestine?**
- anytime there's conflict, anytime there's loss of life, our hearts go out to everyone involved.
- this is a truly difficult situation on the ground

**Israel/Palestine misinfo**
- we're a sharing platform, but don't want people to see misinformation
- we remove content that break our rules –
    - content or account that incites violence, bullying and harassing behavior
- third-party fact checkers mark false **-** dramatically reduce distribution
    - only company to work w/ >80 fact-checking orgs + cover >60 languages incl Israel+ Palestine
- put warning labels to posts rated false by fact-checkers – inform other points of view
- activated a feature that we use during these fast-moving events like what is happening now
    - use keyword detection to find related content so it's easier for fact-checkers to find misinfo
- also monitoring out-of-context images and videos shared on other social media platforms and making sure they are not being shared on Facebook

**Take downs of Palestinian Al-Aqsa Mosque posts**
- my thoughts are with everyone affected by the ongoing violence
- unfortunate enforcement errors
    - regret the difficulty this has caused + to those who felt this was a deliberate suppression of their voice – not at all our intention
- understand the vital importance of the Al-Aqsa mosque to Palestinians and the Muslim community around the world
- while Al-Aqsa refers to a location, it is also included in names of several restricted orgs
    - by itself term should not, and does not, violate policies
    - part of challenge is that "Al-Aqsa" is also name of an org sanctioned by US govt
    - and we are legally obligated to remove content that materially supports or represents US sanctioned entities

2

HIGHLY CONFIDENTIAL (COMPETITOR)          META3047MDL_RVOL003                    META3047MDL-003-00165634