**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*People of the State of California, et al. v. Meta Platforms, Inc., et al.* | MDL No. 3047<br><br>Case Nos. 4:22-md-03047-YGR-PHK<br>         4:23-cv-05448-YGR<br><br>**DECLARATION OF SAMANTHA BECKETT IN SUPPORT OF THE STATE AGS' OPPOSITION TO META'S OMNIBUS MOTION TO SEAL (META'S AND STATE AGS' MOTIONS FOR SUMMARY JUDGMENT)**<br><br>Judge: Hon. Yvonne Gonzalez Rogers<br><br>Magistrate Judge: Hon. Peter H. Kang |

Declaration of Samantha Beckett in Support of the State AGs' Opposition to Meta's Omnibus Motion To Seal
(Meta's and State AGs' Motions For Summary Judgment)
Case Nos. 4:22-md-03047-YGR-PHK; 4:23-cv-05448-YGR

**DECLARATION OF SAMANTHA BECKETT**

I, Samantha Beckett, declare and state as follows:

1.  I am a Deputy Attorney General with the California Department of Justice, counsel of record for Plaintiff the People of the State of California. This declaration is based on my personal knowledge. If called upon to do so, I could and would competently testify as follows.

2.  On April 30, 2026, Meta agreed to unredact the milestones relating to Instagram in Exhibit 39 to the State AGs' Opposition to Meta's MSJ. Meta never changed this position in its negotiations with the State AGs.

3.  On May 6, 2026, I emailed Meta's counsel and informed them that Meta's Omnibus Motion to Seal seeks to seal portions of deposition testimony that Meta previously agreed to unseal and publicly filed. Specifically, I clarified that Meta did not seek redactions to Exhibit 2 to the State AGs' Reply in Support of Motion for Partial Summary Judgment, which contains the same deposition testimony that Meta challenges in Exhibit 2 to the AG's Motion for Partial Summary Judgment. I informed them that Meta publicly filed Exhibit 2 to the State AGs' Reply in Support of Motion for Partial Summary Judgment without redactions of the challenged testimony at ECF 3009-1, which Meta filed on May 2, 2026. At 3:57pm Pacific on May 8, 2026, Meta informed the State AGs that the agreement and public disclosure of Exhibit 2 to the State AGs' Reply were inadvertent. When I checked the Court's docket at ECF 3009-1 the morning of May 8, 2026, the document was still publicly available.  In their email sent at 3:57pm Pacific today, Meta counsel indicated that they have locked the exhibit on the public docket and have contacted the ECF help desk to take steps toward removing the document.

4.  I reviewed the page from Meta's website entitled *Instagram Reels Chaining AI System* that can be found at https://transparency.meta.com/features/explaining-ranking/ig-reels-chaining/. I saved the webpage on May 7, 2026. Exhibit 1 attached to this declaration accurately reflects the webpage at the time I saved it on May 7, 2026.

1

Declaration of Samantha Beckett Support of the State AGs' Opposition to Meta's Omnibus Motion To Seal
(Meta's and State AGs' Motions For Summary Judgment)
Case Nos. 4:22-md-03047-YGR-PHK; 4:23-cv-05448-YGR

I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct to the best of my knowledge and belief. Executed on May 8, 2026.

By:    /s/ *Samantha Beckett*
Samantha Beckett

DECLARATION OF SAMANTHA BECKETT SUPPORT OF THE STATE AGS' OPPOSITION TO META'S OMNIBUS MOTION TO SEAL
(META'S AND STATE AGS' MOTIONS FOR SUMMARY JUDGMENT)
Case Nos. 4:22-md-03047-YGR-PHK; 4:23-cv-05448-YGR