[*Submitting Counsel on Signature Page*]

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION | MDL No. 3047 |
| | Case No. 4:22-md-03047-YGR |
| | Case No. 4:23-cv-05448-YGR |
| THIS DOCUMENT RELATES TO: | **[PROPOSED] ORDER DENYING META'S OMNIBUS MOTION TO SEAL** |
| 4:23-cv-05448 | Judge: Hon. Yvonne Gonzalez Rogers |
| | Magistrate Judge: Hon. Peter H. Kang |

1

The Court has considered Meta's Omnibus Motion to Seal information in materials filed by the Parties associated with their summary judgment motions, the briefs and exhibits submitted in support thereof and in opposition, and arguments of counsel presented in this Court regarding the Motion. The Court finds that Meta's requested redactions do not meet the "compelling reasons" standard and hereby **DENIES** Meta's Omnibus Motion to Seal and orders the material unsealed as follows:

| Document | Portion to Be Sealed | Action Requested by Meta | Court's Order |
|---|---|---|---|
| AGs' Partial MSJ Ex. 2, ECF No. 2696-4 | Bad actor information at transcript pages 183:17-18, 19; 184:15-16, 19-20; 185:2-5, 8-9 | Redact specified portion | |
| AGs' Partial MSJ Ex. 8, ECF No. 2696-10 | Bad actor information at PDF page 3 | Redact specified portion | |
| AGs' Opp. to Meta's MSJ Ex. 1, ECF No. 2783-3 | Competitively sensitive information at PDF page 151 | Redact specified portion | |
| Meta's MSJ Ex. 71, ECF No. 2705-74 | Competitively sensitive information at PDF pages 29-31 | Redact specified portion | |
| Meta's MSJ Ex. 84, ECF No. 2705-87 | Competitively sensitive information at PDF page 42 | Redact specified portion | |
| AGs' Opp to Meta's MSJ Ex. 39, ECF No. 2784-16 | Competitively sensitive information at META3047MDL-050-00343524 | Redact specified portion | |
| AGs' Opp to Meta's MSJ Ex. 43, ECF No. 2784-20 | Competitively sensitive information at PDF pages 6-9, 11-13, 16-18, 22, 24, 26-27 | Redact specified portion | |
| AGs' Opp. to Meta's MSJ Ex. 30, ECF No. 2784-7 | Competitively sensitive information at PDF pages 8, 11, 15, 24, 27, 31-32, 36- | Redact specified portion | |

| | | | |
|---|---|---|---|
| | 38, 42-45, 48, 62, 65-73, 76-83, 85, 89, 93, 108-115 | | |
| AGs' Reply Ex. 8, ECF No. 2899-10 | Competitively sensitive information at META3047MDL-287-00005522, META3047MDL-287-00005523 | Redact specified portion | |
| AGs' Reply Ex. 2, ECF No. 2899-4 | Bad actor information at transcript pages 183:17-18, 19; 184:15-16, 19-20; 185:2-5, 8-9 | Redact specified portion | |

IT IS SO ORDERED.

DATED: _____        _____
                                     Honorable Yvonne Gonzalez Rogers
                                     United States District Court Judge

3