# Unsealed Exhibits to the State AGs' Reply in Support of Motion for Partial Summary Judgment

# 4:22-md-03047-YGR-PHK

# (ECF No. 2899)