*[Parties and counsel listed on signature pages]*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION | Case No. 4:22-MD-03047-YGR<br><br>MDL No. 3047 |
| This Document Relates To:<br><br>*Breathitt County Board of Education v. Meta Platforms, Inc., et al.*, Case No. 4:23-CV-1804 | **STIPULATED DEPOSITION PROTOCOL AND [PROPOSED] ORDER**<br><br>Judge: Hon. Yvonne Gonzalez Rogers<br>Magistrate Judge: Hon. Peter H. Kang |

**WHEREAS**, the parties anticipate presenting deposition testimony at trial and recognize the need for an efficient and orderly process for exchanging deposition designations and resolving related objections;

**WHEREAS**, the Court has requested that the parties retain a Special Master to assist in resolving disputes concerning deposition designations;

**NOW, THEREFORE**, the parties hereby stipulate and agree, subject to approval of the Court, as follows:

## I.   SELECTION OF SPECIAL MASTER

The Parties established a procedure for the selection of a Special Master to oversee deposition designation disputes, subject to approval of the Special Master by the Court.  That process resulted in the selection of Hon. Lawrence F. Stengel (Ret.).  Mr. Stengel has certified that he has no relationship with the parties or their counsel that would prevent him from serving as a neutral.

The Special Master's hourly rate is $1200.  The hourly rate for his legal support staff is $500.  Each side shall share equally in the fees and costs of the Special Master.

## II.   EXCHANGE OF ROLLING DEPOSITION DESIGNATIONS AND SUBMISSION TO THE SPECIAL MASTER

### A.  Second Set of Priority Designations

The parties may exchange a second set of priority deposition designations, limited to up to fourteen (14) hours of initial designations per side.  The parties shall present any disputes to the Special Master regarding the second set of priority designations pursuant to the following schedule:

| Event | Deadline |
| --- | --- |
| Service of initial deposition designations by the designating party (individual Excel spreadsheet (one spreadsheet per witness) in CSV format) | May 11, 2026 at 5:00 p.m. EDT |
| Service of counter designations to initial designations, together with objections to initial designations, by the non-designating party | May 18, 2026 at 5:00 p.m. EDT |
| Service of responses to objections to initial designations, together with any counter-counter designations and objections to counter-designations, by the designating party | May 21, 2026 at 5:00 p.m. EDT |
| Service of objections to counter-counter designations by the non-designating party | May 26, 2026 at 5:00 p.m. EDT |
| Meet and confer regarding all objections | May 28, 2026 |

| Event | Deadline |
|---|---|
| Designating party shall provide non-designating party with proposed package of materials for special master submission, to review | May 29, 2026 |
| Non-designating party provides sign-off or edits to submission package | June 1, 2026 at 12:00 p.m. EDT |
| Joint submission of unresolved disputes to the Special Master | June 1, 2026 at 5:00 p.m. EDT |
| Service of the final video for review by the non-designating party[1] | No later than 4:00 p.m. PDT the day before the deposition designations are expected to be played at trial. |

**B. Additional Deposition Designations**

The parties may exchange additional deposition designations, and shall present any disputes to the Special Master regarding such designations, pursuant to the following schedule:

---

[1] To the extent the designating party withdraws a substantial portion of their designations from this Priority round of designations following submission to the Special Master on June 1, that party shall serve their revised affirmative designations on the other party no later than three (3) calendar days prior to intended play at trial.  The counter-designating party shall respond the next calendar day with any withdrawals they would like to make (i.e., two (2) calendar days prior to play at trial).

