[*Submitting Counsel on Signature Page*]

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br><br>*Breathitt County Board of Education v. Meta Platforms, Inc., et al.*<br>Case No.: 4:23-CV-1804 | MDL No. 3047<br><br>Case No. 4:22-md-03047-YGR-PHK<br><br>**JOINT TRIAL STIPULATION #2 CONCERNING EVIDENCE OF BREATHITT'S PRIOR JUUL E-CIGARETTES AND OPIOIDS LITIGATION** |

Plaintiff Breathitt County Board of Education ("Breathitt") and Defendants (together with Breathitt, "the Parties") jointly stipulate and agree, subject to the Court's approval, to the entry of the following stipulation and proposed order governing the admissibility and use of evidence and argument concerning Breathitt's prior litigation of the following cases: *In re: JUUL Labs, Inc. Mktg., Sales Pracs., and Prods. Liab. Litig.*, MDL No. 19-md-2913 (N.D. Cal.); *Breathitt Cnty. Bd. of Educ., et al. v. McKinsey & Co., Inc.*, No. 3:21-cv-734-CHB (W.D. Ky.) (collectively, the "Prior Litigations"). The Parties agree this Stipulation would resolve Breathitt's Motion in Limine #1 (Dkt. No. 2796).[1]

The Parties hereby stipulate and agree, subject to the Court's approval, that during the trial scheduled in the above-captioned case:

1. The Parties shall not introduce evidence or argument regarding any settlement, settlement negotiations, or settlement amounts relating to the Prior Litigations.

2. The Parties shall not argue or suggest to the jury that the existence or settlement of the Prior Litigations suggests that Breathitt has a propensity to file lawsuits, is litigious, or acted in conformity with any such character trait. No Party shall refer to or identify the Prior Litigations before the jury by name, caption, or description.

---

[1] Defendants preserve for appeal the argument that they should have been permitted to introduce the fact of the Prior Litigations.

3. The Parties shall not introduce evidence or argument relitigating the merits of the Prior Litigations.

4. Notwithstanding the foregoing, nothing in this Stipulation prohibits Defendants from introducing evidence or argument that the harms alleged by Breathitt in this lawsuit were caused, in whole or in part, by factors other than Defendants' conduct, including but not limited to the effects of vaping or substance abuse, provided that no evidence shall be offered for the purpose of describing the Prior Litigations.

5. Defendants may ask Breathitt's witnesses about prior statements Breathitt has made regarding the use of e-cigarettes or the effects of opioid use or abuse—including but not limited to statements made in the complaints filed in the Prior Litigations and deposition testimony concerning such statements—so long as Defendants do not identify the statements as being from the Prior Litigations. Defendants may describe the source of the statements to the jury as "public documents submitted by Breathitt in an official context," or other similar descriptions that do not reference the fact of the Prior Litigations. Defendants may use the prior statements for purposes of refreshing recollection, including by showing the complaint or other litigation documents to witnesses, but not to the jury. Defendants also may use such documents for purposes of impeachment (consistent with the Courts' standard impeachment protocol).

A Proposed Order is appended to this Stipulation memorializing the aforementioned agreements.

JOINT TRIAL STIPULATION #2 CONCERNING EVIDENCE OF BREATHITT'S PRIOR JUUL E-CIGARETTES AND OPIOIDS LITIGATION

DATED: May 11, 2026

Respectfully submitted,

*/s/ Lexi J. Hazam*
LEXI J. HAZAM
**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone: 415-956-1000
lhazam@lchb.com

PREVIN WARREN
**MOTLEY RICE LLC**
401 9th Street NW Suite 630
Washington DC 20004
Telephone: 202-386-9610
pwarren@motleyrice.com

*Co-Lead Counsel for Plaintiffs*

MICHAEL M. WEINKOWITZ
**LEVIN SEDRAN & BERMAN, LLP**
510 Walnut Street, Suite 500
Philadelphia, PA 19106
Telephone: 215-592-1500
MWeinkowitz@lfsblaw.com

*Co-chair of School District Committee*
*Plaintiffs Leadership Committee*
*Counsel for Breathitt*

KHALDOUN BAGHDADI
**WALKUP, MELODIA, KELLY & SCHOENBERGER, LLP**
650 California Street, 26th Fl.
San Francisco, CA 94108
Telephone: 415-981-7210
kbaghdadi@walkuplawoffice.com

RONALD E. JOHNSON, JR.
SARAH N. EMERY
**HENDY JOHNSON VAUGHN EMERY PSC**
600 West Main Street, Suite 100
Louisville, KY 40202
Telephone: 859-578-4444
rjohnson@justicestartshere.com
semery@justicestartshere.com

3                                              Case No. 4:22-md-03047-YGR-PHK

JOINT TRIAL STIPULATION #2 CONCERNING EVIDENCE OF BREATHITT'S PRIOR JUUL E-CIGARETTES AND OPIOIDS LITIGATION

*Attorneys for Plaintiffs Breathitt County Board of Education*

By:    /s/ Jonathan H. Blavin
JONATHAN H. BLAVIN (SBN 230269)
Jonathan.Blavin@mto.com
MUNGER, TOLLES & OLSON LLP
560 Mission Street, 27th Floor
San Francisco, CA 94105
Tel: (415) 512-4000

