Lexi J. Hazam (SBN 224457)
lhazam@lchb.com
LIEFF CABRASER HEIMANN
& BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956-1000

Previn Warren (*pro hac vice*)
pwarren@motleyrice.com
MOTLEY RICE LLC
401 9th Street NW, Suite 630
Washington, DC 20004
Telephone: (202) 386-9610

*Plaintiffs' Co-Lead Counsel*

Jennie Lee Anderson (SBN 203586)
jennie@andrusanderson.com
ANDRUS ANDERSON LLP
1970 Broadway, Suite 1070
Oakland, CA 94612
Telephone:    (415) 986-1400

*Plaintiffs' Liaison Counsel*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

IN RE: SOCIAL MEDIA ADOLESCENT
ADDICTION/PERSONAL INJURY
PRODUCTS LIABILITY LITIGATION

This Document Relates to:

*Motzer et al v. Meta Platforms, Inc. et al*,
4:25-cv-01036-YGR;

*Motzer et al v. Meta Platforms, Inc. et al*,
4:25-cv-01044-YGR;

*Andrews et al v. Meta Platforms, Inc. et al*,
4:25-cv-03465-YGR;

*Garris v. Snap, Inc. et al*, 4:25-cv-07615-YGR;

*Smith v. ByteDance, Ltd. et al*, 4:25-cv-07691-YGR;

*Miller et al v. ByteDance, Ltd. et al*, 4:25-cv-08318-YGR;

*Arnold v. Meta Platforms, Inc. et al*, 4:25-cv-08632-YGR;

*Funk et al v. Meta Platforms Inc. et al*, 4:24-cv-08698-YGR;

*A.P., on behalf of J.Z. v. Snap Inc.*, 4:25-cv-

Case No. 4:22-MD-03047-YGR

MDL No. 3047

**DECLARATION OF JENNIE LEE
ANDERSON IN SUPPORT OF
PLAINTIFFS' ADMINISTRATIVE
MOTION TO FILE UNDER SEAL
EXHIBITS TO THE DECLARATION OF
JENNIE LEE ANDERSON IN SUPPORT OF
PLAINTIFFS' SIXTEENTH
CONSOLIDATED *EX PARTE*
APPLICATION FOR APPOINTMENT OF
GUARDIANS *AD LITEM***

1                     Case No. 4:22-md-03047-YGR
Declaration of Jennie Lee Anderson ISO Administrative Motion to File Under Seal

09007-YGR;

*J.C. v. Meta Platforms, Inc. et al*, 4:25-cv-09110-YGR;

*T.K. v. Meta Platforms, Inc. et al*, 4:25-cv-09121-YGR;

*J.M. v. Snap, Inc. et al*, 4:25-cv-10389-YGR;

*M.M. v. Snap, Inc. et al*, 4:25-cv-10407-YGR;

*Leonard v. ByteDance, Ltd. et al*, 4:26-cv-03821-YGR.

I, Jennie Lee Anderson, do hereby declare and state as follows:

1.      I am a partner with the law firm of Andrus Anderson LLP.  I am duly admitted to practice before the courts of the State of California and in the Northern District of California.  I am the Court-appointed Liaison Counsel for Plaintiffs *In re Social Media Adolescent Addiction/Personal Injury Products Litigation*, Case No. 4:22-MD-03047, and a counsel of record for the Plaintiff in *Rodriguez v. Meta Platforms, Inc., et al.*, Case No. 4:22-cv-00401.  I make this declaration of my own personal knowledge and, if called as a witness, I could and would testify competently to the matters stated below.

2.      I make this declaration in support of Plaintiffs' Administrative Motion to File Under Seal Exhibits to the Declaration of Jennie Lee Anderson in Support of Plaintiffs' Sixteenth Consolidated *Ex Parte* Application for Appointment of Guardians *Ad Litem* ("Administrative Motion to Seal").

3.      For the reasons set forth in Plaintiffs' administrative motion to seal filed on February 28, 2023 (ECF No. 147) and the Administrative Motion to Seal filed herewith, Plaintiffs seek to seal the Exhibits attached to the Declaration of Jennie Lee Anderson in Support of Plaintiffs' Sixteenth Consolidated *Ex Parte* Application for Appointment of Guardians *Ad Litem* ("Anderson Declaration").

4.      True and correct copies of the following Exhibits to the Anderson Declaration are as follows and attached hereto:

Declaration of Jennie Lee Anderson ISO Administrative Motion to File Under Seal

- *Motzer et al v. Meta Platforms, Inc. et al*, 4:25-cv-01036-YGR (Exhibit 1);

- *Motzer et al v. Meta Platforms, Inc. et al*, 4:25-cv-01044-YGR (Exhibit 2);

- *Andrews et al v. Meta Platforms, Inc. et al*, 4:25-cv-03465-YGR (Exhibit 3);

- *Garris v. Snap, Inc. et al*, 4:25-cv-07615-YGR (Exhibit 4);

- *Smith v. ByteDance, Ltd. et al*, 4:25-cv-07691-YGR (Exhibit 5);

- *Miller et al v. ByteDance, Ltd. et al*, 4:25-cv-08318-YGR (Exhibit 6);

- *Arnold v. Meta Platforms, Inc. et al*, 4:25-cv-08632-YGR (Exhibit 7);

- *Funk et al v. Meta Platforms Inc. et al*, 4:24-cv-08698-YGR (Exhibit 8);

- *A.P., on behalf of J.Z. v. Snap Inc.*, 4:25-cv-09007-YGR (Exhibit 9);

- *J.C. v. Meta Platforms, Inc. et al*, 4:25-cv-09110-YGR (Exhibit 10);

- *T.K. v. Meta Platforms, Inc. et al*, 4:25-cv-09121-YGR (Exhibit 11);

- *J.M. v. Snap, Inc. et al*, 4:25-cv-10389-YGR (Exhibit 12);

- *M.M. v. Snap, Inc. et al*, 4:25-cv-10407-YGR (Exhibit 13);

- *Leonard v. ByteDance, Ltd. et al*, 4:26-cv-03821-YGR (Exhibit 14).

5. Pursuant to Civil Local Rule 7-11, on June 15, 2023, Defendants agreed to a standing stipulation that the individual applications seeking appointment of guardians *ad litem* in this litigation may be filed under seal. Defendants also confirmed that, in so stipulating, Defendants do not waive, and expressly reserve, their right to seek an order or orders in the future to unseal individual applications and/or require parents who wish to proceed pseudonymously going forward make a showing of good cause.

I declare under penalty of perjury pursuant to the laws of the United States of America that the foregoing is true and correct.

Dated: May 11, 2026                        Respectfully submitted,

*/s/Jennie Lee Anderson*

Declaration of Jennie Lee Anderson ISO Administrative Motion to File Under Seal

Jennie Lee Anderson

ANDRUS ANDERSON LLP
1970 Broadway, Suite 1070
Oakland, CA 94612
Telephone:      (415) 986-1400
Facsimile:      (415) 986-1474
jennie@andrusanderson.com

*Plaintiffs' Liaison Counsel*

Declaration of Jennie Lee Anderson ISO Administrative Motion to File Under Seal