**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION | Case No. 4:22-MD-03047-YGR<br><br>MDL No. 3047 |
| This Document Relates to:<br><br>*Motzer et al v. Meta Platforms, Inc. et al*, 4:25-cv-01036-YGR;<br><br>*Motzer et al v. Meta Platforms, Inc. et al*, 4:25-cv-01044-YGR;<br><br>*Andrews et al v. Meta Platforms, Inc. et al*, 4:25-cv-03465-YGR;<br><br>*Garris v. Snap, Inc. et al*, 4:25-cv-07615-YGR;<br><br>*Smith v. ByteDance, Ltd. et al*, 4:25-cv-07691-YGR;<br><br>*Miller et al v. ByteDance, Ltd. et al*, 4:25-cv-08318-YGR;<br><br>*Arnold v. Meta Platforms, Inc. et al*, 4:25-cv-08632-YGR;<br><br>*Funk et al v. Meta Platforms Inc. et al*, 4:24-cv-08698-YGR;<br><br>*A.P., on behalf of J.Z. v. Snap Inc.*, 4:25-cv-09007-YGR;<br><br>*J.C. v. Meta Platforms, Inc. et al*, 4:25-cv- | **[PROPOSED] ORDER RE PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL EXHIBITS TO THE DECLARATION OF JENNIE LEE ANDERSON IN SUPPORT OF PLAINTIFFS' SIXTEENTH CONSOLIDATED *EX PARTE* APPLICATION FOR APPOINTMENT OF GUARDIANS *AD LITEM*** |

09110-YGR;

*T.K. v. Meta Platforms, Inc. et al*, 4:25-cv-09121-YGR;

*J.M. v. Snap, Inc. et al*, 4:25-cv-10389-YGR;

*M.M. v. Snap, Inc. et al*, 4:25-cv-10407-YGR;

*Leonard v. ByteDance, Ltd. et al*, 4:26-cv-03821-YGR.

## [PROPOSED] ORDER

Before the Court is Plaintiffs' Administrative Motion to File Under Seal Exhibits to the Declaration of Jennie Lee Anderson in Support of Plaintiffs' Sixteenth Consolidated *Ex Parte* Application for Appointment of Guardians *Ad Litem* (hereinafter "Anderson Declaration" in Support of Sixteenth Application for Guardians *Ad Litem*).

The Court has reviewed Plaintiffs' Administrative Motion and the declaration in support thereof.  Finding that Plaintiffs have articulated good cause to seal the individual *Ex Parte* Applications for Appointments of Guardian *Ad Litem* ("Application") attached as Exhibits 1-14 to the Anderson Declaration in Support of Sixteenth Application for Guardians *Ad Litem*, the Court hereby orders that the following document shall remain under seal absent further Order of the Court:

| Material/Document | Portion Requested to Keep Under Seal | Ruling |
|---|---|---|
| Exhibit 1 - Application for *Motzer et al v. Meta Platforms, Inc. et al*, 4:25-cv-01036-YGR | Entire Application/ Exhibit | ___ Granted ___ Denied |
| Exhibit 2 – Application for *Motzer et al v. Meta Platforms, Inc. et al*, 4:25-cv-01044-YGR | Entire Application/ Exhibit | ___ Granted ___ Denied |
| Exhibit 3 – Application for *Andrews et al v. Meta Platforms, Inc. et al*, 4:25-cv-03465-YGR | Entire Application/ Exhibit | ___ Granted ___ Denied |
| Exhibit 4 - Application for *Garris v. Snap, Inc. et al*, 4:25-cv-07615-YGR | Entire Application/ Exhibit | ___ Granted ___ Denied |
| Exhibit 5 – Application for *Smith v. ByteDance, Ltd. et al*, 4:25-cv-07691-YGR | Entire Application/ Exhibit | ___ Granted ___ Denied |

| | | |
|---|---|---|
| Exhibit 6 - Application for *Miller et al v. ByteDance, Ltd. et al*, 4:25-cv-08318-YGR | Entire Application/ Exhibit | ___ Granted ___ Denied |
| Exhibit 7 – Application for *Arnold v. Meta Platforms, Inc. et al*, 4:25-cv-08632-YGR | Entire Application/ Exhibit | ___ Granted ___ Denied |
| Exhibit 8 – Application for *Funk et al v. Meta Platforms Inc. et al*, 4:24-cv-08698-YGR | Entire Application/ Exhibit | ___ Granted ___ Denied |
| Exhibit 9 – Application for *A.P., on behalf of J.Z. v. Snap Inc.*, 4:25-cv-09007-YGR | Entire Application/ Exhibit | ___ Granted ___ Denied |
| Exhibit 10 - Application for *J.C. v. Meta Platforms, Inc. et al*, 4:25-cv-09110-YGR | Entire Application/ Exhibit | ___ Granted ___ Denied |
| Exhibit 11 – Application for *T.K. v. Meta Platforms, Inc. et al*, 4:25-cv-09121-YGR | Entire Application/ Exhibit | ___ Granted ___ Denied |
| Exhibit 12 – Application for *J.M. v. Snap, Inc. et al*, 4:25-cv-10389-YGR | Entire Application/ Exhibit | ___ Granted ___ Denied |
| Exhibit 13 – Application for *M.M. v. Snap, Inc. et al*, 4:25-cv-10407-YGR | Entire Application/ Exhibit | ___ Granted ___ Denied |
| Exhibit 14 – Application for *Leonard v. ByteDance, Ltd. et al*, 4:26-cv-03821-YGR | Entire Application/ Exhibit | ___ Granted ___ Denied |

**IT IS SO ORDERED.**

DATED: _____

_____
Hon. Yvonne Gonzalez Rogers
UNITED STATES DISTRICT JUDGE

[Proposed] Order Re Plaintiffs' Administrative Motion to File Under Seal