Lexi J. Hazam (SBN 224457)
lhazam@lchb.com
LIEFF CABRASER HEIMANN
& BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956-1000

Previn Warren (*pro hac vice*)
pwarren@motleyrice.com
MOTLEY RICE LLC
401 9th Street NW, Suite 630
Washington, DC 20004
Telephone: (202) 386-9610

Jennie Lee Anderson (SBN 203586)
jennie@andrusanderson.com
ANDRUS ANDERSON LLP
1970 Broadway, Suite 1070
Oakland, CA 94612
Telephone:     (415) 986-1400

*Plaintiffs' Co-Lead Counsel*

*Plaintiffs' Liaison Counsel*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION | Case No. 4:22-MD-03047-YGR<br><br>MDL No. 3047 |
| This Document Relates to:<br><br>*Motzer et al v. Meta Platforms, Inc. et al*, 4:25-cv-01036-YGR;<br><br>*Motzer et al v. Meta Platforms, Inc. et al*, 4:25-cv-01044-YGR;<br><br>*Andrews et al v. Meta Platforms, Inc. et al*, 4:25-cv-03465-YGR;<br><br>*Garris v. Snap, Inc. et al*, 4:25-cv-07615-YGR;<br><br>*Smith v. ByteDance, Ltd. et al*, 4:25-cv-07691-YGR;<br><br>*Miller et al v. ByteDance, Ltd. et al*, 4:25-cv-08318-YGR;<br><br>*Arnold v. Meta Platforms, Inc. et al*, 4:25-cv-08632-YGR;<br><br>*Funk et al v. Meta Platforms Inc. et al*, 4:24-cv-08698-YGR;<br><br>*A.P., on behalf of J.Z. v. Snap Inc.*, 4:25-cv- | **PLAINTIFFS' SIXTEENTH CONSOLIDATED *EX PARTE* APPLICATION FOR APPOINTMENT OF GUARDIANS *AD LITEM*** |

09007-YGR;

*J.C. v. Meta Platforms, Inc. et al*, 4:25-cv-09110-YGR;

*T.K. v. Meta Platforms, Inc. et al*, 4:25-cv-09121-YGR;

*J.M. v. Snap, Inc. et al*, 4:25-cv-10389-YGR;

*M.M. v. Snap, Inc. et al*, 4:25-cv-10407-YGR;

*Leonard v. ByteDance, Ltd. et al*, 4:26-cv-03821-YGR.

## APPLICATION

Pursuant to this Court's Order Regarding Appointment of Guardian *Ad Litem* ("Guardians *Ad Litem* Order") (ECF No. 122 at 3), Plaintiffs' Liaison Counsel, Jennie Lee Anderson, hereby submits Plaintiffs' Sixteenth Consolidated *Ex Parte* Application for Appointment of Guardians *Ad Litem* ("*Ex Parte* Application") for this Court's consideration.

"Fit parents are presumed to act in the best interests of their children." *J.B. by & Through Billiet v. Tuolumne Cnty. Superintendent of Sch.*, No. 19-cv-0858-NONE-EPG, 2021 WL 3115195, at *2 (E.D. Cal. July 22, 2021) (citing *Troxel v. Granville*, 530 U.S. 57, 66 (2000); *Doe v. Heck*, 327 F.3d 492, 521 (7th Cir. 2003)); *see also Brown v. Alexander*, No. 13-cv-01451-RS, 2015 WL 7350183, at *1 (N.D. Cal. Nov. 20, 2015) ("In general, a parent who is also a party to the lawsuit is presumed to be a suitable guardian ad litem, and so the court often appoints the parent as guardian ad litem upon receipt of an ex parte application without exercising much discretion.") (citation omitted).  Absent a conflict of interest, "[a] parent is generally appointed guardian *ad litem*." *A.G. v. South Bay Dreams Coop., Inc.*, No. 16-cv-02598-RNB, 2018 WL 2002370, at *3 (S.D. Cal. Apr. 30, 2018) (citing *Anthem Life Ins. Co. v. Olguin*, No. 06-cv-01165-AWI NEW (TAG), 2007 WL 1390672, at *3 (E.D. Cal. May 9, 2007)); *accord J.M. v. Liberty Union High Sch. Dist.*, No. 16-cv-05225-LB, 2016 WL 4942999, at *2 (N.D. Cal. Sept. 16, 2016).  However, "[w]hen there is a potential conflict between a perceived parental responsibility and an obligation to assist the court in achieving a just and speedy determination of

