Lexi J. Hazam (SBN 224457)
lhazam@lchb.com
LIEFF CABRASER HEIMANN
& BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956-1000

Previn Warren (*pro hac vice*)
pwarren@motleyrice.com
MOTLEY RICE LLC
401 9th Street NW, Suite 630
Washington, DC 20004
Telephone: (202) 386-9610

*Plaintiffs' Co-Lead Counsel*

Jennie Lee Anderson (SBN 203586)
jennie@andrusanderson.com
ANDRUS ANDERSON LLP
1970 Broadway, Suite 1070
Oakland, CA 94612
Telephone:    (415) 986-1400

*Plaintiffs' Liaison Counsel*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION | Case No. 4:22-MD-03047-YGR<br><br>MDL No. 3047 |
| This Document Relates to:<br><br>*Motzer et al v. Meta Platforms, Inc. et al*, 4:25-cv-01036-YGR;<br><br>*Motzer et al v. Meta Platforms, Inc. et al*, 4:25-cv-01044-YGR;<br><br>*Andrews et al v. Meta Platforms, Inc. et al*, 4:25-cv-03465-YGR;<br><br>*Garris v. Snap, Inc. et al*, 4:25-cv-07615-YGR;<br><br>*Smith v. ByteDance, Ltd. et al*, 4:25-cv-07691-YGR;<br><br>*Miller et al v. ByteDance, Ltd. et al*, 4:25-cv-08318-YGR;<br><br>*Arnold v. Meta Platforms, Inc. et al*, 4:25-cv-08632-YGR;<br><br>*Funk et al v. Meta Platforms Inc. et al*, 4:24-cv-08698-YGR;<br><br>*A.P., on behalf of J.Z. v. Snap Inc.*, 4:25-cv- | **DECLARATION OF JENNIE LEE ANDERSON IN SUPPORT OF PLAINTIFFS' SIXTEENTH CONSOLIDATED *EX PARTE* APPLICATION FOR APPOINTMENT OF GUARDIANS *AD LITEM*** |

Declaration ISO Plaintiffs' Sixteenth *Ex Parte* App. for Appointment of Guardians *Ad Litem*

09007-YGR;

*J.C. v. Meta Platforms, Inc. et al*, 4:25-cv-09110-YGR;

*T.K. v. Meta Platforms, Inc. et al*, 4:25-cv-09121-YGR;

*J.M. v. Snap, Inc. et al*, 4:25-cv-10389-YGR;

*M.M. v. Snap, Inc. et al*, 4:25-cv-10407-YGR;

*Leonard v. ByteDance, Ltd. et al*, 4:26-cv-03821-YGR.

I, Jennie Lee Anderson, do hereby declare and state as follows:

1.      I am a partner with the law firm of Andrus Anderson LLP.  I am duly admitted to practice before the courts of the State of California and in the Northern District of California.  I am the Court-appointed Liaison Counsel for Plaintiffs *In re Social Media Adolescent Addiction/Personal Injury Products Litigation*, Case No. 4:22-MD-03047, and a counsel of record for the Plaintiff in *Rodriguez v. Meta Platforms, Inc., et al.*, Case No. 4:22-cv-00401.  I make this declaration of my own personal knowledge and, if called as a witness, I could and would testify competently to the matters stated below.

2.      I make this declaration in support of Plaintiffs' Sixteenth Consolidated *Ex Parte* Application for Appointment of Guardians *Ad Litem*.

3.      Attached hereto as **Exhibit 1** is a true and correct copy of the *Ex Parte* Application for Appointment of Guardian *Ad Litem* I received for the case *Motzer et al v. Meta Platforms, Inc. et al*, 4:25-cv-01036-YGR.

4.      Attached hereto as **Exhibit 2** is a true and correct copy of the *Ex Parte* Application for Appointment of Guardian *Ad Litem* I received for the case *Motzer et al v. Meta Platforms, Inc. et al*, 4:25-cv-01044-YGR.

5.      Attached hereto as **Exhibit 3** is a true and correct copy of the *Ex Parte* Application for Appointment of Guardian *Ad Litem* I received for the case *Andrews et al v. Meta Platforms, Inc. et al*, 4:25-cv-03465-YGR.

