Lexi J. Hazam (SBN 224457)
lhazam@lchb.com
LIEFF CABRASER HEIMANN
& BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956-1000

Previn Warren (*pro hac vice*)
pwarren@motleyrice.com
MOTLEY RICE LLC
401 9th Street NW, Suite 630
Washington, DC 20004
Telephone: (202) 386-9610

*Plaintiffs' Co-Lead Counsel*

Jennie Lee Anderson (SBN 203586)
jennie@andrusanderson.com
ANDRUS ANDERSON LLP
1970 Broadway, Suite 1070
Oakland, CA 94612
Telephone:    (415) 986-1400

*Plaintiffs' Liaison Counsel*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION | Case No. 4:22-MD-03047-YGR<br><br>MDL No. 3047 |
| This Document Relates to:<br><br>*Motzer et al v. Meta Platforms, Inc. et al*, 4:25-cv-01036-YGR;<br><br>*Motzer et al v. Meta Platforms, Inc. et al*, 4:25-cv-01044-YGR;<br><br>*Andrews et al v. Meta Platforms, Inc. et al*, 4:25-cv-03465-YGR;<br><br>*Garris v. Snap, Inc. et al*, 4:25-cv-07615-YGR;<br><br>*Smith v. ByteDance, Ltd. et al*, 4:25-cv-07691-YGR;<br><br>*Miller et al v. ByteDance, Ltd. et al*, 4:25-cv-08318-YGR;<br><br>*Arnold v. Meta Platforms, Inc. et al*, 4:25-cv-08632-YGR;<br><br>*Funk et al v. Meta Platforms Inc. et al*, 4:24-cv-08698-YGR;<br><br>*A.P., on behalf of J.Z. v. Snap Inc.*, 4:25-cv- | **EXHIBITS 1-14 TO THE DECLARATION OF JENNIE LEE ANDERSON IN SUPPORT OF PLAINTIFFS' SIXTEENTH *EX PARTE* APPLICATION FOR APPOINTMENT OF GUARDIANS *AD LITEM*** |

Exhibits 1-14 to the Declaration of Jennie Lee Anderson in Support of Plaintiffs' Sixteenth *Ex Parte* Application for Appointment of Guardians *Ad Litem*

09007;

*J.C. v. Meta Platforms, Inc. et al*, 4:25-cv-09110-YGR;

*T.K. v. Meta Platforms, Inc. et al*, 4:25-cv-09121-YGR;

*J.M. v. Snap, Inc. et al*, 4:25-cv-10389-YGR;

*M.M. v. Snap, Inc. et al*, 4:25-cv-10407-YGR;

*Leonard v. ByteDance, Ltd. et al*, 4:26-cv-03821-YGR.

Exhibits 1-14 to the Declaration of Jennie Lee Anderson in Support of Plaintiffs' Sixteenth *Ex Parte* Application for Appointment of Guardians *Ad Litem*

# EXHIBIT 1

- 3 -   Case No. 4:22-md-03047-YGR

Exhibits 1-14 to the Declaration of Jennie Lee Anderson in Support of Plaintiffs' Sixteenth *Ex Parte*
Application for Appointment of Guardians *Ad Litem*

# EXHIBIT FILED UNDER SEAL

Case No. 4:22-md-03047-YGR

Exhibits 1-14 to the Declaration of Jennie Lee Anderson in Support of Plaintiffs' Sixteenth *Ex Parte* Application for Appointment of Guardians *Ad Litem*

# EXHIBIT 2

Case No. 4:22-md-03047-YGR

Exhibits 1-14 to the Declaration of Jennie Lee Anderson in Support of Plaintiffs' Sixteenth *Ex Parte* Application for Appointment of Guardians *Ad Litem*

# EXHIBIT FILED UNDER SEAL

Exhibits 1-14 to the Declaration of Jennie Lee Anderson in Support of Plaintiffs' Sixteenth *Ex Parte* Application for Appointment of Guardians *Ad Litem*

# EXHIBIT 3

Case No. 4:22-md-03047-YGR

Exhibits 1-14 to the Declaration of Jennie Lee Anderson in Support of Plaintiffs' Sixteenth *Ex Parte* Application for Appointment of Guardians *Ad Litem*

# EXHIBIT FILED UNDER SEAL

Case No. 4:22-md-03047-YGR

Exhibits 1-14 to the Declaration of Jennie Lee Anderson in Support of Plaintiffs' Sixteenth *Ex Parte*
Application for Appointment of Guardians *Ad Litem*

# EXHIBIT 4

Case No. 4:22-md-03047-YGR

Exhibits 1-14 to the Declaration of Jennie Lee Anderson in Support of Plaintiffs' Sixteenth *Ex Parte* Application for Appointment of Guardians *Ad Litem*

# EXHIBIT FILED UNDER SEAL

Exhibits 1-14 to the Declaration of Jennie Lee Anderson in Support of Plaintiffs' Sixteenth *Ex Parte* Application for Appointment of Guardians *Ad Litem*

