**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION | Case No. 4:22-MD-03047-YGR |
| | MDL No. 3047 |
| This Document Relates to: | |
| *Motzer et al v. Meta Platforms, Inc. et al*, 4:25-cv-01036-YGR; | **[PROPOSED] ORDER GRANTING PLAINTIFFS' SIXTEENTH CONSOLIDATED *EX PARTE* APPLICATION AND APPOINTING GUARDIANS *AD LITEM*** |

This Document Relates to:

*Motzer et al v. Meta Platforms, Inc. et al*, 4:25-cv-01036-YGR;

*Motzer et al v. Meta Platforms, Inc. et al*, 4:25-cv-01044-YGR;

*Andrews et al v. Meta Platforms, Inc. et al*, 4:25-cv-03465-YGR;

*Garris v. Snap, Inc. et al*, 4:25-cv-07615-YGR;

*Smith v. ByteDance, Ltd. et al*, 4:25-cv-07691-YGR;

*Miller et al v. ByteDance, Ltd. et al*, 4:25-cv-08318-YGR;

*Arnold v. Meta Platforms, Inc. et al*, 4:25-cv-08632-YGR;

*Funk et al v. Meta Platforms Inc. et al*, 4:24-cv-08698-YGR;

*A.P., on behalf of J.Z. v. Snap Inc.*, 4:25-cv-09007-YGR;

*J.C. v. Meta Platforms, Inc. et al*, 4:25-cv-

09110-YGR;

*T.K. v. Meta Platforms, Inc. et al*, 4:25-cv-09121-YGR;

*J.M. v. Snap, Inc. et al*, 4:25-cv-10389-YGR;

*M.M. v. Snap, Inc. et al*, 4:25-cv-10407-YGR;

*Leonard v. ByteDance, Ltd. et al*, 4:26-cv-03821-YGR.

[Proposed] Order Granting Plaintiffs' Sixteenth Consolidated *Ex Parte* Application

**[PROPOSED] ORDER**

The Court is in receipt of Plaintiffs' Sixteenth E*x Parte* Application for Appointment of Guardians *Ad Litem* (hereinafter, "Sixteenth *Ex Parte* Application").

Pursuant to this Court's Order Regarding Appointment of Guardians *Ad Litem* (ECF No. 122), *Ex Parte* Applications for Appointment of Guardians *Ad Litem* ("Applications") submitted by parents and/or legal guardians were deemed presumptively approved upon filing because there was no apparent conflict between the applicants' parental responsibility and their obligation to assist the Court in "achieving a just and speedy determination of the action."  ECF No. 122 ¶ 4 (citing *J.M. v. Liberty Union High Sch. Dist.*, No. 16-cv-05225-LB, 2016 WL 4942999, at *1 (N.D. Cal. Sept.16, 2016)).

On May 11, 2026, Applications were submitted by the parents and/or legal guardians to serve as guardians *ad litem* for the individual minor plaintiffs in the following cases:

- *Motzer et al v. Meta Platforms, Inc. et al*, 4:25-cv-01036-YGR (Exhibit 1);

- *Motzer et al v. Meta Platforms, Inc. et al*, 4:25-cv-01044-YGR (Exhibit 2);

- *Andrews et al v. Meta Platforms, Inc. et al*, 4:25-cv-03465-YGR (Exhibit 3);

- *Garris v. Snap, Inc. et al*, 4:25-cv-07615-YGR (Exhibit 4);

- *Smith v. ByteDance, Ltd. et al*, 4:25-cv-07691-YGR (Exhibit 5);

- *Miller et al v. ByteDance, Ltd. et al*, 4:25-cv-08318-YGR (Exhibit 6);

- *Arnold v. Meta Platforms, Inc. et al*, 4:25-cv-08632-YGR (Exhibit 7);

- *Funk et al v. Meta Platforms Inc. et al*, 4:24-cv-08698-YGR (Exhibit 8);

- *A.P., on behalf of J.Z. v. Snap Inc.*, 4:25-cv-09007-YGR (Exhibit 9);

- *J.C. v. Meta Platforms, Inc. et al*, 4:25-cv-09110-YGR (Exhibit 10);

- *T.K. v. Meta Platforms, Inc. et al*, 4:25-cv-09121-YGR (Exhibit 11);

- *J.M. v. Snap, Inc. et al*, 4:25-cv-10389-YGR (Exhibit 12);

- *M.M. v. Snap, Inc. et al*, 4:25-cv-10407-YGR (Exhibit 13);

[Proposed] Order Granting Plaintiffs' Sixteenth Consolidated *Ex Parte* Application

- *Leonard v. ByteDance, Ltd. et al*, 4:26-cv-03821-YGR (Exhibit 14).

Pursuant to this Court's Order Regarding Appointments of Guardian *Ad Litem*, the Court's presumptive approval of these Applications will become final if no objections are filed within fifteen (15) days of the filing of Plaintiffs' Sixteenth *Ex Parte* Application.  ECF No.122 ¶5.

Having received no objections on or before May 26, 2026, which is the fifteenth day after the filing of Plaintiffs' Sixteenth *Ex Parte* Application, and good cause appearing, it is hereby ordered that that the applicants identified in the Applications for the cases listed above are appointed as guardians *ad litem* for the minor plaintiffs in those actions for the purposes of this litigation. These appointments, as well as all prior appointments of guardians *ad litem* in this case, shall remain in effect only until the minor reaches the age of majority.

**IT IS SO ORDERED.**

Dated: _____

_____
Hon. Yvonne Gonzalez Rogers
UNITED STATES DISTRICT JUDGE

[Proposed] Order Granting Plaintiffs' Sixteenth Consolidated *Ex Parte* Application