**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

|  |  |
|---|---|
| **PEOPLE OF THE STATE OF CALIFORNIA, ET AL.,**<br><br>Plaintiffs,<br><br>v.<br><br>**META PLATFORMS INC., ET AL.,**<br><br>Defendants. | Case No. 4:23-cv-05448-YGR<br><br><br>**PRETRIAL ORDER NO. 1 RE: PRETRIAL CONFERENCE** |

Having considered the filings to date and for good cause shown, the Court issues the following orders for notice and to facilitate an orderly trial:

1. **Trial Date and Schedule:** The trial of this matter shall proceed in Courtroom 1 on August 12, 2026 with jury selection. Opening statements and evidence will begin on August 17, 2026. Trial itself shall commence daily at 8:30 a.m. Counsel shall arrive in court early enough to proceed promptly at 8:00 a.m. to discuss with the Court issues outside the presence of the jury. The trial schedule will be Monday through Thursday, from 8:30 a.m. to 1:40 p.m. with two twenty-minute breaks. Additional time may be scheduled for matters outside the presence of the jury as necessary and determined by the Court. Sidebars are not permitted. Counsel should be prepared to anticipate issues so that they may be addressed outside of normal trial hours. In this regard, Counsel should also be prepared to reconvene with the Court after the Court's standing calendars which normally begin at 2:00 p.m.

2. Plaintiffs and defendants collectively shall each be afforded 50 hours to present their case. At this juncture, the Court is not convinced additional trial is necessary.

3. To the extent punitive damages are available, liability for punitive damages will be

addressed in Phase I of the trial.  The amount of damages, if any, will be addressed in Phase II.

4.     The parties shall receive daily timesheets advising them of the time remaining. Any concerns must be raised immediately or will be waived.

5.     The parties' jointly stipulated pretrial schedule is hereby **GRANTED** with certain amendments.  (Dkt. No. 309).  The approved stipulation, with amendments consistent with this Order, is included herewith as Attachment A.

6.     **Actionable Misrepresentations:**  The Court **DENIES** defendant's motion for supplemental summary judgment briefing.  (Dkt. No. 308.)  As the Court explained more fully on the record at the April 15, 2026 hearing, it was defendant's burden to identify the statements on which they moved for summary judgment.  They did not do so.  The Court will not entertain additional briefing.  However, as the AGs have acknowledged, the allotted hours of trial time will practically limit the presentation of 85 misrepresentations.  Therefore, the Court **ORDERS** plaintiffs to file a preliminary, reduced list by **June 15, 2026** and a final list of the misrepresentations on which they will proceed by **July 15, 2026**.  The reductions shall be in equal measure.  These deadlines have been added to the pretrial schedule in Attachment A.

This Order terminates Dkt. Nos. 3002 & 3003.

**IT IS SO ORDERED.**

Dated:   May 11, 2026

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**

United States District Court
Northern District of California

2