# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION | MDL No. 3047 |
| | Case No. 4:22-md-03047-YGR (PHK) |
| This Document Related to:<br>ALL ACTIONS | **APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE; ORDER**<br>(CIVIL LOCAL RULE 11-3) |

I, Moira Penza, an active member in good standing of the bar of the New York State Bar – 1st Department, hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: Defendants Meta Platforms, Inc. and Instagram LLC in the above-entitled action. My local co-counsel in this case is Ashley Simonsen an attorney who is a member of the bar of this Court in good standing and who maintains an office within the state of California. Local co-counsel's bar number is: 275203.

WILKINSON STEKLOFF LLP
130 W 42nd St., 24th Floor
New York, NY 10036
MY ADDRESS OF RECORD

(212) 294-8910
MY TELEPHONE # OF RECORD

mpenza@wilkinsonstekloff.com
MY EMAIL ADDRESS OF RECORD

COVINGTON & BURLING LLP
1999 Avenue of the Stars
Los Angeles, CA 90067
LOCAL CO-COUNSEL'S ADDRESS OF RECORD

(424) 332-4800
LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD

asimonsen@cov.com
LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above, my bar number is: 4736385.

A true and correct copy of a certificate of good standing or equivalent official document

from said bar is attached to this application.

I have been granted pro hac vice admission by the Court zero times in the 12 months proceeding this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules. I declare under penalty of perjury that the foregoing is true and correct.

Dated:   May 5, 2026 _____         /s/  Moira Penza_____
                                                            APPLICANT

---

ORDER GRANTING APPLICATION

FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated:  May 12, 2026 _____         HON. YVONNE GONZALEZ ROGERS
                                                            UNITED STATES DISTRICT/
                                                            MAGISTRATE JUDGE

-2-



*Appellate Division of the Supreme Court*
*of the State of New York*
*First Judicial Department*

———————

*I, Susanna M. Rojas, Clerk of the Appellate Division of the Supreme Court of the State of New York, First Judicial Department, do hereby certify that*

### Moira Kim Penza

*was duly licensed and admitted to practice as an Attorney and Counselor at Law in all the courts of this State on June 29, 2009, has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counselors at Law on file in this office, is duly registered with the Office of Court Administration, and  according to the records of this Court is currently in good standing as an Attorney and Counselor-at-Law.*



*In Witness Whereof, I have hereunto set my hand in the City of New York on May 5, 2026.*

*Clerk of the Court*

*CertID-00288829*



# Supreme Court of the State of New York
## Appellate Division, First Department

DIANNE T. RENWICK
PRESIDING JUSTICE

MARGARET SOWAH
DEPUTY CLERK OF THE COURT

SUSANNA MOLINA ROJAS
CLERK OF THE COURT

DOUGLAS C. SULLIVAN
DEPUTY CLERK OF THE COURT

To Whom It May Concern

An attorney admitted to practice by this Court may request a certificate of good standing, which is the only official document this Court issues certifying to an attorney's admission and good standing.

An attorney's registration status, date of admission and disciplinary history may be viewed through the attorney search feature on the website of the Unified Court System.

New York State does not register attorneys as active or inactive.

An attorney may request a disciplinary history letter from the Attorney Grievance Committee of the First Judicial Department.

Bar examination history is available from the New York State Board of Law Examiners.

Instructions, forms and links are available on this Court's website.

Susanna Rojas
Clerk of the Court

Revised October 2020