Geoffrey M. Drake, *pro hac vice*
TaCara D. Harris, *pro hac vice*
King & Spalding LLP
1180 Peachtree Street, NE, Suite 1600
Atlanta, GA 30309-3521
Telephone: (404) 572-4600
Facsimile: (404) 572-5100
Email: gdrake@kslaw.com
         tharris@kslaw.com

*Attorneys for Defendants*
*TikTok Inc., ByteDance Inc., TikTok Ltd.,*
*ByteDance Ltd., and TikTok LLC*

*Additional counsel listed on signature page*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION, | MDL No. 3047 |
| This Document Relates To: | Case No. 4:22-md-03047-YGR (PHK) |
| ALL ACTIONS | **JOINT STIPULATION AND MOTION FOR NON-WAIVER ORDER UNDER FEDERAL RULE OF EVIDENCE 502** |

1

JOINT STIPULATION AND MOTION FOR NON-WAIVER ORDER UNDER FEDERAL RULE OF
EVIDENCE 502

Plaintiffs and Defendants TikTok Inc., ByteDance Inc., TikTok Ltd., ByteDance Ltd., and TikTok LLC ("TikTok Defendants") jointly stipulate to and seek entry of a non-waiver order under Federal Rule of Evidence 502(d), showing the Court as follows:

1. The TikTok Defendants clawed back documents TIKTOK3047MDL-079-LARK-02199364, TIKTOK3047MDL-100-04311328, TIKTOK3047MDL-090-LARK-03869799, and TIKTOK3047MDL-116-04493213 ("Documents") as protected by the attorney client privilege. TIKTOK3047MDL-079-LARK-02199364 and TIKTOK3047MDL-100-04311328 were clawed back on July 23, 2025, and TIKTOK3047MDL-090-LARK-03869799 was clawed back on December 19, 2025, under Sections 3 and 4 of the Federal Rule of Evidence 502(d) Clawback Order (Dkt. 248) and served the Documents on privilege logs on July 30, 2025 and December 26, 2025. Certain language in TIKTOK3047MDL-116-04493213 was clawed back on March 17, 2025, and additional language was clawed back on September 19, 2025, under Sections 3 and 4 of the Federal Rule of Evidence 502(d) Clawback Order (Dkt. 248).

2. Plaintiffs dispute the TikTok Defendants' claims of attorney client privilege over the Documents.

3. To avoid motion practice and the involvement of the Court, Plaintiffs and the TikTok Defendants wish to resolve their dispute regarding any claims of privilege or protection over the Documents.

4. Accordingly, the Parties stipulate under Federal Rule of Evidence 502(e) that the TikTok Defendants' disclosure of the Documents in this litigation does not waive any applicable privilege or protection that may apply to the Documents or to any other documents and information. See Fed. R. Evid. 502(d) Advisory Committee's note to 2007 amendments ("Subdivision (e) codifies the well-established proposition that parties can enter an agreement to limit the effect of waiver by disclosure between or among them.").

5. Further, the Parties seek entry of an order, as contemplated by Federal Rule of Evidence 502(d), incorporating the Parties' non-waiver stipulation and providing that the TikTok Defendants' disclosure of the Documents in this litigation shall not effect a waiver of any

2

privileges or protections applicable to the Documents or any other documents or information in this litigation or any other proceeding. See Fed. R. Evid. 502(d) (allowing a federal court to "order that [a] privilege or protection is not waived by disclosure connected with the litigation pending before the court—in which event the disclosure is also not a waiver in any other federal or state proceeding").

6. The Parties agree that entry of a stipulated non-waiver order will facilitate the resolution of the dispute over the Documents and otherwise promote judicial economy.

THEREFORE, the Parties respectfully request that the Court enter an order incorporating the Parties' non-waiver stipulation as contemplated by Federal Rule of Evidence 502(d). A proposed stipulated order is attached for the Court's consideration.

Dated: May 13, 2026                    Respectfully submitted,

**KING & SPALDING LLP**


*/s/ Geoffrey M. Drake*
Geoffrey M. Drake, *pro hac vice*
TaCara D. Harris, *pro hac vice*
1180 Peachtree Street, NE, Suite 1600
Atlanta, GA 30309-3521
Telephone: (404) 572-4600
Facsimile: (404) 572-5100
Email: gdrake@kslaw.com
Email: tharris@kslaw.com

David P. Mattern, *pro hac vice*
KING & SPALDING LLP
1700 Pennsylvania Avenue, NW, Suite 900
Washington, DC 20006-4707
Telephone: (202) 737-0500
Facsimile: (202) 626-3737
Email: dmattern@kslaw.com

