James P. Rouhandeh, *pro hac vice*
Antonio J. Perez-Marques, *pro hac vice*
Caroline Stern, *pro hac vice*
Kathryn S. Benedict, *pro hac vice*
Corey M. Meyer, *pro hac vice*
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4000
Facsimile: (212) 701-5800
Email: rouhandeh@davispolk.com
       antonio.perez@davispolk.com
       caroline.stern@davispolk.com
       kathryn.benedict@davispolk.com
       corey.meyer@davispolk.com

*Attorneys for Defendants Meta Platforms, Inc. and Instagram, LLC*

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*People of the State of California, et al. v. Meta Platforms, Inc., et al.* | MDL No. 3047<br><br>Case Nos. 4:22-md-03047-YGR-PHK<br>    4:23-cv-05448-YGR<br><br>**ADDENDUM TO OMNIBUS SEALING STIPULATION (META'S AND STATE AGS' MOTIONS FOR SUMMARY JUDGMENT) AND [PROPOSED] ORDER REGARDING EXHIBIT 2 TO THE STATE AG'S REPLY (ECF NO. 2899-4)**<br><br>Judge: Hon. Yvonne Gonzalez Rogers<br>Magistrate Judge: Hon. Peter H. Kang |

STIPULATION AND [PROPOSED] ORDER REGARDING EXHIBIT 2 TO THE STATE AG'S REPLY
Case Nos. 4:22-MD-03047-YGR-PHK, 4:23-CV-05448-YGR

#102449175v7

**STIPULATION**

Meta Platforms, Inc. and Instagram, LLC (collectively "Meta") and the State Attorneys General ("State AGs" (together with Meta, the "Parties")) respectfully request entry of the below Proposed Order directing that: (1) Exhibit 2 to the State AGs' Reply in Support of Motion for Partial Summary Judgment ("State AGs' Reply") at ECF No. 3009-1 be removed from the docket or, in the alternative, permanently sealed; and (2) the Court's forthcoming ruling on Meta's Omnibus Motion to Seal (ECF 3014) and Proposed Order (ECF 3014-6) on the disputed redactions with respect to Exhibit 2 to the State AGs' Motion for Partial Summary Judgment (ECF 2696-4) apply to Exhibit 2 to the State AGs' Reply (ECF 2899-4).

At 4:35 p.m. PST on May 6, 2026, the State AGs notified Meta that Meta had proposed inconsistent redactions for near-duplicate exhibits filed in connection with the Parties' summary judgment motions. On Friday, May 8, 2026, at 3:57 p.m. PST, Meta informed the State AGs that the inconsistency resulted from Meta's inadvertent omission of certain redactions to Exhibit 2 to the State AGs' Reply and the corresponding portion of the Omnibus Sealing Stipulation (ECF 3006) listing the requested redactions.

Meta's intended redactions to Exhibit 2 to the State AGs' Reply, and the evidentiary support for those redactions, mirror its sealing request for Exhibit 2 to the State AGs' Motion for Partial Summary Judgment. *See* Omnibus Sealing Stipulation (ECF 3006) at p. 35:21-25; *see also* Exhibit 2 to State AGs' Motion for Partial Summary Judgment (ECF 2696-4); Exhibit 2 to the State AGs' Reply (ECF 2899-4).

The exhibit was still available on the public docket as of the morning of May 8, 2026. Later that day, Meta contacted the Clerk's Office to request that the exhibit be temporarily locked, pending the Court's entry of the accompanying proposed order.

#102449175v7

The Parties agree that Meta will refile Exhibit 2 to the State AGs' Reply with redactions that conform to the Court's Orders on the Omnibus Sealing Stipulation and Omnibus Motion to Seal as related to Exhibit 2 to the State AGs' Motion for Partial Summary Judgment. The Parties consent to including Exhibit 2 to the State AGs' Reply (ECF 2899-4) among the disputed redactions.

2

STIPULATION AND [PROPOSED] ORDER REGARDING EXHIBIT 2 TO THE STATE AG'S REPLY
CASE NOS. 4:22-MD-03047-YGR-PHK, 4:23-CV-05448-YGR

**[PROPOSED] ORDER**

**PURSUANT TO STIPULATION, IT IS SO ORDERED:**

1.     The copy of Exhibit 2 to the State AGs' Reply in Support of Motion for Partial Summary Judgment ("State AGs' Reply") filed at ECF No. 3009-1 shall be removed from the docket.

2.     Any party, counsel, or member of the public who may have obtained copies of ECF 3009-1 during the time that it was publicly available, including through ECF Court alerts that automatically generate PDF copies filed in the case, shall immediately delete and destroy them.

3.     The Court's forthcoming ruling on Meta's Omnibus Motion to Seal (ECF 3014) and Proposed Order (ECF 3014-6) with respect to Exhibit 2 to the State AGs' Motion for Partial Summary Judgment (ECF 2696-4) shall apply to Exhibit 2 to the State AGs' Reply (ECF 2899-4).

4.     Within one week of the Court's forthcoming ruling on Meta's Omnibus Motion to Seal (ECF 3014) and Proposed Order (ECF 3014-6), Meta shall refile a copy of Exhibit 2 to the State AGs' Reply (ECF 2899-4) with redactions reflecting the Court's ruling with respect to Exhibit 2 to the State AGs' Motion for Partial Summary Judgment (ECF 2696-4).


