CAND Pay.gov Application for Refund (rev. 3/2025)

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

## APPLICATION FOR REFUND (USDC-CAND PAY.GOV)

### PAY.GOV TRANSACTION DETAILS

*IMPORTANT*:
- *Complete all required fields (shown in **red***); otherwise, your request may be denied and require resubmission.*
- *The information for the required receipt fields can be found in the Pay.gov screen receipt or confirmation email.*

1. **Your Name*:**  Joseph N. Williams
2. **Your Email Address*:**  joe@williamsgroup.law
3. **Receipt Agency Tracking ID for Refund*:**  ACANDC-21887930
4. **Transaction Date for Refund*:**  04/20/2026
5. **Transaction Amount to be Refunded*:**  405.00
6. **Receipt Agency Tracking ID for Correct Receipt Number on Docket*:**  ACANDC-21896619
7. **Your Phone Number:**  317-663-5270
8. **Full Case Number (if applicable):**  4:22-md-03047-YGR

9. **Fee Type:***

| | |
|---|---|
| ☐ | **Attorney Admission** |
| ☑ | **Civil Case Filing** |
| ☐ | **Audio Recording** |
| ☐ | **Notice of Appeal** |
| ☐ | **Pro Hac Vice** |
| ☐ | **Writ of Habeas Corpus** |
| ☐ | **Other:** _____ |

10. **Reason for Refund Request*:**  *Explain in detail what happened to cause duplicate charges, no fee required, etc.*

☐ **Duplicate Charge**      ☐ **No Fee Required for Filing**      ☑ **Other**

DIRECT FILED INTO MAIN MDL (04:22-md-03047-YGR) IN ERROR.  COMPLAINT WAS REJECTED AND REFILED APPROPRIATELY AS SEPARATE CASE (3:26-cv-03372).  Filing Fees were paid at time of filing into proper separate case. Requesting refund to filing fees for Complaint filed in error. ⊞

*If you paid a filing fee using an abandoned case number, note that case number here and e-file the refund request in the **open** case.*

✓ **Efile this form: OTHER FILINGS → OTHER DOCUMENTS → APPLICATION FOR REFUND.**

View detailed instructions at: cand.uscourts.gov/ecf/payments.

Assistance:  Contact the ECF Help Desk at 1-866-638-7829 or ecfhelpdesk@cand.uscourts.gov Monday - Friday 9:00 a.m.-4:00 p.m.

| FOR U.S. DISTRICT COURT USE ONLY | | |
|---|---|---|
| Refund request:  ✓ Approved | ☐ Denied | ☐ Denied — Resubmit amended application (see reason for denial) |
| Approval/denial date: | **REVIEWED** By Ana Banares at 11:34 am, May 06, 2026 | |
| Pay.gov refund tracking ID refunded: | | 28248PID |
| Date refund processed: | 05/07/2026 | |
| Request approved/denied by: | | |
| Agency refund tracking ID number: | ACANDC-21887930 | |
| Refund processed by: | *[signature]* | |
| Reason for denial (if applicable): | | |
| Referred for OSC date (if applicable): | | |