**UNITED STATES JUDICIAL PANEL**
**on**
**MULTIDISTRICT LITIGATION**

> **FILED**
>
> May 14 2026
>
> Mark B. Busby
> CLERK, U.S. DISTRICT COURT
> NORTHERN DISTRICT OF CALIFORNIA
> OAKLAND

**IN RE: SOCIAL MEDIA ADOLESCENT**
**ADDICTION/PERSONAL INJURY PRODUCTS**
**LIABILITY LITIGATION**                                    **MDL No. 3047**


(SEE ATTACHED SCHEDULE)


**CONDITIONAL TRANSFER ORDER (CTO −79)**


On October 6, 2022, the Panel transferred 20 civil action(s) to the United States District Court for the Northern District of California for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 637 F.Supp.3d 1377 (J.P.M.L. 2022). Since that time, 328 additional action(s) have been transferred to the Northern District of California. With the consent of that court, all such actions have been assigned to the Honorable Yvonne Gonzalez Rogers.

It appears that the action(s) on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Northern District of California and assigned to Judge Rogers.

Pursuant to Rule 7.1 of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, the action(s) on the attached schedule are transferred under 28 U.S.C. § 1407 to the Northern District of California for the reasons stated in the order of October 6, 2022, and, with the consent of that court, assigned to the Honorable Yvonne Gonzalez Rogers.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Northern District of California. The transmittal of this order to said Clerk shall be stayed 7 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 7−day period, the stay will be continued until further order of the Panel.


> Inasmuch as no objection is
> pending at this time, the
> stay is lifted.
>
> May 14, 2026
>
> CLERK'S OFFICE
> UNITED STATES
> JUDICIAL PANEL ON
> MULTIDISTRICT LITIGATION

FOR THE PANEL:

*Jessica D. Birnbaum*

Jessica D. Birnbaum
Clerk of the Panel

**IN RE: SOCIAL MEDIA ADOLESCENT
ADDICTION/PERSONAL INJURY PRODUCTS
LIABILITY LITIGATION**                                                 MDL No. 3047

### SCHEDULE CTO−79 − TAG−ALONG ACTIONS

| DIST | DIV. | C.A.NO. | CASE CAPTION | |
|------|------|---------|--------------|---|
| **MINNESOTA** | | | | |
| MN | 0 | 26−02289 | McGill v. Meta Platforms, Inc. et al | |
| MN | 0 | 26−02350 | Patrick v. Meta Platforms, Inc. et al | |
| MN | 0 | 26−02351 | A.M. v. ByteDance, Ltd. et al | |
| MN | 0 | 26−02369 | Pearson v. Meta Platforms, Inc. et al | |
| MN | 0 | 26−02370 | Smith v. Meta Platforms, Inc. et al | |
| MN | 0 | 26−02373 | Meeks v. Meta Platforms, Inc. et al | |
| **NEW YORK SOUTHERN** | | | | |
| ~~NYS~~ | ~~1~~ | ~~26−03631~~ | ~~Mizell v. The City Of New York et al~~ | Opposed 5/14/2026 |