**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION | MDL No. 3047 |
| | Case No. 4:22-md-03047-YGR |
| THIS DOCUMENT RELATES TO: | **[PROPOSED] ORDER GRANTING THE STATE ATTORNEYS GENERAL'S MOTION TO STRIKE LATE-DISCLOSED WITNESSES** |
| 4:23-cv-05448 | Judge: Hon. Yvonne Gonzalez Rogers |
| | Magistrate Judge: Hon. Peter H. Kang |

Having considered the parties' submissions, the record, and the applicable law, the Court hereby GRANTS the State Attorneys General's Motion to Strike Late-Disclosed Witnesses.

**IT IS SO ORDERED.**


Dated: _____          _____

HON. YVONNE GONZALEZ ROGERS UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER GRANTING THE STATE ATTORNEYS GENERAL'S MOTION TO STRIKE LATE-DISCLOSED WITNESSES
4:22-md-03047-YGR-PHK; 4:23-CV-05448-YGR