# Exhibit A

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| *PEOPLE OF THE STATE OF CALIFORNIA, et al.,*<br>Plaintiffs,<br><br>v.<br><br>*META PLATFORMS, INC, Instagram, LLC, Meta Payments, Inc., Meta Platforms Technologies, LLC., et al.,*<br>Defendants<br><br><br>IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br>4:23-cv-05448 | MDL No. 3047<br><br><br>Case No. 4:23-cv-05448-YGR<br><br><br>Judge: Hon. Yvonne Gonzalez Rogers<br><br>Magistrate Judge: Hon. Peter H. Kang |

**STATE AGS' PRELIMINARY WITNESS LIST**

**September 24, 2025**

In accordance with ECF 2251, please see the State AGs' preliminary witness list. As agreed to by the parties, this preliminary exchange is limited to Meta current and former employees that the State AGs expect to call live at trial. *See* ECF 2251, 2256. This list also includes retained and unretained expert witnesses, regardless of whether those witnesses are Meta current or former employees. This list is preliminary, and the State AGs reserve the right to amend it. Additionally, this list does not include Meta current and former employees whose testimony the State AGs plan to introduce at trial via prerecorded deposition testimony; State witnesses, as defined in ECF 1696; nor rebuttal or impeachment witnesses. The State AGs reserve all rights under the Federal Rules of Civil Procedure, Federal Rules of Evidence, court orders, and all other governing rules. The State AGs look forward to meeting and conferring after the October CMC regarding the exchange of preliminary lists for State witnesses.

## I.       Fact Witnesses

The State AGs may call the below Meta current and former employees to testify live at trial:

- Kyle Andrews
- Justin Antony
- Lars Backstrom
- Arturo Bejar
- Shruti Bhutada
- Brian Boland
- Justin Cheng
- Margaret Gould Stewart
- Wendy Gross
- Jennifer Guadagno
- Allison Hartnett
- Shayli Jimenez
- KX Jin
- Allison Lee
- Shilpa Mody
- Adam Mosseri
- Sayed Otaru
- Jason Sattizahn
- Robert Sherman
- George Volichenko
- Mark Zuckerberg

## II.      Retained and Unretained Expert Witnesses

The State AGs may call the below retained and unretained expert witnesses to testify live at trial:

- Dr. Adam Alter
- Arturo Bejar
- Dr. Colin Gray

- Dr. Lauren Hale
- Dr. Ravi Iyer
- Dr. Patrick McDaniel
- Dr. Arvind Narayanan
- Dr. Mitch Prinstein
- Lotte Rubaek[1]
- Carl Saba
- Dr. Jean Twenge
- Dr. Bradley Zicherman

---

[1] As Lotte Rubaek is not a current or former Meta employee, the State AGs do not list her above in Section I. The State AGs reserve the right to call Lotte Rubaek to testify as a fact witness.