# Exhibit B

**From:** Megan O"Neill
**To:** DPC@law.njoag.gov; Social Media MDL State AGs Lead Counsel
**Subject:** FW: MDL AG – Preliminary Witness List (Meta Witnesses Only; Live Witnesses Only)
**Date:** Wednesday, September 24, 2025 9:20:47 PM

FYI. Just realized it wasn't sent to the listserv.

**From:** Stern, Caroline <caroline.stern@davispolk.com>
**Sent:** Wednesday, September 24, 2025 8:04 PM
**To:** Megan O'Neill <Megan.Oneill@doj.ca.gov>; Krista Batchelder <Krista.Batchelder@coag.gov>; PHILIP.HELERINGER@KY.GOV; Thomas.Huynh@law.njoag.gov
**Cc:** Rouhandeh, James P. <rouhandeh@davispolk.com>; Perez-Marques, Antonio J. <antonio.perez@davispolk.com>; Meyer, Corey M. <corey.meyer@davispolk.com>; asimonsenATcov.com <asimonsen@cov.com>; Schmidt, Paul <pschmidt@cov.com>; Phyllis Jones <pajones@cov.com>
**Subject:** MDL AG – Preliminary Witness List (Meta Witnesses Only; Live Witnesses Only)

> **EXTERNAL EMAIL:** This message was sent from outside DOJ. Please do not click links or open attachments that appear suspicious.

Megan, All –

Pursuant to the Joint Stipulation and Proposed Order to Modify Pretrial Schedule, dated September 12, 2025 (ECF 2256), which the Court so-ordered at the September 19, 2025 Case Management Conference, we write to provide a preliminary list of Meta witnesses that Meta may call live at trial in the MDL State AG cases.  The inclusion of any name on this preliminary list is not a statement by Meta that the witness will be available at the time of trial or will in fact testify at trial.  In accordance with the Court's directive at the July 18, 2025 Case Management Conference (*see* July 18, 2025 Tr. at 10:6-15), this preliminary list is not intended to be a final witness list, and Meta reserves all rights to supplement or otherwise amend its witness list.

1. Kyle Andrews
2. Lars Backstrom
3. Monika Bickert
4. Moira Burke
5. Antigone Davis
6. Elena Davis
7. Wendy Gross
8. Allison Hartnett
9. Kristin Hendrix
10. Jeff Huang
11. Karina Newton
12. Sayed Otaru
13. Pratiti Raychoudhury

14. Guy Rosen
15. Alex Schultz
16. Yoav Shapira

Best,
Caroline

**Caroline Stern**

+1 212 450 4881 office
+1 917 848 9574 mobile
caroline.stern@davispolk.com

---

**Davis Polk & Wardwell** LLP
Confidentiality Note: This email is intended only for the person or entity to which it is addressed and may contain information that is privileged, confidential or otherwise protected from disclosure. Unauthorized use, dissemination, distribution or copying of this email or the information herein or taking any action in reliance on the contents of this email or the information herein, by anyone other than the intended recipient, or an employee or agent responsible for delivering the message to the intended recipient, is strictly prohibited. If you have received this email in error, please notify the sender immediately and destroy the original message, any attachments thereto and all copies. Please refer to the firm's privacy notice for important information on how we process personal data. Our website is at davispolk.com.

CONFIDENTIALITY NOTICE: This communication with its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication.