# Exhibit C

# COVINGTON

BEIJING   BRUSSELS   DUBAI   FRANKFURT   JOHANNESBURG
LONDON   LOS ANGELES   NEW YORK   PALO ALTO
SAN FRANCISCO   SEOUL   SHANGHAI   WASHINGTON

**Ashley Simonsen**

Covington & Burling LLP
1999 Avenue of the Stars
Los Angeles, CA 90067-4643
T  +1 424 332 4782
asimonsen@cov.com

**By FTP and E-Mail**                                   May 6, 2026

Counsel for MDL AG and PI/SD Plaintiffs
Counsel for MDL Defendants
Counsel for JCCP Plaintiffs

**Re:    MDL No. 3047 (N.D. Cal.) – Meta Production**

Counsel:

Meta is providing via Kiteworks transcripts of depositions of Meta witnesses taken in Related Actions or by the MDL AGs after April 4, 2025. The transcripts included in this production are for Meta witnesses identified by Meta (1) in Defendants' Updated Witness List for the Breathitt School District bellwether trial (dated May 4, 2026) and (2) in Meta's Preliminary Witness List for the MDL AG trial (dated Apr. 24, 2026). Attached as Appendix A is a chart identifying the post-April 4, 2025 Meta witness depositions for which Meta has produced transcripts to MDL Plaintiffs from October 8, 2025 through today.

| Deposition Volume No. | Deponent | Dep Date |
|---|---|---|
| META3047MDL_DEPOS_VOL079 | Kivran-Swaine, Funda (DC) | 04/25/2025 |
| META3047MDL_DEPOS_VOL085 | Kilstein, Darius (TN-CR) | 05/08/2025 |
| META3047MDL_DEPOS_VOL086 | Otaru, Sayed (MDL AG-CR) | 06/09/2025 |
| META3047MDL_DEPOS_VOL087 | Wakefield, Nicholas (TN-CR) | 05/16/2025 |
| META3047MDL_DEPOS_VOL088 | Walton, Jessica (MDL AG-CR) | 06/06/2025 |
| META3047MDL_DEPOS_VOL093 | Backstrom, Lars (MDL AG-CR) | 06/26/2025 |
| META3047MDL_DEPOS_VOL096 | Chen, Felicia (MDL AG-CR) | 08/19/2025 |
| META3047MDL_DEPOS_VOL099 | Drabkin, Anya (DC) | 07/15/2025 |
| META3047MDL_DEPOS_VOL100 | Hartnett, Allison (MDL AG-CR) | 06/16/2025 |
| META3047MDL_DEPOS_VOL101 | Hartnett, Allison (MDL AG-CR) | 06/17/2025 |
| META3047MDL_DEPOS_VOL105 | Mosseri, Adam (NM) | 07/25/2025 |
| META3047MDL_DEPOS_VOL106 | Wakefield, Nicholas (MDL AG-CR) | 06/10/2025 |
| META3047MDL_DEPOS_VOL107 | Walton, Jessica (MA-CR) | 07/01/2025 |
| META3047MDL_DEPOS_VOL117 | Chen, Felicia (NM-CR) | 10/31/2025 |
| META3047MDL_DEPOS_VOL123 | Sinha, Ravi (NM-CR) | 11/21/2025 |

The deposition volumes include PDF versions of the final transcript (full size and condensed), the video transcripts, the exhibits, the errata, and Meta's confidentiality designations if they have been served for the deposition. Meta has not yet provided its confidentiality designations for certain depositions. Plaintiffs shall treat the testimony and exhibits from those depositions as Highly Confidential pursuant to the Protective Order in this action until Meta makes its confidentiality designations. Once Meta makes its designations, the testimony and exhibits will be subject to those designations.

Please note that (1) exhibits derived from Meta's Confidential information are designated as Confidential; (2) exhibits derived from Meta's Highly Confidential information are designated

**COVINGTON**

Page 2


as Highly Confidential; (3) exhibits originally produced by Meta retain the confidentiality designations that Meta made for those documents; and (4) where Plaintiffs used native-file versions of Meta documents as deposition exhibits but failed to include the production numbers or the confidentiality stamping, those documents retain the designations Meta made as reflected in the tiff cover images.

