# EXHIBIT C

**From:**      Simonsen, Ashley M
**To:**        Warren, Previn
**Cc:**        Hazam, Lexi J.; Megan O"Neill
**Subject:**   Re: Email
**Date:**      Wednesday, October 22, 2025 7:05:15 PM
**Attachments:**   image341027.png
                   image001.png

---

Confirmed on 2; will get back to you on 1 and 3.

Otaru can be available on Nov 19 or 20. Please confirm.

Get Outlook for iOS

---

**From:** Warren, Previn <pwarren@motleyrice.com>
**Sent:** Friday, October 17, 2025 5:35 PM
**To:** Simonsen, Ashley M <asimonsen@cov.com>
**Cc:** Hazam, Lexi J. <lhazam@lchb.com>; Megan O'Neill <Megan.Oneill@doj.ca.gov>
**Subject:** Re: Email

<mark>[EXTERNAL]</mark>

Ashley,

This generally looks fine to Plaintiffs (inclusive of AGs), but (1) please clarify when the Huang custodial file will be produced, as this impacts the deposition timing; (2) is it correct that Meta will *not* be confining the testimony of Otaru and Backstrom to their 30(b)(6) topics (and that's why they are being offered for additional deposition time); (3) please clarify the status of Hartnett on that question – the AGs request her custodial file if she is not going to be confined to her 30b6 topics.

Thanks,
Previn



**Previin Warren** (he / him)
**Attorney at Law**

401 9th St. NW, Suite 630, Washington, DC 20004
**o.** 202.386.9610 **c.** 202.578.6281
pwarren@motleyrice.com

On Oct 16, 2025, at 7:53 PM, Simonsen, Ashley M <asimonsen@cov.com> wrote:

CAUTION:EXTERNAL

Previn,

See below chart.

| Witness | Witness List Included On (AG or SD) | Meta Decision re Further Deposition | Offered Deposition Length | MDL Custodian |
|---|---|---|---|---|
| **Backstrom** | AG, SD | Will make available for further deposition | 4.5 hours | Yes |
| **Geldwert** | SD | Will testify at trial within scope of topics in MDL Rule 30(b)(6) Notice (or topics outside scope of Notice inquired about at deposition by Plaintiffs) | N/A | Yes |
| **Hartnett** | AG | Expect to make available for further deposition (will confirm next week) | 4.5 hours (if deposition goes forward) | No (30(b)(6) designee) |
| **Huang** | AG, SD | Will make available for further deposition<br><br>Note: unavailable until January 2026 | 6.5 hours | No but Parties have agreed that Meta will run agreed-upon MDL search terms over Emails and Workplace Chats over RTP and produce responsive, not privileged documents (see ECF 2312 at 2) |
| **Otaru** | AG, SD | Will make available for further deposition<br><br>Note: unavailable for several months starting 12/26 | 4.5 hours | Yes |