# EXHIBIT D

| | |
|---|---|
| **From:** | Megan O"Neill |
| **To:** | Simonsen, Ashley M; Warren, Previn |
| **Cc:** | Hazam, Lexi J.; Eppich, Christopher K; Chaput, Isaac; Riley, Rachel; Joshua Olszewski-Jubelirer; "Jason Slothouber"; "Beth Orem"; "mandy.wang@law.njoag.gov"; "Cocanougher, Matthew C (KYOAG)"; "Patrick Andrews"; Burman, Abigail; Georges, Maria; Benov, Matthew; Rouhandeh, James P.; Perez-Marques, Antonio J.; Stern, Caroline; Stefanik, Sean; Meyer, Corey M.; Chaput, Isaac; Patchen, Kate; Corey M. Meyer |
| **Subject:** | RE: MDL 3047 - Witnesses on Meta"s Preliminary Witness Lists |
| **Date:** | Friday, January 16, 2026 2:34:44 PM |
| **Attachments:** | image001.png |

**[EXTERNAL]**

Thanks, Ashley. We agree that we can remove the CMC statement section on this issue.

Please provide Hartnett's custodial file by Friday, February 13, so we can timely schedule her deposition. Please also confirm that Meta will be producing Huang's custodial file today, as previously indicated.

---

**From:** Simonsen, Ashley M <asimonsen@cov.com>
**Sent:** Friday, January 16, 2026 1:54 PM
**To:** Megan O'Neill <Megan.Oneill@doj.ca.gov>; Warren, Previn <pwarren@motleyrice.com>
**Cc:** Hazam, Lexi J. <lhazam@lchb.com>; Eppich, Christopher K <ceppich@cov.com>; Chaput, Isaac <IChaput@cov.com>; Riley, Rachel <RRiley@cov.com>; Joshua Olszewski-Jubelirer <Joshua.OlszewskiJubelirer@doj.ca.gov>; 'Jason Slothouber' <jason.slothouber@coag.gov>; 'Beth Orem' <beth.orem@coag.gov>; 'mandy.wang@law.njoag.gov' <mandy.wang@law.njoag.gov>; 'Cocanougher, Matthew C (KYOAG)' <matthew.cocanougher@ky.gov>; 'Patrick Andrews' <pandrews@lchb.com>; Burman, Abigail <aburman@motleyrice.com>; Georges, Maria <mgeorges@cov.com>; Benov, Matthew <mbenov@cov.com>; Rouhandeh, James P. <rouhandeh@davispolk.com>; Perez-Marques, Antonio J. <antonio.perez@davispolk.com>; Stern, Caroline <caroline.stern@davispolk.com>; Stefanik, Sean <sean.stefanik@davispolk.com>; Meyer, Corey M. <corey.meyer@davispolk.com>; Chaput, Isaac <IChaput@cov.com>; Patchen, Kate <KPatchen@cov.com>; Corey M. Meyer <corey.meyer@davispolk.com>
**Subject:** MDL 3047 - Witnesses on Meta's Preliminary Witness Lists

> **EXTERNAL EMAIL:** This message was sent from outside DOJ. Please do not click links or open attachments that appear suspicious.

*[changing subject line for clarity; adding colleagues]*

Megan,

Following up on this, to the extent Meta calls Allison Harnett as a trial witness, we reserve the right to call her on topics beyond her 30(b)(6) topics. We therefore confirm that we will make her available for a further deposition of no more than 4.5 hours, consistent with the Parties' prior agreement as reflected in the chain below, and will run the agreed-upon MDL search terms over her Emails and Workplace Chats over the Relevant Time Period and produce responsive, not privileged documents. I've updated the chart from the email chain below in blue to reflect this.

Given Meta has now provided this confirmation, the section of the CMC Statement where the

MDL AGs raised this issue should remain removed.

| Witness | Witness List Included On (AG or SD) | Meta Decision re Further Deposition | Offered Deposition Length | MDL Custodian |
|---|---|---|---|---|
| **Backstrom** | AG, SD | Will make available for further deposition | 4.5 hours | Yes |
| **Geldwert** | SD | Will testify at trial within scope of topics in MDL Rule 30(b)(6) Notice (or topics outside scope of Notice inquired about at deposition by Plaintiffs) | N/A | Yes |
| **Hartnett** | AG | Will make available for further deposition | 4.5 hours | No (30(b)(6) designee) but Meta will run agreed-upon MDL search terms over Emails and Workplace Chats over RTP and produce responsive, not privileged documents (see ECF 2312 at 2) |
| **Huang** | AG, SD | Will make available for further deposition <br><br> Note: unavailable until January 2026 | 6.5 hours | No but Parties have agreed that Meta will run agreed-upon MDL search terms over Emails and Workplace Chats over RTP and produce responsive, not privileged documents (see ECF 2312 at 2) |
| **Otaru** | AG, SD | Will make available for further deposition <br><br> Note: unavailable for several months starting 12/26 | 4.5 hours | Yes |

**From:** Simonsen, Ashley M