# EXHIBIT E

| From: | Rice, Dale |
|---|---|
| Sent: | Wednesday, May 6, 2026 9:33 PM |
| To: | SM.MDLAGLeads@coag.gov; Megan.Oneill@doj.ca.gov; David.Sloves@law.njoag.gov; daniel.keiser@ky.gov; Christian.Lewis@ky.gov; Thomas.Huynh@law.njoag.gov; Liza.Atkinson@coag.gov; Dana.LoPorto-Kiss@coag.gov; pwarren@motleyrice.com; lhazam@lchb.com; PLTFSOCIALMEDIASERVICE@LISTSERV.MOTLEYRICE.COM; smmdlschooldistrictbellwethergroup@lfsblaw.com; MWeinkowitz@lfsblaw.com; myeates@ktmc.com; jennie@andrusanderson.com; ndrake@motleyrice.com; Peter Klausner |
| Cc: | social_media_mdl@csdisco.com; hill@csdisco.com; SCA0001@epiqglobal.com; SnapNoticeofService@mto.com; TikTokNoticeofService@faegredrinker.com; SERVICE-YOUTUBE-INRESOCIALMEDIAM@LIST.WSGR.COM; McNamara, Mariana; FTIGoogleTeam; Simonsen, Ashley M; Haller, David W.; Kresse, Joseph; Georges, Maria; Chaput, Isaac; Stern, Caroline; Meyer, Corey M. |
| Subject: | MDL 3047 - Meta Letter re Production of Meta Depositions #9 |
| Attachments: | 2026-05-06 Meta Letter re Meta Depositions #9.pdf |

Counsel,

Please see attached Meta's cover letter regarding additional deposition materials that Meta is providing. The folders of deposition materials are being provided via Kiteworks.

| DEPOSITION VOLUME NO. | DEPONENT | PASSWORD |
|---|---|---|
| META3047MDL_DEPOS_VOL079 | Kivran-Swaine, Funda (DC) | |
| META3047MDL_DEPOS_VOL085 | Kilstein, Darius (TN-CR) | |
| META3047MDL_DEPOS_VOL086 | Otaru, Sayed (MDL AG-CR) | |
| META3047MDL_DEPOS_VOL087 | Wakefield, Nicholas (TN-CR) | |
| META3047MDL_DEPOS_VOL088 | Walton, Jessica (MDL AG-CR) | |
| META3047MDL_DEPOS_VOL093 | Backstrom, Lars (MDL AG-CR) | |
| META3047MDL_DEPOS_VOL096 | Chen, Felicia (MDL AG-CR) | |
| META3047MDL_DEPOS_VOL099 | Drabkin, Anya (DC) | |
| META3047MDL_DEPOS_VOL100 | Hartnett, Allison (MDL AG-CR) | |
| META3047MDL_DEPOS_VOL101 | Hartnett, Allison (MDL AG-CR) | |
| META3047MDL_DEPOS_VOL105 | Mosseri, Adam (NM) | |
| META3047MDL_DEPOS_VOL106 | Wakefield, Nicholas (MDL AG-CR) | |
| META3047MDL_DEPOS_VOL107 | Walton, Jessica (MA-CR) | |
| META3047MDL_DEPOS_VOL117 | Chen, Felicia (NM-CR) | |
| META3047MDL_DEPOS_VOL123 | Sinha, Ravi (NM-CR) | |

Best regards,

Dale

**Dale A. Rice**
Covington & Burling LLP
Salesforce Tower, 415 Mission Street, Suite 5400
San Francisco, CA 94105-2533
T +1 415 591 7081 | drice@cov.com
www.cov.com

**COVINGTON**

This message is from a law firm and may contain information that is confidential or legally privileged. If you are not the intended recipient, please immediately advise the sender by reply e-mail that this message has been inadvertently transmitted to you and delete this e-mail from your system. Thank you for your cooperation.