# EXHIBIT G

| | |
|---|---|
| **From:** | Rice, Dale |
| **Sent:** | Monday, May 11, 2026 5:16 PM |
| **To:** | SM.MDLAGLeads@coag.gov; Megan.Oneill@doj.ca.gov; David.Sloves@law.njoag.gov; daniel.keiser@ky.gov; Christian.Lewis@ky.gov; Thomas.Huynh@law.njoag.gov; Liza.Atkinson@coag.gov; Dana.LoPorto-Kiss@coag.gov; pwarren@motleyrice.com; lhazam@lchb.com; PLTFSOCIALMEDIASERVICE@LISTSERV.MOTLEYRICE.COM; smmdlschooldistrictbellwethergroup@lfsblaw.com; MWeinkowitz@lfsblaw.com; myeates@ktmc.com; jennie@andrusanderson.com; ndrake@motleyrice.com; Peter Klausner |
| **Cc:** | social_media_mdl@csdisco.com; hill@csdisco.com; SCA0001@epiqglobal.com; SnapNoticeofService@mto.com; TikTokNoticeofService@faegredrinker.com; SERVICE-YOUTUBE-INRESOCIALMEDIAM@LIST.WSGR.COM; McNamara, Mariana; FTIGoogleTeam; Simonsen, Ashley M; Haller, David W.; Kresse, Joseph; Georges, Maria; Chaput, Isaac; Stern, Caroline; Meyer, Corey M. |
| **Subject:** | MDL 3047 - Meta Letter re Meta Depositions #10 |
| **Attachments:** | 2026-05-11 Meta Letter re Meta Depos #10.pdf |

Counsel,

Please see attached Meta's cover letter regarding additional deposition materials that Meta is providing. The folder of deposition materials is being provided via Kiteworks.

| DEPOSITION VOLUME NO. | DEPONENT | PASSWORD |
|---|---|---|
| META3047MDL_DEPOS_VOL129 | Walton, Jessica (NM) | ██████████ |

Best regards,

Dale

**Dale A. Rice**
Covington & Burling LLP
Salesforce Tower, 415 Mission Street, Suite 5400
San Francisco, CA 94105-2533
T +1 415 591 7081 | drice@cov.com
www.cov.com

# COVINGTON

This message is from a law firm and may contain information that is confidential or legally privileged. If you are not the intended recipient, please immediately advise the sender by reply e-mail that this message has been inadvertently transmitted to you and delete this e-mail from your system. Thank you for your cooperation.