# EXHIBIT H

| | |
|---|---|
| **From:** | Simonsen, Ashley M |
| **To:** | "Krista Batchelder"; Jason Slothouber; Megan O"Neill; Christian Lewis; Social Media MDL State AGs Lead Counsel; dpc_Law_ |
| **Cc:** | Chaput, Isaac; Schmidt, Paul; Hester, Timothy; Greenhill, Alice; Jackson, Gavin; Mers, Megan; Porter, Abby; Franicevic, Zora F; Cholera, Kuntal; Rouhandeh, James P.; Perez-Marques, Antonio J.; Stern, Caroline; Stefanik, Sean; Benedict, Kathryn S.; Meyer, Corey M. |
| **Subject:** | RE: Conferral Request Regarding Meta"s April 24 Witness List |
| **Date:** | Thursday, May 14, 2026 5:23:34 PM |
| **Attachments:** | image001.png |
| | image002.png |

Krista,

My apologies, I forgot that we had set a specific time today that we would get back to you.  To facilitate further conferrals, Meta agrees to file simultaneous 10-page briefs by COB next Wednesday, May 20 on the AGs' motion to strike two of Meta's fact witnesses (Jensen and Kivran-Swaine) and three of Meta's 30(b)(6) witnesses (Chen, Wakefield, and Walton)—subject to, without waiving, and expressly preserving our position and right to argue that the AGs' motion (a) should count as at least 1-2 of their five MILs and (b) is procedurally improper since it was filed out of sequence with the Court-ordered process for exchanging and conferring on MILs before filing them. Please confirm the AGs' agreement to this approach.

I've interlineated responses to the non-argumentative points in the second and third paragraphs of your email below.

**From:** Krista Batchelder <Krista.Batchelder@coag.gov>
**Sent:** Thursday, May 14, 2026 4:25 PM
**To:** Jason Slothouber <Jason.Slothouber@coag.gov>; Simonsen, Ashley M <asimonsen@cov.com>; Megan O'Neill <Megan.Oneill@doj.ca.gov>; Christian Lewis <Christian.Lewis@ky.gov>; Social Media MDL State AGs Lead Counsel <SM.MDLAGLeads@coag.gov>; dpc_Law_ <dpc@law.njoag.gov>
**Cc:** Chaput, Isaac <IChaput@cov.com>; Schmidt, Paul <pschmidt@cov.com>; Hester, Timothy <thester@cov.com>; Greenhill, Alice <AGreenhill@cov.com>; Jackson, Gavin <GJackson@cov.com>; Mers, Megan <mmers@cov.com>; Porter, Abby <APorter@cov.com>; Franicevic, Zora F <ZFranicevic@cov.com>; Beaudoin, Austin <ABeaudoin@cov.com>; Rouhandeh, James P. <rouhandeh@davispolk.com>; Perez-Marques, Antonio J. <antonio.perez@davispolk.com>; Stern, Caroline <caroline.stern@davispolk.com>; Stefanik, Sean <sean.stefanik@davispolk.com>; Benedict, Kathryn S. <kathryn.benedict@davispolk.com>; Meyer, Corey M. <corey.meyer@davispolk.com>
**Subject:** RE: Conferral Request Regarding Meta's April 24 Witness List

Ashley,

Following up on the conferral, Meta had committed to letting us know by noon PT today if it would engage in simultaneous briefing to be filed May 20 in advance of the CMC. This was to allow for further conferrals, and to only brief remaining disputes, if any.

We can confirm that we are not agreeable to the offer of Meta withdrawing Ms. Kivran-Swaine in exchange for allowing the testimony of Mr. Jensen and engaging in further discovery. Not only was he

not timely disclosed and his file never produced, but Meta could not confirm as recently as Tuesday whether his file was available [this is inaccurate; I told you on Tuesday that I believed Meta was already in the process of preparing Mr. Jensen's emails and Workplace chats for production in another case (the TN AG matter), which I've now confirmed.  Meta can reproduce those documents to you as soon as they're produced in TN], whether he had been subject to the litigation hold [this also is inaccurate; you did not ask if Mr. Jensen had been subject to the litigation hold.   Now that you've asked the question, I can confirm that Mr. Jensen has been subject to the litigation hold], or any justification as to why he was only just disclosed as a live witness. Making Mr. Jensen available at our convenience does not mitigate the harm or prejudice caused. Lastly, we will not be removing those portions of our expert's report that you described as addressing "adequacy of content moderation efforts."

