# EXHIBIT I

CONFIDENTIAL

Page 1

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN RE:  SOCIAL MEDIA ADOLESCENT        Case No.:
ADDICTION/PERSONAL INJURY              4:22-MD-03047-YGR
PRODUCTS LIABILITY LITIGATION
--------------------------------/  MDL No.  3047
This Document Relates to:
ALL ACTIONS.
--------------------------------/


     Confidential - Pursuant to Protective Order

          30(b)(6) FOR META PLATFORMS, INC.
             VIDEO-RECORDED DEPOSITION OF
           NICHOLAS EDWARD CARVER WAKEFIELD
                Tuesday, June 10, 2025
                Covington & Burling, LLP
                   Salesforce Tower
             415 Mission Street, Suite 5400
                San Francisco, CA 94105


Stenographically reported by:
LORRIE L. MARCHANT, RMR, CRR, CCRR, CRC
California CSR No. 10523
Washington CSR No. 3318
Oregon CSR No. 19-0458
Texas CSR No. 11318
Job No.:  MDLG 7399613
California Firm Registration No.:  48

CONFIDENTIAL

Page 18

A.    Central product platform.

Q.    And what does that group do?

A.    CPP provides shared systems that we use across Meta.  So instead of building something once -- instead of building something multiple times, you build it once and then different teams get to use it.

Q.    Okay.  And can you tell me -- when you say "shared systems," can you give me some examples of those?

A.    Think of a good one.

Think of an experimentation platform, something you use to release features on the website.  We'll build that once, and then teams across the company will use that capability.

Q.    Okay.  Thank you for that explanation.

Another team you said that your work involves is core growth; is that right?

A.    Yeah.  Core growth sometimes called "central growth."  Yeah.

Q.    And what does that team do?

A.    We're responsible for Facebook, Instagram, growth, like, bringing new users to the platform and retaining users and the measurement around that.

Q.    Okay.  When you say the measurement

CONFIDENTIAL

Page 19

about -- strike that.  Sorry.

When you say the measurement around bringing new users to the platform and retaining users, what do you mean by "measurement"?

A.    How many users active in a month, how many users are active in a day, and all the associated complexities of that.

Q.    Okay.  All right.  I think we can start looking at some data, then.

I want to tell you now that we'll be looking at a lot of data and quite a few spreadsheets today.  And some of those spreadsheets are quite large and cannot be opened easily.

So for those larger spreadsheets, we have gathered and will be displaying a random sample of the rows in the spreadsheet.  That random sample will show the field names or the column headers as they appear in the full production.

MR. IRWIN:  So when you say "random sample," do you mean like it won't be sorted by any column or --

MS. ARORA:  It's not sorted by any column, that's correct.

MR. IRWIN:  Okay.

MS. ARORA:  And it's not just taken from

CONFIDENTIAL

Page 22

Q.    Okay.   So you saw this spreadsheet while preparing for this deposition?

A.    Yes.

Q.    I'll represent to you that this is a spreadsheet that Meta's counsel has described as "Instagram monthly active users broken down by state and age."

A.    M-hm.

Q.    Were you involved in compiling this data?

A.    Not involved in compiling.

Q.    Okay.   Who at Meta was involved in compiling this data?

A.    E-discovery team.

Q.    And did you speak to them while preparing for this deposition?

A.    Yes, I did.

Q.    And that was the individual you mentioned earlier, correct, the subject-matter expert?

A.    No.

Q.    Oh, okay.

Can you tell me how long did you speak with the e-discovery team in preparing for today's deposition?

A.    It must have been a few hours.

Q.    Can you tell me a little bit more about

CONFIDENTIAL

Page 23

this e-discovery team?  What does it -- strike that.

What does the e-discovery team do?

A.    They -- as far as I -- I understand, they produce these data extracts.

MS. ARORA:  Let's go to Tab 14, please. And we'll mark it as Exhibit 3.

(Marked for identification purposes, Meta-Wakefield Exhibit 3.)

MR. IRWIN:  And just so I understand, the tab numbers you're referring to are just your own internal --

MS. ARORA:  This is internal so that our trial tech can pull it up on the screen so you can view it.

MR. IRWIN:  Right.  Not part of the Bates number?

MS. ARORA:  That's right.

MR. IRWIN:  Okay.

BY MS. ARORA:

Q.    I'll represent to you that -- oh, I'm sorry.  Here you go.

I'll represent to you that this is a letter provided by Meta's counsel with the spreadsheet you just viewed.

Have you seen this letter before?

CONFIDENTIAL

Page 44

teen or non-teen?

MR. IRWIN:  Object as to scope.

THE WITNESS:  Very similar to the -- the Age Affinity model.  Yeah.

BY MS. ARORA:

Q.  Are the Adult Classifier model's predictions based on data that Meta uses in the ordinary course of business?

MR. IRWIN:  Object as to scope.

THE WITNESS:  Yes.

BY MS. ARORA:

Q.  Do you know what system or database Meta stores the Adult Classifier model's predictions in?

A.  Similar to before, you will find it in many systems, but you will find it in Hive.

Q.  What does Meta use the Adult Classifier model's predictions for?

A.  Similar as to before, we use it for many different things.  For reporting in my case.  But if you've got a valid business case, you can use the model.  Yeah.

