# EXHIBIT J

**COVINGTON**

BEIJING   BRUSSELS   DUBAI   FRANKFURT   JOHANNESBURG
LONDON   LOS ANGELES   NEW YORK   PALO ALTO
SAN FRANCISCO   SEOUL   SHANGHAI   WASHINGTON

Ashley Simonsen

Covington & Burling LLP
1999 Avenue of the Stars
Los Angeles, CA 90067-4643
T  +1 424 332 4782
asimonsen@cov.com

February 13, 2026

**By FTP and E-Mail**

Counsel for MDL Multistate AG Plaintiffs

**Re:     MDL No. 3047 (N.D. Cal.) – Meta Document Production**

Counsel for the MDL Multistate AGs:

Meta is producing META3047MDL_VOL307 (production numbers META3047MDL-307-0000001 – META3047MDL-307-00005641) via Kiteworks. This volume contains documents from the custodial files of Allison Hartnett. The password will follow by separate cover.

Meta has designated certain documents in its productions as "Confidential" or "Highly Confidential (Competitor)" pursuant to the MDL Stipulated Modified Protective Orders in this matter (ECF Docket Nos. 665 and 1209). Meta also requests that the documents in its productions be treated as confidential under the United States Freedom of Information Act, state freedom of information laws, and any similar state laws regarding public access or disclosure.

Meta does not waive any and all objections Meta might raise with respect to the use of the produced documents.  In addition, this production is being made subject to the MDL Federal Rule of Evidence 502(d) Clawback Order (ECF Docket No. 248). Meta does not waive the attorney-client privilege, the attorney work product protection, or any other applicable privilege or protection.  Meta expressly reserves its right to claw back, redact, and/or re-designate documents containing privileged information, confidential information, personally-identifying information, information requiring redaction under the Stored Communications Act, and/or source code.

Sincerely,

  _/s/ Ashley M. Simonsen_
Ashley M. Simonsen

cc:     Counsel for Defendants