# EXHIBIT L

| | |
|---|---|
| **From:** | Jason Slothouber |
| **To:** | Gasca, Angela; Chaput, Isaac; Megan O"Neill; "Meyer, Corey M."; "Stern, Caroline"; Simonsen, Ashley M; Eppich, Christopher K; "Rouhandeh, James P."; "Perez-Marques, Antonio J."; "Stefanik, Sean"; Patchen, Kate |
| **Cc:** | Social Media MDL State AGs Lead Counsel |
| **Subject:** | RE: MDL 3047 - Hartnett Deposition |
| **Date:** | Monday, May 4, 2026 1:33:16 PM |
| **Attachments:** | image001.png |

<mark>[EXTERNAL]</mark>

We can confirm June 8th for the Hartnett deposition. Please confirm location and other logistics at your earliest convenience. Thanks,

**Jason Slothouber**
Chief Trial Counsel
Consumer Protection, Colorado Department of Law
P: 720-508-6703 | Jason.Slothouber@coag.gov

The statements and opinions in this email do not represent the statements and opinions of the Attorney General.

---

**From:** Gasca, Angela <AGasca@cov.com>
**Sent:** Monday, May 4, 2026 12:46 PM
**To:** Chaput, Isaac <IChaput@cov.com>; Jason Slothouber <Jason.Slothouber@coag.gov>; Megan O'Neill <Megan.Oneill@doj.ca.gov>; 'Meyer, Corey M.' <corey.meyer@davispolk.com>; 'Stern, Caroline' <caroline.stern@davispolk.com>; Simonsen, Ashley M <asimonsen@cov.com>; Eppich, Christopher K <ceppich@cov.com>; 'Rouhandeh, James P.' <rouhandeh@davispolk.com>; 'Perez-Marques, Antonio J.' <antonio.perez@davispolk.com>; 'Stefanik, Sean' <sean.stefanik@davispolk.com>; Patchen, Kate <KPatchen@cov.com>
**Cc:** Social Media MDL State AGs Lead Counsel <SM.MDLAGLeads@coag.gov>
**Subject:** RE: MDL 3047 - Hartnett Deposition

Hi Jason,

Ms. Hartnett is available on June 8.  Please let us know if that date works for you.

Thank you,
Angela

**Angela Gasca**
Pronouns: She/Her/Hers

Covington & Burling LLP
Salesforce Tower, 415 Mission Street, Suite 5400
San Francisco, CA 94105-2533
T +1 415 591 6086 | agasca@cov.com
www.cov.com

**COVINGTON**

This message is from a law firm and may contain information that is confidential or legally privileged. If you are not the intended recipient, please immediately advise the sender by reply e-mail that this message has been inadvertently transmitted to you and delete this e-mail from your system. Thank you for your cooperation.

**From:** Chaput, Isaac <IChaput@cov.com>
**Sent:** Friday, May 1, 2026 7:23 PM
**To:** Jason Slothouber <Jason.Slothouber@coag.gov>; Megan O'Neill <Megan.Oneill@doj.ca.gov>; 'Meyer, Corey M.' <corey.meyer@davispolk.com>; 'Stern, Caroline' <caroline.stern@davispolk.com>; Simonsen, Ashley M <asimonsen@cov.com>; Eppich, Christopher K <ceppich@cov.com>; 'Rouhandeh, James P.' <rouhandeh@davispolk.com>; 'Perez-Marques, Antonio J.' <antonio.perez@davispolk.com>; 'Stefanik, Sean' <sean.stefanik@davispolk.com>; Patchen, Kate <KPatchen@cov.com>; Gasca, Angela <AGasca@cov.com>
**Cc:** Social Media MDL State AGs Lead Counsel <SM.MDLAGLeads@coag.gov>
**Subject:** RE: MDL 3047 - Hartnett Deposition

Hi Jason, we'll inquire on Monday and get back to you.

