# EXHIBIT M

| | |
|---|---|
| **From:** | Simonsen, Ashley M |
| **To:** | "Megan O"Neill"; Krista Batchelder |
| **Cc:** | Cholera, Kuntal; Petkis, Steve; brian.mcdonough@law.njoag.gov; Verna Pradaxay |
| **Subject:** | RE: Call re possible resolution of AGs" motion to strike; dep designations |
| **Date:** | Tuesday, May 19, 2026 4:55:52 PM |
| **Attachments:** | image001.png |

Megan,

I could speak tomorrow from 8:30-9; 9:30-10:30; 11-11:30; 12-12:30; or 1-1:30 (all times PT).  Let me know what works for the AGs

Meta has two possible compromise offers, outlined below.  Please note that regardless of whether we are able to resolve this dispute as to some or all of the witnesses at issue, Meta plans to produce to the MDL AGs by Friday, May 22 documents for Mr. Jensen, and will make him available for a 7-hour deposition at the AGs' convenience between now and trial.

Offer 1

1. Meta withdraws **Chen** (30(b)(6) witness)
2. AGs agree to allow Meta to keep **Walton** and **Wakefield** (30(b)(6) witnesses); Meta agrees to limit the scope of their testimony at trial to their 30(b)(6) topics
3. Meta withdraws **Kivran-Swaine**
4. AGs agree to allow Meta to keep **Jensen**; Meta agrees to produce his documents by 5/22 and make him available for 7-hour deposition

Offer 2

1. Meta withdraws **Chen** (30(b)(6) witness)
2. Meta withdraws **Walton** (30(b)(6) witness)
3. Both sides may designate for trial as much testimony from the transcript of **Susan Li**'s deposition as they wish, without being restricted in terms of what they can designate by virtue of rules governing the proper scope of affirmative and counter-designations and/or calling witness live vs. by-designation (reserving all other evidentiary objections etc.)
4. AGs agree to allow Meta to keep **Wakefield** (30(b)(6) witness); Meta agrees to limit the scope of Wakefield's testimony at trial to his 30(b)(6) topics
5. Meta withdraws **Kivran-Swaine**
6. AGs agree to allow Meta to keep **Jensen**; Meta agrees to produce his documents by 5/22 and make him available for 7-hour deposition

**From:** Megan O'Neill <Megan.Oneill@doj.ca.gov>
**Sent:** Tuesday, May 19, 2026 4:12 PM
**To:** Simonsen, Ashley M <asimonsen@cov.com>; Krista Batchelder <krista.batchelder@coag.gov>
**Cc:** Cholera, Kuntal <KCholera@cov.com>; Petkis, Steve <SPetkis@cov.com>;

brian.mcdonough@law.njoag.gov; Verna Pradaxay <verna.pradaxay@law.njoag.gov>
**Subject:** RE: Call re possible resolution of AGs' motion to strike; dep designations

<mark>[EXTERNAL]</mark>
Ashley,

We're not able to meet today, but possibly could tomorrow. Please let us know your availability. Please also provide your proposal to resolve the motion to strike in advance so we can consider.

Best,
Megan

---

**From:** Simonsen, Ashley M <asimonsen@cov.com>
**Sent:** Tuesday, May 19, 2026 3:02 PM
**To:** Megan O'Neill <Megan.Oneill@doj.ca.gov>; Krista Batchelder <krista.batchelder@coag.gov>
**Cc:** Cholera, Kuntal <KCholera@cov.com>; Petkis, Steve <SPetkis@cov.com>
**Subject:** Call re possible resolution of AGs' motion to strike; dep designations

> **EXTERNAL EMAIL:** This message was sent from outside DOJ. Please do not click links or open attachments that appear suspicious.

Hi Megan and Krista,

Would you have some time this afternoon to connect about a possible way to resolve the AGs' motion to strike 5 Meta witnesses; and to start the discussion around deposition designations?  I'm generally available, so just let me know what might work for you.  Thank you.

Thanks,

**Ashley Simonsen**

Covington & Burling LLP
1999 Avenue of the Stars
Los Angeles, CA 90067-4643
T +1 424 332 4782 | asimonsen@cov.com
www.cov.com

**COVINGTON**

CONFIDENTIALITY NOTICE: This communication with its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended