ASHLEY M. SIMONSEN (Bar No. 275203)
asimonsen@cov.com
COVINGTON & BURLING LLP
1999 Avenue of the Stars
Los Angeles, California 90067
Telephone: (424) 332-4800
Facsimile: (424) 332-4749

Paul W. Schmidt, pro hac vice
Timothy C. Hester, pro hac vice
One CityCenter
850 Tenth Street, NW
Washington, DC 20001-4956
Telephone: (202) 662-6000
Facsimile: (202) 662-6291
pschmidt@cov.com
thester@cov.com

*Attorneys for Defendants Meta Platforms,*
*Inc. f/k/a Facebook, Inc. and Instagram, LLC*

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
## OAKLAND DIVISION

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION | MDL No. 3047 |
| | Case Nos.:  4:22-md-03047-YGR-PHK<br>4:23-cv-05448-YGR |
| THIS DOCUMENT RELATES TO:<br><br>*People of the State of California, et al. v. Meta Platforms, Inc., et al.* | **NOTICE OF ERRATA RE META'S OPPOSITION TO STATE AGS' MOTION TO PRECLUDE (1) THREE META 30(B)(6) WITNESSES AND (2) TWO META FACT WITNESSES FROM TESTIFYING AT MDL AG TRIAL (ECF 3057)**<br><br>Judge: Hon. Yvonne Gonzalez Rogers<br>Magistrate Judge: Hon. Peter H. Kang<br><br>Date: May 27, 2026<br>Time: 1:00 PM |

Meta submits this Notice of Errata to correct a typographical error in its Opposition to State AGs' Motion to Preclude (1) Three Meta 30(b)(6) Witnesses and (2) Two Meta Fact Witnesses from Testifying at the MDL AG Trial (ECF 3057) (the "**Opposition**").

Footnote 5 of the Opposition states that "The Court denied Meta's motion to dismiss the AGs' claims insofar as they are premised on the purported absence of meaningful age verification 'features.' ECF 430 at 14-15." ECF 3057 at 9 n.5 (citing Court's Nov. 14, 2023 Order granting in part and denying in part Defendants' motion to dismiss the Personal Injury Plaintiffs' claims).

In **Exhibit A** hereto, Meta submits a corrected version of the Opposition that replaces "the AGs' claims" in footnote 5 with "the Personal Injury Plaintiffs' claims," in tracked changes.

DATED:  May 21, 2026

Respectfully submitted,

By:    /s/ Ashley M. Simonsen

**COVINGTON & BURLING LLP**

ASHLEY M. SIMONSEN (Bar No. 275203)
asimonsen@cov.com
COVINGTON & BURLING LLP
1999 Avenue of the Stars
Los Angeles, California 90067
Telephone: (424) 332-4800
Facsimile: (424) 332-4749

Paul W. Schmidt, pro hac vice
Timothy C. Hester, pro hac vice
One CityCenter
850 Tenth Street, NW
Washington, DC 20001-4956
Telephone: (202) 662-6000
Facsimile: (202) 662-6291
pschmidt@cov.com
thester@cov.com

*Attorneys for Defendants Meta Platforms, Inc.*
*f/k/a Facebook, Inc. and Instagram, LLC*

NOTICE OF ERRATA RE META'S OPPOSITION TO STATE AGS' MOTION TO PRECLUDE (1) THREE META 30(B)(6) WITNESSES AND (2) TWO META FACT WITNESSES FROM TESTIFYING AT MDL AG TRIAL (ECF 3057)