United States District Court
Northern District of California

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION | Case No. 22-md-3047-YGR |
| | MDL No. 3047 |
| This Document Relates to: | **CASE MANAGEMENT ORDER NO. 35 (Trial Plan, Prefiling Conference, et al)** |
| *Tucson Unified School District v. Meta Platforms Inc., et al.*, Case No. 24-cv-01382 | *Upcoming Case Management Conference:* May 27, 2026 at 9:00 a.m. |
| *Charleston County School District v. Meta Platforms Inc., et al.*, Case No. 23-cv-04659 | |

**TO ALL PARTIES AND COUNSEL OF RECORD:**

The Court has closed the case in *Breathitt County Board of Education v. Meta*, Case No. 23-cv-01804 and vacated all deadlines following the parties' voluntary dismissal with prejudice. (Dkt. No. 96.)

Accordingly, by this Order, the Court sets trial in the next two bellwether cases, namely *Tucson Unified School District v. Meta Platforms Inc., et al.*, Case No. 24-cv-01382; then *Charleston County School District v. Meta Platforms Inc., et al.*, Case No. 23-cv-04659. Jury selection shall occur on February 3, 2027 with opening statements and evidence to proceed on Monday, February 8, 2027. The Court will prepare both cases for trial so that in the event the first resolves, the second can proceed.

The parties shall meet and confer with respect to a pretrial schedule.  Currently, the Court has a case management conference schedule for May 27, 2026 at 9:00 A.M.  If the parties are prepared with a proposal, the Court will maintain the conference.  If not, it will be rescheduled.

**IT IS SO ORDERED.**

**Dated:** May 21, 2026

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT JUDGE**

United States District Court
Northern District of California

2