# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

RICHARD SEEBORG
Chief Judge

MARK BUSBY
Clerk of Court

450 GOLDEN GATE AVENUE
SAN FRANCISCO, CA 94102
(415) 522-2000
FAX (415) 522-2176

## 22-md-03047 YGR

March 12, 2026

Dear Ms. Matthews:

The enclosed documents are being returned to you because <u>no case number is noted</u>. Without a case number, we don't know what matter your documents are regarding.

- **Are you trying to submit a filing for a <u>pending</u> case?**
  To file your documents in a case that has already been filed and is pending before our court, please resubmit your documents with the case number clearly noted.

- **Are you trying to file a <u>new</u> case?**
  Individuals in custody may seek relief in federal court by filing a formal complaint. To do so, please follow the enclosed instructions.

Sincerely,

Pro Se Paralegal

enclosures

P.S. I was given LWOP for the shooting death of my abuser. He gave me a due date to return to him by July 5, 2016. I couldn't live like this.

*Hello, I was trying to explain to you my struggle w/FB & How I ended up in prison w/A Life Sentence. It was my understanding the CEO of FB is currently in your Courts for multiple Law suits due to people using FB to Bully, humiliate, Blackmail, revenge Porn, Suicide, ect. I was being Sexually blackmailed, Publicly dehumanized, threatened. I had an active restraining Order. Myself & Several friends reached out to FB for months. They didn't care, no one did.