Donna Matthews #617-2018
Taycheedah Correctional Institution
P.O Box 3100
Fond Du Lac, WI
                54937

MILWAUKEE WI 530

RECEIVED

24 MAR 2026 PM 2 L

MAR 27 2026

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

USA FOREVER

To: Northern District of US Cal.,
    Clerk of Courts
    450 Golden Gate Avenue
    San Francisco, CA,
              94102

94102-340006

THIS LETTER HAS BEEN
MAILED FROM THE
WISCONSIN PRISON SYSTEM



THIS ENVELOPE IS RECYCLABLE AND MADE WITH 30% POST CONSUMER CONTENT

© USPS 2019