# EXHIBIT 1

[*Parties and Counsel Listed on Signature Pages*]

# IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION | MDL No. 3047 |
| | Case Nos. 4:22-md-03047-YGR-PHK |
| THIS DOCUMENT RELATES TO: | 4:23-cv-05448-YGR |
| *People of the State of California, et al. v. Meta Platforms, Inc., et al.* | [CORRECTED] META AND STATE AGS' STIPULATION AND [PROPOSED] ORDER REGARDING PRETRIAL SCHEDULE; AS AMENDED BY THE COURT |
| | Judge: Hon. Yvonne Gonzalez Rogers |
| | Magistrate Judge: Hon. Peter H. Kang |

Pursuant to the Court's instructions at the April 15, 2026 CMC and CMO No. 34 (ECF 2695), the undersigned Parties jointly stipulate and agree, subject to the Court's approval, to the updated pretrial schedule identified herein for the first AG trial.[1]  In support thereof, the Parties state as follows:

---

[1] Pretrial deadlines proposed by the Parties in the Proposed Pretrial Schedule (ECF 3003) filed on April 30, 2026 that were not included in the Court's Pretrial Schedule (ECF 3038-1) appear in blue text. The Parties have replaced footnote 1 of their April 30, 2026 submission, now moot, with this footnote.

1

[CORRECTED] META AND STATE AGS' STIPULATION AND [PROPOSED] ORDER REGARDING PRETRIAL SCHEDULE; AS AMENDED BY THE COURT
Case Nos. 4:22-md-03047-YGR-PHK; 4:23-cv-05448-YGR

**WHEREAS** the Parties have been working diligently and in good faith and have previously agreed to a proposed pretrial schedule submitted to the Court on April 7, 2026 (ECF 2925).

**NOW THEREFORE** the Parties, through their undersigned counsel, hereby stipulate, agree and respectfully request that the Court enter an Order adopting the updated pretrial schedule, as set forth below, as may be modified and approved by the Court.[2]

### PRETRIAL SCHEDULE[3]

| | |
|---|---|
| AGS FILE PRELIMINARY TRIAL WITNESS LIST FOR TRIAL PLANNING PURPOSES | March 31, 2026 |
| META FILES PRELIMINARY TRIAL WITNESS LIST FOR TRIAL PLANNING PURPOSES | April 24, 2026 |
| EXCHANGE DRAFT JOINT PRETRIAL CONFERENCE STATEMENT | May 15, 2026 |
| COMPLIANCE DEADLINE TO MEET AND CONFER RE JOINT PRETRIAL CONFERENCE STATEMENT | May 20, 2026 |
| CASE MANAGEMENT CONFERENCE | May 27, 2026 at 1:00 p.m. PST |
| EXCHANGE PROPOSED ADDITIONAL QUESTIONS FOR JUROR'S SURVEY MONKEY QUESTIONNAIRE (IF NEEDED) | May 27, 2026 |
| EXCHANGE LISTS OF MOTIONS IN LIMINE[4] | May 29, 2026 |
| EXCHANGE LISTS OF EXPERTS (AND/OR SPECIFIC EXPERT OPINIONS) PARTIES WILL WITHDRAW | June 2, 2026 |
| FILE PRELIMINARY DRAFT JOINT PRETRIAL CONFERENCE STATEMENT[5] | June 3, 2026 |
| EXCHANGE OPENING MOTIONS IN LIMINE[6] | June 3, 2026 |
| EXCHANGE PRIORITY DEPOSITION DESIGNATIONS[7] | June 4, 2026 |

---

[2] The Parties have included proposed deadlines relating to jurors and jury instructions in case the Court decides to empanel an advisory jury, as the AGs have requested. Meta has opposed that request, noting that the Court previously granted its motion to withdraw its jury demand.

[3] The Parties have removed footnote 3 of their April 30, 2025 submission, which is now moot, with this text.

[4] The Parties shall meet and confer shortly after the exchange of lists and prior to exchanging motions to explore the potential resolution of issues in advance of briefing.

[5] Per the Court's guidance at the April 15, 2026 CMC, the Parties will provide the Court with an initial version of the pretrial statement, with revisions and additional parts of the statement to follow as needed.

[6] The Parties shall meet and confer shortly after the exchange of motions to explore the potential resolution of issues in advance of further briefing.

