UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates To:<br><br>*People of the State of California, et al. v. Meta Platforms, Inc., et al.* | MDL No. 3047<br><br>Case No.: 4:22-md-03047-YGR<br>        4:23-cv-05448-YGR<br><br>**[PROPOSED] ORDER GRANTING SEALING STIPULATION REGARDING COURT'S MAY 18, 2026 ORDER RESOLVING DISPUTE RE: META DOCUMENT NO. 4 AND CRIME FRAUD EXCEPTION TO ATTORNEY-CLIENT PRIVILEGE**<br><br>Judge: Hon. Yvonne Gonzalez Rogers<br>Magistrate Judge: Hon. Peter H. Kang |

Pursuant to Civil Local Rules 7-11 and 79-5, and the Court's Order Setting Sealing Procedures (ECF 341), the Court rules as follows on the Sealing Stipulation Regarding Court's May 18, 2026 Order Resolving Dispute Re: Meta Document No. 4 and Crime Fraud Exception to Attorney-Client Privilege:

| Filing | Portion to be Sealed | Action To Be Taken | Court's Order |
|---|---|---|---|
| May 18, 2026 Order Resolving Dispute Re: Meta Document No. 4 And Crime Fraud Exception to Attorney-Client Privilege (ECF 3053) | Names of non-executive employees appearing on page 5. | Redact specified portion | |

**IT IS SO ORDERED.**

DATED: _____        _____

Hon. Peter H. Kang
United States Magistrate Judge