Matthew S.L. Cate (SBN 295546)
matt@matthewcatelaw.com
**LAW OFFICE OF MATTHEW S.L. CATE**
101 Montgomery Street, Suite 900
San Francisco, CA  94104
Tel/Fax: 415-964-4400

Al-Amyn Sumar (*pro hac vice*)
THE NEW YORK TIMES COMPANY
Legal Department
620 8th Avenue
New York, NY 10018
Telephone: (212) 556-1234
Facsimile: (212) 556-4634
Email: al-amyn.sumar@nytimes.com

Attorneys for Non-Party Media Entity
THE NEW YORK TIMES COMPANY

**IN THE UNITED STATES DISTRICT COURT**
**THE NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br><br>ALL CASES | Case No. 4:22-md-03047-YGR<br><br>MDL No. 3047<br><br>**NON-PARTY THE NEW YORK TIMES COMPANY'S NOTICE REGARDING SUBMITTED MATTERS**<br>**(Civil L.R. 7-13)**<br><br>Hon. Yvonne Gonzalez Rogers |

Pursuant to Civil L.R. 7-13, Non-Party The New York Times Company ("The Times") respectfully gives notice that its Motion for an Order to Intervene and to Unseal (ECF No. 2606) has been under submission for more than 120 days. After submission of The Times's reply in support of the motion, the Court issued a notice on January 22, 2026, that the motion would be decided on their written submissions. *See* ECF No. 2654.

The Times also provides notice that despite prior orders issued by the Court, *see, e.g.*, ECF No. 2812, a number of the underlying exhibits to the School Districts' Corrected Omnibus Opposition to Defendants' Motions for Summary Judgment (ECF No. 2533) contain redactions

that appear unwarranted. *See, e.g.*, ECF No. 2650 (Exhibit 443); ECF No. 2651 (Exhibit 760); ECF No. 2758 (Exhibit 1179).

Date:  May 26, 2026

LAW OFFICE OF MATTHEW S.L. CATE

*/s/ Matthew S.L. Cate*

Matthew S.L. Cate

Attorneys for Non-Party Media Entity
THE NEW YORK TIMES COMPANY