**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION | MDL No. 3047 |
| | Case Nos. 4:22-md-03047-YGR (PHK), 4:23-cv-05448-YGR |
| This Document Relates To: *People of the State of California, et al. v. Meta Platforms, Inc., et al.* | **[PROPOSED] ORDER** |

The motion of the Free Law Project and First Amendment Coalition for leave to file a brief *amici curiae* opposing the "members of the public" provision of the Proposed Order in Joint Stipulation (ECF No. 3048) is granted.

DATED: _____          _____

HON. YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT JUDGE

1

PROPOSED ORDER
4:22-MD-03047-YGR (PHK), 4:23-CV-05448-YGR