| UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA CAND 435 (CAND Rev. 07/2024) | TRANSCRIPT ORDER Please use one form per court reporter. Please read instructions on next page. CJA Counsel should NOT use this form. CJA Counsel should request transcripts by submitting a AUTH24 in eVoucher. | COURT USE ONLY DUE DATE: |
|---|---|---|

| 1a. CONTACT PERSON FOR THIS ORDER Genêt B. Hogan | 2a. CONTACT PHONE NUMBER (404) 572-3421 | 3. CONTACT EMAIL ADDRESS ghogan@kslaw.com |
|---|---|---|
| 1b. ATTORNEY NAME (if different) Geoffrey M. Drake | 2b. ATTORNEY PHONE NUMBER (404) 572-4726 | 3. ATTORNEY EMAIL ADDRESS gdrake@kslaw.com |

| 4. MAILING ADDRESS (INCLUDE LAW FIRM NAME, IF APPLICABLE) King & Spalding LLP 1180 Peachtree Street, NE, Suite 1600 Atlanta, GA 30309-3521 | 5. CASE NAME In re Social Media Adolescent Addiction | 6. CASE NUMBER 4:22-md-3047 |
|---|---|---|
| 7. COURT REPORTER NAME ( FOR FTR, LEAVE BLANK AND CHECK BOX)→ ☐ FTR Ana Dub | 8. THIS TRANSCRIPT ORDER IS FOR: ☐ APPEAL   ☐ CRIMINAL   ☐ In forma pauperis (NOTE: Court order for transcripts must be attached) CJA: Do not use this form; use Form AUTH24 in eVoucher. ☐ NON-APPEAL   ☑ CIVIL | |

**9. TRANSCRIPT(S) REQUESTED** (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested), format(s) & quantity and delivery type:

a. HEARING(S) (OR PORTIONS OF HEARINGS)

b. SELECT FORMAT(S) (NOTE: ECF access is included with purchase of PDF, text, paper or condensed.)

c. DELIVERY TYPE (Choose one per line)

| DATE | JUDGE (initials) | TYPE (e.g. CMC) | PORTION If requesting less than full hearing, specify portion (e.g. witness or time) | PDF (email) | TEXT/ASCII (email) | PAPER | CONDENSED (email) | ECF ACCESS (web) | ORDINARY (30-day) | 14-Day | EXPEDITED (7-day) | 3-DAY | DAILY (Next day) | HOURLY (2 hrs) | REALTIME |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 05/27/2026 | YGR | CMC | | ● | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ◐ | ○ | ○ | ○ |
| | | | | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ |
| | | | | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ |
| | | | | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ |
| | | | | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ |
| | | | | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ |

**10. ADDITIONAL COMMENTS, INSTRUCTIONS, QUESTIONS, ETC:**

Please email invoice and transcript to Genêt Hogan at ghogan@kslaw.com.  Thank you.

| ORDER & CERTIFICATION (11. & 12.) By signing below, I certify that I will pay all charges (deposit plus additional). 11. SIGNATURE   /s/ Geoffrey M. Drake | 12. DATE 05/28/2026 |
|---|---|

| Clear Form | Save as new PDF |
|---|---|