UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

IN RE: SOCIAL MEDIA ADOLESCENT
ADDICTION/PERSONAL INJURY
PRODUCTS LIABILITY LITIGATION


This Document Relates to:
ALL CASES

Case No. 22:md-3047-YGR

MDL No. 3047

**APPLICATION FOR ADMISSION OF
ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, Madeline Pendley , an active member in good standing of the bar of
Florida , hereby respectfully apply for admission to practice pro hac
vice in the Northern District of California representing: Plaintiffs in the
above-entitled action. My local co-counsel in this case is Waived per Dkt. No 2 Order , an
attorney who is a member of the bar of this Court in good standing and who maintains an office
within the State of California.  Local co-counsel's bar number is: Not applicable .

815 S. Palafox St, 3rd Floor, Pensacola, FL  32502

MY ADDRESS OF RECORD

Waived per Dkt. No. 2 Order

LOCAL CO-COUNSEL'S ADDRESS OF RECORD

850-208-0826

MY TELEPHONE # OF RECORD

Not Applicable

LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD

Madeline@pbglaw.com

MY EMAIL ADDRESS OF RECORD

Not Applicable

LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD

I am an active member in good standing of a United States Court or of the highest court of
another State or the District of Columbia, as indicated above; my bar number is: 1019746 .

A true and correct copy of a certificate of good standing or equivalent official document
from said bar is attached to this application.

I have been granted pro hac vice admission by the Court 1 times in the 12 months
preceding this application.

United States District Court
Northern District of California

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.  I declare under penalty of perjury that the foregoing is true and correct.

Dated: May 28, 2026

Madeline Pendley
APPLICANT

ORDER GRANTING APPLICATION

FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of  Madeline Pendley  is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: _____

_____
UNITED STATES DISTRICT/MAGISTRATE JUDGE

United States District Court
Northern District of California



# The Florida Bar

**651 East Jefferson Street**
**Tallahassee, FL 32399-2300**

**Joshua E. Doyle**
**Executive Director**

**850/561-5600**
**www.FLORIDABAR.org**

State of Florida          )

County of Leon          )

In Re:   1019746
Madeline Elizabeth Pendley
Rafferty Domnick Cunningham & Yaffa
815 S Palafox St
Pensacola, FL 32502-5960

I CERTIFY THE FOLLOWING:

I am the custodian of membership records of The Florida Bar.

Membership records of The Florida Bar indicate that The Florida Bar member listed above was admitted to practice law in the state of Florida on **October 19, 2019**.

The Florida Bar member above is an active member in good standing of The Florida Bar who is eligible to practice law in the state of Florida.

Dated this  22nd  day of **January, 2026**.

Cynthia B. Jackson, CFO
Administration Division
The Florida Bar

PG:R10
CTM-390753