# EXHIBIT A

| Primary Plaintiff Name(s) | Docket No. | PFS and SUP-PFS Due Date | PFS Submitted | SUP-PFS Submitted |
|---|---|---|---|---|
| Coffee County Board of Education | 25-CV-00172 | 4/6/2025 | No | No |
| Franklin Community School Corporation | 25-CV-00127 | 4/4/2025 | No | No |
| Garrett-Keyser-Butler Community School District | 25-CV-00129 | 4/4/2025 | No | No |
| Hamilton Heights School Corporation | 25-CV-00133 | 4/4/2025 | No | No |
| Harrison County Schools (WV) | 25-CV-00055 | 4/3/2025 | No | Yes |
| Hoover City Board of Education | 25-CV-00180 | 4/6/2025 | No | No |
| Kaneland CUSD #302 | 25-CV-05869 | 10/12/2025 | No | No |
| Kenai Peninsula Borough School District | 25-CV-05876 | 10/12/2025 | No | No |
| Metropolitan School District of Warren County | 25-CV-00162 | 4/6/2025 | No | No |
| Monroe Central School Corporation | 25-CV-00153 | 4/6/2025 | No | No |
| Oswego Community Unit School District 308 | 25-CV-05931 | 10/13/2025 | No | No |
| Rutherford County Schools | 25-CV-06179 | 10/21/2025 | No | No |
| Scotland County Board of Education | 25-CV-05941 | 10/13/2025 | No | No |
| Summers County Board of Education (WV) | 25-CV-00067 | 4/3/2025 | No | No |
| Tallapoosa County Board of Education | 25-CV-00186 | 4/6/2025 | No | No |
| Warwick Public Schools (RI) | 25-CV-00068 | 4/3/2025 | No | No |
| ABC Unified School District | 25-CV-03308 | 7/13/2025 | No | No |
| Ashland County-West Holmes Joint Vocational School | 25-CV-01861 | 5/22/2025 | No | No |
| Ashton-Franklin Center Community Unit School District No 275 | 25-CV-01292 | 5/8/2025 | No | No |
| Audubon Public School District | 25-CV-01129 | 5/8/2025 | No | No |
| Bayonne School District | 25-CV-03313 | 7/13/2025 | No | No |
| Beaver County School District | | 11/4/2024 | No | No |
| Beggs Public Schools | 25-CV-01523 | 5/14/2025 | No | No |
| Bellevue Community Schools | 25-CV-01135 | 5/6/2025 | No | No |
| Blaine County School District | 24-CV-07655 | 2/3/2025 | No | No |
| Bliss Joint School District #234 | 25-CV-01524 | 5/14/2025 | No | No |
| Boise School District | 24-CV-07668 | 2/4/2025 | No | No |
| Cambridge Central School | 25-CV-01156 | 5/7/2025 | No | No |
| Canyon-Owyhee School Service Agency | 25-CV-01794 | 5/21/2025 | No | No |
| Carson City School District | 24-CV-07672 | 2/4/2025 | No | No |
| Chazy Union Free School District | 25-CV-01290 | 5/11/2025 | No | No |
| Checotah Public Schools | 25-CV-05028 | 9/11/2025 | No | No |
| Colcord Public Schools | 25-CV-01792 | 5/21/2025 | No | No |
| Delanco Township School District | 25-CV-01798 | 5/21/2025 | No | Yes |
| Dunellen Board of Education | 25-CV-01109 | 5/8/2025 | No | No |
| Durant Independent School District | 25-CV-01801 | 5/21/2025 | No | No |
| Elgin Public Schools | 24-CV-07674 | 2/3/2025 | No | No |
| Esmeralda County School District | 25-CV-01977 | 5/26/2025 | No | No |
| Garden Valley School District | 25-CV-01973 | 5/26/2025 | No | No |
| Hansen School District 415 | 25-CV-01969 | 5/30/2025 | No | No |
| Harrison Community Schools | 25-CV-01111 | 5/5/2025 | No | No |

