Ashley M. Simonsen (Bar No. 275203)
COVINGTON & BURLING LLP
1999 Avenue of the Stars
Los Angeles, California 90067
Telephone: (424) 332-4800
Facsimile: (424) 332-4749
Email: asimonsen@cov.com

*Attorneys for Defendants Meta Platforms, Inc.*
*f/k/a Facebook, Inc. and Instagram, LLC*

*[Additional parties and counsel listed on*
*signature pages]*

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION<br><br>THIS FILING RELATES TO:<br><br>*People of the State of California, et al. v. Meta Platforms, Inc., et al.* | MDL No. 3047<br>Civil Case Nos. 4:22-md-03047-YGR (PHK)<br>4:23-cv-05448-YGR<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING TIMELINE FOR PRODUCTION OF ALL NON-DUPLICATIVE 7/7/23 INTRADAY VERSIONS OF SLIDE DECK UNDER MAY 18, 2026 ORDER RESOLVING DISPUTE RE: META DOCUMENT NO. 4 AND CRIME FRAUD EXCEPTION TO ATTORNEY-CLIENT PRIVILEGE (ECF 3074)**<br><br>Honorable Yvonne Gonzalez Rogers<br><br>Magistrate Judge: Hon. Peter H. Kang |

**STIPULATION**

On May 18, 2026, the Court entered its Order Resolving Dispute Re: Meta Document No. 4 and Crime Fraud Exception to Attorney-Client Privilege (ECF 3074[1]) ("**Order**").

The Order directed Meta to conduct a search of all locations, persons, custodians, and repositories which are consistent with a reasonable and diligent search, including but not limited to all hard drives, folders, network locations, email accounts, repositories, paper files, or any electronic, optical, or other storage mediums of any kind used, controlled by, possessed by, or otherwise accessible in the ordinary course of business from the relevant time and date range identified in the Order by any person whose name appears in Document 4. *See* Order at 10. Meta is currently undertaking this search. Given the significant machine time required to collect certain data before it can be searched, Meta requires additional time past June 1, 2026 to complete the search, collection, and review required by the Order, and to then produce any additional non-duplicative intraday versions of the slide deck from the relevant time and date range identified in the Order, if any are identified by the search.

On May 28, 2026, Meta requested that the State AGs agree to stipulate to an 11-day extension of the June 1, 2026 deadline, to June 12, 2026, so that Meta could complete the search required by the Order. The AGs agreed that Meta could have one additional week, until **June 8, 2026**, to complete the required search and produce any additional responsive documents identified in that search.

Accordingly, Meta and the State AGs hereby stipulate and agree that:

1. Meta's deadline to produce any additional non-duplicative intraday versions of the slide deck from the relevant time and date range identified in the Order is extended to June 8, 2026;

2. Meta's deadline to produce a privilege log for redacted portions of the versions of the slide deck produced in response to the Order and the January 12 Order (ECF 2633-1) is extended to June 8, 2026;

---

[1] The Order was originally issued at ECF 3053 but was subsequently placed under seal, locked, and reissued with redactions on May 26, 2026 at ECF 3074.

3. Meta agrees to make similar reasonable deadline accommodations for the State AGs if they become necessary; and

4. The State AGs may supplement their trial exhibit list with any documents produced pursuant to the Order.

**IT IS SO STIPULATED.**

DATED: June 1, 2026                                        *[Parties and counsel listed on signature pages]*

**IT IS SO ORDERED.**

DATED: June 1, 2026                          _____

Magistrate Judge Peter H. Kang

STIPULATION AND [PROPOSED] ORDER EXTENDING TIMELINE FOR PRODUCTION OF ALL NON-DUPLICATIVE 7/7/23 INTRADAY VERSIONS OF SLIDE DECK UNDER MAY 18, 2026 ORDER RESOLVING DISPUTE RE: META DOCUMENT NO. 4 AND CRIME FRAUD EXCEPTION TO ATTORNEY-CLIENT PRIVILEGE (ECF 3074)

DATED: June 1, 2026                     Respectfully Submitted,

**COVINGTON & BURLING LLP**

/s/ Ashley M. Simonsen
Ashley M. Simonsen (State Bar. No. 275203)
COVINGTON & BURLING LLP
1999 Avenue of the Stars
Los Angeles, CA 90067
Telephone: + 1 (424) 332-4800
Email: asimonsen@cov.com

Paul W. Schmidt, *pro hac vice*
COVINGTON & BURLING LLP
The New York Times Building
620 Eighth Avenue
New York, NY 10018-1405
Telephone: + 1 (212) 841-1262
Facsimile: + 1 (202) 662-6291
Email: pschmidt@cov.com

*Attorneys for Defendants Meta Platforms, Inc. f/k/a Facebook, Inc. and Instagram, LLC*

**ROB BONTA**
Attorney General
State of California

 /s/ Megan O'Neill
Nicklas A. Akers (CA SBN 211222)
Senior Assistant Attorney General
Bernard Eskandari (SBN 244395)
Emily Kalanithi (SBN 256972)
Supervising Deputy Attorneys General
Nayha Arora (CA SBN 350467)
David Beglin (CA SBN 356401)
Megan O'Neill (CA SBN 343535)
Joshua Olszewski-Jubelirer (CA SBN 336428)
Marissa Roy (CA SBN 318773)
Brendan Ruddy (CA SBN 297896)
Deputy Attorneys General
California Department of Justice
Office of the Attorney General
455 Golden Gate Ave., Suite 11000

