**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/ PERSONAL INJURY PRODUCTS LITIGATION** | **Case No. 22-md-3047-YGR** <br> **MDL No. 3047** |
| **This Document Relates to:** <br><br> James Sullivan, Jr. <br><br> Plaintiff, <br><br> v. <br><br> Meta Platforms, Inc., et al., <br><br> Defendants. | Case No. 2:25-cv-00456-KBH, (E.D. Pa.) <br><br><br> **APPLICATION FOR ADMISSION OF ATTORNEY PRO HAVE VICE** |

I, Orville R. Walls III, Esquire, an active member in good standing of the bar of the United States District Court for the Eastern District of Pennsylvania, hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing Defendants, Hopkins Ford, Inc. d/b/a John Kennedy Ford of Jenkintown (incorrectly named as John Kennedy Ford of Jenkintown and Hopkins Ford, Inc.); Kennedy Real Estate Management Associates, LLC (incorrectly named as Kennedy Real Estate Associates Management, LLC); and Kennedy Real Estate Associates, LP, in the above-entitled action. Pursuant to the Case Management Order No. 22 (Dkt. No. 1813), the requirement of local counsel is waived.

I am an active member in good standing of the United States Court or of the highest court of another State or the District of Columbia, as indicated above; my Bar number is 81223.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application as Exhibit "A."

#20470250-1

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules. I declare under perjury that the foregoing is true and correct.

Respectfully submitted,

**RAWLE & HENDERSON, LLP**

BY:_____

Orville R. Walls III, Esquire
PA Attorney Bar: 81223
Centre Square West
1500 Market Street, 19th Floor
Philadelphia, PA 19102
Telephone: (215) 575-4200
Email: owalls@rawle.com

*Pro Hac Vice Attorney for Defendants, Hopkins Ford, Inc. d/b/a John Kennedy Ford of Jenkintown (incorrectly named as John Kennedy Ford of Jenkintown and Hopkins Ford, Inc.); Kennedy Real Estate Management Associates, LLC (incorrectly named as Kennedy Real Estate Associates Management, LLC); and Kennedy Real Estate Associates, LP*

Date: June 3, 2026

#20470250-1