## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/ PERSONAL INJURY PRODUCTS LITIGATION** | **Case No. 22-md-3047-YGR** <br> **MDL No. 3047** |
| **This Document Relates to:** <br><br> James Sullivan, Jr. <br><br> Plaintiff, <br><br> v. <br><br> Meta Platforms, Inc., et al., <br><br> Defendants. | **Case No. 2:25-cv-00456-KBH, (E.D. Pa.)** <br><br><br> **PROPOSED ORDER** |

**IT IS HEREBY ORDERED THAT** the application of Orville R. Walls III, Esquire, is **GRANTED**, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice.


DATE:_____          _____

UNITED STATES DISTRICT/MAGISTRATE JUDGE

#20470250-1