**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/ PERSONAL INJURY PRODUCTS LITIGATION | **Case No. 22-md-3047-YGR** <br> **MDL No. 3047** |
| **This Document Relates to:** | |
| James Sullivan, Jr. <br><br> Plaintiff, <br><br> v. <br><br> Meta Platforms, Inc., et al., <br><br> Defendants. | Case No. 2:25-cv-00456-KBH, (E.D. Pa.) |

**CERTIFICATE OF SERVICE**

I, Orville R. Walls III, Esquire, hereby certify that a true and correct copy of the foregoing Application for Admission of Attorney Pro Hac Vice was served upon all counsel of record via the Court's CM/ECF e-filing system.

Respectfully submitted,
**RAWLE & HENDERSON, LLP**

BY:_____
        Orville R. Walls III, Esquire
        PA Attorney Bar: 81223
        Centre Square West
        1500 Market Street, 19th Floor
        Philadelphia, PA 19102
        Telephone: (215) 575-4200
        Email: owalls@rawle.com
        *Pro Hac Vice Attorney for Defendants,*
        *Hopkins Ford, Inc. d/b/a John Kennedy Ford of*
        *Jenkintown (incorrectly named as John Kennedy*
        *Ford of Jenkintown and Hopkins Ford, Inc.);*
        *Kennedy Real Estate Management Associates,*
        *LLC (incorrectly named as Kennedy Real Estate*
        *Associates Management, LLC); and Kennedy*
        *Real Estate Associates, LP*

Date: June 3, 2026

#20470250-1