# EXHIBIT "A"

#20470250-1



# CERTIFICATE OF GOOD STANDING

**UNITED STATES OF AMERICA**
**EASTERN DISTRICT OF PENNSYLVANIA**     **}**

    I, George Wylesol, Clerk of the United States District Court for the Eastern District of Pennsylvania, **DO HEREBY CERTIFY** that Orville Russel Walls, III, Bar #81223 was duly admitted to practice in said Court on 11/13/2008 and is in good standing as a member of the bar of this Court

May/27/2026

**George Wylesol, Clerk of Court**
**U.S. District Court, Eastern District of PA**

_____
**GEORGE WYLESOL**
**Clerk of Court**

**DATED at Philadelphia, Pennsylvania**
**on 05/27/2026**

BY: _____
      **Deputy Clerk**

Rev. 1/20/17