**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/ PERSONAL INJURY PRODUCTS LITIGATION** | **Case No. 22-md-3047-YGR** <br> **MDL No. 3047** |
| **This Document Relates to:** <br><br> James Sullivan, Jr. <br><br> Plaintiff, <br><br> v. <br><br> Meta Platforms, Inc., et al., <br><br> Defendants. | Case No. 2:25-cv-00456-KBH, (E.D. Pa.) |

**MOTION TO DISMISS OF DEFENDANTS HOPKINS FORD, INC. D/B/A JOHN KENNEDY FORD OF JENKINTOWN (INCORRECTLY NAMED AS JOHN KENNEDY FORD OF JENKINTOWN AND HOPKINS FORD, INC.); KENNEDY REAL ESTATE MANAGEMENT ASSOCIATES, LLC (INCORRECTLY NAMED AS KENNEDY REAL ESTATE ASSOCIATES MANAGEMENT, LLC); AND KENNEDY REAL ESTATE ASSOCIATES, LP**

Defendants Hopkins Ford, Inc. d/b/a John Kennedy Ford of Jenkintown (incorrectly named as John Kennedy Ford of Jenkintown and Hopkins Ford, Inc.); Kennedy Real Estate Management Associates, LLC (incorrectly named as Kennedy Real Estate Associates Management, LLC); and Kennedy Real Estate Associates, LP, by and through their attorneys, Rawle & Henderson LLP, hereby file this Motion to Dismiss.

For the reasons set forth in the attached brief, which is incorporated by reference, the claims against Defendants  Hopkins Ford, Inc. d/b/a John Kennedy Ford of Jenkintown (incorrectly named as John Kennedy Ford of Jenkintown and Hopkins Ford, Inc.); Kennedy Real Estate Management Associates, LLC (incorrectly named as Kennedy Real Estate Associates

Management, LLC); and Kennedy Real Estate Associates, LP's alleged failure to warn or prevent access to train tracks.

Respectfully submitted,

**RAWLE & HENDERSON, LLP**

BY:_____
Orville R. Walls III, Esquire
PA Attorney Bar: 81223
William J. Carr, Esquire
PA Attorney Bar: 79735
Centre Square West
1500 Market Street, 19th Floor
Philadelphia, PA 19102
Telephone: (215) 575-4200
Email: owalls@rawle.com

*Pro Hac Vice Attorney for Defendants, Hopkins Ford, Inc. d/b/a John Kennedy Ford of Jenkintown (incorrectly named as John Kennedy Ford of Jenkintown and Hopkins Ford, Inc.); Kennedy Real Estate Management Associates, LLC (incorrectly named as Kennedy Real Estate Associates Management, LLC); and Kennedy Real Estate Associates, LP*

Date: June 4, 2026