## CERTIFICATE OF SERVICE

I, Orville R. Walls III, Esquire, hereby certify that a true and correct copy of the foregoing **MOTION TO DISMISS OF DEFENDANTS HOPKINS FORD, INC. D/B/A JOHN KENNEDY FORD OF JENKINTOWN (INCORRECTLY NAMED AS JOHN KENNEDY FORD OF JENKINTOWN AND HOPKINS FORD, INC.); KENNEDY REAL ESTATE MANAGEMENT ASSOCIATES, LLC (INCORRECTLY NAMED AS KENNEDY REAL ESTATE ASSOCIATES MANAGEMENT, LLC); AND KENNEDY REAL ESTATE ASSOCIATES, LP** was served upon all counsel of record via the court CM/ECF e-filing system.

Respectfully submitted,

**RAWLE & HENDERSON, LLP**

BY:_____

Orville R. Walls III, Esquire
PA Attorney Bar: 81223
William J. Carr, Esquire
PA Attorney Bar: 79735
Centre Square West
1500 Market Street, 19th Floor
Philadelphia, PA 19102
Telephone: (215) 575-4200
Email: owalls@rawle.com

*Pro Hac Vice Attorney for Defendants, Hopkins Ford, Inc. d/b/a John Kennedy Ford of Jenkintown (incorrectly named as John Kennedy Ford of Jenkintown and Hopkins Ford, Inc.); Kennedy Real Estate Management Associates, LLC (incorrectly named as Kennedy Real Estate Associates Management, LLC); and Kennedy Real Estate Associates, LP*

Date: June 4, 2026