*[Parties and Counsel Listed on Signature Pages]*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates To:<br><br>*People of the State of California, et al. v. Meta Platforms, Inc. et al.* | MDL No. 3047<br><br>Case Nos. 4:22-md-03047-YGR (PHK)<br>4:23-cv-05448-YGR<br><br>**SECOND AMENDED NOTICE BY THE STATE ATTORNEYS GENERAL REGARDING ACTIONABLE MISREPRESENTATIONS**<br><br>Judge: Hon. Yvonne Gonzalez Rogers<br><br>Magistrate Judge: Hon. Peter H. Kang |

In accordance with the Court's direction at the May 27, 2026 pretrial conference, the eighteen State Attorneys General that assert state-law consumer protection claims ("State AGs") submit this amended list of actionable misrepresentations.

The State AGs previously submitted an initial list of actionable misrepresentations on April 20, 2026 (ECF 2972), following the April 15, 2026 hearing on the parties' motions for summary judgment. The AGs subsequently submitted an amended list on April 29, 2026 (ECF 2994) to correct minor inaccuracies.

Per the Court's instruction, the attached list of misrepresentations includes the "bucket" into which each misrepresentation can be categorized. The categorization of misrepresentations is preliminary and is subject to further amendment. In addition, the list of misrepresentations contains the following information: (1) the statement; (2) the date; (3) the speaker; (4) a brief description of the context; (5) the citation used by Meta in its Motion for Summary Judgment; and (6) the grounds pursuant to which Meta has moved for summary judgment (solely for the Court's convenience).

The number of misrepresentations reflects the widespread and pervasive nature of Meta's scheme to deceive the public about the safety of its social media platforms, and their numerosity is important evidence for the purposes of liability and violation counting. As the court in New Mexico v. Meta demonstrated a few months ago, a jury can effectively evaluate a significant number of statements when they are provided a table of those deceptive statements as part of the jury instructions. The State AGs will continue to examine this list critically and, if possible, narrow it further.

The State AGs also note that some of their consumer protection claims do not require evidence of a specific misrepresentation, but rather may be based on deceptive conduct more generally or a deceptive scheme. *See, e.g.*, Cal. Bus & Prof Code § 17200; 6 Del. C. § 2513(a); 815 ILCS 505/2; Minn. Stat. § 325D.44, subd 1(14); NCGS 75-1.1(a); Va. Code § 59.1-200(a)(14). Further, as the Court has recognized, other statements—including those communicated purely internally by Meta—may be admissible at trial, even if not listed here. *See* Fed. R. Evid. 401-402. The State AGs reserve all rights to offer any and all evidence in accordance with applicable rules and procedure.

SECOND AMENDED NOTICE BY THE STATE ATTORNEYS GENERAL REGARDING ACTIONABLE MISREPRESENTATIONS
4:22-md-03047-YGR; 4:23-cv-05448-YGR

Respectfully submitted,

DATED: June 4, 2026

By: **PHILIP J. WEISER**
Attorney General
State of Colorado

 /s/ Krista Batchelder
Krista Batchelder, CO Reg. No. 45066,
*pro hac vice*
Deputy Solicitor General
Shannon Stevenson, CO Reg. No. 35542, *pro hac vice*
Solicitor General
Elizabeth Orem, CO Reg. No. 58309, *pro hac vice*
Assistant Attorney General
Colorado Department of Law
Ralph L. Carr Judicial Center
Consumer Protection Section
1300 Broadway, 7th Floor
Denver, CO 80203
Phone: (720) 508-6651
krista.batchelder@coag.gov
Shannon.stevenson@coag.gov
Elizabeth.orem@coag.gov

*Attorneys for Plaintiff State of Colorado, ex rel.*
*Philip J. Weiser, Attorney General*

**ROB BONTA**
Attorney General
State of California

 /s/ Megan O'Neill
Nicklas A. Akers (CA SBN 211222)
Senior Assistant Attorney General
Bernard Eskandari (SBN 244395)
Emily Kalanithi (SBN 256972)
Supervising Deputy Attorneys General
Nayha Arora (CA SBN 350467)
Megan O'Neill (CA SBN 343535)
Joshua Olszewski-Jubelirer (CA SBN 336428)
Brendan Ruddy (CA SBN 297896)
Deputy Attorneys General
California Department of Justice
Office of the Attorney General
455 Golden Gate Ave., Suite 11000
San Francisco, CA 94102-7004

2

Phone: (415) 510-4400
Fax: (415) 703-5480
Megan.Oneill@doj.ca.gov

*Attorneys for Plaintiff the People of the State of California*

**RUSSELL COLEMAN**
Attorney General
Commonwealth of Kentucky

*/s/ Philip Heleringer*
J. Christian Lewis (KY Bar No. 87109),
*Pro hac vice*
Philip Heleringer (KY Bar No. 96748),
*Pro hac vice*
Zachary Richards (KY Bar No. 99209),
*Pro hac vice*
Daniel I. Keiser (KY Bar No. 100264),
*Pro hac vice*
Matthew Cocanougher (KY Bar No. 94292),
*Pro hac vice*
Assistant Attorneys General
1024 Capital Center Drive, Suite 200
Frankfort, KY 40601
CHRISTIAN.LEWIS@KY.GOV
PHILIP.HELERINGER@KY.GOV
ZACH.RICHARDS@KY.GOV
DANIEL.KEISER@KY.GOV
MATTHEW.COCANOUGHER@KY.GOV
Phone: (502) 696-5300
Fax: (502) 564-2698

