# Exhibit N

[*Submitting Counsel on Signature Page*]

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION | MDL No. 3047 |
| THIS DOCUMENT RELATES TO: | Case Nos.: 4:23-cv-05448-YGR<br>4:22-md-03047-YGR |
| | **STATE ATTORNEYS GENERAL'S FIFTH SUPPLEMENTAL RESPONSE TO DEFENDANT META PLATFORMS, INC.'S FIRST SET OF INTERROGATORIES** |
| *People of the State of California, et al.*<br>*v.*<br>*Meta Platforms, Inc. et al.* | |
| | Judge: Hon. Yvonne Gonzalez Rogers |
| | Magistrate Judge: Hon. Peter H. Kang |

Pursuant to Federal Rules of Civil Procedure 26 and 33, Plaintiffs the People of the State of California; State of Colorado, *ex rel.* Philip J. Weiser, Attorney General; State of Connecticut; State of Delaware, *ex rel.* Kathleen Jennings, Attorney General of the State of Delaware; the People of the State of Illinois; State of Indiana; State of Kansas, *ex rel.* Kris W. Kobach, Attorney General; the Commonwealth of Kentucky; State of Louisiana; State of Minnesota, by its Attorney General, State of Nebraska *ex rel.* Michael T. Hilgers, Attorney General; Jennifer Davenport, Attorney General for the State of New Jersey, and Jeremy E. Hollander, Director of the New Jersey Division of Consumer Affairs; the People of the State of New York, by Letitia James, Attorney General of the State of New York; State of North Carolina, *ex rel.* Jeff Jackson, Attorney General; Commonwealth of Pennsylvania by Attorney General David W. Sunday, Jr.; State of South Carolina, *ex. rel.* Alan M. Wilson, in his official capacity as Attorney General of the State of South Carolina; Commonwealth of Virginia, *ex rel.* Jay Jones, Attorney General; and State of Wisconsin (collectively referenced in this document as the "State AGs"), hereby submit their supplemental responses and objections to Defendants Meta Platforms, Inc., Instagram, LLC, Meta Payments, Inc., and Meta Platforms Technologies, LLC's (collectively, "Meta" or "Defendants") First Set of Interrogatories, dated May 3, 2024.

## PRELIMINARY STATEMENT

The following supplemental responses are based only on information presently available to the State AGs. These written responses are made without prejudice, and the State AGs reserve all rights to modify, amend, or add to these responses and objections at any time.

The responses that follow are based upon the State AGs' understanding of the reasonable meaning of Defendants' Interrogatories and in a good-faith effort to comply with the law. Moreover, while the State AGs may not have direct knowledge or possession of the facts, Documents, and other matters referenced in the responses below, the State AGs have fulfilled their obligation to provide answers based upon information that was reasonably available to the State AGs at the time of the supplemental response. The State AGs reserve the right to refer to, conduct discovery with reference to, or offer into evidence at any time, including trial, any and all facts, Documents, and other things that are

2

STATE ATTORNEYS GENERAL'S FIFTH SUPPLEMENTAL RESPONSE TO META'S FIRST SET OF INTERROGATORIES
4:23-cv-05448-YGR
4:22-md-03047-YGR

not presently known or available to the State AGs, or have not yet been reviewed or discovered by the State AGs, but which may be learned at some time in the future notwithstanding these supplemental responses. Discovery, investigation, research, and analysis are ongoing and may disclose additional facts, add meaning to known facts, establish new legal contentions, or lead to additions, variations, or changes to these supplemental responses.

Finally, the below supplemental responses are subject to change depending on the outcome of future Court rulings bearing on discovery. The State AGs read these Interrogatories as specifically seeking information maintained by the State AGs, and responses to the Interrogatories are made on behalf of each state attorney general office's investigative/enforcement teams, not on behalf of state agencies or any other entity of state government. To the extent these Interrogatories seek information that is in the possession, custody, or control of state agencies or any other entity of state government, the State AGs reassert their objection that such information is not in the possession, custody, control of the State AGs.

**FIRST SET OF INTERROGATORIES**

**Interrogatory No. 3:**

Identify and describe each express and implied misrepresentation and omission relating to Defendants' Platforms for which Plaintiff seeks relief.

**State AGs' Supplemental Response:**

The State AGs incorporate by reference their June 3, 2024 Responses and Objections to Meta's First Set of Interrogatories, their April 10, 2025 Second Supplemental Responses and Objections to Meta's First Set of Interrogatories, and their January 7, 2026 Fourth Supplemental Responses and Objections to Meta's First Set of Interrogatories, including their General Objections, Objections to Definitions and Instructions, and specific objections to Interrogatory No. 3. Subject to and without waiving their objections to this Interrogatory, the State AGs provide the following supplemental response.

