# Exhibit R

CONFIDENTIAL

Page 1

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA


IN RE: SOCIAL MEDIA              Case No. 4:22-MD-03047-YGR

ADOLESCENT                       MDL No. 3047

ADDICTION/PERSONAL INJURY

PRODUCTS LIABILITY LITIGATION

_____
                                      |

This Document Relates to:             |

                                      |

ALL ACTIONS                           |

_____|




                    CONFIDENTIAL


        VIDEOTAPED DEPOSITION OF FELICIA CHEN,

        30(b)(6) DESIGNEE, META PLATFORMS, INC.

                PALO ALTO, CALIFORNIA

                  AUGUST 19, 2025

                    9:11 A.M.




Job No. 7544148

Pages 1 - 34

Stenographically reported by:

JENNY L. GRIFFIN, RMR, CSR, CRR, CCRR, CRC

CSR No. 3969

CONFIDENTIAL

Page 6

C O N T E N T S

WITNESS: FELICIA CHEN                    PAGE

EXAMINATION BY MS. ARORA:                8
EXAMINATION BY MR. CHOLERA:              28
STENOGRAPHER'S CERTIFICATE:             31
DECLARATION:                            32
DEPOSITION ERRATA SHEET:                33

E X H I B I T S

(Attached to Transcript)

EXHIBIT NUMBER     DESCRIPTION              PAGE
Exhibit 1    Spreadsheet - META3047MDL-255-1    10
Exhibit 2    Letter dated July 24, 2025, from    11
             Isaac D. Chaput of Covington to
             all counsel of record

Page 7

P R O C E E D I N G S

THE VIDEOGRAPHER:  We are now on the record.  My name is Tommy Madueña, and I am a videographer for Golkow, a Veritext division.

Today's date is August 19th, 2025, and the time is 9:11 a.m.

This video deposition is being held in 3000 El Camino Real, Palo Alto Square, Palo Alto, California 94306, in the matter of Social Media Adolescence Addiction/Personal Injury Products for the United States District Court, Northern District of California.

The deponent is 30(b)(6) Felicia Chen.

Will all counsel present please identify themselves, beginning with the noticing attorney.

MS. ARORA:  Nayha Arora, California Department of Justice.

MS. WANG:  Vivian Wang, also from the California Department of Justice.

MR. CHOLERA:  Kuntal Cholera representing the defendants.

THE VIDEOGRAPHER:  The court reporter is Jenny Griffin and will now swear in the witness.

THE STENOGRAPHER:  My name is Jenny Griffin, like you said.  My CSR number is 3969.

Page 8

- - -

FELICIA CHEN, having been first duly sworn and/or affirmed by the Certified Shorthand Reporter to tell the truth, the whole truth, and nothing but the truth, testified as follows:

EXAMINATION

BY MS. ARORA:

Q.  My name is Nayha Arora.  I'm a deputy attorney general with the California Department of Justice, and I represent the people of the State of California.  I'm acting on behalf of 29 state attorneys general, including California's, that have sued Meta in federal court in California.

I'll be taking your deposition this morning.

Can you please state your name for the record.

A.  My name is Felicia Chen.

Q.  What is your job?

A.  I'm a director of corporate activity at Meta.

Q.  Okay.  You were designated -- apologies.

You were designated to testify today on behalf of all four Meta defendants as to a portion

Page 9

of Topic 7 that relates to cost data as well as Topic 11.c in the state AGs' Rule 30(b)(6) deposition notice; correct?

A.  That is correct.

Q.  Are you prepared to testify on those topics today?

A.  Yes, I am.

Q.  Is there any reason why you cannot testify truthfully today?

A.  No, there is not.

Q.  Did you take any notes during your preparation?

A.  No, I did not.

Q.  Do you understand that one of the defendants in this case is a company called Meta?

A.  Yes.

Q.  For consistency, I'm going to refer to the company as Meta.  And if we're talking about particular platforms like the Instagram platform or the Facebook platform, we'll use "Instagram" and "Facebook."

Is that okay?

A.  Yes.

MS. ARORA:  Okay.  We're going to be looking at a spreadsheet now which is quite large

3 (Pages 6 - 9)

CONFIDENTIAL

Page 30

This concludes the deposition of 30(b)(6) Felicia Chen.

The total time for plaintiffs was 23 minutes and 50 seconds, and the time total for defendants was 1 minute and 22 seconds.

The time is 10:01 a.m., and we are going off the record.

(TIME:  10:01 a.m.)

Page 31

---oOo---

I, JENNY L. GRIFFIN, hereby certify:

That I am a certified shorthand reporter in and for the County of Alameda, State of California;

Prior to being examined, FELICIA CHEN, the witness named in the foregoing deposition, was by me duly sworn to testify to the truth, the whole truth, and nothing but the truth; that said deposition was taken pursuant to notice at the time and place therein set forth, and was taken down by me in stenotype and thereafter transcribed by means of computer-aided transcription, and that said deposition is a true record of the testimony given by the witness.

I further certify that I am neither counsel for nor related in any way to any party to said action, nor otherwise interested in the outcome thereof.

In witness whereof, I have hereunto subscribed my name August 20th, 2025.

_____
JENNY L. GRIFFIN, CSR #3969
Certified Shorthand Reporter

Page 32

DECLARATION UNDER PENALTY OF PERJURY

Case Name:  Social Media Adolescence Addiction/Personal Injury MDL No. 3047

Name of Witness:  FELICIA CHEN

Date of Deposition:  August 19, 2025

Job No.: 7544148

I, FELICIA CHEN, hereby certify under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed this _____ day of _____, 2025, at _____.

_____

FELICIA CHEN

Page 33

DEPOSITION ERRATA SHEET

Case Name:  Social Media Adolescence Addiction/Personal Injury MDL No. 3047

Name of Witness:  FELICIA CHEN

Date of Deposition:  August 19, 2025

Job No.: 7544148

Reason Codes:  1. To clarify the record.
2. To conform to the facts.
3. To correct transcription errors.

Page _____ Line _____ Reason _____
From _____ to _____
Page _____ Line _____ Reason _____
From _____ to _____
Page _____ Line _____ Reason _____
From _____ to _____
Page _____ Line _____ Reason _____
From _____ to _____
Page _____ Line _____ Reason _____
From _____ to _____
Page _____ Line _____ Reason _____
From _____ to _____
Page _____ Line _____ Reason _____
From _____ to _____
Page _____ Line _____ Reason _____
From _____ to _____

9 (Pages 30 - 33)