UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION | MDL No. 3047 |
| | Case No.: 4:22-md-03047-YGR |
| This Document Relates To: | [PROPOSED] ORDER ON MOTION TO SEAL (*IN-CAMERA* DECLARATIONS REGARDING PRIVILEGE DISPUTE AND ORDER RESOLVING DISPUTE RE: FOUR META DOCUMENTS AND CRIME FRAUD EXCEPTION TO ATTORNEY-CLIENT PRIVILEGE) |
| *ALL ACTIONS* | |
| | Judge: Hon. Yvonne Gonzalez Rogers<br>Magistrate Judge: Hon. Peter H. Kang |

Pursuant to Civil Local Rules 7-11 and 79-5 and the Court's Order Setting Sealing Procedures (ECF 341), the Court rules as follows on Meta's Motion to Seal regarding the (1) Order Resolving Dispute re: Four Meta Documents and Crime Fraud Exception to Attorney-Client Privilege (ECF 2629) and (2) declarations submitted for *in-camera* review associated with that motion.

| Filing | Portion to be Sealed | Action To Be Taken | Court's Order |
|---|---|---|---|
| Declarations Submitted for *In-Camera* Review | Names of non-executive employees | Redact specified portion | Redact specified portion |
| Order Resolving Dispute re: Four Meta Documents and Crime Fraud Exception to Attorney-Client Privilege (ECF 2629) | Names of non-executive employees (as reflected in previously re-filed version at ECF 2633) | Redact specified portion | Redact specified portion |

**SO ORDERED.**

DATED: June 5, 2026

_____
Hon. Peter H. Kang
United States Magistrate Judge

[PROPOSED] ORDER ON MOTION TO SEAL (IN-CAMERA DECLARATIONS REGARDING PRIVILEGE DISPUTE AND ORDER RESOLVING DISPUTE RE: FOUR META DOCUMENTS AND CRIME FRAUD EXCEPTION TO ATTORNEY-CLIENT PRIVILEGE)
4:22-md-03047-YGR