Ashley M. Simonsen (Bar No. 275203)
COVINGTON & BURLING LLP
1999 Avenue of the Stars
Los Angeles, California 90067
Telephone: (424) 332-4800
Facsimile: (424) 332-4749
Email: asimonsen@cov.com

*Attorneys for Defendants Meta Platforms,
Inc. and Instagram, LLC*

*[Additional counsel listed on signature
pages]*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates To:<br><br>*People of the State of California, et al. v. Meta Platforms, Inc., et al.* | MDL No. 3047<br><br>Case No. 4:22-md-03047-YGR (PHK)<br>4:23-cv-05448-YGR<br><br>**META'S NOTICE OF WITHDRAWAL OF REQUEST TO STRIKE STATE AGS' JUNE 4, 2026 SUPPLEMENTAL FILING**<br><br>Judge: Hon. Yvonne Gonzalez Rogers<br>Magistrate Judge: Hon. Peter H. Kang |

In Meta's Notice of Filing of Follow-Up Materials filed yesterday (the "Notice") (ECF 3105), Meta included a request to strike an under-seal filing made by the State AGs entitled "Supplemental Materials to State AG's Motion to Strike Late-Disclosed Witnesses" (ECF 3104).  Having now reviewed the State AGs' filing, and while maintaining that the Court did not request follow-up materials from the State AGs at the May 27, 2026 conference, *see* ECF 3105-1 (Tr.) 27:22–28:2; 30:10–31:5, Meta wishes to withdraw its request to strike the filing.  The remainder of Meta's Notice (ECF 3105) and the accompanying Declaration (ECF 3105-2) and exhibits (ECF 3105-3 through -22) are not withdrawn.

Meta also wishes to correct the record in one respect.  Meta's Notice asserted that the AGs had not served Meta with their filing.  ECF 3105 at 2.  However, Meta's counsel has subsequently learned that a copy of the filing was in fact emailed to a distribution list for Meta's counsel of record at a different firm, and thus was served on Meta.[1]

DATED:  June 5, 2026

Respectfully submitted,

By:     */s/ Ashley M. Simonsen*

Ashley M. Simonsen (Bar No. 275203)
COVINGTON & BURLING LLP
1999 Avenue of the Stars
Los Angeles, California 90067
Telephone: (424) 332-4800
Facsimile: (424) 332-4749
Email: asimonsen@cov.com

Paul W. Schmidt, *pro hac vice*
Timothy C. Hester, *pro hac vice*
COVINGTON & BURLING LLP
One City Center
850 Tenth Street, NW
Washington, DC 20001-4956
Telephone: (202) 662-6000

---

[1] The AGs also emailed the filing to MetaNoticeOfService@cov.com.  However, that unmonitored email account exists for the purpose of auto-replying to electronically served complaints filed under the Direct Filing Order.  *See* ECF 119 § II(G) (explaining that Meta "will not otherwise respond to e-mails sent to" this account).  To avoid any further misunderstandings, the Parties have discussed a protocol for the AGs to serve Covington's counsel of record with future filings.

Facsimile: (202) 662-6291
Email: pschmidt@cov.com
Email: thester@cov.com

*Attorneys for Defendants Meta Platforms, Inc. and Instagram, LLC*