[*Submitting Counsel on Signature Page*]

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION | MDL No. 3047 |
| | Case No. 4:22-md-03047-YGR |
| THIS DOCUMENT RELATES TO: | **SUPPLEMENTAL MATERIALS TO STATE AG'S MOTION TO STRIKE LATE-DISCLOSED WITNESSES (ECF 3056)** |
| 4:23-cv-05448 | Judge: Hon. Yvonne Gonzalez Rogers |
| | Magistrate Judge: Hon. Peter H. Kang |

On May 27, 2026, the Court ordered the Parties to submit supplemental materials addressing Meta's contention that the efficacy of age assurance practices was not encompassed within the State AGs' unfairness claims and therefore provided substantial justification for Meta's significantly late disclosure of previously undisclosed witness Kyle Jensen, Manager of Problem Integrity Operations at Meta.

In support of the State AGs' position that the efficacy of Meta's age assurance practices has been at issue since the filing of the Complaint - and is not a new basis for an unfairness claim that Meta lacked notice of prior to March 2026 - the State AGs direct the Court to the following materials in the Record. Where available, we provide Record citations and attach the corresponding exhibits for the Court's convenience.

<u>Supplemental Documents Regarding Age Assurance Pre-Dating September 2025</u>

| Document Title | Date | Reference | Description | Exhibit; Refence |
|---|---|---|---|---|
| Complaint | October 24, 2023 | Compl. ¶¶669-688, 740, 767-770 | Original allegations of efficacy of age assurance supporting State AG claims, including unfairness. | Ex. A, 23-cv-05448 ECF 207 |
| State AG's Opposition to Meta's Motion to Dismiss the Multistate AG Complaint | February 5, 2024 | Brief pp. 23-24, 27-28, 38 | Deceptive acts adequately pled based on evidence of porous age-gates; Meta's stated policy regarding U-13 users does not reflect Meta's actual conduct; injury arising from unfair practices is not reasonably avoidable merely because an alternative exists and the occurrence of millions of U-13 users on Meta's platforms demonstrates their presence is not "reasonably avoidable." | Ex. B, ECF 599 |
| Interrogatory Responses | June 3, 2024 | Rog. Resp. 4; pp 14-15 | Fourth response to Interrogatory No. 4 regarding ways in which Meta engaged in unfair and unconscionable acts and practices | Ex. C |
| Dr. Colin Gray (State AG Expert) | May 16, 2025 (Report) August 13, 2025 (Deposition) | Report ¶¶ 84-90 Dep. Tr. pp. 244-245, 255-256, 258 | Opinions on efficacy of Meta's age-gating and verification methods and its impact on other safety features | Exs. D, E |
| Dr. Allison Hartnett (Meta Witness) | June 16-17, 2025 (Rule 30(b)(6) Deposition) | Dep. Tr. pp.100-106, 112, 115-170, 173-211, 245-275, 329, 333-337, 343-349 | Testimony on Meta's processes for identifying underage users, removal of underage users from the platform, Meta's underage reporting flow and human review, | Ex. F |
| Dr. Nasir Memon (Meta Rebuttal Expert) | July 9, 2025 (Report) August 14, 2025 (Deposition) | Report ¶¶ 8, 11-15, 51-53, 63, 70-85, 88-95 Dep. Tr. pp. 155-180, 219-222, 300-302, 326-409 | Meta expert report and deposition on his conclusion ██████████ | Exs. G, H |

SUPPLEMENTAL MATERIALS TO STATE AG'S MOTION TO STRIKE LATE-DISCLOSED WITNESSES (ECF 3056)
4:22-md-03047-YGR-PHK; 4:23-CV-05448-YGR

| | | | | |
|---|---|---|---|---|
| | | | ███████████ | |
| Dr. Adam Alter (AG Expert) | August 1, 2025 (Report) | Report ¶¶347, 355, Table 13, 356-358, 378-381, 383 | Expert report relying on internal Meta documents outlining Meta's investment in age-gating, age assurance, age-enforcement, age-detection, and removal efforts to inhibit use by U-13 users. | Ex. I |
| Dr. Patrick McDaniel[1] (AG Expert – Former); supported by Dr. Ryan Sheatsley (AG Expert) | November 21, 2025; March 20, 2026 | McDaniel Rep. pp ii, 1-3; Sheatsley Rep. pp ii, 1-6 | AG Experts offering opinions regarding Meta's underage reporting and enforcement data, underage reporting workflow, efficacy of Meta's enforcement practices. | Exs. J, K |
| State AG Trial Strategy Letter Brief | February 4, 2026 (Brief | Brief p. 7 | Age-verification tools explicitly listed as the fourth feature in support of State AGs unfairness claims. | Ex. L, ECF 2715 |
| State AG MSJ Opposition | February 27, 2026 (Briefing) | Brief p. 29, fn. 51 | Opposition noting that Meta did not move for summary judgment on the unfairness claims related to its inadequate age verification tools - claims the Court has already held are not protected by Section 230; reply not raising any allegation of lack of notice. | Ex. M, ECF 2779 |

