Eugene Volokh (CA Bar 194464)
Hoover Institution
434 Galvez Mall
Stanford, CA 94305
(650) 721-5092
volokh@stanford.edu
(Address for mailing and identification purposes only;
counsel is not acting on behalf of
the Hoover Institution or Stanford University)

Megan Gray (CA Bar 181204)
GrayMatters Law & Policy
2017 Kalorama Road NW #3
Washington, DC 20009
(202) 468-8869
mg@megangray.com

*Attorneys for Proposed Amici Free Law Project and First Amendment Coalition*

### UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION | MDL No. 3047 |
| | Case Nos. 4:22-md-03047-YGR (PHK), 4:23-cv-05448-YGR |
| This Document Relates To: *People of the State of California, et al. v. Meta Platforms, Inc., et al.* | **WITHDRAWAL OF NOTICE OF MOTION AND MOTION OF FREE LAW PROJECT AND FIRST AMENDMENT COALITION FOR LEAVE TO FILE BRIEF *AMICI CURIAE* OPPOSING PROPOSED ORDER IN JOINT STIPULATION (ECF NO. 3048)** |
| | Judge: Hon. Yvonne Gonzalez Rogers Magistrate Judge: Hon. Peter H. Kang |

Proposed *amici* have just learned that Meta is planning to withdraw the sealing request containing the "member of the public" language to which *amici* object (ECF No. 3048). This would render moot the proposed *amici*'s motion for leave to file a brief opposing that request. On that understanding of Meta's plans, proposed *amici* withdraw their motion for leave to file their brief.

1

WITHDRAWAL OF MOTION FOR LEAVE TO FILE BRIEF *AMICI CURIAE*
4:22-MD-03047-YGR (PHK), 4:23-CV-05448-YGR

June 8, 2026

Respectfully submitted,

s/ Eugene Volokh
Eugene Volokh (CA Bar 194464)
Hoover Institution
434 Galvez Mall
Stanford, CA 94305
(650) 721-5092
volokh@stanford.edu
(Address for mailing and identification purposes
only; counsel is not acting on behalf of
the Hoover Institution or Stanford University)

Megan Gray (CA Bar 181204)
GrayMatters Law & Policy
2017 Kalorama Road NW #3
Washington, DC 20009
(202) 468-8869
mg@megangray.com

*Attorneys for Proposed Amici Free Law Project and
First Amendment Coalition*

2
WITHDRAWAL OF MOTION FOR LEAVE TO FILE BRIEF *AMICI CURIAE*
4:22-MD-03047-YGR (PHK), 4:23-CV-05448-YGR