Ashley M. Simonsen (Bar No. 275203)
COVINGTON & BURLING LLP
1999 Avenue of the Stars
Los Angeles, California 90067
Telephone: (424) 332-4800
Facsimile: (424) 332-4749
Email: asimonsen@cov.com

*Attorneys for Defendants Meta Platforms, Inc.
f/k/a Facebook, Inc. and Instagram, LLC*

*[Additional parties and counsel listed on
signature pages]*

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION<br><br>THIS FILING RELATES TO:<br><br>*People of the State of California, et al. v. Meta Platforms, Inc., et al.*<br><br>ALL ACTIONS | MDL No. 3047<br>Civil Case No. 4:22-md-03047-YGR (PHK)<br>    4:23-cv-05448-YGR<br><br>**META'S NOTICE OF COMPLIANCE WITH MAY 18, 2026 ORDER RESOLVING DISPUTE RE: META DOCUMENT NO. 4 AND CRIME FRAUD EXCEPTION TO ATTORNEY-CLIENT PRIVILEGE (ECF 3096)**<br><br>Honorable Yvonne Gonzalez Rogers<br>Magistrate Judge: Hon. Peter H. Kang |

**<u>NOTICE OF COMPLIANCE</u>**

Meta hereby submits this Notice of Compliance with the Court's May 18, 2026 Order Resolving Dispute Re: Meta Document No. 4 and Crime Fraud Exception to Attorney-Client Privilege (ECF 3096[1]) ("**Order**").

The Order directed Meta to perform a diligent and reasonable search for and then produce by **June 1, 2024** all non-duplicative intraday versions of the slide deck referenced in Document 4 from the relevant time and date range identified in the Order.  Order at 9.  The relevant time and date range identified in the Order encompasses any and all intraday versions of the slide deck from the following range: starting on July 6 but after the time associated with the July 6, 2023 "end of day" version that Meta previously produced (at Bates Nos. META3047MDL-301-00001093 – META3047MDL-301-00001136), and up to and ending on July 7, 2023 at the time associated with the July 7, 2023 "end of day" version that Meta previously produced (at Bates Nos. META3047MDL-301-00001137 – META3047MDL-301-00001179).  *Id.* at 9–10.  The Order also directed Meta to prepare and serve a privilege log for the redacted portions of the versions of the slide deck produced in response to both the Order and also the January 12, 2026 Order Resolving Dispute Re: Four Meta Documents And Crime Fraud Exception To Attorney-Client Privilege (ECF 2633-1, hereinafter the "**January 12 Order**") (at Bates Nos. META3047MDL-301-00000791 – META3047MDL-301-00001179), and to serve that privilege log on Plaintiffs on or before **June 5, 2026**.  *Id*.

On June 1, Meta and the State AGs filed a stipulation to extend the deadline to produce intraday versions of the slide deck and the accompanying privilege log to **June 8, 2026**.  This stipulation was entered by the Court at ECF 3095, and is attached hereto as **Exhibit B**.

Meta sets forth the status of its compliance with each of these items below.

---

[1] The Order was originally issued at ECF 3053 but was subsequently placed under seal, locked, and reissued with redactions on June 2, 2026, at ECF 3096 (pursuant to the Order Granting Sealing Stipulation issued May 26, 2026 at ECF 3074).  Because the Order was not previously filed on the docket specific to the MDL AG action, Meta attaches hereto as **Exhibit A** a copy of the Order (with redactions as ordered by the Court).

2

**(1) Intraday Versions of Slide Deck.** On May 22, 2026, Meta made a production to Plaintiffs that consisted of all non-duplicative intraday versions of the slide deck from the relevant time and date range identified in the Order that were available through all known Google Document links to the slide deck, with privilege redactions, at Bates Nos. META3047MDL-317-00000001 – META3047MDL-317-00000355. On June 1, 2026, Meta produced the comments associated with those intraday versions, with privilege redactions, at Bates Nos. META3047MDL-316-00000001 – META3047MDL-316-00000080. In addition to collecting and producing intraday versions from all known Google Document links, Meta conducted a reasonable investigation and search for non-duplicative versions of the slide deck associated with any person whose name appears in Document 4. Meta's investigation and search did not yield additional non-duplicative versions of the slide deck to produce.

**(2) Privilege Log.** On June 8, 2026, Meta produced a privilege log to Plaintiffs for the redacted portions of the version of the slide deck produced in response to the Order and the January 12 Order.

DATED: June 8, 2026                    Respectfully submitted,


                                       **COVINGTON & BURLING LLP**

                                       By: */s/ Ashley M. Simonsen*

                                       Ashley M. Simonsen (Bar No. 275203)
                                       COVINGTON & BURLING LLP
                                       1999 Avenue of the Stars
                                       Los Angeles, CA 90067
                                       Telephone: (424) 332-4800
                                       Facsimile: + 1 (424) 332-4749
                                       Email: asimonsen@cov.com

                                       Paul W. Schmidt (*pro hac vice*)
                                       Timothy C. Hester (pro hac vice)
                                       COVINGTON & BURLING LLP
                                       One City Center
                                       850 Tenth Street, NW
                                       Washington, DC 20001-4956
                                       Telephone: + 1 (202) 662-6000

Facsimile: + 1 (202) 662-6291
Email: pschmidt@cov.com
Email: thester@cov.com

*Attorneys for Defendants Meta Platforms, Inc.
f/k/a Facebook, Inc. and Instagram,
LLC*

META'S NOTICE OF COMPLIANCE WITH MAY 18, 2026 ORDER RESOLVING DISPUTE RE:
META DOCUMENT NO. 4 AND CRIME FRAUD EXCEPTION TO ATTORNEY-CLIENT PRIVILEGE (ECF 3096)
4:22-md-03047-YGR (PHK)
4:23-cv-05448-YGR