Ashley M. Simonsen (Bar No. 275203)
COVINGTON & BURLING LLP
1999 Avenue of the Stars
Los Angeles, California 90067
Telephone: (424) 332-4800
Facsimile: (424) 332-4749
Email: asimonsen@cov.com

*Attorneys for Defendants Meta Platforms, Inc.*
*f/k/a Facebook, Inc. and Instagram, LLC*

*[Additional counsel listed on signature pages]*

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates To:<br><br>*People of the State of California, et al. v. Meta Platforms, Inc. et al.* | MDL No. 3047<br><br>Case Nos.: 4:22-md-03047-YGR-PHK<br>4:23-cv-05448-YGR<br><br>**META'S TEMPORARY SEALING MOTION (MOTION *IN LIMINE* NO. 2)**<br><br>Judge: Hon. Yvonne Gonzalez Rogers<br>Magistrate Judge: Hon. Peter H. Kang |

Pursuant to the Court's Order Setting Sealing Procedures (ECF No. 341), Defendants Meta Platforms, Inc. and Instagram, LLC ("Meta") file this Temporary Sealing Motion regarding the Declaration of Ashley M. Simonsen in Support of Motion *in Limine* No. 2 to Preclude Evidence Second-Guessing Meta's Policies and Procedures as Irrelevant and Barred Under Section 230.  Pursuant to the Order at ECF No. 341, the reasons for sealing (if any) will be addressed in a forthcoming omnibus stipulation or omnibus motion.

| Docket No. | Document | Whether document contains a Party's Confidential Information |
| --- | --- | --- |
| ECF No. 3118-1 | Meta's Motion *in Limine* No. 2 to Preclude Evidence Second-Guessing Meta's Policies and Procedures as Irrelevant and Barred Under Section 230 | Temporarily filing with redactions because document contains information that the parties may consider to be confidential |
| ECF No. 3118-2 | Declaration of Ashley M. Simonsen | Not filed under seal |
| ECF No. 3118-3 | Exhibit A, Excerpts of Trial Report of Adam L. Alter, Ph.D. | Temporarily filing under seal because document contains information that the parties may consider to be confidential |
| ECF No. 3118-4 | Exhibit B, Excerpts of Trial Report of Timothy Estes | Temporarily filing under seal because document contains information that the parties may consider to be confidential |
| ECF No. 3118-5 | Exhibit C, Excerpts of Corrected Trial Report of Ryan Sheatsley, Ph.D. | Temporarily filing under seal because document contains information that the parties may consider to be confidential |
| ECF No. 3118-6 | Exhibit D, Excerpts of Trial Report of Colin Gray, Ph.D. | Temporarily filing under seal because document contains information that the parties may consider to be confidential |
| ECF No. 3118-7 | Exhibit E, Excerpts of Trial Report of Ravi Iyer, Ph.D. | Temporarily filing under seal because document contains information that the parties may consider to be confidential |
| ECF No. 3118-8 | Exhibit F, Excerpts of State Attorneys General's Non-Retained Expert Disclosure | Not filed under seal |

DATED: June 9, 2026

Respectfully submitted,

By:   */s/ Ashley M. Simonsen*

Ashley M. Simonsen (State Bar. No. 275203)
COVINGTON & BURLING LLP
1999 Avenue of the Stars
Los Angeles, CA 90067
Telephone: + 1 (424) 332-4800
Email: asimonsen@cov.com

Paul W. Schmidt, *pro hac vice*
Timothy C. Hester, *pro hac vice*
COVINGTON & BURLING LLP
One City Center
850 Tenth Street, NW
Washington, DC 20001-4956
Telephone: + 1 (202) 662-5324
Facsimile: + 1 (202) 778-5324
Email: pschmidt@cov.com
Email: thester@cov.com

*Attorneys for Defendants Meta Platforms, Inc.
f/k/a Facebook, Inc. and Instagram, LLC*

META'S TEMPORARY SEALING MOTION (MOTION IN LIMINE NO. 2)
4:22-md-03047-YGR-PHK | 4:23-cv-05448-YGR