Ashley M. Simonsen, SBN 275203
COVINGTON & BURLING LLP
1999 Avenue of the Stars
Los Angeles, CA 90067
Telephone: (424) 332-4800
Facsimile: + 1 (424) 332-4749
Email: asimonsen@cov.com

*Attorney for Defendants Meta Platforms,
Inc. f/k/a Facebook, Inc. and Instagram,
LLC*

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA
## OAKLAND DIVISION

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates To:<br><br>*People of the State of California, et al. v. Meta Platforms, Inc., et al.* | MDL No. 3047<br><br>Case Nos. 4:22-md-03047-YGR (PHK)<br>4:23-cv-05448-YGR<br><br>**DECLARATION OF ASHLEY M. SIMONSEN IN SUPPORT OF MOTION *IN LIMINE* NO. 2 TO PRECLUDE EVIDENCE SECOND-GUESSING META'S POLICIES AND PROCEDURES AS IRRELEVANT AND BARRED UNDER SECTION 230**<br><br>Judge: Hon. Yvonne Gonzalez Rogers<br>Magistrate Judge: Hon. Peter H. Kang |

## DECLARATION OF ASHLEY M. SIMONSEN

I, Ashley M. Simonsen, declare and state as follows:

1. I am a partner with the law firm Covington & Burling LLP, counsel of record for Defendants Meta Platforms, Inc. f/k/a Facebook, Inc., and Instagram, LLC (collectively, "Meta"). I submit this Declaration in support of Meta's Motion *in Limine* No. 2 to Preclude Evidence Second-Guessing Meta's Policies and Procedures as Irrelevant and Barred Under Section 230. This Declaration is based on my personal knowledge. If called upon to do so, I could and would competently testify as follows.

2. Attached hereto and lodged with the Court as **Exhibit A** is a true and correct copy of excerpted portions of the August 1, 2025 Trial Report of Adam L. Alter, Ph.D. (ECF 2775-3).

3. Attached hereto and lodged with the Court as **Exhibit B** is a true and correct copy of excerpted portions of the March 20, 2026 Trial Report of Timothy Estes.

4. Attached hereto and lodged with the Court as **Exhibit C** is a true and correct copy of excerpted portions of the May 6, 2026 Corrected Trial Report of Ryan Sheatsley, Ph.D.

5. Attached hereto and lodged with the Court as **Exhibit D** is a true and correct copy of excerpted portions of the May 16, 2025 Trial Report of Colin Gray, Ph.D.

6. Attached hereto and lodged with the Court as **Exhibit E** is a true and correct copy of excerpted portions of the August 1, 2025 Trial Report of Ravi Iyer, Ph.D. (ECF 2775-10).

7. Attached hereto and lodged with the Court as **Exhibit F** is a true and correct copy of excerpted portions of the State Attorneys General's Disclosure for Non-Retained Experts served May 16, 2025.

I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct to the best of my knowledge and belief. Executed on June 9, 2026.

By:     */s/ Ashley M. Simonsen*
Ashley M. Simonsen