Ashley M. Simonsen, SBN 275203
COVINGTON & BURLING LLP
1999 Avenue of the Stars
Los Angeles, CA 90067
Telephone: (424) 332-4800
Facsimile: + 1 (424) 332-4749
Email: asimonsen@cov.com

*Attorneys for Defendants Meta Platforms, Inc.
f/k/a Facebook, Inc. and Instagram, LLC*

*[Additional counsel listed on signature pages]*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates To:<br><br>*People of the State of California, et al. v. Meta Platforms, Inc., et al.* | MDL No. 3047<br><br>Case No.: 4:22-md-03047-YGR<br>                4:23-cv-05448-YGR<br><br>**META DEFENDANTS' TEMPORARY SEALING MOTION (MOTION *IN LIMINE* NO. 3)**<br><br>Judge: Hon. Yvonne Gonzalez Rogers<br>Magistrate Judge: Hon. Peter H. Kang |

Pursuant to the Court's Order Setting Sealing Procedures (ECF No. 341), Defendants Meta Platforms, Inc. and Instagram, LLC ("Meta") file this Temporary Sealing Motion regarding the Declaration of Ashley M. Simonsen in support of Meta's Motion *In Limine* No. 3 to Exclude Testimony From Certain Former Employees Under Section 230 and as Impermissible Lay Opinion. Pursuant to the Order at ECF No. 341, the reasons for sealing (if any) will be addressed in a forthcoming omnibus stipulation or omnibus motion.

| Docket No. | Document | Whether document contains a Party's Confidential Information |
|---|---|---|
| ECF No. 3120-1 | Meta's Motion *In Limine* No. 3 to Exclude Testimony From Certain Former Employees Under Section 230 and as Impermissible Lay Opinion | Temporarily filing under seal because document contains information that the parties may consider to be confidential |
| ECF No. 3120-2 | Declaration of Ashley M. Simonsen | Not filed under seal |
| ECF No. 3120-3 | Exhibit A, Relevant excerpts of the AGs' Non-Retained Expert Disclosure Report | Not filed under seal |
| ECF No. 3120-4 | Exhibit B, META3047MDL-004-00015029 | Temporarily filing under seal because document contains information that the parties may consider to be confidential |
| ECF No. 3120-5 | Exhibit C, May 2019 edition of the Negative Experiences Survey, introduced as Exhibit 2 to the March 14, 2025 of Shilpa Mody | Temporarily filing under seal because document contains information that the parties may consider to be confidential |
| ECF No. 3120-6 | Exhibit D, October 2019 edition of the Negative Experiences Survey, introduced as Exhibit 3 to the March 14, 2025 of Shilpa Mody | Temporarily filing under seal because document contains information that the parties may consider to be confidential |
| ECF No. 3120-7 | Exhibit E, Relevant excerpts of the February 10, 2026 transcript of the trial proceedings in *State of New Mexico, ex rel., Torrez v. Meta Platforms, Inc.* | Not filed under seal |
| ECF No. 3120-8 | Exhibit F, Written Testimony of Arturo Béjar before the Subcommittee on Privacy, Technology, and the Law, dated November 7, 2023 | Not filed under seal |

| ECF No. 3120-9 | Exhibit G, Relevant excerpts of the transcript of the first trial in the coordinated Judicial Council Coordinated Proceedings ("JCCP Trial 1") from the March 4, 2026 trial day. | Not filed under seal |
|---|---|---|
| ECF No. 3120-10 | Exhibit H, BEJAR0002355 | Temporarily filing under seal because document contains information that the parties may consider to be confidential |
| ECF No. 3120-11 | Exhibit I, BEJAR0002542 | Temporarily filing under seal because document contains information that the parties may consider to be confidential |
| ECF No. 3120-12 | Exhibit J, Relevant excerpts of the transcript of JCCP Trial 1 from the March 5, 2026 trial day | Not filed under seal |
| ECF No. 3120-13 | Exhibit K, Relevant excerpts of the transcript of JCCP Trial 1 from the March 6, 2026 trial day | Not filed under seal |
| ECF No. 3120-14 | Exhibit L, Relevant excerpts of the transcript of the February 6, 2025 deposition of Alison Lee, Ph.D. | Temporarily filing under seal because document contains information that the parties may consider to be confidential |
| ECF No. 3120-15 | Exhibit M, Relevant excerpts of the transcript of the April 1, 2025 deposition of Lotte Rubaek | Temporarily filing under seal because document contains information that the parties may consider to be confidential |
| ECF No. 3120-16 | Exhibit N, Relevant excerpts of the transcript of the July 8, 2025 deposition of Lotte Rubaek | Temporarily filing under seal because document contains information that the parties may consider to be confidential |
| ECF No. 3120-17 | Exhibit O, Relevant excerpts of the transcript of the January 30, 2025 deposition of Vaishnavi Jayakumar | Temporarily filing under seal because document contains information that the parties may consider to be confidential |
| ECF No. 3120-18 | Exhibit P, Relevant excerpts of the transcript of the April 25, 2025 deposition of Brian Boland | Temporarily filing under seal because document contains information that the parties may consider to be confidential |

META DEFENDANTS' TEMPORARY SEALING MOTION (MOTION IN LIMINE NO. 3)
4:22-md-03047-YGR

| ECF No. 3120-19 | Exhibit Q, Relevant excerpts of the February 12, 2026 transcript of the trial proceedings in *State of New Mexico, ex rel., Torrez v. Meta Platforms, Inc.* | Not filed under seal |
|---|---|---|
| ECF No. 3120-20 | Exhibit R, Relevant excerpts of the transcript of the March 11, 2025 deposition of Natalie Troxel. | Temporarily filing under seal because document contains information that the parties may consider to be confidential |
| ECF No. 3120-21 | Exhibit S, Relevant excerpts of the transcript of the December 16, 2024 deposition of George Volichenko | Temporarily filing under seal because document contains information that the parties may consider to be confidential |
| ECF No. 3120-22 | Exhibit T, Relevant excerpts of the transcript of JCCP Trial 1 from the February 17, 2026 trial day | Not filed under seal |
| ECF No. 3120-23 | Exhibit U, Relevant excerpts of the transcript of the January 31, 2025 deposition of Vaishnavi Jayakumar | Temporarily filing under seal because document contains information that the parties may consider to be confidential |
| ECF No. 3120-24 | Exhibit V, Relevant excerpts of the transcript of the December 8, 2025 deposition of Jason Sattizahn | Temporarily filing under seal because document contains information that the parties may consider to be confidential |

DATED: June 9, 2026                                  Respectfully submitted,


By:    */s/ Ashley M. Simonsen*

Ashley M. Simonsen (State Bar. No. 275203)
COVINGTON & BURLING LLP
1999 Avenue of the Stars
Los Angeles, CA 90067
Telephone: + 1 (424) 332-4800
Email: asimonsen@cov.com

Paul W. Schmidt, *pro hac vice*
Timothy C. Hester, *pro hac vice*
COVINGTON & BURLING LLP
One City Center
850 Tenth Street, NW
Washington, DC 20001-4956
Telephone: + 1 (202) 662-5324
Facsimile: + 1 (202) 778-5324
Email: pschmidt@cov.com
Email: thester@cov.com

*Attorneys for Defendants Meta Platforms, Inc.*
*f/k/a Facebook, Inc. and Instagram, LLC*