Ashley M. Simonsen, SBN 275203
COVINGTON & BURLING LLP
1999 Avenue of the Stars
Los Angeles, CA 90067
Telephone: (424) 332-4800
Facsimile: + 1 (424) 332-4749
Email: asimonsen@cov.com

*Attorney for Defendants Meta Platforms,*
*Inc. f/k/a Facebook, Inc. and Instagram,*
*LLC*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates To:<br><br>*People of the State of California, et al. v. Meta Platforms, Inc., et al.* | MDL No. 3047<br><br>Case No. 4:22-md-03047-YGR (PHK)<br>4:23-cv-05448-YGR<br><br>**DECLARATION OF ASHLEY M. SIMONSEN IN SUPPORT OF MOTION *IN LIMINE* NO. 3 TO EXCLUDE TESTIMONY FROM CERTAIN FORMER EMPLOYEES UNDER SECTION 230 AND AS IMPERMISSIBLE LAY OPINION**<br><br>Judge: Hon. Yvonne Gonzalez Rogers<br>Magistrate Judge: Hon. Peter H. Kang |

## **DECLARATION OF ASHLEY M. SIMONSEN**

I, Ashley M. Simonsen, declare and state as follows:

1. I am a partner with the law firm Covington & Burling LLP, counsel of record for Defendants Meta Platforms, Inc. f/k/a Facebook, Inc., and Instagram, LLC (collectively, "Meta"). I submit this Declaration in support of Meta's Motion *In Limine* No. 3 to Exclude Testimony From Certain Former Employees Under Section 230 and as Impermissible Lay Opinion. This declaration is based on my personal knowledge. If called upon to do so, I could and would competently testify as follows.

2. Attached hereto and lodged with the Court as **Exhibit A** is a true and correct copy of the State Attorneys General ("AGs'") Disclosure for Unretained Experts served May 16, 2025.

3. Attached hereto and lodged with the Court as **Exhibit B** is a true and correct copy of the Bad Experiences and Encounters Framework ("BEEF") Survey, produced at Bates number META3047MDL-004-00015029 and introduced as Exhibit 21 at the April 7, 2025 deposition of Arturo Béjar.

4. Attached hereto and lodged with the Court as **Exhibit C** is a true and correct copy of the May 2019 edition of the Negative Experiences Survey, introduced as Exhibit 2 to the March 14, 2025 deposition of Shilpa Mody.

5. Attached hereto and lodged with the Court as **Exhibit D** is a true and correct copy of the October 2019 edition of the Negative Experiences Survey, introduced as Exhibit 3 to the March 14, 2025 deposition of Shilpa Mody.

6. Attached hereto and lodged with the Court as **Exhibit E** is a true and correct copy of excerpted portions of the February 10, 2026 transcript of the trial proceedings in *State of New Mexico, ex rel., Torrez v. Meta Platforms, Inc.*

7. Attached hereto and lodged with the Court as **Exhibit F** is a true and correct copy of Written Testimony of Arturo Béjar before the Subcommittee on Privacy, Technology, and the Law, dated November 7, 2023.

8. Attached hereto and lodged with the Court as **Exhibit G** is a true and correct copy of excerpted portions of the transcript of the first trial in the coordinated Judicial Council Coordinated Proceedings ("JCCP Trial 1") from the March 4, 2026 trial day.

9. To be filed manually with the Court as **Exhibit H** is a true and correct copy of a 1-minute video of content on Instagram, produced by Mr. Béjar at Bates number BEJAR0002355.

10. To be filed manually with the Court as **Exhibit I** is a true and correct copy of a 3-minute video of content on Instagram, produced by Mr. Béjar at Bates number BEJAR0002542.

11. Attached hereto and lodged with the Court as **Exhibit J** is a true and correct copy of excerpted portions of the transcript of JCCP Trial 1 from the March 5, 2026 trial day.

12. Attached hereto and lodged with the Court as **Exhibit K** is a true and correct copy of excerpted portions of the transcript of JCCP Trial 1 from the March 6, 2026 trial day.

13. Attached hereto and lodged with the Court as **Exhibit L** is a true and correct copy of excerpted portions of the transcript of the February 6, 2025 deposition of Alison Lee, Ph.D.

14. Attached hereto and lodged with the Court as **Exhibit M** is a true and correct copy of excerpted portions of the transcript of the April 1, 2025 deposition of Lotte Rubaek.

15. Attached hereto and lodged with the Court as **Exhibit N** is a true and correct copy of excerpted portions of the transcript of the July 8, 2025 deposition of Lotte Rubaek.

16. Attached hereto and lodged with the Court as **Exhibit O** is a true and correct copy of excerpted portions of the transcript of the January 30, 2025 deposition of Vaishnavi Jayakumar.

17. Attached hereto and lodged with the Court as **Exhibit P** is a true and correct copy of excerpted portions of the transcript of the April 25, 2025 deposition of Brian Boland.

18. Attached hereto and lodged with the Court as **Exhibit Q** is a true and correct copy of excerpted portions of the February 12, 2026 transcript of the trial proceedings in *State of New Mexico, ex rel., Torrez v. Meta Platforms, Inc.*

19. Attached hereto and lodged with the Court as **Exhibit R** is a true and correct copy of excerpted portions of the transcript of the March 11, 2025 deposition of Natalie Troxel.

20.    Attached hereto and lodged with the Court as **Exhibit S** is a true and correct copy of excerpted portions of the transcript of the December 16, 2024 deposition of George Volichenko.

21.    Attached hereto and lodged with the Court as **Exhibit T** is a true and correct copy of excerpted portions of the transcript of JCCP Trial 1 from the February 17, 2026 trial day.

22.    Attached hereto and lodged with the Court as **Exhibit U** is a true and correct copy of excerpted portions of the transcript of the January 31, 2025 deposition of Vaishnavi Jayakumar.

23.    Attached hereto and lodged with the Court as **Exhibit V** is a true and correct copy of excerpted portions of the transcript of the December 8, 2025 deposition of Jason Sattizahn, which has been redacted for attorney-client privilege.

I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct to the best of my knowledge and belief.

Executed on June 9, 2026.

By:    */s/ Ashley M. Simonsen*
       Ashley M. Simonsen

DECLARATION OF ASHLEY M. SIMONSEN IN SUPPORT OF MOTION *IN LIMINE* NO. 3 TO EXCLUDE TESTIMONY FROM CERTAIN FORMER EMPLOYEES UNDER SECTION 230 AND AS IMPERMISSIBLE LAY OPINION
4:22-md-03047-YGR; 4:23-cv-05448-YGR