# Exhibit E



# Day Four of Trial Proceedings

**Date:** February 10, 2026

**Case:** State of New Mexico, Ex Rel., Torrez v. Meta Platforms, Inc.,
**Case** #:D-101-CV-2023-02838

Corrected

Maricopa Reporting, Inc.
https://www.maricopareporting.com/
Phone: (480) 597-4744
scheduling@MaricopaReporting.com

1441

STATE OF NEW MEXICO

COUNTY OF SANTA FE

FIRST JUDICIAL DISTRICT COURT


STATE OF NEW MEXICO, EX
REL., RAUL TORREZ, ATTORNEY
GENERAL,

    Plaintiff,                    No.
                                  D-101-CV-2023-02838

v.

META PLATFORMS, INC.,

    Defendant.
~~~~~~~~~~~~~~~~~~~~~~~~~~~~



BEFORE HONORABLE BRYAN BIEDSCHEID

DAY 4 TRIAL PROCEEDINGS

(PAGES 1441 THROUGH 1880)

FEBRUARY 10, 2026

8:33 A.M.




REPORTED BY:          MARICOPA REPORTING, INC.
Sommer E. Greene, RPR, CRR 701 Camino de la Familia
Certified Court Reporter  Suite 214
Certificate No. 541      Santa Fe, New Mexico
                       (480) 597.4744

1507

And she's like, Well, you know, you just block them, and they laugh it off and they move on to the next person.

So that was my first indication of that. As time progressed, she developed an interest in cars, created a public account with my support and understanding, and then she started getting really sort of awful comments, awful messages, all these things that were deeply upsetting to her.

And I didn't want to be one of those people that kind of sat on the outside and just criticized Meta or Instagram.  My experience with them had been that they cared about this issue.  So I was really -- I did not understand why my daughter was experiencing that and why she wouldn't have the tools to help her to deal with these things.  So I decided is to roll up my sleeves and go back in to work with the Well-being team.

They messaged me being like "We need you," somebody that I had worked with there.  So I went back to see what was going on and that was the beginning of my second time there.

Q.   And I think you said earlier.  What was your status with Instagram when you returned?

A.   Yeah.  So I was as a consultant

1523

team is able to ideate and deploy things that actually reduce harm; right?  And because in order to --  I'll stop there.

Q.   And you mentioned in the context of your answer introducing kids to bad people.  How does the algorithm play a role in that?

A.   Yeah.  So an example of that that I lived through was when my daughter created a public account, she loves cars, she loves wrenching in cars, we did it together, and it became a passion for her.

So she would like post videos of the engine she was working on and talking about cars and car adventures, and that video would get delivered to people that then would come in and comment on her body, would send her messages, extremely inappropriate, like sexual propositions.  And so what was happening there is the way that her -- the stuff that she was making got pushed out to people that then did unwanted sexual advances, inappropriate contact, harassment, and that was not about the content, but it's about the product design that takes something a kid makes and pushes it out to people that then might do harm or would do harm, and I saw a lot of that.  And it's, unfortunately, tragically common.

Day Four of Trial Proceedings          DIRECT EXAMINATION OF ARTURO BEJAR          February 10, 2026
State of New Mexico, Ex Rel., Torrez v. Meta Platforms, Inc.,                          D-101-CV-2023-02838

1694

can defend that statement, I believe those statements are indefensible because you're not saying kids don't get value out of these things.

What you're saying is kids should not be experiencing these levels of harm on these products. Right?

And when you do that research where you ask five kids, and I did this many times, you do the work because you know five kids means 5 million kids. Again, consistently the numbers, it's just how it works.

And so I think that BEEF, these other things we're talking about, should have been made public, and then there should have been a process to engage on these topics with transparency and integrity.

Q.   Just to be --

MR. PARKINSON:  I'm sorry, Your Honor. I'd like to lodge the 403 objection we talked about at the stand in light of some of that extrapolation that's being done.

JUDGE BIEDSCHEID:  Okay.

MS. SINGER:  I think Mr. Bejar is testifying from his personal experience about the -- the reach and frequency which he's testified about

Day Four of Trial Proceedings                 DIRECT EXAMINATION OF ARTURO BEJAR                February 10, 2026
State of New Mexico, Ex Rel., Torrez v. Meta Platforms, Inc.,                                       D-101-CV-2023-02838

1695

extensively.

JUDGE BIEDSCHEID:  All right.  And I'll -- at this point I'm going to overrule the objection.  You may continue.

And when we -- when you get to your next natural break, let me know.

MS. SINGER:  Okay.  Almost there.

Q.  BY MS. SINGER:  And I take it this is implicit in your response, Mr. Bejar, but did Meta ever make the BEEF survey results public?

A.  They did not.

Q.  Are you familiar with Meta's Workplace platform?

A.  Yes, very.

Q.  What is it?

A.  It's kind of an internal place where you can, like, post research, write notes, have discussions or conversations.  And so it's a tool that every employee, and in my case a consultant or a contingent worker, was using to go and put information for other employees to see and discuss.

Q.  Did you draft a Workplace post to Meta employees about BEEF?

A.  Yes, I did.

Q.  And what happened with that post?

1773

CERTIFICATE

I, Sommer E. Greene, Certified Court Reporter for the State of New Mexico, certify:

That the foregoing proceedings were taken by me; that I am authorized to administer an oath; that the witness, before testifying, was duly sworn by me to testify to the whole truth; that the questions propounded by counsel and the answers of the witness were taken down by me in shorthand and thereafter reduced to print by computer-aided transcription under my direction; that review and signature was requested; that the foregoing pages are a full, true, and accurate transcript of all proceedings and testimony had upon the taking of said proceedings, all to the best of my skill and ability.

I FURTHER CERTIFY that I am in no way related to nor employed by any of the parties hereto nor am I in any way interested in the outcome hereof.

DATED this 10th day of February, 2026.

_____
Sommer E. Greene
Certified Court Reporter No. 541
For the State of New Mexico