Ashley M. Simonsen (Bar No. 275203)
COVINGTON & BURLING LLP
1999 Avenue of the Stars
Los Angeles, California 90067
Telephone: (424) 332-4800
Facsimile: (424) 332-4749
Email: asimonsen@cov.com

*Attorneys for Defendants Meta Platforms, Inc.
f/k/a Facebook, Inc. and Instagram, LLC*

*[Additional counsel listed on signature pages]*

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates To:<br><br>*People of the State of California, et al. v. Meta Platforms, Inc. et al.* | MDL No. 3047<br><br>Case Nos.: 4:22-md-03047-YGR<br>4:23-cv-05448-YGR<br><br>EXHIBIT H: BEJAR0002355<br><br>Judge: Hon. Yvonne Gonzalez Rogers<br>Magistrate Judge: Hon. Peter H. Kang |

**MANUAL FILING NOTIFICATION**

Regarding: EXHIBIT H to the Declaration of Ashley M. Simonsen in Support of Motion *In Limine* No. 3 to Exclude Testimony From Certain Former Employees Under Section 230 and as Impermissible Lay Opinion

This filing is in paper or physical form only, and is being maintained in the case file in the Clerk's office. If you are a participant in this case, this filing will be served shortly. For information on retrieving this filing directly from the court, please see the court's main web site at under Frequently Asked Questions (FAQ).

This filing was not e-filed for the following reason(s):

\_\_\_ Unable to Scan Documents

\_\_\_ Physical Object (please describe):

 _X_  Non-Graphic/Text Computer File (audio, video, etc.) on CD or other media

\_\_\_ Item Under Seal in Criminal Case

\_\_\_ Conformance with the Judicial Conference Privacy Policy (General Order 53)

\_\_\_ Other (please describe):

DATED:  June 9, 2026                                  Respectfully submitted,


By:     */s/ Ashley M. Simonsen*

Ashley M. Simonsen (Bar No. 275203)
COVINGTON & BURLING LLP
1999 Avenue of the Stars
Los Angeles, California 90067
Telephone: (424) 332-4800
Facsimile: (424) 332-4749
Email: asimonsen@cov.com

*Attorneys for Defendants Meta Platforms, Inc. f/k/a Facebook, Inc. and Instagram, LLC*

1