# Exhibit J

SUPERIOR COURT FOR THE STATE OF CALIFORNIA
FOR THE COUNTY OF LOS ANGELES, CENTRAL DISTRICT

DEPARTMENT 12 - HONORABLE CAROLYN B. KUHL, JUDGE PRESIDING


COORDINATION PROCEEDING                )
SPECIAL TITLE [RULE 3.550]             )
                                       )
SOCIAL MEDIA CASES                     )    JUDICIAL COUNCIL
_____ )    COORDINATION
                                       )    PROCEEDING
(LEAD CASE: CHRISTINA ARLINGTON        )    NO. 5255
SMITH, ET AL., V. TIKTOK INC.,         )
ET AL., CASE NO. 22STCV21355)          )
                                       )
THIS DOCUMENT RELATES TO:              )
P.F., ET AL. V. META PLATFORMS,        )
ET AL., CASE NO. 23SMCV03371           )


REPORTER'S DAILY TRANSCRIPT OF PROCEEDINGS

THURSDAY, MARCH 5, 2026

(APPEARANCES OF COUNSEL ON FOLLOWING PAGES)


- - -


REPORTED BY:  CARRIE A. CAMPBELL, CSR NO. 13921, RDR, CRR
              COURT-APPROVED REPORTER PRO TEMPORE
              PAGES  4724-5007

having been laid as to how it was prepared, this video appears to show, basically, easily available evidence on the web of people who appear to be children, who say they're children, and, you know, whether it's their account or their parent's account, would raise an issue if you were concerned about taking accounts down that ought to be looked in, it seems to me.

And I guess the other part of the witness' testimony that's relevant is the ease with which he was able to stumble across, if you will, these videos of these types.

So I will allow it.  I do not want this to play longer than 30 seconds.

MR. LANIER:  Understood.

THE COURT:  It's just -- I mean, it becomes a 352 issue.  I don't want this to be the only thing that the jury remembers.  And it could be.  Somebody called it an ear worm, and I think it is.

So it should be played, really, in a way that is just -- it demonstrates -- demonstrates his testimony. Right.

MR. LANIER:  Okay.  Your Honor, thank you, and for Court guidance.

What I would propose doing is because the first five or seven seconds are kind of the LSD trip, as I described it -- never been on one, but that seems like what the Beatles' songs sing about.  My thought would be to get Mr. Wilson to start maybe ten seconds in, and

SUPERIOR COURT FOR THE STATE OF CALIFORNIA
FOR THE COUNTY OF LOS ANGELES, CENTRAL DISTRICT

DEPARTMENT 12 - HONORABLE CAROLYN B. KUHL, JUDGE PRESIDING

COORDINATION PROCEEDING              )
SPECIAL TITLE [RULE 3.550]           )
                                     )
SOCIAL MEDIA CASES                   )    JUDICIAL COUNCIL
_____    )    COORDINATION
                                     )    PROCEEDING
 (Lead Case: Christina Arlington     )    NO. 5255
Smith, et al., v. TikTok Inc.,       )
et al., Case No. 22STCV21355)        )
                                     )
THIS DOCUMENT RELATES TO:            )
P.F., et al. V. Meta Platforms,      )
et al., Case No. 23SMCV03371         )

        I, CARRIE A. CAMPBELL, OFFICIAL PRO TEMPORE
REPORTER OF THE SUPERIOR COURT OF THE STATE OF
CALIFORNIA, FOR THE COUNTY OF LOS ANGELES, DO HEREBY
CERTIFY THAT THE FOREGOING PAGES, 4724 - 5007 INCLUSIVE,
COMPRISE A FULL, TRUE AND CORRECT TRANSCRIPT OF THE
PROCEEDINGS HELD IN DEPARTMENT 9 ON MARCH 5, 2026, IN
THE MATTER OF THE ABOVE-ENTITLED CAUSE.

        DATED THIS 5TH OF MARCH, 2026.


_____
CARRIE A. CAMPBELL, CSR NO. 13921
NCRA REGISTERED DIPLOMATE REPORTER
CERTIFIED REALTIME REPORTER
CALIFORNIA CERTIFIED SHORTHAND REPORTER #13921
MISSOURI CERTIFIED COURT REPORTER #859
ILLINOIS CERTIFIED SHORTHAND REPORTER #084-004229
TEXAS CERTIFIED SHORTHAND REPORTER #9328
KANSAS CERTIFIED COURT REPORTER #1715
NEW JERSEY CERTIFIED COURT REPORTER #30XI00242600
LOUISIANA CERTIFIED COURT REPORTER #2021012
NOTARY PUBLIC