# Exhibit K

SUPERIOR COURT FOR THE STATE OF CALIFORNIA
FOR THE COUNTY OF LOS ANGELES, CENTRAL DISTRICT

DEPARTMENT 12 - HONORABLE CAROLYN B. KUHL, JUDGE PRESIDING


COORDINATION PROCEEDING                )
SPECIAL TITLE [RULE 3.550]             )
                                       )
SOCIAL MEDIA CASES                     )    JUDICIAL COUNCIL
_____)    COORDINATION
                                       )    PROCEEDING
(LEAD CASE: CHRISTINA ARLINGTON        )    NO. 5255
SMITH, ET AL., V. TIKTOK INC.,         )
ET AL., CASE NO. 22STCV21355)          )
                                       )
THIS DOCUMENT RELATES TO:              )
P.F., ET AL. V. META PLATFORMS,        )
ET AL., CASE NO. 23SMCV03371           )


REPORTER'S DAILY TRANSCRIPT OF PROCEEDINGS

FRIDAY, MARCH 6, 2026

(APPEARANCES OF COUNSEL ON FOLLOWING PAGES)


- - -


REPORTED BY:  CARRIE A. CAMPBELL, CSR NO. 13921, RDR, CRR
              COURT-APPROVED REPORTER PRO TEMPORE
              PAGES  5008-5265

**Hartford Reporting & Technology, LLC**
**www.hartfordreporting.com**

Social Media Addiction Litigation JCCP No. 5255
Case 4:22-md-03047-YGR    Document 3120-13    Filed 06/09/26    Page 3 of 5

first testing was in November of 2023."

Do you see that?

A.     Yes, I see that.

Q.     And your answer was, "That is correct."

Right?

A.     That's when I first started testing for many of the issues.

Q.     Okay.  Let me ask you about the specific video.

We don't know -- we can take down the slip sheet.  Thank you, Mr. Reynolds.

You don't know one way or the other whether the accounts that were featured in that video were the accounts of the kids who were shown in the video or were the accounts of their parents.

Right?

A.     No, I think what I did is -- so I didn't know whether the accounts were created by the parents or managed by the parents or created by the kids.

I did sample to go in, and I found that most of the accounts I looked through, or the ones I looked through, all of the videos were kind of self-shot by kids.

Q.     Well, I want to make sure I'm clear on the answer to my question.

A.     Yes.

Q.     You don't know, sitting here today, whether those were accounts that were accounts of parents or accounts of kids.

Right?

A.　　Yeah, I don't know if they were accounts of parents by kids.  I do know that you should ask in this context.

Q.　　Do you know one way or the other whether those -- you're familiar with the concept of check-pointing when it comes to age?

A.　　Yeah, we built the check-pointing system for Facebook in protect and care.

Q.　　Okay.  Do you know one way or the other whether those accounts were check-pointed in any way after you saw them?

A.　　I don't know if those accounts were check-pointed after I saw them.

Q.　　Okay.

A.　　I do have some accounts that I've been checking regularly that haven't -- don't seem to be check-pointed, because when you get check-pointed, you shouldn't show up in the product.

Q.　　Okay.  Mr. Bejar, I just need to keep you focused on my question because it'll help us get you out of here on a Friday morning.  I know you've been in the courthouse for a while.

My question was simply, you don't know -- of the accounts that you showed to this jury yesterday, you don't know whether those accounts have been check-pointed or not.

Right?

SUPERIOR COURT FOR THE STATE OF CALIFORNIA
FOR THE COUNTY OF LOS ANGELES, CENTRAL DISTRICT

DEPARTMENT 12 - HONORABLE CAROLYN B. KUHL, JUDGE PRESIDING

```
 COORDINATION PROCEEDING              )
 SPECIAL TITLE [RULE 3.550]           )
                                      )
 SOCIAL MEDIA CASES                   )    JUDICIAL COUNCIL
 _____ )    COORDINATION
                                      )    PROCEEDING
 (Lead Case: Christina Arlington      )    NO. 5255
 Smith, et al., v. TikTok Inc.,       )
 et al., Case No. 22STCV21355)        )
                                      )
 THIS DOCUMENT RELATES TO:            )
 P.F., et al. V. Meta Platforms,      )
 et al., Case No. 23SMCV03371         )
```

I, CARRIE A. CAMPBELL, OFFICIAL PRO TEMPORE REPORTER OF THE SUPERIOR COURT OF THE STATE OF CALIFORNIA, FOR THE COUNTY OF LOS ANGELES, DO HEREBY CERTIFY THAT THE FOREGOING PAGES, 5008 - 5265 INCLUSIVE, COMPRISE A FULL, TRUE AND CORRECT TRANSCRIPT OF THE PROCEEDINGS HELD IN DEPARTMENT 9 ON MARCH 6, 2026, IN THE MATTER OF THE ABOVE-ENTITLED CAUSE.

DATED THIS 6TH OF MARCH, 2026.

_____
CARRIE A. CAMPBELL, CSR NO. 13921
NCRA REGISTERED DIPLOMATE REPORTER
CERTIFIED REALTIME REPORTER
CALIFORNIA CERTIFIED SHORTHAND REPORTER #13921
MISSOURI CERTIFIED COURT REPORTER #859
ILLINOIS CERTIFIED SHORTHAND REPORTER #084-004229
TEXAS CERTIFIED SHORTHAND REPORTER #9328
KANSAS CERTIFIED COURT REPORTER #1715
NEW JERSEY CERTIFIED COURT REPORTER #30XI00242600
LOUISIANA CERTIFIED COURT REPORTER #2021012
NOTARY PUBLIC