# Exhibit Q



# Day Six of Trial Proceedings

**Date:** February 12, 2026

**Case:** State of New Mexico, Ex Rel., Torrez v. Meta Platforms, Inc.,
**Case** #:D-101-CV-2023-02838

Corrected

Maricopa Reporting, Inc.
https://www.maricopareporting.com/
Phone: (480) 597-4744
scheduling@MaricopaReporting.com

2349

STATE OF NEW MEXICO

COUNTY OF SANTA FE

FIRST JUDICIAL DISTRICT COURT


STATE OF NEW MEXICO, EX
REL., RAUL TORREZ, ATTORNEY
GENERAL,

    Plaintiff,

v.

META PLATFORMS, INC.,

    Defendant.
~~~~~~~~~~~~~~~~~~~~~~~~~~~

No.
D-101-CV-2023-02838


BEFORE HONORABLE BRYAN BIEDSCHEID

DAY 6 TRIAL PROCEEDINGS

(PAGES 2349 THROUGH 2802)

FEBRUARY 12, 2026

8:35 A.M.


REPORTED BY:          MARICOPA REPORTING, INC.
Sommer E. Greene, RPR, CRR 701 Camino de la Familia
Certified Court Reporter  Suite 214
Certificate No. 541      Santa Fe, New Mexico
                      (480) 597.4744

Day Six of Trial Proceedings          DIRECT EXAMINATION OF BRIAN BOLAND                    February 12, 2026
State of New Mexico, Ex Rel., Torrez v. Meta Platforms, Inc.,                                D-101-CV-2023-02838

2398

discover things, where people engage, where they          09:49:32

interact, and where they spend their time.                09:49:34

Q.    And how does Meta decide what to show a             09:49:36

user in that news feed?                                   09:49:38

A.    So Meta uses an algorithm to decide what           09:49:40

types of information should be personalized perfectly     09:49:43

for you in your news feed.  Everyone's news feed is       09:49:46

different.                                                09:49:50

Every one of you has a different news           09:49:51

feed and that is completely personalized using that       09:49:53

data and information to you.                              09:49:56

Q.    And how does Meta's algorithm work?                09:49:59

A.    Nobody really understands deeply how the           09:50:03

algorithm works.  At this point it's become so            09:50:08

complicated through machine learning and has so much      09:50:11

data that nobody can really, really explain the --        09:50:13

the nuances of how the algorithm works.                   09:50:16

Q.    So how does a user experience Meta's               09:50:18

algorithm?                                                09:50:21

A.    So, again, you can think about it, you             09:50:24

can think about like a bookstore where a young            09:50:27

teenager goes into a bookstore and when she walks in      09:50:31

the door, she sees a table of books.  Most bookstores     09:50:34

have that table out front.                                09:50:37

She picks up a book and she looks at it         09:50:38

Day Six of Trial Proceedings                    DIRECT EXAMINATION OF BRIAN BOLAND                    February 12, 2026
State of New Mexico, Ex Rel., Torrez v. Meta Platforms, Inc.,                                        D-101-CV-2023-02838

2399

and she's kind of feeling uncomfortable about her weight, and she picks up a dieting book. And when she picks up that book, and she's in the bookstore, nothing changes. But that's not how algorithms work.

For an algorithm, when she picks up that book in the bookstore, the algorithm notices that she's picked up a book on weight loss and suddenly all the books on the table change, the books on the shelves around her change, and they start to lean towards more weight loss or body image questions. And so she picks up another book that may be about, oh, body image. That's interesting. So suddenly the algorithm sees that and the table changes again, and the books on the shelf change again.

And that happens over and over with everything that she picks up, and it may lead to further conversation -- or further books about body image issues or even self-harm.

And that whole section kind of continues on that path of changing out, changing out, changing out.

And while that's happening, the lights dim in the rest of the store. So there may be other books back there, but that's not really what she's being shown and that's not really what's being

2400

brought to her attention.

And then when she leaves the bookstore, the next time she comes back, that section is already prepersonalized to her with those same books about dieting, body image, self-harm, whatever that content may be.

Q.   All right.  And you gave us an analogy?

A.   Correct.

Q.   Do you have an example of how that works in the real world?

A.   Yes.  So when I -- towards the end of my time at the company, as I became increasingly concerned about what the news feed was doing to people, I spent time talking with some of the people on the research teams and learning about their work. I read a document that was particularly powerful for me in -- in convincing me to leave Meta, and it was this document titled, "Carol's Journey to QAnon."

So QAnon is a conspiracy theory.  This document showed how this researcher who created a brand-new account, like completely unrelated to her, created a new account, indicated the account was conservative, and then just kind of liked a couple of mainline conservative pages, and then kept engaging with Facebook and seeing what it would send her.  And

Day Six of Trial Proceedings          DIRECT EXAMINATION OF BRIAN BOLAND          February 12, 2026
State of New Mexico, Ex Rel., Torrez v. Meta Platforms, Inc.,          D-101-CV-2023-02838

2401

over the course of the time she noticed that it 09:52:59 started to shift and documented that it shifted 09:53:01 towards more conspiracy theories and more conspiracy 09:53:02 and even more fringe conspiracy theories. 09:53:04

So that over the course of a couple of 09:53:06 weeks her feed had completely shifted to something 09:53:07 that was full and full and full of conspiracy 09:53:11 theories. And so that's how an example of this 09:53:16 algorithm personalized to her and changed what she 09:53:18 was seeing to be specific to her. 09:53:20

Q. And this research that you described, I 09:53:22 think you called it "Carol's Journey to QAnon"; is 09:53:25 that right? 09:53:31

A. That's correct. 09:53:31

Q. Was that research made public by Meta? 09:53:31

A. That research became public but it was 09:53:34 not made public by Meta. 09:53:37

Q. How did it become public? 09:53:38

A. There was a concerned former employee who 09:53:39 had take- -- who had shared that document with 09:53:42 Congress and with the media. 09:53:46

Q. By the way, the news feed that you 09:53:48 describe, does it also deliver advertising? 09:53:54

A. Yes, the news feed is where advertising 09:53:56 is predominantly shown. 09:53:59

2694

CERTIFICATE

I, Sommer E. Greene, Certified Court Reporter for the State of New Mexico, certify:

That the foregoing proceedings were taken by me; that I am authorized to administer an oath; that the witness, before testifying, was duly sworn by me to testify to the whole truth; that the questions propounded by counsel and the answers of the witness were taken down by me in shorthand and thereafter reduced to print by computer-aided transcription under my direction; that review and signature was requested; that the foregoing pages are a full, true, and accurate transcript of all proceedings and testimony had upon the taking of said proceedings, all to the best of my skill and ability.

I FURTHER CERTIFY that I am in no way related to nor employed by any of the parties hereto nor am I in any way interested in the outcome hereof.

DATED this 12th day of February, 2026.

_____
Sommer E. Greene
Certified Court Reporter No. 541
For the State of New Mexico