Ashley M. Simonsen, SBN 275203
COVINGTON & BURLING LLP
1999 Avenue of the Stars
Los Angeles, CA 90067
Telephone: (424) 332-4800
Facsimile: + 1 (424) 332-4749
Email: asimonsen@cov.com

*Attorney for Defendants Meta Platforms,
Inc. f/k/a Facebook, Inc. and Instagram,
LLC*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates To:<br><br>*People of the State of California, et al. v. Meta Platforms, Inc., et al.* | MDL No. 3047<br><br>Case No. 4:22-md-03047-YGR (PHK)<br>4:23-cv-05448-YGR<br><br>**DECLARATION OF ASHLEY M. SIMONSEN IN SUPPORT OF META'S MOTION *IN LIMINE* NO. 4 TO EXCLUDE EVIDENCE OF PUBLISHING ACTIVITIES OR BARRED FEATURES TO PROVE MISREPRESENTATION CLAIMS**<br><br>Judge: Hon. Yvonne Gonzalez Rogers<br>Magistrate Judge: Hon. Peter H. Kang |

## DECLARATION OF ASHLEY M. SIMONSEN

I, Ashley M. Simonsen, declare and state as follows:

1.    I am a partner with the law firm Covington & Burling LLP, counsel of record for Defendants Meta Platforms, Inc. f/k/a Facebook, Inc., and Instagram, LLC (collectively, "Meta"). I submit this declaration in support of Meta's Motion *in Limine* No. 4 to Exclude Evidence of Publishing Activities or Barred Features to Prove Misrepresentation Claims. This declaration is based on my personal knowledge. If called upon to do so, I could and would competently testify as follows.

2.    Attached hereto as **Exhibit A** is a true and correct copy of a transcript of an interview of Adam Mosseri on CBS on June 26, 2019.

3.    Attached hereto as **Exhibit B** is a true and correct copy of Meta's Community Standards Enforcement Report, available at https://transparency.meta.com/reports/community-standards-enforcement/.

4.    Attached hereto as **Exhibit C** is a true and correct copy of relevant excerpts of the transcript of Facebook, Inc.'s Third Quarter 2020 Results Conference Call on October 29, 2020.

5.    Attached hereto as **Exhibit D** is a true and correct copy of *How Do We Know Someone Is Old Enough to Use Our Apps?* published on Meta's website on July 27, 2021.

6.    Attached hereto as **Exhibit E** is a true and correct copy of relevant excerpts of the testimony of Antigone Davis before the United States Senate Subcommittee on Consumer Protection, Product Safety, and Data Security on September 30, 2021.

7.    Attached hereto as **Exhibit F** is a true and correct copy of *Raising the Standard for Protecting Teens and Supporting Parents Online* published on Instagram's website on December 7, 2021.

8.    Attached hereto as **Exhibit G** is a true and correct copy of relevant excerpts of *Our Commitment to Safety* published on Meta's website on August 11, 2020.

9.    Attached hereto as **Exhibit H** is a true and correct copy of *How Meta Is Working to Provide Safe, Age-Appropriate Experiences for Teens* published on Meta's website on January 9, 2023.

10. Attached hereto as **Exhibit I** is a true and correct copy of Meta's Best Interest of the Child Framework published on Meta's Trust, Transparency & Control Labs website and last updated on November 4, 2025.

11. Attached hereto as **Exhibit J** is a true and correct copy of *Introducing Stricter Message Settings for Teens on Instagram and Facebook* published on Meta's website on January 25, 2024.

12. Attached hereto as **Exhibit K** is a true and correct copy of relevant excerpts of *Preventing Suicide and Self-Harm Content Spreading Online* published on Meta's website on September 12, 2024.

13. Attached hereto as **Exhibit L** is a true and correct copy of the State Attorneys General exchanged motion *in limine* "Motion to Exclude Evidence of Meta's Efforts to Combat CSAM and CSE on Its Platforms."

I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct to the best of my knowledge and belief.

Executed on June 9, 2026.

By:  */s/ Ashley M. Simonsen*
Ashley M. Simonsen

DECLARATION OF ASHLEY M. SIMONSEN IN SUPPORT OF META'S MOTION IN LIMINE NO. 4 TO EXCLUDE EVIDENCE OF PUBLISHING ACTIVITIES OR BARRED FEATURES TO PROVE MISREPRESENTATION CLAIMS
4:22-md-03047-YGR; 4:23-cv-05448-YGR