# Exhibit A

### *Instagram Is Experimenting With Way To Fight Online Bullying, CBS*

CBS News Transcripts CBS THIS MORNING 7:00 AM EST

June 26, 2019 Wednesday

Copyright 2019 CBS Worldwide Inc. All Rights Reserved

**Section:** NEWS

**Length:** 653 words

**Byline:** Gayle King
**Highlight:** Adam Mosseri says the company is rethinking the whole experience and well being is its top priority.

## Body

GAYLE KING: Instagram is experimenting with ways to fight online bullying. The head of Instagram, that`s Adam Mosseri, says the company is, quote, "rethinking the whole experience and well-being is its top priority." Only on CTM, Mosseri reveals a major potential change to a feature some users may like most.

(Begin VT)

ADAM MOSSERI: One of the ideas we`re currently experimenting with is like counts private, for instance, because we don`t want Instagram to be such a competition. We want it be a place where people spend more of their energy connecting with the people that they love and the things that they care about.

GAYLE KING: Adam, people live for their likes.

ADAM MOSSERI: Yes.

GAYLE KING: We talked to a group of teenagers the other day and when we mentioned that that was a possibility, I don`t want to say they freaked out, but they freaked out.

ADAM MOSSERI: Yes.

GAYLE KING: Are you worried or concerned that that will hurt your platform taking away the likes.

ADAM MOSSERI: A little.

GAYLE KING: Isn`t part of the fun looking at the likes?

ADAM MOSSERI: Well, you can still like in this current test. You just can`t see the number of likes unless it`s your own post. So you don`t have to do all this social comparison.

GAYLE KING: But we want-- but that`s the beauty.

Instagram Is Experimenting With Way To Fight Online Bullying, CBS

ADAM MOSSERI: I know.

GAYLE KING: People want-- yeah, people--

ADAM MOSSERI: I know.

GAYLE KING: We want you to see that I got X amount of likes on whatever it is I posted.

ADAM MOSSERI: We will do things that mean people use Instagram less if we think that they keep people safe or generally create a healthier environment. And I think we have to be willing to do that.

GAYLE KING: Even though it could affect your bottom line.

ADAM MOSSERI: Hundred percent. Will we do this one? It depends. We`ll see if it works or not.

GAYLE KING: Mm-Hm.

ADAM MOSSERI: But I`m really passionate about us being open to those types of changes.

GAYLE KING: What led you to that particular change? Because that`s a big change.

ADAM MOSSERI: It came out of the team. We`ve been focused on well-being broadly, like I said, it`s our number one priority. We`re people, too. We go home, we read the newspaper, we read our news online, we get the criticism. And so the team that works on likes and comments was thinking, okay, how do I take some of those values, this focus on well-being, this focus on the nuance of people`s experiences and apply that to my day job?

GAYLE KING: Mm-Hm.

ADAM MOSSERI: And so they just came up with this and then say, hey, what do you think about this idea?

GAYLE KING: Mm-Hm.

ADAM MOSSERI: And we were excited.

GAYLE KING: You liked it right away when you heard it?

ADAM MOSSERI: Yeah. It was audacious.

GAYLE KING: Yes.

(End VT)

GAYLE KING: I like that word, audacious. He is very serious about people`s well-being--

ANTHONY MASON: Yeah.

GAYLE KING: --and health and self-care. You know, they`re-- they see what happens online, how people can really get devastated by what they see.

ANTHONY MASON: Yep.

GAYLE KING: And they want to make it harder for people to-- they want people to feel good about using their platform is the bottom line.

ANTHONY MASON: Well, listen, because it has become, you know--

GAYLE KING: A competition.

ANTHONY MASON: --an elemental part, a competition and people--

GAYLE KING: That`s right.

ANTHONY MASON: --get addicted to this.

GAYLE KING: Yes.

TONY DOKOUPIL: Yeah.

GAYLE KING: They`re thinking-- they`re thinking over there. We`ll have more of our exclusive interview in the next half hour. Adam Mosseri talks about the scrutiny facing Facebook and Instagram after the 2016 election.

But first, it is seven nineteen, that means it`s time to check your local weather.

(LOCAL WEATHER BREAK)

(ANNOUNCEMENTS)

TONY DOKOUPIL: We`ve got much more news ahead. Many state senators in Oregon leave town to block a controversial climate change plan. We`ll hear from the angry governor who wants them back.

You`re watching CBS THIS MORNING.

(ANNOUNCEMENTS)

**Load-Date:** June 27, 2019

---

End of Document