# Exhibit B

 Meta

⬇ **Download (CSV)**

**Overview**

Cross-Policy Data

Data by policy area

Adult Nudity and Sexual Activity

Bullying and Harassment

Child Endangermer Nudity and Physical Abuse and Sexual Exploitation

Dangerous Organizations Terrorism and Organized Hate

Fake Accounts

‹  **Back to Reports**

# Community Standards Enforcement Report

We want Facebook and Instagram to be places where people have a voice. To create conditions where everyone feels comfortable expressing themselves, we must also protect their safety, privacy, dignity and authenticity. This is why we have the Community Standards, which define what is and is not allowed in our community.

# H2 2025 Report

We publish the Community Standards Enforcement Report semi-annually, with data broken down quarterly, to more effectively track our progress and demonstrate our continued commitment to making Facebook and Instagram safe and inclusive.

### What's new

In this H2 2025 semi-annual report, we share updated metrics for Q4 2025 (covering September–December 2025), detailing our progress in addressing content that violates our policies. Following our new semi-annual release cadence, the next Community Standards Enforcement Report will be published in the second half of 2026 covering Q1–Q2 2026.

**Learn more**

- **[Review EY's independent, third-party assessment of our Community Standards Enforcement Report from the fourth quarter of 2021.](#)**

- **[Review a report from independent academic experts on their findings and recommendations on our data transparency efforts.](#)**

## Key Takeaways for H2 2025

Last quarter we began providing new data on global enforcement precision. Our rate of mistakes was materially unchanged in this report, with the exception of the number of false positives which increased over 100% during a very brief period of Q4 due to a bug.

Prevalence of violating content on our platforms continued to remain consistent for most problem areas during Q4, with a few exceptions:

- Prevalence of violent and graphic content decreased on Facebook (0.19% – 0.20% to 0.15% – 0.16%) due to adjustments made to our proactive detection technology during the quarter.

- On Instagram, prevalence for adult nudity and sexual activity (0.06% – 0.07% to 0.09% – 0.11%) appeared to increase due to changes made during the quarter to improve reviewer training and enhance review workflows, which impacts how samples are labeled when measuring prevalence.



**14 Policies on Facebook**
**12 Policies on Instagram**



**Read our post about this report**

→

# Data by policy area

**VIOLENCE AND CRIMINAL BEHAVIOR**

Dangerous Organizations: Terrorism and Organized Hate

Restricted Goods and Services: Drugs and Firearms

Violence and Incitement

**SAFETY**

Suicide, Self-Injury, and Eating Disorders

Child Endangerment: Nudity and Physical Abuse and Sexual Exploitation

Bullying and Harassment

**OBJECTIONABLE CONTENT**

Hateful Conduct

Violent and Graphic Content

Adult Nudity and Sexual Activity

**INTEGRITY AND AUTHENTICITY**

Fake Accounts

Spam

---

# Learn about our measurements

**DEEP DIVE**

Precision

False Positive Volume

Prevalence

Content actioned

Proactive rate

Appealed content

Restored content

Getting better at measurement

Corrections and adjustments

---



Policies                                                                                            ⌃

**Community Standards**

**Meta Advertising Standards**

**Other policies**

How Meta improves

Age-Appropriate Content

Features                                                                                          ⌄

Research tools                                                                                ⌄

Enforcement                                                                                  ⌄

Governance                                                                                   ⌄

Security                                                                                         ⌄

Reports                                                                                          ⌄

English (US)

Privacy Policy       Terms of Service       Cookies