# Exhibit C

**Facebook, Inc. (FB)**
**Third Quarter 2020 Results Conference Call**
**October 29th, 2020**

**Operator**

Good afternoon. My name is Mike, and I will be your conference operator today. At this time, I would like to welcome everyone to the Facebook Third Quarter 2020 Earnings Conference Call. All lines have been placed on mute to prevent any background noise. After the speakers' remarks, there will be a question and answer session.

If you would like to ask a question during that time, please press star then the number one on your telephone keypad. This call will be recorded. Thank you very much. Ms. Deborah Crawford, Facebook's Vice President of Investor Relations, you may begin.

**Deborah Crawford, VP, Investor Relations**

Thank you. Good afternoon and welcome to Facebook's Third Quarter 2020 Earnings Conference Call. Joining me today to discuss our results are Mark Zuckerberg, CEO; Sheryl Sandberg, COO; and Dave Wehner, CFO.

Before we get started, I would like to take this opportunity to remind you that our remarks today will include forward-looking statements. Actual results may differ materially from those contemplated by these forward-looking statements.

Factors that could cause these results to differ materially are set forth in today's press release, and in our quarterly report on form 10-Q filed with the SEC. Any forward-looking statements that we make on this call are based on assumptions as of today and we undertake no obligation to update these statements as a result of new information or future events.

During this call we may present both GAAP and non-GAAP financial measures. A reconciliation of GAAP to non-GAAP measures is included in today's earnings press release. The press release and an accompanying investor presentation are available on our website at investor.fb.com.

And now, I'd like to turn the call over to Mark.

**Mark Zuckerberg, CEO**

Thanks everyone for joining us today. I hope you're all staying safe and doing well.

We had another strong quarter as people and businesses continue to rely on our services to stay connected and create economic opportunity, especially during these tough times. Now 2.5 billion people around the world use one or more of our apps each day, more than 200 million businesses use our free tools, and there are more than 10 million active advertisers across our services. Most of these are small businesses, which otherwise would have a much harder time moving online and reaching customers during this pandemic -- and that's something I'm really proud of.

1

While we continue to invest in helping businesses, we are equally focused on keeping our platform safe. Last month, we took an important step by agreeing – along with YouTube and Twitter – to a common set of definitions of hate speech and other harmful content. This was done in partnership with the World Federation of Advertisers and the Global Alliance for Responsible Media. There's more work to do, but we're headed in the right direction as we continue to develop industry-wide standards.

I want to acknowledge that despite these strong results we face significant headwinds which Dave will talk about more. There is an important debate taking place about the way companies use data, including for online advertising. We welcome this debate and have been advocating for new rules for the internet in a range of areas – from privacy and harmful content to election integrity and data portability. While we face greater scrutiny than ever before, we are also experiencing more demand from businesses for both our free and paid tools – especially our personalized ad products.

As this debate continues, it is important that we don't lose sight of the hugely important role personalized ads play for small businesses. Small businesses can't afford the broad, mass marketing campaigns that big brands can. A good example is Glamnetic, a beauty brand specializing in magnetic eyelashes, started in a one-bedroom apartment in Los Angeles a little more than a year ago. Co-founders Ann and Kevin post photos and videos on Instagram and Facebook, and use personalized ads to reach people they think might like their products – including women between 18-50 who are interested in beauty and cosmetics. They also advertise to people who have visited their website, made possible by personalized ads technology, which helps them identify customer hot spots to focus on – like California, New York, Texas, Ohio, and several southern states. They saw a 9 times increase in revenue in Q3 vs 2019, and doubled their revenue month-over-month. While so many businesses are struggling this year, this has helped them to grow from 5 employees to 35.

There are countless stories like Ann and Kevin's among the over 10 million advertisers on our platform. For many small and medium-sized businesses, personalized advertising – which uses data safely and in a privacy protected way – is the secret ingredient that makes their success possible. These businesses have the potential to be the driving force of the economic recovery in the months and years ahead, as long as they can continue to rely on the data-driven tools they use day in and day out.

We are living in a time of deep uncertainty. The next few months or quarters will continue to be precarious for so many businesses. Whatever happens, we will remain focused on keeping people connected and supporting businesses as they make the transition online.

I want to close by saying how grateful I am to our partners – big and small, old and new – around the world and to our incredible teams who are working hard every day to make a real and very positive difference in people's lives.

Now, here's Dave.

**Dave Wehner, CFO**

Thanks Sheryl, and good afternoon everyone.

Let's start with our community metrics.

6