# Exhibit E

S. Hrg. 117–719

# PROTECTING KIDS ONLINE: FACEBOOK, INSTAGRAM, AND MENTAL HEALTH HARM

# HEARING

BEFORE THE

## SUBCOMMITTEE ON CONSUMER PROTECTION, PRODUCT SAFETY, AND DATA SECURITY

OF THE

## COMMITTEE ON COMMERCE, SCIENCE, AND TRANSPORTATION UNITED STATES SENATE

ONE HUNDRED SEVENTEENTH CONGRESS

FIRST SESSION

———

SEPTEMBER 30, 2021

———

Printed for the use of the Committee on Commerce, Science, and Transportation



Available online: http://www.govinfo.gov

———

U.S. GOVERNMENT PUBLISHING OFFICE

53–125 PDF          WASHINGTON : 2023

10

While not allowed on Facebook and Instagram, children under 13 are allowed on Messenger Kids, a product that we introduced in 2017. We built Messenger Kids because we heard from parents that there was need for a messaging app that let kids connect while ensuring that parents and guardians had control over the experience. And we designed Messenger Kids with input from thousands of parents and experts, and with the Children's Online Privacy Protection Act in mind.

*B. Product Safety Enhancements for Teens*

We are also dedicated to protecting the youngest people on our services. We have put in place multiple protections to create safe and age-appropriate experiences for people between the ages of 13 and 17.

Whenever we can, we want to prevent young people from interacting with adults they don't know or don't want to engage with. We believe private accounts are the best way to do this, and we recently announced that all users under the age of 16 in the U.S. will now be defaulted into a private account when they join Instagram. For young people who already have a public account on Instagram, we are sharing a notification highlighting the benefits of a private account and explaining how to change their privacy settings. On Facebook, we encourage young people to make their accounts private by defaulting their posting audience to "friends" and by providing education before allowing them to post publicly. We've developed these unique education moments in consultation with experts.

In addition to our work on moving teenagers towards private accounts, we have taken additional steps to protect their safety. Earlier this year, we changed Instagram's direct messaging feature to prevent adults from sending messages to people under 18 who don't follow them. We have also begun using prompts, or safety notices, to encourage teens to be cautious in conversations with adults they're already connected to. Safety notices in direct messages will notify young people when an adult who has been exhibiting potentially suspicious behavior is trying to interact with them. On Facebook, we remove certain information when young people appear in a search (such as their school), and we do not allow them to appear in 'People You May Know' for adults who have been exhibiting potentially suspicious behavior. On Instagram, we prevent adults who have exhibited potentially suspicious behavior from interacting with young people's accounts. We won't show young people's accounts in Explore, Reels, or 'Accounts Suggested for You' to these adults. If they find young people's accounts by searching for their usernames, they won't be able to follow them. They also won't be able to see comments from young people on other people's posts, nor will they be able to leave comments on young people's posts.

We also work to create age-appropriate experiences for teenagers on Facebook and Instagram. This includes age-gating certain content, prohibiting certain types of ads from being served to minors, and limiting options for serving any ads to these users. For example, we have long restricted what kinds of ads can be served to minors, and we recently limited options for serving any ads to people under 18. Now, people under 18 can only have ads served to them based on age, gender, and location, but not interests or activity.

We've also introduced new ways to support people on Instagram who may be affected by negative body image or an eating disorder, including surfacing more expert-backed resources when people search for eating disorder-related content, expanding our work with experts to help inform our policies, and collaborating with community leaders to help them create and share positive, inspiring body image content.

*C. Parental Resources and Controls*

We think it is important to help provide parents and guardians the information, resources, and tools they need to set parameters for their teenagers' use of online technologies and to help them develop healthy and safe online habits. We have been working on parental resources for many years, and this week we announced a significant step forward by bringing parental supervision for teens to Instagram in the coming months. This feature, which parents and teens can opt into, will give parents additional tools to help shape their teens' experience.

This latest announcement builds on years of work to provide parents with resources to help them navigate conversations with their teenagers. As part of our Safety Center, we have a Parent Portal (*https://www.facebook.com/safety/parents*), a Youth Portal (*https://www.facebook.com/safety/youth*), and a Child Safety Hub (*https://www.facebook.com/safety/childsafety*), all of which are focused on fostering conversations around online safety, security, and well-being. These portals give parents and young people access to the information and resources they need to make informed decisions about their online technology use. We also worked with The

29

Ms. DAVIS. Senator, we do not direct people toward content that promotes eating disorders. That actually violates our policies, and we remove that content when we become aware of it. We actually use AI to find content like that and to remove it.

Senator BLACKBURN. OK, so what you are saying is the experience that Senator Blumenthal's office had is an outlier or an anomaly. Is that correct?

Ms. DAVIS. Senator Blackburn, I haven't seen the particular things. I would take a look, but I can tell you that our policy——

Senator BLACKBURN. I am sure he can send you the digital copy of the poster that he had here. So thank you. And Mr. Chairman, I yield my time.

Senator BLUMENTHAL. Thank you, Senator Blackburn. And we can make available to you, Ms. Davis, all of the information about how easily and readily we put this profile of a 13 year old young woman on and the reactions on eating disorders. I am sure you already have the findings and evidence that supports our conclusions. Senator Lummis is on remotely.

### STATEMENT OF HON. CYNTHIA LUMMIS, U.S. SENATOR FROM WYOMING

Senator LUMMIS. Thank you, Mr. Chairman. Like many members of this committee, I am alarmed by the revelations of the *Wall Street Journal* article demonstrating the disturbing conclusions of Facebook's own research, conclusions which merit repeating. Just under one in three teen girls reported the Instagram app made them feel worse about their body image. Another significant portion of users also reported increased feelings of anxiety, suicidal thoughts, depression, and eating disorders as a result of the app's use.

Unfortunately, this research did nothing more than confirm many of our earlier intuitions and suspicions, social media can be dangerous to your mental health. I look forward to more studies on the impact of social media on mental health. However, I am concerned by the consistent lack of transparency from Facebook. The fact is that this committee would not be here without the brave whistleblower who stepped forward to shed light on this issue, an issue that many of us had previously sought answers to before and that we now seek answers to today. We must remember that despite apps that purport to be free for us to use, there is a very real cost, one that often comes at the price of our youth's mental health.

I was fortunate to grow up without the pressures of social media, but for the first time in today's generation, the children struggle with how to grow up managing a virtual version of themselves, all while the billion dollar industries compete for their time, information, money, and attention.

So I firmly believe that more must be done. I recently signed on to a bill that would update the Children's Online Privacy Protection Act by placing strict restrictions on behavioral advertising directed at children. So my question for you, Ms. Davis, has Facebook conducted research into how children are more easily manipulated by highly personalized advertising?

Ms. DAVIS. Senator, I would not be familiar with that research. What I can tell you is that we have very limited advertising to