Ashley M. Simonsen, SBN 275203
COVINGTON & BURLING LLP
1999 Avenue of the Stars
Los Angeles, CA 90067
Telephone: (424) 332-4800
Facsimile: + 1 (424) 332-4749
Email: asimonsen@cov.com

*Attorneys for Defendants Meta Platforms, Inc.*
*f/k/a Facebook, Inc. and Instagram, LLC*

*[Additional counsel listed on signature pages]*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates To:<br><br>*People of the State of California, et al. v. Meta Platforms, Inc., et al.* | MDL No. 3047<br><br>Case No.: 4:22-md-03047-YGR<br>        4:23-cv-05448-YGR<br><br>**META DEFENDANTS' TEMPORARY SEALING MOTION (MOTION *IN LIMINE* NO. 5)**<br><br>Judge: Hon. Yvonne Gonzalez Rogers<br>Magistrate Judge: Hon. Peter H. Kang |

Pursuant to the Court's Order Setting Sealing Procedures (ECF No. 341), Defendants Meta Platforms, Inc. and Instagram, LLC ("Meta") file this Temporary Sealing Motion regarding the Declaration of Ashley M. Simonsen in support of Meta's Motion *In Limine* No. 5 to Exclude Evidence or Argument That Meta's Age Verification Features and Cosmetic Surgery or Other Third-Party Filters Are Unfair Practices. Pursuant to the Order at ECF No. 341, the reasons for sealing (if any) will be addressed in a forthcoming omnibus stipulation or omnibus motion.

| Docket No. | Document | Whether document contains a Party's Confidential Information |
|---|---|---|
| ECF No. 3124-1 | Meta's Motion *In Limine* No. 5 to Exclude Evidence or Argument That Meta's Age Verification Features and Cosmetic Surgery or Other Third-Party Filters Are Unfair Practices | Temporarily filing under seal because document contains information that the parties may consider to be confidential |
| ECF No. 3124-2 | Declaration of Ashley M. Simonsen | Not filed under seal |
| ECF No. 3124-3 | Exhibit A, Relevant excerpts of the Trial Report of Timothy Estes | Temporarily filing under seal because document contains information that the parties may consider to be confidential |
| ECF No. 3124-4 | Exhibit B, Relevant excerpts of the AGs' Non-Retained Expert Disclosure Report | Temporarily filing under seal because document contains information that the parties may consider to be confidential |
| ECF No. 3124-5 | Exhibit C, META3047MDL-278-00005350 | Temporarily filing under seal because document contains information that the parties may consider to be confidential |
| ECF No. 3124-6 | Exhibit D, Relevant excerpts of the deposition of Vaishnavi Jayakumar on January 30, 2025 | Temporarily filing under seal because document contains information that the parties may consider to be confidential |
| ECF No. 3124-7 | Exhibit E, Relevant excerpts of the Deposition of Margaret Gould Stewart on October 21, 2024 | Temporarily filing under seal because document contains information that the parties may consider to be confidential |
| ECF No. 3124-8 | Exhibit F, META3047MDL-040-00337135 | Temporarily filing under seal because document contains |

META DEFENDANTS' TEMPORARY SEALING MOTION (MOTION IN LIMINE NO. 5)
4:22-md-03047-YGR

| | | information that the parties may consider to be confidential |
|---|---|---|
| ECF No. 3124-9 | Exhibit G, META3047MDL-014-00314941 | Temporarily filing under seal because document contains information that the parties may consider to be confidential |
| ECF No. 3124-10 | Exhibit H, META3047MDL-022-00009683 | Temporarily filing under seal because document contains information that the parties may consider to be confidential |

DATED: June 9, 2026                                    Respectfully submitted,


By:    */s/ Ashley M. Simonsen*

Ashley M. Simonsen (State Bar. No. 275203)
COVINGTON & BURLING LLP
1999 Avenue of the Stars
Los Angeles, CA 90067
Telephone: + 1 (424) 332-4800
Email: asimonsen@cov.com

Paul W. Schmidt, *pro hac vice*
Timothy C. Hester, pro hac vice
COVINGTON & BURLING LLP
One City Center
850 Tenth Street, NW
Washington, DC 20001-4956
Telephone: + 1 (202) 662-5324
Facsimile: + 1 (202) 778-5324
Email: pschmidt@cov.com
Email: thester@cov.com

*Attorneys for Defendants Meta Platforms, Inc.
f/k/a Facebook, Inc. and Instagram, LLC*

META DEFENDANTS' TEMPORARY SEALING MOTION (MOTION IN LIMINE NO. 5)
4:22-md-03047-YGR