Ashley M. Simonsen, SBN 275203
COVINGTON & BURLING LLP
1999 Avenue of the Stars
Los Angeles, CA 90067
Telephone: (424) 332-4800
Facsimile: + 1 (424) 332-4749
Email: asimonsen@cov.com

*Attorney for Defendants Meta Platforms,
Inc. f/k/a Facebook, Inc. and Instagram,
LLC*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates To:<br><br>*People of the State of California, et al. v. Meta Platforms, Inc., et al.* | MDL No. 3047<br><br>Case No. 4:22-md-03047-YGR (PHK)<br>4:23-cv-05448-YGR<br><br>**DECLARATION OF ASHLEY M. SIMONSEN IN SUPPORT OF META'S MOTION *IN LIMINE* NO. 5 TO EXCLUDE EVIDENCE OR ARGUMENT THAT META'S AGE VERIFICATION FEATURES AND COSMETIC SURGERY OR OTHER THIRD-PARTY FILTERS ARE UNFAIR PRACTICES**<br><br>Judge: Hon. Yvonne Gonzalez Rogers<br>Magistrate Judge: Hon. Peter H. Kang |

## <u>DECLARATION OF ASHLEY M. SIMONSEN</u>

I, Ashley M. Simonsen, declare and state as follows:

1.    I am a partner with the law firm Covington & Burling LLP, counsel of record for Defendants Meta Platforms, Inc. f/k/a Facebook, Inc., and Instagram, LLC (collectively, "Meta").  I submit this declaration in support of Meta's Motion *In Limine* No. 5 to Exclude Evidence or Argument That Meta's Age Verification Features and Cosmetic Surgery or Other Third-Party Filters Are Unfair Practices.  This declaration is based on my personal knowledge.  If called upon to do so, I could and would competently testify as follows.

2.    Attached hereto and lodged with the Court as **Exhibit A** is a true and correct copy of excerpted portions of the Trial Report of Timothy Estes.

3.    Attached hereto and lodged with the Court as **Exhibit B** is a true and correct copy of excerpted portions of the AGs' Non-Retained Expert Disclosure Report.

4.    Attached hereto and lodged with the Court as **Exhibit C** is a true and correct copy of an internal Meta document produced at Bates number META3047MDL-278-00005350 and introduced as Exhibit 6 at the October 21, 2024 deposition of Margaret Gould Stewart.

5.    Attached hereto and lodged with the Court as **Exhibit D** is a true and correct copy of excerpted portions of the transcript of the January 30, 2025 deposition of Vaishnavi Jayakumar.

6.    Attached hereto and lodged with the Court as **Exhibit E** is a true and correct copy of excerpted portions of the transcript of the October 21, 2024 deposition of Margaret Gould Stewart.

7.    Attached hereto and lodged with the Court as **Exhibit F** is a true and correct copy of an internal Meta document produced at Bates number META3047MDL-040-00337135 and introduced as Exhibit 16 at the January 30, 2025 deposition of Vaishnavi Jayakumar.

8.    Attached hereto and lodged with the Court as **Exhibit G** is a true and correct copy of an internal Meta document produced at Bates number META3047MDL-014-00314941.

9.    Attached hereto and lodged with the Court as **Exhibit H** is a true and correct copy of an internal Meta document produced at Bates number META3047MDL-022-00009683.

I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct to the best of my knowledge and belief.

Executed on June 9, 2026.

By:      */s/ Ashley M. Simonsen*
            Ashley M. Simonsen

DECLARATION OF ASHLEY M. SIMONSEN IN SUPPORT OF META'S MOTION IN LIMINE NO. 5 TO EXCLUDE EVIDENCE OR ARGUMENT THAT META'S AGE VERIFICATION FEATURES AND COSMETIC SURGERY OR OTHER THIRD-PARTY FILTERS ARE UNFAIR PRACTICES
4:22-md-03047-YGR; 4:23-cv-05448-YGR