# Exhibit A

Pages 1 - 109

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Before The Honorable Yvonne Gonzalez Rogers, Judge

IN RE:  SOCIAL MEDIA              )
ADOLESCENT ADDICTION/PERSONAL     )
INJURY PRODUCTS LIABILITY         )
LITIGATION                        )
                                  )   **NO. 22-MD-03047 YGR (PHK)**
                                  )
_____ )


                            San Francisco, California
                            Wednesday, May 27, 2026


### REPORTER'S TRANSCRIPT OF PROCEEDINGS

**APPEARANCES:**

For Plaintiff State of California:
                    CALIFORNIA DEPARTMENT OF JUSTICE
                    455 Golden Gate Avenue, 11th Floor
                    San Francisco, California 94102
              BY:   **MEGAN O'NEILL, DEPUTY ATTORNEY GENERAL**
                    **NAYHA ARORA, DEPUTY ATTORNEY GENERAL**
                    **KATHERINE READ, DEPUTY ATTORNEY GENERAL**
                    **EMILY C. KALANITHI**
                    **SUPERVISING DEPUTY ATTORNEY GENERAL**

                    CALIFORNIA DEPARTMENT OF JUSTICE
                    OFFICE OF THE ATTORNEY GENERAL
                    1515 Clay Street, Suite 2000
                    Oakland, California 94612
              BY:   **JOSHUA OLSZEWSKI-JUBELIRER**
                    **SAMANTHA R. BECKETT**
                    **DEPUTY ATTORNEYS GENERAL**


        (APPEARANCES CONTINUED ON FOLLOWING PAGE)


REPORTED STENOGRAPHICALLY BY:  ANA DUB, CSR No. 7445
                               RDR RMR, CRR, CCRR, CRG, CCG
                               OFFICIAL UNITED STATES REPORTER

**APPEARANCES:**   (CONTINUED)

For Plaintiff State of Colorado:
                       OFFICE OF THE ATTORNEY GENERAL
                       COLORADO DEPARTMENT OF LAW
                       Business and Licensing
                       Ralph L. Carr Judicial Building
                       1300 Broadway, Eighth Floor
                       Denver, Colorado 80203
                  BY:  **KRISTA BATCHELDER**
                       **DEPUTY SOLICITOR GENERAL**

                       OFFICE OF THE ATTORNEY GENERAL
                       COLORADO DEPARTMENT OF LAW
                       Criminal Justice
                       1300 Broadway, 10th Floor
                       Denver, Colorado 80203
                  BY:  **JASON SLOTHOUBER, CHIEF TRIAL COUNSEL**


For Plaintiff Commonwealth of Kentucky:
                       KENTUCKY OFFICE OF THE ATTORNEY GENERAL
                       Office of Consumer Protection
                       1024 Capital Center Drive, Suite 200
                       Frankfort, Kentucky 40601
                  BY:  **J. CHRISTIAN LEWIS, COMMISSIONER**


For the State of New Jersey:
                       NEW JERSEY OFFICE OF
                          THE ATTORNEY GENERAL
                       124 Halsey Street, Fifth Floor
                       Newark, New Jersey 07101
                  BY:  **BRIAN F. McDONOUGH**
                       **ASSISTANT ATTORNEY GENERAL**
                       **MANDY K. WANG**
                       **VERNA PRADAXAY**
                       **DEPUTY ATTORNEYS GENERAL**

For Federal/State Liaison:
                       BEASLEY ALLEN LAW FIRM
                       218 Commerce Street
                       Montgomery, Alabama 36104
                  BY:  **CLINTON RICHARDSON**


        **(APPEARANCES CONTINUED ON FOLLOWING PAGE)**

**APPEARANCES:**   (CONTINUED)

For Defendant Meta:

      COVINGTON & BURLING LLP
      1999 Avenue of the Stars, Suite 3500
      Los Angeles, California 90025
BY:  **ASHLEY M. SIMONSEN, ATTORNEY AT LAW**

      COVINGTON & BURLING LLP
      One City Center
      850 Tenth Street, NW
      Washington, D.C.  20001
BY:  **PAUL W. SCHMIDT, ATTORNEY AT LAW**

      WILKINSON STEKLOFF
      130 West 42nd Street, 24th Floor
      New York, New York 10036
BY:  **MOIRA PENZA, ATTORNEY AT LAW**

<u>**Wednesday - May 27, 2026**</u>                          <u>**12:58 p.m.**</u>

<u>**P R O C E E D I N G S**</u>

---o0o---

**THE COURTROOM DEPUTY:**  These proceedings are being court reported by this court.  Any other recording of this proceeding, either by video, audio, including screenshots or other copying of the hearing, is strictly prohibited.

Your Honor, now calling the Civil Matter 23-CV-5448-YGR, People of the State of California vs. Meta Platforms, Incorporated, et al.

Today's appearances will be included with the posting of the minutes and the sign-in sheets.  Thank you.

**THE COURT:**  Okay.  Good afternoon.

So we have a number of things to do.

Mr. Schmidt, I'm surprised to see you.  I thought you weren't trying the AG case.  Come on to the mic, please.

