# Exhibit B

| | |
|---|---|
| **From:** | Jason Slothouber <Jason.Slothouber@coag.gov> |
| **Sent:** | Monday, June 8, 2026 3:49 PM |
| **To:** | Simonsen, Ashley M; Krista Batchelder; Schmidt, Paul |
| **Cc:** | Social Media MDL State AGs Lead Counsel |
| **Subject:** | RE: MDL 3047 - Draft Joint Email to Chambers re MZ Briefing Submission |

<mark>[EXTERNAL]</mark>

Good afternoon Ashley –

We believe that an email to the Court on this issue is inappropriate and procedurally improper. Meta and the State AGs reached an agreement on the timing and taping of Mr. Zuckerberg's testimony and that agreement was not in any way contingent on the format of follow-on AG trials. At this time, we are not willing to make any modifications to that agreement. When the Court sets a procedure for Phase Two, we are happy to meet and confer on whether any modification to the existing agreement on this issue is merited, but at this time we do not see any reason to modify the existing agreement.

**Jason Slothouber**
Chief Trial Counsel
Consumer Protection, Colorado Department of Law
P: 720-508-6703 | Jason.Slothouber@coag.gov

The statements and opinions in this email do not represent the statements and opinions of the Attorney General.

---

**From:** Simonsen, Ashley M <asimonsen@cov.com>
**Sent:** Monday, June 8, 2026 1:23 PM
**To:** Krista Batchelder <Krista.Batchelder@coag.gov>; Schmidt, Paul <pschmidt@cov.com>
**Cc:** Social Media MDL State AGs Lead Counsel <SM.MDLAGLeads@coag.gov>
**Subject:** RE: MDL 3047 - Draft Joint Email to Chambers re MZ Briefing Submission

Thanks for getting back to me, Krista.  We are fine giving the AGs more time, but would in that case like to email Judge Gonzalez Rogers today, asking her to hold off on entering the Parties' Stipulation pending further discussions between the Parties.  Please let us know if you have any comments on the draft email below.

\*          \*          \*

Dear Judge Gonzalez Rogers,

Meta is reaching out to respectfully request that the Court defer entry of Meta and the State AGs' Stipulation Regarding Videotaped Trial Testimony of Mark Zuckerberg in the First MDL AG Trial (ECF 3004, attached).  The Parties remain in agreement that Mr. Zuckerberg's testimony shall take place on a single date to be mutually agreed upon by the Parties in advance (*see* paragraphs 1 and 3-5 of the attached Stipulation).  However, the Parties are currently discussing the extent to which paragraphs 2 and 5—pertaining to the videotaping of Mr. Zuckerberg's testimony—have been mooted by Court's recent proposed approach to Phase II of the MDL AG trial (and specifically the Court's comments that there would be no need for any Phase I witnesses to "redo" their testimony in Phase II).  The Parties will come back to the Court once they have resolved their positions on these paragraphs of the Stipulation.

1

Respectfully Submitted,

---

**From:** Krista Batchelder <Krista.Batchelder@coag.gov>
**Sent:** Monday, June 8, 2026 6:50 AM
**To:** Simonsen, Ashley M <asimonsen@cov.com>; Schmidt, Paul <pschmidt@cov.com>
**Cc:** Social Media MDL State AGs Lead Counsel <SM.MDLAGLeads@coag.gov>
**Subject:** RE: MDL 3047 - Draft Joint Email to Chambers re MZ Briefing Submission

<mark>[EXTERNAL]</mark>
Ashley,

We would appreciate additional time to respond, as an agreement of this nature requires coordination well beyond the four states participating in the first phase. If any clarification is needed, our preference is to address the issue at the next PTC rather than pursuing an administrative motion.

Krista

**Krista Batchelder**
Deputy Solicitor General
Colorado Department of Law
P: 720-508-6384 | Krista.Batchelder@coag.gov

The statements and opinions in this email do not represent the statements and opinions of the Attorney General.

