UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates To:<br><br>*People of the State of California, et al. v. Meta Platforms, Inc. et al.* | MDL No. 3047<br><br>Case Nos.: 4:22-md-03047-YGR<br>4:23-cv-05448-YGR<br><br>**[PROPOSED] ORDER GRANTING META'S ADMINISTRATIVE MOTION RE PARTIAL MOOTING OF STIPULATION REGARDING VIDEOTAPED TRIAL TESTIMONY OF MARK ZUCKERBERG IN THE FIRST MDL AG TRIAL (ECF 3004)**<br><br>Judge: Hon. Yvonne Gonzalez Rogers<br>Magistrate Judge: Hon. Peter H. Kang |

Meta has filed an administrative motion seeking an order entering the parties' Stipulation Regarding Videotaped Trial Testimony of Mark Zuckerberg in the First MDL AG Trial (ECF 3004) (the "Stipulation"), but to strike as moot paragraphs 2 and 6 of the Stipulation.

Having considered Meta's motion, and all papers submitted in support of and in opposition, the Court hereby **GRANTS** Meta's motion.  Given the Court's plans for Phase II of the trial of the State AGs' claims, there is no reason to videotape the Phase I trial testimony of Mark Zuckerberg.

It is hereby **ORDERED** that the Stipulation is granted, except that paragraphs 2 and 6 are stricken as moot.

**IT IS SO ORDERED.**

Dated: _____

_____
Honorable Yvonne Gonzalez Rogers
United States District Court Judge