[*Submitting Counsel on Signature Page*]

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION | MDL No. 3047 |
| | Case No. 4:22-md-03047-YGR |
| THIS DOCUMENT RELATES TO: | **DECLARATION OF ZACHARY RICHARDS IN SUPPORT OF STATE AGS' MOTION IN LIMINE NO. 1 SEEKING TO EXCLUDE CERTAIN TESTIMONY OF STATE WITNESSES** |
| 4:23-cv-05448 | |
| | Judge: Hon. Yvonne Gonzalez Rogers |
| | Magistrate Judge: Hon. Peter H. Kang |

I, Zachary Richards, of full age and duly sworn according to law, declare:

I am a Senior Antitrust Counsel in the Office of Consumer Protection of the Kentucky Office of the Attorney General. I am a member in good standing in the Kentucky Bar Association. I am admitted pro hac vice in this Court. I submit this Declaration in support of the Motion in Limine No. 1 Seeking to Exclude Certain Testimony of State Witnesses. I have personal knowledge of the facts stated in this Declaration, and if called upon to do so, could and would competently testify thereto.

The following paragraphs in this declaration identify the exhibits referenced and cited in the Motion in Limine No. 1 Seeking to Exclude Evidence of Meta's Platform and Policy Changes Made After the Relevant Time Period.

1.     Attached hereto as **Exhibit A** is a true and accurate copy of excerpts of the 30(b)(6)

1

deposition of Amos Hartson, Deputy Attorney General, California Department of Justice.

2. Attached hereto as **Exhibit B** is a true and accurate copy of excerpts of the 30(b)(6) deposition of Nathan Blake, Colorado Deputy Attorney General for Consumer Protection.

3. Attached hereto as **Exhibit C** is a true and accurate copy of excerpts of the 30(b)(6) deposition of Christopher Teong-Nyong Han, Deputy Attorney General with the Hawaii Department of the Attorney General.

4. Attached hereto as **Exhibit D** is a true and accurate copy of excerpts of the 30(b)(6) deposition of Daniel Estes, Director of Consumer Protection for the Office of the Idaho Attorney General.

5. Attached hereto as **Exhibit E** is a true and accurate copy of excerpts of the 30(b)(6) deposition of Jay Rodriguez, Assistant Attorney General in the Special Litigation Division of the Kansas Office of the Attorney General.

6. Attached hereto as **Exhibit F** is a true and accurate copy of excerpts of the 30(b)(6) deposition of Zachary Richards, Assistant Attorney General at the Office of the Attorney General of Kentucky.

7. Attached hereto as **Exhibit G** is a true and accurate copy of excerpts of the 30(b)(6) deposition of Kate Bryan, the Executive Director of the Maryland Center for School Safety.

8. Attached hereto as **Exhibit H** is a true and accurate copy of excerpts of the 30(b)(6) deposition of Jennifer Huxoll, Civil Litigation Bureau Chief of the Nebraska Attorney General's Office.

9. Attached hereto as **Exhibit I** is a true and accurate copy of excerpts of the 30(b)(6) deposition of Andrea Doty, Paralegal in the Consumer Protection Section of the Ohio Attorney General's Office.

10. Attached hereto as **Exhibit J** is a true and accurate copy of excerpts of the 30(b)(6) deposition of Joseph Ferretti, Senior Assistant Attorney General with the Oregon Department of Justice.

11. Attached hereto as **Exhibit K** is a true and accurate copy of excerpts of the 30(b)(6) deposition of Mark Wolfe, Deputy Attorney General in the Pennsylvania Office of the Attorney General.

12. Attached hereto as **Exhibit L** is a true and accurate copy of excerpts of the 30(b)(6) deposition of Stephen Provazza, former Chief of the Rhode Island Consumer and Economic Justice Unit

at the Rhode Island Office of the Attorney General.

13.    Attached hereto as **Exhibit M** is a true and accurate copy of excerpts of the 30(b)(6) deposition of Andrew Cole, Assistant Attorney General in the Office of the South Carolina Attorney General.

14.    Attached hereto as **Exhibit N** is a true and accurate copy of excerpts of the deposition of Kendra Dunn, Director of the Division of Community and Family Support at the Colorado Department of Early Childhood.

15.    Attached hereto as **Exhibit O** is a true and accurate copy of excerpts of the deposition of Ana Bolanos, Former Deputy Assistant Director of the California Department of Public Health.

16.    Attached hereto as **Exhibit P** is a true and accurate copy of excerpts of the State Attorneys General's Response to Defendant Meta's Second Set of Interrogatories.

17.    Attached hereto as **Exhibit Q** is a true and accurate copy of excerpts of the State Attorneys General's Second Supplemental Response to Defendant Meta's Second Set of Interrogatories.

18.    Attached hereto as **Exhibit R** is a true and accurate copy of excerpts of the State Attorneys General's Third Supplemental Response to Defendant Meta's First Set of Interrogatories.

19.    Attached hereto as **Exhibit S** is a true and accurate copy of excerpts of the State Attorneys General's Fourth Supplemental Response to Defendant Meta's First Set of Interrogatories.

20.    Attached hereto as **Exhibit T** is a true and accurate copy of excerpts of the State Attorneys General's Response to Defendant Meta's First Set of Interrogatories.

21.    Attached hereto as **Exhibit U** is a true and accurate copy of an excerpt of Meta's Fed. R. Civ.P.45 Deposition Subpoena to Washington State Director of the Board of Education, Randall Spaulding.

22.    Attached hereto as **Exhibit V** is a true and accurate copy of excerpts of the Reporter's Transcript of Proceedings before the Honorable Magistrate Judge Kang on March 20, 2025.

23.    Attached hereto as **Exhibit W** is a true and accurate copy of excerpts of the deposition of Randall Spaulding, Executive Director of the Washington State Board of Education.

24.    Attached hereto as **Exhibit X** is a true and accurate copy of excerpts of the deposition of

3

Minna Castillo, Deputy Executive Director of the Colorado Department of Human Services.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on June 9, 2026 in Scottsville, Kentucky.

*/s/ Zachary Richards*
Zachary Richards

Attorney for Kentucky Office of the Attorney General

4