# Exhibit C

Page 1

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

IN RE:  SOCIAL MEDIA            )  MDL No.
ADOLESCENT                      )  4:22-md-03047-YGR
ADDICTION/PERSONAL INJURY       )
PRODUCTS LIABILITY              )
LITIGATION                      )
_____ )
                                )
THIS DOCUMENT RELATES TO:       )
PEOPLE OF THE STATE OF          )
CALIFORNIA, ET AL.              )
V. META PLATFORMS, INC. ET      )
AL.,                            )
                                )
  CASE NO.:  4:23-cv-05448      )
_____ )
                                )

VIDEOTAPED DEPOSITION OF

CHRISTOPHER TEONG-NYONG HAN

Taken on behalf of the Defendant at the offices of Starn O'Toole Marcus & Fisher, Pacific Guardian Center, Makai Tower, 733 Bishop Street, Suite 1900, Honolulu, Hawaii, commencing at 9:00 a.m. on Tuesday, July 15, 2025, pursuant to Notice.


Reported by:
KATE McALPINE, RPR, CSR NO. 537
Certified Shorthand Reporter


Job No. MDLG7478163

BY MR. EPPICH:

Q. Does the State of Hawaii know if there are any children under age 13 in Hawaii with Facebook or Instagram accounts?

MR. CHIN: Same objection.

A. Are you asking in reference to individuals? I think the State has reason to suspect there are users under the age of 13 on Facebook and Instagram.

BY MR. EPPICH:

Q. Sitting here today, can the State of Hawaii identify any specific children under the age of 13 in Hawaii with Facebook or Instagram accounts?

MR. CHIN: Objection to form. Work product as well.

A. Sitting here today, I don't think so, and that question may be more appropriate for individual agencies such as the Department of Education.

BY MR. EPPICH:

Q. If a child under age 13 is on Instagram or Facebook, then they lied about their age when they signed up for their account, correct?

MR. CHIN: Objection to form. Calls for speculation.

A. Correct.

BY MR. EPPICH: