# Exhibit D

Page 1

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

- - - - - - - - - - - - - - - -x Case No.

                    : 4:22-md-03047-YGR

IN RE: Social Media        :

Adolescent Addiction/Personal:

Injury Products Liability   :

Litigation,             :

                        :

                        :

                        :

- - - - - - - - - - - - - - - -x

VIDEOTAPED DEPOSITION OF STATE OF IDAHO 30(b)(6) - DAN ESTES

August 27, 2025

Reported by
Brooke R. Bohr
IDAHO CSR No. 753
Federal Certified Realtime Reporter
NCRA Registered Professional Reporter

Job No. MDLG7488642

Page 47

Q.   And today, speaking on behalf of the State of Idaho, is the State of Idaho aware of any specific instance of actual use of Facebook or Instagram by an Idaho State resident under the age of 13?

A.   I don't know.

Q.   Speaking on behalf of the State of Idaho, is the State of Idaho aware of any instance where Meta had actual knowledge it was collecting personal information from a child under the age of 13 located in Idaho in a manner that violated COPPA?

A.   I don't know.

Q.   All right.  Let's run through some of those social media policies I think you said you reviewed.

I'll hand you what I've marked as Exhibit 7.

(Exhibit 7 marked.)

Q.   BY MR. SEARS:  Is that a copy of Idaho Commerce Department's social media policy.

A.   Yes.

Q.   Is this one of the policies that you reviewed in preparing for today?

A.   Yes.