# Exhibit E

Page 1

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA


IN RE:  SOCIAL MEDIA ADOLESCENT     )

ADDICTION/PERSONAL INJURY           ) Case No.

PRODUCTS LIABILITY LITIGATION       ) 4:22-MD-03047-YGR

_____) MDL No. 3047

THIS DOCUMENT RELATES TO:           )

                                    )

PEOPLE OF THE STATE OF              )

CALIFORNIA, ET AL. V. META          )

PLATFORMS, INC. ET AL.,             )

                                    )

CASE NO.:  4:23-cv-05448            )




        VIDEOTAPED DEPOSITION OF JAY RODRIGUEZ AS

                30(b)(6) WITNESS FOR

                THE STATE OF KANSAS




                State of Kansas

            Office of the Attorney General

            120 SW 10th Avenue, 2nd Floor

                Topeka, Kansas  66612




          Thursday, August 28, 2025, 8:57 a.m.

Page 284

users within the state that are under 13 that are on
Facebook and Instagram?

        MR. RAMER:  Objection and instruct the
        witness not to answer, to the extent the
        question is about identification of users in
        an investigation, based on attorney-client
        privilege, attorney work product, deliberative
        process privilege.  To the extent the witness
        can answer without divulging that information,
        the witness can answer.

        THE WITNESS:  I'm not sure how to answer
        that question under those constraints.

BY MS. KENYON:

    Q.   Are there specific users in the state of
Kansas that the State has identified that are under
13 that are on Facebook and Instagram?

        MR. RAMER:  Objection to the scope.  You
        can answer.

        THE WITNESS:  I'm not aware that the
        State has the names of any individuals who --
        who fit that description.

BY MS. KENYON:

    Q.   Kansas is aware that Facebook and
Instagram prohibit use by children under 13; right?

    A.   I think Kansas is aware that Facebook

and Instagram have policies that purport to verify the age of users.

Q. Kansas is aware that Facebook and Instagram remove users who are identified to be under the age of 13; right?

A. I believe the complaint contains allegations that Facebook and Instagram do not always remove users who are under the age of 13.

Q. Does Kansas have any evidentiary support that Meta is aware of specific users of Facebook or Instagram within the state who are under 13?

MR. RAMER: Objection to the scope.

THE WITNESS: I don't -- I don't think so. I'm -- I'm not aware of any.

BY MS. KENYON:

Q. Has Kansas evaluated whether Instagram or Facebook directs their users to report anyone under 13 who's using either Instagram or Facebook?

MR. RAMER: I'm sorry. Can you restate again?

BY MS. KENYON:

Q. Sure. Has Kansas evaluated whether Instagram or Facebook directs their users to report anyone under 13 who is using those platforms?

THE WITNESS: You're not waiting on me,