# Exhibit G

Page 1

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA


- - - - - - - - - - - - - - - - - - x

IN RE:  SOCIAL MEDIA ADOLESCENT    : Case No.

ADDICTION/PERSONAL INJURY

PRODUCTS LIABILITY LITIGATION      : 4:22:MD-03047-YGR

---------------------------------------

THIS DOCUMENT RELATES TO:          : (PHK)

People of the State of California,:

et al. v. Meta Platforms, Inc.,

et al., Case No.:  4:23-CV-05448  : MDL No. 3047

- - - - - - - - - - - - - - - - - - x


                                    Baltimore, MD


                          Monday, August 18, 2025


Videotaped deposition of:


                    KATE BRYAN

called for oral examination by counsel for the

Defendants, pursuant to notice, before Sherry L.

Brooks, Certified LiveNote Reporter, of Golkow

Litigation Services, a Notary Public in and for the

State of Maryland, beginning at 1:53 p.m., when were

present on behalf of respective parties:

Job No. MDLG7526537-3

Page 19

today as it relates to these topics and the Maryland Center for School Safety; is that correct?

A.    Yes.

Q.    But you're not prepared to provide testimony as to all Maryland state agencies --

A.    Correct.

Q.    -- and/or the governor's office --

A.    Correct.

Q.    -- or the AG's office?

A.    Correct.

Q.    So when I ask you a question, I will often ask about the state because that's how the notice reads.  But is it fair to understand that your answer will be limited to the Maryland Center for School Safety unless you specify otherwise?

A.    Yes.

Q.    Looking at the notice there and looking at topic 3, do you see that topic 3 says:  "During the relevant period, programs, initiatives, efforts, or actions considered, proposed, taken by, or involving the state to address the use of Instagram and/or Facebook by individuals under the age of 13,

Page 48

BY MR. SHANKLAND:

Q.   I'm going to show you what is marked as -- it's Tab 59 and it will be Exhibit 27.

(Exhibit Number 27 was marked for identification and was attached to the deposition.)

BY MR. SHANKLAND:

Q.   Do you recognize this document as the 2023 Annual Report for the Maryland Center for School Safety?

A.   Yes.

Q.   Let's go to page 32.  Do you see at the top of page 32 it says Engagement Through Social Media?

A.   Yes.

Q.   And it says:  "MCSS uses social media as one of several methods to bring awareness to school safety topics and resources.  Social media posts by MCSS are intended to increase public knowledge and promote an MCSS event or activity, for example, the school safety conference or (sic) when hiring (sic)."

Is it true that the Maryland Center for School Safety uses social media to disseminate

Page 49

information and resources about school safety --

A. Yes.

Q. -- and that the Maryland Center for School Safety uses social media to promote events --

A. Yes.

Q. -- and that the Maryland Center for School Safety social media is targeted to reach people across audiences?

MS. STERN: Objection. Form.

A. Yes.

BY MR. SHANKLAND:

Q. And the general public?

A. Yes.

MR. SHANKLAND: You can take that down. Pull up Tab 27, which we'll mark as Exhibit 28.

(Exhibit Number 28 was marked for identification and was attached to the deposition.)

BY MR. SHANKLAND:

Q. Do you recognize this as a Facebook post from the Maryland Center for School Safety dated March 18th, 2020?

A. Yes.

Q.    Did you review this document as part of your preparation?

A.    I believe so.

Q.    Does this post encourage the general public to follow on Facebook several Maryland officials and agencies?

A.    Yes.

Q.    And does that include at the time Governor Larry Hogan --

A.    Yes.

Q.    -- and the Department of Education --

A.    Yes.

Q.    -- and the Department of Commerce?

A.    Yes.

Q.    In making this post was the Maryland Center for School Safety encouraging the use of Facebook and Instagram?

MS. STERN:  Objection.  Form.

A.    Yes, if -- so I don't know where those links go.  So if those links go to social media, then my answer would be yes, if they go to their websites.

MR. SHANKLAND:  You can take that down.

Page 51

Pull up Tab 23.  Mark this as Exhibit 29.

(Exhibit Number 29 was marked for identification and was attached to the deposition.)

BY MR. SHANKLAND:

Q.    Do you recognize this as a Facebook post from the Maryland Center for School Safety dated September 17th, 2019?

A.    Yes.

Q.    Is this a document you reviewed in preparation for your testimony today?

A.    Yes.

Q.    The post recommends some interactive online games for adults to use with children to learn to prepare for disasters; is that correct?

A.    Yes.

Q.    The post encourages the general public to click on a hyperlink?

MS. STERN:  Objection.  Form.

A.    Yes.

BY MR. SHANKLAND:

Q.    And it -- the post includes images which appear to be children as cartoons; is that correct?

Page 52

MS. STERN: Objection. Form.

A. Yes.

BY MR. SHANKLAND:

Q. In using such imagery and content, does the state mean to encourage the use of social media by people under 13 with this post?

MS. STERN: Objection. Form and scope.

A. No.

BY MR. SHANKLAND:

Q. And so is this post not directed to people under 13?

MS. STERN: Objection. Scope.

A. It is not.

BY MR. SHANKLAND:

Q. You fixed my question there, so I appreciate that. I asked a question that could have been a double negative depending on how you answered it, and you fixed it.

Let's move on to topic Number 4 within Exhibit 1, which is in front of you. Do you see that topic Number 4 says: "The state's collaboration with any third party concerning any actual or identified

BY MR. SHANKLAND:

Q.    Is the state aware of any specific instance of a Maryland resident under the age of 13 logging into Facebook or Instagram to view the state's Facebook or Instagram communications?

MS. STERN:  Objection.  Scope.

A.    No.

BY MR. SHANKLAND:

Q.    Has the state ever reported to Meta a specific user under 13 in Maryland that used Facebook or Instagram?

MS. STERN:  Objection.  Scope.

A.    No.

BY MR. SHANKLAND:

Q.    Is the state aware of any instance when Meta knowingly collected the personal information of a child under the age of 13 in Maryland?

MS. STERN:  Objection.  Scope.

A.    No.

BY MR. SHANKLAND:

Q.    Is the state aware of any instance when Meta knowingly used the personal information of a

Page 61

know the specifics of the law.

Q.    And what do you know today, as you sit here?

MS. STERN:  Objection.  Form and scope.

A.    Not a whole lot.

BY MR. SHANKLAND:

Q.    Has the Maryland Center for School Safety ever conducted a COPPA compliance audit of its own website or services?

MS. STERN:  Objection.  Scope.

A.    No.

BY MR. SHANKLAND:

Q.    Let's go to topic Number 7.  Do you see that topic Number 7 says:  "Policies and procedures for document or data retention, preservation, destruction, or" disposable -- "disposal applicable to the state during the relevant period, including without limitation all such policies or procedures undertaken or implemented in connection with this litigation"?

Do you see that topic?

A.    Yes.