# Exhibit H

Page 1

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN RE: SOCIAL MEDIA            )  Case No.
ADOLESCENT                     )  4:22:MD-03047-YGR
ADDICTION/PERSONAL INJURY      )
PRODUCTS LIABILITY             )  MDL No. 3047
LITIGATION                     )
_____ )
                               )
People of the State of         )
California, et al., v.         )
Meta Platforms, Inc., et       )
al.                            )
                               )
Case No. 4:23-cv-05448         )

        VIDEOTAPED RULE 30(b)(6) DEPOSITION OF
   THE STATE OF NEBRASKA, THROUGH IS DESIGNATED
   REPRESENTATIVE, JENNIFER HUXOLL, produced,
   sworn and examined on August 27, 2025, taken
   at the Attorney General's Office, 1221 N.
   Street, Lincoln, Nebraska, before Stacy L.
   Decker, a Certified Court Reporter, Certified
   Shorthand Reporter, taken on behalf of the
   Defendants.

   Job No. MDLG7489706

Page 353

of 13, including, without limitation, a potential version of Instagram for children under the age of 13?

A.   I see the question.

Q.   During the relevant period.  I missed that part.

A.   Yes.

Q.   How many users under 13 in Maryland use Facebook or Instagram?

MR. SWANSON:  Objection to form.

A.   In Maryland?

Q.   (By Mr. Shankland)  Oh, sorry.  If you know that answer, I'll take it, too.

A.   Man, that's mean.

Q.   How many specific -- or how many users under 13 in Nebraska use Facebook or Instagram?

A.   The State's consideration, analysis, or views -- I'm not sure that's information that the State has.

Q.   Do you know if any state -- does any state agency, entity, or actor know how many users under 13 in Nebraska use Facebook or Instagram?

MR. SWANSON:  Objection, scope.

Page 354

A.    I don't know.

Q.    (By Mr. Shankland)  Is the State aware of any instance where a user under 13 in Nebraska used Facebook or Instagram?

A.    The State is not aware.

Q.    Is the State aware of any specific instance in Maryland --

Is the State aware of any specific instance in Nebraska where a Nebraska resident under the age of 13 logged into Facebook or Instagram to view the State's Facebook or Instagram communications?

A.    The State is not aware.

Q.    And in the last two questions, saying the State is not aware either of an instance where a user under 13 in Maryland used Facebook or Instagram or the secondhand used Facebook or Instagram to view the State's Facebook or Instagram communication, do other states -- state entities or actors have that information?

MR. SWANSON:  Objection to the scope. Objection on the basis of investigatory privilege.

You can answer as to nonprivileged

Page 355

matters.

A.    As to other state agencies, I don't -- I don't have any -- I don't have any information that's responsive.

Q.    (By Mr. Shankland)  And you're not withholding any privileged information; you just don't have any that's responsive to that question?

A.    That's correct.

Q.    Which means you're not aware of any instance where an under 13 -- you're not aware of any instance that a state entity or actor knows about where a user under the age of 13 in Nebraska used Facebook or Instagram?

MR. SWANSON:  Objection, form and scope.

A.    I don't have any information, privileged or nonprivileged, that would be responsive to that question.

Q.    (By Mr. Shankland)  Okay.  And I just said you're not aware.  So the answer would be you're not aware?

A.    Correct.

Q.    Has the State ever reported to Meta that a specific user under 13 in Nebraska

was using Facebook or Instagram?

A.    One more time.

Q.    Has the State ever reported to Meta that a specific user under 13 in Nebraska was using Facebook or Instagram?

A.    The State has not to my knowledge.

Q.    Has any state entity or actor reported to Meta that a specific user under 13 in Nebraska was using Facebook or Instagram?

A.    Not to my knowledge.

Q.    Is the State aware of any instance when Meta knowingly collected the personal information of a child under the age of 13 in Nebraska?

MR. SWANSON:  Objection, scope.

A.    The State is not aware.

Q.    (By Mr. Shankland)  Is any state entity or actor aware of any instance when Meta knowingly collected the personal information of a child under the age of 13 in Nebraska?

MR. SWANSON:  Objection on the basis of the investigatory privilege and scope.

You can answer to any nonprivileged matter.