# Exhibit I

Page 1

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

IN RE:  SOCIAL MEDIA              |Case No.
ADOLESCENT ADDICTION/PERSONAL     |4:22:MD-03047-YGR (PHK)
INJURY PRODUCTS LIABILITY         |
LITIGATION                        |MDL No. 3047
_____   |
                                  |
This Document Relates to:         |
                                  |
People of the State of            |
California, et al., v. Meta       |
Platforms, Inc., et al.,          |
                                  |
Case No. 4:23-cv-05448            |
_____   |

          Videotaped Deposition of ANDREA DOTY, a
witness herein, held at the offices of Dave Yost, Ohio
Attorney General, 30 East Broad Street, 16th Floor,
Columbus, Ohio, beginning at 9:12 a.m. Eastern
Daylight Savings Time, on Wednesday, August 13, 2025,
before Susan M. Gee, Registered Merit Reporter,
Certified Realtime Reporter and Notary Public in and
for the State of Ohio.

     Job No. MDLG7474688                        - - -

Page 38

BY MR. SEARS:

Q. Does the State of Ohio or any of its agencies or any other entities have any policies prohibiting targeting individuals under the age of 13 on Facebook or Instagram?

MR. WALSH: Objection. Scope.

A. I have not seen any policy for an agency that would prohibit that.

BY MR. SEARS:

Q. Do any of the policies that you've reviewed for the State of Ohio or its various agencies regarding social media use have any prohibitions on the use of social media?

MR. WALSH: Objection. Scope.

A. Yes. Many of the policies that I did look at, you know, specify who in the agency is allowed to post, you know, what kinds of statements they're able to make and how they deal with comments on the platform.

BY MR. SEARS:

Q. We can run through some of the policies in a minute, but broadly speaking, can you give me more details about that?

A. Generally, an agency will have, like, a communications division, which will handle

Page 39

responsibility for making any social media posts, and nobody else within the agency has the ability to post on their social media.

Q. Are you aware of any Facebook or Instagram page that the State of Ohio or any of its agencies have that include a warning label?

MR. WALSH: Objection. Scope.

A. I'm not aware of any.

BY MR. SEARS:

Q. Do any of the State of Ohio's policies or procedures or any of the State of Ohio's agencies' policies or procedures regarding social media use have any guidelines concerning COPPA?

MR. WALSH: Objection. Scope.

A. I do not know.

BY MR. SEARS:

Q. Would you agree that the State of Ohio would violate COPPA by posting materials to individuals under the age of 13 on social media?

MR. WALSH: Objection. Form.

A. I do not know specifically if that would violate COPPA. I've not reviewed it in depth.

BY MR. SEARS:

Q. Do any of the policies or procedures that you've reviewed for the State of Ohio or its

Page 40

various agencies or entities have any guidelines concerning children's use of social media?

MR. WALSH: Objection. Scope.

A. I do not recall seeing any.

BY MR. SEARS:

Q. Since the filing of this lawsuit, has the State of Ohio or any of its agencies or entities adopted any new policies regarding social media use?

MR. WALSH: Objection. Scope. I even think you asked that earlier.

MR. SEARS: I might have.

A. I do not know.

BY MR. SEARS:

Q. Is one of the reasons why the State of Ohio not having adopted any policies or procedures regarding targeting individuals under the age of 13 and social media because the State does not believe that Facebook and Instagram are targeted to individuals under the age of 13?

MR. WALSH: Objection. Form.

A. I do not know why any agency would have addressed that. You would have to speak to the agencies about who they're directing their posts to.

BY MR. SEARS:

Q. Is the State of Ohio aware of any

Page 41

specific instance of actual use of Facebook or Instagram by an Ohio state resident under the age of 13?

A. I do not believe so, no.

Q. Is the State of Ohio aware of any instance where Meta had actual knowledge it was collecting personal information from a child under the age of 13 located in Ohio in a manner that violates COPPA?

MR. WALSH: Objection. Calls for speculation.

A. I don't know.

BY MR. SEARS:

Q. Let's look at a couple of the policies.

(Exhibit 7 was marked for identification.)

BY MR. SEARS:

Q. I'm handing you what I've marked as Exhibit 7.

MR. SEARS: It's the IT.

MR. WALSH: Okay. I'll object to this exhibit being outside the relevant period.

BY MR. SEARS:

Q. So Exhibit 7, is this a "State of Ohio Administrative Policy" regarding the "Use of Internet,

11 (Pages 38 - 41)