# Exhibit J

CONFIDENTIAL

Page 1

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

IN RE SOCIAL MEDIA ADOLESCENT)Case No.

ADDICTION/PERSONAL INJURY    )4:22:MD-03047-YGR

PRODUCTS LIABILITY LITIGATION)MDL No. 3047

_____)

THIS DOCUMENT RELATES TO:     )

People of the State of        )

California, et al. v.         )

Metal Platforms, Inc. et al. )

Case No.: 4:23-cv-05448       )

_____)

VIDEO-RECORDED DEPOSITION OF JOSEPH S. FERRETTI

Tuesday, August 26, 2025

Reported by:

MARLA SHARP, RPR, CLR, CCRR, OR CSR 17-0446,

CA CSR 11924, WA CSR 3408

JOB NO. 7507022

CONFIDENTIAL

Page 2

Video-recorded deposition of JOSEPH S. FERRETTI, held at the Oregon Department of Justice, 100 Southwest Market Street, Portland, Oregon, on August 26, 2025, at 9:41 a.m. PDT, pursuant to agreement before Marla Sharp, a certified stenographic reporter licensed in California, Oregon, and Washington.

CONFIDENTIAL

Page 176

A    I've had -- I've had a chance to review it.

MR. DUNBAR:  Yeah.  I'm sorry, Counsel, I just wasn't sure if you meant that particular paragraph or something broader.  So go ahead.  I'm sorry.

BY MS. AHERN:

Q    According to Exhibit 4, your notes, under topic 3, you have "General Response."  And the general response to topic 3 is:

"Nothing found specifically related to individuals under the age of 13, but some information found in response to Topic 2," which we've discussed, "would apply to individuals under the age of 13."

Is that correct?

A    That's what it says in my notes, yes.  I can expound upon that if you'd like.

Q    Okay.  So, with that in mind, just to confirm, does the State have knowledge that under-13 children in Oregon have Facebook or Instagram accounts?

MR. DUNBAR:  Objection.  Scope, contention, form.

THE WITNESS:  So I haven't found any

CONFIDENTIAL

Page 177

documents that would suggest that the -- you know, that the State as an entity has knowledge. But the agencies certainly do from the documents that I've seen.

And I think a lot of the documents in our binders reflect that kids under the age of 13 are accessing social media, including Facebook and Instagram.

BY MS. AHERN:

Q    Okay.  Where does that knowledge come from? What is the source of that knowledge?

MR. DUNBAR:  Okay.  Scope, form. Objection.  Privilege, contention.

THE WITNESS:  Are you asking what is the source of the knowledge that the agencies have?

BY MS. AHERN:

Q    Yes.  How do the agencies know that children under the age of 13 in Oregon have Facebook or Instagram accounts?

MR. DUNBAR:  Beyond the scope.

THE WITNESS:  So I'm not sure I can give you all of the answers, but I can give you the first one that comes to my mind.

BY MS. AHERN:

Q    Mm-hmm?

no, I can't think of any off the top of my head.

I'd have to look through the documents or --

BY MS. AHERN:

Q    Okay.

A    -- or my notes here to try to determine that.

But I'm guessing that there are other documents in the binder that would suggest that. Would they refer specifically to Facebook and Instagram?  I don't know about that.

Q    Okay.  Do you know whether the State has identified specific children in Oregon who have created Facebook accounts when they were under the age of 13?

MR. DUNBAR:  Form, scope.

Go ahead.

THE WITNESS:  So the State as an entity, no; agencies, yes.

BY MS. AHERN:

Q    Which agencies have identified specific children in Oregon who have created Facebook accounts when they were under the age of 13?

MR. DUNBAR:  Form, scope.

THE WITNESS:  This is probably not what you're looking for, but one thing that comes to mind

CONFIDENTIAL

Page 180

is -- hmm.  I'm thinking -- I have to rethink my answer.

Never mind.  I got that wrong in my mind. I had to -- had to -- I'm going to retract that.

In terms of identifying specific individuals, like saying a particular name of a person, I don't recall -- I don't recall seeing that.

BY MS. AHERN:

Q   Okay.  Is that true also of Instagram? Does the -- has the State identified specific children in Oregon who've created Instagram accounts when they were under the age of 13?

MR. DUNBAR:  Form, scope.

THE WITNESS:  Again, I don't -- I don't recall seeing that for the -- either the State as an entity or the agencies.

BY MS. AHERN:

Q   Okay.

A   And to clarify it doesn't mean that they haven't.  It just means that in my -- in my preparation for this deposition, I haven't reviewed documents or spoken with people that would -- that would give me -- that would make me say yes to that question.

CONFIDENTIAL

Page 196

BY MS. AHERN:

Q   Okay.  Is the State aware of a specific instance where Meta had actual knowledge that it was collecting personal information from a child under 13 in Oregon?

MR. DUNBAR:  Scope.

THE WITNESS:  I am not prepared to answer that.  I don't know that that's within any of the topics that are in the notice.

BY MS. AHERN:

Q   Do you know the answer to that?

A   I don't.

Q   Okay.  And that was not part of the information the State prepared you to testify about?

A   That is not -- I mean, it's possible somebody told me that and I don't remember.  But I -- no, I -- that's -- that does not seem to be within the topics that I studied for.

Q   Okay.  Has the State -- just to button this up, is the State aware of a specific instance where Meta had actual knowledge that it was using personal information from a child under 13 in Oregon?

MR. DUNBAR:  Scope.

Go ahead.

THE WITNESS:  Again, I can't answer that.

CONFIDENTIAL

Page 197

I don't -- I don't have that information.  Maybe there's an allegation in the complaint I don't remember, but I just don't have that information.

BY MS. AHERN:

Q    Okay.  Is the State aware of a specific instance where Meta had actual knowledge that it was sharing personal information from a child under 13 in Oregon?

A    Same.  I don't know the answer "yes" -- whether it's "yes" or a "no."

Q    Has the State conducted any research to determine if children under the 13 in Oregon have Facebook or Instagram accounts?

A    I do not know.

Q    Who might know that?

A    Well, I don't know.  It's possible litigation counsel would know that.  I'm not sure which agency personnel might know that.  That would be something we'd have to look for.  But I don't know.

Q    Okay.  Thank you.

Do you know whether the State has received information from any third party that indicates that there were under-13 users of Facebook in Oregon?

MR. DUNBAR:  Object to the form.  Scope.