# Exhibit K

CONFIDENTIAL

Page 1

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA


_____

                           : MDL No. 3047
IN RE: SOCIAL MEDIA       : Case No.
ADOLESCENT ADDICTION/     : 4:22-MD-03047-YGR
PERSONAL INJURY PRODUCTS  :
LIABILITY LITIGATION,     :
_____:
                           :
This Document Relates to: :
                           :
ALL ACTIONS                :
                           :
                           :
_____:


Thursday, September 25, 2025

Video deposition of MARK WOLFE,
taken at the Offices of Pennsylvania Office of
Attorney General, Strawberry Square, 15th Floor,
Harrisburg, Pennsylvania, beginning at 9:12
a.m., EST, before Ryan K. Black, Registered
Professional Reporter, Certified Livenote
Reporter and Notary Public in and for the
Commonwealth of Pennsylvania.

CONFIDENTIAL

Page 108

believe that that -- as I understand COPPA,

that's not a violation.

BY MR. AUTEN:

Q.    Are you aware of -- strike that.

Does the Commonwealth know, through its

investigation, of any specific individuals who

are under 13 on Meta's platforms?

MS. AMBROSE:  Objection, scope.

THE WITNESS:  No.

BY MR. AUTEN:

Q.    And through its investigation, has the

Commonwealth determined that Meta had actual

knowledge -- awareness -- of any individuals who

were -- specific individuals who were under 13

and on its platform?

MS. AMBROSE:  Objection, scope.

THE WITNESS:  Not having been involved

in the investigation, no, I can't point to

anybody.

BY MR. AUTEN:

Q.    Is Pennsylvania's view that Facebook is

directed at children under 13?

MS. AMBROSE:  Objection, form and

scope.

THE WITNESS:  It's --

Page 113

Q. Is the basis for that answer the same thing you would point me to with respect to Facebook, that -- the allegations in the complaint that you pointed to?

A. Yes.

Q. Is it the same answer that the Commonwealth's position is that Instagram is essentially directed at all ages?

MS. AMBROSE: Same objection.

THE WITNESS: Yes.

BY MR. AUTEN:

Q. And you use Instagram yourself?

A. I do.

Q. You don't use Instagram believing that it is targeted specifically at children under 13, right?

MS. AMBROSE: Objection, scope.

THE WITNESS: No.

BY MR. AUTEN:

Q. Okay. Does the Commonwealth have any information on specific individuals in Pennsylvania under the age of 13 that use Instagram or Facebook?

MS. AMBROSE: Objection, scope.

THE WITNESS: Not to my knowledge.

CONFIDENTIAL

Page 114

BY MR. AUTEN:

Q. Has the Commonwealth ever attempted to find out through research or investigations or any other means whether there are individuals under 13 in Pennsylvania who use Facebook or Instagram?

MS. AMBROSE: Objection, scope.

THE WITNESS: Having not been part of the investigation, I can't speak to any efforts on that part.

BY MR. AUTEN:

Q. You're not aware of any as you sit here.

A. I'm not aware, no.

Q. Okay. Is there anything that Pennsylvania believes Instagram or Facebook should be doing to verify the age of its users that those services are not already doing?

MS. AMBROSE: Objection, scope.

THE WITNESS: I mean, obviously, the complaint alleges that Facebook is -- is violating COPPA. So I can't say that the Commonwealth or any other state doesn't -- you know, believes that the current framework is -- is sufficient. But, no, I -- I -- could you