# Exhibit L

Page 1

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA.

Case No. 4:22:MD-03047-YGR(PHK)

MDL No. 3047

****************************************

PEOPLE OF THE STATE OF CALIFORNIA, ET AL.

Plaintiffs,

v.

META PLATFORMS, INC. ET AL.,

Defendants

****************************************

DEPOSITION of STEPHEN PROVAZZA, a witness called

on behalf of the Plaintiffs, taken pursuant to Rule 30(b)(6)

of the Federal Rules of Civil Procedure, before Melissa Lupo,

a Court Reporter and Notary Public, for the Commonwealth of

Massachusetts, at 150 South Main Street, Providence, RI 02903,

on Thursday, August 21st, 2025, commencing at 10:20 a.m.

Page 65

A    Yes.

Q    And do you see where it discusses that the Rhode Island Attorney General recognizes social networking Internet services are common forms of communication?

A    Yes.

Q    In the office views such activity positively?

A    Yeah, I see that right there.

Q    That's still the State of Rhode Island Attorney General's office position that it views social media as a positively.

A    This is the most recent version of the policy that I've seen.  Okay.

Q    Are you aware of any other ones that are more recent that you may not have seen?

A    No.

Q    Is it fair to say that the Attorney General, Rhode Island generally has a positive view on the use of social media by its employees?

          MR. CARNEVALE:  Objection.  Form.

A    I mean, this sentence says in general, the office used such activity positively.

Q    You can take down the Exhibit.

A    Thank you.

Q    Is the State of Rhode Island aware of any specific instance of a Rhode Island resident under the age of

Page 66

13 logging into Facebook or Instagram to view the state's Facebook or Instagram.

MR. CARNEVALE:  Objection.  Scope.

A    Yeah.

Q    Is the state aware of any instance where Meta had actual knowledge is collecting personal information from a child under 13 located in Rhode Island in a manner that violates COPPA?

A    I'm not aware.

Q    Are agencies or Rhode Island state agencies permitted to advertise on social media?

MR. CARNEVALE:  Objection.  Scope.

A    I believe a witness testified that they had advertised on social media.

Q    Okay.  Besides that one witness and the deposition that you read in preparation, your deposition today, are you aware if Rhode Island agencies are permitted to advertise on social media?

A    I guess the issue is the word advertise.  I, for example, I don't know if the Rhode Island office, the Attorney General, would ever advertise.  I think they post job postings.  The term advertise, it's kind of an ambiguous term.  They post about job openings on LinkedIn and if there's like a public comment period on a.  There's gonna be a public meeting that the