# Exhibit M

Page 1

                    UNITED STATES DISTRICT COURT
                  NORTHERN DISTRICT OF CALIFORNIA


IN RE:  SOCIAL MEDIA          )  Case No. 4:22-MD-03047-YGR
ADOLESCENT ADDICTION/         )
PERSONAL INJURY PRODUCTS      )  MDL No. 3047
LIABILITY LITIGATION          )
_____)
                              )
THIS DOCUMENT RELATES TO:     )
                              )
People of the State of        )
California, et al. v. Meta    )
Platforms, Inc.,              )
                              )
Case No. 4:23-cv-05448        )
_____)


                     HIGHLY CONFIDENTIAL
                         VOLUME 1
                   TUESDAY, JULY 29, 2025
                         —   —   —


         Videotaped Deposition of 30(b)(6) witness,
ANDREW N. COLE, taken pursuant to notice and conducted
at the Law Offices of Gallivan White Boyd, 1201 Main Street,
12th Floor, Columbia, South Carolina, at 9:08 a.m. EDT, on
the above date, before Jennifer A. Dunn, Registered Merit
Reporter, Certified Realtime Reporter, California (#14461),
Illinois & Texas Certified Shorthand Reporter, and Missouri
Certified Court Reporter.

Job No. MDLG7507182

restrictions for less than 13-year-olds and that kind of thing.

Q    Does the State of South Carolina take any steps to restrict children under 13 from viewing content on its social media pages?

MS. SMITH:  Objection.

THE WITNESS:  I have not been informed of any specific way that the divisions are limiting access like that.

BY MR. EPPICH:

Q    Does the State of South Carolina use Facebook or Instagram to communicate with children under 13 years of age?

MS. SMITH:  Objection.

THE WITNESS:  I think it's the same answer that the information is generally out there, so if a child of that age is properly using a computer or a device, they may be able to access it.

BY MR. EPPICH:

Q    Generally speaking, is the State of South Carolina's Facebook and Instagram posts directed at children?

A    From all of the departments that we spoke to, they're not directing anything at children.

Q    The State isn't aware of any specific instance of

Page 102

a child in South Carolina, under 13, logging into Facebook or Instagram to view the State's Facebook or Instagram pages?

A    I do not have any information of any specific thing like that.  I would assume that Facebook would know that better than we would.

Q    Has the State conducted any research, study, or analysis, to determine whether children under 13 in South Carolina are using Instagram or Facebook?

A    I'm -- we did ask this question, and I'm not aware of any specific studies about this, but we believe, and certainly it's part of the allegation in the complaint that there are children under the age of 18 that have probably gotten access.

Q    Sitting here today, you cannot identify any data that confirms a child under 13 in South Carolina is using Instagram or Facebook?

A    I cannot state for certain whether or not a child under 13 is on Facebook or Instagram.

Q    If the State were to use a social media platform to communicate with children under 13 years of age, what social media platform would the State use?

MS. SMITH:  Objection.

THE WITNESS:  I don't know that I can answer that.  I do know that our Attorney General was one of