# Exhibit N

CONFIDENTIAL

Page 1

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Case Number 22-md-3047-YGR

MDL NUMBER 3047

_____

IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL

INJURY PRODUCTS LIABILITY LITIGATION


THIS DOCUMENT RELATES TO:

People of the State of California,

et al. v. Meta Platforms, Inc. et al.,

Case No.: 4:23-cv-05448

_____

VIDEOTAPED DEPOSITION OF KENDRA DUNN

DATE:  June 26, 2025

_____

Reported stenographically by:

Michelle Kirkpatrick, RDR-CRR-CRC-CRI, FCRR

Job No.:  7439886

CONFIDENTIAL

Page 82

research.

Q   So you're not aware of your department having any such data.

Is that right?

A   Correct.

Q   There are many different and complex causes for mental health issues generally.

Right?

A   Yes.

Q   For example, the COVID-19 pandemic, childhood trauma, school shootings, drug abuse, and family problems are all factors that cause mental health issues in Colorado.

MS. CARRENO:  Objection.  Form.

A   Yes.

BY MS. PHILLIPS:

Q   And specifically, those factors all cause mental health issues for youth.

Right?

A   They -- yes, all of those things could contribute to the mental health of teenagers.

Q   Do you think it would be possible at all to isolate one single factor as being the cause of all youth mental health issues in Colorado?

A   Using -- kind of wearing my professional

Page 83

hat, I think it would be very challenging to do that simply for the reason that when you are doing program evaluation or research on human services-type programs, it is almost impossible to do a randomized control trial study where you deny services to someone so that you have a control group.

So getting to really clear research that's like, there is a causal relationship between this one thing and one -- right?  Is very difficult when you can't deny services.

And so, often, you are doing research that tries to compare two like groups and makes correlations between them.

All that to say, I think that what you're proposing would be very difficult to come to definitive results on.

Q   When you're trying to identify a causal relationship between two things, it's important to do that in a scientifically valid way?

A   Yes.

Q   And the most -- the best way in the science to identify a causal relationship between two things are randomized controlled trials.

Right?

Page 84

A   Correct.

MS. PHILLIPS:  Could we go off the record?

THE VIDEOGRAPHER:  The time is 10:22, and we are off the record.

(Recess was taken from 10:22 to 10:25 a.m.)

THE VIDEOGRAPHER:  The time is 10:25, and we are on the record.

MS. PHILLIPS:  Ms. Dunn, thank you very much for your time today.  We don't have any further questions for you.

I will note for the record that we inadvertently skipped Exhibit 8 in the numbering, and so there will be no Exhibit 8 to this deposition.

THE VIDEOGRAPHER:  All right.  Is that it?

Very good.  This is going to be the conclusion of the deposition of Kendra Dunn.

The time is currently 10:26, and we are off the record.

MS. PHILLIPS:  And if we could put, not on the video record, but on the stenographic record, the time spent on the record.

THE VIDEOGRAPHER:  Yes.

MS. PHILLIPS:  Thank you.  For our

Page 85

housekeeping.

THE VIDEOGRAPHER:  We have 1 hour, 43 minutes in totality on the record.

THE STENOGRAPHER:  I think we made our record yesterday about the copies --

MS. PHILLIPS:  Oh.  Yes, the same order.

THE STENOGRAPHER:  Thank you.

(Deposition concluded at 10:26 a.m.)

22 (Pages 82 - 85)