# Exhibit O

CONFIDENTIAL

Page 1

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN RE: SOCIAL MEDIA          )
ADOLESCENT                   )
ADDICTION/PERSONAL INJURY    )
PRODUCTS LIABILITY           )
LITIGATION                   )
_____)  Case No.
                             )  4:22-MD-03047-YGR
This Document Relates to:    )
                             )  MDL No. 3047
ALL ACTIONS.                 )
                             )
                - - - -

VIDEO-RECORDED

REMOTE

DEPOSITION OF ANA BOLANOS

(Pages 1 - 123)

Wednesday, July 30, 2025, 9:56 a.m.

                - - - -

REPORTED BY:  ELAINA BULDA-JONES, CSR 11720

CONFIDENTIAL

Page 29

MS. UCHIDA:  3?

MS. CHARLES:  Yeah.  I tried to skip a few.

I'm going to mark this as Exhibit 1 for clarity.  I apologize for the numbers changing.

Q.    And, Ms. Bolanos, please take your time to review Exhibit 1 and just let me know when you've had a chance to review.

A.    How much in depth do you want me to review this?

Q.    I'm going to ask you some questions about it.  So I want to make sure you had an opportunity to look through it.  If you ever feel the need to --

A.    Okay.

Q.    -- to look further before answering my question, that's fine.

A.    Okay.

Q.    Okay.  We've talked a little previously about the Maternal, Child, and Adolescent Health Division of CDPH, correct?

A.    Correct.

Q.    In your role as assistant deputy director for the Office of Health Equity, did you work with the Maternal, Child, and Adolescent Health Division?

A.    I collaborated with them.

Page 30

Q.   Okay.   Did you ever review data that that division collected about adolescent health?

A.   I don't recall.

Q.   Okay.   Are you familiar with what I handed you as Exhibit 1, which is the Adolescent Mental Health Dashboard?

A.   Yes, I've heard of it.

Q.   Okay.   Prior to today -- prior to today, had you reviewed that dashboard?

A.   No, I -- I don't recall doing that.

Q.   In what context had you heard about the dashboard previously?

A.   Again, in conversation/collaboration with some of the employees working at the Maternal, Child, and Adolescent Health, just sharing that they had this dashboard.

Q.   Okay.   In your role at CDPH, it was never necessary to review the dashboard, it sounds like; is that right?

A.   That is correct.

Q.   Okay.   If you could turn to page 2 of the dashboard.

A.   Uh-huh.

Q.   All right.   Do you see that there is a -- there are two maps of California?

CONFIDENTIAL

Page 31

A.    Uh-huh.  I do see it.

Q.    Okay.  Do you see that the left-hand map is titled Depression-related feelings among adolescents, 9th graders?

A.    Yes, I do see it.

Q.    Do you see under that there is a chart across the years 2011 through 2019?

A.    Yes, on the left-hand side?

Q.    Yes.

A.    Yes.

Q.    That line goes up and down a little bit. But across those years, it's between 30 and 35 percent.  Is that how you read that chart?

A.    Yes, I read it the same way.  It's consistent.

Q.    Okay.  And then the second -- on the right-hand side, do you see there's a map that's "Suicidal ideation among adolescents"?

A.    Yes, I do see it.

Q.    Okay.  Under the map there's also another chart that maps 2011 through 2019.

Do you see that?

A.    Yes, I do see it.

Q.    Okay.  And that line, it's not entirely flat, but generally decreases from 2011 to 2019; is

CONFIDENTIAL

Page 32

that accurate?

A.    That is accurate.

Q.    Okay.  Given what you know about the Maternal, Child, and Adolescent Health Division, do you have any reason to dispute the accuracy of this data?

MS. PRINZING:  Objection.  Lacks foundation.  And seems to call for expert testimony.

BY MS. CHARLES:

Q.    You can still answer.

A.    So the way I would answer is that I'm not a research scientist and so I don't really know how they collected this data.

Q.    Okay.

A.    Or what they used to collect it.

Q.    Sure.

Generally in your work with Maternal, Child, and Adolescent Health Division did you find those individuals to be committed to doing a good job?

A.    Yes.

Q.    Okay.

A.    But it can be subjective.  To the best of my knowledge, yes.

Q.    Okay.  Did you find the individuals you

CONFIDENTIAL

Page 33

worked with within the Maternal, Child, and Adolescent Health Division to be qualified for the roles they held?

MS. PRINZING:  Objection.  Lacks foundation.

THE WITNESS:  Is it possible for you to rephrase that for me?

BY MS. CHARLES:

Q.  Sure.

Based on your experience working with individuals within the Maternal, Child, and Adolescent Health Division, did you have any reason to doubt that they were qualified for the roles they held?

A.  No, there was no reason for me to doubt --

Q.  Okay.

A.  -- their qualifications.

Q.  Do you know if social media use among California teenagers increased or decreased between 2011 and 2019?

A.  I do not know.  I don't have that information.

Q.  Okay.  Do you have a general understanding that the State's lawsuit alleges that certain features of social media cause mental health harms?

CONFIDENTIAL

Page 34

A.    Yes, just a general understanding.

Q.    Okay.  Do you know when between 2011 and 2019 Meta introduced infinite scroll?

A.    I do not know.

Q.    Do you know when between 2011 and 2019 Meta introduced the use of third-party image filters?

A.    I do not know.

Q.    Do you know when between 2011 and 2019 individuals could receive notifications from Meta Platforms?

A.    I do not know.

Q.    You can set Exhibit 1 aside.

A.    Okay.

MS. CHARLES:  And I'm going to mark Exhibit 2, which is identified in your folder, and for Bree, is Tab 6.

