# Exhibit W

CONFIDENTIAL

Page 1

                    UNITED STATES DISTRICT COURT
                  NORTHERN DISTRICT OF CALIFORNIA
IN RE: SOCIAL MEDIA          )     CASE NO. 4:22-MD-03047-YGR
ADOLESCENT                   )
ADDICTION/PERSONAL           )     MDL No. 3047
INJURY PRODUCTS              )
LIABILITY LITIGATION         )
_____  )
                             )
THIS DOCUMENT RELATES        )
TO:                          )
                             )
People of the State of       )
California, et al., v.       )
Meta Platforms, Inc.,        )
et al.,                      )
Case No.: 4:23-cv-05448      )
_____  )


                    Friday, June 20, 2025


        Video-Recorded Oral 30(b)(6) Deposition
of Washington School District, by and through
its representative RANDALL SPAULDING, held at
the Office of The Washington Attorney
General, 800 Fifth Avenue, Suite 2000,
Seattle, Washington, commencing at 8:49 a.m.
PDT on the above date, before Debra A.
Dibble, Fellow of the Academy of Professional
Reporters, Certified Court Reporter,
Registered Diplomate Reporter, Certified
Realtime Reporter.


                    —— —— ——

                GOLKOW - VERITEXT
        877.370.DEPS | fax 917.591.5672
                deps@golkow.com

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com

CONFIDENTIAL

Page 55

mascot in different locations throughout the state.

A.    Mm-hmm.

Q.    And they're posted on the Instagram account for Snorkels.  What was the purpose of those posts?

A.    That is -- those posts are continued, to sort of promote the site and to connect folks to the board.

Q.    And who are the posts directed to?

A.    Our primary audience with that is going to be educators, and broad public, but mostly educators, because we want it -- going into classrooms and things like that.

Q.    So even if you were to look at the Instagram posts and I was to see very young children with a stuffed animal and posts that appear to be coming from the stuffed animal, the content of that information is really directed at adults?  Is that what you're saying?

MR. DAVIES:  Objection, speculation.

A.    Yeah, I can say what our intent

CONFIDENTIAL

Page 56

is, is to connect to adults, yeah.

BY MS. AHERN:

Q.    Is the type of information that's posted, you know, about what the Board of Education is doing, what's going on in Washington classrooms, is that information that you feel is directed more toward parents and families as opposed to young children?

A.    I would say yes, yeah.

Q.    When posting photos of classrooms with children and Snorkels, are parents involved in consent in any way to that content being posted publicly?

A.    Yeah, we always make sure we have consent before we post.

Q.    Dr. Spaulding, have you ever heard of the Children's Online Privacy Protection Act, or COPPA?

A.    I have heard of it, yes.

Q.    Do you recall whether the SBE social media policy incorporates any provisions concerning COPPA?

A.    I don't recall.

Q.    Has SBE ever claimed that its own content was child directed for purposes

CONFIDENTIAL

Page 57

of COPPA protection?

A.    Say that -- say that again? I'm sorry.

Q.    Sure.

Has SBE ever claimed that its own content was child directed for purposes of COPPA compliance?

A.    Not that I'm aware of.

MS. AHERN:  Do you want to take a quick break while I go through this and see if I have anything else?

THE WITNESS:  Yeah, I'd love to get a drink of water.

THE VIDEOGRAPHER:  The time is 9:45 a.m. and we're going off the record.

(Recess taken, 9:45 a.m. to 9:54 a.m. PDT)

THE VIDEOGRAPHER:  The time is 9:54 a.m. and we're back on the record.

BY MS. AHERN:

Q.    All right.  Dr. Spaulding, we just have a few wrap-up questions for you.

Do you have a LinkedIn profile?