# Exhibit X

CONFIDENTIAL

Page 1

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Case Number 22-md-3047-YGR

MDL NUMBER 3047

_____

IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL

INJURY PRODUCTS LIABILITY LITIGATION


THIS DOCUMENT RELATES TO:

People of the State of California,

et al. v. Meta Platforms, Inc. et al.,

Case No.: 4:23-cv-05448

_____

VIDEOTAPED DEPOSITION OF MINNA CASTILLO

DATE:  June 25, 2025

_____

Reported stenographically by:

Michelle Kirkpatrick, RDR-CRR-CRC-CRI, FCRR

Job No.:  7419434

CONFIDENTIAL

Page 2

PURSUANT TO WRITTEN NOTICE AND FED. R. CIV. P. 30, the videotaped deposition of MINNA CASTILLO, called by the Defendants Meta Platforms, Inc. f/k/a Facebook, Inc.; Instagram, LLC; Meta Payments, Inc.; and Meta Platforms Technologies, LLC, was taken commencing at 9:47 a.m. on June 25, 2025, at Colorado Department of Law, 1700 Lincoln Street, Suite 3639, Denver, Colorado 80203, before Michelle Kirkpatrick, RDR-CRR-CRC-CRI, FCRR, Registered Diplomate Reporter and Certified Realtime Reporter.

CONFIDENTIAL

A      That's correct.

Q      And so I assume the answer, therefore, will be "No" to this next question; but did anybody from the State Attorney General's office consult with you before they filed this lawsuit?

A      I don't recall.

Q      So it's possible that they did consult with you about this lawsuit before they filed this lawsuit?

A      I don't believe so.

Q      Okay.  Are you aware of anybody at the Office of Children, Youth and Families having been consulted about this lawsuit before it was filed in October of 2023?

A      No.

Q      And more generally, are you aware of anybody at the Department of Human Services having been consulted about this lawsuit before it was filed?

A      I am not aware of.

Q      Switching gears a bit, I'd like to talk a bit about your background.

Am I right that you have a bachelor's degree in psychology?

A      Correct.

Page 21

Q    And a master's in education.

Is that right?

A    That's correct.

Q    And have you been working on issues affecting young people since sometime in the '90s?

A    That's correct.

Q    So you have decades of experience working with young people and on issues that affect young people?

MR. PRATT:  Form.

You can answer.

BY MS. PHILLIPS:

Q    You can answer.  Sorry.

A    Thank you.

I have worked with -- within the field of nonprofit work and education work that is involving young people, yes.

Q    What was the first job you had working with young people?

A    Child care, baby-sitting might be the first job that I would say that I had working with young people personally.

However, my mother did run a child care center in our home, so the perhaps unpaid labor that I did during that time as well.

CONFIDENTIAL

Page 25

programming, whether done at home or in a classroom, is important for young people, yes.

Q    And it's important for their development in a lot of different ways.

Right?

A    It is important for their development, yes.

Q    And one of the ways it's important for their development is their emotional development?

Yes?

A    Yes.

Q    And that can be important for later mental health outcomes.

Right?

A    Yes.

Q    In your experience, what is it about early childhood education that is so important for kids as they grow up?

A    From the work that we did in the council, so my experience and my knowledge from that time, foundationally, young people having those classroom experiences and developing those early relationships with their peers as well as their positive adult role models are important.

Q    In your experience, do kids who don't have

CONFIDENTIAL

Page 26

the opportunity to have that kind of programming have worse outcomes later in life?

    A    Not necessarily.

    Q    Not necessarily, but they can?  Or they don't?

    MR. PRATT:  Form.

    A    Could you repeat the question?

BY MS. PHILLIPS:

    Q    Absolutely.  It wasn't a great question. Why don't I ask a different one.

    You said that kids who don't have the opportunity to have early childhood programming don't necessarily have worse outcomes later in life.

    Did I understand that correctly?

    A    Young people -- I think I need you to repeat it again.

    Q    Absolutely.  Why don't I just ask a totally new question and see if we can get myself out of this tangle.

    A    Yeah.

