[*Submitting Counsel on Signature Page*]

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION | MDL No. 3047 |
| | Case No. 4:22-md-03047-YGR |
| THIS DOCUMENT RELATES TO: | **TEMPORARY SEALING MOTION RE MOTION IN LIMINE NO. 2 SEEKING TO EXCLUDE FROM THE ADVISORY JURY PHASE OF TRIAL EVIDENCE OF META'S PLATFORM AND POLICY CHANGES MADE AFTER THE RELEVANT TIME PERIOD** |
| 4:23-cv-05448 | |
| | Judge: Hon. Yvonne Gonzalez Rogers |
| | Magistrate Judge: Hon. Peter H. Kang |

Pursuant to the Court's Order Setting Sealing Procedures (ECF No. 341), the State Attorneys General submit this Temporary Sealing Motion regarding their Motion in Limine No. 2 Seeking to Exclude from the Advisory Jury Phase of Trial Evidence of Meta's Platform and Policy Changes Made After the Relevant Time Period. Pursuant to that Order, the reasons for sealing (if any) will be addressed in a forthcoming omnibus stipulation or omnibus motion.

| Docket No. | Document | Whether document contains a Party's Confidential Information |
|---|---|---|
| | | |

1

STATE ATTORNEYS GENERAL'S TEMPORARY SEALING MOTION FOR MOTION IN LIMINE NO. 2 TO EXCLUDE PLATFORM AND POLICY CHANGES MADE AFTER THE RELEVANT TIME PERIOD FROM THE ADVISORY JURY PHASE
4:22-md-03047-YGR; 4:23-cv-05448-YGR

| ECF No. 3129 | Motion in Limine No. 2 Seeking to Exclude from the Jury Phase of Trial Evidence of Meta's Platforms and Policy Changes Made after the Relevant Time Period | Temporarily filing under seal because document contains information that the parties may consider to be confidential |
|---|---|---|
| ECF No. 3130-1 | Declaration of Zachary Richards | Not filed under seal. |
| ECF No. 3130-2 | Exhibit 1 to Motion in Limine No. 2, Meta Defendant's Responses and Objections to Plaintiffs' 15th Set of Requests for Production of Documents, November 4, 2024. | Temporarily filing under seal because document contains information that the parties may consider to be confidential |
| ECF No. 3130-3 | Exhibit 2 to Motion in Limine No. 2, Meta Defendants' Responses and Objections to the State AGs' 4th Set of Requests for Production of Documents, April 3, 2025. | Temporarily filing under seal because document contains information that Meta may consider to be confidential |
| ECF No. 3130-4 | Exhibit 3 to Motion in Limine No. 2, copy of an Email from A. Simonsen dated May 7, 2026. | Temporarily filing under seal because document contains information that Meta may consider to be confidential |
| ECF No. 3130-5 | Exhibit 4 to Motion in Limine No. 2, excerpts of the 30(b)(6) deposition of Sayed Otaru. | Temporarily filing under seal because document contains information that Meta may consider to be confidential |
| ECF No. 3130-6 | Exhibit 5 to Motion in Limine No. 2, excerpts of the deposition of Nick Clegg. | Temporarily filing under seal because document contains information that Meta may consider to be confidential |
| ECF No. 3130-7 | Exhibit 6 to Motion in Limine No. 2, excerpts of the deposition of Adam Mosseri. | Temporarily filing under seal because document contains information that Meta may consider to be confidential |
| ECF No. 3130-8 | Exhibit 7 to Motion in Limine No. 2, Meta Defendants' Responses and Objections to the State AGs' 7th Interrogatories, November 7, 2025. | Temporarily filing under seal because document contains information that Meta may consider to be confidential |

Dated: June 9, 2026

2

Respectfully submitted,


**PHILIP J. WEISER**                                      **ROB BONTA**
Attorney General                                          Attorney General
State of Colorado                                         State of California


