[*Submitting Counsel on Signature Page*]

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>4:23-cv-05448 | MDL No. 3047<br><br>Case No. 4:22-md-03047-YGR<br><br>**DECLARATION OF ZACHARY RICHARDS IN SUPPORT OF STATE AGS' MOTION IN LIMINE NO. 2 SEEKING TO EXCLUDE FROM THE ADVISORY JURY PHASE OF TRIAL EVIDENCE OF META'S PLATFORMS AND POLICY CHANGES MADE AFTER THE RELEVANT TIME PERIOD**<br><br>Judge: Hon. Yvonne Gonzalez Rogers<br><br>Magistrate Judge: Hon. Peter H. Kang |

I, Zachary Richards, of full age and duly sworn according to law, declare:

I am a Senior Antitrust Counsel in the Office of Consumer Protection of the Kentucky Office of the Attorney General. I am a member in good standing in the Kentucky Bar Association. I am admitted pro hac vice in this Court. I submit this Declaration in support of the Motion in Limine No. 2 to Seeking to Exclude from the Advisory Jury Phase of Trial Evidence of Meta's Platform and Policy Changes Made after the Relevant Time Period. I have personal knowledge of the facts stated in this Declaration, and if called upon to do so, could and would competently testify thereto.

The following paragraphs in this declaration identify the exhibits referenced and cited in the Motion in Limine No. 2 Seeking to Exclude from the Advisory Jury Phase of Trial Evidence of Meta's Platform and Policy Changes Made after the Relevant Time Period:

1.      Attached hereto as **Exhibit 1** is a true and accurate copy of Meta Defendant's Responses and Objections to Plaintiffs' 15th Set of Requests for Production of Documents, November 4, 2024.

2.      Attached hereto as **Exhibit 2** is a true and accurate copy of Meta Defendants' Responses and Objections to the State AGs' 4th Set of Requests for Production of Documents, April 3, 2025.

3.      Attached hereto as **Exhibit 3** is a true and accurate copy of an Email from A. Simonsen dated May 7, 2026.

4.      Attached hereto as **Exhibit 4** is a true and accurate copy of excerpts of the 30(b)(6) deposition of Sayed Otaru.

5.      Attached hereto as **Exhibit 5** is a true and accurate copy of excerpts of the deposition of Nick Clegg.

6.      Attached hereto as **Exhibit 6** is a true and accurate copy of excerpts of the deposition of Adam Mosseri.

7.      Attached hereto as **Exhibit 7** is a true and accurate copy of excerpts Meta Defendants' Responses and Objections to the State AGs' 7th Interrogatories, November 7, 2025.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on June 9, 2026 in Scottsville, Kentucky.

/s/ Zachary Richards
Zachary Richards

*Attorney for Kentucky Office of the Attorney General*

DECLARATION OF ZACHARY RICHARDS IN SUPPORT OF STATE AGS' MOTION IN LIMINE NO. 2 SEEKING TO EXCLUDE FROM THE ADVISORY JURY PHASE OF TRIAL EVIDENCE OF META'S PLATFORMS AND POLICY CHANGES MADE AFTER THE RELEVANT TIME PERIOD
4:22-md-03047-YGR-PHK; 4:23-CV-05448-YGR