[*Submitting Counsel on Signature Page*]

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION | MDL No. 3047 |
| THIS DOCUMENT RELATES TO: | Case No. 4:22-md-03047-YGR |
| 4:23-cv-05448 | **DECLARATION OF ZACHARY RICHARDS IN SUPPORT OF STATE AGS' MOTION IN LIMINE NO. 3 TO EXCLUDE LEGAL CONCLUSION TESTIMONY** |
| | Judge: Hon. Yvonne Gonzalez Rogers |
| | Magistrate Judge: Hon. Peter H. Kang |

I, Zachary Richards, of full age and duly sworn according to law, declare:

I am a Senior Antitrust Counsel in the Office of Consumer Protection of the Kentucky Office of the Attorney General. I am a member in good standing in the Kentucky Bar Association. I am admitted pro hac vice in this Court. I submit this Declaration in support of the Motion in Limine No. 3 to Exclude Legal Conclusion Testimony. I have personal knowledge of the facts stated in this Declaration, and if called upon to do so, could and would competently testify thereto.

The following paragraphs in this declaration identify the exhibits referenced and cited in the Motion in Limine No. 3 to Exclude Legal Conclusion Testimony.

1.      Attached hereto as **Exhibit A** is a true and accurate copy of the April 15, 2026 Expert Rebuttal Report of Mary Catherine Wirth.

1

2.      Attached hereto as **Exhibit B** is a true and accurate copy of the January 9, 2026 Expert Rebuttal Report of Mary Catherine Wirth.

3.      Attached hereto as **Exhibit C** is a true and accurate copy of excerpts of the May 8, 2026 deposition of Mary Catherine Wirth.

4.      Attached hereto as **Exhibit D** is a true and accurate copy of excerpts of the February 24, 2026 deposition of Mary Catherine Wirth, and excerpts from the related March 20, 2026 errata sheet.

5.      Attached hereto as **Exhibit E** is a true and accurate copy of Fed. Trade Comm'n, Complying with COPPA Frequently Asked Questions (last accessed June 9, 2026), https://www.ftc.gov/business-guidance/resources/complying-coppa-frequently-asked-questions. These screenshots accurately represent the website on June 9, 2026.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on June 9, 2026 in Scottsville, Kentucky.

*/s/ Zachary Richards*
Zachary Richards

*Attorney for Kentucky Office of the Attorney General*

DECLARATION OF ZACHARY RICHARDS IN SUPPORT OF STATE AGS' MOTION IN LIMINE NO. 3 TO EXCLUDE LEGAL CONCLUSION TESTIMONY
4:22-md-03047-YGR-PHK; 4:23-CV-05448-YGR