**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION | MDL No. 3047 |
| | Case No. 4:22-md-03047-YGR |
| THIS DOCUMENT RELATES TO: | **[PROPOSED] ORDER GRANTING STATE ATTORNEYS GENERAL'S MOTIONS IN LIMINE NOS. 1-3** |
| 4:23-cv-05448 | Judge: Hon. Yvonne Gonzalez Rogers |
| | Magistrate Judge: Hon. Peter H. Kang |

1

Having considered the parties' submissions, the record, and the applicable law, the Court hereby **GRANTS** the State Attorneys General's Motions in Limine Nos. 1-3 as follows.

**IT IS HEREBY ORDERED** that the State Attorneys General's Motion in Limine No. 1, to exclude testimony of state witnesses, is **GRANTED** as follows:

1. Meta is precluded from introducing the following testimony from the 30(b)(6) depositions of Amos Hartson and Nathan Blake because that testimony is in violation of this Court's discovery orders, is irrelevant and prejudicial, and constitutes lay witness testimony on issues suited for experts: Hartston Dep. 131:18–132:11, 137:21–138:15, 139:6–17, 144:5–12, 148:10–22, 150:9–152:22, 173:13–177:24, 189:8–194:2, 194:3–196:6, 196:8–198:7, 200:17–201:14, 209:12–210:12, 210:14–216:1, 219:6–20, 221:12–222:25, 227:22–230:9, 250:11–251:14, 254:2–255:1, 255:2–23, 256:22–263:8, 263:6–8, 275:8–276:19, 280:2–281:8, 283:3–287:23, 301:5–302:16, 326:14-326:25, 327:8–328:7, 338:9–13, 367:9–368:6, 83:12–384:15; Blake Dep. 96:9–98:15, 134:22–135:8, 140:25–142:6, 143:19–145:15, 147:11–150:2, 152:12–156:9, 178:12–182:10, 182:14–183:13, 190:11–193:16, 195:3–198:25, 209:14–214:20, 217:20– 220:7, 225:1–230:6, 236:7–240:22, 246:12–252:14, 253:14–254:25, 256:10–257:21, 265:7–24, 267:12–25, 271:11–21, 275:7–21, 276:8–21, 277:15–280:9, 303:1–306:20, 309:13–311:8, 314:8–315:8, 317:9–318:1, 319:13–324:12, 330:10–20, 332:17–333:16, 344:1–348:18.

2. Meta is precluded from introducing any similar testimony that it may later seek to designate from other state witnesses, including both 30(b)(6) designees and state agency fact witnesses.

**IT IS HEREBY ORDERED** that the State Attorneys General's Motion in Limine No. 2 is **GRANTED** as follows: Meta is precluded from introducing evidence or testimony related to changes it made to its platform and/or policies after October 30, 2024 in the advisory jury phase of trial because this evidence will mislead the jury, confuse the issues, and unfairly prejudice the State AGs' case.

**IT IS HEREBY ORDERED** that the State Attorneys General's Motion in Limine No. 3 is **GRANTED** as follows: Meta is precluded from introducing as evidence at trial legal opinion

testimony from its designated expert, Mary Catherine Wirth, including the opinions represented in the following: paragraphs 8, 9, 12, 13, 31-36, 47, 51, 52, 56-58, 60-64, 69, 71, and 73 of the April 15, 2026 Expert Rebuttal Report of Mary Catherine Wirth, and paragraphs 7, 11, 28-31, 53, 58, 60, and 65-66 of the January 9, 2026 Expert Rebuttal Report of Mary Catherine Wirth.

**IT IS SO ORDERED.**

Dated: _____    _____

HON. YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT JUDGE

3