UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION | Case No. 4:22-MD-03047-YGR<br><br>MDL No. 3047 |
| This Document Relates to:<br><br>ALL ACTIONS | **PLAINTIFFS' ADMINISTRATIVE MOTION TO APPOINT A CERTIFIED PUBLIC ACCOUNTANT AND TO APPROVE COMMON BENEFIT ASSESSMENT DIVISION** |

Settlements have been reached in *Breathitt County Board of Education v. Meta Platforms, Inc., et al.*, 4:23-cv-01804 ("*Breathitt*"), a member case of this MDL. Co-Lead Counsel and Settlement Counsel and Counsel to the Co-Leads ("Co-Lead and Settlement Counsel") for the Personal Injury and School District ("PI/SD") Plaintiffs therefore respectfully submit this Administrative Motion for the appointment of Certified Public Accountant Timothy J. Jorstad of Jorstad Incorporated, and for approval of the division of the common benefit assessment between fees and costs. *See* Revised Common Benefit Order (ECF 190, at 17-20); Civil L.R. 7-11. Mr. Jorstad's *curriculum vitae* is attached hereto as **Exhibit A**.

With the Court's appointment, Mr. Jorstad will serve as Administrator of the Social Media Fee Account and Social Media Expense Account. *See* Revised Common Benefit Order (ECF 190,

at 17-20). The Administrator, in consultation with Co-Lead and Settlement Counsel, shall establish these two bank accounts at a commercial bank (the "Escrow Agent") to receive common benefit funds of any settlements or verdicts of PI/SD actions in this matter, including those from the *Breathitt* settlements. No disbursements shall be made from the accounts without Court approval. The Administrator and Escrow Agent meet all requirements of, and shall abide by all provisions of, the Revised Common Benefit Order (ECF 190, at 17-20).

Co-Lead and Settlement Counsel also seek the Court's approval to divide the 10% assessment established in the Revised Common Benefit Order (ECF 190, at 21-22) as follows: 9% for attorneys' fees (to be paid entirely out of attorney's fee) and 1% for costs. Co-Lead and Settlement Counsel reserve the right to seek adjustment of this division as appropriate, subject to Court approval.

Defendants take no position on Plaintiffs' above requests.

DATED: June 11, 2026

Respectfully submitted,
By: */s/ Lexi J. Hazam*
LEXI J. HAZAM
**LIEFF CABRASER HEIMANN &
BERNSTEIN, LLP**
275 BATTERY STREET, 29TH FLOOR
SAN FRANCISCO, CA 94111-3339
Telephone: 415-956-1000
lhazam@lchb.com

PREVIN WARREN
**MOTLEY RICE LLC**
401 9th Street NW Suite 630
Washington DC 20004
Telephone: 202-386-9610
pwarren@motleyrice.com

*Co-Lead Counsel*

CHRISTOPHER A. SEEGER
**SEEGER WEISS, LLP**
55 CHALLENGER ROAD, 6TH FLOOR
RIDGEFIELD PARK, NJ 07660
Telephone: 973-639-9100
cseeger@seegerweiss.com
*Settlement Counsel and Counsel to Co-Lead Counsel*

**ATTESTATION**

I, Lexi J. Hazam, hereby attest, pursuant to N.D. Cal. Civil L.R. 5-1, that the concurrence to the filing of this document has been obtained from each signatory hereto.

Dated: June 11, 2026

By: */s/ Lexi J. Hazam*