# EXHIBIT A

# JORSTAD
## INCORPORATED
### CERTIFIED
### PUBLIC
### ACCOUNTANT

**Timothy J Jorstad**
**Curriculum Vitae**

| | | |
|---|---|---|
| **Military Service** | 1970 - 1972 | **United States Army**<br>**Rank:  Sergeant E-5**<br>**Stationed:  Garmisch-Partenkirchen, West Germany**<br>**Honorably Discharged: April 12, 1972** |
| **Education** | 1972 - 1973 | **American College of Barcelona**<br>**Barcelona, Spain** |
| | 1973 - 1975 | **University of Northern Colorado**<br>**Greeley, Colorado**<br>**Bachelor of Science - Accounting - Summa Cum Laude** |
| | 1977 - 1981 | **Golden Gate University**<br>**San Francisco, California**<br>**Masters of Business Administration - Taxation** |
| **Work Experience** | 1975 - 1978 | **Main Hurdman, Certified Public Accountants**<br>**San Francisco, California  - Senior Tax Specialist** |
| | 1978 - 1980 | **Armstrong, Bastow & Potter**<br>**Certified Public Accountants**<br>**San Jose, California - Manager - Taxation** |
| | 1980 - 1982 | **Osterlund Enterprises, Inc. & Osterlund Racing, Inc.**<br>**Los Gatos, California**<br>**Land Development/Home Building / NASCAR Racing (Dale Earnhardt, Driver)**<br>**Executive Vice President, CFO, COO, Director** |
| | 1982 - 1985 | **Mustola Jorstad Incorporated**<br>**Certified Public Accountants**<br>**Sausalito, California - Shareholder, Director of Taxation** |
| | 1985 - Present | **Jorstad Incorporated, Certified Public Accountants**<br>**San Rafael, California**<br>**Sole Shareholder, Business, financial and income tax specialist.  Industry concentrations:  Music, Real Estate & Personal Service.** |
| | 1989 - 2004 | **Business Bancorp. (Business Bank of California)**<br>**San Rafael, California**<br>**Chairman of the Board, Founding Shareholder & Organizer**<br>**Chairman - Directors' Loan Committee**<br>**Member - Audit, Insurance and Marketing Committees** |
| | 2005 - 2019 | **AltaPacific Bank**<br>**San Rosa, California**<br>**Chairman of the Board, Founding Shareholder & Organizer** |
| | 2014 - 2021 | **Private Ocean, LLC - Partner**<br>**San Rafael, CA**<br>**Wealth Management & Financial Planning**<br>**Sold to NFP - December 31, 2021** |
| | 2020 - Present | **PG&E Fire Victim Trust**<br>**San Francisco, California**<br>**Chief Financial Officer**<br>**Trust Assets of $14.5 Billion +** |
| | 2025 - Present | **Maui Individual Fire Victim Fund**<br>**Lahaina, Maui**<br>**Chief Financial Officer**<br>**Fund Assets of $4.0 Billion** |
| | 2022 - Present | **Jyzen Labs**<br>**Mill Valley, California**<br>**Founder** |

1000 FOURTH ST · SUITE 375
SAN RAFAEL CA 94901
415·459·6622
FAX 415·459·6104
EMAIL tim@jorstad.com

## Timothy J Jorstad
### Curriculum Vitae

**Expert Witness Work**
**Experience**

1985 - Present    <u>Receiver for Superior Courts of Marin,</u>
<u>San Francisco and Mendocino Counties.</u>
Responsibilities included management of business
operations in the areas of real estate development
and management, lodging, restaurant & bar facilities.
Duties included management of business cash
flow, preparation of all financial reports to the
Courts, initiation and defense of law suits,
eviction of tenants, rehabilitation of rental properties,
refinancing and sale of rental properties, lease
negotiations and participation in settlement
discussions among owners, attorneys and The Court.

1985 - Present    <u>Expert Witness</u>
Qualified as an expert witness before the Marin
and San Francisco County Superior Courts
approximately fifty times.
Provided expert testimony in judicial and jury
trials, mediation and arbitration in the areas of
family law property settlement and support matters,
business disputes, lost income claims due to
misrepresentation and personal injuries, contract
compliance disputes and income tax issues including
trust and estate matters regarding fiduciary duties,
accountings, and tax matters

**Music Clients Served**    Grateful Dead, Carlos Santana, John Lee Hooker,
Jimi Hendrix Estate, Doobie Brothers, Journey,
Jefferson Airplane, Jefferson Starship, Greg
Kihn Band, The Storm, Steve Miller Band,
Sy Klopps, Common Sense, Grace Slick, Jerry Garcia
George Winston, Nightranger, Eric Martin,
Mr. Big, Kenny Loggins.

**Publications**    None

**Organizations**    American Institute of Certified Public
Accountants - 1978 to Present

California Society of Certified Public
Accountants - 1978 to Present

State of California - May 19, 1978
Certificate Number 26083E

Professional Fiduciary Association of California
July 11, 2014 to Present

