UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION | Case No. 4:22-MD-03047-YGR<br><br>MDL No. 3047 |
| This Document Relates to:<br><br>ALL ACTIONS | **[PROPOSED] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION TO APPOINT A CERTIFIED PUBLIC ACCOUNTANT AND APPROVE COMMON BENEFIT ASSESSMENT DIVISION** |

Pursuant to Civl Local Rule 7-11, the Court grants the Personal Injury and School District Plaintiffs' Administrative Motion and 1) appoints Certified Public Accountant Timothy J Jorstad of Jorstad Incorporated as the Administrator of the Social Media Fee Account and Social Media Expense Account; and 2) approves the division of the 10% common benefit assessment division of 9% for attorneys' fees and 1% for costs.

**IT IS SO ORDERED.**

DATED: _____, 2026

_____
YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT JUDGE

3513930.1

[PROPOSED] ORDER RE: PLAINTIFFS'
ADMINISTRATIVE MOTION
CASE NO. 4:22-MD-03047-YGR