Michael M. Weinkowitz (PA Id. 76033)
**GIBBS MURA LLP**
1111 Broadway, Suite 2100
Oakland, California 94607
(510) 350-9700 (tel.)
(510) 350-9701 (fax)
mweinkowitz@classlawgroup.com

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION | No. 4:22-MD-3047-YGR<br><br>MDL No. 3047 |
| This Document Relates to:<br><br>ALL ACTIONS | **NOTICE OF CHANGE OF FIRM AFFILIATION**<br><br>Judge: Hon. Yvonne Gonzalez Rogers |

TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE THAT Michael M. Weinkowitz, formerly with Levin Sedran & Berman, LLP, is now affiliated with the law firm GIBBS MURA LLP. The updated contact information for the undersigned counsel is as follows:

Michael M. Weinkowitz
GIBBS MURA LLP
1111 Broadway, Suite 2100
Oakland, CA 94607
Telephone: (510) 929-4197
Facsimile: (510) 350-9701
Email: mweinkowitz@classlawgroup.com

Please amend your service list and direct further communications accordingly.

Dated:  June 11, 2026                    Respectfully submitted,

                                         */s/ Michael M. Weinkowitz*

                                         Michael M. Weinkowitz
                                         **GIBBS MURA LLP**
                                         1111 Broadway, Suite 2100
                                         Oakland, CA 94607
                                         Telephone: 510-929-4197
                                         mweinkowitz@classlawgroup.com

- 2 -

NOTICE OF CHANGE OF FIRM AFFILIATION