[*Parties and Counsel Listed on Signature Pages*]

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION

THIS DOCUMENT RELATES TO:

*People of the State of California, et al. v. Meta Platforms, Inc., et al.*

MDL No. 3047

Case Nos. 4:22-md-03047-YGR-PHK
4:23-cv-05448-YGR

**META AND STATE AGS' UPDATED STIPULATION AND [PROPOSED] ORDER REGARDING PRETRIAL SCHEDULE**

Judge: Hon. Yvonne Gonzalez Rogers

Magistrate Judge: Hon. Peter H. Kang

Pursuant to the Court's instructions at the May 27, 2026 First Pretrial Conference, the undersigned Parties jointly stipulate and agree, subject to the Court's approval, to the updated pretrial schedule identified herein for the first AG trial.  In support thereof, the Parties state as follows:

**WHEREAS** the Parties have been working diligently and in good faith and have previously agreed to proposed pretrial schedules submitted to the Court on April 7, 2026 (ECF 2925), April 30, 2026 (ECF 3003), and May 22, 2026 (ECF 3066-1), respectively.

**WHEREAS** the Court instructed the Parties to submit an updated pretrial schedule containing the deadlines entered during the First Pretrial Conference on May 27, 2026.

**NOW THEREFORE** the Parties, through their undersigned counsel, hereby stipulate, agree, and respectfully request that the Court enter an Order adopting the updated pretrial schedule, as set forth below, as may be modified and approved by the Court.

### PRETRIAL SCHEDULE

| DEADLINE | Date |
|---|---|
| AGs FILE PRELIMINARY TRIAL WITNESS LIST FOR TRIAL PLANNING PURPOSES | March 31, 2026 |
| META FILES PRELIMINARY TRIAL WITNESS LIST FOR TRIAL PLANNING PURPOSES | April 24, 2026 |
| FIRST PRETRIAL CONFERENCE | May 27, 2026 at 1 p.m. PST |
| EXCHANGE PROPOSED ADDITIONAL QUESTIONS FOR JUROR'S SURVEY MONKEY QUESTIONNAIRE | May 27, 2026 |
| EXCHANGE LISTS OF MOTIONS IN LIMINE | May 29, 2026 |
| EXCHANGE LISTS OF EXPERTS (AND/OR SPECIFIC EXPERT OPINIONS) PARTIES WILL WITHDRAW | June 2, 2026 |
| EXCHANGE OPENING MOTIONS IN LIMINE[1] | June 3, 2026 |
| EXCHANGE PRIORITY DEPOSITION DESIGNATIONS[2] | June 4, 2026 |
| AGs FILE LIST OF ACTIONABLE MISREPRESENTATIONS WITH CATEGORIES | June 4, 2026 |
| FILE FOLLOW-UP MATERIALS ON AGs' MOTION TO STRIKE (ECF 3056) | June 4, 2026 |
| EXCHANGE EXHIBIT LISTS[3] | June 5, 2026 |
| FILE OPENING MOTIONS IN LIMINE[4] | June 9, 2026 |
| EXCHANGE OBJECTIONS TO PRIORITY DEPOSITION DESIGNATIONS AND COUNTER-DESIGNATIONS | June 12, 2026 |

[1] The Parties shall meet and confer shortly after the exchange of motions (and lists of withdrawn experts/opinions) to explore the potential resolution of issues in advance of further briefing.

[2] The Parties shall exchange priority deposition designations in an agreed-upon format. The Parties shall meet and confer on a process to exchange further deposition designations, counter-designations, counter-counter designations, and objections, and to submit disputes regarding any such further objections (or regarding discovery designations), on a rolling basis in advance of their anticipated use at trial.

[3] Produced documents shall include Bates ranges, a description, and a sponsoring witness. Scholarly materials shall include the author, title, journal name, and a sponsoring witness. All other exhibits shall include a description, date, and sponsoring witness.

[4] Each side is limited to 5 motions in limine. Each side may file 50 pages total for opening briefs, and 50 pages total for oppositions, to be divided among the 5 motions. These motions are inclusive of any remaining Rule 702 motions, including those subject to the deadlines set forth in ECF 2901, which are hereby vacated. Each expert for whom a side files a Rule 702 motion shall count as one of that side's 5 motions in limine.

