UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

**UNITED STATES OF AMERICA,**

        **PLAINTIFF,**

        **VS.**

**RAY GARCIA,**

        **DEFENDANT.**

CASE NO.: 21-CR-0429 YGR

**PARTY CERTIFICATION RE EXHIBITS DELIVERED TO JURY**

I have reviewed the exhibits which will be submitted to the jury and confirm that they represent only those exhibits admitted into evidence during the course of the trial.

(Party Name) _____      (Party Name) _____

_____      _____

    Signature (Plaintiff's Attorney)              Signature (Defense Attorney)

United States District Court
Northern District of California