Alicia Armstrong (PA Id. 334395)
**GIBBS MURA LLP**
1111 Broadway, Suite 2100
Oakland, California 94607
(510) 350-9700 (tel.)
(510) 350-9701 (fax)
 aarmstrong@classlawgroup.com

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION | No. 4:22-MD-3047-YGR<br><br>MDL No. 3047 |
| This Document Relates to:<br><br>ALL ACTIONS | **NOTICE OF CHANGE OF FIRM AFFILIATION**<br><br>Judge: Hon. Yvonne Gonzalez Rogers |

TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE THAT Alicia Armstrong, formerly with Levin Sedran & Berman, LLP, is now affiliated with the law firm GIBBS MURA LLP. The updated contact information for the undersigned counsel is as follows:

Alicia Armstrong
GIBBS MURA LLP
1111 Broadway, Suite 2100
Oakland, CA 94607
Telephone: (510) 350-9253
Facsimile: (510) 350-9701
Email: aarmstrong@classlawgroup.com

Please amend your service list and direct further communications accordingly.

Dated:  June 15, 2026

Respectfully submitted,

/s/ Alicia Armstrong

Alicia Armstrong (PA Id. 334395)
**GIBBS MURA LLP**
1111 Broadway, Suite 2100
Oakland, CA 94607
Telephone: (510) 350-9253
aarmstrong@classlawgroup.com

- 2 -

NOTICE OF CHANGE OF FIRM AFFILIATION