Ashley M. Simonsen (Bar No. 275203)
COVINGTON & BURLING LLP
1999 Avenue of the Stars
Los Angeles, California 90067
Telephone: (424) 332-4800
Facsimile: (424) 332-4749
Email: asimonsen@cov.com

*Attorneys for Defendants Meta Platforms, Inc.
f/k/a Facebook, Inc. and Instagram, LLC*

*[Additional parties and counsel listed on
signature pages]*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates To:<br><br>*People of the State of California, et al. v. Meta Platforms, Inc., et al.* | MDL No. 3047<br><br>Case No.: 4:22-md-03047-YGR<br>                    4:23-cv-05448-YGR<br><br>**SEALING STIPULATION REGARDING EXHIBITS (ECF 3092) TO STATE AGS' MOTION FOR RELIEF FROM NONDISPOSITIVE PRETRIAL ORDER OF MAGISTRATE (ECF 3091)**<br><br>Judge: Hon. Yvonne Gonzalez Rogers<br>Magistrate Judge: Hon. Peter H. Kang |

Pursuant to Civil Local Rules 7-11 and 79-5, and this Court's Order Setting Sealing Procedures ("Sealing Protocol") (ECF 341), the State Attorneys General ("State AGs") and Defendants Meta Platforms, Inc. and Instagram, LLC ("Meta," and together with State AGs, the "Parties") submit this Sealing Stipulation Regarding Exhibits (ECF 3092) to State AGs' Motion for Relief from Nondispositive Pretrial Order of Magistrate (ECF 3091) (the "Motion").

Consistent with the Parties' sealing stipulations, motions, or notices with respect to the underlying joint letter briefing, exhibits thereto, and orders thereon (*see* ECF 2506, 2633, 2647, 2675, 2930, 3070)—which, to the extent acted on by the Court, have been granted (*see* ECF 2526, 3074, 3113)—Meta seeks to seal only the names of non-executive Meta employees appearing on the exhibits to the Motion who were not deposed in this action or the related JCCP 5255, as well as other non-party PII.  The State AGs do not oppose the redactions to these materials at this juncture, but reserve the right to move to unseal these names for the purposes of trial or should the documents be publicly disclosed.  The Parties agree that exhibits to the State AGs' Motion otherwise need not be maintained under seal.

The chart below sets forth Meta's proposed redactions, which are undisputed.  Pursuant to the Sealing Protocol and CMO 28,[1] a Proposed Order implementing this stipulation and redacted copies of the exhibits are filed herewith.

| Filing | Portion to be Redacted/Sealed | Basis for Sealing | Whether Previously Sealed |
|---|---|---|---|
| Motion for Relief from Nondispositive Pretrial Order of Magistrate, Exhibit A (ECF 3092-2, ECF 3092-3) META3047MDL-111-00468706 | Names and PII of non-executive employees appearing on pages META3047MDL-111-00468706 – 8718 (PDF pp. 1-13), as shown in the redacted version of this document filed at ECF 3092-3 | There is good cause to seal the names of non-executive employees to protect their privacy interests.  *See, e.g.*, *Murphy v. Kavo Am. Corp.*, 2012 WL 1497489, at *1 (N.D. Cal. Apr. 27, 2012) (Gonzalez Rogers, J.) (granting motion to seal "employee-identifying information" because "[e]mployees and former employees who | This Court has previously granted motions to seal the names and PII of non-executive employees to protect their privacy. *See* ECF 189, 735, 1465, 1619, 2526, 2748.  The Court previously sealed some of the same names and PII of non-executive employees appearing in this document.  *See* ECF 3074. |

---

[1] In CMO 28, the Court directed the Parties to unseal information "immediately once the parties agree that a document, or information redacted from a document, should not be sealed."  ECF 2336 at 2.

2

SEALING STIPULATION REGARDING EXHIBITS (ECF 3092) TO STATE AGS' MOTION FOR RELIEF FROM NONDISPOSITIVE PRETRIAL ORDER OF MAGISTRATE (ECF 3091)
4:22-md-03047-YGR, 4:23-cv-05448-YGR

