# Leading on
# IG Youth Protections

A vision for leading the industry • IG Well-being + IG Trust

AC/Priv • IG Leadership Review • July 11, 2023

HIGHLY CONFIDENTIAL (COMPETITOR)

### Objectives

**Goals for today**

1. Review current landscape of IG youth protection and new regulatory environment

2. Align on vision & criteria for where IG should lead for youth protections

3. Align on opportunity areas for where to lead and the path to get there

**Non-Goals**

1. Detailed feedback on concepts

A/C Priv • 2

HIGHLY CONFIDENTIAL (COMPETITOR)

## Executive Summary

**Purpose**

- Across Meta, teams have been focused on defining and achieving youth industry practices by the end of 2023.

- With new insights from teens, parents and experts combined with changes across the regulatory landscape, we must develop a forward vision for youth protections on IG to guide our work and get ahead of regulations.

**Context**

- Historically, we focused on the Best Interests of the Child and prioritized teen autonomy in our solutions.

- With a majority of teens expressing some concern about their social media use and 98% of parents believing social media use is dangerous to under 18s (u18) with 4% believing IG is the most dangerous, we must increasingly help parents support their teens and increase our baseline protections for all youth.

- By taking an industry leading position, we believe we can ensure IG is the best place for teens to discover, create and connect, recognized by parents and policymakers as setting the highest bar for youth protections online.

**Recommendation**

- To decide where to lead across the five focus areas and their components, we recommend a 6-point decision framework

- We recommend IG lead in 1) Safety, 2) Age Appropriate Experiences, 3) Supervision (excludes Parental Consent), 4) Well-being (Bullying & Harassment and SSI & ED)

A/C Priv

A/C Priv • 3

HIGHLY CONFIDENTIAL (COMPETITOR)

META3047MDL-301-00001050



HIGHLY CONFIDENTIAL (COMPETITOR)                                                                    META3047MDL-301-00001051

CONTEXT · **BACKGROUND**

## Youth Protection on IG has never been more critical

**Teens & parents are worried about social media**

- More than half of global teens reported they were at least somewhat concerned about their social media use; 45% of early teens (13-15) were somewhat concerned and 11% were very concerned with their social media use

- A majority of US parents say they are worried that their child's use of social media could lead to problems with exposure to explicit content (71%), feeling pressured to act a certain way (59%), being bullied by others (54%), or anxiety or depression (53%)

**On IG, we must improve outcomes for teens & parents**

- Teens have higher prevalences of violating content than non-teens (1.4x-1.8x SWOP), driven by elevated levels of Bullying, SSI, Hate, Nudity, and VNI.

- 80% of guardians reported at least one main supervisory challenge.

**There is also a sea-change in the regulatory landscape**

- ~25 global regulations passed or are emerging stipulating youth protections.

- Regulators cite the US Surgeon General's advisory which emphasizes problematic use and appearance comparison and the American Academy of Pediatrics declaration of national emergency for children's mental health showing worsening trends in youth mental health

**This has material impact on our business and product, requiring a forward vision for youth protections on IG**

A/C Priv · S.

More Industry Data:.
- Scientific evidence suggests that harmful content exposure as well as excessive and problematic social media use are primary areas for concern.
- In May'23, the US Surgeon General issued an advisory (here) calling attention to the growing concerns about the effects of social media on youth mental health. It specifically calls out areas of concern including exposure to harmful content, excessive and problematic use and the need for guardrails for teens, and appearance comparison.
- 80% of US parents believe tech companies have a responsibility to protect children from inappropriate content (Pew, 2020)
- A majority of US parents say they are worried that their child's use of social media could lead to problems with exposure to explicit content (71%), feeling pressured to act a certain way (59%), being bullied by others (54%), or anxiety or depression (53%)
- Teens who spend more than 3 hours/day on social media face double the risk of poor mental health outcomes (source)
- 74% of US teens say social media sites are doing a fair or poor job addressing online harassment (source) while others are concerned about safety (source)
- CDC studies (here, here)

More teen data
- More than half of global teens reported they were at least somewhat concerned about their social media use; 45% early teens (13-15 yrs) were somewhat concerned and 11% were very concerned with their social media

HIGHLY CONFIDENTIAL (COMPETITOR)

use globally.
- 70-80% of teens believe social media gives them a space for connection and creativity but 32% worry about negative influence on people their age

HIGHLY CONFIDENTIAL (COMPETITOR)

CONTEXT · **BACKGROUND**

## Our position is shaped by input from stakeholders

Appendix Detail

**Teens**

Top concerns of social media apps among teens are contact from adult strangers (46%), bullying & harassment (46%), inappropriate behavior from others (44%) and too easy to share private information (43%).

