UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates To:<br><br>*People of the State of California, et al. v. Meta Platforms, Inc., et al.* | MDL No. 3047<br><br>Case No.: 4:22-md-03047-YGR<br>          4:23-cv-05448-YGR<br><br>**[PROPOSED] ORDER GRANTING SEALING STIPULATION REGARDING EXHIBITS (ECF 3092) TO STATE AGS' MOTION FOR RELIEF FROM NONDISPOSITIVE PRETRIAL ORDER OF MAGISTRATE (ECF 3091)**<br><br>Judge: Hon. Yvonne Gonzalez Rogers<br>Magistrate Judge: Hon. Peter H. Kang |

Pursuant to Civil Local Rules 7-11 and 79-5, and the Court's Order Setting Sealing Procedures (ECF 341), the Court rules as follows on the Sealing Stipulation Regarding Exhibits (ECF 3092) to State AGs' Motion for Relief from Nondispositive Pretrial Order of Magistrate (ECF 3091):

| Filing | Portion to be Redacted/Sealed | Action to be taken | Court's Ruling |
|---|---|---|---|
| Motion for Relief from Nondispositive Pretrial Order of Magistrate, Exhibit A (ECF 3092-2, ECF 3092-3)<br><br>META3047MDL-111-00468706 | Names and PII of non-executive employees appearing on pages META3047MDL-111-00468706 – 8718 (PDF pp. 1-13), as shown in the redacted version of this document filed at ECF 3092-3 | Redact specified portions. | |
| Motion for Relief from Nondispositive Pretrial Order of Magistrate, Exhibit B (ECF 3092-4)<br><br>META3047MDL-301-00001048 | PII appearing at META3047MDL-301-00001065 – 1067 (PDF pp. 18-20)<br><br>Names and PII of non-executive employees appearing at -1076 (PDF p. 29) | Redact specified portions. | |
| Motion for Relief from Nondispositive Pretrial Order of Magistrate, Exhibit C (ECF 3092-5)<br><br>META3047MDL-301-00001093 | PII appearing at META3047MDL-301-00001112 – 1114 (PDF pp. 20-22)<br><br>Names and PII of non-executive employees appearing at -1110 (PDF p. 18) | Redact specified portions. | |
| Motion for Relief from Nondispositive Pretrial Order of Magistrate, Exhibit D (ECF 3092-6) | PII appearing at META3047MDL-301-00001154 – 1155, -1158 (PDF pp. 18, 19, 22)<br><br>Names and PII of non-executive employees | Redact specified portions. | |

| META3047MDL-301-00001137 | appearing at -1163, -1172 (PDF pp. 27, 36) | | |
|---|---|---|---|
| Motion for Relief from Nondispositive Pretrial Order of Magistrate, Exhibit E (ECF 3092-7, ECF 3092-8) | Names of non-executive employees appearing at PDF pp. 1-3, as shown in the redacted version of this document filed at ECF 3092-8. | Redact specified portions. | |

**IT IS SO ORDERED.**

DATED: _____

_____
Hon. Peter H. Kang
United States Magistrate Judge

[PROPOSED] ORDER GRANTING SEALING STIPULATION REGARDING EXHIBITS (ECF 3092) TO STATE AGS' MOTION FOR RELIEF FROM NONDISPOSITIVE PRETRIAL ORDER OF MAGISTRATE (ECF 3091)
4:22-md-03047-YGR