Ashley M. Simonsen, SBN 275203
COVINGTON & BURLING LLP
1999 Avenue of the Stars
Los Angeles, CA 90067
Telephone: (424) 332-4800
Facsimile: + 1 (424) 332-4749
Email: asimonsen@cov.com

*Attorneys for Defendants Meta Platforms,*
*Inc. and Instagram, LLC*

*[Additional parties and counsel listed on*
*signature pages]*

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*People of the State of California, et al. v. Meta Platforms, Inc., et al.* | MDL No. 3047<br><br>Case Nos. 4:22-md-03047-YGR-PHK<br>　　　　4:23-cv-05448-YGR<br><br>**META AND STATE AGS' STIPULATION AND [PROPOSED] ORDER REGARDING DEPOSITION TRANSCRIPTS**<br><br>Judge: Hon. Yvonne Gonzalez Rogers<br><br>Magistrate Judge: Hon. Peter H. Kang |

Pursuant to the Court's instructions at the May 27, 2026 CMC, the undersigned Parties jointly stipulate and agree, subject to the Court's approval, that all single-page printouts of the final deposition transcripts prepared by the court reporter and provided to the Court for use at trial in accordance with the Court's designated procedures are true and correct original copies of those deposition transcripts, including any properly-served errata. In light of this stipulated agreement and the Court's instructions, the Parties understand that they need not additionally provide the Court with "sealed and certified"

copies of those deposition transcripts if they elect to provide the Court with single-page printouts of the final deposition transcripts prepared by the court reporter.  To memorialize this agreement and ensure the Court's approval, the Parties state as follows:

**WHEREAS** Pretrial Order No. 1 (Dkt. 3038) requires the Parties to deliver depositions to be used at trial by Monday, July 27, 2026.

**WHEREAS** the Parties stipulate and agree that all deposition transcripts provided to the Court for use at trial in the above captioned matter constitute true and correct original copies, including any properly-served errata, provided that those transcripts consist of either (1) a sealed and certified transcript or (2) a printout, that may be double-sided, of the final single-page PDF version of the transcript provided by the court reporter, and not the 4-page condensed version, plus the properly-served errata.

**NOW THEREFORE** the Parties may provide the Court with either "sealed and certified" copies of deposition transcripts or single-page printouts of the final versions of the deposition transcripts provided by the court reporter for use at trial.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED:

_____
YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT JUDGE

META AND STATE AGS' STIPULATION AND [PROPOSED] ORDER REGARDING DEPOSITION TRANSCRIPTS
Case Nos. 4:22-md-03047-YGR-PHK; 4:23-cv-05448-YGR

Dated: June 16, 2026

Respectfully submitted,

By: */s/ Ashley Simonsen*

**COVINGTON & BURLING LLP**

Ashley M. Simonsen, SBN 275203
COVINGTON & BURLING LLP
1999 Avenue of the Stars
Los Angeles, CA 90067
Telephone: (424) 332-4800
Facsimile: + 1 (424) 332-4749
Email: asimonsen@cov.com

Phyllis A. Jones, *pro hac vice*
Paul W. Schmidt, *pro hac vice*
Timothy C. Hester, *pro hac vice*
COVINGTON & BURLING LLP
One City Center
850 Tenth Street, NW
Washington, DC 20001-4956
Telephone: + 1 (202) 662-6000
Facsimile: + 1 (202) 662-6291
Email: pajones@cov.com

*Attorneys for Defendants Meta Platforms, Inc. and Instagram, LLC*

**ROB BONTA**
Attorney General
State of California

By: */s/ Megan O'Neill*
Nicklas A. Akers (CA SBN 211222)
Senior Assistant Attorney General
Bernard Eskandari (SBN 244395)
Emily Kalanithi (SBN 256972)
Supervising Deputy Attorneys General
Nayha Arora (CA SBN 350467)
Megan O'Neill (CA SBN 343535)
Joshua Olszewski-Jubelirer (CA SBN 336428)
Brendan Ruddy (CA SBN 297896)
Deputy Attorneys General
California Department of Justice

3

Office of the Attorney General
455 Golden Gate Ave., Suite 11000
San Francisco, CA 94102-7004
Phone: (415) 510-4400
Fax: (415) 703-5480
Megan.Oneill@doj.ca.gov

