Ashley M. Simonsen (Bar No. 275203)
COVINGTON & BURLING LLP
1999 Avenue of the Stars
Los Angeles, California 90067
Telephone: (424) 332-4800
Facsimile: (424) 332-4749
Email: asimonsen@cov.com

*Attorneys for Defendants Meta Platforms, Inc.
and Instagram, LLC*

*[Additional counsel listed on signature pages]*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates To:<br><br>*People of the State of California, et al. v. Meta Platforms, Inc. et al.*<br>Case No.: 4:23-cv-05448-YGR | MDL No. 3047<br><br>Case Nos.: 4:22-md-03047-YGR<br>          4:23-cv-05448-YGR<br><br>**META'S SUBMISSION OF PROPOSED ADDITIONAL JUROR SURVEY QUESTIONS**<br><br>Judge: Hon. Yvonne Gonzalez Rogers<br>Magistrate Judge: Hon. Peter H. Kang<br><br>Date:  June 26, 2026<br>Time: 8 a.m. PT<br>Place: Courtroom 1, 4th Floor |

Pursuant to the Court's Standing Order re: Pretrial Instructions in Civil Cases (updated March 17, 2025) and Pretrial Order No. 2, Exhibit A (ECF 3139-1), Meta hereby submits five proposed additional questions for inclusion in the juror questionnaire in Exhibit 1, attached hereto.

DATED:  June 17, 2026

Respectfully submitted,

By:    */s/ Ashley M. Simonsen*

Ashley M. Simonsen (Bar No. 275203)
COVINGTON & BURLING LLP
1999 Avenue of the Stars
Los Angeles, California 90067
Telephone: (424) 332-4800
Facsimile: (424) 332-4749
Email: asimonsen@cov.com

Phyllis A. Jones (*pro hac vice*)
Paul W. Schmidt (*pro hac vice*)
COVINGTON & BURLING LLP
One City Center
850 Tenth Street, NW
Washington, DC 20001-4956
Telephone: (202) 662-6000
Facsimile: (202) 662-6291
Email: pajones@cov.com
Email: pschmidt@cov.com

*Attorneys for Defendants Meta Platforms, Inc. and Instagram, LLC*

META'S SUBMISSION OF PROPOSED ADDITIONAL JUROR SURVEY QUESTIONS
4:22-md-03047-YGR