[*Submitting Counsel on Signature Page*]

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION | MDL No. 3047 |
| | Case No. 4:22-md-03047-YGR |
| THIS DOCUMENT RELATES TO: | **TEMPORARY SEALING MOTION RE STATE AGS' OPPOSITION TO META'S MOTION IN LIMINE NO. 3 TO EXCLUDE TESTIMONY FROM CERTAIN FORMER EMPLOYEES UNDER SECTION 230 AND AS IMPERMISSIBLE LAY OPINION** |
| 4:23-cv-05448 | |
| | Judge: Hon. Yvonne Gonzalez Rogers |
| | Magistrate Judge: Hon. Peter H. Kang |

Pursuant to the Court's Order Setting Sealing Procedures (ECF No. 341), the State Attorneys General submit this Temporary Sealing Motion regarding their Motion in Limine No. 3 to Exclude Testimony From Certain Former Employees Under Section 230 and as Impermissible Lay Opinion. Pursuant to that Order, the reasons for sealing (if any) will be addressed in a forthcoming omnibus stipulation or omnibus motion.

1

| Docket No. | Document | Whether document contains a Party's Confidential Information |
|---|---|---|
| ECF No. 3155 | State AGs' Opposition to Meta's Motion in Limine No. 3 to Exclude Testimony From Certain Former Employees Under Section 230 and as Impermissible Lay Opinion | Temporarily filing under seal because document contains information that the parties may consider to be confidential |
| ECF No. 3156-1 | Declaration of Zachary Richards. | Not filed under seal |
| ECF No. 3156-2 | Exhibit A to the Motion in Limine. Excerpts of the Deposition of Jason Sattizahn. | Temporarily filing under seal because document contains information that the parties may consider to be confidential |
| ECF No. 3156-3 | Exhibit B to the Motion in Limine. Excerpts of the Deposition of Alison Lee. | Temporarily filing under seal because document contains information that the parties may consider to be confidential |
| ECF No. 3156-4 | Exhibit C to the Motion in Limine. Excerpts of the JCCP Trial. | Not filed under seal |
| ECF No. 3156-5 | Exhibit D to the Motion in Limine. Excerpts of the Deposition of George Volichenko. | Temporarily filing under seal because document contains information that the parties may consider to be confidential |
| ECF No. 3156-6 | Exhibit E to the Motion in Limine. Exhibit A to the Motion in Limine. Excerpts of the Deposition of Lotte Rubaek. | Temporarily filing under seal because document contains information that the parties may consider to be confidential |

Dated: June 17, 2026

2

Respectfully submitted,

**PHILIP J. WEISER**
Attorney General
State of Colorado

*/s/ Krista Batchelder*
Krista Batchelder, (CO Reg.45066), *pro hac vice*
Deputy Solicitor General
Shannon Stevenson (CO Reg. 35542), *pro hac vice*
Solicitor General
Elizabeth Orem (CO Reg. 58309), *pro hac vice*
Assistant Attorney General
Colorado Department of Law
Ralph L. Carr Judicial Center
Consumer Protection Section
1300 Broadway, 7th Floor
Denver, CO 80203
Phone: (720) 508-6384
krista.batchelder@coag.gov
Shannon.stevenson@coag.gov
Elizabeth.orem@coag.gov

*Attorneys for Plaintiff State of Colorado, ex rel.*
*Philip J. Weiser, Attorney General*

**ROB BONTA**
Attorney General
State of California

*/s/ Megan O'Neill*
Nicklas A. Akers (CA SBN 211222)
Senior Assistant Attorney General
Bernard Eskandari (SBN 244395)
Emily Kalanithi (SBN 256972)
Supervising Deputy Attorneys General
Nayha Arora (CA SBN 350467)
Samantha R. Beckett (CA SBN 308456)
Megan O'Neill (CA SBN 343535)
Joshua Olszewski-Jubelirer (CA SBN 336428)
Katherine Read (CA SBN 341463)
Brendan Ruddy (CA SBN 297896)
Deputy Attorneys General
California Department of Justice
Office of the Attorney General
455 Golden Gate Ave., Suite 11000
San Francisco, CA 94102-7004
Phone: (415) 510-4400
Fax: (415) 703-5480
Megan.Oneill@doj.ca.gov

*Attorneys for Plaintiff the People of the State*
*of California*

3

**RUSSELL COLEMAN**
Attorney General
Commonwealth of Kentucky

*/s/ Zachary Richards*
J. Christian Lewis (KY Bar No. 87109),
*pro hac vice*
Philip Heleringer (KY Bar No. 96748),
*pro hac vice*
Zachary Richards (KY Bar No. 99209),
*pro hac vice app. forthcoming*
Daniel I. Keiser (KY Bar No. 2895264),
*pro hac vice*
Matthew Cocanougher (KY Bar No. 94292),
*pro hac vice*
Assistant Attorneys General
1024 Capital Center Drive, Ste. 200
Frankfort, KY 40601
Christian.Lewis@ky.gov
Philip.Heleringer@ky.gov
Zach.Richards@ky.gov
Daniel.Keiser@ky.gov
Matthew.Cocanougher@ky.gov
Phone: (502) 696-5300
Fax: (502) 564-2698

*Attorneys for Plaintiff the Commonwealth of Kentucky*

**JENNIFER DAVENPORT**
Attorney General
State of New Jersey

By: */s/ Thomas Huynh*
Kashif T. Chand (NJ Bar No. 016752008),
*Pro hac vice*
Brian F. McDonough (NJ Bar No. 026121980)
Assistant Attorney General
Thomas Huynh (NJ Bar No. 200942017),
*Pro hac vice*
Section Chief, Deputy Attorney General
Verna J. Pradaxay (NJ Bar No. 335822021),
*Pro hac vice*
Mandy K. Wang (NJ Bar No. 373452021),
*Pro hac vice*
Deputy Attorneys General
New Jersey Office of the Attorney General, Division of Law
124 Halsey Street, 5th Floor
Newark, NJ 07101
Tel: (973) 648-2052
Thomas.Huynh@law.njoag.gov
Verna.Pradaxay@law.njoag.gov
Mandy.Wang@law.njoag.gov

*Attorneys for Plaintiffs Jennifer Davenport, Attorney General for the State of New Jersey, and Jeremy E. Hollander, Acting Director of the New Jersey Division of Consumer Affairs*

4

**ATTESTATION**

I, Zachary Richards, hereby attest, pursuant to N.D. Cal. Civil L.R. 5-1, that the concurrence to the filing of this document has been obtained from each signatory hereto.

DATED: June 17, 2026

*/s/ Zachary Richards*

5