IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION | MDL No. 3047 |
| | Case No. 4:22-md-03047-YGR |
| THIS DOCUMENT RELATES TO: | **DECLARATION OF ZACHARY RICHARDS IN SUPPORT OF STATE AGS' OPPOSITION TO META'S MOTION IN LIMINE NO. 3 TO EXCLUDE TESTIMONY FROM CERTAIN FORMER EMPLOYEES UNDER SECTION 230 AND AS IMPERMISSIBLE LAY OPINION** |
| 4:23-cv-05448 | |
| | Judge: Hon. Yvonne Gonzalez Rogers |
| | Magistrate Judge: Hon. Peter H. Kang |

I, Zachary Richards, of full age and duly sworn according to law, declare:

I am a Senior Antitrust Counsel in the Office of Consumer Protection of the Kentucky Office of the Attorney General. I am a member in good standing in the Kentucky Bar Association. I am admitted

pro hac vice in this Court. I submit this Declaration in support of the Motion in Limine No. 3 to Exclude Testimony From Certain Former Employees Under Section 230 and as Impermissible Lay Opinion. I have personal knowledge of the facts stated in this Declaration, and if called upon to do so, could and would competently testify thereto.

The following paragraphs in this declaration identify the exhibits referenced and cited in the State AGs' Opposition to Meta's Motion in Limine No. 3 to Exclude Testimony From Certain Former Employees Under Section 230 and as Impermissible Lay Opinion:

1.      Attached hereto as **Exhibit A** is a true and accurate copy of excerpts of the deposition of Jason Sattizahn.

2.      Attached hereto as **Exhibit B** is a true and accurate copy of excerpts of the deposition of Alison Lee.

3.      Attached hereto as **Exhibit C** is a true and accurate copy of excerpts of the Reporter's Daily Transcript of Proceedings of the JCCP trial, dated February 17, 2026.

4.      Attached hereto as **Exhibit D** is a true and accurate copy of excerpts of the deposition of George Volichenko.

5.      Attached hereto as **Exhibit E** is a true and accurate copy of excerpts of the deposition of Lotte Rubaek.

6.      On June 4, 2026, the State AGs provided to Meta initial deposition designations of testimony from Lotte Rubaek and Natalie Troxel. The State AGs did not designate any of the testimony of Natalie Troxel cited in Meta's Motion in Limine No. 3.

7.      The State AGs' designations of the testimony of Lotte Rubaek cited in Meta's Motion in Limine No. 3 only overlap in three areas as follows:

DECLARATION OF ZACHARY RICHARDS
4:23-cv-05448-YGR
4:22-md-03047-YGR

| Meta's MIL Cites | State AGs' Deposition Designations |
|---|---|
| 56:8-12 | 55:25-56:20 |
| 68:11-15 | 67:20-70:20 |
| 127:15-18 | 127:15-130:3 |

8.      Two of Meta's citations to Lotte Rubaek's testimony that overlap with State AG designations simply discuss her role at Meta, and not content or features.

9.      On June 12, 2026, Meta provided objections and counter deposition designations of Lotte Rubaek and Natalie Troxel.

10.     Meta did not counter-designate the testimony of Natalie Troxel or Lotte Rubaek cited in Meta's Motion in Limine No. 3.

11.     On June 18, 2026, the State AGs will provide a second exchange of counter-designations and objections to Meta's designations of the testimony Lotte Rubaek and Natalie Troxel.

12.     The State AGs do not plan to further designate any of the testimony of Lotte Rubaek and Natalie Troxel cited in Meta's Motion in Limine No. 3.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on June 17, 2026 in Scottsville, Kentucky.

/s/Zachary Richards
Zachary Richards

Attorney for Kentucky Office of the
Attorney General