Ashley M. Simonsen, SBN 275203
COVINGTON & BURLING LLP
1999 Avenue of the Stars
Los Angeles, CA 90067
Telephone: (424) 332-4800
Facsimile: + 1 (424) 332-4749
Email: asimonsen@cov.com

*Attorneys for Defendants Meta Platforms, Inc.
f/k/a Facebook, Inc. and Instagram, LLC*

*[Additional counsel listed on signature pages]*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates To:<br><br>*People of the State of California, et al. v. Meta Platforms, Inc., et al.* | MDL No. 3047<br><br>Case No.: 4:22-md-03047-YGR<br>          4:23-cv-05448-YGR<br><br>**META'S TEMPORARY SEALING MOTION (OPPOSITION TO MOTION *IN LIMINE* NO. 1)**<br><br>Judge: Hon. Yvonne Gonzalez Rogers<br>Magistrate Judge: Hon. Peter H. Kang |

Pursuant to the Court's Order Setting Sealing Procedures (ECF No. 341), Defendants Meta Platforms, Inc. and Instagram, LLC ("Meta") file this Temporary Sealing Motion regarding the Declaration of Ashley M. Simonsen in support of Meta's Opposition to State Attorneys General's Motion *in Limine* No. 1 to Exclude Certain Testimony of State Witnesses.  Pursuant to the Order at ECF No. 341, the reasons for sealing (if any) will be addressed in a forthcoming omnibus stipulation or omnibus motion.

| Docket No. | Document | Whether document contains a Party's Confidential Information |
|---|---|---|
| ECF No. 3158-1 | Meta's Opposition to State Attorneys General Motion *in Limine* No. 1 to Exclude Certain Testimony of State Witnesses | Temporarily filing under seal because document contains information that the parties may consider to be confidential |
| ECF No 3158-2 | Declaration of Ashley M. Simonsen | Not filed under seal |
| ECF No. 3158-3 | Exhibit A, Excerpts of the Transcript of the May 29, 2025 Deposition of Jennie Blakney | Temporarily filing under seal because document contains information that the parties may consider to be confidential |
| ECF No. 3158-4 | Exhibit B, Excerpts of the Transcript of the July 2, 2025 Deposition of Dr. Steven Stack | Temporarily filing under seal because document contains information that the parties may consider to be confidential |

DATED: June 17, 2026                         Respectfully submitted,


                                             By:    */s/ Ashley M. Simonsen*

1

Ashley M. Simonsen (State Bar. No. 275203)
COVINGTON & BURLING LLP
1999 Avenue of the Stars
Los Angeles, CA 90067
Telephone: + 1 (424) 332-4800
Email: asimonsen@cov.com

Paul W. Schmidt, *pro hac vice*
Timothy C. Hester, *pro hac vice*
COVINGTON & BURLING LLP
One City Center
850 Tenth Street, NW
Washington, DC 20001-4956
Telephone: + 1 (202) 662-5324
Facsimile: + 1 (202) 778-5324
Email: pschmidt@cov.com
Email: thester@cov.com

*Attorneys for Defendants Meta Platforms, Inc.
f/k/a Facebook, Inc. and Instagram, LLC*

META'S TEMPORARY SEALING MOTION (OPPOSITION TO MOTION IN LIMINE NO. 1)
4:22-md-03047-YGR