Ashley M. Simonsen, SBN 275203
COVINGTON & BURLING LLP
1999 Avenue of the Stars
Los Angeles, CA 90067
Telephone: (424) 332-4800
Facsimile: + 1 (424) 332-4749
Email: asimonsen@cov.com

*Attorney for Defendants Meta Platforms,
Inc. f/k/a Facebook, Inc. and Instagram,
LLC*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates To:<br><br>*People of the State of California, et al. v. Meta Platforms, Inc., et al.* | MDL No. 3047<br><br>Case No. 4:22-md-03047-YGR (PHK)<br>        4:23-cv-05448-YGR<br><br>**DECLARATION OF ASHLEY M. SIMONSEN IN SUPPORT OF META'S OPPOSITION TO STATE AGS' MOTION *IN LIMINE* NO. 1 TO EXCLUDE CERTAIN TESTIMONY OF STATE WITNESSES**<br><br>Judge: Hon. Yvonne Gonzalez Rogers<br>Magistrate Judge: Hon. Peter H. Kang |

## DECLARATION OF ASHLEY M. SIMONSEN

I, Ashley M. Simonsen, declare and state as follows:

1.     I am a partner with the law firm Covington & Burling LLP, counsel of record for Defendants Meta Platforms, Inc. f/k/a Facebook, Inc., and Instagram, LLC (together, "Meta"). I submit this declaration in support of Meta's Opposition to the State AGs' Motion *In Limine* No. 1 to Exclude Certain Testimony of State Witnesses. This declaration is based on my personal knowledge. If called upon to do so, I could and would competently testify as follows.

2.     Attached hereto and lodged with the Court as **Exhibit A** is a true and correct copy of excerpted portions of the transcript of the May 29, 2025 deposition of Jennie Blakney, the State Adolescent Health Coordinator at the New Jersey Department of Health.

3.     Attached hereto and lodged with the Court as **Exhibit B** is a true and correct copy of excerpted portions of the transcript of the July 2, 2025 deposition of Steven J. Stack, the Secretary of the Kentucky Cabinet for Health and Family Services.

I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct to the best of my knowledge and belief.

Executed on June 17, 2026.

By:     */s/ Ashley M. Simonsen*
        Ashley M. Simonsen

DECLARATION OF ASHLEY M. SIMONSEN IN SUPPORT OF META'S OPPOSITION TO STATE AGS' MOTION IN LIMINE NO. 1 TO EXCLUDE CERTAIN TESTIMONY OF STATE WITNESSES
4:22-md-03047-YGR; 4:23-cv-05448-YGR