[*Submitting Counsel on Signature Page*]

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION | MDL No. 3047 |
| | Case No. 4:22-md-03047-YGR |
| THIS DOCUMENT RELATES TO: | **TEMPORARY SEALING MOTION RE STATE AGS' OPPOSITION TO META'S MOTION *IN LIMINE* NO. 2 TO PRECLUDE EVIDENCE SECOND-GUESSING META'S POLICIES AND PROCEDURES AS IRRELEVANT AND BARRED UNDER SECTION 230** |
| 4:23-cv-05448 | |
| | Judge: Hon. Yvonne Gonzalez Rogers |
| | Magistrate Judge: Hon. Peter H. Kang |

Pursuant to the Court's Order Setting Sealing Procedures (ECF No. 341), the State Attorneys General submit this Temporary Sealing Motion regarding their Opposition to Meta's Motion in Limine No. 2 to Preclude Evidence Second-Guessing Meta's Policies and Procedures. Pursuant to that Order, the reasons for sealing (if any) will be addressed in a forthcoming omnibus stipulation or omnibus motion.

1

| Docket No. | Document | Whether document contains a Party's Confidential Information |
|---|---|---|
| ECF No. 3161 | State AGs' Opposition to Meta's Motion in Limine No. 2 to Preclude Evidence Second-Guessing Meta's Policies and Procedures | Temporarily filing under seal because document contains information that the parties may consider to be confidential |
| ECF No. 3162-1 | Declaration of Zachary Richards | Not filed under seal |
| ECF No. 3162-2 | Exhibit A to State AGs' Opp. to Meta's Motion in Limine No. 2, excerpts of Aug. 1, 2025 Expert Report of Dr. Ravi Iyer. | Temporarily filing under seal because document contains information that the parties may consider to be confidential |
| ECF No. 3162-3 | Exhibit B to State AGs' Opp. to Meta's Motion in Limine No. 2, excerpts of Oct. 24, 2025 Expert Rebuttal Report of Dr. Ravi Iyer. | Temporarily filing under seal because document contains information that Meta may consider to be confidential |
| ECF No. 3162-4 | Exhibit C to State AGs' Opp. to Meta's Motion in Limine No. 2, excerpts of Jul. 30, 2025 Expert Rebuttal Report of Dr. Arvind Narayanan. | Temporarily filing under seal because document contains information that Meta may consider to be confidential |
| ECF No. 3162-5 | Exhibit D to State AGs' Opp. to Meta's Motion in Limine No. 2, excerpts of Apr. 15, 2026 Expert Rebuttal Report of Ms. Mary Catherine Wirth. | Temporarily filing under seal because document contains information that Meta may consider to be confidential |
| ECF No. 3162-6 | Exhibit E to State AGs' Opp. to Meta's Motion in Limine No. 2, excerpts of Jul. 9, 2025 Expert Rebuttal Report of Dr. Nasir Memon. | Temporarily filing under seal because document contains information that Meta may consider to be confidential |
| ECF No. 3162-7 | Exhibit F to State AGs' Opp. to Meta's Motion in Limine No. 2, excerpts of Aug. 14, 2025 deposition of Dr. Nasir Memon. | Temporarily filing under seal because document contains information that Meta may consider to be confidential |
| ECF No. 3162-8 | Exhibit G to State AGs' Opp. to Meta's Motion in Limine No. 2, Allison Hartnett 30(b)(6) Dep. Ex. 27, META3047MDL-050-00014485. | Temporarily filing under seal because document contains information that Meta may consider to be confidential |
| ECF No. 3162-9 | Exhibit H to State AGs' Opp. to Meta's Motion in Limine | Temporarily filing under seal because document |

2

TEMPORARY SEALING MOTION FOR STATE ATTORNEYS GENERAL'S OPPOSITION TO META'S MOTION IN LIMINE NO. 2 TO PRECLUDE EVIDENCE SECOND-GUESSING META'S POLICIES AND PROCEDURES
4:22-md-03047-YGR; 4:23-cv-05448-YGR

| | No. 2, excerpts of May 6, 2026 Corrected Expert Report of Dr. Ryan Sheatsley | contains information that Meta may consider to be confidential |
|---|---|---|
| ECF No. 3162-10 | Exhibit I to State AGs' Opp. to Meta's Motion in Limine No. 2, META3047MDL-277-00000447. | Temporarily filing under seal because document contains information that Meta may consider to be confidential |

