[*Submitting Counsel on Signature Page*]

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

IN RE: SOCIAL MEDIA ADOLESCENT
ADDICTION/PERSONAL INJURY
PRODUCTS LIABILITY LITIGATION

THIS DOCUMENT RELATES TO:

4:23-cv-05448

MDL No. 3047

Case No. 4:22-md-03047-YGR

**DECLARATION OF ZACHARY RICHARDS IN SUPPORT OF THE STATE AGS' OPPOSITION TO META'S MOTION IN LIMINE NO. 2 TO PRECLUDE EVIDENCE SECOND-GUESSING META'S POLICIES AND PROCEDURES AS IRRELEVANT AND BARRED UNDER SECTION 230**

Judge: Hon. Yvonne Gonzalez Rogers

Magistrate Judge: Hon. Peter H. Kang

I, Zachary Richards, of full age and duly sworn according to law, declare:

I am a Senior Antitrust Counsel in the Office of Consumer Protection of the Kentucky Office of the Attorney General. I am a member in good standing in the Kentucky Bar Association. I am admitted pro hac vice in this Court. I submit this Declaration in support of the State AGs' Opposition to Meta's Motion in Limine No. 2 to Preclude Evidence Second-Guessing Meta's Policies and Procedures. I have personal knowledge of the facts stated in this Declaration, and if called upon to do so, could and would competently testify thereto.

The following paragraphs in this declaration identify the exhibits referenced and cited in the State

DECLARATION OF ZACHARY RICHARDS IN SUPPORT OF THE STATE AGS' OPPOSITION TO META'S MOTION IN LIMINE NO. 2 TO PRECLUDE EVIDENCE SECOND-GUESSING META'S POLICIES AND PROCEDURES AS IRRELEVANT AND BARRED UNDER SECTION 230
4:22-md-03047-YGR-PHK; 4:23-CV-05448-YGR

AGs' Opposition to Meta's Motion in Limine No. 2 to Preclude Evidence Second-Guessing Meta's Policies and Procedures.

1.      Attached hereto as **Exhibit A** is a true and accurate copy of excerpts of the August 1, 2025 Expert Report of Dr. Ravi Iyer.

2.      Attached hereto as **Exhibit B** is a true and accurate copy of excerpts of the October 24, 2025 Expert Rebuttal Report of Dr. Ravi Iyer.

3.      Attached hereto as **Exhibit C** is a true and accurate copy of excerpts of the July 30, 2025 Expert Rebuttal Report of Dr. Arvind Narayanan.

4.      Attached hereto as **Exhibit D** is a true and accurate copy of excerpts of the April 15, 2026 Expert Rebuttal Report of Ms. Mary Catherine Wirth.

5.      Attached hereto as **Exhibit E** is a true and accurate copy of excerpts of the July 9, 2025 Expert Rebuttal Report of Dr. Nasir Memon.

6.      Attached hereto as **Exhibit F** is a true and accurate copy of excerpts of the August 14, 2025 deposition of Dr. Nasir Memon.

7.      Attached hereto as **Exhibit G** is a true and accurate copy of an internal Meta document produced at Bates number META3047MDL-050-00014485 and introduced as Exhibit 27 at the June 16-17, 2025 30(b)(6) deposition of Allison Hartnett.

8.      Attached hereto as **Exhibit H** is a true and accurate copy of excerpts of the May 6, 2026 Corrected Expert Report of Dr. Ryan Sheatsley.

9.      Attached hereto as **Exhibit I** is a true and accurate copy of an internal Meta document produced at Bates number META3047MDL-277-00000447.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on June 17, 2026 in Scottsville, Kentucky.

*/s/ Zachary Richards*
Zachary Richards
Attorney for Kentucky Office of the Attorney General

2