SEAN SULLIVAN (State Bar No. 229104)
  seansullivan@dwt.com
SAM LACHMAN (State Bar No. 331969)
  samlachman@dwt.com
DAVIS WRIGHT TREMAINE LLP
350 South Grand Avenue, 27th Floor
Los Angeles, California 90071
Telephone: (213) 633-6800
Fax: (213) 633-6899

Attorneys for Non-Party
VIACOM INTERNATIONAL INC.


IN THE UNITED STATES DISTRICT COURT

THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION


| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITITGATION | MDL No. 3047 |
| THIS DOCUMENT RELATES TO: | Case No. 4:22-md-03047-YGR-PHK<br>4:23-cv-05448-YGR |
| *People of the State of California, et al.*, | **DECLARATION OF SAM LACHMAN IN SUPPORT OF OMNIBUS SEALING STIPULATION** |
| Plaintiff, | |
| v. | Judge: Hon. Yvonne Gonzalez Rogers |
| *Meta Platforms, Inc. et al.*, | Action Filed: October 24, 2023 |
| Defendant. | |

LACHMAN DECLARATION ISO OMNIBUS SEALING STIPULATION

I, Sam Lachman, declare as follows:

1.      I am an associate at the law firm Davis Wright Tremaine LLP and one of the attorneys representing Non-Party Viacom International Inc. ("Viacom").  I am licensed to practice law in the state of California and a member of Good Standing with the California Bar.  I submit this declaration in support of Non-Party Viacom's contributions to the Omnibus Sealing Stipulation, as required by section II.A of the Court's Order Granting Motion to File Under Seal; Setting Sealing Procedures (ECF No. 341, No. 4:22-3047-YGR).  I have personal knowledge of the facts set forth in this declaration, and I could and would testify competently to their truth if called upon to do so.

2.      The State Attorneys General filed an Opposition to Meta's Motion for Summary Judgment and Cross-Motion for Partial Summary Judgment (Dkt. 266), which attached as an exhibit an internal Nickelodeon Media Recommendation plan dated November 22, 2021, prepared for a Nickelodeon television show (the "Media Recommendation"), among other supporting exhibits.  ECF No. 273-14, Bates AG-MDL3047- 105164-105227.  The parties also intend to unseal portions of the expert report of Adam Alter.

3.      I have reviewed the Media Recommendation and the Alter report.  Based on my review of the Media Recommendation and the Alter report, and in consultation with my client, Non-Party Viacom, I understand there is good cause to maintain under seal the redacted portions of the Media Recommendation and the Alter report.  The concurrently-filed Declaration of Kevin McKeegan explains why the redacted portions constitute Non-Party Viacom's non-public, highly sensitive business and commercial information, the public disclosure of which would put Nickelodeon at an unfair competitive disadvantage.

4.       On April 13, 2026, the State Attorneys General informed Non-Party Viacom that they do not oppose the redactions in the Media Recommendation.  Non-Party Viacom respectfully requests that that the Court maintain the redacted portions of the Media Recommendation under seal.

---

1

LACHMAN DECLARATION ISO OMNIBUS SEALING STIPULATION

5.      On April 30, 2026, the State Attorneys General informed Non-Party Viacom that they do not oppose the redactions in the Alter report.  Non-Party Viacom respectfully requests that that the Court maintain the redacted portions of the Alter report under seal.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed at Los Angeles, California on April 30, 2026.


By:  /s/ Samantha Lachman
                    Sam Lachman

LACHMAN DECLARATION ISO OMNIBUS SEALING STIPULATION

DAVIS WRIGHT TREMAINE LLP
350 SOUTH GRAND AVENUE, 27TH FLOOR
LOS ANGELES, CALIFORNIA 90071
(213) 633-6800
Fax: (213) 633-6899