James P. Rouhandeh, *pro hac vice*
Antonio J. Perez-Marques, *pro hac vice*
Caroline Stern, *pro hac vice*
Kathryn S. Benedict, *pro hac vice*
Corey M. Meyer, *pro hac vice*
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4000
Facsimile: (212) 701-5800
Email:    rouhandeh@davispolk.com
          antonio.perez@davispolk.com
          caroline.stern@davispolk.com
          kathryn.benedict@davispolk.com
          corey.meyer@davispolk.com

*Attorneys for Defendants Meta Platforms, Inc. and Instagram, LLC*

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION | MDL No. 3047 |
| | Case Nos. 4:22-md-03047-YGR-PHK 4:23-cv-05448-YGR |
| THIS DOCUMENT RELATES TO: | |
| *People of the State of California, et al. v. Meta Platforms, Inc., et al.* | **[PROPOSED] ORDER REGARDING OMNIBUS SEALING STIPULATION (META'S AND STATE AGS' MOTIONS FOR SUMMARY JUDGMENT)** |
| | Judge: Hon. Yvonne Gonzalez Rogers Magistrate Judge: Hon. Peter H. Kang |

The Court has considered the Parties' Omnibus Stipulation to Seal materials associated with the Parties' summary judgment motions.  Pursuant to Civil Local Rules 7-11 and 79-5, paragraph 12 of the Standing Order in Civil Cases, and the Court's Order Setting Sealing Procedures (ECF 341), the Parties have agreed to the following redactions, and the Court rules as follows on the undisputed redactions set forth below:

| Document | Portion to Be Sealed | Action to be taken | Court Order |
|---|---|---|---|
| AGs' Partial MSJ Ex. 2, ECF No. 2696-4 | Employee PII at transcript pages 224 and 295 | Redact Specified Portion | |
| AGs' Partial MSJ Ex. 5, ECF No. 2696-7 | Employee PII at META3047MDL-287-00003183–META3047MDL-287-00003187, META3047MDL-287-00003189–META3047MDL-287-00003191, and PDF page 15 | Redact Specified Portion | |
| AGs' Partial MSJ Ex. 8, ECF No. 2696-10 | Employee PII at PDF pages 1, 2, 4, 6, 8, 9 | Redact Specified Portion | |
| AGs' Partial MSJ Ex. 9, ECF No. 2696-11 | Employee PII at META3047MDL-155-00009593 and META3047MDL-155-00009594 | Redact Specified Portion | |
| AGs' Partial MSJ Ex. 10, ECF No. 2696-12 | Employee PII at META3047MDL-037-00083064 | Redact Specified Portion | |
| AGs' Partial MSJ Ex. 11, ECF No. 2696-13 | Employee PII at PDF pages 1-4 | Redact Specified Portion | |
| AGs' Partial MSJ Ex. 12, ECF No. 2696-14 | Employee PII at META3047MDL-146-00072943 and META3047MDL-146-00072950 | Redact Specified Portion | |

1

| Document | Portion to Be Sealed | Action to be taken | Court Order |
|---|---|---|---|
| AGs' Partial MSJ Ex. 13, ECF No. 2696-15 | Employee PII at META3047MDL-146-00072869 - META3047MDL-146-00072874 | Redact Specified Portion | |
| AGs' Partial MSJ Ex. 21, ECF No. 2696-23 | Competitively sensitive information at PDF pages 3-4 | Redact Specified Portion | |
| AGs' Partial MSJ Ex. 23, ECF No. 2696-25 | Competitively sensitive information at META3047MDL-047-01202953, META3047MDL-047-01202954<br><br>Employee PII at META3047MDL-047-01202953 and META3047MDL-047-01202954 | Redact Specified Portion | |
| AGs' Partial MSJ Ex. 28, ECF No. 2696-30 | Employee PII at PDF page 8 | Redact Specified Portion | |
| AGs' Partial MSJ Ex. 30, ECF No. 2696-32 | Employee PII - all pages<br><br>Competitively sensitive information at all pages | Redact Specified Portion | |
| AGs' Partial MSJ Ex. 31, ECF No. 2696-33 | Employee PII - all pages<br>Competitively sensitive information at all pages | Redact Specified Portion | |
| AGs' Partial MSJ Ex. 32, ECF No. 2696-34 | Employee PII - all pages<br>Competitively sensitive information at all pages | Redact Specified Portion | |

