**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA**

|  |  |
|---|---|
| *PEOPLE OF THE STATE OF CALIFORNIA, et al.,* Plaintiffs, <br><br> v. <br><br> *META PLATFORMS, INC, Instagram, LLC, Meta Payments, Inc., Meta Platforms Technologies, LLC., et al.,* Defendants <br><br> IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION <br><br> THIS DOCUMENT RELATES TO: 4:23-cv-05448 | MDL No. 3047 <br><br> Case No. 4:23-cv-05448-YGR <br><br> Judge: Hon. Yvonne Gonzalez Rogers <br><br> Magistrate Judge: Hon. Peter H. Kang |

**TRIAL REPORT OF
Mitch Prinstein, Ph.D.**

**May 16, 2025**

HIGHLY CONFIDENTIAL (COMPETITOR)

# Table of contents

I. Introduction ........................................................................................................................................... 3

    I.A. Summary of opinions ...................................................................................................................... 3

    I.B. Qualifications and expertise .......................................................................................................... 4

    I.C. Parties ............................................................................................................................................ 6

        I.C.1. States ...................................................................................................................................... 6

        I.C.2. Meta ....................................................................................................................................... 6

    I.D. Meta's alleged unfair and deceptive practices ............................................................................. 6

    I.E. Assignment and materials considered ........................................................................................... 6

II. Background ........................................................................................................................................... 8

    II.A. The neuroscience of adolescent brain development as relevant to social media use ................... 8

        II.A.1. Youth hypersensitivity to social feedback and "automatic" behaviors ................................ 9

        II.A.2. Youth underdeveloped impulse control ............................................................................... 10

    II.B. The importance of sleep for adolescents' brain development and mental health ...................... 12

III. Social media platform features encourage problematic use by youth, consistent with clinical dependency ..................... 14

    III.A. Problematic social media use interferes with adaptive relationship development skills ...................... 19

    III.B. Social media features can interfere with healthy peer socialization processes ....................... 21

    III.C. Problematic social media use disrupts opportunities to engage in offline, healthy, necessary activities .............. 23

IV. Social media platform features change the impact of harmful content and create stress that contributes to mental health symptoms ..................... 26

V. Social media platform features promote harmful social comparison processes for youth that are linked to psychological symptoms ..................... 30

VI. Conclusions ...................................................................................................................................... 32

Appendix A. Materials considered ..................................................................................................... A-1

Appendix B. Curriculum vitae of Mitch Prinstein, PhD ...................................................................... B-1

Trial Report of Mitch Prinstein, PhD

# List of figures

Figure 1: The discrepancy in the desire for social rewards in contrast to the ability to control impulses across childhood, adolescence, and emerging adulthood..................................................................................................................... 12

Trial Report of Mitch Prinstein, PhD

---

Trial Report of Mitch Prinstein, PhD

# I. Introduction

## I.A. Summary of opinions

(1) **Youth (beginning ages 10 years until the mid-twenties) are hypersensitive to social feedback, automatic behaviors, and have underdeveloped impulse control**. **The features and functions embedded within Meta's social media platforms exploit these vulnerabilities in potentially harmful ways**. Due to normative asynchronous development of brain regions, youth are biologically susceptible to cues related to social interaction, evaluation, and attention from peers but are not fully capable of regulating impulses to seek these cues excessively. This biological vulnerability makes youth especially susceptible to Meta platform features including the count of likes, followers, comments, and notifications.

(2) **Meta platform features encourage problematic social media use, consistent with clinical dependency**. There is considerable overlap in the regions of the brain activated by social media use and those involved in addictions to illegal and dangerous substances. Research has demonstrated that many adolescents report an inability to stop using social media and display other tolerance, withdrawal, and impairment symptoms that overlap with diagnostic criteria for substance use dependencies.

(3) **Problematic social media use, promoted by Meta platform features, interferes with adaptive relationship development skills and healthy peer socialization processes, posing a risk to adolescents' mental health**. **Moreover, problematic social media use disrupts opportunities to engage in offline, healthy, necessary activities including sleep**. Insufficient sleep is associated with poor school performance, difficulties with attention and stress regulation, and increased risk for automobile accidents. Neuroscientific research has demonstrated that inconsistent sleep schedules are associated with deleterious changes in structural brain development in adolescent years.

(4) **Social media platform features change the impact of harmful content and create stress that contributes to mental health symptoms**. Social media platforms such as Instagram serve two domains of problematic material to youth. One domain pertains to posts that actively showcase and promote engagement in psychologically disordered behavior, such as sites that discuss eating disordered behaviors. A second area of concern regarding online content pertains to the frequency of online discrimination and cyberbullying. Social media platforms' design choices amplify the impact this content has on users, creating stress and contributing to mental health symptoms.

Trial Report of Mitch Prinstein, PhD

(5) **Social media platform features promote harmful social comparison processes for youth that are subsequently linked to psychological symptoms**. The quantitative nature of social media, promoting metrics such as likes and follower counts, combined with the focus on videos and pictures rather than text, creates a fertile ground for social comparisons. Psychological science demonstrates that exposure to the environments created by platforms like Instagram is associated with lower self-image and distorted body perceptions among young people.

## I.B. Qualifications and expertise

(6) I am the John Van Seters Professor of Psychology and Neuroscience at the University of North Carolina at Chapel Hill (UNC) and the co-director of the Winston Center on Technology and Brain Development. From 2021–2024, I served as the Chief Science Officer at the American Psychological Association (APA) and was promoted in November 2024 to Chief of Psychology, Integration and Strategy, overseeing the science, practice, education, and applied psychology portfolios at APA.

(7) I completed my doctoral training in the APA-accredited clinical psychology program at the University of Miami, receiving my PhD in 1997. I completed my predoctoral internship/residence and postdoctoral fellowship at the Brown University Clinical Psychology Training Consortium. I served as an Assistant Professor, the Director of Clinical Psychology, and then Associate Professor at the Department of Psychology at Yale University before I began at UNC.

(8) I am a board-certified clinical child and adolescent psychologist by the American Board of Professional Psychology and a fellow of APA and the Association of Psychological Science. I have served as the President of the Society for a Science of Clinical Psychology (SSCP), the Society for Clinical Child and Adolescent Psychology (SCCAP), and the Editor in Chief of the Journal of Clinical Child and Adolescent Psychology.

(9) My research over 25 years has focused on the study of youths' off- and online interpersonal relationships with peers. With continuous funding from the National Institutes of Health, I have examined interpersonal predictors of adolescent suicide and health risk behaviors, processes of peer influence, and associations among online peer interactions, youth brain development, and mental health. My work has included over 250 peer-reviewed empirical manuscripts and literature reviews, as well as numerous scholarly chapters. I have served as an author and/or editor for 13 books, including undergraduate and doctoral-level textbooks in clinical psychology, as well as an encyclopedia series on adolescent development.

(10) I have received numerous awards for my research, teaching, my work as a mentor, and my service to the field. Most recently, I received two career awards for my scientific contributions to clinical psychology and to clinical child and adolescent psychology (from SSCP and SSCAP, respectively).

Trial Report of Mitch Prinstein, PhD

(11)   I have advised/consulted with numerous government agencies on the topics of social media and adolescent development (e.g., White House Office of Science and Technology Policy, Centers for Disease Control, Federal Trade Commission, US Surgeon General's Office, international agencies (e.g., Organisation for Economic Co-operation and Development, World Economic Forum, World Health Organization), nonprofits (e.g., Common Sense Media, American Academy of Pediatrics, The National PTA), and institutes (e.g., National Institute of Mental Health, National Academies of Science).

(12)   I have never before testified as an expert at trial or by deposition. I have testified before the United States Senate Committee on Health, Education, Labor, and Pensions regarding the youth mental health crisis, and the United States Senate Judiciary Committee regarding the science on social media and youth development. I have also offered testimony to several US state legislatures on the associations between social media and adolescent mental health.

(13)   I served as the co-chair and an author of the APA Health Advisory on Social Media Use in Adolescence[1] and several follow-up reports issued by the APA, including Potential Risks of Content, Features, and Functions: The Science of How Social Media Affects Youth[2] and APA Recommendations for Healthy Teen Video Viewing.[3]

(14)   I am submitting this testimony as part of my work at APA, which includes a duty to disseminate psychological science. I am not receiving financial compensation for the completion of this report. I will complete my role at APA and return to UNC on January 1, 2026, after which I will charge $750 per hour for any additional work on this matter. None of my compensation is contingent upon the outcome of this litigation.

(15)   Appendix B contains a copy of my current curriculum vitae and a list of all publications authored by me in the past 10 years.

---

[1]   "Health Advisory on Social Media Use in Adolescence," American Psychological Association, accessed May 7, 2025, https://www.apa.org/topics/social-media-internet/health-advisory-adolescent-social-media-use.

[2]   "Potential Risks of Content, Features, and Functions: The Science of How Social Media Affects Youth," American Psychological Association, accessed April 25, 2025, https://www.apa.org/topics/social-media-internet/youth-social-media-2024.

[3]   "APA Recommendations for Healthy Teen Video Viewing," American Psychological Association, November 2024, https://www.apa.org/topics/social-media-internet/apa-adolescent-video-consumption-recommendations.pdf.

Trial Report of Mitch Prinstein, PhD

## I.C. Parties

### I.C.1. States

(16)    I understand that the plaintiffs in this lawsuit are a coalition of Attorneys General from 29 US states: Arizona, California, Colorado, Connecticut, Delaware, Hawai'i, Idaho, Illinois, Indiana, Kansas, Kentucky, Louisiana, Maine, Maryland, Minnesota, Nebraska, New Jersey, New York, North Carolina, Ohio, Oregon, Pennsylvania, Rhode Island, South Carolina, South Dakota, Virginia, Washington, West Virginia and Wisconsin (collectively, "Plaintiffs").

### I.C.2. Meta

(17)    I understand that the defendants in this lawsuit are Meta Platforms, Inc.; Instagram, LLC; Meta Payments, Inc.; and Meta Platforms Technologies (collectively, "Meta").

## I.D. Meta's alleged unfair and deceptive practices

(18)    I understand that certain Plaintiffs allege that Meta has engaged in unfair and unconscionable acts and practices related to the health and safety of its young users on its social media platforms.[4]

(19)    I also understand that certain Plaintiffs allege that Meta has engaged in deceptive acts and practices regarding its social media platforms.[5]

## I.E. Assignment and materials considered

(20)    I was retained by Plaintiffs to opine on the effects of social media, including Instagram and Facebook, on the developing adolescent brain and how specific social media features impact developmental and mental health outcomes. In preparing this report, I was assisted by staff from the consulting firm Bates White. While engaged in this matter, I directed the activities of the team, made all final decisions, and prepared this report.

(21)    In forming the opinions expressed in this report, I have relied on the scientific literature, including my research over the past 25 years, and Meta documents produced in this case. My research has relied on numerous methods, including prospective longitudinal work, experimental design, school-based surveillance, in vivo lab-based biological sampling, and neuroimaging. Specifically, I have

---

[4]    Complaint for Injunctive and Other Relief. *People of the State of California, et al. v. Meta Platforms, Inc., et al.* (N.D. Cal. Nos. 4:22-md-03047-YGR-PHK and 4:23-cv-05448-YGR) (November 22, 2023) [hereinafter "Complaint"], ¶ 847.

[5]    Complaint, ¶ 846.

Trial Report of Mitch Prinstein, PhD

considered the materials listed in VI.Appendix A for this report. I hold the opinions stated in this report to a reasonable degree of scientific certainty.

(22)    If and when additional materials become available during the course of this litigation, I reserve the right to update my opinions. If I am called upon to testify at hearing or trial, I also reserve the right to employ demonstrative exhibits summarizing facts or opinions disclosed in this report or new information that subsequently becomes available.

Trial Report of Mitch Prinstein, PhD

Trial Report of Mitch Prinstein, PhD

# II. Background

## II.A. The neuroscience of adolescent brain development as relevant to social media use

(23)     Developmental neuroscientists have identified two highly critical periods for adaptive neural development.[6] As I explain in this section, disruptions to our brain growth during these periods may have significant implications.[7] One of these is the first year of life. The second most substantial period of brain reorganization begins at the outset of puberty – about 1–2 years before pubertal changes are observable on the body - and lasts until early adulthood (i.e., from approximately 10 to 25 years old). This latter period is highly relevant for understanding the risks of social media,[8] as this is when a great number of youths are offered relatively unfettered access to devices and unrestricted or unsupervised use of social media and other online platforms.[9] As I discuss further below, neurological changes occur gradually and steadily within the age range of 10–25 years; thus, risks are likely greater towards the beginning of this range and become attenuated as the youth mature.[10]

(24)     Pubertal development within the brain generally affects one region at a time. This is important because it means that some areas of the brain are maturing and becoming sensitive to the environment in new ways, many years before other areas of the brain are able to be utilized in the capacity that we might expect among adults.[11] In broad terms, the brain first develops some of the lower (i.e., more "primitive") functions that we tend to share with many mammalian species.[12] Years later, neural maturation occurs more substantially within some of the upper regions, referred to as the cerebral cortex. This brain geography is important. The regions of the brain that sit below the cerebral cortex

[6]     Adrienne L. Tierney and Charles A. Nelson III, "Brain development and the role of experience in the early years," *Zero to Three* 30, no. 2 (2009): 9. Amy Orben, Andrew K. Przybylski, Sarah-Jayne Blakemore, and Rogier A. Kievit, "Windows of developmental sensitivity to social media," *Nature Communications* 13, no. 1 (2022): 1649.

[7]     Charles A. Nelson and Laurel J. Gabard-Durnam, "Early adversity and critical periods: neurodevelopmental consequences of violating the expectable environment," *Trends in Neurosciences* 43, no. 3 (2020): 133–143. "The Teenage Brain: Under Construction," American College of Pediatricians, May 2022, https://acpeds.org/position-statements/the-teenage-brain-under-construction.

[8]     Amy Orben, Andrew K. Przybylski, Sarah-Jayne Blakemore, and Rogier A. Kievit, "Windows of developmental sensitivity to social media," *Nature Communications* 13, no. 1 (2022): 1649.

[9]     Anne J. Maheux, Kaitlyn Burnell, Maria T. Maza, Kara A. Fox, Eva H. Telzer, and Mitchell J. Prinstein, "Annual Research Review: Adolescent Social Media Use Is Not a Monolith: Toward the Study of Specific Social Media Components and Individual Differences," *Journal of Child Psychology and Psychiatry* 66, no. 4 (2025): 440–459.

[10]    Mitchell J. Prinstein and Matteo Giletta, "Future Directions in Peer Relations Research," *Journal of Clinical Child & Adolescent Psychology* 49, no. 4 (2020): 556–572. Leah H. Somerville, "The Teenage Brain: Sensitivity to Social Evaluation," *Current Directions in Psychological Science* 22, no. 2 (2013): 121–127.

[11]    Jay N. Giedd, Jonathan Blumenthal, Neal O. Jeffries, F. Xavier Castellanos, Hong Liu, Alex Zijdenbos, Tomáš Paus, Alan C. Evans, and Judith L. Rapoport, "Brain Development During Childhood and Adolescence: A Longitudinal MRI Study," *Nature Neuroscience* 2, no. 10 (1999): 861–863.

[12]    Dustin Albert and Laurence Steinberg, "Judgment and decision making in adolescence," *Journal of Research on Adolescence* 21, no. 1 (2011): 211-224. Leah H. Somerville, "The teenage brain: Sensitivity to social evaluation," *Current Directions in Psychological Science* 22, no. 2 (2013): 121-127.

Trial Report of Mitch Prinstein, PhD

(i.e., "subcortical") tend to be associated with behaviors that are outside of our conscious awareness. For instance, we do not think about our heart in order to keep it beating. Similarly, there are many tasks that we engage in simply out of habit or routine. In most cases, these are regulated by more primitive brain regions that mature first at the outset of puberty. In contrast, the cerebral cortex may be disproportionately responsible for our "consciousness," meaning that brain activity within the cerebral cortex may be associated with us consciously choosing, deliberating, or recognizing some of our behavioral choices.[13] As discussed in more detail below, several features and functions embedded within Meta social media platforms activate subcortical responses in the brain that lead to "automatic" behaviors among youth outside of their full conscious awareness. Others actively inhibit active engagement with cortical regions of the brain.

### II.A.1. Youth hypersensitivity to social feedback and "automatic" behaviors

(25)    The developing brain is relevant to social media for two reasons. First is the tendency for adolescents to be hypersensitive to social feedback (and consequent "automatic" behaviors), and the second is that adolescents have underdeveloped impulse control. I discuss each in this and the next section, respectively.

(26)    One of the first regions of the brain that undergoes substantial reorganization at the outset of puberty is referred to as the ventral striatum. Starting around ages 10 or 11 for most youth, there is a rapid proliferation of neuronal receptors within this brain region for two substances that are related to our social experiences.[14] One of these is oxytocin, which is generally associated with social bonding, especially with peers around our own age.[15] The second is dopamine, which is associated with feelings of pleasure when we experience attention, feedback, and reinforcement, or gain power and influence among our peers.[16] Many studies have reliably demonstrated the activation of regions rich with dopamine and oxytocin receptors during interactions with peers, including when attention is directed toward us.[17] Some of these studies have specifically revealed these effects under conditions that mimic the experience of adolescent social media use.[18] In short, this research suggests that

---

[13]    Laurence Steinberg, "A social neuroscience perspective on adolescent risk-taking," *Biosocial Theories of Crime*, Routledge (2017): 435–463. Betty J. Casey, Sarah Getz, and Adriana Galvan, "The adolescent brain," *Developmental Review* 28, no. 1 (2008): 62–77.

[14]    Ronald E. Dahl, Nicholas B. Allen, Linda Wilbrecht, and Ahna Ballonoff Suleiman, "A Developmental Science Perspective on Investing in Adolescence," *Nature* 554, no. 7693 (2018): 441–450.

[15]    "Oxytocin," Cleveland Clinic, accessed May 6, 2025, https://my.clevelandclinic.org/health/articles/22618-oxytocin.

[16]    "Dopamine," Cleveland Clinic, accessed May 6, 2025, https://my.clevelandclinic.org/health/articles/22581-dopamine.

[17]    Allan Colver and Sarah Longwell, "New Understanding of Adolescent Brain Development: Relevance to Transitional Healthcare for Young People with Long Term Conditions," *Archives of Disease in Childhood* 98, no. 11 (2013): 902–907. Wolfram Schultz, "Reward Signaling by Dopamine Neurons," *The Neuroscientist* 7, no. 4 (2001): 293–302. Thomas R. Insel, and Russell D. Fernald, "How the Brain Processes Social Information: Searching for the Social Brain," *Annual Review of Neuroscience* 27, no. 1 (2004): 697–722.

[18]    Eva H. Telzer and Maria T. Maza, "Social media and the developing brain," In *Handbook of Media Psychology: The Science and The Practice*, pp. 33–43. Cham: Springer Nature Switzerland, 2024. Leah H. Somerville, "The teenage brain: Sensitivity to social evaluation," *Current Directions in Psychological Science* 22, no. 2 (2013): 121–127.

---

Trial Report of Mitch Prinstein, PhD

children and pre-adolescents are likely to be hypersensitive to social cues beginning in the early stages of puberty, before changes to the body are visible externally. In other words, youth become especially invested in behaviors that will help them get personalized feedback, praise, or attention from peers.

(27)    Importantly, research suggests that the ventral striatum within the "social brain" also informs a nearby brain region called the ventral pallidum, which is part of our brain's motivational network. In simple terms, the close proximity between these two areas of the brain may be designed to drive us to get more of what feels pleasurable.[19] Recall that this all occurs in subcortical regions of the brain. In other words, something that makes us feel good, initiating a dopamine response, might lead to behaviors we engage in repeatedly, yet they do not involve conscious, deliberative decision-making (i.e., they are often Pavlovian or automatic responses). In the English language, we might refer to these behaviors as a habit, a craving, or an instinct because we sometimes seem to engage in these types of behaviors before we even realize that we are doing so. This is a process that is often used to explain the addictive characteristics of illegal substances because they involve the same regions of the brain and the same qualities of dopamine receptors.[20]

### II.A.2. Youth underdeveloped impulse control

(28)    Also highly relevant to the features embedded within Meta's social media platforms is the delayed maturation of youths' impulse control. This is due to the delayed maturation of cortical processes in the brain until the mid-twenties, which makes young people less capable of resisting impulses or stopping themselves from behavior that may lead to temporary benefit despite negative, longer-term consequences. This can lead to adolescents making decisions based on short-term gain, lower appreciation of long-term risks, and interference with focus on tasks that require concentration.[21]

(29)    In other words, one might think of the prefrontal cortex as the brain's "brakes" that play an important role in stopping us from engaging in whatever behavior might give us temporary pleasure. Importantly, interventions that are designed to appeal to our conscious decision-making, our sense of rational behavior, or our desire to regulate our behavior are typically directed to increase activation of the prefrontal cortex.[22] Since this area is not yet fully developed among adolescents

---

[19]    Kent C. Berridge, "From prediction error to incentive salience: mesolimbic computation of reward motivation," *European Journal of Neuroscience* 35, no. 7 (2012): 1124–1143.

[20]    Kent C. Berridge, "From prediction error to incentive salience: mesolimbic computation of reward motivation," *European Journal of Neuroscience* 35, no. 7 (2012): 1124–1143.

[21]    Lisa J. Knoll, Lucía Magis-Weinberg, Maarten Speekenbrink, and Sarah-Jayne Blakemore, "Social influence on risk perception during adolescence," *Psychological Science* 26, no. 5 (2015): 583–592.

[22]    Dustin Albert and Laurence Steinberg, "Judgment and decision making in adolescence," *Journal of Research on Adolescence* 21, no. 1 (2011): 211–224.

Trial Report of Mitch Prinstein, PhD

between the ages of 10 and 25 years old, those appeals to conscious decision-making are likely to be less successful.

(30)    In sum, at the outset of puberty, adolescents' brains begin developing in a specific, pre-determined sequence. Generally, sub-cortical areas shared with many mammalian species mature before areas at the top layer of the brain, which is responsible for many of our more human capabilities, such as premeditation, reflection, and inhibition. Among these initial areas developing among most youth, typically starting at the ages of 10–12, are regions associated with our craving for "social rewards," such as visibility, attention, and positive feedback from peers. In contrast, regions involved in our ability to inhibit our behavior, and resist temptations (i.e., the prefrontal cortex) do not fully develop until early adulthood (i.e., approximately 10–15 years later). Between the ages of approximately 10 and 25, therefore, youth are biologically susceptible to (i.e., craving) cues related to social interaction, evaluation, and attention from peers, yet not fully capable of regulating impulses to seek these cues excessively.[23] Figure 1, excerpted from a review of this literature,[24] illustrates the discrepancy in the desire for social rewards (the socioemotional incentive-processing system depicted in red) in contrast to the ability to control impulses (the cognitive control system depicted in blue) across childhood, adolescence, and emerging adulthood. As depicted in the figure, the desire for social reward is stronger than the ability to control impulses between the ages of 9 and 21 (i.e., the red line is higher than the blue line), with social rewards particularly dominating from the ages of about 13 to 18 (i.e., the two lines have the largest gap).

---

[23]    I note that Instagram's Head of Research testified, "Teens and actually up through—and some scholarly literature suggests that that happens up through the age of even like 25 to 28, but yes, and teens, roughly speaking, are still developing aspects of self-control. Not every teen. Obviously, there are differences between some teens." Deposition of Kristin Hendrix, January 22, 2025, 278:14–25.

[24]    Laurence Steinberg, "The influence of neuroscience on US Supreme Court decisions about adolescents' criminal culpability," *Nature Reviews Neuroscience* 14, no. 7 (2013): 513-–518.

---

Trial Report of Mitch Prinstein, PhD

**Figure 1: The discrepancy in the desire for social rewards in contrast to the ability to control impulses across childhood, adolescence, and emerging adulthood**



Source: Laurence Steinberg, "The influence of neuroscience on US Supreme Court decisions about adolescents' criminal culpability," Nature Reviews Neuroscience 14, no. 7 (2013): 513–518, p. 518.

(31)    To preview, the biological vulnerability created by the asynchronous development of these brain regions makes youth especially susceptible to several features embedded within Meta platforms.[25] These include social reward features that suggest users have gotten attention and feedback, resulting in a dopamine response, such as the count of likes, followers, comments, and notifications, which I discuss throughout this report.

## II.B. The importance of sleep for adolescents' brain development and mental health

(32)    As noted above, other than the first year of life, puberty is the most important period of brain growth and reorganization. Sleep in adolescence is essential for healthy brain development and mental health. Sleep delay or disruptions also have significant negative effects on youths' attention, behavior, mood, stress regulation, safety, body shape, and academic performance.[26]

---

[25]    For a Meta-internal presentation on teen brain development, see META3047MDL-031-00191726, slides 7–12, 22–30, 46–49, 56–61, 69–75.

[26]    "Potential risks of content, features, and functions: The science of how social media affects youth," American Psychological Association, accessed April 25, 2025, https://www.apa.org/topics/social-media-internet/youth-social-media-2024. Aurore A. Perrault, Laurence Bayer, Mathias Peuvrier, Alia Afyouni, Paolo Ghisletta, Celine Brockmann, Mona Spiridon et al, "Reducing the use of screen electronic devices in the evening is associated with improved sleep

Trial Report of Mitch Prinstein, PhD

(33)    The American Academy of Sleep Medicine recommends that adolescents get between 8 and 10 hours of sleep each night.[27] In the US, a remarkably small proportion of adolescents meet these recommendations. Less than half of 9th-grade youth get 8 hours of sleep each night; by 12th grade, less than 25% of youth do.[28] In addition to total sleep duration, adolescents also experience significant sleep disruptions and poor-quality sleep. Psychological research confirms that delayed sleep onset, sleep disruptions, and poor sleep quality are associated with a long list of difficulties for youth, including poorer attention, more emotional lability, obesity, aggression, lower academic performance, greater risk behavior, and even higher risk for driving accidents among adolescent drivers on days following poor quality or short duration sleep.[29]

(34)    Perhaps most concerning is the association between adolescents' sleep and their brain development. Research has consistently demonstrated that low sleep duration, sleep disruptions, and poor sleep quality change how adolescent brains develop in two ways. First, findings reveal that maladaptive sleep habits are associated longitudinally with less growth in adolescents' brains, including less growth in brain white matter.[30] Second, sleep problems are associated with differences in how the brain functions over time.[31] As described in detail below, the scientific literature establishes that screen time, and social media use in particular, is the main reason for sleep disruptions. Social media features designed to keep youth engaged interfere with sleep and are linked with deleterious effects on the brain and mental health.[32]

---

and daytime vigilance in adolescents," *Sleep* 42, no. 9 (2019): 1–10. Eva H. Telzer, Diane Goldenberg, Andrew J. Fuligni, Matthew D. Lieberman, and Adriana Gálvan, "Sleep variability in adolescence is associated with altered brain development," *Developmental Cognitive Neuroscience* 14 (2015): 16–22.

For a Meta-internal perspective on late night social media use, see META3047MDL-035-00001018, slide 27 ("Internal surveys on FB [Facebook] show an association with greater problematic use; In a qual study on spirals, "teens say they need the most help during longer sessions that happen in evening hours;" Academic research finds that poor sleep is associated with night-time use, and that late-night smartphone use impairs next day behavior.").

[27]    Shalini Paruthi, Lee J. Brooks, Carolyn D'Ambrosio, Wendy A. Hall, Suresh Kotagal, Robin M. Lloyd, Beth A. Malow et al, "Recommended amount of sleep for pediatric populations: a consensus statement of the American Academy of Sleep Medicine," *Journal of Clinical Sleep Medicine* 12, no. 6 (2016): 785–786.

[28]    Charles E. Basch, Corey H. Basch, Kelly V. Ruggles, and Sonali Rajan, "Prevalence of sleep duration on an average school night among 4 nationally representative successive samples of American high school students, 2007–2013," *Preventing Chronic Disease* 11 (2014): E216.

[29]    Mary A. Carskadon, "Sleep in adolescents: the perfect storm," *Pediatric Clinics* 58, no. 3 (2011): 637–647. Anne G. Wheaton, Gabrielle A. Ferro, and Janet B. Croft, "School start times for middle school and high school students—United States, 2011–12 school year," *Morbidity and Mortality Weekly Report* 64, no. 30 (2015): 809.

[30]    Eva H. Telzer, Diane Goldenberg, Andrew J. Fuligni, Matthew D. Lieberman, and Adriana Gálvan, "Sleep variability in adolescence is associated with altered brain development," *Developmental Cognitive Neuroscience* 14 (2015): 16–22.

[31]    Eva H. Telzer, Diane Goldenberg, Andrew J. Fuligni, Matthew D. Lieberman, and Adriana Gálvan, "Sleep variability in adolescence is associated with altered brain development," *Developmental Cognitive Neuroscience* 14 (2015): 16–22.

[32]    Ben Carter, Philippa Rees, Lauren Hale, Darsharna Bhattacharjee, and Mandar Paradkar, "A meta-analysis of the effect of media devices on sleep outcomes," *JAMA Pediatrics* 170, no. 12 (2016): 1202. Xiaoning Han, Enze Zhou, and Dong Liu, "Electronic media use and sleep quality: updated systematic review and meta-analysis," *Journal of Medical Internet Research* 26 (2024): e48356. Aurore A. Perrault, Laurence Bayer, Mathias Peuvrier, Alia Afyouni, Paolo Ghisletta, Celine Brockmann, Mona Spiridon et al, "Reducing the use of screen electronic devices in the evening is associated with improved sleep and daytime vigilance in adolescents," *Sleep* 42, no. 9 (2019): 1–10.

---

Trial Report of Mitch Prinstein, PhD

# III. Social media platform features encourage problematic use by youth, consistent with clinical dependency

(35)  In my experience, scientists do not typically discuss "addiction" to social media use for predominantly semantic reasons, but scientists generally do recognize that youths' biological vulnerabilities render them particularly susceptible to "problematic social media use," often defined in the literature as symptoms of clinical dependency to social media, including withdrawal, tolerance, excessive and uncontrolled use, causing impairment in daily tasks.[33] In particular, research has assessed problematic social media use by using the diagnostic criteria for substance use dependencies, revealing that many adolescents report an inability to stop using social media, even when they want to; expend remarkable effort to maintain access to social media; use social media to regulate their emotions; increase their use of social media to achieve the same level of pleasure; experience withdrawal symptoms following abstinence; and report significant impairment in their daily educational, social, work routines due to excessive social media use.[34] Note that the regions of the brain activated by social media use overlap considerably with the regions involved in addictions to illegal and dangerous substances.[35]

(36)  As noted above, the developing brain is built to increase a desire for social rewards (that social media platforms like Instagram deliver abundantly) without the ability to show the capacities of inhibition and restraint available to adults. This suggests that youth are a biologically vulnerable population at risk for problematic use of social media. Meta documents acknowledge the concept of problematic social media use, although their definition is a bit more restrictive than definitions in the literature. Specifically, Meta researchers appear to measure problematic use as self-reported experiences of (1) "lack of control or feelings of guilt over [Facebook] use" and (2) "negative impact in at least one of the following areas: sleep, parenting, social relationships, or productivity," with both of these issues occurring "very often" or "all the time."[36] Internal Meta memos acknowledge problematic social media use, indicating that their own internal research "suggests it affects ~3% of US Facebook MAP [Monthly Active Persons]. This increases to 10% if the definition is broadened to include feelings of

---

[33]  Maartje Boer, Gonneke W. J. M. Stevens, Catrin Finkenauer, and Regina J. J. M. Van Den Eijnden, "The Course of Problematic Social Media Use in Young Adolescents: A Latent Class Growth Analysis," *Child Development* 93, no. 2 (2022): e168–e187. Edmund WJ Lee, Shirley S. Ho, and May O. Lwin, "Explicating problematic social network sites use: A review of concepts, theoretical frameworks, and future directions for communication theorizing," *New Media & Society* 19, no. 2 (2017): 308–326.

[34]  Anne J. Maheux, Kaitlyn Burnell, Maria T. Maza, Kara A. Fox, Eva H. Telzer, and Mitchell J. Prinstein, "Annual Research Review: Adolescent Social Media Use Is Not a Monolith: Toward the Study of Specific Social Media Components and Individual Differences," *Journal of Child Psychology and Psychiatry* 66, no. 4 (2025): 440–459.

[35]  José De-Sola Gutiérrez, Fernando Rodríguez De Fonseca, and Gabriel Rubio, "Cell-Phone Addiction: A Review," *Frontiers in Psychiatry* 7 (2016): 175. Mark D. Griffiths, Daria J. Kuss, and Zsolt Demetrovics, "Social Networking Addiction," *Behavioral Addictions* (2014): 119–141. Bridget Kirby, Ashley Dapore, Carl Ash, Kaitlyn Malley, and Robert West, "Smartphone Pathology, Agency and Reward Processing," *Information Systems and Neuroscience* 43 (2020): 321–329.

[36]  META3047MDL-044-00111865 at -1866. *See also* META3047MDL-020-00005380 at -5581.

---

Trial Report of Mitch Prinstein, PhD

guilt about Facebook use […]. External estimates are even more wide-ranging, from ~2.8% to as high as 48%, depending on definition."[37] A June 2018 Facebook-internal presentation also finds "Facebook may be rewarding and habit-forming. Therefore some people may experience genuine problems related to their Facebook use;"[38] and "Though there is no clinical diagnosis of Facebook addiction, there are parts of the addictive process that may be at play and contributing to common issues for people."[39] An October 2020 Meta-internal assessment stated that starting in 2018, "efforts were spun up across Facebook and Instagram to understand these concerns."[40]

(37)    Several bodies of research reveal that youths' vulnerability to problematic social media use is indeed a significant concern. For instance, research finds that youth spend a remarkable amount of time using social media, such as Instagram.[41] An independent 2023 survey on adolescents finds that the median number of times participants pick up their smartphones is 51 times per day, with more than half receiving over 200 daily notifications, the majority of which come from social media apps.[42] A 2023 survey of more than 1,500 adolescents finds that youth spent, on average, 4.8 hours per day on social media platforms.[43] Perhaps most concerning, however, are data indicating that over 54% of 11–13-year-old youth report they are experiencing at least one symptom of problematic social media use, consistent with the medical definition of clinical dependency, in a manner strikingly similar to

---

[37]   META3047MDL-003-00190634 at -0638 (For the Facebook-internal statistics, the document references "Source: Buffone, Ross, & Diuk. 2019).

[38]   META3047MDL-022-00022318 (Facebook "Addiction" – A response to the public narrative based on clinical and neuroscience research) at -2321.

[39]   META3047MDL-022-00022318 (Facebook "Addiction" – A response to the public narrative based on clinical and neuroscience research) at -2332.

[40]   META3047MDL-020-00005380 at -5380 ("Starting in 2018, there was growing concern in the public (amongst media, academics, policy elites, and everyday uses) that technology companies were deliberating manipulating users by designing addictive products that can harm well-being and subvert control, labelling these concerns "Facebook Addiction." Efforts were spun up across Facebook and Instagram to more deeply understand these concerns. Initial products were launched to give people more control over their use, though efforts were defunded end of 2019 with additional opportunities still available.").

[41]   In a survey of teen users, my colleagues and I found that 85% of participants moderately or severely endorsed the statement that they spent more time on social media than intended, and 61% endorsed the statement that they had tried to spend time away from social media but could not. Kaitlyn Burnell, Jessica S. Flannery, Kara A. Fox, Mitchell J. Prinstein, and Eva H. Telzer, "US Adolescents' daily social media use and well-being: Exploring the role of addiction-like social media use," *Journal of Children and Media* 19, no. 1 (2025): 194–212.

[42]   "Youth Statistics: Internet and Social Media," Act for Youth, accessed April 25, 2025, https://actforyouth.org/adolescence/demographics/internet.cfm ("Smartphones are becoming a core component of young people's daily lives. According to Common Sense Media, half of adolescents (age 11-17) use their smartphones for over 4.5 hours a day. The median number of times that adolescents pick up their smartphones is 51 times per day, with 44% of older adolescents (age 16-17) picking up their smartphones more than 100 times per day. Throughout the day, more than half of adolescents receive over 200 notifications from their smartphones, with 23% of notifications arriving during school hours and 5% during school night hours. The majority of daily smartphone usage comes from social media apps (42%), YouTube (19%), and mobile games (11%).").

[43]   Jonathan Rothwell, "Teens Spend Average of 4.8 Hours on Social Media Per Day," Gallup, October 13, 2023, https://news.gallup.com/poll/512576/teens-spend-average-hours-social-media-per-day.aspx.

---

Trial Report of Mitch Prinstein, PhD

dependency on illegal substances.[44,45] About 85% of youth report spending more time than intended online, and 61% report failing when trying to stop or reduce their use of social media.[46]

(38)    Meta's internal research is consistent with the notion that youths' vulnerability to problematic social media use is a significant concern. Meta researchers surveyed 19,768 users from nine countries regarding Instagram users' perceptions of the time they spend on that platform.[47] They found that more than a third (38%) of survey respondents "feel they have spent more than they've liked on Instagram" and that "[a]bout one in five respondents think they have a problem controlling their time" (23%).[48] Users who spent more than 1 hour on Instagram per day felt "[s]ignificantly less in control than people" who spent less than 1 hour per day on the platform.[49] This same research found that "[p]eople who spend longer than 3 hours a day on Instagram have lower positive affect and lower overall life satisfaction" and that "[t]hose who spend longer than 1 hour on IG have higher negative WB [well-being]."[50]

(39)    Meta marketing research consisting of interviews with American and British teen users of Instagram, as well as surveys of over 2,000 American and British teen users,[51] found that while teens identify many positive aspects of Instagram that play in their well-being,[52] they also find:

> "Teens talk about the amount of time they spend on Instagram as one of the 'worst' aspects of their relationship to the app. They have an addicts' narrative about their use -- it can make them feel good, feel bad. They wish they could spend less time caring about it, but they can't help themselves. Teens recognize the amount of time

---

[44]    Maartje Boer, Gonneke W. J. M. Stevens, Catrin Finkenauer, and Regina J. J. M. Van Den Eijnden, "The Course of Problematic Social Media Use in Young Adolescents: A Latent Class Growth Analysis," *Child Development* 93, no. 2 (2022): e168–e187.

    *See also* META3047MDL-014-00255333, slide 3.

[45]    Problematic social media use, as cited in the study, is the preferred term to describe the addictive, negative effects of social media use "because it avoids premature diagnosis of a pathological problem, and yet is broad enough to encompass differing levels of compulsivity and negative consequences related to [social media] use. Edmund WJ Lee, Shirley S. Ho, and May O. Lwin, "Explicating problematic social network sites use: A review of concepts, theoretical frameworks, and future directions for communication theorizing," *New Media & Society* 19, no. 2 (2017): 308–326.

[46]    Victoria Rideout, Alanna Peebles, Supreet Mann, and Michael B. Robb, "Common Sense census: Media use by tweens and teens, 2021," (2021) https://www.commonsensemedia.org/sites/default/files/research/report/8-18-census-integrated-report-final-web_0.pdf.

[47]    META3047MDL-032-00000933 at -0933 and -0937.

[48]    META3047MDL-032-00000933 at -0944–0945.

[49]    META3047MDL-032-00000933 at -0947.

[50]    META3047MDL-032-00000933 at -0966.

[51]    META3047MDL-003-00109173 at -9173–9175.

[52]    META3047MDL-003-00109173 at -9192. These include connecting with friends/family, entertainment, information about current events, and pursuing a passion and self expression.

Trial Report of Mitch Prinstein, PhD

they spend online isn't good for them but at the same time know they lack the willpower to control the time spent themselves."[53]

(40) Another of Meta's internal assessments illustrates how often teen users engage in frequent phone "pickups" to check Instagram, prolonged sessions on Instagram, and nighttime use. In a February 11, 2022 Meta document discussing Instagram's "Take a Break" tool, Meta noted that 15% of teens have "long duration" sessions on Instagram that are 20 minutes or longer daily; 26% of teens have 20 or more app sessions per day, with half of those sessions being 10 minutes or less apart; and that 9% of teens spend 10 minutes or more on Instagram between midnight and 4 a.m. According to that same internal assessment,35% of teen Instagram users exhibit at least one of these three types of use, and 2.6% of teen users exhibit all three.[54]

(41) Several Meta documents acknowledge the biological processes that underlie youths' vulnerability to problematic social media use and the proportion of youth suffering from dependency due to Instagram features. For instance, an internal May 2020 Instagram presentation notes teens' vulnerability, absent a mature frontal cortex, caused by behavior seeking emotion, novelty, and reward,[55] and that:

> "Teens brains are much more sensitive to dopamine, one of the reasons that the risk of drug addiction is higher for adolescents and keeps them scrolling and scrolling. And due to the immature brain they have a much harder time stopping even though they want to – our own product foundation research has shown teens are unhappy with the amount of time they spend on our app."[56]

(42) The same presentation notes the role of Instagram features:

> "Approval and acceptance are huge rewards for teens and interactions are the currency on IG [Instagram]. DMs, notifications, comments, follows, likes, etc. encourage teens to continue engaging and keep coming back to the app."[57]

The presentation also highlights how Meta's algorithmic recommendation systems deliver dopamine hits to teen users.[58] In addition to this algorithmically primed content, in an October 2020 internal

---

[53] META3047MDL-003-00109173 at -9221.

[54] META3047MDL-035-00001018, slide 4.

[55] META3047MDL-031-00191726 at -1736 ("Teens' decisions and behavior are mainly driven by emotion, the intrigue of novelty and reward…While these all seem positive, they make teens very vulnerable at the elevated levels they operate on. Especially in the absence of a mature frontal cortex to help impose limits on the indulgence in these.").

[56] META3047MDL-031-00191726 at -1773.

[57] META3047MDL-031-00191726 at -1779.

[58] META3047MDL-031-00191726 at -1747 ("When it comes to discovery - finding something new or novel, much like our big bro FB, IG has a pretty good hold on the serendipitous aspect of discovery through our Explore surface,

Trial Report of Mitch Prinstein, PhD

document, features such as notifications, time-bound content, and auto-play have been identified by Meta researchers as triggers for problematic use.[59]

(43)     Meta claims it has introduced tools aimed at curbing problematic use or limiting time spent on Instagram. These tools may offer the appearance of attempts to assist youth, but they are insufficient given the powerful biological processes that drive youths' dependency on social media, as discussed by Meta staff in the excerpts highlighted above. Rather, these tools are more akin to "tissue-paper barriers" that may appear to be meaningful, but do not actually offer meaningful resistance for youth to continue engagement on the platform. Note that a 2022 Meta document states that less than one-third of one percent of youth meaningfully used these tools to reduce Instagram use.[60]

(44)     Youths' biological vulnerability to technology and social media, and their resulting frequent use of these platforms, can also alter youths' neural development since our brains develop in response to the environment we live in. Recent studies have revealed that technology and social media use may be associated with changes in functional brain development.[61] For instance, research with colleagues at UNC using annual fMRI brain scans revealed that more frequent use of adolescents' devices (i.e., predominantly for social media) was associated with unique development of brain regions, including hyperreactivity to social cues and diminished activation of youths' inhibitory responses. In short, results found that high social media may have promoted brain development in a way that may make adolescents more inclined to focus on social rewards (e.g., attention from peers) and altered self-control.[62]

---

recommendations, and social graphs. And everytime one of our teen users finds something unexpected their brains deliver them a dopamine hit.").

META3047MDL-003-00191207 at -1215 ("**Teen brains are much more sensitive to dopamine**, one of the reasons that the risk of drug addiction is higher for adolescents and it's the same thing that keeps them scrolling and scrolling. Due to the immature brain, **they have a much harder time stopping** even though they want to -- our own production foundation research has shown teens are unhappy with the amount of time they spend on our app.") (emphasis in original).

[59]     META3047MDL-020-00005380 at -5384. The October 2020, "Problematic Use Overview" was compiled by Jennifer Guadagno, previously Director of UX Research, Social Impact, at Meta and ▮▮▮▮▮▮▮▮, a Quantitative UX Researcher at Meta.

[60]     According to Meta engineers in 2022, teens had not meaningfully adopted Meta's Take a Break tool (0.165%) or Meta's Alternative Topic Nudges tool (0.137%). META3047MDL-047-01170167.

[61]     Anne J. Maheux, Kaitlyn Burnell, Maria T. Maza, Kara A. Fox, Eva H. Telzer, and Mitchell J. Prinstein, "Annual Research Review: Adolescent Social Media Use Is Not a Monolith: Toward the Study of Specific Social Media Components and Individual Differences," *Journal of Child Psychology and Psychiatry* 66, no. 4 (2025): 440–459.

[62]     "High" social media use being defined as >15 "pickups" a day. Maria T. Maza, Kara A. Fox, Seh-Joo Kwon, Jessica E. Flannery, Kristen A. Lindquist, Mitchell J. Prinstein, and Eva H. Telzer, "Association of habitual checking behaviors on social media with longitudinal functional brain development," *JAMA Pediatrics* 177, no. 2 (2023): 160–167.

---

Trial Report of Mitch Prinstein, PhD

## III.A. Problematic social media use interferes with adaptive relationship development skills

(45)    Although ostensibly social media platforms like Instagram are built to foster interpersonal contacts and connections, they do not primarily foster meaningful and mutually rewarding relationships that confer psychological benefits. Relationships are most beneficial to youths' psychological development when they are characterized by support, emotional intimacy, disclosure, positive regard, reliable alliance (e.g., "having each other's backs"), and trust.[63] It is possible to use social media to foster exactly these types of relationship qualities, such as through direct messaging features. However, features of social media platforms such as notifications about posts, likes, and counts of likes direct attention elsewhere.[64] In other words, platforms like Instagram are more apt to motivate users towards their social media metrics than people themselves. In addition, features embedded within Meta's social media platforms appear to be designed to mask one's authentic self in favor of social interactions that are based on manipulated images. For instance, Meta offers youth tools to "beautify" themselves before posting, which has led many youths to upload curated or filtered content to portray themselves most favorably.[65] These types of tools promote unhealthy relationships based on deception and false self-presentations, rather than authentic and emotionally disclosing social interactions that are critical for youth development and positive mental health.

(46)    In addition, emerging AI features and products, designed to simulate human relationships, particularly those presented within interactive AI platforms as companions or experts (e.g., chatbots designed to provide social or mental health support), pose additional risks. This is for two reasons. First, adolescents are less likely than adults to question the accuracy and intent of information offered by a bot. For instance, adolescents may struggle to distinguish between the simulated empathy of an AI chatbot and genuine human understanding.[66] They may also be unaware of the persuasive intent

---

[63] "10 things to know about how social media affects teens' brains," NPR, February 16, 2023, https://www.npr.org/2023/02/16/1157180971/10-things-to-know-about-how-social-media-affects-teens-brains. "Potential risks of content, features, and functions: The science of how social media affects youth," American Psychological Association, accessed April 25, 2025, https://www.apa.org/topics/social-media-internet/youth-social-media-2024.

[64] "Potential risks of content, features, and functions: The science of how social media affects youth," American Psychological Association, accessed April 25, 2025, https://www.apa.org/topics/social-media-internet/youth-social-media-2024. Anne J. Maheux, Kaitlyn Burnell, Maria T. Maza, Kara A. Fox, Eva H. Telzer, and Mitchell J. Prinstein, "Annual Research Review: Adolescent Social Media Use Is Not a Monolith: Toward the Study of Specific Social Media Components and Individual Differences," *Journal of Child Psychology and Psychiatry* 66, no. 4 (2025): 440–459.

[65] META3047MDL-019-00101105 at -1106-1107 (Meta internal documents summarizing a conversation with "18 experts including psychologists, researchers, body image activists, and AR professionals" state that "a large majority…recommended prohibiting these filters, citing known impacts of media imagery that idealizes unrealistic beauty standards on peoples' body image and mental health." Experts further recommended that Meta "should be careful to limit cosmetic filters even when used in conjunction with a costume, animal features, fantasy effects, and accessories especially because these are often the most popular with our youngest users who are attracted to the fun/imaginary play aspect of these filters, but are gradually exposed to, and increasingly grow accustomed to their idealized face over their real one.").

[66] Children often personify and attribute life to non-living objects, with qualifiers for personification being as trivial as

---

Trial Report of Mitch Prinstein, PhD

underlying an AI system's advice or bias.[67] Consequently, youth are likely to have heightened trust in, and susceptibility to, influence from AI-generated characters, particularly those that present themselves as friends or mentors.

(47)    Second, adolescents' relationships with AI entities may also displace or interfere with developing healthy real-world relationships. Early research indicates that adolescents' strong attachments to AI-generated characters could contribute to difficulties in forming and maintaining real-world relationships, and struggles with social skills and emotional connections.[68] AI-powered virtual companions and chatbots may offer both benefits and risks for adolescents. While these technologies may offer companionship and social support, particularly among youth who otherwise have difficulties forming healthy relationships with humans with similar interests or identities, they also risk creating unhealthy dependencies and blurring the lines between human and artificial interaction.[69] Further blurring the lines between safe, genuine human interaction and depersonalized AI-system interfacing, Meta's AI companions have even been endowed with the ability to simulate intimate, sexual and romantic relationships with teen users. Recent reports in the news media have revealed that "[u]nique among its top peers, Meta has allowed…[AI-powered] synthetic personas to offer a full range of social interaction—including "romantic role-play"—as they banter over text, share selfies and even engage in live voice conversations with users." These AI-driven personas will engage in sexually explicit conversations, "even when users are underage or the bots are programmed to simulate the personas of minors."[70]

---

movement alone. An important element of development is the ability to delineate between inanimate objects versus living and human beings, with the "ability to recognize, understand, and be moved by the experiences of others…[being] important for the development of moral emotions." AI systems that seek to replicate and mimic human social behavior creates confusion over what behaviors are indicators of life and how to appropriately behave in response to this "social" stimulus. Merry Bullock, "Animism in childhood thinking: A new look at an old question," *Developmental Psychology* 21, no. 2 (1985): 217. Eleonora Gullone, "Risk factors for the development of animal cruelty," *Journal of Animal Ethics* 4, no. 2 (2014): 61–79. Jonathan D. Lane, Henry M. Wellman, Sheryl L. Olson, Jennifer LaBounty, and David CR Kerr, "Theory of mind and emotion understanding predict moral development in early childhood," British Journal of Developmental Psychology 28, no. 4 (2010): 871–889. Saul McLeod, "Piaget's Preoperational Stage (Ages 2-7)," Simply Psychology, January 24, 2024, https://www.simplypsychology.org/preoperational.html. Anne Zimmerman, Joel Janhonen, and Emily Beer, "Human/AI relationships: challenges, downsides, and impacts on human/human relationships," *AI and Ethics* 4, no. 4 (2024): 1555–1567.

67    Nicola Luigi Bragazzi, Andrea Crapanzano, Manlio Converti, Riccardo Zerbetto, and Rola Khamisy-Farah, "The impact of generative conversational artificial intelligence on the Lesbian, gay, Bisexual, transgender, and queer community: scoping review," *Journal of Medical Internet Research* 25 (2023): e52091. Roberto Navigli, Simone Conia, and Björn Ross, "Biases in large language models: origins, inventory, and discussion," *ACM Journal of Data and Information Quality* 15, no. 2 (2023): 1–21.

68    Anne Zimmerman, Joel Janhonen, and Emily Beer, "Human/AI relationships: challenges, downsides, and impacts on human/human relationships," *AI and Ethics* 4, no. 4 (2024): 1555–1567.

69    Nicola Luigi Bragazzi, Andrea Crapanzano, Manlio Converti, Riccardo Zerbetto, and Rola Khamisy-Farah, "The impact of generative conversational artificial intelligence on the Lesbian, gay, Bisexual, transgender, and queer community: scoping review," *Journal of Medical Internet Research* 25 (2023): e52091.

70    Jeff Horwitz, "Meta's 'Digital Companions' Will Talk Sex With Users, Even Children," The Wall Street Journal, April 26, 2025, https://www.wsj.com/tech/ai/meta-ai-chatbots-sex-a25311bf?st=FFDogP&reflink=desktopwebshare_permalink.

---

Trial Report of Mitch Prinstein, PhD

(48)    These features of social media, and the resulting behaviors of those who use social media, create the exact opposite qualities needed for successful and adaptive relationships (i.e., disingenuous, anonymous, depersonalized). In other words, social media offers the "empty calories of social interaction" that appear to help satiate our biological and psychological needs, but does not contain any of the healthy ingredients necessary to reap benefits. Anecdotally, teens' behavior reflects this issue—the "Finsta" phenomenon reflects users' attempt to find more honest and intimate relationships with one another, but without experience in doing so first offline.[71] Scientific data also support this claim; research reveals that in the hours following social media use, teens paradoxically report *increases* rather than decreases in loneliness.[72] Instagram researchers found that 45% of teen respondents to a 10,625 person survey indicated that they hesitated to share photos or videos on Instagram because they had "[n]othing good enough to share," and 33% provided that they were concerned about being "judged" for showing a different side to their self. These rates were higher than what was reported by adult Instagram users.[73]

## III.B. Social media features can interfere with healthy peer socialization processes

(49)    Social media platforms like Instagram frequently expose adolescents to images depicting illegal, immoral, dangerous, and unethical behavior.[74] The architecture of many social media platforms like

---

[71]    Finsta is short for Finstagram, or "fake Instagram," referring to an account made so that a user can post images and interact with other accounts in a more private way, usually reserving the account's followers to close friends. "Finsta," Merriam-Webster, accessed April 29, 2025, https://www.merriam-webster.com/wordplay/what-does-finsta-mean-fake-instagram.

[72]    Kara A. Fox, Elizabeth Nick, Jacqueline Nesi, Eva H. Telzer, and Mitchell J. Prinstein. "Why Haven't You Texted Me Back? Adolescents' Digital Entrapment, Friendship Conflict, and Perceived General Health," *Journal of Clinical Child & Adolescent Psychology*, (2023): 1–11. Elizabeth A. Nick, Zelal Kilic, Jacqueline Nesi, Eva H. Telzer, Kristen A. Lindquist, and Mitchell J. Prinstein, "Adolescent digital stress: Frequencies, correlates, and longitudinal association with depressive symptoms," *Journal of Adolescent Health* 70, no. 2 (2022): 336–339.

[73]    META3047MDL-031-00191726 at -1758; statistics are taken from "Less Engaged, Single-Account Users: Barriers & Opportunities for Multiple Accounts, Sylvia Morelli Vitousek, April 2020."

[74]    A 2021 survey of over 200,000 Instagram users sought to measure exposure to "bad experiences and encounters" and found that 13–15-year-olds were exposed to the highest rates of 8 out of the 22 "bad experiences and encounters" surveyed. For example, 19.2% were exposed to content with nudity, 21.4% to content inspiring negative comparison, 8.4% to self-harm content, and 10.8% were the target of bullying – all the highest of any age group. It further found that 16–17-year-olds were the most frequent viewers of hate and violence at 28.5% and 14.3%, respectively. META3047MDL-004-00015029 at -5035 and -5049.

Users do not necessarily elect to see this content. On Instagram, Feed contains "all the recent posts shared by the people you [a user] follow. There are a few exceptions, like ads, but the vast majority of what you see is shared by those you follow." On the other hand, Explore is "made up of recommendations – photos and videos that we [Instagram] go out and find for you – which is very different from Feed and Stories, where the vast majority of what you see is from the accounts you follow." (Adam Mosseri, "Shedding More Light on How Instagram Works," Instagram, June 8, 2021, see https://about.instagram.com/blog/announcements/shedding-more-light-on-how-instagram-works). An estimated "17% of people see substantially more (at least 20 percentage points)" content associated with higher negative appearance comparison algorithmically on Explore than they implicitly elect to see, based on the accounts they follow on Feed. META3047MDL-003-00048634 on -8634 (a July 22, 2021 article by Justin Cheng, Moira Burke, and Shilpa Mody, researchers at Meta).

---

Trial Report of Mitch Prinstein, PhD

Instagram allows users not only to view this content, but also to like, repost, or comment on this content. Emerging data suggest that these features of social media present a significant risk to adolescents' mental health. Specifically, data reveal that social media may change adolescents' susceptibility to maladaptive behavior through both biological and psychological pathways. Research examining adolescents' brains while on a simulated social media site, for example, revealed that when exposed to illegal, dangerous imagery, activation of the prefrontal cortex was observed, suggesting healthy inhibition towards maladaptive behaviors. However, when these same images were shown with icons indicating that they were liked on social media, there was a significant decrease in activation of the brain's inhibition center, suggesting that the likes may reduce youths' inhibition (i.e., perhaps increasing their proclivity) towards dangerous and illegal behavior.[75] This is evidence that social media features are changing how youths' brains respond to images in ways that confer risk for the development of maladaptive behavior.

(50)   This is especially concerning in light of internal Meta documents researching how frequently Instagram shows teens such content. A May 2019 survey of 30,000 Instagram users across 8 countries (including the US), found that, within the past 7 days, 22% of teens had encountered sexual solicitation; 12% had seen drug related content on Instagram; 18% had seen suicide and self-injury related content; 10% experienced bullying, and 31% had observed bullying on Instagram.[76] In both the May 2019 and October 2019 versions of this study, as well as survey-based research conducted in 2020 examining similar issues, Meta researchers found that teens or young adults reported these experiences at higher rates than did older adults.[77]

(51)   There is also evidence that these features of social media may promote a psychological affinity for dangerous and risk-taking behavior. For instance, a study of young high school students revealed that adolescents' exposure to liked posts depicting alcohol use was associated with changes in teens' perceptions of their peers' acceptance of alcohol use, which in turn predicted these same teens' early engagement in heavy episodic drinking (i.e., five or more drinks on a single occasion).[78] Related research demonstrated that individuals are more likely to like a post when they see others have liked before them, and this may increase the likelihood of exposure to similarly themed posts via AI-

---

[75]   Lauren E. Sherman, Leanna M. Hernandez, Patricia M. Greenfield, and Mirella Dapretto, "What the brain 'Likes': neural correlates of providing feedback on social media," *Social Cognitive and Affective Neuroscience* 13, no. 7 (2018): 699–707.

[76]   META3047MDL-014-00347782, slide 7.

The same survey was repeated in October of 2019 and reached similar conclusions, finding that, within the past 7 days, 21% of teens reported having experienced sexual solicitation; 13% had seen drug related content; 17% had seen suicide and self-injury content; 9% had experienced bullying; and 30% had observed bullying on Instagram. META3047MDL-014-00347805, slide 7.

[77]   META3047MDL-014-00347782, slide 7. META3047MDL-014-00347805, slide 7. META3047MDL-004-00015029 at -5049 ("Younger people report higher rates of every issue," and, "[i]n general, the older respondent, the less likely they are to report experiencing any of the 22 issues measured.").

[78]   Jacqueline Nesi, W. Andrew Rothenberg, Andrea M. Hussong, and Kristina M. Jackson, "Friends' alcohol-related social networking site activity predicts escalations in adolescent drinking: mediation by peer norms," *Journal of Adolescent Health* 60, no. 6 (2017): 641–647.

---

Trial Report of Mitch Prinstein, PhD

derived algorithms.[79] Internal Meta research from May and October 2019 also identified that, according to Instagram users who had experienced bullying within the past 7 days, 40% and 37% reported experiencing bullying through Instagram's DM feature. The same two research studies found that, of Instagram users reporting experiencing sexual solicitation within the past 7 days, 32% and 37% of that unwanted contact occurred through DMs.[80] These findings illustrate clear and powerful ways that the features embedded in social media platforms like Instagram may have an important and highly concerning effect on youth mental health.

## III.C. Problematic social media use disrupts opportunities to engage in offline, healthy, necessary activities

(52)     Research has consistently demonstrated that inadequate sleep changes how adolescent brains develop, as described above. Recent meta-analyses (i.e., studies that synthesize a large group of studies) have revealed that screen time is the main reason for low sleep duration, disrupted sleep, and poor quality sleep,[81] with a recent study of 12–19 year-olds finding an average of 79 minutes of self-reported time on screen devices after 9 p.m. on school evenings.[82] Interventions to reduce nighttime screen use are successful in increasing sleep duration.[83] Research has further indicated that the vast majority of adolescents' nighttime screen time use is on social media platforms, including Instagram.[84]

---

[79]   Johan Egebark, and Mathias Ekström, "Liking what others "Like": Using Facebook to identify determinants of conformity," *Experimental Economics* 21 (2018): 793–814.

[80]   Brendesha M. Tynes, Michael T. Giang, David R. Williams, and Geneene N. Thompson, "Online racial discrimination and psychological adjustment among adolescents*," Journal of adolescent health* 43, no. 6 (2008): 565–569. META3047MDL-014-00347782, slide 17. META3047MDL-014-00347805, slide 17.

[81]   A meta-analysis of literature examining the effect of portable media device usage on sleep outcomes found that children who use media devices at bedtime were 2.17 times more likely to have inadequate sleep quality, 1.46 times more likely to have poorer sleep, and 2.72 times more likely to be excessively sleepy during the day. Ben Carter, Philippa Rees, Lauren Hale, Darsharna Bhattacharjee, and Mandar Paradkar, "A meta-analysis of the effect of media devices on sleep outcomes," *JAMA Pediatrics* 170, no. 12 (2016): 1202. Xiaoning Han, Enze Zhou, and Dong Liu, "Electronic media use and sleep quality: updated systematic review and meta-analysis," *Journal of Medical Internet Research* 26 (2024): e48356. Further research has shown statistically significant correlations between social media use and sleep problems. Aurore A. Perrault, Laurence Bayer, Mathias Peuvrier, Alia Afyouni, Paolo Ghisletta, Celine Brockmann, Mona Spiridon et al, "Reducing the use of screen electronic devices in the evening is associated with improved sleep and daytime vigilance in adolescents," *Sleep* 42, no. 9 (2019): 1–10.

[82]   Aurore A. Perrault, Laurence Bayer, Mathias Peuvrier, Alia Afyouni, Paolo Ghisletta, Celine Brockmann, Mona Spiridon et al, "Reducing the use of screen electronic devices in the evening is associated with improved sleep and daytime vigilance in adolescents," *Sleep* 42, no. 9 (2019): 1–10.

[83]   Eva H. Telzer, Diane Goldenberg, Andrew J. Fuligni, Matthew D. Lieberman, and Adriana Gálvan, "Sleep variability in adolescence is associated with altered brain development," *Developmental Cognitive Neuroscience* 14 (2015): 16–22. Aurore A. Perrault, Laurence Bayer, Mathias Peuvrier, Alia Afyouni, Paolo Ghisletta, Celine Brockmann, Mona Spiridon et al, "Reducing the use of screen electronic devices in the evening is associated with improved sleep and daytime vigilance in adolescents," *Sleep* 42, no. 9 (2019): 1–10.

[84]   Kaitlyn Burnell, Shedrick L. Garrett, Benjamin W. Nelson, Mitchell J. Prinstein, and Eva H. Telzer, "Daily links between objective smartphone use and sleep among adolescents," *Journal of Adolescence* 96, no. 6 (2024): 1171–1181.

---

Trial Report of Mitch Prinstein, PhD

(53)   These findings are corroborated by an internal presentation on "Late Night Use" shared among Meta staff in August 2022. The memo identifies 11.7% (~1.5 million) of US teen users as having at least one late-night problematic use case behavioral proxy on Instagram.[85] The presentation also confirms that 33% of teen sessions between 12 a.m. and 4 a.m. start due to a notif[ication] (26% receive and click after midnight)."[86] The presentation notes that a previous "study found that 12.5% of FB [Facebook] app users worldwide experience PU [problematic use] based on user self-report."[87]

(54)   Screen time may affect sleep in at least three ways. First, active engagement with screens keeps youth awake.[88] Second, there is a link between the effects of blue light emitted from personal devices and the release of melatonin in the brain, which is critical for sleep onset.[89] Third, and perhaps most relevant, is that much of adolescents' screen time on social media is emotionally salient content. Highly emotional stimuli immediately before bedtime interfere with sleep onset, sleep quality, and sleep disruptions.[90] Nighttime social media use is also much more likely to lead to problematic use than during the day.[91] As detailed above, neuroscientific research has demonstrated that inconsistent sleep schedules are associated with changes in structural brain development in adolescent years. In

---

[85]   META3047MDL-035-00005017 at pp. 4, 11, 47, and 50, where late night is defined as 12-4am (p. 46) and problematic use case behavioral proxies are "1. No engagement late night session; 2. Late night high volume product switching; 3. No-engagement repeat sessions (Less than 10 min from end of prior session); 4. High volume of short sessions (< 15 sec); 5. High Frequency notifications checking; Using these signals, plus late night long sessions (since displacing sleep is one of the negative life impacts of PU [problematic use]), we estimate that 18.3% of IG [Instagram] teen users exhibit behavior associated with problematic use."

[86]   The presentation compares Instagram to TikTok and notes that on "TikTok all teens do not receive notifications at night by default." (META3047MDL-035-00005017, p. 46) and that TikTok has other late night interventions not (at the time) available on Instagram (META3047MDL-035-00005017, p. 41).

[87]   META3047MDL-035-00005017, p. 47.

[88]   Michael Gradisar, Greg Gardner, and Hayley Dohnt, "Recent worldwide sleep patterns and problems during adolescence: a review and meta-analysis of age, region, and sleep," *Sleep Medicine* 12, no. 2 (2011): 110–118. Judith Owens, Rolanda Maxim, Melissa McGuinn, Chantelle Nobile, Michael Msall, and Anthony Alario, "Television-viewing habits and sleep disturbance in school children," *Pediatrics* 104, no. 3 (1999): e27–e27.

[89]   Christian Cajochen, Sylvia Frey, Doreen Anders, Jakub Späti, Matthias Bues, Achim Pross, Ralph Mager, Anna Wirz-Justice, and Oliver Stefani, "Evening exposure to a light-emitting diodes (LED)-backlit computer screen affects circadian physiology and cognitive performance," *Journal of Applied Physiology* (2011): 1432–1438. Stephanie Van der Lely, Silvia Frey, Corrado Garbazza, Anna Wirz-Justice, Oskar G. Jenni, Roland Steiner, Stefan Wolf, Christian Cajochen, Vivien Bromundt, and Christina Schmidt, "Blue blocker glasses as a countermeasure for alerting effects of evening light-emitting diode screen exposure in male teenagers," *Journal of Adolescent Health* 56, no. 1 (2015): 113–119. Anne-Marie Chang, Daniel Aeschbach, Jeanne F. Duffy, and Charles A. Czeisler, "Evening use of light-emitting eReaders negatively affects sleep, circadian timing, and next-morning alertness," *Proceedings of the National Academy of Sciences* 112, no. 4 (2015): 1232–1237.

[90]   Xuewen Wang and Arlette C. Perry, "Metabolic and physiologic responses to video game play in 7-to 10-year-old boys," *Archives of Pediatrics & adolescent medicine* 160, no. 4 (2006): 411-415. Anne Bartsch, Roland Mangold, Reinhold Viehoff, and Peter Vorderer, "Emotional gratifications during media use–An integrative approach," *Communications* 31, no. 3 (2006): 261–278.

[91]   Facebook internal research showed that "People who feel like their use of Facebook is problematic spend more time on the site and have more sessions than people who don't experience problematic use. They have about 15 more sessions per day, and spend a greater proportion of their sessions late at night." Furthermore, "late night sessions (12–4am) are more than twice as predictive of problematic use as is time spent." META3047MDL-046-00087227 at -7227.

---

HIGHLY CONFIDENTIAL (COMPETITOR)

Trial Report of Mitch Prinstein, PhD

other words, youths' preoccupation with technology and social media may deleteriously affect the size of their brains.[92]

(55)    In addition, social media interferes with or displaces other activities critical for youth development. Note that youth also engage with online and social media apps *while participating* in other activities. Indeed, studies show that when youth are doing schoolwork, they often are doing so alongside the use of social media platforms, a phenomenon called "media multitasking."[93] Research demonstrates that most humans cannot multitask, but rather are rapidly task-shifting — a process associated with poorer memory and comprehension among youth.[94] Evidence shows that these phenomena only worsen with heavier use of social media, with more common symptoms such as mind wandering and higher levels of impulsivity among young adults who use social media more frequently.[95]

---

[92]    Michelle Achterberg, Andrik Becht, Renske van der Cruijsen, Ilse H. van de Groep, Jochem P. Spaans, Eduard Klapwijk, and Eveline A. Crone, "Longitudinal associations between social media use, mental well-being and structural brain development across adolescence," *Developmental Cognitive Neuroscience* 54 (2022): 101088.

[93]    Se-Hoon Jeong and Yoori Hwang, "Does multitasking increase or decrease persuasion? Effects of multitasking on comprehension and counterarguing," *Journal of Communication* 62, no. 4 (2012): 571–587. Winneke A. Van Der Schuur, Susanne E. Baumgartner, Sindy R. Sumter, and Patti M. Valkenburg, "The consequences of media multitasking for youth: A review," *Computers in Human Behavior* 53 (2015): 204–215. L. Mark Carrier, Larry D. Rosen, Nancy A. Cheever, and Alex F. Lim, "Causes, effects, and practicalities of everyday multitasking," *Developmental Review* 35 (2015): 64–78.

[94]    Brandon CW Ralph, David R. Thomson, James Allan Cheyne, and Daniel Smilek, "Media multitasking and failures of attention in everyday life," *Psychological Research* 78 (2014): 661–669.

[95]    Eyal Ophir, Clifford Nass, and Anthony D. Wagner, "Cognitive control in media multitaskers," *Proceedings of the National Academy of Sciences* 106, no. 37 (2009): 15583–15587. Brandon CW Ralph, David R. Thomson, James Allan Cheyne, and Daniel Smilek, "Media multitasking and failures of attention in everyday life," *Psychological Research* 78 (2014): 661–669. Susanne E. Baumgartner, Wouter D. Weeda, Lisa L. van der Heijden, and Mariëtte Huizinga, "The relationship between media multitasking and executive function in early adolescents," *The Journal of Early Adolescence* 34, no. 8 (2014): 1120–1144. Susanne E. Baumgartner, Winneke A. van der Schuur, Jeroen S. Lemmens, and Fam te Poel, "The relationship between media multitasking and attention problems in adolescents: Results of two longitudinal studies," Human Communication Research 44, no. 1 (2018): 3–30.

---

Trial Report of Mitch Prinstein, PhD

## IV. Social media platform features change the impact of harmful content and create stress that contributes to mental health symptoms

(56)    Social media platforms such as Instagram serve at least two domains of problematic material to youth. Research demonstrates that this also likely contributes to mental health difficulties among children and adolescents. One domain pertains to posts that actively showcase and promote engagement in psychologically disordered behavior, such as content that discuss eating disordered behaviors (i.e., "pro-anna" sites that encourage fasting, laxative use, excessive exercise)[96] and pro-cutting sites depicting nonsuicidal self-injury.[97] Research indicates that this content has proliferated on social media sites, not only depicting these behaviors but teaching young people how to engage in each, how to conceal these behaviors from adults, actively encouraging users to engage in these behaviors, and socially sanctioning those who express a desire for less risky behavior.[98] Moreover, in some cases, social media companies such as Instagram do not remove this content or issue trigger warnings to protect vulnerable youth from the effects that exposure to this material can have on their own behavior. This underscores the need for platforms like Instagram to deploy tools to filter content, display warnings, and create reporting structures to mitigate these harms.[99] An internal document at Instagram highlights: "Instagram is a popular platform for communicating about suicide and self-

---

[96]    For example, an April 2022 third-party report concludes that Instagram's algorithm amplifies harmful pro-eating disorder content, including to minors as young as 9 years old. Followers including children and teens are exposed to images, memes, and videos that promote restrictive diets and extreme weight loss, posing significant health risks. META3047MDL-034-00498816 (Exhibit Meta-Jin-43; Fairplay Childhood Beyond Brands, "Designing for Disorder: Instagram's Pro-eating Disorder Bubble," April 2022)

[97]    Stephen P. Lewis, Nancy L. Heath, Jill M. St Denis, and Rick Noble, "The scope of nonsuicidal self-injury on YouTube," *Pediatrics* 127, no. 3 (2011): e552–e557. A Meta-internal document reports that "Instagram is a popular platform for communicating about suicide and self-injury. Of these, between 45% and 60% are teens even though only 18% of DAP [daily active persons] are teens. On a daily basis, 5.1 million users, or 0.75% of DAP, are exposed to SSI-related [suicide and self-injury] content […] Teens keep one step ahead of IG's community guidelines against glorifying self-injury by changing hashtags as they are shutdown." META3047MDL-019-00064409 at -4409.

[98]    Janis L. Whitlock, Jane L. Powers, and John Eckenrode, "The virtual cutting edge: the internet and adolescent self-injury," *Developmental Psychology* 42, no. 3 (2006): 407.

[99]    An Instagram internal study found that "17% of people see substantially more (at least 20 percentage points)" content associated with higher negative appearance comparison algorithmically on Explore than they implicitly elect to see, based on the accounts they follow on Feed. The issue was noted as being "worse for women and teen girls." META3047MDL-003-00048634 on -8634 (a July 22, 2021 article by Justin Cheng, Moira Burke, and Shilpa Mody, researchers at Meta). On Instagram, Feed contains "all the recent posts shared by the people you [a user] follow. There are a few exceptions, like ads, but the vast majority of what you see is shared by those you follow." On the other hand, Explore is "made up of recommendations – photos and videos that we [Instagram] go out and find for you – which is very different from Feed and Stories, where the vast majority of what you see is from the accounts you follow." (Adam Mosseri, "Shedding More Light on How Instagram Works," Instagram, June 8, 2021, see https://about.instagram.com/blog/announcements/shedding-more-light-on-how-instagram-works; last accessed May 12, 2025).

---

injury," and "while teens only make up 18% of DAP [Daily Active Persons], the vast majority of users who admit and promote self-injury and suicide are teens (45%-60%)."[100]

(57)    A second area of concern regarding online content pertains to the frequency of online discrimination and cyberbullying.[101] Research demonstrates that online victimization, harassment, and discrimination against racial, ethnic, gender, and sexual minorities are frequent online and often targeted at young people.[102] An internal document at Instagram highlights that LGBTQ+ youth experience a heightened level of bullying, threats, and self-harm on social media. One in three young LGBTQ+ people have said that they had been sexually harassed online, four times as often as other young people.[103] Moreover, research has revealed that online discrimination is often harsher and more severe than offline discriminatory experiences. Results reveal that the effects of online discrimination and bullying on youths' risk for depression and anxiety are significant, above and beyond the effects of experiences that these same youth experience offline.[104] The permanence, potential for worldwide dissemination, anonymity, and the like, repost, and comment features afforded on Instagram and other social media platforms seem to contribute to youths' mental health difficulties, with respect to online discrimination and cyberbullying.[105]

(58)    Social media platforms' design choices amplify the impact this content has on users. Researchers have identified the features and functions that accompany this content on social media platforms, such as the likes, number of followers, and notifications, as critical components of the ways that social media might affect the development of adolescent brains as well as a wide array of social, emotional, and behavioral outcomes for adolescents.[106] For instance, researchers examined how youth may

---

[100]   META3047MDL-020-00588207 at –8208 (⬛⬛⬛⬛⬛⬛⬛, September 21, 2018, "Suicide and Self-Injury (SSI) – Part 1: A review of the literature and a look into SSI on Instagram.").

[101]   An Instagram online survey of over 2,0000 people in the US and UK combined with interviews finds that teens have identified "friendship conflicts, bullying, and hate speech" as one of the ways that Instagram harms their mental health (META3047MDL-003-00109173 at -9179). The document further states that bullying and friendship drama, especially among younger UK teens, can "often be more extreme and prolonged" with "slightly abusive patterns of behavior from their friends, distorting their sense of trust and safety in the people around them." This "erosion of trust impacts self-confidence and increases incidence of depression and social isolation." META3047MDL-003-00109173 at -9208. An internal Instagram online survey conducted in 2020 with monthly Instagram users aged 13–24 found that in the US 17% of participants reported feeling bullied in the past week. META3047MDL-019-00093564, slides 14–15.

[102]   David Hill, "Media use in school-aged children and adolescents," *Pediatrics* 138, no. 5 (2016): 1. Brendesha M. Tynes, Michael T. Giang, David R. Williams, and Geneene N. Thompson, "Online racial discrimination and psychological adjustment among adolescents," *Journal of Adolescent Health* 43, no. 6 (2008): 565–569.

[103]   "Out Online: The Experiences of LGBT Youth on the Internet," GLSEN, accessed April 24, 2025 https://www.glsen.org/news/out-online-experiences-lgbt-youth-internet.

[104]   Brendesha M. Tynes, Michael T. Giang, David R. Williams, and Geneene N. Thompson, "Online racial discrimination and psychological adjustment among adolescents*," Journal of Adolescent Health* 43, no. 6 (2008): 565–569.

[105]   Jacqueline Nesi, Sophia Choukas-Bradley, and Mitchell J. Prinstein, "Transformation of adolescent peer relations in the social media context: Part 2—application to peer group processes and future directions for research," *Clinical Child and Family Psychology Review* 21 (2018): 295–319.

[106]   Lauren E. Sherman, Patricia M. Greenfield, Leanna M. Hernandez, and Mirella Dapretto, "Peer influence via Instagram: Effects on brain and behavior in adolescence and young adulthood," *Child Development* 89, no. 1 (2018): 37–47. Jacqueline Nesi, Sophia Choukas-Bradley, and Mitchell J. Prinstein, "Transformation of adolescent peer relations in the

---

Trial Report of Mitch Prinstein, PhD

respond to images commonly seen on social media while they receive a brain scan through functional magnetic resonance imaging (fMRI). Recall that experiments that look at young people's neural response to these images with and without accompanying icons suggest that the images that have received many likes are associated with decreases in prefrontal cortex activity. In other words, it is the presence of the likes that changes how the brain responds.[107]

(59)     Social media platforms like Instagram also frequently include a variety of features designed to maintain users' engagement online or encourage users to return to the app.[108] Psychological theory and research have begun to reveal that this has become a significant source of stress.[109] This is highly relevant since stress is one of the strongest predictors of children's and adolescents' mental health difficulties, including suicidal behavior.[110] "Digital stress" is characterized by a youth's a) connection overload (i.e., notification and implicit social requirements to participate on social media platforms),[111] b) the fear of missing out on conversations and other social interactions taking place

---

social media context: Part 1—A theoretical framework and application to dyadic peer relationships," *Clinical Child and Family Psychology Review* 21 (2018): 267–294. Jacqueline Nesi, Sophia Choukas-Bradley, and Mitchell J. Prinstein, "Transformation of adolescent peer relations in the social media context: Part 2—application to peer group processes and future directions for research," *Clinical Child and Family Psychology Review* 21 (2018): 295–319.

[107]  Lauren E. Sherman, Patricia M. Greenfield, Leanna M. Hernandez, and Mirella Dapretto, "Peer influence via Instagram: Effects on brain and behavior in adolescence and young adulthood," *Child Development* 89, no. 1 (2018): 37–47.

[108]  Anne J. Maheux, Kaitlyn Burnell, Maria T. Maza, Kara A. Fox, Eva H. Telzer, and Mitchell J. Prinstein, "Annual Research Review: Adolescent Social Media Use Is Not a Monolith: Toward the Study of Specific Social Media Components and Individual Differences," *Journal of Child Psychology and Psychiatry* 66, no. 4 (2025): 440–459. "Potential risks of content, features, and functions: The science of how social media affects youth," American Psychological Association, accessed April 25, 2025, https://www.apa.org/topics/social-media-internet/youth-social-media-2024. A 2020 internal Meta email correspondence discussed the "Teens Ecosystem understand workstream," which aimed to increase engagement with the teen audience. Priorities included: "make de-duping content across surfaces a priority for the teen audience. We also need to provide more opportunities to help teens discover new content, interests and people"; "better facilitate deep dives into interests and conversation by leveraging IGTV and further facilitating community"; "make teens feel more productive and rewarded on [Instagram]"; and "continue to seek ways to prevent negative experiences and hurt feelings on the platform." META3047MDL-003-00114491 at -4491–4492. Another internal Meta document proposed several features to "make IG an urgent app for US (Girl) Teens again," which included "Direct message system drop down that are present in any app; Post notifications for the top post in feed/top Story in tray; 'Entertainment'/interest notifications." META3047MDL-019-00104380 at -4382.

[109]  Anne J. Maheux, Kaitlyn Burnell, Maria T. Maza, Kara A. Fox, Eva H. Telzer, and Mitchell J. Prinstein, "Annual Research Review: Adolescent Social Media Use Is Not a Monolith: Toward the Study of Specific Social Media Components and Individual Differences," *Journal of Child Psychology and Psychiatry* 66, no. 4 (2025): 440–459. "Potential risks of content, features, and functions: The science of how social media affects youth," American Psychological Association, accessed April 25, 2025, https://www.apa.org/topics/social-media-internet/youth-social-media-2024.

[110]  Anne J. Maheux, Kaitlyn Burnell, Maria T. Maza, Kara A. Fox, Eva H. Telzer, and Mitchell J. Prinstein, "Annual Research Review: Adolescent Social Media Use Is Not a Monolith: Toward the Study of Specific Social Media Components and Individual Differences," *Journal of Child Psychology and Psychiatry* 66, no. 4 (2025): 440–459. "Potential risks of content, features, and functions: The science of how social media affects youth," American Psychological Association, accessed April 25, 2025, https://www.apa.org/topics/social-media-internet/youth-social-media-2024. Juan Jose Carballo, C. Llorente, L. Kehrmann, Itziar Flamarique, A. Zuddas, D. Purper-Ouakil, P. J. Hoekstra et al, "Psychosocial risk factors for suicidality in children and adolescents," *European Child & Adolescent Psychiatry* 29 (2020): 759–776.

[111]  METAMDL-020-00005380 at -5387 ("Triggers for Problematic Use on Facebook […] Notifications - Getting too many minor/irrelevant notifications. Try to only look at important ones but get sucked into longer sessions. Mystery of the algorithm - Uncertainty over if they will see posts from those they want; if they can find a post again later. Entertaining

---

HIGHLY CONFIDENTIAL (COMPETITOR)

Trial Report of Mitch Prinstein, PhD

exclusively online, c) the need to remain constantly available to others online, and d) approval anxiety (i.e., concerns about the response to one's own posts); each of these factors influence the way youth think about their connection to online platforms.[112] Nearly half of all young people participating in online platforms report experiencing digital stress. Research demonstrates that higher levels of digital stress are associated with greater increases in depressive symptoms among adolescents.[113]

---

content - Many said they'd open FB with a clear intent (like checking the news, a specific group, or work-related posts), then get distracted by something entertaining. Fear of missing out (FOMO) - Worry about missing important world news or updates in their social circles. Videos - Easy to get immersed (especially before bedtime). Auto-play exacerbates the issue. Recently post/comment - Higher curiosity to see responses. Groups - Get exponentially more notifications, engaged in chat threads. Time-bound content (e.g., Stories, birthdays) - Catch it before it's gone. Marketplace / Ads - Vigilance of buyers/sellers, sales, lower resistance to purchasing at night. Boredom/free time - Desire to fill downtime or 'time pass.'").

[112] Ric G. Steele, Jeffrey A. Hall, and Jennifer L. Christofferson, "Conceptualizing digital stress in adolescents and young adults: Toward the development of an empirically based model," *Clinical Child and Family Psychology Review* 23, no. 1 (2020): 15–26.

[113] Elizabeth A. Nick, Zelal Kilic, Jacqueline Nesi, Eva H. Telzer, Kristen A. Lindquist, and Mitchell J. Prinstein, "Adolescent digital stress: Frequencies, correlates, and longitudinal association with depressive symptoms," *Journal of Adolescent Health* 70, no. 2 (2022): 336–339.

---

HIGHLY CONFIDENTIAL (COMPETITOR)

Trial Report of Mitch Prinstein, PhD

# V. Social media platform features promote harmful social comparison processes for youth that are linked to psychological symptoms

(60)   The quantitative nature of social media, promoting metrics such as likes and follower counts, combined with the focus on videos and pictures rather than text, creates a fertile ground for social comparisons. In adolescence, a period defined by psychologists as a process of identity development via reflected appraisal processes (i.e., evaluating oneself based on feedback from peers),[114] youth are especially likely to engage with social media in ways that allow them to compare their appearance, friends, and social activities with others with what they see online, especially when those in their own social network are commenting and liking these same posts.[115] The opportunity for constant feedback, commentary, quantitative metrics of approval, and 24-hour social engagement is unprecedented among our species. Research suggests that these social comparison processes, and youths' tendency to seek positive feedback or status (i.e., more likes, followers, online praise) is associated with a risk for depressive symptoms.[116]

(61)   In addition, psychological science demonstrates that exposure to the environments created by platforms like Instagram is associated with lower self-image and distorted body perceptions among young people.[117] This exposure creates strong risk factors for eating disorders, unhealthy weight-management behaviors, and depression.[118] As with other impacts of online platforms, evidence

---

[114]   Susan Harter, *The construction of the self: Developmental and sociocultural foundations*, Guilford Publications, 2015.

[115]   Jacqueline Nesi, Sophia Choukas-Bradley, and Mitchell J. Prinstein, "Transformation of adolescent peer relations in the social media context: Part 1—A theoretical framework and application to dyadic peer relationships," *Clinical Child and Family Psychology Review* 21 (2018): 267–294.

[116]   Sophia Choukas-Bradley, Jacqueline Nesi, Laura Widman, and Brian M. Galla, "The appearance-related social media consciousness scale: Development and validation with adolescents," *Body Image* 33 (2020): 164–174. Tanya Hawes, Melanie J. Zimmer-Gembeck, and Shawna M. Campbell, "Unique associations of social media use and online appearance preoccupation with depression, anxiety, and appearance rejection sensitivity," *Body Image* 33 (2020): 66–76. Jacqueline Nesi and Mitchell J. Prinstein, "Using social media for social comparison and feedback-seeking: Gender and popularity moderate associations with depressive symptoms," *Journal of Abnormal Child Psychology* 43 (2015): 1427–1438.

[117]   Similarly, Instagram internal research on "Teen Mental Health Deep Dive" states: "Social pressure leads to teens setting unrealistic standards for themselves. Teens vocalized the pressure to look or act a certain way as directly leading to hyper-scrutiny of their own actions; The more they worry about living up to that standard, the more they fear being honest with who they are; Teens therefore bottle their emotions and put up a facade to protect themselves; This leads to obsessive control of what goes on social media and often to attention seeking (often in negative ways) to get validation." META3047MDL-003-00109173 at -9205. A 2019 internal Instagram document on "Instagram Teen Well-being Study" states: "Teens that feel pressure to look perfect, spending too much time, and fear of missing out often on IG are less likely to be satisfied with various dimensions of their well-being. These issues are also most prevalent on IG than any other social app. Specifically, the pressure to look perfect is significantly more common on Instagram than all other apps." META3047MDL-014-00255333, slide 32. A 2020 internal Instagram document on "Mental Health & Well-being" indicates that metrics such as likes, views, and follower counts are common triggers that make teen users on Instagram feel bad about themselves after comparing themselves to others. This is closely related to the pressure to be perfect. META3047MDL-003-00156738 at -6753.

[118]   Elise R. Carrotte, Alyce M. Vella, and Megan SC Lim, "Predictors of "liking" three types of health and fitness-related content on social media: a cross-sectional study," *Journal of Medical Internet Research* 17, no. 8 (2015): e205.

---

Trial Report of Mitch Prinstein, PhD

indicates that these body image issues are particularly prevalent in LGBTQ+ youth, leaving these youth more predisposed to eating disorders, depression, bullying, substance abuse and other mental health harms.[119]

(62)    Internal Instagram research from October 2019 that surveyed 22,410 users across the US, Japan, Brazil, Indonesia, Turkey, and India found that teens experienced social comparison at higher rates than did adults—58% of teens reporting experiencing social comparison in the past 30 days, compared to 43% of adults. Of teen girls, 1 in 5 (20%) survey respondents reported that Instagram made these social comparison issues worse. As it concerned body image issues, this research found that 56% of teens had experienced body image issues in the last 30 days, compared to 53% of adults. Notably, 1 in 3 (32%) of teen girls reported that Instagram made these body image issues worse, compared to 19% of users generally.[120]

(63)    A 2018 Instagram-internal survey of 5,793 Instagram users in the U.S., Canada, U.K., France, Japan, Mexico and Brazil similarly concluded that 67% of girls between ages 13 and 17 engage in negative comparison on Instagram and that 53% of female 18- to 24-year-olds do, compared to 40% of women generally and 36% of all Instagram users generally. Boys aged 13 to 17 experienced negative social comparison on Instagram at a rate of 40%, and males aged 18 to 24 experienced negative comparison at a rate of 35%.[121]

(64)    Other Instagram research from March 2021 surveyed 50,590 people across 10 countries (including the US) regarding appearance comparison and paired that survey data with the content respondents viewed in the 14 days prior to the survey. Those researchers found, "The topics that elicit appearance comparison comprise 1/4 of content people see on Instagram, and 1/3 for teen girls."[122]

---

[119] Zachary McClain and Rebecka Peebles, "Body image and eating disorders among lesbian, gay, bisexual, and transgender youth," *Pediatric Clinics* 63, no. 6 (2016): 1079–1090. "LGBTQ Youth and Body Dissatisfaction," The Trevor Project, January 30, 2023, https://www.thetrevorproject.org/research-briefs/lgbtq-youth-and-body-dissatisfaction-jan-2023/.

[120] META3047MDL-019-00102527, slides 9 and 15.

[121] META3047MDL-003-00101724 at -1730 and -1746. The study also concludes, "Although negative social comparison is slightly more prevalent than positive ones both on IG [Instagram] and in everyday life, the difference is small." (META3047MDL-003-00101724 at -1741)

[122] META3047MDL-004-00003706 at -3707, -3720, -3722, and -3724.

Trial Report of Mitch Prinstein, PhD

# VI. Conclusions

(65)   The features and functions embedded within Meta's social media platforms exploit youths' hypersensitivity to social feedback, automatic behaviors, and underdeveloped impulse control in potentially harmful ways. Youth are biologically susceptible to cues related to social interaction, evaluation, and attention from peers but are not fully capable of regulating impulses to seek these cues excessively.[123] This biological vulnerability makes youth especially susceptible to Meta platform features including the count of likes, followers, comments, and notifications.

(66)   Meta platform features encourage problematic social media use, consistent with clinical dependency. There is considerable overlap in the regions of the brain activated by social media use and those involved in addictions to illegal and dangerous substances.[124] Research has demonstrated that many adolescents report an inability to stop using social media; expend remarkable effort to maintain access to social media; use social media to regulate their emotions; and display other tolerance, withdrawal, and impairment symptoms that overlap with diagnostic criteria for substance use dependencies.[125]

(67)   Problematic social media use, promoted by Meta platform features, interferes with adaptive relationship development skills and healthy peer socialization processes, posing a risk to adolescents' mental health. Moreover, problematic social media use disrupts opportunities to engage in healthy offline activities including sleep. Recent studies have revealed that screen time is the main reason for low sleep duration, disrupted sleep, and poor quality sleep,[126] with the vast majority of adolescents' nighttime screen time use occurring on social media platforms, including Instagram.[127] Sleep delay or

---

[123]   I note that Instagram's Head of Research testified, "Teens and actually up through—and some scholarly literature suggests that that happens up through the age of even like 25 to 28, but yes, and teens, roughly speaking, are still developing aspects of self-control. Not every teen. Obviously, there are differences between some teens." Deposition of Kristin Hendrix, January 22, 2025, 278:14–25.

[124]   José De-Sola Gutiérrez, Fernando Rodríguez De Fonseca, and Gabriel Rubio, "Cell-Phone Addiction: A Review," *Frontiers in Psychiatry* 7 (2016): 175. Mark D. Griffiths, Daria J. Kuss, and Zsolt Demetrovics, "Social Networking Addiction," *Behavioral Addictions* (2014): 119–141. Bridget Kirby, Ashley Dapore, Carl Ash, Kaitlyn Malley, and Robert West, "Smartphone Pathology, Agency and Reward Processing," *Information Systems and Neuroscience* 43 (2020): 321–329.

[125]   Anne J. Maheux, Kaitlyn Burnell, Maria T. Maza, Kara A. Fox, Eva H. Telzer, and Mitchell J. Prinstein, "Annual Research Review: Adolescent Social Media Use Is Not a Monolith: Toward the Study of Specific Social Media Components and Individual Differences," *Journal of Child Psychology and Psychiatry* 66, no. 4 (2025): 440–459.

[126]   Meta-analyses of literature examining the effect of portable media device usage on sleep outcomes found that children who use media devices at bedtime were 2.17 times more likely to have inadequate sleep quality, 1.46 times more likely to have poorer sleep, and 2.72 times more likely to be excessively sleepy during the day. Ben Carter, Philippa Rees, Lauren Hale, Darsharna Bhattacharjee, and Mandar Paradkar, "A meta-analysis of the effect of media devices on sleep outcomes," *JAMA Pediatrics* 170, no. 12 (2016): 1202. Xiaoning Han, Enze Zhou, and Dong Liu, "Electronic media use and sleep quality: updated systematic review and meta-analysis," *Journal of Medical Internet Research* 26 (2024): e48356. Further research has shown statistically significant correlations between social media use and sleep problems. Aurore A. Perrault, Laurence Bayer, Mathias Peuvrier, Alia Afyouni, Paolo Ghisletta, Celine Brockmann, Mona Spiridon et al, "Reducing the use of screen electronic devices in the evening is associated with improved sleep and daytime vigilance in adolescents," *Sleep* 42, no. 9 (2019): 1–10.

[127]   Kaitlyn Burnell, Shedrick L. Garrett, Benjamin W. Nelson, Mitchell J. Prinstein, and Eva H. Telzer, "Daily links between objective smartphone use and sleep among adolescents," *Journal of Adolescence* 96, no. 6 (2024): 1171–1181.

---

disruptions have significant negative effects on youths' attention, behavior, mood, stress regulation, safety, body shape, and academic performance.[128] Neuroscientific research has demonstrated that maladaptive sleep habits are associated with less growth in adolescents' brains[129] and differences in how the brain functions over time.[130]

(68)    Social media platform features change the impact of harmful content and create stress that contributes to mental health symptoms. Social media platforms such as Instagram serve two domains of problematic material to youth: (1) posts that actively showcase and promote engagement in psychologically disordered behavior and (2) online discrimination and cyberbullying. Research suggests that the features and functions that accompany this content on social media platforms, such as the likes, number of followers, and notifications, might affect the activation of adolescent brains as well as a wide array of social, emotional, and behavioral outcomes.[131] Social media platforms' design choices thereby amplify the impact this content has on users, creating stress and contributing to mental health symptoms.

(69)    Social media platform features promote harmful social comparison processes for youth that are subsequently linked to psychological symptoms. The quantitative nature of social media, promoting metrics such as likes and follower counts, combined with the focus on videos and pictures rather than text, creates a fertile ground for social comparisons. Research suggests that these social comparison processes, and youths' tendency to seek positive feedback or status (i.e., more likes, followers, online praise) are associated with a risk for depressive symptoms.[132] Psychological science also

---

[128]  "Potential risks of content, features, and functions: The science of how social media affects youth," American Psychological Association, accessed April 25, 2025, https://www.apa.org/topics/social-media-internet/youth-social-media-2024. Aurore A. Perrault, Laurence Bayer, Mathias Peuvrier, Alia Afyouni, Paolo Ghisletta, Celine Brockmann, Mona Spiridon et al, "Reducing the use of screen electronic devices in the evening is associated with improved sleep and daytime vigilance in adolescents," *Sleep* 42, no. 9 (2019): 1–10. Eva H. Telzer, Diane Goldenberg, Andrew J. Fuligni, Matthew D. Lieberman, and Adriana Gálvan, "Sleep variability in adolescence is associated with altered brain development," *Developmental Cognitive Neuroscience* 14 (2015): 16–22.

For a Meta-internal perspective on late night social media use, see META3047MDL-035-00001018, slide 27 ("Internal surveys on FB [Facebook] show an association with greater problematic use; In a qual study on spirals, "teens say they need the most help during longer sessions that happen in evening hours;" Academic research finds that poor sleep is associated with night-time use, and that late-night smartphone use impairs next day behavior.").

[129]  Eva H. Telzer, Diane Goldenberg, Andrew J. Fuligni, Matthew D. Lieberman, and Adriana Gálvan, "Sleep variability in adolescence is associated with altered brain development," *Developmental Cognitive Neuroscience* 14 (2015): 16–22.

[130]  Eva H. Telzer, Diane Goldenberg, Andrew J. Fuligni, Matthew D. Lieberman, and Adriana Gálvan, "Sleep variability in adolescence is associated with altered brain development," *Developmental Cognitive Neuroscience* 14 (2015): 16–22.

[131]  Lauren E. Sherman, Patricia M. Greenfield, Leanna M. Hernandez, and Mirella Dapretto, "Peer influence via Instagram: Effects on brain and behavior in adolescence and young adulthood," *Child Development* 89, no. 1 (2018): 37–47. Jacqueline Nesi, Sophia Choukas-Bradley, and Mitchell J. Prinstein, "Transformation of adolescent peer relations in the social media context: Part 1—A theoretical framework and application to dyadic peer relationships," *Clinical Child and Family Psychology Review* 21 (2018): 267–294. Jacqueline Nesi, Sophia Choukas-Bradley, and Mitchell J. Prinstein, "Transformation of adolescent peer relations in the social media context: Part 2—application to peer group processes and future directions for research," *Clinical Child and Family Psychology Review* 21 (2018): 295–319.

[132]  Sophia Choukas-Bradley, Jacqueline Nesi, Laura Widman, and Brian M. Galla, "The appearance-related social media consciousness scale: Development and validation with adolescents," *Body Image* 33 (2020): 164–174. Tanya Hawes, Melanie J. Zimmer-Gembeck, and Shawna M. Campbell, "Unique associations of social media use and online

---

Trial Report of Mitch Prinstein, PhD

demonstrates that exposure to the environments created by platforms like Instagram is associated with lower self-image and distorted body perceptions among young people.[133]

(70)     My review of Meta discovery materials in this case has confirmed and amplified my view that "there remains a need for social media companies to make fundamental changes to their platforms" to better protect children's mental health and development[134]—including by affording the public greater transparency about known platform risks.

---

appearance preoccupation with depression, anxiety, and appearance rejection sensitivity," *Body Image* 33 (2020): 66–76. Jacqueline Nesi and Mitchell J. Prinstein, "Using social media for social comparison and feedback-seeking: Gender and popularity moderate associations with depressive symptoms," *Journal of Abnormal Child Psychology* 43 (2015): 1427–1438.

[133] Similarly, Instagram internal research on "Teen Mental Health Deep Dive" states: "Social pressure leads to teens setting unrealistic standards for themselves. Teens vocalized the pressure to look or act a certain way as directly leading to hyper-scrutiny of their own actions; The more they worry about living up to that standard, the more they fear being honest with who they are; Teens therefore bottle their emotions and put up a facade to protect themselves; This leads to obsessive control of what goes on social media and often to attention seeking (often in negative ways) to get validation." META3047MDL-003-00109173 at -9205. A 2019 internal Instagram document on "Instagram Teen Well-being Study" states: "Teens that feel pressure to look perfect, spending too much time, and fear of missing out often on IG are less likely to be satisfied with various dimensions of their well-being. These issues are also most prevalent on IG than any other social app. Specifically, the pressure to look perfect is significantly more common on Instagram than all other apps." META3047MDL-014-00255333, slide 32. A 2020 internal Instagram document on "Mental Health & Well-being" indicates that metrics such as likes, views, and follower counts are common triggers that make teen users on Instagram feel bad about themselves after comparing themselves to others. This is closely related to the pressure to be perfect. META3047MDL-003-00156738 at -6753.

[134] "Potential risks of content, features, and functions: The science of how social media affects youth," American Psychological Association, accessed April 25, 2025, https://www.apa.org/topics/social-media-internet/youth-social-media-2024.

Trial Report of Mitch Prinstein, PhD

The undersigned hereby certifies their understanding that they owe a primary and overriding duty of candor and professional integrity to help the Court on matters within their expertise and in all submissions to, or testimony before, the Court. The undersigned further certifies that their report and opinions are not being presented for any improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation.

|  |  |
|---|---|
| Mitch Prinstein, PhD | May 16, 2025 |
|  | Date |

Trial Report of Mitch Prinstein, PhD

# Appendix A. Materials considered

In addition to all materials below, I incorporate by reference all materials used or cited in footnotes or my reliance materials.[135]

## A.1. Legal and other case documents

- Complaint for Injunctive and Other Relief. *People of the State of California, et al. v. Meta Platforms, Inc., et al.* (N.D. Cal. Nos. 4:22-md-03047-YGR-PHK and 4:23-cv-05448-YGR) (November 22, 2023).

- Defendants' Objections and Responses to Plaintiff's Second Set of Interrogatories. *Commonwealth of Massachusetts v. Meta Platforms, Inc. and Instagram, LLC.* (Mass. Super. Ct. No. 2384CV02397-BLS1) (August 20, 2024).

- Meta Defendants' Responses and Objections to Plaintiffs' Second Set of Interrogatories. *People of the State of California, et al. v. Meta Platforms, Inc., et al.* (N.D. Cal. No. 4:22-md-03047-YGR) (November 27, 2024).

- Meta Defendants' Third Supplemental and Amended Responses and Objections to Plaintiffs' Second Set of Interrogatories. *People of the State of California, et al. v. Meta Platforms, Inc., et al.* (N.D. Cal. No. 4:22-md-03047-YGR) (February 28, 2025).

- Defendants' Sixth Supplemental Responses and Objections to Second Set of Interrogatories. *People of the State of California, et al. v. Meta Platforms, Inc., et al.* (N.D. Cal. No. 4:22-md-03047-YGR) (April 04, 2025).

## A.2. Books and academic papers

- Adrienne L. Tierney and Charles A. Nelson III, "Brain development and the role of experience in the early years," *Zero to Three* 30, no. 2 (2009): 9.

- Allan Colver and Sarah Longwell, "New understanding of adolescent brain development: relevance to transitional healthcare for young people with long term conditions," *Archives of Disease in Childhood* 98, no. 11 (2013): 902–907.

---

[135] My staff and I were provided access to an electronic database that I understand includes all the discovery materials produced in this matter. My staff conducted searches of this database at my direction. This appendix includes documents that I cited in footnotes throughout the report as well as documents that I considered, but did not cite explicitly.

Trial Report of Mitch Prinstein, PhD

- Amy Orben, Andrew K. Przybylski, Sarah-Jayne Blakemore, and Rogier A. Kievit, "Windows of developmental sensitivity to social media," *Nature Communications* 13, no. 1 (2022): 1649.

- Anna CK Van Duijvenvoorde, Sabine Peters, Barbara R. Braams, and Eveline A. Crone, "What motivates adolescents? Neural responses to rewards and their influence on adolescents' risk taking, learning, and cognitive control," *Neuroscience & Biobehavioral Reviews* 70 (2016): 135–147.

- Anne Bartsch, Roland Mangold, Reinhold Viehoff, and Peter Vorderer, "Emotional gratifications during media use–An integrative approach," *Communications* 31, no. 3 (2006): 261–278.

- Anne G. Wheaton, Gabrielle A. Ferro, and Janet B. Croft, "School start times for middle school and high school students—United States, 2011–12 school year," *Morbidity and Mortality Weekly Report* 64, no. 30 (2015): 809.

- Anne J. Maheux, Kaitlyn Burnell, Maria T. Maza, Kara A. Fox, Eva H. Telzer, and Mitchell J. Prinstein, "Annual Research Review: Adolescent Social Media Use Is Not a Monolith: Toward the Study of Specific Social Media Components and Individual Differences," *Journal of Child Psychology and Psychiatry* 66, no. 4 (2025): 440–459.

- Anne Zimmerman, Joel Janhonen, and Emily Beer, "Human/AI relationships: challenges, downsides, and impacts on human/human relationships," *AI and Ethics* 4, no. 4 (2024): 1555–1567.

- Anne-Marie Chang, Daniel Aeschbach, Jeanne F. Duffy, and Charles A. Czeisler, "Evening use of light-emitting eReaders negatively affects sleep, circadian timing, and next-morning alertness," *Proceedings of the National Academy of Sciences* 112, no. 4 (2015): 1232–1237.

- Aurore A. Perrault, Laurence Bayer, Mathias Peuvrier, Alia Afyouni, Paolo Ghisletta, Celine Brockmann, Mona Spiridon et al, "Reducing the use of screen electronic devices in the evening is associated with improved sleep and daytime vigilance in adolesents," *Sleep* 42, no. 9 (2019): 1–10.

- Ben Carter, Philippa Rees, Lauren Hale, Darsharna Bhattacharjee, and Mandar Paradkar, "A meta-analysis of the effect of media devices on sleep outcomes," *JAMA Pediatrics* 170, no. 12 (2016): 1202.

- Betty J. Casey, Sarah Getz, and Adriana Galvan, "The adolescent brain," *Developmental Review* 28, no. 1 (2008): 62–77.

- Brandon CW Ralph, David R. Thomson, James Allan Cheyne, and Daniel Smilek, "Media multitasking and failures of attention in everyday life," *Psychological Research* 78 (2014): 661–669.

Trial Report of Mitch Prinstein, PhD

- Brendesha M. Tynes, Michael T. Giang, David R. Williams, and Geneene N. Thompson, "Online racial discrimination and psychological adjustment among adolescents," *Journal of Adolescent Health* 43, no. 6 (2008): 565–569.

- Bridget Kirby, Ashley Dapore, Carl Ash, Kaitlyn Malley, and Robert West, "Smartphone Pathology, Agency and Reward Processing," *Information Systems and Neuroscience* 43 (2020): 321–29.

- Charles A. Nelson and Laurel J. Gabard-Durnam, "Early adversity and critical periods: neurodevelopmental consequences of violating the expectable environment," *Trends in Neurosciences* 43, no. 3 (2020): 133–143.

- Charles E. Basch, Corey H. Basch, Kelly V. Ruggles, and Sonali Rajan, "Prevalence of sleep duration on an average school night among 4 nationally representative successive samples of American high school students, 2007–2013," *Preventing Chronic Disease* 11 (2014): E216.

- Christian Cajochen, Sylvia Frey, Doreen Anders, Jakub Späti, Matthias Bues, Achim Pross, Ralph Mager, Anna Wirz-Justice, and Oliver Stefani, "Evening exposure to a light-emitting diodes (LED)-backlit computer screen affects circadian physiology and cognitive performance," *Journal of Applied Physiology* (2011): 1432–1438.

- Dale S. Cannon, Stephen T. Tiffany, Hilary Coon, Mary Beth Scholand, William M. McMahon, and Mark F. Leppert, "The PHQ-9 as a brief assessment of lifetime major depression," *Psychological Assessment* 19, no. 2 (2007): 247–251.

- Daniel J. Simmonds, Michael N. Hallquist, Miya Asato, and Beatriz Luna, "Developmental stages and sex differences of white matter and behavioral development through adolescence: a longitudinal diffusion tensor imaging (DTI) study," *Neuroimage* 92 (2014): 356–368.

- David Hill, "Media use in school-aged children and adolescents," *Pediatrics* 138, no. 5 (2016): 1.

- Dustin Albert and Laurence Steinberg, "Judgment and decision making in adolescence," *Journal of Research on Adolescence* 21, no. 1 (2011): 211–224.

- Edmund WJ Lee, Shirley S. Ho, and May O. Lwin, "Explicating problematic social network sites use: A review of concepts, theoretical frameworks, and future directions for communication theorizing," *New Media & Society* 19, no. 2 (2017): 308–326.

- Eleonora Gullone, "Risk factors for the development of animal cruelty," *Journal of Animal Ethics* 4, no. 2 (2014): 61–79.

- Elise R. Carrotte, Alyce M. Vella, and Megan SC Lim, "Predictors of "liking" three types of health and fitness-related content on social media: a cross-sectional study," *Journal of Medical Internet Research* 17, no. 8 (2015): e205.

Trial Report of Mitch Prinstein, PhD

- Elizabeth A. Nick, Zelal Kilic, Jacqueline Nesi, Eva H. Telzer, Kristen A. Lindquist, and Mitchell J. Prinstein, "Adolescent digital stress: Frequencies, correlates, and longitudinal association with depressive symptoms," *Journal of Adolescent Health* 70, no. 2 (2022): 336–339.

- Emma Armstrong-Carter, Shedrick L. Garrett, Elizabeth A. Nick, Mitchell J. Prinstein, and Eva H. Telzer, "Momentary links between adolescents' social media use and social experiences and motivations: Individual differences by peer susceptibility," *Developmental Psychology* 59, no. 4 (2023): 707–719.

- Eva H. Telzer and Maria T. Maza, "Social media and the developing brain," In *Handbook of Media Psychology: The Science and The Practice*, pp. 33-43. Cham: Springer Nature Switzerland, 2024.

- Eva H. Telzer, Diane Goldenberg, Andrew J. Fuligni, Matthew D. Lieberman, and Adriana Gálvan, "Sleep variability in adolescence is associated with altered brain development," *Developmental Cognitive Neuroscience* 14 (2015): 16–22.

- Eyal Ophir, Clifford Nass, and Anthony D. Wagner, "Cognitive control in media multitaskers," *Proceedings of the National Academy of Sciences* 106, no. 37 (2009): 15583–15587.

- Jacqueline Nesi and Mitchell J. Prinstein, "Using social media for social comparison and feedback-seeking: Gender and popularity moderate associations with depressive symptoms," *Journal of Abnormal Child Psychology* 43 (2015): 1427–1438.

- Jacqueline Nesi, Sophia Choukas-Bradley, and Mitchell J. Prinstein, "Transformation of adolescent peer relations in the social media context: Part 1—A theoretical framework and application to dyadic peer relationships," *Clinical Child and Family Psychology Review* 21 (2018): 267–294.

- Jacqueline Nesi, Sophia Choukas-Bradley, and Mitchell J. Prinstein, "Transformation of adolescent peer relations in the social media context: Part 2—application to peer group processes and future directions for research," *Clinical Child and Family Psychology Review* 21 (2018): 295–319.

- Jacqueline Nesi, W. Andrew Rothenberg, Andrea M. Hussong, and Kristina M. Jackson, "Friends' alcohol-related social networking site activity predicts escalations in adolescent drinking: mediation by peer norms," *Journal of Adolescent Health* 60, no. 6 (2017): 641–647.

- Jamil Zaki, Jessica Schirmer, and Jason P. Mitchell, "Social influence modulates the neural computation of value," *Psychological Science* 22, no. 7 (2011): 894–900.

- Janis L. Whitlock, Jane L. Powers, and John Eckenrode, "The virtual cutting edge: the internet and adolescent self-injury," *Developmental Psychology* 42, no. 3 (2006): 407.

Trial Report of Mitch Prinstein, PhD

- Jay N. Giedd, Jonathan Blumenthal, Neal O. Jeffries, F. Xavier Castellanos, Hong Liu, Alex Zijdenbos, Tomáš Paus, Alan C. Evans, and Judith L. Rapoport, "Brain development during childhood and adolescence: a longitudinal MRI study," *Nature Neuroscience* 2, no. 10 (1999): 861–863.

- Jessica L. Hamilton, Emily Hutchinson, Maria R. Evankovich, Cecile D. Ladouceur, and Jennifer S. Silk, "Daily and average associations of physical activity, social media use, and sleep among adolescent girls during the COVID-19 pandemic," *Journal of Sleep Research* 32, no. 1 (2023): e13611.

- Johan Egebark, and Mathias Ekström, "Liking what others "Like": Using Facebook to identify determinants of conformity," *Experimental Economics* 21 (2018): 793–814.

- Jonathan D. Lane, Henry M. Wellman, Sheryl L. Olson, Jennifer LaBounty, and David CR Kerr, "Theory of mind and emotion understanding predict moral development in early childhood," *British Journal of Developmental Psychology* 28, no. 4 (2010): 871–889.

- José De-Sola Gutiérrez, Fernando Rodríguez De Fonseca, and Gabriel Rubio, "Cell-Phone Addiction: A Review," *Frontiers in Psychiatry* 7 (2016): 175.

- Juan Jose Carballo, C. Llorente, L. Kehrmann, Itziar Flamarique, A. Zuddas, D. Purper-Ouakil, P. J. Hoekstra et al, "Psychosocial risk factors for suicidality in children and adolescents," *European Child & Adolescent Psychiatry* 29 (2020): 759–776.

- Judith Owens, Rolanda Maxim, Melissa McGuinn, Chantelle Nobile, Michael Msall, and Anthony Alario, "Television-viewing habits and sleep disturbance in school children," *Pediatrics* 104, no. 3 (1999): e27–e27.

- Kaitlyn Burnell, Jessica S. Flannery, Kara A. Fox, Mitchell J. Prinstein, and Eva H. Telzer, "US Adolescents' daily social media use and well-being: Exploring the role of addiction-like social media use," *Journal of Children and Media* 19, no. 1 (2025): 194–212.

- Kaitlyn Burnell, Shedrick L. Garrett, Benjamin W. Nelson, Mitchell J. Prinstein, and Eva H. Telzer, "Daily links between objective smartphone use and sleep among adolescents*," Journal of Adolescence* 96, no. 6 (2024): 1171–1181.

- Kara A. Fox, Elizabeth Nick, Jacqueline Nesi, Eva H. Telzer, and Mitchell J. Prinstein. "Why Haven't You Texted Me Back? Adolescents' Digital Entrapment, Friendship Conflict, and Perceived General Health," *Journal of Clinical Child & Adolescent Psychology*, (2023): 1–11.

- Kathryn L. Mills, François Lalonde, Liv S. Clasen, Jay N. Giedd, and Sarah-Jayne Blakemore, "Developmental changes in the structure of the social brain in late childhood and adolescence," *Social Cognitive and Affective Neuroscience* 9, no. 1 (2014): 123–131.

- Kent C. Berridge, "From prediction error to incentive salience: mesolimbic computation of reward motivation," *European Journal of Neuroscience* 35, no. 7 (2012): 1124–1143.

---

Trial Report of Mitch Prinstein, PhD

■ L. Mark Carrier, Larry D. Rosen, Nancy A. Cheever, and Alex F. Lim, "Causes, effects, and practicalities of everyday multitasking," *Developmental Review* 35 (2015): 64–78.

■ Lauren E. Sherman, Leanna M. Hernandez, Patricia M. Greenfield, and Mirella Dapretto, "What the brain 'Likes': neural correlates of providing feedback on social media," *Social Cognitive and Affective Neuroscience* 13, no. 7 (2018): 699–707.

■ Lauren E. Sherman, Patricia M. Greenfield, Leanna M. Hernandez, and Mirella Dapretto, "Peer influence via Instagram: Effects on brain and behavior in adolescence and young adulthood," *Child Development* 89, no. 1 (2018): 37–47.

■ Laurence Steinberg, "A social neuroscience perspective on adolescent risk-taking," *Biosocial Theories of Crime*, Routledge (2017): 435–463.

■ Laurence Steinberg, "The influence of neuroscience on US Supreme Court decisions about adolescents' criminal culpability," *Nature Reviews Neuroscience* 14, no. 7 (2013): 513–518.

■ Leah H. Somerville, "The teenage brain: Sensitivity to social evaluation," *Current Directions in Psychological Science* 22, no. 2 (2013): 121–127.

■ Lisa J. Knoll, Lucía Magis-Weinberg, Maarten Speekenbrink, and Sarah-Jayne Blakemore, "Social influence on risk perception during adolescence," *Psychological Science* 26, no. 5 (2015): 583–592.

■ Maartje Boer, Gonneke W. J. M. Stevens, Catrin Finkenauer, and Regina J. J. M. Van Den Eijnden, "The Course of Problematic Social Media Use in Young Adolescents: A Latent Class Growth Analysis," *Child Development* 93, no. 2 (2022): e168–e187.

■ Maria T. Maza, Kara A. Fox, Seh-Joo Kwon, Jessica E. Flannery, Kristen A. Lindquist, Mitchell J. Prinstein, and Eva H. Telzer, "Association of habitual checking behaviors on social media with longitudinal functional brain development," *JAMA Pediatrics* 177, no. 2 (2023): 160–167.

■ Mark D. Griffiths, Daria J. Kuss, and Zsolt Demetrovics, "Social Networking Addiction," *Behavioral Addictions* (2014): 119–141.

■ Mary A. Carskadon, "Sleep in adolescents: the perfect storm," *Pediatric Clinics* 58, no. 3 (2011): 637–647.

■ Merry Bullock, "Animism in childhood thinking: A new look at an old question," *Developmental Psychology* 21, no. 2 (1985): 217.

■ Michael Gradisar, Greg Gardner, and Hayley Dohnt, "Recent worldwide sleep patterns and problems during adolescence: a review and meta-analysis of age, region, and sleep," *Sleep Medicine* 12, no. 2 (2011): 110–118.

■ Michelle Achterberg, Andrik Becht, Renske van der Cruijsen, Ilse H. van de Groep, Jochem P. Spaans, Eduard Klapwijk, and Eveline A. Crone, "Longitudinal associations between social

Trial Report of Mitch Prinstein, PhD

media use, mental well-being and structural brain development across adolescence," *Developmental Cognitive Neuroscience* 54 (2022): 101088.

■ Mitchell J. Prinstein, and Matteo Giletta, "Future directions in peer relations research," *Journal of Clinical Child & Adolescent Psychology* 49, no. 4 (2020): 556–572.

■ Nicola Luigi Bragazzi, Andrea Crapanzano, Manlio Converti, Riccardo Zerbetto, and Rola Khamisy-Farah, "The impact of generative conversational artificial intelligence on the Lesbian, gay, Bisexual, transgender, and queer community: scoping review," *Journal of Medical Internet Research* 25 (2023): e52091.

■ Nicola Luigi Bragazzi, Andrea Crapanzano, Manlio Converti, Riccardo Zerbetto, and Rola Khamisy-Farah, "The impact of generative conversational artificial intelligence on the Lesbian, gay, Bisexual, transgender, and queer community: scoping review," *Journal of Medical Internet Research* 25 (2023): e52091.

■ Ric G. Steele, Jeffrey A. Hall, and Jennifer L. Christofferson, "Conceptualizing digital stress in adolescents and young adults: Toward the development of an empirically based model," *Clinical Child and Family Psychology Review* 23, no. 1 (2020): 15–26.

■ Roberto Navigli, Simone Conia, and Björn Ross, "Biases in large language models: origins, inventory, and discussion," *ACM Journal of Data and Information Quality* 15, no. 2 (2023): 1–21.

■ Ronald E. Dahl, Nicholas B. Allen, Linda Wilbrecht, and Ahna Ballonoff Suleiman, "A Developmental Science Perspective on Investing in Adolescence," *Nature* 554, no. 7693 (2018): 441–450.

■ Se-Hoon Jeong and Yoori Hwang, "Does multitasking increase or decrease persuasion? Effects of multitasking on comprehension and counterarguing," *Journal of Communication* 62, no. 4 (2012): 571–587.

■ Shalini Paruthi, Lee J. Brooks, Carolyn D'Ambrosio, Wendy A. Hall, Suresh Kotagal, Robin M. Lloyd, Beth A. Malow et al, "Recommended amount of sleep for pediatric populations: a consensus statement of the American Academy of Sleep Medicine," *Journal of Clinical Sleep Medicine* 12, no. 6 (2016): 785–786.

■ Sophia Choukas-Bradley, Jacqueline Nesi, Laura Widman, and Brian M. Galla, "The appearance-related social media consciousness scale: Development and validation with adolescents," *Body Image* 33 (2020): 164–174.

■ Stephanie Van der Lely, Silvia Frey, Corrado Garbazza, Anna Wirz-Justice, Oskar G. Jenni, Roland Steiner, Stefan Wolf, Christian Cajochen, Vivien Bromundt, and Christina Schmidt, "Blue blocker glasses as a countermeasure for alerting effects of evening light-emitting diode screen exposure in male teenagers," *Journal of Adolescent Health* 56, no. 1 (2015): 113–119.

Trial Report of Mitch Prinstein, PhD

- Stephen P. Lewis, Nancy L. Heath, Jill M. St Denis, and Rick Noble, "The scope of nonsuicidal self-injury on YouTube," *Pediatrics* 127, no. 3 (2011): e552–e557.

- Susan Harter, *The construction of the self: Developmental and sociocultural foundations*, Guilford Publications, 2015.

- Susanne E. Baumgartner, Winneke A. van der Schuur, Jeroen S. Lemmens, and Fam te Poel, "The relationship between media multitasking and attention problems in adolescents: Results of two longitudinal studies," *Human Communication Research* 44, no. 1 (2018): 3–30.

- Susanne E. Baumgartner, Wouter D. Weeda, Lisa L. van der Heijden, and Mariëtte Huizinga, "The relationship between media multitasking and executive function in early adolescents," *The Journal of Early Adolescence* 34, no. 8 (2014): 1120–1144.

- Tanya Hawes, Melanie J. Zimmer-Gembeck, and Shawna M. Campbell, "Unique associations of social media use and online appearance preoccupation with depression, anxiety, and appearance rejection sensitivity," *Body Image* 33 (2020): 66–76.

- Thomas R. Insel, and Russell D. Fernald, "How the brain processes social information: searching for the social brain," *Annual Review of Neuroscience* 27, no. 1 (2004): 697–722.

- Winneke A. Van Der Schuur, Susanne E. Baumgartner, Sindy R. Sumter, and Patti M. Valkenburg, "The consequences of media multitasking for youth: A review," *Computers in Human Behavior* 53 (2015): 204–215.

- Wolfram Schultz, "Reward Signaling by Dopamine Neurons," *The Neuroscientist* 7, no. 4 (2001): 293–302.

- Xiaoning Han, Enze Zhou, and Dong Liu, "Electronic media use and sleep quality: updated systematic review and meta-analysis," *Journal of Medical Internet Research* 26 (2024): e48356.

- Xuewen Wang and Arlette C. Perry, "Metabolic and physiologic responses to video game play in 7-to 10-year-old boys," *Archives of Pediatrics & Adolescent Medicine* 160, no. 4 (2006): 411–415.

- Zachary McClain and Rebecka Peebles, "Body image and eating disorders among lesbian, gay, bisexual, and transgender youth," *Pediatric Clinics* 63, no. 6 (2016): 1079–1090.

## A.3. Websites, articles, and press releases

- "10 Things to Know About How Social Media Affects Teens' Brains," NPR, February 16, 2023, https://www.npr.org/2023/02/16/1157180971/10-things-to-know-about-how-social-media-affects-teens-brains.

Trial Report of Mitch Prinstein, PhD

■ "APA Recommendations for Healthy Teen Video Viewing," American Psychological Association, November 2024, https://www.apa.org/topics/social-media-internet/apa-adolescent-video-consumption-recommendations.pdf

■ "Dopamine," Cleveland Clinic, accessed May 6, 2025, https://my.clevelandclinic.org/health/articles/22581-dopamine.

■ "Finsta," Merriam-Webster, accessed April 29, 2025, https://www.merriam-webster.com/wordplay/what-does-finsta-mean-fake-instagram.

■ "Health Advisory on Social Media Use in Adolescence," American Psychological Association, accessed May 7, 2025, https://www.apa.org/topics/social-media-internet/health-advisory-adolescent-social-media-use.

■ "LGBTQ Youth and Body Dissatisfaction," The Trevor Project, January 30, 2023, https://www.thetrevorproject.org/research-briefs/lgbtq-youth-and-body-dissatisfaction-jan-2023/.

■ "Out Online: The Experiences of LGBT Youth on the Internet," GLSEN, accessed April 24, 2025 https://www.glsen.org/news/out-online-experiences-lgbt-youth-internet.

■ "Oxytocin," Cleveland Clinic, accessed May 6, 2025, https://my.clevelandclinic.org/health/articles/22618-oxytocin.

■ "Potential Risks of Content, Features, and Functions: The Science of How Social Media Affects Youth," American Psychological Association, accessed April 25, 2025, https://www.apa.org/topics/social-media-internet/youth-social-media-2024.

■ "The Teenage Brain: Under Construction," American College of Pediatricians, May 2022, https://acpeds.org/position-statements/the-teenage-brain-under-construction.

■ "Youth Statistics: Internet and Social Media," Act for Youth, accessed April 25, 2025, https://actforyouth.org/adolescence/demographics/internet.cfm

■ Adam Mosseri, "Shedding More Light on How Instagram Works," Instagram, June 8, 2021, https://about.instagram.com/blog/announcements/shedding-more-light-on-how-instagram-works#:~:text=How%20we%20rank%20Explore,from%20the%20accounts%20you%20follow.

■ Emily A. Vogels, Risa Gelles-Watnick, and Navid Massarat, "Teens, Social Media and Technology 2022," Pew Research Center, August 10, 2022, https://www.pewresearch.org/internet/2022/08/10/teens-social-media-and-technology-2022/.

■ Jeff Horwitz, "Meta's 'Digital Companions' Will Talk Sex With Users, Even Children," The Wall Street Journal, April 26, 2025, https://www.wsj.com/tech/ai/meta-ai-chatbots-sex-a25311bf?st=FFDogP&reflink=desktopwebshare_permalink.

Trial Report of Mitch Prinstein, PhD

- Jonathan Rothwell, "Teens Spend Average of 4.8 Hours on Social Media Per Day," Gallup, October 13, 2023, https://news.gallup.com/poll/512576/teens-spend-average-hours-social-media-per-day.aspx.

- Jyoti Mann and Effie Webb, "Leaked docs show how Meta's AI is trained to be safe, be 'flirty,' and navigate contentious topics," Business Insider, May 6, 2025, https://www.businessinsider.com/meta-ai-chatbot-training-scaleai-safe-flirty-leaked-documents-2025-5.

- Michelle Faverio and Olivia Sidoti, "Teens, Social Media and Technology 2024," Pew Research Center, December 12, 2024, https://www.pewresearch.org/internet/2024/12/12/teens-social-media-and-technology-2024/.

- Monica Anderson, Michelle Faverio, and Jeffrey Gottfried, "Teens, Social Media and Technology 2023," Pew Research Center, December 11, 2023, https://www.pewresearch.org/internet/2023/12/11/teens-social-media-and-technology-2023/.

- "Our tools, features and resources to help support teens and parents," Meta, accessed May 14, 2025, https://www.meta.com/help/policies/809291991003600/?srsltid=AfmBOopMmKO5kqM3TjymZrXGdYo78F1oT1V6OP4OV5pRQYT-_vpBcFFx.

- Saul McLeod, "Piaget's Preoperational Stage (Ages 2-7)," Simply Psychology, January 24, 2024, https://www.simplypsychology.org/preoperational.html.

- Victoria Rideout, Alanna Peebles, Supreet Mann, and Michael B. Robb, "Common Sense Census: Media Use by Tweens and Teens, 2021," 2021 https://www.commonsensemedia.org/sites/default/files/research/report/8-18-census-integrated-report-final-web_0.pdf.

## A.4. Depositions

- Deposition of Adam S. Mosseri, March 17, 2025

- Deposition of Adam S. Mosseri, March 18, 2025

- Deposition of Arturo Bejar, April 7, 2025

- Deposition of Darius Kilstein, December 17, 2024

- Deposition of Darius Kilstein December 18, 2024

- Deposition of David Ginsberg, January 9, 2025

- Deposition of Elena Davis, March 5, 2025

Trial Report of Mitch Prinstein, PhD

- Deposition of George Volichenko, December 16, 2024

- Deposition of Kang-Xing Jin, October 25, 2024

- Deposition of Kristin Hendrix, January 22, 2025

- Deposition of Kristin Hendrix, January 23, 2025

- Deposition of Michael Rothschild, January 22, 2025

- Deposition of Moira Burke, January 28, 2025

- Deposition of Moira Burke, January 29, 2025

- Deposition of Pratiti Raychoudhury, December 12, 2024

- Deposition of Pratiti Raychoudhury, December 13, 2024

- Deposition of Shayli Jimenez, February 11, 2025

- Deposition of Shayli Jimenez, February 12, 2025

- Deposition of Shilpa Mody, March 14, 2025

- Deposition of Vaishnavi Jayakumar, January 31, 2025

- Deposition of Wendy Gross, January 28, 2025

## A.5. Discovery

- META3047MDL-003-00021773

- META3047MDL-003-00026490

- META3047MDL-003-00048524

- META3047MDL-003-00048634

- META3047MDL-003-00101724

- META3047MDL-003-00109173

- META3047MDL-003-00109348

- META3047MDL-003-00114491

- META3047MDL-003-00128069

- META3047MDL-003-00128070

- META3047MDL-003-00128071

- META3047MDL-003-00128072

Trial Report of Mitch Prinstein, PhD

- META3047MDL-003-00156738
- META3047MDL-003-00191207
- META3047MDL-003-00190634
- META3047MDL-004-00003706
- META3047MDL-004-00014436
- META3047MDL-004-00015029
- META3047MDL-014-00255333
- META3047MDL-014-00347782
- META3047MDL-014-00347805
- META3047MDL-019-00064409
- META3047MDL-019-00093564
- META3047MDL-019-00101105
- META3047MDL-019-00102527
- META3047MDL-019-00104380
- META3047MDL-020-00005380
- META3047MDL-020-00005380
- META3047MDL-020-00340042
- META3047MDL-020-00340122
- META3047MDL-020-00473498
- META3047MDL-020-00588207
- META3047MDL-020-00710263
- META3047MDL-020-00711513
- META3047MDL-022-00022318
- META3047MDL-031-00191726
- META3047MDL-032-00000933
- META3047MDL-034-00145649
- META3047MDL-034-00498816
- META3047MDL-035-00001018

Trial Report of Mitch Prinstein, PhD

- META3047MDL-037-00047531
- META3047MDL-044-00111865
- META3047MDL-046-00087227
- META3047MDL-047-00576400
- META3047MDL-047-01170167
- META3047MDL-136-00009474
- META3047MDL-136-00013164
- META3047MDL-207-00010114

Trial Report of Mitch Prinstein, PhD

Trial Report of Mitch Prinstein, PhD

# Appendix B. Curriculum vitae of Mitch Prinstein, PhD

Trial Report of Mitch Prinstein, PhD

Revised 5/2025

*CURRICULUM VITAE*

**MITCHELL J. PRINSTEIN, Ph.D., ABPP**

University of North Carolina at Chapel Hill
Department of Psychology and Neuroscience
240 Davie Hall, Campus Box 3270
Chapel Hill, NC 27599-3270

Phone: 919-962-3988
Email: mitch.prinstein@unc.edu
mprinstein@apa.org
Web: http://mitch.web.unc.edu

Honors/Awards | Professional Service | Editorial Experiences | Grants | Journal Publications | Books/Chapters | Presentations | Conference Coordination | Professional Development Contributions | Media | Teaching/Mentoring

## CURRENT APPOINTMENTS and EMPLOYMENT

Chief of Psychology (Integrating Science, Practice, Education, and Applied), 2024 – present

American Psychological Association

Co-Director, Winston Center on Technology and Brain Development, 2025 - present

University of North Carolina at Chapel Hill
Pan-Campus Center

John Van Seters Distinguished Professor 2014 – present

University of North Carolina at Chapel Hill
Department of Psychology and Neuroscience

## PRIOR ACADEMIC APPOINTMENTS

Co-Director, The Winston National Center on Technology Use, Brain, and Psychological Development, 2022 – 2025

University of North Carolina at Chapel Hill
Department of Psychology and Neuroscience

Bowman & Gordon Gray Distinguished Term Professor, 2011 – 2014

University of North Carolina at Chapel Hill
Department of Psychology and Neuroscience

Professor, 2008-2011
Associate Professor, 2004-2008

University of North Carolina at Chapel Hill
Department of Psychology and Neuroscience

Associate Professor, 2003-2004
Assistant Professor, 1999-2003

Yale University
Department of Psychology

## PRIOR ADMINISTRATIVE APPOINTMENTS

Chief Science Officer
2021-2024

American Psychological Association

Assistant Dean, Honors Carolina
2019-2021

UNC College of Arts and Sciences

Director of Graduate Studies
2018-2019

University of North Carolina at Chapel Hill
Department of Psychology and Neuroscience

Director of Clinical Psychology
2006-2018

University of North Carolina at Chapel Hill
Department of Psychology and Neuroscience

Director of Clinical Training
2001-2004

Yale University
Department of Psychology

## EDUCATION and CREDENTIALING

| | |
|---|---|
| Board Certification | American Board of Professional Psychology |
| 2012 | Specialty:  Clinical Child and Adolescent Psychology |
| | |
| Postdoctoral Fellowship | NIMH Individual National Research Service Award |
| 1997 – 1999 | Brown University School of Medicine, Providence, RI |
| | |
| Predoctoral Internship Consortium | Brown University Clinical Psychology Training |
| July 1996 – June 1997 | Child Clinical Track, APA Accredited Program |
| | |
| Ph.D., 1997 | University of Miami, Coral Gables, Florida |
| Master of Science, 1994 | Clinical Child Psychology, APA Accredited Program |
| | |
| Bachelor of Arts | Emory University, Atlanta, Georgia |
| 1992 | Magna Cum Laude, High Honors in Psychology |

## ADDITIONAL FACULTY AFFILIATIONS

| | |
|---|---|
| Visiting Faculty | Radboud Universiteit Nijmegen, Behavioural Science |
| 2008-2014 | Institute, Netherlands |
| | |
| Mentor Faculty | UNC Center for Developmental Science |
| 2004-2020 | Chapel Hill, North Carolina |
| | |
| Faculty Fellow | Bush Center in Child Development and Social Policy |
| 2001-2004 | Yale University, New Haven, Connecticut |
| | |
| Adjunct Assistant Professor | Brown University School of Medicine, Providence, RI |
| (Research), 2000-2004 | Department of Psychiatry and Human Behavior |

## HONORS AND AWARDS

**Research Awards**

Distinguished Career Contributions to Science Award, Society of Clinical Child and Adolescent Psychology.

Distinguished Scientist Award, Society for a Science of Clinical Psychology, 2024.

The Annette M. La Greca Distinguished Alumni Award, University of Miami, 2020.

APS Fellow, Association for Psychological Science, 2011.

"Visiting Brickell Professor Award" for Research on Suicidality, Columbia University,
   College of Physicians and Surgeons, New York State Psychiatric Institute, and the Roddy
   D. Brickell Foundation, 2008.

APA Fellow, American Psychological Association
   Society of Clinical Child and Adolescent Psychology, 2007.
   Society of Clinical Psychology, 2010.

Theodore H. Blau Early Career Award for Outstanding Contribution to Professional Clinical Psychology from the Society of Clinical Psychology (APA, Division 12), 2004.

Junior Faculty Fellowship, competitive university leave, Yale University, 2002-2003.

Young Faculty Leaders Forum, Selected by Yale for Harvard University's national group of 30 faculty leaders in the study of education 2002-2005.

**Teaching/Mentoring Awards**
SSCP Lawrence H. Cohen Outstanding Mentor Award, Awarded by the Society for the Science of Clinical Psychology, 2020.

Psychology Club Department Research Mentor Award, Presented annually to one faculty member who has offered 'an outstanding contribution to research mentoring' in the Department of Psychology, 2015.

ABCT Outstanding Mentor Award, Presented once every two years by the Association of Behavioral and Cognitive Therapies, 2012.

Psychology Club Department Research Mentor Award, Presented annually to one faculty member who has offered 'an outstanding contribution to research mentoring' in the Department of Psychology, 2011.

UNC Tanner Award for Excellence in Undergraduate Teaching, University-wide award established to recognize 'excellence in inspirational teaching of undergraduate students,' 2009.

Psi Chi Undergraduate Teaching Award, Award presented to one faculty member annually for 'outstanding contribution to teaching undergraduates in the field of psychology,' 2009.

Letters of Commendation for Teaching Excellence, UNC Department of Psychology. Departmental commendation for every course taught at UNC since 2004.

**Service Awards**
Beverly Thorn Award for Outstanding DCT Service, National award presented by the Council of University Directors of Clinical Psychology for "contributions to the scientist-practitioner/clinical science philosophy of education and training at the local, state, and national level," 2019.

APAGS Raymond D. Fowler Award, National award presented annually by the American Psychological Association of Graduate Students to 'a psychologist who has made an outstanding contribution to the professional development of students,' 2009

**Student Awards**
Postdoctoral Fellow Research Award, Department of Psychiatry and Human Behavior, Brown University School of Medicine, Second Prize, 1998.

Kirk Danhour Memorial Award presented to one Child Track student by the Department of Psychology for overall excellence in all graduate work, University of Miami, 1995.

Student Research Award, APA Section on Clinical Child Psychology, Honorable Mention, 1995.

Letters of Commendation from Department of Psychology for overall excellence in clinical work, research, teaching, and academics, University of Miami, (Fall 1993, 1994, 1995; Spring 1993, 1994, 1995, 1996).

Alpha Epsilon Lambda, National Graduate Honor Society, University of Miami, 1995.

Psi Chi National Psychology Honor Society, Emory University

## PROFESSIONAL SERVICE

### Advising, Consulting

White House Office of Science and Technology Policy
US Senate Judiciary Committee, Testimony
US Senate HELP Committee, Testimony
US Surgeon General's Office
Various US Senate and US House offices
United States Supreme Court
Federal Trade Commission
Organisation for Economic Co-operation and Development (OECD)
World Economic Forum
World Health Organization
Council of State Governments, Southern Office
VT House Committee on Commerce and Economic Development
Bipartisan Policy Center
National Institute of Mental Health
Mental Health Coalition
National Academies of Science

Aspen Ideas Festival
Family Online Safety Institute
New York City Health Department
NY Governor's Office
The Impact Guild
The National PTA
Common Sense Media
Mental Health America
Johnson and Johnson
Google
Apple
Town and Country Philanthropy Summit
American Academy of Pediatrics
Issue One
David E. Kelly Productions
BrainMind
Numerous parent-forums, in-services for school districts and community groups

## ACADEMIC SERVICE

### International Service
Radboud Universiteit Nijmegen, Behavioural Science Institute
        Advisory Board, 2006 - 2009

### National Service
National Academies of Science
        Member, Forum for Children's Well Being, 2023-present

Society for the Science of Clinical Psychology (SSCP; APA Division 12, Section 3)
        President-Elect, President, Past-President, 2014-2016
        Convention Program Coordinator, 2010

Coalition for the Advancement and Application of Psychological Science
        Executive Board (Elected Member at Large, 2016-2018, 2018-2021)

   CUDCP Representative
   SCCAP Representative

APA Division 53, Society of Clinical Child and Adolescent Psychology (SCCAP)
   President-Elect, President, Past-President, 2016-2018
   Journal of Clinical Child and Adolescent Psychology Editor Search Committee, 2015
   Co-Editor, Evidence-Based Practice Website, www.effectivechildtherapy.org
   Representative to the APA Council of Representatives, 2010
   Member at Large, 2004-2006
   Committee on Evidence-Based Practice, 2003
   CE Task Force Chair/Director, 2000-2004
   Liaison to Division 54, 2000-2006;
   Webmaster and Listserv Manager, 2000-2004

American Psychological Association
   APA Board of Directors, 2018 – 2020
     Liaison to Publications and Communications Board, Finance Committee, and APAGS, 2018
     Liaison to the Board of Scientific Affairs, Committee on Legal Issues, and APAGS, 2019-2020
   Journal of Abnormal Psychology Editor Search Committee, 2015-2016
   Board of Educational Affairs, Workgroup on Discipline Specific Knowledge, 2015
   APA Implementation Work Group, Member, 2013–2014
   APA Good Governance Group, Member, 2011-2013
   APA Council of Representatives
     Treasurer, Child & Family Caucus, 2010
   APA ad hoc Committee on Early Career Psychologists
     Chair, 2001-2004
   APA Board of Directors, APAGS Representative, 2000-2001

Clinical Child and Pediatric Psychology Training Council (CCaPPTC)
   Steering/Founding Committee, 2014-2017

Council of University Directors of Clinical Psychology (CUDCP)
   Technology and Communications, 2017
   Elected Member-at-Large, 2011-2013; 2014–2016 (second term)
   Association of State and Provincial Psychology Boards Liaison, 2016

Society of Research on Adolescence
   Co-Program Chair (2018 Conference)
   Journal of Research on Adolescence, Editor Search Committee, 2014

Council of Specialties in Professional Psychology
   Clinical Child Psychology Representative, 2010 – 2012
   Liaison to the American Board of Professional Psychology

Association of Behavioral and Cognitive Therapies (ABCT)
   Publications Committee, 2006 - 2011

APA Division 54, Society of Pediatric Psychology
    Liaison to Division 12, 2000-2003
    APA Internships and Post Docs on Parade, Coordinator, 2000, 2001

APA Division 12, Society of Clinical Psychology
    Task Force on Identity, 2006

American Association of Suicidology
    Expert panel on warning signs for imminent risk of suicide, 2003

American Psychological Association of Graduate Students (APAGS)
    Chair, 1996-1999
    Executive Committee Consultant, 1999-2001
    Liaison, APA Council of Representatives, 1997-2000
    Liaison, Psychology Executives Roundtable (PER), 1997-1999
    Liaison, Association of Psychology Postdoctoral and Internship Centers (APPIC), 1997
    Monitor, Committee on Children, Youth, and Families, APA, 1996-1998

**Departmental and University Service**
University
    e-Portfolio Workgroup for UNC Undergraduate Curriculum Revision, 2017-2018
    Reinventing "Blue Sky" University Advising, 2015-2016
    Thrive@Carolina, 2015
    UNC First Year Orientation Speaker, 2011-2017
    Chair, UNC University Teaching Awards Committee, 2011-2012
    Chair, UNC Tanner and Friday Teaching Awards Committee, 2009-2010; 2010-2011
    UNC Undergraduate Admissions Advisory Committee, 2009-2012
    Yale College Dean's Research Fellowship Selection Committee, 2004
    Yale College Undergraduate Admissions Committee, 2002
    Leylan Dissertation Fellowship Committee, Yale University, 2002
    Yale Graduate Career Services Panel Participant, 1999-2002

Department of Psychology
    Director of Graduate Studies, 2018-2019
    Cross-Disciplinary "Topical Lunch" Series Coordinator, 2016-2018
    Davie Hall Renovation Feasibility Committee, Chair, 2016
    Diversity Committee, (Co-Chair: 2014-2016; Member 2016-present)
    Honors Program Planning Committee, 2011-2012
    Advisory Committee (to the Chair of Psychology) Elected position, 2007 - 2010
    Director of Clinical Psychology, 2006 - 2018
    Graduate Education Committee, UNC, 2006 - present
    Task Force for Minority Faculty Recruitment, Member, 2006 – 2009; Chair, 2010-2013
    Website Committee, UNC, 2005 - 2009
    Chair, Promotion and Tenure Committees (15 candidates), 2007-present
    Psychology and Ethnicity Search Committee, 2007-2008
    Undergraduate Studies Committee, UNC, 2004 – 2007
    Chair, Task Force for Introduction to Psychology Teaching Curriculum Revision, 2005
    Internal Department Human Subjects Committee, UNC, 2004 – 2005

Graduate Professional Development Seminar Founder/Coordinator, Yale, 1999 - 2004
Faculty Advisor, Psi Chi, Yale Chapter, 2000-2004
Faculty Advisor, Yale Psychological Society, 2000-2004
Space Advisory Committee, Yale University, 2003
Graduate Admissions Advisory Committee, Yale University, 2001
Website Committee, Yale University, 2000

Clinical Area

Director of Clinical Psychology/Clinical Training, 2006 - 2018
Acting Associate Director of Clinical Training, Spring 2006
Research Coordinator, UNC, 2004 - 2006
APA Accreditation Self Study Committee, UNC, 2005
Curriculum Revision Committee, UNC, 2005 - 2006
Clinical Associate Faculty Search and Selection Committee, UNC, 2005 - 2006
Graduate Professional Development Seminar Founder/Coordinator, UNC, 2004 – 2010
Clinical Senior Faculty Search and Selection Committee, UNC, 2004 - 2005
Clinical Lunch Speaker Series Coordinator, Yale University, 2004
Clinical Senior Faculty Search and Selection Committee, Yale University, 2002
Graduate Admissions Coordinator, Clinical Area, Yale University, 2000, 2001
Clinical Junior Faculty Search and Selection Committee, Yale University, 2000, 2001, 2002

## EDITORIAL EXPERIENCES

**Editorial Positions**

Journals

Editorial Committee, *Annual Review of Clinical Psychology*, 2025 - present
Co-Guest Editor, *Affective Science*, 2024, Special Issue, 2024
Co-Guest Editor, *International Journal of Behavioral Development*, 2022, Special Issue
[†]Editor, *Journal of Clinical Child and Adolescent Psychology*, 2011-2016
          [†]Volumes 42 through 47, Impact factor rose from 2.665 to 5.014.
Guest Editor, *Proceedings of the National Academy of Sciences*, 2020
Associate Editor, *Journal of Consulting and Clinical Psychology*, 2004 – 2010
Guest Editor, *Journal of Consulting and Clinical Psychology*, Special Section, "Suicide and Self-Injury," Published February 2008, Vol 76 (1).
Editor, Association of Behavioral and Cognitive Therapy Website[†] and Web Publications
          [†]Winner:  2012 CyberAward (Best Website), Membership Associations, New York Society of Association Executives
Associate Editor, *Contemporary Psychology: APA Review of Books*, 2003-2004

Book Series

Editor, *Cambridge Handbooks in Clinical Psychology*, Cambridge University Press

Books/Encyclopedias

*Handbook of Adolescent Digital Media Use and Mental Health,* Cambridge University Press (Co-Editor with Jacqueline Nesi and Eva Telzer).
*Assessment of Disorders in Childhood and Adolescence*, Guilford (Co-Editor with Eric Youngstrom, Eric Mash, and Russell Barkley).
*Treatment of Disorders in Childhood and Adolescence*, Guilford (Co-Editor with Eric Youngstrom, Eric Mash, and Russell Barkley).

*Future Work in Clinical Child and Adolescent Psychology: A Research Agenda*, Routledge.
*The Portable Mentor*, (3 Editions), Cambridge University Press (Third Edition) Springer (First and
    Second Edition), (Co-Editor for First Edition: Marcus Patterson).
*Peer Influence Processes*, Guilford, (Co-Editor: Kenneth Dodge).
*Encyclopedia of Adolescence*, 3 volumes, Elsevier, (Co-Editor-in-Chief: B. Bradford Brown).
*Encyclopedia of Child and Adolescent Health*, (Section Editor), Edited by B. Halpern-Felsher

**Editorial Boards**
Journal of Consulting and Clinical Psychology, 2010 – present
Child Development, 2019 - present
Clinical Psychological Science, 2018-present
Developmental Psychology, 2012 – 2013, 2016 – 2017
Clinical Psychology: Science and Practice, 2018-present
Journal of Abnormal Child Psychology, 2014 - present
Journal of Clinical Child and Adolescent Psychology, 2003-present
Clinical Child and Family Psychology Review, 2018 – present
Affective Science, 2019-present
Journal of Pediatric Psychology, 2002 - 2010
Journal of Psychopathology and Behavioral Assessment, 2009 - 2017
Psychology of Violence, 2010-2013
Suicide and Life-Threatening Behavior, 2005, 2011-2017

**Grant Reviewing**
National Institute of Health
    National Research Service Awards, Special Emphasis Panel
        Study Section Chair, 2015
        Guest Reviewer, 2014
    Psychosocial Development, Risk, and Prevention Study Section (PDRP)
        Study Section Member, 2005 - 2009
        Guest Reviewer, 2004
    Ad hoc reviewer for Special Emphasis panels, B-START, BRAINS, 2015 - 2017
    Loan Repayment Program, reviewer
National Science Foundation
    Graduate Research Fellowship Panel
APA Science Directorate Dissertation Awards

**Conference Abstracts**
Society for Research in Child Development
    Co-Chair, "Developmental psychopathology", 2019
    Panel Reviewer, "Atypical and at-risk: Social, emotional, and personality processes," 2004
    Panel Reviewer, "Childhood Relationships: Friends, Siblings, Dyadic Processes," 2006
    Panel Reviewer, "Adolescence: Social, Emotional, and Personality Processes," 2008
    Panel Reviewer, "Developmental Psychopathology," 2012
    Panel Reviewer, "Social Relationships," 2014

Society for Research on Adolescence
    Panel Reviewer, Peer Relations, 2019
    Panel Reviewer, "Peer-Group Functioning," 2013
    Chair, "Peer Relations and Peer Influence," 2007

Panel Reviewer, "Psychopathology and problem behaviors," 2005

American Psychological Association, Society of Clinical Psychology
Panel Reviewer, 2006, 2007

Association of Behavioral and Cognitive Therapies
Panel Reviewer, 2018

**External Reviewer for Promotion to Associate Professor and Promotion to Professor**
> 25 candidates, 2003- present

| **Book Proposal Reviews** | **Textbooks** |
| --- | --- |
| Guilford Press, Springer Press, APA | McGraw-Hill |

**Ad hoc Reviewer** (selected journals listed below)

Development and Psychopathology
Journal of Child Psychology and Psychiatry
Journal of Abnormal Psychology
Journal of the American Medical Association
Psychological Assessment
Developmental Psychology
Journal of Child Psychology and Psychiatry
Health Psychology
Journal of Adolescent Health
Journal of Abnormal Child Psychology
Social Development
Journal of Research on Adolescence
International Journal of Behavioral Development
Merrill-Palmer Quarterly
Child Developmental Perspectives

Cognitive Therapy and Research
Parenting
Journal of Adolescence
Behavior Therapy
Behavior Modification
Suicide and Life-Threatening Behavior
Journal of Social and Clinical Psychology
Pediatrics
Preventive Medicine
Psychiatry Research
Clinical Psychology Review
American Journal of Orthopsychiatry
Clinical Child and Family Psychology Review

## GRANTS AND RESEARCH AWARDS

| 2024-present | **John Templeton Foundation** <br> Character Development Through Adolescent Brains, Peers, and Technology Use: A Longitudinal, Multimethod Investigation <br> Co-Principal Investigator (with Eva H. Telzer), Total Costs $2,495,441 |
| --- | --- |
| 2022–present | **The Winston Family Foundation** <br> The Winston National Center on Technology Use, Brain, and Psychological Development <br> Co-Principal Investigator (with Eva H. Telzer), Total Costs, $10,274,978 |
| 2020–present | **National Institute of Mental Health** <br> Adolescent Girls' Risk for Suicide Across the Menstrual Cycle: Examining Stress and Negative Valence Systems Longitudinally <br> (1R01MH122446) <br> Co-Principal Investigator (with Matthew K. Nock and Tory Eisenlohr-Moul), Total Costs, $3,645,571 <br> *Changed to Co-I in 2021 to begin new role* |

| | |
|---|---|
| 2020–present | **National Institute of Drug Abuse**<br>Neurobiological susceptibility to peer influence and drug use in adolescence<br>(1R01DA051127)<br>Co-Principal Investigator (with Eva H. Telzer and Kristen A. Lindquist)<br>Total Costs: $3,395,273<br>*Changed to Co-I in 2021 to begin new role* |
| 2021–2022 | **The Winston Family Foundation**<br>Winston Family Initiative Research Supplement<br>Co-Principal Investigator (with Eva H. Telzer), Total Costs, $250,000 |
| 2020–2022 | **The Winston Family Foundation**<br>Winston Family Initiative in Adolescent Brain Development and Technology<br>Co-Principal Investigator (with Eva H. Telzer), Total Costs, $3,043,000 |
| 2018-2020 | **North Carolina Translational and Clinical Sciences (NC TraCS) Institute**<br>(Funded by NIH's National Center for Advancing Translational Sciences)<br>Opioid Prevention among Adolescents in Rural North Carolina<br>Co-Principal Investigator (Co-PI: Laura Widman)<br>Total Costs, $50,000 |
| 2018-present | **American Foundation of Suicide Prevention**<br>School Re-Entry Guidelines For Adolescents Post Hospitalization For<br>Suicidal Thoughts And Behaviors<br>Co-Investigator, (PI: Marisa Marraccini)<br>Total Costs, $99,990 |
| 2018–present | **Laura and John Arnold Foundation**<br>An Online Scalable Growth Mindset Intervention (Healthy Minds) To<br>Improve Youth Mental Health<br>Co-Investigator, (PI: Jeni Burnette)<br>Total Costs, $499,314 |
| 2015–2021 | **National Institute of Mental Health**<br>Multilevel Biomarkers for Suicidal Behavior: From Interpersonal Stress to<br>Gene Expression in a Longitudinal Study of Adolescent Girls<br>(1R01MH107479)<br>Co-Principal Investigator (with Matthew K. Nock)<br>Total Costs, $3,911,935 |
| 2016-2021 | **Administrative Supplement** (R01MH107479-02S1; Principal Investigators:<br>Margaret Sheridan and Adam Miller), $625,688 |
| 2017-2019 | **Diversity Supplement** (R01MH107479-03S1), $76,630 |
| 2015–2016 | **UNC College Interdisciplinary Initiatives Program**<br>Identifying Biomarkers of Peer Influence Susceptibility: Impact for Substance<br>Use in Adolescence |

Co-Principal Investigator (with Kristen Lindquist, Donna Gilleskie, Camelia Kuhen), $10,000

2010-2015    **National Institute of Mental Health**
Stress Responses as Prospective Predictors of Girls' Suicidality and Self-Injury
(1R01 MH085505)
Co-Principal Investigator (with Matthew K. Nock)
Total Costs, $3,303,406

2009-2014    **National Institute of Child Health and Human Development**
Understanding Peer Influence of Adolescent Health Risk Behaviors
(1R01 HD055342)
Co-Principal Investigator (with Geoffrey L. Cohen)
Total Costs: $2,535,751

2009-2011    **Diversity Supplement** (R01 HD055342-01A2S1), $119,490

2008-2013    **Netherlands Organization for Scientific Research**
Peer influence revisited: An experimental study of the association between peer influence susceptibility and adolescent alcohol use
Co-Investigator (PI: R.H.J. Scholte).

2007-2009    **American Foundation for Suicide Prevention**
Cognitive and Biological Responses to Social Stimuli as Longitudinal Predictors of Adolescent Girls' Suicidality
Principal Investigator
Total Costs $59,963

2005-2006    **Duke Center for Child and Family Policy**
Examining Mediators and Moderators of Adolescent Peer Contagion using an Experimental Paradigm
Principal Investigator
Total Costs $10,000

2000-2006    **National Institute of Mental Health** (1R01MH59766)
Peer Functioning, Suicidality, Transition to Adolescence
Principal Investigator
Total Costs: $1,694,977

2002-2004    **Joseph P. Kennedy Jr. Foundation**
The Compensatory Role of Friendships for Depressed Adolescents: An Observational Study
Co-Principal Investigator (with Julie Wargo Aikins, Ph.D.),
Total Costs: $100,000

2001-2002    **Society for Psychological Study of Social Issues (SPSSI)**
Adolescent Deviance in a Social Context: A Transactional Model of Peer

Influence
Co-Principal Investigator (with Geoffrey Cohen, Ph.D.)
Total Costs: $2000

2000-2002    **American Foundation for Suicide Prevention**
Peer Functioning and Adolescent Suicidality: A Social-Information
Processing Model
Principal Investigator
Total Costs: $50,516

2000-2002    **Social Science Research Fund, Yale University**
Adolescent Deviance in a Social Context: A Transactional Model of Peer
Influence
Co-Principal Investigator (with Geoffrey Cohen, Ph.D.)
Total Costs: $5000

1997-1999    **National Institute of Mental Health** (1F32MH11770)
Social Functioning and Suicidality Across Development
Principal Investigator
Total Costs: $55,032

1998-1999    **Executive Committee on Research Award, Brown Medical School**
A Prospective Study of the Relationship Between Peer Functioning and
Suicidal Behavior in Adolescence
Co-Principal Investigator (with Anthony Spirito, Ph.D.)
Total Costs: $12,500

1997-1998    **Martin E. Keller Department Research Award**, **Brown Medical School**
Social Functioning and Suicidality Across Development
Principal Investigator
Total Costs: $15,888

1995-1996    **American Psychological Association, Science Directorate**
**Dissertation Research Grant Award**
Maternal Social Competence, Mother's Social Management Behavior, and
Children's Social Competence
Principal Investigator
Total Costs:  $500

## PUBLICATIONS
(* indicates student/advisee author)

### Peer Reviewed Publications

**In Press**
*Clayton, M.G., Cole, S.W., Giletta, M., Hastings, P.D., Nock, M.K., Rudolph, K.D., Slavich, G.M.,
    & Prinstein, M.J. (in press). Proinflammatory gene expression is associated with prospective
    risk for adolescent suicidal thoughts and behaviors over twelve months. *Development and
    Psychopathology*.

Garrett, S., Burnell, K., Trekels, J., Prinstein, M., & Telzer, E. (in press). Understanding adolescents' family communication during COVID-19: An ecological momentary design study. *Developmental Psychology.*

Garrett, S., Shipkova, M., Prinstein, M., Telzer, E. & Lindquist, K.  (in press). Positive and negative sentiment of social media direct messages predicts negative emotion differentiation among adolescents. *Affective Science.*

Nesi, J., Burnell, K., Fox, K.A., Armstrong-Carter, E., Field, N.H., Maza, M.T., Garrett, S.L., Kilic, Z., Nick, E.A., Nail, M., Prinstein, M.J., Telzer, E.H., (in press).  Objectively-measured smartphone pickups among adolescents: Associations with daily positive and negative affect and mindfulness.  *Psychology of Popular Media*

Maheux, A.J., Maes, C., Burnell, K., Bauer, D.J., Prinstein, M.J., & Telzer, E.H. (in press).  Social media are many things: addressing the components and patterns of adolescent social media use.  *Annals of the New York Academy of Sciences.*

Armstrong-Carter, E., Kwon., SJ., Jorgenson, N., Prinstein, M.J., Lindquist, K., Telzer, E., (in press).  Socioeconomic status and adolescents' risk-taking behavior: No longitudinal link or differences by neurobiological activation when anticipating social rewards. *Developmental Cognitive Neuroscience*.

*Field, N. H., Balkind, E., Burnell, K., Feldman, M., Fox, K., Nick, E., Lindquist, K., Telzer, E., Prinstein, M.J. (in press). Popularity, but not likeability, as a risk factor for low empathy: A longitudinal examination of within- and between-person effects of peer status and empathy in adolescence. *Developmental Psychology.*  https://doi.org/10.1037/dev0001914

Haag, A.-C., Nick, E.A., Chen, M.S., Telzer, E.H., Prinstein, M.J., & Bonanno, G.A. (in press*).* Investigating risk-profiles of smartphone activities and psychosocial factors in adolescents during the COVID-19 pandemic. *Journal of Research in Adolescence*.

Garrisi, K., Tsai, A. P.-T., Patel, K. K., Gruhn, M. A., Giletta, M., Hastings, P. D., Nock, M. K., Rudolph, K. D., Slavich, G. M., Prinstein, M. J., Miller, A. B., & Sheridan, M. A. (in press). Early exposure to deprivation or threat moderates expected associations between neural structure and age in adolescent girls. *Child Maltreatment.*

Maheux, A. J.**,** Burnell, K., Maza, M. T., Fox, K. A., Telzer, E. H., & Prinstein, M. J. (in press). Annual research review: Adolescent social media use is not a monolith: Towards the study of specific social media components and individual differences. *Journal of Child Psychology & Psychiatry.*

Clapham, R. B., Ye, Z., Somerville, L. H, Miller, A. B., Giletta, M., Hastings, P. D., Slavich, G. M., Nock, M. K., Prinstein, M. J., & Rudolph, K. D.  (in press). Risk and protective effects of need for approval on self-injury in adolescent girls. *Child Psychiatry & Human Development.*

Feldman, M.J, Capella, J., Bonar, A.S., Dai, J., Field, N., Lewis, K., Prinstein, M.J., Telzer, E.H., Lindquist, K.A (*in press*) Proximity within real world adolescent peer networks predicts neural similarity during affective experience. *Social Cognitive and Affective Neuroscience*.

Trekels, J., Maza, M. T., Capella, J., Jorgensen, N. A., Kwon, S.J., Lindquist, K. A., Prinstein, M. J. & Telzer, E. H. (in press). Diverse social media experiences and adolescents' depressive symptoms: The moderating role of neurobiological sensitivity to rejected peers. *Social Cognitive and Affective Neuroscience.*

Burnell, K., Garrett, S. L., Nelson, B. W., Prinstein, M. J., & Telzer, E. H. (in press). Daily links between objective smartphone use and sleep among adolescents. *Journal of Adolescence*.

Jorgensen, N.A., Lindquist, K.A., Prinstein, M.J., & Telzer, E.H. (in press).  Early adolescents' ethnic-racial identity in relation to longitudinal growth in perspective taking.  *Developmental Psychology.*

Kwon, S., van Hoorn, J., Prinstein, M.J., Lindquist, K.A., & Telzer, E.H. (in press). Age-related changes in ventrolateral prefrontal cortex activation are associated with daily prosocial behaviors two years later. *Developmental Cognitive Neuroscience*. https://doi.org/10.1016/j.dcn.2024.101394

Burnell, K., Flannery, J. S., Fox, K. A., Prinstein, M. J., & Telzer, E. H. (in press). U.S. adolescents' daily social media use and well-being: Exploring the role of addiction-like social media use. *Journal of Children and Media*.

Burnell, K., Trekels, J., Prinstein, M. J., & Telzer, E. H. (in press). Adolescents' social comparison on social media: Links with momentary self-evaluations. *Affective Science*.

Maheux, A. J., Garrett, S. L., Fox, K. A., Field, N. H., Burnell, K., Telzer, E. H., & Prinstein, M. J. (in press). Adolescent social gaming as a form of social media: A call for developmental science. *Child Development Perspectives.*

Silverman, A.L., Werntz, A., Schofield, C., Prinstein, M.J., McKay, D., & Teachman, B.A. (in press).  Randomized controlled trial evaluating the effectiveness of a direct-to-consumer marketing video about patients' right to evidence-based mental health care.  *Journal of Nervous and Mental Disease*.

**2024**

Dodge, K.A., Prinstein, M.J., Evans, A.C., Ahuvia, I.L., Alvarez, K., Beidas, R.S., Brown, A.J., Cuijpers, P., Denton, E., Hoagwood, K.E., Johnson, C., Kazdin, A.E., McDanal, R., Metzger, I.W., Rowley, S.N., Schleider, J., Shaw, D.S. (2024).  Population mental health science: Guiding principles and initial agenda.  *American Psychologist, 79*, 805–823. https://doi.org/10.1037/amp0001334

*Field, N., Choukas-Bradley, S., Giletta, M., Telzer, E.H., Cohen, G.L., Prinstein, M.J. (2024). Why adolescents conform to high-status peers: Associations among conformity, identity alignment, and self-esteem. *Child Development, 95*, 879-894. https://doi.org/10.1111/cdev.14038

Do, K.T., Prinstein, M.J., Lindquist, K.A., & Telzer, E.H. (2024).  Neural tracking of perceived parent, but not peer, norms is associated with longitudinal changes in adolescent attitudes about externalizing behaviors. *Journal of Cognitive Neuroscience*, 1–17. https://doi.org/10.1162/jocn_a_02152

Pelletier-Baldelli A., Sheridan M.A., Rudolph, M.D., Eisenlohr-Moul, T., Martin, S., Srabani, E.M., Giletta, M., Hastings, P.D., Nock, M.K., Slavich, G.M., Rudolph, K.D., Prinstein, M.J., Miller, A.B. (2024).  Brain network connectivity during peer evaluation in adolescent females: Associations with age, pubertal hormones, timing, and status. *Developmental Cognitive Neuroscience*, 66, 101357. https://doi.org/10.1016/j.dcn.2024.101357

Maza, M. T., Kwon, S., Jorgensen, N. A., Capella, J., Lindquist, K., Prinstein, M. J., & Telzer, E.H. (2024). Neurobiological sensitivity to popular peers moderates daily links between social media use and daily affect. *Developmental Cognitive Neuroscience, 65,* 101335. https://doi.org/10.1016/j.dcn.2023.101335

Kwon, S., Prinstein, M.J., Lindquist, K.A., & Telzer, E.H. (2024). Friendship changes differentially predict neural correlates of decision-making for friends across adolescence. *Developmental Cognitive Neuroscience, 65,* 101342. https://doi.org/10.1016/j.dcn.2024.101342

Flannery, J.S., Burnell, K., Kwon S., Jorgensen, N.A., Prinstein, M.J., Lindquist, K.A., Telzer, E.H. (2024). Developmental changes in brain function linked with addiction-like social media use two years later. *Social Cognitive and Affective Neuroscience, 19(1)*, nsae008. https://doi.org/10.1093/scan/nsae008

Trekels, J., Nesi, J., Burnell, K., Prinstein, M. J., & Telzer, E. H. (2024). Dispositional and social correlates of digital status seeking among adolescents. *Cyberpsychology, Behavior, and Social Networking, 27(3),* 187–193. https://doi.org/10.1089/cyber.2023.0342

Gruhn, M., Miller, A. B., Eisenlohr-Moul, T. A., Martin, S., Clayton, M. G., Giletta, M., Hastings, P. D., Nock, M. K., Rudolph, K. D., Slavich, G. M., Prinstein, M. J., & Sheridan, M. A. (2024). Threat exposure moderates associations between neural and physiological indices of emotion reactivity in adolescent females. *Psychoneuroendocrinology*, *159*, 106405. https://doi.org/10.1016/j.psyneuen.2023.106405

Burnell, K., Fox, K. A., Maheux, A. J., & Prinstein, M. J. (2024). Social media use and mental health: A review of the experimental literature and implications for clinicians. *Current Treatment Options in Psychiatry, 11(1)*, 1–16. https://doi.org/10.1007/s40501-024-00311-2

*Field, N., *Nick, E., *Massing-Schaffer, M., *Fox, K., Nesi, J., & Prinstein, M.J.  (2024). High and low levels of adolescent peer status are associated longitudinally with socioevaluative concern. *Journal of Research on Adolescence, 34*, 114-126. https://doi.org/10.1111/jora.12904

Rodriguez-Thompson, A.M., Miller A.B., Wade M., Meyer K.N., Machlin, L., Bonar, A., Patel, K.P., Giletta, M., Hastings, P.D., Nock, M.K., Rudolph, K.D., Slavich, G.M., Prinstein, M.J., & Sheridan, M.A. (2024). Neural correlates of the p factor in adolescence: Cognitive control with and without enhanced positive affective demands. *Biological Psychiatry: Cognitive Neuroscience and Neuroimaging*, *9*(1), 30–40. https://doi.org/10.1016/j.bpsc.2023.03.012

**2023**

*Maza, M. T., *Fox, K.A., *Kwon, S., *Flannery, J.E., Lindquist, K.A., Prinstein, M.J., Telzer, E.H. (2023).  Habitual checking behaviors on social media relate to longitudinal functional brain development.  *JAMA Pediatrics, 177(2)*, 160-167. https://doi.org/10.1001/jamapediatrics.2022.4924

*Owens, S.A., Schmalenberger, K.M., Bowers, S., Rubinow, D.R., Prinstein, M.J., Girdler, S.S., & Eisenlohr-Moul, T.A. (2023).  Cyclical exacerbation of suicidal ideation in female outpatients: Prospective evidence from daily ratings in a transdiagnostic sample.  *Journal of Psychopathology and Clinical Science, 132(6)*, 704-715. https://doi.org/10.1037/abn0000838

*Field, N. & Prinstein, M.J. (2023).  Reconciling multiple sources of influence:  Longitudinal associations among perceived parent, closest friend, and popular peer injunctive norms and adolescent substance use.  *Child Development, 94(4)*, 809-825. https://doi.org/10.1111/cdev.13898

*Pollak, O.H., Cheek, S.M., Rudolph, K.D., Hastings, P.D. Nock, M.K., & Prinstein, M.J. (2023).  Social problem-solving and suicidal behavior in adolescent girls: A prospective examination of proximal and distal social stress-related risk factors. *Journal of Psychopathology and Clinical Science, 132*, 610-620. https://doi.org/10.1037/abn0000836

*Pollak O.H., *Kwon S.J., *Jorgensen N.A., Lindquist K.A., Telzer E.H., & Prinstein M.J. (2023). Neural reactivity to social punishment predicts future engagement in nonsuicidal self-injury among peer-rejected adolescents. *Biological Psychiatry, 94(1)*, 40-49. https://doi.org/10.1016/j.biopsych.2022.09.030

*Clayton, M.G., *Pollak, O.H., & Prinstein, M.J. (2023).  Why suicide? Suicide propinquity and adolescent risk for suicidal thoughts and behaviors.  *Clinical Child and Family Psychology Review, 26(4),* 904–918. https://doi.org/10.1007/s10567-023-00456-1

*Fox, K. A., *Nick, E., Nesi, J., Telzer, E. H., & Prinstein, M. J. (2023). Why haven't you texted me back? Adolescents' digital entrapment, friendship conflict, and perceived general health. *Journal of Clinical Child and Adolescent Psychology,53*, 1–11. https://doi.org/10.1080/15374416.2023.2261543

Garrett, S.L., Burnell, K., Armstrong-Carter, E.L., Nelson, B.W., Prinstein, M.J., & Telzer, E.H.. (2023).  Links between objectively-measured smartphone use and adolescent wake events across two weeks.  *Journal of Clinical Child and Adolescent Psychology,* 1–11. https://doi.org/10.1080/15374416.2023.2286595

*Nelson, B. W., *Pollak, O. H., *Clayton, M. G., Telzer, E. H., & Prinstein, M. J. (2023). An RDoC-based approach to adolescent self-injurious thoughts and behaviors: The interactive role of social affiliation and cardiac arousal. *Development and Psychopathology*, 1–11. https://doi.org/10.1017/S0954579423000251

Dai, J., Jorgensen, N. A., Duell, N., Capella, J., Maza, M. T., Kwon, S. J., Prinstein, M.J., Lindquist, K.A., & Telzer, E. H. (2023). Neural tracking of social hierarchies in adolescents' real-world

social networks. *Social Cognitive, and Affective Neuroscience, 18(1),* nsad064. https://doi.org/10.1093/scan/nsad064

Patel, K.K., Sheridan, M.A., Bonar, A.S., Giletta, M., Hastings, P.D., Nock, M.K., Rudolph K.D., Slavich, G.M., Prinstein, M.J., Miller, A.B. (2023). A preliminary investigation into cortical structural alterations in adolescents with nonsuicidal self-injury. *Psychiatry Research: Neuroimaging, 336,* 111725. https://doi.org/10.1016/j.pscychresns.2023.111725

*Wiglesworth, A., Klimes-Dougan, B., & Prinstein, M. J. (2023). Preliminary reporting patterns of suicide ideation and attempt among Native American adolescents in two samples. *Journal of Clinical Child and Adolescent Psychology*, 1–15. https://doi.org/10.1080/15374416.2023.2222408

Capella, J., Jorgensen, N.A., Kwon, S.J., Maza, M.Y., Prinstein, M.J., Lindquist, K.A., Telzer, E.H. (2023).  Adolescents' neural sensitivity to high and low popularity: Longitudinal links to risk-taking and prosocial behavior.  *Developmental Cognitive Neuroscience, 63,* 101290. https://doi.org/10.1016/j.dcn.2023.101290

Miller, A.B., Jenness, J., Elton, A.L., Pelletier-Baldelli, A., Patel, K., Bonar, A., Martin, S., Dichter, G., Giletta, M., Slavich, G.M., Rudolph, K.D., Hastings, P., Nock, M.K., Prinstein, M.J., Sheridan, M.A. (2023).  Neural markers of emotion reactivity and regulation before and after a targeted social rejection: Differences among girls with and without suicidal ideation and behavior histories. *Biological Psychiatry*. https://doi.org/10.1016/j.biopsych.2023.10.015

Kwon, S.J., Flannery, J.E., Turpyn, C.C., Prinstein, M.J., Lindquist, K.A., Telzer, E.H. (2023).  Behavioral and neural trajectories of risk taking for peer and parent in adolescence.  *Journal of Cognitive Neuroscience, 35(5)*, 802-815. https://doi.org/10.1162/jocn_a_01974

Dai, J., Kwon, S-J., Prinstein, M.J., Telzer, E.H., Lindquist, K.A. (2023).  Neural similarity in nucleus accumbens during decision making for the self and a best friend: Links to adolescents' self-reported susceptibility to peer influence and risk taking.  *Human Brain Mapping, 44(10)*, 3972-3985. https://doi.org/10.1002/hbm.26317

*Clayton, M.G., *Nelson, B.W., Giletta, M., Hastings, P.D., Nock, M.K., Rudolph, K.D., Slavich, G.M., & Prinstein, M.J. (2023). Interpersonal life stress and inflammatory reactivity as prospective predictors of suicide attempts in adolescent females. *Research on Child and Adolescent Psychopathology, 51(7)*, 977-987. https://doi.org/10.1007/s10802-023-01033-4

Armstrong-Carter, E., Do, K., Duell, N., Kwon, S.J, Lindquist, K., Prinstein, M. J., Telzer, E.H., (2023).  Adolescents' perceptions of social risk and prosocial tendencies: Developmental change and individual differences. *Social Development, 32(1)*, 188-203. https://doi.org/10.1111/sode.12630

Bibby, E. S., Choukas-Bradley, S., Widman, L., Turpyn, C., Prinstein, M. J., & Telzer, E. H. (2023). A longitudinal assessment of adolescents' sexual communication with parents, best friends, and dating partners. *Developmental Psychology, 59(7)*, 1300-1314. https://doi.org/10.1037/dev0001556

Flannery, J. S., Jorgensen, N. A., Kwon, S., Prinstein, M. J., Telzer, E. H., & Lindquist, K. A. (2023). Developmental changes in habenular and striatal social reinforcement responsivity across adolescence linked with substance use. *Biological Psychiatry 94(11),* 888–897. https://doi.org/10.1016/j.biopsych.2023.04.018

Armstrong-Carter, E., Bibby, E., Burrough, M, Flannery, J., Duell, N., Nelson, B., Prinstein, M. J., Telzer, E.H. (2023). Adolescents are more likely to help others on days they take risks and crave connections. *Journal of Research on Adolescence, 32(4)*, 1421-1432. https://doi.org/10.1111/jora.12705

Garrett, S.L., Burnell, K., Armstrong-Carter, E.L., Prinstein, M.J., & Telzer, E.H., (2023). Linking video chatting, phone calling, text messaging, and social media with peers to adolescent connectedness. *Journal of Research on Adolescence, 33(4)*, 1222-1234. https://doi.org/10.1111/jora.12871

de los Reyes, A., Epkins, C.C., Asmundson, G.J.G., Augenstein, T.M., Becker, K.D., Becker, S.P., Bonadio, F.T., Borelli, J.L., Boyd, R.C., Bradshaw, C.P., Burns, G.L., Casale, G., Causadias, J.M., Cha, C.B., Chorpita, B.F., Cohen, J.R., Comer, J.S., Crowell, S.E., Dirks, M.A., Drabick, D.A.G., DuPaul, G.J., Ehrlich, K.B., Evans, S.C., Evans, S.W., Felton, J.W., Fite, P.J., Gadow, K.D., Galán, C.A., Garbacz, S.A., Gaylord-Harden, N., Humphreys, K.L., Gerber, A.H., Hogue, A., Ivanova, M.Y., Jarrett, M.A., Jensen-Doss, A., Kang, E., Kendall, P.C., Laird, R.D., Langberg, J.M., Langer, D.A., Lee, S.S., Lerner, M.D., Lippold, M.A., Luebbe, A.M., Makol, B.A., McLeod, B.D., McMahon, R.J., Miller, M., Ohannessian, C.M., Ollendick, T.H., Piña, A., Prinstein, M.J., Rabinowitz, J., Reynolds, E.K., Salekin, R.T., Schleider, J.L., Scott, J.C., Talbott, E., Silverman, W.K., Spears, A.P., von der Embse, N., Wakschlag, L.S., Wang, M., Watts, A.L., Weisz, J.R., White, B.A., White, S.W., & Youngstrom, E.A. (2023). Editorial statement about *JCCAP*'s 2023 special issue on informant discrepancies in youth mental health assessments: Observations, guidelines, and future directions grounded in 60 years of research. *Journal of Clinical Child and Adolescent Psychology, 52(1)*, 147-158. https://doi.org/10.1080/15374416.2022.2158842

Gruber, J., Hinshaw, S., Clark, L.A., Rottenberg, J., & Prinstein, M.J., (2023). Young adult mental health beyond the COVID era: Can enlightened policy promote long-term change? *Policy Insights from the Behavioral and Brain Sciences, 10(1)*, 75-82. https://doi.org/10.1177/23727322221150199

*Armstrong-Carter, E., *Garrett, S., *Nick, E., Prinstein., M.J., Telzer., E.H., (2023). Momentary links between adolescents' social media use and social experiences and motivations: Individual differences by peer susceptibility. *Developmental Psychology, 59(4)*, 707-719. https://doi.org/10.1037/dev0001503

Barendse, M.E.A., Flannery, J.E., Cavanagh, C., Aristizabal, M., Becker, S.P., Berfer E., Breaux R., Campione-Barr, N., Church, J.A., Crone, E.A., Dahl, R.E., Dennis-Tiwary, T.A., Dvorsky, M.R., Dziura, S.L., van de Groep, S., Ho, T.C., Killoren, S.E., Langberg, J.M., Larguinho, T.L., Magis-Weinberg, L., Michalska, K.J., Mullins, J.L., Nadel, H., Porter, B.M., Prinstein, M.J., Redcay, E., Rose, A.J., Rote, W.M., Roy, A.K., Sweijen S.W., Telzer, E.H., Teresi, G.I., Thomas, A.G. & Pfeifer, J.H. (2023). Longitudinal change in adolescent depression and anxiety symptoms from before to during the COVID-19 pandemic. *Journal of Research on Adolescence, 33(1)*, 74-91. https://doi.org/10.1111/jora.12781

Pelletier-Baldelli, A., Sheridan, M. A., Glier, Sarah R., Rodriguez-Thompson, A., Gates, K. M., Martin, S. M, Dichter, G. S., Patel, K. K., Bonar, A. S., Giletta, M., Hastings, M., Nock, M. K., Slavich, G. M., Rudolph, K. D., Prinstein, M. J., Miller, A. B. (2023). Social goals in girls transitioning to adolescence: Associations with psychopathology and brain network connectivity. *Social Cognitive Affective Neuroscience, 18(1)*, 1-12. https://doi.org/10.1093/scan/nsac058

Canter, B., Hart, J., Clayton, M., Prinstein, M.J., Mann-Rosan, R., & Solomon, S. (2023). Does psychological flourishing have the potential to mitigate self-injurious thoughts and behaviors? A preliminary analysis of the protective influence of flourishing. *Archives of Suicide Research,* 1–15. https://doi.org/10.1080/13811118.2023.2265418

Jorgensen, N.A., Muscatell, K.A., McCormick, E.M., Prinstein, M.J., Lindquist, K.A., & Telzer, E.H. (2023). Neighborhood disadvantage, race, and neural sensitivity to social threat and reward among adolescents. *Social Cognitive Affective Neuroscience, 18(1)*, 1-12. https://doi.org/10.1093/scan/nsac053

Wilhelm, E., Ballalai, I., Belanger, M.E., Benjamin, P., Bertrand-Ferrandis, C., Bezbaruah, S., Briand, S., Brooks, I., Bruns, R., Bucci, L.M., Calleja, N., Chiou, H., Devaria, A., Dini, L., D'Souza, H., Dunn, A.G., Eichstaedt, J., Evers, S., Gobat, N., Gissler, M., Gonzales, I.C., Gruzd, A., Hess, S., Ishizumi, A., John, O., Joshi, A., Kaluza, B., Khamis, N., Kosinska, M., Kulkarni, S., Lingri, D., Ludolph, R., Mackey, T., Mandić-Rajčević, S., Menczer, F., Mudaliar, V., Murthy, S., Nazakat, S., Nguyen, T., Nilsen, J., Pallari, E., Pasternak Taschner, N., Petelos, E., Prinstein, M.J., Roozenbeek, J., Schneider, A., Srinivasan, V., Stevanović, A., Strahwald, B., Syed Abdul, S., Machiri Varaidzo, S., van der Linden, S., Voegeli, C., Wardle, C., Wegwarth, O., White, B., Willie, E., Yau, B., Purnat, T.D. (2023).  Measuring the burden of infodemics: Methods and results of the 5th WHO Infodemic Management Conference. *JMIR Infodemiology, 3,* e44207. https://doi.org/10.2196/44207

**2022**
*Nelson, B.W., *Flannery, J.E., *Duell, N., Flournoy, J., Prinstein, M.J., & Telzer, E.H. (2022). Concurrent and prospective associations between fitbit wearable derived RDOC arousal and regulation constructs and adolescent internalizing symptoms. *Journal of Child Psychology and Psychiatry, 63(3)*, 282-295. https://doi.org/10.1111/jcpp.13471

Nesi, J., Rothenberg, W.A., Bettis, A.H., Massing-Schaffer, M., Fox, K.A., Telzer, E.H., Lindquist, K.A., Prinstein, M.J. (2022). Emotional responses to social media experiences among adolescents: Longitudinal associations with depressive symptoms. *Journal of Clinical Child and Adolescent Psychology, 51(6)*, 907-922*.* https://doi.org/10.1080/15374416.2021.1955370

De Luca, L., Giletta, M., Menesini, E., Prinstein, M.J. (2022).  Reciprocal associations between peer problems and non-suicidal self-injury throughout adolescence.  *Journal of Child Psychology and Psychiatry, 63(12)*, 1486-1495. https://doi.org/10.1111/jcpp.13601

Bendezú, J.J., Calhoun, C.D., Vinograd, M., Patterson, M.W., Rudolph, K.D., Giletta, M., Hastings, P.D., Nock, M.K., Slavich, G.S., & Prinstein, M.J. (2022).  Exploring joint HPA-inflammatory stress response profiles in adolescent girls: Implications for developmental

models of neuroendocrine dysregulation. *Developmental Psychobiology*, *64*(3), e22247. https://doi.org/10.1002/dev.22247

Laursen, B. & Prinstein, M.J. (2022).  Introduction to the special section on susceptibility to peer influence. *International Journal of Behavioral Development, 46(3),* 177-179. https://doi.org/10.1177/01650254221088523

Eisenlohr-Moul, T., Bowers, S., Prinstein, M.J., Schmalenberger, K., Walsh, E., Young, S., Rubinow, D., Girdler, S. (2022).  Effects of acute estradiol and progesterone on perimenstrual exacerbation of suicidal ideation and related symptoms: a crossover randomized controlled trial. *Translational Psychiatry*, *12*(1), 528. https://doi.org/10.1038/s41398-022-02294-1

Duell, N., Clayton, M.G., Telzer, E.H., & Prinstein, M.J. (2022).  Measuring peer influence susceptibility to alcohol use: Preliminary evidence for convergent and predictive validity of a new analogue assessment.  *International Journal of Behavioral Development, 46(3)*, 190-199. https://doi.org/10.1177/0165025420965729

Do, K.T., McCormick, E.M., Prinstein, M.J., Lindquist, K.A., & Telzer, E.H. (2022). Intrinsic connectivity within the affective salience network moderates adolescent susceptibility to negative and positive peer norms. *Scientific Reports*, *12*(1), 17463. https://doi.org/10.1038/s41598-022-17780-1

Sheppard, C. S., Peairs, K. F, Prinstein, M. J., Putallaz, M., Kupersmidt, J. B., & Coie, J. D. (2022). The importance of context for multi-informant assessment of peer victimization: Examination in middle childhood girls. *Merrill-Palmer Quarterly, 68(3)*, 241-265. https://doi.org/10.1353/mpq.2022.0012

Bendezú, J.J., Calhoun, C.D., Patterson, M.W., Findley, A., Rudolph, K.D., Hastings, P.D., Nock, M.K., Prinstein, M.J. (2022).  Adolescent girls' stress responses as prospective predictors of self-injurious thoughts and behaviors: A person-centered, multilevel study.  *Development & Psychopathology, 34(4)*, 1447-1467. https://doi.org/10.1017/S0954579420002229

Duell, N., Kwon, S.-J., Do, K. T., Turpyn, C. C., Prinstein, M. J., Lindquist, K. A., & Telzer, E. H. (2022). Positive risk taking and neural sensitivity to risky decision making in adolescence. *Developmental Cognitive Neuroscience*, *57*(101142), 101142. https://doi.org/10.1016/j.dcn.2022.101142

Kwon, S-J., Turpyn, C.C., Prinstein M.J., Lindquist, K.A., & Telzer, E.H. (2022). Self-oriented neural circuitry predicts other-oriented adaptive risks in adolescence: A longitudinal study. *Social Cognitive and Affective Neuroscience, 17(2)*, 161-171. https://doi.org/10.1093/scan/nsab076

*Nick, E.A., *Kilic, Z., Nesi, J., Telzer, E. H., Lindquist, K. A., & Prinstein, M. J. (2022). Adolescent digital stress: Frequencies, correlates, and longitudinal association with depressive symptoms. *Journal of Adolescent Health, 70(2)*, 336-339. https://doi.org/10.1016/j.jadohealth.2021.08.025

Madubata, I., Spivey, L.A., Alvarez, G.M., Neblett, E.W., & Prinstein, M.J. (2022).  Forms of racial/ethnic discrimination and suicidal ideation: A prospective examination of African-American and Latinx youth. *Journal of Clinical Child and Adolescent Psychology, 51(1)*, 23-31. https://doi.org/10.1080/15374416.2019.1655756

Massing-Schaffer, M., Nesi, J., Telzer, E. H., Lindquist, K. A., & Prinstein, M. J. (2022). Adolescent peer experiences and prospective suicidal ideation: The protective role of online only friendships. *Journal of Clinical Child and Adolescent Psychology, 51(1)*, 49-60. https://doi.org/10.1080/15374416.2020.1750019

Armstrong-Carter, E., Do, K.Y., Guassi-Moreira, J.F., Prinstein, M.J., & Telzer, E.H. (2022). Examining a new prosocial risk-taking scale in a longitudinal sample of ethnically diverse adolescents.  *Journal of Adolescence, 93(1)*, 222-233. https://doi.org/10.1016/j.adolescence.2021.11.002

*Clayton, M.G., *Pollak, O.H., *Owens, S.A., Miller, A.B., & Prinstein, M.J. (2022). Advances in research on adolescent suicide and a high priority agenda for future research. *Journal of Research on Adolescence, 31(4)*, 1068-1096. https://doi.org/10.1111/jora.12614

Sharp, P. B., Do, K. T., Lindquist, K. A., Prinstein, M. J., & Telzer, E. H. (2022). Cognitive control deployment is flexibly modulated by social value in early adolescence. *Developmental Science*, 25(1), e13140. https://doi.org/10.1111/desc.13140

**2021**

Giletta, M., Choukas-Bradley, S., Maes, M., Linthicum, K., Card, N.A., & Prinstein, M.J. (2021). A meta-analysis of longitudinal peer influence effects in childhood and adolescence. *Psychological Bulletin, 147(7)*, 719-747. https://doi.org/10.1037/bul0000329

Prinstein, M.J. & Giletta, M. (2021).  Five priorities for future research on child and adolescent peer influence. *Merrill Palmer Quarterly, 67(4),* 367–389. https://doi.org/10.1353/mpq.2021.0019

Gruber, J., Prinstein, M.J., Abramowitz, J.S., Albano, A.M., Aldao, A., Borelli, J.L., Chung, T., Clark, L.A., Davila, J., Forbes, E.E., Gee, D. G., Hall, G.C.N., Hallion, L.S., Hinshaw, S.P., Hofmann, S.G., Hollon, S.D., Joormann, J., Kazdin, A.E., Klein, D.N., La Greca, A.M., Levenson, R.W., MacDonald, A.W., McKay, D., McLaughlin, K.A., Mendle, J., Miller, A.B., Neblett, E.W., Nock, M.K., Olatunji, B.O., Persons, J.B., Rottenberg, J., Rozek, D.C., Schleider, J.L., Slavich, G.M., Teachman, B.A., Vine, V.J., Weinstock, L.M. (2021).  Mental health and clinical psychological science in the time of COVID-19: Challenges, opportunities, and a call to action.  *American Psychologist*, *76*(3), 409–426. https://doi.org/10.1037/amp0000707

Buchanan, N.T., Perez, M. Prinstein, M.J., & Thurston, I.B. (2021).  Upending racism in psychological science: Strategies to change how our science is conducted, reported, reviewed, and disseminated.  *American Psychologist, 76(7)*, 1097-1112. https://doi.org/10.1037/amp0000905

Calhoun, C.D., Patterson, M.W., Bendezu, J.J., Helms, S.W., Owens, S.A., Rudolph, K.D., Hastings, P.D., & Prinstein, M.J. (2021). Linking post-stressor interpersonal processes in adolescent

girls' close friendships with acute HPA stress responses. *Journal of Adolescence*, *92*, 10-19. https://doi.org/10.1016/j.adolescence.2021.08.001

Telzer, E.H., Jorgensen, N.A., Prinstein, M.J., & Lindquist, K.A. (2021). Neurobiological sensitivity to social rewards and punishments moderates relationship between peer norms and adolescent risk taking. *Child Development, 92(2)*, 731-745. https://doi.org/10.1111/cdev.13466

*Clayton, M.G., Giletta, M., Boettiger, C.A., & Prinstein, M.J. (2021). Determinants of excessive reassurance-seeking: Adolescents' internalized distress, friendship conflict, and behavioral inhibition as prospective predictors. *Journal of Clinical Child and Adolescent Psychology, 50(1)*, 88-96. https://doi.org/10.1080/15374416.2019.1604234

Nesi, J., Choukas-Bradley, S., Maheux, A.J., Roberts, S.R., Sanzari, C., Widman, L., & Prinstein, M.J. (2021). Selfie appearance investment and peer feedback concern: Multi-method investigation of adolescent selfie practices and adjustment. *Psychology of Popular Media*, *10(4)*, 488-499. https://doi.org/10.1037/ppm0000342

Turpyn, C.C., Jorgensen, N.A., Prinstein, M.J., Lindquist, K.A., & Telzer, E.H. (2021). Social motivational processing as a susceptibility marker to family context in predicting adolescent externalizing behavior. *Developmental Cognitive Neuroscience*, *51*(100993), 100993. https://doi.org/10.1016/j.dcn.2021.100993

Prinstein, M. J., & Youngstrom, E. A. (2021). Introduction to the special issue on moderators of treatment efficacy in clinical child and adolescent psychology. *Journal of Clinical Child and Adolescent Psychology, 50(4)*, 441–442. https://doi.org/10.1080/15374416.2021.1961264

*Duell, N., van Hoorn, J., McCormick, E. M., Prinstein, M. J., & Telzer, E. H. (2021). Hormonal and neural correlates of prosocial conformity in adolescents. *Developmental Cognitive Neuroscience*, *48*(100936), 100936. https://doi.org/10.1016/j.dcn.2021.100936

Calhoun, C.D., Bernard, D.L., Medina, L.D., Behar, E., Smith, A.R., Miller, A.B., Franklin, J.C., Diaz Martinez, A.M., Scarpa, A., Nock, M.K., & Prinstein, M. J. (2021). Considering first-generation status among clinical psychology doctoral students. *the Behavior Therapist, 44*, 65-74.

**2020**

Prinstein, M.J., Nesi, J., & Telzer, E.H. (2020). Commentary: An updated agenda for the study of digital media use and adolescent development – future directions following Odgers & Jensen (2020). *Journal of Child Psychology and Psychiatry*, 61(3), 349-352. https://doi.org/10.1111/jcpp.13219

Slavich, G.M., Giletta, M., Helms, S.W., Hastings, P.D., Rudolph, K.D., Nock, M.K., & Prinstein, M.J. (2020). Interpersonal life stress, inflammation, and depression in adolescence: Testing social signal transduction theory of depression. *Depression and Anxiety, 37*(2), 179–193. https://doi.org/10.1002/da.22987

*Owens, S.A. Eisenlohr-Moul, T.A., & Prinstein, M.J. (2020). Understanding when and why some adolescent girls attempt suicide: An emerging framework integrating menstrual cycle

fluctuations in risk. *Child Development Perspectives, 14(2)*, 116-123. https://doi.org/10.1111/cdep.12367

Nesi, J., Telzer, E.H., Prinstein, M.J. (2020). Adolescent development in the digital media context. *Psychological Inquiry, 31(3)*, 229-234. https://doi.org/10.1080/1047840x.2020.1820219

Maheux, A. J., Evans, R., Widman, L., Nesi, J., Prinstein, M. J., & Choukas-Bradley, S. (2020). Brief report: Popular peer norms and adolescent sexting behavior. *Journal of Adolescence, 78*(1), 62–66. https://doi.org/10.1016/j.adolescence.2019.12.002

Evans, R., Widman, L., Javidi, H., Troutman Adams, E., Cacace, S., Prinstein, M. J., Desmarais, S. (2020). Preliminary evaluation of a prescription opioid misuse prevention program among rural middle school students. *Journal of Community Health, 45(6),* 1139-1148. https://doi.org/10.1007/s10900-020-00899-5

Schleider, J.L., Burnette, J.L., Widman, L., Hoyt, C.L., & Prinstein, M.J. (2020). Randomized trial of a single-session growth mindset intervention for rural adolescents' internalizing and externalizing problems. *Journal of Clinical Child and Adolescent Psychology, 49*(5), 660–672. https://doi.org/10.1080/15374416.2019.1622123

Prinstein, M.J. & Giletta, M. (2020).  Future directions in peer relations research. *Journal of Clinical Child and Adolescent Psychology, 49(4)*, 556-572. https://doi.org/10.1080/15374416.2020.1756299

Clarkson, T., Kang, E., Capriola-Hall., N., Lerner, M.D., Jarcho, J.M., Prinstein, M.J. (2020). RDoC special issue: A meta-analysis of the RDoC social processing domain across units of analysis. *Journal of Clinical Child and Adolescent Psychology, 49(3)*, 297-321. https://doi.org/10.1080/15374416.2019.1678167

Henry, T. R., Gates, K. M., Prinstein, M. J. & Steinley, D. (2020). Modeling heterogeneous peer assortment effects using finite mixture exponential random graph models.  *Psychometrika, 85*(1), 8–34. https://doi.org/10.1007/s11336-019-09685-2

Gruber, J., Borelli, J.L., Prinstein, M.J., Clark, L.A., Davila, J., Gee, D.G., Klein, D.N., Levenson, R.W., Mendle, J., Olatunji, B.O., Rose, G.L., Saxbe, D., & Weinstock, L.M, (2020).  Best practices in research mentoring in clinical science.  *Journal of Abnormal Psychology, 129*(1), 70–81. https://doi.org/10.1037/abn0000478

**2019**

*Miller, A. B. & Prinstein, M. J. (2019). Adolescent suicide as a failure of acute stress response systems. *Annual Review of Clinical Psychology, 15*(1), 425–450. https://doi.org/10.1146/annurev-clinpsy-050718-095625

*Eisenlohr-Moul, T., *Miller, A. B., Giletta, M., Hastings, P. D., Rudolph, K. D., Nock, M. K., & Prinstein, M. J. (2019). HPA axis response and psychosocial stress as interactive predictors of suicidal ideation and behavior in adolescent females: A multilevel diathesis-stress framework. *Neuropsychopharmacology*, *43*(13), 2564–2571. https://doi.org/10.1038/s41386-018-0206-6

Teachman, B. A., McKay, D., Barch, D.M., Prinstein, M. J., Hollon, S. D., & Chambless, D. (2019). How psychosocial research can help the National Institute of Mental Health achieve its grand challenge to reduce the burden of mental illnesses and psychological disorders. *American Psychologist, 74*(4), 415–431. https://doi.org/10.1037/amp0000361

Miller, A. B., Eisenlohr-Moul, T. A., Glenn, C., Turner, B., Chapman, A., Nock, M. K., & Prinstein, M. J. (2019) Does higher-than-usual stress predict non-suicidal self-injury? Evidence from two prospective studies in adolescent girls and emerging adult females. *Journal of Child Psychology and Psychiatry, 60*(10), 1076–1084. https://doi.org/10.1111/jcpp.13072

Choukas-Bradley, S., *Sheppard, C.S., Prinstein, M.J., & Abela, J.R.Z. (2019). A cross-cultural examination of adolescent peer status and social correlates in the U.S. and China. *Merrill-Palmer Quarterly, 65(4),* 423–446. https://doi.org/10.13110/merrpalmquar1982.65.4.0423

*Nesi, J. & Prinstein, M.J. (2019). In search of likes: Longitudinal associations between adolescents' digital status seeking and health-risk behaviors. *Journal of Clinical Child and Adolescent Psychology*, *48*(5), 740–748. https://doi.org/10.1080/15374416.2018.1437733

Stewart, J. L., *Spivey, L. A., Widman, L., Choukas-Bradley, S., & Prinstein, M. J. (2019). Developmental patterns of sexual identity, romantic attraction, and sexual behavior among adolescents over three years. *Journal of Adolescence, 77(1),* 90-97. https://doi.org/10.1016/j.adolescence.2019.10.006

*Miller, A. B., Prinstein, M. J., Munier, E., Machlin, L., & Sheridan, M. A. (2019). Emotion reactivity and regulation in adolescent girls following an interpersonal rejection. *Journal of Cognitive Neuroscience*, *31*(2), 249–261. https://doi.org/10.1162/jocn_a_01351

Marshall, S. A., Henry, T. R., *Spivey, L. A., Rhodes, S. D., Prinstein, M. J., & Ip, E. H. (2019). Social context of sexual minority adolescents and relationship to alcohol use. *Journal of Adolescent Health, 64*(5), 615–621. https://doi.org/10.1016/j.jadohealth.2018.11.011

*Massing-Schaffer, M., Helms, S.W., Rudolph, K.D., Slavich, G.M., Hastings, P.D., Giletta, M., Nock, M.K., & Prinstein, M.J. (2019). Preliminary associations among relational victimization, targeted rejection, and suicidality in adolescents: A prospective study. *Journal of Clinical Child and Adolescent Psychology, 48*(2), 288–295. https://doi.org/10.1080/15374416.2018.1469093

*Sheppard, C. S., Giletta, M., & Prinstein, M. J. (2019). Peer victimization trajectories at the adolescent transition: Associations among chronic victimization, Peer-reported status, and adjustment. *Journal of Clinical Child and Adolescent Psychology*, *48*(2), 218–227. https://doi.org/10.1080/15374416.2016.1261713

*Spivey, L.A. & Prinstein, M.J. (2019). A preliminary examination of the association between adolescent gender nonconformity and suicidal thoughts and behaviors. *Journal of Abnormal Child Psychology, 47*(4), 707–716. https://doi.org/10.1007/s10802-018-0479-6

*Owens, S. A., Helms, S. W., Hastings, P. D., Rudolph, K. D. & Prinstein, M. J. (2019).

Interpersonal stress severity longitudinally predicts adolescent girls' depressive symptoms: The moderating role of subjective and HPA axis stress responses. *Journal of Abnormal Child Psychology, 47*(5), 895–905. https://doi.org/10.1007/s10802-018-0483-x

Domino, M. E., Lin, C.-C., Morrissey, J. P., Ellis, A. R., Fraher, E., Richman, E. L., Thomas, K. C., & Prinstein, M.J. (2019). Training psychologists for rural practice: Exploring opportunities and constraints. *Journal of Rural Health, 35*(1), 35–41. https://doi.org/10.1111/jrh.12299

**2018**

Giletta, M., Slavich G.M., Rudolph, K.D., Hastings, P.D., Nock, M.K., & Prinstein, M.J. (2018). Peer victimization predicts heightened inflammatory reactivity to social stress in cognitively vulnerable adolescents. *Journal of Child Psychology and Psychiatry, 59*(2), 129–139. https://doi.org/10.1111/jcpp.12804

*Miller, A. B., *Linthicum, R., Helms, S., Giletta M., Rudolph, K. D., Hastings, Paul D., Nock, M. K., & Prinstein, M. J. (2018). Reciprocal associations between adolescent girls' chronic interpersonal stress and nonsuicidal self-injury: A multi-wave, prospective investigation. *Journal of Adolescent Health*, *63*(6), 694–700. https://doi.org/10.1016/j.jadohealth.2018.06.033

Widman, L., Golin, C. E., Kamke, K., Burnette, J. L., & Prinstein, M. J. (2018). Sexual assertiveness skills and sexual decision-making in adolescent girls: Randomized controlled trial of an online program. *American Journal of Public Health, 108*(1), 96–102. https://doi.org/10.2105/AJPH.2017.304106

*Nesi, J., *Choukas-Bradley, S., & Prinstein, M.J. (2018).  Transformation of adolescent peer relations in the social media context part 1: A theoretical framework and application to dyadic peer relationships.  *Clinical Child and Family Psychology Review, 21(3)*, 267-294. https://doi.org/10.1007/s10567-018-0261-x

*Nesi, J., *Choukas-Bradley, S., & Prinstein, M.J. (2018).  Transformation of adolescent peer relations in the social media context part 2: Application to peer group processes and future directions for research.  *Clinical Child and Family Psychology Review, 21(3)*, 295-319. https://doi.org/10.1007/s10567-018-0262-9

Hoffman, M., Steinley, D., Gates, K. M., Prinstein, M. J., Brusco, M. J. (2018). Detecting clusters/communities in social networks. *Multivariate Behavioral Research, 53*(1), 57–73. https://doi.org/10.1080/00273171.2017.1391682

**2017**

Giletta, M., Hastings, P.D., Rudolph, K.D., Bauer, D.J., Nock, M.K., & Prinstein, M.J. (2017). Suicide ideation among high-risk adolescent females: Examining the interplay between parasympathetic regulation and friendship support. *Development & Psychopathology, 29*(4), 1161–1175. https://doi.org/10.1017/S0954579416001218

Youngstrom, E.A., Van Meter, A.R., Frazier, T.W., Hunsley, J., Prinstein, M.J., Ong, M., & Youngstrom, J.K. (2017). Evidence-based assessment as an integrative model for applying psychological science to guide the voyage of treatment. *Clinical Psychology: Science and Practice, 24(4)*, 331-363. https://doi.org/10.1111/cpsp.12207

*Miller, A. B., *Eisenlohr-Moul, T., Giletta, M. Hastings, P. D., Rudolph, K. D., Nock, M. K., & Prinstein, M. J. (2017). A within-person approach to risk for suicidal ideation and suicidal behavior: Examining the roles of depression, stress, and abuse exposure. *Journal of Consulting and Clinical Psychology, 85*(7), 712–722. https://doi.org/10.1037/ccp0000210

*Nesi, J., *Miller, A.B., & Prinstein, M.J. (2017). Adolescents' depressive symptoms and subsequent technology-based interpersonal behaviors: A multi-wave study. *Journal of Applied Developmental Psychology, 51*, 12-19. https://doi.org/10.1016/j.appdev.2017.02.002

Dean, D., Bauer, D.J., & Prinstein, M.J. (2017). Friendship dissolution within social networks modeled through multilevel event history analysis. *Multivariate Behavioral Research, 52*(3), 271–289. https://doi.org/10.1080/00273171.2016.1267605

Widman, L., Golin, C. E., Kamke, K., Massey, J., & Prinstein, M. J. (2017). Feasibility and acceptability of a web-based HIV/STD prevention program for adolescent girls targeting sexual communication skills. *Health Education Research, 32*(4), 343–352. https://doi.org/10.1093/her/cyx048

Helms, S. W., Christon, L. M., Dellon, E. P., & Prinstein, M. J. (2017). Patient and provider perspectives on communication about body image with adolescents and young adults with cystic fibrosis. *Journal of Pediatric Psychology, 42*(9), 1040–1050. https://doi.org/10.103/jpepsy/jsx055

*Vanhalst, J., Gibb, B., & Prinstein, M.J. (2017). Lonely adolescents exhibit heightened sensitivity for facial cues of emotion. *Cognition and Emotion, 31*(2), 377–383. https://doi.org/10.1080/02699931.2015.1092420

*Nesi, J.L., Widman, L.M., Choukas-Bradley, S.C., & Prinstein, M.J. (2017). Technology-based communication and the development of interpersonal competencies within adolescent romantic relationships: A preliminary investigation. *Journal of Research on Adolescence, 27*(2), 471–477. https://doi.org/10.1111/jora.12274

**2016**

Glenn, C. R., Kleiman, E. M., Cha, C. B., Nock, M. K., & Prinstein, M. J. (2016). Implicit cognition about self-injury predicts actual self-injurious behavior: Results from a longitudinal study of adolescents. *Journal of Child Psychology and Psychiatry, 57*(7), 805–813. https://doi.org/10.1111/jcpp.12500

Payne, K.B. Lee, K., Giletta, M., & Prinstein, M.J. (2016). Implicit attitudes predict drinking onset in adolescents: Shaping by social norms. *Health Psychology, 35*(8), 829–836. https://doi.org/10.1037/hea0000353

**Widman, L., *Choukas-Bradley, S., *Helms, S. W., & Prinstein, M. J. (2016). Adolescent susceptibility to peer influence in sexual situations. *Journal of Adolescent Health, 58*(3), 323–329. https://doi.org/10.1016/j.jadohealth.2015.10.253

*Franken, A., Prinstein, M.J., Dijkstra, J.K., Steglich, C.E.G., Harakeh, Z., & Vollebergh, W.A.M. (2016). Early adolescent friendship selection based on externalizing behavior: The

moderating role of pubertal development. The SNARE study. *Journal of Abnormal Child Psychology, 44*(8), 1647–1657. https://doi.org/10.1007/s10802-016-0134-z

Teunissen, H. A., Kuntsche, E., Scholte, R. H. J., Spijkerman, R., Prinstein, M. J., & Engels, R. C. M. E. (2016). Friends' drinking norms and male adolescents' alcohol consumption: The moderating role of performance-based peer influence susceptibility. *Journal of Adolescence, 53*(1), 45–54. https://doi.org/10.1016/j.adolescence.2016.08.017

*Widman, L., Golin, C. E., Noar, S. M., Massey, J., & Prinstein, M.J. (2016). ProjectHeartForGirls.com: Development of a web-based HIV/STD prevention program for adolescent girls emphasizing sexual communication skills. *AIDS Education and Prevention, 28*(5), 365–377. https://doi.org/10.1521/aeap.2016.28.5.365

Stein, G.L., Supple, A., Huq, N., Dunbar, A. & Prinstein, M.J. (2016). A longitudinal examination of perceived discrimination and depressive symptoms in ethnic minority youth: The roles of attributional style, positive ethnic/racial affect, and emotional reactivity. *Developmental Psychology, 52*(2), 259–271. https://doi.org/10.1037/a0039902

Bardone-Cone, A.N., Calhoun, C.D., Fischer, M.S., Gaskin-Wasson, A.L., Jones, S.C.T., Schwartz, S.L. Wise, E.H., and Prinstein, M.J. (2016). Development and implementation of a diversity training sequence in a clinical psychology doctoral program. *the Behavior Therapist 39*, 65-75.

**2015**

*Nesi, J.L. & Prinstein, M.J. (2015). Using social media for social comparison and feedback-seeking: Gender and popularity moderate associations with depressive symptoms. *Journal of Abnormal Child Psychology, 43*(8), 1427–1438. https://doi.org/10.1007/s10802-015-0020-0

*Giletta, M., *Calhoun, C.D., Hastings, P.D., Rudolph, K.D., Nock, M.K., & Prinstein, M.J. (2015). Multi-level risk factors for suicidal ideation among at-risk adolescent females: The role of hypothalamic-pituitary-adrenal axis responses to stress. *Journal of Abnormal Child Psychology, 43*(5), 807–820. https://doi.org/10.1007/s10802-014-9897-2

*Choukas-Bradley, S., Giletta, M., Cohen, G. L., & Prinstein, M. J. (2015). Peer influence, peer status, and prosocial behavior: An experimental investigation of peer socialization of adolescents' intentions to volunteer. *Journal of Youth and Adolescence, 44*(12), 2197–2210. https://doi.org/10.1007/s10964-015-0373-2

*Choukas-Bradley, S.C., *Giletta, M., Neblett, E.W., & Prinstein, M.J. (2015). Ethnic differences in associations among popularity, likeability, and trajectories of adolescents' alcohol use and frequency. *Child Development, 86*(2), 519–535. https://doi.org/10.1111/cdev.12333

*Giletta, M., Prinstein, M. J., Abela, J. R. Z., Gibb, B. E., Barrocas, A. L., & Hankin, B. L. (2015). Trajectories of suicide ideation and nonsuicidal self-injury among adolescents in mainland China: Peer predictors, joint development and risk for suicide attempts. *Journal of Consulting and Clinical Psychology, 83*(2), 265–279. https://doi.org/10.1037/a0038652

*Helms, S. W., *Gallagher, M., *Calhoun, C. D., *Choukas-Bradley, S., *Dawson, G. C., & Prinstein, M. J. (2015). Intrinsic religiosity buffers the longitudinal effects of peer victimization on adolescent depressive symptoms. *Journal of Clinical Child and Adolescent Psychology, 44*(3), 471–479. https://doi.org/10.1080/15374416.2013.865195

*Helms, S.W., Dellon, E.P., & Prinstein, M.J. (2015). Friendship quality and health-related outcomes among adolescents with cystic fibrosis. *Journal of Pediatric Psychology, 40*(3), 349–358. https://doi.org/10.1093/jpepsy/jsu063

Barrocas, A.L., *Giletta, M., Hankin, B.L., Prinstein, M.J., & Abela, J.R.Z. (2015). Nonsuicidal self-injury in adolescence: Longitudinal course, trajectories, and intrapersonal predictors. *Journal of Abnormal Child Psychology*, *43*(2), 369–380. https://doi.org/10.1007/s10802-014-9895-4

Calhoun, C. D., Helms, S. W., Heilbron, N., Rudolph, K. D., Hastings, P. D., & Prinstein, M. J. (2015). Relational victimization, friendship, and adolescents' hypothalamic-pituitary-adrenal axis responses to an in vivo social stressor-ERRATUM. *Development and Psychopathology*, *27*(3), 945–946. https://doi.org/10.1017/S0954579414001230

**2014**

*Helms, S. W., *Choukas-Bradley, S., *Widman, L., Giletta, M., Cohen, G. L., & Prinstein, M. J. (2014). Adolescents misperceive and are influenced by high-status peers' health risk, deviant, and adaptive behavior. *Developmental Psychology, 50*(12), 2697–2714. https://doi.org/10.1037/a0038178

*Choukas-Bradley, S., *Giletta, M., *Widman, L., Cohen, G. L., & Prinstein, M. J. (2014). Experimentally measured susceptibility to peer influence and adolescent sexual behavior trajectories: A preliminary study. *Developmental Psychology, 50*(9), 2221–2227. https://doi.org/10.1037/a0037300

*Calhoun, C.D., *Helms, S.W., Heilbron, N., Rudolph, K.D., Hastings, P.D., & Prinstein, M.J. (2014). Relational victimization, friendship, and adolescents' hypothalamic-pituitary-adrenal axis responses to an in vivo social stressor. *Development & Psychopathology, 26*(3), 605–618. https://doi.org/10.1017/S0954579414000261

*Rancourt, D., *Choukas-Bradley, S.C., Cohen, G.L., & Prinstein, M.J. (2014). An experimental examination of peers' influence on adolescent girls' intent to engage in maladaptive weight-related behaviors. *International Journal of Eating Disorders, 47*(5), 437–447. https://doi.org/10.1002/eat.22258

*Gallagher, M., Prinstein, M.J., Simon, V., Spirito, A. (2014). Social anxiety symptoms and suicidal ideation in a clinical sample of early adolescents: Examining loneliness and social support as longitudinal mediators. *Journal of Abnormal Child Psychology, 42*(6), 871–883. https://doi.org/10.1007/s10802-013-9844-7

*Helms, S.W. & Prinstein, M.J. (2014). Risk assessment and decision-making regarding imminent suicidality in pediatric settings. *Clinical Practice in Pediatric Psychology, 2(2),* 176–193. https://doi.org/10.1037/cpp0000048

*Widman, L., *Nesi, J., *Choukas-Bradley, S., & Prinstein, M. J. (2014). Safe sext: Adolescents' use of technology to communicate about sexual health with dating partners. *Journal of Adolescent Health, 54*(5), 612–614. https://doi.org/10.1016/j.jadohealth.2013.12.009

*Widman, L., *Choukas-Bradley, S., *Helms, S. W., Golin, C. E., & Prinstein, M. J. (2014). Sexual communication between early adolescents and their dating partners, parents, and best friends. *Journal of Sex Research, 51*(7), 731–741. https://doi.org/10.1080/00224499.2013.843148

Liu, R. T., Frazier, E. A., Cataldo, A. M., Simon, V. A., Spirito, A., & Prinstein, M. J. (2014). Negative life events and non-suicidal self-injury in an adolescent inpatient sample. *Archives of Suicide Research, 18*(3), 251–258. https://doi.org/10.1080/13811118.2013.824835

*Franklin, J.C., *Puzia, M.E., *Lee, K.M., & Prinstein, M.J. (2014). Low implicit and explicit aversion toward self-cutting stimuli longitudinally predict nonsuicidal self-injury. *Journal of Abnormal Psychology, 123*(2), 463–469. https://doi.org/10.1037/a0036436

*Franklin, J.C., *Lee, K.M., *Puzia, M.E., & Prinstein, M.J. (2014). Recent and frequent nonsuicidal self-injury is associated with diminished implicit and explicit aversion toward self-cutting stimuli. *Clinical Psychological Science, 2(3),* 306–318. https://doi.org/10.1177/2167702613503140

O'Brien, K. H., Becker, S. J., Spirito, A., Simon, V., & Prinstein, M. J. (2014). Differentiating adolescent suicide attempters from ideators: Examining the interaction between depression severity and alcohol use. *Suicide and Life Threatening Behavior, 44*(1), 23–33. https://doi.org/10.1111/sltb.12050

*Teunissen, H.A., Spijkerman, R., Cohen, G.L., Prinstein, M.J., Engels, R.C.M.E., & Scholte, R.H.J. (2014). An experimental study on the effects of peer drinking norms on adolescents' drinker prototypes. *Addictive Behaviors, 39*(1), 85–93. https://doi.org/10.1016/j.addbeh.2013.08.034

Southam-Gerow, M.A., & Prinstein, M.J. (2014). Evidence base updates: The evolution of the evaluation of psychological treatments for children and adolescents. *Journal of Clinical Child and Adolescent Psychology, 43*(1), 1–6. https://doi.org/10.1080/15374416.2013.855128

**2013**

La Greca, A.M., Lai, B., Llabre, M.M., Silverman, W., Vernberg, E.M., & Prinstein, M.J. (2013). Children's postdisaster trajectories of PTS symptoms: Predicting chronic distress. *Child and Youth Care Forum, 42*(4), 351–369. https://doi.org/10.1007/s10566-013-9206-1

*Giletta, M., Burk, W.J., Scholte, R.H.J., Engles, R.C.M.E., & Prinstein, M.J. (2013). Direct and indirect peer socialization of adolescent nonsuicidal self-injury. *Journal of Research on Adolescence, 23*(3), 450–463. https://doi.org/10.1111/jora.12036

*Franklin, J.C., *Puzia, M.E., *Lee, K.M., *Lee, G., *Hanna, E.K., *Spring, V.L., & Prinstein, M.J. (2013). The nature of pain offset relief in nonsuicidal self-injury: A laboratory study. *Clinical Psychological Science, 1(2),* 110–119. https://doi.org/10.1177/2167702612474440

*Franklin, J.C., *Lee, K.M., *Hanna, E.K, & Prinstein, M.J. (2013). Feeling worse to feel better: Pain offset relief simultaneously stimulates positive affect and diminishes negative affect. *Psychological Science, 24*(4), 521–529. https://doi.org/10.1177/0956797612458805

*Rancourt, D., *Conway, C. C., Burk, W. J., & Prinstein, M. J. (2013). Gender composition of preadolescents' friendship groups moderates peer socialization of body change behaviors. *Health Psychology*, *32*(3), 283–292. https://doi.org/10.1037/a0027980

Seaton, E.K., Neblett, E.W., *Cole, D.J., & Prinstein, M.J.  (2013). Perceived discrimination and peer victimization among African American and Latino youth. *Journal of Youth and Adolescence*, *42*(3), 342–350. https://doi.org/10.1007/s10964-012-9848-6

Creemers, D.H.M., Scholte, R.H.J., Engles, R.C.M.E., Prinstein, M.J., & Reinout, WW. (2013). Damaged self-esteem is associated with internalizing problems.  *Frontiers in Psychology, 4*, 152. https://doi.org/10.3389/fpsyg.2013.00152

**2012**

*Franklin, J. C., *Aaron, R. V., *Arthur, M. S., *Shorkey, S.P., & Prinstein, M. J. (2012). Nonsuicidal self-injury and diminished pain perception: The role of emotion dysregulation. *Comprehensive Psychiatry*, *53*(6), 691–700. https://doi.org/10.1016/j.comppsych.2011.11.008

*Giletta, M., Scholte, R.H.J., Engels, R.C.M.E., Ciairano, S., & Prinstein, M.J. (2012).  Adolescent non-suicidal self-injury: A cross-national study of community samples from Italy, the Netherlands and the United States.  *Psychiatry Research, 197*(1–2), 66–72. https://doi.org/10.1016/j.psychres.2012.02.009

*Guan, K., *Fox, K.R., & Prinstein, M.J. (2012).  Nonsuicidal self-injury as a time-invariant predictor of adolescent suicide ideation and attempts in a diverse community sample. *Journal of Consulting and Clinical Psychology, 80*(5), 842–849. https://doi.org/10.1037/a0029429

*Calhoun, C.D., *Franklin, J.C., *Adelman, C.B., *Guerry, J.D., Hastings, P.D., Nock, M.K., & Prinstein, M.J. (2012). Biological and cognitive responses to an in vivo interpersonal stressor: Longitudinal associations with adolescent depression. *International Journal of Cognitive Therapy*, 5(3), 283–299. https://doi.org/10.1521/ijct.2012.5.3.283

*Giletta, M., Scholte, R.H.J., Prinstein, M.J., Engels, R.C.M.E., Rabaglietti, E., & Burk, W.J.(2012). Friendship context matters: Examining the domain specificity of alcohol and depression socialization among adolescents. *Journal of Abnormal Child Psychology, 40*(7), 1027–1043. https://doi.org/10.1007/s10802-012-9625-8

*Teunissen, H.A., Spijkerman, R., Prinstein, M.J., Cohen, G.L., Engles, R.C.M.E., Scholte, R.H.J. (2012).  Adolescents' conformity to their peers' pro-alcohol and anti-alcohol norms: The power of popularity.  *Alcoholism: Clinical and Experimental Research, 36*(7), 1257–1267. https://doi.org/10.1111/j.1530-0277.2011.01728.x

Becker, S. J., Nargison, J., Wolff, J., Uhl, J., Simon, V., Spirito, A., & Prinstein, M.J. (2012). Temporal relationship between substance use and delinquent behavior among young

psychiatrically hospitalized adolescents. *Journal of Substance Abuse Treatment, 43*(2), 251–259. https://doi.org/10.1016/j.jsat.2011.11.005

Nargiso, J.E., Becker, S.J., Wolff, J.C., Uhl, K.M., Simon, V., Spirito, A., & Prinstein, M.J. (2012). Psychological, peer, and family influences on smoking among an adolescent psychiatric sample. *Journal of Substance Abuse Treatment*, *42*(3), 310–318. https://doi.org/10.1016/j.jsat.2011.07.010

*Creemers, D.H.M., Scholte, R.H.J., Engles, R.C.M.E., Prinstein, M.J., Wiers, R.W. (2012). Implicit and explicit self-esteem as concurrent predictors of suicidal ideation, depressive symptoms, and loneliness. *Journal of Behavior Therapy and Experimental Psychiatry, 43*(1), 638–646. https://doi.org/10.1016/j.jbtep.2011.09.006

Haydon, A.A., Herring, A.H., Prinstein, M.J., & Halpern C.T. (2012).  Beyond age at first sex: Patterns of emerging sexual behavior in adolescence and young adulthood.  *Journal of Adolescent Health*, *50*(5), 456–463. https://doi.org/10.1016/j.jadohealth.2011.09.006

Prinstein, M. J. (2012). Editorial: JCCAP: past, present, and future. *Journal of Clinical Child and Adolescent Psychology*, *41*(1), 1–4. https://doi.org/10.1080/15374416.2012.634284

Prinstein, M.J., Fox, K.R., Guan, K., Arthur, M.S., & Gur, S. (2012).  Psychologists' and trainees' perceptions of the future of clinical psychology.  *the Behavior Therapist, 35*, 101-106.

**2011**

*Giletta, M., Scholte, R.H.J., Burk, W.J., Engels, R.C.M.E., Larsen, J.K., Prinstein, M.J., & Ciairano, S.  (2011).  Similarity in depressive symptoms in adolescents' friendship dyads: Selection or socialization.  *Developmental Psychology, 47*(6), 1804–1814. https://doi.org/10.1037/a0023872

*Conway, C.C., *Rancourt, D., *Adelman, C.B., Burk, W.J., & Prinstein, M.J. (2011).  Depression socialization within friendship groups at the transition to adolescence: The roles of gender and group centrality as moderators of peer influence.  *Journal of Abnormal Psychology, 120*(4), 857–867. https://doi.org/10.1037/a0024779

Prinstein, M.J., *Choukas-Bradley, S.C., *Helms, S.W., *Brechwald, W., & *Rancourt, D. (2011). High peer popularity longitudinally predicts adolescent health risk behavior, Or does it?:  An examination of linear and quadratic associations. *Journal of Pediatric Psychology, 36*(9), 980–990. https://doi.org/10.1093/jpepsy/jsr053

*Franklin, J.C., *Hessel, E.T., & Prinstein, M.J. (2011). Clarifying the role of pain tolerance in suicidal capability.  *Psychiatry Research, 189*(3), 362–367. https://doi.org/10.1016/j.psychres.2011.08.001

*Landoll, R.R., *Schwartz-Mette, R.A., Rose, A.J., & Prinstein, M.J. (2011).  Girls' and boys' disclosure about problems as a predictor of changes in depressive symptoms over time.  *Sex Roles: A Journal of Research,* 65(5-6), 410–420. https://doi.org/10.1007/s11199-011-0030-5

Prinstein, M.J., *Brechwald, W.A., & Cohen G.L. (2011).  Susceptibility to peer influence:  Using a performance-based measure to identify adolescent males at heightened risk for deviant peer

socialization. *Developmental Psychology, 47*(4), 1167–1172. https://doi.org/10.1037/a0023274

*Banny, A.M., *Heilbron, N., *Ames, A., & Prinstein, M.J. (2011).  Relational benefits of relational aggression: Adaptive and maladaptive associations with adolescent friendship quality. *Developmental Psychology, 47*(4), 1153–1166. https://doi.org/10.1037/a0022546

*Teunissen, H., *Adelman, C.B., Prinstein, M.J., Spijkerman, R., Poelen, E.A., Engels, R.C., & Scholte, R.H. (2011).  The interaction between pubertal timing and peer popularity for boys and girls: An integration of biological and interpersonal perspectives on adolescent depression. *Journal of Abnormal Child Psychology, 39*(3), 413–423. https://doi.org/10.1007/s10802-010-9467-1

*Rock, P.F., *Cole, D.J., *Houshyar, S., *Lythcott, M., & Prinstein, M.J. (in press).  Peer status in an ethnic context:  Associations with African-American adolescents' ethnic identity. *Journal of Applied Developmental Psychology, 32(4),* 163–169. https://doi.org/10.1016/j.appdev.2011.03.002

*Brechwald, W.A. & Prinstein, M.J. (2011).  Beyond homophily:  A decade of advances in understanding peer influence processes. *Journal of Research on Adolescence, 21*(1), 166–179. https://doi.org/10.1111/j.1532-7795.2010.00721.x

Spirito, A., Simon, V., Cancilliere, M.K., Stein, R., Norcott, C., Loranger, K., & Prinstein, M.J. (2011).  Outpatient psychotherapy practice with adolescents following psychiatric hospitalization for suicide ideation or a suicide attempt. *Clinical Child Psychology and Psychiatry, 16*(1), 53–64. https://doi.org/10.1177/1359104509352893

Prinstein, M.J. (2011).  Me, Myron Prinstein, and I: A troubling case of confused academic identity. *Ethics & Behavior, 21*, 173-181.  https://doi.org/10.1080/10508422.2011.570159

**2010**

Aikins, J.W., Simon, V.A., & Prinstein, M.J. (2010).  Romantic partner selection and socialization of young adolescents' substance use and behavior problems. *Journal of Adolescence, 33*(6), 813–826. https://doi.org/10.1016/j.adolescence.2010.07.007

*Franklin, J.C., *Hessel, E.T., *Aaron, R.V., *Arthur, M.S., *Heilbron, N., & Prinstein, M.J. (2010). The functions of nonsuicidal self-injury:  Support for cognitive-affective regulation and opponent processes from a novel psychophysiological paradigm. *Journal of Abnormal Psychology, 119*(4), 850–862. https://doi.org/10.1037/a0020896

*Heilbron, N. & Prinstein, M.J. (2010).  Adolescent peer victimization, peer status, suicidal ideation, and nonsuicidal self-injury: Examining concurrent and longitudinal associations. *Merrill-Palmer Quarterly, 56*(3), 388–419. https://doi.org/10.1353/mpq.0.0049

*Guerry, J.D. & Prinstein, M.J. (2010).  Longitudinal prediction of adolescent nonsuicidal self-injury: Examination of a cognitive vulnerability-stress model. *Journal of Clinical Child and Adolescent Psychology, 39*(1), 77–89. https://doi.org/10.1080/15374410903401195

*Rancourt, D. & Prinstein, M.J. (2010).  Peer status and victimization as possible reinforcements of adolescent girls' and boys' weight-related behaviors and cognitions. *Journal of Pediatric Psychology, 35*(4), 354–367. https://doi.org/10.1093/jpepsy/jsp067

Prinstein, M.J., *Heilbron, N., *Guerry, J.D., *Franklin, J.C., *Rancourt, D., Simon, V., & Spirito, A. (2010).  Peer influence and nonsuicidal self injury: Longitudinal results in community and clinically-referred adolescent samples.  *Journal of Abnormal Child Psychology, 38*(5), 669–682. https://doi.org/10.1007/s10802-010-9423-0

*Gibson, C.M., Penn, D.L., Prinstein, M.J., Perkins, D.O., & Belger, A. (2010). Social skill and social cognitive deficits in adolescents at genetic risk for psychosis. *Schizophrenia Research, 122*(1–3), 179–184. https://doi.org/10.1016/j.schres.2010.04.018

**2009**

Nock, M.K., Prinstein, M.J., & Sterba, S.K. (2009).  Revealing the form and function of self-injurious thoughts and behaviors: A real-time ecological assessment study among adolescents and young adults.  *Journal of Abnormal Psychology, 118*(4), 816–827. https://doi.org/10.1037/a0016948

Prinstein, M. J. & La Greca, A. M.  (2009).  Childhood depressive symptoms and adolescent cigarette use: A six-year longitudinal study controlling for peer relations correlates.  *Health Psychology, 28*(3), 283–291. https://doi.org/10.1037/a0013949

Otten, R., Engels, R.C.M.E., & Prinstein, M.J. (2009).  A prospective study of perception in adolescent smoking.  *Journal of Adolescent Health, 44*(5), 478–484. https://doi.org/10.1016/j.jadohealth.2008.09.004

Walline, J.J., Jones, L.A., Sinnott, L., Chitkara, M., Coffey, B., Jackson, J.M., Manny, R.E., Rah, M.J., Prinstein, M. J. (2009).  Randomized trial of the effect of contact lens wear on self-perception in children.  *Optometry & Vision Science*, *86*(3), 222–232. https://doi.org/10.1097/OPX.0b013e3181971985

**2008**

*Heilbron, N., Prinstein, M. J., & Hilt, L. M. (2008).  A lab-based examination of adolescent girls' expressed negative cognitions in response to an in vivo social stressor: Links to depressive symptoms. *International Journal of Cognitive Therapy, 1(4),* 298–312. https://doi.org/10.1521/ijct.2008.1.4.298

*Hilt, L. M., Nock, M. K., Lloyd-Richardson, E. E., & Prinstein, M. J. (2008).  Longitudinal study of non-suicidal self-injury among young adolescents: Rates, correlates, and preliminary test of an interpersonal model. *Journal of Early Adolescence, 28(3),* 455–469. https://doi.org/10.1177/0272431608316604

Prinstein, M. J. (2008).  Introduction to the Special Section on suicide and nonsuicidal self-injury: A review of unique challenges and important directions for self-injury science. *Journal of Consulting and Clinical Psychology, 76*(1), 1–8. https://doi.org/10.1037/0022-006X.76.1.1

Prinstein, M. J., Nock, M. K., Simon, V., Aikins, J. W., Cheah, C. S. L., & Spirito, A. (2008). Longitudinal trajectories and predictors of adolescent suicidal ideation and attempts

following inpatient hospitalization. *Journal of Consulting and Clinical Psychology, 76*(1), 92–103. https://doi.org/10.1037/0022-006X.76.1.92

Simon, V. A., Aikins, J. W., & Prinstein, M. J. (2008).  Romantic partner selection and socialization during early adolescence. *Child Development, 79*(6), 1676–1692. https://doi.org/10.1111/j.1467-8624.2008.01218.x

*Heilbron, N., & Prinstein, M. J. (2008). A review and reconceptualization of social aggression: Adaptive and maladaptive correlates. *Clinical Child and Family Psychology Review, 11*(4), 176–217. https://doi.org/10.1007/s10567-008-0037-9

*Heilbron, N., & Prinstein, M. J. (2008). Peer influence and adolescent nonsuicidal self-injury: A theoretical review of mechanisms and moderators. *Applied and Preventive Psychology, 12(4),* 169–177. https://doi.org/10.1016/j.appsy.2008.05.004

**2007**

*Sterba, S., Prinstein, M. J., & Cox, M. J. (2007).  Developmental trajectories of internalizing problems across childhood: Heterogeneity, external validity, and gender differences.  *Development and Psychopathology, 19*(2), 345–366. https://doi.org/10.1017/S0954579407070174

Prinstein, M. J. (2007).  Moderators of peer contagion: A longitudinal examination of depression socialization between adolescents and their best friends.  *Journal of Clinical Child and Adolescent Psychology, 36*(2), 159–170. https://doi.org/10.1080/15374410701274934

Prinstein, M. J. (2007).  Assessment of adolescents' preference- and reputation-based popularity using sociometric experts.  *Merrill-Palmer Quarterly, 53(2),* 243-261. https://doi.org/10.1353/mpq.2007.0013

**2006**

*Borelli, J. L. & Prinstein, M. J. (2006).  Reciprocal, longitudinal associations between adolescents' negative feedback-seeking, depressive symptoms, and friendship perceptions.  *Journal of Abnormal Child Psychology, 34*(2), 159–169. https://doi.org/10.1007/s10802-005-9010-y

*Wang, S. S., *Houshyar, S., & Prinstein, M. J. (2006).  Adolescent girls' and boys' weight-related behaviors and cognitions:  Associations with reputation- and preference-based peer status.  *Health Psychology, 25*(5), 658–663. https://doi.org/10.1037/0278-6133.25.5.658

Nock, M. K., Joiner, T. E., Gordon, K. H., Lloyd-Richardson, E., & Prinstein, M. J.  (2006). Non-suicidal self-injury among adolescents: Diagnostic correlates and relation to suicide attempts.  *Psychiatry Research, 144*(1), 65–72. https://doi.org/10.1016/j.psychres.2006.05.010

Cohen, G. L. & Prinstein, M. J. (2006). Peer contagion of aggression and health-risk behavior among adolescent males: An experimental investigation of effects on public conduct and private attitudes. *Child Development, 77*(4), 967–983. https://doi.org/10.1111/j.1467-8624.2006.00913.x

Walline, J.J., Jones, L.A., Chitkara, M., Coffey, B., Jackson, J.M., Manny, R.E., Rah, M.J., Prinstein, M.J., & Zadnik, K. (2006).  The adolescent and child health initiative to encourage vision

empowerment (ACHIEVE) study design and baseline data. *Optometry and Vision Science, 83*(1), 37–45. https://doi.org/10.1097/01.opx.0000195566.94572.eb

Prinstein, M. J. & Roberts, M. C. (2006). The professional adolescence of Clinical Child and Adolescent Psychology and Pediatric Psychology: Grown up and striving for autonomy. *Clinical Psychology: Science and Practice, 13*, 263-268. https://doi.org/10.1111/j.1468-2850.2006.00035.x

**2005**

Prinstein, M. J., *Borelli, J. L., *Cheah, C. S. L., *Simon, V. A., & *Aikins, J. W. (2005). Adolescent girls' interpersonal vulnerability to depressive symptoms: A longitudinal examination of reassurance-seeking and peer relationships. *Journal of Abnormal Psychology, 114*(4), 676–688. https://doi.org/10.1037/0021-843X.114.4.676

Prinstein, M. J., *Cheah, C. S. L., & *Guyer, A. E. (2005). Peer victimization, cue interpretation, and internalizing symptoms: Concurrent and longitudinal findings for children and adolescents. *Journal of Clinical Child and Adolescent Psychology, 34*(1), 11–24. https://doi.org/10.1207/s15374424jccp3401_2

*Stevens, E. A. & Prinstein, M. J. (2005). Peer contagion of depressogenic attributional styles among adolescents: A longitudinal study. *Journal of Abnormal Child Psychology, 33*(1), 25–37. https://doi.org/10.1007/s10802-005-0931-2

Prinstein, M. J. & *Wang, S. S. (2005). False consensus and adolescent peer contagion: Examining discrepancies between perceptions and actual reported levels of friends' deviant and health risk behavior. *Journal of Abnormal Child Psychology, 33*(3), 293–306. https://doi.org/10.1007/s10802-005-3566-4

Nock, M. K. & Prinstein, M. J. (2005). Contextual features and behavioral functions of self-mutilation among adolescents. *Journal of Abnormal Psychology, 114*(1), 140–146. https://doi.org/10.1037/0021-843X.114.1.140

Anthony, J. L., Lonigan, C. J., Vernberg, E. M., Silverman, W. K., La Greca, A. M., & Prinstein, M.J. (2005). Multisample cross-validation of a model of childhood posttraumatic stress disorder symptomotology. *Journal of Traumatic Stress, 18*(6), 667–676. https://doi.org/10.1002/jts.20075

**2004**

*De Los Reyes, A. & Prinstein, M. J. (2004). Applying depression-distortion hypotheses to the assessment of peer victimization in adolescents. *Journal of Clinical Child and Adolescent Psychology, 33*(2), 325–335. https://doi.org/10.1207/s15374424jccp3302_14

Prinstein, M. J. & *Aikins, J. W. (2004). Cognitive moderators of the longitudinal association between peer rejection and adolescent depressive symptoms. *Journal of Abnormal Child Psychology, 32*(2), 147–158. https://doi.org/10.1023/b:jacp.0000019767.55592.63

D'Eramo, K. S. Prinstein, M. J. Freeman, J., Grapentine, W. L. & Spirito, A. (2004). Psychiatric diagnoses in relation to suicidal behavior among psychiatrically hospitalized adolescents.

*Child Psychiatry and Human Development, 35*(1), 21–35.
https://doi.org/10.1023/b:chud.0000039318.72868.a2

Prinstein, M. J. & La Greca, A. M. (2004).  Childhood peer rejection and aggression as predictors of adolescent girls' externalizing and health risk behaviors: A six year longitudinal study. *Journal of Consulting and Clinical Psychology, 72*(1), 103–112. https://doi.org/10.1037/0022-006X.72.1.103

*Nock, M. K. & Prinstein, M. J. (2004).  A functional approach to the assessment of self-mutilative behavior in adolescents.  *Journal of Consulting and Clinical Psychology, 72*(5), 885–890. https://doi.org/10.1037/0022-006X.72.5.885

**2003**

Prinstein, M. J. & Cillessen, A. H. N. (2003).  Forms and functions of adolescent peer aggression associated with high levels of peer status.  *Merrill-Palmer Quarterly, 49(3),* 310–342. https://doi.org/10.1353/mpq.2003.0015

Prinstein, M. J., *Meade, C. S., & Cohen, G. L. (2003).  Adolescent oral sex, peer popularity, and perceptions of best friends' sexual behavior.  *Journal of Pediatric Psychology, 28*(4), 243–249. https://doi.org/10.1093/jpepsy/jsg012

Prinstein, M. J. & *Nock, M. K. (2003).  Invited commentary:  Parents under-report children's suicidal ideation and attempts.  *Evidence Based Mental Health, 6*(1), 12. https://doi.org/10.1136/ebmh.6.1.12

**2002**

Prinstein, M. J. & La Greca, A. M. (2002).  Peer crowd affiliation and internalizing distress in childhood and adolescence:  A longitudinal follow-back study.  *Journal of Research on Adolescence, 12(3),* 325–351. https://doi.org/10.1111/1532-7795.00036

Pearce, M. J., Boergers, J., & Prinstein, M. J. (2002).  Adolescent obesity, overt and relational peer victimization, and romantic relationships.  *Obesity Research, 10*(5), 386–393. https://doi.org/10.1038/oby.2002.53

**2001**

Prinstein, M. J., *Nock, M., Spirito, A., & Grapentine, W.L.  (2001).  Multi-method assessment of adolescent suicidality in adolescent psychiatric inpatients: Preliminary results.  *Journal of the American Academy of Child and Adolescent Psychiatry, 40*(9), 1053–1061. https://doi.org/10.1097/00004583-200109000-00014

Prinstein, M. J., Boergers, J., & Vernberg, E. M. (2001).  Overt and relational aggression in adolescents:  Social-psychological functioning of aggressors and victims.  *Journal of Clinical Child Psychology, 30*(4), 479–491. https://doi.org/10.1207/S15374424JCCP3004_05

Prinstein, M.J., Boergers, J., & Spirito, A. (2001).  Adolescents' and their friends' health-risk behavior:  Factors that alter or add to peer influence.  *Journal of Pediatric Psychology, 26*(5), 287–298. https://doi.org/10.1093/jpepsy/26.5.287

La Greca, A. M., Prinstein, M. J., & Fetter, M. D. (2001).  Adolescent peer crowd affiliation: Linkages with health-risk behaviors and close friendships.  *Journal of Pediatric Psychology, 26*(3), 131–143. https://doi.org/10.1093/jpepsy/26.3.131

Zakriski, A.L., & Prinstein, M.J. (2001).  Sociometric status of child inpatients in clinical and normative peer groups:  Is peer status in a clinical setting a useful measure of adjustment?  *Journal of Applied Developmental Psychology, 22(2),* 157–173. https://doi.org/10.1016/S0193-3973(01)00074-0

## 2000

Prinstein, M. J., Boergers, J., Spirito, A., Little, T.D., & Grapentine, W. L. (2000).  Peer functioning, family dysfunction, and psychological symptoms in a risk factor model for adolescent inpatients' suicidal ideation severity.  *Journal of Clinical Child Psychology, 29*(3), 392–405. https://doi.org/10.1207/S15374424JCCP2903_10

Donaldson, D., Prinstein, M. J., Danovsky, M., & Spirito, A.  (2000).  Patterns of children's with life stress: Implications for clinicians.  *American Journal of Orthopsychiatry, 70*(3), 351–359. https://doi.org/10.1037/h0087689

## 1999

Prinstein, M. J., & La Greca, A. M. (1999).  Links between mothers' and children's social competence, and associations with maternal adjustment.  *Journal of Clinical Child Psychology, 28*(2), 197–210. https://doi.org/10.1207/s15374424jccp2802_7

Kuttler, A. F., La Greca, A. M., & Prinstein. M. J.  (1999).  Friendship qualities and social-emotional functioning of adolescents with close, cross-sex friendships.  *Journal of Research on Adolescence, 9(3),* 339–366. https://doi.org/10.1207/s15327795jra0903_5

Zakriski, A. L., Seifer, R., Sheldrick, R. C., Prinstein, M. J., Dickstein, S, & Sameroff, A.  (1999).  Child-focused versus school-focused sociometrics: A challenge for the applied researcher.  *Journal of Applied Developmental Psychology*, 20(3), 481–499. https://doi.org/10.1016/S0193-3973(99)00021-0

## 1996

Prinstein, M.J., La Greca, A.M., Vernberg, E.M., & Silverman, W.K. (1996).  Children's coping assistance: How parents, teachers, and friends help children cope after a natural disaster.  *Journal of Clinical Child Psychology, 25(4),* 463–475. https://doi.org/10.1207/s15374424jccp2504_11

La Greca, A.M., Silverman, W.K., Vernberg, E.M., & Prinstein, M.J. (1996).  Symptoms of posttraumatic stress in children following Hurricane Andrew: A prospective study.  *Journal of Consulting and Clinical Psychology, 64*(4), 712–723. https://doi.org/10.1037//0022-006x.64.4.712

Vernberg, E.M., La Greca, A.M., Silverman, W.K., & Prinstein, M.J. (1996).  Prediction of posttraumatic stress symptoms in children after Hurricane Andrew.  *Journal of Abnormal Psychology, 105*(2), 237–248. https://doi.org/10.1037//0021-843x.105.2.237

**Books, Chapters, Encyclopedias, Textbooks**

**Trade (Mass Market) Books**

†Prinstein, M. (2017). *Popular: The power of likability in a status-obsessed world*.  Viking/Penguin.
Softcover (2018): *Popular: Finding happiness and success in a world that cares too much about the wrong kinds of relationships*.  Viking/Penguin.
†Translated into 7 languages, sold in over 150 countries.

Getz, L. & Prinstein, M.J. (2022).  *Like ability: The truth about popularity*.  Magination Press.

**Textbooks**

Abramowitz, J.A., Prinstein, M.J., & Trull, T. (2022).  *Clinical psychology: A scientific, multicultural, and life-span perspective* (9th Edition).  Macmillan Press.

Jewell, J.D., Axelrod, M.I., Prinstein, M.J., Hupp, S. (2019).  *Great myths of adolescence*. Wiley.

Trull, T. & Prinstein, M.J. (2012).  *Clinical Psychology* (8th Edition).  Wadsworth Publishing.

**Encyclopedia Series**

†* Brown, B.B & Prinstein, M.J. (2011).  *Encyclopedia of Adolescence* (Editors in Chief: B.B. Brown and M.J. Prinstein).  London: Elsevier.
*Volume 1: Normative Processes in Individual Development.*
*Volume 2: Interpersonal and Sociocultural Factors*
*Volume 3: Psychopathology and Non-normative Processes*

†Winner:  2011 PROSE Award, Multivolume Reference/Humanities & Social Sciences, The American Publishers Awards for Professional and Scholarly Excellence.
*Selected as an Outstanding Academic Title (2012) for CHOICE, American Library Association.

Halpern-Fisher, B. (2023).  *Encyclopedia of Child and Adolescent Health*, Elsevier.  Section Editor for Volume 3, Social and Environmental Influences.

**Edited Books**

Nesi, J., Telzer, E.H., & Prinstein, M.J. (Eds.). (2022). *Handbook of adolescent digital media use and mental health.* Cambridge, England: Cambridge University Press.

Youngstrom, E.A., Prinstein, M.J., Mash, E.J, & Barkley, R.A. (2020).  *Assessment of disorders in childhood and adolescence*, New York: Guilford

Prinstein, M.J., Youngstrom, E.A., Mash, E.J, & Barkley, R.A. (2019).  *Treatment of disorders in childhood and adolescence*, New York: Guilford

Prinstein, M.J. (2017).  *Future work in clinical child and adolescent psychology. A research agenda*. New York: Routledge.

Prinstein, M. J. & Dodge, K. A. (2008).  *Understanding peer influence in children and adolescents*. New York: Guilford.

**Chapters**

Prinstein, M. J., & *Field, N. H. (2023). Peer relationships across development. In Halpern-Fisher, B, (Ed.), *Encyclopedia of Child and Adolescent Health* (pp. 1–3). Oxford: Elsevier.

Do, K.T., Prinstein, M.J., & Telzer, E.H. (in press). Neurobiological susceptibility to peer influence in adolescence. In K.C. Kadosh (Ed) *The handbook of developmental cognitive neuroscience*. Oxford University Press.

*Miller, A. B., **Massing-Schaffer, M., *Owens, S., & Prinstein, M. J. (in press). Non-suicidal self-injury among children and adolescents. In T.H. Ollendick, W.W. White, & B.A White (Eds.). *The oxford handbook of clinical child and adolescent psychology*. Oxford University Press.

Prinstein, M.J., Rancourt, D., Adelman, C.B., Ahlich, E., Smith, J., Guerry, J.D. (2018). Peer status and psychopathology. In W. Bukowski, B. Laursen, & K. H. Rubin (Eds.), *Handbook of peer interactions, relationships, and groups, Second Edition*. New York: Guilford.

Prinstein M. J. & *Giletta, M. (2016). Peer relations and developmental psychopathology. In D. Cicchetti, (Ed.), *Developmental Psychopathology*, Third Edition (Volume 1, pp. 527-579). Hoboken, NJ: Wiley.

*Choukas-Bradley, S. & Prinstein, M.J. (2014). Peer relationships and the development of psychopathology. In M. Lewis & K. D. Rudolph (Eds.), *Handbook of Developmental Psychopathology*, Third Edition, New York: Springer.

*Heilbron, N., *Franklin, J. C., *Guerry, J. D., & Prinstein, M.J. (2014). Social and ecological approaches to suicidal behaviors and nonsuicidal self-injury (NSSI). In M. K. Nock (Ed.)., *Oxford Handbook of Suicide and Self-Injury*. Oxford University Press, New York: NY.

Sterba, S. K., Christ, S. L., Prinstein, M. J., & Nock, M. K. (2011). Beyond treating complex sampling designs as simple random samples: Data analysis and reporting. In A. T. Panter, S. K. Sterba, A. T. Panter, S. K. Sterba (Eds.) , *Handbook of ethics in quantitative methodology* (pp. 267-291). New York, NY US: Routledge/Taylor & Francis Group.

*Guerry, J.D., Reilly, N.N., & Prinstein, M.J. (2010). Suicide risk and self-injury. In G.P. Koocher & A.M. La Greca (Eds.) *Emotional first aid for parents: Helping children and adolescents cope with predictable life crises*. New York: Oxford University Press.

*Browne, C. B., Prinstein, M. J., & *Heilbron, N. (2009). Peer status. In I. B. Weiner & W. E. Craighead (Eds.), *Corsini encyclopedia of psychology* (4th ed., pp. 1181-1183). Hoboken, NJ: John Wiley & Sons.

Prinstein, M.J., *Heilbron, N., *Browne, C.B., *Guerry, J.D., & *Franklin, J.C. (2009). Peer relations. In R. Ingram (Ed.), *The International Encyclopedia of Depression*. New York: Springer.

Prinstein, M. J., *Guerry, J. D., *Browne, C. B., & *Rancourt, D. (2009). Interpersonal models of nonsuicidal self-injury. In M. K. Nock (Ed.), *Non-suicidal self-injury: Current science and practice*. Washington, DC: American Psychological Association

Prinstein, M. J. *Rancourt, D., *Guerry, J. D., & *Browne, C. B. (2009).  Peer reputations and psychological adjustment.  In K. H. Rubin, W. Bukowski, & B. Laursen (Eds.), *Handbook of peer interactions, relationships, and  groups*.  New York: Guilford.

Prinstein, M. J. & Dodge, K. A. (2008).  Current issues in peer influence research.  In M. J. Prinstein & K. A. Dodge (Eds.), *Understanding peer influence in children and adolescents*.  New York: Guilford.

Lloyd-Richardson, E. E., Nock, M. K. & Prinstein, M. K. (2008). Functions of adolescent non-suicidal self-injury. In M. K. Nixon & N. Heath (Eds.), *Self-injury in youth: Essential guide to assessment and intervention*.  New York: Routledge.

Prinstein, M.J. (2003).  Social factors: Peer relationships.  In A. Spirito & J. C. Overholser (Eds.), *Evaluating and treating adolescent suicide attempters: From research to practice*.  New York: Academic Press.

Prinstein, M. J. (2002).  Cliques.  In N. J. Salkind (Ed.), *Child Development*.  New York:  Macmillan.

La Greca, A. M. & Prinstein, M. J. (2002).  Hurricanes and earthquakes.  In A. M. La Greca, W. K. Silverman, E. M. Vernberg, and M. C. Roberts (Eds.),  *Helping children cope with disasters and terrorism.*  Washington, DC:  APA Books.

La Greca, A. M. & Prinstein, M. J. (1999).  Peer group.  In W. K. Silverman & T. H. Ollendick (Eds.), *Developmental issues in the clinical treatment of children and adolescents*.  New York: Wiley.

La Greca, A. M., Vernberg, E. M., Silverman, W. K., Vogel, A. L., & Prinstein, M. J.  (1995).  *Helping children*.  Japanese translation of: Helping children prepare for and cope with natural disasters:  A manual for professionals working with elementary school children.  Published by: Asahi, Tokyo, Japan.

La Greca, A.M., Vernberg, E.M., Silverman, W.K., Vogel, A.L., & Prinstein, M.J. (1994).  *Helping children prepare for and cope with natural disasters: A manual for professionals working with elementary school children*.  Miami, FL: Author.

## SAMPLE INVITED ADDRESSES

**Keynote/Plenary Addresses, Grand Rounds, Invited Academic Colloquia, Community Addresses**

*US Senate Testimony, Committee on Health, Education, Labor, and Pensions*
Mental Health and Substance Use Disorders: Responding to the Growing Crisis*, Witness, Written and Oral Testimony*

*US Senate Testimony, Judiciary Committee*
Protecting Our Children Online*, Witness, Written and Oral Testimony*

*US Congressional Briefings*
Advancing Basic Research to Inform the Science of Suicide, *Invited Speaker*
Staff Briefing on Kids Online Safety, *Invited Speaker*

*VT House Committee on Commerce and Economic Development*
Adolescent Social Media*, Witness, Written and Oral Testimony*

*Aspen Ideas Festival*
Teens and Screens: The Unabating Scourge of Social Media

*World Economic Forum, Davos Switzerland, Human Change House*
Adolescent Social Media, various panels

*Conferences*
Association for Psychological Science, *Invited Speaker*
Kettil Bruun Society for Social and Epidemiological Research on Alcohol Conference
National Conference in Clinical Child and Adolescent Psychology
Society of Research on Adolescence, *Invited Addresses*
G. Stanley Hall Lecture, American Psychological Association, Society for the Teaching of
Psychology

*Agencies*
National Institute of Mental Health
National Research Council, Institute of Medicine of the National Academies, Board of
Children, Youth, and Families, Committee on the Science of Adolescence,
Washington, DC

*Universities*
Keynotes and Distinguished Lectures
Brown University School of Medicine, Bradley Hospital, *Grand Rounds Speaker*
Columbia University, Department of Psychiatry, *Brickell Keynote Award Speaker*
Duke University, *Salzberg Distinguished Lecture*
Nationwide Children's, *Distinguished Colloquium Speaker*
Kent State University, *Distinguished Colloquium Speaker*
University of Illinois in Champaign-Urbana, *Distinguished University Lecture*

Department Colloquia
Connecticut College, Department of Psychology
Duke University, Department of Psychology
Harvard Medical School, Massachusetts General Hospital
Miami University, Department of Psychology
New York University, Department of Psychiatry
North Dakota State University, Colloquium Speaker
Ohio Wesleyan University, Department of Psychology
Radboud Universiteit Nijmegen, Netherlands, Behavioural Science Institute
Stonybrook University
Temple University
University of Alabama, Birmingham, Department of Psychology
University of British Columbia, Department of Psychology

University of Buffalo, Department of Psychology
University of Miami, Department of Psychology
University of North Carolina at Greensboro, Department of Psychology
University of Virginia, Department of Psychology
Vanderbilt University, Department of Psychology
Youth-NEX, The UVa Center to Promote Effective Youth Development
West Virginia University, Department of Psychology
Yale University, Consultation Center

Community Events
TEDx, UNC
TEDx, Reno
Harvard-Westlake High School, Los Angeles, CA
Oakwood High School, Hollywood, CA
Norwood School, Bethesda, MD
New Trier High School, Winnetka, Illinois
Beacon High School, Evanston, Chicago
Family Action Network, Chicago, Illinois
Jordan High School, Durham, NC
Triangle Day School, Durham. NC
Duke Talent Identification Program, Durham, NC
Hanger Hall School for Girls, Asheville, NC
Friends of the Chapel Hill Public Library, Chapel Hill, NC
East Chapel Hill Rotary Club, Chapel Hill, NC
Morehead-Cain Alumni Weekend, Chapel Hill, NC
Teen Science Café, Morehead Planetarium, Chapel Hill, NC
Barnes and Noble, Durham, NC
Quail Ridge Books, Raleigh, NC

Corporate Events
National Association of Chief Executive Officers
Loyalty Expo 360, Orlando FL, *Keynote Address*
John Locke Foundation, Raleigh, NC
Various corporate forums

**SELECTED CONFERENCE PRESENTATIONS**

Tsai, Y. H., Dai, J., Lindquist, K. A., Prinstein, M. J., Crone, E. A., Burnell, K., Telzer, E. H. (2024, September). Exploring adolescents' perceived loneliness and self-peer and self-parent neural similarity: A three-wave longitudinal study. Flux Congress, Baltimore, MD.

Field, N., Nick, E. A., Massing-Schaffer, M., Fox, K. A., Nesi, J., & Prinstein, M. J. (2024, April). High and low levels of adolescent peer status are associated longitudinally with socioevaluative concern. Society for Research on Adolescence, Chicago, IL.

Fox, K.A., Maheux, A.J, Burnell, K., Nesi, J., Nick, E., Telzer, E. H., & Prinstein, M.J. (2024) Adolescents' motivations to use social media and affective experiences. In A. Tuck (chair), *Social media use and adolescent emotions: integrating individual differences and specific experiences*. Society for Research on Adolescence (SRA), Chicago, IL.

Tsai, Y. H., Maheux, A. J., Bauer, D. J., Dai, J., Crone, E. A., Lindquist, K. A., Prinstein, M. J., & Telzer, E. H. (2024, April). *Do peers and family matter as much over time? Tracing the trajectories of peer and family identity during adolescence*. Society for Research on Adolescence, Chicago, IL.

Capella J., Jorgensen, N.A., Field, N., Feldman M, Bonar A, Prinstein M.J., Lindquist K.A., & Telzer E.H. (2024, April).  Longitudinal relations between adolescents' social network positions and neural sensitivity to social rewards. Society for Research in Adolescence, Chicago, IL.

Bellassai, J.J., Burnell, K., Lindquist K., Prinstein, M.J., & Telzer, E.H. (2024, April). *Navigating the digital landscape: The interplay of social media experiences, empathy, and gender among adolescents*. Society for Research on Adolescence, Chicago, IL.

Slocum, A.S., Burnell, K., Lindquist K., Prinstein, M.J., & Telzer, E.H. (2024, April). *Bidirectional influences of both positive and negative social media experiences and alexithymia in adolescents*. Society for Research on Adolescence, Chicago, IL.

Albani, S., Burnell, K., Prinstein, M.J., & Telzer, E.H. (2024, April). *Hourly level associations between the motivations of social media use and affect amongst adolescents*. Society for Research on Adolescence, Chicago, IL.

Field, N., Nick, E. A., Massing-Schaffer, M., Fox, K. A., Nesi, J., & Prinstein, M. J. (2024, April). High and low levels of adolescent peer status are associated longitudinally with socioevaluative concern. In C. Bagwell (Chair), *Flash-talks on peer status*.  Society for Research on Adolescence, Chicago, IL.

Field, N., Burnell, K., Lindquist, K., Telzer, E., Prinstein, M.J. (2024, April). Peer socialization of substance use in a daily diary study: The moderating role of peer-status. In N. Field (Chair), *Peer influence and peer-status: Points of intersection*. Society for Research on Adolescence, Chicago, IL.

Jack, D. B., Capella, J., Dai, J., Trekels, J., Maza, M. T., Tsai, R. Y., Baldelli, A., Lindquist, K. A., Prinstein, M. J., & Telzer, E. H. (2024, April). Society for Research on Adolescence, Chicago, IL.

Flesch, J., Garrett, S., Lindquist, K., Prinstein, M., & Telzer, E. (2024, April). Linking instagram direct messages with adolescent social development. Society for Research on Adolescence, Chicago, IL.

Pollak, O.H., Cheek, S.M., Rudolph, K.D., Hastings, P.D., Nock, M.K. & Prinstein, M.J. (2023, November). Social problem-solving and suicidal behavior in adolescent girls: A prospective examination of proximal and distal social stress-related risk factors. In O. Pollak (Chair), *Using real-time, objective, and performance-based methods to advance understanding of interpersonal risk factors for suicidal thoughts and behaviors*. Association for Behavioral and Cognitive Therapies, Seattle, WA.

Pollak, O.H., Kwon, S.J., Jorgensen, N., Lindquist, K.A., Telzer, E.H., & Prinstein, M.J. (2023, April). Neural reactivity to social punishment and risk for nonsuicidal self-injury in

adolescents. In O. Pollak and M. Clayton (chairs), *Neurobiology, inflammatory processes, and risk for self-injurious thoughts and behaviors in adolescence*. Paper presented at the annual Suicide Research Symposium (virtual).

Clayton, M.G., Cole, S.W., Giletta, M., Hastings, P.D., Nock, M.K., Rudolph, K.D., Slavich, G.M., & Prinstein, M.J. (2023, April). Proinflammatory gene expression and prospective risk for adolescent suicidal thoughts and behaviors. In M.G. Clayton and O.H. Pollak (Chairs), *Neurobiology, inflammatory processes, and risk for self-injurious thoughts and behaviors in adolescence*. Suicide Research Symposium, Virtual.

Fox, K.A., Nick, E., Nesi, J., Telzer, E.H., & Prinstein, M.J. (April 2023) Entrapped by digital availability expectations: Gender moderates prospective associations with general health and friendship quality. In K.A. Fox (chair), *Beyond screen time: Understanding impacts of social media on adolescent development using new theories and sophisticated methods*. Society for Research on Adolescence (SRA), San Diego, CA.

Nick, E., Haag., A., Nelson, B.W., Garrett, S.L, Fox, K.A., Telzer, E.H., & Prinstein, M.J. (March 2023) *Describing adolescents' objectively-measured daily smartphone use and thoughts about social media.* In S.L. Garrett (chair), *Adolescents' Cultural Contexts and Competencies across Digital Landscapes*. Society for Research on Child Development (SRCD), Salt Lake City, UT.

Garrett, S., Armstrong-Carter, E., Prinstein, M., & Telzer, E.H. (2023, April). Examining differences in the momentary links between adolescents' digital media use and social connectedness. Society for Research in Adolescence Annual Meeting, San Diego, CA.

Xu, A., Nick, E., Telzer, E.H., & Prinstein, M.J. (2023, April). Friendships on- and off-line: the effect that posting on instagram has on friendship quality. Society for Research on Adolescence Biannual Meeting, San Diego, CA.

Netschytailo, H., Duell, N., Prinstein, M. J., & Telzer, E. H. (2023, April). Resiliency and the Behavioral Effects of Household Adversity. Society for Research on Adolescence Biannual Meeting, San Diego, CA.

Field, N., Prinstein, M.J. (2023, April). *Reconciling multiple sources of influence: longitudinal associations among parent, closest friend, and popular peer injunctive norms and adolescent substance use*. In (N. Field, Chair), Adolescent Peer Relations and Developmental Outcomes: Addressing Critical Understudied Areas. Society for Research on Adolescence, San Diego CA.

Garrett, S., Albani, S., Burnell, K., Armstrong-Carter, E., Prinstein, M., & Telzer, E.H. (2023, March). Examining the bidirectional momentary links between adolescents' objectively-measured smartphone use and momentary affect. Society for Research in Child Development Biannual Meeting, Salt Lake City, Utah.

Shipkova, M., Capella, J., Bonar, A., Feldman, M. J., Field, N., Lewis, K., Prinstein, M., Telzer, E. H., & Lindquist, K. A. (2023, March). The roles of emotion regulation and reactivity in adolescent friendship stability. Society for Affective Science, Long Beach, CA

Dai, J., Kwon, S., Prinstein M.J., Telzer, E.H., & Lindquist, K.A. (2023, March). Neural similarity for self and peer predicts adolescents' risk taking and peer influence. Society for Research in Child Development Biannual Meeting, Salt Lake City, Utah.

Field, N., Balkind, E., Burnell, K., Feldman, M., Fox, K., Nick, E., Lindquist, K., Telzer, E.H, & Prinstein, M (2023, March). Popularity, but not likeability, as a risk factor for low empathy: A longitudinal examination of within- and between-person associations between peer status and empathy. Society for Research in Child Development Biannual Meeting, Salt Lake City, Utah.

Field, N., Prinstein, M (2023). *Reconciling multiple sources of influence: longitudinal associations among parent, closest friend, and popular peer injunctive norms and adolescent substance use*. Flash Talk, Society for Research in Child Development.

Capella, J., Feldman, M., Bonar, A., Field, N., Lewis, K., Prinstein, M.J., Lindquist, K.A., & Telzer, E.H. (2023, March). Neural similarity during experiences of emotion is linked to proximity within adolescent peer networks. Society for Research in Child Development Biannual Meeting, Salt Lake City, Utah.

Burnell, K., Field, N., Telzer, E. H, & Prinstein, M. J. (2023, March). Sociometric status and digital status seeking as predictors of COVID-era offline and online behaviors. Society for Research in Child Development Biannual Meeting, Salt Lake City, Utah.

Dai, J., Jorgensen, N.A., Duell, N., Capella, J., Maza, M.T., Kwon, S., Prinstein M.J., Lindquist, K.A., & Telzer, E.H. (2023, March). Neural tracking of social hierarchies in adolescents' real-world social networks. Society for Research in Child Development Biannual Meeting, Salt Lake City, Utah.

Flannery, J.S., Burnell, K., Kwon, S., Jorgensen, N.A., Prinstein, M.J., Lindquist, K.A., & Telzer, E.H. (2023, March) Developmental changes in social reward brain responsivity linked with addiction-like social media use two years later. Society for Research in Child Development Biannual Meeting, Salt Lake City, Utah.

Kwon, S., Flannery, J.E., Turpyn, C.C., Prinstein M.J., Lindquist, K.A., & Telzer, E.H. (2023, March). Behavioral and neural trajectories of risk taking for peer and parent in adolescence. Society for Research in Child Development Biannual Meeting, Salt Lake City, Utah.

Garrett, S., Armstrong-Carter, E., Xu, A., Prinstein, M., & Telzer, E.H. (2023, March). Digital Familism: Individual differences in how adolescents' digital interactions with family relate to their momentary affect. Society for Research in Child Development Biannual Meeting, Salt Lake City, Utah.

Maza, M.T., Fox, K.A., Kwon, S., Flannery, J.E., Lindquist, K.A., Prinstein, M.J., Telzer, E.H. (2022, September). Habitual checking behaviors on social media relate to longitudinal functional brain development. Flux Congress Annual Meeting. Paris, France.

Fox, K.A., Nick, E., Nesi, J., & Prinstein, M.J. (November 2022). *Digital stress among adolescents: longitudinal associations between entrapment, depressive symptoms, and*

*friendship quality.* Paper presented as part of a symposium in S. Boyd (chair), *Developmental considerations when evaluating the relationship between social media use and positive and negative affect in teens*. Association for Behavioral and Cognitive Therapies (ABCT), New York, NY.

Do, K.T., Sharp, P.B., Lindquist, K.A., Prinstein, M.J., & Telzer, E.H. (2022, March). Peer status adaptively incentivizes cognitive control deployment in early adolescence. Talk presented at the Society for Research on Adolescence Biennial Meeting, New Orleans, LA.

Turpyn, C.C., Jorgensen, N.A., Prinstein, M.J., Lindquist, K.A., & Telzer, E.H. (2021, April). Susceptibility to family context in predicting adolescent externalizing behaviors: Moderation by social motivational neural sensitivity. Paper presented at Society for Research in Child Development Biennial Meeting, Virtual Conference.

Canter, B., Hart, J., Clayton, M.G., Prinstein, M.J., Solomon, S., & Mann-Rosan, R. (2021, May). *Flourishing as a potential mitigator against suicidal and nonsuicidal self-injury.* Association for Psychological Science, Virtual.

Flannery, J.E., Kwon, S., Jorgensen, N., Nelson, B., Turpyn, C.C., Duell, N., Lindquist, K., Prinstein, M., Telzer E.H. (2021, April) Covariation in Adolescent Social Behavior and Mood Following COVID-19 Social Restriction: Moderators of Neural Sensitivity. Paper presented at the Society for Research in Child Development Biennial Meeting, Virtual Conference.

Silverman, A.L., Werntz, A., Schofield, C., Prinstein, M.J., McKay, D., & Teachman, B.A. (2023, April). Randomized controlled trial evaluating the effectiveness of a direct-to-consumer marketing video for evidence-based mental health care. Anxiety and Depression Association of America, Washington, DC.

Kwon, S., Prinstein M.J., Lindquist, K.A., & Telzer, E.H. (2022, September). Neurodevelopmental changes in friendship stability and adaptive risk taking for best friend in adolescence. Poster presented at the Flux Congress Annual Meeting, Paris, France.

Bonar, A.S., Feldman, M.J., Capella, J., Nick, E.A., Field, N.H., Drummond, T.H., Lewis, K. Prinstein, M.J., Telzer E.H., & Lindquist, K.A (2022, September). Does adolescents' neural reactivity to affective images predict their social network centrality? Poster presented at the Flux Congress Annual Meeting, Paris, France.

Flannery, J.S., Kwon, S., Jorgensen, N.A., Prinstein M.J., Lindquist, K.A., & Telzer, E.H. (2022, September). Developmental changes in ventral medial prefrontal cortex social reward responsivity linked with social media addiction two years later. Poster presented at the Flux Congress Annual Meeting, Paris, France.

Capella, J., Feldman, M.J., Bonar, A.S., Dai, J., Nick, E., Field, N.H., Lewis, K., Prinstein, M.J., Kindquist, K.A., & Telzer, E.H. (2022, September). Neural similarity in representation of positive images in the ventral medial prefrontal cortex is linked to social network proximity in adolescence. Poster presented at the Flux Congress Annual Meeting. Paris, France.

Flannery J.S., Jorgensen N.A., Kwon S.J., Prinstein M.J., Telzer E.H., & Lindquist K.A., (2022, April).  Developmental changes in social reinforcement responsivity across adolescence linked with drug use. Society for Affective Science.

Maza, M.T., Kwon, S., Jorgensen, N.A., Capella, J., Prinstein, M.J. Lindquist, K.A., & Telzer, E.H. (2021, September). Neurobiological sensitivity to popularity moderates individual differences between social media use and affect. Poster presented at the Flux Society for Developmental Cognitive Neuroscience Annual Meeting, Virtual Conference.

Capella, J., Jorgensen, N.A., Kwon, S., Maza, M.T., Prinstein, M.J. Lindquist, K.A., & Telzer, E.H. (2021, September). Neural sensitivity to popularity predicts risk-taking and prosocial behavior in adolescence. Poster presented at the Flux Society for Developmental Cognitive Neuroscience Annual Meeting, Virtual Conference.

Do, K.T., Prinstein, M.J., Lindquist, K.A., & Telzer, E.H. (2021, September). Adolescents' internalization of parent and peer risk attitudes: A longitudinal fMRI study. Poster presented at the Flux Society for Developmental Cognitive Neuroscience Annual Meeting, Virtual Conference.

Kwon, S., Flannery, J.E., Turpyn, C.C., Prinstein M.J., Lindquist, K.A., & Telzer, E.H. (2021, September). Longitudinal behavioral and neural trajectories of vicarious risk taking for parent and peer across adolescence. Poster presented at the Flux Society for Developmental Cognitive Neuroscience Annual Meeting, Virtual Conference.

Flannery, J.E., Jorgensen, N.A., Turpyn, C., Kwon, S., Prinstein, M.J., Lindquist, K.A., & Telzer, E.H. (2021, September) Whole brain longitudinal changes in adolescent social reward and punishment processing. Poster presented at the Flux Society for Developmental Cognitive Neuroscience Annual Meeting (virtual).

Maza, M. T., Kwon, S., Jorgensen, N. A., Capella, J., Prinstein, M. J. Lindquist, K. A., & Telzer, E. H. (2021, September). Neurobiological sensitivity to popularity moderates individual differences between social media use and affect. Virtual Flux Congress.

Do, K.T., Prinstein, M.J., Lindquist, K.A., & Telzer, E.H. (2021, April). Developmental changes in the intrinsic value of learning parent and peer risk norms in adolescence. Poster presented at the Society for Research in Child Development Biennial Meeting, Virtual Conference.

Jorgensen, N.A., Duell, N., Prinstein, M.J., Lindquist, K.A., & Telzer, E.H. (2021, April). Neural sensitivity to social status and adolescent social functioning. Poster to be presented at the meeting of the Social & Affective Neuroscience Society, Virtual Conference.

Pollak, O.H., Telzer, E.H., Lindquist, K.A., & Prinstein, M.J. (2021, October). Elevated social stress and maladaptive psychological responses to stress characterize adolescents at risk for future onset of suicidal ideation and nonsuicidal self-injurious behaviors. IASR/AFSP International Summit on Suicide Research

Bibby, E.S., Widman, L., Turpyn, C., Choukas-Bradley, S., Nesi, J., Prinstein, M.J., & Telzer, E.H. (2021, February). A multi-wave assessment of race, ethnic, and gender differences in

adolescents' sexual communication with parents, peers, and partners. Poster presented at the Annual Convention: Society of Personality and Social Psychology, Virtual Conference

Jorgensen, N.A., McCormick, E.M., Lindquist, K.A., Prinstein, M. J., & Telzer, E. H. (2020, October). The culture of socioeconomic status and social reward and threat processing in adolescence. Poster presented at the meeting of the International Cultural Neuroscience Society, Virtual Conference.

Turpyn, C.C., Jorgensen, N.A., Prinstein, M.J., Lindquist, K.A., & Telzer, E.H. (2020, September). Social neural sensitivity as a susceptibility marker to family context in predicting adolescent externalizing behavior. Poster presented at the annual meeting of Flux: The Society for Developmental Cognitive Neuroscience, Virtual Conference.

Bibby, E.S., Widman, L., Turpyn, C., Telzer, E.H., Nesi, J., Choukas-Bradley, S., & Prinstein, M.J. (2020, November). Let's talk about safe sex: A multi-wave assessment of adolescents' sexual communication with parents and peers. Poster presented at the Annual Convention: Association for Behavioral and Cognitive Therapies, Virtual Conference

Bibby, E.S., Widman, L.,Turpyn, C., Choukas-Bradley, S., Nesi, J., Prinstein, M.J., & Telzer, E.H. (2021, February). A multi-wave assessment of ethnic and gender differences in adolescents' sexual communication with parents, peers, and partners. Society of Personality and Social Psychology.

Fox, K.A., Nick, E.A., Nesi, J., & Prinstein, M.J. (2021, Apr.) *Adolescent engagement in digital status seeking: Developmental antecedents of peer- and self-reported DSS*. SRCD Virtual Biennial Meeting 2021.

Clayton, M.G., Giletta, M., Hastings, P.D., Nock, M.K., Rudolph, K., Slavich, G.M., & Prinstein, M.J. (2021, April). Proinflammatory cytokine reactivity to social stress: A prospective risk factor for adolescent suicide. In M.G. Clayton(Chair), *Stress and stress responses: Social, cultural, and biological links to adolescent suicidality*. Society for Research for Child Development, Virtual.

Clayton, M.G & Prinstein, M.J. (2020, March).  Facial attractiveness in early adolescence: Associations with peer and mental health outcomes. In L.K. Pivnick (Chair), *Adolescent physical appearance and socioemotional well-being*. Society for Research on Adolescence, San Diego, CA.

Fox, K., Nesi, J., Bettis, A.H., Wolff, J., & Prinstein, M.J. (2020, November) *Individual differences in social media use among psychiatrically hospitalized adolescents.*  Association for Behavioral and Cognitive Therapies, Virtual.

Widman, L., Hoyt, C., Prinstein, M. J., & Burnette, J. (2019, November). Randomized trial of a single-session growth mindset intervention for rural adolescents' internalizing and externalizing problems. In J. L. Schleider (Chair), Brief, technology-mediated interventions to expand the reach of cognitive-behavioral therapies. Association for Behavioral and Cognitive Therapies, Atlanta, GA.

Nahman, J. C., Prinstein, M. J., Okonjo, A. N., Iweala, O. I., Iweala, O. W. (2019, November). Suicidality and interpersonal violence in underrepresented populations: A study of co-occurrence within a population of young Nigerian women. Association for Behavioral and Cognitive Therapies, Atlanta, GA.

Clayton, M. G., Prinstein, M. J. (2019, November). Peer socialization of nonsuicidal self-injury (NSSI): Moderators of the association between peer group NSSI and future self-injurious behavior. Association for Behavioral and Cognitive Therapies, Atlanta, GA.

Long, T. L., Clayton, M. G., Telzer, E. H., Lindquist, K. A., Prinstein, M. J. (2019, November). Examining prospective associations among alexithymia and adolescents' self-injurious thoughts and behaviors. Association for Behavioral and Cognitive Therapies, Atlanta, GA.

Owens, S.A., Lieberman, L., Prinstein, M.J., & Eisenlohr-Moul, T.A. (2019, October). Perimenstrual exacerbation of ongoing suicidal ideation. IASR/ASFP International Summit on Suicide Research, Miami, FL.

Long, T.L., Wiglesworth, A., Lindquist, K.A., Telzer, E.H., & Prinstein, M.J. (2019, October). Risks for suicidal thoughts and behaviors differ for pre- vs. post-pubertal youth. IASR/ASFP International Summit on Suicide Research, Miami, FL.

Wiglesworth, A., Suresky, R., Telzer, E.H., Lindquist, K.A., & Prinstein, M.J. (2019, October). Longitudinal associations among relational victimization, expressive suppression, and adolescent suicidal ideation. IASR/ASFP International Summit on Suicide Research, Miami, FL.

┼Nahman, J., Ngozi Okonjo, A., Warigbo Iweala, O., Iweala, O., & Prinstein, M.J. (2019, October). Interpersonal violence, beliefs about violence, and suicidality among young nigerian women. IASR/ASFP International Summit on Suicide Research, Miami, FL.
┼ Best Poster Award

Clayton, M.G. & Prinstein, M.J. (2019, October). Peer socialization of self-injurious thoughts and behaviors (SITBs): moderators and reciprocity of the associations between peer group sitb and future self-injurious behavior. IASR/ASFP International Summit on Suicide Research, Miami, FL.

Stewart, J. L., Spivey, L. A., Widman, L., Choukas-Bradley, S., & Prinstein, M. J. (2019, November). Developmental patterns of sexual identity, romantic attraction, and sexual behavior among adolescents over three years. Society for the Scientific Study of Sexuality, Denver, CO.

Jorgensen, N. A., McCormick, E. M., Lindquist, K. A., Prinstein, M. J., & Telzer, E. H. (2019, August). Socioeconomic culture and social threat and reward processing in adolescence. Annual Flux Congress Meeting, New York, NY.

Prinstein, M. J., Sheppard, C. S., Nesi, J., Calhoun, C. D. (2019, March), Childhood peer rejection and physical health in middle adulthood: A worldwide study of recollections. In J. Allen (Chair), The connection effect: Adolescent peer relations predict long-term physical, mental and romantic life outcomes. Society for Research in Child Development, Baltimore, MD.

Han, S., Giletta, M., McTernan, M. L., Helm, J., Rudolph, K. D., Nock, M. K., Hastings, P. D., & Prinstein, M. J. (2019, March). Asymmetric adrenocortical-parasympathetic reactivity to social stress in adolescent girls endorsing nonsuicidal self-injury. Society for Research in Child Development, Baltimore, MD.

Wiglesworth, A. & Prinstein, M.J. (2018, November). Correlates of suicidal behavior among Native Americans: an understudied, but high-risk group for self-injury. Association of Behavioral and Cognitive Therapies, Washington, DC.

Fischer, M., Baucom, D.H., Weber, D.M., Nock, M.K., Rudolph, K.D., Hastings, K.D., & Prinstein, M.J. (2018, November). Reassurance seeking, friendship quality, emotional reactivity among at-risk adolescents with psychopathology.  Association of Behavioral and Cognitive Therapies, Washington, DC.

Miller, A.B., Eisenlohr-Moul, T., Glenn, C., Turner, B., Nock, M.K., Rudolph, K.D., Hastings, P.D., & Prinstein, M.J. (2018, November). Do people self-injure when they exceed a stress threshold? Three studies. In K. James & A. Tsypes (Co-Chairs), Using cutting-edge approaches to advance our understanding and treatment of self-harming thoughts and behaviors. Association of Behavioral and Cognitive Therapies, Washington, DC, 2018.

Giletta, M., Choukas-Bradley, S., Maes, M., Linthicum, R, Card, N.A., & Prinstein, M.J. (2018, September). When and to what extent do peers influence youth behavior?  A review and meta-analysis of peer influence effects in childhood and adolescence. In Schultz, S. (Chair), Meta-analytic approaches to social relationships and interactions in adolescence. Symposium accepted at the European Association for Research on Adolescence, Gent, Belgium.

Wiglesworth, A. & Prinstein, M.J. (2018, June). *Exploring the relationship between suicide ideation, planning, and attempts in an epidemiological sample of Native American youth*. Annual Convention of American Indian Psychologists, Logan, UT.

Eisenlohr-Moul, T., Prinstein, M.J., Rubinow, D., Young, S., Walsh, E., Bowers, S., & Girdler, S. (2018, May). Ovarian steroid withdrawal underlies perimenstrual worsening of suicidality: evidence from a crossover steroid stabilization trial. *Society of Biological Psychiatry*, New York, NY.

Booker, W.L., Giletta, M., Miller, A.B., Spivey, L.A., & Prinstein, M.J. (2018, April). *Longitudinal associations between peer victimization and nonsuicidal self-injury: The moderating role of implicit attitudes.*  Biennial Meeting of the Society for Research on Adolescence, Minneapolis, MN.

Clayton, M.G, Giletta, M., & Prinstein, M.J. (2018, April).  Peer socialization of depressogenic social-behaviors: A developmental risk factor for adolescent depression.  In C. Müller (Chair), *Peer processes and internalizing behaviors in adolescence*.  Biennial Meeting of the Society for Research on Adolescence, Minneapolis, MN.

Massing-Schaffer, M., Giletta, M., Helms, S., Hastings, P.D., Slavich, G.M., Nock, M.K., Rudolph, K.D., & Prinstein, M.J. (2018, April). *Associations among relational victimization, targeted rejection, and suicidality in adolescents: A prospective study.*  Biennial Meeting of the Society for Research on Adolescence, Minneapolis, MN.

Miller, A.B., Eisenlohr-Moul, T.A., Giletta, M., Hastings, P.D., Rudolph, K.D., Nock, M.K., & Prinstein, M.J. (2018, April).  Blunted cortisol response to psychosocial stress in adolescent females prospectively predicts suicide attempts during peer stress.  In M. Brendgen (Chair,), *New insights into the link between stress and developmental trajectories of depression and suicidal ideation during adolescence*.  Biennial Meeting of the Society for Research on Adolescence, Minneapolis, MN.

Owens, S.A., Massing-Schaffer, M., Bauer, D.J., & Prinstein, M.J. (2018, April).  *Multiple sources of influence: Adolescents' evolving perceptions of parents, peers, and populars' health risk behavior attitudes.*  Biennial Meeting of the Society for Research on Adolescence, Minneapolis, MN.

Spivey, L. A., & Prinstein, M. J. (2017, November). *Adolescent gender nonconformity associated with longitudinal declines in health.* Association for Behavioral and Cognitive Therapies Annual Convention, San Diego, CA.

Booker, W. L., Spivey, L. A., & Prinstein, M. J. (2017, November). C*orrelates of non-suicidal self-injury within lesbian, gay, bisexual, questioning youth: The moderating role of gender conformity.* Association for Behavioral and Cognitive Therapies, San Diego, CA.

Clayton, M. G., & Prinstein, M. J. (2017, November).  *Developmental predictors of adolescents' excessive reassurance-seeking: Findings from a multi-wave longitudinal study.*  Association for Behavioral and Cognitive Therapies, San Diego, CA.

Miller, A. B**.**, Munier, E., Machlin, L., McLaughlin, K. A., Prinstein, M. J. & Sheridan, M. (2017, September). *The effects of a targeted interpersonal rejection on emotion regulation in typically developing girls: A pilot study*. FLUX: The International Society for Integrative Developmental Cognitive Neuroscience.

Machlin, L., Miller, A.B., Munier, E., Prinstein, M.J., Sheridan, M.A. (2017, September). *Behavioral and neural correlates of social evaluation in adolescent girls*. Flux Annual Congress, Portland Oregon.

Spivey, L.A., Prinstein, M. J., & Huebner, D. M. (2017, August). *Longitudinal Changes in Depressive Symptoms Among Sexual Minority Youth: The Role of Discordant Sexual Attractions, Experiences, and Identity.* American Psychological Association Annual Convention, Washington, D.C.

Widman, L., Stewart, J. L., Choukas-Bradley, S., Nesi, J., & Prinstein, M. J. (2017, July). Having "the talk": A multi-wave assessment of parent-adolescent sexual communication. International Association of Sex Research. Charleston, SC.

Clarkson, T., Kang, E., Lerner, M.D., Jarcho, J.M., & Prinstein, M.J. (2017, May) *A meta-analysis of the RDoC Social Processing domain across units of analysis*. *Journal of Clinical Child and Adolescent Psychology (JCCAP) Future Directions Forum*. College Park, MD.

Giletta, M., Slavich, G.M., Rudolph, K.D., Hastings, P.D., Nock, M.K., & Prinstein, M.J. (2017, April).  Peer victimization, cognitive vulnerability, and inflammatory reactivity to acute

stress among high-risk adolescent females.  In M. Brendgen & W. Troop-Gordon (Co-chairs), *Physiological and cognitive factors in the link between peer-related stress and psychopathology.*  Society for Research on Child Development, Austin, TX.

Lee-Nakayama, B., Linthicum, K., Boettiger, C.A., Miller, A.B., & Prinstein, M.J. (2017, April).  *Sustained inhibitory control as a prospective predictor of health risk behaviors among adolescents.*  Society for Research on Child Development, Austin, TX.

Han, G., Giletta, M., Helm, J., Nock, M.K., Rudolph, K.D., Prinstein, M.J., & Hastings, P.D. (2017, April).  Distinct biomarkers differentiating prior history of and prospective risk for non-suicidal self-injury in adolescent girls.  In L.A. Holterman (Chair), *Multisystem physiological stress reactivity and psychopathology of adolescence and emerging adulthood.*  Society for Research on Child Development, Austin, TX.

Clayton, M.G., Giletta, M., & Prinstein, M.J. (2017, April). *Depression in a peer context: Reciprocal, longitudinal transactions betweeen friendship stress and adolescent depression.*  Society for Research on Child Development, Austin, TX.

Choukas-Bradley, S. & Prinstein, M.J. (2017, April).  Examining the roles of perceived peer norms and gender in early adolescents' numbers of sexual partners over time.  In D. van de Bongardt (Chair), *Early Adolescent Sexual Development in Peer Contexts: Longitudinal Studies on Networks, Norms, and Mechanisms.*  Society for Research on Child Development, Austin, TX.

Nesi, J., Miller, A.B., & Prinstein, M.J. (2017, April).  Depressive symptoms associated with adolescents' maladaptive technology-based interpersonal behaviors: A multi-wave study.  In K. Kochel & C. Bagwell (Co-chairs), *Applying symptoms-driven models of depression to the study of peer relationship adversity.*  Society for Research on Child Development, Austin, TX.

Linthicum, K., Miller, A.B., Rudolph, K.D., Hastings, P.D., Nock, M.K., Giletta, M., & Prinstein, M.J. (2017, April).  *Stress across the pubertal transition: Longitudinal implications for girls' self-injurious behavior.*  Society for Research on Child Development, Austin, TX.

Miller, A.B. Eisenhour-Moul, T., Nock, M.K., Rudolph, K.D., Hastings, P.D., Prinstein, M.J. (2016, October).  Associations among suicidal ideation, suicide attempts, HPA-axis Reactivity and childhood adversity: A longitudinal examination.  In A.B. Miller & B.J. Turner (Co-chairs), *Examining the link between childhood adversity and youth psychopathology from a cognitive* science and transdiagnostic approach: Moving from "who" to "how" and "why".  Association for Behavioral and Cognitive Therapies, New York, NY.

Prinstein, M.J. Slavich, G., Giletta, M., Helms, S.W., Rudolph, K.D., Nock, M.K., Hastings, P.D. (2016, October).  Social stress, epigenetics, puberty, and depression: Longitudinal findings among adolescent girls.  In B.A. McArthur & L.B. Alloy (Co-chairs), *Stress, inflammation, and coping in relation to depression.*  Association for Behavioral and Cognitive Therapies, New York, NY.

Owens, S. A., Hastings, P.D., Rudolph, K.D., Helms, S.W., & Prinstein, M.J. (2016, October). *Acute HPA axis response to social stress longitudinally predicts adolescent girls' depressive*

*symptoms: The moderating role of subjective stress responses.* Association for Behavioral and Cognitive Therapies, New York, NY.

Nesi, J. Widman, L., Choukas-Bradley, S., & Prinstein, M.J. (2016, March). *Technology-based communication and the development of interpersonal competencies within adolescent romantic relationships.* Society for Research on Adolescence, Baltimore, MD.

Ogunkeye, J., Nesi, J.L., & Prinstein, M.J. (2016, March). *Peer accusations of "acting white": Longitudinal effects on minority adolescents' ethnic identity and depressive symptoms.* Society for Research on Adolescence, Baltimore, MD.

Widman, L.M., Golin, C., Prinstein, M.J., (2016, March). An eHealth approach to adolescent HIV/STD Prevention: Program development, formative research, and some critical lessons learned. In T. Scull (Chair), *Sexual health in the digital world: Developing and evaluating eHealth and media-based interventions for youth.* Society for Research on Adolescence, Baltimore, MD.

Calhoun, C.D., Helms, S.W., Rudolph, K.D., Hastings, P.D., Prinstein, M.J. (2016, March). Depressive symptoms and acute HPA axis stress regulation in the context of adolescent girls' friendships. In R. Salk (Chair), *Gender and psychopathology in adolescence.* Society for Research on Adolescence, Baltimore, MD.

Nesi, J.L., Giletta, M., Choukas-Bradley, S.C., Cohen, G.L., & Prinstein, M.J. (2016, March). Adolescents' conformity to high status peers predicts increased self-esteem. In M.J. Prinstein (Chair), *Peer influence: Why do adolescents conform and who is most susceptible*? Society for Research on Adolescence, Baltimore, MD.

Choukas-Bradley, S.C., Giletta, M., Cohen, G.L., & Prinstein, M.J. (2016, March). An experimental investigation of prosocial peer influence. In M.J. Prinstein (Chair), *Peer influence: Why do adolescents conform and who is most susceptible*? Society for Research on Adolescence, Baltimore, MD.

Prinstein, M.J. (2015, August). Development of a resource to provide information about evidence-based treatment approaches for children. In M. McCabe (Chair), *The role of technology in disseminating psychology.* American Psychological Association, Toronto, ON.

Prinstein, M.J., Giletta, M., Rudolph, K.D., Hastings, P.D., Slavich, G.M., & Nock, M.K. (2015, October). Physiological and genomic markers of negative valence systems (loss) as prospective predictors of adolescent girls' suicidal ideation and attempts. In H. Garriock (Chair), *Integrating RDoC concepts in studies of developmental trajectories of adolescent suicide risk.* IASR / AFSP International Summit on Suicide Research, New York.

Henry, T., Gates, K., & Prinstein, M.J. (2015, May). Analyzing heterogeneity in network structure. Association of Psychological Science, New York, NY.

Helms, S.W., Christon, L., Dellon, E., & Prinstein, M.J. (2015, April). Patient and provider perspectives on communication about body image within an integrated care team for cystic fibrosis. Society of Pediatric Psychology Annual Conference, San Diego, CA.

Giletta, M., Hastings, P.D., Bauer, D., Nock, M.K., & Prinstein, M.J. (2015, April). Suicide ideation among high-risk adolescent females: The interplay between parasympathetic regulation and

friendship support.  In A. Rose (Chair), *Friendships and emotional adjustment*.  Society for Research on Child Development, Philadelphia, PA.

Sheppard, C.S., Prinstein, M.J. Shuqiao, Xiongzhao, Z., Abela, J.R.Z. (2015, April).  Cross-cultural comparison of peer status correlates in adolescence.  In D. French (Chair), *Is "popularity" universal? Cross-cultural examinations of popularity among peers.*  Society for Research on Child Development, Philadelphia, PA.

Giletta, M., Slavich, G.M., Rudolph, K.D., Hastings, P.D., Nock, M.K., Helms, S.W., Prinstein, M.J. (2015, April).  Social stress-induced inflammatory responses moderate the effect of interpersonal life stress on depression in adolescence.  In M. Giletta (Chair), *Interpersonal stress and adolescent internalizing psychopathology: The role of neurobiological regulation*.  Society for Research on Child Development, Philadelphia, PA.

Vanhalst, J., Gibb, B.E., & Prinstein, M.J. (2015, April).  *Lonely adolescents exhibit heightened sensitivity for facial cues of emotion*.  Society for Research on Child Development, Philadelphia, PA.

Mandubata, I. & Prinstein, M.J. (2015, April).  *Longitudinal associations among subtle and blatant discrimination, ethnicity, and suicide ideation in ethnic minority adolescents*.  Society for Research on Child Development, Philadelphia, PA.

Osborne, M.R. & Prinstein, M.J. (2015, April).  *Reciprocal associations among peer likeability, popularity, and academic achievement: The role of adolescents' ethnicity*.  Society for Research on Child Development, Philadelphia, PA.

Widman, L., Choukas-Bradley, S., & Prinstein, M. J. (2014, November). Adolescents' susceptibility to peer influence on sexual risk behavior: An experimental approach.  National Center for AIDS Research Symposium, Providence, Rhode Island.

Prinstein, M.J., Giletta, M. Rudolph, K., Hastings, P.D., Nock, M.K. (2014, November). Longitudinal prediction of adolescent girls' suicide attempts: Psychophysiological stress responses and interpersonal stress.  In M.J. Prinstein, (Chair), *Measuring and predicting suicidal behavior:  New directions and innovative methods*.  Association of Behavioral and Cognitive Therapies, Philadelphia, PA.

Sheppard, C. S., Giletta, M., & Prinstein, M. J. (2014, November). Only some victimized adolescents experience negative affect: The role of chronicity and cognitions. In L. Rubenstein, (Chair). *Peer victimization and depression during adolescence: Understanding pathways to vulnerability*. Association of Behavioral and Cognitive Therapies, Philadelphia, Pennsylvania.

Nesi, J., Widman, L., Choukas-Bradley, S., Prinstein, M.J. (2014, April). Safe sext: Adolescents' use of technology to communicate about sexual health with dating partners. In J.Y. Berkley-Patton & L.M. Quintiliani (Chairs), Sexual Health and Risk Behaviors. Society of Behavioral Medicine, Philadelphia, PA.

Choukas-Bradley, S., Widman, L., & Prinstein, M. J. (2014, March). Injunctive and descriptive social norms as prospective predictors of early adolescents' noncoital and coital sexual behaviors.  In S. Choukas-Bradley (Chair), *Messages early adolescents receive about sex:*

*Parent, peer, and media influences on sexual intentions and behavior.* Society for Research on Adolescence, Austin, TX.

Widman, L., Choukas-Bradley, S., Helms, S., & Prinstein, M. J. (2014, March). Developmental predictors of early adolescent sexual communication with parents and partners over one year. In S. Choukas-Bradley (Chair), *Messages early adolescents receive about sex: Parent, peer, and media influences on sexual intentions and behavior.* Society for Research on Adolescence, Austin, TX.

Helms, S., Calhoun, C., Giletta, M., Prinstein, M.J. (2014, March). Social aggression and friendship quality in adolescent female dyads: An observational, multi-wave study of depressive symptoms. In R. Schwartz-Mette (Chair), *Adolescent friendships and psychopathology: Influences of relationship quality and interpersonal behavior.* Society for Research on Adolescence, Austin, TX.

Giletta, M., Choukas-Bradley, S., Prinstein, M. J. (2014, March). Popularity as a prospective predictor of alcohol use occurrence and frequency in an ethnically diverse adolescent sample. In M. Giletta (Chair), *Popularity puts adolescents at risk? Factors That exacerbate and underlie the effects of popularity on maladaptive behaviors.* Society for Research on Adolescence, Austin, TX.

Stein, G.L., Supple, A., Prinstein, M.J. (2014, March). Trajectories of depressive symptoms and discrimination: Ethnic identity, attributional Style and emotion regulation as predictors. In G. Livas Stein (Chair), *A longitudinal examination of discrimination in African American, Asian American and Latino adolescents.* Society for Research on Adolescence, Austin, TX.

Nesi, J., Prinstein, M. J. (2014, March). *Technology-based mediators of the relationship between frequent technology use and depressive symptoms.* Society for Research on Adolescence, Austin, TX.

Sheppard, C., Giletta, M., Prinstein, M.J. (2014, March). Using latent class trajectories to demonstrate the importance of multi-wave assessment of peer victimization. In C. Sheppard (Chair), *Peer victimization is a multi-wave construct: Risk factors and outcomes associated with adolescent chronic victimization.* Society for Research on Adolescence, Austin, TX.

Helms, S. W., Dellon, E. P., & Prinstein, M. J. (2014, March). *Body perceptions and body desires in cystic fibrosis: Associations with adolescent- and parent-reported quality of life and health status indices.* Society of Pediatric Psychology Annual Conference, Philadelphia, PA.

Brumley, L. D., Guerry, W. B., Rancourt, D., Danzi, B. A., & Prinstein, M. J. (2014, March). *Fat talk between friends: A qualitative analysis of adolescent girls' dyadic communication about body and weight.* Society of Pediatric Psychology Annual Conference, Philadelphia, PA.

Feurer, C., Helms, S.W., Rudolph, K.D., Prinstein, M.J. (2014, March). *Accuracy of interpersonal stress appraisals: relationships between mother and adolescent daughter depression.* Anxiety and Depression Association of America, Chicago, IL.

Giletta, M., Calhoun, C.D., Hastings, P.D., Rudolph, K.D., Nock, M.K., & Prinstein, M.J. (2013, November). Hypothalamic-pituitary-adrenal axis response to stress as a predictor of suicidal ideation during adolescence. In R.P. Auerbach & M.K. Nock (Chairs), *New Directions in the*

*Understanding, Prediction, and Treatment of Suicidal Behaviors.* Association for Behavioral and Cognitive Therapies, Nashville, TN.

Sheppard, C.S., Giletta, M., & Prinstein, M.J. (2013, November). *Using latent class trajectories to examine chronic and sporadic peer victimization experiences: Implications for depression and health risk outcomes.* Association for Behavioral and Cognitive Therapies, Nashville, TN.

Nesi, J., Bardone-Cone, A., & Prinstein, M.J. (2013, November). *Ideal body size, self-ideal body size discrepancy, and longitudinal associations with depression in an ethnically diverse sample of adolescent girls and boys*. Association for Behavioral and Cognitive Therapies, Nashville, TN.

Gallagher, M., Prinstein, M.J., Simon, V., & Spirito, A. (2013, November). *Loneliness as a mediator of the longitudinal relationship between adolescent peer victimization and suicidal ideation*. Association for Behavioral and Cognitive Therapies, Nashville, TN.

Puzia, M., Lee, K., Franklin, J.C., & Prinstein, M.J. (2013, November). *Implicit and explicit affect towards self-injury stimuli predict future engagement in nonsuicidal self-injury.* Association for Behavioral and Cognitive Therapies, Nashville, TN.

Helms, S. W., Prinstein, M. J., & Dellon, E. P. (2013, October). *Body image and disordered eating among adolescents with cystic fibrosis*. North American Cystic Fibrosis Conference, Salt Lake City, UT.

Helms, S. W., Prinstein, M. J., & Dellon, E. P. (2013, October). *Adolescents with cystic fibrosis: Health risk behaviors and perceptions of peers*. North American Cystic Fibrosis Conference, Salt Lake City, UT.

Choukas-Bradley, S.C., Cohen, G.L., and Prinstein, M.J. (2013, April). Adolescent factors that moderate susceptibility to experimentally-manipulated social norms of popular peers. In M. Sandstrom (Chair), *Power, popularity, and persuasion: Experimental paradigms for assessing peer conformity in action*. Society for Research in Child Development, Seattle.

Giletta, M., Prinstein, M.J., Barrocas, A., Gibb, B., Abela, J., Hankin, B. (2013, April). Latent trajectories of adolescent non-suicidal self-injury: Examining the role of peer experiences. In M. Giletta (Chair), *Developmental factors related to non-suicidal self-injury from late childhood to young adulthood*. Society for Research in Child Development, Seattle.

Giletta, M., Burk, W.J., & Prinstein, M. J. (2013, April). Applying stochastic actor-based models to examine the co-evolution of adolescent depression and friendship networks. In C. Hafen (Chair), Using nonindependent peer data analyses to understand friendship influence in adolescence. Society for Research in Child Development, Seattle.

Widman, L., Choukas-Bradley, S., Helms, S. W., & Prinstein, M. J. (2013, April). *Sexual communication between early adolescents and their dating partners, parents, and best friends.* Society for Research on Child Development, Seattle.

Dawson, G.C. & Prinstein, M.J. (2013, April). *Spiritual coping moderates longitudinal associations among forms of victimization, adolescent depressive symptoms, and nonsuicidal self-injury.* Society for Research in Child Development, Seattle.

Nesi, J. & Prinstein, M.J. (2013, April). *Do offline adolescent peer relationships still occur? Frequencies, attitudes, and status correlates of technologically-based peer experiences.* Society for Research in Child Development, Seattle.

Sheppard, C.S. & Prinstein, M.J. (2013, April). *Popular adolescents are more likely to misperceive others' alcohol use: Towards a model for explaining peer socialization effects.* Society for Research in Child Development, Seattle.

Spivey, L.A., Poblete, A.T., Gur, S., & Prinstein, M.J. (2013, April). *Adolescent romantic relationships buffers stress effects more than friendship quality: Longitudinal associations with boys' and girls' depressive symptoms.* Society for Research in Child Development, Seattle.

Gallagher, M., Helms, S. W., Prinstein, M. J., & Dellon, E. (2013, April). *Anxiety and depressive symptoms and health-related quality of life among adolescents with cystic fibrosis: A short-term longitudinal pilot study.* National Conference on Pediatric Psychology, New Orleans, LA

Helms, S. W., Prinstein, M. J., & Dellon, E. (2013, April). *Peer victimization, body dissatisfaction, and disordered eating among adolescents with cystic fibrosis: a short-term longitudinal pilot study.* National Conference on Pediatric Psychology, New Orleans, LA

Harris, K. D., & Prinstein, M. J. (2013, January). *Do you know who your friends are?:A longitudinal study of friendship reciprocity.* 14th annual meetings of the *Society for Personality and Social Psychology*, New Orleans, LA

Rancourt, D., & Prinstein, M. J. (2012, November). Potential mechanisms of peer influence on adolescent girls' disordered eating behavior: An experimental design.  In C. Conway (Chair), *Recent advances in peer contagion research: Novel theories and techniques for studying adolescent psychopathology.*  Association for Behavioral and Cognitive Therapies, National Harbor, MD.

Giletta, M., Scholte, R.H.J., Prinstein, M.J., Engels, R.C.M.E., Rabaglietti, E., & Burk, W.J.(2012, November).  Friendship context matters: Examining the domain-specificity of alcohol and depression socialization among adolescents.  In C.C Conway (Chair)., *Recent Advances in Peer Contagion Research: Novel Theories and Techniques for Studying Adolescent Psychopathology.*  Association for Behavioral and Cognitive Therapies, National Harbor, MD.

Franklin, J.C., Puzia, M.E., Lee, K.M., Chung, G., Hanna, E.K., Spring, V.L., & Prinstein, M.J. (2012, November). Pain offset relief and the development (and reversal) of positive associations with nonsuicidal self-injury. In J.C. Franklin (Chair), *Discovering new mechanisms that underlie nonsuicidal self-injury and translating them into effective risk assessments and treatments.* Association for Behavioral and Cognitive Therapies, National Harbor, MD.

Chung, G., Franklin, J.C., Georgeson, A., Hanna, E.K., & Prinstein, M.J. (2012, November). *Implicit and explicit affective attitudes toward death: Implications for suicidal capability.* Association for Behavioral and Cognitive Therapies, National Harbor, MD.

Puzia, M.E., Lee, K.M., Chung. G., Hanna, E.K., Spring, V.L., Franklin, J.C., & Prinstein, M.J. (2012, November). *Implicit and explicit emotional evaluations of nonsuicidal self-injury stimuli*. Association for Behavioral and Cognitive Therapies, National Harbor, MD.

Fox, K. R., Guan, K., & Prinstein, M. J. (2012, November). *Nonsuicidal self-injury longitudinally predicts adolescent suicide ideation and attempts in a diverse community sample.* Association for Behavioral and Cognitive Therapies, National Harbor, MD.

Gallagher, M., Simon, V., Spirito, A., & Prinstein, M.J. *Loneliness and perceived social support as potential mediators of the longitudinal relationship between adolescent social anxiety and suicidal ideation.* Association for Behavioral and Cognitive Therapies, National Harbor, MD.

Calhoun, C. D., Prinstein, M. J., & Hastings, P. (2012, November). *Peer victimization in adolescence: Associations with cortisol responses to an in-vivo social stress task.* Association for Behavioral and Cognitive Therapies, National Harbor, MD.

Zimmerman, R. P., Cataldo, A. M., Wolff, J., Simon, V., Spirito, A., & Prinstein, M. J. (2012, November). *Overt and relational aggression and deviant peer affiliation: Risk factors for substance use among adolescent females.* Association for Behavioral and Cognitive Therapies, National Harbor, MD.

Choukas-Bradley, S.C., Calhoun, C.D., Cohen, G.L., & Prinstein, M.J. (2012, April). Peer influence susceptibility measured with an experimental paradigm: Longitudinal associations with sexual risk behavior. In M. Sandstrom (Chair), Risky business: Popularity and social influence processes in adolescence. Society of Research on Adolescence, Vancouver, BC, Canada.

Giletta, M., Burk, W.J., Scholte, R., Engles, R.C., & Prinstein, M.J. (2012, March). Direct and indirect peer influence of adolescent non-suicidal self-injury: The role of friends' depressive symptoms and impulsivity. Society of Research on Adolescence, Vancouver, BC, Canada.

Guerry, W., Rancourt, D., Danzi, L.E., Chambers, C.L., & Prinstein, M.J. (2012, April). 'Fat talk' among friends: A preliminary study of the influence of weight and appearance talk within adolescent female dyads. in R. Schwartz-Mette (Chair), Observations of friends' conversations: Implications for adolescent adjustment. Society of Research on Adolescence, Vancouver, BC, Canada.

Helms, S., Brennan, S., & Prinstein, M.J. (2012, April). *Relational aggression: How does measurement affect associations with adjustment?* Society of Research on Adolescence, Vancouver, BC, Canada.

Prinstein, M.J., Calhoun, C.D., Franklin, J.C., & Hastings, P.D. (2012, April). Examining stress-reactive HPA-axis response as a mediator of longitudinal associations among negative peer experiences and depressive symptom volatility. In M. Brendgen (Chair)., *The role of friendship in fostering or preventing adolescent internalizing problems: New insights into mediators and moderators*. Society of Research on Adolescence, Vancouver, BC, Canada.

Stein, G.L. & Prinstein, M.J., (2012, February).  Ethnic identity as a buffer against stress in the lives of Latino youth.  SRCD Themed Meeting: Positive Development of Minority Children, Tampa, FL.

Guan, K., Simon, V., Spirito, A., & Prinstein, M.J. (2011, November).  *Longitudinal associations among friendship conflict, intimacy, and suicidal ideation in an adolescent inpatient sample*.  Association for Behavioral and Cognitive Therapies, Toronto, ON, Canada.

Lane, S.T., Franklin, J.C., & Prinstein, M.J. (2011, November).  *General startle reactivity distinguishes between fear and distress symptoms*.  Association for Behavioral and Cognitive Therapies, Toronto, ON, Canada.

Shorkey, S.P., Franklin, J.C., Aaron, R.V., Arthur, M.S., & Prinstein, M.J. (2011, November).  *Explaining increased pain threshold and tolerance in nonsuicidal self-injury*.  Association for Behavioral and Cognitive Therapies, Toronto, ON, Canada.

Franklin, J.C., Aaron, R.V., Shorkey, S.P., Arthur, M.S., Lane, S.T., Puzia, M.E., Murray, C.M., & Prinstein, M.J. (2011, November).  *Placebo regulation and pain relief may partially explain why nonsuicidal self-injury is reinforcing: Experimental and psychophysiological evidence*.  Association for Behavioral and Cognitive Therapies, Toronto, ON, Canada.

Lassiter, A.M., Franklin, J.C., Lane, S.T., Murray, C.T., Shorkey, S.P., Spring, V.S., & Prinstein, M.J. (2011, November).  *Social influence on nonsuicidal self-injury: Experimental evidence*.  Association for Behavioral and Cognitive Therapies, Toronto, ON, Canada.

Cole, D. J., Helms, S. W., Choukas-Bradley, S. C., & Prinstein, M. J. (2011, April).  *Peers strongly reinforce engagement in early sexual behavior, or do they?*  Society of Behavioral Medicine, Washington, D.C.

Choukas-Bradley, S. C., Helms, S. W., Cole, D. J., & Prinstein, M. J. (2011, April).  *Preventing girls' early substance use and sexual intercourse: The role of relational aggression*.  Society of Behavioral Medicine, Washington, D.C.

Choukas-Bradley, S.C., Cole, D.J., Rock, P.F., & Prinstein, M.J.  (2011, April).  *Longitudinal associations between adolescents' peer-perceived popularity and substance use: The moderating role of impulsivity*.  Society of Research on Child Development.  Montreal, Quebec.

Landoll, R.R., Schwartz-Mette, R.A., Rose, A.K., & Prinstein, M.J. (2011, April).  Differential findings for emotional disclosure among adolescent boys and girls: Prospective associations with depressive symptoms.  In L.C. Mathieson (Chair), *Helpful or harmful: How are friendship processes associated with internalizing problems in adolescents?*  Society of Research on Child Development.  Montreal, Quebec.

Rancourt, D. & Prinstein, M.J. (2011, April).  Associations between adolescents' relational aggression and weight-related attitudes and behaviors.  In D.M. Casper & N.A. Card (Co-Chairs),  *Forms of victimization and aggression: Next steps toward synthesis and advanced understanding of associations and outcomes*.  Society of Research on Child Development.  Montreal, Quebec.

Cole, D.J., Choukas-Bradley, S.C., Rock, P.F., Brechwald, W.A. & Prinstein, M.J. (2011, April). *Best friend and romantic partner socialization of adolescent substance use: The role of gender and ethnicity*. Society of Research on Child Development. Montreal, Quebec.

Brechwald, W.A., Choukas-Bradley, S.C., & Prinstein, M.J. (2010, November). Romantic partner effects on adolescents' engagement in weight-related health risk behaviors. In W.A. Brechwald & M.J. Prinstein (Co-Chairs), *Adolescent health risk behaviors in peer and romantic relationship contexts.* Association for Behavioral and Cognitive Therapies, San Francisco, CA.

Choukas-Bradley, S.C., Brechwald, W.A., & Prinstein, M.J. (2010, November). *Social norms and adolescent alcohol use: Associations among binge drinking and peer status trajectories*. Association for Behavioral and Cognitive Therapies, San Francisco, CA.

Cole, D.J., Choukas-Bradley, S.C., & Prinstein, M.J. (2010, November). *Popularity, but not likeability, predicts adolescents' health risk behaviors: Examining substance use and nonsuicidal self-injury*. Association for Behavioral and Cognitive Therapies, San Francisco, CA.

Franklin, J.C., Puzia, M.E., Heilbron, N., & Prinstein, M.J. (2010, November). Prepulse inhibition of acoustic startle as a psychophysiological index of stress. In J. H. Shih & R. P. Auerbach (Co-Chairs), *Stress processes in depression.* Association for Behavioral and Cognitive Therapies, San Francisco, CA.

Lattner, B.E., Brechwald, W.A., & Prinstein, M.J. (2010, November). *Is depression really contagious? Examining adolescent peer influence of externalizing and depressive symptoms simultaneously*. Association for Behavioral and Cognitive Therapies, San Francisco, CA.

Miller, A.B. & Prinstein, M.J. (2010, November). *Peer influence processes involved in binge drinking among first year college students.* Association for Behavioral and Cognitive Therapies, San Francisco, CA.

Shorkey, S.P., Puzia, M.E., Franklin, J.C., Waheton, M.G., Heilbron, N., & Prinstein, M.J. (2010, November). *Low prepulse inhibition is associated with the symptoms of depression and rumination, but not after controlling for anxiety: Implications for prepulse inhibition theory*. Association for Behavioral and Cognitive Therapies, San Francisco, CA.

Choukas-Bradley, S.C. & Prinstein, M.J. (2010, October). *Longitudinal associations among adolescents' substance use, sexual initiation, and popularity*. Kansas Conference in Clinical Child Psychology, Lawrence, KS.

Teunissen, H.A., Spijkerman, R., Prinstein, M.J., Engels, R.C.M.E., & Scholte, R.H.J. (2010, May). *Popular peers and adolescents' drinking attitudes: An experimental chat room study.* Kettil Bruun Society, Lausanne, Switzerland.

Banny, A., Heilbron, N., & Prinstein, M.J. (2010, March). *Dyadic relationally aggressive talk: Associations with positive and negative friendship quality*. Society of Research on Adolescence, Philadelphia, PA.

Rock, P.F., Van Scoyoc, A.E., & Prinstein, M.J. (2010, March).  *Not all best friends are forever: Very best friendship termination in early adolescence*.  Society of Research on Adolescence, Philadelphia, PA.

Van Scoyoc, A.E., Rock, P.F., & Prinstein, M.J. (2010, March).  *Peer status moderates the effect of independent interpersonal stress on adolescents' depression*.  Society of Research on Adolescence, Philadelphia, PA.

Simon, V.A., Aikins, J.W., & Prinstein, M.J. (2010, March).  Selection and socialization effects of romantic partners on young adolescents' behavior problems and substance use.  In M.J. Zimmer-Gembeck & T.A. Kindermann (Co-chairs), *Capturing the romantic context: Diverse aspects, selection, influence and dyadic data*.  Society of Research on Adolescence, Philadelphia, PA.

Brechwald, W., Prinstein, M.J., & Cohen, G.L. (2010, March).  A performance-based measure of peer influence susceptibility to health risk behaviors in adolescent males.  In W. Brechwald & B.B. Brown (Co-chairs), *Multiple methods for studying susceptibility to peer influence: Results from studies of adolescent health risk behaviors*.  Society of Research on Adolescence, Philadelphia, PA.

Rancourt, D., Brechwald, W., & Prinstein, M.J. (2010, March).  Adolescents' perceptions of their peer status: Incremental validity in the longitudinal prediction of depressive symptoms.  In J.G. Parker (Chair), *In the "eye of the beheld": Origins and outcomes associated with accurate and inaccurate self-perceptions of popularity*.  Society of Research on Adolescence, Philadelphia, PA.

Prinstein, M.J. & Calhoun, C.D. (2009, November).  Emotional regulation following an in vivo interpersonal stressor as a longitudinal predictor of adolescent depressive symptoms.  In A.M. La Greca & J. Davila (Co-chairs), *Interpersonal processes contributing to adolescents' internalizing symptoms: Implications for research and intervention*.  Association for Behavioral and Cognitive Therapies, New York, NY.

Franklin, J.C., Hessel, E.T., Aaron, R.V., Arthur, M.S., Brandon, M.L., Hannah, E.K., Heilbron, N., Guerry, J.D., & Prinstein, M.J. (2009, November).  The acquisition and maintenance of non-suicidal self-injury: Psychophysiological support for a cognitive-affective regulation function.  In J.M. Hooley & M.K. Nock (Co-chairs), *New conceptual and methodological approaches to the study of self-injury*.  Association for Behavioral and Cognitive Therapies, New York, NY.

Franklin, J.C., Hanna, E.K. Hessel, E.T., Aaron, R.V., Arthur, M.S., Brandon, M.L., Heilbron, N., Guerry, J.D., & Prinstein, M.J. (2009, November).  *Affect dysregulation is associated with decreased information processing as indexed by prepulse inhibition of acoustic startle.*  Association for Behavioral and Cognitive Therapies, New York, NY.

Aaron, R.V., Arthur, M.S., Franklin, J.C., Hessel, E.T., Brandon, M.L., Hanna, E., Heilbron, N., Guerry, J.D., & Prinstein, M.J. (2009, November).  *Affect dysregulation does not mediate the association between non-suicidal self-injury and pain threshold and tolerance.* Association for Behavioral and Cognitive Therapies, New York, NY.

Hessel, E.T., Franklin, J.C., Aaron, R.V., Arthur, M.S., Brandon, M.L., Hanna, E., Heilbron, N., Guerry, J.D., & Prinstein, M.J. (2009, November).  *Pain threshold and tolerance partially*

*mediate the association between painful and provocative experiences and the acquired capability for suicide*.  Association for Behavioral and Cognitive Therapies, New York, NY.

Browne, C.B & Prinstein, M.J. (2009, November).  *Domain-specific cognitive vulnerability and the development of depressive symptoms among adolescent boys*.  Association for Behavioral and Cognitive Therapies, New York, NY.

Gibson, C.M., Penn, D.L., Prinstein, M.J., Perkins, D.O., & Belger, A. (2009, November).  Development of a theoretically derived rating scheme of social skill in adolescents at genetic risk for psychosis. In C.M. Gibson (Chair), *Social functioning in individuals at risk for schizophrenia*. Association for Behavioral and Cognitive Therapies. New York, NY.

Aaron, R.V., Franklin, J.C., Hessel, E.T., Arthur, M.A., Brandon, M.L., Hanna, E.K., Guerry, J.D., Heilbron, N., & Prinstein, M.J. (2009, June). *Explaining increased pain tolerance in NSSI: Evidence favors opponent processes over stress-induced analgesia*. Poster presented at the meeting of the International Society for the Study of Self-Injury, Long Island, New York.

Franklin, J.C., Hessel, E.T., Aaron, R.V., Arthur, M.S., Brandon, M.L., Hanna, E., Heilbron, N., Guerry, J.D., & Prinstein, M.J. (2009, June). *A psychophysiological investigation into how some individuals may start and continue to engage in non-suicidal self-injury*.  Symposium presented at the meeting of the International Society for the Study of Self-Injury, Long Island, New York.

Franklin, J.C., Hessel, E.T., Aaron, R.V., Arthur, M.S., Brandon, M.L., Hanna, E., & Prinstein, M.J. (2009, May). *The cognitive-affective regulation function of non-suicidal self-injury: Evidence from an experimental paradigm*. American Psychological Society, San Francisco, CA.

Ames, A., Heilbron, N.S., & Prinstein, M.J. (2009, April).  *Do "mean girls" make good friends? Longitudinal associations between relational aggression and positive friendship quality*. Society for Research on Child Development, Denver, CO.

Brechwald, W.A., Rancourt, D., & Prinstein, M.J. (2009, April).  Peer influence oif weight-related behaviors among high-school adolescents.  In H. Xie (Chair), *Processes of peer influence: The role of high status individuals and peer groups*.  Society for Research on Child Development, Denver, CO.

Guerry, J.D., Heilbron, N.S., & Prinstein, M.J. (2009, April).  Adolescent peer victimization, suicidal ideation, and nonsuicidal self-injury: Examining concurrent and longitudinal associations.  In J. Bureau & K. Lyons-Ruth (Co-Chairs), *Relational predictors of self-damaging behavior in adolescence: Multiwave longitudinal analyses*.  Society for Research on Child Development, Denver, CO.

Walline, J.J., Jones, L.A., & Prinstein, M.J., (2009, April).  *Youths' vision correction and self-esteem: Gender differences in a randomized clinical trial examining spectacle and contact lens wearers' self-concept*.  Society for Behavioral Medicine, Montreal, Canada.

Prinstein, M.J., Heilbron, N., Browne, C.B., Franklin, J.C., & Guerry, J.D. (2008, November).  Longitudinal associations between peer victimization and adolescents' suicidal ideation:  The role of cognitive moderators.  In J. Pettit (Chair), *Refining understanding of the relations between stress and suicidal behaviors in adolescence*.  Association for Behavioral and Cognitive Therapies, Orlando, FL.

Calhoun, C.D., Landoll, R.R., & Prinstein, M.J. (2008, November). *Longitudinal outcomes of rejection sensitivity and self-perceptions of social acceptance: The moderating role of teasing within adolescent best friendships*. Association for Behavioral and Cognitive Therapies, Orlando, FL.

Guerry, J. D., Heilbron, N., & Prinstein, M. J.  (2008, November). *Reciprocal, longitudinal associations between adolescent NSSI, suicidality, depression, and interpersonal events*. Association for Behavioral and Cognitive Therapies, Orlando, FL.

Hessel, E.T., Pansini, S.P., Franklin, J.C., Heilbron, N., & Prinstein, M.J. (2008, November). *The concordance of spontaneous blink rates and emotion regulation within adolescent dyads*. Association for Behavioral and Cognitive Therapies, Orlando, Florida.

Landoll, R. R., Calhoun, C. D., & Prinstein, M. J. (2008, Novermber). *Mutual depression: Illuminating how discrepancies in depression symptoms between best friends may deteriorate friendship quality*. Association for Behavioral and Cognitive Therapies, Orlando, FL.

Pansini, S.P., Hessel, E.T., Franklin, J.C., Heilbron, N., & Prinstein, M.J. (2008, November). *Spontaneous blink rate as an index of emotion regulation among adolescents*.  Association for Behavioral and Cognitive Therapies, Orlando, Florida.

Queen, A. H. & Prinstein, M. J. (2008, November).  *Aggressive victims, chronic victims and attributional style:  Aggression moderates the association between adolescents' peer victimization and depressogenic attributions*.  Association for Behavioral and Cognitive Therapies, Orlando, Florida.

Simpson, S. J. & Prinstein, M. J. (2008, November).  *Concurrent and longitudinal associations among weight-related behaviors and non-suicidal self-injury in clinically-referred adolescents*.  Association for Behavioral and Cognitive Therapies, Orlando, Florida.

Sterba, S.K., Prinstein, M.J. & Nock, M. (2008, August). Beyond pretending complex nonrandom samples are simple and random. In Panter, A. T. &  Sterba, S.K. (Co-chairs). *Quantitative methodology viewed through an ethical lens*. American Psychological Association. Boston, MA.

Puri1, R., Russell, C., Simon, V., Spirito, A., & Prinstein, M. J. (2008, May).  Aggression, conduct problems and deviant peer affiliation: Risk factors for adolescent substance use among an inpatient adolescent population.  American Psychological Society, Chicago, IL.

Landoll, R. R. & Prinstein, M. J. (2008, March).  *Excessive reassurance seeking within adolescent close friendships:  Predictive utility of information from the reassurance seekers and providers*.  Society for Research on Adolescence, Chicago, IL.

Prinstein, M. J. (2008, March).  Developmental trends in the associations among adolescents peer acceptance/rejection, peer perceived popularity and alcohol use.  In J. P. Allen (Chair), *Where peer relationships ultimately lead: Longitudinal predictions of social functioning and problem behaviors*.  Society for Research on Adolescence, Chicago, IL.

Prinstein, M. J., Rancourt, D., & Conway, C. C. (2008, March).  Selection and socialization in adolescent peer cliques.  In M. Selfhout & W. J. Burk (Co-Chairs), *Homophily in adolescent*

*friendships: The role of individual and peer group characteristics*.  Society for Research on Adolescence, Chicago, IL.

Rancourt, D. & Prinstein, M. J. (2008, March).  Mechanisms of peer socialization:  Imitation/modeling and social comparison models of adolescent girls' weight-related behaviors.  In D. Rancourt (Chair), *How and why does peer influence occur?: Socialization mechanisms from a developmental perspective*.  Society for Research on Adolescence, Chicago, IL.

Browne, C. B. & Prinstein, M. J. (2007, November).  *Towards a specific vulnerability hypothesis: Examining interpersonally themed stressors and depressive cognitions among clinically-referred adolescent girls*.  Association for Behavioral and Cognitive Therapies, Philadelphia, PA.

Calhoun, C. D. & Prinstein, M. J. (2007, November).  *Cognitive models of comorbidity: Longitudinal associations among attribution biases, adolescent depression and aggression*.  Association for Behavioral and Cognitive Therapies, Philadelphia, PA.

Guerry, J. D. & Prinstein, M. J. (2007, November).  *Longitudinal prediction of nonsuicidal self-injury: Examination of a cognitive vulnerability-stress model*.  Association for Behavioral and Cognitive Therapies, Philadelphia, PA.

Jaconis, M. & Prinstein, M. J. (2007, November).  *Longitudinal associations between adolescent body dissatisfaction and sexual risk behavior*.  Association for Behavioral and Cognitive Therapies, Philadelphia, PA.

Landoll, R. R., VanScoyoc, A., Calhoun, C. D.,  & Prinstein, M. J. (2007, November).  *Examining interpersonal models of adolescent depression using an observational assessment of dyadic peer relations*.  Association for Behavioral and Cognitive Therapies, Philadelphia, PA.

Prinstein, M. J., Guerry, J. D., & Rancourt, D. (2007, November).  Peer contagion of adolescent nonsuicidal self-injury: Support from two longitudinal studies.  In M. J. Prinstein & M. K. Nock (Co-Chairs), *A closer look at functional models of nonsuicidal self-injury*.  Association for Behavioral and Cognitive Therapies, Philadelphia, PA.

Prinstein, M. J., Simon, V., & Spirito, A., (2007, November).  Integrating cognitive and interpersonal models of adolescent depression:  An examination of dependent and independent stressors.  In J. R. Abela & B. L. Hankin (Co-Chairs), *Vulnerability to depression in children and adolescents: Cognitive, interpersonal, emotional regulation*.  Association for Behavioral and Cognitive Therapies, Philadelphia, PA.

Rancourt, D. & Prinstein, M. J. (2007, November).  *Longitudinal, reciprocal associations among adolescents' weight-related behaviors, reputation- and preference-based peer status, and peer victimization*.  Association for Behavioral and Cognitive Therapies, Philadelphia, PA.

Nock, M. K., & Prinstein, M. J. (2007, October).  Real-time assessment of self-injurious thoughts and behaviors. In D. Shaffer (Chair), *Measuring moments of self-harm*.  American Academy of Child and Adolescent Psychiatry. Boston, MA.

Van Scoyoc, A., Heilbron, N. R., Calhoun, C. D., & Prinstein, M. J. (2007, April). *Unfriendly best friendships? Associations Among friends' critical/playful teasing, friendship quality, and adolescent adjustment*. Society for Research on Child Development, Boston, MA.

Rancourt, D., Conway, C. C., & Prinstein, M. J. (2007, April). *Clique influence on adolescent weight-related behaviors*. Society for Research on Child Development, Boston, MA.

Conway, C. C., Rancourt, D., & Prinstein, M. J. (2007, April). *Depression contagion within adolescent peer cliques: The roles of gender and clique centrality*. Society for Research on Child Development, Boston, MA.

Nock, M. K., & Prinstein, M. J. (2006, November). Real-time measurement of self-injurious thoughts and behaviors using electronic diaries. In J. J. Muehlenkamp (Chair), *Understanding non-suicidal self-injury in adolescents from macro- to micro-level*. Association for Behavioral and Cognitive Therapies. Chicago, IL.

Rancourt, D. & Prinstein, M. J. (2006, November). *Peer contagion of adolescent girls' body dissatisfaction and weight-related concerns*. Association for Behavioral and Cognitive Therapies, Chicago, IL.

Prinstein, M. J., Simon, V., & Spirito, A. (2006, September). Interpersonal, longitudinal models of anxiety and depressive symptoms among clinically-referred adolescents. In J. Abela & B. L. Hankin (Co-Chairs), *Methodological advances to the study of vulnerability to depression, anxiety, and/or their comorbidity*. European Association for Behavioural and Cognitive Therapies, Paris, France.

Prinstein, M. J. & Cohen, G. L. (2006, April). A social norm framework for understanding peer contagion effects. In M. J. Prinstein & J. K. Kupersmidt (Co-Chairs), *Processes of adolescent peer contagion*. Society for Research on Adolescence, San Francisco, CA.

Prinstein, M. J., Hilt, L. M., & Heilbron, N. (2006, April). Maladaptive friendship interactions among adolescent girls: Implications for depression. In A. J. Rose & M. J. Prinstein (Co-Chairs), *Maladaptive friendships in adolescence.* Society for Research on Adolescence, San Francisco, CA.

Prinstein, M. J., Simon, V., & Spirito, A. (2005, November). Examining cognitive vulnerability and stress generation theories of depression among clinically-referred adolescents. In J. R. Z. Abela & B. L. Hankin (Co-chairs), *Methodological advances in the study of cognitive and interpersonal vulnerability to depression across the life-span*. Association for Behavior and Cognitive Therapies, Washington, DC.

Prinstein, M. J. (2005, November). Moderators of depression contagion between adolescent best friends. In M. J. Prinstein & B. L. Hankin (Co-chairs), *Depression contagion*. Association for Behavior and Cognitive Therapies, Washington, DC.

Heilbron, N., Ransom, A. R., & Prinstein, M. J. (2005, November). *Is relational aggression psychopathology? Examining adaptive and maladaptive longitudinal correlates.* Association for Behavior and Cognitive Therapies, Washington, DC.

Hilt, L. M., Nock, M. K., & Prinstein, M. J. (2005, November). Longitudinal study of the phenomenology and interpersonal function of non-suicidal self-injury among preadolescents.

In M. K. Nock & E. E. Lloyd-Richardson (Co-chairs), *Why do people hurt themselves? Emerging conceptual and methodological approaches to the study of self-injury.* Association for Behavior and Cognitive Therapies, Washington, DC.

Judge, A. M., Sterba. S. K., Prinstein, M. J., Simon, V., & Spirito, A. (2005, November). *Self-mutilation as a longitudinal predictor of suicidal ideation and attempts among clinically-referred adolescents.* Association for Behavior and Cognitive Therapies, Washington, DC.

Kissel, V. I., Nock, M. K., & Prinstein, M. J. (2005, November). Gender moderated effects of overt and relational peer victimization on the self-injurious behavior of adolescents. Association for Behavior and Cognitive Therapies, Washington, DC.

Sterba, S. K., Prinstein, M. J., Bauer, D. J., & Cox, M. J. (2005, November). *Unpacking heterotypic continuity: Gender and developmental factors differentiating latent trajectories of homotypic versus heterotypic symptoms from 2-11 years.* Association for Behavior and Cognitive Therapies, Washington, DC.

Sterba, S. K., Prinstein, M. J., Bauer, D. J., & Cox, M. J. (2005, November). *Heterogeneity in latent trajectories of internalizing problems across early childhood: Gender divergence over time.* Association for Behavior and Cognitive Therapies, Washington, DC.

Sterba, S. K., Prinstein, M. J. & Cox, M. J. (2005, June). Gender differences in externalizing and internalizing symptom trajectories ages 2-11. In M. J. Prinstein & S. K. Sterba (Co-Chairs), *Course and predictors of youths' internalizing and externalizing symptom trajectories.* International Society for Research on Child and Adolescent Psychopathology. New York, USA.

Prinstein, M. J. & Cohen, G. L. (2005, April). Examining moderators of peer contagion using an experimental paradigm. In M. J. Prinstein (Chair), *Mechanisms and moderators of peer contagion.* Society for Research in Child Development, Atlanta, GA.

Prinstein, M. J. & Vitaro, F. (2005, April). Breakout Session: Deviant peer contagion. *Peer Relations Preconference of the Society for Research in Child Development,* Atlanta, GA.

Simon, V., Kobielsk, S. J., Prinstein, M. J., & Spirito, A. (2005, April). Romantic dissolution, social network quality, and psychological adjustment among clinically referred adolescents. In V. A. Simon & J. Connolly (Co-Chairs), *Dissolution of Romantic Relationships in Adolescence: Processes and Outcomes.* Society for Research in Child Development, Atlanta, GA.

Prinstein, M. J., (2004, November). Peer contagion of depressogenic attributions and longitudinal consequences for adolescent friendship quality: An integrated cognitive-interpersonal model of depression. In M. J. Prinstein, J. R. Z. Abela, and B. L. Hankin (Co-Chairs), *Towards an integration of cognitive and interpersonal theories of depression: A developmental psychopathology perspective.* Association for the Advancement of Behavior Therapy, New Orleans, LA.

Hilt, L. M. & Prinstein, M. J., (2004, November). *Friendship quality as a longitudinal predictor of adolescents' attributional style.* Association for the Advancement of Behavior Therapy, New Orleans, LA.

Nock, M. K., & Prinstein, M. J. (2004, November).  Contextual features and behavioral functions of adolescent self-mutilation. In M. L. Rasmussen & V. M. Follette (Co-Chairs), *Emotional responding and emotion regulation in self-harm.*  Association for Advancement of Behavior Therapy. New Orleans, LA.

Prinstein, M. J. & Wang, S. S. (2004, October).  False consensus and adolescent peer contagion: Examining discrepancies between perceptions and actual reported levels of friends' deviant and health risk behaviors.  In B. Hoza (Chair), *Externalizing behaviors.*  Kansas Conference in Clinical Child and Adolescent Psychology, Lawrence, KS.

Hilt, L. M., Borelli, J. L., Nock, M. K., & Prinstein, M. J. (2004, April). *Interpersonal models of adolescent self-mutilative behavior: A longitudinal study.* National Conference on Child Health Psychology, Charleston, SC.

Borelli, J. L., Hilt, L. M. & Prinstein (2004, April).  *Deviant peer group affiliation as a predictor of adolescent self-harm and suicidality*.  National Conference on Child Health Psychology, Charleston, SC.

Prinstein, M. J. & Cohen, G. L. (2004, March).  Examining associations between popularity and aggression using an experimental paradigm.  In C. L. Bagwell & M. E. Schmidt (Co-Chairs), *Perceived popularity and adolescent adjustment:  A new look at the association between social status and later outcomes*.  Society for Research on Adolescence, Baltimore, MD.

Borelli, J. L. & Prinstein, M. J. (2004, March).  Reciprocal, longitudinal associations between adolescent depression and interpersonal behaviors among peers.  In M. Brendgen and M. J. Prinstein (Co-Chairs), *Emotional roller coaster or smooth sailing? A longitudinal analysis of adolescent depression and peer-related difficulties*.  Society for Research on Adolescence, Baltimore, MD.

Simon, V.A., Aikins, J.W., & Prinstein, M. J. (2004, March).  Birds of a feather date  together: Partner selection and its impact on adjustment during early adolescence.  In V. A Simon & L. S. Hand (Co-Chairs), *The interface of romantic experience and development.* Society for Research on Adolescence, Baltimore, MD.

Kobielski, S., Christman, J., Simon, V. A., & Prinstein, M. J. (2004, March).  *Dating experiences of adolescents with clinical psychopathology: Links to depression and conduct problems*.  Society for Research on Adolescence, Baltimore, MD.

Kobielski, S., Baker, T., Simon, V. A., & Prinstein, M. J. (2004, March).  *Adolescents' dating involvement and psychosocial adjustment:  A comparison of psychiatric and school-based samples*.  Society for Research on Adolescence, Baltimore, MD.

Wang, S. S., Treat, T. A., Brownell, K. D., & Prinstein, M. J. (2004, January).  *Cognitive processing in the classroom: Teacher attention and decision-making in classroom contexts*.  Society for Personality and Social Psychology, Austin, TX.

Borelli, J. L. & Prinstein, M. J.  (2003, November).  *Rejection sensitivity and internalizing distress among adolescents*.  Association for Advancement of Behavior Therapy, Boston, MA.

De Los Reyes, A. & Prinstein, M. J. (2003, November).  *Applying depression-distortion hypotheses to the assessment of peer victimization in adolescents*.  Association for Advancement of Behavior Therapy, Boston, MA.

Stevens, E. A., Prinstein, M. J., Aikins, J. W., Simon, V. A., & Cheah, C. S. L. (2003, November).  *Longitudinal associations between adolescents; and their best friends' depression and depressogenic attributional style*.  Association for Advancement of Behavior Therapy, Boston, MA.

Prinstein, M. J. & Borelli, J. L. (2003, August).  Cognitive-interpersonal models of depression and adolescents' peer relationships.  Invited paper in B. Hoza (Chairs), *Peer relationships and the development of disorder*.  American Psychological Association, Toronto, Canada.

Crowley, M., Norcott, C. T., Stein, R., Simon, V., Spirito, A., & Prinstein, M. J. (2003, August).  *Conduct problem behavior and explanatory style in psychiatrically hospitalized adolescents*.  American Psychological Association, Toronto, Canada.

Prinstein, M. J., Borelli, J. L., Aikins, J. W., Cheah, C. S. L., & Simon, V. A.  (2003, June).  Excessive reassurance seeking, depression, and peer relationships among adolescents.  In M. J. Prinstein & B. L. Hankin (Co-Chairs), *Gender differences in the presentation and predictors of adolescent depression.*  International Society for Research on Child and Adolescent Psychopathology.  Sydney, Australia.

Borelli, J. L., Prinstein, M. J., Simon, V. A., Cheah, C. S. L., & Aikins, J. W. (2003, June).  *Longitudinal examination of depression and negative feedback-seeking in adolescents*.  International Society for Research on Child and Adolescent Psychopathology.  Sydney, Australia.

Prinstein, M. J. & Aikins, J. W. (2003, April).  Cognitive moderators of the longitudinal association between peer rejection and adolescents' depressive symptoms.  In M. J. Prinstein & R. M. Brendgen (Co-Chairs), *Friendship, peer status, and depression: A closer look at theoretical models and functional processes.*  Society for Research in Child Development, Tampa, FL.

David, D. & Prinstein, M. J. (2003, April).  *The evolution of a best friendship: Normative changes in friendship quality and status among preadolescents*.  Society for Research in Child Development, Tampa, FL.

Houshyar, S., Lythcott, S., & Prinstein, M. J. (2003, April).  *Peer status within an African American peer context: Associations with overall peer status and ethnic identity*.  Society for Research in Child Development, Tampa, FL.

Houshyar, S., Wang, S. S., & Prinstein, M. J. (2003, April).  *Associations between adolescent girls' body image and peer status*.  Society for Research in Child Development, Tampa, FL.

Wang, S. S., Prinstein, M. J., & Houshyar, S.  (2003, March). *Body image concerns among adolescents: Similarities among ethnic groups*.  Society for Behavioral Medicine, Salt Lake City, UT.

Prinstein, M. J. & Cillessen, A. H. N. (2002, July).  Forms and functions of aggression associated with high peer status.  Invited paper in T. Vaillancourt & P.C. Rodkin (Co-Chairs), *Functions

*of aggression in children's peer relations*.  International Society for Research on Aggression, Montreal, Canada.

Nock, M. K., & Prinstein, M. J. (2002, April).  *Longitudinal examination of suicide-related phenomena in young adolescents*. Society for Research on Adolescence, New Orleans, LA.

Nock, M. K., Prinstein, M. J., Spirito, A. & Lloyd-Richardson, E. E. (2002, June).  *An analysis of the functions of self-mutilative behavior*. American Psychological Society. New Orleans.

La Greca, A. M., Prinstein, M. J., & Fetter, M.  (2002, August).  *Adolescents' peer relations: Linkages with health risk behaviors.*  Seventh International Congress of Behavioral Medicine, Helsinki, Finland.

Prinstein, M. J. & La Greca, A. M. (2002, April).  Childhood peer rejection and adolescent girls' sexual behavior, substance use, and externalizing behavior:  A six year longitudinal study.  In M. J. Prinstein & C. S. Meade (Co-Chairs), *Peer relationships and adolescent sexual behavior*.  Society for Research on Adolescence, New Orleans, LA.

Meade, C. S., Cohen, G. L., & Prinstein, M. J. (2002, April).  Adolescent risky sexual behavior: The role of social norms based on peer crowd stereotypes and perceptions of best friends' behavior.  In M. J. Prinstein & C. S. Meade (Co-Chairs), *Peer relationships and adolescent sexual behavior*.  Society for Research on Adolescence, New Orleans, LA.

Prinstein, M. J. (2001, November).  Adolescent peer status, cognitions, and social anxiety symptoms.  In M. J. Prinstein (Chair), *Peer relationships, social anxiety, and developmental psychopathology*.  Association for Advancement of Behavior Therapy, Philadelphia, PA.

D'Eramo, K., Freeman, J., Spirito, A., & Prinstein, M. J. (2001, November).  *Psychiatric diagnoses in relation to suicidal behavior among adolescents on an inpatient psychiatric unit*.  Association for Advancement of Behavior Therapy, Philadelphia, PA.

Nock, M. K. & Prinstein, M. J. (2001, November).  *Behavioral treatment of food phobia and vomiting in a four year old boy*.  Association for Advancement of Behavior Therapy, Philadelphia, PA.

Prinstein, M. J., Schweder, A., Lederman, S. A., Weierich, M. R., Anderson, J. (2001. April).  Kindergarten children's interpretations of peer victimization and internalizing adjustment: A depressogenic attribution bias?  In M. J. Prinstein & B. Kochenderfer-Ladd (Co-Chairs), *Children's responses to peer victimization: Moderators of psychological adjustment*.  Society for Research on Child Development, Minneapolis, MN.

Prinstein, M. J. & Cohen, G. L. (2001, April).  Adolescent peer crowd affiliation and overt, relational, and social aggression:  Using aggression to protect one's peer status?  In P. Hawley (Chair), *Aggression and adaptive functioning:  The bright side to bad behavior*.  Society for Research on Child Development, Minneapolis, MN.

Leslie, M. B., Prinstein, M. J., & Cohen, G. L. (2001, April).  *Adolescent substance use and peer sociometric status*.  Florida Conference on Child Health Psychology, Gainesville, FL.

Meade, C. S., Prinstein, M. J., & Cohen, G. L. (2001, April). *Adolescent oral sex: An increasing risk for sexually transmitted disease*. Florida Conference on Child Health Psychology, Gainesville, FL.

Pearce, M. J., Prinstein, M. J., & Boergers, J. (2001, April). *Adolescent obesity, peer victimization, and romantic relationships*. Florida Conference on Child Health Psychology, Gainesville, FL.

Prinstein, M.J., Boergers, J., Spirito, A., & Little, T.D. (2000, November). Cognitive models of peer victimization, interpersonal schema and suicidality in adolescent non-clinical and inpatient samples. In M.K. Nock & M.J. Prinstein (Co-Chairs), *Cognitive risk factors and treatment approaches for suicidal adolescents*. Association for Advancement of Behavior Therapy, New Orleans, LA.

Prinstein, M.J., Boergers, J., & Spirito, A. (2000, August). Overt and relational aggression in adolescents: Implications for internalizing symptoms. In E.M. Vernberg (Chair), *Violence against peers – Developmental inevitability or unacceptable risk*. American Psychological Association, Washington, DC.

Prinstein, M. J. & La Greca, A. M. (1999, November). *Peer crowd affiliation and internalizing distress in children and adolescents: A longitudinal study*. Association for Advancement of Behavior Therapy, Toronto, Canada.

Nock, M., Prinstein, M. J., Spirito, A., Grapentine, W. L., Damiani, D., Richmond, J., & Morin, A. (1999, November). Measuring depression and suicidal behavior in adolescent psychiatric inpatients. In K. J. Ruggerio & C. D. Adams (Chairs), *Issues in the assessment of adolescent emotional and behavioral difficulties*. Association for Advancement Behavior Therapy, Toronto, Canada.

Zakriski, A.L. & Prinstein, M.J. (1999, April). *Peer status in atypical peer groups*. Society for Research in Child Development, Albuquerque, NM.

Prinstein, M.J., Spirito, A., Boergers, J., & Grapentine, W.L. (1999, August). *Peer and family pathways to suicidal ideation among adolescent inpatients*. Society for Community Research and Action, New Haven, CT.

Prinstein, M. J., Boergers, J., Mora, K., Grapentine, W. L., Hollenbeck, J., Richmond, J., & Spirito, A. (1998, November). *Peer functioning as a predictor of suicidal behavior amongst adolescent psychiatric inpatients*. Association for Advancement of Behavior Therapy, Washington, DC.

Boergers, J., Prinstein, M. J., Grapentine, W. L., Mora, K., Hollenbeck, J., Richmond, J., & Spirito, A. (1998, November). *Interpersonal schemas of suicidal adolescents*. Association for Advancement of Behavior Therapy, Washington, DC.

Prinstein, M. J., Spirito, A., Boergers, J., Grapentine, W. L. (1998, October). *Peer and family models of suicidal ideation among adolescent psychiatric inpatients*. Kansas Conference in Clinical Child Psychology, Lawrence, KS.

Prinstein, M. J. & La Greca, A. M. (1998. March). *Adolescents' peer groups and friendships: Are they one and the same?* Society for Research on Adolescence, San Diego, CA.

Prinstein, M. J., Donaldson, D., Danovsky, M., & Spirito, A. (1997, November). *Children's reports of coping efficacy for four life stressors*. Association for Advancement of Behavior Therapy, Miami, FL.

Prinstein, M. J. & La Greca, A. M. (1997, April). *Social competence development: Role of mothers' social management behaviors during children's social contacts*. Biennial meeting of the Society for Research in Child Development, Washington, DC.

Prinstein, M. J. & La Greca, A. M. (1997, April). *Linkages between maternal social competence and mothers' management of their children's social contacts*. Biennial meeting of the Society for Research in Child Development, Washington, DC.

Donaldson, D., Danovsky, M., Prinstein, M. J., & Spirito, A. (1997, March). *Children's patterns of coping with pediatric compared to other types of life stress*. Florida Conference on Child Health Psychology, Gainesville, FL.

Prinstein, M. J. & La Greca, A. M. (1996, November). *Like mother, like child?: Linkages between mothers' and children's social competence*. Annual convention of the Association for the Advancement of Behavior Therapy, New York, NY.

Prinstein, M. J. & La Greca, A. M. (1996, October). *Mothers' psychological functioning and recollections of their own childhood peer experiences as predictors of children's social competence*. Kansas Conference in Clinical Child Psychology, Lawrence, KS.

La Greca, A. M., Lopez, N., Prinstein, M., & Vincent, N. (1996, July). *Assessing social anxiety in adolescents*. 17th International Conference of the Stress and Anxiety Research Society, Graz, Austria.

La Greca, A. M., Silverman, W. K., Vernberg, E. M., & Prinstein, M. J. (1996, July). *A prospective study of posttraumatic stress in children following Hurricane Andrew*. 17th International Conference of the Stress and Anxiety Research Society, Graz, Austria.

Flam, A. H., La Greca, A. M., & Prinstein, M. J. (1996, March). *Adolescents' close friends: Same- versus cross-sex friendships*. Society for Research on Adolescence, Boston, MA.

Prinstein, M. J., Fetter, M. D., & La Greca, A. M. (1996. March). *Can you judge adolescents by the company they keep? Peer group membership, substance use, and risk-taking behavior*. Society for Research on Adolescence, Boston, MA.

Lumpkin, P. W., Prinstein, M. J., La Greca, A. M., & Silverman, W. K. (1995, November). *High and low levels of exposure to hurricane events and symptoms of posttraumatic stress in children over time*. Annual convention of the Association for the Advancement of Behavior Therapy, Washington, DC.

La Greca, A. M., Prinstein, M. J., Vincent, N. R., Fetter, M., Lopez, N. (1995, November). *Peer relations and friendship support as predictors of adolescent girls' adjustment: A prospective study*. Annual convention of the Association for the Advancement of Behavior Therapy, Washington, DC.

La Greca, A. M., Silverman, W. K., Vernberg, E. M., & Prinstein, M. J. (1995, November). *Symptoms of posttraumatic stress in children following Hurricane Andrew: A prospective*

*study*.  Annual convention of the Association for the Advancement of Behavior Therapy, Washington, DC.

Prinstein, M. J. (1995, August).  *Children's coping assistance after a natural disaster*.  Student Research Award Competition Poster Session; American Psychological Association, New York, NY.

Prinstein, M. J. & La Greca, A. M. (1995, April).  *Coping assistance as a factor in children's recovery after Hurricane Andrew*.  Biennial meeting of the Society for Research in Child Development, Indianapolis, IN.

Prinstein, M. J., La Greca, A. M., & Vernberg, E. M. (1994, October).  *Helping children cope following natural disasters: The role of coping assistance from parents, teachers, and friends*.  Kansas Conference in Clinical Child Psychology, Lawrence, KS.

Prinstein, M. J., Vernberg, E. M., La Greca, A. M., Silverman, W. K. (1994, August).  *Types and sources of children's coping assistance after a hurricane*.  American Psychological Association, Los Angeles, CA.

Vincent, N. R., La Greca, A. M., Silverman, W. K., Wasserstein, S. B., & Prinstein, M. J. (1994, August).  *Predicting children's responses to natural disasters: Role of academic achievement*.  American Psychological Association, Los Angeles, CA.

La Greca, A. M., Silverman, W. K., Vernberg, E. M., Vogel, A. L., Prinstein, M. J. (1993, October).  *Identifying children who may be experiencing continued emotional difficulties from Hurricane Andrew*.  Meeting of Dade County Public School Psychologists, Miami, FL.

Vernberg, E. M., La Greca, A. M., Silverman, W. K., & Prinstein, M. J. (1993, August).  Factors influencing psychological distress in children following Hurricane Andrew.  In T.H. Ollendick (Chair), *Children's responses to natural disasters*.  American Psychological Association, Toronto, Canada.

## Workshop, Chaired Symposia, Panel Discussions, and Invited Discussant

*Panelist*, DiMarco, I. D. (Moderator), *Responding to #FakeNews with #RealScience: How to disseminate clinical science to the media*. Association for Behavioral and Cognitive Therapies, Atlanta, GA, 2019.

*Discussant*, B. A. Feinstein, & C.  Chang (Co-Chairs), *Extending suicide research to the most marginalized subgroups of sexual and gender minority individuals*. Association for Behavioral and Cognitive Therapies, Atlanta, GA, 2019.

*Discussant*, K. Zuromski (Chair), *New directions in the treatment of suicidal people*. Association for Behavioral and Cognitive Therapies, Atlanta, GA, 2019.

*Panelist,* Cillessen, A. (Moderator), *Peer socialization: A memorial panel honoring Dr. Thomas Dishion's research and mentorship*. Society for Research in Child Development, Baltimore, MD, 2019.

*Panelist,* Gile Thomas, A. (Moderator), *Methodological challenges and future directions in social influence research*. Society for Research in Child Development, Baltimore, MD, 2019.

*Discussant,* K. James & A. Tsypes (Co-Chairs), *Using cutting-edge approaches to advance our understanding and treatment of self-harming thoughts and behaviors.* Association of Behavioral and Cognitive Therapies, Washington, DC, 2018

J. Jovanovic & M.J. Prinstein (Co-Chairs), *Considering the future of developmental science: A Panel featuring Brown, B.B., Card, N., Exner Cortens, D., Guyer, A.E., Larson, R., Lee, R.M., Lefkowitz, E.S., Manago, A., McLoyd, V., Raffaelli, M., Rose, A., Russell, S., Schulenberg, J., & Toomey, R.B.* Biennial Meeting of the Society for Research on Adolescence, Minneapolis, MN, 2018.

*Panelist*, K. Bentley and S. Victor (Co-Chairs), *If I knew then what I know now: Best practices in ambulatory assessment of high-risk populations.* Association of Behavioral and Cognitive Therapies, San Diego, CA, 2017

*Panelist*, R.J, Macoby (Chair), *Staying relevant in the "brain age": How to incorporate biological measures and mechanisms to fund your psychosocial research.* Association of Behavioral and Cognitive Therapies, New York, NY, 2016

*Discussant,* T. Chou (Chair), *Is being on the net all net gain? Examining negative effects of Internet exposure and social media on youth internalizing problems.* Association of Behavioral and Cognitive Therapies, Chicago, IL, 2015

*Discussant*, E.M. Kleinman & A.B. Miller (Co-Chairs), *Understanding suicidal and nonsuicidal self-injury among adolescents and emerging adults: Recent innovations and future directions.* Association of Behavioral and Cognitive Therapies, Chicago, IL, 2015

*Discussant*, D. Schwartz (Chair), *Social comparison and depression during the adolescent years. Society for Research on Child Development*, Philadelphia, PA, 2015

*Discussant*, D. Findley-Van Nostrand (Chair), *Peer adversity and adolescent social motivation: New perspectives, cross-cultural evidence.* Society for Research on Child Development, Philadelphia, PA, 2015.

Panelist, J.M. Ostrov (Chair), *Advances and future directions in the study of peer relations across development: Key questions in theory and translation.* Society for Research on Child Development, Philadelphia, PA, 2015.

Prinstein, M.J. (2014, November). *Measuring and predicting suicidal behavior: New directions and innovative methods.* Association of Behavioral and Cognitive Therapies, Philadelphia, PA.

*Discussant in* T. Ha (Chair). *Peers and the Emergence of Romantic Relationships in Adolescence: Pathways to Normative and Problem Development.* Society for Research on Adolescence, Austin, TX, 2014.

*Discussant* in A. Miller & K. Schaefer (Co-Chairs), *Moving beyond risk factors in the study of adolescent and emerging adult suicidal behavior: Role of mediators and moderators.* Association of Behavioral and Cognitive Therapies, Nashville, TN, 2014.

*Discussant* in M. Giletta (Chair)*, Developmental factors related to non-suicidal self-injury from late childhood to young adulthood.* Society for Research in Child Development, Seattle, 2013.

*Discussant* in J. Vanhalst (Chair)*, Addressing two fundamental issues in loneliness research.* Society for Research in Child Development, Seattle, 2013.

Prinstein, M.J. & Helms, S.W (2013, April). *Ethical challenges (and evidence-based solutions) when youth report self-injurious and health risk behavior in research studies*. Half-day workshop presented at the National Conference in Pediatric Psychology, New Orleans.

*Discussant* in C. Robertson (Chair), *Nonsuicidal self-injury: Who and when?* Association for Behavioral and Cognitive Therapies, National Harbor, MD, 2012.

*Panelist* in J. Whitlock (Chair), *Ethical considerations in engaging vulnerable populations in self-harm research*. Society of Research on Adolescence, Vancouver, BC, Canada, 2012.

*Discussant* in J.K. Dijkstra (Chair), *Moving beyond selection and influence processes in adolescents' social networks: Unraveling the roles of different behaviors, networks, and status*. Society of Research on Adolescence, Vancouver, CA, 2012.

*Discussant* in R. Schwartz-Mette (Chair), *Observations of friends' conversations: Implications for adolescent adjustment*. Society of Research on Adolescence, Vancouver, CA, 2012.

Brechwald, W.A. & Prinstein, M.J. (Co-Chairs), *Adolescent health risk behaviors in peer and romantic relationship contexts*. Association for Behavioral and Cognitive Therapies, San Francisco, CA, 2011.

Prinstein, M.J. (2010, August). *Is it unethical to conduct non-evidence-based practice?* American Psychological Association, San Diego, CA.

*Discussant* in Veed, K. (2010, March). *Novel directions in peer network research*. Society of Research on Adolescence, Philadelphia, PA.

*Discussant* in Landoll, R.R. & Szwedo, D.E. (2010, March). *Who am I in a digital world? Associations between youths' online behavior and offline development*. Society of Research on Adolescence, Philadelphia, PA.

*Discussant* in Benoit, K. E. & Ollendick, T. H. (2009, November). *The role of peer relationships in the psychopathology and treatment of emotional and behavioral disorders in youth*. Association for Behavioral and Cognitive Therapies, New York City, NY.

*Discussant* in Goodwin, N. (2009, April). *Homophily of internalizing problems: Peer selection and socialization during childhood and adolescence*. Society for Research on Child Development, Denver, CO.

*Discussant* in Abela, J. R.Z. (2008, November). *Vulnerability to depression in adolescents: Cognitive, interpersonal, biological, and life-stress approaches.* Association for Behavioral and Cognitive Therapies, Orlando, FL.

Prinstein, M. J. & Nock, M. K. (2007, November). *A closer look at functional models of nonsuicidal self-injury*. Association for Behavioral and Cognitive Therapies, Philadelphia, PA.

Prinstein, M. J. & Kupersmidt, J. K. (2006, April), *Processes of adolescent peer contagion*. Society for Research on Adolescence, San Francisco, CA.

Rose, A. J. & Prinstein, M. J. (2006, April), *Maladaptive friendships in adolescence.* Society for Research on Adolescence, San Francisco, CA.

*Discussant* in Antonishak, J. (2006, April). *Peer groups, crowds, and the socialnNetwork: The longitudinal study of adolescent peer relationships.* Society for Research on Adolescence, San Francisco, CA.

Prinstein, M. J. & Hankin, B. L. (2005, November). *Depression contagion.* Association for Behavior and Cognitive Therapies, Washington, DC.

Prinstein, M. J. & Sterba, S. K. (2005, June). Course and predictors of youths' internalizing and externalizing symptom trajectories. International Society for Research on Child and Adolescent Psychopathology. New York, USA.

*Discussant* in B. L Hankin (2005, April), *Methodological advances in the study of vulnerability to depression in youth.* Society for Research in Child Development, Atlanta, GA.

Prinstein, M. J. (2005, April). *Mechanisms and moderators of peer contagion.* Society for Research in Child Development, Atlanta, GA.

Prinstein, M. J., Abela, J. R. Z., & Hankin, B. L. (2004, November), *Towards an integration of cognitive and interpersonal theories of depression: A developmental psychopathology perspective.* Association for the Advancement of Behavior Therapy, New Orleans, LA.

Brendgen, M. & Prinstein, M. J. (2004, April), *Emotional roller coaster or smooth sailing? A longitudinal analysis of adolescent depression and peer-related difficulties.* Society for Research on Adolescence, Baltimore, MD.

*Discussant* in E. A. Storch & A. E. Grills (2003, November). *Does bullying cause adjustment problems? New findings and future directions.* Association for Advancement of Behavior Therapy, Boston, MA.

Prinstein, M. J. & Hankin, B. L. (2003, June). *Gender differences in the presentation and predictors of adolescent depression* (Co-Chairs). International Society for Research on Child and Adolescent Psychopathology. Sydney, Australia.

Prinstein, M. J. & Brendgen, R. M. (2003, April). *Friendship, peer status, and depression: A closer look at theoretical models and functional* processes (Co-Chairs). Society for Research in Child Development, Tampa, FL.

Prinstein, M. J. & Meade, C. S. (2002, April). *Peer relationships and adolescent sexual behavior* (Co-Chairs). Society for Research on Adolescence, New Orleans, LA.

Prinstein, M. J. (2001, November). *Peer relationships, social anxiety, and developmental psychopathology.* Association for Advancement of Behavior Therapy, Philadelphia, PA.

Silverthorn, P. & Prinstein, M. J. (2001, November). *Panel Discussion: Should developmental psychopathology affect the delivery of empirically supported treatments?* (Co-Chairs) Association for Advancement of Behavior Therapy, Philadelphia, PA.

Prinstein, M.J. & Silverthorn, P. (2001, August).  *Panel Discussion:  Developmental psychopathology influences in clinical child/adolescent research and treatment* (Co-Chairs). American Psychological Association, San Francisco, CA.

Silverthorn, P & Prinstein, M.J. (2001, July).  *Panel Discussion:  Cognitive-behavioral and developmental psychopathology approaches to research and treatment: Compatible, competing, or integrated influences?*  (Co-Chairs)  World Congress of Behavioral and Cognitive Therapies, Vancouver, British Columbia, Canada.

Prinstein, M. J. & Kochenderfer-Ladd, B. (2001, April).  *Children's responses to peer victimization: Moderators of psychological adjustment* (Co-Chairs).  Society for Research on Child Development, Minneapolis, MN.

Nock, M. K. & Prinstein, M. J. (2000, November).  *Cognitive risk factors and treatment approaches for suicidal adolescents* (Co-Chairs).  Association for Advancement of Behavior Therapy, New Orleans, LA.

Prinstein, M.J. & Silverthorn, P. (2000, November).  *Panel Discussion:  Cognitive-behavioral and developmental psychopathology approaches to research and treatment: Compatible, competing, or integrated influences?*  (Co-Chairs) Association for Advancement of Behavior Therapy, New Orleans, LA.

## CONFERENCE COORDINATOR (International/National/Regional)

"Social Media Science Summit" (Co-coordinator with Kaitlyn Burnell, Anne Maheux, and Eva Telzer), Chapel Hill, October 2023

"Chapel Hill Conference on Depression, Bipolar, and Suicidality" (Co-Coordinator with Eric Youngstrom), Chapel Hill, October 2019

"Neuroscience of Youth Depression" (Co-Coordinator with Eric Youngstrom), Chapel Hill, October 2016

"Neuroscience of Youth Depression" (Co-Coordinator with Eric Youngstrom), Chapel Hill, October 2014

"Council of University Directors of Clinical Psychology Midwinter Meeting" Austin, January 2013.

"7th Annual Conference of the International Society for the Study of Self-Injury" Chapel Hill, June 2012.

"Council of University Directors of Clinical Psychology Midwinter Meeting" San Diego, January 2012.

"Conference on Developmental Psychopathology" (Co-Coordinator with John Curry).  Showcase of Developmental Psychopathology Science conducted in the US Southeast.  Sponsored by the Robertson Scholars Program.  February 2008.

"SRCD Peer Relations Preconference" (Co-Coordinator with Richard Fabes and Gary Ladd) Society for Research on Child Development.  March 2007.

"Peer Influence Processes in Youth," (Co-Coordinator with Kenneth A. Dodge)
Duke Series on Child Development and Public Policy Conference, Sponsored by the Center for Child and Family Policy.  October 2006.

"SRA Peer Relations Preconference" (Co-Coordinator with Antonius H. N. Cillessen)
Society for Research on Adolescence.  April 2004

## PROFESSIONAL DEVELOPMENT CONTRIBUTIONS

### Professional Development Publications and Professional Commentaries

**Books**

Prinstein, M. J. (Ed.) (2022).  *The portable mentor: Expert guide to a successful career in psychology. Third Edition*.  Cambridge: Cambridge University Press.

Prinstein, M. J. (Ed.) (2012).  *The portable mentor: Expert guide to a successful career in psychology. Second Edition*.  New York: Springer.

Williams-Nickelson, C., Prinstein, M. J., & Keilin, W. G (2008; 2012, Third Edition ; 2018 Fourth Edition).  *Internships in psychology: The APAGS workbook for writing successful applications and finding the right fit*.  Washington, DC: APA.

Williams-Nickelson, C. & Prinstein, M.J. (Eds.) (2004, First Edition;  2005, Revised; 2007 Second Edition).  *Internships in psychology: The APAGS workbook for writing successful applications and finding the right match*.  Washington, DC: APA.

Prinstein, M. J. & Patterson, M. (Eds.) (2003).  *The portable mentor:  Expert guide to a successful career in psychology*.  New York: Springer/Kluwer Academic/Plenum.

**Papers** (also listed with peer-reviewed publications above)

Calhoun, C.D., Bernard, D.L., Medina, L.D., Behar, E., Smith, A.R., Miller, A.B., Franklin, J.C., Diaz Martinez, A.M., Scarpa, A., Nock, M.K., & Prinstein, M. J. (2021). Considering first-generation status among clinical psychology doctoral students.  *the Behavior Therapist, 44*, 65-74.

Gruber, J., Borelli, J.L., Prinstein, M.J., Clark, L.A., Davila, J., Gee, D.G., Klein, D.N., Levenson, R.W., Mendle, J., Olatunji, B.O., Rose, G.L., Saxbe, D., & Weinstock, L.M, (2020).  Best practices in research mentoring in clinical science. *Journal of Abnormal Psychology, 129*(1), 70–81. https://doi.org/10.1037/abn0000478

Bardone-Cone, A.N., Calhoun, C.D., Fischer, M.S., Gaskin-Wasson, A.L., Jones, S.C.T., Schwartz, S.L. Wise, E.H., and Prinstein, M.J. (2016).  Development and implementation of a diversity training sequence in a clinical psychology doctoral program.  *the Behavior Therapist 39*, 65-75.

Prinstein, M.J., Fox, K.R., Guan, K., Arthur, M.S., & Gur, S. (2012).  Psychologists' and trainees' perceptions of the future of clinical psychology.  *the Behavior Therapist, 35*, 101-106.

Prinstein, M.J. (2011).  Me, Myron Prinstein, and I: A troubling case of confused academic identity. *Ethics & Behavior, 21*, 173-181. https://doi.org/10.1080/10508422.2011.570159

Prinstein, M. J. & Roberts, M. C. (2006). The professional adolescence of Clinical Child and Adolescent Psychology and Pediatric Psychology: Grown up and striving for autonomy. *Clinical Psychology: Science and Practice, 13*, 263-268. https://doi.org/10.1111/j.1468-2850.2006.00035.x

**Chapters**

Calhoun, C.D. & Prinstein, M.J. (2022).  Before you apply to graduate programs in psychology: Knowing when you're ready, and gaining post-baccalaureate experiences.  In M.J. Prinstein (Ed.), The portable mentor: Expert guide to a successful career in psychology. Third Edition. Cambridge: Cambridge University Press.

Prinstein, M.J. (2022).  Deciding to apply and successfully gaining admission to graduate schools in psychology.  In M.J. Prinstein (Ed.), The portable mentor: Expert guide to a successful career in psychology. Third Edition.  Cambridge: Cambridge University Press.

Prinstein, M.J., Fox, K.A., Field, N.H., & Pollak, O.H. (2022).  Your first year of graduate school.  In M.J. Prinstein (Ed.), The portable mentor: Expert guide to a successful career in psychology. Third Edition.  Cambridge: Cambridge University Press.

Calhoun, C.D., Bernard, D.L., Medina, L.D., Behar, E., Smith, A.R., Miller, A.B., Diaz-Martinez, A.M., Scarpa, A., Nock, M.K., & Prinstein, M.J. (2022).  Considerations for first-generation students in graduate school.  In M.J. Prinstein (Ed.), The portable mentor: Expert guide to a successful career in psychology. Third Edition.  Cambridge: Cambridge University Press.

Prinstein, M.J. (2019).  Forward.  In D.J. Bell, S.L. Foster, & J.D. Cone (Eds.), *Dissertations and theses from start to finish: Psychology and related fields, Third Edition*.  Washington, DC: American Psychological Association.

Prinstein, M.J. (2020).  Peers, procedures, and panic: A careless error that offered a lifetime of benefits.  In R. J Sternberg (Ed), *My biggest research mistake: Adventures and misadventures in psychological research*.  Thousand Oaks: Sage.

*Calhoun, C.D. & Prinstein, M.J. (2012).  Before you apply to graduate programs in psychology: Knowing when you're ready, and gaining post-baccalaureate experiences.  In M.J. Prinstein (Ed.), *The portable mentor:  Expert guide to a successful career in psychology. Second Edition*.  New York: Springer.

Prinstein, M.J., *Choukas-Bradley, S. C., & *Guan, K. (2012).  Deciding to apply and successfully gaining admission to graduate schools in psychology.  In M.J. Prinstein (Ed.), *The portable mentor:  Expert guide to a successful career in psychology. Second Edition*.  New York: Springer.

Prinstein, M. J. (2012).  Navigating the internship application process.  In M.J. Prinstein (Ed.), *The portable mentor:  Expert guide to a successful career in psychology. Second Edition*.  New York: Springer.

Prinstein, M. J., Lopez, S. J., & Rasmussen, H. N. (2003).  Navigating the internship application process.  In M. J. Prinstein & M. Patterson (Eds.), *The portable mentor:  Expert guide to a successful career in psychology*.  New York: Kluwer Academic/Plenum.

## Invited Professional Development Presentations

*APAGS Pre-convention workshop on the internship application process.*
> American Psychological Association

| | |
|---|---|
| 2024, Seattle, WA | 2011, Washington, DC |
| 2023, Washington, DC | 2010, San Diego, CA |
| 2022, Minneapolis, MN | 2009, Toronto, Canada |
| 2021, (Remote) | 2008, Boston, MA. |
| 2020, (Remote) | 2007, San Francisco, CA. |
| 2019, Chicago, IL | 2006, New Orleans, LA. |
| 2018, San Francisco, CA | 2005, Washington, DC. |
| 2017, Washington, DC | 2004, Honolulu, HI. |
| 2016, Denver, CO | 2003, Toronto, Canada. |
| 2015, Toronto, Canada | 2002, Chicago, IL. |
| 2014, Washington, DC | 2001, San Francisco, CA. |
| 2013, Honolulu, HI | 2000, Washington, DC |
| 2012, Orlando, FL | |

*ABCT Getting in and succeeding in graduate school in psychology.*
Association for Behavioral and Cognitive Therapies

| | |
|---|---|
| 2024, Philadelphia, PA | 2016, New York, NY |
| 2023, Seattle, WA | 2015, Chicago, IL |
| 2022, New York, NY | 2014, Philadelphia, PA |
| 2019, Atlanta, GA | 2013, Nashville, TN |
| 2018, Washington, DC | 2012, National Harbor, MD |
| 2017, San Diego, CA | 2011, Toronto, ON |

2

Prinstein, M.J. (2019, March).  Disseminating peer relations science to the public.  *Peer Relations Preconference, Society for Research on Child Development*.  Baltimore, MD.

Prinstein, M.J., Davila, J., McKay, D., Hinshaw, W., Albano, A. (Chair, Panelist) (2018, November).  *Disseminating psychology in a post-truth and anti-science world: how to communicate science directly to the public*. Association for Behavioral and Cognitive Therapies, Washington, DC.

Prinstein, M.J., Davila, J., McKay, D. (2018, April).  Dissemination of psychological science directly to the public: Three clinical psychology authors discuss how and why every academic should publish a trade book.  Anxiety and Depression Association of America, Washington, DC.

Prinstein, M.J., (2016, March).  Job talks.  In J.M. da Cunha & J. Rudi (Moderators), *Getting a job after graduation*.  Society of Research on Adolescence, Baltimore, MD.

Prinstein, M.J. (2015, September).  *Get Hired!* (Keynote Address).  The APAGS/APA Science Workshop:  Preparing for your future job(s): What they didn't teach me in grad school. Washington, DC.

Prinstein, M.J. (2015, August).  Panelist:  *Turbocharging your career - Finding and keeping a good mentor.*  American Psychological Association, Toronto, ON.

Prinstein, M.J. (2015, August).  Job talks that get you hired.  In APA Science Student Council, *Hire me! Seeking employment in academia*, American Psychological Association, Toronto, ON.

Prinstein, M.J. (2014, August).  *Job talks that get you hired*.  In (E. Necka and R. Chambers, Co-Chairs) Hire me:  Being strategic when seeking employment in academia.  American Psychological Association, Washington, DC.

Prinstein, M.J. (2014, August).  *Food for thought: APAGS Invited Program.*  American Psychological Association, Washington, DC.

Elledge, L.C., DiLillo, D., Bagner, D.M., Campbell, C., Maldonado, R., & Prinstein, M.J. (2013, November).  *Fusing cognitive-behavioral research and extramural funding: Opportunities for graduate students, early career psychologists, and mentors*.  Association for Behavioral and Cognitive Therapies, Nashville, TN.

Prinstein, M.J., (2010, November).  *Applying to graduate schools in psychology*.  North Carolina Psychological Association, Chapel Hill, NC.

Prinstein, M. J. (2009, August).  *Panel Discussion:  Funding your research – information on finding, writing, and managing grants*.  American Psychological Association, Toronto, Ontario.

Prinstein, M.J., (2008, November).  *Applying to graduate schools in psychology*.  North Carolina Psychological Association, Chapel Hill, NC.

Prinstein, M. J. (2008, April).  *Applying to internships in pediatric psychology*.  National Conference in Child Health Psychology, Miami, FL.

Prinstein, M. J. (Chair; 2005, August).  *Making money?  Now what?  Financial planning for early career psychologists*. American Psychological Association, Washington, DC.

Prinstein, M. J. (2004, July).  Job talk and interview day. In P. R. Bennett & M. J. Prinstein (Co-Chairs), *Assistant professor applicant? Tips on the academic job market application process*. American Psychological Association, Honolulu, HI.

Prinstein, M. J. (Chair; 2004, July).  *Tips for assistant professors from senior faculty*. American Psychological Association, Honolulu, HI.

Prinstein, M. J. (2004, July).  What admissions committees look for on internship applications and interviews.  In N. Kaslow (Chair), *Navigating  the internship selection process – Survival Strategies from APAGS and APPIC*.  American Psychological Association, Honolulu, HI.

*Discussant* in B. G. Briery (2003, August), *Perspectives on mentoring across the career span*. American Psychological Association, Toronto, Canada.

Prinstein, M. J. (2003, August).  What admissions committees look for on internship applications and interviews.  In N. Kaslow (Chair), *Navigating  the internship selection process – Survival Strategies from APAGS and APPIC*.  American Psychological Association, Toronto, Canada.

Prinstein, M. J. (2002, August).  How to thrive (and survive) as a researcher and teacher in the early years.  In E. Meinz (Chair), *Early Career Psychologists in Academia*.  American Psychological Association, Chicago, IL.

Prinstein, M. J. (2002, August).  What admissions committees look for on internship applications and interviews.  In N. Kaslow (Chair), *Navigating  the internship selection process – Survival Strategies from APAGS and APPIC*.  American Psychological Association, Chicago, IL.

Prinstein, M. J. (2002, April).  Tips for beginning a peer relations research program.  In A. Hopmeyer (Chair), *Beginning and maintaining a research career studying peer relations*.  Society for Research on Child Development Peer Relations Preconference, Tampa, FL.

Prinstein, M. J. (2001, August).  What admissions committees look for on internship applications and interviews.  In N. Kaslow (Chair), *Surviving the internship selection process – Survival Strategies from APAGS and APPIC*. American Psychological Association, San Francisco.

Prinstein, M.J. (2000, August).  In C. Williams (Chair), *Critical issues shaping the future of psychology – A townhall discussion among leaders*.  American Psychological Association, Washington, DC.

Prinstein, M.J. (2000, August).  What admissions committees look for on internship applications and interviews.  In N.J. Kaslow (Chair), *Surviving the internship selection process – Tips from APAGS and APPIC*.  American Psychological Association, Washington, DC.

Prinstein, M. J. (2000, January).  *The job interview*.  Faculty Panel Presentations, Graduate Career Services, Yale University.

Prinstein, M. J. (1999, August).  Internship applications and interviews: What admission committees are looking for.  In S. J. Lopez (Chair), *Surviving internship application and selection – APAGS and APPIC perspective*.  American Psychological Association, Boston, MA.

Prinstein, M. J. (1999, August).  Final hurdle: Licensure advice from a newly licensed psychologist.  In C. J. Habben (Chair), *Licensure strategies for new psychologists – Surviving your first year without a license*.  American Psychological Association, Boston, MA.

Prinstein, M. J. (Chair; 1999, August).  *Student leaders discuss the future of psychology – A townhall meeting*.  American Psychological Association, Boston, MA.

Prinstein, M. J. (1997, March).  *Grant writing*.  Brown University Internship Core Seminar Series.

Prinstein, M. J. (1998, August).  Graduate training for the future of psychology:  Students' perspectives. In D. S. Hargrove (Chair), *Training mini-convention: How much science? How much practice?  Models for the future*. American Psychological Association, San Francisco.

Prinstein, M. J. (1998, August).  Interviewing for internship positions.  In C. Stanton & R. M. Streisand (Chairs), *Student forum – Selecting a clinical psychology internship*. American Psychological Association, San Francisco, CA.

Prinstein, M. J. (1998, August).  What is the admission committee looking for?  In S. J. Lopez (Chair), *Surviving the internship application and selection process*. American Psychological Association, San Francisco, CA.

Prinstein, M. J. (1997, March).  *Obtaining a NIMH grant:  The NRSA application*.  Brown University Internship Core Seminar Series.

Prinstein, M. J. (1997, August).  Internship: Getting one and surviving.  In S. Lopez & K. Draper (Chairs), *Preparing for the internship application, interview, selection process: Pragmatic concerns*.  American Psychological Association, Chicago, IL.

Prinstein, M. J. (1997, August).  Internship applications and interviews: Matching what admission committees are looking for.  In K. Newby (Chair), *Preparing for and selecting your clinical internship*.  American Psychological Association, Chicago, IL.

Prinstein, M. J. (1996, August).  A practical guide to the internship application process.  In L. Williams (Chair), *Preparing for and selecting your clinical internship*.  American Psychological Association, Toronto, Canada.

## SELECTED PUBLIC DISSEMINATION and MEDIA

International
Times T2 (UK)
The Guardian (UK)
The Observer/Inner Life (UK)
The Observer Magazine (UK)
The Today Show, TV (Australia)
CBC Radio Alberta
Family Matters, TV (Canada)
BBC Capital (UK)
KIJK Magazine (The Netherlands)
NRC Handelsblad (The Netherlands)
Süddeutsche Zeitung (Germany)
Charaktery (Poland)
Business Insider (UK)
Women and Home magazine (UK)
The Telegraph, Stella Magazine (UK)
Elle (UK)
Reader's Digest (UK)
Harpers Bazaar (UK)

Prima Online (UK)
Red Online (UK)
Daily/Mr. Porter (UK)
The Pool (UK)
Daily Mail Online (UK)
The Toronto Star (Canada)
RTHK Radio 3, 123 Show (Hong Kong)
Cosmopolitan (Australia)
Psychologies (UK)
Elle (Australia)
Yahoo Style (UK)
The Irish Times (Ireland)
Metro News (UK)
Stella Magazine (UK)
AOL (UK)
The Evening Standard (UK)
Psycholologie Magazine (The Netherlands)
i (UK)

National
**Documentary Feature Film (wide release)**
> *Self-Inflicted* (2014; Director:  Monica Lee), expert commentator
> *Hazing* (2022; Director: Byron Hurt), expert commentator
> *Can't Look Away: The Case Against Social Media* (2025; Directors: Matthew O'Neill and Perri Peltz), expert commentator

**TV and Video**

        PBS, Science Goes to the Movies
        Kids in the House
        The List TV
        *20/20* - John Stossel Reports (ABC)

        Local news broadcasts
            Live:  KLBK-TV (CBS), KHGI-TV (ABC), KIMT-TV (CBS), KGWN-TV (CBS), WNYT-TV (NBC), WDTN-TV (NBC)
            Taped: WTVD (ABC), WSAV-TV (NBC), New Englanders (Cable), KWTX-TV (CBS), WJHL-TV (CBS), WFTX-TV (FOX), WYAM-TV (IND), KCTU-TV (ION), WHAM-TV (CW), KAZT-TV (IND), WVUA (Ind), WBRC (FOX), WBMA-LD (ABC)
        National news broadcasts
            Daily Buzz (Syndicated), WFLA-TV (NBC/Syndicated), Good News Broadcast (Internet)

**Selected Radio and Podcasts**

NPR, All Things Considered
USA Radio Network, Trending Today
NPR, Tech Nation
KERA – Think Radio
BYU Radio, The Matt Townsend Show
SIRIUS XM, POTUS
SIRIUS-XM, Doctor Radio
NPR, WHYY-FM, Radio Times
NPR, The State of Things
Public Radio International, Innovation Hub
Curious Minds
Academic Minute
Nobody Told Me
Tell Me Everything
The Psychology Podcast
The Art of Manliness
Something You Should Know
Total Picture
The Optimized Geek
The Ron Van Dam Podcast
WGN Radio, Getting to Yes, And…
SIRIUS XM, Road Dog Trucking
VoiceAmerica
Freewheelin'

KJZZ-AM, Phoenix
South Dakota Public Radio, In the Moment
WKNY-AM, The Warren Lawrence Show
WCCO-AM, The John Hines Show
KOA-AM, Morning News
WBEL-AM, Big Mornings
WHPT-The Bill Newman Show
KUCI-AM, Get the FUNK Out
WTMU-AM, Wisconsin's Afternoon News
KWAM-AM, The Marybeth Conley Show
KFRU-AM, Columbia Mornings
Good Books Radio, syndicated
Awesome at Your Job
What's Up with Deborah Kobyl
Well Said
Psych Talk
WPOC-AM, The Laurie DeYoung show
On the Brink, KCAA Morning News
WMT Morning Show
The Big AM 1380
Morning Shows:  WFIN-AM, WDIS-AM, WAMV-AM, KRES-FM
WCHL, Chapelboro

**Print (Paper/Online)**

*Authored pieces*

The New York Times (op-ed)
Mashable

Psychology Today (The Modern Teen blog)
New York Science of Us

Time Motto
Business Insider
Money
Teen Vogue

LinkedIn Pulse
Scientific American
The Hill

*Quotes/interviews*

| | | |
|---|---|---|
| The New York Times | Quartz | The Blue Banner |
| Wall Street Journal | Thrive Global | Citizen Times |
| Los Angeles Times | Book Page | Mountain X News |
| The Washington Post | PopMatters | Monitor on Psychology |
| USA Today | Mindshift | Uproxx |
| The Atlantic | Behavioral Science | Granted Newsletter |
| US News and World Report | Signature Reads | People Results |
| Business Insider | Nudge | Marginalia |
| Chicago Tribune | Kinstantly | Chronicle of Higher |
| Scientific American | The Swaddle | Education |
| Forbes | Tri-City Herald | Medscape Medical News |
| CNN.com | The Green Notebook | Eastside Online |
| Newsweek | Book Club Babble | Desert News |
| Time Magazine | AwesomeAtYourJob.com | Positive Psychology |
| New York Magazine | Science News for Students | Psych Central |
| Family Circle Magazine | Talking to Teens | The Globe and Mail |
| Real Simple Magazine | Loyalty360 | Twin Cities Pioneer Cities |
| Reuters | New Haven Register | Johnson & Johnson |
| Associated Press | Raleigh News and Observer | Hospitalist News |
| Huffington Post | Des Moines Register | Carolina Journal |
| Thrive Global | Family Practice News | Oprah.com |
| Tonic | The Oregonian | Literary Hub |
| Vice | Slate Magazine | Quiet Revolution |
| The Cut | The Biltmore Beacon | Vox |
| Psychology Today | Marketwatch | |

*Book Reviews* (*included on "Best Book…" list)

| | | |
|---|---|---|
| The Atlantic | 800-CEO-Reads* | Hello Giggles |
| National Book Reviews | Inc. | Parent.co |
| Library Journal (starred review) | Refinery 29 | The Journal Record |
| | Salon | Marco Eagle |
| Kirkus Reviews | Psychology Today | Long Island Pulse |
| Success.com* | Bustle | The Forward |
| Business Insider* | Romper | |

## TEACHING AND MENTORING

### Teaching Grants

2007    **Robertson Scholars Program**
Developmental Psychopathology Training Conference: A Collaboration Between UNC Chapel Hill and Duke University  Funded:  $2500

2001        **Instructional Innovative Grants Program, Yale University**
            Interactive Teaching and Interactive Science:  Using the Internet to Teach
            Psychological Science, Funded:  $10,250

1999        **Dean's Colloquium and Seminar Fund, Yale University**
            Professional Development Seminar Series, Funded:  $250

## Undergraduate Courses

Social Media, Technology, and the Adolescent Brain, UNC Chapel Hill
        (Co-teaching with Dr. Eva Telzer)
Popularity, Friendship, and Peer Relations, UNC Chapel Hill and Yale
        University, ($n$ = 550, Fall 2001) [†]
        [†] "Explore Carolina" Teaching Showcase, Selected to offer a "Model lecture"
        from this course for a university-wide UNC Undergraduate Admissions
        Program
Introduction to Clinical Psychology, UNC Chapel Hill
Careers in Psychology, UNC Chapel Hill
Statistics, UNC Chapel Hill and Yale University
Clinical Child and Adolescent Psychology, Yale University
Introduction to Biobehavioral Statistics, University of Miami

### MOOC

The Psychology of Popularity, Coursera.
Rolling enrollment, 300K students from over 100 countries to date

## Graduate Courses

Professional Development in Psychology, UNC Chapel Hill
Developmental Psychopathology, UNC Chapel Hill and Yale University
Proseminar in Developmental Science: Gender and Peer Relations, UNC Chapel Hill
Child and Adolescent Peer Relations, Yale University
Clinical Assessment, Connecticut College, Visiting Assistant Professor
Research Topics on Child and Adolescent Peer Relations, Yale University
Practicum in Clinical Child and Adolescent Treatment, Yale University
Conceptual and Professional Issues in Psychology
        (Co-Instructor: Brian Scholl, Ph.D.), Yale University

## Mentoring Undergraduate Instructors

UNC C-START Undergraduate Teaching Program

Student Instructor:     Erin M. Marubashi
Course Title:           OMG Let's BBM: Relationships and Communication Meet
                        Technology (2010)

Student Instructor:     S. Paul Shorkey
Course Title:          Self-Injurious Behavior: Suicide, Nonsuicidal Self-Injury, and
                       Intentional Harm (2011)

## Grant Mentoring

Co-Mentor     **National Institute of Mental Health**
              PI: Pollak, O. (2024)
              Predoctoral National Research Service Award (F31MH134599-01A1)
              Examining subtypes of suicidal youth in the Adolescent Brain Cognitive
              Development study

Co-Mentor     **National Institute of Mental Health**
              PI: Owens, S. (2019)
              Predoctoral National Research Service Award (F31MH120965)
              Characterizing menstrual cycle influences on social processes, suicidal ideation,
              and behavior in adolescent females with past-year suicidal ideation

Co-Mentor     **National Institute of Mental Health**
              PI: Eisenhour-Moul. (2016)
              Pathway to Independence Award (K99MH109667)
              Ovarian Hormone Withdrawal and Suicide:  An Experimental Approach

Co-Mentor     **National Institute of Mental Health**
              PI: Miller, A. (2015)
              Postdoctoral National Research Service Award (F32MH108238)
              Child Adversity, neural systems underlying emotion regulation, and adolescent
              suicide.

Co-Mentor     **National Institutes of Health**
              PI: Widman, L. (2013)
              K99/R00 Award

Mentor        **National Science Foundation** Graduate Research Fellowship
              PI: Clayton, M. (2018)
              PI: Spivey, L. (2014)
              PI: Nesi, J. (2013)
              PI: Franklin, J. C. (2008)
              PI: Borelli, J. L. (2004)

Mentor        **UNC Center for AIDS Research Developmental Award** ($19,989)
              PI: Widman, L. (2012)

Mentor        **Rhodes Scholarship**
              S. Paul Shorkey (2010)
              Daniel Clemens (2003)

Mentor        **National Institute of Mental Health**
              PI: Rancourt, D. (2009).

Predoctoral National Research Service Award (1 F31 MH085417)
Peer Influence and Adolescent Girls' Eating Risk Behavior: An Experimental Design

Mentor          **American Foundation of Suicide Prevention**.
                PI: Heilbron, N. (2008)
                Childhood traumatic stress and adolescent girls' suicidality: A longitudinal
                examination of psychophysiological mechanisms.

Mentor          **UNC Summer Undergraduate Research Fellowship Awards**
                PI: Ames, A. (2008)          PI: Williams, C. (2011)
                PI: Hessel, E. (2008)        PI: Ibe, C. (2014)
                PI: Miller, A. (2008)        PI: Ogunkeye, J. (2015)
                PI: Aaron, R. (2009)         PI: Booker, W. (2017)

Mentor          **Lindquist Undergraduate Research Award, UNC**
                PI: Booker, W. (2017)

Mentor          **Kimball King Undergraduate Research Award, UNC**
                PI: Miller, A. (2008)

Mentor          **Dunlevie Honors Undergraduate Research Award, UNC**
                PI: Danzi, L. (2010)

Mentor          **David Bray Peele Memorial Research Award, UNC**
                PI: Ogunkeye, J. (2015)

Co-mentor       **National Cancer Institute**
                PI:  Stanton, C. (2004)
                Peer Group Networks and Adolescent Smoking, (K07 CA095623-01A1).

**Dissertations/Theses (All Primary Mentor/Chair)**

2024
Clayton, M.G. (2024).  Social stress responses, inflammatory processes, and
        risk for suicidal thoughts and behaviors in adolescence. Dissertation, University of North
        Carolina at Chapel Hill.

Field, N.H. (2024).  The benefits and consequences of high status in adolescence: Implications for
        peer influence processes, socioevaluative concern, and empathic propensity.  Dissertation,
        University of North Carolina at Chapel Hill.

2022
Field, N.H. (2022).  Reconciling multiple sources of influence:  Longitudinal associations among
        parent, closest friend, and popular peer injunctive norms and adolescent substance use.
        Masters thesis, University of North Carolina at Chapel Hill

Fox, K. (2022).  Digital stress among adolescents: Longitudinal associations between entrapment,
        depressive symptoms, and friendship quality.  Masters thesis, University of North Carolina at
        Chapel Hill

Pollak, O.H. (2022).  Social problem-solving and suicidal behavior in adolescent girls:  Examining interactions among proximal and distal social stress-related risk factors.  Masters thesis, University of North Carolina at Chapel Hill

2021
Owens, S.A. (2021).  Understanding when and why some females attempt suicide: Testing an emerging framework integrating menstrual cycle fluctuations in risk.  Dissertation, University of North Carolina at Chapel Hill.

2020
Dodson, J. (2020).  Parental expressed emotion and adolescent self-injurious thoughts and behaviors.  Honors thesis, University of North Carolina at Chapel Hill.

Massing-Schaffer, M. (2020).  Adolescent peer relations: New research directions for contemporary youth. Dissertation, University of North Carolina at Chapel Hill.

Ta, D. (2020).  Internalizing symptoms as a predictor of ethnic-racial identity development.  Honors thesis, University of North Carolina at Chapel Hill.

2019
Clayton, M.G. (2019).  Peer socialization of nonsuicidal self-injury (NSSI): Moderators of the association between peer group nssi and future self-injurious behavior.  Masters thesis, University of North Carolina at Chapel Hill

Spivey, L.A. (2019).  Diversity among sexual and gender minority adolescents: Implications for assessment, health risks, and intervention.  Dissertation, University of North Carolina at Chapel Hill.

Staples, C. (2019).  Body image in adolescent males: body dissatisfaction as a moderator of drive for muscularity and depression.  Honors thesis, University of North Carolina at Chapel Hill. *Highest Honors in Psychology*.

2018
Sheppard, C.S. (2018).  Advancing the peer victimization literature: assessment, methodology, and the psychological framework.  Dissertation, University of North Carolina at Chapel Hill.

Gallagher, M.L. (2018).  Failure and interpersonal loss events in the longitudinal prediction of suicidal ideation and behavior in adolescent girls: An examination of potential moderators.  Dissertation, University of North Carolina at Chapel Hill.

Booker, W.L. (2018).  Longitudinal associations between adolescent peer victimization and nonsuicidal self-injury: The moderating role of implicit self-identification. Honors thesis, University of North Carolina at Chapel Hill. *Highest Honors in Psychology*.

McCall, M. (2018).  Romantic relationship quality and psychosocial adjustment in mid-adolescence.  Honors thesis, University of North Carolina at Chapel Hill. *Highest Honors in Psychology*. (Co-mentored with Donald H. Baucom).

2017

Owens, S. (2017).  Acute HPA axis responses to social stress longitudinally predict adolescent girls' depressive symptoms: The moderating role of subjective stress responses.  Masters thesis, University of North Carolina at Chapel Hill

Massing-Schaffer, M. (2017).  Discrete interpersonal stress experiences and prospective suicidal thoughts and behaviors across the pubertal transition.  Masters thesis, University of North Carolina at Chapel Hill.

Nesi, J. (2017).  Adolescent social media use and psychosocial adjustment: Toward a new research agenda.  Dissertation, University of North Carolina at Chapel Hill.

2016

Ivey, G. (2016).  Gender policing: Undergraduate experience and psychosocial outcomes.  Honors thesis, University of North Carolina at Chapel Hill.  *Highest Honors in Psychology*.  (Co-mentored with Jackie Nesi).

Ogunkeye, J. (2016).  Peer accusations of acting white: Longitudinal effects on minority adolescents' ethnic identity and depressive symptoms.  Honors thesis, University of North Carolina at Chapel Hill.  *Highest Honors in Psychology*.  (Co-mentored with Jackie Nesi).

2015

Calhoun, C.D. (2015).  Depressive symptoms and acute HPA axis stress regulation in the context of adolescent girls' friendships.  Dissertation, University of North Carolina at Chapel Hill.

Choukas-Bradley, S. C. (2015).  Examining the roles of peer norms, peer influence susceptibility, and gender in early adolescents' numbers of sexual partners over time:  An innovative experimental paradigm and longitudinal study design.  Dissertation, University of North Carolina at Chapel Hill.

Ibe, C. (2015).  Loneliness among African American students: Examining the transition from high school to the first semester of college.  Honors thesis, University of North Carolina at Chapel Hill.  (Co-mentored with Laura Widman).

2014

Cheek, S. M. (2014).  Social problem solving in adolescents engaging in non-suicidal self-injury compared with adolescent suicide attempters.  Honors thesis, University of North Carolina at Chapel Hill.  *Highest Honors in Psychology*.

Froeling, L. (2014).  Cortisol and externalizing behaviors.  Bachelor's thesis, Radboud University Nijmegen, the Netherlands.

Madubata, I. (2014).  Longitudinal associations among subtle and blatant discrimination, ethnicity, and suicide ideation among ethnic minority adolescents.  Thesis, Moore Undergraduate Research Apprentice Program, University of North Carolina at Chapel Hill.

Osborne, M.M.R. (2014).  What it means to be liked in school: A Longitudinal investigation of the relationship among likeability, school absences and academic success.  Thesis, Moore Undergraduate Research Apprentice Program, University of North Carolina at Chapel Hill.

Nesi, J. (2014).  The relationship between adolescent technology use and depressive symptoms:  An integrative model of offline and technology-based risk factors.  Masters Thesis, University of North Carolina at Chapel Hill.

Sasiela, J. (2014).  Mediators of NSSI history and severity:  Considering automatic functions and NSSI ideation.  Honors thesis, University of North Carolina at Chapel Hill.  *Highest Honors in Psychology*.

van der Hart, K. (2014).  Reactive cortisol and substance use: The influence of substance use by friends.  Bachelor's thesis, Radboud University Nijmegen, the Netherlands.

2013
Feurer, C. (2013).  Accuracy of interpersonal stress appraisals: Relationships between mother and adolescent daughter depression.  Honors thesis, University of North Carolina at Chapel Hill. *Highest Honors in Psychology*.

Franklin, J.C. (2013).  The nature, development, and reversal of positive attitudes toward nonsuicidal self-injury: Implications for prediction and treatment. Dissertation, University of North Carolina at Chapel Hill.

Giordano, M.L. (2013).  The longitudinal mutual influence model of social norms perceptions and risky alcohol use.  Honors thesis, University of North Carolina at Chapel Hill.  *Highest Honors in Psychology*.

Sheppard, C.S. (2013).  Demonstrating the importance of multi-wave assessment of peer victimization.  Masters Thesis, University of North Carolina at Chapel Hill.

Yorke, B.J. (2013).  Social development of depression under negative peer experiences.  Honors thesis, University of North Carolina at Chapel Hill.  *Highest Honors in Psychology*.

2012
Gallagher, M. (2012).  Loneliness and perceived social support as potential mediators of the longitudinal relationship between social anxiety symptoms and suicidal ideation.  Masters thesis, University of North Carolina at Chapel Hill.

Harris, K (2012).  A longitudinal study of friendship reciprocity in adolescence.  Honors thesis, University of North Carolina at Chapel Hill.  *Highest Honors in Psychology*.

Mogul, A.S. (2012).  Popularity as a moderator of the longitudinal association between BMI and body dissatisfaction.  Honors thesis, University of North Carolina at Chapel Hill.  *Highest Honors in Psychology*.

Scholten, H. (2012).  The relationship between the physical and behavioral response of adolescent girls towards stress in an in-vivo situation and peer victimization.  Bachelor's thesis, Radboud University Nijmegen, the Netherlands.

Siddiqi, R. (2012).  Do maternal depression, attributional style, and socioeconomic status predict adolescent depressive symptoms?  Honors thesis, University of North Carolina at Chapel Hill.  *Highest Honors in Psychology*.

Van Kamp, E.W. (2012).  The relationship between depressive symptoms, emotion regulation and friendship termination in adolescents.  Bachelor's thesis, Radboud University Nijmegen, the Netherlands.

Williams, C. (2012).  Adolescents' perceptions of their popular peers' engagement in health rirk behaviors.  Honors thesis, University of North Carolina at Chapel Hill.  *Highest Honors in Psychology*.

2011

Adelman, C.B. (2011).  Examination of concurrent and longitudinal associations among emotional reactivity to stress, interpersonal problem-solving, and adolescent nonsuicidal self-injury.  Dissertation, University of North Carolina at Chapel Hill.

Ashwill, M. (2011).  The influence of peer status on body esteem: A longitudinal study.  Honors thesis, University of North Carolina at Chapel Hill.

Choukas-Bradley, S.C. (2011).  Longitudinal associations among popularity, likeability, and drinking across the adolescent transition:  A multivariate latent growth curve analysis.  Masters thesis, University of North Carolina at Chapel Hill.

Danzi, L. (2011).  Adolescent girls' negative body talk, body dissatisfaction, and state friendship quality.  Honors thesis, University of North Carolina at Chapel Hill.  *Highest Honors in Psychology*.  (Co-mentored with Whitney Brechwald and Diana Rancourt).

Guerry, J.D. (2011).  Towards a biopsychosocial model of adolescent self-injurious thoughts and behaviors.  Dissertation, University of North Carolina at Chapel Hill.

Guerry, W.B. (2011).  Peer influences on weight-related behaviors and attitudes in adolescence: A longitudinal examination of romantic partner effects.  Dissertation, University of North Carolina at Chapel Hill.

Lassiter, A.M. (2011).  An investigation of the effect of social influence on the experience of pain.  Honors thesis, University of North Carolina at Chapel Hill.  *Highest Honors in Psychology*.  (Co-mentored with Joe Franklin).

Mitchell, T. (2011).  Body-esteem as a mediator in the relationship between best friend criticism and body dissatisfaction in adolescent girls.  Honors thesis, University of North Carolina at Chapel Hill.

Murray, C. (2011).  An evaluation of the protection function of prepulse inhibition. Honors thesis, University of North Carolina at Chapel Hill.  *Highest Honors in Psychology*.  (Co-mentored with Joe Franklin).

Piacquadio, C. (2011).  Negative friendship quality as a moderator of the association between best friend's depressive symptoms and adolescents' nonsuicidal self-injury.  Honors thesis, University of North Carolina at Chapel Hill.  *Highest Honors in Psychology*.

Rancourt, D. (2011).  Potential mechanisms of peer influence on adolescent girls' disordered eating behavior: An Experimental Design.  Dissertation, University of North Carolina at Chapel Hill.

Rights, J. (2011).  Depression among best friends: An examination of depression socialization and friendship quality.  Honors thesis, University of North Carolina at Chapel Hill.  *Highest Honors in Psychology*.

Shorkey, S.P. (2011).  Selection and socialization of self-injurious thoughts and behaviors in the adolescent peer network.  Honors thesis, University of North Carolina at Chapel Hill.  *Highest Honors in Psychology*.

van der Maten, M.L. (2011).  Non-suicidal self-injury accompanied by health risk behaviors as predictor of suicidal ideation in adolescents.  Bachelor's thesis, Radboud University Nijmegen, the Netherlands.

van Lierop, M.H.P. (2011).  Impulsivity accompanied by popularity in association with nonsuicidal self-injury in adolescents.  Bachelor's thesis, Radboud University Nijmegen, the Netherlands.

2010
Aaron, R. (2010).  Socially-induced placebo analgesia is sufficient to explain the social transmission of nonsuicidal self-injury.  Honors thesis, University of North Carolina at Chapel Hill.  *Highest Honors in Psychology*.  (Co-mentored with Joe Franklin).

Bonsu, J. (2010).  Ethnic identity moderates peer influence to drink alcohol.  Honors thesis, University of North Carolina at Chapel Hill.  *Highest Honors in Psychology*

Klitzman, P. (2010).  The role of depressive symptoms in alcohol use and NSSI in adolescents.  Honors thesis, University of North Carolina at Chapel Hill.  *Highest Honors in Psychology*

2009
Ames, A. (2009).  Do "Mean Girls" make good friends? Longitudinal associations between relational aggression and positive friendship quality.  Honors thesis, University of North Carolina at Chapel Hill.  *Highest Honors in Psychology*

Banny, A. (2009).  Dyadic socially aggressive talk: Associations with positive and negative friendship quality.  Honors thesis, University of North Carolina at Chapel Hill.  *Highest Honors in Psychology*.  (Co-mentored with Nicole Heilbron, Ph.D.)

Browne, C. B. (2009).  Towards a specific vulnerability hypothesis: Examining interpersonally themed stressors and depressive cognitions among clinically-referred adolescent girls.  Masters Thesis, University of North Carolina at Chapel Hill.

Franklin, J. C. (2009).  The functions and initial reinforcement of non-suicidal self-injury:

A startle modulation evaluation.  Masters Thesis, University of North Carolina at Chapel Hill.

Gorder, H. J. (2009).  Examination of friendship factors as moderators of peer socialization of adolescent episodic heavy drinking.  Honors thesis, University of North Carolina at Chapel Hill.  *Highest Honors in Psychology*

Hessel, E. T. (2009).  Capacity for suicide: Linking painful and provocative experiences to increases in suicidal capability.   Honors thesis, University of North Carolina at Chapel Hill.  *Highest Honors in Psychology*.  (Co-mentored with Joe Franklin).  Winner:  Dashiell-Thurstone Honors Thesis Award for Best Honors Thesis in the Department of Psychology.

Miller, A. (2009).  Peer influence processes involved in binge drinking among first year college students.    Honors thesis, University of North Carolina at Chapel Hill.  *Highest Honors in Psychology*

Sinclair, A. (2009).  Teasing, observed closeness, and perceived friendship quality in adolescent dyadic friendships.  Honors thesis, University of North Carolina at Chapel Hill.  *Highest Honors in Psychology*

Ziemer, L. (2009).  Mental health treatment retention in Latinos.  Honors thesis, University of North Carolina at Chapel Hill.  *Highest Honors in Psychology*.  (Co-mentored with Gaby Livas Stein, Ph.D.)

2008

Guerry, J. D. (2008).  Longitudinal prediction of adolescent nonsuicidal self-injury: Examination of a cognitive vulnerability-stress model.  Masters Thesis, University of North Carolina at Chapel Hill.

Ilinitch, M. C. (2008).  A cross-cultural analysis of social behavior and peer status.  Honors thesis, University of North Carolina at Chapel Hill.

Kaye, A. D. (2008).  Peers, parents, and academic achievement: The longitudinal effects of social support and relationship quality on adolescents' academic achievement.  Honors thesis, University of North Carolina at Chapel Hill.  *Highest Honors in Psychology*

Queen, A. H. (2008).  Aggressive victims, chronic victims, and attributional style: Aggression moderates the relationship between adolescents' peer victimization and depressogenic attributions.  Honors thesis, University of North Carolina at Chapel Hill.  *Highest Honors in Psychology*

Simpson, S. J. (2008).  Concurrent and longitudinal associations among weight-related behaviors and nonsuicidal self-injury in clinically-referred adolescents.  Honors thesis, University of North Carolina at Chapel Hill.  *Highest Honors in Psychology*

Wallace, A. (2008).  Religiosity as a predictor of adolescent internalizing symptoms in single-parented African American families.  Dissertation, University of North Carolina at Chapel Hill.

2007

Jaconis, M. (2007).  Sexual risk behavior as it relates to body cognitions and satisfaction among adolescent females.  Honors thesis, University of North Carolina at Chapel Hill.

Ladd, S. N. (2007). Perceiver effects of social preference and social reputation among adolescents.  Honors thesis, University of North Carolina at Chapel Hill.

Landoll, R. R. (2007).  Adolescent friendship support, problem solving and depression.  Honors thesis, University of North Carolina at Chapel Hill. *Highest Honors in Psychology*

Rancourt, D. (2007).  Peer influence on adolescents' weight-related behaviors:  The roles of best friend and group contagion, and adolescent popularity.  Masters Thesis, University of North Carolina at Chapel Hill

2006

Heilbron, N.  (2006).  Adaptive correlates of socially aggressive behavior in peer relationships.  Dissertation, University of North Carolina at Chapel Hill.

Reed, R. (2006*).*  Peer influence on adolescent drug use.  Honors thesis, University of North Carolina at Chapel Hill.

Shapero, B. G. (2006*).*  Cognitive-behavioral-interpersonal model of adolescent depression.  Honors thesis, University of North Carolina at Chapel Hill.  *Highest Honors in Psychology*

Stephenson, A. L. (2006*).*  Deconstructing puberty: The impact of specific pubertal domains on depressive symptoms in adolescent girls.  Honors thesis, University of North Carolina at Chapel Hill.  *Highest Honors in Psychology*

2005

Sterba, S. K., (2005).  Joint trajectories of internalizing and externalizing problems in early childhood:  Testing theories of symptom covariation.  Masters Thesis,  University of North Carolina at Chapel Hill

2004

Shafir, D. (2004).  Hopeless depression: A longitudinal investigation of early adolescents.  Senior Thesis, Yale University

Simon, J, F. (2004).  Parental monitoring and its effects on children.  Senior Thesis, Yale University

Smith, M. L. (2004).  Relational and overt aggression in preschool and school-age children.  Senior Thesis, Yale University

Williams, B. (2004).  Peer victimization: Consequences during middle childhood and adolescence.  Senior Thesis, Yale University.

Vitelli, P. (2004).  Divorce, marital discord and child adjustment:  A correlation between aggression and peer rejection.  Senior Thesis, Yale University

2003

Stevens, E. A. (2003).  Longitudinal associations between adolescents' and their best friend's depression and depressogenic attributional style.  Masters Thesis, Yale University.

Borelli, J. L. (2003).  Reciprocal, longitudinal associations between adolescents' negative feedback-seeking, depressive symptoms, and perceptions of friendship criticism.  Masters Thesis, Yale University.

2002
Houshyar, S. (2002).  A context specific approach to the study of peer status and social relations within a diverse population of adolescents.  Masters Thesis, Yale University.

Kirschner, J. (2002).  The relationship between peer status and substance use in adolescents.  Senior Thesis, Yale University.

Lacy, B. (2002).  How girls respond to stress:  Implications of psychosocial risk factors in understanding the gender difference in adolescent depression.  Senior Thesis, Yale University.

Leslie, M. B. (2002).  The contribution of family, parenting, and peer status factors to adolescents' deviant peer group affiliation: Does gender matter?  Masters Thesis, Yale University.

Lythcott, M. A. (2002).  Peer relations among African-American adolescents:  Links to racial identity and self-esteem.  Masters Thesis, Yale University.

Ruesch, B. (2002).  The relationship between popularity and attractiveness:  How are they linked?  Where are they found?  Senior Thesis, Yale University.

Smith, J. M. (2002).  Parent-child relations and depression as predictors of change in depressive cognitions.  Senior Thesis, Yale University.

2001
Crowley, L. (2001).  The effects of extracurricular activities on a young child's social competence and subsequent school achievement.  Senior Thesis, Yale University.

Dobrow, I. (2001).  Relational victimization in normative and clinically-referred adolescent girls" Relationship to depression and the moderating role of family functioning.  Senior Thesis, Yale University.

Extein, M. J. (2001).  Parent predictors of a depressogenic attributional style in kindergarten children.  Senior Thesis, Yale University.

Gordic, B. (2001).  Parental influences on children's development:  The impact of parent direct management behaviors and parent social frames.  Senior Thesis, Yale University.

Khan, N. (2001).  Similarity of internalized distress levels in adolescent friendships as a function of friendship significance and reciprocity.  Senior Thesis, Yale University.

Ramos, A. (2001).  The relation between mothers' hostile attribution tendencies and children's social competence: The mediating role of mothers' management behaviors.  Senior Thesis, Yale U.

2000

Dizon, S. A. Q. (2000).  "I was never cool in school"  Schools, peer status, and intervention.  Senior Thesis, Yale University.

Fung, S. (2000).  Presence of prosocial behavior and relational and academic aggression and their effects on social-psychological adjustment at the college level.  Senior Thesis, Yale University.

Lowenstein, A. E. (2000).  Maternal parenting style and its relation to motivational orientation in five-year-olds.  Senior Thesis, Yale University.

Rivera, L. A. (2000).  The effect of peer crowd affiliation on conformity in high school:  Proposal for a computer-based study of social influence.  Senior Thesis, Yale University.

Wolff, B. C. (2000).  Fathers and children: The intergenerational transmission of social competence.  Senior Thesis, Yale University.

## PROFESSIONAL LICENSURE

State of North Carolina, Psychologist, #3207
State of Connecticut, Psychologist, #002255, Inactive
State of Rhode Island, Psychologist, #PS000658, Inactive

## PROFESSIONAL AFFILIATIONS

Association for Psychological Science, Fellow
American Psychological Association
          APA Division 12, Society of Clinical Psychology, Fellow
                    Society for the Science of Clinical Psychology (APA, Division 12, Section 3)
          APA Division 53, Society of Clinical Child and Adolescent Psychology, Fellow
Association of Behavioral and Cognitive Therapies, Fellow
Society for Research in Child Development
Society for Research on Adolescence