# EXHIBIT 18

Message

**From:** ████ [/O=THEFACEBOOK/OU=EXTERNAL (FYDIBOHF25SPDLT)/CN=RECIPIENTS/CN=████ ]

**Sent:** 5/12/2021 6:03:40 PM

**To:** Stan Chudnovsky [██@fb.com]; ████ @fb.com]; Nick Clegg ████ @fb.com]; John Pinette [████ @fb.com]; Joel Kaplan ████ @fb.com]; Monika Bickert ████ @fb.com]; Adam Mosseri ████ @fb.com]; Molly Cutler [████ @fb.com]; Guy Rosen ████ @fb.com]

**CC:** Tucker Bounds [████ @fb.com]; Elisabeth Diana ████ @fb.com]; [████ @fb.com]; Antigone Davis ████ @fb.com]; Vaishnavi J ████ @fb.com]; ████ [sarahchang@fb.com]; ████ @fb.com]; ████ @fb.com]; ████ @fb.com]; Liza Crenshaw ████ @fb.com]; ████ @fb.com]; ████ @fb.com]; Karina Newton ████ @fb.com]; ████ @fb.com]; ████ @fb.com]; ████ @fb.com]; ████ @fb.com]

**Subject:** Re: [Flagging] Thorn Report on Child Safety Research Communications Plan (A/C Priv)

**Attachments:** Responding to Online Threats_2021-Full-Report_FINAL.pdf; image001.gif

Hi Stan,

My name's ██ - I'm one of our child safety programs and partnership mangers (I manage part of our relationship with Thorn). I was close to this research and have spoken to Thorn's head of research on the design. The research did prescriptively list platforms to respondents (page 12 of full report for full list, attached), and asked children/teens to self ID the platforms they used. Where there were <100 responses about a child/teens use of a platform, they didn't name that platform in more granular findings.

iMessage was not on the list of platforms served to survey respondents. I've tried to figure out why, but unsuccessfully at this point. Replying without that information for now as I know time is against us here.

## FACEBOOK

████

████

Programs and Partnerships Manager | Online Safety (Integrity Investigations and Intel)
Facebook, Grand Canal Square, Dublin 2, Ireland
Facebook | Mobile ████



EXHIBIT
4
SABA

---

**From:** Stan Chudnovsky <██@fb.com>
**Date:** Wednesday, 12 May 2021 at 18:35
**To:** ████ <████ @fb.com>, Nick Clegg <████ @fb.com>, John Pinette ████ @fb.com>, Joel Kaplan <████ @fb.com>, Monika Bickert <████ @fb.com>, Adam Mosseri <████ @fb.com>, Molly Cutler <████ @fb.com>, Guy Rosen <████ @fb.com>
**Cc:** Tucker Bounds <████ @fb.com>, Elisabeth Diana ████ @fb.com>, ████ <████ @fb.com>, Antigone Davis <████ @fb.com>, Vaishnavi J <████ @fb.com>, ████ <████ @fb.com>, ████ <████ @fb.com>, ████ <████ @fb.com>, ████ @fb.com>, ████ <████ @fb.com>, Liza Crenshaw <████ @fb.com>, ████ <joeosborne@fb.com>, ████ <████ @fb.com>, Karina Newton <████ @fb.com>, ████ <████ @fb.com>, ████ <████ @fb.com>, ████ <████ @fb.com>, ████ @fb.com>
**Subject:** Re: [Flagging] Thorn Report on Child Safety Research Communications Plan (A/C Priv)

Do we know if Thorn research included iMessage?

HIGHLY CONFIDENTIAL (COMPETITOR)

META3047MDL-034-00449437

And if not, why not?
And if we learn that iMessage wasn't included, I think it will be important to outline that in our response.

