# Exhibit 5

CONFIDENTIAL

Page 1

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN RE: SOCIAL MEDIA ADOLESCENT  )  MDL Number:
ADDICTION/PERSONAL INJURY PRODUCTS  )  4:22-MD-C047-YGR
LIABILITY LITIGATION  )
_____)

SUPERIOR COURT OF THE STATE OF CALIFORNIA
FOR THE COUNTY OF LOS ANGELES
SPRING STREET COURTHOUSE

COORDINATION PROCEEDING  )
SPECIAL TITLE [RULE 3.400]  )
SOCIAL MEDIA CASES  )  Lead Case No. for
  )  Filing Purposes
_____)  22STCV21355
  )
This Document Relates to:  )
  )
STATE OF TENNESSEE,  )
ex rel. JONATHAN SKRMETTI,  )
ATTORNEY GENERAL and REPORTER,  )
v.  )
META PLATFORMS, INC., and  )
INSTAGRAM, LLC,  )
Case No. 23-1364-IV  )
_____)

Confidential - Pursuant to Protective Order
VIDEOTAPED DEPOSITION of KYLE ANDREWS, PhD
Palo Alto, California
November 19, 2024

Job No. 6933449
Pages 1 - 418
Stenographically reported by:
JENNY L. GRIFFIN, RMR, CSR, CRR, CCRR, CRC
CSR No. 3969

CONFIDENTIAL

Page 163

BY MR. PHELPS:

Q.    Okay.  And at all times, though, Lori sat above you on the org chart.  I think you testified to that, but do I have that correct?

A.    Yes.  She was always a manager.

Q.    Okay.  And ▮▮▮▮▮▮▮▮▮▮ filled out this to-be-hired role?

Did I understand that correctly?

A.    Yes.

Q.    Focusing on your name here, you're associated with the foundation sub-pillar.

Do I see that correctly?

A.    Yes, that's correct.

Q.    And then the label immediately under your name is "Signals & Insights."

Did I read that right?

A.    Yes.

Q.    What does the phrase "Signal & Insights" mean in this context?

A.    So that was the name of our kind of subteam, "Signals & Insights."  And so it was a small team.  Myself.  I think half of PM ▮▮▮▮ and a data scientist.

And it was an overarching team meant to collect data on well-being issues that we can use to

CONFIDENTIAL

Page 164

train models so we can identify them faster and kind of drop them down.

So that was sort of the -- the "Signals" is the, you know, collecting data that we use for models to kind of reduce bad experiences.

Q.   And how were you qualified to perform the work you just described?

A.   So the way -- the primary way -- one of the ways in which we would collect signals is via surveys.  And surveys is what I've done throughout my entire career.

Q.   And I think you testified earlier that you had actually served as a litigation expert on the topic of survey design or survey modeling.

Did I recall that correctly?

A.   Yes, that's right.

Q.   Okay.  Did you strive to perform high-quality work analyzing signals and insights for the Instagram well-being team?

A.   Yes.

Q.   Did you use your academic and professional expertise as part of that work?

A.   Yes, I did.

Q.   Okay.  Did you succeed, in your view, in performing high-quality work on the topic of signals

CONFIDENTIAL

Page 165

and insights within the Instagram well-being team?

A.    Yes.    It was primarily the BEEF framework and -- or BEEF, which is the framework -- bad experiences encounters framework, and then the BEEF survey, which I thought was high quality.

Q.    You approached that work and all other work within the Instagram well-being team with rigor?

A.    Yes.

Q.    Competence?

A.    Yes.

Q.    Integrity?

A.    Yes.

Q.    Yes.    If I direct you to a different part of this welcome orientation document you have in front of you, do you see there's a well-being team overview at the bottom left?

A.    Yes.

Q.    Do you see a section titled "Our Vision"?

A.    I do.

Q.    It says:

        "People come to Instagram to
        express themselves, engage with others,
        and be inspired."

        Did I read that correctly?

A.    Yes.

CONFIDENTIAL

Page 243

(Exhibit 17 was marked for identification and is attached to the transcript.)

BY MR. PHELPS:

Q.   Let me know when you have that in front of you.

A.   I have that in front of me.

Q.   Do you recognize this document, Dr. Andrews?

A.   I do, yes.  This would have been kind of my -- the write-up of my performance by my boss.  We had earlier shown the document where I wrote my performance, and this is sort of like management's reply after they kind of judge everybody, I guess.

