# Exhibit 8



HIGHLY CONFIDENTIAL (COMPETITOR)

# RESEARCH OBJECTIVES

- Understand how people feel about the time they spend on Instagram

- Understand how and why people take a break from Instagram

- Explore the relationship between users' time spent and well-being

*Note: this survey focuses on higher time spent users, **not** the general IG user population.

2

HIGHLY CONFIDENTIAL (COMPETITOR)

META3047MDL-032-00000934

# TL;DR*

**1**  A majority of the respondents cannot accurately estimate the time they spend on Instagram. High TS users are relatively more accurate than low TS users.

**2**  More than a third of the survey respondents feel they have spent more time than they would have liked on Instagram. About one in five respondents think they have a problem controlling their time.

**3**  42% of the survey respondents have taken a break from Instagram. The top reason for taking a break is "I had something at work or school that I needed to focus on." More high TS users report that the break has made them feel worse than before than low TS users.

**4**  People who spend longer time think their time spent is more meaningful than those who spend shorter time. Those who spend longer than 3 hrs/day have lower positive affect, lower life satisfaction, and higher negative affect than people who spend shorter time on Instagram.

3

* Note: Most respondents of this survey are high time spent users.

HIGHLY CONFIDENTIAL (COMPETITOR)

META3047MDL-032-00000935

# WHAT WE DID

## Email survey

Collection date: 5/10~5/18, 2018

Sampling criteria:

- TS p25~p50
- TS p50~p75
- TS p75~p95
- TS p95~p99
- TS p99 +

| | Total N | % Female | % Teens |
|---|---|---|---|
| US | 2342 | 69% | 38% |
| AU | 2071 | 77% | 48% |
| CA | 2771 | 69% | 48% |
| GB | 2131 | 72% | 46% |
| FR | 3695 | 77% | 36% |
| BR | 2364 | 73% | 21% |
| ID | 1887 | 62% | 24% |
| JP | 1634 | 71% | 16% |
| KR | 873 | 76% | 8% |
| **Total** | **19768** | **72%** | **32%** |

4

HIGHLY CONFIDENTIAL (COMPETITOR)

META3047MDL-032-00000936

## Our survey sample is on the higher-end of time spent among the IG user population.

| Weekly TS percentile | N | Percent of the survey sample | Average TS/day (minutes) | sd | min | max |
|---|---|---|---|---|---|---|
| p25-p50 | 1947 | 9.85% | 5.57 | 2.45 | 1.74 | 10.11 |
| p50-p75 | 2932 | 14.83% | 21.31 | 6.96 | 10.1 | 34.21 |
| p75-p95 | 4165 | 21.07% | 58.18 | 16.68 | 34.13 | 94.71 |
| p95-p99 | 5227 | 26.44% | 116.27 | 16.50 | 94.32 | 156.55 |
| p99-p100 | 5497 | 27.81% | 194.85 | 42.58 | 155.46 | 809.87 |
| Total | 19768 | | 100.53 | 73.43 | 1.74 | 809.87 |

More than half of the survey sample are in global TS p95 and above

5

HIGHLY CONFIDENTIAL (COMPETITOR)

META3047MDL-032-00000937



THEME

# A majority of the respondents cannot accurately estimate the time they spend on Instagram.

6

HIGHLY CONFIDENTIAL (COMPETITOR)

META3047MDL-032-00000938

Overall, 38.6% of the survey respondents are accurate in estimating how much time they spend on Instagram. High TS users are relatively more accurate than low TS users.



Perceived TS survey question: On average, how much time do you spend on Instagram every day?

HIGHLY CONFIDENTIAL (COMPETITOR)

META3047MDL-032-00000939

## Brazil has the highest perceived TS; Japan has the lowest perceived TS.



*Perceived TS survey question: On average, how much time do you spend on Instagram every day?*

HIGHLY CONFIDENTIAL (COMPETITOR)

8

META3047MDL-032-00000940

## Indonesia is the least accurate in estimating their time spent, followed by Brazil.



*Consistent with International research trip in Indonesia*

HIGHLY CONFIDENTIAL (COMPETITOR)

9

META3047MDL-032-00000941

# Older users perceive their time spent to be shorter than younger users' perception.



Significantly fewer people who are older than 35 perceive their daily TS to be 3 hours or more than those who are younger than 35.

HIGHLY CONFIDENTIAL (COMPETITOR)

META3047MDL-032-00000942



## OPPORTUNITY

# Help people better manage their time by bridging the gap between perceived time spent and actual time spent

**How would people feel if we...**
inform people of their actual time spent?

**How might we...**
provide more transparency and control when displaying users' actual time spent?

11

HIGHLY CONFIDENTIAL (COMPETITOR)

META3047MDL-032-00000943



THEME

More than a third of the survey respondents* feel they have spent more time than they've liked on Instagram. About one in five respondents think they have a problem controlling their time.

