# Exhibit 2

Page 1

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

*******************************

                                        Case No.
IN RE:  SOCIAL MEDIA ADOLESCENT    4:22-MD-03047-YGR
ADDICTION/PERSONAL INJURY
PRODUCTS LIABILITY LITIGATION
                                        MDL No. 3047
*******************************

This Document Relates To:

ALL ACTIONS

*******************************

        CONFIDENTIAL - ATTORNEYS' EYES ONLY
            PURSUANT TO PROTECTIVE ORDER

                VIDEOTAPED DEPOSITION OF
                 ALLISON L. HARTNETT

Held At:        Covington & Burling LLP
                Salesforce Tower
                4415 Mission Street
                San Francisco, California

                June 16th, 2025
                    9:59 a.m.

Reported By:
MAUREEN O. POLLARD, CSR #14449, RDR

CONFIDENTIAL

Page 2

Videotaped Deposition of ALLISON L. HARTNETT, held at Covington & Burling LLP, Salesforce Tower, 415 Mission Street, San Francisco, California, commencing at 9:59 a.m.  on the 16th of June, 2025, before Maureen O'Connor Pollard, Registered Diplomate Reporter, Realtime Systems Administrator, California CSR #14449.

CONFIDENTIAL

Page 28

otherwise, right now we're going to be focusing on something I'll talk about as personal information, and for these discussions we'll talk about personal information as these categories:  An e-mail address, an image of a person's face, sound of a person's voice, a cookie ID, an internet protocol address or an IP address, a process or a device serial number or other unique personal identifier that can be used to recognize a user over time and across different online services, information concerning a user combined with that persistent identifier, or precise geolocation information.

A.    Okay.

Q.    Do you understand those topics?

A.    Yes, I do.  I might need you to repeat them for me from time to time.

Q.    Okay.  Does Meta collect personal information from people who have accounts on its platforms?

A.    Yes, it does.  It collects some of the pieces of information you have listed, yeah.

Q.    Okay.  From people who have accounts on Facebook and Instagram, right?

A.    Sorry.

So, yes, Meta collects personal

CONFIDENTIAL

Page 29

information from people who have accounts on Facebook and Instagram.

Q.    Okay.  All right.  What types of personal information does Meta collect from people who have accounts on Facebook and Instagram?

A.    I don't think that I am totally prepared to give a completely comprehensive answer on this, but Meta does collect a variety of information, including the information that the user provides on their profile.

For example, it collects -- it does collect device ID and the IP, it collects cookie information, it collects information on content that you've created across the app, it collects activity off of our products if the user has allowed that. Yeah.

Q.    Collects e-mail addresses?

A.    E-mail address, I believe e-mail or phone depending on the user's choice.

Q.    Has Meta collected the same types of personal information since at least 2012?

A.    I don't think I can speak to that.  I imagine there has been some change, but I don't have the exact timeline of each piece of data we've collected.

CONFIDENTIAL

Page 30

Q.    Has Meta collected personal information in some of those categories of personal information since 2012 from users of Facebook and Instagram?

A.    Yes.

Q.    Does Meta collect first and last names as part of account creation for users?

MR. CHAPUT:  Objection.  Scope.

THE WITNESS:  So on Facebook, I believe the answer is yes.

On Instagram, I don't know.  Instagram has in the past not been a platform that requires real name.  I am not sure what the current status is in the signup flow.

BY MR. OLSZEWSKI-JUBELIRER:

Q.    You mentioned before that Meta collects the content that users post on Facebook and Instagram, right?

A.    Correct.

Q.    And that could include images of people's faces, is that right?

A.    Yes.

Q.    Like if a user posts a selfie, for example?

A.    Meta does collect that data, yes.

Q.    And if a user posts a video that

CONFIDENTIAL

Page 31

includes a person's face, the user's face, Meta would collect that, right?

A.    Yes.

Q.    And the user -- if a user posted a video that included their voice, Meta would collect that as well, right?

A.    Yes.

One clarification I want to give is, I'm not sure what you're using as the definition of "collect."  There are deletion -- not all data is retained forever.  Like, data is retained for some period of time and deleted depending on the type of data.

Q.    How long are users' posts retained?

A.    I don't know the answer to that, sorry.

Q.    Okay.

MR. CHAPUT:  Just, that last question was out of the scope.

THE STENOGRAPHER:  I'm sorry?

MR. CHAPUT:  That last question was out of the scope.

BY MR. OLSZEWSKI-JUBELIRER:

Q.    You mentioned also, I believe, that Meta collects information about users' activity on its platforms, is that right?

CONFIDENTIAL

Page 32

A.    That's right.

Q.    Such as what posts users like?

A.    Correct, yes.

Q.    And Meta collects information about what videos they watch?

A.    Yes.

Q.    Who they interact with on the platforms?

A.    Yes.

Q.    And Meta has collected information like that about user activity on its platform since at least 2012, right?

A.    I believe so, yes.

Q.    And the more time and engagement users have on Meta's platforms, the more data Meta collects on them, right?

MR. CHAPUT:  Objection.  Form, scope.

THE WITNESS:  Can you repeat that?

BY MR. OLSZEWSKI-JUBELIRER:

Q.    The more time that users spend on Meta's platforms, the more data that Meta collects on them, right?

MR. CHAPUT:  Same objections.

