**Appendix A – Summary of Alter Opinions that Meta Seeks to Exclude**

| Part I: Deception Opinions | Opinion # | Ex. 1, Alter Report Section[1] |
|---|---|---|
| Meta intended to shape consumer perceptions regarding the safety of its platforms | D | IX |
| Social media platforms are "credence goods" | A | VI.C |
| A reasonable consumer would understand the at-issue statements a certain way | B, C, F, G | VII, VIII, IX, X |
| The at-issue statements are false or have a tendency to mislead | E, G | X |
| Consumers were exposed to the statements or their "message"/"gist" | H | XI |
| **Part II : COPPA Opinions** | **Opinion #** | **Ex. 1, Alter Report Section** |
| Meta intended to attract young users to its platforms | L, M, O | XVI, XVII.A, XIX.A |
| Instagram and Facebook are directed to children, as a whole and in portion | M, N, O, P | XVII, XVIII, XIX, XX |

*Impermissible Factual Narrative*
- **Meta intended to shape consumer perceptions regarding the safety of its platforms**: Op. D; Alter Rep. Section IX.
- **The assumptions provided by the AGs are correct**: Ops. E, G; Alter Rep. Sections X.A.vi, X.B.vi, X.C.v, X.D.iv.
- **Meta intended to attract young users to its platforms**: Ops. L, M, O; Alter Rep. Sections XVI, XVII.A, XIX.A.

*Impermissible State of Mind Testimony*
- **Meta intended to shape consumer perceptions regarding the safety of its platforms**: Op. D; Alter Rep. Section IX, ¶¶ 89, 163, 275, 282, 292, 327, 332, 340, 354, 389, 391, 394; Alter Rebuttal Rep. ¶¶ 28, 33, 36, 38, 46, 51, 53.
- **Meta and Senators intended to give the word "addiction" a certain meaning**: Alter Rep. ¶¶ 207, 208, 235.
- **Meta possessed certain knowledge or beliefs about its platforms and initiatives**: Op. G; Alter Rep. ¶¶ 179, 187, 238, 239, 246, 248, 250, 251, 252, 253, 254, 255, 256, 257, 295, 297, 305, 311, 326, 348, 368, 373, 377, 383, 395, 396, 397, 398.
- **Meta intended to attract young users to its platforms**: Ops. L, M, O; Alter Rep. Sections XVI, XVII.A, XIX.A, ¶¶ 401, 469, 486, 488, 490, 494, 498, 507, 541, 542, 543, 549, 551, 559, 569, 570, 574, 587, 588, 591, Table 16 at 396; Alter Rebuttal Rep. ¶¶ 57, 60, 63, 69, 73, 75.
- **Nickelodeon had certain views of Meta's platforms**: Alter Rep. ¶¶ 506, 563, 564, 569; Alter Rebuttal Rep. ¶¶ 70.

---

[1] The opinions as summarized in Paragraphs 2-3 of Alter's report do not correspond precisely to specific sections of his report. Therefore, these section citations may include opinions other than those identified, and vice versa.