# EXHIBIT 11

CONFIDENTIAL

Page 1

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

IN RE: SOCIAL MEDIA            )
ADOLESCENT ADDICTION/          ) Case No.
PERSONAL INJURY PRODUCTS       ) 4:23-MD-03047-YGR
LIABILITY LITIGATION           ) MDL No. 3047
_____ )
THIS DOCUMENT RELATES TO:      )
ALL ACTIONS                    ) CONTAINS CONFIDENTIAL
                               ) INFORMATION
_____ )

COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, ss.

COMMONWEALTH OF                )
MASSACHUSETTS,                 )
                               )  Civil Action No.
            Plaintiff,         )  2384CV02397-BLS1
                               )
    vs.                        )
                               )
META PLATFORMS, INC., and      )
INSTAGRAM, LLC,                )
                               )
            Defendants.        )
_____

VIDEOTAPED DEPOSITION OF RAVI IYER, Ph.D.

PALO ALTO, CALIFORNIA

NOVEMBER 5, 2025

8:48 A.M.

Job No.: 7676515

Pages: 1 - 427

Reported by: Leslie A. Todd, CSR No. 5129 and RPR

I -- so, I mean, I've had -- I have long-established opinions in this case, and so I knew which articles would be most relevant to those opinions, and I used those.

BY MR. KENNEDY:

Q.    Let me ask the same questions about the category of books and academic papers, A.2.

A.    Yeah.

Q.    How did you arrive at the -- selecting the list of books and academic papers in your materials considered list?

A.    So, again, I did some number of searches on the design features.  I had a research assistant also do some number of searches for these specific design features, just understanding the effects of these design features, in general.

And then I also relied on my longstanding knowledge of the field and -- and relevant articles.

Q.    Okay.  You didn't consider any books or academic papers inconsistent with your opinions in this case?

CONFIDENTIAL

Page 393

MS. O'NEILL:  Objection.  Form.

THE WITNESS:  So, again, I'm familiar with many books and academic papers that are inconsistent with my opinions, because they're a part of me having developed those opinions over a long period of time.  I did not specifically consider them for this case, but they're certainly part -- inform my opinions.

BY MR. KENNEDY:

Q.    Okay.  Let's go back to your CV just as a reference.  I just want to ask you a few questions about Ranker.

A.    Okay.

Q.    Now, it's page -- it's the --

A.    Yep.

Q.    -- I guess, second page of your CV.

A.    Yep.

Q.    So you are a co-founder of Ranker?

A.    Yes.  I was there when it first started.  I was part time, so -- I was also working as an academic, and so, you know, I

CONFIDENTIAL

Page 424

CERTIFICATE OF CERTIFIED SHORTHAND REPORTER

The undersigned Certified Shorthand Reporter does hereby certify:

That the foregoing proceeding was taken before me at the place and time therein set forth, at which time the witness was duly sworn; That the testimony of the witness and all objections made at the time of the examination were recorded stenographically by me and were thereafter transcribed, said transcript being a true and correct copy of my shorthand notes thereof; That the dismantling of the original transcript will void the reporter's certificate.

In witness thereof, I have subscribed my name this date:  November 6, 2025.

_____

LESLIE A. TODD, CSR, RPR

Certificate No. 5129

(The foregoing certification of this transcript does not apply to any reproduction of the same by any means, unless under the direct control and/or supervision of the certifying reporter.)