# Exhibit 2

CONFIDENTIAL

Page 1

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN RE: SOCIAL MEDIA ADOLESCENT ) MDL No.
ADDICTION/PERSONAL INJURY       ) 4:22-md-3047-YGR
PRODUCTS LIABILITY LITIGATION   )
_____ )
People of the State of          ) CASE NO.
California, et al.              )
                               ) 4:23-cv-05448-YGR
v.                             )
                               )
Meta Platforms Inc., et al.    )
------------------------------------------------------
          COMMONWEALTH OF MASSACHUSETTS
SUFFOLK, ss                            SUPERIOR COURT
_____
COMMONWEALTH OF MASSACHUSETTS,
     Plaintiff,                   CIVIL ACTION NO.
                                  2384CV02397-BLS1
v.
META PLATFORMS, INC. and
INSTAGRAM, LLC.

          Defendants.
_____

          Thursday, March 5, 2026

  CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER

     Video-Recorded Oral Deposition of
JUSTIN McCRARY held at the Westin Downtown
Austin, 310 East 5th Street, Austin, Texas,
commencing at 9:13 AM CST on the above date,
before Michael E. Miller, Fellow of the
Academy of Professional Reporters, Certified
Court Reporter, Registered Diplomate
Reporter, Certified Realtime Reporter, and
Notary Public.
              GOLKOW - VERITEXT
         877.370.DEPS | fax 917.591.5672
               deps@golkow.com

CONFIDENTIAL

Page 310

A.     I do.

Q.     And is analysis of public health data something with which you have expertise?

A.     Yes.  So in economics, we basically put forward a set of tools that actually can be used to study many different phenomenon.  Some of those phenomenon are, of course, things that sound like the natural domain of economics, things like GDP, perhaps, or unemployment rates.

But economists also apply that same set of tools to study other phenomenon, including phenomenon of public health.  I myself have published on public health measures.

For example, infant mortality is undoubtedly a metric of public health. That's something where I've analyzed impact of certain social phenomenon on infant mortality measures.

Also the rate at which, for example, pregnant women engage in smoking or consumption of alcohol during pregnancy by self-report as on birth certificate data.