# EXHIBIT 3

**States v. Meta**  **Schedule 5.2**

Instances For Bad Encounters for UDAP State Teen Daily Active Persons Based on Weekly Encounters by Users per BEEF Survey, February 2018 to March 2024

## BEEF Survey Statistics

| | Average Rate Times Frequency of Respondents Experiencing Issue Within 7 Days per BEEF Survey [2] | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | Bully Witness | Hate Witness | Perceived Control | Negative Comparison | Nudity | Violence | Unwanted Advances | Bully Target | Self Harm | Drugs | Total |
| | 1.11 | 1.20 | 0.81 | 0.88 | 0.75 | 0.47 | 0.45 | 0.35 | 0.22 | 0.09 | 6.34 |

| | Average Rate Times Frequency of Respondents Experiencing Issue Within 1 Month [2] | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | Bully Witness | Hate Witness | Perceived Control | Negative Comparison | Nudity | Violence | Unwanted Advances | Bully Target | Self Harm | Drugs | Total |
| | 4.82 | 5.21 | 3.53 | 3.79 | 3.26 | 2.03 | 1.97 | 1.51 | 0.96 | 0.39 | 27.47 |

| State | Month | Daily Active Persons (DAP) [1] | Bully Witness | Hate Witness | Perceived Control | Negative Comparison | Nudity | Violence | Unwanted Advances | Bully Target | Self Harm | Drugs | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

