# EXHBIIT 4

**States v. Meta**                                                                                           **Schedule 5.3**

Rate, Frequency and Average Weekly Encounters per Person for Issues for 13-17 Year-Olds Based on BEEF Survey

|  | a | b | c = a * b |
|---|---|---|---|
|  | **13-17 Year Old Instagram Users** | | |
| **Issue** | **Rate** | **Average Frequency** | **Average Weekly Encounters Per User (Rate x Frequency)** |
| commerciality | 40.5% | 5.76 | 2.33 |
| misinfo | 27.4% | 3.40 | 0.93 |
| bully witness | 28.6% | 3.89 | 1.11 |
| audience limitation | 28.8% | 4.09 | 1.18 |
| usability passive | 30.0% | 3.56 | 1.07 |
| hate witness | 27.5% | 4.37 | 1.20 |
| data privacy | 20.0% | 2.75 | 0.55 |
| perceived control | 19.3% | 4.22 | 0.81 |
| fake acct 1st | 19.0% | 2.76 | 0.52 |
| negative comparison | 20.2% | 4.33 | 0.88 |
| transparency | 17.4% | 3.15 | 0.55 |
| political posts | 15.5% | 4.78 | 0.74 |
| nudity | 18.7% | 4.03 | 0.75 |
| over enforcement | 15.7% | 3.04 | 0.48 |
| violence | 13.7% | 3.42 | 0.47 |
| unwanted advances | 13.7% | 3.32 | 0.45 |
| usability action | 11.1% | 3.10 | 0.34 |
| bully target | 10.1% | 3.45 | 0.35 |
| self harm | 7.7% | 2.89 | 0.22 |
| acct security | 4.0% | 3.16 | 0.13 |
| drugs | 3.6% | 2.50 | 0.09 |
| impersonation 1st | 4.3% | 3.40 | 0.15 |

**Sources and Notes**

[1] Bad Experiences and Encounters Framework (BEEF) Survey Presentation (META3047MDL-004-00015029).

[2] BEEF Survey Respondent Data, worksheet "Issue rates by subgroups" (META3047MDL-019-00099822).