# EXHIBIT 8

6.3.1 IG+ FB Summary

**States v. Meta**
Unique Instagram and Facebook Teens

Schedule 6.3.1

| State | [1] Calculation Method 1 - Lower Bound | | [2] Calculation Method 2 - Conservative Estimate | | [5] | Calculation Method 1 - Lower Bound | | Calculation Method 2 - Conservative Estimate | |
|---|---|---|---|---|---|---|---|---|---|
| | Unique IG Teen MAPs (2018.02 - 2024.03) | Unique FB Teen MAPs (2012 - 2024.03) | Unique IG Teen MAPs (2018.02 - 2024.03) | Unique FB Teen MAPs (2012 - 2024.03) | Unique IG Teen MAPs 2012 | Unique IG Teen MAPs (2012 - 2024.03) | Unique FB Teen MAPs (2012 - 2024.03) | Unique IG Teen MAPs (2012 - 2024.03) | Unique FB Teen MAPs (2012 - 2024.03) |
| Arizona | 873,379 | 644,208 | 1,052,175 | 872,813 | 135,967 | 1,009,346 | 644,208 | 1,188,142 | 872,813 |
| California | 4,738,551 | 3,850,308 | 5,743,407 | 4,633,849 | 769,221 | 5,507,772 | 3,850,308 | 6,512,629 | 4,633,849 |
| Colorado | 683,586 | 534,766 | 838,443 | 705,729 | 97,473 | 781,058 | 534,766 | 935,915 | 705,729 |
| Connecticut | 435,613 | 278,138 | 533,073 | 390,428 | 63,536 | 499,149 | 278,138 | 596,609 | 390,428 |
| Delaware | 113,225 | 70,095 | 138,697 | 97,515 | 17,390 | 130,615 | 70,095 | 156,088 | 97,515 |
| Hawaii | 158,948 | 130,350 | 196,361 | 148,296 | 24,936 | 183,884 | 130,350 | 221,298 | 148,296 |
| Idaho | 231,318 | 166,312 | 291,431 | 235,465 | 35,173 | 266,490 | 166,312 | 326,603 | 235,465 |
| Illinois | 1,631,810 | 1,246,715 | 1,977,216 | 1,688,842 | 240,394 | 1,872,204 | 1,246,715 | 2,217,610 | 1,688,842 |
| Indiana | 881,517 | 641,576 | 1,077,255 | 910,997 | 131,890 | 1,013,406 | 641,576 | 1,209,145 | 910,997 |
| Kansas | 391,356 | 297,454 | 491,387 | 451,598 | 54,053 | 445,409 | 297,454 | 545,440 | 451,598 |
| Kentucky | 560,536 | 434,943 | 699,545 | 637,880 | 87,879 | 648,415 | 434,943 | 787,424 | 637,880 |
| Louisiana | 598,346 | 388,622 | 712,712 | 553,896 | 89,355 | 687,701 | 388,622 | 802,067 | 553,896 |
| Maine | 132,179 | 118,890 | 163,457 | 170,466 | 21,110 | 153,289 | 118,890 | 184,566 | 170,466 |
| Maryland | 705,666 | 461,137 | 850,107 | 633,554 | 112,290 | 817,956 | 461,137 | 962,396 | 633,554 |
| Minnesota | 685,404 | 486,456 | 860,432 | 687,660 | 100,039 | 785,443 | 486,456 | 960,472 | 687,660 |
| Nebraska | 265,721 | 192,070 | 321,675 | 275,828 | 38,239 | 303,961 | 192,070 | 359,915 | 275,828 |
| New Jersey | 1,072,255 | 677,752 | 1,325,059 | 938,097 | 171,506 | 1,243,761 | 677,752 | 1,496,565 | 938,097 |
| New York | 2,062,016 | 2,025,716 | 2,589,106 | 2,491,678 | 339,976 | 2,401,993 | 2,025,716 | 2,929,082 | 2,491,678 |
| North Carolina | 1,311,143 | 870,620 | 1,597,427 | 1,214,639 | 208,319 | 1,519,462 | 870,620 | 1,805,746 | 1,214,639 |
| Ohio | 1,444,642 | 1,051,723 | 1,773,890 | 1,463,892 | 221,329 | 1,665,971 | 1,051,723 | 1,995,218 | 1,463,892 |
| Oregon | 486,687 | 344,347 | 588,302 | 471,107 | 67,928 | 554,615 | 344,347 | 656,230 | 471,107 |
| Pennsylvania | 1,515,491 | 1,026,070 | 1,847,718 | 1,399,603 | 231,948 | 1,747,440 | 1,026,070 | 2,079,667 | 1,399,603 |
| Rhode Island | 113,751 | 81,663 | 147,226 | 114,128 | 18,569 | 132,319 | 81,663 | 165,794 | 114,128 |
| South Carolina | 659,426 | 432,456 | 758,767 | 617,985 | 98,203 | 757,628 | 432,456 | 856,969 | 617,985 |
| South Dakota | 96,378 | 84,495 | 123,135 | 124,412 | 14,723 | 111,101 | 84,495 | 137,858 | 124,412 |
| Virginia | 1,010,978 | 756,578 | 1,272,938 | 1,000,825 | 161,429 | 1,172,407 | 756,578 | 1,434,367 | 1,000,825 |
| Washington | 895,224 | 779,188 | 1,117,389 | 863,856 | 130,580 | 1,025,804 | 779,188 | 1,247,969 | 863,856 |
| West Virginia | 203,900 | 173,398 | 244,955 | 254,792 | 32,598 | 236,498 | 173,398 | 277,552 | 254,792 |
| Wisconsin | 716,867 | 543,373 | 852,754 | 766,362 | 104,693 | 821,560 | 543,373 | 957,447 | 766,362 |
| **Total MDL States** | **24,675,912** | **18,789,417** | **30,186,039** | **24,816,192** | **3,820,745** | **28,496,658** | **18,789,417** | **34,006,784** | **24,816,192** |
| Other States | 16,582,441 | 11,451,624 | 20,103,670 | 15,788,543 | 2,418,768 | 19,001,209 | 11,451,624 | 22,522,438 | 15,788,543 |
| **Total U.S.** | **41,258,354** | **30,241,042** | **50,289,709** | **40,604,735** | **6,239,513** | **47,497,867** | **30,241,042** | **56,529,222** | **40,604,735** |

**Sources and Notes**
[1]   Schedule 6.3.2.
[2]   Schedule 6.3.3.
[3]   Schedule 6.3.4.
[4]   Schedule 6.3.5.
[5]   Schedule 2.1.