# EXHIBIT 10

CONFIDENTIAL

Page 1

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN RE: SOCIAL MEDIA ADOLESCENT ) MDL No.
ADDICTION/PERSONAL INJURY       ) 4:22-md-3047-YGR
PRODUCTS LIABILITY LITIGATION   )
_____ )
People of the State of          ) CASE NO.
California, et al.              )
                                ) 4:23-cv-05448-YGR
v.                              )
                                )
Meta Platforms Inc., et al.     )
-------------------------------------------------------
          COMMONWEALTH OF MASSACHUSETTS
SUFFOLK, ss                              SUPERIOR COURT
_____
COMMONWEALTH OF MASSACHUSETTS,
     Plaintiff,                     CIVIL ACTION NO.
                                    2384CV02397-BLS1
v.
META PLATFORMS, INC. and
INSTAGRAM, LLC.

          Defendants.
_____

          Thursday, March 5, 2026

 CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER

     Video-Recorded Oral Deposition of
JUSTIN McCRARY held at the Westin Downtown
Austin, 310 East 5th Street, Austin, Texas,
commencing at 9:13 AM CST on the above date,
before Michael E. Miller, Fellow of the
Academy of Professional Reporters, Certified
Court Reporter, Registered Diplomate
Reporter, Certified Realtime Reporter, and
Notary Public.
          GOLKOW - VERITEXT
     877.370.DEPS | fax 917.591.5672
          deps@golkow.com

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com

Page 305

quantitative presentations, there is not a statistical investigation as to the comparability of the estimates, either to the populations from which they're drawn, or bracketing that, to whether the two estimates from two different surveys would be consistent with two noisy estimates of the same underlying quantum, which would be the assumption that would be consistent with extrapolation, or, in the alternative, to there being two different quantums actually that corresponded to what was being measured by the surveys --

Q.      Okay.

A.      -- so not really a statistical investigation of the properties.

There would also be work that would be more qualitative in nature about the comparability of the phrasing of the questions, things like that.

Q.      Okay.  So in your experience as an economist with expertise in statistics, are there accepted methodologies that are used to evaluate whether a survey can be extrapolated from the time period in which it

CONFIDENTIAL

Page 306

was taken to a broader time period?

A.    Yes, there are.

Q.    And does Mr. Saba apply any of those techniques?

A.    No.  I believe his position in his rebuttal report is consistent with him saying that he didn't need to support further his assumption that he could extrapolate, but without any real statistical analysis attached to that.

Q.    Okay.  Let me show you what we'll mark as Exhibit 7 to your deposition, which is titled Rebuttal Trial Report of Carl S. Saba, MBA, CVA, ASA, ABB, February 20th, 2026.

(Whereupon, McCrary Deposition Exhibit 7, 2/20/26 Rebuttal Trial Report of Carl S. Saba, was marked for identification.)

BY MR. PEREZ-MARQUES:

Q.    Do you have that in front of you?

A.    I do.

Q.    And if you look at paragraph 134 of that exhibit, he states --

CONFIDENTIAL

Page 312

CERTIFICATE

I, MICHAEL E. MILLER, Fellow of the Academy of Professional Reporters, Registered Diplomate Reporter, Certified Realtime Reporter, Certified Court Reporter and Notary Public, do hereby certify that prior to the commencement of the examination, JUSTIN McCRARY was duly sworn by me to testify to the truth, the whole truth and nothing but the truth.

I DO FURTHER CERTIFY that the foregoing is a verbatim transcript of the testimony as taken stenographically by and before me at the time, place and on the date hereinbefore set forth, to the best of my ability.

I DO FURTHER CERTIFY that pursuant to FRCP Rule 30, signature of the witness was requested by the witness or other party before the conclusion of the deposition.

I DO FURTHER CERTIFY that I am neither a relative nor employee nor attorney nor counsel of any of the parties to this action, and that I am neither a relative nor employee of such attorney or counsel, and that I am not financially interested in the action.

_____
MICHAEL E. MILLER, FAPR, RDR, CRR
Fellow of the Academy of Professional Reporters
NCRA Registered Diplomate Reporter
NCRA Certified Realtime Reporter
Certified Court Reporter

Notary Public in and for the State of Texas
Dated: March 6, 2026