# EXHIBIT 11

CONFIDENTIAL

Page 1

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

IN RE:  SOCIAL MEDIA          ) Case No.  4:22-MD-03047-YGR
ADOLESCENT ADDICTION/         )
PERSONAL INJURY PRODUCTS      )  MDL No.  3047
LIABILITY LITIGATION          )
                              )
_____)
THIS DOCUMENT RELATES TO      )
ALL ACTIONS                   )

MONDAY, JUNE 9, 2025

CONFIDENTIAL - ATTORNEYS' EYES ONLY -
PURSUANT TO PROTECTIVE ORDER
                — — —

     Videotaped Rule 30(b)(6) Deposition of SAYED OTARU,
taken pursuant to notice and conducted at the offices of
Covington & Burling, LLP, 3000 El Camino Real 5, Palo Alto
Square, 10th Floor, Palo Alto, California, 94306, commencing
at 9:05 a.m., PDT, on the above date, before Jennifer A.
Dunn, Registered Merit Reporter, Certified Realtime
Reporter, California (#14461), Illinois & Texas Certified
Shorthand Reporter, and Missouri Certified Court Reporter.

Job No.  MDLG 7414081

CONFIDENTIAL

Page 166

A    So the time tools we talked about around daily limit and sleep mode, in particular.  Those immediately come to mind.

Q    Does Meta allow appearance-altering filters on its platform today?

A    Not that I'm aware of.

Q    We talked about a number of teen safety tools and features today.

Are the tools that you and your team produce effective in creating a safe experience for teens on Meta's apps?

A    I believe so.  We believe so.

Q    And how do you measure that?

A    We -- we have our online metrics that we look at. But importantly in this space, we talk to teens and we talk to parents and we listen to their feedback.

Q    Let me ask you to pull out Exhibit 6.

Exhibit 6 is a document that the plaintiffs asked you about earlier today titled:  "Agenda, Nido GTM Reset."

A    Yeah.

Q    Do you have that in front of you?

A    I do.

Q    And can you remind me, what does GTM mean?

A    It means go to market.

Q    Who prepared this document?

CONFIDENTIAL

Page 206

CERTIFICATE

I, Jennifer A. Dunn, Certified Realtime Reporter, Registered Merit Reporter, California Certified Shorthand Reporter #14461, do hereby certify that prior to the commencement of the examination, SAYED OTARU, was duly remotely sworn by me to testify to the truth, the whole truth and nothing but the truth.

I DO FURTHER CERTIFY that the foregoing is a verbatim transcript of the testimony as taken stenographically by me at the time, place and on the date hereinbefore set forth.

I DO FURTHER CERTIFY that I am neither a relative nor employee nor attorney nor counsel of any of the parties to this action, and that I am neither a relative nor employee of such attorney or counsel, and that I am not financially interested in the action.

Certified Realtime Reporter

Registered Merit Reporter

CA Certified Shorthand Reporter #14461

Dated:  June 10, 2025