# EXHIBIT 12

CONFIDENTIAL

Page 1

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

*******************************
People of the State of
California, et al,                    MDL No. 3047

        v.                            Case No.:
                                      4:23-cv-05448-YGR

Meta Platforms, Inc., Instagram,
LLC, Meta Payments, Inc.,
Meta Platforms Technologies, LLC
*******************************
IN RE:  SOCIAL MEDIA ADOLESCENT
ADDICTION/PERSONAL INJURY
PRODUCTS LIABILITY LITIGATION
THIS DOCUMENT RELATES TO:
4:23-cv-05448
*******************************

                     AND

         COMMONWEALTH OF MASSACHUSETTS
SUFFOLK, SS:          SUPERIOR COURT
                      BUSINESS LITIGATION DIVISION

*******************************
COMMONWEALTH OF MASSACHUSETTS,
              Plaintiff,

        v.

META PLATFORMS, INC., and
INSTAGRAM, LLC,
              Defendants.
*******************************
 REMOTE ZOOM DEPOSITION OF DR. BRUCE ISAACSON, EDA
              February 26, 2026

                 -   -   -
              Golkow, a Veritext division

CONFIDENTIAL

Page 109

TRIAL TECH:  So --

MR. WILLING:  Do you want to go off the record for just one moment?

TRIAL TECH:  Can we go off the record?

MS. PADUGANAN:  Sure.

THE VIDEOGRAPHER:  The time right now is 12:32 p.m.  We are off the record.

(Discussion off the record.)

THE VIDEOGRAPHER:  The time right now is 12:34 p.m.  We're back on the record.

(Whereupon, Exhibit Isaacson 7 was marked for identification.)

BY MS. PADUGANAN:

Q.    Dr. Isaacson, I'd like to now show you an exhibit that we'll mark as Isaacson Exhibit 7.

Do you see this document?

A.    Yes.

Q.    Do you recognize this document?

A.    I do.

Q.    What is it?

A.    This is an analysis that I conducted of the database for the BEEF survey -- actually, I should say the staff conducted under my direction of the database for the BEEF survey.

Q.    And what conclusions, if any, did you

CONFIDENTIAL

Page 110

reach about the number or percentage of respondents to the BEEF survey that were located in the United States?

MR. KAUFMANN:  Object to the form. Object as beyond the scope.

THE WITNESS:  I concluded that 3.9 percent of respondents in the BEEF survey were in the United States.

BY MS. PADUGANAN:

Q.    And how many were outside of the United States?

MR. KAUFMANN:  Same objections.

THE WITNESS:  96.1 percent.

BY MS. PADUGANAN:

Q.    Great.  Thank you, Dr. Isaacson.

MS. PADUGANAN:  No further questions.

MR. KAUFMANN:  No further questions.

MR. WILLING:  Just one last little piece here.

On behalf of the Commonwealth of Massachusetts I just wanted to state for the record we will be suspending this deposition and reserving our right to continue the deposition at a later date in time due to the untimely disclosure of new

CONFIDENTIAL

Page 114

CERTIFICATE

I, MAUREEN O'CONNOR POLLARD, Registered Diplomate Reporter, Realtime Systems Administrator, and Certified Shorthand Reporter, do hereby certify that prior to the commencement of the examination, DR. BRUCE ISAACSON, EDA, was remotely duly identified and sworn by me to testify to the truth, the whole truth, and nothing but the truth.

I DO FURTHER CERTIFY that the foregoing is a verbatim transcript of the testimony as taken stenographically by and before me at the time, place, and on the date hereinbefore set forth, to the best of my ability.

I DO FURTHER CERTIFY that I am neither a relative nor employee nor attorney nor counsel of any of the parties to this action, and that I am neither a relative nor employee of such attorney or counsel, and that I am not financially interested in the action.

*Maureen O. Pollard*

_____
MAUREEN O'CONNOR POLLARD
NCRA Registered Diplomate Reporter
Realtime Systems Administrator
California CSR #14449

Dated:  February 26, 2026