# EXHIBIT 13

**695-009 Platform**
**2/25/26**



**BEEF Data By Country**

| Location | Data Collected Jun 27-Jul 8, 2021 | |
| --- | --- | --- |
| In the US | 8,472 | **3.9%** |
| Outside of the US | 206,931 | 96.1% |
| Total | 215,403 | 100.0% |

**Source:** Analysis of file META3047MDL-180-00000002