# EXHIBIT 15

CONFIDENTIAL

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN RE: SOCIAL MEDIA ADOLESCENT          )  MDL Number:
ADDICTION/PERSONAL INJURY PRODUCTS      )  4:22-MD-C047-YGR
LIABILITY LITIGATION                    )
_____)

SUPERIOR COURT OF THE STATE OF CALIFORNIA
FOR THE COUNTY OF LOS ANGELES
SPRING STREET COURTHOUSE

COORDINATION PROCEEDING                 )
SPECIAL TITLE [RULE 3.400]              )
SOCIAL MEDIA CASES                      ) Lead Case No. for
                                        ) Filing Purposes
_____) 22STCV21355
                                        )
This Document Relates to:               )
                                        )
STATE OF TENNESSEE,                     )
ex rel. JONATHAN SKRMETTI,              )
ATTORNEY GENERAL and REPORTER,          )
v.                                      )
META PLATFORMS, INC., and               )
INSTAGRAM, LLC,                         )
Case No. 23-1364-IV                     )
_____)

Confidential - Pursuant to Protective Order
VIDEOTAPED DEPOSITION of
KYLE ANDREWS, PhD, VOLUME II
Palo Alto, California
November 20, 2024

Job No.  6933456
Pages 419 - 615
JENNY L. GRIFFIN, CSR No. 3969 - RMR, CRR, CCRR, CRC

CONFIDENTIAL

Page 438

- - -

KYLE ANDREWS, PhD

having been first duly and/or affirmed by the

Certified Shorthand Reporter to tell the truth, the

whole truth, and nothing but the truth, testified as

follows:

CONTINUED EXAMINATION

BY MR. HALPERIN:

Q.    Good morning, Dr. Andrews, and welcome

back.

A.    Good morning.  Thank you.

Q.    I want to start our discussion this morning

with the topic that the lawyers for plaintiffs spent

a lot of time asking you questions about, which was

the BEEF survey.

A.    Okay.

Q.    Can you, just to reorient us, tell us what

the purpose of the BEEF survey was.

A.    Sure.  So, internally, one of the ways in

which we try to reduce potential experiences is by

building machine-learning models.  And these are

computational models that are able to sort of

predict when certain kinds of things are happening

so we can take them down before anyone sees them.

That -- those kinds of models require lots of data

CONFIDENTIAL

Page 439

in order to improve and build them.

The main purpose of BEEF was to gather a bunch of data from users about -- who have said that they have experienced certain things so we can feed them into the model and get our models better at predicting those things so we can reduce them.  That was the main first purpose.

The second big purpose was looking at a test versus control and seeing how well we were doing in reducing those experiences.  And in this case, tests would be a group of people who have everything that the team has shipped, every product change we've made in the last six months.

And the control group is a group of people that have, you know, a version of the product from six months ago.  And we look to see did we reduce the number of, you know, bad experiences in the test group versus the control group.

So those are the two main purposes.

Q.   So let me just make sure I understand.  Was one of the -- actually, let's go to -- why don't we pull up Exhibit 14, please.

And could we turn -- and let me know when you have it, Dr. Andrews -- could we turn to the -- I think it's the second page.

CONFIDENTIAL

Page 611

---oOo---

I, JENNY L. GRIFFIN, hereby certify:

That I am a certified shorthand reporter in and for the County of Alameda, State of California;

Prior to being examined, KYLE ANDREWS, the witness named in the foregoing deposition, was by me duly sworn to testify to the truth, the whole truth, and nothing but the truth; that said deposition was taken pursuant to notice at the time and place therein set forth, and was taken down by me in stenotype and thereafter transcribed by means of computer-aided transcription, and that said deposition is a true record of the testimony given by the witness.

I further certify that I am neither counsel for nor related in any way to any party to said action, nor otherwise interested in the outcome thereof.

In witness whereof, I have hereunto subscribed my name November 30, 2024.

_____

JENNY L. GRIFFIN, CSR #3969

Certified Shorthand Reporter