[*Submitting Counsel on Signature Page*]

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION | MDL No. 3047 |
| THIS DOCUMENT RELATES TO: | Case No. 4:22-md-03047-YGR |
| 4:23-cv-05448 | **DECLARATION OF SHAHEEN SHEIKH IN SUPPORT OF STATE ATTORNEYS GENERAL'S RESPONSE TO META'S MOTION TO EXCLUDE AND/OR STRIKE EXPERT TESTIMONY OF CARL SABA** |
| | Judge: Hon. Yvonne Gonzalez Rogers |
| | Magistrate Judge: Hon. Peter H. Kang |

I, Shaheen Sheikh, of full age and duly sworn according to law, declare:

I am an Assistant Attorney General within the Consumer Protection Unit in the Colorado Attorney General's Office. I submit this Declaration in support of the State Attorneys General's Response to Meta's Motion to Exclude and/or Strike Expert Testimony of Carl Saba. I have personal knowledge of the facts stated in this Declaration, and if called upon to do so, could and would competently testify thereto.

The following paragraphs in this declaration identify the exhibits referenced and/or cited in the State AGs' Response to Meta's Motion to Exclude and/or Strike Expert Testimony of Carl Saba.

1

1. Attached hereto as Exhibit 1 is a true and accurate copy of the Expert Report of Carl Saba.

2. Attached hereto as Exhibit 2 is a true and accurate copy of the Rebuttal Trial Report of Carl Saba.

3. Attached hereto as Exhibit 3 is a true and accurate copy of excerpts of Carl Saba's deposition, dated March 2, 2026.

4. Attached hereto as Exhibit 4 is a true and accurate copy of excerpts of Bruce Isaacson's deposition, dated February 26, 2026.

5. Attached hereto as Exhibit 5 is a true and accurate copy of excerpts of Kyle Andrews' deposition, dated November 19, 2024.

6. Attached hereto as Exhibit 6 is a true and accurate copy of the Expert Rebuttal Report of Justin McCrary.

7. Attached hereto as Exhibit 7 is a true and accurate copy of the Expert Report of Jean Twenge.

8. Attached hereto as Exhibit 8 is a true and accurate copy of Meta's presentation "User Perception of Time Spent on Instagram" [META3047MDL-032-00000933].

9. Attached hereto as Exhibit 9 is a true and accurate copy of Letter from Meta Platforms, Inc. to Plaintiffs' Counsel (Mar. 5, 2025).

10. Attached hereto as Exhibit 10 is a true and accurate copy of excerpts of ECF 2153.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on April 3, 2026, in Denver, Colorado.

/s/ Shaheen Sheikh
Shaheen Sheikh
Assistant Attorney General
1300 Broadway
Denver, CO 80204

Shaheen.Sheikh@coag.gov