# Exhibit 4

CONFIDENTIAL

Page 1

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

*******************************
People of the State of
California, et al,                    MDL No. 3047

        v.                            Case No.:
                                      4:23-cv-05448-YGR

Meta Platforms, Inc., Instagram,
LLC, Meta Payments, Inc.,
Meta Platforms Technologies, LLC
*****************************
IN RE:  SOCIAL MEDIA ADOLESCENT
ADDICTION/PERSONAL INJURY
PRODUCTS LIABILITY LITIGATION
THIS DOCUMENT RELATES TO:
4:23-cv-05448
*****************************

                        AND

            COMMONWEALTH OF MASSACHUSETTS
SUFFOLK, SS:          SUPERIOR COURT
                      BUSINESS LITIGATION DIVISION

*****************************
COMMONWEALTH OF MASSACHUSETTS,
                Plaintiff,

        v.

META PLATFORMS, INC., and
INSTAGRAM, LLC,
                Defendants.
*****************************
 REMOTE ZOOM DEPOSITION OF DR. BRUCE ISAACSON, EDA
                February 26, 2026

                    -   -   -
                Golkow, a Veritext division

CONFIDENTIAL

Page 96

reviewed are reflected in the amended Materials Reviewed list that your counsel provided this morning before the deposition started, is that right?

A. Also correct.

Q. Okay. And you have not prepared any supplemental report or anything in writing of supplemental opinions, have you?

A. No, I have not.

Q. Okay.

A. Other than the one-page analysis that I believe counsel also provided this morning.

Q. Okay. That was -- that's the BEEF data by country analysis?

A. Correct.

Q. Okay. We may need to come back to that after our lunch because I haven't gotten a chance to look at all of this.

MR. KAUFMANN: But why don't we mark or introduce Exhibit 6A.

(Whereupon, Exhibit Isaacson 6A was marked for identification.)

BY MR. KAUFMANN:

Q. And this is the amended Materials Reviewed list that supplements your report that we