# EXHIBIT 19

CONFIDENTIAL

Page 1

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN RE: SOCIAL MEDIA ADOLESCENT ) MDL No.
ADDICTION/PERSONAL INJURY       ) 4:22-md-3047-YGR
PRODUCTS LIABILITY LITIGATION   )
_____ )
-------------------------------------------------------
          COMMONWEALTH OF MASSACHUSETTS
SUFFOLK, ss                              SUPERIOR COURT
_____
COMMONWEALTH OF MASSACHUSETTS,
      Plaintiff,                    CIVIL ACTION NO.
                                    2384CV02397-BLS1
v.
META PLATFORMS, INC. and
INSTAGRAM, LLC.

      Defendants.
_____

          Monday, March 2, 2026

 CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER

      Video-Recorded Oral Deposition of CARL
S. SABA held at the offices of Davis Polk &
Wardwell LLP, 900 Middlefield Road, Redwood
City, California, commencing at 9:03 AM PST
on the above date, before Michael E. Miller,
Fellow of the Academy of Professional
Reporters, Certified Court Reporter,
Registered Diplomate Reporter, Certified
Realtime Reporter, and California CSR #13649.
                 __ __ __
            GOLKOW - VERITEXT
     877.370.DEPS | fax 917.591.5672
            deps@golkow.com

CONFIDENTIAL

Page 236

There's -- the relationship I've seen is it's -- again, it varies by month and by state, but it's something like .7, 70% of MAPs are -- would give you a rough approximation of the number of DAPs.

Q.    Approximately, in any given month, 70% -- there are 70% as many DAPs as there are MAPs; is that -- am I understanding that right, approximately?

A.    Yes.  Right, for every hundred monthly active persons you might have something like 70 daily active persons.

Q.    So in this section you say in the heading that you're calculating MAPs, under-13 MAPs.

If you turn to paragraph 251, though, you say that you're calculating DAPs.

A.    That's correct.

So I set out initially -- I was asked to calculate either MAPs or DAPs, whichever I could with the data that I could locate or had access to.

I do have some discussion in this section about Meta's -- some data points that give us an indication of how many MAPs

Page 296

BY MR. WILLIAMS:

Q.    And in -- and in paragraph 135, you note -- or you state that the Negative -- the NET survey highlighted that the negative experiences on Instagram is quite high, correct?

A.    I'm sorry, what paragraph are we looking at, 135?

Q.    Let me reask the question.

Paragraph 134.  In paragraph 134, you discuss the Negative Experience Survey, correct?

A.    Yes.

Q.    And you claim that the results of the Negative Experience Survey support your extrapolation conclusion, right?

A.    Generally speaking.  You don't get exactly the same response rates on every type of bad encounter, but they're similar.

Q.    And you didn't cite this survey in your opening report, correct?

A.    I don't think I cited the survey.  I did reference Exhibit 9 to Bejar's April deposition, which is this survey.

Q.    But you didn't specifically

Page 297

discuss this survey in the body of your report, correct, your opening report, correct?

A.    Correct.

Q.    Why not?

A.    I didn't.  I don't know that I can give you a specific reason.

Q.    When I deposed you earlier on the same topic in the Tennessee action, do you recall testifying to the effect that the response rates for the 2019 survey were actually slightly higher for most of the questions than the BEEF survey?

A.    I may have said that.  I mean, I -- here I discuss some examples, and they are slightly higher, I think.

Q.    Sorry.  Just to be clear, you're saying that the results of the Negative Experience Survey are slightly higher than the BEEF survey?

A.    I think the problem with generalities is it just depends on the specific question that's being asked.  Some are higher, some are lower.

Q.    Comparing question for

CONFIDENTIAL

Page 298

question -- well, I believe what you testified in the prior action was that the response rates for the 2019 survey are slightly higher for most questions when you match up the experiences.

So I'm talking about on an experience-to-experience basis.

MS. ARORA:   Objection to form.

A.      If that's what I said, then that's what I meant.

BY MR. WILLIAMS:

Q.      Do you agree with that testimony?

MS. ARORA:   Objection to form.

A.      I would have to, again, look at the -- compare all the responses to be able to tell you, because I don't remember anymore.

BY MR. WILLIAMS:

Q.      Okay.   Well, in paragraph 134 you cite three categories of negative experiences, right?

A.      Right.

Q.      And they are witnessing hate, being bullied or harassed and seeing nudity

CONFIDENTIAL

Page 299

or sexual content, correct?

A.    Yes.

Q.    And did you compare whether the questions in the two surveys were the same?

A.    I think I compared to, you know, whether they were similar.  I don't think they're exactly the same.

Q.    And if they were different, that could affect the response rates, correct?

MS. ARORA:  Objection to form.

