# EXHIBIT 20

Highly Confidential

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| *PEOPLE OF THE STATE OF CALIFORNIA, et al.,* <br> Plaintiffs, <br><br> v. <br><br> *META PLATFORMS, INC, Instagram, LLC, Meta Payments, Inc., Meta Platforms Technologies, LLC., et al.,* <br> Defendants <br><br><br> IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION <br><br> THIS DOCUMENT RELATES TO: <br> 4:23-cv-05448 | MDL No. 3047 <br><br> Case No. 4:23-cv-05448-YGR <br><br> Judge: Hon. Yvonne Gonzalez Rogers <br><br> Magistrate Judge: Hon. Peter H. Kang |

**TRIAL REPORT OF ADAM L. ALTER, PH.D.**
**August 1, 2025**

Highly Confidential

year-olds using Instagram daily and half of them having used Instagram ever.[1199]

510.    A 2025 "Life in Media" survey from the University of South Florida found that 48% of 11- to 13-year olds used Instagram with their own account, while 13% used it with someone else's account and 5% used it without being signed in.[1200] A 2025 study by Common Sense Media found that 48% of children aged 0 to 8 have watched short form videos on platforms such as TikTok, YouTube Shorts, and Instagram Reels.[1201] Though these numbers vary, they demonstrate that a meaningful number of children below the age of 13 use Instagram regularly.

511.    Instagram's own data indicate that an even greater number of tweens are likely to use Instagram than public studies suggest. Instagram has long been aware that its population of users includes many children under the age of 13, and it has tracked and attempted to measure that number as early as 2017, and as recently as 2021, as shown in Table 14, below. Meta consistently found between a quarter and half of tweens in the United States were on Instagram.

---

[1199]    Thorn report, "Youth Perspectives on Online Safety, 2023," pp. 9-10 https://info.thorn.org/hubfs/Research/Thorn_23_YouthMonitoring_Report.pdf.

[1200]    "Life In Media Survey: 2025," University of South Florida, pg. 26, https://www.usf.edu/arts-sciences/departments/journalism/documents/lims2025/lims2025.pdf.

[1201]    "The Common Sense Census: Media Use by Kids Zero to Eight: 2025," Common Sense Media, 2025, https://www.commonsensemedia.org/sites/default/files/research/report/2025-common-sense-census-web-2.pdf.

Highly Confidential

The undersigned hereby certifies their understanding that they owe a primary and overriding duty of candor and professional integrity to help the Court on matters within their expertise and in all submissions to, or testimony before, the Court. The undersigned further certifies that their report and opinions are not being presented for any improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation.

_____          _____August 1, 2025_____

Adam L. Alter, Ph.D.                            Date