[*Submitting Counsel on Signature Page*]

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION | MDL No. 3047 |
| | Case No. 4:22-md-03047-YGR |
| THIS DOCUMENT RELATES TO: | **TEMPORARY SEALING MOTION RE STATE AGS' PRELIMINARY EXHIBIT LIST** |
| 4:23-cv-05448 | Judge: Hon. Yvonne Gonzalez Rogers |
| | Magistrate Judge: Hon. Peter H. Kang |

Pursuant to the Court's Order Setting Sealing Procedures (ECF No. 341), the State Attorneys General submit this Temporary Sealing Motion regarding their Opposition to Meta's Motion in Limine No. 2 to Preclude Evidence Second-Guessing Meta's Policies and Procedures. Pursuant to that Order, the reasons for sealing (if any) will be addressed in a forthcoming omnibus stipulation or omnibus motion.

1

| Docket No. | Document | Whether document contains a Party's Confidential Information |
|---|---|---|
| ECF No. 3171-2 | State AGs' Preliminary Exhibit List | Temporarily filing under seal because document contains information that the parties may consider to be confidential |

TEMPORARY SEALING MOTION RE STATE AGS' PRELIMINARY EXHIBIT LIST
4:22-md-03047-YGR; 4:23-cv-05448-YGR

DATED: 6/17/2026                                Respectfully submitted,


**PHILIP J. WEISER**                            **ROB BONTA**
Attorney General                                Attorney General
State of Colorado                               State of California

*/s/ Elizabeth Orem*                            */s/ Megan O'Neill*
Krista Batchelder, CO Reg. No. 45066, *pro*     Nicklas A. Akers (CA SBN 211222)
*hac vice*                                      Senior Assistant Attorney General
Deputy Solicitor General                        Bernard Eskandari (SBN 244395)
Jason Slothouber, CO Reg. No. 43496,            Emily Kalanithi (SBN 256972)
*pro hac vice*                                  Supervising Deputy Attorneys General
Chief Trial Counsel, Consumer Protection        Nayha Arora (CA SBN 350467)
Lauren M. Dickey, CO Reg. No. 45773, *pro*      David Beglin (CA SBN 356401)
*hac vice*                                      Megan O'Neill (CA SBN 343535)
First Assistant Attorney General                Joshua Olszewski-Jubelirer (CA SBN
Elizabeth Orem, CO Reg. No. 58309               336428)
Assistant Attorney General                      Marissa Roy (CA SBN 318773)
Colorado Department of Law                       Brendan Ruddy (CA SBN 297896)
Ralph L. Carr Judicial Center                   Deputy Attorneys General
Consumer Protection Section                     California Department of Justice
1300 Broadway, 7th Floor                        Office of the Attorney General
Denver, CO 80203                                455 Golden Gate Ave., Suite 11000
Phone: (720) 508-6000                           San Francisco, CA 94102-7004
Krista.Batchelder@coag.gov                      Phone: (415) 510-4400
                                                Fax: (415) 703-5480
*Attorneys for Plaintiff State of Colorado, ex* Megan.ONeill@doj.ca.gov
*rel. Philip J. Weiser, Attorney General*
                                                *Attorneys for Plaintiff the People of the State*
                                                *of California*

TEMPORARY SEALING MOTION RE STATE AGS' PRELIMINARY EXHIBIT LIST
4:22-md-03047-YGR; 4:23-cv-05448-YGR

**RUSSELL COLEMAN**
Attorney General
Commonwealth of Kentucky

/s/ *Zachary Richards*
J. Christian Lewis (KY Bar No. 87109),
*pro hac vice*
Philip Heleringer (KY Bar No. 96748),
*pro hac vice*
Zachary Richards (KY Bar No. 99209),
*pro hac vice*
Daniel I. Keiser (KY Bar No. 100264),
*pro hac vice*
Matthew Cocanougher (KY Bar No. 94292),
*pro hac vice*
Assistant Attorneys General
1024 Capital Center Drive, Ste. 200
Frankfort, KY 40601
Christian.Lewis@ky.gov
Philip.Heleringer@ky.gov
Zach.Richards@ky.gov
Daniel.Keiser@ky.gov
Matthew.Cocanougher@ky.gov
Phone: (502) 696-5300
Fax: (502) 564-2698

*Attorneys for Plaintiff the Commonwealth of
Kentucky*

**JENNIFER DAVENPORT**
Attorney General
State of New Jersey

By: /s/ *Thomas Huynh*
Kashif T. Chand (NJ Bar No. 016752008),
*Pro hac vice*
Assistant Attorney General
Thomas Huynh (NJ Bar No. 200942017),
*Pro hac vice*
Section Chief, Deputy Attorney
General
Verna J. Pradaxay (NJ Bar No. 335822021),
*Pro hac vice*
Mandy K. Wang (NJ Bar No. 373452021),
*Pro hac vice*
Deputy Attorneys General
New Jersey Division of Law
124 Halsey Street, 5th Floor
Newark, NJ 07101
Kashif.Chand@law.njoag.gov
Thomas.Huynh@law.njoag.gov
Verna.Pradaxay@law.njoag.gov
Mandy.Wang@law.njoag.gov

*Attorneys for Plaintiffs Jennifer Davenport,
Attorney General for the State of New Jersey,
and Jeremy E. Hollander, Acting Director of
the New Jersey Division of Consumer Affairs*

## SIGNATURE CERTIFICATION

Under Civ. L.R. 5-1(h)(3), I hereby attest that all signatories listed, and on whose behalf the filing is submitted, concur in this filing's content and have authorized this filing.

DATED: 06/17/2026

/s/ *Elizabeth Orem*
Elizabeth Orem

*Attorney for Plaintiff State of Colorado*