Ashley M. Simonsen, SBN 275203
COVINGTON & BURLING LLP
1999 Avenue of the Stars
Los Angeles, CA 90067
Telephone: (424) 332-4800
Facsimile: + 1 (424) 332-4749
Email: asimonsen@cov.com

*Attorney for Defendants Meta Platforms,
Inc. f/k/a Facebook, Inc. and Instagram,
LLC*

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA
## OAKLAND DIVISION

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION | MDL No. 3047 |
| | Case Nos. 4:22-md-03047-YGR (PHK)<br>4:23-cv-05448-YGR |
| This Document Relates To: | |
| *People of the State of California, et al. v. Meta Platforms, Inc., et al.* | **DECLARATION OF ASHLEY M. SIMONSEN IN SUPPORT OF META'S OPPOSITION TO STATE ATTORNEYS GENERAL MOTION *IN LIMINE* NO. 3 TO EXCLUDE LEGAL CONCLUSION TESTIMONY** |
| | Judge: Hon. Yvonne Gonzalez Rogers<br>Magistrate Judge: Hon. Peter H. Kang |

## DECLARATION OF ASHLEY M. SIMONSEN

I, Ashley M. Simonsen, declare and state as follows:

1.    I am a partner with the law firm Covington & Burling LLP, counsel of record for Defendants Meta Platforms, Inc. f/k/a Facebook, Inc., and Instagram, LLC (collectively, "Meta"). I submit this Declaration in support of Meta's Opposition to State Attorneys General Motion *in Limine* No. 3 to Exclude Legal Conclusion Testimony. This Declaration is based on my personal knowledge. If called upon to do so, I could and would competently testify as follows.

2.    Attached hereto and lodged with the Court as **Exhibit 1** is a true and correct copy of excerpted portions of the March 20, 2026 Trial Report of Timothy Estes.

3.    Attached hereto and lodged with the Court as **Exhibit 2** is a true and correct copy of excerpted portions of the transcript of the February 24, 2026 deposition of Mary Catherine Wirth.

I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct to the best of my knowledge and belief.

Executed on June 17, 2026.

By:    */s/ Ashley M. Simonsen*
Ashley M. Simonsen