Ashley M. Simonsen (Bar No. 275203)
COVINGTON & BURLING LLP
1999 Avenue of the Stars
Los Angeles, California 90067
Telephone: (424) 332-4800
Facsimile: (424) 332-4749
Email: asimonsen@cov.com

*Attorneys for Defendants Meta Platforms, Inc.
f/k/a Facebook, Inc. and Instagram, LLC*

*[Additional counsel listed on signature pages]*

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION | MDL No. 3047 |
| | Case Nos.: 4:22-md-03047-YGR-PHK |
| This Document Relates To: | 4:23-cv-05448-YGR |
| | |
| *People of the State of California, et al. v. Meta Platforms, Inc. et al.* | **META'S TEMPORARY SEALING MOTION (META'S OPPOSITION TO STATE AGS' MOTION *IN LIMINE* NO. 2)** |
| | Judge: Hon. Yvonne Gonzalez Rogers |
| | Magistrate Judge: Hon. Peter H. Kang |

Pursuant to the Court's Order Setting Sealing Procedures (ECF No. 3174-341), Defendants Meta Platforms, Inc. and Instagram, LLC (together, "Meta") file this Temporary Sealing Motion regarding Meta's Opposition to the State AGs' Motion *in Limine* No. 2 to Exclude From the Advisory Jury Phase of Trial Evidence of Meta's Platform and Policy Changes Made After the Relevant Time Period.  Pursuant to the Order at ECF No. 3174-341, the reasons for sealing (if any) will be addressed in a forthcoming omnibus stipulation or omnibus motion.

| Docket No. | Document | Whether document contains a Party's Confidential Information |
|---|---|---|
| ECF No. 3174-1 | Meta's Opposition to State AGs' Motion *in Limine* No. 2 to Exclude From the Advisory Jury Phase of Trial Evidence of Meta's Platform and Policy Changes Made After the Relevant Time Period | Temporarily filing under seal because document contains information that the parties may consider to be confidential |
| ECF No. 3174-2 | Declaration of Ashley M. Simonsen | Not filed under seal |
| ECF No. 3174-3 | Exhibit A, Excerpts of the Transcript of the June 9, 2025 Deposition of Sayed Otaru | Temporarily filing under seal because document contains information that the parties may consider to be confidential |
| ECF No. 3174-4 | Exhibit B, Excerpts of the Transcript of the March 18, 2025 Deposition of Adam Mosseri | Temporarily filing under seal because document contains information that the parties may consider to be confidential |
| ECF No. 3174-5 | Exhibit C, Excerpts of the Transcript of the March 21, 2025 Deposition of Nick Clegg | Temporarily filing under seal because document contains information that the parties may consider to be confidential |
| ECF No. 3174-6 | Exhibit D, Excerpts of the Transcript of the June 16, 2025 Deposition of Allison Hartnett | Temporarily filing under seal because document contains information that the parties may consider to be confidential |
| ECF No. 3174-7 | Exhibit E, Excerpts of the Transcript of the November 7, 2024 Deposition of Paul Alexander Dow | Temporarily filing under seal because document contains information that the parties may consider to be confidential |

| ECF No. 3174-8 | Exhibit F, Excerpts of the Transcript of the December 17, 2025 Deposition of Sayed Otaru | Temporarily filing under seal because document contains information that the parties may consider to be confidential |
|---|---|---|
| ECF No. 3174-9 | Exhibit G, Excerpts of the Transcript of the December 10, 2025 Deposition of Lars Backstrom | Temporarily filing under seal because document contains information that the parties may consider to be confidential |
| ECF No. 3174-10 | Exhibit H, Excerpts of the Transcript of the December 17, 2024 Deposition of Darius Kilstein | Temporarily filing under seal because document contains information that the parties may consider to be confidential |
| ECF No. 3174-11 | Exhibit I, Excerpts of the Transcript of the June 26, 2025 Deposition of Lars Backstrom | Temporarily filing under seal because document contains information that the parties may consider to be confidential |
| ECF No. 3174-12 | Exhibit J, Exhibit 11 introduced at the June 9, 2025 Deposition of Sayed Otaru | Temporarily filing under seal because document contains information that the parties may consider to be confidential |
| ECF No. 3174-13 | Exhibit K, Excerpts of Meta Defendants' November 18, 2024 Second Supplemental Responses and Objections to Plaintiffs' First Interrogatory | Temporarily filing under seal because document contains information that the parties may consider to be confidential |
| ECF No. 3174-14 | Exhibit L, Excerpts of the Transcript of the April 7, 2025 Deposition of Arturo Béjar | Temporarily filing under seal because document contains information that the parties may consider to be confidential |
| ECF No. 3174-15 | Exhibit M, Excerpts of the March 5, 2026 Transcript of Trial 1 in the Judicial Council Coordinated Proceedings | Temporarily filing under seal because document contains information that the parties may consider to be confidential |
| ECF No. 3174-16 | Exhibit N, Excerpts of the February 10, 2026 Transcript of trial proceedings in *State of New Mexico, ex rel., Torrez v. Meta Platforms, Inc.* | Temporarily filing under seal because document contains information that the parties may consider to be confidential |
| ECF No. 3174-17 | Exhibit O, Excerpts of the May 16, 2025 Trial Report of Mitch Prinstein, Ph.D. | Temporarily filing under seal because document contains information that the parties may consider to be confidential |

