Ashley M. Simonsen, SBN 275203
COVINGTON & BURLING LLP
1999 Avenue of the Stars
Los Angeles, CA 90067
Telephone: (424) 332-4800
Facsimile: + 1 (424) 332-4749
Email: asimonsen@cov.com

*Attorney for Defendants Meta Platforms,
Inc. f/k/a Facebook, Inc. and Instagram,
LLC*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates To:<br><br>*People of the State of California, et al. v. Meta Platforms, Inc., et al.* | MDL No. 3047<br><br>Case No. 4:22-md-03047-YGR (PHK)<br>        4:23-cv-05448-YGR<br><br>**DECLARATION OF ASHLEY M. SIMONSEN IN SUPPORT OF META'S OPPOSITION TO STATE AGS' MOTION *IN LIMINE* NO. 2 SEEKING TO EXCLUDE FROM THE ADVISORY JURY PHASE OF TRIAL EVIDENCE OF META'S PLATFORM AND POLICY CHANGES MADE AFTER THE RELEVANT TIME PERIOD**<br><br>Judge: Hon. Yvonne Gonzalez Rogers<br>Magistrate Judge: Hon. Peter H. Kang |

## DECLARATION OF ASHLEY M. SIMONSEN

I, Ashley M. Simonsen, declare and state as follows:

1.    I am a partner with the law firm Covington & Burling LLP, counsel of record for Defendants Meta Platforms, Inc. f/k/a Facebook, Inc., and Instagram, LLC (together, "Meta").  I submit this declaration in support of Meta's Opposition to the State AGs' Motion *In Limine* No. 2 Seeking to Exclude from the Advisory Jury Phase of Trial Evidence of Meta's Platform and Policy Changes Made After the Relevant Time Period.  This declaration is based on my personal knowledge.  If called upon to do so, I could and would competently testify as follows.

2.    Attached hereto and lodged with the Court as **Exhibit A** is a true and correct copy of excerpted portions of the transcript of the June 9, 2025 deposition of Sayed Otaru.

3.    Attached hereto and lodged with the Court as **Exhibit B** is a true and correct copy of excerpted portions of the transcript of the March 18, 2025 deposition of Adam Mosseri.

4.    Attached hereto and lodged with the Court as **Exhibit C** is a true and correct copy of excerpted portions of the transcript of the March 21, 2025 deposition of Nick Clegg.

5.    Attached hereto and lodged with the Court as **Exhibit D** is a true and correct copy of excerpted portions of the transcript of the June 16, 2025 deposition of Allison Hartnett.

6.    The AGs will depose Ms. Hartnett in her personal capacity on July 20, 2026.

7.    Attached hereto and lodged with the Court as **Exhibit E** is a true and correct copy of excerpted portions of the transcript of the November 7, 2024 deposition of Paul Alexander Dow.

8.    Attached hereto and lodged with the Court as **Exhibit F** is a true and correct copy of excerpted portions of the transcript of the December 17, 2025 deposition of Sayed Otaru.

9.    Attached hereto and lodged with the Court as **Exhibit G** is a true and correct copy of excerpted portions of the transcript of the December 10, 2025 deposition of Lars Backstrom.

10.    Attached hereto and lodged with the Court as **Exhibit H** is a true and correct copy of excerpted portions of the transcript of the December 17, 2024 deposition of Darius Kilstein.

DECLARATION OF ASHLEY M. SIMONSEN IN SUPPORT OF META'S OPPOSITION TO STATE AGS' MOTION IN LIMINE NO. 2 SEEKING TO EXCLUDE FROM THE ADVISORY JURY PHASE OF TRIAL EVIDENCE OF META'S PLATFORM AND POLICY CHANGES MADE AFTER THE RELEVANT TIME PERIOD
4:22-md-03047-YGR; 4:23-cv-05448-YGR

11.     Following the close of fact discovery last April, Meta made productions to MDL and JCCP Plaintiffs in September, October, November, and early December totaling roughly 65,000 documents (60,000 excluding duplicates) that Meta had previously withheld from production on grounds of privilege. In a parallel proceeding in Tennessee state court, the Tennessee AG obtained an order allowing it to notice up to 12 supplemental depositions of Meta witnesses (totaling no more than 70 hours of questioning), limited to documents and topics covered in Meta's privilege-downgrade documents produced between August and December 2025.  The Tennessee AG ultimately took four depositions of Meta witnesses this Spring.  Separately, Meta produced to the New Hampshire AG this Spring final reports of Meta's Youth Emotional Trends ("MYST") Study through December 31, 2025, and email and chat search of two custodians from April 2, 2024 through September 1, 2025.  At MDL Plaintiffs' request, Meta agreed to allow Plaintiffs (including the AGs) to attend the depositions taken by the Tennessee AG; to ask questions about the documents Meta had recently produced to the New Hampshire AG, including MYST documents post-dating the MDL Relevant Time Period; and to then use any such documents in the MDL "as if they were produced to Plaintiffs in the MDL/JCCP," including by adding them to their exhibit list or experts' materials considered lists.  The MDL Parties' agreement on these points is set forth in the Stipulation filed at ECF 2949 at ¶¶ 8–14.

