# Exhibit BB

∞ Meta       AI glasses    Meta Quest    Explore Meta                                    Support      Newsroom    🔍

Technologies        Product News        Innovation        Public Policy        Youth Well-Being        Privacy        Security        🔍 Search News

‹ Back to Newsroom

META

# Empowering Parents, Protecting Teens: Meta's Approach to AI Safety

October 17, 2025

By Adam Mosseri, Head of Instagram and Alexandr Wang, Chief AI Officer

᳃᳃᳃   **LISTEN TO ARTICLE**



## Takeaways

- As AI technology evolves, we are prioritizing teens' safety – because getting this right matters to us and to the families who use our platforms.

- We're introducing simple, new ways for parents to turn off their teens' access to one-on-one chats with AI characters, and giving them more insights on how teens are interacting with AI.

- These new parental controls are in addition to the protections we already automatically apply to Teen Accounts, and we use AI technology to place suspected teens into these protections, even if they tell us they're adults.

*Update on April 16, 2026 at 11:30AM PT:*

This article has been updated to reflect our recent agreement with the MPA. There are lots of differences between social media and movies. We didn't work with the MPA when updating our content settings, and they're not rating any content on Instagram, and they're not endorsing or approving our content settings in any way. Rather, we drew inspiration from the MPA's public guidelines, which are already familiar to parents, as well as feedback from parents. Our content moderation systems are not the same as a movie ratings board, so the experience may not be exactly the same.

*Update on January 23, 2026 at 9:00AM PT:*

In October, we shared that we're building new tools to give parents more visibility into how their teens use AI, and more control over the AI characters they can interact with. Since then, we've started building a new version of AI characters, to give people an even better experience. While we focus on developing this new version, we're temporarily pausing teens' access to existing AI characters globally.

Starting in the coming weeks, teens will no longer be able to access AI characters across our apps until the updated experience is ready. This will apply to anyone who has given us a teen birthday, as well as people who claim to be adults but who we suspect are teens based on our age prediction technology.

This means that, when we deliver on our promise to give parents more oversight of their teens' AI experiences, those parental controls will apply to the latest version of AI characters.

In the meantime, teens will still be able to access helpful information and educational opportunities through Meta's AI assistant, with default, age-appropriate protections in place — and we're continuing our work to give parents insights into those conversations.

*Originally published on October 17, 2025 at 3:00AM PT:*

Today, we're sharing our vision for supporting parents as they help their teens navigate AI, including announcing new controls that let parents see – and manage – how their teens are interacting with AI characters. Every day, teens use our platforms to stay in touch with friends and explore their interests, and AI can unlock even more

RECENT NEWS

New Features to Celebrate 500 Million Monthly Users on Threads   ❯

New AI Tools to Help You Make Things Happen on Facebook   ❯

The Future Is for Everyone: Free AI Glasses for Every Blind Veteran in America   ❯

Going All in for Global Football Fans Across Meta Apps   ❯

Going All in for Global Football Fans Across Meta Apps   ❯

Going All in for Global Football Fans Across Meta Apps   ❯

Going All in for Global Football Fans Across Meta Apps   ❯

Going All in for Global Football Fans Across Meta Apps   ❯

Going All in for Global Football Fans Across Meta Apps   ❯

Going All in for Global Football Fans Across Meta Apps   ❯

Going All in for Global Football Fans Across Meta Apps   ❯

Going All in for Global Football Fans Across Meta Apps   ❯

Going All in for Global Football Fans Across Meta Apps   ❯

Going All in for Global Football Fans Across Meta Apps   ❯

Going All in for Global Football Fans Across Meta Apps   ❯

Going All in for Global Football Fans Across Meta Apps   ❯

of these opportunities, empowering them to learn new skills, like coding or graphic design, or helping them with tricky subjects after school.

We recognize parents already have a lot on their plates when it comes to navigating the internet safely with their teens, and we're committed to providing them with helpful tools and resources that make things simpler for them, especially as they think about new technology like AI.

We've already introduced age-appropriate protections into our AI features, like designing our AIs to give teens responses inspired by movie ratings for ages 13+ and parent feedback, but we want to do even more to give parents oversight of their teen's AI experiences.

### New Ways for Parents to Shape Their Teens' Interactions With AI

In addition to the automatic safeguards already provided by Teen Accounts, we're introducing new supervision tools for parents to help them make informed decisions about the AI characters their teens chat with. Here are the updates we plan to make:

- Parents can choose to turn off their teen's access to one-on-one chats with AI characters entirely. Meta's AI assistant will remain available to offer helpful information and educational opportunities, with default, age-appropriate protections in place to help keep teens safe.
- Parents will be able to block specific AI characters if they don't want to turn off access to AI characters altogether.
- Parents will get insights into the topics their teens are chatting about with AI characters – and Meta's AI assistant – so they can have thoughtful conversations with their teens about AI interactions.



