[*Submitting Counsel on Signature Page*]

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA**

IN RE: SOCIAL MEDIA ADOLESCENT
ADDICTION/PERSONAL INJURY
PRODUCTS LIABILITY LITIGATION

THIS DOCUMENT RELATES TO:

4:23-cv-05448

MDL No. 3047

Case No. 4:22-md-03047-YGR

**DECLARATION OF ZACHARY
RICHARDS IN SUPPORT OF STATE
AGS' OPPOSITION TO META'S
MOTION IN LIMINE NO. 1 TO
PRECLUDE EVIDENCE OR
ARGUMENT RELATED TO META'S
ALLEGED OMISSION OR FAILURE TO
WARN OF INFORMATION**

Judge: Hon. Yvonne Gonzalez Rogers

Magistrate Judge: Hon. Peter H. Kang

I, Zachary Richards, of full age and duly sworn according to law, declare:

I am a Senior Antitrust Counsel in the Office of Consumer Protection of the Kentucky Office of the Attorney General. I am a member in good standing in the Kentucky Bar Association. I am admitted pro hac vice in this Court. I submit this Declaration in support of the State AGs' Opposition to Meta's Motion in Limine No. 5 to Exclude Evidence or Argument that Meta's Age Verification Features and Cosmetic Surgery or Other Third-Party Filters are Unfair Practices. I have personal knowledge of the facts stated in this Declaration, and if called upon to do so, could and would competently testify thereto.

1

The following paragraphs in this declaration identify the exhibits referenced and cited in the State AGs' Opposition to Meta's Motion in Limine No. 5 to Exclude Evidence or Argument that Meta's Age Verification Features and Cosmetic Surgery or Other Third-Party Filters are Unfair Practices.

1.      Attached hereto as **Exhibit A** is a true and accurate copy of excerpts of the Trial Report of Tim Estes.

2.      Attached hereto as **Exhibit B** is a true and accurate copy of excerpts of the September 17, 2025 Deposition of Jean M. Twenge, Ph.D.

3.      Attached hereto as **Exhibit C** is a true and accurate copy of excerpts of an internal Meta document produced at Bates number META3047MDL-003-00179481.

4.      Attached hereto as **Exhibit D** is a true and accurate copy of excerpts of the Deposition of Margaret Gould Stewart.

5.      Attached hereto as **Exhibit E** is a true and accurate copy of excerpts of an internal Meta document produced at Bates number META3047MDL-014-00376297.

6.      Attached hereto as **Exhibit F** is a true and accurate copy of the State Attorneys General's Third Supplemental Response to Meta Defendant's First Set of Interrogatories.

7.      Attached hereto as **Exhibit G** is a true and accurate copy of excerpts of the Trial Report of Mitch Prinstein, Ph.D.

8.      Attached hereto as **Exhibit H** is a true and accurate copy of excerpts of the April 7, 2025 Deposition of Arturo Bejar.

9.      Attached hereto as **Exhibit I** is a true and accurate copy of excerpts of the Corrected Trial Report of Ryan Sheatsley.

10.      Attached hereto as **Exhibit J** is a true and accurate copy of excerpts of the State Attorneys General's Response to Meta Defendants' First Set of Interrogatories.

11.      Attached hereto as **Exhibit K** is a true and accurate copy of the State AGs' Notice of Videotaped Rule 30(b)(6) Deposition of Defendant Meta Platforms, Inc.

12.      Attached hereto as **Exhibit L** is a true and accurate copy of excerpts of the Rebuttal Report of Dr. Nasir Memon.

13.    Attached hereto as **Exhibit M** is a true and accurate copy of excerpts of the Expert Rebuttal Report of Mary Catherine Wirth.

14.    Attached hereto as **Exhibit N** is a true and accurate copy of excerpts of the Expert Rebuttal Report of Nick Feamster, Ph.D.

15.    On January 10, 2025, the State Attorneys General served a Rule 30(b)(6) deposition notice on Meta Defendants seeking testimony on Meta's age verification practices, among other topics. The notice requested testimony on February 27, 2025. That notice is attached here as Exhibit K.

16.    Following service of the notice, Meta refused to confer generally about the scope of topics, instead insisting on waiting until after Meta served formal responses and objections to the notice on February 14, 2025. For all but three of the 19 topics (and all of the topics related to Meta's practices regarding underage users), Meta's formal response merely posed objections and requested that the parties meet and confer over the scope of the topics.

17.    The Parties then engaged in extensive negotiations over the scope of topics for testimony. Meta refused to provide dates for testimony until April 18, 2025, when Meta offered testimony on certain topics beginning in May. Meta later insisted on rescheduling those dates, only to engage in further negotiations over the scope of topics.

18.    Meta's Rule 30(b)(6) deposition testimony on its age verification systems began with the deposition of Allison Hartnett on June 16–17, 2025.

19.    Depositions related to Meta's practices regarding children under age 13 continued with the deposition of Lars Backstrom on June 26, 2025.

20.    During that summer and into the fall, Meta continued to produce underage reporting, enforcement and soft-matching data that would be the subject of the analysis of the State Attorneys General's age verification and underage detection expert, Patrick McDaniel. Meta produced this data on July 7, 25, August 1, 8, 11, 13, 15, 26, and September 22, 2025.

21.    Rule 30(b)(6) testimony on Meta's age verification practices concluded with a deposition of Ana Maria Adina Blanaru on October 7, 2025 regarding Meta's underage reporting, enforcement and soft-matching data.

DECLARATION OF ZACHARY RICHARDS IN SUPPORT OF STATE AGS' OPPOSITION TO META'S MOTION IN LIMINE NO. 1 TO PRECLUDE EVIDENCE OR ARGUMENT RELATED TO META'S ALLEGED OMISSION OR FAILURE TO WARN OF INFORMATION
4:22-md-03047-YGR-PHK; 4:23-CV-05448-YGR

22.     Meta continued to produce underage reporting and enforcement data on January 15, 2026 and February 25, 2026.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on June 17, 2026 in Scottsville, Kentucky.

*/s/ Zachary Richards*
Zachary Richards
Attorney for Kentucky Office of the Attorney
General

4