[*Submitting Counsel on Signature Page*]

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION | MDL No. 3047 |
| THIS DOCUMENT RELATES TO: | Case No. 4:22-md-03047-YGR |
| 4:23-cv-05448 | **DECLARATION OF ZACHARY RICHARDS IN SUPPORT OF STATE AGS' OPPOSITION TO META'S MOTION IN LIMINE NO. 1 TO PRECLUDE EVIDENCE OR ARGUMENT RELATED TO META'S ALLEGED OMISSION OR FAILURE TO WARN OF INFORMATION** |
| | Judge: Hon. Yvonne Gonzalez Rogers |
| | Magistrate Judge: Hon. Peter H. Kang |

I, Zachary Richards, of full age and duly sworn according to law, declare:

I am a Senior Antitrust Counsel in the Office of Consumer Protection of the Kentucky Office of the Attorney General. I am a member in good standing in the Kentucky Bar Association. I am admitted pro hac vice in this Court. I submit this Declaration in support of the State AG's Opposition to Meta's Motion in Limine No. 1 to Preclude Evidence or Argument Related to Meta's Alleged Omission or Failure to Warn of Information. I have personal knowledge of the facts stated in this Declaration, and if called upon to do so, could and would competently testify thereto.

1

The following paragraphs in this declaration identify the exhibits referenced and cited in the State AGs' Opposition to Meta's Motion in Limine No. 1 to Preclude Evidence or Argument Related to Meta's Alleged Omission or Failure to Warn of Information.

1. Attached hereto as **Exhibit A** is a true and accurate copy of excerpts of an internal Meta presentation produced at Bates number META3047MDL-004-00015029 and introduced as Exhibit 14 at the November 11-12, 2024 deposition of Kyle Andrews.

2. Attached hereto as **Exhibit B** is a true and accurate copy of excerpts of Meta's Community Standards Enforcement Report Q3 2021, produced at Bates number META3047MDL-003-0079927.

3. Attached hereto as **Exhibit C** is a true and accurate copy of excerpts of an internal Meta document produced at Bates number META3047MDL-014-00383542 and introduced as Exhibit 67 at the March 27-28, 2025 deposition of Mark Zuckerberg.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on June 17, 2026 in Scottsville, Kentucky.

*/s/ Zachary Richards*
Zachary Richards

Attorney for Kentucky Office of the Attorney General

2