Ashley M. Simonsen (Bar No. 275203)
COVINGTON & BURLING LLP
1999 Avenue of the Stars
Los Angeles, California 90067
Telephone: (424) 332-4800
Facsimile: (424) 332-4749
Email: asimonsen@cov.com

*Attorneys for Defendants Meta Platforms,
Inc. and Instagram, LLC*

*[Additional counsel listed on signature
page]*

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates To:<br><br>*People of the State of California, et al. v. Meta Platforms, Inc., et al.* | MDL No. 3047<br><br>Case No. 4:22-md-03047-YGR (PHK)<br>        4:23-cv-05448-YGR<br><br>Judge:  Hon. Yvonne Gonzalez Rogers<br><br>**UNOPPOSED MOTION TO APPEAR REMOTELY AT JUNE 26, 2026 SECOND PRETRIAL CONFERENCE (MDL AG ACTION)**<br><br>Date:  June 26, 2026<br>Time:  8:00 AM<br>Courtroom:  1 |

Ashley M. Simonsen, counsel for Defendants Meta Platforms, Inc. and Instagram LLC (together, "Meta"), respectfully requests permission to appear and participate remotely in the Second Pretrial Conference in the MDL State AG action on June 26, 2026.  Ms. Simonsen and her firm, Covington & Burling LLP, are lead counsel for Meta in the State AG cases.  Ms. Simonsen requests this accommodation because of pre-existing out-of-state travel plans.  Ms. Simonsen does not anticipate having an active speaking role during the conference, but if permitted, will be available remotely to answer any questions that the Court may have.

The State AGs do not oppose this motion.

DATED:  June 20, 2026

Respectfully submitted,

By:    */s/ Ashley M. Simonsen*
Ashley M. Simonsen (SBN 275203)
COVINGTON & BURLING LLP
1999 Avenue of the Stars
Los Angeles, CA 90067
Telephone: (424) 332-4800
Facsimile: + 1 (424) 332-4749
Email: asimonsen@cov.com

Paul W. Schmidt, *pro hac vice*
Timothy C. Hester, *pro hac vice*
COVINGTON & BURLING LLP
One City Center
850 Tenth Street, NW
Washington, DC 20001-4956
Telephone: + 1 (202) 662-6000
Facsimile: + 1 (202) 662-6291
Email: pschmidt@cov.com
Email: thester@cov.com

*Attorneys for Defendants Meta Platforms, Inc. and Instagram, LLC*