# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates To:<br><br>*People of the State of California, et al. v. Meta Platforms, Inc., et al.* | MDL No. 3047<br><br>Case No. 4:22-md-03047-YGR (PHK)<br>4:23-cv-05448-YGR<br><br>Judge:  Hon. Yvonne Gonzalez Rogers<br><br>**[PROPOSED] ORDER GRANTING UNOPPOSED MOTION TO APPEAR REMOTELY AT JUNE 26, 2026 SECOND PRETRIAL CONFERENCE (MDL AG ACTION)**<br><br>Date:  June 26, 2026<br>Time:  8:00 AM<br>Courtroom:  1 |

Upon consideration of the Unopposed Motion to Appear Remotely at June 26, 2026 Second Pretrial Conference, the Court finds that the motion should be **GRANTED** and Ashley M. Simonsen, counsel for Meta Platforms, Inc. and Instagram, LLC, will be allowed to remotely appear and participate in the June 26, 2026 conference.

**IT IS SO ORDERED.**

DATED: _____, 2026

_____
YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT JUDGE