[*Parties and Counsel Listed on Signature Pages*]

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN RE: SOCIAL MEDIA ADOLESCENT
ADDICTION/PERSONAL INJURY
PRODUCTS LIABILITY LITIGATION

THIS FILING RELATES TO:

ALL SCHOOL ACTIONS

MDL No. 3047

Case No. 4:22-md-03047-YGR (PHK)

Honorable Yvonne Gonzalez Rogers

**JOINT STIPULATION AND
[PROPOSED] ORDER REGARDING
ORDER TO SHOW CAUSE
PROCEDURE FOR UNTIMELY
PLAINTIFF FACT SHEETS
AND SUPPLEMENTAL PLAINTIFF
FACT SHEETS**

**JOINT STIPULATION**

Plaintiff School Districts ("SD Plaintiffs") and Defendants Meta Platforms, Inc. f/k/a Facebook, Inc., Facebook Holdings, LLC, Facebook Operations, LLC, Facebook Payments, Inc., Facebook Technologies, LLC, Instagram, LLC, and Siculus, Inc. ("Meta"); TikTok Inc., ByteDance Inc., ByteDance Ltd., TikTok Ltd., and TikTok LLC ("TikTok"); Snap Inc. ("Snap"); and YouTube, LLC and Google LLC ("YouTube") (each a "Defendant," and collectively the "Defendants") jointly stipulate and agree, subject to the Court's approval, to an Order to Show Cause process for the dismissal of SD Plaintiffs that have failed to serve a Plaintiff Fact Sheets ("PFSs") and/or Supplemental Plaintiff Fact Sheets ("SUP-PFSs") as required under ECF 731. In support thereof, the Parties state as follows:

**WHEREAS** the Stipulated Implementation Order Governing School District Plaintiff Fact Sheet and Supplemental Plaintiff Fact Sheet (ECF 731) ("PFS Implementation Order") requires SD Plaintiffs to serve completed PFSs and SUP-PFSs. PFS Implementation Order ¶ 4.

**WHEREAS** the Honorable Carolyn B. Kuhl, Judge of the Superior Court of the State of California, County of Los Angeles implemented an Order to Show Cause process for the dismissal of Personal Injury Plaintiffs who have failed to serve the required Plaintiff Fact Sheets.

**WHEREAS** the Parties agree that implementing a similar process in these proceedings as to the SD Plaintiffs is appropriate and serves the interests of order and efficiency in the administration of this litigation.

**NOW THEREFORE** the Parties jointly stipulate and agree, subject to Court approval, to the following Order to Show Cause procedure:

1. All SD Plaintiffs[1] identified by the Defendants as set forth on Exhibit A as having failed to serve any required PFS and/or SUP-PFS shall substantially complete and serve those PFSs and/or SUP-PFSs by submission to MDL Centrality no later than 60 days following entry of this Order. For purposes of this Stipulation, a PFS or SUP-PFS is "substantially complete" if the SD Plaintiff

---

[1] The PFS Implementation Order is applicable only to School District Plaintiffs and does not apply to Local Government Entities. The Order to Show Cause process outlined in this Stipulation shall be not be construed to apply to Local Government Entity Plaintiffs.

2

has (a) answered the questions contained in the PFS or SUP-PFS to the best of the SD Plaintiff's ability, and (b) provided applicable responsive documents. PFS Implementation Order ¶ 5.

2. After expiration of the 60-day deadline, Defendants shall provide a list of each SD Plaintiff that Defendants identify as having not submitted a PFS and/or SUP-PFS by e-mail to both the individual SD Plaintiffs' attorney and Plaintiffs' leadership.[2] The list shall include, to the extent reasonably available, the name of the SD Plaintiff, the civil action number or other identifying case information, the overdue PFS and/or SUP-PFS, and the date on which Defendants contend the PFS and/or SUP-PFS was due.

3. Plaintiffs' counsel shall have 30 days after receiving Defendants' list to respond in writing. Plaintiffs' counsels' response shall identify any SD Plaintiff that Plaintiffs' counsel contends should be removed from the list because that SD Plaintiff: (i) served a completed PFS and/or SUP-PFS; (ii) dismissed its claims with prejudice; (iii) is not subject to the relevant PFS or SUP-PFS obligations; or (iv) otherwise should not be included in any proposed Order to Show Cause ("OSC"). The Parties shall meet and confer in good faith regarding any disputed entries and use reasonable efforts to narrow or resolve disputes before any proposed request for an OSC is submitted.

