# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION | MDL No. 3047 |
| | Case No. 4:22-md-03047-YGR (PHK) |
| This Document Relates To: | 4:23-cv-05448-YGR |
| *People of the State of California, et al. v. Meta Platforms, Inc., et al.* | Judge:  Hon. Yvonne Gonzalez Rogers |
| | [PROPOSED] ORDER GRANTING UNOPPOSED MOTION TO APPEAR REMOTELY AT JUNE 26, 2026 SECOND PRETRIAL CONFERENCE (MDL AG ACTION) |
| | Date:  June 26, 2026 |
| | Time:  8:00 AM |
| | Courtroom:  1 |

Upon consideration of the Unopposed Motion to Appear Remotely at June 26, 2026 Second Pretrial Conference, the Court finds that the motion should be **GRANTED** and Ashley M. Simonsen, counsel for Meta Platforms, Inc. and Instagram, LLC, will be allowed to remotely appear and participate in the June 26, 2026 conference.

**IT IS SO ORDERED.**

DATED: _____ June 23 , 2026

YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT JUDGE