**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION | MDL No. 3047 |
| | Case Nos. 4:22-md-03047-YGR-PHK |
| THIS DOCUMENT RELATES TO: | 4:23-cv-05448-YGR |
| *People of the State of California, et al. v. Meta Platforms, Inc., et al.* | **DECLARATION OF SAMANTHA BECKETT IN SUPPORT OF THE STATE AGS' OPPOSITION TO META'S OMNIBUS MOTION TO SEAL (META'S AND STATE AGS' RULE 702 MOTIONS)** |
| | Judge: Hon. Yvonne Gonzalez Rogers |
| | Magistrate Judge: Hon. Peter H. Kang |

Declaration of Samantha Beckett in Support of the State AGs' Opposition to Meta's Omnibus Motion To Seal
(Meta's and State AGs' Rule 702 Motions)
Case Nos. 4:22-md-03047-YGR-PHK; 4:23-cv-05448-YGR

## DECLARATION OF SAMANTHA BECKETT

I, Samantha Beckett, declare and state as follows:

1.   I am a Deputy Attorney General with the California Department of Justice, counsel of record for Plaintiff the People of the State of California. This declaration is based on my personal knowledge. If called upon to do so, I could and would competently testify as follows.

2.   On May 26, 2026, I downloaded a copy of Plaintiff's Exhibit 03559 in the trial in *State of New Mexico v. Meta Platforms, Inc.* from the New Mexico Courts website at https://nmcourts.gov/news/high-profile-cases/. **Exhibit 1** attached to this declaration is a true and accurate copy of the copy that I downloaded on May 26, 2026.

3.   Attached hereto as **Exhibit 2** is a true and accurate copy of an excerpt from the February 19, 2026 trial transcript in the related JCCP pending in California state court. *Social Media Cases*, JCCP No. 5255 (Los Angeles Superior Court).

I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct to the best of my knowledge and belief. Executed on June 24, 2026.

By:   */s/ Samantha Beckett*
Samantha Beckett

1