[*Submitting Counsel on Signature Page*]

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION | MDL No. 3047 |
| | Case No. 4:22-md-03047-YGR |
| | Case No. 4:23-cv-05448-YGR |
| THIS DOCUMENT RELATES TO: | **[PROPOSED] ORDER DENYING META'S OMNIBUS MOTION TO SEAL (META'S AND STATE AGS' RULE 702 MOTIONS)** |
| 4:23-cv-05448 | Judge: Hon. Yvonne Gonzalez Rogers |
| | Magistrate Judge: Hon. Peter H. Kang |

1

The Court has considered Meta's Omnibus Motion to Seal information in materials filed by the Parties associated with their Rule 702 motions, the briefs and exhibits submitted in support thereof and in opposition, and arguments of counsel presented in this Court regarding the Motion. The Court finds that Meta's requested redactions do not meet the "compelling reasons" standard and hereby **DENIES** Meta's Omnibus Motion to Seal and orders the material unsealed as follows:

| Document | Portion to Be Sealed | Action Requested by Meta | Court's Order |
|---|---|---|---|
| AGs' Opening MTE McCrary – Expert report of Carl S. Saba, ECF No. 2844-3 | Competitively sensitive information at PDF pages 60, 61, 66, 74, 75,77, 78, 135 | Redact specified portion | Denied |
| Meta's Opening MTE Saba – Expert report of Carl S. Saba, ECF No. 2846-3 | Competitively sensitive information at PDF pages 60, 61, 66, 74, 75,77, 78, 135 | Redact specified portion | Denied |
| AGs' Opposition to MTE Saba – Expert report of Carl. S. Saba, ECF No. 2914-3 | Competitively sensitive information at PDF pages 60, 61, 66, 74, 75,77, 78, 135 | Redact specified portion | Denied |
| AGs' Opening MTE McCrary – Rebuttal Trial Report of Carl S. Saba, ECF No. 2844-6 | Competitively sensitive information at PDF pages 51, 68, 69, 72 | Redact specified portion | Denied |
| Meta's Opening MTE Saba – Rebuttal Trial Report of Carl S. Saba, ECF No. 2846-9 | Competitively sensitive information at PDF pages 51, 68, 69, 72 | Redact specified portion | Denied |
| AGs' Opposition to MTE Saba – Rebuttal Trial Report of Carl S. Saba, ECF No. 2914-4 | Competitively sensitive information at PDF pages 51, 68, 69, 72 | Redact specified portion | Denied |

| | | | |
|---|---|---|---|
| AG' Opp to Meta's MTE Alter and Iyer – Trial Rebuttal Report of Sriraman Venkataraman, ECF No. 2775-8 | Competitively sensitive information at PDF pages 41, 42, 43, 44, 45, 46, 64, 65, 150 | Redact specified portion | Denied |
| Meta's Opening MTE Alter and Iyer – ECF No. 2702-4 | Competitively sensitive information at PDF page 158 | Redact specified portion | Denied |
| AGs' Opp. to Meta's MTE Alter and Iyer, ECF No. 2775-3 | Competitively sensitive information at PDF page 158 | Redact specified portion | Denied |

IT IS SO ORDERED.

DATED: _____        _____
                                       Honorable Yvonne Gonzalez Rogers
                                       United States District Court Judge

3