# Exhibit 1

*HIGHLY CONFIDENTIAL*

**FIRST JUDICIAL DISTRICT COURT**
**COUNTY OF SANTA FE**
**STATE OF NEW MEXICO**

STATE OF NEW MEXICO, EX REL.
RAÚL TORREZ, ATTORNEY GENERAL,

       Plaintiff,

v.                                                              NO. D-101-CV-2023-02838

META PLATFORMS, INC.;
INSTAGRAM, LLC;
META PAYMENTS, INC.; and
META PLATFORMS TECHNOLOGIES, LLC,

       Defendants.

## DEFENDANTS' SEVENTH SUPPLEMENTAL OBJECTIONS AND RESPONSES TO PLAINTIFF'S FIRST SET OF INTERROGATORIES TO DEFENDANTS
### (Interrogatories 1, 4, 5, 12)

Defendants Meta Platforms, Inc., Instagram, LLC, Meta Payments, Inc., and Meta Platforms Technologies, LLC (collectively "Meta"), by and through their attorneys, Holland & Hart LLP, and Covington & Burling LLP, hereby provide Supplemental Objections and Responses to Plaintiff's First Set of Interrogatories as follows. Meta's responses to the Interrogatories are made to the best of its current knowledge, information, and belief. Meta reserves the right to supplement or amend any of its responses and objections as appropriate as discovery and its investigation proceed.



1

PLTF EX-03559_0001

PLTF EX

PLTF EX-03559

*HIGHLY CONFIDENTIAL*



**Interrogatory 12.** For each youth feature referenced in response to Interrogatory No. 11, Identify that tool or feature's adoption rate among age 13-17 Users in New Mexico and the total number of age 13-17 Users who have used that feature in New Mexico.

**RESPONSE (October 14, 2024):** Meta incorporates its Recurring Specific Objections by reference as though fully set forth herein.

---

[3] The data does not include ads that may have been targeted to localities that are partially or entirely within the State of New Mexico. Nor does it include ads targeted to the entire United States.

PLTF EX-03559_0026

*HIGHLY CONFIDENTIAL*

Meta objects to Interrogatory 12 to the extent that it seeks information protected by the attorney-client privilege, the work-product doctrine, and/or any other applicable privilege, right, immunity, or exemption from discovery. *See* Rule 1-026(B)(1), (5). To the extent Meta does withhold any documents it has identified in response to any Interrogatory, Meta will produce a privilege log. *See* Rule 1-026(B)(7)(a).

Meta further objects to disclosing any law enforcement or government investigations concerning its users or other third parties to the extent doing so would violate the Stored Communications Act, 18 U.S.C. §§ 2701- 2712, New Mexico Electronic Communications Privacy Act, NMSA 1978, §§ 10-16F-1 to -6 (2019, as amended through 2020), court non-disclosure orders, and/or other applicable federal and state non-disclosure and privacy laws. Such disclosure may also implicate the law enforcement investigative privilege and any immunity for disclosure of enforcement records, such that notice would first need to be provided to the relevant authorities. Meta additionally objects to this Interrogatory to the extent that it encompasses publicly available information, including information that is equally and readily available to Plaintiff; seeks discovery from any entity other than Meta, calls for information or documents not in Meta's possession, custody or control; or calls for information that is not reasonably accessible. *See* Rule 1-026(B)(1), (2); *cf.* Rule 1-034(A)(1). Meta further objects to this Interrogatory to the extent that it is not limited to New Mexico. *See* Rule 1-026(B)(1).

Subject to and without waiving the foregoing objections, Meta is continuing to investigate what information it has in its possession, custody, or control regarding each tool or feature's adoption rate among Users between the ages of 13-17 and that can be provided without undue burden. To the extent Meta's ongoing review of documents that hit on the parties' agreed-upon

PLTF EX-03559_0027

*HIGHLY CONFIDENTIAL*

search parameters identifies any nonprivileged documents related to the adoption of safety tools or features, Meta intends to produce them. Meta will supplement its response.

