# Exhibit 2

≡  ∞ Meta

Back to Explaining Ranking

# Instagram Reels Chaining AI system

**UPDATED** NOV 11, 2025

The content you see on your Instagram Reels Chaining is selected, ranked and delivered to you by an artificial intelligence (AI) system. Within one AI system, multiple machine learning models work together to deliver your experience. These models and their input signals are dynamic and they change frequently as the system learns and improves over time.

## Overview of Instagram Reels Chaining

When you view and interact with Instagram, one of the underlying AI systems is Reels Chaining, which will give you an immersive, personalized, entertaining experience in Reels.

## How Instagram Reels Chaining works

The AI system behind Instagram Reels Chaining automatically determines which reels show up, and in what order, by predicting what you're most likely to be interested in or engage with. These predictions are based on a variety of factors, including what and whom you've followed, liked or engaged with recently. Here's how it works:

1. **Gather inventory**

   First, the system collects all potential reels you might be interested in. This content may include reels from people or accounts you follow, or reels that are similar to those you've recently engaged with.

2. **Leverage signals**

Next, the AI system considers a variety of input signals about each reel. These signals might include the length of the reel, similarity to other reels and how well the reel matches content you tend to interact with. A lightweight model is run to select approximately 100 of the most relevant reels. The system also applies certain integrity processes to remove content that is non-recommendable or that may go against our Community Guidelines.

3. **Make predictions**

From there, the AI system has models that help it make predictions about content you'll find most relevant and valuable.

4. **Rank reels by score**

Finally, the system calculates a relevance score for about 100 reels and puts them in order by this score. Reels that the system predicts will provide more value for you are shown sooner.

## How to customize what you see

Your experience on Instagram Reels Chaining is personalized based on your activity, and you have options to control or customize what you see. Below, we describe how to do this with different in-product features. Options shown here may not be available to everyone.

### See newest reels first

To see reels in reverse chronological order from accounts you follow, click "Following" on the Reels feed. On tablets, to see reels in reverse chronological order from accounts you follow, click "For You" on the Reels feed and then click "Latest" in the drop down list of options. Learn more.

### Report

If you see someone's reel and think it goes against Instagram's Community Guidelines, you can report it.

**Remix**

The remix feature lets you use an existing reel to create your own content.

**Save**

You can save a reel to your own collection.

**Not interested**

If you don't want to see more of a certain type of reel, you can select "Not interested" in the three-dot overflow menu and the system will attempt to filter out similar content in the future.

**Share**

You can share a reel by sending it to someone via Instagram Stories or direct message, text or other apps.

**Change sensitive content**

You can also choose to see more or less content that could be upsetting or offensive using the sensitive content options.

# How the AI delivers content to you

We want you to see content you enjoy and find interesting. To achieve this, the AI system has models that help it make predictions about content you'll find most relevant and valuable. These prediction models use underlying input signals to help select content you're most likely to engage with.

Below are some of the significant predictions–and input signals that inform them–that we use in this AI system.

 **How likely you are to use the audio from a reel you're viewing in one you create**

Signals influencing this prediction include:

- Whether or not you've been viewing reels for more than 15 seconds

- How many times you've clicked the audio link in reels you've seen
- How many times you've clicked "Use audio" after clicking the audio link compared to the number of reels you've seen
- How many times you've clicked "Use audio" after clicking the audio link

 **How likely you are to watch less than three seconds of a reel**

Signals influencing this prediction include:

- How many times users watched at least 3 seconds of the reel anywhere on Instagram
- How many times the reel was dismissed
- How many times users in Explore watched at least 3 seconds of the reel
- How many times this reel has been viewed with the sound on
- How many times the post has been skipped within two seconds of being opened

 **How likely you are to click 'Interested' if the Interested/ Not interested options are presented to you below the Reel**

Signals influencing this prediction include:

- The authors of reels you've spent less than three seconds watching
- How many people have clicked to like the reel
- The videos you've saved
- Where data privacy laws permit, the posts you've reshared previously and the authors of those posts
- Which authors' profiles you've clicked

 **How likely you are to comment on a reel**

Signals influencing this prediction include:

- Which media have you commented on in the past
- How much time has viewers from your country spent on this reel
- Which authors have you commented on in the past
- Which authors have you commented on in the past hour
- How many comments have you made in the past

 **How likely you are to watch more of a reel than 95% of users who watched reels of the same length**

Signals influencing this prediction include:

- The length of the reel
- How much time people have spent viewing the reel

 **How likely you are to click one of the tall, rectangular reels in Explore to view it in full screen in the Reels tab**

Signals influencing this prediction include:

- How many posts and reels you've seen in Explore
- The amount of time you've spent watching reels
- How many tall reels you've clicked in Explore to view in full screen in the Reels tab

 **How likely you are to use the audio from a reel you're viewing in one you create**

Signals influencing this prediction include:

- Whether or not you've been viewing reels for more than 15 seconds
- How many times you've clicked "Use audio" after clicking the audio link compared to the number of reels you've seen
- How many times you've clicked the audio link in reels you've seen
- How many times you've clicked "Use audio" after clicking the audio link

 **How likely you are to reshare a reel**

Signals influencing this prediction include:

- How much time people have spent viewing the reel
- Where data privacy laws permit: The posts you've reshared previously The authors of those posts

 **How likely you are to share a reel off of Instagram**

Signals influencing this prediction include:

- The amount of time you've spent watching reels
- Where data privacy laws permit: The posts you've reshared previously The authors of those posts
- Where data privacy laws permit: How many times you've shared a post externally How many times this post has been shared externally by others

 **How likely you are to follow the author of a reel**

Signals influencing this prediction include:

- The amount of followers the author received through the reel
- Which authors you've followed



Policies ⌃

Community Standards

Meta Advertising Standards

Other policies

How Meta improves

Age-Appropriate Content

Features ⌄

Research tools ⌄

Enforcement ⌄

Governance    ⌄

Security    ⌄

Reports    ⌄

English (US)

Privacy Policy    Terms of Service    Cookies