[*Submitting Counsel on Signature Page*]

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION | MDL No. 3047 |
| | Case No. 4:22-md-03047-YGR |
| THIS DOCUMENT RELATES TO: | Case No. 4:23-cv-05448-YGR |
| 4:23-cv-05448 | **[PROPOSED] ORDER DENYING META'S AMENDED OMNIBUS MOTION TO SEAL (META'S AND STATE AGS' MOTIONS FOR SUMMARY JUDGMENT)** |
| | Judge: Hon. Yvonne Gonzalez Rogers |
| | Magistrate Judge: Hon. Peter H. Kang |

1

The Court has considered Meta's Amended Omnibus Motion to Seal information in materials filed by the Parties associated with their summary judgment motions, the briefs and exhibits submitted in support thereof and in opposition, and arguments of counsel presented in this Court regarding the Motion. The Court finds that Meta's requested redactions do not meet the "compelling reasons" standard and hereby **DENIES** Meta's Amended Omnibus Motion to Seal and orders the material unsealed as follows:

| Document | Portion to Be Sealed | Action Requested by Meta | Court's Order |
| --- | --- | --- | --- |
| AGs' Opp. to Meta's MSJ Ex. 1, ECF No. 2783-3 | Competitively sensitive information at PDF page 158 | Redact specified portion | Denied |
| Meta's MSJ Ex. 71, ECF No. 2705-74 | Competitively sensitive information at PDF page 4 | Redact specified portion | Denied |
| Meta's MSJ Ex. 84, ECF No. 2705-87 | Competitively sensitive information at PDF page 42 | Redact specified portion | Denied |
| AGs' Opp to Meta's MSJ Ex. 39, ECF No. 2784-16 | Competitively sensitive information at META3047MDL-050-00343524 | Redact specified portion | Denied |
| AGs' Opp to Meta's MSJ Ex. 43, ECF No. 2784-20 | Competitively sensitive information at PDF pages 7, 9, 12, 22, 24, 26-27 | Redact specified portion | Denied |
| AGs' Opp. to Meta's MSJ Ex. 30, ECF No. 2784-7 | Competitively sensitive information at PDF pages 8, 11, 15, 24, 27, 31-32, 36-38, 42-44, 48, 62, 65-73, 76-83, 85, 89, 93, 108-115 | Redact specified portion | Denied |
| AGs' Reply Ex. 8, ECF No. 2899-10 | Competitively sensitive information at META3047MDL-287-00005522, META3047MDL- | Redact specified portion | Denied |

| | 287-00005523 | | |
|---|---|---|---|

IT IS SO ORDERED.

DATED: _____       _____
Honorable Yvonne Gonzalez Rogers
United States District Court Judge

3