# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION | MDL No. 3047 |
| | Case Nos. 4:22-md-03047-YGR-PHK 4:23-cv-05448-YGR |
| THIS DOCUMENT RELATES TO: | |
| *People of the State of California, et al. v. Meta Platforms, Inc., et al.* | **[PROPOSED] ORDER REGARDING META'S AMENDED OMNIBUS MOTION TO SEAL (META'S AND STATE AGS' MOTIONS FOR SUMMARY JUDGMENT)** |
| | Judge: Hon. Yvonne Gonzalez Rogers Magistrate Judge: Hon. Peter H. Kang |

The Court has considered Meta's Amended Omnibus Motion to Seal (Meta's and State AGs' Motions for Summary Judgment), filed June 17, 2026. Pursuant to Civil Local Rule 79-5 and the Court's Order Setting Sealing Procedures (ECF 341), the Court rules as follows on the disputed Meta-proposed redactions:

| Document | Portion to Be Sealed | Action To Be Taken | Court's Order |
|---|---|---|---|
| AGs' Opp. to Meta's MSJ Ex. 1, ECF No. 2783-3 | Competitively sensitive information at PDF page 158 | Redact specified portion | |
| Meta's MSJ Ex. 71, ECF No. 2705-74 | Competitively sensitive information at PDF page 4 | Redact specified portion | |
| Meta's MSJ Ex. 84, ECF No. 2705-87 | Competitively sensitive information at PDF page 42 | Redact specified portion | |
| AGs' Opp to Meta's MSJ Ex. 39, ECF No. 2784-16 | Competitively sensitive information at META3047MDL-050-00343524 | Redact specified portion | |
| AGs' Opp to Meta's MSJ Ex. 43, ECF No. 2784-20 | Competitively sensitive information at PDF pages 7, 9, 12, 22, 24, 26-27 | Redact specified portion | |
| AGs' Opp. to Meta's MSJ Ex. 30, ECF No. 2784-7 | Competitively sensitive information at PDF pages 8, 11, 15, 24, 27, 31-32, 36-38, 42-44, 48, 62, 65-73, 76-83, 85, 89, 93, 108-115 | Redact specified portion | |
| AGs' Reply Ex. 8, ECF No. 2899-10 | Competitively sensitive information at META3047MDL-287-00005522 and META3047MDL-287-00005523 | Redact specified portion | |

[PROPOSED] ORDER GRANTING META'S AMENDED OMNIBUS MOTION TO SEAL (META'S AND STATE AGS' MOTS. FOR SUMM. J.)
Case Nos. 4:22-MD-03047-YGR-PHK, 4:23-CV-05448-YGR

IT IS SO ORDERED.


DATED: _____          _____
                                         YVONNE GONZALEZ ROGERS
                                         UNITED STATES DISTRICT JUDGE

2