James P. Rouhandeh, *pro hac vice*
Antonio J. Perez-Marques, *pro hac vice*
Caroline Stern, *pro hac vice*
Kathryn S. Benedict, *pro hac vice*
Corey M. Meyer, *pro hac vice*
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4000
Facsimile: (212) 701-5800
Email:    rouhandeh@davispolk.com
             antonio.perez@davispolk.com
             caroline.stern@davispolk.com
             kathryn.benedict@davispolk.com
             corey.meyer@davispolk.com

*Attorneys for Defendants Meta Platforms, Inc. and Instagram, LLC*

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*People of the State of California, et al. v. Meta Platforms, Inc., et al.* | MDL No. 3047<br><br>Case Nos. 4:22-md-03047-YGR-PHK<br>4:23-cv-05448-YGR<br><br>**[PROPOSED] ORDER REGARDING AMENDED OMNIBUS SEALING STIPULATION (META'S AND STATE AGS' RULE 702 MOTIONS)**<br><br>Judge: Hon. Yvonne Gonzalez Rogers<br>Magistrate Judge: Hon. Peter H. Kang |

The Court has considered the Parties' Amended Omnibus Stipulation to Seal materials associated with the Parties' Rule 702 motions.  Pursuant to Civil Local Rules 7-11 and 79-5, paragraph 12 of the Standing Order in Civil Cases, and the Court's Order Setting Sealing Procedures (ECF 341), the Parties have agreed to the following redactions, and the Court rules as follows on the undisputed redactions set forth below:

| Document | Portion to be sealed | Action to be taken | Court Order |
|---|---|---|---|
| Meta's Opening MTE Alter and Iyer, ECF No. 2702-4 | Employee PII at PDF pages 73, 117, 119, 125, 148, 155, 159, 189, 207, 208, 225, 226, 229, 307, 318, 362 | | |
| | Minor PII at PDF pages 6, 119, 206, 307, 311, 312, 313, 319-325, 327-343, 373-385, 388, 393, 395-400, 402 | | |
| | Competitively Sensitive Information PDF at pages 310-312, 314, 366 | | |
| AGs' Opp to MTE Alter and Iyer, ECF No. 2775-3 | Employee PII at PDF pages 73, 117, 119, 125, 148, 155, 159, 189, 207, 208, 225, 226, 229, 307, 318, 362 | | |
| | Minor PII at PDF pages 6, 119, 206, 307, 311, 312, 313, 319-325, 327-343, 373-385, 388, 393, 395-400, 402 | | |
| | Competitively Sensitive Information PDF at pages 310-312, 314, 366 | | |

[PROPOSED] ORDER REGARDING AMENDED OMNIBUS SEALING STIPULATION
(META'S AND STATE AGS' R. 702 MOTS.)
Case Nos. 4:22-MD-03047-YGR-PHK, 4:23-CV-05448-YGR

| Document | Portion to be sealed | Action to be taken | Court Order |
|---|---|---|---|
| AGs' Opening MTE McCrary - Expert Report of Carl S. Saba, ECF No. 2844-3 | Employee PII at pages 20-21, 23-24, 27, 48, 51, 52, 56, 66, 103 | | |
| Meta's Opening MTE Saba - Expert Report of Carl S. Saba, ECF No. 2846-3 | Employee PII at pages 20-21, 23-24, 27, 48, 51, 52, 56, 66, 103 | | |
| AGs' Opp. to MTE Saba - Expert Report of Carl S. Saba, ECF No. 2914-3 | Employee PII at pages 20-21, 23-24, 27, 48, 51, 52, 56, 66, 103 | | |
| Meta's Opening MTE Saba - Expert Rebuttal Report of Dr. Bruce Isaacson in Response to the Expert Report of Carl S. Saba, ECF No. 2846-16 | Employee PII at page 63 | | |
| Meta's Opening MTE Saba, ECF No. 2846-20 | Employee PII at pages 2, 3 | | |
| AGs' Opp. to MTE Saba, ECF No. 2914-7 | Employee PII at pages 3, 7, 9 | | |
| AGs' Opp. to MTE Saba, ECF No. 2914-10 | Employee PII at META3047MDL-032-00000933, META3047MDL-032-00000971 | | |
| Meta's Opening MTE Prinstein, ECF No. 2535-13 | Employee PII at pages 20, 29 | | |
| AGs' Opp. to Meta's MTE Alter and Iyer - Trial Rebuttal Report of Sriraman Venkataraman, ECF No. 2775-8 | Competitively sensitive information at PDF pages 148 (Table 21: substantive content of last two columns titled "2023" and "2024"); 149 (Table 22: substantive content of last two columns titled "2023" | | |

| Document | Portion to be sealed | Action to be taken | Court Order |
|---|---|---|---|
| | and "2024"); and 150 (Table 23: substantive content of last two columns titled "2023" and "2024"). | | |

IT IS SO ORDERED.

DATED: _____        _____

YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT JUDGE