# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION | MDL No. 3047 |
| | Case Nos. 4:22-md-03047-YGR-PHK<br>4:23-cv-05448-YGR |
| THIS DOCUMENT RELATES TO: | |
| *People of the State of California, et al. v. Meta Platforms, Inc., et al.* | **[PROPOSED] ORDER REGARDING META'S AMENDED OMNIBUS MOTION TO SEAL (META'S AND STATE AGS' RULE 702 MOTIONS)** |
| | Judge: Hon. Yvonne Gonzalez Rogers<br>Magistrate Judge: Hon. Peter H. Kang |

The Court has considered Meta's Amended Omnibus Motion to Seal (Meta's and State AGs' Rule 702 Motions), filed June 25, 2026. Pursuant to Civil Local Rule 79-5 and the Court's Order Setting Sealing Procedures (ECF 341), the Court rules as follows on the disputed Meta-proposed redactions:

| Document | Portion to Be Sealed | Action To Be Taken | Court's Order |
|---|---|---|---|
| AGs' Opening MTE McCrary - Expert report of Carl S. Saba, ECF No. 2844-3 | Competitively sensitive information at PDF pages 60, 61, 66, 74, 75, 77, 78, 135 | Redact specified portion | |
| Meta's Opening MTE Saba - Expert report of Carl S. Saba, ECF No. 2846-3 | Competitively sensitive information at PDF pages 60, 61, 66, 74, 75, 77, 78, 135 | Redact specified portion | |
| AGs' Opposition to MTE Saba - Expert report of Carl S. Saba, ECF No. 2914-3 | Competitively sensitive information at PDF pages 60, 61, 66, 74, 75, 77, 78, 135 | Redact specified portion | |
| AGs' Opening MTE McCrary - Rebuttal Trial Report of Carl S Saba, ECF No. 2844-6 | Competitively sensitive information at PDF pages 51, 68, 69, 72 | Redact specified portion | |
| Meta's Opening MTE Saba - Rebuttal Trial Report of Carl S Saba, ECF No. 2846-9 | Competitively sensitive information at PDF pages 51, 68, 69, 72 | Redact specified portion | |
| AGs' Opposition to MTE Saba - Rebuttal Trial Report of Carl S Saba, ECF No. 2914-4 | Competitively sensitive information at PDF pages 51, 68, 69, 72 | Redact specified portion | |
| AGs' Opp. to Meta's MTE Alter and Iyer - Trial Rebuttal Report of Sriraman Venkataraman, ECF No. 2775-8 | Competitively sensitive information at PDF pages 41, 42, 43, 44, 45, 46, 64, 65, 150 | Redact specified portion | |
| Meta's Opening MTE Alter and Iyer - ECF No. 2702-4 | Competitively sensitive information at PDF page 158 | Redact specified portion | |

1

| Document | Portion to Be Sealed | Action To Be Taken | Court's Order |
|---|---|---|---|
| AGs' Opp. to Meta's MTE Alter and Iyer, ECF No. 2775-3 | Competitively sensitive information at PDF page 158 | Redact specified portion | |

IT IS SO ORDERED.


DATED: _____          _____

                                        YVONNE GONZALEZ ROGERS
                                        UNITED STATES DISTRICT JUDGE

2