Ashley M. Simonsen, SBN 275203
COVINGTON & BURLING LLP
1999 Avenue of the Stars
Los Angeles, CA 90067
Telephone: (424) 332-4800
Facsimile: + 1 (424) 332-4749
Email: asimonsen@cov.com

*Attorneys for Defendants Meta Platforms, Inc.*
*f/k/a Facebook, Inc. and Instagram, LLC*

*[Additional counsel listed on signature pages]*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION <br><br> This Document Relates To: <br><br> *People of the State of California, et al. v. Meta Platforms, Inc., et al.* | MDL No. 3047 <br><br> Case No.: 4:22-md-03047-YGR <br>                4:23-cv-05448-YGR <br><br> **META DEFENDANTS' CORRECTED TEMPORARY SEALING MOTION (MOTION *IN LIMINE* NO. 4)** <br><br> Judge: Hon. Yvonne Gonzalez Rogers <br> Magistrate Judge: Hon. Peter H. Kang |

Pursuant to the Court's Order Setting Sealing Procedures (ECF No. 341), Defendants Meta Platforms, Inc. and Instagram, LLC ("Meta") file this Temporary Sealing Motion regarding the Corrected Declaration of Ashley M. Simonsen in support of Meta's Motion *In Limine* No. 4 to Exclude Evidence of Publishing Activities or Barred Features to Prove Misrepresentation Claims.  Pursuant to the Order at ECF No. 341, the reasons for sealing (if any) will be addressed in a forthcoming omnibus stipulation or omnibus mot[1]

| Docket No. | Document | Whether document contains a Party's Confidential Information |
|---|---|---|
| ECF No. 3122-1 | Meta's Motion *in Limine* No. 4 to Exclude Evidence of Publishing Activities or Barred Features to Prove Misrepresentation Claims | Not filed under seal |
| ECF No. 3122-2 | Declaration of Ashley M. Simonsen | Not filed under seal |
| ECF No. 3122-3 | Exhibit A, Transcript of an interview of Adam Mosseri on CBS on June 26, 2019. | Not filed under seal |
| ECF No. 3122-4 | Exhibit B, Meta's Community Standards Enforcement Report, available at https://transparency.meta.com/reports/community-standards-enforcement/ | Not filed under seal |
| ECF No. 3122-5 | Exhibit C, Relevant excerpts of the transcript of Facebook, Inc.'s Third Quarter 2020 Results Conference Call on October 29, 2020 | Not filed under seal |
| ECF No. 3122-6 | Exhibit D, *How Do We Know Someone Is Old Enough to Use Our Apps?* published on Meta's website on July 27, 2021 | Not filed under seal |
| ECF No. 3122-7 | Exhibit E, Relevant excerpts of testimony of Antigone Davis before the United States Senate Subcommittee on Consumer Protection, Product Safety, and Data Security on September 30, 2021 | Not filed under seal |
| ECF No. 3122-8 | Exhibit F, *Raising the Standard for Protecting Teens and Supporting Parents* | Not filed under seal |

[1] Meta previously submitted a temporary motion to seal in connection with its Motion *in Limine* No. 4 on June 9, 2025.  This version corrects three exhibits that were improperly labeled in the prior submission.

1

| | | |
|---|---|---|
| | *Online* published on Instagram's website on December 7, 2021 | |
| ECF No. 3122-9 | Exhibit G, *How Meta Is Working to Provide Safe, Age-Appropriate Experiences for Teens* published on Meta's website on January 9, 2023 | Not filed under seal |
| ECF No. 3122-10 | Exhibit H, *Introducing Stricter Message Settings for Teens on Instagram and Facebook* published on Meta's website on January 25, 2024 | Not filed under seal |
| ECF No. 3122-11 | Exhibit I, Meta's Best Interest of the Child Framework published on Meta's Trust, Transparency & Control Labs website and last updated on November 4, 2025 | Not filed under seal |
| ECF No. 3122-12 | Exhibit J, *Our Work to Help Provide Young People with Safe, Positive Experiences* published on Meta's website on January 31, 2024 | Not filed under seal |
| ECF No. 3122-13 | Exhibit K, *Preventing Suicide and Self-Harm Content Spreading Online* published on Meta's website on September 12, 2024 | Not filed under seal |
| ECF No. 3122-14 | Exhibit L, State Attorneys General exchanged motion *in limine* "Motion to Exclude Evidence of Meta's Efforts to Combat CSAM and CSE on Its Platforms" | Temporarily filing under seal because document contains information that the parties may consider to be confidential |

DATED: June 25, 2026                              Respectfully submitted,


                                                 By:    */s/ Ashley M. Simonsen*
                                                 _____

META DEFENDANTS' CORRECTED TEMPORARY SEALING MOTION (MOTION IN LIMINE NO. 4)
4:22-md-03047-YGR

Ashley M. Simonsen (State Bar. No. 275203)
COVINGTON & BURLING LLP
1999 Avenue of the Stars
Los Angeles, CA 90067
Telephone: + 1 (424) 332-4800
Email: asimonsen@cov.com

Paul W. Schmidt, *pro hac vice*
Timothy C. Hester, *pro hac vice*
COVINGTON & BURLING LLP
One City Center
850 Tenth Street, NW
Washington, DC 20001-4956
Telephone: + 1 (202) 662-5324
Facsimile: + 1 (202) 778-5324
Email: pschmidt@cov.com
Email: thester@cov.com

*Attorneys for Defendants Meta Platforms, Inc.
f/k/a Facebook, Inc. and Instagram, LLC*

META DEFENDANTS' CORRECTED TEMPORARY SEALING MOTION (MOTION IN LIMINE NO. 4)
4:22-md-03047-YGR