## LaSonya Lucas

**From:** ECF-CAND@cand.uscourts.gov
**Sent:** Wednesday, June 10, 2026 4:12 PM
**To:** efiling@cand.uscourts.gov
**Subject:** [EXT] Activity in Case 4:22-md-03047-YGR IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION Complaint

==[EXTERNAL]==

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

### U.S. District Court

### California Northern District

### Notice of Electronic Filing

The following transaction was entered by VanZandt, Joseph on 6/10/2026 at 2:11 PM and filed on 6/10/2026

| | |
|---|---|
| **Case Name:** | IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION |
| **Case Number:** | 4:22-md-03047-YGR |
| **Filer:** | MaKaila Eddings |
| **Document Number:** | 3134 |

**Docket Text:**
**COMPLAINT against Meta Platforms, Inc., Instagram, LLC, Facebook Payments, Inc., Siculus, Inc., Facebook Operations, LLC, Facebook Holdings, LLC, Meta Payments, Inc., Bytedance Ltd, TikTok Ltd, TikTok LLC, Tik Tok, Inc., Snap, Inc., Google, LLC, YouTube, LLC ( Filing fee $ 405, receipt number CCANDC-22085478.). Filed by MaKaila Eddings. (Attachments: # (1) Civil Cover Sheet, # (2) Summons)(VanZandt, Joseph) (Filed on 6/10/2026)**

**4:22-md-03047-YGR Notice has been electronically mailed to:**

Aaron Freedman    afreedman@weitzlux.com, aroll@weitzlux.com

Aaron Parks    aparks@kslaw.com