**NORTHERN DISTRICT OF CALIFORNIA**

<u>**CIVIL MINUTES**</u>

| **Date:** June 26, 2026 | **Time:** 3 hours 40 minutes | **Judge:** YVONNE GONZALEZ ROGERS |
|---|---|---|
| **Case No.:** 22-md-03047-YGR<br><br>23-cv-05448-YGR | **Case Name:** In Re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation<br>People of the State of California v. Meta Platforms, Inc. et al | |

**Attorney for Plaintiff:** Jason Slothouber (Lead Counsel)
**Attorney for Defendant:** Paul Schmidt (Lead Counsel)

**Deputy Clerk:** Edwin Angelo A. Cuenco       **Court Reporter:** April Brott

**PROCEEDINGS**

Pretrial Conference – Held.
Motions in Limine – Held.

The Court heard argument on pending pretrial disputes, motions to seal, and motions in limine. Arguments are taken under submission. Parties are ordered to meet and confer and submit an updated proposed pretrial schedule, including a new deadline for submitting the trial readiness binders.

The Court Grants the Stipulation re: Order to Show Cause Procedure for Untimely Plaintiff Fact Sheets and Supplemental Plaintiff Fact Sheets (Dkt. No. 3093) and the Motion to Appoint a Certified Public Accountant to Approve Common Benefit Assessment Division filed by Plaintiff's Steering Committee (Dkt. No. 3137).

Pretrial Order to issue.