[*Submitting Counsel on Signature Page*]

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION | MDL No. 3047 |
| | Case No. 4:22-md-03047-YGR |
| THIS DOCUMENT RELATES TO: | **TEMPORARY SEALING MOTION RE STATE AGS' PENALTY AND DISGORGEMENT CHARTS AND SUPPORTING MATERIALS** |
| 4:23-cv-05448 | |
| | Judge: Hon. Yvonne Gonzalez Rogers |
| | Magistrate Judge: Hon. Peter H. Kang |

Pursuant to the Court's Order Setting Sealing Procedures (ECF No. 341), the State Attorneys General submit this Temporary Sealing Motion regarding their submission of Penalty and Disgorgement Charts and Supporting Materials. Pursuant to that Order, the reasons for sealing (if any) will be addressed in a forthcoming omnibus stipulation or omnibus motion.

1

| Docket No. | Document | Whether document contains a Party's Confidential Information |
|---|---|---|
| ECF No. 3218-1 | State AGs' Penalty and Disgorgement Charts and Supporting Materials | Temporarily filing under seal because document contains information that Meta may consider to be confidential |
| ECF No. 3218-2 | Exhibit A to State AGs' Penalty and Disgorgement Charts and Supporting Materials, Remedy Chart 1 | Temporarily filing under seal because document contains information that Meta may consider to be confidential |
| ECF No. 3218-3 | Exhibit A-1 to State AGs' Penalty and Disgorgement Charts and Supporting Materials, Paragraph 238 of Carl Saba's Opening Report | Temporarily filing under seal because document contains information that Meta may consider to be confidential |
| ECF No. 3218-4 | Exhibit A-2 to State AGs' Penalty and Disgorgement Charts and Supporting Materials, Paragraph 265 of Carl Saba's Opening Report | Temporarily filing under seal because document contains information that Meta may consider to be confidential |
| ECF No. 3218-5 | Exhibit B to State AGs' Penalty and Disgorgement Charts and Supporting Materials, Remedy Chart 2 | Temporarily filing under seal because document contains information that Meta may consider to be confidential |
| ECF No. 3218-6 | Exhibit B-1 to State AGs' Penalty and Disgorgement Charts and Supporting Materials, Schedule 2.8.8S of Carl Saba's Supplemental Report | Temporarily filing under seal because document contains information that Meta may consider to be confidential |
| ECF No. 3218-7 | Exhibit B-2 to State AGs' Penalty and Disgorgement Charts and Supporting Materials, Schedule 2.9.1S of | Temporarily filing under seal because document contains information that Meta may consider to be confidential |

| | Carl Saba's Supplemental Report | |
|---|---|---|
| ECF No. 3218-8 | Exhibit B-3 to State AGs' Penalty and Disgorgement Charts and Supporting Materials Schedule 2.10.1S of Carl Saba's Supplemental Report | Temporarily filing under seal because document contains information that Meta may consider to be confidential |
| ECF No. 3218-9 | Exhibit C to State AGs' Penalty and Disgorgement Charts and Supporting Materials, Remedy Chart 3 | Temporarily filing under seal because document contains information that Meta may consider to be confidential |
| ECF No. 3218-10 | Exhibit C-1 to State AGs' Penalty and Disgorgement Charts and Supporting Materials, Table 42 of Ryan Sheatsley's Trial Report | Temporarily filing under seal because document contains information that Meta may consider to be confidential |
| ECF No. 3218-11 | Exhibit C-2 to State AGs' Penalty and Disgorgement Charts and Supporting Materials, Schedule 7.1 of Carl Saba's Opening Report | Temporarily filing under seal because document contains information that Meta may consider to be confidential |
| ECF No. 3218-12 | Exhibit C-3 to State AGs' Penalty and Disgorgement Charts and Supporting Materials, Paragraph 181 & Table 56.1 of Ryan Sheatsley's Trial Report | Temporarily filing under seal because document contains information that Meta may consider to be confidential |
| ECF No. 3218-13 | Exhibit C-4 to State AGs' Penalty and Disgorgement Charts and Supporting Materials, Tables 57-60 of Ryan Sheatsley's Trial Report | Temporarily filing under seal because document contains information that Meta may consider to be confidential |
| ECF No. 3218-14 | Exhibit C-5 to State AGs' Penalty and Disgorgement Charts and Supporting Materials, Paragraph 199 & Table 62 of Ryan Sheatsley's Trial Report | Temporarily filing under seal because document contains information that Meta may consider to be confidential |

