Ashley M. Simonsen (Bar No. 275203)
COVINGTON & BURLING LLP
1999 Avenue of the Stars
Los Angeles, California 90067-4643
Telephone: + 1 (424) 332-4800
Facsimile: + 1 (424) 332-4749
Email: asimonsen@cov.com

*Attorneys for Defendants Meta Platforms, Inc.*
*f/k/a Facebook, Inc. and Instagram, LLC*

*[Additional counsel listed on signature pages]*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates To:<br><br>*People of the State of California, et al. v. Meta Platforms, Inc. et al.* | MDL No. 3047<br><br>Case Nos.:   4:22-md-03047-YGR<br>                   4:23-cv-05448-YGR-PHK<br><br>**LIST OF DISPUTED DESIGNATIONS (STATE AG MDL)**<br><br>Judge: Hon. Yvonne Gonzalez Rogers<br>Magistrate Judge: Hon. Peter H. Kang<br><br>Date: June 26, 2026<br>Time: 8:00 AM<br>Place: Courtroom 1, 4th Floor |

**Meta's Submission[1]**

| No. | Form of Excerpt | Designation in Dispute | Legal Objection |
|---|---|---|---|
| Amos Hartson, Deputy Attorney General, California Department of Justice, Current Employee, Rule 30(b)(6) Designee for State of California | | | |
| 1 | Defendant Affirmative | 24:2-24:7 | Relevance |
| 2 | Defendant Affirmative | 31:24-31:25, 32:2-32:3, 32:24-33:1 | Foundation; Vague; Mischaracterization; Relevance; Outside scope of 30(b)(6); Legal Conclusion |
| 3 | Defendant Affirmative | 56:6-57:9 | Outside scope of 30(b)(6); Foundation; Hearsay; Relevance |
| 4 | Defendant Affirmative | 59:4-59:24; 60:4-60:7 | Outside scope of 30(b)(6); Relevance; MIL re state witnesses [ECF 3127] (59:16-60:7) |
| 5 | Defendant Affirmative | 62:16-63:2; 63:5-63:6 | Outside scope of 30(b)(6); Relevance; Vague; Speculation; Foundation; MIL re state witnesses [ECF 3127]; Lay Opinion |
| 6 | Plaintiff Counter | 63:10-63:15; 63:19-64:11 | Hearsay as to introduction of Exhibit 2 (witness notes prepared to assist with deposition testimony are hearsay not subject to any exception and therefore cannot be admitted); Relevance (irrelevant designation if Exhibit 2 is properly excluded) |
| 7 | Defendant Affirmative | 76:17-76:18; 76:20-76:22; 76:24-77:5; 77:10-77:14; 77:16-77:22 | Outside scope of 30(b)(6); Relevance; Hearsay |
| 8 | Defendant Affirmative | 90:5-90:7, 90:9-90:16, 90:19-90:24, 91:2-91:3, 91:5 | Outside scope of 30(b)(6); Relevance; Foundation; Hearsay |
| 9 | Defendant Affirmative | 98:12-98:15, 98:19-98:21, 98:23-98:25 | Outside scope of 30(b)(6); Relevance; Foundation; Hearsay; MIL re state witnesses [ECF 3127]; Vague; Compound (98:12-15 and 98:19-21 only) |
| 10 | Defendant Counter Counter | 99:4-99:7; 99:9-99:20; 99:23-100:7; 100:10-100:11 | Outside scope of counter-designations; outside scope of 30(b)(6); Relevance; Foundation; MIL re state witnesses [ECF 3127]; Vague; Compound (99:23-100:7 and 100:10-11 only) |
| 11 | Defendant Affirmative | 105:1-105:4; 105:7-105:8 | Outside scope of 30(b)(6); Relevance; Foundation; Hearsay; MIL re state witnesses [ECF 3127]; Vague; Compound |

[1] The State AGs' portion of this joint submission, which runs from pages 5-7, materially alters the language of Meta's objections and adds new argument that was not previously exchanged in the guise of "context." Meta is still evaluating the State AGs' insert and reserves the right to provide the Court with the full and accurate text of Meta's objections as served. The State AGs did not provide highlighted transcripts for filing.