| Event | Deadline |
|---|---|
| Service of initial deposition designations by the designating party (individual Excel spreadsheet (one spreadsheet per witness) in CSV format)[2] | Sixteen (16) calendar days before the deposition designations are expected to be played at trial, at 7:00 p.m. PDT. |
| Service of counter designations to initial designations, together with objections to initial designations, by the non-designating party | Thirteen (13) calendar days before the deposition designations are expected to be played at trial, at 7:00 p.m. PDT. |
| Service of responses to objections to initial designations, together with any counter-counter designations and objections to counter-designations, by the designating party | Eleven (11) calendar days before the deposition designations are expected to be played at trial, at 7:00 p.m. PDT. |
| Service of objections to counter-counter designations by the non-designating party | Nine (9) calendar days before the deposition designations are expected to be played at trial, at 7:00 p.m. PDT. |
| Meet and confer regarding all objections | Eight (8) calendar days before the deposition designations are expected to be played at trial. |
| Joint submission of unresolved disputes to the Special Master | Seven (7) calendar days before the deposition designations are expected to be played at trial. |

---

[2] The total designations served on a given day may not exceed four (4) hours of affirmative testimony, unless the designating party designates more than four (4) hours from a single deposition, in which case that deposition's designations are the only designations that may be served on that day. The parties reserve the right to seek relief from the Special Master if they believe that the amount of designations served, either cumulatively or for a given period of time, is unreasonable.

| Event | Deadline |
|---|---|
| Service of the final video for review by the non-designating party | No later than 4:00 p.m. PDT the day before the deposition designations are expected to be played at trial. |

The Party designating testimony reserves the right to withdraw any portions of the testimony they have chosen to designate up until service of the final video for review by the non-designating party. However, if any designations are withdrawn, the non-designating party will have an opportunity to re-add any withdrawn designations and/or withdraw any responsive designations, and the designating party will make those changes and serve a revised version of the final video for review.

### III. SUBMISSION OF DEPOSITION DESIGNATION DISPUTES TO THE SPECIAL MASTER

1. **Joint Submission in Excel Format -** The parties shall submit all unresolved deposition designation disputes in a single, joint Excel spreadsheet, along with a transcript and any relevant exhibits included within the disputed designations, as outlined below.[3]

2. **Required Format and Column Headers -** The spreadsheet that the parties submit to the Special Master shall be in a format similar to the one attached.

3. **Identification of Party -** The spreadsheet shall clearly identify the party responsible for each designation, counter-designation, reply designation, objection, and response.

4. **Color Coding-** The parties shall use consistent color coding to distinguish initial designations, completeness designations, counter-designations, and reply (counter-counter) designations.

5. **Organization -** Each spreadsheet shall contain designations for a single witness, with separate sheets for the designating party's video and the non-designating party's video. Within those sheets, the testimony shall be in chronological order by transcript page and line (i.e., completeness designations from the non-designating party will be included on the designating party's sheet, in the location they appear in the transcript).

6. **No Separate Briefing -** All arguments regarding specific designations submitted by the parties shall be contained within the spreadsheet. No separate briefs or submissions on those designations shall be permitted absent leave of the Special Master. Objections and Responses shall be succinctly stated, consistent with the priority deposition designation chart submitted by the parties to the Court.

---

[3] For the avoidance of doubt, the parties may cite to any portion of the submitted deposition transcript in explaining their objections or replies to objections to the Special Master.

7. **Initial Conference with Special Master -** Promptly after the Special Master is appointed, the Parties shall have joint call with the Special Master to discuss what materials or further submissions, if any, would be helpful to the Special Master. Any disputes between the parties on this topic shall be conclusively resolved by the Special Master.[4] No party may make any submissions to the Special Master unless it is expressly contemplated by this stipulation or authorized by the Special Master.

8. **Exhibits and Electronic Submission -** The parties shall submit all materials to the Special Master in electronic format. The parties shall provide, together with the spreadsheet, all exhibits necessary to resolve the disputed designations, limited to relevant portions and clearly labeled to correspond to the applicable testimony.

9. **Condensed Transcripts -** The parties shall submit, in electronic format, a complete condensed version of the transcript for each witness, with the relevant testimony highlighted and color coded consistent with the designations in the Excel spreadsheet.