E. MARTIN ESTRADA (SBN 223802)
Martin.Estrada@mto.com
L. ASHLEY AULL (SBN 257020)
Ashley.Aull@mto.com
VICTORIA A. DEGTYAREVA (SBN 284199)
Victoria.Degtyareva@mto.com
MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue, 50th Floor
Los Angeles, CA 90071
Tel.: (213) 683-9100

ALLISON BROWN (*pro hac vice*)
alli.brown@kirkland.com
KIRKLAND & ELLIS LLP
2005 Market Street, Suite 1000
Philadelphia, PA 19103
Tel.: (215) 268-5000

JESSICA DAVIDSON (*pro hac vice*)
jessica.davidson@kirkland.com
JOHN J. NOLAN (*pro hac vice*)
jack.nolan@kirkland.com
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, NY 10022
Tel.: (212) 446-4800

*Attorneys for Defendant Snap Inc.*

Case No. 4:22-md-03047-YGR-PHK

JOINT TRIAL STIPULATION #2 CONCERNING EVIDENCE OF BREATHITT'S PRIOR JUUL E-CIGARETTES AND OPIOIDS LITIGATION

/s/ Ashley W. Hardin

ASHLEY W. HARDIN (*pro hac vice*)
ahardin@wc.com
J. ANDREW KEYES (*pro hac vice*)
akeyes@wc.com
NEELUM J. WADHWANI (SBN 247948)
nwadhwani@wc.com
WILLIAMS & CONNOLLY LLP
680 Maine Avenue, SW
Washington, DC 20024
Tel.: (202) 434-5000

*Attorneys for Defendants YouTube, LLC and Google LLC*


/s/ Christian J. Pistilli

ASHLEY M. SIMONSEN (State Bar No. 275203)
asimonsen@cov.com
COVINGTON & BURLING LLP
1999 Avenue of the Stars
Los Angeles, California 90067
Tel.: (424) 332-4800

PHYLLIS A. JONES (*pro hac vice*)
pajones@cov.com
PAUL W. SCHMIDT (*pro hac vice*)
pschmidt@cov.com
CHRISTIAN J. PISTILLI (*pro hac vice*)
cpistilli@cov.com
COVINGTON & BURLING LLP
One City Center
850 Tenth Street, NW
Washington, DC 20001-4956
Tel.: (202) 662-6000

*Attorneys for Defendants Meta Platforms, Inc. f/k/a Facebook, Inc. and Instagram, LLC*

JOINT TRIAL STIPULATION #2 CONCERNING EVIDENCE OF BREATHITT'S PRIOR JUUL E-CIGARETTES AND OPIOIDS LITIGATION

/s/ Geoffrey M. Drake

GEOFFREY M. DRAKE (*pro hac vice*)
gdrake@kslaw.com
TACARA D. HARRIS (*pro hac vice*)
tharris@kslaw.com
KING & SPALDING LLP
1180 Peachtree Street, NE, Suite 1600
Atlanta, GA 30309
Tel.: (404) 572-4600

DAVID P. MATTERN (*pro hac vice*)
dmattern@kslaw.com
KING & SPALDING LLP
1700 Pennsylvania Avenue, NW
Suite 900
Washington, D.C. 20006
Tel.: (202) 737-0500

BAILEY J. LANGNER (State Bar No. 307753)
*blangner@kslaw.com*
KING & SPALDING LLP
50 California Street, Suite 3300
San Francisco, CA 94111
Tel.: (415) 318-1200

/s/ Daniel M. Petrocelli

DANIEL M. PETROCELLI (SBN 97802)
SABRINA H. STRONG (SBN 200292)
O'MELVENY & MYERS
1999 Avenue of the Stars
8th Floor
Los Angeles, CA 90067
Telephone: (310) 553-6700
Email:dpetrocelli@omm.com
          sstrong@omm.com

STEVE BRODY (pro hac vice)
O'MELVENY & MYERS
1625 Eye Street
Washington, DC 20006
Telephone: (202) 383-5300
Email: sbrody@omm.com

*Attorneys for Defendants*
*TikTok Inc., ByteDance Inc., TikTok Ltd., ByteDance*
*Ltd., and TikTok LLC*

JOINT TRIAL STIPULATION #2 CONCERNING EVIDENCE OF BREATHITT'S PRIOR JUUL E-CIGARETTES AND OPIOIDS LITIGATION

**ATTESTATION**

I, Jonathan H. Blavin, hereby attest, pursuant to N.D. Cal. Civil L.R. 5-1, that the concurrence to the filing of this document has been obtained from each signatory hereto.

DATED:  May 11, 2026                         By:  */s/ Jonathan H. Blavin*
                                                        Jonathan H. Blavin

JOINT TRIAL STIPULATION #2 CONCERNING EVIDENCE OF BREATHITT'S PRIOR JUUL E-CIGARETTES AND OPIOIDS LITIGATION