the action, a court has the right to select guardian ad litem who is not a parent if that guardian would best protect the child's interests." *J.M.*, 2016 WL 4942999, at *1 (citations omitted) (internal quotation marks omitted).

Attached as Exhibits 1-14 to the Declaration of Jennie Lee Anderson in Support of Plaintiffs' Sixteenth Consolidated *Ex Parte* Application for Appointment of Guardians *Ad Litem* ("Anderson Decl." or "Anderson Declaration") are the *Ex Parte* Applications for Appointment of Guardians *Ad Litem* ("Applications") submitted by the parents and/or legal guardians of individual minor Plaintiffs in the following cases.

- *Motzer et al v. Meta Platforms, Inc. et al*, 4:25-cv-01036-YGR (Exhibit 1);

- *Motzer et al v. Meta Platforms, Inc. et al*, 4:25-cv-01044-YGR (Exhibit 2);

- *Andrews et al v. Meta Platforms, Inc. et al*, 4:25-cv-03465-YGR (Exhibit 3);

- *Garris v. Snap, Inc. et al*, 4:25-cv-07615-YGR (Exhibit 4);

- *Smith v. ByteDance, Ltd. et al*, 4:25-cv-07691-YGR (Exhibit 5);

- *Miller et al v. ByteDance, Ltd. et al*, 4:25-cv-08318-YGR (Exhibit 6);

- *Arnold v. Meta Platforms, Inc. et al*, 4:25-cv-08632-YGR (Exhibit 7);

- *Funk et al v. Meta Platforms Inc. et al*, 4:24-cv-08698-YGR (Exhibit 8);

- *A.P., on behalf of J.Z. v. Snap Inc.*, 4:25-cv-09007-YGR (Exhibit 9);

- *J.C. v. Meta Platforms, Inc. et al*, 4:25-cv-09110-YGR (Exhibit 10);

- *T.K. v. Meta Platforms, Inc. et al*, 4:25-cv-09121-YGR (Exhibit 11);

- *J.M. v. Snap, Inc. et al*, 4:25-cv-10389-YGR (Exhibit 12);

- *M.M. v. Snap, Inc. et al*, 4:25-cv-10407-YGR (Exhibit 13);

- *Leonard v. ByteDance, Ltd. et al*, 4:26-cv-03821-YGR (Exhibit 14).

Exhibits 1-14 to the Anderson Declaration are Applications submitted to Plaintiffs' Liaison Counsel for filing since the last guardian *ad litem* submission. The Applications attached to the

Anderson Declaration as Exhibits 1-14 are consistent with Attachment A to this Court's Guardian *Ad Litem* Order (ECF No. 122) and include (1) the applicant's name and contact information (including address, email, and telephone number); (2) the name, case number, state of domicile (and its minimum age of capacity); (3) a sworn statement that the applicant is the parent and/or legal guardian of the minor plaintiff; and (4) a sworn statement affirming that the applicant is fully competent and qualified to understand and protect the rights of the minor plaintiff and has no interests adverse to the interests of that person.  Anderson Decl. ¶ 17.

Pursuant to this Court's Guardians *Ad Litem* Order, the Applications by parents and/or legal guardians in the cases listed above are deemed presumptively approved upon filing, as there is no apparent conflict between the applicants' parental responsibility and their obligation to assist the Court in "achieving a just and speedy determination of the action."  ECF No. 122 ¶ 4 (citing *J.M.*, 2016 WL 494299, at *1).  This Court also ordered that, absent the filing of an objection, the presumptive approval shall become final fifteen days after the date this *Ex Parte* Application is filed.  ECF No. 122 ¶ 5.  The objection period will close on May 26, 2026.