6. Attached hereto as **Exhibit 4** is a true and correct copy of the *Ex Parte* Application for Appointment of Guardian *Ad Litem* I received for the case *Garris v. Snap, Inc. et al*, 4:25-cv-07615-YGR.

7. Attached hereto as **Exhibit 5** is a true and correct copy of the *Ex Parte* Application for Appointment of Guardian *Ad Litem* I received for the case *Smith v. ByteDance, Ltd. et al*, 4:25-cv-07691-YGR.

8. Attached hereto as **Exhibit 6** is a true and correct copy of the *Ex Parte* Application for Appointment of Guardian *Ad Litem* I received for the case *Miller et al v. ByteDance, Ltd. et al*, 4:25-cv-08318-YGR.

9. Attached hereto as **Exhibit 7** is a true and correct copy of the *Ex Parte* Application for Appointment of Guardian *Ad Litem* I received for the case *Arnold v. Meta Platforms, Inc. et al*, 4:25-cv-08632-YGR.

10. Attached hereto as **Exhibit 8** is a true and correct copy of the *Ex Parte* Application for Appointment of Guardian *Ad Litem* I received for the case *Funk et al v. Meta Platforms Inc. et al*, 4:24-cv-08698-YGR.

11. Attached hereto as **Exhibit 9** is a true and correct copy of the *Ex Parte* Application for Appointment of Guardian *Ad Litem* I received for the case *A.P., on behalf of J.Z. v. Snap Inc.*, 4:25-cv-09007-YGR.

12. Attached hereto as **Exhibit 10** is a true and correct copy of the *Ex Parte* Application for Appointment of Guardian *Ad Litem* I received for the case *J.C. v. Meta Platforms, Inc. et al*, 4:25-cv-09110-YGR.

13. Attached hereto as **Exhibit 11** is a true and correct copy of the *Ex Parte* Application for Appointment of Guardian *Ad Litem* I received for the case *T.K. v. Meta Platforms, Inc. et al*, 4:25-cv-09121-YGR.

14. Attached hereto as **Exhibit 12** is a true and correct copy of the *Ex Parte* Application for Appointment of Guardian *Ad Litem* I received for the case *J.M. v. Snap, Inc. et al*, 4:25-cv-10389-YGR.

15. Attached hereto as **Exhibit 13** is a true and correct copy of the *Ex Parte*

Declaration ISO Plaintiffs' Sixteenth *Ex Parte* App. for Appointment of Guardians *Ad Litem*

Application for Appointment of Guardian *Ad Litem* I received for the case *M.M. v. Snap, Inc. et al*, 4:25-cv-10407-YGR.

16.    Attached hereto as **Exhibit 14** is a true and correct copy of the *Ex Parte* Application for Appointment of Guardian *Ad Litem* I received for the case *Leonard v. ByteDance, Ltd. et al*, 4:26-cv-03821-YGR.

17.    **Exhibits 1-14** are Applications submitted to Plaintiffs' Liaison Counsel for filing since the last guardian *ad litem* submission.  I have reviewed the *Ex Parte* Applications attached as **Exhibits 1-14**.  The Applications have been made by the minor's parent, and/or legal guardian.  Further, the *Ex Parte* Applications are consistent with *Attachment A* to this Court's Order Regarding Appointment of Guardian *Ad Litem* (ECF No. 122), and include (1) the applicant's name and contact information (including address, email, and telephone number); (2) the name, case number, state of domicile (and its minimum age of capacity); (3) a statement that the applicant is the parent and/or legal guardian of the minor plaintiff; and (4) a statement affirming that the applicant is fully competent and qualified to understand and protect the rights of the minor plaintiff and has no interests adverse to the interests of that person.

I declare under penalty of perjury pursuant to the laws of the United States of America that the foregoing is true and correct.

Dated:  May 11, 2026                    Respectfully submitted,

*/s/Jennie Lee Anderson*
Jennie Lee Anderson

ANDRUS ANDERSON LLP
1970 Broadway, Suite 1070
Oakland, CA 94612
Telephone: (415) 986-1400
Facsimile: (415) 986-1474
jennie@andrusanderson.com

*Plaintiffs' Liaison Counsel*

Declaration ISO Plaintiffs' Sixteenth *Ex Parte* App. for Appointment of Guardians *Ad Litem*