# EXHIBIT 5

Exhibits 1-14 to the Declaration of Jennie Lee Anderson in Support of Plaintiffs' Sixteenth *Ex Parte* Application for Appointment of Guardians *Ad Litem*



**EXHIBIT FILED UNDER SEAL**

Case No. 4:22-md-03047-YGR

Exhibits 1-14 to the Declaration of Jennie Lee Anderson in Support of Plaintiffs' Sixteenth *Ex Parte* Application for Appointment of Guardians *Ad Litem*

# EXHIBIT 6

Exhibits 1-14 to the Declaration of Jennie Lee Anderson in Support of Plaintiffs' Sixteenth *Ex Parte* Application for Appointment of Guardians *Ad Litem*

# EXHIBIT FILED UNDER SEAL

Exhibits 1-14 to the Declaration of Jennie Lee Anderson in Support of Plaintiffs' Sixteenth *Ex Parte* Application for Appointment of Guardians *Ad Litem*

# EXHIBIT 7

Case No. 4:22-md-03047-YGR

Exhibits 1-14 to the Declaration of Jennie Lee Anderson in Support of Plaintiffs' Sixteenth *Ex Parte* Application for Appointment of Guardians *Ad Litem*

# EXHIBIT FILED UNDER SEAL

Case No. 4:22-md-03047-YGR

Exhibits 1-14 to the Declaration of Jennie Lee Anderson in Support of Plaintiffs' Sixteenth *Ex Parte*
Application for Appointment of Guardians *Ad Litem*

# EXHIBIT 8

Exhibits 1-14 to the Declaration of Jennie Lee Anderson in Support of Plaintiffs' Sixteenth *Ex Parte* Application for Appointment of Guardians *Ad Litem*

# EXHIBIT FILED UNDER SEAL

- 18 -                    Case No. 4:22-md-03047-YGR

Exhibits 1-14 to the Declaration of Jennie Lee Anderson in Support of Plaintiffs' Sixteenth *Ex Parte* Application for Appointment of Guardians *Ad Litem*

# EXHIBIT 9

Case No. 4:22-md-03047-YGR

Exhibits 1-14 to the Declaration of Jennie Lee Anderson in Support of Plaintiffs' Sixteenth *Ex Parte* Application for Appointment of Guardians *Ad Litem*

# EXHIBIT FILED UNDER SEAL

Case No. 4:22-md-03047-YGR

Exhibits 1-14 to the Declaration of Jennie Lee Anderson in Support of Plaintiffs' Sixteenth *Ex Parte* Application for Appointment of Guardians *Ad Litem*

# EXHIBIT 10

Exhibits 1-14 to the Declaration of Jennie Lee Anderson in Support of Plaintiffs' Sixteenth *Ex Parte* Application for Appointment of Guardians *Ad Litem*

# EXHIBIT FILED UNDER SEAL

Case No. 4:22-md-03047-YGR

Exhibits 1-14 to the Declaration of Jennie Lee Anderson in Support of Plaintiffs' Sixteenth *Ex Parte* Application for Appointment of Guardians *Ad Litem*

# EXHIBIT 11

Exhibits 1-14 to the Declaration of Jennie Lee Anderson in Support of Plaintiffs' Sixteenth *Ex Parte* Application for Appointment of Guardians *Ad Litem*

# EXHIBIT FILED UNDER SEAL

Case No. 4:22-md-03047-YGR

Exhibits 1-14 to the Declaration of Jennie Lee Anderson in Support of Plaintiffs' Sixteenth *Ex Parte*
Application for Appointment of Guardians *Ad Litem*

# EXHIBIT 12

Case No. 4:22-md-03047-YGR

Exhibits 1-14 to the Declaration of Jennie Lee Anderson in Support of Plaintiffs' Sixteenth *Ex Parte* Application for Appointment of Guardians *Ad Litem*

# EXHIBIT FILED UNDER SEAL

Exhibits 1-14 to the Declaration of Jennie Lee Anderson in Support of Plaintiffs' Sixteenth *Ex Parte* Application for Appointment of Guardians *Ad Litem*

# EXHIBIT 13

Case No. 4:22-md-03047-YGR

Exhibits 1-14 to the Declaration of Jennie Lee Anderson in Support of Plaintiffs' Sixteenth *Ex Parte*
Application for Appointment of Guardians *Ad Litem*

# EXHIBIT FILED UNDER SEAL

Case No. 4:22-md-03047-YGR

Exhibits 1-14 to the Declaration of Jennie Lee Anderson in Support of Plaintiffs' Sixteenth *Ex Parte* Application for Appointment of Guardians *Ad Litem*

# EXHIBIT 14

Exhibits 1-14 to the Declaration of Jennie Lee Anderson in Support of Plaintiffs' Sixteenth *Ex Parte* Application for Appointment of Guardians *Ad Litem*

# EXHIBIT FILED UNDER SEAL

Case No. 4:22-md-03047-YGR

Exhibits 1-14 to the Declaration of Jennie Lee Anderson in Support of Plaintiffs' Sixteenth *Ex Parte*
Application for Appointment of Guardians *Ad Litem*