Bailey J. Langner (SBN 307753)
KING & SPALDING LLP
50 California Street, Suite 3300
San Francisco, CA 94111
Telephone: (415) 318-1200
Facsimile: (415) 318-1300
Email: blangner@kslaw.com

3

JOINT STIPULATION AND MOTION FOR NON-WAIVER ORDER UNDER FEDERAL RULE OF EVIDENCE 502

Daniel M. Petrocelli
Sabrina H. Strong
O'MELVENY & MYERS LLP
1999 Avenue of the Stars, 8th Floor
Los Angeles, CA 90067
Telephone: (310) 553-6700
Email: dpetrocelli@omm.com
Email: sstrong@omm.com

Steve Brody
O'MELVENY & MYERS LLP
1625 Eye Street, NW
Washington, DC 20006
Telephone: (202) 383-5300
Email: sbrody@omm.com

*Attorneys for Defendants TikTok Inc., ByteDance Inc., TikTok Ltd., ByteDance Ltd., & TikTok LLC*

JOINT STIPULATION AND MOTION FOR NON-WAIVER ORDER UNDER FEDERAL RULE OF EVIDENCE 502

By: */s/ Lexi J. Hazam*
LEXI J. HAZAM
**LIEFF CABRASER HEIMANN &
BERNSTEIN, LLP**
275 BATTERY STREET, 29TH FLOOR
SAN FRANCISCO, CA 94111-3339
Telephone: 415-956-1000
lhazam@lchb.com

KHALDOUN BAGHDADI
KELLY L. GANCI
**WALKUP, MELODIA KELLY &
SCHOENBERGER**
650 CALIFORNIA STREET,
26th FL
SAN FRANCISCO, CA 94108
Telephone: 415-981-7210
kbaghdadi@walkuplawoffice.com
kganci@walkuplawoffice.com

PREVIN WARREN
**MOTLEY RICE LLC**
401 9th Street NW Suite 630
Washington DC 20004
Telephone: 202-386-9610
pwarren@motleyrice.com

*Co-Lead Counsel*

CHRISTOPHER A. SEEGER
**SEEGER WEISS, LLP**
55 CHALLENGER ROAD, 6TH FLOOR
RIDGEFIELD PARK, NJ 07660
Telephone: 973-639-9100
cseeger@seegerweiss.com

*Counsel to Co-Lead Counsel and Settlement
Counsel*

5

JENNIE LEE ANDERSON
**ANDRUS ANDERSON, LLP**
155 MONTGOMERY STREET, SUITE 900
SAN FRANCISCO, CA 94104
Telephone: 415-986-1400
jennie@andrusanderson.com

*Liaison Counsel and Ombudsperson*

EMILY C. JEFFCOTT
**MORGAN & MORGAN**
633 WEST FIFTH STREET, SUITE 2652
LOS ANGELES, CA 90071
Telephone: 213-787-8590
ejeffcott@forthepeople.com

JOSEPH VANZANDT
**BEASLEY ALLEN**
234 COMMERCE STREET
MONTGOMERY, LA 36103
Telephone: 334-269-2343
joseph.vanzandt@beasleyallen.com

*Federal/State Liaisons*

MATTHEW BERGMAN
GLENN DRAPER
**SOCIAL MEDIA VICTIMS LAW CENTER**
821 SECOND AVENUE, SUITE 2100
SEATTLE, WA 98104
Telephone: 206-741-4862
matt@socialmediavictims.org
glenn@socialmediavictims.org

JAMES J. BILSBORROW
**WEITZ & LUXENBERG, PC**
700 BROADWAY
NEW YORK, NY 10003
Telephone: 212-558-5500
jbilsborrow@weitzlux.com

ELLYN HURD
**SIMMONS HANLY CONROY, LLC**
112 MADISON AVE, 7TH FLOOR
NEW YORK, NY 10016
Telephone: 917-882-5522
ehurd@simmonsfirm.com

6

JOINT STIPULATION AND MOTION FOR NON-WAIVER ORDER UNDER FEDERAL RULE OF EVIDENCE 502

ANDRE MURA
**GIBBS LAW GROUP, LLP**
1111 BROADWAY, SUITE 2100
OAKLAND, CA 94607
Telephone: 510-350-9717
amm@classlawgroup.com

MELISSA YEATES
**KESSLER TOPAZ MELTZER & CHECK LLP**
280 KING OF PRUSSIA ROAD
RADNOR, PA 19087
Telephone: 610-667-7706
myeates@ktmc.com

MICHAEL M. WEINKOWITZ
**LEVIN SEDRAN & BERMAN, LLP**
510 WALNUT STREET
SUITE 500
PHILADELPHIA, PA 19106
Telephone: 215-592-1500
mweinkowitz@lfsbalw.com