DATED: _____                _____
                                             HON. YVONNE GONZALEZ ROGERS
                                             UNITED STATES DISTRICT JUDGE

STIPULATION AND [PROPOSED] ORDER REGARDING EXHIBIT 2 TO THE STATE AG'S REPLY
CASE NOS. 4:22-MD-03047-YGR-PHK, 4:23-CV-05448-YGR

Dated: May 14, 2026

Respectfully submitted,

DAVIS POLK & WARDWELL LLP

*/s/ Antonio J. Perez-Marques*

Antonio J. Perez-Marques, *pro hac vice*
James P. Rouhandeh, *pro hac vice*
Caroline Stern, *pro hac vice*
Corey M. Meyer, *pro hac vice*
450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4000
Facsimile: (212) 701-5800
rouhandeh@davispolk.com
antonio.perez@davispolk.com
caroline.stern@davispolk.com
corey.meyer@davispolk.com

COVINGTON & BURLING LLP
Ashley M. Simonsen, SBN 275203
1999 Avenue of the Stars
Los Angeles, California 90067
Telephone: (424) 332-4800
Facsimile: (424) 332-2749
asimonsen@cov.com

Paul W. Schmidt, *pro hac vice*
Phyllis A. Jones, *pro hac vice*
One CityCenter
850 Tenth Street, NW
Washington, DC 20001-4956
Telephone: (202) 662-6000
Facsimile: (202) 662-6291
pschmidt@cov.com
pajones@cov.com

*Attorneys for Defendants Meta Platforms, Inc. and Instagram, LLC*

ROB BONTA
Attorney General, State of California

*/s/ Nicklas A. Akers*

Nicklas A. Akers (CA SBN 211222)
Senior Assistant Attorney General
Bernard Eskandari (SBN 244395)
Emily Kalanithi (SBN 256972)
Supervising Deputy Attorneys General
Nayha Arora (CA SBN 350467)
Megan O'Neill (CA SBN 343535)
Joshua Olszewski-Jubelirer (CA SBN 336428)
Brendan Ruddy (CA SBN 297896)
Deputy Attorneys General
California Department of Justice

4

Office of the Attorney General
455 Golden Gate Ave., Suite 11000
San Francisco, CA 94102-7004
Phone: (415) 510-4400
Fax: (415) 703-5480
megan.oneill@doj.ca.gov

*Attorneys for Plaintiff the People of the State of California*

PHILIP J. WEISER
Attorney General, State of Colorado

*/s/ Krista Batchelder*
Krista Batchelder, CO Reg. No. 45066,
*pro hac vice*
Deputy Solicitor General
Shannon Stevenson, CO Reg. No. 35542,
*pro hac vice*
Solicitor General
Elizabeth Orem, CO Reg. No. 58309,
*pro hac vice*
Assistant Attorney General
Colorado Department of Law
Ralph L. Carr Judicial Center
Consumer Protection Section
1300 Broadway, 7th Floor
Denver, CO 80203
Phone: (720) 508-6651
krista.batchelder@coag.gov
shannon.stevenson@coag.gov
elizabeth.orem@coag.gov

*Attorneys for Plaintiff State of Colorado, ex rel.*
*Philip J. Weiser, Attorney General*

RUSSELL COLEMAN
Attorney General, Commonwealth of Kentucky

*/s/ J. Christian Lewis*
J. Christian Lewis (KY Bar No. 87109),
*Pro hac vice*
Philip Heleringer (KY Bar No. 96748),
*Pro hac vice*
Zachary Richards (KY Bar No. 99209),
*Pro hac vice*
Daniel I. Keiser (KY Bar No. 100264),
*Pro hac vice*
Matthew Cocanougher (KY Bar No. 94292),
*Pro hac vice*
Assistant Attorneys General
1024 Capital Center Drive, Suite 200

5

Frankfort, KY 40601
christian.lewis@ky.gov
philip.heleringer@ky.gov
zach.richards@ky.gov
daniel.keiser@ky.gov
matthew.cocanougher@ky.gov
Phone: (502) 696-5300
Fax: (502) 564-2698

*Attorneys for Plaintiff the Commonwealth of Kentucky*


JENNIFER DAVENPORT
Attorney General, State of New Jersey

*/s/ Kashif T. Chand*
Kashif T. Chand (NJ Bar No. 016752008),
*Pro hac vice*
Assistant Attorney General
Thomas Huynh (NJ Bar No. 200942017),
*Pro hac vice*
Section Chief, Deputy Attorney General
Verna J. Pradaxay (NJ Bar No. 335822021),
*Pro hac vice*
Mandy K. Wang (NJ Bar No. 373452021),
*Pro hac vice*
Deputy Attorneys General
New Jersey Office of the Attorney General,
Division of Law
124 Halsey Street, 5th Floor
Newark, NJ 07101
Tel: (973) 648-2052
Kashif.Chand@law.njoag.gov
Thomas.Huynh@law.njoag.gov
Verna.Pradaxay@law.njoag.gov
Mandy.Wang@law.njoag.gov

*Attorneys for Plaintiffs New Jersey Attorney General and the New Jersey Division of Consumer Affairs Jennifer Davenport, Attorney General for the State of New Jersey, and Jeremy E. Hollander, Acting Director of the New Jersey Division of Consumer Affairs*

6

**ATTESTATION**

I, Antonio J. Perez-Marques, hereby attest, pursuant to N.D. Cal. Civil L.R. 5-1, that the concurrence to the filing of this document has been obtained from each signatory hereto.

Dated:  May 14, 2026                                    /s/ *Antonio J. Perez-Marques*
                                                        Antonio J. Perez-Marques

STIPULATION AND [PROPOSED] ORDER REGARDING EXHIBIT 2 TO THE STATE AG'S REPLY
CASE NOS. 4:22-MD-03047-YGR-PHK, 4:23-CV-05448-YGR