Sincerely,

_/s/ Ashley M. Simonsen_
Ashley M. Simonsen

**APPENDIX A: META DEPOSITIONS FROM RELATED ACTIONS AND MDL[1]**

| Fact Deposition Volume No. | Deponent[2] | Dep Date |
|---|---|---|
| META3047MDL_DEPOS_VOL079 | Kivran-Swaine, Funda (DC) | 04/25/2025 |
| META3047MDL_DEPOS_VOL085 | Kilstein, Darius (TN-CR) | 05/08/2025 |
| META3047MDL_DEPOS_VOL086 | Otaru, Sayed (MDL AG-CR) | 06/09/2025 |
| META3047MDL_DEPOS_VOL087 | Wakefield, Nicholas (TN-CR) | 05/16/2025 |
| META3047MDL_DEPOS_VOL088 | Walton, Jessica (MDL AG-CR) | 06/06/2025 |
| META3047MDL_DEPOS_VOL089 | Otaru, Sayed (MA-CR) | 06/06/25 |
| META3047MDL_DEPOS_VOL090 | Otaru, Sayed (NM) | 06/10/25 |
| META3047MDL_DEPOS_VOL092 | Backstrom, Lars (DC) | 06/25/25 |
| META3047MDL_DEPOS_VOL093 | Backstrom, Lars (MDL AG-CR) | 06/26/2025 |
| META3047MDL_DEPOS_VOL094 | Bartlett, Bryce (MA-CR) | 7/17/2025 |
| META3047MDL_DEPOS_VOL096 | Chen, Felicia (MDL AG-CR) | 08/19/2025 |
| META3047MDL_DEPOS_VOL099 | Drabkin, Anya (DC) | 07/15/2025 |
| META3047MDL_DEPOS_VOL100 | Hartnett, Allison (MDL AG-CR) | 06/16/2025 |
| META3047MDL_DEPOS_VOL101 | Hartnett, Allison (MDL AG-CR) | 06/17/2025 |
| META3047MDL_DEPOS_VOL105 | Mosseri, Adam (NM) | 07/25/2025 |
| META3047MDL_DEPOS_VOL106 | Wakefield, Nicholas (MDL AG-CR) | 06/10/2025 |
| META3047MDL_DEPOS_VOL107 | Walton, Jessica (MA-CR) | 07/01/2025 |
| META3047MDL_DEPOS_VOL109 | Huang, Jeff (UT-CR) | 09/10/25 |
| META3047MDL_DEPOS_VOL110 | Otaru, Sayed (UT-CR) | 09/26/25 |
| META3047MDL_DEPOS_VOL112 | Otaru, Sayed (NM-CR) | 10/30/2025 |
| META3047MDL_DEPOS_VOL116 | Bartlett, Bryce (NM-CR) | 11/7/2025 |
| META3047MDL_DEPOS_VOL117 | Chen, Felicia (NM-CR) | 10/31/2025 |
| META3047MDL_DEPOS_VOL121 | Backstrom, Lars (MDL AG) | 12/10/2025 |
| META3047MDL_DEPOS_VOL122 | Otaru, Sayed (MDL AG) | 12/17/2025 |
| META3047MDL_DEPOS_VOL123 | Sinha, Ravi (NM-CR) | 11/21/2025 |
| META3047MDL_DEPOS_VOL125 | Otaru, Sayed (AR-CR) | 03/24/2026 |
| META3047MDL_DEPOS_VOL126 | Crenshaw, Liza (TN) | 04/16/2026 |
| META3047MDL_DEPOS_VOL127 | Otaru, Sayed (TN) | 04/15/2026 |
| META3047MDL_DEPOS_VOL128 | Backstrom, Lars (AR-CR) | 04/17/2026 |

| Expert Deposition Volume No. | Deponent | Dep Date |
|---|---|---|
| META5255JCCP_DEPO_VOL001 | Hendrix, Kristin (JCCP) | 07/11/25 |

---

[1] Certain depositions were taken subject to a Deposition Coordination Agreement among Plaintiffs in five jurisdictions and Meta. The five jurisdictions are the District of Columbia, New Hampshire, Oklahoma, Utah, and Vermont (collectively "Coordinated States"). Although depositions may be captioned in only one jurisdiction, those depositions were taken by counsel appearing for all of the Coordinated States.

[2] Deponent Name also provides the jurisdiction and indicates when the witness was deposed as a corporate representative (*e.g.*, Otaru. Sayed (NM-CR)).