If Meta has another proposal for us to consider and would like to delay briefing until May 20, we are happy to discuss - please let us know before tomorrow morning. [We will consider whether there are any further compromise offers it makes sense to discuss; in the meantime, as stated above, we agree to delay briefing until May 20] Absent an agreement or confirmation, we will anticipate filing tomorrow and will seek to have it heard at the May 27 CMC.

Krista

**Krista Batchelder**
Deputy Solicitor General
Colorado Department of Law
P: 720-508-6384 | Krista.Batchelder@coag.gov

The statements and opinions in this email do not represent the statements and opinions of the Attorney General.

---

**From:** Jason Slothouber <Jason.Slothouber@coag.gov>
**Sent:** Tuesday, May 12, 2026 3:45 PM
**To:** Simonsen, Ashley M <asimonsen@cov.com>; Krista Batchelder <Krista.Batchelder@coag.gov>; Megan O'Neill <Megan.Oneill@doj.ca.gov>; Christian Lewis <Christian.Lewis@ky.gov>; Social Media MDL State AGs Lead Counsel <SM.MDLAGLeads@coag.gov>; dpc_Law_ <dpc@law.njoag.gov>
**Cc:** Chaput, Isaac <IChaput@cov.com>; Schmidt, Paul <pschmidt@cov.com>; Hester, Timothy <thester@cov.com>; Greenhill, Alice <AGreenhill@cov.com>; Jackson, Gavin <GJackson@cov.com>; Mers, Megan <mmers@cov.com>; Porter, Abby <APorter@cov.com>; Franicevic, Zora F <ZFranicevic@cov.com>; Beaudoin, Austin <ABeaudoin@cov.com>; Rouhandeh, James P. <rouhandeh@davispolk.com>; Perez-Marques, Antonio J. <antonio.perez@davispolk.com>; Stern, Caroline <caroline.stern@davispolk.com>; Stefanik, Sean <sean.stefanik@davispolk.com>; Benedict, Kathryn S. <kathryn.benedict@davispolk.com>; Meyer, Corey M. <corey.meyer@davispolk.com>
**Subject:** RE: Conferral Request Regarding Meta's April 24 Witness List

Ashley,

As we discussed just now in the conferral, the FRCP are clear that only adverse parties may call their opponent's 30(b)(6) witness.

FRCP 32(a)(3) - *Deposition of Party, Agent, or Designee.* An adverse party may use for any purpose the deposition of a party or anyone who, when deposed, was the party's officer, director, managing agent, or designee under Rule 30(b)(6) or 31(a)(4).

That makes sense since a corporate witness testifying in a self-serving capacity would have personal knowledge and hearsay problems.

The case we referred to in the conferral was:

*Tijerina v. Alaska Airlines, Inc.*, No. 22-CV-203 JLS (BGS), 2024 WL 270090, at *1-3 (S.D. Cal. Jan. 24, 2024)

**Jason Slothouber**
Chief Trial Counsel
Consumer Protection, Colorado Department of Law
P: 720-508-6703 | Jason.Slothouber@coag.gov

The statements and opinions in this email do not represent the statements and opinions of the Attorney General.