Q.  Are you aware of better methods at Meta for estimating whether a user is a teen or a non-teen?

MR. IRWIN:  Object as to scope.

THE WITNESS:  Sorry.  Same answer as

CONFIDENTIAL

Page 45

before.  Like, it's -- if your business purpose justifies it, you -- you may use more resources. But it's a balance.

BY MS. ARORA:

Q.   Certainly.

But does Meta have a better method, to your knowledge, for estimating whether a user is a teen or a non-teen?

MR. IRWIN:  Same objection.

THE WITNESS:  Yeah, I'm not aware.

BY MS. ARORA:

Q.   Just to clarify for the record, are you not aware of another method that Meta has for estimating teen --

A.   I'm not aware of a better method.

Q.   Okay.

MR. IRWIN:  Object to scope.

BY MS. ARORA:

Q.   Thank you for the clarification.

Can the Adult Classifier model predict if someone is under 13?

A.   Not to my knowledge.

Q.   Okay.  Are the outputs of the Age Affinity model used as a signal for the Adult Classifier model?

CONFIDENTIAL

Page 99

Q.   And if you wanted to know the answer to that question who would you ask?

A.   I would go to the e-discovery team.

Q.   Okay.  What method did Meta use to cap the data at 24 hours as described?

MR. IRWIN:  Object to form.

THE WITNESS:  Normal filtering as you would do in SQL, yeah.

BY MS. ARORA:

Q.   Okay.  In capping the data at 24 hours, how did Meta identify the day for which the data applied?

MR. IRWIN:  Object to form.

THE WITNESS:  So -- well, the time spent data has a daily partition with -- at a grain being user or whatever it is.  And you have a total amount of time spent, and if it's more than 24 hours that is what you choose to cap it at -- that particular record at 24 hours.

BY MS. ARORA:

Q.   Okay.  When identifying the day for which the daily time spent data is attributed, is that day based on the beginning time of a session?

MR. IRWIN:  Object to form.

THE WITNESS:  I would need look at these

CONFIDENTIAL

Page 100

examples.  Yeah.

BY MS. ARORA:

Q.    Is that information known by someone in Meta -- strike that.

Does the method that Meta used to identify the day associated with daily time spent data, is that method known by someone at Meta?

A.    The time spent happens on a particular day, and it's associated with that day.

Q.    Okay.

A.    So if the total time spent for the day is more than 24 hours that's -- and -- that's an oddity, and you will cap it at 24 hours.

Q.    Okay.  Thank you.

So this error that we've been talking about, do you know to what extent this error affected the daily time spent data?

A.    I don't know to what extent.

Q.    Does someone at Meta have the information needed to answer that question?

A.    I would have to consult the e-discovery team.

Q.    Okay.  Thank you.

MS. ARORA:  I want to introduce another document.  It's not a spreadsheet.  And it's Tab 17,

CONFIDENTIAL

Page 103

Do you see that?

A.   I do.

Q.   So this is the average daily time spent broken down by age and month; correct?

A.   Correct.

Q.   For Instagram what system or database does this information come from?

A.   Hive.

Q.   Okay.  And for Facebook what system does this information come from?

A.   Hive.

Q.   Okay.  Is this data maintained in the ordinary course of business?

A.   Yes.

Q.   Is this a simple count of daily time spent data or did Meta perform calculations to derive this data?

A.   This is an average, yeah.

Q.   So did Meta perform calculations to derive this average daily time spent data?

A.   It's a simple average of time spent.

Q.   Okay.  And who performed that calculation to derive that simple average of the time spent?

A.   The e-discovery team.

Q.   Okay.  Can you tell me -- you just

CONFIDENTIAL

Page 132

Do you see that?

A.   I do.

Q.   I'll represent to you that this statement appears in the cover letters accompanying each production that we saw today that includes the user location data.

Is this an accurate description of how Meta estimates user location data in the ordinary course of business?  Actually, may I strike that.

Is this an accurate description of how Meta estimated user location data in the productions we've been discussing?

A.   From what I understand, yes.

Q.   Okay.  Was geographic location data estimated in these productions in a consistent manner with how it's estimated in the ordinary course of business?

A.   Yes.

Q.   What system or database does the geographic prediction data come from for the state?

A.   It's all in Hive.

Q.   Okay.  What does Meta use geographic prediction data for?

A.   Similar to before, for reporting -- that would be one example -- operation analytics, to feed

CONFIDENTIAL

Page 133

into other models, those kind of things.

Q.   Okay.  What person or group at Meta -- strike that.

Is there a particular model that Meta uses to predict geographic location?

A.   It's a family of models.

Q.   Can you explain that a little bit more, please?

A.   So some models you can use for certain purposes and some models you can't use.  They're location models.

Q.   Okay.  So for predicting state, is there a particular model that Meta uses?

A.   Yes.  There is a model for that.

Q.   Is there -- is there a name for that model that you all use?

A.   I just call them the Location models.

Q.   Okay.  To your understanding was the same Location model used to predict states in these productions as Meta uses to predict states for its business purposes?

A.   Let me just scan for any anomalies here.

MR. IRWIN:  Object to form.

THE WITNESS:  So how the model is used here varies.  Sometimes it is applied backward, because