Isaac

**From:** Jason Slothouber <Jason.Slothouber@coag.gov>
**Sent:** Friday, May 1, 2026 7:16 PM
**To:** Chaput, Isaac <IChaput@cov.com>; Megan O'Neill <Megan.Oneill@doj.ca.gov>; 'Meyer, Corey M.' <corey.meyer@davispolk.com>; 'Stern, Caroline' <caroline.stern@davispolk.com>; Simonsen, Ashley M <asimonsen@cov.com>; Eppich, Christopher K <ceppich@cov.com>; 'Rouhandeh, James P.' <rouhandeh@davispolk.com>; 'Perez-Marques, Antonio J.' <antonio.perez@davispolk.com>; 'Stefanik, Sean' <sean.stefanik@davispolk.com>; Patchen, Kate <KPatchen@cov.com>; Gasca, Angela <AGasca@cov.com>
**Cc:** Social Media MDL State AGs Lead Counsel <SM.MDLAGLeads@coag.gov>
**Subject:** RE: MDL 3047 - Hartnett Deposition

[EXTERNAL]
Hi Isaac –

Thanks for offering the additional date, but 6/3 is hard for us. Could Ms. Hartnett be available June 8 or 9?

**Jason Slothouber**
Chief Trial Counsel
Consumer Protection, Colorado Department of Law
P: 720-508-6703 | Jason.Slothouber@coag.gov

The statements and opinions in this email do not represent the statements and opinions of the Attorney General.

**From:** Chaput, Isaac <IChaput@cov.com>
**Sent:** Friday, May 1, 2026 2:29 PM
**To:** Megan O'Neill <Megan.Oneill@doj.ca.gov>; 'Meyer, Corey M.' <corey.meyer@davispolk.com>; 'Stern, Caroline' <caroline.stern@davispolk.com>; Simonsen, Ashley M <asimonsen@cov.com>; Eppich, Christopher K <ceppich@cov.com>; 'Rouhandeh, James P.' <rouhandeh@davispolk.com>; 'Perez-Marques, Antonio J.' <antonio.perez@davispolk.com>; 'Stefanik, Sean' <sean.stefanik@davispolk.com>; Patchen, Kate <KPatchen@cov.com>; Gasca, Angela <AGasca@cov.com>
**Cc:** Social Media MDL State AGs Lead Counsel <SM.MDLAGLeads@coag.gov>
**Subject:** Re: MDL 3047 - Hartnett Deposition

Hi, Megan,

The deponent is available June 3, if that works on your end.

Best,
Isaac

---

**From:** Megan O'Neill <Megan.Oneill@doj.ca.gov>
**Sent:** Friday, May 1, 2026 10:45:34 AM
**To:** Chaput, Isaac <IChaput@cov.com>; 'Meyer, Corey M.' <corey.meyer@davispolk.com>; 'Stern, Caroline' <caroline.stern@davispolk.com>; Simonsen, Ashley M <asimonsen@cov.com>; Eppich, Christopher K <ceppich@cov.com>; 'Rouhandeh, James P.' <rouhandeh@davispolk.com>; 'Perez-Marques, Antonio J.' <antonio.perez@davispolk.com>; 'Stefanik, Sean' <sean.stefanik@davispolk.com>; Patchen, Kate <KPatchen@cov.com>
**Cc:** 'Social Media MDL State AGs Lead Counsel' <sm.mdlagleads@coag.gov>
**Subject:** RE: MDL 3047 - Hartnett Deposition

**[EXTERNAL]**
Thanks, Isaac. Is Ms. Hartnett available on June 1 or 2?

Best,
Megan

---

**From:** Chaput, Isaac <IChaput@cov.com>
**Sent:** Wednesday, April 29, 2026 1:03 PM
**To:** Megan O'Neill <Megan.Oneill@doj.ca.gov>; 'Meyer, Corey M.' <corey.meyer@davispolk.com>; 'Stern, Caroline' <caroline.stern@davispolk.com>; Simonsen, Ashley M <asimonsen@cov.com>; Eppich, Christopher K <ceppich@cov.com>; 'Rouhandeh, James P.' <rouhandeh@davispolk.com>; 'Perez-Marques, Antonio J.' <antonio.perez@davispolk.com>; 'Stefanik, Sean' <sean.stefanik@davispolk.com>; Patchen, Kate <KPatchen@cov.com>
**Cc:** 'Social Media MDL State AGs Lead Counsel' <sm.mdlagleads@coag.gov>
**Subject:** RE: MDL 3047 - Hartnett Deposition

> **EXTERNAL EMAIL:** This message was sent from outside DOJ. Please do not click links or open attachments that appear suspicious.