[7] The Parties shall exchange designations in an agreed-upon format.

[CORRECTED] META AND STATE AGS' STIPULATION AND [PROPOSED] ORDER REGARDING PRETRIAL SCHEDULE; AS AMENDED BY THE COURT
Case Nos. 4:22-md-03047-YGR-PHK; 4:23-cv-05448-YGR

| | |
|---|---|
| Exchange Exhibit Lists | June 5, 2026 |
| File Proposed/Disputed Additional Questions for Juror's Survey Monkey Questionnaire (if needed)[8] | June 5, 2026 |
| File Opening Motions in Limine[9] | June 9, 2026 |
| First Pretrial Conference | June 10, 2026 at 9 a.m. PST |
| Exchange Objections to Priority Deposition Designations and Counter-Designations | June 12, 2026 |
| Exchange Proposed Statement of the Case, Jury Instructions, and Verdict Forms (if needed) | June 12, 2026 |
| Exchange Discovery Designations (Interrogatory Answers and Responses to Requests for Admission) | June 12, 2026 |
| Exchange Exhibits | June 12, 2026 |
| File Preliminary Reduced List of Actionable Misrepresentations | June 15, 2026 |
| Exchange Comments on Proposed Jury Instructions (if needed) | June 16, 2026 |
| File Motions in Limine Oppositions | June 17, 2026 |
| File Preliminary Trial Witness[10] and Exhibit[11] Lists | June 17, 2026 |
| Exchange Proposed Trial Stipulations | June 18, 2026 |
| Deliver Motion in Limine Binder | June 18, 2026 by 12 p.m. PST |
| Exchange Objections to Priority Counter-Designations and Counter-Counter Designations | June 18, 2026 |

[8] Each side may propose five additional questions for inclusion in the juror questionnaire, and the Court will include a list of all potential witnesses in alphabetical order for distribution to prospective jurors.

[9] Each side is limited to 5 motions in limine. Each side may file 50 pages total for opening briefs, and 50 pages total for oppositions, to be divided among the 5 motions. These motions are inclusive of any remaining Rule 702 motions for which the Court previously deferred such briefing (.Drs. Birnholtz, Memon, Rogers, Shear, Ferrara, Gray, and Narayanan, and Mr. Starr), as well as the Rule 702 motions subject to the deadlines set forth in ECF 2901 (Wirth, Feamster, Estes, and Sheatsley), which are hereby vacated. Each expert for whom a side files a Rule 702 motion shall count as one of that side's 5 motions in limine.

[10] The Parties' preliminary witness lists shall indicate which witnesses they intend to call live and which they intend to call by designation as well as the scope of their anticipated testimony. The list shall identify by an asterisk whether the witness listed is viewed as a primary witness or only included as a precautionary measure. The AGs need not refile their preliminary list.

[11] Exhibit lists shall only include documents that a Party in good faith believes it may use at trial. They need not include documents that may be used only for impeachment. The Parties shall meet and confer on a process to submit any disputes regarding objections to exhibits prior to their expected introduction.

3

| | |
|---|---|
| EXCHANGE OBJECTIONS TO PRIORITY COUNTER-COUNTER DESIGNATIONS | June 23, 2026 |
| SUBMIT JOINT LIST OF ALL INDIVIDUALS INVOLVED IN TRIAL | June 26, 2026 |
| COMPLIANCE DEADLINE TO MEET AND CONFER RE PUBLIC POSTING OF ADMITTED TRIAL EXHIBITS | June 26, 2026 |
| LODGE COPY OF ALL EXPERT DISCLOSURES | June 26, 2026 |
| COMPLETE ARRANGEMENTS WITH COURT REPORTER COORDINATOR | June 26, 2026 |
| SECOND PRETRIAL CONFERENCE (INCLUDING HEARING ON MOTIONS IN LIMINE) | June 26, 2026 at 10 a.m. PST |
| FILE DISPUTED DEPOSITION DESIGNATIONS[12] | June 30, 2026 |
| EXCHANGE OBJECTIONS TO DISCOVERY DESIGNATIONS[13] | June 30, 2026 |
| FILE PROPOSED STATEMENT OF THE CASE, JURY INSTRUCTIONS, AND VERDICT FORM(S) (IF NEEDED) | July 2, 2026 |
| PROPOSED FINDINGS OF FACT AND CONCLUSIONS OF LAW | To Be Determined at Later Date |
| DELIVER TRIAL READINESS BINDERS | July 2, 2026 by 12 p.m. PST |
| FILE UPDATED TRIAL WITNESS LISTS[14] | July 9, 2026 |
| FILE FINAL LIST OF ACTIONABLE MISREPRESENTATIONS | July 15, 2026 |
| FILE PROPOSED TRIAL STIPULATIONS | July 13, 2026 |
| FINAL PRETRIAL CONFERENCE | July 17, 2026 at 10 a.m. PST |
| FILE UPDATED TRIAL EXHIBIT LISTS | July 23, 2026 |
| LAST DAY TO REQUEST USE OF ELECTRONIC EQUIPMENT | July 24, 2026 |
| DELIVER DEPOSITIONS TO BE USED AT TRIAL | July 27, 2026 |
| PROVIDE FINAL EXHIBITS TO COURT | July 31, 2026 by 5 p.m. PST |
| JURY SELECTION (IF NEEDED) | August 12, 2026 at 8 a.m. PST |
| START OF TRIAL | August 17, 2026 at 8 a.m. PST |