| School District | Case No. | Date | Col4 | Col5 |
|---|---|---|---|---|
| Hinds County School District | 25-CV-01938 | 5/26/2025 | No | No |
| Honeoye Central School District | 25-CV-01133 | 5/5/2025 | No | No |
| Horseshoe Bend School District #73 | 25-CV-01936 | 5/26/2025 | No | No |
| Ithaca School District | 25-CV-01928 | 5/26/2025 | No | No |
| Jefferson-Lewis-Hamilton-Herkimer-Oneida Board of Cooperative Educational Services | 25-CV-01128 | 5/7/2025 | No | No |
| Juab School District | | 11/4/2024 | No | No |
| Kimberly Area School District | 24-CV-07676 | 2/3/2025 | No | No |
| Lakewood Public School District | 25-CV-01230 | 5/6/2025 | No | No |
| Lassen Union High School District | 25-CV-01761 | 5/20/2025 | No | No |
| Liberty Local School District | 25-CV-01138 | 5/7/2025 | No | No |
| Linden Public Schools | 25-CV-01687 | 5/20/2025 | No | No |
| Lindenwold Public School District | | 11/18/2024 | No | No |
| Littleton Elementary School District #65 | 25-CV-01247 | 5/6/2025 | No | No |
| Madison Public School District | 25-CV-04951 | 9/9/2025 | No | No |
| Madison School District #321 | 24-CV-07671 | 3/6/2025 | No | No |
| Maryetta Public Schools | 25-CV-01922 | 5/26/2025 | No | No |
| Mexico Central School District | 25-CV-01336 | 5/11/2025 | No | No |
| Mount Holly Township School District | 25-CV-01893 | 5/22/2025 | No | No |
| Naches Valley School District | 25-CV-01127 | 5/5/2025 | No | No |
| New Buffalo Area Schools | 25-CV-05028 | 9/11/2025 | No | No |
| Oakfield, School District of | 25-CV-01555 | 5/19/2025 | No | No |
| Oakland Board of Education | 25-CV-01343 | 5/11/2025 | No | No |
| Project Impact STEM Academy | 25-CV-01334 | 5/11/2025 | No | No |
| River Valley School District (WI) | 25-CV-01488 | 5/15/2025 | No | No |
| Rondout Valley Central School District | 24-CV-07647 | 2/5/2025 | No | No |
| Shamokin Area School District | 25-CV-01577 | 5/15/2025 | No | No |
| Shamong Township School District | 25-CV-01582 | 5/15/2025 | No | No |
| St. Francis School District | 25-CV-01586 | 5/19/2025 | No | No |
| Stevens Point Area Public School District | 25-CV-01593 | 5/15/2025 | No | No |
| Tomahawk, School District of | 25-CV-01558 | 5/20/2025 | No | No |
| Two Rivers Public Schools | 25-CV-01614 | 5/15/2025 | No | No |
| Wayne School District | | 11/5/2024 | No | No |
| Woodbury City Public Schools | 25-CV-01668 | 5/20/2025 | No | No |
| Culver Community Schools Corporation | 25-CV-00616 | 4/17/2025 | No | No |
| Huntingdon Area School District | | 5/29/2024 | No | No |
| Milton Area School District | | 6/2/2024 | No | No |
| Afton Central School District | 24-CV-08089 | 2/20/2025 | No | No |
| Bainbridge-Guilford Central School District | 24-CV-08236 | 2/19/2025 | No | No |
| Batavia Public School District 101 | 26-CV-01294 | 5/13/2026 | No | No |
| Bath Central School District | 24-CV-08206 | 2/18/2025 | No | No |
| Brookfield Central School District | 24-CV-08145 | 2/18/2025 | No | No |
| Clark-Pleasant Community School Corporation | 26-CV-01339 | 5/14/2026 | No | No |
| Franklin-Essex-Hamilton BOCES | 24-CV-08235 | 2/19/2025 | No | No |
| Gary Community School Corporation | 25-CV-08828 | 1/13/2026 | Yes | No |
| Gilbertsville-Mount Upton Central School District | 24-CV-08185 | 2/18/2025 | No | No |
| Gilchrist County School District | 24-CV-08339 | 2/20/2025 | No | No |
| Goshen Communicty School Corporation | 25-CV-07225 | 11/25/2025 | Yes | No |

Page 2

| | | | | |
|---|---|---|---|---|
| Greenwood Community School Corporation | 26-CV-01351 | 5/14/2026 | No | No |
| Guilford County Schools | 26-CV-01314 | 5/14/2026 | No | No |
| Lansing Central School District | 24-CV-08369 | 2/25/2025 | No | No |
| Logan City School District | 26-CV-01343 | 5/14/2026 | No | No |
| New Prairie United School Corporation | 26-CV-01302 | 5/13/2026 | No | No |
| Norwich City School District | 24-CV-08467 | 2/24/2025 | No | No |
| Oxford Academy and Central School District | 24-CV-08106 | 2/17/2025 | No | No |
| Richmond Community Schools | 26-CV-01391 | 5/18/2026 | No | Yes |
| School Board of Monroe County, Florida | 26-CV-01394 | 5/18/2026 | No | No |
| School District Five of Lexington & Richland Counties | 25-CV-04348 | 8/19/2025 | No | No |
| St. Lawrence-Lewis BOCES | 24-CV-08382 | 2/23/2025 | No | No |
| Tri-Valley Central School District | 24-CV-08498 | 2/25/2025 | No | No |
| Uintah School District | 26-CV-01338 | 5/14/2026 | No | No |
| Pittsgrove Public Schools | 25-CV-02152 | 7/3/2025 | No | No |
| Somerville Public School District | 25-CV-04983 | 9/10/2025 | No | No |