STIPULATION AND [PROPOSED] ORDER EXTENDING TIMELINE FOR PRODUCTION OF ALL NON-DUPLICATIVE 7/7/23 INTRADAY VERSIONS OF SLIDE DECK UNDER MAY 18, 2026 ORDER RESOLVING DISPUTE RE: META DOCUMENT NO. 4 AND CRIME FRAUD EXCEPTION TO ATTORNEY-CLIENT PRIVILEGE (ECF 3074)

San Francisco, CA 94102-7004
Phone: (415) 510-4400
Fax: (415) 703-5480
Joshua.OlszewskiJubelirer@doj.ca.gov

*Attorneys for Plaintiff the People of the State of California*

**PHILIP J. WEISER**
Attorney General
State of Colorado
 */s/ Krista Batchelder*
Krista Batchelder, CO Reg. No. 45066, *pro hac vice*
Deputy Solicitor General
Shannon Stevenson, CO Reg. No. 35542, *pro hac vice*
Solicitor General
Elizabeth Orem, CO Reg. No. 58309, *pro hac vice*
Assistant Attorney General
Colorado Department of Law
Ralph L. Carr Judicial Center
Consumer Protection Section
1300 Broadway, 7th Floor
Denver, CO 80203
Phone: (720) 508-6651
krista.batchelder@coag.gov
Shannon.stevenson@coag.gov
Elizabeth.orem@coag.gov

*Attorneys for Plaintiff State of Colorado, ex rel. Philip J. Weiser, Attorney General*

**RUSSELL COLEMAN**
Attorney General
Commonwealth of Kentucky

*/s/ Philip Heleringer*
J. Christian Lewis (KY Bar No. 87109),
*Pro hac vice*
Philip Heleringer (KY Bar No. 96748),
*Pro hac vice*
Zachary Richards (KY Bar No. 99209),
*Pro hac vice*
Daniel I. Keiser (KY Bar No. 100264),
*Pro hac vice*
Matthew Cocanougher (KY Bar No. 94292),

STIPULATION AND [PROPOSED] ORDER EXTENDING TIMELINE FOR PRODUCTION OF ALL NON-DUPLICATIVE 7/7/23 INTRADAY VERSIONS OF SLIDE DECK UNDER MAY 18, 2026 ORDER RESOLVING DISPUTE RE: META DOCUMENT NO. 4 AND CRIME FRAUD EXCEPTION TO ATTORNEY-CLIENT PRIVILEGE (ECF 3074)

*Pro hac vice*
Assistant Attorneys General
1024 Capital Center Drive, Suite 200
Frankfort, KY 40601
CHRISTIAN.LEWIS@KY.GOV
PHILIP.HELERINGER@KY.GOV
ZACH.RICHARDS@KY.GOV
DANIEL.KEISER@KY.GOV
MATTHEW.COCANOUGHER@KY.GOV
Phone: (502) 696-5300
Fax: (502) 564-2698

*Attorneys for Plaintiff the Commonwealth of Kentucky*

**MATTHEW J. PLATKIN**
Attorney General
State of New Jersey

*/s/ Kashif T. Chand*
Kashif T. Chand (NJ Bar No. 016752008),
*Pro hac vice*
Attorney General
Thomas Huynh (NJ Bar No. 200942017),
*Pro hac vice*
Assistant Section Chief, Deputy Attorney General
Verna J. Pradaxay (NJ Bar No. 335822021),
*Pro hac vice*
Mandy K. Wang (NJ Bar No. 373452021),
*Pro hac vice*
Deputy Attorneys General
New Jersey Office of the Attorney General,
Division of Law
124 Halsey Street, 5th Floor
Newark, NJ 07101
Tel: (973) 648-2052
Kashif.Chand@law.njoag.gov
Thomas.Huynh@law.njoag.gov
Verna.Pradaxay@law.njoag.gov
Mandy.Wang@law.njoag.gov

*Attorneys for Plaintiffs New Jersey Attorney General
and the New Jersey Division of Consumer Affairs
Matthew J. Platkin, Attorney General for the State of
New Jersey, and Elizabeth Harris, Acting Director of
the New Jersey Division of Consumer Affairs*

6

**ATTESTATION**

I, Ashley M. Simonsen, hereby attest, pursuant to N.D. Cal. Civil L.R. 5-1, that the concurrence to the filing of this document has been obtained from each signatory hereto.

DATED:  June 1, 2026

By:  _/s/ Ashley M. Simonsen_
Ashley M. Simonsen

STIPULATION AND [PROPOSED] ORDER EXTENDING TIMELINE FOR PRODUCTION OF ALL NON-DUPLICATIVE 7/7/23 INTRADAY VERSIONS OF SLIDE DECK UNDER MAY 18, 2026 ORDER RESOLVING DISPUTE RE: META DOCUMENT NO. 4 AND CRIME FRAUD EXCEPTION TO ATTORNEY-CLIENT PRIVILEGE (ECF 3074)