*Attorneys for Plaintiff the Commonwealth of Kentucky*

**JENNIFER DAVENPORT**
Acting Attorney General
State of New Jersey

*/s/ Mandy Wang*
Kashif T. Chand (NJ Bar No. 016752008),
*Pro hac vice*
Assistant Attorney General
Thomas Huynh (NJ Bar No. 200942017),
*Pro hac vice*
Section Chief, Deputy Attorney General
Patrick J. Misale (NJ Bar No. 401352022),

3

*Pro hac vice*
Verna J. Pradaxay (NJ Bar No. 335822021),
*Pro hac vice*
Mandy K. Wang (NJ Bar No. 373452021),
*Pro hac vice*
Deputy Attorneys General
New Jersey Office of the Attorney General,
Division of Law
124 Halsey Street, 5th Floor
Newark, NJ 07101
Tel: (973) 648-2052
Kashif.Chand@law.njoag.gov
Thomas.Huynh@law.njoag.gov
Patrick.Misale@law.njoag.gov
Verna.Pradaxay@law.njoag.gov
Mandy.Wang@law.njoag.gov

*Attorneys for Plaintiffs Jennifer Davenport, Acting Attorney General for the State of New Jersey, and Jeremy E. Hollander, Acting Director of the New Jersey Division of Consumer Affairs*

4

## **ATTESTATION**

I, Mandy K. Wang, hereby attest, pursuant to N.D. Cal. Civil L.R. 5-1, that the concurrence to the filing of this document has been obtained from each signatory hereto.


Dated: June 4, 2026

By: */s/ Mandy K. Wang*

Bucket 1: Prioritization - These statements are deceptive because Meta conveyed to consumers that it prioritizes health and safety over its business interests.

| # chronological order | Text of Misrepresentation | Date | Speaker | Context | Meta Motion for Summary Judgment Citation | Meta Motion for Summary Judgment Category* | Buckets (prioritization; addiction; safety; U13) |
|---|---|---|---|---|---|---|---|
| 1 | "Instagram has a whole team, I think it's called the well-being team, and they basically—their entire focus is focusing on the wellbeing of the community. . . . Making the community a safer place, a place where people feel good, is a huge priority for Instagram. I would say one of the top priorities for the company." | 3/26/2018 | Eva Chen | Conference | Ex. 18 at 2 (¶ 125 / A2) | Commerce, Aspiration, Statute of Limitations | Prioritization |
| 4 | "This year we plan to spend more on safety and security than our whole revenue at the time of our IPO." | 2/4/2019 | Mark Zuckerberg | Facebook Post** | Ex. 35 at 1 (A7) | Commerce, Statute of Limitations | Prioritization |
| 8 | Adam Mosseri: "We've been focused on well-being broadly, like I said, it's our number one priority. . . . We will do things that mean people use Instagram less if we think that they keep people safe or generally create a healthier environment. And I think we have to be willing to do that." Gale King: "Even though it could affect your bottom line." Adam Mosseri: "Hundred percent. . . . We've been focused on well-being broadly, like I said, it's our number one priority." | 6/26/2019 | Adam Mosseri | Press Interview | Ex. 68 at 2 (¶ 425 / A1) | Aspiration | Prioritization |
| 10 | "We will make decisions that hurt the business if they're good for people's wellbeing and health because it has to be good for the business over the long run." | 11/8/2019 | Adam Mosseri | Conference | Ex. 19 at 1 (¶ 265 / A5) | Commerce, Aspiration | Prioritization |
| 14 | "While we continue to invest in helping businesses, we are equally focused on keeping our platforms safe." | 10/29/2020 | Sheryl Sandberg | Earnings Call | Ex. 17 at 6 (¶ 123) | Commerce, Aspiration | Prioritization |