**Interrogatory No. 4:**

Identify all "unfair," "deceptive," and/or "unconscionable" practices or acts Plaintiff alleges Defendants engaged in that Plaintiff alleges violated the Consumer Protection Act and any State law under which Plaintiff seeks to recover.

**State AGs' Supplemental Response:**

The State AGs incorporate by reference their June 3, 2024 Responses and Objections to Meta's First Set of Interrogatories, their April 10, 2025 Second Supplemental Responses and Objections to Meta's First Set of Interrogatories, and their October 6, 2025 Third Supplemental Responses and Objections to Meta's First Set of Interrogatories, including their General Objections, Objections to Definitions and Instructions, and specific objections to Interrogatory No. 4. Subject to and without waiving their objections to this Interrogatory, the State AGs provide the following supplemental response.

Further examples of Meta's unfair practices include, but are not limited to, those described in the expert reports and opinions of Drs. Adam Alter, Ravi Iyer, Arvind Narayanan, and Colin Gray. The following are examples of the experts' related opinions. Dr. Alter discusses in his reports and opinions Meta's statements regarding its purported safety tools and the effectiveness of those tools. Dr. Iyer discusses in his reports and opinions that Meta's purported safety tools, including Teen Accounts, are insufficient to mitigate the harmful experiences, including problematic usage, associated with youth usage of Meta's Platforms. Dr. Iyer explains how Meta's safety interventions do not address its algorithms optimized for engagement nor its extended use features, including infinite scroll, autoplay, quantification of engagement, ephemeral content, and notifications. Dr. Narayanan's reports and opinions discuss how Meta's recommendation algorithms are optimized to maximize user engagement, which in turn facilitates problematic use. Dr. Gray's reports and opinions discuss the inherently

unfair/unconscionable and deceptive nature of platform design features ("dark patterns") and how these dark patterns facilitate problematic use and resulting harms. Additionally, Meta promotes its "safety tools," including but not limited to time management tools and Teen Accounts, creating the misleading impression that these tools are effective at keeping young users safe when in fact these tools do not effectively counter the harms associated with young users' time on the platforms. *See, e.g.,* Compl. ¶¶ 330-332, 575-590.

To further supplement their responses to this Interrogatory, the State AGs identify the reports and opinions of Carl Saba, including but not limited to calculations of the number of monthly instances in which teen accounts averaged more than 0.5, 1, 2, 3, 4, or 5 hours per day on Instagram and Facebook during the Relevant Time Period;  the number of instances in which teens were exposed to specific bad experiences on Instagram during the Relevant Time Period, based on the findings of BEEF Survey; the number of Teen Monthly Active Persons and Daily Active Persons on Instagram and Facebook on a monthly basis during the Relevant Time Period; the number of unique Teen persons that were active on Instagram or Facebook at any time during the Relevant Time Period; the number of Under 13 Daily Active Persons on Instagram or Facebook on a yearly basis during the Relevant Time Period; and the number of unique Under 13 persons who were active on Instagram or Facebook at any time during the Relevant Time Period.

The State AGs make this supplemental response based on their current knowledge and information, and without prejudice to their ability to amend or supplement this response or to rely on additional facts, documents, and opinions disclosed throughout the course of fact and expert discovery or at any time before trial.

**Interrogatory No. 5:**

State the number of violations of the Consumer Protection Act Plaintiff alleges Defendants committed

10

The State AGs make this supplemental response based on their current knowledge and information, and without prejudice to their ability to amend or supplement this response or to rely on additional facts, documents, and opinions disclosed throughout the course of fact and expert discovery or at any time before trial.

Dated: March 25, 2026                                    Respectfully submitted,


**ROB BONTA**                                            **PHILIP J. WEISER**
Attorney General                                        Attorney General
State of California                                      State of Colorado

/s/ *Megan O'Neill*                                     /s/ *Krista Batchelder*
Nicklas A. Akers (CA SBN 211222)                        Krista Batchelder, (CO Reg.45066), *pro hac*
Senior Assistant Attorney General                       *vice*
Bernard Eskandari (SBN 244395)                          Deputy Solicitor General
Emily Kalanithi (SBN 256972)                            Shannon Stevenson (CO Reg. 35542), *pro hac*
Supervising Deputy Attorneys General                    *vice*
Nayha Arora (CA SBN 350467)                             Solicitor General
David Beglin (CA SBN 356401)                            Elizabeth Orem (CO Reg. 58309), *pro hac*
Megan O'Neill (CA SBN 343535)                           *vice*
Joshua Olszewski-Jubelirer (CA SBN 336428)              Assistant Attorney General
Marissa Roy (CA SBN 318773)                             Colorado Department of Law
Brendan Ruddy (CA SBN 297896)                           Ralph L. Carr Judicial Center
Deputy Attorneys General                                Consumer Protection Section
California Department of Justice                         1300 Broadway, 7th Floor
Office of the Attorney General                          Denver, CO 80203
455 Golden Gate Ave., Suite 11000                       Phone: (720) 508-6384
San Francisco, CA 94102-7004                            krista.batchelder@coag.gov
Phone: (415) 510-4400                                   Shannon.stevenson@coag.gov
Fax: (415) 703-5480                                     Elizabeth.orem@coag.gov
Megan.ONeill@doj.ca.gov