[1] Due to extenuating circumstances Dr. McDaniel withdrew as an expert after his report was served. Through agreement, Dr. Ryan Sheatsley – who was a partner with Dr. McDaniel - submitted a report presenting the same data analyses and conclusions set forth in the portions of the reports originally prepared by Dr. McDaniel in which Dr. Sheatsley was directly involved. *See* Sheatsley Report ¶20.

3

DATED: 06/04/2026

Respectfully submitted,

**PHILIP J. WEISER**
Attorney General
State of Colorado

 /s/ Krista Batchelder
Jason Slothouber, CO Reg. No. 43496, pro hac vice
Chief Trial Counsel
Krista Batchelder, CO Reg. No. 45066, pro hac vice
Deputy Solicitor General
Lauren M. Dickey, CO Reg. No. 45773
First Assistant Attorney General
Elizabeth Orem, CO Reg. No. 58309
Assistant Attorney General
Colorado Department of Law
Ralph L. Carr Judicial Center
Consumer Protection Section
1300 Broadway, 9th Floor
Denver, CO 80203
Phone: (720) 508-6651
Krista.Batchelder@coag.gov

*Attorneys for Plaintiff State of Colorado, ex rel.*
*Philip J. Weiser, Attorney General*

**ROB BONTA**
Attorney General
State of California

 /s/ Megan O'Neill
Nicklas A. Akers (CA SBN 211222)
Senior Assistant Attorney General
Bernard Eskandari (SBN 244395)
Emily Kalanithi (SBN 256972)
Supervising Deputy Attorneys General
Nayha Arora (CA SBN 350467)
David Beglin (CA SBN 356401)
Megan O'Neill (CA SBN 343535)
Joshua Olszewski-Jubelirer
(CA SBN 336428)
Brendan Ruddy (CA SBN 297896)
Deputy Attorneys General
California Department of Justice
Office of the Attorney General
455 Golden Gate Ave., Suite 11000
San Francisco, CA 94102-7004
Phone: (415) 510-4400
Fax: (415) 703-5480
Megan.oneill@doj.ca.gov

*Attorneys for Plaintiff the People of the State of*
*California*

**RUSSELL COLEMAN**
Attorney General
Commonwealth of Kentucky

*/s/ Philip Heleringer*
Philip Heleringer (KY Bar No. 96748),
*pro hac vice*
J. Christian Lewis (KY Bar No. 87109),
Zachary Richards (KY Bar No. 99209),
Daniel I. Keiser (KY Bar No. 100264),
Matthew Cocanougher (KY Bar No. 94292),
Assistant Attorneys General
1024 Capital Center Drive, Suite 200
Frankfort, KY 40601

**JENNIFER DAVENPORT**
Attorney General
State of New Jersey

*/s/ Kashif Chand*
Kashif T. Chand (NJ Bar No. 016752008),
pro hac vice
Assistant Attorney General
New Jersey Office of the Attorney General,
Division of Law
124 Halsey Street, 5th Floor
Newark, NJ 07101
Tel: (973) 648-2052
Kashif.Chand@law.njoag.gov

Philip.Heleringer@ky.gov
Phone: (502) 696-5300
Fax: (502) 564-2698

*Attorneys for Plaintiff the Commonwealth of
Kentucky*

*Attorney for Plaintiffs Jennifer Davenport,
Attorney General for the State of New Jersey,
and Jeremy E. Hollander, Acting Director of
the New Jersey Division of Consumer Affairs*

## SIGNATURE CERTIFICATION

Under Civ. L.R. 5-1(h)(3), I hereby attest that all signatories listed, and on whose behalf the

filing is submitted, concur in this filing's content and have authorized this filing.

DATED: 06/04/2026

*/s/ Krista Batchelder*
Krista Batchelder

*Attorney for Plaintiff State of Colorado, ex rel.
Philip J. Weiser, Attorney General*