**MR. SCHMIDT:**  Paul Schmidt for Meta.

Yes, I am, Your Honor, along with my colleague Moira Penza from the Wilkinson Stekloff firm and Brian Stekloff from that firm.  The three of us will try it together, potentially with one more.

**THE COURT:**  Okay.  So let me -- are you going to take the lead today?

**MR. SCHMIDT:**  It'll probably be split between me and Ms. Simonsen.

**THE COURT:** But I expect that we will do some measure of that.

Okay.

**MR. SCHMIDT:** Thank you, Your Honor.

**THE COURT:** So that was -- that was one issue.

The second issue, as I have been contemplating how I'm going to deal with this action in its entirety, and given that I have zero inclination to rehear -- I think I gave you each 50 hours.

When I looked at your witness lists, you reserved one hour, Plaintiffs, for your expert on damages. That's it? That's all that you're going to use?

**MS. O'NEILL:** Your Honor, that is actually an issue that I think we have been discussing. And I know we have another witness list deadline on June 17th where we will be updating those estimates. We'll be most likely reducing the number of witnesses and also calibrating the time estimates for the witnesses that remain. And I think that Your Honor has hit on one that I think could use some recalibration.

**THE COURT:** I mean, it surprised me that you only had one hour. That's one issue.

Two, as I looked at your list, I saw plenty of repetition. And so there is certainly room in the budget, so to speak, for you to reallocate.

**MS. O'NEILL:** Yes, Your Honor.

**THE COURT:** In any event, having given you all all of those hours, my first point is, I have zero interest, zero interest in rehearing 80 hours of testimony on liability for all of these individual claims.

So given that you've only filed one action and I am taking to trial, in the first instance, only four states' deceptive claims, I have decided that for the remaining 14 states that have deception or competition claims that were outlined in the complaint, I will try those in a Phase 2 where the underlying issues with respect to evidence I will take largely from the first trial. So all of the evidence in Phase 1 will apply to Phase 2. You don't need to redo it. I don't need to redo it. None of your witnesses need to redo it.

Meta has asked for one and a half hours or has noted one and a half hours per state for separate evidentiary issues. So I will afford to Meta one and a half hours per state for Phase 2. That's about 21 hours.

It is not clear to me that the plaintiffs need one and a half hours per state, so I would probably give you 50 percent of that.

So Phase 2 would be somewhere in the range of 30 to 40 hours. That would only be tried to the Court. It will be tried after the school district cases, which are set to go to trial in February. However, in the event that those school district cases settle, you will go next.

So I believe I set the school district cases, was it February 2nd?

MR. SCHMIDT:  I think it's February --

MS. SIMONSEN:  I thought it was the 2nd.

MR. SCHMIDT:  I thought it was the 8th, but Ms. Simonsen is saying the 2nd.

MS. SIMONSEN:  For jury selection.

THE COURT:  Mr. Cuenco, what did I do?

THE COURTROOM DEPUTY:  February 3rd for selection, Your Honor.

MR. SCHMIDT:  3rd.

THE COURT:  Okay.  So, with evidence to start February 8th.  So this case will be set February 9th.  And if each of the two other cases settle, you will go.  If they don't settle, you will trail.

MS. O'NEILL:  Your Honor, may I ask a few questions about this?

THE COURT:  Sure.

MS. O'NEILL:  First of all, you mentioned that Meta would have 1.5 hours per state for Phase 2.  Is -- is that, presumably, aimed at the state witnesses that Meta has indicated that it needs?  That, I will say -- and I'm happy to go into it -- that the AGs do not think are in any way relevant to the claims, and we will be filing motions to that effect.

But I just wanted to clarify if that was Your Honor's

thinking.

THE COURT:  That is the basis of my proposal.  If I find that it is totally irrelevant, then I'll know that in this trial or I'll know that -- you know, then I'll do an order to show cause at the end of the first phase and say, "Why shouldn't I just apply the verdict across the board?"

MS. O'NEILL:  Right, Your Honor.

THE COURT:  But I want you to know today that if we are going to trial on those 14 states, this is the manner in which it will happen.

MS. O'NEILL:  Understood, Your Honor.  That makes sense.  I think that actually does answer my questions.

And I did just want to preview to Your Honor that we will be filing motions in limine to keep out all of the state witness testimony on a variety of grounds.  So our expectation is that Meta would not need or be entitled to 1.5 hours.  And we'd be happy to talk with the Court after those motions are heard and we have decisions about how this process should go forth.

MR. SCHMIDT:  And on our side, Your Honor, we'll oppose that motion, as Your Honor might anticipate.

THE COURT:  I'm assuming you will.

So, okay.  Any other questions about this process?  I've not decided whether I will issue an order in advance of Phase 2 or not, given that this is one action.  But it may give you

MS. O'NEILL:  Thank you, Your Honor.

MR. SCHMIDT:  Bye.

THE COURTROOM DEPUTY:  Court is adjourned.

(Proceedings adjourned at 3:51 p.m.)

---oOo---

## CERTIFICATE OF REPORTER

I certify that the foregoing is a correct transcript from the record of proceedings in the above-entitled matter.

DATE:  Thursday, May 28, 2026

*Ana Dub*

_____

Ana Dub, CSR No. 7445, RDR, RMR, CRR, CCRR, CRG, CCG
Official United States Reporter