---

**From:** Simonsen, Ashley M <asimonsen@cov.com>
**Sent:** Sunday, June 7, 2026 5:39 PM
**To:** Schmidt, Paul <pschmidt@cov.com>; Krista Batchelder <Krista.Batchelder@coag.gov>
**Cc:** Social Media MDL State AGs Lead Counsel <SM.MDLAGLeads@coag.gov>
**Subject:** RE: MDL 3047 - Draft Joint Email to Chambers re MZ Briefing Submission

Hi Krista,

Having not heard back from you last week, we'll proceed with seeking clarification on this through an administrative motion.  If for some reason we shouldn't do that, please let us know tomorrow.

Thanks,
Ashley

---

**From:** Simonsen, Ashley M
**Sent:** Thursday, June 4, 2026 8:31 PM
**To:** Schmidt, Paul <pschmidt@cov.com>; Krista Batchelder <Krista.Batchelder@coag.gov>
**Cc:** Social Media MDL State AGs Lead Counsel <SM.MDLAGLeads@coag.gov>
**Subject:** RE: MDL 3047 - Draft Joint Email to Chambers re MZ Briefing Submission

Hi Krista,

We'd appreciate hearing back from you on this.  Do you think you could get back to us on this by mid-day tomorrow?

**From:** Schmidt, Paul <pschmidt@cov.com>
**Sent:** Tuesday, June 2, 2026 7:32 PM
**To:** Krista Batchelder <Krista.Batchelder@coag.gov>
**Cc:** Social Media MDL State AGs Lead Counsel <SM.MDLAGLeads@coag.gov>; Simonsen, Ashley M <asimonsen@cov.com>
**Subject:** RE: MDL 3047 - Draft Joint Email to Chambers re MZ Briefing Submission

Thanks for looping back Krista.  We are not agreeing to make Mr. Zuckerberg available for the next AG trial, including because the only remaining trial of AG claims in the MDL (after August's trial) would be the "Phase 2" proceedings in 2027., and the "Phase 2" proceedings would be limited to putting on State-specific witnesses, with no repeat testimony from any Meta witnesses.  This is based on Judge Gonzalez Rogers's comments at last Wednesday's conference, including the language I've clipped below ("None of your witnesses need to redo it"), and her time calculations.  For this reason, we view the videotaped point as simply mooted—because there will be no need for MZ to appear again (after August) for testimony in an MDL AG trial, there is simply no need to record his testimony in August.  Let us know if it would be productive to talk further on this point, as we may otherwise seek clarification on the point through an administrative motion.

> So given that you've only filed one action and I am taking to trial, in the first instance, only four states' deceptive claims, I have decided that for the remaining 14 states that have deception or competition claims that were outlined in the complaint, I will try those in a Phase 2 where the underlying issues with respect to evidence I will take largely from the first trial.  So all of the evidence in Phase 1 will apply to Phase 2.  You don't need to redo it.  I don't need to redo it. None of your witnesses need to redo it.

**Paul Schmidt**

Covington & Burling LLP
30 Hudson Yards
New York, NY 10001-2170
T +1 212  841 1171 | pschmidt@cov.com
www.cov.com

**COVINGTON**

**From:** Krista Batchelder <Krista.Batchelder@coag.gov>
**Sent:** Tuesday, June 2, 2026 3:12 PM
**To:** Schmidt, Paul <pschmidt@cov.com>
**Cc:** Social Media MDL State AGs Lead Counsel <SM.MDLAGLeads@coag.gov>; Simonsen, Ashley M <asimonsen@cov.com>
**Subject:** RE: MDL 3047 - Draft Joint Email to Chambers re MZ Briefing Submission

[EXTERNAL]
Hi Paul - any change would require full coalition agreement so unless Meta is agreeing to make Mr. Zuckerberg available for the next AG trial should his testimony be needed, we believe the status quo should remain.

3

Krista

**Krista Batchelder**
Deputy Solicitor General
Colorado Department of Law
P: 720-508-6384 | Krista.Batchelder@coag.gov

The statements and opinions in this email do not represent the statements and opinions of the Attorney General.