If you could hand that to the witness.

(Whereupon, CDPH-Bolanos 2 was marked for identification.)

BY MS. CHARLES:

Q.    This is a 21-page exhibit.  My questions are mostly going to be focused on the first page but I don't want to circumvent your ability to review.  So just let me know when you've had a chance to scan

CONFIDENTIAL

Page 60

objection.

Do you -- you have a college degree, correct?

A.    I do.

Q.    Okay.  What is your degree in?

A.    I have a master's in social work.

Q.    Okay.  Do you have any additional degrees beyond your master's in social work?

A.    No, I do not.

Q.    Are you licensed as a licensed clinical social worker?

A.    I'm not.

Q.    Okay.  Throughout your career, have you worked on issues related to mental health in California?

A.    Yes, I have.

Q.    Okay.  Given your education and experience, do you have an understanding of whether poverty can have an impact on mental health outcomes?

A.    Yes, I do have a general understanding that poverty does play a role in affecting mental health.

Q.    Do you see -- and do you know if that role is positive or negative at a general level?

CONFIDENTIAL

Page 61

A.   Again, I think it's multifaceted, but I think it's more likely that it has a negative impact.

Q.   Okay.  When we turn back to Target Audiences, do you see that additional target audiences are listed as black, African-American, Hispanic or Latinx, Native American or Alaskan native, or 2SLLGBTQI+?

A.   Yes, I do see that.

Q.   Okay.  Do you have an -- based on your education and experience, do you have an understanding of whether being a member of a group that may face discrimination has -- can have an impact on mental health outcomes?

A.   Yes, I do have a general understanding of that.

Q.   What is your general understanding?

A.   My general understanding is that populations that have been underresourced and under -- and have experienced discrimination inequities are more likely to have mental health problems.

Q.   Understood.

So turning back to this Youth Suicide Prevention Campaign plan, if you could turn just a

CONFIDENTIAL

Page 66

THE WITNESS:  Do you want to rephrase your question for me?

BY MS. CHARLES:

Q.   As you sit here today, can you think of any source of data that indicates -- that you've reviewed that indicates use of social media causes mental health harms among California adolescents?

A.   I haven't reviewed any data to indicate that.

Q.   Okay.  Are you familiar with the term "adverse childhood experience," or ACE?

A.   I am familiar with it.

Q.   How are you familiar with that term?

A.   It was introduced by the previous Surgeon General of California, and it's still being implemented by the current Surgeon General of California.

Q.   What is your understanding of what the term "adverse childhood experience" means?

A.   It's a way of measuring whether you -- what type of trauma you've had as a child.  So depending on -- there's different categories within that.  It's -- and then you can determine whether you've had a high or a low level of exposure to adverse childhood experiences.

CONFIDENTIAL

Page 67

Q. Do you have an understanding of what some of the experiences are that are considered an ACE by the State of California?

A. An ACE for?

Q. I'm sorry. Yeah, go ahead.

A. So you're provided -- ACE is that you're provided with scores depending on how you answer the questions that are part of that. But I don't have them memorized, no, I do not.

Q. Totally fair.

So I think I was asking -- I asked a bad question. But I think this question is actually simpler.

Do you have an understanding of some of the experiences a child may undergo that -- that count as ACEs?

A. I have a general understanding.

Q. Okay. Can you tell me what ACEs you're familiar with?

A. A child that's exposed to domestic violence. A child that's exposed to drug abuse. A child that lives in poverty. A child that might -- that is unhoused. Those are some of the factors that can be part of an ACE score.

Q. Okay. So are those all ACEs that you

Page 68

believe impact adolescents in California?

A.    Not all --

MS. PRINZING:  Just a moment.

Objection.  Calls for expert testimony.

THE WITNESS:  Right.

MS. PRINZING:  You can answer.

BY MS. CHARLES:

Q.    And you said "not all"?

A.    It's multifaceted.  It's a complex issue.

Q.    Sure.

Mental health in general is multifaceted?

A.    Is multifaceted.  Absolutely.

Q.    And any individual's mental health disorders can have multiple causes?

A.    Yes.

Q.    Okay.  In fact, it's often hard to distinguish what is or isn't a cause of any particular individual's mental health challenges?

MS. ROY:  Objection.  Calls for expert testimony.

MS. PRINZING:  Objection.  Not a question.

BY MS. CHARLES:

Q.    In your experience as a social worker and through your work at CDPH, do you believe that it's often hard to distinguish which is or isn't a cause

CONFIDENTIAL

Page 69

of any particular individual's mental health challenges?

A.    Yes, I do believe it can -- there are different causes.

Q.    Youths who have adverse childhood experiences are at risk for depression, correct?

A.    That is correct.

Q.    Youths who have adverse childhood experiences are at risk for anxiety?

A.    That is correct.

Q.    Youths that have adverse childhood experiences are at risk for mental health disorders?

A.    That is correct.

Q.    Youths that have adverse childhood experiences are at risk for self-harming or suicidal behavior?

A.    Yes, that is correct.

MS. CHARLES:  I think we've been going about another 40 minutes, I'm happy to continue, but I just want to check in and see if anyone needs a break.

MS. PRINZING:  Do you have a sense of how much longer you're going to go?

MS. CHARLES:  I think an hour or less, but I can certainly use the break to see if I can cut