    Q    In your experience, can young people who lack access to early childhood educational programming experience worse developmental outcomes later in life?

    A    No.

CONFIDENTIAL

Page 27

Q    Young people who lack access to early childhood educational programming never experience worse developmental outcomes later in life?

A    Can I clarify?

Q    Yes.

A    I believe that a young person can have an equally rich opportunity if their parents have other alternative ways to provide them those types of experiences, whether it's in a classroom or in a home-based environment.

Q    Do kids who lack exposure to early childhood education, whether it's in a classroom or in a home-based environment, do those kids, in your experience, have worse developmental outcomes later in life?

A    In my experience, when children have access to high-quality early care and education, they have better outcomes in school as well as in school.

Q    And when you say "in school," do you strictly mean academic outcomes or do you also mean other kinds of developmental outcomes?

A    I believe the -- and this has been some time since I've looked at any of the research on this topic, but I do believe that young people who

CONFIDENTIAL

Page 28

are in those high-quality early care and education environments have better academic performance as well as some prosocial as well.

Q    What is it about those early childhood experiences that help kids so much?

A    Language-rich environments are really important for young people as they're developing.

Q    Is there anything else?

A    Again, I would say those opportunities to have some structure, peer relationships, access to curriculum, high-quality curriculum, outdoor time, those types of things.

Q    And am I right that after the Denver Early Childhood Council, you moved next to Mile High United Way?  Do I have that right?

A    That's correct.

Q    And what was your focus at Mile High United Way?

A    I had three positions there.

Q    What were they?

A    My first position was in overseeing our portfolio of investments in youth-serving organizations.  So grant-making to youth-serving organizations, as well as oversight of the Bridging the Gap program, which was for young people who had

CONFIDENTIAL

Page 141

BY MS. PHILLIPS:

Q   Do you right now, in your role as deputy executive director of the Department of Human Services, have any idea why Colorado had the fifth highest prevalence of youth with at least one major depressive episode within the past year as of 2024?

MR. PRATT:  Form.

A   I do not.

BY MS. PHILLIPS:

Q   Do you have an idea of anything that might affect Colorado youth in particular compared to their peers in the rest of the country that would increase the incidence of depression?

A   I don't.

Q   And you're not aware of any data suggesting that currently, in -- last year in 2024 or currently in 2025, teens in Colorado are using social media somehow differently than teens in any other state?

A   That's not something that I've looked at or studied or read about.

Q   You don't have any data about how teens in Colorado use social media.

Right?

A   I don't.

CONFIDENTIAL

Page 142

Q    And you don't have any data about any way in which social media may be harming teens in Colorado?

A    Not that I'm aware of.

Q    The Department of Human Services, as far as you're aware, doesn't have any data like that?

A    In the work that I oversee, I have not -- I don't recall seeing anything related to that.

Q    And so I assume, subsumed in that, the Department of Human Services doesn't have any data about how Instagram in particular may or may not be affecting teens in Colorado?

A    I personally am unaware of anything that specific.

Q    And similarly, as deputy executive director of the Department of Human Services, are you aware of any data that the department has about how Facebook in particular may or may not be affecting teens in Colorado?

A    Am I aware?

Q    Yes.

A    Clarifying your question.

I am not aware.

Q    That's not data you've asked anybody to go collect?

CONFIDENTIAL

Page 143

A    I don't recall asking anyone to collect that.

Q    You've not asked anybody at the Department of Human Services to conduct research into how social media is affecting teens in Colorado?

MR. PRATT:  Form.

A    I don't recall ever asking anyone to research that.

BY MS. PHILLIPS:

Q    And you're not aware of any such research being done by your department.

Right?

A    At present, no.

Q    We can set the document to the side.

Ms. Castillo, am I correct that you testified before the Colorado Senate in -- I think it was June of 2023?  I know you've testified several times, but does that sound right?

A    I have testified in front of the Colorado Senate, yes.

Q    And in particular, I -- am I right that sometime around June of 2023, you had an opportunity to testify about some factors impacting youth mental health here in Colorado?

A    It -- there's a potential.