*/s/ Krista Batchelder*                                   */s/ Megan O'Neill*
Krista Batchelder, (CO Reg.45066), *pro hac vice*         Nicklas A. Akers (CA SBN 211222)
Deputy Solicitor General                                  Senior Assistant Attorney General
Shannon Stevenson (CO Reg. 35542), *pro hac vice*         Bernard Eskandari (CA SBN 244395)
Solicitor General                                         Emily Kalanithi (CA SBN 256972)
Elizabeth Orem (CO Reg. 58309), *pro hac vice*            Supervising Deputy Attorneys General
Assistant Attorney General                                Megan O'Neill (CA SBN 343535)
Colorado Department of Law                                Nayha Arora (CA SBN 350467)
Ralph L. Carr Judicial Center                             Joshua Olszewski-Jubelirer
Consumer Protection Section                               (CA SBN 336428)
1300 Broadway, 7th Floor                                  Marissa Roy (CA SBN 318773)
Denver, CO 80203                                          Brendan Ruddy (CA SBN 297896)
Phone: (720) 508-6384                                     Deputy Attorneys General
krista.batchelder@coag.gov                                California Department of Justice
Shannon.stevenson@coag.gov                                Office of the Attorney General
Elizabeth.orem@coag.gov                                   455 Golden Gate Ave., Suite 128950
                                                          San Francisco, CA 94102-7004
*Attorneys for Plaintiff State of Colorado, ex rel.*      Phone: (415) 510-4400
*Philip J. Weiser, Attorney General*                      Fax: (415) 703-5480
                                                          megan.oneill@doj.ca.gov


                                                          *Attorneys for Plaintiff the People of the State*
                                                          *of California*


**RUSSELL COLEMAN**                                       **JENNIFER DAVENPORT**
Attorney General                                          Acting Attorney General
Commonwealth of Kentucky                                  State of New Jersey


*/s/ Zachary Richards*                                    By: */s/ Kashif T. Chand*
J. Christian Lewis (KY Bar No. 87109),                    Kashif T. Chand (NJ Bar No. 016752008),
*pro hac vice*                                            *Pro hac vice*
Philip Heleringer (KY Bar No. 96748),                     Assistant Attorney General
*pro hac vice*                                            Thomas Huynh (NJ Bar No. 200942017),
Zachary Richards (KY Bar No. 99209),                      *Pro hac vice*
*pro hac vice app. forthcoming*                           Section Chief, Deputy Attorney
Daniel I. Keiser (KY Bar No. 2895264),                    General
*pro hac vice*                                            Verna J. Pradaxay (NJ Bar No. 335822021),
Matthew Cocanougher (KY Bar No. 94292),                   *Pro hac vice*
*pro hac vice*                                            Mandy K. Wang (NJ Bar No. 373452021),
Assistant Attorneys General                               *Pro hac vice*
1024 Capital Center Drive, Ste. 200                       Deputy Attorneys General

3

Frankfort, KY 40601
Christian.Lewis@ky.gov
Philip.Heleringer@ky.gov
Zach.Richards@ky.gov
Daniel.Keiser@ky.gov
Matthew.Cocanougher@ky.gov
Phone: (502) 696-5300
Fax: (502) 564-2698

*Attorneys for Plaintiff the Commonwealth of Kentucky*

New Jersey Office of the Attorney General, Division of Law
124 Halsey Street, 5th Floor
Newark, NJ 07101
Tel: (973) 648-2052
Kashif.Chand@law.njoag.gov
Thomas.Huynh@law.njoag.gov
Verna.Pradaxay@law.njoag.gov
Mandy.Wang@law.njoag.gov

*Attorneys for Plaintiffs Jennifer Davenport, Acting Attorney General for the State of New Jersey, and Jeremy E. Hollander, Acting Director of the New Jersey Division of Consumer Affairs*

## SIGNATURE CERTIFICATION

Under Civ. L.R. 5-1(h)(3), I hereby attest that all signatories listed, and on whose behalf the filing is submitted, concur in this filing's content and have authorized this filing.

DATED: 06/09/2026

/s/ Zachary Richards
Zachary Richards

*Attorney for Plaintiff the Commonwealth of Kentucky*

4