META AND STATE AGS' UPDATED STIPULATION AND [PROPOSED] ORDER REGARDING PRETRIAL SCHEDULE
Case Nos. 4:22-md-03047-YGR-PHK; 4:23-cv-05448-YGR

| DEADLINE | Date |
|---|---|
| EXCHANGE PROPOSED STATEMENT OF THE CASE, JURY INSTRUCTIONS, VERDICT FORMS AND/OR SPECIAL INTERROGATORIES TO THE JURY | June 12, 2026 |
| EXCHANGE DISCOVERY DESIGNATIONS (INTERROGATORY ANSWERS AND RESPONSES TO REQUESTS FOR ADMISSION) | June 12, 2026 |
| AGS FILE PRELIMINARY REDUCED LIST OF ACTIONABLE MISREPRESENTATIONS | June 15, 2026 |
| EXCHANGE COMMENTS ON PROPOSED JURY INSTRUCTIONS, VERDICT FORMS AND/OR SPECIAL INTERROGATORIES TO THE JURY | June 16, 2026 |
| FILE PROPOSED/DISPUTED ADDITIONAL QUESTIONS FOR JUROR'S SURVEY MONKEY QUESTIONNAIRE[5] AND SUBMIT LIST OF ALL INDIVIDUALS INVOLVED IN TRIAL[6] | June 17, 2026 |
| FILE MOTIONS IN LIMINE OPPOSITIONS | June 17, 2026 |
| FILE PRELIMINARY TRIAL WITNESS[7] AND EXHIBIT[8] LISTS | June 17, 2026 |
| META'S MOTIONS TO SEAL RE MSJ FILINGS (AS AMENDED) AND ALTER/IYER RULE 702 MOTIONS | June 17, 2026 |
| EXCHANGE EXHIBITS (EXCLUDING DOCUMENTS PREVIOUSLY PRODUCED AND SCHOLARLY ARTICLES) | June 18, 2026 |
| EXCHANGE PROPOSED TRIAL STIPULATIONS | June 18, 2026 |
| DELIVER MOTION IN LIMINE BINDER | June 18, 2026 by 12 p.m. PST |
| EXCHANGE OBJECTIONS TO PRIORITY COUNTER-DESIGNATIONS AND COUNTER-COUNTER DESIGNATIONS | June 18, 2026 |
| EXCHANGE OBJECTIONS TO PRIORITY COUNTER-COUNTER DESIGNATIONS | June 23, 2026 |
| COMPLIANCE DEADLINE TO MEET AND CONFER RE PUBLIC POSTING OF ADMITTED TRIAL EXHIBITS | June 26, 2026 |
| LODGE COPY OF ALL EXPERT DISCLOSURES[9] | June 26, 2026 |
| COMPLETE ARRANGEMENTS WITH COURT REPORTER COORDINATOR | June 26, 2026 |
| SECOND PRETRIAL CONFERENCE (INCLUDING HEARING ON MOTIONS IN LIMINE) | June 26, 2026 at 8 a.m. PST |

---

[5] Each side may propose five additional questions for inclusion in the juror questionnaire.

[6] This list shall be limited to the attorneys, paralegals, staff, or witnesses the Parties anticipate will be physically present in the courtroom during trial.

[7] The Parties' preliminary witness lists shall indicate which witnesses they intend to call live and which they intend to call by designation as well as the scope of their anticipated testimony. The list shall identify by an asterisk whether the witness listed is viewed as a primary witness or only included as a precautionary measure. The AGs need not refile their preliminary list.

[8] Exhibit lists shall only include documents that a Party in good faith believes it may use at trial. They need not include documents that may be used only for impeachment. The Parties shall meet and confer on a process to submit any disputes regarding objections to exhibits prior to their expected introduction.

[9] The Parties shall lodge binders containing all expert disclosures and each expert's report and C.V. in alphabetical order.

3

META AND STATE AGS' UPDATED STIPULATION AND [PROPOSED] ORDER REGARDING PRETRIAL SCHEDULE
Case Nos. 4:22-md-03047-YGR-PHK; 4:23-cv-05448-YGR