| | | | |
|---|---|---|---|
| | | are not parties to this litigation have privacy interests in their personnel information, and in other sensitive identifying information"); *see also, e.g., Am. Auto. Ass'n of N. California, Nevada & Utah v. Gen. Motors LLC*, 2019 WL 1206748, at *2-3 (N.D. Cal. Mar. 14, 2019); *Opperman v. Path, Inc.*, 2017 WL 1036652, at *4 (N.D. Cal. Mar. 17, 2017); *Hunt v. Cont'l Cas. Co.*, 2015 WL 5355398, at *2 (N.D. Cal. Sept. 14, 2015); *see also* Declaration of Andre Suite (ECF 1850-1) ¶¶ 2–4. | |
| Motion for Relief from Nondispositive Pretrial Order of Magistrate, Exhibit B (ECF 3092-4)<br><br>META3047MDL-301-00001048 | PII appearing at META3047MDL-301-00001065 – 1067 (PDF pp. 18-20)<br><br>Names and PII of non-executive employees appearing at -1076 (PDF p. 29) | See above.<br><br>This document also contains private information of non-parties that are irrelevant to the issues under dispute and would invade their privacy interests if disclosed. There is good cause to seal such information. *See AAA of N. Cal., Nev. & Utah v. GM LLC*, 2019 WL 1206748, at *2 (N.D. Cal. Mar. 14, 2019) (on summary judgment, sealing "[PII] of third-party individuals" to protect privacy and other interests under the higher compelling reasons standard); *Opperman v. Path, Inc.*, 2017 WL 1036652, at *4 (N.D. Cal. Mar. 17, 2017) (on summary judgment, | The Parties previously agreed to sealing of PII and non-executive employee names/PII in this same document. *See* ECF 2930-1. |

3

| | | | |
|---|---|---|---|
| | | sealing names of non-parties under compelling reasons standard); *Zeiger v. WellPet LLC*, 526 F. Supp. 3d 652, 699 (N.D. Cal. 2021) (same); *Hunt v. Cont'l Cas. Co.*, 2015 WL 5355398, at *2 (N.D. Cal. Sept. 14, 2015) (sealing names because disclosure "implicates important privacy concerns of nonparties— whose names are not relevant to the disposition of this case"); *see also* Declaration of Andre Suite (ECF 1850-1) ¶¶ 2–4 | |
| Motion for Relief from Nondispositive Pretrial Order of Magistrate, Exhibit C (ECF 3092-5)  META3047MDL-301-00001093 | PII appearing at META3047MDL-301-00001112 – 1114 (PDF pp. 20-22)  Names and PII of non-executive employees appearing at -1110 (PDF p. 18) | See above | The Parties previously agreed to sealing of PII and non-executive employee names/PII in this same document. *See* ECF 2930-1. |
| Motion for Relief from Nondispositive Pretrial Order of Magistrate, Exhibit D (ECF 3092-6)  META3047MDL-301-00001137 | PII appearing at META3047MDL-301-00001154 – 1155, -1158 (PDF pp. 18, 19, 22)  Names and PII of non-executive employees appearing at -1163, -1172 (PDF pp. 27, 36) | See above | The Parties previously agreed to sealing of PII and non-executive employee names/PII in this same document. *See* ECF 2930-1. |
| Motion for Relief from Nondispositive Pretrial Order of Magistrate, Exhibit E (ECF 3092-7, ECF 3092-8) | Names of non-executive employees appearing at PDF pp. 1-3, as shown in the redacted version of this document filed at ECF 3092-8. | See above | This Court has previously granted motions to seal the names of non-executive employees to protect their privacy.  *See* ECF 189, 735, 1465, 1619, 2526, 2748.  The Court previously sealed the non-executive employee names appearing in this |

| | | | document. *See* ECF 3113. |
|---|---|---|---|
| | | | |

**IT IS SO STIPULATED AND AGREED.**

DATED:  June 15, 2026

Respectfully submitted,

By:     */s/ Ashley M. Simonsen*

Ashley M. Simonsen (Bar No. 275203)
COVINGTON & BURLING LLP
1999 Avenue of the Stars
Los Angeles, California 90067
Telephone: (424) 332-4800
Facsimile: (424) 332-4749
Email: asimonsen@cov.com

Paul W. Schmidt (*pro hac vice*)
Timothy C. Hester  (*pro hac vice*)
COVINGTON & BURLING LLP
One City Center
850 Tenth Street, NW
Washington, DC 20001-4956
Telephone: (202) 662-6000
Facsimile: (202) 662-6291
Email: pschmidt@cov.com
Email: thester@cov.com

*Attorneys for Defendants Meta Platforms, Inc.*
*f/k/a Facebook, Inc. and Instagram, LLC*

**ROB BONTA**
Attorney General
State of California

By: */s/ Samantha Beckett*
Nicklas A. Akers (CA SBN 211222)
Senior Assistant Attorney General
Bernard Eskandari (SBN 244395)
Emily Kalanithi (SBN 256972)
Supervising Deputy Attorneys General
Nayha Arora (CA SBN 350467)