**Parents & Guardians**

Guardian top concerns for their teens are contact from adult strangers (43%), age inappropriate content (41%), bullying & harassment (39%) and time spent on Instagram (27%).

**Regulators**

Regulations focus on age assurance, parental oversight, age appropriateness and data use. Members of Congress have introduced bills focused on youth with states jumping in and similar changes being proposed in other countries

**Meta Policy + Public Affairs**

PRIV

PRIV Our public affairs strategy focuses on improving trust among parents (*to be published within the month)

**x-Meta Youth**

Meeting industry practices means that PRIV

PRIV and are on par with or exceeding the standards set by major industry counterparts.

A/C Priv · 6

More Industry Data:.
- Scientific evidence suggests that harmful content exposure as well as excessive and problematic social media use are primary areas for concern.
- In May'23, the US Surgeon General issued an advisory (here) calling attention to the growing concerns about the effects of social media on youth mental health. It specifically calls out areas of concern including exposure to harmful content, excessive and problematic use and the need for guardrails for teens, and appearance comparison.
- 80% of US parents believe tech companies have a responsibility to protect children from inappropriate content (Pew, 2020)
- Teens who spend more than 3 hours/day on social media face double the risk of poor mental health outcomes (source)
- 74% of US teens say social media sites are doing a fair or poor job addressing online harassment (source) while others are concerned about safety (source)
- CDC studies (here, here)

More teen data
- More than half of global teens reported they were at least somewhat concerned about their social media use; 45% early teens (13-15 yrs) were somewhat concerned and 11% were very concerned with their social media use globally.
- 70-80% of teens believe social media gives them a space for connection and creativity but 32% worry about negative influence on people their age

HIGHLY CONFIDENTIAL (COMPETITOR)

META3047MDL-301-00001054

CONTEXT · **BACKGROUND**

# Our Youth Protection work spans 5 key Focus Areas

Aligned with xMeta Youth Industry Practices

Current State, Source

### Focus Area 1 – Safety
- Effectively reduce exposure of teens to harmful content and interactions
- Key components: Inappropriate interactions with children (IIC), Child Sexual Abuse Material (CSAM)

### Focus Area 2 – Age Appropriate Experiences
- Take a risk-based approach to recognising the age of users and apply appropriate safeguards
- Key components: Age-appropriate Content, Age Appropriate Defaults, Content Modeling, Content & Recommendation Controls, Messaging, Private Experiences

### Focus Area 3 – Well-being*
- Provide teens with resources to avoid experiences that may negatively impact their well-being
- Key components: Suicide and Self-Injury, Eating Disorder, Bullying & Harassment, Problematic Use (e.g. time spent, late night). *Within IG, this largely refers to the area of Mental Well-being

### Focus Area 4 – Supervision
- Build tools that enable guardians to better support their teens on the platform
- Key components: Parental consent, Parental supervision, Parental insights, Parental controls, Education Hub, Proactive Notifications

### Focus Area 5 – Age Assurance
- Age assurance as a prerequisite to becoming and account holder.
- Key components: Age collection, Age verification, Age modeling

A/C Priv · 7

HIGHLY CONFIDENTIAL (COMPETITOR)

META3047MDL-301-00001055



HIGHLY CONFIDENTIAL (COMPETITOR)

STRATEGY · LOOKING FORWARD

OUR ASPIRATION

**IG is the best place for teens to safely discover, create, and connect, and is recognized by parents and policymakers for setting the highest bar for privacy-first age appropriate experiences.**

A/C Priv · 9

**Instagram will be beloved by teens as a place to play, discover and connect and broadly acknowledged by parents and stakeholders as a positive contributor to youth and technology issues.**

HIGHLY CONFIDENTIAL (COMPETITOR)

STRATEGY · LOOKING FORWARD

## To achieve our vision we will

**Help teens have safer, private and age appropriate experiences by default**
through interventions that prioritize their safety and unique needs, and respect their autonomy.

**Empower teens in responsible social media use**
through tools that offer agency & control, increase awareness of behavior and enable intentionality in choice.

**Help guardians guide and support their teens' experience based on their individual needs**
with tools that facilitate their relationship and lead to the best outcomes for both.