*Attorneys for Plaintiff the People of the State of California*

**PHILIP J. WEISER**
Attorney General
State of Colorado

*/s/   Krista Batchelder*
Krista Batchelder, CO Reg. No. 45066,
*pro hac vice*
Deputy Solicitor General
Shannon Stevenson, CO Reg. No. 35542, *pro hac vice*
Solicitor General
Elizabeth Orem, CO Reg. No. 58309, *pro hac vice*
Assistant Attorney General
Colorado Department of Law
Ralph L. Carr Judicial Center
Consumer Protection Section
1300 Broadway, 7th Floor
Denver, CO 80203
Phone: (720) 508-6651
krista.batchelder@coag.gov
Shannon.stevenson@coag.gov
Elizabeth.orem@coag.gov

*Attorneys for Plaintiff State of Colorado, ex rel. Philip J. Weiser, Attorney General*

**RUSSELL COLEMAN**
Attorney General
Commonwealth of Kentucky

*/s/   Philip Heleringer*
J. Christian Lewis (KY Bar No. 87109),
*Pro hac vice*
Philip Heleringer (KY Bar No. 96748),
*Pro hac vice*

4

META AND STATE AGS' STIPULATION AND [PROPOSED] ORDER REGARDING DEPOSITION TRANSCRIPTS
Case Nos. 4:22-md-03047-YGR-PHK; 4:23-cv-05448-YGR

Zachary Richards (KY Bar No. 99209),
*Pro hac vice*
Daniel I. Keiser (KY Bar No. 100264),
*Pro hac vice*
Matthew Cocanougher (KY Bar No. 94292),
*Pro hac vice*
Assistant Attorneys General
1024 Capital Center Drive, Suite 200
Frankfort, KY 40601
CHRISTIAN.LEWIS@KY.GOV
PHILIP.HELERINGER@KY.GOV
ZACH.RICHARDS@KY.GOV
DANIEL.KEISER@KY.GOV
MATTHEW.COCANOUGHER@KY.GOV
Phone: (502) 696-5300
Fax: (502) 564-2698

*Attorneys for Plaintiff the Commonwealth of Kentucky*

**JENNIFER DAVENPORT**
Attorney General
State of New Jersey

*/s/   Kashif T. Chand*
Kashif T. Chand (NJ Bar No. 016752008),
*Pro hac vice*
Assistant Attorney General
Thomas Huynh (NJ Bar No. 200942017),
*Pro hac vice*
Assistant Section Chief, Deputy Attorney General
Verna J. Pradaxay (NJ Bar No. 335822021),
*Pro hac vice*
Mandy K. Wang (NJ Bar No. 373452021),
*Pro hac vice*
Deputy Attorneys General
New Jersey Office of the Attorney General,
Division of Law
124 Halsey Street, 5th Floor
Newark, NJ 07101
Tel: (973) 648-2052
Kashif.Chand@law.njoag.gov
Thomas.Huynh@law.njoag.gov
Verna.Pradaxay@law.njoag.gov
Mandy.Wang@law.njoag.gov

5

*Attorneys for Plaintiffs New Jersey Attorney General and the New Jersey Division of Consumer Affairs Matthew J. Platkin, Attorney General for the State of New Jersey, and Elizabeth Harris, Acting Director of the New Jersey Division of Consumer Affairs*

META AND STATE AGS' STIPULATION AND [PROPOSED] ORDER REGARDING DEPOSITION TRANSCRIPTS
Case Nos. 4:22-md-03047-YGR-PHK; 4:23-cv-05448-YGR

**SIGNATURE CERTIFICATION**

Under Civ. L.R. 5-1(i)(3), I, Ashley M. Simonsen, hereby attest that all signatories listed, and on whose behalf the filing is submitted, concur in this filing's content and have authorized this filing.

DATED: June 16, 2026                                      */s/ Ashley M. Simonsen*

META AND STATE AGS' STIPULATION AND [PROPOSED] ORDER REGARDING DEPOSITION TRANSCRIPTS
Case Nos. 4:22-md-03047-YGR-PHK; 4:23-cv-05448-YGR