Dated: June 17, 2026

Respectfully submitted,

**PHILIP J. WEISER**                        **ROB BONTA**
Attorney General                            Attorney General
State of Colorado                           State of California

*/s/ Krista Batchelder*                     */s/ Megan O'Neill*
Krista Batchelder, (CO Reg.45066), *pro hac vice*    Nicklas A. Akers (CA SBN 211222)
Deputy Solicitor General                    Senior Assistant Attorney General
Shannon Stevenson (CO Reg. 35542), *pro hac vice*    Bernard Eskandari (CA SBN 244395)
Solicitor General                           Emily Kalanithi (CA SBN 256972)
Elizabeth Orem (CO Reg. 58309), *pro hac vice*    Supervising Deputy Attorneys General
Assistant Attorney General                  Megan O'Neill (CA SBN 343535)
Colorado Department of Law                  Nayha Arora (CA SBN 350467)
Ralph L. Carr Judicial Center              Joshua Olszewski-Jubelirer
Consumer Protection Section                (CA SBN 336428)
1300 Broadway, 7ᵗʰ Floor                    Marissa Roy (CA SBN 318773)
Denver, CO 80203                            Brendan Ruddy (CA SBN 297896)
Phone: (720) 508-6384                       Deputy Attorneys General
krista.batchelder@coag.gov                  California Department of Justice
Shannon.stevenson@coag.gov                  Office of the Attorney General
Elizabeth.orem@coag.gov                     455 Golden Gate Ave., Suite 128950
                                            San Francisco, CA 94102-7004
*Attorneys for Plaintiff State of Colorado, ex rel.*    Phone: (415) 510-4400
*Philip J. Weiser, Attorney General*        Fax: (415) 703-5480
                                            megan.oneill@doj.ca.gov

                                            *Attorneys for Plaintiff the People of the State*
                                            *of California*

**RUSSELL COLEMAN**
Attorney General
Commonwealth of Kentucky

/s/ *Zachary Richards*
J. Christian Lewis (KY Bar No. 87109),
*pro hac vice*
Philip Heleringer (KY Bar No. 96748),
*pro hac vice*
Zachary Richards (KY Bar No. 99209),
*pro hac vice app. forthcoming*
Daniel I. Keiser (KY Bar No. 2895264),
*pro hac vice*
Matthew Cocanougher (KY Bar No. 94292),
*pro hac vice*
Assistant Attorneys General
1024 Capital Center Drive, Ste. 200
Frankfort, KY 40601
Christian.Lewis@ky.gov
Philip.Heleringer@ky.gov
Zach.Richards@ky.gov
Daniel.Keiser@ky.gov
Matthew.Cocanougher@ky.gov
Phone: (502) 696-5300
Fax: (502) 564-2698

*Attorneys for Plaintiff the Commonwealth of Kentucky*

**JENNIFER DAVENPORT**
Acting Attorney General
State of New Jersey

By: /s/ *Mandy K. Wang*
Kashif T. Chand (NJ Bar No. 016752008),
*Pro hac vice*
Assistant Attorney General
Thomas Huynh (NJ Bar No. 200942017),
*Pro hac vice*
Section Chief, Deputy Attorney General
Verna J. Pradaxay (NJ Bar No. 335822021),
*Pro hac vice*
Mandy K. Wang (NJ Bar No. 373452021),
*Pro hac vice*
Deputy Attorneys General
New Jersey Office of the Attorney General,
Division of Law
124 Halsey Street, 5th Floor
Newark, NJ 07101
Tel: (973) 648-2052
Kashif.Chand@law.njoag.gov
Thomas.Huynh@law.njoag.gov
Verna.Pradaxay@law.njoag.gov
Mandy.Wang@law.njoag.gov

*Attorneys for Plaintiffs Jennifer Davenport, Acting Attorney General for the State of New Jersey, and Jeremy E. Hollander, Acting Director of the New Jersey Division of Consumer Affairs*

## ATTESTATION

I, Zachary Richards, hereby attest, pursuant to N.D. Cal. Civil L.R. 5-1, that the concurrence to the filing of this document has been obtained from each signatory hereto.

DATED: June 17, 2026

/s/ *Zachary Richards*