[PROPOSED] ORDER REGARDING AMENDED OMNIBUS SEALING STIPULATION (META'S AND STATE AGS' MOTS. FOR SUMM. J.)
Case Nos. 4:22-MD-03047-YGR-PHK, 4:23-CV-05448-YGR

| Document | Portion to Be Sealed | Action to be taken | Court Order |
|---|---|---|---|
| AGs' Partial MSJ Ex. 33, ECF No. 2696-35 | Employee PII - all pages<br><br>Competitively sensitive information at pages 1-104 | Redact Specified Portion | |
| AGs' Partial MSJ Ex. 34, ECF No. 2696-36 | Employee PII at META3047MDL-053-00012619 | Redact Specified Portion | |
| AGs' Partial MSJ Ex. 37, ECF No. 2696-39 | Employee PII at META3047MDL-050-00309895 | Redact Specified Portion | |
| AGs' Partial MSJ Ex. 39, ECF No. 2696-41 | Employee PII at META3047MDL-111-00135412 and META3047MDL-111-00135413 | Redact Specified Portion | |
| AGs' Partial MSJ Ex. 42, ECF No. 2696-44 | Employee PII at META3047MDL-037-00076549 | Redact Specified Portion | |
| AGs' Partial MSJ Ex. 44, ECF No. 2696-46 | Employee PII at META3047MDL-047-00945193 - META3047MDL-047-00945195 | Redact Specified Portion | |
| AGs' Partial MSJ Ex. 45, ECF No. 2696-47 | Employee PII at META3047MDL-050-00014483 | Redact Specified Portion | |
| Meta's MSJ Ex. 07, ECF No. 2705-10 | Employee PII at META3047MDL-003-00163420 | Redact Specified Portion | |
| Meta's MSJ Ex. 08, ECF No. 2705-11 | Employee PII at META3047MDL-006-00000355 | Redact Specified Portion | |
| Meta's MSJ Ex. 09, ECF No. 2705-12 | Employee PII at META3047MDL-004-00012792 - META3047MDL-004-00012795 | Redact Specified Portion | |

[PROPOSED] ORDER REGARDING AMENDED OMNIBUS SEALING STIPULATION (META'S AND STATE AGS' MOTS. FOR SUMM. J.)
Case Nos. 4:22-MD-03047-YGR-PHK, 4:23-CV-05448-YGR

| Document | Portion to Be Sealed | Action to be taken | Court Order |
|---|---|---|---|
| Meta's MSJ Ex. 10, ECF No. 2705-13 | Employee PII at META3047MDL-003-00187313 - META3047MDL-003-00187314 | Redact Specified Portion | |
| Meta's MSJ Ex. 11, ECF No. 2705-14 | Employee PII at META3047MDL-003-00122750 - META3047MDL-003-00122754 | Redact Specified Portion | |
| Meta's MSJ Ex. 12, ECF No. 2705-15 | Employee PII at META3047MDL-003-00052162 - META3047MDL-003-00052164 | Redact Specified Portion | |
| Meta's MSJ Ex. 13, ECF No. 2705-16 | Employee PII at META3047MDL-004-00007205 | Redact Specified Portion | |
| Meta's MSJ Ex. 14, ECF No. 2705-17 | Employee PII at META3047MDL-014-00310568 - META3047MDL-014-00310570 | Redact Specified Portion | |
| Meta's MSJ Ex. 15, ECF No. 2705-18 | Employee PII at META3047MDL-014-00394440 | Redact Specified Portion | |
| Meta's MSJ Ex. 66, ECF No. 2705-69 | Employee PII at META3047MDL-003-00170183 | Redact Specified Portion | |
| Meta's MSJ Ex. 75, ECF No. 2705-78 | Employee PII at PDF pages 3, 10, 13 | Redact Specified Portion | |
| Meta's MSJ Ex. 84, ECF No. 2705-87 | Employee PII at PDF pages 32, 39, 43, 72 | Redact Specified Portion | |
| Meta's MSJ Ex. 91, ECF No. 2705-94 | Employee PII at PDF pages 14-15, 17-18, 21 | Redact Specified Portion | |
| AGs' Opp. to Meta's MSJ Ex. 1, ECF No. 2783-3 | Employee PII at PDF pages 73, 117, 119, 125, 148, 155, 159, 189, 207, 208, 225, | Redact Specified Portion | |