-s



**From:** ▮▮▮▮ < ▮▮▮▮ @fb.com>
**Date:** Wednesday, May 12, 2021 at 10:16 AM
**To:** Nick Clegg < ▮▮▮▮ @fb.com>, John Pinette ▮▮▮▮ @fb.com>, Joel Kaplan < ▮▮▮▮ @fb.com>, Monika Bickert < ▮▮▮▮ @fb.com>, Stan Chudnovsky < ▮▮▮ @fb.com>, Adam Mosseri < ▮▮▮▮ @fb.com>, Molly Cutler < ▮▮▮▮ @fb.com>, Guy Rosen ▮▮▮▮ @fb.com>
**Cc:** Tucker Bounds ▮▮▮▮ @fb.com>, Elisabeth Diana < ▮▮▮▮ @fb.com>, ▮▮▮▮ < ▮▮▮▮ @fb.com>, Antigone Davis < ▮▮▮▮ @fb.com>, Vaishnavi J < ▮▮▮▮ @fb.com>, ▮▮▮▮ @fb.com>, John Buckley < ▮▮▮▮ @fb.com>, ▮▮▮▮ < ▮▮▮▮ @fb.com>, ▮▮▮▮ @fb.com>, ▮▮▮▮ < ▮▮▮▮ @fb.com>, ▮▮▮▮ < ▮▮▮▮ @fb.com>, Liza Crenshaw < ▮▮▮▮ @fb.com>, ▮▮▮▮ < ▮▮▮▮ @fb.com>, ▮▮▮▮ < ▮▮▮▮ @fb.com>, Karina Newton < ▮▮▮▮ @fb.com>, ▮▮▮▮ < ▮▮▮▮ @fb.com>, ▮▮▮▮ @fb.com>, ▮▮▮▮ < ▮▮▮▮ @fb.com>, ▮▮▮▮ < ▮▮▮▮ @fb.com>
**Subject:** [Flagging] Thorn Report on Child Safety Research Communications Plan (A/C Priv)

Casey Newton will publish an exclusive today at 5pm on Platform and The Verge on new research from Thorn about minors experiencing harm on social platforms. The researchers surveyed minors between the ages 9-17 from Oct - Nov 2020 and found that they are having online sexual interactions with adults and other minors at nearly the same rate. This is important, first of its kind research and Thorn have been transparent with us on this work. We work with them weekly on programs and projects on child safety, which have led directly to product improvements.

Key findings from the report include:
- The platforms with the highest number of survey participants reporting a potentially harmful online experience included Snapchat (26%), Instagram (26%), YouTube (19%), TikTok (18%), and Messenger (18%).
- Platforms where the most participants said they have had an online sexual interaction were Snapchat (16%), Instagram (16%), Messenger (11%), and Facebook (10%)
- 45 percent of minors 9-12 are using Facebook; 40 percent are using IG.
- Minors are nearly 2x as likely to use online safety tools (report/block) than offline support systems (parents/caregivers/trusted adults/peers).
- Minors prefer blocking over reporting. There's some very specific feedback minors have about reporting and the various categories

Thorn's research is always measured, quality and thoughtful, but we expect Casey's story to be critical nonetheless. He will call out that neither blocking nor reporting protects minors from continued harassment, as adults were able to re-contact minors according to the study.

In our response, we'll highlight things that we've done to make our platforms a safer place for minors since the research was conducted in late 2020. We've 1) restricted unconnected adults from messaging minors on IG; 2) introduced Safety Notices on IG; 3) expanded the ability to report child exploitation across all parts of IG; 4) tested CEI search interstitials across both FB and IG; and 5) Updated our implicit minor sexualization policy.

**Comms Approach**
- Highlight that we work with Thorn and have supported them on a number of research projects in the past
- Showcase all the work we've done in this space since they conducted this research in late 2020 and because of our ongoing work with Thorn

HIGHLY CONFIDENTIAL (COMPETITOR)

META3047MDL-034-00449438

**Statement**

"We appreciate Thorn's research and value our collaboration with them. We've made meaningful progress on these issues, including restricting Direct Messages between teens and adults they don't follow on Instagram, helping teens avoid unwanted chats with adults, making it harder for adults to search for teens, improving reporting features, and updating our child safety policies to include more violating content for removal. Our work is ongoing, which is why getting feedback from groups like Thorn is so important."

HIGHLY CONFIDENTIAL (COMPETITOR)

META3047MDL-034-00449439