Q.   What does "PSC" stand for in the context of this document?

A.   You would think I know that.  Performance -- the first P is performance, but it's like your annual review.

Q.   Can we just stipulate PSC is shorthand for a review document in this context?  Is that right?

A.   Yes.  Like your annual performance review.

Q.   And was the process of drafting performance reviews taken seriously at Meta, in your experience?

A.   Yes.  Very seriously.

CONFIDENTIAL

Q.   And it reflects the views of your managers; is that right?

A.   This document would, yes.

Q.   Okay.  You said it's taken very seriously. What do you mean by that?

A.   Your kind of rating each half, each year, directly impacts whether you get promoted, whether you get a raise, that sort of thing.  And so it's, yeah, treated seriously.

Q.   Okay.  Do you see a section called "product impact" on this review?

A.   Yes.

Q.   I should say, before we get into that, I think you mentioned that this was prepared by ▮▮▮▮▮▮▮▮▮▮ is that right?

A.   Yes.

Q.   ▮▮▮▮▮▮▮▮ was your manager at the time?

A.   Correct.

Q.   Okay.  You see a section called "product impact"?

A.   Yes.

Q.   It says:

          "Your main accomplishment this
          last half was conceiving of and
          delivering the bad experiences

CONFIDENTIAL

encounters framework and the subsequent BEEF survey."

Did I read that correctly?

A. You did.

Q. It further indicates:

"These will provide the most comprehensive understanding we have at IG for what issues cause bad experiences for users."

Did I read that correctly?

A. Yes.

Q. It goes on:

"BEEF synthesized a variety of disparate data sources from multiple disciplines to identify bad experiences that have been missed by TRIPS."

Did I read that right?

A. Correct.

Q. And then it concludes:

"This work has significant potential and is eagerly awaited by many."

Did I read that right?

A. Yes.

Q. Can you go to a section called "summary of

CONFIDENTIAL

Page 250

MR. PHELPS:  Yes.  Sure.

I'll withdraw the last question.

BY MR. PHELPS:

Q.   Dr. Andrews, I can focus you on this section called "Results/Impact."  In particular, the second paragraph which discusses BEEF.

Do you see that?

A.   I do.

Q.   Is that consistent with the work you performed on the bad experiences survey in the second half of 2021?

A.   Yes, I believe so.

Q.   Okay.  Do you have any reason to doubt that this is a true and accurate reproduction of a draft review of you from the second half of 2021?

A.   No, I don't have any reason to doubt that.

Q.   Okay.  And reviews like this were maintained in the ordinary course of business at Meta; isn't that right?

A.   I've never --

MR. HALPERIN:  Object to foundation.

THE WITNESS:  I've never been a manager so I don't know; but yes, that looks -- this looks like a draft that ██████ made before she wrote the official letter that I would have received.

CONFIDENTIAL

BY MR. PHELPS:

Q.    This section states "Kyle's work..."
Do you see that?

A.    I do.

Q.    It says:
"Kyle's work in H2 is wide-ranging and impactful across IG."
That's Instagram; right?

A.    Yes.

Q.    (Reading):
"And benefited central integrity and FOA."
That's family of apps; right?

A.    It is.

Q.    (Reading):
"And family of app youth initiatives as well."
Are you with me so far?

A.    I am.

Q.    It says:
"The bad experiences and encounters framework, BEEF, survey that he designed, managed, analyzed, and evangelized was widely adopted as the basis for measuring user perception of

CONFIDENTIAL

Page 252

product impact and highlighting specific opportunities for improvement."

Did I read that correctly?

A.   Yes.

Q.   Is that consistent with your memory?

A.   Yes.

Q.   The first sub-bullet states:

"BEEF was adopted as the basis for top level perception goals for well-being in 2022."

Did I read that correctly?

A.   You did.

Q.   It says:

"BEEF provided the means to operationalize user perceptions as goals at the org level, a departure from the traditional reliance on rater prevalence, and a first for IG."

Did I read that correctly?

A.   Yes.

Q.   And is that consistent with your memory?

A.   Yes.

MR. PHELPS:  Let me go to the next document which I think is going to be Exhibit 19.