12

*Note: Most survey respondents are high time spent users.

HIGHLY CONFIDENTIAL (COMPETITOR)

META3047MDL-032-00000944

38% of the survey respondents feel they've spent more time than they would have liked on Instagram, but fewer respondents express a lack of control or show interests in receiving help in managing their time.



13

HIGHLY CONFIDENTIAL (COMPETITOR)

META3047MDL-032-00000945

## More high TS users think they've spent more time than they would have liked on Instagram than low TS users.



During the last week, did you spend more or less time on Instagram than you would have liked?

Daily time spent on Instagram

Legend: Much More, More, Neutral, Less, Much Less

HIGHLY CONFIDENTIAL (COMPETITOR)

META3047MDL-032-00000946

People who spend more than 1 hour a day feel they are less in control than those who spend shorter time on Instagram.



HIGHLY CONFIDENTIAL (COMPETITOR)

META3047MDL-032-00000947

People who spend more than 1 hour a day are also more interested in receiving help in managing their time than those who spend shorter time on Instagram



HIGHLY CONFIDENTIAL (COMPETITOR)

META3047MDL-032-00000948

## Country differences



HIGHLY CONFIDENTIAL (COMPETITOR)

META3047MDL-032-00000949

## Age differences



HIGHLY CONFIDENTIAL (COMPETITOR)

18

META3047MDL-032-00000950



## OPPORTUNITY

# A time management feature might have more opportunities among high time spent users (daily TS > 1h) and younger users (< 25 years old).

**How might we...**
help people who feel they've spent more time than they've wanted but don't feel a lack of control?

**How might we...**
understand what drives people's feeling of control?

**Should we...**
identify users who are more likely to benefit from this feature and promote this feature in app?

19

HIGHLY CONFIDENTIAL (COMPETITOR)

META3047MDL-032-00000951



## THEME

42% of the survey respondents* have taken a break from Instagram. More high TS users report that the break has made them feel worse than before.

20

* Note: Most survey respondents are high time spent users.

HIGHLY CONFIDENTIAL (COMPETITOR)

META3047MDL-032-00000952

## Overall, 42% of the survey respondents have taken a break from Instagram.



*Have you ever taken a break from using Instagram (i.e., intentionally stopped using Instagram for some period of time)?*

12%

42%

46%

● Yes   ● No   ● Don't remember

HIGHLY CONFIDENTIAL (COMPETITOR)

META3047MDL-032-00000953

# A higher percent of high TS users has taken a break than low TS users.



*Have you ever taken a break from using Instagram (i.e., intentionally stopped using Instagram for some period of time)?*

High TS group has the highest percent of users who have taken a break

*Different letter indicates significant difference across groups.*

HIGHLY CONFIDENTIAL (COMPETITOR)

22

META3047MDL-032-00000954

# More people took a break for more than a week.

*Have you ever taken a break from using Instagram (i.e., intentionally stopped using Instagram for some period of time)?*

*How long did you take a break from Instagram?*



- 🔵 Yes
- 🟢 No
- ⚪ Don't remember



Age group

23

HIGHLY CONFIDENTIAL (COMPETITOR)

META3047MDL-032-00000955

## Most people said they didn't do anything to help them take a break. The second most common action is to delete the app.

*During your break, did you take any of the following actions? Please select all that apply.*



HIGHLY CONFIDENTIAL (COMPETITOR)

META3047MDL-032-00000956

## The top reason for taking a break is "I had something at work or school that I needed to focus on."



*Thinking about the last time you intentionally stopped using Instagram for some period of time, what was the primary reason you stopped using Instagram?*

| Reason | Percentage |
| --- | --- |
| I had something at work or school that I needed to focus on | 37% |
| Personal reasons (e.g. breakup) | 16% |
| I didn't get enough value out of Instagram | 11% |
| I had problems with my device or internet (e.g. lost my phone, limited data plan) | 9% |
| I used other social media apps instead of Instagram | 7% |
| Other people asked me to (e.g. parents, significant others) | 3% |
| I was harassed or bullied by other people on Instagram | 2% |
| Other | 15% |

HIGHLY CONFIDENTIAL (COMPETITOR)

META3047MDL-032-00000957

# The 16 to 24 age groups have a higher percent of users who took a break because they needed to focus on work or school.



*Thinking about the last time you intentionally stopped using Instagram for some period of time, what was the primary reason you stopped using Instagram?*

HIGHLY CONFIDENTIAL (COMPETITOR)

META3047MDL-032-00000958

## US has the highest percent of users who have taken a break from Instagram. More younger users have taken a break than older users.