THE WITNESS:  I'm actually not sure. So again, like, I'm not -- I can't speak to

CONFIDENTIAL

Page 33

the exact, like, retention period or exactly what "collect" means.  So I don't know that I can, like, explicitly confirm that.  Yeah.

BY MR. OLSZEWSKI-JUBELIRER:

Q.    What does collect mean to you?

A.    Like, collect means -- well, collect would mean have, but then like keep for some period of time.  So, like -- yeah, I'm just trying to be precise how we're using it.

Q.    Well, we can talk about collecting.  That would be gathering the data, receiving the data.

A.    Okay.

Q.    Does Meta --

A.    So it's just be act of gathering it is what you're using as collecting, not like -- it doesn't matter how long it's being kept?

Q.    For this question it's just about collecting the data.

A.    Okay.

Q.    Is it fair to say that if a user spends two hours interacting with content on Meta's platforms, Meta would be collecting more data than if they spent one hour?

CONFIDENTIAL

Page 34

MR. CHAPUT:  Objection.  Form, scope.

THE WITNESS:  I think that's fair to say.

BY MR. OLSZEWSKI-JUBELIRER:

Q.    Okay.  And Meta collects the same kinds of information for adults and minors on its platforms, right?

A.    Yes.

Q.    Information about users' activity on Meta's platforms is used to improve Meta's product personalization and advertising services, correct?

MR. CHAPUT:  Objection.  Form, scope.

THE WITNESS:  That is correct.

BY MR. OLSZEWSKI-JUBELIRER:

Q.    And users' personal information is also used to improve how Meta personalizes its products, right?

MR. CHAPUT:  Objection.  Form, scope.

THE WITNESS:  Yes, that is correct.

BY MR. OLSZEWSKI-JUBELIRER:

Q.    And in this context, that would mean Meta uses users' personal information to decide what content to show them, is that right?

MR. CHAPUT:  Same objections.

THE WITNESS:  Meta users' personal

CONFIDENTIAL

Page 59

visit public Facebook and Instagram pages without having a Facebook or Instagram account, right?

A.    I believe it's accurate to say that people can do that.  It's not -- you can't visit all pages on Facebook or Instagram, but there are specific public Facebook or Instagram pages people can visit.

Q.    Public pages that are posted by accounts on Facebook and Instagram, right?

MR. CHAPUT:  Object to form.  Scope.

THE WITNESS:  Yes, that's right.

BY MR. OLSZEWSKI-JUBELIRER:

Q.    Does Meta collect personal information from people who visit public Facebook and Instagram pages without being logged into a Facebook or Instagram account?

MR. CHAPUT:  Object to form.

THE WITNESS:  So I know you gave me the list of personal -- how you're defining "personal information."  Meta would not -- we do not call that list personal information.  So my answer would be, no, we don't, but let me give you precisely what we do collect.

We consider this data activity data

CONFIDENTIAL

Page 60

that only gives us information on how did the user use that logged-out page.  We collect IP address, device ID, cookie data, and then clicks.  Yeah, we don't consider that personal data.

BY MR. OLSZEWSKI-JUBELIRER:

Q.    Okay.  So you mentioned things like IP address, cookie data, device ID, is that right?

A.    That's right.

Q.    And Meta collects those things from users who visit public Facebook and Instagram pages without being logged in, right?

A.    Yes, that's right.  I'm speaking specifically about the registration pages, which is the -- which is the most common logged-out page that a user would visit.  I think we should follow up if it's exact same data collection on like a public profile.  Yeah.

Q.    You don't know what data Meta collects from people who visit a public Facebook profile, for example, without being logged in?

MR. CHAPUT:  Object to form. Characterization, scope.

THE WITNESS:  I don't -- I just don't have the precise distinction in my notes on

CONFIDENTIAL

Page 99

AFTERNOON SESSION

THE VIDEOGRAPHER:  The time is 12:34. We're back on the record.

THE WITNESS:  We wanted to check on and followed up on topic of logged-out data collection.  This was the topic of does logged-out data collection look the same on registration pages versus other public pages.

The answer is the data is collected -- the data that is collected is generally the same, except on the registration pages there's a bit more detailed activity data collected to optimize those pages.  There's just more a user can do on those pages. There's just a little more detailed activity data collection.  Otherwise the data collected is the same.

BY MR. OLSZEWSKI-JUBELIRER:

Q.    Okay.  So just to confirm, Meta collects personal information from logged-out users who visit public Facebook and Instagram pages?

MR. CHAPUT:  Object to the form.

THE WITNESS:  To just be precise on it, the data that's collected is the following:

CONFIDENTIAL

Page 100

It is IP address, device ID, cookie data, and then button clicked page -- activity data. That's the data collected.

BY MR. OLSZEWSKI-JUBELIRER:

Q. Okay. And Meta collects data on activities that users do perform on those, so like Facebook and Instagram pages, when they're logged out?

A. Just like clicks or page visit, pages visited.

Q. Okay. Does Meta collect, for example, how long a user views a public real, for example?

A. No, no. It's only, like, the page visit that is on a -- if it's a public page, it's just like page visit that's collected. Detailed activity data is only collected on the registration page.

Q. Let's talk about how Meta finds and removes children under 13 on its platforms.

So I see you have a lot of notes on this topic.

A. Yes.

Q. We'll see if we can get through with your notes, or we may show you some documents just to organize ourselves.

Page 101

A.    Okay.

Q.    But, okay, so for Facebook and Instagram, from 2019 through April 1, 2024, Meta had several different ways that it found and removed under 13 users on Facebook and Instagram, right?