### Calculation of Instances

| State | Month | Daily Active Persons (DAP) [1] | Bully Witness | Hate Witness | Perceived Control | Negative Comparison | Nudity | Violence | Unwanted Advances | Bully Target | Self Harm | Drugs | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| California | 2018-02 | 1,820,914 | 8,775,479 | 9,489,505 | 6,422,184 | 6,906,238 | 5,942,177 | 3,692,750 | 3,583,676 | 2,749,888 | 1,755,537 | 711,350 | 50,028,784 |
| California | 2018-03 | 1,844,978 | 8,891,451 | 9,614,913 | 6,507,056 | 6,997,507 | 6,020,705 | 3,741,552 | 3,631,036 | 2,786,228 | 1,778,737 | 720,750 | 50,689,935 |
| California | 2018-04 | 1,852,039 | 8,925,477 | 9,651,707 | 6,531,957 | 7,024,285 | 6,043,745 | 3,755,870 | 3,644,931 | 2,796,891 | 1,785,544 | 723,508 | 50,883,916 |
| California | 2018-05 | 1,837,243 | 8,854,173 | 9,574,602 | 6,479,775 | 6,968,170 | 5,995,463 | 3,725,865 | 3,615,813 | 2,774,547 | 1,771,280 | 717,729 | 50,477,418 |
| California | 2018-06 | 1,815,525 | 8,749,509 | 9,461,422 | 6,403,178 | 6,885,800 | 5,924,591 | 3,681,822 | 3,573,071 | 2,741,750 | 1,750,341 | 709,244 | 49,880,730 |
| California | 2018-07 | 1,831,766 | 8,827,778 | 9,546,059 | 6,460,458 | 6,947,397 | 5,977,590 | 3,714,758 | 3,605,033 | 2,766,276 | 1,765,999 | 715,589 | 50,326,938 |
| California | 2018-08 | 1,858,385 | 8,956,061 | 9,684,780 | 6,554,340 | 7,048,355 | 6,064,455 | 3,768,740 | 3,657,421 | 2,806,475 | 1,791,662 | 725,988 | 51,058,276 |
| California | 2018-09 | 1,871,830 | 9,020,859 | 9,754,850 | 6,601,761 | 7,099,350 | 6,108,332 | 3,796,007 | 3,683,883 | 2,826,780 | 1,804,625 | 731,240 | 51,427,687 |
| California | 2018-10 | 1,859,720 | 8,962,495 | 9,691,738 | 6,559,048 | 7,053,419 | 6,068,811 | 3,771,447 | 3,660,048 | 2,808,491 | 1,792,949 | 726,509 | 51,094,956 |
| California | 2018-11 | 1,841,370 | 8,874,064 | 9,596,112 | 6,494,332 | 6,983,824 | 6,008,932 | 3,734,235 | 3,623,936 | 2,780,780 | 1,775,259 | 719,341 | 50,590,816 |
| California | 2018-12 | 1,892,511 | 9,120,526 | 9,862,627 | 6,674,700 | 7,177,787 | 6,175,819 | 3,837,947 | 3,724,584 | 2,858,011 | 1,824,563 | 739,319 | 51,995,884 |
| California | 2019-01 | 1,869,040 | 9,007,410 | 9,740,307 | 6,591,919 | 7,088,766 | 6,099,225 | 3,790,348 | 3,678,390 | 2,822,566 | 1,801,935 | 730,150 | 51,351,016 |
| California | 2019-02 | 1,877,200 | 9,046,737 | 9,782,835 | 6,620,700 | 7,119,717 | 6,125,855 | 3,806,897 | 3,694,451 | 2,834,889 | 1,809,802 | 733,338 | 51,575,221 |
| California | 2019-03 | 1,896,739 | 9,140,903 | 9,884,662 | 6,689,613 | 7,193,824 | 6,189,617 | 3,846,522 | 3,732,905 | 2,864,397 | 1,828,640 | 740,971 | 52,112,054 |