A.    Correct.

BY MR. WILLIAMS:

Q.    Such that you're not making an apples-to-apples comparison, right?

MS. ARORA:  Objection to form.

A.    It could lead to an imperfect comparison, yes.

BY MR. WILLIAMS:

Q.    For the hate category, you cite a 27% response rate in the NET experience survey and 27.5% rate in the BEEF survey, correct?

A.    Yes.

Q.    So very little change there,

CONFIDENTIAL

Page 300

correct?

A.    Very similar.

Q.    And for being bullied or harassed, you cite 9% in the Negative Experience Survey and 10.1 in the BEEF survey, correct?

A.    Yes.

Q.    So again, a relatively small change, right?

A.    Yes.

Q.    For the third category you cite, seeing nudity or sexual content, there's a fairly significant decline between the NET and BEEF survey, correct?

A.    Yes.

Q.    26% to 18.7%, correct?

A.    Yes, Negative Experiences is higher.

Q.    So that's a fairly significant -- well, that doesn't support your view that at least for that particular question, the rates between surveys were consistent, right?

        MS. ARORA:  Objection to form.

A.    I agree.  Although it does

support the notion that I wouldn't be overcounting by using the BEEF survey, right, because I would be applying this lower percentage that's in the BEEF survey to an earlier period when the NET survey had a higher response rate.

BY MR. WILLIAMS:

Q.    If that decline continued over time, then it would extend through to the end of the period for which you're calculating bad experiences, right?

MS. ARORA:  Objection to form.

A.    If that -- if that were actually an indication of a trend, yes.

BY MR. WILLIAMS:

Q.    And you don't know one way or another if it's an indication of a trend, right?

MS. ARORA:  Objection to form, calls for speculation.

A.    I -- no, it's -- I think just with having two data points, I can't tell.

BY MR. WILLIAMS:

Q.    And so you only cite these three categories of bad experiences in your

CONFIDENTIAL

Page 302

reply, right?

A.    I cite them as examples.

Q.    Do you recall --

A.    There are others --

Q.    Do you recall -- do you recall the relative rates between the other categories?

A.    Again, I think some were higher, some were lower.

Q.    So you don't recall, sitting here?

A.    I reviewed them.  I just don't recall right now.

                    MR. WILLIAMS:  Okay.  Well, I'd like to introduce META3047MDL-059-00000216 as Exhibit 5.

                    (Whereupon, Saba Deposition Exhibit 5, Presentation Negative Experiences Survey - Oct 2019 Edition, META3047MDL-059-00000216 - META3047MDL-059-00000236, was marked for identification.)

                    MR. WILLIAMS:  And I'd also like to introduce Schedule 5.3 from your opening report as Exhibit 6,

CONFIDENTIAL

Page 303

because the printout I have does not have -- of your report does not have the schedules attached to it.

(Whereupon, Saba Deposition Exhibit 6, Schedule 5.3, was marked for identification.)

BY MR. WILLIAMS:

Q.    So I'd like you to go to slide 7 of the deck.

Do you see it has a purple line for teens and a gray line for adults?

A.    Yes.

Q.    And the response rates here in purple align to -- for the three categories you cite in your report align to what's shown on the slide, correct?

A.    Yes.

Q.    Okay.  And then Schedule 5.3 is the schedule of your report where you calculate response rates from the BEEF survey for the population you're measuring, 13- to 17-year-olds, correct?

A.    Yes.

Q.    So if we compare the question for violence, we see that there's a 24%

CONFIDENTIAL

Page 304

response rate in the Negative Experience Survey and a 13.7 response rate for BEEF.

Is that correct?

A.    Yes.

Q.    So that's a decline of over 10 percentage points, right?

MS. ARORA:  Objection to form.

A.    Yes, it's approximately 10 percentage points difference.

BY MR. WILLIAMS:

Q.    And for self-harm, there's a 17% response rate for the NET survey versus a 7.7 response rate for the BEEF survey, correct?

A.    Just a moment.  I'm trying to find it.

I don't think I see self-harm on the NET survey.

Q.    Do you understand that SSI stands for --

A.    Oh, okay.  Okay.  I've got it. So 17% --

Q.    Versus 7.7% in the --

A.    Versus 7.7, yes.

Q.    And do you see that for the

CONFIDENTIAL

Page 305

drugs category, there's a 13% response rate in the BEEF -- in the NET survey versus a 3.6% response rate in the BEEF survey?

A.    Yes.

Q.    And again, that's a decline of over 9 percentage points, correct?

MS. ARORA:  Objection to form.