| | | |
|---|---|---|
| ECF No. 3174-18 | Exhibit P, Excerpts of the May 16, 2025 Trial Report of Bradley Zicherman, M.D. | Temporarily filing under seal because document contains information that the parties may consider to be confidential |
| ECF No. 3174-19 | Exhibit Q, Excerpts of the May 16, 2025 Trial Report of Arvind Narayanan, Ph.D. | Temporarily filing under seal because document contains information that the parties may consider to be confidential |
| ECF No. 3174-20 | Exhibit R, Excerpts of the August 1, 2025 Trial Report of Adam Alter, Ph.D. | Temporarily filing under seal because document contains information that the parties may consider to be confidential |
| ECF No. 3174-21 | Exhibit S, Excerpts of the March 20, 2026 Trial Report of Timothy Estes | Temporarily filing under seal because document contains information that the parties may consider to be confidential |
| ECF No. 3174-22 | Exhibit T, Excerpts of the May 16, 2025 Trial Report of Colin Gray, Ph.D. | Temporarily filing under seal because document contains information that the parties may consider to be confidential |
| ECF No. 3174-23 | Exhibit U, Excerpts of the August 1, 2025 Trial Report of Ravi Iyer, Ph.D. | Temporarily filing under seal because document contains information that the parties may consider to be confidential |
| ECF No. 3174-24 | Exhibit V, Excerpts of the July 30, 2025 Rebuttal Trial Report of Lauren Hale, Ph.D. | Temporarily filing under seal because document contains information that the parties may consider to be confidential |
| ECF No. 3174-25 | Exhibit W, Excerpts of the November 21, 2025 Trial Report of Carl Saba | Temporarily filing under seal because document contains information that the parties may consider to be confidential |
| ECF No. 3174-26 | Exhibit X, Excerpts of the May 6, 2026 Corrected Trial Report of Ryan Sheatsley, Ph.D. | Temporarily filing under seal because document contains information that the parties may consider to be confidential |
| ECF No. 3174-27 | Exhibit Y, Excerpts of the May 15, 2025 Trial Report of Jean M. Twenge, Ph.D. | Temporarily filing under seal because document contains |

| | | information that the parties may consider to be confidential |
|---|---|---|
| ECF No. 3174-28 | Exhibit Z, Meta Defendants' April 17, 2025 Seventh Supplemental and Amended Responses and Objections to Plaintiffs' Second Set of Interrogatories | Temporarily filing under seal because document contains information that the parties may consider to be confidential |
| ECF No. 3174-29 | Exhibit AA, December 11, 2025 blog post on Meta's webpage entitled "Integrity Reports, Third Quarter 2025" | Not filed under seal |
| ECF No. 3174-30 | Exhibit BB, October 17, 2025 article published to Meta Newsroom entitled "Empowering Parents, Protecting Teens: Meta's Approach to AI Safety" | Not filed under seal |

DATED: June 17, 2026

Respectfully submitted,

By:    */s/ Ashley M. Simonsen*

Ashley M. Simonsen (State Bar. No. 275203)
COVINGTON & BURLING LLP
1999 Avenue of the Stars
Los Angeles, CA 90067
Telephone: + 1 (424) 332-4800
Email: asimonsen@cov.com

Paul W. Schmidt, *pro hac vice*
Timothy C. Hester, pro hac vice
COVINGTON & BURLING LLP
One City Center
850 Tenth Street, NW
Washington, DC 20001-4956
Telephone: + 1 (202) 662-5324
Facsimile: + 1 (202) 778-5324
Email: pschmidt@cov.com
Email: thester@cov.com

*Attorneys for Defendants Meta Platforms, Inc. f/k/a Facebook, Inc. and Instagram, LLC*