12.     Attached hereto and lodged with the Court as **Exhibit I** is a true and correct copy of excerpted portions of the transcript of the June 26, 2025 deposition of Lars Backstrom.

13.     Attached hereto and lodged with the Court as **Exhibit J** is a true and correct copy of Exhibit 11 introduced at the June 9, 2025 deposition of Sayed Otaru.

14.     During discovery, Meta produced data reflecting the results of Meta's models that predict the likelihood that accounts may belong to the same users for select dates between April 2025 through July 2025.  These dates included April 14, 2025, May 11, 2025, June 7, 2025, and July 6, 2025.

15.     Meta also produced data reflecting the usage rates of certain safety tools for the time period after April 1, 2024, including usage rates for "Your Activity" on Instagram between September 7, 2024 and March 24, 2025, and "Take a Break" on Facebook from June 2, 2024 to May 27, 2025.

DECLARATION OF ASHLEY M. SIMONSEN IN SUPPORT OF META'S OPPOSITION TO STATE AGS' MOTION IN LIMINE NO. 2 SEEKING TO EXCLUDE FROM THE ADVISORY JURY PHASE OF TRIAL EVIDENCE OF META'S PLATFORM AND POLICY CHANGES MADE AFTER THE RELEVANT TIME PERIOD
4:22-md-03047-YGR; 4:23-cv-05448-YGR

16. Attached hereto and lodged with the Court as **Exhibit K** is a true and correct copy of excerpted portions of Meta Defendants' November 18, 2024 Second Supplemental Responses and Objections to Plaintiffs' First Interrogatory.

17. On June 5, 2026, the AGs served on Meta a preliminary exhibit list identifying documents the AGs intend to introduce at trial. Meta undertook a comprehensive review of the list, which encompasses documents produced during discovery, publicly sourced documents not produced in discovery, and documents previously introduced as exhibits during depositions. Through this review, Meta identified at least 225 documents post-dating October 30, 2024 and at least 522 documents post-dating April 1, 2024.

18. Attached hereto and lodged with the Court as **Exhibit L** is a true and correct copy of excerpted portions of the transcript of the April 7, 2025 deposition of Arturo Béjar.

19. Attached hereto and lodged with the Court as **Exhibit M** is a true and correct copy of excerpted portions of the transcript of the first trial in the Judicial Council Coordinated Proceedings ("JCCP Trial 1") from the March 5, 2026 trial day. The excerpted portions contain illustrative examples of testimony by Mr. Béjar regarding his purported "testing" of Meta's platforms, including his testimony concerning a video created in 2025.

20. Attached hereto and lodged with the Court as **Exhibit N** is a true and correct copy of excerpted portions of the transcript of the February 10, 2026 trial proceedings in *State of New Mexico, ex rel., Torrez v. Meta Platforms, Inc*. The excerpted portions contain illustrative examples of testimony by Mr. Béjar regarding his purported "testing" of Meta's platforms, including his testimony concerning a video created in 2025.

21. Attached hereto and lodged with the Court as **Exhibit O** is a true and correct copy of excerpted portions of the May 16, 2025 Trial Report of Mitch Prinstein, Ph.D. Highlighting has been added to identify instances in which Dr. Prinstein relies on research or evidence postdating October 30, 2024. These excerpts are illustrative and do not represent an exhaustive identification of every instance in which Dr. Prinstein's report relies on such post-October 30, 2024 research or evidence.

3

22.     Attached hereto and lodged with the Court as **Exhibit P** is a true and correct copy of excerpted portions of the May 16, 2025 Trial Report of Bradley Zicherman, M.D.  Highlighting has been added to identify instances in which Dr. Zicherman relies on research or evidence postdating October 30, 2024.  These excerpts are illustrative and do not represent an exhaustive identification of every instance in which Dr. Zicherman's report relies on such post-October 30, 2024 research or evidence.

23.     Attached hereto and lodged with the Court as **Exhibit Q** is a true and correct copy of excerpted portions of the May 16, 2025 Trial Report of Arvind Narayanan, Ph.D.  Highlighting has been added to identify instances in which Dr. Narayanan relies on research or evidence postdating October 30, 2024.  These excerpts are illustrative and do not represent an exhaustive identification of every instance in which Dr. Narayanan's report relies on such post-October 30, 2024 research or evidence.

24.     Attached hereto and lodged with the Court as **Exhibit R** is a true and correct copy of excerpted portions of the August 1, 2025 Trial Report of Adam Alter, Ph.D.  Highlighting has been added to identify instances in which Dr. Alter relies on research or evidence postdating October 30, 2024.  These excerpts are illustrative and do not represent an exhaustive identification of every instance in which Dr. Alter's report relies on such post-October 30, 2024 research or evidence.