These images are illustrative only as we continue to refine the user experience.

Technology will never replace the value of critical thinking, real-life connections, and human interaction – and that's not our aim. We believe AI can complement traditional learning methods and exploration in a way that feels supportive, all with the proper age-appropriate guardrails in place.

### Existing Protections for Teens Using AI

In talking to parents, we consistently hear that their concerns about their teens' technology use fall into three categories: who they're interacting with, what type of content they're seeing, and whether their time is well-spent.

We built Teen Accounts with these concerns in mind and have applied a similar framework to teen protections across their AI interactions, which we'll continue to iterate on. As we announced earlier this week, we updated AI experiences for teens to be inspired by movie ratings for ages 13+ and parent feedback, meaning our goal is that AIs should not give age-inappropriate responses that would feel out of place in an age-appropriate movie. We've already started rolling these changes out in English in the US, UK, Canada, Australia.

Additional protections include:

- AI characters are designed to not engage in age-inappropriate discussions about self-harm, suicide, or disordered eating with teens, or conversations that encourage, promote, or enable these topics. Our AIs are designed to respond safely to these topics and direct teens, when appropriate, to expert resources or support.
- Teens can only interact with a limited group of AI characters, focused on age-appropriate topics like education, sports, and hobbies – not romance or other inappropriate content.
- Parents can see if their teens are chatting with AI characters and set time limits on app use, to as little as 15 minutes per day overall. This includes time spent talking to AIs.

We know teens may try to get around these protections, so we're also <u>using AI technology</u> to place those we suspect are teens into these protections, even if they tell us they're adults.

### What Parents Can Expect Next

Going All in for Global Football Fans Across Meta Apps

Going All in for Global Football Fans Across Meta Apps

Going All in for Global Football Fans Across Meta Apps

Going All in for Global Football Fans Across Meta Apps

America

Going All in for Global Football Fans Across Meta Apps

Going All in for Global Football Fans Across Meta Apps

Going All in for Global Football Fans Across Meta Apps

Going All in for Global Football Fans Across Meta Apps

Going All in for Global Football Fans Across Meta Apps

Going All in for Global Football Fans Across Meta Apps

Going All in for Global Football Fans Across Meta Apps

Going All in for Global Football Fans Across Meta Apps

Going All in for Global Football Fans Across Meta Apps

America

Going All in for Global Football Fans Across Meta Apps

Going All in for Global Football Fans Across Meta Apps

Going All in for Global Football Fans Across Meta Apps

AI is evolving rapidly, which means we are going to need to constantly adapt and strengthen our protections for teens, while listening and responding to concerns parents have about this new technology. We hope today's updates bring parents some peace of mind that their teens can make the most of all the benefits AI offers, with the right guardrails and oversight in place.

We're building these new parental supervision controls now and you'll start to see these changes, beginning with Instagram, early next year. As with our Teen Accounts protections, we'll plan to roll out first in English, to the US, UK, Canada and Australia. Making updates that affect billions of users across Meta platforms is something we have to do with care, and we'll have more to share soon.

Categories:
Integrity and Security, Meta, Product News, Public Policy, Safety and Expression

Tags: AI, Safety, Youth Well-Being Resources

Share this article

 DOWNLOAD ALL IMAGES

Going All in for Global Football Fans Across Meta Apps ⟩

Going All in for Global Football Fans Across Meta Apps ⟩

## ⌄ RELATED NEWS



**META**

Helping Parents Understand the Conversations Their Teens Are Having With AI

April 23, 2026

**META**

Beyond the Headlines: Meta's Record of Protecting Teens and Supporting Parents

January 16, 2026

Follow Meta Newsroom    |                 Press Resources    |    **PRESS@META.COM**    **MEDIA GALLERY**

 Meta

**Meta Store**
Ray-Ban Meta glasses
Oakley Meta glasses
Meta Quest
Accessories
Apps and games
Meta Quest gift cards
Refurbished Meta Quest 3
Refurbished Meta Quest 3S
Refurbished Ray-Ban Meta glasses
More from Ray-Ban
Meta Quest: Play now. Pay later.
Meta Warranty Plus
Meta for Work
Meta for Education
Meta Quest referrals
Education discount
Blog

**Store support and legal**
Meta Help Center
Order status
Returns
Find a product demo
Authorized retailers
Legal
Terms of sale
Meta Quest safety center

**Community**
Creators
Developers
Businesses
Non-profits
VR for Good
Download SDKs
Made for Meta partner program

**Our actions**
Data and privacy
Responsible business practices
Elections

**About us**
About Meta
Careers
Media gallery
Brand resources
For investors
Newsroom

**Site terms and policies**
Community standards
Privacy policy
Terms
Cookie policy

**App support**
Facebook Help Center
Messenger Help Center
Instagram Help Center
WhatsApp Help Center
Workplace Help Center
Meta Verified