4. For any SD Plaintiff that Defendants and Plaintiffs' counsel agree remains non-compliant, the Parties shall file a joint proposed OSC, including a request that the Court set, not less than 45 days after the filing date, an OSC hearing as to why that Plaintiff's claims should not be dismissed for failure to timely complete and serve their PFS and/or SUP-PFS . The joint proposed OSC shall attach a list of all allegedly non-compliant SD Plaintiffs.[3]

5. The joint proposed OSC shall provide that any listed SD Plaintiff that does not serve a completed PFS and/or SUP-PFS by the hearing date shall be subject to dismissal with prejudice for failure to comply with Court-ordered discovery and the OSC, subject to the Court's determination at or after the hearing.

---

[2] Plaintiffs' Lead counsel (Lexi Hazam and Previn Warren) and the Co-Chairs of the School District Committee (Michael Weinkowitz and Melissa Yeates).

[3] Defendants reserve all rights to raise with the Court any disputes related to particular School Districts.

JOINT STIPULATION AND [PROPOSED] ORDER    Case No. 4:22-md-03047-YGR
REGARDING ORDER TO SHOW CAUSE PROCEDURE
FOR UNTIMELY PLAINTIFF FACT SHEETS

6. Following the Court's hearing, the Parties shall submit a proposed order dismissing with prejudice the claims of all SD Plaintiffs that the Court determines remain subject to dismissal pursuant to the OSC. The proposed dismissal shall attach a master non-submittal list identifying the SD Plaintiffs to be dismissed and their corresponding case information.

7. The Parties may, by stipulation or other appropriate request to the Court, repeat the process set forth in Paragraphs 1 through 6 for SD Plaintiffs that do not serve the required PFSs and/or SUP-PFSs by their respective deadlines as established by PFS Implementation Order (ECF 731) from time to time. The deadlines for substantially completing and serving PFSs and/or SUP-PFSs, exchanging non-compliance lists, responding to such lists, meeting and conferring, and submitting any joint proposed OSC shall run from entry of any such future stipulation or order, or such other dates as the Court may order. Nothing in this Stipulation requires the Parties to seek or submit any additional OSC on a fixed schedule.

8. Nothing in this Stipulation waives any party's position regarding the sufficiency of any particular PFS or SUP-PFS or limits Defendants' right to seek relief regarding deficiencies other than non-submission.

JOINT STIPULATION AND [PROPOSED] ORDER
REGARDING ORDER TO SHOW CAUSE PROCEDURE
FOR UNTIMELY PLAINTIFF FACT SHEETS

Case No. 4:22-md-03047-YGR

DATED: June 1, 2026                    Respectfully submitted,


By:    /s/ Michael M. Weinkowitz
       MICHAEL M. WEINKOWITZ
       **LEVIN SEDRAN & BERMAN, LLP**
       510 Walnut Street, Suite 500
       Philadelphia, PA 19106
       Telephone: 215-592-1500
       MWeinkowitz@lfsblaw.com

       /s/ Melissa L. Yeates
       MELISSA L. YEATES
       **KESSLER TOPAZ MELTZER & CHECK, LLP**
       280 King of Prussia Road
       Radnor, PA 19087
       myeates@ktmc.com

       *Co-Chairs of School District Committee*
       *Plaintiffs Leadership Committee*

       PREVIN WARREN
       **MOTLEY RICE LLC**
       401 9th Street NW Suite 630
       Washington DC 20004
       Telephone: 202-386-9610
       pwarren@motleyrice.com

       LEXI J. HAZAM
       **LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**
       275 Battery Street, 29th Floor
       San Francisco, CA 94111-3339
       Telephone: 415-956-1000
       lhazam@lchb.com

       *Co-Lead Counsel*


**COVINGTON & BURLING LLP**


By:    /s/ Ashley M. Simonsen
       Ashley M. Simonsen, SBN 275203
       COVINGTON & BURLING LLP
       1999 Avenue of the Stars
       Los Angeles, CA 90067
       Telephone: (424) 332-4800
       Facsimile: + 1 (424) 332-4749
       Email: asimonsen@cov.com

       Phyllis A. Jones, *pro hac vice*
       Paul W. Schmidt, *pro hac vice*
       COVINGTON & BURLING LLP

5

One City Center
850 Tenth Street, NW
Washington, DC 20001-4956
Telephone: + 1 (202) 662-6000
Facsimile: + 1 (202) 662-6291
Email: pajones@cov.com

*Attorneys for Defendants Meta Platforms, Inc. f/k/a
Facebook, Inc.; Facebook Holdings, LLC; Facebook
Operations, LLC; Meta Payments Inc. f/k/a Facebook
Payments Inc.; Meta Platforms Technologies, LLC
f/k/a Facebook Technologies, LLC; Instagram, LLC;
and Siculus LLC f/k/a Siculus, Inc.*