**SUPPLEMENTAL RESPONSE (February 11, 2025):** Subject to and without waiving the foregoing objections, Meta provides the following supplemental information:

The predicted user geographic location data kept by Meta in the ordinary course of business may be estimated based on a number of factors, including a user's IP address and self-disclosed location. These factors may not always accurately reflect the user's actual location. For example, a user may appear to be accessing their account from the location of a proxy server rather than their actual location.

Meta provides the following chart containing the number of age 13-17 Users predicted to reside in New Mexico who have used the **Block** tool, the **Delete Comment** tool, the **Restrict** tool, and the **Remove Follower** tool on Instagram from October 7, 2024 to November 18, 2024:

| Tool | Number of Young Users predicted in New Mexico who have used each tool on Instagram from October 7, 2024 to November 18, 2024. |
|---|---|
| Block | 70403 |
| Delete Comment | 4103 |
| Restrict | 11721 |
| Remove Follower | 34416 |

**SUPPLEMENTAL RESPONSE (May 15, 2025):** Meta incorporates by reference its prior objections to this Interrogatory. Subject to and without waiving its objections, Meta supplements its response as follows:

28

PLTF EX-03559_0028

*HIGHLY CONFIDENTIAL*

The predicted user geographic location data kept by Meta in the ordinary course of business may be estimated based on a number of factors, including a user's IP address and self-disclosed location. These factors may not always accurately reflect the user's actual location. For example, a user may appear to be accessing their account from the location of a proxy server rather than their actual location.

Meta will provide the adoption rate among age 13-17 Users in New Mexico for each tool or feature for which such data is available. Meta does not maintain data broken down by state for all tools or features in the ordinary course of business and providing data by state is unduly burdensome, irrelevant, and disproportionate to the needs of the case. As such, Meta will provide the adoption rate among age 13-17 Users in the U.S. for tools or features where state-based data is not available.

Meta provides adoption rate among age 13-17 Users in New Mexico for the following tools or features:

- **Block**: 14.30% of age 13-17 Users predicted to reside in New Mexico used the Block tool to block another user on Instagram from October 7, 2024 to November 18, 2024.

- **Delete Comment**: 0.83% of age 13-17 Users predicted to reside in New Mexico used the Delete Comment tool to delete another user's comment on their post on Instagram from October 7, 2024 to November 18, 2024.

- **Restrict**: 2.38% of age 13-17 Users predicted to reside in New Mexico used the Restrict tool to restrict another user's account on Instagram from October 7, 2024 to November 18, 2024.

29

PLTF EX-03559_0029

*HIGHLY CONFIDENTIAL*

- **Remove Follower**: 6.99% of age 13-17 Users predicted to reside in New Mexico used the Remove Follower tool to remove a follower on Instagram from October 7, 2024 to November 18, 2024.

Meta additionally provides information and adoption rate among age 13-17 Users predicted to reside in the U.S. for the following tools or features:

Certain tools or features are available to all users on content they see on Instagram and allow age 13-17 Users to indicate satisfaction or dissatisfaction with the content they see. These tools or features also allow age 13-17 Users to control the individual pieces of content, categories of content, and accounts they are shown on all Instagram surfaces. Meta provides adoption rate for the following content-related features:

- **Report**: 13.59% of age 13-17 Users predicted to reside in the U.S. used the Report tool to report a profile or a piece of content on Instagram between November 28, 2023, and April 1, 2024. Report is a tool that is available to 100% of users on all content they see on Instagram. The Report tool is used for all types of user reports on Instagram, therefore encompassing **Anonymous Reporting for Live Video** and **Dedicated Reporting Option for Eating Disorder Content**. Meta does not maintain data specific to each of those tools, and determining rates of use or adoption by surface, anonymity, and violation type is unduly burdensome. As such, Meta will not provide the adoption rate for Anonymous Reporting for Live Video or Dedicated Reporting Option for Eating Disorder Content.

- **Mute**: 3.63% of age 13-17 Users predicted to reside in the U.S. used the Mute tool to mute another user's posts or stories on Instagram between November 28, 2023, and April 1, 2024. The Mute tool allows users to stop seeing another user's posts and/or stories on Instagram. It is available to 100% of users on all profiles.