TEMPORARY SEALING MOTION RE STATE AGS' PENALTY AND DISGORGEMENT CHARTS AND SUPPORTING MATERIALS
4:22-md-03047-YGR; 4:23-cv-05448-YGR

| ECF No. 3218-15 | Exhibit C-6 to State AGs' Penalty and Disgorgement Charts and Supporting Materials, META3047MDL-287-00003183 | Temporarily filing under seal because document contains information that Meta may consider to be confidential |
|---|---|---|
| ECF No. 3218-16 | Exhibit D to State AGs' Penalty and Disgorgement Charts and Supporting Materials, Remedy Chart 4 | Temporarily filing under seal because document contains information that Meta may consider to be confidential |
| ECF No. 3218-17 | Exhibit D-1 to State AGs' Penalty and Disgorgement Charts and Supporting Materials, Schedule 4.1.3S of Carl Saba's Supplemental Report | Temporarily filing under seal because document contains information that Meta may consider to be confidential |
| ECF No. 3218-18 | Exhibit E to State AGs' Penalty and Disgorgement Charts and Supporting Materials, Remedy Chart 5 | Temporarily filing under seal because document contains information that Meta may consider to be confidential |
| ECF No. 3218-19 | Exhibit E-1 to State AGs' Penalty and Disgorgement Charts and Supporting Materials, Paragraph 256 of Carl Saba's Opening Report | Temporarily filing under seal because document contains information that Meta may consider to be confidential |
| ECF No. 3218-20 | Exhibit E-2 to State AGs' Penalty and Disgorgement Charts and Supporting Materials, Schedule 2.8.6S of Carl Saba's Supplemental Report | Temporarily filing under seal because document contains information that Meta may consider to be confidential |
| ECF No. 3218-21 | Exhibit E-3 to State AGs' Penalty and Disgorgement Charts and Supporting Materials, Schedule 2.8.7S of Carl Saba's Supplemental Report | Temporarily filing under seal because document contains information that Meta may consider to be confidential |
| ECF No. 3218-22 | Exhibit E-4 to State AGs' Penalty and Disgorgement Charts and Supporting | Temporarily filing under seal because document contains information that |

| | Materials, Schedule 2.8.1S of Carl Saba's Supplemental Report | Meta may consider to be confidential |
|---|---|---|
| ECF No. 3218-23 | Exhibit E-5 to State AGs' Penalty and Disgorgement Charts and Supporting Materials, Schedule 2.8.2S of Carl Saba's Supplemental Report | Temporarily filing under seal because document contains information that Meta may consider to be confidential |
| ECF No. 3218-24 | Exhibit E-6 to State AGs' Penalty and Disgorgement Charts and Supporting Materials, Schedule 2.8.3S of Carl Saba's Supplemental Report | Temporarily filing under seal because document contains information that Meta may consider to be confidential |
| ECF No. 3218-25 | Exhibit E-7 to State AGs' Penalty and Disgorgement Charts and Supporting Materials, Schedule 2.8.4S of Carl Saba's Supplemental Report | Temporarily filing under seal because document contains information that Meta may consider to be confidential |
| ECF No. 3218-26 | Exhibit E-8 to State AGs' Penalty and Disgorgement Charts and Supporting Materials, Schedule 2.8.5S of Carl Saba's Supplemental Report | Temporarily filing under seal because document contains information that Meta may consider to be confidential |
| ECF No. 3218-27 | Exhibit E-9 to State AGs' Penalty and Disgorgement Charts and Supporting Materials, Schedule 3.2S of Carl Saba's Supplemental Report | Temporarily filing under seal because document contains information that Meta may consider to be confidential |
| ECF No. 3218-28 | Exhibit F to State AGs' Penalty and Disgorgement Charts and Supporting Materials, Remedy Chart 6 | Temporarily filing under seal because document contains information that Meta may consider to be confidential |