| 12 | Defendant Affirmative | 107:2-107:6, 107:8-107:15 | Outside scope of 30(b)(6); Relevance; Foundation; Hearsay; MIL re state witnesses [ECF 3127]; Vague |
| 13 | Defendant Affirmative | 107:25-108:5, 108:8-108:11 | Outside scope of 30(b)(6); Relevance; Foundation; Hearsay; Vague; Compound |
| 14 | Defendant Affirmative | 109:7-109:10, 109:13-109:18, 109:21-109:25, 110:3-110:4 | Outside scope of 30(b)(6); Relevance; Foundation; Hearsay; MIL re state witnesses [ECF 3127] |
| 15 | Defendant Affirmative | 111:12-111:16, 111:19-111:20 | Outside scope of 30(b)(6); Relevance; Foundation; Hearsay; MIL re state witnesses [ECF 3127] |
| 16 | Defendant Affirmative | 126:16-126:19 | Outside scope of 30(b)(6); Relevance; Foundation; Hearsay; MIL re state witnesses [ECF 3127]; Vague |
| 17 | Defendant Affirmative | 126:22-127:2, 127:4, 127:14-127:15, 127:17 | Outside scope of 30(b)(6); Relevance; Foundation; Hearsay; MIL re state witnesses [ECF 3127]; Vague; Assumes Facts |
| 18 | Defendant Affirmative | 130:10-130:12 | Relevance; Vague |
| 19 | Defendant Affirmative | 130:15-131:10 | Relevance; Outside scope of 30(b)(6) (130:19-131:24) |

| Nathan Blake, Deputy Attorney General for Consumer Protection, Office of the Attorney General of Colorado, Current Employee, Rule 30(b)(6) Designee for State of Colorado | | | |
|---|---|---|---|
| No. | Form of Excerpt | Designation in Dispute | Legal Objection |
| 1 | Defendant Affirmative | 73:17-73:18; 73:20-73:22; 73:24-74:12, 74:14-16 | More Prejudicial than Probative; Relevance |
| 2 | Defendant Affirmative | 75:4-75:5, 75:8-75:14, 75:16-75:21 | More Prejudicial than Probative; Relevance |
| 3 | Defendant Affirmative | 83:2-83:7; 83:9; 83:11; 83:13; 83:15; 83:17; 83:19; 83:21-83:22; 83:25; 84:2; 84:4-84:5 | Foundation Relevance |
| 4 | Defendant Affirmative | 96:9-96:12; 96:14-96:17 | Outside scope of 30(b)(6); AG MIL No. 1, ECF 3127 |
| 5 | Defendant Affirmative | 96:19-96:21; 96:23-96:24 | Outside scope of 30(b)(6); Speculation; AG MIL No. 1, ECF 3127 |
| 6 | Defendant Affirmative | 97:2-97:4; 97:6-97:9; 97:11-97:13; 97:16; 97:18-98:15; | Foundation; Relevance; Speculation; AG MIL No. 1, ECF 3127; Outside scope of 30(b)(6) (as to 97:18-98:15) |
| 7 | Plaintiff Counter | 103:3-103:7; 103:9-103:14 | Non-responsive and speculative answer starting with "but it's certainly possible..." at 103:10-14 (witness answers the question posed in the negative and then offers pure, self-serving speculation that other evidence |