10. **Submitting Party** – The party who originally designated affirmatively from the deposition at issue shall be responsible for submitting these materials to the Special Master, and shall provide the other parties with an opportunity to review and sign off on the final materials prior to submission.

   o **For second priority designation set**:  The parties shall exchange materials for special master submission on May 29, 2026, in advance of the June 1, 2026 submission deadline. The non-designating party shall provide sign-off or corrections to the materials no later than June 1, 2026 at 12:00 EDT.

   o **For further rolling designations**:  When one party submits materials to the other for sign-off, the receiving party must complete its review and provide sign-off within three hours of receipt to avoid delay, provided that the materials are sent to the other party between 8 AM PDT and 5 PM PDT. If a party transmits deposition designation materials for sign-off between 5 PM PDT and 8 AM PDT, then the deadline for the other party to provide sign-off will be 11 AM PDT.

## IV.    <u>REVIEW BY THE COURT</u>

Any determination by the Special Master shall be subject to review by the Court upon application by any party. The parties expressly reserve all rights to object to, challenge, or appeal any ruling of the Special Master. Notwithstanding the foregoing, the parties need not further object to or challenge a ruling by the Special Master in order to preserve their objections and positions for appeal beyond the district court.

---

[4] Plaintiff reserves the right to seek leave of the Special Master for each side to submit up to three pages of initial briefing regarding the Court's guidance and rulings to date on priority deposition designations. Defendants reserve the right to oppose that request.

## V.    OBJECTIONS BASED ON SECTION 230 OR THE FIRST AMENDMENT

Any objections based on Section 230 or the First Amendment are reserved for the Court; they shall not be submitted to or ruled on by the Special Master.

## VI.    TIMING AND ORDER OF PLAY

The designating party's designations shall be played first.  Any completeness designations that are designated by the non-designating party to complete testimony within this set of affirmative designations shall be played with this video, in the location the testimony originally was elicited.

The non-designating party's counter-designations that are within the scope of the topics designated in the affirmative designations shall then be played after the designating party's video, but in the designating party's case.

For witnesses affiliated with a non-designating party, all designations from the non-designating party outside the scope of the designating party's designations shall be played, if at all, during the non-designating party's case in chief.  The designating party's counter and completeness designations to those outside-the-scope designations shall be played in the manner described in the preceding paragraphs.

Any disputes as to whether a designation is for completeness or within the scope of the topics designated in the affirmative designations shall be decided by the Special Master.


**PURSUANT TO STIPULATION, IT IS SO ORDERED.**


DATED:                                          _____
                                                YVONNE GONZALEZ ROGERS
                                                UNITED STATES DISTRICT JUDGE

Respectfully submitted,

DATED: May 11, 2026

By:  */s/ Lexi J. Hazam*

Lexi J. Hazam
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
275 Battery Street, 29t1h Floor
San Francisco, CA 94111-3339
Telephone: 415-956-1000
lhazam@lchb.com

Previn Warren
MOTLEY RICE LLC
401 9th Street NW Suite 630
Washington DC 20004
Telephone: 202-386-9610
pwarren@motleyrice.com

*Plaintiffs' Co-Lead Counsel*

Michael M. Weinkowitz
LEVIN SEDRAN & BERMAN, LLP
510 Walnut Street, Suite 500
Philadelphia, PA 19106
Telephone: 215-592-1500
MWeinkowitz@lfsblaw.com

*Co-chair of School District Committee
Plaintiffs Leadership Committee*

Khaldoun Baghdadi
WALKUP, MELODIA, KELLY &
SCHOENBERGER, LLP
650 California Street, 26th Fl.
San Francisco, CA 94108
Telephone: 415-981-7210
kbaghdadi@walkuplawoffice.com

Ronald E. Johnson, Jr.
Sarah Emery
HENDY JOHNSON VAUGHN EMERY PSC
600 West Main Street, Suite 100
Louisville, KY 40202
Telephone: 859-578-4444
rjohnson@justicestartshere.com
semery@justicestartshere.com

*Attorneys for Plaintiff Breathitt County Board of Education*

James Bilsborrow
WEITZ & LUXENBERG, PC
700 Broadway
New York, New York 10003
Telephone: 212-558-5500
jbilsborrow@weitzlux.com