Accordingly, Plaintiffs submit herewith a [Proposed] Order Granting *Ex Parte* Applications and Appointing Guardian *Ad Litem* appointing the parent and/or legal guardian named in the Applications submitted in the case listed above.

Dated:  May 11, 2026                   Respectfully submitted,

/s/ Jennie Lee Anderson
JENNIE LEE ANDERSON (SBN 203586)
jennie@andrusanderson.com
**ANDRUS ANDERSON LLP**
1970 Broadway, Suite 1070
Oakland, CA 94612
Telephone: (415) 986-1400

***Plaintiffs' Liaison Counsel***

LEXI J. HAZAM (SBN 224457)
lhazam@lchb.com
**LIEFF CABRASER HEIMANN
& BERNSTEIN, LLP**
275 Battery Street, 29th Floor

4                   Case No. 4:22-md-03047-YGR

San Francisco, CA 94111-3339
Telephone: (415) 956-1000

PREVIN WARREN (*pro hac vice*)
pwarren@motleyrice.com
**MOTLEY RICE LLC**
401 9th Street NW, Suite 630
Washington, DC 20004
Telephone: (202) 386-9610

*Plaintiffs' Co-Lead Counsel*

CHRISTOPHER A. SEEGER (*pro hac vice*)
cseeger@seegerweiss.com
**SEEGER WEISS, LLP**
55 Challenger Road, 6th Floor
Ridgefield Park, NJ 07660
Telephone: (973) 639-9100

*Counsel to the Co-Lead Counsel and Settlement Counsel*

JOSEPH G. VANZANDT
joseph.vanzandt@beasleyallen.com
**BEASLEY ALLEN CROW METHVIN PORTIS & MILES, P.C.**
234 Commerce Street
Montgomery, AL 36103
Telephone: (334) 269-2343

*Federal/State Liaison*

MATTHEW BERGMAN
matt@socialmediavictims.org
**SOCIAL MEDIA VICTIMS LAW CENTER**
821 Second Avenue, Suite 2100
Seattle, WA 98104
Telephone: (206) 741-4862

ANDRE MURA
amm@classlawgroup.com
**GIBBS MURA LLP**
1111 Broadway, Suite 2100
Oakland, CA 94607
Telephone: (510) 350-9717

MICHAEL M. WEINKOWITZ
mweinkowitz@lfsbalw.com

Plaintiffs' Sixteenth *Ex Parte* Application for Appointment of Guardians *Ad Litem*

**LEVIN SEDRAN & BERMAN, LLP**
510 Walnut Street, Suite 500
Philadelphia, PA 19106
Telephone: (215) 592-1500

JAMES J. BILSBORROW
jbilsborrow@weitzlux.com
**WEITZ & LUXENBERG, PC**
700 Broadway
New York, NY 10003
Telephone: (212) 558-5500

ELLYN HURD
ehurd@simmonsfirm.com
**SIMMONS HANLY CONROY LLP**
112 Madison Ave, Floor 7
New York, NY 10016
Telephone: (508) 560-6488

MELISSA L YEATES
myeates@ktmc.com
**KESSLER TOPAZ MELTZER AND CHECK LLP**
280 King of Prussia Road
Radnor, PA 19087
Telephone: (610) 667-7706

*Plaintiffs' Steering Committee Leadership*

EMMIE PAULOS
epaulos@levinlaw.com
**LEVIN PAPANTONIO RAFFERTY**
316 South Baylen Street, Suite 600
Pensacola, FL 32502
Telephone: (850) 435-7107

ROLAND TELLIS
rtellis@baronbudd.com
**BARON & BUDD, P.C.**
15910 Ventura Boulevard, Suite 1600
Encino, CA 91436
Telephone: (818) 839-2333