*Plaintiffs' Steering Committee Leadership*

RON AUSTIN
**RON AUSTIN LAW**
400 MANHATTAN BLVD.
HARVEY, LA 70058
Telephone: 504-227–8100
raustin@ronaustinlaw.com

AELISH M. BAIG
**ROBBINS GELLER RUDMAN & DOWD LLP**
1 MONTGOMERY STREET, #1800
SAN FRANCISCO, CA 94104
Telephone: 415-288-4545
AelishB@rgrd.com

JOINT STIPULATION AND MOTION FOR NON-WAIVER ORDER UNDER FEDERAL RULE OF EVIDENCE 502

THOMAS P. CARTMELL
**WAGSTAFF & CARTMELL LLP**
4740 Grand Avenue, Suite 300
Kansas City, MO 64112
Telephone: 816-701-1100
tcartmell@wcllp.com

FELICIA CRAICK
**KELLER ROHRBACK LLP**
1201 THIRD AVENUE,
SUITE 3400
SEATTLE, WA 98101
Telephone: 206-623-1900
fcraick@kellerrohrback.com

SARAH EMERY
**HENDY JOHNSON VAUGHN EMERY PSC**
600 WEST MAIN STREET
SUITE 100
LOUISVILLE, KT 40202
Telephone: 859-600-6725
semery@justicestartshere.com

KIRK GOZA
**GOZA HONNOLD**
9500 NALL AVE.
#400
OVERLAND PARK, KS 66207
Telephone: 913-412-2964
Kgoza@gohonlaw.com

RONALD E. JOHNSON, JR.
**HENDY JOHNSON VAUGHN EMERY PSC**
600 WEST MAIN STREET, SUITE 100
LOUISVILLE, KT 40202
Telephone: 859-578-4444
rjohnson@justicestartshere.com

MATTHEW P. LEGG
**BROCKSTEDT MANDALAS FEDERICO, LLC**
2850 QUARRY LAKE DRIVE
SUITE 220
BALTIMORE, MD 21209
Telephone: 410-421-7777
mlegg@lawbmf.com

8

JOINT STIPULATION AND MOTION FOR NON-WAIVER ORDER UNDER FEDERAL RULE OF EVIDENCE 502

JAMES MARSH
**MARSH LAW FIRM PLLC**
31 HUDSON YARDS, 11TH FLOOR
NEW YORK, NY 10001-2170
Telephone: 212-372-3030
jamesmarsh@marshlaw.com

JOSEPH E. MELTER
**KESSLER TOPAZ MELTZER & CHECK LLP**
280 KING OF PRUSSIA ROAD
RADNOR, PA 19087
Telephone: 610-667-7706
jmeltzer@ktmc.com

HILLARY NAPPI
**AWK ATTORNEYS**
**1133** WESTCHESTER AVE,
SUITE N-224
WHITE PLAINS, NY 10604
Telephone: 914-468-4840
hnappi@awk-saa.com

EMMIE PAULOS
**LEVIN PAPANTONIO RAFFERTY**
316 SOUTH BAYLEN STREET
SUITE 600
PENSACOLA, FL 32502
Telephone: 850-435-7107
epaulos@levinlaw.com

RUTH THI RIZKALLA
**THE CARLSON LAW FIRM, PC**
1500 ROSECRANS AVE.,
STE. 500
MANHATTAN BEACH, CA 90266
Telephone: 415-308-1915
rrizkalla@carlsonattorneys.com

ROLAND TELLIS
DAVID FERNANDES
**BARON & BUDD, P.C.**
15910 VENTURA BOULEVARD
SUITE 1600
ENCINO, CA 91436
Telephone: 818-839-2333
rtellis@baronbudd.com
dfernandes@baronbudd.com

9

DIANDRA "FU" DEBROSSE ZIMMERMANN
**DICELLO LEVITT**
505 20th St North
Suite 1500
Birmingham, Alabama 35203
Telephone: 205-855-5700
fu@dicellolevitt.com

*Plaintiffs' Steering Committee Membership*

*Attorneys for Individual Plaintiffs*

10

JOINT STIPULATION AND MOTION FOR NON-WAIVER ORDER UNDER FEDERAL RULE OF
EVIDENCE 502

**ATTESTATION**

I, Geoffrey M. Drake, hereby attest, pursuant to N.D. Cal. Civil L.R. 5-1, that the concurrence to the filing of this document has been obtained from each signatory hereto.

Dated: May 13, 2026

/s/ Geoffrey M. Drake
Geoffrey M. Drake

11
JOINT STIPULATION AND MOTION FOR NON-WAIVER ORDER UNDER FEDERAL RULE OF EVIDENCE 502