---

**From:** Simonsen, Ashley M <asimonsen@cov.com>
**Sent:** Monday, May 11, 2026 6:58 PM
**To:** Krista Batchelder <Krista.Batchelder@coag.gov>; Megan O'Neill <Megan.Oneill@doj.ca.gov>; Christian Lewis <Christian.Lewis@ky.gov>; Jason Slothouber <Jason.Slothouber@coag.gov>; Social Media MDL State AGs Lead Counsel <SM.MDLAGLeads@coag.gov>; dpc_Law_ <dpc@law.njoag.gov>
**Cc:** Chaput, Isaac <IChaput@cov.com>; Schmidt, Paul <pschmidt@cov.com>; Hester, Timothy <thester@cov.com>; Greenhill, Alice <AGreenhill@cov.com>; Jackson, Gavin <GJackson@cov.com>; Mers, Megan <mmers@cov.com>; Porter, Abby <APorter@cov.com>; Franicevic, Zora F <ZFranicevic@cov.com>; Beaudoin, Austin <ABeaudoin@cov.com>; Rouhandeh, James P. <rouhandeh@davispolk.com>; Perez-Marques, Antonio J. <antonio.perez@davispolk.com>; Stern, Caroline <caroline.stern@davispolk.com>; Stefanik, Sean <sean.stefanik@davispolk.com>; Benedict, Kathryn S. <kathryn.benedict@davispolk.com>; Meyer, Corey M. <corey.meyer@davispolk.com>
**Subject:** RE: Conferral Request Regarding Meta's April 24 Witness List

Krista,

Thanks for getting back to me.  Yes, let's plan to confer tomorrow.  I am available at 2 PT, and will send a calendar invitation and Zoom link.

During the call, we would also like to discuss Meta's anticipated motion to preclude Jason Sattizahn from testifying (and the AGs' counsel from questioning him) about Meta's attorney-client privileged communications.  Please let us know whether, rather than engage in motion practice on this issue, the AGs would instead agree to stipulate to be bound by Judge Kuhl's ruling in the JCCP as to the admissibility of that testimony.  If so, we can prepare a stipulation and proposed order for the Court's entry along the lines of what Meta and the PISD Plaintiffs agreed to in paragraphs 1-2 of the attached (which Judge Gonzalez Rogers subsequently entered).

I do not know what you are referring to by suggesting Meta has "acknowledged" that it cannot introduce its 30(b)(6) witnesses' deposition testimony at trial.  In any event, Meta would plan to call Chen, Wakefield, and Walton live at trial.  Since the AGs previously deposed them, and since I'm confirming Meta's agreement to confine their trial testimony to the scope of their 30(b)(6) topics (or questions they were asked in deposition), we remain unclear on what basis you could claim prejudice from their inclusion on our April 24 witness list.  Do I understand correctly that the sole basis for your objection is that they were not included on the preliminary witness list we exchanged last September—the principal purpose of which was to identify witnesses who were *not* previously deposed (so that their depositions could be scheduled)?

We also do not understand your basis for filing motions to exclude tomorrow, or for seeking accelerated briefing on those motions.  The parties *just* submitted a joint proposed pretrial schedule that, in accordance with Judge Gonzalez Rogers's prior instructions on the proper sequencing of MILs, set a May 29 deadline to exchange lists of MILs, followed by an exchange of opening motions (limited to five per side) on June 3 and the filing of oppositions on June 17.  Filing five MILs on these witnesses tomorrow—nearly three weeks before the deadline to even exchange *lists* of MILs, and then confer on them holistically—directly contravenes that timing and sequencing.  As I've previously noted, it also violates the Parties' agreement and Judge Gonzalez Rogers's prior instructions to limit each side's MILs to five MILs per side, given the AGs already used one of their MILs on Dr. Bartlett.  Your email offers no response on any of these points; please be prepared to discuss on tomorrow's call.  In the meantime, please disclose what expedited briefing schedule you intend to seek.

---

From: Krista Batchelder <Krista.Batchelder@coag.gov>
Sent: Monday, May 11, 2026 4:05 PM
To: Simonsen, Ashley M <asimonsen@cov.com>; Megan O'Neill <Megan.Oneill@doj.ca.gov>; Christian Lewis <Christian.Lewis@ky.gov>; Jason Slothouber <Jason.Slothouber@coag.gov>; Social Media MDL State AGs Lead Counsel <SM.MDLAGLeads@coag.gov>; dpc_Law_ <dpc@law.njoag.gov>
Cc: Chaput, Isaac <IChaput@cov.com>; Schmidt, Paul <pschmidt@cov.com>; Hester, Timothy <thester@cov.com>; Greenhill, Alice <AGreenhill@cov.com>; Jackson, Gavin <GJackson@cov.com>; Mers, Megan <mmers@cov.com>; Porter, Abby <APorter@cov.com>; Franicevic, Zora F <ZFranicevic@cov.com>; Beaudoin, Austin <ABeaudoin@cov.com>; Rouhandeh, James P. <rouhandeh@davispolk.com>; Perez-Marques, Antonio J. <antonio.perez@davispolk.com>; Stern, Caroline <caroline.stern@davispolk.com>; Stefanik, Sean <sean.stefanik@davispolk.com>; Benedict, Kathryn S. <kathryn.benedict@davispolk.com>; Meyer, Corey M. <corey.meyer@davispolk.com>