Hi Megan,

Ms. Hartnett's deposition will take place at Covington's San Francisco office. We've inquired with the witness, but she is not available on May 28 or 29 to reschedule. So we can either inquire about dates in June or keep the May 27 date.

Best,
Isaac

**From:** Megan O'Neill <Megan.Oneill@doj.ca.gov>
**Sent:** Tuesday, April 28, 2026 12:03 PM
**To:** 'Meyer, Corey M.' <corey.meyer@davispolk.com>; 'Stern, Caroline' <caroline.stern@davispolk.com>; Simonsen, Ashley M <asimonsen@cov.com>; Eppich, Christopher K <ceppich@cov.com>; Chaput, Isaac <IChaput@cov.com>; 'Rouhandeh, James P.' <rouhandeh@davispolk.com>; 'Perez-Marques, Antonio J.' <antonio.perez@davispolk.com>; 'Stefanik, Sean' <sean.stefanik@davispolk.com>; Patchen, Kate <KPatchen@cov.com>
**Cc:** 'Social Media MDL State AGs Lead Counsel' <sm.mdlagleads@coag.gov>
**Subject:** RE: MDL 3047 - Hartnett Deposition

**[EXTERNAL]**
Corey,

Following up, now that we also have a case management conference scheduled for May 27, could we move Ms. Hartnett's deposition to either May 28 or 29? Also, could you please confirm the location?

Thanks,
Megan

**From:** Megan O'Neill
**Sent:** Monday, April 6, 2026 9:31 AM
**To:** Meyer, Corey M. <corey.meyer@davispolk.com>; Stern, Caroline <caroline.stern@davispolk.com>; 'Ashley M Simonsen' <asimonsen@cov.com>; 'Eppich, Christopher K' <ceppich@cov.com>; 'Chaput, Isaac' <IChaput@cov.com>; Rouhandeh, James P. <rouhandeh@davispolk.com>; Perez-Marques, Antonio J. <antonio.perez@davispolk.com>; Stefanik, Sean <sean.stefanik@davispolk.com>; kpatchen@cov.com
**Cc:** 'Social Media MDL State AGs Lead Counsel' <sm.mdlagleads@coag.gov>
**Subject:** RE: MDL 3047 - Hartnett Deposition

Thanks, Corey. May 27 works for the AGs. Please let us know the exact location in the Bay Area once you have confirmation.

Best,
Megan

---

**From:** Meyer, Corey M. <corey.meyer@davispolk.com>
**Sent:** Friday, April 3, 2026 2:11 PM
**To:** Stern, Caroline <caroline.stern@davispolk.com>; Megan O'Neill <Megan.Oneill@doj.ca.gov>; 'Ashley M Simonsen' <asimonsen@cov.com>; 'Eppich, Christopher K' <ceppich@cov.com>; 'Chaput, Isaac' <IChaput@cov.com>; Rouhandeh, James P. <rouhandeh@davispolk.com>; Perez-Marques, Antonio J. <antonio.perez@davispolk.com>; Stefanik, Sean <sean.stefanik@davispolk.com>; kpatchen@cov.com
**Cc:** 'Social Media MDL State AGs Lead Counsel' <sm.mdlagleads@coag.gov>
**Subject:** RE: MDL 3047 - Hartnett Deposition

**EXTERNAL EMAIL:** This message was sent from outside DOJ. Please do not click links or open attachments that appear suspicious.

Counsel,

Allison Hartnett is available for a deposition on May 27, and we anticipate that her deposition will take place in the Bay Area.  Please let us know if that date works for the AGs.