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED:

_____
YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT JUDGE

_____

[12] The Parties shall submit no more than 6 pages of disputed excerpts. The Parties shall meet and confer on a process to submit any disputes regarding further objections to deposition designations on a rolling basis in advance of their anticipated use at trial.

[13] The Parties shall meet and confer on a process to submit to the Court any disputes regarding unresolved objections on a rolling basis in advance of the anticipated use at trial.

[14] The Parties' updated witness lists shall comply with the requirements of Paragraph 3.c-d of the Court's Standing Order Re: Pretrial Instructions in Civil Cases.

[CORRECTED] META AND STATE AGS' STIPULATION AND [PROPOSED] ORDER REGARDING PRETRIAL SCHEDULE; AS AMENDED BY THE COURT
Case Nos. 4:22-md-03047-YGR-PHK; 4:23-cv-05448-YGR

Dated: May 22, 2026                    Respectfully submitted,

                                       By: */s/ Megan O'Neill*

                                       **ROB BONTA**
                                       Attorney General
                                       State of California

                                       Nicklas A. Akers (CA SBN 211222)
                                       Senior Assistant Attorney General
                                       Bernard Eskandari (SBN 244395)
                                       Emily Kalanithi (SBN 256972)
                                       Supervising Deputy Attorneys General
                                       Nayha Arora (CA SBN 350467)
                                       Megan O'Neill (CA SBN 343535)
                                       Joshua Olszewski-Jubelirer (CA SBN 336428)
                                       Brendan Ruddy (CA SBN 297896)
                                       Deputy Attorneys General
                                       California Department of Justice
                                       Office of the Attorney General
                                       455 Golden Gate Ave., Suite 11000
                                       San Francisco, CA 94102-7004
                                       Phone: (415) 510-4400
                                       Fax: (415) 703-5480
                                       Megan.Oneill@doj.ca.gov

                                       *Attorneys for Plaintiff the People of the State of California*

                                       **PHILIP J. WEISER**
                                       Attorney General
                                       State of Colorado

                                       */s/ Krista Batchelder*
                                       Krista Batchelder, CO Reg. No. 45066,
                                       *pro hac vice*
                                       Deputy Solicitor General
                                       Shannon Stevenson, CO Reg. No. 35542, *pro hac vice*
                                       Solicitor General
                                       Elizabeth Orem, CO Reg. No. 58309, *pro hac vice*
                                       Assistant Attorney General
                                       Colorado Department of Law
                                       Ralph L. Carr Judicial Center

5

Consumer Protection Section
1300 Broadway, 7th Floor
Denver, CO 80203
Phone: (720) 508-6651
krista.batchelder@coag.gov
Shannon.stevenson@coag.gov
Elizabeth.orem@coag.gov

*Attorneys for Plaintiff State of Colorado, ex rel.*
*Philip J. Weiser, Attorney General*