| 27 | "Any experience we develop must prioritize [people under the age of 13's] safety and privacy." | 5/10/2021 | Meta Spokesperson | Press Statement | Ex. 67 at 3 (¶ 448) | Aspiration | Prioritization |
| 32 | "Today we have 40,000 people working on safety and security, and have invested more than $13 billion in teams and technology in this area since 2016." | 9/21/2021 | Meta | Meta Webpage** | Ex. 36 at 2 (A8) | Commerce | Prioritization |
| 47 | SENATOR KLOBUCHAR: ". . . What do you estimate the life-time value of a user is for kids who start using Facebook products before age 13?" Ms. DAVIS. "Respectfully, Senator, that is not how we think about  building products for our—for young people. We actually are quite focused on ensuring that parents have the kinds of supervisory tools that they need. That is just—it is just not the way we think about it, certainly not the way I and my team think about it." Senator KLOBUCHAR. "Ms. Davis, that may be true about your team, but are you saying that Facebook in developing products has never considered, and you are under oath, has never considered the profit value of developing products when they make their decisions of how those products look?" Ms. DAVIS. "Respectfully, Senator, we are a business. I am fully, fully aware of that, but what we are thinking about is how do we provide the best experience? If we have a very short sighted version of just—without focusing on providing a better experience for people or a good experience, that is just a terrible business model." | 9/30/2021 | Antigone Davis | Congressional Testimony | Ex. 1 at 18 (¶ 85) | Commerce, Noerr-Pennington | Prioritization |
| 48 | SENATOR LUJAN. "And my final question, Mr. Chairman. Yes or no, has Facebook ever found a change to its platform would potentially inflict harm on users, but moved forward because the change would also grow users or increase revenue?" Ms. DAVIS. "That has not been my experience at all at Facebook. We care deeply about the safety and security of the people on our platform. We have invested $12 billion in it. We have thousands and thousands of people working on this issue. That is just not how we would approach it." | 9/30/2021 | Antigone Davis | Congressional Testimony | Ex. 1 at 25 (A9) | Commerce, Noerr-Pennington | Prioritization |
| 56 | "Protecting our community is more important than maximizing our profits." | 10/4/2021 | Lena Pietsch | Press Statement | Ex. 66 at -0183 (¶ 127/ A4) | Aspiration | Prioritization |
| 57 | "At the heart of these accusations is this idea that we prioritize profit over safety and well-being. That's just not true." | 10/5/2021 | Mark Zuckerberg | Facebook Post** | Ex. 26 at 1 (¶ 223 / A3) | Commerce, Aspiration | Prioritization |
| 82 | Meta's "Best Interests of the Child Framework" includes the principle "Prioritize youth well-being and safety over business goals and interests." | 11/4/2025 | Elaine Montgomery Elaina Koros | Meta Webpage** | Ex. 34 at 4 (A6) | Commerce, Aspiration | Prioritization |
| | | | | | | | |
| | *The categories in this chart correspond to the following sections of Meta's Motion for Summary Judgment: Addiction (Section I.A), Noerr-Pennington (Section I.B.1), Commerce (Section I.B.2), Opinions (Section I.B.3), Aspiration (Section I.B.4), Statute of Limitations (Section I.B.5), and Lack of Evidence (Page 29). | | | | | | |
| | ** Denotes that the statement is currently publicly available online. | | | | | | |