*Attorneys for Plaintiff the People of the State of*    *Attorneys for Plaintiff State of Colorado, ex*
*California*                                            *rel. Philip J. Weiser, Attorney General*

STATE ATTORNEYS GENERAL'S FIFTH SUPPLEMENTAL RESPONSE TO META'S FIRST SET OF INTERROGATORIES
4:23-cv-05448-YGR
4:22-md-03047-YGR

**WILLIAM TONG**
Attorney General
State of Connecticut

*/s/ Rebecca Borné*
Rebecca Borné
(CT Juris No. 446982), pro hac vice
Tess E. Schneider
(CT Juris No. 444175), *pro hac vice*
Krislyn M. Launer
(CT Juris No. 440789), *pro hac vice*
Assistant Attorneys General
Connecticut Office of the Attorney General
165 Capitol Avenue
Hartford, Connecticut 06106
Phone: 860-808-5306
Fax: 860-808-5593
Rebecca.Borne@ct.gov
Tess.Schneider@ct.gov
Krislyn.Launer@ct.gov

*Attorneys for Plaintiff State of Connecticut*

**KATHLEEN JENNINGS**
Attorney General
State of Delaware

*/s/ Ryan Costa*
Marion Quirk (DE Bar 4136), *pro hac vice*
Director of Consumer Protection
Ryan Costa (DE Bar 5325), *pro hac vice*
Deputy Director of Consumer Protection
Delaware Department of Justice
820 N. French Street, 5th Floor
Wilmington, DE 19801
Phone: (302) 683-8811
Marion.Quirk@delaware.gov
Ryan.Costa@delaware.gov

*Attorneys for Plaintiff State of Delaware*

STATE ATTORNEYS GENERAL'S FIFTH SUPPLEMENTAL RESPONSE TO META'S FIRST SET OF INTERROGATORIES
4:23-cv-05448-YGR
4:22-md-03047-YGR

**KWAME RAOUL**
Attorney General
State of Illinois

*/s/ Matthew Davies*
Susan Ellis, Chief, Consumer Protection Division (IL Bar No. 6256460)
Greg Grzeskiewicz, Chief, Consumer Fraud Bureau (IL Bar No. 6272322)
Jacob Gilbert, Deputy Chief, Consumer Fraud Bureau (IL Bar No. 6306019)
Matthew Davies, Assistant Attorney General, Consumer Fraud Bureau (IL Bar No. 6299608), *pro hac vice*
Daniel B. Roth, Assistant Attorney General, Consumer Fraud Bureau (IL Bar No. 6290613)
Meera Khan, Assistant Attorney General, Consumer Fraud Bureau (IL Bar No. 6345895)
Office of the Illinois Attorney General
115 S. LaSalle Street
Chicago, Illinois 60603
312-814-2218
Susan.Ellis@ilag.gov
Greg.Grzeskiewicz@ilag.gov
Jacob.Gilbert@ilag.gov
Matthew.Davies@ilag.gov
Daniel.Roth@ilag.gov
Meera.Khan@ilag.gov

*Attorneys for Plaintiff the People of the State of Illinois*

**THEODORE E. ROKITA**
Attorney General
State of Indiana

*/s/ Scott L. Barnhart*
Scott L. Barnhart (IN Atty No. 25474-82)
*pro hac vice*
Chief Counsel and Director of Consumer Protection Corinne Gilchrist (IN Atty No. 27115-53)
*pro hac vice*
Section Chief, Consumer Litigation
Mark M. Snodgrass (IN Atty No. 29495-49)
*pro hac vice*
Deputy Attorney General
Office of the Indiana Attorney General
Indiana Government Center South
302 West Washington St., 5th Floor
Indianapolis, IN 46203
Telephone: (317) 232-6309
Scott.Barnhart@atg.in.gov
Corinne.Gilchrist@atg.in.gov
Mark.Snodgrass@atg.in.gov

*Attorneys for Plaintiff State of Indiana*

20

**KRIS W. KOBACH**
Attorney General
State of Kansas
*/s/ Sarah Dietz*
Sarah Dietz, Assistant Attorney General
(KS Bar No. 27457), *pro hac vice*
Office of the Kansas Attorney General
120 SW 10th Avenue, 2nd Floor
Topeka, Kansas 66612
Telephone: (785) 296-3751
sarah.dietz@ag.ks.gov