---

**From:** Schmidt, Paul <pschmidt@cov.com>
**Sent:** Monday, June 1, 2026 7:39 PM
**To:** Krista Batchelder <Krista.Batchelder@coag.gov>
**Cc:** Social Media MDL State AGs Lead Counsel <SM.MDLAGLeads@coag.gov>; Simonsen, Ashley M <asimonsen@cov.com>
**Subject:** RE: MDL 3047 - Draft Joint Email to Chambers re MZ Briefing Submission

Hi Krista, to be sure I understand, we only think that paragraphs 2 and 6 are mooted by the Court's phasing ruling. Are you contesting that point? If so, may I ask what basis there would be for videotaping his testimony when it cannot be used again at a trial in these cases by the AGs?

**Paul Schmidt**

Covington & Burling LLP
30 Hudson Yards
New York, NY 10001-2170
T +1 212  841 1171 | pschmidt@cov.com
www.cov.com

**COVINGTON**

---

**From:** Krista Batchelder <Krista.Batchelder@coag.gov>
**Sent:** Monday, June 1, 2026 4:44 PM
**To:** Schmidt, Paul <pschmidt@cov.com>
**Cc:** Social Media MDL State AGs Lead Counsel <SM.MDLAGLeads@coag.gov>
**Subject:** RE: MDL 3047 - Draft Joint Email to Chambers re MZ Briefing Submission

[EXTERNAL]
Thank you for the confirmation regarding Mr. Mosseri; as for Mr. Zuckerberg we don't see any reason to amend our prior agreement.

Krista

**Krista Batchelder**
Deputy Solicitor General
Colorado Department of Law
P: 720-508-6384 | Krista.Batchelder@coag.gov

The statements and opinions in this email do not represent the statements and opinions of the Attorney General.

4

**From:** Schmidt, Paul <pschmidt@cov.com>
**Sent:** Friday, May 29, 2026 8:37 PM
**To:** Krista Batchelder <Krista.Batchelder@coag.gov>
**Cc:** Social Media MDL State AGs Lead Counsel <SM.MDLAGLeads@coag.gov>
**Subject:** RE: MDL 3047 - Draft Joint Email to Chambers re MZ Briefing Submission

Hi Krista, thanks for looping back.  We agree with you that the Court's trial plans make videotaping Mr. Mosseri unnecessary.  We think the same is true as to Mr. Zuckerberg and intend to let the Court know that.  Let me know if you agree.


**Paul Schmidt**

Covington & Burling LLP
30 Hudson Yards
New York, NY 10001-2170
T +1 212  841 1171 | pschmidt@cov.com
www.cov.com

**COVINGTON**

---

**From:** Krista Batchelder <Krista.Batchelder@coag.gov>
**Sent:** Friday, May 29, 2026 7:24 PM
**To:** Schmidt, Paul <pschmidt@cov.com>
**Cc:** Social Media MDL State AGs Lead Counsel <SM.MDLAGLeads@coag.gov>
**Subject:** RE: MDL 3047 - Draft Joint Email to Chambers re MZ Briefing Submission

[EXTERNAL]
Hi Paul,

Following up on our brief conversation on Wednesday, we are happy to work with Meta to identify a time for Mr. Mosseri's testimony that aligns with both our trial schedule and his availability. However, we do not believe any additional agreements are necessary in light of the Court's plan for the upcoming AG trial.

Have a great weekend,

Krista

**Krista Batchelder**
Deputy Solicitor General
Colorado Department of Law
P: 720-508-6384 | Krista.Batchelder@coag.gov

The statements and opinions in this email do not represent the statements and opinions of the Attorney General.

---

**From:** Schmidt, Paul <pschmidt@cov.com>
**Sent:** Tuesday, May 26, 2026 5:28 PM
**To:** Krista Batchelder <Krista.Batchelder@coag.gov>
**Subject:** RE: MDL 3047 - Draft Joint Email to Chambers re MZ Briefing Submission

Hi Krista, I'd like to get your views on whether we could reach a similar agreement for Adam Mosseri.  Can I grab a few minutes with you tomorrow around the hearing, even if it's only to start the conversation?