| DEADLINE | Date |
|---|---|
| FILE DISPUTED PRIORITY DEPOSITION DESIGNATIONS[10] | June 30, 2026 |
| EXCHANGE OBJECTIONS TO DISCOVERY DESIGNATIONS | June 30, 2026 |
| FILE PROPOSED STATEMENT OF THE CASE, JURY INSTRUCTIONS, AND VERDICT FORMS AND/OR SPECIAL INTERROGATORIES TO THE JURY | July 2, 2026 |
| DELIVER TRIAL READINESS BINDERS | July 2, 2026 by 12 p.m. PST |
| FILE UPDATED TRIAL WITNESS LISTS[11] | July 9, 2026 |
| AGS FILE FINAL LIST OF ACTIONABLE MISREPRESENTATIONS | July 15, 2026 |
| FILE PROPOSED TRIAL STIPULATIONS | July 13, 2026 |
| FINAL PRETRIAL CONFERENCE | July 17, 2026 at 10 a.m. PST |
| FILE UPDATED TRIAL EXHIBIT LISTS | July 23, 2026 |
| LAST DAY TO REQUEST USE OF ELECTRONIC EQUIPMENT | July 24, 2026 |
| DELIVER DEPOSITIONS TO BE USED AT TRIAL | July 27, 2026 |
| PROVIDE FINAL EXHIBITS TO COURT | July 31, 2026 by 5 p.m. PST |
| PROPOSED FINDINGS OF FACT AND CONCLUSIONS OF LAW | July 31, 2026 |
| JURY SELECTION | August 12, 2026 at 8 a.m. PST |
| START OF TRIAL | August 17, 2026 at 8 a.m. PST |
| UPDATED PROPOSED FINDINGS OF FACT AND CONCLUSIONS OF LAW (ANNOTATED WITH CITATIONS TO SUPPORTING EVIDENCE) | September 8, 2026 |
| FINAL UPDATED FINDINGS OF FACT AND CONCLUSIONS OF LAW | October 5, 2026[12] |

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: _____

_____
YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT JUDGE

---

[10] The Parties shall submit no more than 6 pages of disputed excerpts.

[11] The Parties' updated witness lists shall comply with the requirements of Paragraph 3.c-d of the Court's Standing Order Re: Pretrial Instructions in Civil Cases.

[12] Or one week after the conclusion of the liability phase of trial, whichever is earlier.

4

META AND STATE AGS' UPDATED STIPULATION AND [PROPOSED] ORDER REGARDING PRETRIAL SCHEDULE
Case Nos. 4:22-md-03047-YGR-PHK; 4:23-cv-05448-YGR

Dated: <mark>May XX</mark>, 2026

Respectfully submitted,

By:  /s/ Megan O'Neill

**ROB BONTA**
Attorney General
State of California

Nicklas A. Akers (CA SBN 211222)
Senior Assistant Attorney General
Bernard Eskandari (SBN 244395)
Emily Kalanithi (SBN 256972)
Supervising Deputy Attorneys General
Nayha Arora (CA SBN 350467)
Megan O'Neill (CA SBN 343535)
Joshua Olszewski-Jubelirer (CA SBN 336428)
Brendan Ruddy (CA SBN 297896)
Deputy Attorneys General
California Department of Justice
Office of the Attorney General
455 Golden Gate Ave., Suite 11000
San Francisco, CA 94102-7004
Phone: (415) 510-4400
Fax: (415) 703-5480
Megan.Oneill@doj.ca.gov

*Attorneys for Plaintiff the People of the State of California*

**PHILIP J. WEISER**
Attorney General
State of Colorado

*/s/ Krista Batchelder*
Krista Batchelder, CO Reg. No. 45066,
*pro hac vice*
Deputy Solicitor General
Shannon Stevenson, CO Reg. No. 35542, *pro hac vice*
Solicitor General
Elizabeth Orem, CO Reg. No. 58309, *pro hac vice*
Assistant Attorney General
Colorado Department of Law
Ralph L. Carr Judicial Center

META AND STATE AGS' UPDATED STIPULATION AND [PROPOSED] ORDER REGARDING PRETRIAL SCHEDULE
Case Nos. 4:22-md-03047-YGR-PHK; 4:23-cv-05448-YGR

Consumer Protection Section
1300 Broadway, 7th Floor
Denver, CO 80203
Phone: (720) 508-6651
krista.batchelder@coag.gov
Shannon.stevenson@coag.gov
Elizabeth.orem@coag.gov

*Attorneys for Plaintiff State of Colorado, ex rel.*
*Philip J. Weiser, Attorney General*