David Beglin (CA SBN 356401)
Megan O'Neill (CA SBN 343535)
Joshua Olszewski-Jubelirer (CA SBN 336428)
Samantha Beckett (CA SBN 308456)
Brendan Ruddy (CA SBN 297896)
Deputy Attorneys General
California Department of Justice
Office of the Attorney General
455 Golden Gate Ave., Suite 11000
San Francisco, CA 94102-7004
Phone: (415) 510-4400
Fax: (415) 703-5480
Samantha.Beckett@doj.ca.gov

*Attorneys for Plaintiff the People of the State of California*

**PHILIP J. WEISER**
Attorney General
State of Colorado
By:  */s/ Krista Batchelder*
Krista Batchelder, CO Reg. No. 45066, *pro hac vice*
Deputy Solicitor General
Shannon Stevenson, CO Reg. No. 35542, *pro hac vice*
Solicitor General
Elizabeth Orem, CO Reg. No. 58309, *pro hac vice*
Assistant Attorney General
Colorado Department of Law
Ralph L. Carr Judicial Center
Consumer Protection Section
1300 Broadway, 7th Floor
Denver, CO 80203
Phone: (720) 508-6651
jason.slothouber@coag.gov
krista.batchelder@coag.gov
Shannon.stevenson@coag.gov
Elizabeth.orem@coag.gov

*Attorneys for Plaintiff State of Colorado, ex rel. Philip J. Weiser, Attorney General*

**RUSSELL COLEMAN**
Attorney General
Commonwealth of Kentucky

By:  */s/ Christian Lewis*
J. Christian Lewis (KY Bar No. 87109),
*Pro hac vice*
Philip Heleringer (KY Bar No. 96748),
*Pro hac vice*
Zachary Richards (KY Bar No. 99209),
*Pro hac vice*
Daniel I. Keiser (KY Bar No. 100264),
*Pro hac vice*
Matthew Cocanougher (KY Bar No. 94292),
*Pro hac vice*
Assistant Attorneys General
1024 Capital Center Drive, Suite 200
Frankfort, KY 40601
CHRISTIAN.LEWIS@KY.GOV
PHILIP.HELERINGER@KY.GOV
ZACH.RICHARDS@KY.GOV
DANIEL.KEISER@KY.GOV
MATTHEW.COCANOUGHER@KY.GOV
Phone: (502) 696-5300
Fax: (502) 564-2698

*Attorneys for Plaintiff the Commonwealth of Kentucky*

**MATTHEW J. PLATKIN**
Attorney General
State of New Jersey

By:  */s/ Kashif T. Chand*
Kashif T. Chand (NJ Bar No. 016752008),
*Pro hac vice*
Attorney General
Thomas Huynh (NJ Bar No. 200942017),
*Pro hac vice*
Assistant Section Chief, Deputy Attorney General
Verna J. Pradaxay (NJ Bar No. 335822021),
*Pro hac vice*
Mandy K. Wang (NJ Bar No. 373452021),
*Pro hac vice*
Deputy Attorneys General
New Jersey Office of the Attorney General, Division of Law
124 Halsey Street, 5th Floor
Newark, NJ 07101
Tel: (973) 648-2052

7

Kashif.Chand@law.njoag.gov
Thomas.Huynh@law.njoag.gov
Verna.Pradaxay@law.njoag.gov
Mandy.Wang@law.njoag.gov

*Attorneys for Plaintiffs New Jersey Attorney General and the New Jersey Division of Consumer Affairs Matthew J. Platkin, Attorney General for the State of New Jersey, and Elizabeth Harris, Acting Director of the New Jersey Division of Consumer Affairs*

SEALING STIPULATION REGARDING EXHIBITS (ECF 3092) TO STATE AGS' MOTION FOR RELIEF FROM NONDISPOSITIVE PRETRIAL
ORDER OF MAGISTRATE (ECF 3091)
4:22-md-03047-YGR, 4:23-cv-05448-YGR

**ATTESTATION**

I, Ashley M. Simonsen, hereby attest, pursuant to N.D. Cal. Civil L.R. 5-1, that concurrence to the filing of this document has been obtained from each signatory hereto.


Dated: June 15, 2026

By: /s/ *Ashley M. Simonsen*

Ashley M. Simonsen

SEALING STIPULATION REGARDING EXHIBITS (ECF 3092) TO STATE AGS' MOTION FOR RELIEF FROM NONDISPOSITIVE PRETRIAL ORDER OF MAGISTRATE (ECF 3091)
4:22-md-03047-YGR, 4:23-cv-05448-YGR