**Scale our impact by influencing both industry and policy in protecting youth**
leading by example from principles and best practices so teens have safer experiences across their online journey.

A/C Priv · 10

HIGHLY CONFIDENTIAL (COMPETITOR)    META3047MDL-301-00001058

STRATEGY · CRITERIA FOR LEADING

# Decision criteria for where to lead

1. **Creates value for teens**
   Leading creates value for teens enabling them to have safer experiences while they play, discover and connect.

2. **Helps parents support their teen**
   Investing helps parents with tools and insights they need to support their teen while respecting teen's privacy and will improve parents' sentiment.

1. **Path to meaningful reach and participation exists**
   Targeted cohorts who need these products will hire IG for the job. There is a credible path to meaningful reach and participation rates.

1. **Furthers policy position and public affairs strategy**
   Policy and externalization are aligned with leading in this space and in the best case, product innovation helps push policy forward.

1. **IG can play a key role**
   We believe IG can lead here. There may be areas where leading at a different layer (e.g. x-Meta) can scale impact. IG also has a unique opportunity in the industry for impact.

1. **Ecosystem impact**
   Evaluation on ecosystem impact and considerations of the broader industry landscape.

   *Guardrail: Aligns with direction of global regulation*
   *Direction of travel in key jurisdictions is not orthogonal to leading. We may choose to take a leading role even in the absence of regulation where the criteria above are met.*

A/C Priv · 11

HIGHLY CONFIDENTIAL (COMPETITOR)

META3047MDL-301-00001059

# Criteria applied to Focus Areas

Overview only. Detailed analysis here

| | 1. Creates value for teens | 2. Helps parents support their teen/s | 3. Path to meaningful participation | 4. Futhers Policy position & Public Affairs | 5. Instagram can play a key role | 6. Ecosystem impact |
|---|---|---|---|---|---|---|
| **Safety** <br> Inappropriate interactions; Child Sexual Abuse Material; Sextortion | High | Medium | High | High | High | Low |
| **Age Appropriate Exp.** <br> Age appropriate content and controls; defaults; messaging; private experiences | High | Medium | High | High | High | Medium |
| **Well-being** <br> SSI; ED; bullying & harassment; problematic use; appearance comparison | High | High | Medium | High | High | Medium |
| **Supervision** <br> Parental insights; parental controls; education; parental consent | Medium | High | Medium | High* | Medium* | Medium* |
| **Age Assurance** <br> Age verification (AV), age collection, age modeling (note: focus here is AV) | Medium | Medium | Low | Medium <br> Policy is supportive of OS-based AV; executing Meta AV for compliance | Low <br> AV likely more effective with x-Meta approach | High <br> Mandatory AV across all apps would lead to significant UX friction |

*exception: parental consent for U18/O13's

Column 1-5 evaluates alignment and compatibility with criteria (e.g. high = leading creates significant value for teens;
Column 6 evaluates ecosystem impact

A/C Priv • 12

HIGHLY CONFIDENTIAL (COMPETITOR)

META3047MDL-301-00001060

STRATEGY · **WHERE TO LEAD**

RECOMMENDATION

# Opportunity areas for IG to lead based on framework

1. **Safety**
   Lead the Focus Area in 2023. On track to achieve this for CSAM / CSE and Inappropriate Interactions by 2023; currently working through a blocker on Sextortion.

1. **Age Appropriate Experiences**
   Lead the Focus Area in 2023. Achieve north star of bringing teen prevalence below adults in 2024.

1. **Supervision**
   Lead the Focus Area in 2024 (excluding Parental Consent component); continue meeting industry practice in 2023.

1. **Well-being**
   Within the Focus Area of Well-being, we want to lead across these 2 components in 2023:

   a.   Bullying & Harassment

   b.   SSI/ED

A/C Priv · 13

HIGHLY CONFIDENTIAL (COMPETITOR)

META3047MDL-301-00001061



HIGHLY CONFIDENTIAL (COMPETITOR)                                                                    META3047MDL-301-00001062

STRATEGY · **PATH TO LEADING**

# What leading means

Leading in a focus area is *exceeding* Youth Industry Practices (YIP) as defined by the xMeta Youth Scorecard*.

*Note: CSI to deliver updated competitive landscape for industry leading in Q3*

## For Safety

- Teens experience low levels of interaction harms and have supportive resources when they need them. More details here
- Currently we are meeting YIP with 0 gaps to close.