4

| Document | Portion to Be Sealed | Action to be taken | Court Order |
|---|---|---|---|
| | 226, 229, 307, 318, 362 | | |
| | Minor PII at PDF at pages 6, 119, 206, 307, 311, 312, 313, 319-325, 327-343, 373-385, 388, 393, 395-400, 402 | Redact Specified Portion | |
| | Competitively Sensitive Information at PDF pages 310-312, 314, 366 | Redact Specified Portion | |
| AGs' Opp. to Meta's MSJ Ex. 3, ECF No. 2783-5 | Employee PII at META3047MDL-031-00265234 and META3047MDL-031-00265247 | Redact Specified Portion | |
| AGs' Opp. to Meta's MSJ Ex. 4, ECF No. 2783-6 | Employee PII at META3047MDL-129-00000930 | Redact Specified Portion | |
| AGs' Opp. to Meta's MSJ Ex. 8, ECF No. 2783-10 | Employee PII at PDF pages 15, 18, and 21 | Redact Specified Portion | |
| AGs' Opp. to Meta's MSJ Ex. 10, ECF No. 2783-12 | Employee PII at META3047MDL-003-00021773 | Redact Specified Portion | |
| AGs' Opp. to Meta's MSJ Ex. 12, ECF No. 2783-14 | Employee PII at META3047MDL-003-00109173 | Redact Specified Portion | |
| AGs' Opp. to Meta's MSJ Ex. 13, ECF No. 2783-15 | Employee PII at META3047MDL-003-001 09348 | Redact Specified Portion | |
| AGs' Opp. to Meta's MSJ Ex. 15, ECF No. 2783-17 | Employee PII at PDF page 3 | Redact Specified Portion | |
| AGs' Opp. to Meta's MSJ Ex. 19, ECF No. 2783-21 | Employee PII at META3047MDL-003-00000029 | Redact Specified Portion | |

5

| Document | Portion to Be Sealed | Action to be taken | Court Order |
|---|---|---|---|
| AGs' Opp. to Meta's MSJ Ex. 20, ECF No. 2783-22 | Employee PII at META3047MDL-050-00128242 and META3047MDL-050-00128243 | Redact Specified Portion | |
| AGs' Opp. to Meta's MSJ Ex. 24, ECF No. 2784-1 | Employee PII at META3047MDL-294-00103877 | Redact Specified Portion | |
| AGs' Opp. to Meta's MSJ Ex. 25, ECF No. 2784-2 | Employee PII at META3047MDL-004-00003641 | Redact Specified Portion | |
| AGs' Opp. to Meta's MSJ Ex. 27, ECF No. 2784-4 | Employee PII at META3047MDL-003-00104006 | Redact Specified Portion | |
| AGs' Opp. to Meta's MSJ Ex. 28, ECF No. 2784-5 | Employee PII at META3047MDL-047-00068518 and META3047MDL-047-00068550 | Redact Specified Portion | |
| AGs' Opp. to Meta's MSJ Ex. 29, ECF No. 2784-6 | Employee PII at META3047MDL-0087-00030017, META3047MDL-0087-00030019, META3047MDL-0087-00030021 - META3047MDL-0087-00030024, and META3047MDL-0087-00030107 - META3047MDL-0087-00030108 | Redact Specified Portion | |
| AGs' Opp. to Meta's MSJ Ex. 30, ECF No. 2784-7 | Employee PII at PDF pages 2 and 18 | Redact Specified Portion | |
| AGs' Opp. to Meta's MSJ Ex. 31, ECF No. 2784-8 | Employee PII at META3047MDL-136-00013167, META3047MDL-136-00013171, META3047MDL-136- | Redact Specified Portion | |