**Took a break**
- Yes
- No
- Don't remember

27

HIGHLY CONFIDENTIAL (COMPETITOR)

META3047MDL-032-00000959

## Most people feel neutral after they take a break. However, more high TS respondents said they felt worse after the break.



*In your opinion, did this break from Instagram make you feel better or worse than how you felt before?*

Daily TS > 3H group has the highest percent of people who feel worse after the break

Daily time spent on Instagram

28

HIGHLY CONFIDENTIAL (COMPETITOR)

META3047MDL-032-00000960



## OPPORTUNITY

# Users' motivation for taking a break varies among different age groups. We need to further investigate the impact of a break on different TS groups.

How might we...
better help users who are between 16 and 24 to focus on their work and school?

How might we...
further understand the impact of a break from Instagram on users' well-being?

Should we...
design different product solutions for low and high TS users?

29

HIGHLY CONFIDENTIAL (COMPETITOR)

META3047MDL-032-00000961



## THEME

People who spend longer time think their time spent is more meaningful than those who spend shorter time. Those who spend longer than 3 hrs/day have lower positive affect, lower life satisfaction, and higher negative affect than people who spend shorter time.

30

HIGHLY CONFIDENTIAL (COMPETITOR)

META3047MDL-032-00000962

About 21% of survey respondents think the time they spent on Instagram is very to extremely meaningful, and 35% think the time they spent is a little to not at all meaningful.




HIGHLY CONFIDENTIAL (COMPETITOR)

\* Note: Most survey respondents are high time spent users.

META3047MDL-032-00000963

People who spend longer time on IG think their time spent is more meaningful than those who spend shorter time on IG.



How meaningful was the time you spent on Instagram?

* The difference between these five TS groups remains significant when controlling for country, age, and gender.

32

HIGHLY CONFIDENTIAL (COMPETITOR)

META3047MDL-032-00000964

Users in Japan, Brazil, and Indonesia perceive their time on Instagram to be more meaningful than other countries. Older users (>35) perceive their time on Instagram to be more meaningful than younger users.

*How meaningful was the time you spent on Instagram?*



The lowest in perceived meaningfulness



33

*These differences remain significant when controlling for daily TS.

HIGHLY CONFIDENTIAL (COMPETITOR)

META3047MDL-032-00000965

People who spend longer than 3 hours a day on Instagram have lower positive affect and lower overall life satisfaction. Those who spend longer than 1 hour on IG have higher negative WB.



All survey measures use 5-point likert scale: 1 strongly disagree ~ 5 strongly agree

Different letter indicates significant difference across groups, when controlling for country, age, gender.

HIGHLY CONFIDENTIAL (COMPETITOR)

33

META3047MDL-032-00000966

People who spend longer time on IG give higher ratings for all IG well-being measures, including IG negative affect.



All survey measures use 5-point likert scale: 1 strongly disagree ~ 5 strongly agree
Different letter indicates significant difference across groups, when controlling for country, age, gender.

34

HIGHLY CONFIDENTIAL (COMPETITOR)

META3047MDL-032-00000967

Browsing Feed is considered to be most meaningful activity. Seeing ads is considered to be least meaningful among the activities surveyed.



How often do you find the following activities to be meaningful on Instagram?

Almost always 5
Often 4 — 3.58 3.50 3.40 3.37 3.36 3.33 3.32 3.16 3.12 3.11 2.90 2.87 2.35 1.88
Sometimes 3
Occasionally 2
Not at all 1

Browsing Feed/Home, Watching videos, Watching stories, Sending Direct Messages, Posting photos or videos, Looking at others' profiles, Being followed by accounts, Receiving notifications, Looking at my own profile, Browsing Explore, Posting stories, Finding accounts to follow, Watching live videos, Seeing advertisements

35

*Note: participants' responses may be biased by whether or not they have used each feature.*

HIGHLY CONFIDENTIAL (COMPETITOR)                META3047MDL-032-00000968

# Being entertained is rated as most meaningful activity.



*How often do you find the following activities to be meaningful on Instagram?*

36

*Note: participants' responses may be biased by whether or not they have done this on Instagram.*

HIGHLY CONFIDENTIAL (COMPETITOR)

META3047MDL-032-00000969



## OPPORTUNITY

# Users' perceived meaningfulness of their time spent is positively related to their actual time spent. High TS users seem to have lower overall well-being than low TS users, but the reason for that remains unknown.

How might we...
further understand the drivers for lower well-being among high TS users?

What if we...
design different solutions for low and high TS users to improve their well-being?

Should we...
target at improving users' well-being on instagram, or their overall well-being?

37

HIGHLY CONFIDENTIAL (COMPETITOR)

META3047MDL-032-00000970



HIGHLY CONFIDENTIAL (COMPETITOR)