A.    Yes, that's right.

Q.    Okay.  One of those ways is online reporting, right?

A.    That's right.

Q.    So people -- users on Facebook and Instagram or people who don't have accounts on Facebook and Instagram can report a child under 13 on the platform to Meta?

A.    Yes, that's right.

Q.    Okay.  Another -- and Meta has processes to review the reports and decide what to do with them, right?

A.    That's right.

Q.    Okay.  We'll talk about that in a little bit.

Another process that Meta has used in that period for identifying users who may be children on Facebook and Instagram is internal reviews?

A.    Internal -- I don't think that's the

CONFIDENTIAL

Page 102

precise term.  You might mean internal escalation, is the --

Q.    That's the term here that's used, yeah, sure.  Internal escalation, right?

A.    Yep.

Q.    And that is referring to Meta has human reviewers who review accounts or content that are reported for other reasons other than for belonging to an underage user, right?

A.    That's right.

Q.    And in the process of that review if they notice some strong indication that the account belongs to a child under 13, they can escalate that into the underage review?

MR. CHAPUT:  Object to the form.

THE WITNESS:  That is accurate.

BY MR. OLSZEWSKI-JUBELIRER:

Q.    Okay.  And that policy allowing escalations, internal escalations, when did that begin on Facebook and Instagram?

MR. CHAPUT:  Object to the form.

(Witness reviewing document.)

BY MR. OLSZEWSKI-JUBELIRER:

Q.    You're looking at your notes, right?

A.    Yeah.  Looking at my notes, I don't

CONFIDENTIAL

Page 103

have the date that that policy or that process began. Checking.

(Witness reviewing document.)

A. Yeah, I don't have that date.

Q. Okay. Another way that Meta detects underage users is user self-reports, is that right?

A. User self-reports, yes.

Q. So that refers to when users edit their date of birth, their stated age, right?

A. That's correct.

Q. And if they edit their date of birth to stated age as under 13, Meta places those users' accounts in an age checkpoint, right?

A. That's correct.

Q. The age checkpoint is where a user is prohibited from accessing the account, right?

A. Yes. If you're in an age checkpoint, you can't access your account.

Q. And Meta places users in an age checkpoint when it determines that the user is under 13, right?

MR. CHAPUT: Object to the characterization.

THE WITNESS: No. That's not accurate. Meta places users in an age checkpoint when

CONFIDENTIAL

Page 104

a human reviewer has reviewed the account after there's -- you know, the account has come in for human review from the sources you described, and then a human reviewer reviews the account and determines if there -- either if they -- if they think the account may be under 13, and we instruct the human reviewers to err on the side of if you were uncertain, mark it as possible. And so the user is then checkpointed, so there's uncertainty in the checkpoint.

Then the user has the opportunity to appeal the checkpoint with -- by providing ID, by certifying, yeah, identifying themselves.

BY MR. OLSZEWSKI-JUBELIRER:

Q. You just testified that when users self-report that they're under 13, Meta checkpoints those accounts, right?

A. That's right.

Q. And that process does not involve human review, right?

A. That's -- it is reviewed after -- the appeal involves human review, yeah.

CONFIDENTIAL

Page 105

Q.    Okay.  But there's no human review between a user stating their age as under 13 and being sent to the checkpoint, right?

A.    That's right.

Q.    Okay.  You talked about appeals, right?

A.    (Nodding in the affirmative.)

Q.    So after a user is placed in the checkpoint, the user can appeal Meta's decision to place them in the checkpoint?

A.    That's accurate.

Q.    And the decision to place them in the checkpoint is based on Meta's determination that they're likely under 13, right?

MR. CHAPUT:  Object to the characterization.

THE WITNESS:  Yeah, it is not precisely that they're likely under 13, it is if they could be under 13 or if you have doubt. That's the instructions for the reviewer, is you err on the side of your doubt -- err on the side of young if you're unsure.

BY MR. OLSZEWSKI-JUBELIRER:

Q.    Okay.  Just based on talking about the review proc- -- appeal process, the appeal process involves users being able to submit their ID to Meta

CONFIDENTIAL

Page 106

to verify that they are over 13, right?

A.    That's correct.

Q.    Okay.  And there's a time limit on how long the user has to submit their ID?

A.    Yes.  The user has 30 days.  If they don't, then the appeal is considered failed and the account is deleted.

Q.    Okay.  The account -- we'll talk about it later, but there's some time period after the 30 days when Meta schedules the account for deletion, right?

A.    That's right.

Q.    It's not immediately deleted after 30 days?

A.    Yes.  Deletion is -- when I'm using the term "deleted," it is a process.  Deletion is a process, yeah.

Q.    Okay.  But the deletion process -- we can talk about that later.

Okay.  When a user changes their age from under 18 to over 18, Meta requires them to verify their age, right?

A.    That's right.

MR. CHAPUT:  Sorry, just object to the form.  I'm not sure if there's an issue

CONFIDENTIAL

Page 110

Q.    Or two Instagram accounts?

A.    Yes.

Q.    Two Facebook accounts?

A.    Yes.

Q.    Or more accounts on any number of platforms, right?

A.    Yes, that's right.

Q.    Okay.  And Meta provides a feature called Accounts Center, right?

A.    Yes, that's right.

Q.    Accounts Center allows users to connect their accounts in Meta's systems?

A.    Yes.

Q.    Okay.  And the purpose is so that users can centrally manage their Facebook, Instagram, and other Meta accounts, right?