| California | 2019-04 | 1,947,586 | 9,385,945 | 10,149,642 | 6,868,943 | 7,386,671 | 6,355,544 | 3,949,637 | 3,832,974 | 2,941,183 | 1,877,661 | 760,835 | 53,509,035 |
| California | 2019-05 | 1,959,154 | 9,441,694 | 10,209,927 | 6,909,742 | 7,430,545 | 6,393,293 | 3,973,096 | 3,855,741 | 2,958,653 | 1,888,813 | 765,354 | 53,826,858 |
| California | 2019-06 | 1,946,616 | 9,381,269 | 10,144,586 | 6,865,521 | 7,382,991 | 6,352,377 | 3,947,669 | 3,831,065 | 2,939,718 | 1,876,725 | 760,455 | 53,482,375 |
| California | 2019-07 | 1,946,897 | 9,382,625 | 10,146,052 | 6,866,513 | 7,384,057 | 6,353,295 | 3,948,239 | 3,831,618 | 2,940,143 | 1,876,996 | 760,565 | 53,490,104 |
| California | 2019-08 | 1,957,885 | 9,435,580 | 10,203,316 | 6,905,267 | 7,425,733 | 6,389,153 | 3,970,523 | 3,853,244 | 2,956,737 | 1,887,590 | 764,858 | 53,792,000 |
| California | 2019-09 | 1,956,941 | 9,431,032 | 10,198,398 | 6,901,939 | 7,422,154 | 6,386,074 | 3,968,609 | 3,851,387 | 2,955,312 | 1,886,680 | 764,489 | 53,766,076 |
| California | 2019-10 | 1,928,354 | 9,293,262 | 10,049,418 | 6,801,115 | 7,313,730 | 6,292,785 | 3,910,635 | 3,795,125 | 2,912,140 | 1,859,119 | 753,322 | 52,980,652 |
| California | 2019-11 | 1,947,982 | 9,387,855 | 10,151,707 | 6,870,341 | 7,388,174 | 6,356,837 | 3,950,440 | 3,833,754 | 2,941,782 | 1,878,043 | 760,989 | 53,519,921 |
| California | 2019-12 | 1,963,997 | 9,465,035 | 10,235,167 | 6,926,824 | 7,448,914 | 6,409,098 | 3,982,918 | 3,865,273 | 2,965,967 | 1,893,483 | 767,246 | 53,959,924 |
| California | 2020-01 | 1,945,936 | 9,377,994 | 10,141,044 | 6,863,124 | 7,380,413 | 6,350,160 | 3,946,291 | 3,829,727 | 2,938,692 | 1,876,070 | 760,190 | 53,463,706 |
| California | 2020-02 | 1,956,086 | 9,426,909 | 10,193,940 | 6,898,922 | 7,418,909 | 6,383,282 | 3,966,875 | 3,849,703 | 2,954,020 | 1,885,856 | 764,155 | 53,742,571 |
| California | 2020-03 | 2,042,953 | 9,845,543 | 10,646,636 | 7,205,292 | 7,748,371 | 6,666,754 | 4,143,037 | 4,020,662 | 3,085,203 | 1,969,603 | 798,090 | 56,129,193 |
| California | 2020-04 | 2,018,893 | 9,729,592 | 10,521,250 | 7,120,435 | 7,657,118 | 6,588,239 | 4,094,244 | 3,973,311 | 3,048,869 | 1,946,407 | 788,691 | 55,468,155 |
| California | 2020-05 | 1,998,536 | 9,631,486 | 10,415,162 | 7,048,638 | 7,579,909 | 6,521,808 | 4,052,961 | 3,933,247 | 3,018,126 | 1,926,781 | 780,738 | 54,908,855 |
| California | 2020-06 | 2,004,535 | 9,660,398 | 10,446,426 | 7,069,796 | 7,602,663 | 6,541,385 | 4,065,127 | 3,945,054 | 3,027,186 | 1,932,565 | 783,082 | 55,073,682 |