A.    Yes.

BY MR. WILLIAMS:

Q.    And for the bully witness -- bully-seeing category in the NET survey, there's a 30% -- 30% response rate, whereas for in the BEEF survey, there's a 28.6% response rate?

A.    Yes, I see that.

Q.    So that's a decline of 1.4 percentage points?

MS. ARORA:  Objection to form.

A.    It's a difference of 1.4%, yes.

BY MR. WILLIAMS:

Q.    A difference, okay.

And so for five of the seven categories, that's a decline between the NET and BEEF survey, correct?

MS. ARORA:  Objection to form.

A.    I would say that the NET is higher than the BEEF survey.

BY MR. WILLIAMS:

Q.    And for several of those categories, the NET is -- response rate is 5 percentage rates over -- at least 5 percentage points higher than the response rate for the BEEF survey, correct?

MS. ARORA:  Objection to form.

A.    For some of those categories, yes.

BY MR. WILLIAMS:

Q.    And so consistent with what you testified in Tennessee, there appears to be a general decline in the response rates of negative experiences between the 2019 NET survey and the 2021 BEEF survey, correct?

MS. ARORA:  Objection to form.

A.    The NET is higher for, I would say, more of these types of experiences than it is lower --

BY MR. WILLIAMS:

Q.    Well, for five of the seven, correct?

A.    Yes.

I mean, for the ones you've mentioned, right.  We haven't talked about all of them that are on here.

Q.    Are you aware of whether any of the other questions map up to what you were measuring in the BEEF survey?

A.    I -- I think, again, I've put in my report the ones that are -- some of the ones that are similar, and I agree with you that the rest tend to be higher in the NET survey.

Q.    And so the fact that the response rates are higher in the NET survey than in the BEEF survey does not support your conclusion that the response rates for the BEEF survey remained consistent over time, correct?

MS. ARORA:  Objection to form.

A.    It doesn't support the notion that they were occurring at the same rate, but it does support what I was stating earlier, that I'm not overcounting by using the BEEF survey response rates and applying them to these earlier periods.

///

CONFIDENTIAL

Page 308

BY MR. WILLIAMS:

Q.    You don't know whether the -- strike that.

And you say it supports your conclusion that you're not overcounting because the results were higher in the NET survey than the BEEF survey, correct?

MS. ARORA:  Objection to form.

A.    Correct.

BY MR. WILLIAMS:

Q.    But they're not consistent between the two surveys, correct?

A.    Again, it depends on the particular bad encounter that you are speaking of.  Some are fairly consistent; others are meaningfully higher in the NET survey.

Q.    And so you don't know whether the trend -- the downward trend between the NET survey and the BEEF survey continued after the BEEF survey was conducted, correct?

MS. ARORA:  Objection to form.

A.    Not conclusively.  You can look at the results to the Heat Initiative survey. I don't think you could draw a straight line

CONFIDENTIAL

Page 309

that would result in what you have in the Heat Initiative survey, but the Heat Initiative survey also has other differences that I've discussed in my report, so I --

BY MR. WILLIAMS:

Q. Right. So --

A. -- I don't think it can be compared as directly.

Q. It's not an apples-to-apples comparison with the BEEF survey, correct?

MS. ARORA: Objection to form.

A. Correct.

BY MR. WILLIAMS:

Q. And in paragraph 135, you discuss the Heat Initiative survey, correct?

A. Yes.

Q. You don't cite any response rates from the Heat Initiative survey, correct?

A. I don't, but I did review them.

Q. And is it your recollection that they showed a -- they were generally consistent with the BEEF survey response rates?

A. I don't -- I don't think they

CONFIDENTIAL

CERTIFICATE

I, MICHAEL E. MILLER, Fellow of the Academy of Professional Reporters, Registered Diplomate Reporter, Certified Realtime Reporter, Certified Court Reporter and Notary Public, do hereby certify that prior to the commencement of the examination, CARL S. SABA was duly sworn by me to testify to the truth, the whole truth and nothing but the truth.

I DO FURTHER CERTIFY that the foregoing is a verbatim transcript of the testimony as taken stenographically by and before me at the time, place and on the date hereinbefore set forth, to the best of my ability.

I DO FURTHER CERTIFY that pursuant to FRCP Rule 30, signature of the witness was not requested by the witness or other party before the conclusion of the deposition.

I DO FURTHER CERTIFY that I am neither a relative nor employee nor attorney nor counsel of any of the parties to this action, and that I am neither a relative nor employee of such attorney or counsel, and that I am not financially interested in the action.

_____
MICHAEL E. MILLER, FAPR, RDR, CRR
Fellow of the Academy of Professional Reporters
NCRA Registered Diplomate Reporter
NCRA Certified Realtime Reporter
California CSR #13649
Dated: March 3, 2026