25.     Attached hereto and lodged with the Court as **Exhibit S** is a true and correct copy of excerpted portions of the March 20, 2026 Trial Report of Timothy Estes.  Highlighting has been added to identify instances in which Mr. Estes relies on research or evidence postdating October 30, 2024.  These excerpts are illustrative and do not represent an exhaustive identification of every instance in which Mr. Estes's report relies on such post-October 30, 2024 research or evidence.

26.     Attached hereto and lodged with the Court as **Exhibit T** is a true and correct copy of excerpted portions of the May 16, 2025 Trial Report of Colin Gray, Ph.D.  Highlighting has been added to identify instances in which Dr. Gray relies on research or evidence postdating October 30, 2024.  These excerpts are illustrative and do not represent an exhaustive identification of every instance in which Dr. Gray's report relies on such post-October 30, 2024 research or evidence.

DECLARATION OF ASHLEY M. SIMONSEN IN SUPPORT OF META'S OPPOSITION TO STATE AGS' MOTION IN LIMINE NO. 2 SEEKING TO EXCLUDE FROM THE ADVISORY JURY PHASE OF TRIAL EVIDENCE OF META'S PLATFORM AND POLICY CHANGES MADE AFTER THE RELEVANT TIME PERIOD
4:22-md-03047-YGR; 4:23-cv-05448-YGR

27.     Attached hereto and lodged with the Court as **Exhibit U** is a true and correct copy of excerpted portions of the August 1, 2025 Trial Report of Ravi Iyer, Ph.D.  Highlighting has been added to identify instances in which Dr. Iyer relies on research or evidence postdating October 30, 2024.  These excerpts are illustrative and do not represent an exhaustive identification of every instance in which Dr. Iyer's report relies on such post-October 30, 2024 research or evidence.

28.     Attached hereto and lodged with the Court as **Exhibit V** is a true and correct copy of excerpted portions of the July 30, 2025 Rebuttal Trial Report of Lauren Hale, Ph.D.  Highlighting has been added to identify instances in which Dr. Hale relies on research or evidence postdating October 30, 2024.  These excerpts are illustrative and do not represent an exhaustive identification of every instance in which Dr. Hale's report relies on such post-October 30, 2024 research or evidence.

29.     Attached hereto and lodged with the Court as **Exhibit W** is a true and correct copy of excerpted portions of the November 21, 2025 Trial Report of Carl Saba.  Highlighting has been added to identify instances in which Mr. Saba relies on research or evidence postdating October 30, 2024.  These excerpts are illustrative and do not represent an exhaustive identification of every instance in which Mr. Saba's report relies on such post-October 30, 2024 research or evidence.

30.     Attached hereto and lodged with the Court as **Exhibit X** is a true and correct copy of excerpted portions of the May 6, 2026 Corrected Trial Report of Ryan Sheatsley, Ph.D.  Highlighting has been added to identify instances in which Dr. Sheatsley relies on research or evidence postdating October 30, 2024.  These excerpts are illustrative and do not represent an exhaustive identification of every instance in which Dr. Sheatsley's report relies on such post-October 30, 2024 research or evidence.

31.     Attached hereto and lodged with the Court as **Exhibit Y** is a true and correct copy of excerpted portions of the May 15, 2025 Trial Report of Jean M. Twenge, Ph.D.  Highlighting has been added to identify instances in which Dr. Twenge relies on research or evidence postdating October 30, 2024.  These excerpts are illustrative and do not represent an exhaustive identification of every instance in which Dr. Twenge's report relies on such post-October 30, 2024 research or evidence.

32.     Attached hereto and lodged with the Court as **Exhibit Z** is a true and correct copy of the Meta Defendants' Seventh Supplemental and Amended Responses and Objections to Plaintiffs' Second Set of Interrogatories, served to Plaintiffs on April 17, 2025.

33.     Attached hereto and lodged with the Court as **Exhibit AA** is a true and correct copy of a blog post published on December 11, 2025 on Meta's webpage entitled "Integrity Reports, Third Quarter 2025."   This document is also publicly available at https://transparency.meta.com/reports/integrity-reports-q3-2025.

34.     Attached hereto and lodged with the Court as **Exhibit BB** is a true and correct copy of an article published on October 17, 2025 to Meta's Newsroom entitled "Empowering Parents, Protecting Teens: Meta's Approach to AI Safety."   This document is also publicly available at https://about.fb.com/news/2025/10/teen-ai-safety-approach/.

I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct to the best of my knowledge and belief.

Executed on June 17, 2026.

By:     _/s/ Ashley M. Simonsen_
        Ashley M. Simonsen

DECLARATION OF ASHLEY M. SIMONSEN IN SUPPORT OF META'S OPPOSITION TO STATE AGS' MOTION IN LIMINE NO. 2 SEEKING TO EXCLUDE FROM THE ADVISORY JURY PHASE OF TRIAL EVIDENCE OF META'S PLATFORM AND POLICY CHANGES MADE AFTER THE RELEVANT TIME PERIOD
4:22-md-03047-YGR; 4:23-cv-05448-YGR