**KING & SPALDING LLP**

By: */s/ Bailey J. Langner*
GEOFFREY M. DRAKE, *pro hac vice*
gdrake@kslaw.com
TACARA D. HARRIS, *pro hac vice*
tharris@kslaw.com
KING & SPALDING LLP
1180 Peachtree Street, NE, Suite 1600
Atlanta, GA 30309-3521
Telephone: (404) 572-4600

DAVID P. MATTERN, *pro hac vice*
dmattern@kslaw.com
KING & SPALDING LLP
1700 Pennsylvania Avenue, NW, Suite 900
Washington, DC 20006-4707
Telephone: (202) 737-0500

BAILEY J. LANGNER (SBN 307753)
blangner@kslaw.com
KING & SPALDING LLP
50 California Street, Suite 3300
San Francisco, CA 94111
Telephone: (415) 318-1200

**O'MELVENY & MYERS LLP**

Daniel M. Petrocelli (SBN 97802)
dpetrocelli@omm.com
Sabrina H. Strong (SBN 200292)
sstrong@omm.com
1999 Avenue of the Stars, 8th Floor
Los Angeles, CA 90067
Telephone: (310) 553-6700

Stephen D. Brody, *pro hac vice*
sbrody@omm.com

6

JOINT STIPULATION AND [PROPOSED] ORDER                    Case No. 4:22-md-03047-YGR
REGARDING ORDER TO SHOW CAUSE PROCEDURE
FOR UNTIMELY PLAINTIFF FACT SHEETS

1625 Eye Street
Washington, DC 20006
Telephone: (202) 383-5300

*Attorneys for Defendants TikTok Inc., ByteDance Inc., TikTok Ltd., ByteDance Ltd., and TikTok LLC*

**MUNGER, TOLLES & OLSON LLP**

By:  */s/ Jonathan H. Blavin*
Jonathan H. Blavin, SBN 230269
MUNGER, TOLLES & OLSON LLP
560 Mission Street, 27th Floor
San Francisco, CA 94105
Telephone: (415) 512-4000
Facsimile: (415) 512-4077
Email: jonathan.blavin@mto.com

Victoria A. Degtyareva (SBN 284199)
MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue, 50th Floor
Los Angeles, CA 90071
Telephone: (213) 683-9100
Facsimile: (213) 687-3702
Email: rose.ehler@mto.com
Email: victoria.degtyareva@mto.com

*Attorneys for Defendant Snap Inc.*

**WILLIAMS & CONNOLLY LLP**

By:  */s/ Ashley W. Hardint*
Ashley W. Hardin
ahardin@wc.com
J. Andrew Keyes, *pro hac vice*
akeyes@wc.com
Neelum J. Wadhwani (SBN 247948)
nwadhwani@wc.com
680 Maine Avenue, SW
Washington, DC 20024
Telephone.: 202-434-5000
Fax: 202-434-5029

*Attorneys for Defendants YouTube, LLC and Google LLC*

7

JOINT STIPULATION AND [PROPOSED] ORDER          Case No. 4:22-md-03047-YGR
REGARDING ORDER TO SHOW CAUSE PROCEDURE
FOR UNTIMELY PLAINTIFF FACT SHEETS

**IT IS SO ORDERED.**

Dated:   June 23, 2026

HON. YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT JUDGE

8

**L.R. 5-1 ATTESTATION**

I, Bailey J. Langner, attest that all signatories listed herein, and on whose behalf this filing is submitted, concur in this filing's content and have authorized this filing.

By:     */s/ Bailey J. Langner*
        BAILEY J. LANGNER

JOINT STIPULATION AND [PROPOSED] ORDER                    Case No. 4:22-md-03047-YGR
REGARDING ORDER TO SHOW CAUSE PROCEDURE
FOR UNTIMELY PLAINTIFF FACT SHEETS