30

PLTF EX-03559_0030

*HIGHLY CONFIDENTIAL*

- **Not Interested**: 2.9% of age 13-17 Users predicted to reside in the U.S. used Not Interested on a recommended post in Explore on Instagram between November 28, 2023 and April 1, 2024. Not Interested allows users to indicate a preference not to see a piece of recommended content. It is available to 100% of users on all recommended content.

- **Like Comment**: 45.44% of age 13-17 Users predicted to reside in the U.S. used the Like Comment tool to like another person's comment on Instagram between November 24, 2022 and April 1, 2024.

Certain tools or features are settings that age 13-17 Users can select to enable in their profile settings or in response to interstitials from Instagram recommending use of a particular setting. Meta provides adoption rate for the following profile setting features:

- **Quiet Mode**: 13.52% of age 13-17 Users predicted to reside in the U.S. enabled Quiet Mode on Instagram between July 9, 2023 and April 1, 2024.

- **Take a Break**: 0.45% of age 13-17 Users predicted to reside in the U.S. had Take a Break enabled on Instagram between January 8, 2023 and September 24, 2024. The Take a Break tool was consolidated into the Daily Limit tool on September 24, 2024 to simplify the time management features available to age 13-17 Users. This process began taking effect on September 17, 2024. As such, the percentage of use or adoption includes a period of time where the feature was no longer available to some users.

- **Nighttime Nudge**: 51.11% of age 13-17 Users predicted to reside in the U.S. were shown a Nighttime Nudge on Instagram between July 9, 2023 and April 1, 2024. Nighttime Nudges are interstitials prompting teen users to enable Quiet Mode after certain use during nighttime hours. The tool is enabled for 100% of users because it is automatically triggered by the specified use.

31

PLTF EX-03559_0031

*HIGHLY CONFIDENTIAL*

- **Nighttime Nudge for Teens**: 51.23% of age 13-17 Users predicted to reside in the U.S. were shown a Nighttime Nudge for Teens on Instagram Direct between January 18, 2024 and April 1, 2024.  Nighttime Nudge for Teens also runs on Reels, but Meta does not have available data for these nudges on Reels.  Nighttime Nudge for Teens encourages age 13-17 Users to close the app after spending more than ten minutes in Direct Messages at night.  The tool is enabled for 100% of age 13-17 Users because it is automatically triggered by the specified use.

- **Private Account**: 69.74% of age 13-17 Users predicted to reside in the U.S. had their accounts set to Private between November 24, 2018 and April 1, 2024.

Certain tools or features available to all users on Instagram allow age 13-17 Users to control how other accounts interact with them on their posted content and on Instagram Direct.  Meta provides adoption rate of the following reachability tools or features:

- **DM Reachability Settings**:  57.22% of age 13-17 Users predicted to reside in the U.S. used DM Reachability Settings to restrict who can message them on Instagram Direct between February 24, 2025 and March 23, 2025.

- **Limit Interactions**: 0.08% of age 13-17 Users predicted to reside in the U.S. enabled Limit Unwanted Interactions to limit comments and direct message requests from people who do not follow them or only recently followed them on Instagram between February 24, 2025 and March 23, 2025.

- **Tags and Mentions Tools**: 1.94% of age 13-17 Users predicted to reside in the U.S. used Tags and Mentions tools to control who can tag them on posts and mention them in comments or stories on Instagram between September 18, 2024 and April 1, 2025.

PLTF EX-03559_0032

*HIGHLY CONFIDENTIAL*

- **Who Can Comment**: 0.60% of age 13-17 Users predicted to reside in the U.S. used comment settings to designate specific users that are permitted to comment on their posts or to designate specific users that are blocked from commenting on their posts on Instagram between February 24, 2025 and March 23, 2025.

Certain tools or features available to all users on Instagram help age 13-17 Users manage the types of content and interactions they see. Meta provides adoption rate for the following content and interaction management tools or features:

- **Alternative Topic Nudge**: 100% of age 13-17 Users in the U.S. are subject to receiving an Alternative Topic Nudge because the feature is automatically triggered based on a user's activity. 1.36% of age 13-17 Users predicted to reside in the U.S. were shown an Alternative Topic Nudge on Instagram between December 27, 2024 and March 25, 2025.