DATED: 6/29/2026

Respectfully submitted,

**PHILIP J. WEISER**
Attorney General
State of Colorado

**ROB BONTA**
Attorney General
State of California

*/s/ Krista Batchelder*
Krista Batchelder, CO Reg. No. 45066, *pro hac vice*
Deputy Solicitor General
Jason Slothouber, CO Reg. No. 43496, *pro hac vice*
Chief Trial Counsel, Consumer Protection
Lauren M. Dickey, CO Reg. No. 45773, *pro hac vice*
First Assistant Attorney General
Elizabeth Orem, CO Reg. No. 58309
Assistant Attorney General
Colorado Department of Law
Ralph L. Carr Judicial Center
Consumer Protection Section
1300 Broadway, 7th Floor
Denver, CO 80203
Phone: (720) 508-6000
Krista.Batchelder@coag.gov

*Attorneys for Plaintiff State of Colorado, ex rel. Philip J. Weiser, Attorney General*

*/s/ Nayha Arora*
Nicklas A. Akers (CA SBN 211222)
Senior Assistant Attorney General
Bernard Eskandari (SBN 244395)
Emily Kalanithi (SBN 256972)
Supervising Deputy Attorneys General
Nayha Arora (CA SBN 350467)
David Beglin (CA SBN 356401)
Megan O'Neill (CA SBN 343535)
Joshua Olszewski-Jubelirer (CA SBN 336428)
Marissa Roy (CA SBN 318773)
Brendan Ruddy (CA SBN 297896)
Deputy Attorneys General
California Department of Justice
Office of the Attorney General
455 Golden Gate Ave., Suite 11000
San Francisco, CA 94102-7004
Phone: (415) 510-4400
Fax: (415) 703-5480
Megan.ONeill@doj.ca.gov

*Attorneys for Plaintiff the People of the State of California*

TEMPORARY SEALING MOTION RE STATE AGS' PENALTY AND DISGORGEMENT CHARTS AND SUPPORTING MATERIALS
4:22-MD-03047-YGR; 4:23-CV-05448-YGR

**RUSSELL COLEMAN**
Attorney General
Commonwealth of Kentucky

/s/ *Zachary Richards*
J. Christian Lewis (KY Bar No. 87109),
*pro hac vice*
Philip Heleringer (KY Bar No. 96748),
*pro hac vice*
Zachary Richards (KY Bar No. 99209),
*pro hac vice*
Daniel I. Keiser (KY Bar No. 100264),
*pro hac vice*
Matthew Cocanougher (KY Bar No. 94292),
*pro hac vice*
Assistant Attorneys General
1024 Capital Center Drive, Ste. 200
Frankfort, KY 40601
Christian.Lewis@ky.gov
Philip.Heleringer@ky.gov
Zach.Richards@ky.gov
Daniel.Keiser@ky.gov
Matthew.Cocanougher@ky.gov
Phone: (502) 696-5300
Fax: (502) 564-2698

*Attorneys for Plaintiff the Commonwealth of Kentucky*

**JENNIFER DAVENPORT**
Attorney General
State of New Jersey

By: /s/ *Thomas Huynh*
Kashif T. Chand (NJ Bar No. 016752008),
*Pro hac vice*
Assistant Attorney General
Thomas Huynh (NJ Bar No. 200942017),
*Pro hac vice*
Section Chief, Deputy Attorney General
Verna J. Pradaxay (NJ Bar No. 335822021),
*Pro hac vice*
Mandy K. Wang (NJ Bar No. 373452021),
*Pro hac vice*
Deputy Attorneys General
New Jersey Division of Law
124 Halsey Street, 5th Floor
Newark, NJ 07101
Kashif.Chand@law.njoag.gov
Thomas.Huynh@law.njoag.gov
Verna.Pradaxay@law.njoag.gov
Mandy.Wang@law.njoag.gov

*Attorneys for Plaintiffs Jennifer Davenport, Attorney General for the State of New Jersey, and Jeremy E. Hollander, Acting Director of the New Jersey Division of Consumer Affairs*

## <u>SIGNATURE CERTIFICATION</u>

Under Civ. L.R. 5-1(h)(3), I hereby attest that all signatories listed, and on whose behalf the filing is submitted, concur in this filing's content and have authorized this filing.

DATED: 06/29/2026

/s/ *Nayha Arora*
_____
Nayha Arora

*Attorney for Plaintiff the People of the State of California*

TEMPORARY SEALING MOTION RE STATE AGS' PENALTY AND DISGORGEMENT CHARTS AND SUPPORTING MATERIALS
4:22-MD-03047-YGR; 4:23-CV-05448-YGR