| | | | he isn't aware of based on personal knowledge may exist) |
|---|---|---|---|
| 8 | Defendant Affirmative | 113:19-113:22; 113:25-114:2 | Outside scope of 30(b)(6); Misstates the Law; Relevance; AG MIL No.1, ECF 3127 |
| 9 | Defendant Affirmative | 114:4-114:7; 114:10; 114:12-114:15; 114:18-114:19 | Outside scope of 30(b)(6); Relevance; Speculation; AG MIL No.1, ECF 3127 |
| 10 | Defendant Affirmative | 128:3-128:12, 128:15-128:23, 129:1-129:5 | Foundation; Relevance; AG MIL No. 1, ECF 3127 |
| 11 | Defendant Affirmative | 134:22-134:25, 135:2, 135:4-135:5, 135:7-135:8 | Foundation; Relevance; AG MIL No. 1, ECF 3127 |
| 12 | Defendant Affirmative | 143:19-143:23; 144:1-144:5 | Foundation; Relevance; AG MIL No. 1, ECF 3127 |
| 13 | Defendant Affirmative | 144:7-144:9 | Outside scope of 30(b)(6); Relevance; AG MIL No. 1, ECF 3127 |
| 14 | Defendant Affirmative | 145:2-145:5; 145:7-145:8; 145:10-145:15 | Outside scope of 30(b)(6); Relevance; AG MIL No. 1, ECF 3127 |
| 15 | Defendant Affirmative | 147:11-148:15; 148:17-149:7; 149:9-149:13; 149:15-149:22; 149:24-150:2 | AG MIL No. 1, ECF 3127 |
| 16 | Defendant Affirmative | 152:12-152:15, 152:17-152:23, 152:25-153:1, 153:4-153:16, 153:18-153:20, 153:22-154:2 | AG MIL No. 1, ECF 3127 |
| 17 | Plaintiff Counter | 157:4-157:25, 158:2-158:25 | Relevance and FRE 403 as to discussion of HB24-1136 (substantial risk of confusion to the jury regarding the applicable law; Colorado law regarding warnings is not at issue in this case) |
| 18 | Defendant Affirmative | 179:19-180:22, 181:15-181:16, 181:19-181:21, 182:7-182:10 | Outside scope of 30(b)(6); Relevance; Calls for Legal Conclusion; AG MIL No. 1, ECF 3127 |
| 19 | Defendant Affirmative | 182:14-182:21 | AG MIL No. 1, ECF 3127 |
| 20 | Defendant Affirmative | 183:3-183:9 | Relevance (183:8-9), Expert 702 (183:8-9); AG MIL No. 1, ECF 3127 |
| 21 | Defendant Affirmative | 183:12-183:13 | Outside scope of 30(b)(6); Relevance; Foundation; Expert (702); AG MIL No. 1, ECF 3127 |
| 22 | Defendant Affirmative | 203:5-203:16, 203:18-203:22, 204:9-205:4, 205:6-205:7 | Hearsay; Foundation |

LIST OF DISPUTED DESIGNATIONS (STATE AG MDL)

**State AGs' Submission**

| No. | Designation in Dispute | Legal Objection |
|---|---|---|
| Dr. Elena Davis, Current Meta Employee, User Experience Researcher |||
| 1. | 131:25–134:11; 134:17–134:21 | Lacks foundation 132:14-15, 132:23-24; Completeness 134:17–134:21 |
| A. | *See* 123:22; 124:5-10; and 124:14-22 | *For Context:* Foundation was laid. |
| 2. | 136:25–137:7 | Calls for speculation about motives of product teams; witness herself says it is a hypothetical. |
| A. | *See* 136:16–137:7 | *For Context:* The witness is asked for her understanding. No hypothetical scenario was presented. |
| 3. | 158:22-158:22; 159:2–159:5; 159:16–160:1 | Lacks foundation because Dr. Davis did not author the document, Exhibit 14. 159:7-8. |
| A. | *Compare* 158:22-158:22; 159:2–159:5 *with* 165:15-20 | *For Context:* Foundation was laid. |
| 4. | 163:25–164:11 | Foundation; speculation per witness' testimony 165:15-20 |
| A. | *Compare* 163:25–164:11 *with* 165:15–20 | *For Context:* The subsequent testimony cited (165:15-20) relates to questions and answers not designated. |
| 5. | 245:10–245:11; 246:2–11; 246:18–246:22; 250:20–251:4; 251:5–251:11; 252:5–252:10; 252:12–252:17 | Hearsay within hearsay. Exhibit 15 cites findings from external studies; Lacks foundation because Dr. Davis was not author of exhibit 247:5-7; Lacks foundation because Dr. Davis did not conduct the "in-depth" literature review the questioner refers to. 250:15-18 |
| A. | *See* 246:23–247:13 | *For Context:* The document at issue is Exhibit 23, not Exhibit 15, satisfies FRE 803(6), (8), (18) |