*Plaintiffs' Steering Committee Leadership*

COVINGTON & BURLING LLP

By:  */s/ Ashley M. Simonsen*
Ashley M. Simonsen, SBN 275203
COVINGTON & BURLING LLP
1999 Avenue of the Stars
Los Angeles, CA 90067
Telephone: (424) 332-4800
Facsimile: + 1 (424) 332-4749
Email: asimonsen@cov.com

Phyllis A. Jones, *pro hac vice*
Paul W. Schmidt, *pro hac vice*
COVINGTON & BURLING LLP
One City Center
850 Tenth Street, NW
Washington, DC 20001-4956
Telephone: + 1 (202) 662-6000
Facsimile: + 1 (202) 662-6291
Email: pajones@cov.com

*Attorney for Defendants Meta Platforms, Inc. f/k/a Facebook, Inc.; and Instagram, LLC*

WILLIAMS & CONNOLLY LLP
By: */s/ Ashley W. Hardin*
Ashley W. Hardin, *pro hac vice*
ahardin@wc.com
J. Andrew Keyes, *pro hac vice*
akeyes@wc.com
Neelum J. Wadhwani (SBN 247948)
nwadhwani@wc.com
WILLIAMS & CONNOLLY LLP
680 Maine Avenue, SW
Washington, DC 20024
Telephone.: (202) 434-5000

9

Facsimile: (202) 434-5029

*Attorneys for Defendants YouTube, LLC and Google LLC*

MUNGER, TOLLES & OLSON LLP
By: */s/ Jonathan H. Blavin*
JONATHAN H. BLAVIN (SBN 230269)
Jonathan.Blavin@mto.com
MUNGER, TOLLES & OLSON LLP
560 Mission Street, 27th Floor
San Francisco, CA 94105
Tel: (415) 512-4000

E. MARTIN ESTRADA (SBN 223802)
Martin.Estrada@mto.com
L. ASHLEY AULL (SBN 257020)
Ashley.Aull@mto.com
VICTORIA A. DEGTYAREVA (SBN 284199)
Victoria.Degtyareva@mto.com
MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue, 50th Floor
Los Angeles, CA 90071
Tel.: (213) 683-9100

*Attorneys for Defendant Snap Inc.*

O'MELVENY & MYERS

By: */s/ Daniel M. Petrocelli*
Daniel M. Petrocelli (SBN 97802)
dpetrocelli@omm.com
Sabrina H. Strong (SBN 200292)
sstrong@omm.com
1999 Avenue of the Stars
Los Angeles, CA 90067
Telephone: (310) 553-6700

Stephen Brody, *pro hac vice*
sbrody@omm.com
1625 Eye Street
Washington, DC 20006
Telephone: (202) 383-5300

KING & SPALDING LLP

Geoffrey M. Drake, *pro hac vice*
TaCara D. Harris, *pro hac vice*

10

1180 Peachtree Street, NE, Suite 1600
Atlanta, GA 30309-3521
Telephone: (404) 572-4600
Facsimile: (404) 572-5100
Email: gdrake@kslaw.com
      tharris@kslaw.com

David P. Mattern, *pro hac vice*
KING & SPALDING LLP
1700 Pennsylvania Avenue, NW, Suite 900
Washington, DC 20006-4707
Telephone: (202) 737-0500
Facsimile: (202) 626-3737
Email: dmattern@kslaw.com

Bailey J. Langner (SBN 307753)
KING & SPALDING LLP
50 California Street, Suite 3300
San Francisco, CA 94111
Telephone: (415) 318-1200
Facsimile: (415) 318-1300
Email: blangner@kslaw.com

*Attorneys for Defendants TikTok Inc., ByteDance Inc.,
TikTok Ltd., ByteDance Ltd., and TikTok LLC*

**ATTESTATION**

I, James Bilsborrow, hereby attest, pursuant to N.D. Cal. Civil L.R. 5-1, that the concurrence to the filing of this document has been obtained from each signatory hereto.


Dated: May 11, 2026

By: */s/ James J. Bilsborrow*