DIANDRA "FU" DEBROSSE ZIMMERMANN
fu@dicellolevitt.com
**DICELLO LEVITT**
505 20th St North, Suite 1500
Birmingham, Alabama 35203

6                        Case No. 4:22-md-03047-YGR
Plaintiffs' Sixteenth *Ex Parte* Application for Appointment of Guardians *Ad Litem*

Telephone: (205) 855.5700

HILLARY NAPPI
hnappi@hrsclaw.com
**HACH & ROSE LLP**
112 Madison Avenue, 10th Floor
New York, New York 10016
Telephone: (212) 213.8311

JAMES MARSH
jamesmarsh@marshlaw.com
**MARSH LAW FIRM PLLC**
31 Hudson Yards, 11th Floor
New York, NY 10001-2170
Telephone: (212) 372-3030

RUTH RIZKALLA
RRizkalla@carlsonattorneys.com
**CARLSON LAW FIRM**
100 E. Central Texas Expy
Killeen, TX 76541
Telephone: (254) 526-5688

RON A. AUSTIN
raustin@ronaustinlaw.com
**RON AUSTIN LAW**
400 Manhattan Blvd
Harvey, LA 70058
Telephone: (504) 227-8100

THOMAS PHILLIP CARTMELL
tcartmell@wcllp.com
**WAGSTAFF & CARTMELL LLP**
4740 Grand Avenue, Suite 300
Kansas City, MO 64112
Telephone: (816) 701-1100

SARAH NICOLE EMERY
semery@justicestartshere.com
**HENDY JOHNSON VAUGHN EMERY, PSC**
2380 Grandview Drive
Ft. Mitchell, KY 41017
Telephone: (859) 578-4444

RONALD E. JOHNSON, JR.
rjohnson@justicestartshere.com
**HENDY JOHNSON VAUGHN EMERY, PSC**
600 West Main Street, Suite 100

7                      Case No. 4:22-md-03047-YGR

Plaintiffs' Sixteenth *Ex Parte* Application for Appointment of Guardians *Ad Litem*

Louisville, KY 40202
Telephone: (859) 578-4444

JOSEPH H. MELTZER
jmeltzer@ktmc.com
**KESSLER TOPAZ MELTZER & CHECK, LLP**
280 King of Prussia Road
Radnor, PA 19087
Telephone: (610) 667-7706

AELISH MARIE BAIG
AelishB@rgrdlaw.com
**ROBBINS GELLER RUDMAN & DOWD LLP**
One Montgomery Street, Suite 1800
San Francisco, CA 94104
Telephone: (415) 288-4545

FELICIA JOHNSTON CRAICK
fcraick@kellerrohrback.com
**KELLER ROHRBACK LLP**
1201 Third Ave, Suite 3400
Seattle, WA 98101
Telephone: (206) 428-0553

KIRK JOHN GOZA
kgoza@gohonlaw.com
**GOZA & HONNOLD LLC**
9500 Nall Avenue, Suite 400
Overland Park, KS 66207-2950
Telephone: (913) 451-3433

MATTHEW P. LEGG
mlegg@lawbmf.com
**BROCKSTEDT MANDALAS FEDERICO LLC**
2850 Quarry Lake Drive, Suite 220
Baltimore, MD 21209
Telephone: (410) 421-7777

KHALDOUN A. BAGHDADI
kbaghdadi@walkuplawoffice.com
**WALKUP MELODIA KELLY & SCHOENBERGER**
650 California Street, 26th Floor
San Francisco, CA 94108-2615
Telephone: (415) 617-1269

***Plaintiffs' Steering Committee Membership***

8                          Case No. 4:22-md-03047-YGR

Plaintiffs' Sixteenth *Ex Parte* Application for Appointment of Guardians *Ad Litem*

Plaintiffs' Sixteenth *Ex Parte* Application for Appointment of Guardians *Ad Litem*