**Subject:** RE: Conferral Request Regarding Meta's April 24 Witness List

<mark>[EXTERNAL]</mark>
Ashley,

As discussed, the AGs will move to preclude Meta from relying on the following late and improperly disclosed live witnesses: Felicia Chen, Kyle Jensen, Funda Kivran-Swain, Nicholas Wakefield, and Jessica Walton. None were disclosed as live witnesses by the relevant deadline, and the testimony of Chen, Wakefield, and Walton - who were deposed only as 30(b)(b)(6) designees - cannot be introduced by Meta through their deposition testimony, as Meta has acknowledged.

We are available to confer again tomorrow (5/12) at your convenience. However, the AGs will not stipulate to the designation of 30(b)(6) testimony for witnesses we did not ourselves disclose and are unaware of any compromise that would not result in prejudice. If Meta is willing to withdraw these employees from its witness list, we would prefer to avoid spending additional time on this issue. Short of this, the AGs will be moving forward with our motion to exclude no later than end of day tomorrow. We also seek to have the briefing schedule expedited so as to have this matter heard, if the Court is amenable, at the May 27 CMC.

Sincerely,

Krista


**Krista Batchelder**
Deputy Solicitor General
Colorado Department of Law
P: 720-508-6384 | <u>Krista.Batchelder@coag.gov</u>

The statements and opinions in this email do not represent the statements and opinions of the Attorney General.

---

**From:** Simonsen, Ashley M <<u>asimonsen@cov.com</u>>
**Sent:** Friday, May 8, 2026 4:13 PM
**To:** Krista Batchelder <<u>Krista.Batchelder@coag.gov</u>>; Megan O'Neill <<u>Megan.Oneill@doj.ca.gov</u>>; Christian Lewis <<u>Christian.Lewis@ky.gov</u>>; Jason Slothouber <<u>Jason.Slothouber@coag.gov</u>>; Social Media MDL State AGs Lead Counsel <<u>SM.MDLAGLeads@coag.gov</u>>; dpc_Law_ <<u>dpc@law.njoag.gov</u>>
**Cc:** Chaput, Isaac <<u>IChaput@cov.com</u>>; Schmidt, Paul <<u>pschmidt@cov.com</u>>; Hester, Timothy <<u>thester@cov.com</u>>; Greenhill, Alice <<u>AGreenhill@cov.com</u>>; Jackson, Gavin <<u>GJackson@cov.com</u>>; Mers, Megan <<u>mmers@cov.com</u>>; Porter, Abby <<u>APorter@cov.com</u>>; Franicevic, Zora F <<u>ZFranicevic@cov.com</u>>; Beaudoin, Austin <<u>ABeaudoin@cov.com</u>>; Rouhandeh, James P. <<u>rouhandeh@davispolk.com</u>>; Perez-Marques, Antonio J. <<u>antonio.perez@davispolk.com</u>>; Stern, Caroline <<u>caroline.stern@davispolk.com</u>>; Stefanik, Sean <<u>sean.stefanik@davispolk.com</u>>; Benedict, Kathryn S. <<u>kathryn.benedict@davispolk.com</u>>; Meyer, Corey M. <<u>corey.meyer@davispolk.com</u>>

**Subject:** RE: Conferral Request Regarding Meta's April 24 Witness List

Thanks, Krista.  Please clarify what you mean in saying that the AGs "will be moving forward to exclude" certain of Meta's witnesses.  In particular, please clarify whether you are planning to file motions to strike as to the witnesses you are seeking to exclude (or something else); and when you are planning to move forward with those motions.