Best regards,
Corey

**Corey M. Meyer**

**Davis Polk & Wardwell** LLP
+1 212 450 4675 office
+1 646 413 5468 mobile
corey.meyer@davispolk.com

---

**From:** Stern, Caroline <caroline.stern@davispolk.com>
**Sent:** Wednesday, March 25, 2026 11:15 AM
**To:** 'Megan O'Neill' <Megan.Oneill@doj.ca.gov>; 'Ashley M Simonsen' <asimonsen@cov.com>; 'Eppich, Christopher K' <ceppich@cov.com>; 'Chaput, Isaac' <IChaput@cov.com>; Rouhandeh, James P. <rouhandeh@davispolk.com>; Perez-Marques, Antonio J. <antonio.perez@davispolk.com>; Stefanik, Sean <sean.stefanik@davispolk.com>; Meyer, Corey M. <corey.meyer@davispolk.com>; kpatchen@cov.com
**Cc:** 'Social Media MDL State AGs Lead Counsel' <sm.mdlagleads@coag.gov>
**Subject:** RE: MDL 3047 - Hartnett Deposition

Megan, just confirming that we are working on your request below.

Best,
Caroline

**Caroline Stern**

**Davis Polk & Wardwell** LLP
+1 212 450 4881 office
+1 917 848 9574 mobile
caroline.stern@davispolk.com

---

**From:** Megan O'Neill <Megan.Oneill@doj.ca.gov>
**Sent:** Tuesday, March 24, 2026 4:10 PM
**To:** 'Ashley M Simonsen' <asimonsen@cov.com>; 'Eppich, Christopher K' <ceppich@cov.com>; 'Chaput, Isaac' <IChaput@cov.com>; Rouhandeh, James P. <rouhandeh@davispolk.com>; Perez-Marques, Antonio J. <antonio.perez@davispolk.com>; Stern, Caroline <caroline.stern@davispolk.com>; Stefanik, Sean <sean.stefanik@davispolk.com>; Meyer, Corey M. <corey.meyer@davispolk.com>; kpatchen@cov.com
**Cc:** 'Social Media MDL State AGs Lead Counsel' <sm.mdlagleads@coag.gov>
**Subject:** RE: MDL 3047 - Hartnett Deposition

Counsel,

I'm following up on the request below. Please provide potential dates and the location for Allison Hartnett's deposition in May.

Best,
Megan

---

**From:** Megan O'Neill
**Sent:** Tuesday, March 17, 2026 9:36 AM
**To:** Ashley M Simonsen <asimonsen@cov.com>; Eppich, Christopher K <ceppich@cov.com>; Chaput, Isaac <IChaput@cov.com>; Riley, Rachel <RRiley@cov.com>; Rouhandeh, James P. <rouhandeh@davispolk.com>; Perez-Marques, Antonio J. <antonio.perez@davispolk.com>; Stern, Caroline <caroline.stern@davispolk.com>; Stefanik, Sean <sean.stefanik@davispolk.com>; Meyer, Corey M. <corey.meyer@davispolk.com>; Patchen, Kate <KPatchen@cov.com>
**Cc:** Social Media MDL State AGs Lead Counsel <sm.mdlagleads@coag.gov>
**Subject:** MDL 3047 - Hartnett Deposition

Counsel,

Now that Allison Hartnett's files have been produced, we need to schedule her deposition. Could you please provide dates that she is available in May and confirm the location?

Thanks,
Megan

**Megan M. O'Neill** | Deputy Attorney General | Consumer Protection
California Department of Justice | 455 Golden Gate Ave, 11th Fl, San Francisco, CA 94102
(415) 510-3508 | megan.oneill@doj.ca.gov

CONFIDENTIALITY NOTICE: This communication with its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication.

CONFIDENTIALITY NOTICE: This communication with its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication.

CONFIDENTIALITY NOTICE: This communication with its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication.

⚠ **EXTERNAL EMAIL:** This email originated outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

⚠ **EXTERNAL EMAIL:** This email originated outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.