**RUSSELL COLEMAN**
Attorney General
Commonwealth of Kentucky

*/s/ Philip Heleringer*
J. Christian Lewis (KY Bar No. 87109),
*Pro hac vice*
Philip Heleringer (KY Bar No. 96748),
*Pro hac vice*
Zachary Richards (KY Bar No. 99209),
*Pro hac vice*
Daniel I. Keiser (KY Bar No. 100264),
*Pro hac vice*
Matthew Cocanougher (KY Bar No. 94292),
*Pro hac vice*
Assistant Attorneys General
1024 Capital Center Drive, Suite 200
Frankfort, KY 40601
CHRISTIAN.LEWIS@KY.GOV
PHILIP.HELERINGER@KY.GOV
ZACH.RICHARDS@KY.GOV
DANIEL.KEISER@KY.GOV
MATTHEW.COCANOUGHER@KY.GOV
Phone: (502) 696-5300
Fax: (502) 564-2698

*Attorneys for Plaintiff the Commonwealth of Kentucky*

[CORRECTED] META AND STATE AGS' STIPULATION AND [PROPOSED] ORDER REGARDING PRETRIAL
SCHEDULE; AS AMENDED BY THE COURT
Case Nos. 4:22-md-03047-YGR-PHK; 4:23-cv-05448-YGR

**JENNIFER DAVENPORT**
Attorney General
State of New Jersey

*/s/ Kashif T. Chand*
Kashif T. Chand (NJ Bar No. 016752008),
*Pro hac vice*
Assistant Attorney General
Thomas Huynh (NJ Bar No. 200942017),
*Pro hac vice*
Assistant Section Chief, Deputy Attorney General
Verna J. Pradaxay (NJ Bar No. 335822021),
*Pro hac vice*
Mandy K. Wang (NJ Bar No. 373452021),
*Pro hac vice*
Deputy Attorneys General
New Jersey Office of the Attorney General,
Division of Law
124 Halsey Street, 5th Floor
Newark, NJ 07101
Tel: (973) 648-2052
Kashif.Chand@law.njoag.gov
Thomas.Huynh@law.njoag.gov
Verna.Pradaxay@law.njoag.gov
Mandy.Wang@law.njoag.gov

*Attorneys for Plaintiffs New Jersey Attorney General
and the New Jersey Division of Consumer Affairs
Matthew J. Platkin, Attorney General for the State of
New Jersey, and Elizabeth Harris, Acting Director of
the New Jersey Division of Consumer Affairs*

[CORRECTED] META AND STATE AGS' STIPULATION AND [PROPOSED] ORDER REGARDING PRETRIAL
SCHEDULE; AS AMENDED BY THE COURT
Case Nos. 4:22-md-03047-YGR-PHK; 4:23-cv-05448-YGR

By:  /s/ Ashley M. Simonsen

**COVINGTON & BURLING LLP**

Ashley M. Simonsen, SBN 275203
COVINGTON & BURLING LLP
1999 Avenue of the Stars
Los Angeles, CA 90067
Telephone: (424) 332-4800
Facsimile: + 1 (424) 332-4749
Email: asimonsen@cov.com

Phyllis A. Jones, *pro hac vice*
Paul W. Schmidt, *pro hac vice*
Timothy C. Hester, *pro hac vice*
COVINGTON & BURLING LLP
One City Center
850 Tenth Street, NW
Washington, DC 20001-4956
Telephone: + 1 (202) 662-6000
Facsimile: + 1 (202) 662-6291
Email: pajones@cov.com

*Attorneys for Defendants Meta Platforms, Inc. and Instagram, LLC*

**DAVIS POLK & WARDWELL LLP**

James P. Rouhandeh, *pro hac vice*
Antonio J. Perez-Marques, *pro hac vice*
Caroline Stern, *pro hac vice*
Corey M. Meyer, *pro hac vice*
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4000
Facsimile: (212) 701-5800
rouhandeh@davispolk.com
antonio.perez@davispolk.com
caroline.stern@davispolk.com
corey.meyer@davispolk.com

[CORRECTED] META AND STATE AGS' STIPULATION AND [PROPOSED] ORDER REGARDING PRETRIAL SCHEDULE; AS AMENDED BY THE COURT
Case Nos. 4:22-md-03047-YGR-PHK; 4:23-cv-05448-YGR

**<u>SIGNATURE CERTIFICATION</u>**

Under Civ. L.R. 5-1(h)(3), I, Ashley M. Simonsen, hereby attest that all signatories listed, and on whose behalf the filing is submitted, concur in this filing's content and have authorized this filing.

DATED: May 22, 2026                    */s/ Ashley M. Simonsen*