**Bucket 2: Addiction - These statements are deceptive because Meta conveyed to consumers that its platforms were not addictive or not designed to be addictive.**

| # chronological order | Text of Misrepresentation | Date | Speaker | Context | Meta Motion for Summary Judgment Citation | Meta Motion for Summary Judgment Category* | Buckets (prioritization; addiction; safety; U13) |
|---|---|---|---|---|---|---|---|
| 2 | "At no stage does wanting something to be addictive factor into [our design] process." | 7/4/2018 | Meta Spokesperson | Press Statement | Ex. 70 at 4 (¶ 374 / B5) | Addiction, Statute of Limitations | Addiction |
| 15 | SENATOR GRAHAM: . . . "Mr. Zuckerberg, do you believe your product can be addictive?" MR. ZUCKERBERG: Senator, I--we certainly do not design the product in that way." | 11/17/2020 | Mark Zuckerberg | Congressional Testimony | Ex. 4 at 9 (B3) | Addiction, Commerce, Noerr-Pennington | Addiction |
| 20 | "And the way we design our algorithms is to encourage meaningful social interactions. So it is a common misconception that our teams--our goals, or even have goals, of trying to increase the amount of time that people spend." | 3/25/2021 | Mark Zuckerberg | Congressional Testimony | Ex. 2 at 56 (¶ 191) | Commerce, Noerr-Pennington, Aspiration | Addiction |
| 22 | MR. JOHNSON: . . . "You profit from your company's hooking users to your platforms by capitalizing on their time. So yes or no: Do you agree that you make money off of creating an addiction to your platforms? Mr. Zuckerberg?" MR. ZUCKERBERG: "Congressman, no. I don't agree with that." | 3/25/2021 | Mark Zuckerberg | Congressional Testimony | Ex. 2 at 56, 72 (¶ 191 / B4) | Commerce, Noerr-Pennington, Addiction | Addiction |
| 23 | "I don't give our News Feed team or our Instagram team goals around increasing the amount of time that people spend." | 3/25/2021 | Mark Zuckerberg | Congressional Testimony | Ex. 2 at 56-57 (¶ 137) | Commerce, Noerr-Pennington | Addiction |
| 25 | "The goal is to make sure you see what you find most meaningful--not to keep you glued to your smartphone for hours on end." | 3/31/2021 | Nick Clegg | Article | Ex. 59 at 5 (¶ 168 / B7) | Aspiration | Addiction |
| 51 | "So I disagree with calling our product addictive. I also think that is not how we build products." | 9/30/2021 | Antigone Davis | Congressional Testimony | Ex. 1 at 38 (¶ 375 / B2) | Addiction, Commerce, Noerr-Pennington | Addiction |
| 52 | SENATOR SULLIVAN. "So is you—let me—I want to—well, I will let you get to mental health, but I want to drill down on this addictive element. But isn't part of your business model to have more eye-balls for a longer amount of time engaged using your services?" Ms. DAVIS. "Respectfully, Senator that is not actually how we build our products. In fact, we made changes to our news feed to allow for more meaningful interactions, knowing that that would impact the time spent. In fact, it did impact the time spent by about 50 million hours per day. But we did it anyway because we were trying to build a positive, more positive experience." | 9/30/2021 | Antigone Davis | Congressional Testimony | Ex. 1 at 39 (¶¶ 192, 375 / B6) | Addiction, Commerce, Noerr-Pennington, Aspiration | Addiction |
| 58 | "We've built tools and controls to help people manage when and how they use our services. Furthermore, we have a dedicated team working across our platforms to better understand these issues and ensure people are using our apps in ways that are meaningful to them." | 11/5/2021 | Pratiti Raychoudhury | Meta Webpage** | Ex. 37 at 1 (B8) | Commerce, Aspiration | Addiction |
| 61 | "We're launching 'Take a Break' to empower people to make informed decisions about how they're spending their time." | 12/7/2021 | Adam Mosseri | Instagram Webpage** | Ex. 20 at 3 (Row 11) | Commerce, Aspiration | Addiction |
| 62 | "Senator, respectfully, I don't believe the research suggests that our products are addictive." | 12/8/2021 | Adam Mosseri | Congressional Testimony | Ex. 3 at 13 (¶ 427 / B1) | Addiction, Commerce, Noerr-Pennington, Opinions, Aspiration | Addiction |
| 69 | "We want teens to feel good about the time they spend on our apps, which is why we've built features like Take a Break on Instagram. Soon, teens will also see a notification when they've spent 20 minutes on Facebook, prompting them to take time away from the app and set daily time limits. We're also exploring a new nudge on Instagram that suggests teens close the app if they are scrolling Reels at night." | 6/27/2023 | Meta | Meta Webpage** | Ex. 38 at 5 (B9) | Commerce, Aspiration | Addiction |
| 71 | "Sleep is important, particularly for young people, so we're launching new nighttime nudges that will show up when teens have spent more than 10 minutes in places like Reels or Direct Messages late at night. They'll remind teens that it's late, and encourage them to close the app." | 1/18/2024 | Meta | Meta Webpage** | Ex. 38 at 1 (Row 13) | Commerce | Addiction |
| | | | | | | | |
| | *The categories in this chart correspond to the following sections of Meta's Motion for Summary Judgment: Addiction (Section I.A), Noerr-Pennington (Section I.B.1), Commerce (Section I.B.2), Opinions (Section I.B.3), Aspiration (Section I.B.4), Statute of Limitations (Section I.B.5), and Lack of Evidence (Page 29). | | | | | | |
| | ** Denotes that the statement is currently publicly available online. | | | | | | |