*Attorney for Plaintiff State of Kansas*

**RUSSELL COLEMAN**
Attorney General
Commonwealth of Kentucky

/s/ *J. Christian Lewis*
J. Christian Lewis (KY Bar No. 87109),
*pro hac vice*
Philip Heleringer (KY Bar No. 96748),
*pro hac vice*
Zachary Richards (KY Bar No. 99209),
*pro hac vice*
Daniel I. Keiser (KY Bar No. 100264),
*pro hac vice*
Matthew Cocanougher (KY Bar No. 94292),
*pro hac vice*
Assistant Attorneys General
1024 Capital Center Drive, Ste. 200
Frankfort, KY 40601
Christian.Lewis@ky.gov
Philip.Heleringer@ky.gov
Zach.Richards@ky.gov
Daniel.Keiser@ky.gov
Matthew.Cocanougher@ky.gov
Phone: (502) 696-5300
Fax: (502) 564-2698

*Attorneys for Plaintiff the Commonwealth of Kentucky*

STATE ATTORNEYS GENERAL'S FIFTH SUPPLEMENTAL RESPONSE TO META'S FIRST SET OF INTERROGATORIES
4:23-cv-05448-YGR
4:22-md-03047-YGR

**LIZ MURRILL**
Attorney General
State of Louisiana

*/s/ Asyl Nachabe*
Asyl Nachabe (LA Bar No. 38846)
*pro hac vice*
Assistant Attorney General
Louisiana Department of Justice
Office of the Attorney General
Public Protection Division
Complex Litigation Section
1885 N 3rd Street, 4th Floor
Baton Rouge, LA 70802
Tel: (225) 326-6435
NachabeA@ag.louisiana.gov
*Attorney for State of Louisiana*

**KEITH ELLISON**
Attorney General
State of Minnesota

*/s/ Evan Romanoff*
Evan Romanoff (MN Bar No. 0398223)
Caitlin Micko (MN Bar No. 0395388)
Assistant Attorney General
Office of the Minnesota Attorney General
445 Minnesota Street, Suite 600
St. Paul, MN 55101
Tel: (651) 724-9180
Caitlin.micko@ag.state.mn.us

*Attorney for State of Minnesota, by its
Attorney General, Keith Ellison*

STATE ATTORNEYS GENERAL'S FIFTH SUPPLEMENTAL RESPONSE TO META'S FIRST SET OF INTERROGATORIES
4:23-cv-05448-YGR
4:22-md-03047-YGR

**MICHAEL T. HILGERS**
Attorney General
State of Nebraska

/s/ Anna M. Anderson
Anna M. Anderson (NE #28080)
Assistant Attorney General
*pro hac vice*
Benjamin J. Swanson (NE #27675)
Assistant Attorney General
Nebraska Attorney General's Office
1445 K Street, Room 2115
Lincoln, NE 68509
(402) 471-6034
anna.anderson@nebraska.gov
benjamin.swanson@nebraska.gov

*Attorneys for Plaintiff State of Nebraska*

**JENNIFER DAVENPORT**
Attorney General
State of New Jersey

By: /s/ *Mandy Wang*
Kashif T. Chand (NJ Bar No. 016752008),
*Pro hac vice*
Assistant Attorney General
Thomas Huynh (NJ Bar No. 200942017),
*Pro hac vice*
Section Chief, Deputy Attorney
General
Patrick J. Misale (NJ Bar No. 401352022),
*Pro hac vice*
Verna J. Pradaxay (NJ Bar No. 335822021),
*Pro hac vice*
Mandy K. Wang (NJ Bar No. 373452021),
*Pro hac vice*
Deputy Attorneys General
New Jersey Office of the Attorney General,
Division of Law
124 Halsey Street, 5th Floor
Newark, NJ 07101
Tel: (973) 648-2052
Kashif.Chand@law.njoag.gov
Thomas.Huynh@law.njoag.gov
Verna.Pradaxay@law.njoag.gov
Mandy.Wang@law.njoag.gov

*Attorneys for Plaintiffs Jennifer Davenport,*
*Attorney General for the State of New Jersey,*
*and Jeremy E. Hollander, Acting Director of*
*the New Jersey Division of Consumer Affairs*

STATE ATTORNEYS GENERAL'S FIFTH SUPPLEMENTAL RESPONSE TO META'S FIRST SET OF INTERROGATORIES
4:23-cv-05448-YGR
4:22-md-03047-YGR

**LETITIA JAMES**
Attorney General
State of New York

/s/ Nathaniel Kosslyn
Nathaniel Kosslyn, Assistant Attorney General (NY Bar No. 5773676), *pro hac vice*
nathaniel.kosslyn@ag.ny.gov
Alex Finkelstein, Assistant Attorney General (NY Bar No. 5609623), *pro hac vice*
alex.finkelstein@ag.ny.gov
New York Office of the Attorney General
28 Liberty Street
New York, NY 10005
(212) 416-8000