5

**Paul Schmidt**

Covington & Burling LLP
30 Hudson Yards
New York, NY 10001-2170
T +1 212  841 1171 | pschmidt@cov.com
www.cov.com

**COVINGTON**

---

**From:** Krista Batchelder <Krista.Batchelder@coag.gov>
**Sent:** Tuesday, April 28, 2026 12:31 PM
**To:** Schmidt, Paul <pschmidt@cov.com>
**Subject:** RE: MDL 3047 - Draft Joint Email to Chambers re MZ Briefing Submission

[EXTERNAL]
Hi Paul,

We're waiting to hear back from one member. If you'd like to send a proposed draft stipulation for our review, that may help us move more quickly once we receive confirmation. If you prefer to wait, that's fine as well.

Krista

**Krista Batchelder**
Deputy Solicitor General
Colorado Department of Law
P: 720-508-6384 | Krista.Batchelder@coag.gov

The statements and opinions in this email do not represent the statements and opinions of the Attorney General.

---

**From:** Schmidt, Paul <pschmidt@cov.com>
**Sent:** Tuesday, April 28, 2026 1:17 PM
**To:** Krista Batchelder <Krista.Batchelder@coag.gov>
**Subject:** RE: MDL 3047 - Draft Joint Email to Chambers re MZ Briefing Submission

Hi Krista, wanted to see where things stand on your end.

**Paul Schmidt**

Covington & Burling LLP
30 Hudson Yards
New York, NY 10001-2170
T +1 212  841 1171 | pschmidt@cov.com
www.cov.com

**COVINGTON**

---

**From:** Krista Batchelder <Krista.Batchelder@coag.gov>
**Sent:** Friday, April 24, 2026 6:19 PM
**To:** Schmidt, Paul <pschmidt@cov.com>
**Subject:** RE: MDL 3047 - Draft Joint Email to Chambers re MZ Briefing Submission

6

[EXTERNAL]
Hi Paul

We are still waiting on final sign-off from a few states, so we'll need to move forward with the briefing today. We'll update you as soon as we receive confirmation, one way or the other.

**Krista Batchelder**
Deputy Solicitor General
Colorado Department of Law
P: 720-508-6384 | Krista.Batchelder@coag.gov

The statements and opinions in this email do not represent the statements and opinions of the Attorney General.

---

**From:** Schmidt, Paul <pschmidt@cov.com>
**Sent:** Friday, April 24, 2026 9:25 AM
**To:** Krista Batchelder <Krista.Batchelder@coag.gov>
**Subject:** RE: MDL 3047 - Draft Joint Email to Chambers re MZ Briefing Submission

Hi just wanted to check on where you stand per our discussion.

**Paul Schmidt**

Covington & Burling LLP
30 Hudson Yards
New York, NY 10001-2170
T +1 212  841 1171 | pschmidt@cov.com
www.cov.com

**COVINGTON**

---

**From:** Krista Batchelder <Krista.Batchelder@coag.gov>
**Sent:** Wednesday, April 22, 2026 4:12 PM
**To:** Simonsen, Ashley M <asimonsen@cov.com>; Warren, Previn <pwarren@motleyrice.com>; Megan O'Neill <Megan.Oneill@doj.ca.gov>; Michael A. Innes <MInnes@carellabyrne.com>
**Cc:** Schmidt, Paul <pschmidt@cov.com>
**Subject:** RE: MDL 3047 - Draft Joint Email to Chambers re MZ Briefing Submission

[EXTERNAL]
Ashley,

Unless Meta has an update from our Wednesday discussion, the AGs plan to join the PISD briefing to address Meta's intent to use the videotaped Zuckerberg testimony from the Breathitt trial in the upcoming AG trial.  If Meta is willing to withdraw any argument regarding a request to use the Breathitt testimony of Zuckerberg at the first AG trial from this briefing, we will continue to work with you consistent with what we discussed yesterday. Please let us know by 5 PT so we can either continue working with you directly to reach resolution or begin drafting our insert. Given the overlap with PISD and the narrow issue for the AGs, the "additional limited pages" can be confined to one page.

Krista

**Krista Batchelder**

7

Deputy Solicitor General
Colorado Department of Law
P: 720-508-6384 | Krista.Batchelder@coag.gov

The statements and opinions in this email do not represent the statements and opinions of the Attorney General.