**RUSSELL COLEMAN**
Attorney General
Commonwealth of Kentucky

*/s/ Philip Heleringer*
J. Christian Lewis (KY Bar No. 87109),
*Pro hac vice*
Philip Heleringer (KY Bar No. 96748),
*Pro hac vice*
Zachary Richards (KY Bar No. 99209),
*Pro hac vice*
Daniel I. Keiser (KY Bar No. 100264),
*Pro hac vice*
Matthew Cocanougher (KY Bar No. 94292),
*Pro hac vice*
Assistant Attorneys General
1024 Capital Center Drive, Suite 200
Frankfort, KY 40601
CHRISTIAN.LEWIS@KY.GOV
PHILIP.HELERINGER@KY.GOV
ZACH.RICHARDS@KY.GOV
DANIEL.KEISER@KY.GOV
MATTHEW.COCANOUGHER@KY.GOV
Phone: (502) 696-5300
Fax: (502) 564-2698

*Attorneys for Plaintiff the Commonwealth of Kentucky*

META AND STATE AGS' UPDATED STIPULATION AND [PROPOSED] ORDER REGARDING PRETRIAL
SCHEDULE
Case Nos. 4:22-md-03047-YGR-PHK; 4:23-cv-05448-YGR

**JENNIFER DAVENPORT**
Attorney General
State of New Jersey

*/s/ Kashif T. Chand*
Kashif T. Chand (NJ Bar No. 016752008),
*Pro hac vice*
Assistant Attorney General
Thomas Huynh (NJ Bar No. 200942017),
*Pro hac vice*
Assistant Section Chief, Deputy Attorney General
Verna J. Pradaxay (NJ Bar No. 335822021),
*Pro hac vice*
Mandy K. Wang (NJ Bar No. 373452021),
*Pro hac vice*
Deputy Attorneys General
New Jersey Office of the Attorney General,
Division of Law
124 Halsey Street, 5th Floor
Newark, NJ 07101
Tel: (973) 648-2052
Kashif.Chand@law.njoag.gov
Thomas.Huynh@law.njoag.gov
Verna.Pradaxay@law.njoag.gov
Mandy.Wang@law.njoag.gov

*Attorneys for Plaintiffs  Jennifer Davenport, Attorney General for the State of New Jersey, and Jeremy Hollander, Acting Director of the New Jersey Division of Consumer Affairs*

META AND STATE AGS' UPDATED STIPULATION AND [PROPOSED] ORDER REGARDING PRETRIAL SCHEDULE
Case Nos. 4:22-md-03047-YGR-PHK; 4:23-cv-05448-YGR

By:  */s/ Ashley M. Simonsen*

**COVINGTON & BURLING LLP**

Ashley M. Simonsen, SBN 275203
COVINGTON & BURLING LLP
1999 Avenue of the Stars
Los Angeles, CA 90067
Telephone: (424) 332-4800
Facsimile: + 1 (424) 332-4749
Email: asimonsen@cov.com

Phyllis A. Jones, *pro hac vice*
Paul W. Schmidt, *pro hac vice*
Timothy C. Hester, *pro hac vice*
COVINGTON & BURLING LLP
One City Center
850 Tenth Street, NW
Washington, DC 20001-4956
Telephone: + 1 (202) 662-6000
Facsimile: + 1 (202) 662-6291
Email: pajones@cov.com

*Attorneys for Defendants Meta Platforms, Inc. and Instagram, LLC*

**DAVIS POLK & WARDWELL LLP**

James P. Rouhandeh, *pro hac vice*
Antonio J. Perez-Marques, *pro hac vice*
Caroline Stern, *pro hac vice*
Corey M. Meyer, *pro hac vice*
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4000
Facsimile: (212) 701-5800
rouhandeh@davispolk.com
antonio.perez@davispolk.com
caroline.stern@davispolk.com
corey.meyer@davispolk.com

META AND STATE AGS' UPDATED STIPULATION AND [PROPOSED] ORDER REGARDING PRETRIAL
SCHEDULE
Case Nos. 4:22-md-03047-YGR-PHK; 4:23-cv-05448-YGR

## **SIGNATURE CERTIFICATION**

Under Civ. L.R. 5-1(h)(3), I, _____, hereby attest that all signatories listed, and on whose behalf the filing is submitted, concur in this filing's content and have authorized this filing.

DATED: <mark>May XX</mark>, 2026                          */s/ DRAFT* _____

META AND STATE AGS' UPDATED STIPULATION AND [PROPOSED] ORDER REGARDING PRETRIAL
SCHEDULE
Case Nos. 4:22-md-03047-YGR-PHK; 4:23-cv-05448-YGR