## For Age Appropriate Experiences

- Teens encounter less inappropriate content than adults and have controls to manage it
- Currently we are on track to meet YIP with 1 gap to close in H2. More details here

## For Supervision

- Resources and tools that foster positive outcomes for both teens and guardians, by empowering guardians with options to foster responsible use based on individual differences and parental expectations
- Currently we are meeting YIP with 0 gaps to close. More details here

## For Bullying & Harassment

- Teens can safely express themselves and connect authentically and respectfully
- Currently we are on track to meet YIP with 2 gaps to close in H2. More details here

## For SSI & ED

- Teens and guardians have blunt tools that help them easily manage their situation
- Currently we are on track to meet YIP with 2 gaps to close in H2. More details here

A/C Priv · 15

Our definition of leading is exceeding YIP

HIGHLY CONFIDENTIAL (COMPETITOR)

META3047MDL-301-00001063

STRATEGY · **PATH TO LEADING**

## How our position has shifted

### Shifting from teen autonomy to helping teens and guardians collaborate on IG experience

Historically, we prioritized teen safety and teen autonomy over all. Now, as part of our work for safer experiences for teens, we'll shift to empower guardians and teens to collaborate with enhanced tools to optimize the teen experience on IG to meet their individual needs.

### Prioritize more private experiences for teens to meet needs and mitigate risks

With the shift away from broadcast channels towards private and ephemeral sharing, innovation on privacy-first experiences for teens can help them connect with smaller, trusted communities. New private spaces can reduce teen bullying, unwanted interactions or exposure, and pressure to be perfect, giving them a place to safely explore and create.



**PRIV**

A/C Priv · 16

HIGHLY CONFIDENTIAL (COMPETITOR)

META3047MDL-301-00001064





- Parents of early teens are more concerned about age inappropriate content than those of late teens.

HIGHLY CONFIDENTIAL (COMPETITOR)



We will have succeeded when most guardians feel comfortable with their teen being on IG and supervision tools help them address their top concerns while simultaneously respecting teen autonomy.

Surgeon General's Advisory: "A majority of parents of adolescents say they are somewhat, very, or extremely worried that their child's use of social media could lead to problems with anxiety or depression (53%), lower self-esteem (54%), being harassed or bullied by others (54%), feeling pressured to act a certain way (59%), and exposure to explicit content (71%). Nearly 70% of parents say parenting is now more difficult than it was 20 years ago, with technology and social media as the top two cited reasons."

According to a small survey of 1k Americans with children under 18, the vast majority of parents in the US think that social media is harming kids and support legislative action giving parents more control over their children's accounts. However, experts are sharing concerns about giving parents more control over their children's social media (either by tools in the app or legislative action) because some children who aren't accepted or are abused by their parents won't be able to seek help and community online.



STRATEGY · **PATH TO LEADING**

# Leading in Bullying & Harassment

**Shift social norms in connected environments, upleveling positive conversation**

Why

- Surgeon General Advisory: "36 studies found a consistent relationship was between cyberbullying via social media and depression among children and adolescents." 74% of US teens say social media sites are doing a fair or poor job addressing online harassment (source).

- Among IG users, teens experience the highest prevalence (2.5x) of bullying and harassment and are 50% more likely to experience severe forms. This is one of the top concerns reported by parents globally.

**Potential investments**

- Positively shift norms in connected environments by empowering bystanders and employing nudges

- Better detect connected cyberbullying including hate / tea accounts and waves of harassment in networks

- Introduce softer or more temporary controls that teens can use in connected environments

**Illustrative only**

5:26

×

**Be respectful when messaging others**

Your last few interactions did not follow our policies on bullying and harassment

**Bullying & harassment policies**
Include making sexual comments or repeatedly calling them

**Your accounts might get blocked**
Stop this behavior immediately to avoid having all your Instagram accounts restricted or permanently deactivated

**Remember to be kind**
Your online actions have real life consequences

Agree to stop harassing

Kindness pledge for repeated offenders

A/C Priv · 20



1) Blunt tools on SSI/ED 2) Parental empowerment to gracefully degrade recs experience 3) Empowering parents to control content experience,

Basically this is giving controls for things like SCC, or hiding specific keywords (also related to our approach on blunt tools for SSI?ED) in content recommendations.

We will work with Policy, UXR and external experts to validate our approach. We will build controls that help teens and their guardians indicate to us that their teen may be deadline with SSI and/or ED. This signal from parents or teens will subsequently trigger a product experience that lean towards a digital-cleanse.