6

| Document | Portion to Be Sealed | Action to be taken | Court Order |
|---|---|---|---|
| | 00013176, META3047MDL-136-00013178, META3047MDL-136-00013183, META3047MDL-136-00013186, META3047MDL-136-00013188, META3047MDL-136-00013192, META3047MDL-136-00013193, and META3047MDL-136-00013201 | | |
| AGs' Opp. to Meta's MSJ Ex. 32, ECF No. 2784-9 | Employee PII at META3047MDL-003-00021060 and META3047MDL-003-00021064 - META3047MDL-003-00021069 | Redact Specified Portion | |
| AGs' Opp. to Meta's MSJ Ex. 34, ECF No. 2784-11 | Employee PII at transcript page 67 | Redact Specified Portion | |
| AGs' Opp. to Meta's MSJ Ex. 35, ECF No. 2784-12 | Employee PII at META3047MDL-020-00342152 and META3047MDL-020-00342153 | Redact Specified Portion | |
| AGs' Opp. to Meta's MSJ Ex. 36, ECF No. 2784-13 | Employee PII at META3047MDL-020-00005380 | Redact Specified Portion | |
| AGs' Opp. to Meta's MSJ Ex. 37, ECF No. 2784-14 | Employee PII at META3047MDL-047-00706686 | Redact Specified Portion | |
| AGs' Opp. to Meta's MSJ Ex. 38, ECF No. 2784-15 | Employee PII at META3047MDL-003-00172008 and META3047MDL-003-00172009 | Redact Specified Portion | |

[PROPOSED] ORDER REGARDING AMENDED OMNIBUS SEALING STIPULATION (META'S AND STATE AGS' MOTS. FOR SUMM. J.)
Case Nos. 4:22-MD-03047-YGR-PHK, 4:23-CV-05448-YGR

| Document | Portion to Be Sealed | Action to be taken | Court Order |
|---|---|---|---|
| AGs' Opp. to Meta's MSJ Ex. 39, ECF No. 2784-16 | Competitively sensitive information at META3047MDL-050-00343524 | Redact Specified Portion | |
| AGs' Opp. to Meta's MSJ Ex. 43, ECF No. 2784-20 | Competitively sensitive information at PDF pages 7, 13<br><br>Employee PII at PDF pages 9, 15, 29, 34 | Redact Specified Portion | |
| AGs' Opp. to Meta's MSJ Ex. 51, ECF No. 2785-3 | Employee PII at PDF page 4 and META3047MDL-031-00048772 | Redact Specified Portion | |
| AGs' Opp. to Meta's MSJ Ex. 52, ECF No. 2785-4 | Employee PII at META3047MDL-020-00230760 and META3047MDL-020-00230761 | Redact Specified Portion | |
| AGs' Opp. to Meta's MSJ Ex. 53, ECF No. 2785-5 | Employee PII at META3047MDL-003-00190725 and META3047MDL-003-00190726 | Redact Specified Portion | |
| AGs' Opp. to Meta's MSJ Ex. 54, ECF No. 2785-6 | Employee PII at META3047MDL-003-00152568 | Redact Specified Portion | |
| AGs' Opp. to Meta's MSJ Ex. 55, ECF No. 2785-7 | Employee PII at META3047MDL-014-00397800 and META3047MDL-014-00397801 | Redact Specified Portion | |
| AGs' Opp. to Meta's MSJ Ex. 56, ECF No. 2785-8 | Employee PII at META3047MDL-040-00028639 | Redact Specified Portion | |
| AGs' Opp. to Meta's MSJ Ex. 57, ECF No. 2785-9 | Employee PII at META3047MDL-040-00028597 | Redact Specified Portion | |