A.    Yes, that's right.

Q.    Okay.  And in terms of cross-platform checks for enforcing Meta's policy against users being under the age of 13, Meta uses those links from Accounts Center in order to enforce its policy, right?

A.    Yes, that's right.

Q.    So if a user has an account that is linked through Accounts Center to another account

Page 111

and one of those accounts is placed in the age checkpoint, as of a certain time Meta started also placing the other accounts that are linked through Accounts Center into the same age checkpoint, right?

A.    Yeah, tiny technical nuance.  The checkpoint only refers to the account where the original review originated.  The other accounts are just inaccessible, but they're not considered, like, in the checkpoint.

The checkpoint is the user experience, but they're inaccessible, and a user would just be directed if they tried to access those accounts to check out the checkpoint.

Q.    So from 2012 through April 2024, are there any other processes that Meta used to identify users who were under 13 on Facebook?

A.    Can you specify like just what are the ones that you are counting as having been done in that time period?

Q.    So I think we've talked about user reporting.

A.    Yep.

Q.    Internal escalation?

A.    Mm-hmm.

Q.    And you testified before you don't know

CONFIDENTIAL

Page 168

BY MR. OLSZEWSKI-JUBELIRER:

Q.    Okay.  So it would cost a dollar per child -- Meta would have to spend a dollar per child to identify them if it rolled out this improved underage reporting form on Instagram, right?

MR. CHAPUT:  Object to form.  Scope.

THE WITNESS:  Yeah, I wouldn't characterize it as a dollar per child. It's a dollar per checkpointed account. That's what that is saying.

BY MR. OLSZEWSKI-JUBELIRER:

Q.    Okay.  A dollar per underage user, right?

MR. CHAPUT:  Object to the form. Characterization, scope.

THE WITNESS:  Again, no, a checkpointed account doesn't -- it is not equivalent to an underage user.  There only a certain percentage of checkpointed accounts that end up being disabled.

Even when they are disabled, we don't know that they're underage users.  We just know they did not appeal or did not appeal successfully.

///

CONFIDENTIAL

Page 182

information from the users, right?

A.    That's right.

Q.    Okay.  So your notes say the human reviewers followed a checklist, right?

A.    Yes.

Q.    Have you also heard this referred to as the decision tree?

A.    Sure, yeah.

Q.    Okay.  And, let's see, let's walk through what is in that checklist or that decision tree.  Right?

A.    Yeah, so the --

Q.    Sorry, go ahead.

A.    The first thing that the reviewer is looking at is the account -- the reviewer is looking at data from the account.  The first thing the reviewer is looking at is does the account display child sexual abuse material or child sexual exploitation.  In that case, the account goes to -- escalated to a review queue that is specific to those issues so it can be dealt with properly.

The next thing the reviewer is checking is does the account represent a non-human entity, a pet or a business, in which case the reviewer would reject.

Page 183

The next thing a reviewer is checking is is there an explicit admission of age in the bio or in the age-assessed widget. What that does is it's showing past information on the profile. Like, it may be things that the user has since edited out but the tool pulls in past edits that could be useful.

Prior to -- there have been some recent changes on the checklist. Prior to October 2024 there wasn't the question on is this a human, so that was added.

Prior to October 2024 you could not -- the reviewer could not see the historical information.

And then prior to October 2024 when the reviewer was reviewing the account, they were looking for 50 percent of the photographs in the account represented an underage user, and in October 2024 that was lowered to 25 percent.

Q.    Okay. So just to step through that, there's three or maybe four different questions that the reviewer has to walk through.

So, first of all, is there child sexual abuse material, does the account represent a non-human entity, and then reviewing -- then the

CONFIDENTIAL

Page 184

reviewer looks at whether there's an explicit admission of age in the bio, right?

A.    Yes.

Q.    And after October 2024, Meta started showing human reviewers prior versions of the user's bio, right?

A.    Yes.

Q.    Okay.  Are you aware that the state AGs sued Meta in this lawsuit in October 2023?

A.    I was not aware of that, or I don't know the precise dates of the suit.

Q.    Okay.  And then the reviewer looks at photographs on the account, right?

A.    That's right.

Q.    To see what percentage of them represent a particular underage person, right?

A.    Yeah, that's right.

Q.    Okay.  And prior to October 2024 if there were fewer than 50 percent of photographs representing a particular underage person, the human reviewer would not checkpoint the account, right?

MR. CHAPUT:  Object to form.

THE WITNESS:  I believe that is correct.

///

Page 185

BY MR. OLSZEWSKI-JUBELIRER:

Q.    Okay.  And after October 2024 if there are fewer than 25 percent of the photos in the account representing a particular person who appears to be under the age of 13, Meta will not checkpoint the account, right?

MR. CHAPUT:  Object to the form.

THE WITNESS:  If there are fewer than 25 percent.  Yeah, just one nuance is the photographs still -- sorry, and this goes back to before October 2024.  The photographs are one element of the overall account evaluation.

If there is an explicit admission of age -- again we should check this.  My understanding is if there's an explicit admission of age and the photos are ambiguous, they still will checkpoint the account.  We should check exactly how those roles are used.