| California | 2020-07 | 1,985,519 | 9,568,757 | 10,347,328 | 7,002,730 | 7,530,542 | 6,479,332 | 4,026,564 | 3,907,630 | 2,998,469 | 1,914,232 | 775,653 | 54,551,238 |
| California | 2020-08 | 1,989,606 | 9,588,451 | 10,368,626 | 7,017,144 | 7,546,042 | 6,492,668 | 4,034,852 | 3,915,673 | 3,004,641 | 1,918,172 | 777,250 | 54,663,517 |
| California | 2020-09 | 1,927,331 | 9,288,332 | 10,044,087 | 6,797,507 | 7,309,850 | 6,289,447 | 3,908,561 | 3,793,112 | 2,910,595 | 1,858,133 | 752,922 | 52,952,545 |
| California | 2020-10 | 1,921,732 | 9,261,348 | 10,014,907 | 6,777,759 | 7,288,614 | 6,271,175 | 3,897,206 | 3,782,092 | 2,902,140 | 1,852,735 | 750,735 | 52,798,708 |
| California | 2020-11 | 1,889,993 | 9,108,391 | 9,849,505 | 6,665,820 | 7,168,238 | 6,167,603 | 3,832,841 | 3,719,629 | 2,854,209 | 1,822,136 | 738,336 | 51,926,707 |
| California | 2020-12 | 1,864,662 | 8,986,314 | 9,717,494 | 6,576,480 | 7,072,164 | 6,084,940 | 3,781,470 | 3,669,775 | 2,815,955 | 1,797,714 | 728,440 | 51,230,746 |
| California | 2021-01 | 1,814,161 | 8,742,937 | 9,454,315 | 6,398,368 | 6,880,628 | 5,920,141 | 3,679,057 | 3,570,387 | 2,739,690 | 1,749,027 | 708,712 | 49,843,261 |
| California | 2021-02 | 1,788,010 | 8,616,904 | 9,318,027 | 6,306,133 | 6,781,441 | 5,834,800 | 3,626,022 | 3,518,918 | 2,700,196 | 1,723,814 | 698,495 | 49,124,751 |
| California | 2021-03 | 1,772,494 | 8,542,130 | 9,237,170 | 6,251,412 | 6,722,595 | 5,784,168 | 3,594,557 | 3,488,382 | 2,676,765 | 1,708,855 | 692,434 | 48,698,468 |
| California | 2021-04 | 1,622,893 | 7,821,164 | 8,457,541 | 5,723,785 | 6,155,199 | 5,295,977 | 3,291,171 | 3,193,959 | 2,450,843 | 1,564,626 | 633,992 | 44,588,256 |
| California | 2021-05 | 1,601,371 | 7,717,442 | 8,345,380 | 5,647,878 | 6,073,571 | 5,225,744 | 3,247,525 | 3,151,601 | 2,418,341 | 1,543,876 | 625,584 | 43,996,943 |
| California | 2021-06 | 1,568,649 | 7,559,745 | 8,174,852 | 5,532,470 | 5,949,465 | 5,118,962 | 3,181,166 | 3,087,202 | 2,368,925 | 1,512,329 | 612,801 | 43,097,914 |
| California | 2021-07 | 1,298,134 | 6,256,061 | 6,765,092 | 4,578,391 | 4,923,474 | 4,236,192 | 2,632,571 | 2,554,811 | 1,960,402 | 1,251,526 | 507,123 | 35,665,643 |
| California | 2021-08 | 1,333,117 | 6,424,653 | 6,947,402 | 4,701,772 | 5,056,155 | 4,350,352 | 2,703,515 | 2,623,660 | 2,013,232 | 1,285,253 | 520,789 | 36,626,784 |
| California | 2021-09 | 1,329,773 | 6,408,535 | 6,929,972 | 4,689,977 | 5,043,471 | 4,339,438 | 2,696,733 | 2,617,078 | 2,008,181 | 1,282,029 | 519,483 | 36,534,897 |
| California | 2021-10 | 1,327,040 | 6,395,367 | 6,915,733 | 4,680,340 | 5,033,108 | 4,330,521 | 2,691,191 | 2,611,701 | 2,004,055 | 1,279,395 | 518,415 | 36,459,825 |