# EXHIBIT A

| Primary Plaintiff Name(s) | Docket No. | PFS and SUP-PFS Due Date | PFS Submitted | SUP-PFS Submitted |
|---|---|---|---|---|
| Coffee County Board of Education | 25-CV-00172 | 4/6/2025 | No | No |
| Franklin Community School Corporation | 25-CV-00127 | 4/4/2025 | No | No |
| Garrett-Keyser-Butler Community School District | 25-CV-00129 | 4/4/2025 | No | No |
| Hamilton Heights School Corporation | 25-CV-00133 | 4/4/2025 | No | No |
| Harrison County Schools (WV) | 25-CV-00055 | 4/3/2025 | No | Yes |
| Hoover City Board of Education | 25-CV-00180 | 4/6/2025 | No | No |
| Kaneland CUSD #302 | 25-CV-05869 | 10/12/2025 | No | No |
| Kenai Peninsula Borough School District | 25-CV-05876 | 10/12/2025 | No | No |
| Metropolitan School District of Warren County | 25-CV-00162 | 4/6/2025 | No | No |
| Monroe Central School Corporation | 25-CV-00153 | 4/6/2025 | No | No |
| Oswego Community Unit School District 308 | 25-CV-05931 | 10/13/2025 | No | No |
| Rutherford County Schools | 25-CV-06179 | 10/21/2025 | No | No |
| Scotland County Board of Education | 25-CV-05941 | 10/13/2025 | No | No |
| Summers County Board of Education (WV) | 25-CV-00067 | 4/3/2025 | No | No |
| Tallapoosa County Board of Education | 25-CV-00186 | 4/6/2025 | No | No |
| Warwick Public Schools (RI) | 25-CV-00068 | 4/3/2025 | No | No |
| ABC Unified School District | 25-CV-03308 | 7/13/2025 | No | No |
| Ashland County-West Holmes Joint Vocational School | 25-CV-01861 | 5/22/2025 | No | No |
| Ashton-Franklin Center Community Unit School District No 275 | 25-CV-01292 | 5/8/2025 | No | No |
| Audubon Public School District | 25-CV-01129 | 5/8/2025 | No | No |
| Bayonne School District | 25-CV-03313 | 7/13/2025 | No | No |
| Beaver County School District | | 11/4/2024 | No | No |
| Beggs Public Schools | 25-CV-01523 | 5/14/2025 | No | No |
| Bellevue Community Schools | 25-CV-01135 | 5/6/2025 | No | No |
| Blaine County School District | 24-CV-07655 | 2/3/2025 | No | No |
| Bliss Joint School District #234 | 25-CV-01524 | 5/14/2025 | No | No |
| Boise School District | 24-CV-07668 | 2/4/2025 | No | No |
| Cambridge Central School | 25-CV-01156 | 5/7/2025 | No | No |
| Canyon-Owyhee School Service Agency | 25-CV-01794 | 5/21/2025 | No | No |
| Carson City School District | 24-CV-07672 | 2/4/2025 | No | No |
| Chazy Union Free School District | 25-CV-01290 | 5/11/2025 | No | No |
| Checotah Public Schools | 25-CV-05028 | 9/11/2025 | No | No |
| Colcord Public Schools | 25-CV-01792 | 5/21/2025 | No | No |
| Delanco Township School District | 25-CV-01798 | 5/21/2025 | No | Yes |
| Dunellen Board of Education | 25-CV-01109 | 5/8/2025 | No | No |
| Durant Independent School District | 25-CV-01801 | 5/21/2025 | No | No |
| Elgin Public Schools | 24-CV-07674 | 2/3/2025 | No | No |
| Esmeralda County School District | 25-CV-01977 | 5/26/2025 | No | No |
| Garden Valley School District | 25-CV-01973 | 5/26/2025 | No | No |
| Hansen School District 415 | 25-CV-01969 | 5/30/2025 | No | No |
| Harrison Community Schools | 25-CV-01111 | 5/5/2025 | No | No |