- **Sensitive Content Controls**: 63.43% of age 13-17 Users predicted to reside in the U.S. had sensitive content settings enabled on Instagram between February 24, 2025 and March 23, 2025.

- **Pinned Comments**: 0.27% of age 13-17 Users predicted to reside in the U.S. pinned or unpinned a comment on their post on Instagram between February 17, 2025 and April 1, 2025.

- **Manually Hide Comment**: 0.76% of age 13-17 Users predicted to reside in the U.S. manually hid or unhid a comment on their post on Instagram between February 17, 2025 and April 1, 2025.

- **Ad Topic Controls**: 0.00% of age 13-17 Users predicted to reside in the U.S. adjusted their ad topic settings on Instagram between December 26, 2024 and March 24, 2025.

33

PLTF EX-03559_0033

*HIGHLY CONFIDENTIAL*

- **Hide Likes & Views:** 3.48% of age 13-17 Users predicted to reside in the U.S. used the Hide Likes & Views settings to hide likes or views on their post on Instagram between January 8, 2023 and March 23, 2025.

- **Turn Off Commenting**: 2.96% of age 13-17 Users predicted to reside in the U.S. had Turned Off Commenting enabled on a post on Instagram between March 23, 2025 and March 24, 2025.

Certain tools or features available to all users on Instagram allow age 13-17 Users to filter out content that are potentially offensive, misleading or spam. These tools or features operate by automatic identification of specific words and removal or filtering of content that contains those words. Offensive Comment Filter, and Bullying Comment Filter, and Hidden Words as described in Meta's response to Interrogatory No. 11 have multiple components and operate in conjunction with each other such that further explanation of how those features operate is warranted. Word-filtering tools or features are found in the Hidden Words section within a user's profile settings.

- **Offensive Comment Filter:** The most restrictive filtering mechanism is Offensive Comment Filter's automatic removal of comments and message requests containing offensive words per a default list. Users cannot turn this feature off, nor can users see the content that is removed. As such, the adoption rate of Offensive Comment Filter automatic filtering is 100%. The Offensive Comment Filter also operates in an additional capacity called Hidden Words, explained below.

- **Hidden Words:** Hidden Words consists of two types of settings: automatic filters and a custom filter created by the user. Both types of settings can be applied to comments, message requests, or both. **Hide Comments** and **Advanced Comment Filtering**, and **Hide Message Requests** are settings whereby Instagram will automatically filter

34

*HIGHLY CONFIDENTIAL*

comments that are potentially offensive, misleading, or spam into a separate location users have the option of looking at. Hidden Words automatic filtering settings are enabled by default for teen users. The custom word list is a feature within Hidden Words that allows users to create a list of words, phrases, or emojis they want to hide. They can choose to hide comments and/or message requests containing these words.

Meta provides the following adoption rate for the above-described filtering tools or features:

- **Hidden Words (Comments) and Advanced Comment Filter**: Meta maintains data for Hidden Words for comments and Advanced Comment Filter indistinguishable from one another in the ordinary course of business. 32.88% of age 13-17 Users predicted to reside in the U.S. had Hidden Words or Advanced Comment Filter enabled for comments on Instagram between February 24, 2025 and March 23, 2025.

- **Hidden Words (DMs)**: 38.15% of age 13-17 Users predicted to reside in the U.S. had Hidden Words enabled for message requests on Instagram between February 24, 2025 and March 23, 2025.

Certain tools or features available to all users help age 13-17 Users manage the amount of time they are spending on Instagram. Meta provides adoption rate for the following time spent tools or features:

- **Daily Limit**: 16.10% of age 13-17 Users predicted to reside in the U.S. had Daily Limit enabled on Instagram between January 8, 2023 and March 23, 2025.

- **Your Activity**: 15.72% of age 13-17 Users predicted to reside in the U.S. viewed the Your Activity user experience center on Instagram between September 7, 2024 and March 24, 2025.