| No. | Counter Desig. in Dispute | Legal Objection |
|---|---|---|
| 1. | 98:3–99:25; 100:9–101:2 | Speculation |
| 2. | 487:24–488:14; 488:16–490:24; 491:2–492:3; 492:5–493:1; and 493:15–494:24 | Improper opinion of lay witness and beyond the scope of direct examination |
| A. | *See* 112:6; 112:11–18; 114:9–14; 114:15-22; 115:23–116:3; 117:3–4; 117:25–118:11 | *For Context*: The direct examination on Exhibit 6 was limited to potential changes and addiction. Issues related to "dopamine" were not discussed on direct. |
| 3. | 495:1–495:8; 495:18-23 | Exhibit 11 and its subject matter not discussed in designations submitted by Plaintiffs on direct. |
| 4. | 496:18–496:23; 497:6–498:2; 508:16–509:10; 511:14–511:18; 525:20–526:16; 526:19–526:21; 527:3–528:4; 528:21–529:25; 533:23–534:2; 534:21–535:16; 547:14–551:2; 551:9–552:22; and 553:7–554:21 | Objection as to relevance FRE 401 and FRE 611(b) outside of scope of direct. |

| Margaret Gould Stewart, Former Vice President of Product Design | | |
|---|---|---|
| No. | Designation in Dispute | Legal Objection |
| 1. | 32:1–33:8 | Foundation; Meta's Motion *in Limine* No. 5 |
| A. | *See* 21:3-18*;* 50:8–51:19; 233:25-237:2; Fed. R. Evid. 701. | *For Context:* Ms. Gould Stewart discusses her role and how her team's responsibilities included policy on cosmetic surgery filters across Meta's family of apps, which are *tools* (not content), and made available on Instagram via Meta's Spark AR platform and facilitated by the toolkit it provided developers to create those tools. |
| 2. | 33:10–34:2 | Relevance, Unduly Prejudicial, Speculation, Foundation (34:9-22) |
| 3. | 56:21–60:17 | Hearsay, Relevance (59:23-60:10) |
| 4. | 107:25–111:13 | Hearsay (Dep. Ex. 12), Speculation (107:25-108:11), Relevance (114:4-20). |
| A. | *See* 111:7–13 114:5–20. Stewart Dep. Ex. 13; Fed. R. Evid. 701; Fed. R. Evid. 803(6). | *For context:* The State AGs' unfairness claims consider whether the conduct was immoral, unethical, oppressive, unscrupulous, or unconscionable. Ms. Stewart has foundation and personal knowledge of coworkers' children, as shown in contemporaneous documents and communications sent in the ordinary course of business. |
| 5. | 35:18–40:7 | Improper opinion, Speculation (37:10-39:2, 40:1-7), mischaracterizes document |
| 6. | 45:2–48:9; 48:12–24; | Improper opinion, assumes facts not in question, mischaracterizes testimony, hearsay (46:2-47:8) |
| 7. | 65:12–68:18; 68:20–71:8; 72:11–74:22; 83:10–84:11; | Improper opinion (69:25-71:8; 72:11–74:22; 83:10–84:11), hearsay (69:25-71:8), Leading (72:11-74:22) |
| 8. | 112:4–114:20 | Improper Opinion |
| A. | *See* Fed. R. Evid. 701; Fed. R. Evid. 803(6). | *For context*: Ms. Stewart learned about these issues in her role at Meta and does not offer expert opinion. |
| No. | Counter Desig. in Dispute | Legal Objection |
| 1. | 179:13-19; 179:21; 180:1-3; 181:11–23; 183:2-4 | Relevance, Prejudicial, Confusing and Misleading |
| A. | *See* 180:11–181:1; 181:24–182:25; 183:5–183:21. | *For Context:* The State AGs pursue claims relating to cosmetic surgery effect filters, not augmented reality filters that make young users look like Pikachu, cats, or zombies. |

| Nick Clegg, President of Global Affairs, Former Employee | | |
|---|---|---|
| No. | Designation in Dispute | Legal Objection |
| 1. | 83:21-86:1 | Relevance; Unduly Prejudicial; Meta's MIL 5 |
| A. | | *For Context*: Relevant to the State AGs' deception claims |
| 2. | 89:20-90:5 | Relevance; Unduly Prejudicial; Meta's MIL 5; Hearsay (89:20-90:5) |