Please also specify the witnesses you believe fall into the following categories referenced in your email:

1. "witnesses those who were untimely disclosed"
2. witnesses "whose deposition tape is inadmissible"

Finally, we reiterate our request to continue our conferrals to see if we can resolve our disagreements with respect to these witnesses, including through possible compromises.  Please let us know if the AGs are willing to continue the discussion and, if so, your availability early next week to do so.

Thank you,
Ashley

---

**From:** Krista Batchelder <Krista.Batchelder@coag.gov>
**Sent:** Friday, May 8, 2026 3:07 PM
**To:** Simonsen, Ashley M <asimonsen@cov.com>; Megan O'Neill <Megan.Oneill@doj.ca.gov>; Christian Lewis <Christian.Lewis@ky.gov>; Jason Slothouber <Jason.Slothouber@coag.gov>; Social Media MDL State AGs Lead Counsel <SM.MDLAGLeads@coag.gov>; dpc_Law_ <dpc@law.njoag.gov>
**Cc:** Chaput, Isaac <IChaput@cov.com>; Schmidt, Paul <pschmidt@cov.com>; Hester, Timothy <thester@cov.com>; Greenhill, Alice <AGreenhill@cov.com>; Jackson, Gavin <GJackson@cov.com>; Mers, Megan <mmers@cov.com>; Porter, Abby <APorter@cov.com>; Franicevic, Zora F <ZFranicevic@cov.com>; Beaudoin, Austin <ABeaudoin@cov.com>; Rouhandeh, James P. <rouhandeh@davispolk.com>; Perez-Marques, Antonio J. <antonio.perez@davispolk.com>; Stern, Caroline <caroline.stern@davispolk.com>; Stefanik, Sean <sean.stefanik@davispolk.com>; Benedict, Kathryn S. <kathryn.benedict@davispolk.com>; Meyer, Corey M. <corey.meyer@davispolk.com>
**Subject:** RE: Conferral Request Regarding Meta's April 24 Witness List

**[EXTERNAL]**
Ashley,

We will not be filing our motion today, but we will be moving forward to exclude as witnesses those who were untimely disclosed and whose deposition tape is inadmissible.

Krista

**Krista Batchelder**
Deputy Solicitor General

Colorado Department of Law

P: 720-508-6384 | Krista.Batchelder@coag.gov

The statements and opinions in this email do not represent the statements and opinions of the Attorney General.

---

**From:** Simonsen, Ashley M <asimonsen@cov.com>
**Sent:** Thursday, May 7, 2026 8:58 PM
**To:** Krista Batchelder <Krista.Batchelder@coag.gov>; Megan O'Neill <Megan.Oneill@doj.ca.gov>; Christian Lewis <Christian.Lewis@ky.gov>; Jason Slothouber <Jason.Slothouber@coag.gov>; Social Media MDL State AGs Lead Counsel <SM.MDLAGLeads@coag.gov>; dpc_Law_ <dpc@law.njoag.gov>
**Cc:** Chaput, Isaac <IChaput@cov.com>; Schmidt, Paul <pschmidt@cov.com>; Hester, Timothy <thester@cov.com>; Greenhill, Alice <AGreenhill@cov.com>; Jackson, Gavin <GJackson@cov.com>; Mers, Megan <mmers@cov.com>; Porter, Abby <APorter@cov.com>; Franicevic, Zora F <ZFranicevic@cov.com>; Beaudoin, Austin <ABeaudoin@cov.com>; Rouhandeh, James P. <rouhandeh@davispolk.com>; Perez-Marques, Antonio J. <antonio.perez@davispolk.com>; Stern, Caroline <caroline.stern@davispolk.com>; Stefanik, Sean <sean.stefanik@davispolk.com>; Benedict, Kathryn S. <kathryn.benedict@davispolk.com>; Meyer, Corey M. <corey.meyer@davispolk.com>
**Subject:** RE: Conferral Request Regarding Meta's April 24 Witness List

Krista,

Following up on Isaac's note below, it is inappropriate for the AGs to file motions to strike on one day's notice and without leave of Court, particularly when you've offered no response to any of the points we made on Tuesday's conferral as to why those motions would be improper—points you promised to take back, but in response to which we've heard nothing from you. The proper course is to continue our conferrals and, to the extent we cannot resolve our disagreements through those conferrals, for the AGs to *seek leave* to file motions to strike.