**Bucket 3: Safety - These statements are deceptive because Meta conveyed to consumers that its platforms do not harm users.**

| # chronological order | Text of Misrepresentation | Date | Speaker | Context | Meta Motion for Summary Judgment Citation | Meta Motion for Summary Judgment Category* | Buckets (prioritization; addiction; safety; U13) |
|---|---|---|---|---|---|---|---|
| 5 | "One of the most significant metrics we provide in the Community Standards Enforcement Report is prevalence. . . . We consider prevalence to be a critical metric because it helps us measure how violations impact people on Facebook.  We care most about how often content that violates our standards is actually seen relative to the total amount of times any content is seen on Facebook. This is similar to measuring concentration of pollutants in the air we breathe. When measuring air quality, environmental regulators look to see what percent of air is Nitrogen Dioxide to determine how much is harmful to people. Prevalance is the internet's equivalent--a measurement of what percent of times someone sees something that is harmful." | 5/23/2019 | Meta | Meta Webpage** | Ex. 29 at 1-2 (¶ 464 / C5) | Commerce, Aspiration, Statute of Limitations | Safety |
| 6 | "Prevalence: The frequency at which content that violates our Community Standards was viewed. | 5/23/2019 | Guy Rosen | Meta Webpage** | Ex. 55 at 3 (Row 23) | Commerce, Statute of Limitations | Safety |
| 7 | "The key metrics in our [Community Standards Enforcement Reports], which together track how we are at enforcing our Community Standards, are: Prevalence . . . . We care most about how often content that violates our policies is actually seen by someone." | 5/23/2019 | Meta | Meta Webpage** | N/A | None | Safety |
| 9 | "Progress to Help Keep People Safe . . . We publish the Community Standards Enforcement Report . . . to more effectively track our progess and demonstrate our continued commitment to making Facebook and Instagram safe." | Q2 2023 | Meta | Meta Publication | ¶ 473 | Commerce, Aspiration | Safety |
| 11 | "Progress to Help Keep People Safe." | 11/13/2019 | Guy Rosen | Meta Webpage** | Ex. 39 at 4 (¶ 473) | Commerce | Safety |
| 12 | "In Q3 2019, this upper limit was 0.04%. Meaning that for each of these policies, out of every 10,000 views on Facebook or Instagram in Q3 2019, we estimate that no more than 4 of those views contained content that violated that policy." | 11/13/2019 | Guy Rosen | Meta Webpage** | Ex. 39 at 4 (C6) | Commerce | Safety |
| 13 | "We also have to keep people safe and give them control over their experience on our apps. And we are." | 1/29/2020 | Sheryl Sandberg | Earnings Call | Ex. 16 at 5 (¶ 122) | Commerce, Aspiration | Safety |
| 16 | From Q4 2020 CSER: "The prevalance of violent and graphic content also dropped from 0.07% to 0.05%." | 2/11/2021 | Guy Rosen | Meta Webpage** | Ex. 31 at 2 (¶ 499); Ex. 40 at 1 (C7) | Commerce | Safety |
| 18 | MRS. LESKO: . . . "Do you believe that your platform harms children?" Mr. ZUCKERBERG. "Congresswoman, I don't believe so. This is something that we study and we care a lot about. Designing products that improve people's well-being is very important to us. And what our products do is help people stay connected to people they care about, which I think is one of the most fundamental and important human things that we do, whether that is for teens or for people who are older than that." | 3/25/2021 | Mark Zuckerberg | Congressional Testimony | Ex. 2 at 100 (¶ 415 / C1) | Commerce, Noerr-Pennington, Opinions, Aspiration | Safety |
| 19 | "As a model, Facebook has been doing something to this effect for every quarter, where we report on the prevalence of each category of harmful content and how effective our systems are at identifying that content and removing it in advance." | 3/25/2021 | Mark Zuckerberg | Congressional Testimony | Ex. 2 at 49 (¶ 465) | Commerce, Noerr-Pennington, Opinions, Aspiration | Safety |
| 21 | "Overall, the research that we have seen is that using social apps to connect with other people can have positive mental health benefits and well-being benefits by helping people feel more connected and less lonely." | 3/25/2021 | Mark Zuckerberg | Congressional Testimony | Ex. 2 at 56 (¶ 419 / C4) | Commerce, Noerr-Pennington, Opinions, Aspiration | Safety |
| 26 | Adam Mosseri told reporters that the effect of Instagram on teen mental health seems to be "quite small." | 5/1/2021 | Adam Mosseri | Press Interview | Ex. 58 at 2-3 (¶ 126) | Aspiration | Safety |
| 28 | "We tested hiding like counts to see if it might depressurize people's experience on Instagram. What we heard from people and experts was that not seing like counts was beneficial for some, and annoying to others" | 5/26/2021 | Meta | Meta Webpage** | Ex. 27 at 1 (¶ 284) | Commerce | Safety |
| 29 | "[With respect to Project Daisy,] there was very little impact and the result was neutral." | 5/26/2021 | Adam Mosseri | Press Interview | ¶ 287 | Aspiration | Safety |
| 33 | "Contrary to The Wall Street Journal's characterization, Instagram's research shows that on 11 of 12 well-being issues, teenage girls who said they struggled with those difficult issues also said that Instagram made them better rather than worse." | 9/26/2021 | Pratiti Raychoudhury | Instagram Webpage** | Ex. 32 at 1 (¶ 598 / C3) | Commerce | Safety |
| 34 | "These documents were also created for and used by people who understood the limitations of the research, which is why they occasionally used shorthand language, particularly in the headlines, and do not explain the caveats on every slide." | 9/26/2021 | Pratiti Raychoudhury | Instagram Webpage** | Ex. 32 at 2 (¶¶ 595-96) | Commerce | Safety |