**JEFF JACKSON**
Attorney General
State of North Carolina

*/s/ Charles White*
Charles G. White (N.C. State Bar No. 57735), *pro hac vice*
Assistant Attorney General
Kunal Choksi
Senior Deputy Attorney General
Josh Abram
Special Deputy Attorney General
N.C. Department of Justice
Post Office Box 629
Raleigh, North Carolina 27602
Telephone: (919) 716-6006
Facsimile: (919) 716-6050
E-mail: cwhite@ncdoj.gov
*Attorneys for Plaintiff State of North Carolina*

**DAVID W. SUNDAY, JR.**
Attorney General
Commonwealth of Pennsylvania

*/s/ Jonathan R. Burns*
Jonathan R. Burns
Senior Deputy Attorney General
(PA Bar No. 315206), *pro hac vice*
Pennsylvania Office of Attorney General
Strawberry Square, 14th Floor
Harrisburg, PA 17120
(717) 645-7269
jburns@attorneygeneral.gov

*Attorney for Plaintiff the Commonwealth of Pennsylvania*

**ALAN WILSON**
Attorney General
State of South Carolina

*/s/ Anna C. Smith*
C. Havird Jones, Jr.
Senior Assistant Deputy Attorney General
Jared Q. Libet (S.C. Bar No. 74975),
*pro hac vice*
Assistant Deputy Attorney General
Anna C. Smith (SC Bar No. 104749),
*pro hac vice*
Assistant Attorney General
Office of the South Carolina Attorney General
Post Office Box 11549
Columbia, South Carolina 29211
jlibet@scag.gov
annasmith@scag.gov
803-734-0536

*Attorneys for Plaintiff the State of South Carolina,*
*ex rel. Alan M. Wilson, in His Official Capacity as*
*Attorney General of the State of South Carolina*

STATE ATTORNEYS GENERAL'S FIFTH SUPPLEMENTAL RESPONSE TO META'S FIRST SET OF INTERROGATORIES
4:23-cv-05448-YGR
4:22-md-03047-YGR

**JAY JONES**
Attorney General
Commonwealth of Virginia

*/s/ Joelle E. Gotwals*
Travis G. Hill
Chief Deputy Attorney General
Helen O. Hardiman
Deputy Attorney General, Public Advocacy Division
Richard S. Schweiker, Jr.
Senior Assistant Attorney General and Section Chief
Joelle E. Gotwals (VSB No. 76779),
Senior Assistant Attorney General
*pro hac vice*
Chandler P. Crenshaw (VSB No. 93452)
Assistant Attorney General
*pro hac vice*
Office of the Attorney General of Virginia
Consumer Protection Section
202 N. 9th Street
Richmond, Virginia 23219
Telephone: (804) 786-8789
Facsimile: (804) 786-0122
E-mail: jgotwals@oag.state.va.us


*Attorneys for the Plaintiff Commonwealth of Virginia
ex rel. Jay Jones, Attorney General*

**JOSHUA L. KAUL**
Attorney General
State of Wisconsin

*/s/ Brittany Copper*
Brittany A. Copper
Assistant Attorney General
WI State Bar # 1142446, *pro hac vice*
Wisconsin Department of Justice
Post Office Box 7857
Madison, Wisconsin 53707-7857
(608) 266-1795
Brittany.copper@wisdoj.gov

*Attorneys for Plaintiff State of Wisconsin*

## VERIFICATION OF FIFTH SUPPLEMENTAL INTERROGATORY ANSWER TO FIRST SET OF INTERROGATORIES

I, Roberta Matson, declare under penalty of perjury that:

I am a Senior Legal Analyst with the California Department of Justice, Office of the Attorney General. I am authorized to make this Verification for and on behalf of the California Department of Justice, Office of the Attorney General. I have read the State Attorneys General's Fifth Supplemental Response to Meta Platform Inc.'s First Set of Interrogatories and know the contents thereof. I affirm that I have personal knowledge that the facts set forth therein are true and correct, or as to matters that are not within my personal knowledge, that I have made a reasonable inquiry, and I am informed and believe that those facts are true and correct.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct this 24th day of March, 2026 in San Diego, California.

Roberta
Matson

Digitally signed by Roberta
Matson
Date: 2026.03.24 15:26:32
-07'00'

Roberta Matson

## VERIFICATION OF FIFTH SUPPLEMENTAL INTERROGATORY ANSWER TO FIRST SET OF INTERROGATORIES

I, Krista Batchelder, am counsel for the Colorado Office of the Attorney General.  I am authorized to make this Verification for and on behalf of the Colorado Office of the Attorney General. I have read the State Attorneys General's Fifth Supplemental Response to Meta Platform Inc.'s First Set of Interrogatories and know the contents thereof. I affirm that I have personal knowledge that the facts set forth therein are true and correct, or as to matters that are not within my personal knowledge, that I have made a reasonable inquiry, and I am informed and believe that those facts are true and correct.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct this 24th day of March, 2026 in Denver, Colorado.