---

**From:** Simonsen, Ashley M <asimonsen@cov.com>
**Sent:** Wednesday, April 22, 2026 10:38 AM
**To:** Warren, Previn <pwarren@motleyrice.com>; Megan O'Neill <Megan.Oneill@doj.ca.gov>; Krista Batchelder <Krista.Batchelder@coag.gov>; Michael A. Innes <MInnes@carellabyrne.com>
**Cc:** Schmidt, Paul <pschmidt@cov.com>
**Subject:** RE: MDL 3047 - Draft Joint Email to Chambers re MZ Briefing Submission

Thanks, I will send.

---

**From:** Warren, Previn <pwarren@motleyrice.com>
**Sent:** Wednesday, April 22, 2026 7:23 AM
**To:** Simonsen, Ashley M <asimonsen@cov.com>; 'Megan.Oneill@doj.ca.gov' <megan.oneill@doj.ca.gov>; Krista Batchelder <krista.batchelder@coag.gov>; Michael A. Innes <MInnes@carellabyrne.com>
**Cc:** Schmidt, Paul <pschmidt@cov.com>
**Subject:** RE: MDL 3047 - Draft Joint Email to Chambers re MZ Briefing Submission

[EXTERNAL]

Ashley, this email is fine with us



**Previn Warren**  (he / him)
Attorney at Law

401 9th St. NW, Suite 630, Washington, DC 20004
**o.** 202.386.9610 **c.** 202.578.6281
pwarren@motleyrice.com

---

**From:** Simonsen, Ashley M <asimonsen@cov.com>
**Sent:** Tuesday, April 21, 2026 7:05 PM
**To:** Warren, Previn <pwarren@motleyrice.com>; 'Megan.Oneill@doj.ca.gov' <megan.oneill@doj.ca.gov>; Krista Batchelder <krista.batchelder@coag.gov>
**Cc:** Schmidt, Paul <pschmidt@cov.com>
**Subject:** MDL 3047 - Draft Joint Email to Chambers re MZ Briefing Submission

CAUTION:EXTERNAL

Previn, Megan, and Krista,

We propose sending an email to chambers, letting Judge Gonzalez Rogers know about the Parties' agreed approach to briefing the MZ dispute.  A draft is below—please let us know if you consent to us sending.

> Dear Judge Gonzalez Rogers,

At the last CMC, the parties discussed the possibility of videotaping Mark Zuckerberg's trial testimony for use in future trials.  Meta and the SD/PI plaintiffs have not reached agreement on this issue, and so have instead agreed to submit simultaneous 5-page (double-spaced) letter briefs on this question this Friday.  Meta is separately conferring on this issue with the AGs and, if Meta and the AGs cannot separately reach agreement on this issue, they will instead agree on additional limited pages for submission Friday to address the AG portion of this dispute.  Please let us know if the Court has any concerns with the Parties' proposal to brief this dispute in this manner.

**Ashley Simonsen**

Covington & Burling LLP
1999 Avenue of the Stars
Los Angeles, CA 90067-4643
T +1 424 332 4782 | asimonsen@cov.com
www.cov.com

**COVINGTON**

Confidential & Privileged

Unless otherwise indicated or obvious from its nature, the information contained in this communication is attorney-client privileged and confidential information/work product. This communication is intended for the use of the individual or entity named above. If the reader of this communication is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error or are not sure whether it is privileged, please immediately notify us by return e-mail and destroy any copies--electronic, paper or otherwise--which you may have of this communication.

⚠ **EXTERNAL EMAIL:** This email originated outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

⚠ **EXTERNAL EMAIL:** This email originated outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

⚠ **EXTERNAL EMAIL:** This email originated outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

⚠ **EXTERNAL EMAIL:** This email originated outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

⚠ **EXTERNAL EMAIL:** This email originated outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

⚠ **EXTERNAL EMAIL:** This email originated outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

⚠ **EXTERNAL EMAIL:** This email originated outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

⚠ **EXTERNAL EMAIL:** This email originated outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.