- Discovery  - leverage signal from the control to make it significantly harder for these teens to find accounts and content remotely adjacent to SSI or ED.
- Content recommendations - reset their recommendations experience across rec surfaces based on signal from these controls & keywords.
- Account Connections - Suggest bulk unfollows of accounts containing remotely adjacent content to SSI/ED.  Demote remotely adjacent content on connected surfaces & add friction when teens try to follow similarly adjacent accounts.
- Time Spent - leverage signal from these controls to apply our most conservative time defaults across feature limits like Daily Limit and Quiet Mode.

HIGHLY CONFIDENTIAL (COMPETITOR)

STRATEGY · **PATH TO LEADING**

# Top of mind considerations as we proceed

| Consideration | Details | Relative Risk | Owner |
|---|---|---|---|
| **Balance of parental oversight and teen autonomy** | As we shift to increase prioritization of parental oversight, we must balance teen autonomy. Not all parents are equal (e.g. different expectations across cultures, abusive parents, absent parents) so we will need to build a framework for how to think about this systematically over time. | High | IG Product & IG Policy |
| **Evolving regulatory landscape** | PRIV | | Central Privacy / IG Product |
| **The industry is not static** | While we've aligned with CSI on the current Youth Industry Scorecard (YIP), we recognize this is a moving target. Competitors will announce new features, and the industry will evolve requiring periodic evaluation and adjustment. | Medium | Central Social Impact |
| **Guardian ease of use & cognitive overload** | Parents already have many responsibilities. While we want to give them tools they need to choose what's right for their teen, we need it to be easy and have the right initial defaults in case parents don't have time or ability to offer oversight. | Medium | IG Product |
| **Pre-account creation experience** | Can we maximize the value of IG to teens before they become account holders? Is there a safe and engaging pre-account experience (i.e. logged out experience) we can offer to help inform their decision to join / seek parental consent? | Medium | IG Product & IG Policy |

A/C Priv

A/C Priv · 22

HIGHLY CONFIDENTIAL (COMPETITOR)



DISCUSSION · **ALIGNMENT, FEEDBACK, NEXT STEPS**

## Discussion

1.  Are we aligned on the vision for youth protections on IG?

2.  Are the criteria the right ones to help us decide where to lead? Anything else to consider?

3.  Are we aligned on IG leading across Safety, Age Appropriate Experiences, Supervision and inside of Well-being, Bullying & Harassment and SSI & ED specifically?

A/C Priv · 24

HIGHLY CONFIDENTIAL (COMPETITOR)

META3047MDL-301-00001072



HIGHLY CONFIDENTIAL (COMPETITOR)                                    META3047MDL-301-00001073



META3047MDL-301-00001074

# Framework Applied to Focus Areas (overview)

Detailed analysis here

| | Creates value for teens | Helps parents support teens | Path to meaningful participation exists | Futhers policy position & public affairs | IG can play a key role | Ecosystem impact & industry landscape |
|---|---|---|---|---|---|---|
| **Safety** — Inappropriate interactions; Child Sexual Abuse Material (CSAM); Sextortion | **High** — 46% of teens are concerned about contact w/ adult strangers; 44% concerned about inappropriate behavior from others | **High** — 67% of parents concerned about contact w/ adult strangers; 63% concerned about inappropriate behavior from others | **High** | **High** — Teen Safety is top priority | **High** | **Low** |
| **Age Appropriate Experiences** — Age appropriate content; defaults; content controls; messaging; private experiences | **High** — 58% of teens are concerned social media apps have content that is not age-appropriate | **High** — 71% of US parents are worried teen's social media use could lead to explicit content exposure | **High** | **High** — Policy position supports controls; public affairs supports u18 content standards | **High** | **Medium** |
| **Well-being** — SSI; ED; bullying & harassment; problematic use; appearance comparison | **High** — UK teen study showed greater social media use related to harassment, poor sleep, poor body image | **High** — Internal data shows 58% of parents are concerned social media has a negative impact on mental health | **Medium** — Defaults, smart nudges and new controls support SSI/ED, B&H, PU | **High** | **High** — IG can take a leading role across Well-being space but is currently blocked on AC | **Medium-Low** |
| **Supervision** — Parental insights; parental controls; education; parental consent | **Medium-High** — 22% of teens believe parents are extremely or very worried about them using social media, 27% say parents somewhat worried | **High** — 15% of parents do not allow teen to use IG but ~65% might/would allow w/ parent support | **Medium-High** — Parental interest and teen rejection varies by country | **High\*** — \*exception: parental consent — Policy position supports parental supervision while respecting teen privacy | **High\*** — \*exception: parental consent | **Medium-Low\*** — \*exception: parental consent |
| **Age Assurance** — Age collection, age verification (AV), age modeling | **Medium-High** — AV & modeling supports delivering AAE, as 70% of teens misrep stated age | **Medium-High** | **Medium** — 72% of users who are prompted to AV after changing from u18 to o18 drop out with no submission | **Medium** — Policy is supportive of OS-based AV; executing Meta AV for compliance | **Medium-Low** — Not unique to IG, AV likely more effective with x-Meta approach | **High** — Mandatory AV across all apps would lead to significant UX friction |