| Document | Portion to Be Sealed | Action to be taken | Court Order |
|----------|---------------------|--------------------|-------------|
| AGs' Opp. to Meta's MSJ Ex. 59, ECF No. 2785-11 | Employee PII at META3047MDL-064-00000059 | Redact Specified Portion | |
| AGs' Opp. to Meta's MSJ Ex. 61, ECF No. 2785-13 | Employee PII at META3047MDL-034-00111703 | Redact Specified Portion | |
| AGs' Opp. to Meta's MSJ Ex. 65, ECF No. 2785-17 | Employee PII at PDF pages 2-4 | Redact Specified Portion | |
| AGs' Opp. to Meta's MSJ Ex. 67, ECF No. 2785-19 | Employee PII at META3047MDL-019-00056633, META3047MDL-019-00056634, and META3047MDL-019-00056636 | Redact Specified Portion | |
| AGs' Opp. to Meta's MSJ Ex. 68, ECF No. 2785-20 | Employee PII at META3047MDL-014-00325886 | Redact Specified Portion | |
| AGs' Opp. to Meta's MSJ Ex. 72, ECF No. 2785-24 | Employee PII at META4037MDL-003-00101724 and META4037MDL-003-00101729 | Redact Specified Portion | |
| AGs' Opp. to Meta's MSJ Ex. 76, ECF No. 2786-3 | Employee PII at transcript page 119 | Redact Specified Portion | |
| AGs' Opp. to Meta's MSJ Ex. 77, ECF No. 2786-4 | Employee PII at META304 7MDL-003-00133741 | Redact Specified Portion | |
| AGs' Opp. to Meta's MSJ Ex. 81, ECF No. 2786-8 | Employee PII at META3047MDL-047-00017209 and META3047MDL-047-00017210 | Redact Specified Portion | |
| AGs' Opp. to Meta's MSJ Ex. 83, ECF No. 2786-10 | Employee PII at META3047MDL-003-00031387 | Redact Specified Portion | |

[PROPOSED] ORDER REGARDING AMENDED OMNIBUS SEALING STIPULATION (META'S AND STATE AGS' MOTS. FOR SUMM. J.)
Case Nos. 4:22-MD-03047-YGR-PHK, 4:23-CV-05448-YGR

| Document | Portion to Be Sealed | Action to be taken | Court Order |
|---|---|---|---|
| AGs' Opp. to Meta's MSJ Ex. 85, ECF No. 2786-12 | Employee PII at PDF page 2 | Redact Specified Portion | |
| AGs' Opp. to Meta's MSJ Ex. 86, ECF No. 2786-13 | Employee PII at META3047MDL-020-00635783 and META3047MDL-020-00635784 | Redact Specified Portion | |
| AGs' Opp. to Meta's MSJ Ex. 87, ECF No. 2786-14 | Employee PII at META3047MDL-034-00012951 | Redact Specified Portion | |
| AGs' Opp. to Meta's MSJ Ex. 91, ECF No. 2786-18 | Employee PII at PDF p. 2, META3047MDL-004-00009868, META3047MDL-004-00009869, and META3047MDL-004-00009872 | Redact Specified Portion | |
| AGs' Opp. to Meta's MSJ Ex. 92, ECF No. 2786-19 | Employee PII at META3047MDL-020-00689125 and META3047MDL-020-00689128 | Redact Specified Portion | |
| AGs' Opp. to Meta's MSJ Ex. 95, ECF No. 2786-22 | Employee PII at META3047MDL-136-00009510, META3047MDL-136-00009511, META3047MDL-136-00009516, and META3047MDL-136-00009517 | Redact Specified Portion | |
| AGs' Opp. to Meta's MSJ Ex. 100, ECF No. 2787-2 | Employee PII at META3047MDL-020-00609932 | Redact Specified Portion | |
| AGs' Opp. to Meta's MSJ Ex. 103, ECF No. 2787-5 | Employee PII at META3047MDL-047-00913033 | Redact Specified Portion | |