BY MR. OLSZEWSKI-JUBELIRER:

Q.    If there's an explicit admission of age in the bio?

A.    In the bio, in the text, yeah.

Q.    Okay.  In the text of the bio?

CONFIDENTIAL

Page 186

A.    I believe so, yes.

Q.    Okay.  But the reviewers don't look at texts of posts, right?

A.    I'm pausing because I am not remembering what is pre and post-October 2024 and what is in our experimentation.

My understanding is pre-October 2024 only looking at the bio, yes.

Q.    Okay.  After October 2024 what do reviewers look at?

A.    So we are -- yeah, go to, like, this is -- we're continually trying to improve this flow, and so we are -- we have looked at different times at collecting, like, how can we look at incremental data to help a reviewer do as good a job as possible.

But I would have to check exactly what is in the flow now versus what has been experimented with.

Q.    You don't know what reviewers look at post-October 2024?

MR. CHAPUT:  Objection.  Scope.

THE WITNESS:  I know that the reviewers look at content of the profile and its media, but I cannot remember precisely

CONFIDENTIAL

Page 196

MR. CHAPUT:  Object to form. Foundation, scope.

THE WITNESS:  I'm not aware of Meta employees doing that.

MR. OLSZEWSKI-JUBELIRER:  Okay.  Let's look at A12, please.

MR. KOSSLYN:  Can we go off the record?

MR. OLSZEWSKI-JUBELIRER:  Yes.

THE VIDEOGRAPHER:  The time is 2:55. We're off the record.

(Off the record discussion.)

THE VIDEOGRAPHER:  The time is 2:56. We're back on the record.

MR. OLSZEWSKI-JUBELIRER:  So we're pulling up A12.2.  12.1 is just the slipsheet because this is a natively produced Excel file.  So we can mark -- this is Exhibit 24.  I guess we'll mark the slipsheet and we can file the Excel in along with the same exhibit.

(Whereupon, Meta-Hartnett-24 was marked for identification.)

MR. OLSZEWSKI-JUBELIRER:  This is an Excel file that was produced with a Bates number META3047MDL-111-00153337.

Page 202

right, for being underage?

MR. CHAPUT:  Same objections.

THE WITNESS:  Yeah.  I mean, that's what it says, yes.

BY MR. OLSZEWSKI-JUBELIRER:

Q.    Can you go down to row 29, please?  Do you see where it says, "Explore reviewing hard-link FB and IG accounts when reviewing a report of an account being underage to ensure we're using all available information where possible"?

A.    Yep.

Q.    And so that's talking about exploring adding that option, right?

A.    Yeah.  That is a bit confusing to me, but that's what it says.

Q.    Okay.  Why is that confusing to you?

A.    I'm just trying to look at the dates of when that was done.  So this spreadsheet is from 2022 or 2023, we don't know when it was -- the exact date it was put in.

There definitely -- according to my conversations, there was hard-link propagation prior to that time period.  There -- as you can see in the notes, like at some point it had been broken and fixed prior to that time period, so that's why

Page 203

that's surprising to me.

Q. Okay. Your notes are talking about hard-link propagation, right?

A. Yes.

Q. But this row is talking about when a Facebook account, for example, is being reported, the reviewer just looks at the Facebook account, right?

A. Oh, I see. I see what you're saying. Okay. It is a -- I see. So this is saying pull in the account data into the reviewer interface?

Q. Right.

A. It might be.

Q. Pull in the account data from the hard-linked accounts, right?

MR. CHAPUT: Objection. Lacks foundation, scope.

THE WITNESS: I'm just reading.

(Witness reviewing document.)

THE WITNESS: Yeah, I think this is referring to pull in data from a hard-linked account into the reviewer interface, which is, sorry, not what I was referring to when I was confused.

///

Page 204

BY MR. OLSZEWSKI-JUBELIRER:

Q.    Right.

For example, if a user on Instagram was reported as being underage, the reviewer would only look at that Instagram account, not look at that user's hard-linked Facebook account, right?

A.    That's right.

MR. CHAPUT:  Object to form.

BY MR. OLSZEWSKI-JUBELIRER:

Q.    Okay.  And that's still the case, right?

(Witness reviewing document.)

A.    I would like to follow up and check this.  I'm not sure.

Q.    But you don't know?

A.    But I know who to ask.  I just am -- I am not sure if the changes were made.

Q.    Okay.  Who would you ask?

A.    Ty Swarts.

MR. OLSZEWSKI-JUBELIRER:  Can we go off the record briefly?

THE VIDEOGRAPHER:  The time is 3:07.  We're off the record.

(Discussion off the record.)

///

CONFIDENTIAL

Page 211

successfully appealed?

MR. CHAPUT:  Object to the form.
Scope.

THE WITNESS:  I don't have that data
point.

BY MR. OLSZEWSKI-JUBELIRER:

Q.    Okay.  You don't know or Meta doesn't
know?

MR. CHAPUT:  Object to the form.

THE WITNESS:  I don't know.

BY MR. OLSZEWSKI-JUBELIRER:

Q.    Okay.  Who at Meta would know?

A.    Ty Swarts.

Q.    All right.  Let's talk about account
linking.  So we've talked about hard linking, right?

A.    Yes, we talked about that.

Q.    And hard linking is when a user tells
Meta that they have more than one account on the
platform, right?

A.    Yeah, that's right.

Q.    Okay.  And Meta since December 2021
used that information to propagate its enforcement
on underage accounts across --

MR. CHAPUT:  Object --

///

CONFIDENTIAL

Page 212

BY MR. OLSZEWSKI-JUBELIRER:

Q.     -- accounts that are linked together?

MR. CHAPUT:  Object to form. Characterization.