**States v. Meta**                                                                                                                                                                                      **Schedule 5.2**

Instances For Bad Encounters for UDAP State Teen Daily Active Persons Based on Weekly Encounters by Users per BEEF Survey, February 2018 to March 2024

**BEEF Survey Statistics**

| | | | Average Rate Times Frequency of Respondents Experiencing Issue Within 7 Days per BEEF Survey [2] | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | Bully Witness | Hate Witness | Perceived Control | Negative Comparison | Nudity | Violence | Unwanted Advances | Bully Target | Self Harm | Drugs | Total |
| | | | 1.11 | 1.20 | 0.81 | 0.88 | 0.75 | 0.47 | 0.45 | 0.35 | 0.22 | 0.09 | 6.34 |

| | | | Average Rate Times Frequency of Respondents Experiencing Issue Within 1 Month [2] | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | Bully Witness | Hate Witness | Perceived Control | Negative Comparison | Nudity | Violence | Unwanted Advances | Bully Target | Self Harm | Drugs | Total |
| | | | 4.82 | 5.21 | 3.53 | 3.79 | 3.26 | 2.03 | 1.97 | 1.51 | 0.96 | 0.39 | 27.47 |

| State | Month | Daily Active Persons (DAP) [1] | Bully Witness | Hate Witness | Perceived Control | Negative Comparison | Nudity | Violence | Unwanted Advances | Bully Target | Self Harm | Drugs | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Summary of Instances** | | | | | | | | | | | | | |
| California | | 125,667,895 | 605,627,718 | 654,905,250 | 443,218,263 | 476,624,622 | 410,091,209 | 254,850,135 | 247,322,506 | 189,779,739 | 121,155,974 | 49,092,817 | 3,452,668,232 |
| Colorado | | 15,650,559 | 75,424,296 | 81,561,273 | 55,197,978 | 59,358,374 | 51,072,367 | 31,738,792 | 30,801,308 | 23,634,987 | 15,088,649 | 6,113,972 | 429,991,997 |
| Connecticut | | 10,231,935 | 49,310,474 | 53,322,672 | 36,087,025 | 38,806,985 | 33,389,806 | 20,750,010 | 20,137,107 | 15,451,949 | 9,864,572 | 3,997,159 | 281,117,759 |
| Delaware | | 2,850,371 | 13,736,713 | 14,854,415 | 10,052,978 | 10,810,693 | 9,301,597 | 5,780,454 | 5,609,714 | 4,304,542 | 2,748,033 | 1,113,512 | 78,312,650 |
| Illinois | | 37,622,671 | 181,313,871 | 196,066,663 | 132,691,448 | 142,692,701 | 122,773,813 | 76,297,473 | 74,043,839 | 56,816,585 | 36,271,884 | 14,697,492 | 1,033,665,770 |
| Indiana | | 20,659,645 | 99,564,440 | 107,665,605 | 72,864,529 | 78,356,492 | 67,418,482 | 41,897,044 | 40,659,511 | 31,199,552 | 19,917,891 | 8,070,798 | 567,614,344 |
| Kansas | | 8,572,846 | 41,314,871 | 44,676,499 | 30,235,580 | 32,514,504 | 27,975,710 | 17,385,434 | 16,871,912 | 12,946,444 | 8,265,050 | 3,349,027 | 235,535,030 |
| Kentucky | | 13,380,921 | 64,486,292 | 69,733,286 | 47,193,187 | 50,750,244 | 43,665,870 | 27,136,044 | 26,334,514 | 20,207,450 | 12,900,499 | 5,227,326 | 367,634,712 |
| Louisiana | | 13,932,068 | 67,142,417 | 72,605,530 | 49,137,027 | 52,840,596 | 45,464,424 | 28,253,750 | 27,419,206 | 21,039,774 | 13,431,857 | 5,442,635 | 382,777,216 |
| Minnesota | | 16,143,024 | 77,797,616 | 84,127,701 | 56,934,852 | 61,226,160 | 52,679,423 | 32,737,493 | 31,770,510 | 24,378,692 | 15,563,432 | 6,306,356 | 443,522,234 |
| Nebraska | | 6,359,804 | 30,649,625 | 33,143,463 | 22,430,402 | 24,121,032 | 20,753,908 | 12,897,463 | 12,516,504 | 9,604,378 | 6,131,465 | 2,484,491 | 174,732,732 |
| New Jersey | | 27,890,041 | 134,409,684 | 145,346,069 | 98,365,423 | 105,779,447 | 91,013,387 | 56,560,037 | 54,889,397 | 42,118,671 | 26,888,690 | 10,895,390 | 766,266,196 |
| New York | | 52,021,385 | 250,705,181 | 271,104,070 | 183,474,289 | 197,303,159 | 169,761,039 | 105,497,564 | 102,381,433 | 78,561,074 | 50,153,633 | 20,322,424 | 1,429,263,868 |
| North Carolina | | 32,832,284 | 158,227,695 | 171,102,057 | 115,796,226 | 124,524,049 | 107,141,376 | 66,582,734 | 64,616,049 | 49,582,293 | 31,653,489 | 12,826,103 | 902,052,071 |
| Pennsylvania | | 36,497,254 | 175,890,178 | 190,201,666 | 128,722,211 | 138,424,294 | 119,101,246 | 74,015,165 | 71,828,944 | 55,117,015 | 35,186,873 | 14,257,842 | 1,002,745,435 |
| South Carolina | | 15,100,313 | 72,772,511 | 78,693,723 | 53,257,315 | 57,271,439 | 49,276,752 | 30,622,912 | 29,718,389 | 22,804,023 | 14,558,159 | 5,899,016 | 414,874,237 |
| Virginia | | 25,721,643 | 123,959,582 | 134,045,683 | 90,717,695 | 97,555,292 | 83,937,266 | 52,162,600 | 50,621,849 | 38,844,023 | 24,798,145 | 10,048,293 | 706,690,430 |
| Wisconsin | | 16,531,080 | 79,667,767 | 86,150,018 | 58,303,489 | 62,697,955 | 53,945,765 | 33,524,458 | 32,534,230 | 24,964,722 | 15,937,556 | 6,457,953 | 454,183,913 |
| **Total Instances for All Bad Encounter Issues, Based On Weekly and Monthly Encounters per BEEF Survey** | | **477,665,740** | **2,302,000,933** | **2,489,305,643** | **1,684,679,918** | **1,811,658,040** | **1,558,763,439** | **968,689,561** | **940,076,921** | **721,355,913** | **460,515,852** | **186,602,605** | **13,123,648,824** |

**Sources and Notes**

[1] Schedule 2.1.

[2] Schedule 5.3. Monthly Encounters are calculated by multiplying Weekly Encounters by 52 weeks and dividing by 12 months.