Page 1

| | | | | |
|---|---|---|---|---|
| Hinds County School District | 25-CV-01938 | 5/26/2025 | No | No |
| Honeoye Central School District | 25-CV-01133 | 5/5/2025 | No | No |
| Horseshoe Bend School District #73 | 25-CV-01936 | 5/26/2025 | No | No |
| Ithaca School District | 25-CV-01928 | 5/26/2025 | No | No |
| Jefferson-Lewis-Hamilton-Herkimer-Oneida Board of Cooperative Educational Services | 25-CV-01128 | 5/7/2025 | No | No |
| Juab School District | | 11/4/2024 | No | No |
| Kimberly Area School District | 24-CV-07676 | 2/3/2025 | No | No |
| Lakewood Public School District | 25-CV-01230 | 5/6/2025 | No | No |
| Lassen Union High School District | 25-CV-01761 | 5/20/2025 | No | No |
| Liberty Local School District | 25-CV-01138 | 5/7/2025 | No | No |
| Linden Public Schools | 25-CV-01687 | 5/20/2025 | No | No |
| Lindenwold Public School District | | 11/18/2024 | No | No |
| Littleton Elementary School District #65 | 25-CV-01247 | 5/6/2025 | No | No |
| Madison Public School District | 25-CV-04951 | 9/9/2025 | No | No |
| Madison School District #321 | 24-CV-07671 | 3/6/2025 | No | No |
| Maryetta Public Schools | 25-CV-01922 | 5/26/2025 | No | No |
| Mexico Central School District | 25-CV-01336 | 5/11/2025 | No | No |
| Mount Holly Township School District | 25-CV-01893 | 5/22/2025 | No | No |
| Naches Valley School District | 25-CV-01127 | 5/5/2025 | No | No |
| New Buffalo Area Schools | 25-CV-05028 | 9/11/2025 | No | No |
| Oakfield, School District of | 25-CV-01555 | 5/19/2025 | No | No |
| Oakland Board of Education | 25-CV-01343 | 5/11/2025 | No | No |
| Project Impact STEM Academy | 25-CV-01334 | 5/11/2025 | No | No |
| River Valley School District (WI) | 25-CV-01488 | 5/15/2025 | No | No |
| Rondout Valley Central School District | 24-CV-07647 | 2/5/2025 | No | No |
| Shamokin Area School District | 25-CV-01577 | 5/15/2025 | No | No |
| Shamong Township School District | 25-CV-01582 | 5/15/2025 | No | No |
| St. Francis School District | 25-CV-01586 | 5/19/2025 | No | No |
| Stevens Point Area Public School District | 25-CV-01593 | 5/15/2025 | No | No |
| Tomahawk, School District of | 25-CV-01558 | 5/20/2025 | No | No |
| Two Rivers Public Schools | 25-CV-01614 | 5/15/2025 | No | No |
| Wayne School District | | 11/5/2024 | No | No |
| Woodbury City Public Schools | 25-CV-01668 | 5/20/2025 | No | No |
| Culver Community Schools Corporation | 25-CV-00616 | 4/17/2025 | No | No |
| Huntingdon Area School District | | 5/29/2024 | No | No |
| Milton Area School District | | 6/2/2024 | No | No |
| Afton Central School District | 24-CV-08089 | 2/20/2025 | No | No |
| Bainbridge-Guilford Central School District | 24-CV-08236 | 2/19/2025 | No | No |
| Batavia Public School District 101 | 26-CV-01294 | 5/13/2026 | No | No |
| Bath Central School District | 24-CV-08206 | 2/18/2025 | No | No |
| Brookfield Central School District | 24-CV-08145 | 2/18/2025 | No | No |
| Clark-Pleasant Community School Corporation | 26-CV-01339 | 5/14/2026 | No | No |
| Franklin-Essex-Hamilton BOCES | 24-CV-08235 | 2/19/2025 | No | No |
| Gary Community School Corporation | 25-CV-08828 | 1/13/2026 | Yes | No |
| Gilbertsville-Mount Upton Central School District | 24-CV-08185 | 2/18/2025 | No | No |
| Gilchrist County School District | 24-CV-08339 | 2/20/2025 | No | No |
| Goshen Communicty School Corporation | 25-CV-07225 | 11/25/2025 | Yes | No |

| Greenwood Community School Corporation | 26-CV-01351 | 5/14/2026 | No | No |
|---|---|---|---|---|
| Guilford County Schools | 26-CV-01314 | 5/14/2026 | No | No |
| Lansing Central School District | 24-CV-08369 | 2/25/2025 | No | No |
| Logan City School District | 26-CV-01343 | 5/14/2026 | No | No |
| New Prairie United School Corporation | 26-CV-01302 | 5/13/2026 | No | No |
| Norwich City School District | 24-CV-08467 | 2/24/2025 | No | No |
| Oxford Academy and Central School District | 24-CV-08106 | 2/17/2025 | No | No |
| Richmond Community Schools | 26-CV-01391 | 5/18/2026 | No | Yes |
| School Board of Monroe County, Florida | 26-CV-01394 | 5/18/2026 | No | No |
| School District Five of Lexington & Richland Counties | 25-CV-04348 | 8/19/2025 | No | No |
| St. Lawrence-Lewis BOCES | 24-CV-08382 | 2/23/2025 | No | No |
| Tri-Valley Central School District | 24-CV-08498 | 2/25/2025 | No | No |
| Uintah School District | 26-CV-01338 | 5/14/2026 | No | No |
| Pittsgrove Public Schools | 25-CV-02152 | 7/3/2025 | No | No |
| Somerville Public School District | 25-CV-04983 | 9/10/2025 | No | No |