Meta provides adoption rate for the following additional tools or features:

PLTF EX-03559_0035

*HIGHLY CONFIDENTIAL*

- **Single-Tap Teen Safety & Privacy Settings Prompts**: 4.07% of age 13-17 Users predicted to reside in the U.S. who were shown a Single-Tap Teen Safety & Privacy Setting Prompt clicked the prompt to enable recommended safety and privacy settings on Instagram between December 26, 2024 and March 23, 2025.

- **Family Center Supervision**: 0.38% of age 13-17 Users predicted to reside in the U.S. users were enrolled in Supervision through Family Center on Instagram between March 23, 2025 and March 24, 2025.

- **Support Requests**: 2.58% of age 13-17 Users predicted to reside in the U.S. viewed their requests in the support center on Instagram between February 25, 2025 and March 25, 2025.

- **Kindness Nudges**: Kindness nudges are adopted by 100% of age 13-17 Users in the U.S. because they are shown to users automatically upon a triggering criteria being met. These nudges are shown when a user is posting a potentially negative comment on another user's post or sending a potentially negative message to another user on Instagram Direct. 13.43% of age 13-17 Users predicted to reside in the U.S. were shown a Be Kind Nudge when posting a comment on Instagram between February 9, 2025 and March 23, 2025. 3.31% of age 13-17 Users predicted to reside in the U.S. were shown a Be Kind Nudge when sending a message on Instagram Direct between February 23, 2025 and March 3, 2025.

Certain tools or features are settings turned on by default for age 13-17 Users, and therefore are adopted by 100% of age 13-17 Users. Below is a list of tools or features that are enabled for age 13-17 Users' accounts by default:

- **Smart Defaults: Private by Default (New U16s)**

PLTF EX-03559_0036

*HIGHLY CONFIDENTIAL*

- **Stricter Teen Content Recommendation Default**

- **Smart Defaults: Stricter DM Defaults for U16s**

- **DM Nudity Protection Default for U18s**

- **Teen Accounts** (Privacy Default Settings, Messaging Restrictions, Sensitive Content Restrictions, Time Management Settings)

Certain tools or features are automatically enabled and cannot be turned off by users. As such, their adoption rate is 100%. Meta provides the following list of tools or features that cannot be turned off and therefore have a 100% adoption rate:

- **Comment Warnings**

- **Caption Warnings**

- **Smart Defaults: Teen DM Restrictions**

- **Teen DM Safety Notice**

- **Stronger Comment Warnings**

- **Age Collection**

The **Stopping Unwanted Contact** feature operates by its application to potential adult violators age 13-17 Users cannot adopt the feature, and Meta therefore cannot provide an adoption rate of Stopping Unwanted Contact by age 13-17 Users. Similarly, **Restricting People from Tagging or Mentioning Teens They Do Not Follow** operates by its application to adult accounts, and Meta therefore cannot provide adoption rate of Restricting People from Tagging or Mentioning Teens They Do Not Follow by age 13-17 Users.

Certain tools or features are now deprecated and Meta does not maintain historical data on their usage or adoption in the ordinary course of business. Meta provides the following list of

37

PLTF EX-03559_0037

*HIGHLY CONFIDENTIAL*

tools or features for which it does not have available data: **Kindness Stickers** and **"Create Don't Hate" Sticker in Stories**.

 **SUPPLEMENTAL RESPONSE (July 1, 2025):**

 Meta provides the following supplemental information with respect to its prior responses to Interrogatory No. 12:

- Meta clarifies that the adoption rates data it provided in its supplemental responses dated February 11, 2025 and May 15, 2025 were for Instagram users predicted to be age 13-17 Users by Meta's Adult Classifier model.

- Meta amends the adoption rate for Family Center Supervision provided in its May 15, 2025 response, which noted incorrectly that the data reflects enrollment in Family Center Supervision among users predicted to be age 13-17 Users on Instagram between March 23, 2025 and March 24, 2025. Meta corrects this description as follows: the Family Center Supervision adoption rate reflects enrollment in Family Center Supervision among users predicted to be age 13-17 Users between November 9, 2023 and March 22, 2025.

- Meta amends the adoption rate for Private Account provided in its May 15, 2025 response, which noted incorrectly that the data reflects usage of the Private Account setting among users predicted to be age 13-17 Users on Instagram between November 24, 2018 and April 1, 2024. Meta corrects this description as follows: the Private Account adoption rate reflects usage of the Private Account setting among users predicted to be age 13-17 Users between February 18, 2018 and April 1, 2024.