LIST OF DISPUTED DESIGNATIONS (STATE AG MDL)

| No. | Counter Desig. in Dispute | Legal Objection |
|---|---|---|
| A. | | *For Context*:  Relevant to the State AGs' deception claims; Business Record; Present Sense Impression; Excited Utterance; Admission of a Party Opponent |
| 3. | 139:9-22 | Hearsay |
| A. | | *For Context:* Business Record |
| **No.** | **Counter Desig. in Dispute** | **Legal Objection** |
| 1. | 594:9-597:2 | Relevance (594:21-595:9); Speculation (594:21-24); Foundation (591:21-24) |
| 2. | 600:4-10 | Foundation |
| 3. | 600:14-601:12 | Non-Responsive; Improper Narrative |
| 4. | 604:21-605:20 | Legal Conclusion (605:8-12) |
| 5. | 611:2-612:12 | Hearsay (611:25-612:10) |
| 6. | 613:6-614:23 | Hearsay (614:5-23) |
| 7. | 643:6-11 | Relevance |
| 8. | 644:13-19 | Form |
| 9. | 644:23-645:16 | Speculation; Relevance |
| **No.** | **Counter Desig. in Dispute (Meta Completeness Desig.)** | **Legal Objection** |
| 1. | 86:2-87:21 | Non-responsive; Speculation (86:11-24) |
| 2. | 630:16-631:18 | Foundation; Improper Narrative; Hearsay |
| 3. | 633:8-11 | Form; Foundation |
| 4. | 633:13-634:16 | Relevance; Improper Narrative |

| Natalie Troxel, Senior UX Researcher, Former Employee | | |
|---|---|---|
| **No.** | **Designation in Dispute** | **Legal Objection** |
| 1. | 31:5-32:14 | Relevance, Unduly Prejudicial [403] (general discussion of company culture not tied to a specific representation); Foundation/personal knowledge (no foundation establishing witness' role as UX researcher gave her knowledge as to Meta's revenue prioritization) |
| A. | *See* 32:1-6; 32:9 | *For Context:* Ms. Troxel is testifying as to her personal experience at Meta. This testimony is proper under FRE 701(a). |
| 2. | 94:24-95:8 | Speculation (as to date and sentiment of company as a whole); Foundation |
| A. | *See* 95:6-7 | *For Context:* The confusion seems to be whether this was before or after the Frances Haugen leaks, but the date is based on when Ms. Troxel left Meta and is not speculative. |
| 3. | 99:1-7 | Hearsay, Speculation (Witness speculating as to mindset of Meta's executives), Foundation |
| A. | | *For Context:* Relevant to show Ms. Troxel's direct experience after the Frances Haugen leaks. This testimony is proper under FRE 701(a) and an admission of a party opponent. |
| **No.** | **Counter Desig. in Dispute** | **Legal Objection** |
| 2. | 153:8-24 | Relevance |
| 4. | 166:11-12 | Legal conclusion |
| 5. | 166:18-23 | Legal conclusion (166:18-19) |

7

DATED: June 30, 2026

Respectfully submitted,

By:    */s/ Ashley M. Simonsen*
Ashley M. Simonsen (Bar No. 275203)
COVINGTON & BURLING LLP
1999 Avenue of the Stars
Los Angeles, California 90067
Telephone: (424) 332-4800
Facsimile: (424) 332-4749
Email: asimonsen@cov.com

Paul W. Schmidt, *pro hac vice*
Timothy C. Hester, *pro hac vice*
COVINGTON & BURLING LLP
One City Center
850 Tenth Street, NW
Washington, DC 20001-4956
Telephone: (202) 662-6000
Facsimile: (202) 662-6291
Email: pschmidt@cov.com
Email: thester@cov.com

*Attorneys for Defendants Meta Platforms, Inc.*
*f/k/a Facebook, Inc. and Instagram, LLC*

LIST OF DISPUTED DESIGNATIONS (STATE AG MDL)