Per Isaac's question below, we do not understand the basis for moving to strike Ms. Chen, Mr. Wakefield, and Ms. Walton, when we indicated on Tuesday's call that Meta could likely agree to limit their testimony at trial to the scope of the 30(b)(6) topics on which they were designated or questioned in deposition—consistent with the Parties' prior agreements, endorsed by Magistrate Judge Kang, for all other 30(b)(6) witnesses who were added to either side's witness list after the close of fact discovery. *See* ECF 2327 at 7 (memorializing Parties' agreement that trial testimony of prior 30(b)(6) witnesses added to Defendants' Preliminary Witness Lists "will be limited in scope to the issues for which they were each designated and deposed about as Rule 30(b)(6) designees"); 10/17/25 Email (in attached thread) (confirming Plaintiffs' agreement that one of Meta's 30(b)(6) witnesses would "testify at trial within scope of topics in MDL Rule 30(b)(6) Notice (or topics outside scope of Notice inquired about at deposition by Plaintiffs)"). We have been working to confirm that position with our client and expect to get back to you soon. Assuming we provide that confirmation, on what basis would you move to strike these witnesses, and what prejudice are you claiming?

Please also confirm the basis on which you would move to strike Funda Kivran-Swaine and Kyle Jensen (who we assume are the "fact witnesses who were not timely disclosed" according to your email below). As we reminded you on Tuesday's call (and contrary to your

mistaken understanding as stated on that call), Ms. Kivran-Swaine *was* an MDL document custodian; she was also previously deposed, and the transcript of that deposition was produced to all MDL and JCCP Plaintiffs yesterday (along with over 10 other deposition transcripts). Accordingly, we maintain that there is no prejudice to the AGs from Meta's addition of Ms. Kivran-Swaine to Meta's witness list, but welcome hearing from you if there is something we can provide to cure whatever prejudice you are claiming. As to Mr. Jensen, as we explained on Tuesday's call, we added him to our list in direct response to topics raised in the AGs' recently-served expert reports pertaining to under-13 issues, and are prepared to put him up for a deposition. You said you would take that back, but again, we've not heard back from you.

We reiterate our request to hear back from you in response to the points raised on Tuesday's call (as reiterated here). Regardless of how you choose to proceed, we remind you that the Parties are limited to five motions in limine per side, with motions to strike or preclude individual witnesses each counting as a full motion for purposes of the five-motion limit. *See, e.g.*, ECF 3003 at 3 n.9 ("Each expert for whom a side files a Rule 702 motion shall count as one of that side's 5 motions in limine."); *see also* 3/18/26 MDL CMC Tr. at 131:9-11 (Court asking "why are [Plaintiffs] raising [a proposed motion to preclude Bryce Bartlett from testifying as either a fact or non-retained expert witness] outside of the motions in limine? You had a certain number of motions. I don't understand."). Assuming you proceed with your plan to unilaterally file motions to strike all five of these witnesses tomorrow, you will already be over your five-MIL limit given the motion to strike Dr. Bartlett that you previously elected to file.

We look forward to hearing back from you, and hope we can work constructively and cooperatively to resolve our disagreements—as we were eventually able to do with respect to Dr. Bartlett (after the AGs unsuccessfully moved to strike him)—rather than having the AGs continue to resort to motion practice.