| 35 | "Suggesting that Instagram is toxic for teens is simply not backed up by the facts." | 9/26/2021 | Pratiti Raychoudhury | Instagram Webpage** | Ex. 32 at 6 (Row 7) | Commerce | Safety |
| 38 | "We have put in place multiple protections to create safe and age-appropriate experiences for people between the ages of 13 and 17." | 9/30/2021 | Antigone Davis | Congressional Testimony | Ex. 1 at 10 (¶ 128) | Commerce, Noerr-Pennington, Aspiration | Safety |
| 39 | "We've also introduced new ways to support people on Instagram who may be affected by negative body image or an eating disorder, including surfacing more expert-backed resources when people search for eating disorder-related content, expanding our work with experts to help inform our policies, and collaborating with community leaders to help them create and share positive, inspiring body image content." | 9/30/2021 | Antigone Davis | Congressional Testimony | Ex. 1 at 10 (Row 9) | Commerce, Noerr-Pennington | Safety |
| 40 | "[W]e conduct this research: to make our platforms better, to minimize the bad and maximize the good." | 9/30/2021 | Antigone Davis | Congressional Testimony | Ex. 1 at 11 (¶ 592) | Commerce, Noerr-Pennington, Aspiration | Safety |
| 49 | SENATOR BLACKBURN. "OK, well, how are you restricting access to data internally? Have your policies changed since The Wall Street Journal articles?" MS. DAVIS. "Senator, not that I am aware of, certainly." | 9/30/2021 | Antigone Davis | Congressional Testimony | Ex. 1 at 28 (¶¶ 603-04) | Commerce, Noerr-Pennington | Safety |
| 50 | "Senator, we do not direct people toward content that promotes eating disorders. That actually violates our policies, and we remove that content when we become aware of it. We actually use AI to find content like that and to remove it." | 9/30/2021 | Antigone Davis | Congressional Testimony | Ex. 1 at 29 (¶¶ 185, 334, 368 / C9) | Commerce, Noerr-Pennington | Safety |
| 53 | "In my current role, I work with internal teams and external stakeholders to ensure that Facebook remains a leader in online safety, including issues of bullying and combating child exploitation. . . . At Facebook, we take the privacy, safety, and well-being of all those who use our platform very seriously, especially the youngest people on our services. We work tirelessly to put in place the right policies, products, and precautions so they have a safe and positive experience. We have dedicated teams focused on youth safety and we invest significant resources in protecting teens online. . . . We work constantly to improve safety and privacy protections for young people." | 9/30/2021 | Antigone Davis | Congressional Testimony | Ex. 1 at 7 (Row 8) | Commerce, Noerr-Pennington, Aspiration | Safety |
| 54 | "In fact, one of the main presentations referenced by the Wall Street Journal included a survey of twelve issues—difficult and serious issues like loneliness, anxiety, sadness, and eating disorders. . . . For eleven of the twelve issues, teen girls who were struggling were more likely to say that Instagram was affirmatively helping them than making things worse." | 9/30/2021 | Antigone Davis | Congressional Testimony | Ex. 1 at 7-8 (¶ 335 / C2) | Commerce, Noerr-Pennington | Safety |
| 55 | "We do internal research to ask hard questions and find out how we can best improve the experience for teens and we will continue doing this work to improve Instagram and all of our apps. It is not accurate that leaked internal research demonstrates Instagram is 'toxic' for teen girls. . . . The research actually actually demonstrated that many teens we heard from feel that using Instagram helps them when they are struggling with the kinds of hard moments and issues teenagers have always faced. This research, like external research on these issues, found teens report having both positive and negative experiences with social media." | 10/3/2021 | Lena Pietsch | Press Statement | Ex. 69 at 6-7 (¶ 138) | Aspiration | Safety |
| 59 | "In Q3, the prevalence of bullying and harassment content was 0.14-0.15% or between 14 and 15 views of bullying and harassment content per 10,000 views of content on Facebook, and 0.05-0.06% or between 5 and 6 views per 10,000 views of content on Instagram." | 11/9/2021 | Guy Rosen | Meta Webpage** | Ex. 41 at 4 (C8) | Commerce | Safety |
| 60 | "At Instagram, we've been working for a long time to keep young people safe on the app." | 12/7/2021 | Adam Mosseri | Instagram Webpage** | Ex. 20 at 1 (¶ 129) | Commerce, Aspiration | Safety |
| 66 | Elizabeth Lagone stated that some posts seen by M.R. on Instagram before her suicide were "safe" for children to see. | 9/30/2022 | Elizabeth Lagone | UK Coroner's Court Inquest | Ex. 6 at 3 (¶ 565) | Commerce, Noerr-Pennington, Aspiration | Safety |
| 67 | "Continuing to Keep Instagram Safe and Secure." | 12/15/2022 | n/a | Instagram Webpage** | Ex. 22 at 1 (¶ 131) | Commerce, Aspiration | Safety |
| 68 | "We haven't waited for regulation to continue making progress on our apps. Over the past several years, we've taken significant steps, including: . . . Using age verification technology to help teens have age-appropriate experiences. . . . Removing more content that violates our policies and making potentially sensitive content more difficult to find. . . . Offering tools for teens to spend more meaningful time online." | 1/9/2023 | Antigone Davis | Meta Webpage** | Ex. 47 at 4-5 (Row 12) | Commerce | U13; Safety |