_/s/ Krista Batchelder_____

Deputy Solicitor General
Colorado Department of Law

## VERIFICATION OF FIFTH SUPPLEMENTAL INTERROGATORY ANSWER TO FIRST SET OF INTERROGATORIES

I, __Casey Rybak__, am a paralegal for the __Connecticut__ Office of the Attorney General. I am authorized to make this Verification for and on behalf of the __Connecticut__ Office of the Attorney General. I have read the State Attorneys General's Fifth Supplemental Response to Meta Platform Inc.'s First Set of Interrogatories and know the contents thereof. I affirm that I have personal knowledge that the facts set forth therein are true and correct, or as to matters that are not within my personal knowledge, that I have made a reasonable inquiry, and I am informed and believe that those facts are true and correct.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct this __25th__ day of March, 2026 in __Hartford, CT_____.

_/s/Casey Rybak_____
Casey Rybak, Paralegal Specialist

## VERIFICATION OF FIFTH SUPPLEMENTAL INTERROGATORY ANSWER TO FIRST SET OF INTERROGATORIES

I, Ryan T. Costa, am counsel for the Delaware Office of the Attorney General. I am authorized to make this Verification for and on behalf of the Delaware Office of the Attorney General. I have read the State Attorneys General's Fifth Supplemental Response to Meta Platform Inc.'s First Set of Interrogatories and know the contents thereof. I affirm that I have personal knowledge that the facts set forth therein are true and correct, or as to matters that are not within my personal knowledge, that I have made a reasonable inquiry, and I am informed and believe that those facts are true and correct.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct this 24th day of March, 2026 in Wilmington, Delaware.

Ryan T. Costa (Bar ID# 5325)
Deputy Director of Consumer Protection
Deputy Attorney General
State of Delaware Department of Justice
820 N. French Street, 5th Floor
Wilmington, DE 19801
(302) 683-8811
Ryan.Costa@delaware.gov

**VERIFICATION OF FIFTH SUPPLEMENTAL INTERROGATORY ANSWER TO FIRST SET OF INTERROGATORIES**

I, Matthew Davies, am counsel for the Illinois Office of the Attorney General. I am authorized to make this Verification for and on behalf of the Illinois Office of the Attorney General. I have read the State Attorneys General's Fifth Supplemental Response to Meta Platform Inc.'s First Set of Interrogatories and know the contents thereof. I affirm that I have personal knowledge that the facts set forth therein are true and correct, or as to matters that are not within my personal knowledge, that I have made a reasonable inquiry, and I am informed and believe that those facts are true and correct.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct this 23rd day of March, 2026, in Chicago, Illinois.

/s/ Matthew Davies

Matthew Davies
Supervising Attorney, Consumer Fraud Bureau
Office of the Illinois Attorney General

**VERIFICATION OF FIFTH SUPPLEMENTAL INTERROGATORY ANSWER TO FIRST SET OF INTERROGATORIES**

I, Corinne Gilchrist, am counsel for the Indiana Office of the Attorney General.  I am authorized to make this Verification for and on behalf of the Indiana Office of the Attorney General. I have read the State Attorneys General's Fifth Supplemental Response to Meta Platform Inc.'s First Set of Interrogatories and know the contents thereof. I affirm that I have personal knowledge that the facts set forth therein are true and correct, or as to matters that are not within my personal knowledge, that I have made a reasonable inquiry, and I am informed and believe that those facts are true and correct.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct this 24th day of March, 2026 in Indianapolis, Indiana.

_____
Corinne Gilchrist
Section Chief, Consumer Litigation
Office of the Indiana Attorney General

**VERIFICATION OF FIFTH SUPPLEMENTAL INTERROGATORY ANSWER TO FIRST SET OF INTERROGATORIES**

I, James Rodriguez, am counsel for the Kansas Office of the Attorney General.  I am authorized to make this Verification for and on behalf of the Kansas Office of the Attorney General. I have read the State Attorneys General's Fifth Supplemental Response to Meta Platform Inc.'s First Set of Interrogatories and know the contents thereof. I affirm that I have personal knowledge that the facts set forth therein are true and correct, or as to matters that are not within my personal knowledge, that I have made a reasonable inquiry, and I am informed and believe that those facts are true and correct.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct this 25th day of March, 2026 in Topeka, Kansas.