A/C Priv                                                                                                                          27

Add'l data:
- 36% of teens say they spend too much time on social media
- 85% of parents believe they should have access to child's accounts

HIGHLY CONFIDENTIAL (COMPETITOR)                                                    META3047MDL-301-00001075

Slide 27





HIGHLY CONFIDENTIAL (COMPETITOR)    META3047MDL-301-00001077



**Instagram will be beloved by teens as a place to play, discover and connect and broadly acknowledged by parents and stakeholders as a positive contributor to youth and technology issues.**

HIGHLY CONFIDENTIAL (COMPETITOR)

META3047MDL-301-00001078



**Instagram will be beloved by teens as a place to play, discover and connect and broadly acknowledged by parents and stakeholders as a positive contributor to youth and technology issues.**

HIGHLY CONFIDENTIAL (COMPETITOR)



Instagram will be beloved by teens as a place to play, discover and connect and broadly acknowledged by parents and stakeholders as a positive contributor to youth and technology issues.

HIGHLY CONFIDENTIAL (COMPETITOR)

META3047MDL-301-00001080



HIGHLY CONFIDENTIAL (COMPETITOR)                                    META3047MDL-301-00001081



New Youth Regulations Are Being Passed Around The World

Youth Regulatory Forecast (detailed):
https://docs.google.com/document/d/1JnG8pwBwUBoozXxcOlR3o66sGZvnGCM8Jj-4Opwkm5g/edit

Youth Regulations Summary (Nov. 2021):
https://docs.google.com/document/d/1xYiGLkhdf8jpPxblWqosHgg7VCyROgFckjSVI8FckQA/edit#



# Youth Protection on IG, Current Scorecard

IGWB aligned with CSI on the bar for what constitutes "Industry Practice" (IP), area-specific definitions, and corresponding product translations.

1/ **Safety**: We are meeting the current YIP definitions in this area, which are primarily based on product capabilities. However, the Child Safety Task Force has identified areas where our end-to-end integrity systems may possibly not be working the way we expect them to.

2/ **Age Appropriate Experiences**: In H2, we will continue to meaningfully reduce teen non-rec prevalence by shipping stronger integrity enforcements for teens on recommendation and connected surfaces. With this approach, we believe we can get to leading on AAE by the end of the year.

3/ **Well-being**: We are on track to meet YIP by closing 8 of 17 gaps across Problematic Use, Bullying & Harassment, and SSI/ED.

4/ **Supervision**: We are currently meeting YIP based on current definitions. This might change once the regulatory analysis is complete.

5/ **Age Verification**: We are in the process of evaluating YIP for age assurance and are beginning the work for inbound regulations where mandatory third-party age verification is required.

A/C Priv

| Focus Area | IG Current State |
|---|---|
| Safety | 🟢 |
| Age Appropriate Experiences | 🟠 |
| Well-being | 🟠 |
| Supervision | 🟢 |
| Age Verification | ⚪ |

HIGHLY CONFIDENTIAL (COMPETITOR)

META3047MDL-301-00001083



HIGHLY CONFIDENTIAL (COMPETITOR)                    META3047MDL-301-00001084

CONTEXT · STAKEHOLDER NEEDS

## Teens

1. **Teens experience more problematic content than the average user.**

They have higher prevalences of violating content than non-teens (1.4x-1.8x Severity Weighted Overall Prevalence), driven by elevated levels of bullying, SSI, hate speech, nudity and violence. 1.5% of teen severity-weighted impressions are on violating content, 50% higher than adults while 0.026% of teen impressions are on SSI/ED contents, 140% higher than adults (source).