10

| Document | Portion to Be Sealed | Action to be taken | Court Order |
|---|---|---|---|
| AGs' Opp. to Meta's MSJ Ex. 107, ECF No. 2787-9 | Employee PII at META3047MDL-047-01170167 | Redact Specified Portion | |
| AGs' Opp. to Meta's MSJ Ex. 109, ECF No. 2787-11 | Employee PII at PDF page 2 | Redact Specified Portion | |
| AGs' Opp. to Meta's MSJ Ex. 110, ECF No. 2787-12 | Employee PII at META3047MDL-031-00086273, Minor PII at META3047MDL-031-00086273 | Redact Specified Portion | |
| AGs' Opp. to Meta's MSJ Ex. 112, ECF No. 2787-14 | Employee PII at transcript pages 211 and 224 | Redact Specified Portion | |
| AGs' Opp. to Meta's MSJ Ex. 113, ECF No. 2787-15 | Employee PII at META3047MDL-014-00377295 - META3047MDL-014-00377298 | Redact Specified Portion | |
| AGs' Opp. to Meta's MSJ Ex. 114, ECF No. 2787-16 | Employee PII at META3047MDL-031-00088637 | Redact Specified Portion | |
| AGs' Opp. to Meta's MSJ Ex. 115, ECF No. 2787-17 | Employee PII at transcript pages 274 and 277 | Redact Specified Portion | |
| AGs' Opp. to Meta's MSJ Ex. 118, ECF No. 2787-20 | Employee PII at PDF page 28 | Redact Specified Portion | |
| AGs' Opp. to Meta's MSJ Ex. 119, ECF No. 2787-21 | Employee PII at META3047MDL-047-00995641 | Redact Specified Portion | |
| AGs' Opp. to Meta's MSJ Ex. 120, ECF No. 2787-22 | Employee PII at META3047MDL-098-00004604 - META3047MDL-098-00004606 | Redact Specified Portion | |
| AGs' Opp. to Meta's MSJ Ex. 123, ECF No. 2787-25 | Employee PII at META3047MDL-155-00009593 and | Redact Specified Portion | |

11

| Document | Portion to Be Sealed | Action to be taken | Court Order |
|---|---|---|---|
|  | META3047MDL-155-00009594 |  |  |
| AGs' Opp. to Meta's MSJ Ex. 123, ECF No. 2787-25 | Minor PII at META3047MDL-155-00009593 and META3047MDL-155-00009594 | Redact Specified Portion |  |
| AGs' Opp. to Meta's MSJ Ex. 125, ECF No. 2788-2 | Employee PII at META3047MDL-014-00179719 and META3047MDL-014-00179720 | Redact Specified Portion |  |
| AGs' Opp. to Meta's MSJ Ex. 126, ECF No. 2788-3 | Employee PII at META3047MDL-072-00434143, META3047MDL-072-00434146, and META3047MDL-072-00434148 | Redact Specified Portion |  |
| AGs' Opp. to Meta's MSJ Ex. 127, ECF No. 2788-4 | Employee PII at META3047MDL-275-00002214 | Redact Specified Portion |  |
| AGs' Opp. to Meta's MSJ Ex. 128, ECF No. 2788-5 | Employee PII at META3047MDL-111-00135412 | Redact Specified Portion |  |
| AGs' Opp. to Meta's MSJ Ex. 131, ECF No. 2788-8 | Employee PII at META3047MDL-294-00159772 | Redact Specified Portion |  |
| AGs' Opp. to Meta's MSJ Ex. 132, ECF No. 2788-9 | Employee PII at PDF pages 2, 6, and 9 | Redact Specified Portion |  |
| AGs' Opp. to Meta's MSJ Ex. 133, ECF No. 2788-10 | Employee PII at META3047MDL-281-00004826 | Redact Specified Portion |  |
| AGs' Opp. to Meta's MSJ Ex. 134, ECF No. 2788-11 | Employee PII: META3047MDL-003-00135848, META3047MDL-003-00135851, and | Redact Specified Portion |  |