THE WITNESS:  Meta has done that at least since late 2021.  When I spoke to Rohan, he said that it began prior to late 2021 -- sorry, prior to 2020, there was some period where it broke, and then he fixed it, so at least since late 2021 it has been in use.

BY MR. OLSZEWSKI-JUBELIRER:

Q.     Okay.  And prior to 2020, that -- let's see...

Prior to 2020 Meta did not -- sorry, scratch that.

When two accounts are hard linked together, Meta knows that they're operated by the same person, right?

MR. CHAPUT:  Object to form. Characterization.

THE WITNESS:  Actually, no.  So even if accounts are hard linked together, what it means -- all we can say is, like, it means that those people know each other or have

Page 222

build clusters of accounts that could be -- that are associated with each other that may be owned by the same person.  Yeah, that's how I would characterize it.

BY MR. OLSZEWSKI-JUBELIRER:

Q.    And Meta has a lot of different techniques for soft matching, right?

MR. CHAPUT:  Object to form.

THE WITNESS:  Meta has a single soft matching model, and then it uses multiple features.

Is that what you mean by "techniques"?

BY MR. OLSZEWSKI-JUBELIRER:

Q.    Your testimony is that it has only one model for soft matching?

A.    So this is my understanding.  I imagine -- well, no, I don't want to imagine.

My understanding is that there's like one key soft matching model in use at any one time that has multiple features.  That's my understanding of soft matching.

Q.    Okay.  Meta uses soft matching for a variety of different use cases, right?

A.    Yes.

Q.    Can you give me some examples?

Page 223

A.    The key use cases that Meta uses soft matching for today are reporting on number of users and financial statements, and also for integrity measures, implementing integrity measures on the apps.

Q.    What do you mean by "implementing integrity measures"?

A.    A measure could look like identifying users who have repeatedly violated Meta's terms of service across apps.

Q.    So if a user repeatedly violates Meta's terms of service, Meta will use soft matching techniques to identify the user's other accounts, is that right?

MR. CHAPUT:  Object to form. Characterization.

THE WITNESS:  That's my understanding.

BY MR. OLSZEWSKI-JUBELIRER:

Q.    Which -- sorry, just take it one step further.

And then Meta -- what does Meta do with those users' other accounts it identifies via soft matching?

MR. CHAPUT:  Objection.  Scope.

(Witness reviewing document.)

CONFIDENTIAL

Page 224

THE WITNESS:  I don't have the precise list of enforcements that soft matching is used for.  I just have that it is used for integrity use cases overall.

BY MR. OLSZEWSKI-JUBELIRER:

Q.    Meta enforces the same policy against the users' other accounts they identify via soft matching, right?

MR. CHAPUT:  Object to form.  Scope.

THE WITNESS:  Yes.

BY MR. OLSZEWSKI-JUBELIRER:

Q.    And what violations of Meta's policies does Meta use soft matching to enforce on users' multiple accounts?

MR. CHAPUT:  Object to form.  Scope.

THE WITNESS:  I don't have that detail.  I would have to follow up on that.

BY MR. OLSZEWSKI-JUBELIRER:

Q.    Who would you ask?

A.    I would -- I would find someone from the integrity team.  I would -- a specific name is not coming to me right now, but I can get -- I mean, like, we could start with Laura who I spoke to who is in integrity data science.  She could guide us to the right person.

CONFIDENTIAL

Page 225

Q.    But Meta does use soft match to identify multiple accounts and enforce its policies on those soft matching accounts, right?

A.    Yes.

MR. CHAPUT:  Object to form.

BY MR. OLSZEWSKI-JUBELIRER:

Q.    For some types of violations, right?

A.    Yes, that's right.

Q.    And you don't know which types of violations?

MR. CHAPUT:  Objection.  Scope.

THE WITNESS:  Yes, I can't give you the complete list.  But that's me, not Meta knowing, yeah.

BY MR. OLSZEWSKI-JUBELIRER:

Q.    For how long has Meta used soft match to enforce violations of Meta's policies in its accounts?

MR. CHAPUT:  Objection.  Scope.

THE WITNESS:  I don't know the first instance.  At least since prior to 2018.

BY MR. OLSZEWSKI-JUBELIRER:

Q.    Since prior to 2018?

A.    Yeah.

Q.    Is that in your notes?

A.     No.  I think that's a misreading of my notes.  Sorry.

What I -- soft matching started to be used for reporting in 2018, for financial reporting. Yeah, I don't have the start date of when it started to be used for integrity.

Q.     Has Meta used soft matching to enforce on multiple accounts used by underage users?

MR. CHAPUT:  Objection.  Vague.

THE WITNESS:  Can you clarify the question?

BY MR. OLSZEWSKI-JUBELIRER:

Q.     When a user is reported for being underage and their account is checkpointed, has Meta used soft matching to identify that user's other accounts and enforce its policies on those accounts?

A.     No.

MR. CHAPUT:  Object to the form.

THE WITNESS:  No.

BY MR. OLSZEWSKI-JUBELIRER:

Q.     Just to clarify, since 2012 through April 1st, 2024, Meta has not used soft matching to identify multiple accounts owned by underage users, right?