 Meta provides adoption rates among users predicted by Meta's Adult Classifier model to be age 13-17 Users for the following tools or features:

PLTF EX-03559_0038

*HIGHLY CONFIDENTIAL*

- **Following:** 6.02% of users predicted to be age 13-17 Users and predicted to reside in the U.S. used the "Following view" on Instagram between March 23, 2022 and April 1, 2024. This percentage does not include data between October 23, 2024 and October 25, 2024 because data from those dates is not available.

- **Limit Notifications:** 0.26% of users predicted to be age 13-17 Users and predicted to reside in the U.S. used notifications settings to limit notifications on Instagram between April 18, 2025 and May 7, 2025.

Dated: July 1, 2025

Submitted by,

**HOLLAND & HART LLP**

By: */s/ John C. Anderson*
John C. Anderson
Olga M. Serafimova
HOLLAND & HART LLP
110 N. Guadalupe Street, Suite 1
Santa Fe, NM 87501
Telephone: (505) 988-4421
jcanderson@hollandhart.com
omserafimova@hollandhart.com

-and-

**COVINGTON & BURLING LLP**

Nathan E. Shafroth (*Pro Hac Vice*)
415 Mission Street, Suite 5400
San Francisco, CA 94105-2533
Telephone: (415) 591-6000
nshafroth@cov.com

39

PLTF EX-03559_0039

*HIGHLY CONFIDENTIAL*

Timothy C. Hester (*Pro Hac Vice*)
One CityCenter
850 Tenth Street, NW
Washington, DC 20001-4956
Telephone: (202) 662-6000
thester@cov.com

Patrick Nutter *(Pro Hac Vice)*
1999 Avenue of the Stars, Suite 3500
Los Angeles, CA 90067
Telephone: (805) 551-2259
pnutter@cov.com

Matt Cullen *(Pro Hac Vice)*
1999 Avenue of the Stars, Suite 3500
Los Angeles, CA 90067
Telephone: (432) 332-4819
mcullen@cov.com


*Attorneys for Defendants Meta Platforms, Inc.,
Instagram, LLC, Meta Payments, Inc., and
Meta Platforms Technologies, LLC*

40

PLTF EX-03559_0040

**FIRST JUDICIAL DISTRICT COURT**
**COUNTY OF SANTA FE**
**STATE OF NEW MEXICO**

| | |
|---|---|
| STATE OF NEW MEXICO, EX REL., RAÚL TORREZ, ATTORNEY GENERAL,<br><br>    Plaintiff,<br><br>v.<br><br>META PLATFORMS, INC.; INSTAGRAM, LLC; META PAYMENTS, INC.; META PLATFORMS TECHNOLOGIES, LLC; and MARK ZUCKERBERG,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)  NO. D-101-CV-<br>)  2023-02838<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

_____

**DEFENDANTS' VERIFICATION OF SUPPLEMENTAL RESPONSES TO THE STATE'S FIRST SET OF INTERROGATORIES PURSUANT TO RULES 1-011 (B) and 1-33(C) NMRA**

_____

I hereby declare that I am an authorized representative for Defendants Meta Platforms, Inc., Instagram, LLC, Meta Payments, Inc., and Meta Platforms Technologies, LLC (collectively, "Meta") and am authorized to make this verification on their behalf. The facts and information set forth in Meta's Supplemental Responses to the State of New Mexico's First Set of Interrogatories were assembled by employees of Meta from the company's records and files, and from personal knowledge of the matters contained therein. Certain portions of the responses may be based not on my personal knowledge, but are based on reasonable inquiry and documents and information available to Meta, and have been prepared with the assistance of counsel based on the aforementioned information. I declare, under penalty of perjury under the laws of the state of New Mexico, that the information set forth in Meta's Answers to Interrogatory No. 12 and all statements contained therein are true and correct.

Executed on June 24, 2025.

Signed by:

172B4931AC84499...

Gerardo Zaragoza
Data Science Manager, Legal