**PHILIP J. WEISER**
Attorney General
State of Colorado

 */s/ Krista Batchelder*
Krista Batchelder, CO Reg. No. 45066,
*pro hac vice*
Deputy Solicitor General
Shannon Stevenson, CO Reg. No. 35542, *pro hac vice*
Solicitor General
Elizabeth Orem, CO Reg. No. 58309, *pro hac vice*
Assistant Attorney General
Colorado Department of Law
Ralph L. Carr Judicial Center
Consumer Protection Section
1300 Broadway, 7th Floor
Denver, CO 80203
Phone: (720) 508-6651
krista.batchelder@coag.gov
Shannon.stevenson@coag.gov
Elizabeth.orem@coag.gov

*Attorneys for Plaintiff State of Colorado, ex rel.*
*Philip J. Weiser, Attorney General*


**ROB BONTA**
Attorney General
State of California

 */s/ Megan O'Neill*
Nicklas A. Akers (CA SBN 211222)
Senior Assistant Attorney General
Bernard Eskandari (SBN 244395)
Emily Kalanithi (SBN 256972)
Supervising Deputy Attorneys General
Nayha Arora (CA SBN 350467)
Megan O'Neill (CA SBN 343535)
Joshua Olszewski-Jubelirer (CA SBN 336428)
Marissa Roy (CA SBN 318773)
Brendan Ruddy (CA SBN 297896)
Deputy Attorneys General
California Department of Justice
Office of the Attorney General
455 Golden Gate Ave., Suite 11000
San Francisco, CA 94102-7004
Phone: (415) 510-4400
Fax: (415) 703-5480

LIST OF DISPUTED DESIGNATIONS (STATE AG MDL)

Megan.Oneill@doj.ca.gov

*Attorneys for Plaintiff the People of the State of California*

**RUSSELL COLEMAN**
Attorney General
Commonwealth of Kentucky

*/s/ Philip Heleringer*
J. Christian Lewis (KY Bar No. 87109),
*Pro hac vice*
Philip Heleringer (KY Bar No. 96748),
*Pro hac vice*
Zachary Richards (KY Bar No. 99209),
*Pro hac vice*
Daniel I. Keiser (KY Bar No. 100264),
*Pro hac vice*
Matthew Cocanougher (KY Bar No. 94292),
*Pro hac vice*
Assistant Attorneys General
1024 Capital Center Drive, Suite 200
Frankfort, KY 40601
CHRISTIAN.LEWIS@KY.GOV
PHILIP.HELERINGER@KY.GOV
ZACH.RICHARDS@KY.GOV
DANIEL.KEISER@KY.GOV
MATTHEW.COCANOUGHER@KY.GOV
Phone: (502) 696-5300
Fax: (502) 564-2698

*Attorneys for Plaintiff the Commonwealth of Kentucky*

**JENNIFER DAVENPORT**
Attorney General
State of New Jersey

*/s/ Thomas Huynh*
Brian F. McDonough (NJ Bar No. 026121980),
*Pro hac vice*
Kashif T. Chand (NJ Bar No. 016752008),
*Pro hac vice*
Assistant Attorneys General
Thomas Huynh (NJ Bar No. 200942017),
*Pro hac vice*
Section Chief, Deputy Attorney General
Patrick J. Misale (NJ Bar No. 401352022)
*Pro hac vice*

10
LIST OF DISPUTED DESIGNATIONS (STATE AG MDL)

Verna J. Pradaxay (NJ Bar No. 335822021),
*Pro hac vice*
Mandy K. Wang (NJ Bar No. 373452021),
*Pro hac vice*
Deputy Attorneys General
New Jersey Office of the Attorney General,
Division of Law
124 Halsey Street, 5th Floor
Newark, NJ 07101
Tel: (973) 648-2052
Brian.Mcdonough@law.njoag.gov
Kashif.Chand@law.njoag.gov
Thomas.Huynh@law.njoag.gov
Verna.Pradaxay@law.njoag.gov
Mandy.Wang@law.njoag.gov

*Attorneys for Plaintiffs Jennifer Davenport, Attorney General for the State of New Jersey, and Jeremy E. Hollander, Acting Director of the New Jersey Division of Consumer Affairs*

LIST OF DISPUTED DESIGNATIONS (STATE AG MDL)