---

**From:** Chaput, Isaac <IChaput@cov.com>
**Sent:** Thursday, May 7, 2026 12:27 PM
**To:** Krista Batchelder <Krista.Batchelder@coag.gov>; Schmidt, Paul <pschmidt@cov.com>; Simonsen, Ashley M <asimonsen@cov.com>; Stern, Caroline <caroline.stern@davispolk.com>; Megan O'Neill <Megan.Oneill@doj.ca.gov>; Christian Lewis <Christian.Lewis@ky.gov>; Jason Slothouber <Jason.Slothouber@coag.gov>
**Cc:** Hester, Timothy <thester@cov.com>; Porter, Abby <APorter@cov.com>; Franicevic, Zora F <ZFranicevic@cov.com>; Rouhandeh, James P. <rouhandeh@davispolk.com>; Perez-Marques, Antonio J. <antonio.perez@davispolk.com>; Stefanik, Sean <sean.stefanik@davispolk.com>; Benedict, Kathryn S. <kathryn.benedict@davispolk.com>; Meyer, Corey M. <corey.meyer@davispolk.com>; Social Media MDL State AGs Lead Counsel <SM.MDLAGLeads@coag.gov>; dpc_Law_ <dpc@law.njoag.gov>; Greenhill, Alice <AGreenhill@cov.com>; Hester, Timothy <thester@cov.com>; Simonsen, Ashley M <asimonsen@cov.com>
**Subject:** RE: Conferral Request Regarding Meta's April 24 Witness List

Hi Krista – what's the basis for the motion to strike witnesses who the AGs deposed in a 30(b)(6) capacity?

---

**From:** Krista Batchelder <Krista.Batchelder@coag.gov>
**Sent:** Thursday, May 7, 2026 1:02 PM
**To:** Schmidt, Paul <pschmidt@cov.com>; Simonsen, Ashley M <asimonsen@cov.com>; Stern, Caroline <caroline.stern@davispolk.com>; Megan O'Neill <Megan.Oneill@doj.ca.gov>; Christian Lewis <Christian.Lewis@ky.gov>; Jason Slothouber <Jason.Slothouber@coag.gov>
**Cc:** Hester, Timothy <thester@cov.com>; Porter, Abby <APorter@cov.com>; Franicevic, Zora F <ZFranicevic@cov.com>; Rouhandeh, James P. <rouhandeh@davispolk.com>; Perez-Marques, Antonio J. <antonio.perez@davispolk.com>; Stefanik, Sean <sean.stefanik@davispolk.com>; Benedict, Kathryn S. <kathryn.benedict@davispolk.com>; Meyer, Corey M. <corey.meyer@davispolk.com>; Social Media MDL State AGs Lead Counsel <SM.MDLAGLeads@coag.gov>; dpc_Law_ <dpc@law.njoag.gov>; Chaput, Isaac <IChaput@cov.com>; Greenhill, Alice <AGreenhill@cov.com>; Hester, Timothy <thester@cov.com>; Simonsen, Ashley M <asimonsen@cov.com>
**Subject:** RE: Conferral Request Regarding Meta's April 24 Witness List

[EXTERNAL]
Good afternoon,

Following our May 5 conferral regarding Meta's April 24 witness list, the MDL State AGs intend to file a motion to strike by tomorrow, May 8. As discussed, we will move to strike fact witnesses who were not timely disclosed, as well as 30(b)(6) witnesses Meta has indicated it intends to call live.

Sincerely,

Krista

**Krista Batchelder**
Deputy Solicitor General
Colorado Department of Law
P: 720-508-6384 | Krista.Batchelder@coag.gov

The statements and opinions in this email do not represent the statements and opinions of the Attorney General.

---

**From:** Krista Batchelder
**Sent:** Thursday, April 30, 2026 2:24 PM
**To:** Schmidt, Paul <pschmidt@cov.com>; Simonsen, Ashley M <asimonsen@cov.com>; Stern, Caroline <caroline.stern@davispolk.com>; Megan O'Neill <Megan.Oneill@doj.ca.gov>; Christian Lewis <Christian.Lewis@ky.gov>; Jason Slothouber <Jason.Slothouber@coag.gov>
**Cc:** Hester, Timothy <thester@cov.com>; Porter, Abby <APorter@cov.com>; Franicevic, Zora F <ZFranicevic@cov.com>; Rouhandeh, James P. <rouhandeh@davispolk.com>; Perez-Marques, Antonio J. <antonio.perez@davispolk.com>; Stefanik, Sean <sean.stefanik@davispolk.com>; Benedict, Kathryn S. <kathryn.benedict@davispolk.com>; Meyer, Corey M. <corey.meyer@davispolk.com>; Social Media MDL State AGs Lead Counsel