| # | Statement | Date | Speaker | Source | Exhibit | Category | |
|---|---|---|---|---|---|---|---|
| 70 | "We regularly consult with experts in adolescent development, psychology and mental health to help make our platforms safe and age-appropriate for young people, including improving our understanding of which types of content may be less appropriate for teens." | 1/9/2024 | Meta | Meta Webpage** | Ex. 48 at 2 (Row 14) | Commerce, Aspiration | Safety |
| 72 | "We want teens to have a safe, age-appropriate experiences on our apps. We've developed more than 30 tools and features to help support teens and their parents, and we've spent over a decade developing policies and technology to address content and behavior that breaks our rules." | 1/25/2024 | Meta | Meta Webpage** | Ex. 49 at 2 (Row 15) | Commerce | Safety |
| 73 | "We go beyond legal requirements and use sophisticated technology to proactively seek out abusive material, and as a result, we find and report more inappropriate content than anyone else in the industry." | 1/31/2024 | Meta | Meta Webpage** | Ex. 50 at 4 (Row 16) | Commerce | Safety |
| 74 | "Between April and June this year, we took action on over 12 million pieces of suicide and self-harm content on Facebook and Instagram. While we allow people to discuss their experiences with suicide and self-harm -- as long as it's not graphic or promotional -- this year we've taken important steps to make this content harder to find in Search and to hide it completely from teens, even if it's shared by someone they follow." | 9/12/2024 | Antigone Davis | Meta Webpage** | Ex. 51 at 3 (Row 17) | Commerce | Safety |
| 75 | "We developed Teen Accounts with parents and teens in mind. The new Teen Account protections are designed to address parents' biggest concerns, including who their teens are talking to online, the content they're seeing and whether their time is being well spent." | 9/17/2024 | Meta | Meta Webpage** | Ex. 52 at 4 (Row 18) | Commerce, Aspiration | Safety |
| 76 | "[Teen Accounts are] an automatic set of protections for teens that try to proactively address the top concerns that we've heard from parents about teens online." | 9/17/2024 | Adam Mosseri | Press Interview | Ex. 62 at 2 (Row 21) | Aspiration | Safety |
| 77 | "Advertisers are not able to target teens based on interests, activities or gender. Teens' engagement on our technologies — like following certain Facebook pages or Instagram accounts — will not inform the types of ads they see. Teen-specific controls and resources help them understand how ads work and the reasons why they see certain ads on our technologies. These changes reflect research, direct feedback from parents and child developmental experts, UN children's rights principles and global regulation." | 9/20/2024 | Meta | Meta Publication | Ex. 53 at 80 (Row 20) | Commerce, Aspiration | Safety |
| 78 | "We care deeply about the safety of the people who use our apps. We regularly consult with experts in suicide, self-injury and eating disorders to help inform our policies and enforcement, and we work with organizations around the world to provide assistance to people in distress." | 10/2/2024 | Meta | Meta Webpage** | Ex. 90 at 1 (Row 26) | Lack of Evidence | Safety |
| 79 | "Bullying and harassment happen in many places and come in many different forms from making threats and releasing personally identifiable information to sending threatening messages and making unwanted malicious contact. We do not tolerate this kind of behavior because it prevents people from feeling safe and respected on Facebook, Instagram, and Threads." | 1/22/2025 | Meta | Meta Webpage** | Ex. 57 at 1 (Row 27) | Aspiration | Safety |
| 80 | "Another way to think of prevalence is how many views of violating content we didn't prevent -- either because we haven't caught the violations early enough or we missed them altogether." | 3/6/2025 | Meta | Meta Webpage** | Ex. 56 at 1 (Row 24) | Commerce | Safety |
| 81 | Meta's "Best Interests of the Child Framework" includes the principle "Create safe, age-appropriate environments for youth." | 11/4/2025 | Elaine Montgomery Elaina Koros | Meta Webpage** | Ex. 34 at 3 (Row 28) | Commerce, Aspiration | Safety |
| 83 | Meta Community Standard Enforcement Reports reporting on prevalence numbers. | 5/15/2018, 11/15/2018, 5/23/2019, 11/13/2019, 5/12/2020, 8/11/2020, 11/19/2020, 2/11/2021, 5/19/2021, 8/18/2021, 11/9/2021, 3/1/2022, 5/17/2022, 8/25/2022, 11/22/2022, 2/23/2023, 5/17/2023, Q4 2025 | Meta | Community Standard Enforcement Reports | Meta's CSERs published May 15, 2018, November 15, 2018, and May 23, 2019; Ex. 30 at -9929 (¶ 490); Ex. 30 at -9930 (¶ 481) | Commerce, Statute of Limitations (5/15/2018, 11/15/2018, and 5/23/2019 CSERs only) | Safety |
| 84 | "At Instagram, we have guidelines that govern what content we recommend to people.  Through those guidelines, we work to avoid making recommendations that could be low-quality, objectionable, or sensitive, and we also avoid making recommendations that may be inappropriate for younger viewers. . . . We use technology to detect both content and accounts that don't meet these Recommendations Guidelines and to help us avoid recommending them.  As always, content that goes against our Community Standards will be removed from Instagram." | Current | Meta | Instagram Webpage** | Ex. 24 at 1 (¶ 188 / C10) | Commerce | Safety |
| 86 | Meta "build[s] technology that gives you more control and helps keep you safe" including through "tools that can protect--so you can connect." | Various dates | Meta | Television Advertisement | ¶ 829 | Aspiration | Safety |
| | *The categories in this chart correspond to the following sections of Meta's Motion for Summary Judgment: Addiction (Section I.A), Noerr-Pennington (Section I.B.1), Commerce (Section I.B.2), Opinions (Section I.B.3), Aspiration (Section I.B.4), Statute of Limitations (Section I.B.5), and Lack of Evidence (Page 29). | | | | | | |
| | ** Denotes that the statement is currently publicly available online. | | | | | | |