/s/ James Rodriguez
James Rodriguez
*Assistant Attorney General*

## VERIFICATION OF FIFTH SUPPLEMENTAL INTERROGATORY ANSWER TO FIRST SET OF INTERROGATORIES

I, Daniel Keiser, am counsel for the Office of the Kentucky Attorney General.  I am authorized to make this Verification for and on behalf of the Office of the Kentucky Attorney General. I have read the State Attorneys General's Fifth Supplemental Response to Meta Platform Inc.'s First Set of Interrogatories and know the contents thereof. I affirm that I have personal knowledge that the facts set forth therein are true and correct, or as to matters that are not within my personal knowledge, that I have made a reasonable inquiry, and I am informed and believe that those facts are true and correct.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct this 24th day of March, 2026 in Frankfort, Kentucky.


_/s/ Daniel Keiser_____
Daniel Keiser
Assistant Attorney General
Office of the Kentucky Attorney General

**<u>VERIFICATION OF FIFTH SUPPLEMENTAL INTERROGATORY ANSWER TO FIRST SET OF INTERROGATORIES</u>**

I, Asyl Nachabe, am counsel for the Louisiana Office of the Attorney General.  I am authorized to make this Verification for and on behalf of the Louisiana Office of the Attorney General. I have read the State Attorneys General's Fifth Supplemental Response to Meta Platform Inc.'s First Set of Interrogatories and know the contents thereof. I affirm that I have personal knowledge that the facts set forth therein are true and correct, or as to matters that are not within my personal knowledge, that I have made a reasonable inquiry, and I am informed and believe that those facts are true and correct.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct this 24th day of March, 2026 in New Orleans, Louisiana.

/s/ Asyl Nachabe
Asyl Nachabe
Assistant Attorney General
Complex Litigation Section
Louisiana Department of Justice

## VERIFICATION OF FIFTH SUPPLEMENTAL INTERROGATORY ANSWER TO FIRST SET OF INTERROGATORIES

I, Evan Romanoff, am counsel for the Minnesota Office of the Attorney General.  I am authorized to make this Verification for and on behalf of the Minnesota Office of the Attorney General. I have read the State Attorneys General's Fifth Supplemental Response to Meta Platform Inc.'s First Set of Interrogatories and know the contents thereof. I affirm that I have personal knowledge that the facts set forth therein are true and correct, or as to matters that are not within my personal knowledge, that I have made a reasonable inquiry, and I am informed and believe that those facts are true and correct.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct this 23rd day of March, 2026 in Eden Prairie, Minnesota.


 /s/ Evan Romanoff
EVAN ROMANOFF
Assistant Attorney General

## VERIFICATION OF FIFTH SUPPLEMENTAL INTERROGATORY ANSWER TO FIRST SET OF INTERROGATORIES

I, Anna Anderson, am counsel for the Nebraska Office of the Attorney General. I am authorized to make this Verification for and on behalf of the Nebraska Office of the Attorney General. I have read the State Attorneys General's Fifth Supplemental Response to Meta Platform Inc.'s First Set of Interrogatories and know the contents thereof. I affirm that I have personal knowledge that the facts set forth therein are true and correct, or as to matters that are not within my personal knowledge, that I have made a reasonable inquiry, and I am informed and believe that those facts are true and correct.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct, this 23rd day of March, 2026, in Lincoln, NE.


*/s/ Anna M. Anderson*
Anna M. Anderson
Assistant Attorney General
Nebraska Attorney General's Office

## VERIFICATION OF FIFTH SUPPLEMENTAL INTERROGATORY ANSWER TO FIRST SET OF INTERROGATORIES

I, Mandy Wang, am counsel for the New Jersey Office of the Attorney General.  I am authorized to make this Verification for and on behalf of the New Jersey Office of the Attorney General. I have read the State Attorneys General's Fifth Supplemental Response to Meta Platform Inc.'s First Set of Interrogatories and know the contents thereof. I affirm that I have personal knowledge that the facts set forth therein are true and correct, or as to matters that are not within my personal knowledge, that I have made a reasonable inquiry, and I am informed and believe that those facts are true and correct.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct this 19th day of March, 2026 in Jersey City, New Jersey.

*/s/ Mandy Wang*
Mandy Wang
Deputy Attorney General
New Jersey Office of the Attorney General

**VERIFICATION OF FIFTH SUPPLEMENTAL INTERROGATORY ANSWER TO FIRST SET OF INTERROGATORIES**

I, Nathaniel Kosslyn, am counsel for the New York Office of the Attorney General.  I am authorized to make this Verification for and on behalf of the New York Office of the Attorney General. I have read the State Attorneys General's Fifth Supplemental Response to Meta Platform Inc.'s First Set of Interrogatories and know the contents thereof. I affirm that I have personal knowledge that the facts set forth therein are true and correct, or as to matters that are not within my personal knowledge, that I have made a reasonable inquiry, and I am informed and believe that those facts are true and correct.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct this 23rd day of March, 2026 in New York, New York.