1. **Teens report having the most experiences with sensitive content on Comments, Explore, Stories, Direct Messages, and Reels surfaces.**

We have made significant strides on recommendation surfaces with the launch of Sensitive Content Controls (SCC) and SCC defaults for early teens. However, there is a significant unaddressed opportunity on connected surfaces such as Feed and Stories.

1. **Teens are aware of and concerned about the effects of social media**

Teens have a growing awareness of the effects of social media and more than half of teens globally reported they were at least somewhat concerned about their social media use (Kremer, 2022). Findings for US early teens (13-15 yrs.) showed that 31% were somewhat concerned and 10% were very concerned with their social media use, compared to 45% and 11%, of the global sample respectively.

A/C Priv

36

---

Teens experience more problematic content than the average IG user. They have higher prevalences of violating content than non-teens (1.4x-1.8x Severity Weighted Overall Prevalence), driven by elevated levels of bullying, SSI, hate speech, nudity and violence. 1.5% of teen severity-weighted impressions are on violating contents, 50% higher than adults while 0.026% of teen impressions are on SSI/ED contents, 140% higher than adults (source).

Teens report having the most experiences with sensitive content on Comments, Explore, Stories, Direct Messages, and Reels surfaces. We have made significant strides on recommendation surfaces with the launch of SCC 2.0 and SCC defaults for early teens. However, there is a significant unaddressed opportunity on connected surfaces such as Feed and Stories.

Early teens report both seeing more and disliking more sexually suggestive content, graphic content, and drugs/alcohol content suggesting that these are the most critical priority areas for supporting age appropriate experiences on our platform. Teens and young adults want greater content enforcement – show less for young people but not remove for everyone – on hate speech, nudity, and graphic content and violence.

Teens have a growing awareness of the effects of social media and more than half of

HIGHLY CONFIDENTIAL (COMPETITOR)

teens globally reported they were at least somewhat concerned about their social media use (Kremer, 2022). Findings for US early teens (13-15 yrs.) showed that 31% were somewhat concerned and 10% were very concerned with their social media use, compared to 45% and 11%, of the global sample respectively.

In our research, we've consistently found that teens are generally "ok" with having a supervised account because they do not feel that our current offerings are an invasion of privacy. In a 90-day longitudinal study with 10 parent-teen dyads who tested supervision V1, teens reported supervision was useful for easing parent concerns about their IG use and facilitating productive discussions about social media. After using supervision for 3 months, teens' likelihood to continue using supervision was mostly based on whether they thought their parents would want to continue using it.

HIGHLY CONFIDENTIAL (COMPETITOR)

META3047MDL-301-00001086

CONTEXT · STAKEHOLDER NEEDS

# Parents & Guardians

**1. Top concerns are contact from adult strangers, age inappropriate content, bullying & harassment and time spent on Instagram.**

Two-thirds of guardians were interested in adding guardian supervision tools. Adding such tools provides more oversight and act as conversation starters between guardians and teens about what is appropriate, increase teen's awareness of their own patterns of use, and increase guardian confidence and trust in allowing teens on our apps). [source]

**1. Guardians report supervising their teen's use of social media and messaging apps at least weekly.**

To address these concerns, guardians of teens report supervising their teen's use of social media and messaging apps at least weekly. This frequently involved discussions or instruction but also included activities such as setting rules, directly observing teen use, following the teens on apps, and occasionally applying invasive techniques such as checking devices and app usage when the teen is not around.

**1. Guardians acknowledge the challenges with supervision**

These challenges were diverse, including needing help balancing teen autonomy and oversight, monitoring teen activity, identifying existing supervision tools and educational resources, knowing how to use them and finding time to do so, monitoring across children, and coordinating with other supervisors.

A/C Priv                                                                                                37

---

Parents & Guardians are looking for ways to support their teen's digital experiences. Their top concerns for their teens center around contact from adult strangers, age inappropriate content, bullying & harassment and time spent on Instagram.

Majority of guardians of teens in our multi-country survey (61%) worried about their teen's use of social media and messaging apps, such as their social interactions on these apps and age-inappropriate content. To address these concerns, guardians of teens tended to report supervising their teen's use of social media and messaging apps at least weekly. This supervision most frequently involved discussions or instruction but also included activities such as setting rules, directly observing teen use, following the teens on apps, and even occasionally applying invasive techniques such as checking devices and app usage when the teen is not around.

We found that 80% of guardians of teens also reported at least one moderate challenge when supervising. These challenges were diverse, including needing help balancing teen autonomy and oversight, monitoring teen activity, identifying existing supervision tools and educational resources, knowing how to use them and finding time to do so, monitoring across children, and coordinating with other supervisors.