12

| Document | Portion to Be Sealed | Action to be taken | Court Order |
|---|---|---|---|
| | META3047MDL-003-00135852 | | |
| AGs' Opp. to Meta's MSJ Ex. 137, ECF No. 2788-14 | Employee PII at META3047MDL-003-00124140 | Redact Specified Portion | |
| AGs' Opp. to Meta's MSJ Ex. 138, ECF No. 2788-15 | Employee PII at META3047MDL-277-00004920 | Redact Specified Portion | |
| AGs' Opp. to Meta's MSJ Ex. 145, ECF No. 2788-22 | Employee PII at META3047MDL-020-00656153 | Redact Specified Portion | |
| AGs' Opp. to Meta's MSJ Ex. 147, ECF No. 2788-24 | Employee PII at META3047MDL-003-00015900 and META3047MDL-003-00015901 | Redact Specified Portion | |
| AGs' Opp. to Meta's MSJ Ex. 149, ECF No. 2789-1 | Employee PII META3047MDL-277-00004388 and META3047MDL-277-00004389 | Redact Specified Portion | |
| AGs' Opp. to Meta's MSJ Ex. 150, ECF No. 2789-2 | Employee PII at META3047MDL-014-00381713 | Redact Specified Portion | |
| AGs' Opp. to Meta's MSJ Ex. 151, ECF No. 2789-3 | Employee PII at META3047MDL-047-00730463 and META3047MDL-047-00730464 | Redact Specified Portion | |
| AGs' Opp. to Meta's MSJ Ex. 154, ECF No. 2789-6 | Employee PII at META3047MDL-207-00034678, META3047MDL-207-00034680, and META3047MDL-207-00034718 | Redact Specified Portion | |
| AGs' Opp. to Meta's MSJ Ex. 155, ECF No. 2789-7 | Employee PII at META3047MDL-004-00003522 | Redact Specified Portion | |

13

| Document | Portion to Be Sealed | Action to be taken | Court Order |
|---|---|---|---|
| AGs' Opp. to Meta's MSJ Ex. 158, ECF No. 2789-10 | Employee PII at META3047MDL-110-00000078 and META3047MDL-110-00000079 | Redact Specified Portion | |
| AGs' Opp. to Meta's MSJ Ex. 159, ECF No. 2789-11 | Employee PII at META3047MDL-074-00143512 | Redact Specified Portion | |
| AGs' Opp. to Meta's MSJ Ex. 160, ECF No. 2789-12 | Employee PII at META3047MDL-047-00693844 | Redact Specified Portion | |
| AGs' Opp. to Meta's MSJ Ex. 162, ECF No. 2789-14 | Competitively Sensitive Information at PDF pages 4, 6, 7, 9, 10, 11, 13-26, 35, 36, 38-40, 42-58, 61-64 | Redact Specified Portion | |
| AGs' Opp. to Meta's MSJ Ex. 164, ECF No. 2789-164 | Minor PII at META3047MDL-241-00000019 | Redact Specified Portion | |
| AGs' Opp. to Meta's MSJ Ex. 165, ECF No. 2789-17 | Minor PII at AG-MDL3047-Alter-003815, AG-MDL3047-Alter-003816 | Redact Specified Portion | |
| AGs' Opp. to Meta's MSJ Ex. 168, ECF No. 2789-20 | Employee PII at META3047MDL-065-00400107 | Redact Specified Portion | |
| AGs' Opp. to Meta's MSJ Ex. 174, ECF No. 2790-1 | Employee PII at META3047MDL-003-00109348 | Redact Specified Portion | |
| AGs' Opp. to Meta's MSJ Ex. 176, ECF No. 2790-3 | Employee PII at document pages 1, 8, and 25 | Redact Specified Portion | |
| Meta's Opp. to AGs' Partial MSJ Ex. 01, ECF No. 2781-3 | Employee PII at PDF pages 3 and 10 | Redact Specified Portion | |