MR. CHAPUT:  Object to the form.

Page 227

THE WITNESS:  That's right.

BY MR. OLSZEWSKI-JUBELIRER:

Q.    Okay.  And in the period following April 1st, 2024, since you spoke to some of these people more recently, same question, Meta has not used soft matching to enforcing its multiple accounts owned by underage users, right?

MR. CHAPUT:  Objection.  Form, scope.

THE WITNESS:  That's right.

BY MR. OLSZEWSKI-JUBELIRER:

Q.    But it has used soft matching in that period to identify multiple accounts owned by people who violate other of Meta's policies, right?

MR. CHAPUT:  Object to the characterization.

THE WITNESS:  Yes.

BY MR. OLSZEWSKI-JUBELIRER:

Q.    And Meta uses that soft matching information to enforce on those users' other accounts, right?

MR. CHAPUT:  Object to the characterization.

THE WITNESS:  Yes.

BY MR. OLSZEWSKI-JUBELIRER:

Q.    When Meta uses soft matching to enforce

CONFIDENTIAL

Page 232

The -- it's hard to comment on the precision and recall.  I don't think we maintain precision and recall for soft matching because there's not a traditional ground truth for soft matching.

So as I explained prior, ground truth is typically like you actually know the thing about the dataset where you are -- you're evaluating the model against.  In the case of soft matching, the only ground truth -- the ground truth that the team uses is survey based, so they're surveying a segment of users as to questions like do you also have an account on Instagram, and then are comparing the overall model results to that aggregate.

And so let me just -- yeah, they don't use precision and recall in a traditional sense to evaluate this model.  My understanding from the subject matter expert is that the model would not pass what we usually think of as, like, high accuracy.  They don't even attempt to get accuracy at a single user level.  They look at accuracy of the level of hundreds of millions of users, like are we reporting at that level, yeah, accurately.

Yeah, I don't -- I mean, I guess the subject matter expert would say no to the question

Page 233

that the model is accurate.

Q.    What part of your notes are you referring to?

A.    Page 13.

Q.    Okay.  And that's part of section E, right?

A.    Correct.

Q.    You spoke to Laura Godlewski?

A.    Yes.

Q.    And she talked to you about family metric reporting, right?

A.    Yes.

Q.    Okay.  So what you just testified about in terms of accuracy and precision, that's about the family metric reporting model?

MR. CHAPUT:  Object to the form.
Characterization.

THE WITNESS:  My understanding is there's not different -- my understanding is that there's not different models used for family metric reporting and integrity reporting.  You seem, like -- that is my understanding.

MR. OLSZEWSKI-JUBELIRER:  Okay.  Can we do B13, please?  This is a document with

Page 236

a probability of greater than or equal to 99 percent, right?

        MR. CHAPUT:  Object to the form. Characterization.

        THE WITNESS:  I have never seen this document.  I don't have any information about what that sentence means outside of this document.  So I can't confirm that.  I don't know what this means.

BY MR. OLSZEWSKI-JUBELIRER:

    Q.    And the paragraph we read before talks about using the connection between accounts when it's highly accurate, right?  The end of the third paragraph?

    A.    Yep, that's what this document says.

    Q.    Okay.  Do you know -- yeah, okay.

    Your notes say you talked to Mr. Pritchard and he said that they considered doing soft match enforcement on underage accounts, right?

    (Witness reviewing document.)

    A.    Yes, I see that, yeah.

    Q.    But they didn't end up doing it, right?

    A.    That's right.

    Q.    Why did Meta decide not to do soft match enforcement on underage accounts?

CONFIDENTIAL

Page 237

MR. CHAPUT:  Objection.  Scope.

THE WITNESS:  I don't know.

MR. OLSZEWSKI-JUBELIRER:  All right. Let's do B17, please.  This is a document Meta produced to us with a Bates number META3047MDL-050-00014483.

(Whereupon, Meta-Hartnett-27 was marked for identification.)

BY MR. OLSZEWSKI-JUBELIRER:

Q.    And it's Exhibit 27.

Do you recognize this document?

A.    No.

Q.    Okay.  You haven't seen it before?

A.    No.

Q.    Your lawyers didn't show it to you --

A.    No.

Q.    -- to prepare for the deposition?

A.    No.

Q.    Okay.  The title is Age Management Escalation, is that right?

A.    I see that, yes.

Q.    Yeah.  Okay, and the beginning says Meeting Overview, and there's a "Tl;dr."

That's a summary, right?

A.    Correct.

CONFIDENTIAL

Page 295

are higher than the precision thresholds it uses for other types of models, right?

MR. CHAPUT:  Object to the form.

THE WITNESS:  So I think it's probably a bit more nuanced than that.  My understanding from talking to the SMEs is that they would potentially use different precision based on the enforcement.

So I wouldn't just -- I'm not sure if there's a single precision that's used for integrity as a use case that's likely relative to the enforcement.

BY MR. OLSZEWSKI-JUBELIRER:

Q.    Okay.  But the precision that Meta uses for enforcement, for example, would be higher than it uses for other types of use cases like family metrics reporting, right?

MR. CHAPUT:  Object to form.  Characterization.