**Bucket 4: U13 - These statements are deceptive because Meta conveyed to consumers that it effectively prevents U13s from using its platforms.**

| # chronological order | Text of Misrepresentation | Date | Speaker | Context | Meta Motion for Summary Judgment Citation | Meta Motion for Summary Judgment Category* | Buckets (prioritization; addiction; safety; U13) |
|---|---|---|---|---|---|---|---|
| 3 | "We do not allow people under 13 to have a Facebook account." | 7/17/2018 | Monika Bickert | Meta Webpage** | Ex. 42 at 2 (D2) | Commerce, Statute of Limitations | U13 |
| 17 | "We know that young people can lie about their date of birth.  We want to do more to stop this from happening." | 3/17/2021 | Meta | Instagram Webpage** | Ex. 33 at 3 (¶ 729) | Commerce | U13 |
| 24 | "If we detect that someone might be under the age of 13, even if they lied, we kick them off." | 3/25/2021 | Mark Zuckerberg | Congressional Testimony | Ex. 2 at 76 (¶¶ 438, 685 / D8) | Commerce, Noerr-Pennington | U13 |
| 30 | "This technology is also the basis of important changes we're making to keep young people safe. . . . We're also building similar technology to find and remove accounts belonging to people under the age of 13." | 7/27/2021 | Pavni Diwanji | Meta Webpage** | Ex. 43 at 3 (D7) | Commerce | U13 |
| 31 | "We're also looking at ways we can reduce the incentive for people under the age of 13 to lie about their age. The reality is that they're already online, and with no foolproof way to stop people from misrepresenting their age, we want to build experiences designed specifically for them, managed by parents and guardians." | 7/27/2021 | Pavni Diwanji | Meta Webpage** | Ex. 43 at 4 (Row 6) | Commerce, Aspiration | U13 |
| 36 | "If kids are under 13, they're not allowed on Instagram and they should not be using our service." | 9/28/2021 | Adam Mosseri | Press Statement | N/A | None | U13 |
| 37 | "Like all technology companies, of course, we want to appeal to the next generation, but that's entirely different from the false assertion that we knowingly attempt to recruit people who aren't old enough to use our apps." | 9/28/2021 | Adam Mosseri | Press Statement | Ex. 89 at 4 (¶ 664) | Lack of Evidence | U13 |
| 41 | "We also know that young people are online under the age of 12, on apps that aren't designed for them." | 9/30/2021 | Antigone Davis | Congressional Testimony | Ex. 1 at 12 (¶ 792) | Commerce, Noerr-Pennington | U13 |
| 42 | MS. DAVIS: "Senator, children under the age of 13 are not allowed on Instagram or Facebook. . . . SENATOR LUJAN: . . . "Does Facebook or Instagram collect personally identifiable information specific to individual children under the age of 13 wthout the consent of those parents or guardians. If the answer's no, that's sufficient." MS. DAVIS: "Senator, it would be my understandng that we don't since we don't allow them on our apps." | 9/30/2021 | Antigone Davis | Congressional Testimony | Ex. 1 at 14 (¶ 648) | Commerce, Noerr-Pennington | U13 |
| 43 | "We also allow people to report underage accounts, even if you are not on Facebook, and we will remove them." | 9/30/2021 | Antigone Davis | Congressional Testimony | Ex. 1 at 15 (¶ 669) | Commerce, Noerr-Pennington | U13 |
| 44 | "If we see someone trying to, repeatedly, change the [birth] date to get past that [age screen], we actually will restrict their ability to access the app." | 9/30/2021 | Antigone Davis | Congressional Testimony | Ex. 1 at 15 (¶ 712) | Commerce, Noerr-Pennington | U13 |
| 45 | "We do not market to 8 to 12 year olds because they are not on Instagram." | 9/30/2021 | Antigone Davis | Congressional Testimony | Ex. 1 at 15 (D1) | Commerce, Noerr-Pennington | U13 |
| 46 | SENATOR BLACKBURN: "Ok, but you were going to apply [monthly active people] to children under 13. So, therefore, you were trying to quantify the number of children that were under 13 years of age that were using your site. Correct?" MS. DAVIS: "Respectfully, that doesn't sound accurate to me." | 9/30/2021 | Antigone Davis | Congressional Testimony | Ex. 1 at 15 (Row 10) | Commerce, Noerr-Pennington, Aspiration | U13 |
| 63 | "We're building new technology to proactively find and remove accounts belonging to those under 13 and to identify those people who may be under the age of 13. . . . We train our technology to identify if people are above or below 18 using multiple signals. We look at things like wishing people a happy birthday and the age written in those messages." | 12/8/2021 | Adam Mosseri | Congressional Testimony | Ex. 3 at 8 (¶ 743) | Commerce, Noerr-Pennington | U13 |
| 64 | "Instagram is built for people 13 and older. If a child is under the age of 13, they are not permitted on Instagram." | 12/8/2021 | Adam Mosseri | Congressional Testimony | Ex. 3 at 8 (D4) | Commerce, Noerr-Pennington | U13 |
| 65 | "I am especially focused on the safety of the youngest people who use our services. This work includes keeping underage users off our platform, designing age-appropriate  experiences for people ages 13 to 18, and building parental controls." | 12/8/2021 | Adam Mosseri | Congressional Testimony | Ex. 3 at 8 (D5) | Commerce, Noerr-Pennington, Aspiration | U13 |
| 68 | "We haven't waited for regulation to continue making progress on our apps. Over the past several years, we've taken significant steps, including: . . . Using age verification technology to help teens have age-appropriate experiences. . . . Removing more content that violates our policies and making potentially sensitive content more difficult to find. . . . Offering tools for teens to spend more meaningful time online." | 1/9/2023 | Antigone Davis | Meta Webpage** | Ex. 47 at 4-5 (Row 12) | Commerce | U13; Safety |
| 85 | "We will delete the account if we can't verify the account is managed by someone over 13 years old." | Current | Meta | Meta Webpage** | Ex. 88 at 1 (¶¶ 438, 685 / D9) | Lack of Evidence | U13 |
| | | | | | | | |
| | *The categories in this chart correspond to the following sections of Meta's Motion for Summary Judgment: Addiction (Section I.A), Noerr-Pennington (Section I.B.1), Commerce (Section I.B.2), Opinions (Section I.B.3), Aspiration (Section I.B.4), Statute of Limitations (Section I.B.5), and Lack of Evidence (Page 29). | | | | | | |
| | ** Denotes that the statement is currently publicly available online. | | | | | | |