/s Nathaniel Kosslyn
Nathaniel Kosslyn
Assistant Attorney General
Bureau of Internet and Technology
Office of the New York Attorney General

**VERIFICATION OF FIFTH SUPPLEMENTAL INTERROGATORY ANSWER TO FIRST SET OF INTERROGATORIES**

I, Charles White, am counsel for Plaintiff State of North Carolina ex rel. Jeff Jackson, Attorney General.  I am authorized to make this Verification for and on behalf of Plaintiff State of North Carolina ex rel. Jeff Jackson, Attorney General. I have read the State Attorneys General's Fifth Supplemental Response to Meta Platform Inc.'s First Set of Interrogatories and know the contents thereof. I affirm that I have personal knowledge that the facts set forth therein are true and correct, or as to matters that are not within my personal knowledge, that I have made a reasonable inquiry, and I am informed and believe that those facts are true and correct.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct this 24th day of March, 2026 in Raleigh, North Carolina.

/s/ Charles White
Charles White
Assistant Attorney General
North Carolina Department of Justice

**VERIFICATION OF FIFTH SUPPLEMENTAL INTERROGATORY ANSWER TO FIRST SET OF INTERROGATORIES**

I, Jonathan R. Burns, am counsel for the Pennsylvania Office of the Attorney General. I am authorized to make this Verification for and on behalf of the Pennsylvania Office of the Attorney General. I have read the State Attorneys General's Fifth Supplemental Response to Meta Platform Inc.'s First Set of Interrogatories and know the contents thereof. I affirm that I have personal knowledge that the facts set forth therein are true and correct, or as to matters that are not within my personal knowledge, that I have made a reasonable inquiry, and I am informed and believe that those facts are true and correct.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct this 24th day of March, 2026 in Harrisburg, PA.

*Jonathan R. Burns*
Jonathan R. Burns, Esq.

Senior Deputy Attorney General
Pennsylvania Office of Attorney General
15th Floor Strawberry Square
Harrisburg, PA 17120
Email:  jburns@attorneygeneral.gov

VERIFICATION OF SUPPLEMENTAL RESPONSE TO META'S FIRST SET OF INTERROGATORIES
4:23-cv-05448-YGR
4:22-md-03047-YGR

**VERIFICATION OF FIFTH SUPPLEMENTAL INTERROGATORY ANSWER TO FIRST SET OF INTERROGATORIES**

I, Anna C. Smith, am counsel for the South Carolina Office of the Attorney General. I am authorized to make this Verification for and on behalf of the South Carolina Office of the Attorney General. I have read the State Attorneys General's Fifth Supplemental Response to Meta Platform Inc.'s First Set of Interrogatories and know the contents thereof. I affirm that I have personal knowledge that the facts set forth therein are true and correct, or as to matters that are not within my personal knowledge, that I have made a reasonable inquiry, and I am informed and believe that those facts are true and correct.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct this 20th day of March, 2026 in Columbia, South Carolina.

/s/ Anna C. Smith
Anna C. Smith
Assistant Attorney General

## VERIFICATION OF FIFTH SUPPLEMENTAL INTERROGATORY ANSWER TO FIRST SET OF INTERROGATORIES

I, Joelle Gotwals, am counsel for the Virginia Office of the Attorney General.  I am authorized to make this Verification for and on behalf of the Virginia Office of the Attorney General. I have read the State Attorneys General's Fifth Supplemental Response to Meta Platform Inc.'s First Set of Interrogatories and know the contents thereof. I affirm that I have personal knowledge that the facts set forth therein are true and correct, or as to matters that are not within my personal knowledge, that I have made a reasonable inquiry, and I am informed and believe that those facts are true and correct.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct this 23rd day of March, 2026 in Richmond, Virginia.

_____
Joelle Gotwals
Senior Assistant Attorney General

VERIFICATION OF SUPPLEMENTAL RESPONSE TO META'S FIRST SET OF INTERROGATORIES
4:23-cv-05448-YGR
4:22-md-03047-YGR

## VERIFICATION OF FIFTH SUPPLEMENTAL INTERROGATORY ANSWER TO FIRST SET OF INTERROGATORIES

I, Brittany A. Copper, am counsel for the Wisconsin Department of Justice. I am authorized to make this Verification for and on behalf of the Wisconsin Department of Justice. I have read the State Attorneys General's Fifth Supplemental Response to Meta Platform Inc.'s First Set of Interrogatories and know the contents thereof. I affirm that I have personal knowledge that the facts set forth therein are true and correct, or as to matters that are not within my personal knowledge, that I have made a reasonable inquiry, and I am informed and believe that those facts are true and correct.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct this 25th day of March, 2026 in Madison, Wisconsin.

*/s/ Brittany A. Copper*
Brittany A. Copper
Assistant Attorney General