Two-thirds of guardians were interested in adding guardian supervision tools to our

HIGHLY CONFIDENTIAL (COMPETITOR)

apps such as Instagram, Messenger, and WhatsApp.  Adding such tools is important not just for providing more oversight. These tools also can provide conversation starters between guardians and teens about what is appropriate, increase teen's awareness of their own patterns of use, and increase guardian confidence and trust in allowing teens on our apps (thus increasing our user base).

HIGHLY CONFIDENTIAL (COMPETITOR)

META3047MDL-301-00001088

# Regulators

## 1. There is emerging consensus that 13 may be too low an age for access to social media without parental consent

Federal law under COPPA has long required parental consent for children U13 to access online services. However, there is an emerging bipartisan consensus that 13 is too low an age to access social media without parental consent. State legislatures in Arkansas and Utah have passed bills aiming to restrict U18's access and in some cases, experiences on social media, with other states considering similar restrictions.

## 1. US regulators cite the US Surgeon General, the American Academy of Pediatrics, and the CDC

Regulator perspectives are showing that the former status quo is over and the time to act in support of youth is now. They frequently cite the US Surgeon General's advisory (latest here), the American Academy of Pediatrics declaration of a national emergency for children's mental health (here), and studies from the CDC (here, here) demonstrating worsening trends in youth mental health and the role social media may play in that. In his February SOTU speech, Biden said, "We must finally hold social media companies accountable for the experiment they are running on our children for profit."

## 1. Taken together, regulations focus on age assurance, parental oversight, age appropriateness and data use

Although the requirements for each regulation is different, taken together, they generally have the following goals: 1\ compel providers to verify age; 2\ limit social media access through parental consent requirements and in some cases time restrictions; 3\ increase parental oversight through insights and controls; 4\ require age appropriate experiences which can include removing recommendations and prohibiting ads.

A/C Priv

HIGHLY CONFIDENTIAL (COMPETITOR)

META3047MDL-301-00001089

CONTEXT · **STAKEHOLDER NEEDS**

# Meta Policy, Legal and Public Affairs



**1. Policy is seeking to implement a legislative strategy to minimize negative business impact**

Policy is seeking to implement a US youth legislative strategy that supports: 1\ parental consent and age verification at the OS/app store level; 2\ limiting ad targeting for U16s; 3\ development of common definitions and age appropriate content standards for U16s; 4\ mandatory parental controls for U16s; 5\ including messaging in the definition of social media while protecting commitments to encryption

**1. Our public affairs strategy focuses on improving trust among parents**

Meta's public affairs strategy is anchored on parents seeks to improve parental consent and permissiveness. The key area of the Core Supporting Narratives is around Well-being with the core message of "Relationships are essential to our well-being. Meta platforms help people form and maintain relationships, express themselves, and find support if they need it."

A/C Priv

39

HIGHLY CONFIDENTIAL (COMPETITOR)

META3047MDL-301-00001090

CONTEXT · **BACKGROUND**

# New regulatory landscape

**Emerging regulations focus on 5 key areas:**

### 1. Age assurance

Age assurance includes age collection, verification, prediction, enforcement and use limitation. While some regulators, experts and parents are concerned about age collection for teens and violations of privacy, the majority of emerging regulation requires age verification (some requiring third-party vendors).

### 1. Age appropriate experiences

Typically this area refers to privacy transparency in age-appropriate language, high privacy default settings and some regulations include prohibitions of certain features.

### 1. Parental consent, insights and controls

Regulations largely focus on requiring express parental consent for U18s (or in some geos, U15 or 16 as age of self-consent). Some regulations include stipulations for increased parental access to U18 accounts, insights and parental oversight on controls.

### 1. Well-being

In regulation, this category largely includes Best Interests of the Child, content restrictions, and prohibiting dark patterns to reduce addiction.

### 1. Data use

Data use regulation focuses on limiting profiling of U18s, limiting data collection to minimum necessary to provide the service, reducing or prohibiting ads and recommendations, and purpose limiting usage of data. As these areas are largely unrelated to youth well-being, we have not included them as a focus of this strategy.

A/C Priv

40

HIGHLY CONFIDENTIAL (COMPETITOR)

META3047MDL-301-00001091



HIGHLY CONFIDENTIAL (COMPETITOR)    META3047MDL-301-00001092