14

| Document | Portion to Be Sealed | Action to be taken | Court Order |
|---|---|---|---|
| Meta's Opp. to AGs' Partial MSJ Ex. 04, ECF No. 2781-6 | Employee PII at transcript pages 63,114-15, 205, 211, 212, and 214 | Redact Specified Portion | |
| Meta's Opp. to AGs' Partial MSJ Ex. 06, ECF No. 2781-8 | Employee PII at PDF pages 2, 3, 5, 7, 8, 9, 11, 12, 13, and 15 | Redact Specified Portion | |
| Meta's Opp. to AGs' Partial MSJ Ex. 08, ECF No. 2781-10 | Employee PII at META3047MDL-003-00047875 | Redact Specified Portion | |
| Meta's Opp. to AGs' Partial MSJ Ex. 11, ECF No. 2781-13 | Employee PII at META3047MDL-146-00087605 | Redact Specified Portion | |
| Meta's Opp. to AGs' Partial MSJ Ex. 12, ECF No. 2781-14 | Employee PII at META3047MDL-046-00068728 | Redact Specified Portion | |
| Meta's Opp. to AGs' Partial MSJ Ex. 16, ECF No. 2781-18 | Employee PII at PDF page 3 | Redact Specified Portion | |
| Meta's Opp. to AGs' Partial MSJ Ex. 17, ECF No. 2781-19 | Employee PII at PDF page 3 | Redact Specified Portion | |
| Meta's Opp. to AGs' Partial MSJ Ex. 18, ECF No. 2781-20 | Employee PII at META3047MDL-302-00000004 and META3047MDL-302-00000005 | Redact Specified Portion | |
| Meta's Opp. to AGs' Partial MSJ Ex. 19, ECF No. 2781-21 | Competitively sensitive information at PDF pages 3, 5 | Redact Specified Portion | |
| Meta's Opp. to AGs' Partial MSJ Ex. 25, ECF No. 2781-27 | Competitively sensitive information at PDF pages 9-12 | Redact Specified Portion | |
| Meta's Reply Ex. 03, ECF No. 2893-5 | Employee PII at META3047MDL-003-00158978 | Redact Specified Portion | |

[PROPOSED] ORDER REGARDING AMENDED OMNIBUS SEALING STIPULATION (META'S AND STATE AGS' MOTS. FOR SUMM. J.)
Case Nos. 4:22-MD-03047-YGR-PHK, 4:23-CV-05448-YGR

| Document | Portion to Be Sealed | Action to be taken | Court Order |
|---|---|---|---|
| AGs' Reply Ex. 2, ECF No. 2899-4 | Employee PII at transcript pages 211, 212, 224, 233, and 236 | Redact Specified Portion | |
| AGs' Reply Ex. 6, ECF No. 2899-8 | Employee PII at META3047MDL-191-00000085 and META3047MDL-191-00000087 | Redact Specified Portion | |
| AGs' Reply Ex. 7, ECF No. 2899-9 | Employee PII at META3047MDL-047-00906617 - META3047MDL-047-00906623 and PDF p. 9 | Redact Specified Portion | |
| AGs' Reply Ex. 8, ECF No. 2899-10 | Competitively sensitive information at META3047MDL-287-00005522-5523 (PDF pages 2-3) | Redact Specified Portion | |
| AGs' Reply Ex. 9, ECF No. 2899-11 | Employee PII at META3047MDL-050-00029338, META3047MDL-050-00029339, META3047MDL-050-00029340, and META3047MDL-050-00029341 | Redact Specified Portion | |
| AGs' Reply Ex. 10, ECF No. 2899-12 | Employee PII at META3047MDL-044-00025293 and META3047MDL-044-00025294 | Redact Specified Portion | |
| AGs' Partial MSJ Ex. 2, ECF No. 2696-4 | Employee PII at transcript pages 224 and 295 | Redact Specified Portion | |

[PROPOSED] ORDER REGARDING AMENDED OMNIBUS SEALING STIPULATION (META'S AND STATE AGS' MOTS. FOR SUMM. J.)
Case Nos. 4:22-MD-03047-YGR-PHK, 4:23-CV-05448-YGR

IT IS SO ORDERED.

DATED: _____    _____
                                  YVONNE GONZALEZ ROGERS
                                  UNITED STATES DISTRICT JUDGE

17