THE WITNESS:  I can't confirm exactly that precision is higher for integrity than analytics because I don't have either of those numbers, but my read of the implication of what Mitali is saying is that the precision is used -- is higher

CONFIDENTIAL

Page 296

when there is -- the consequences are higher, by which she's saying something like an account disable is a high consequence. So that's how I read what she's saying.

BY MR. OLSZEWSKI-JUBELIRER:

Q. Okay. And you're here testifying for Meta?

A. Yes.

Q. And that's Meta's understanding?

A. That is my understanding, yes.

Q. And Meta uses -- going back to the integrity SUMA tables that we talked about, Meta uses these tables to in some cases disable multiple accounts that belong to the same person for violating various of Meta's policies, right?

A. Yes.

MR. CHAPUT: Object to the form.

BY MR. OLSZEWSKI-JUBELIRER:

Q. And examples include policies about child safety, fraud, scams, or terrorism, right?

A. Yes.

Q. But Meta does not use these tables for enforcing, for disabling -- Meta, strike that.

Meta does not use these tables for

CONFIDENTIAL

Page 297

disabling and removing multiple accounts that belong to children under 13, right?

MR. CHAPUT:  Object to the form.

THE WITNESS:  Meta does not use those tables for that purpose.

BY MR. OLSZEWSKI-JUBELIRER:

Q.    Meta does not use any other tables to find multiple accounts that are soft matched to users that it has identified as likely under 13, right?

MR. CHAPUT:  Object to the form.

THE WITNESS:  Meta only uses hard-linked data.

BY MR. OLSZEWSKI-JUBELIRER:

Q.    So the answer is yes?

A.    Yes.

Q.    Let's talk about deletion, please.  So under Notes it says -- starts on the bottom of page 13 and goes to page 14.  You're there?  Okay.

So we talked yesterday about when Meta determines an account is likely under 13 Meta checkpoints that account, right?

A.    Yep.

Q.    And there are three states according to your notes.  There's a checkpoint state, there's a

Page 298

disable state, and then there's deletion, right?

A.    Yes.

One, I do think it's a little bit weirdly worded.  Like, the checkpoint is a thing that happens that causes you to be in a disabled state, so when you are checkpointed the account is also disabled.

Q.    Okay.  So the account is checkpointed, right, for being under 13?

A.    Yes.

Q.    There's a period of time in which the user has to appeal the decision that they are likely under 13, right?

A.    That's right.

Q.    And that period has been 30 days?

A.    That's correct.

Q.    Since 2012, since this system has existed, the period has been 30 days to appeal, right?

A.    No.  It looks like in --

Q.    Let me -- maybe I can ask it again.

At some point maybe it was a shorter period of time, but since at least, let's say, 2022 it's been a 30-day period, right?

A.    Since at least 2022, yes.

CONFIDENTIAL

Page 299

Q.    Yeah.

A.    Yeah.

Q.    Okay.  And then at the end of that 30 days if the account -- if the person who belongs to the account has not successfully appealed a decision, then Meta keeps the account in a disabled state for a period of time, right?

A.    That is correct.

Q.    And it keeps the account and the data associated with the account in a disabled state for a period of time before it starts deleting that data, right?

A.    Yes, that's right.

Q.    And the period of time in which Meta maintained that data belonging to users who it determined were likely under 13 in that disabled state varied over the years?

MR. CHAPUT:  Object to the form.

THE WITNESS:  Yes, that is right, it varied over the years.

BY MR. OLSZEWSKI-JUBELIRER:

Q.    Okay.  And the -- so, for example, in 2022 and 2023 that period was six months, right?

A.    Yes.

Q.    So in 2022 and 2023, after Meta

CONFIDENTIAL

Page 300

determined a user was likely under 13 and the user failed to successfully appeal that determination, Meta kept that user's data for six months before beginning to delete it, right?

MR. CHAPUT:  Object to form. Characterization.

THE WITNESS:  Meta kept the user's data in a disabled state before beginning to delete it.  The reason Meta does that is for the possibility of needing to do legal discovery that would involve sharing the data on those disabled accounts.  That's why the disablement period exists.

BY MR. OLSZEWSKI-JUBELIRER:

Q.    Okay.  The disablement -- that's the reason the disablement period exists?

MR. CHAPUT:  Object to form.

THE WITNESS:  That is my understanding, yeah.

BY MR. OLSZEWSKI-JUBELIRER:

Q.    Okay.  In April 2023 Meta extended that period that it keeps the data of accounts it has determined likely belong to children under 13 before beginning to delete them to one year, right?

A.    Yeah.

CONFIDENTIAL

Page 301

MR. CHAPUT:  Object to the form. Characterization.

THE WITNESS:  In April 2023, the disablement period was one year, yes.

BY MR. OLSZEWSKI-JUBELIRER:

Q.    Okay.  And then in April 2024, at least for US accounts that Meta determined likely belonged to children under 13, Meta shortened that period that it keeps their data before beginning to delete it to 45 days, right?

MR. CHAPUT:  Object to form. Characterization.

THE WITNESS:  Yes.

BY MR. OLSZEWSKI-JUBELIRER:

Q.    Okay.  And then once Meta begins to delete the data of these accounts that it has determined likely belong to children under 13, it deletes that data over a period of 90 days, right?

A.    Yes.

MR. CHAPUT:  Object to the form. Characterization.

THE WITNESS:  Yes.

MR. OLSZEWSKI-JUBELIRER:  Okay.  Let's go off the record, please.

THE VIDEOGRAPHER:  The time is 10:15.