Ashley M. Simonsen (Bar No. 275203)
COVINGTON & BURLING LLP
1999 Avenue of the Stars
Los Angeles, California 90067-4643
Telephone: + 1 (424) 332-4800
Facsimile: + 1 (424) 332-4749
Email: asimonsen@cov.com

*Attorneys for Defendants Meta Platforms, Inc.
f/k/a Facebook, Inc. and Instagram, LLC*

*[Additional counsel listed on signature pages]*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates To:<br><br>*People of the State of California, et al. v. Meta Platforms, Inc. et al.* | MDL No. 3047<br><br>Case Nos.:   4:22-md-03047-YGR<br>                    4:23-cv-05448-YGR-PHK<br><br>**[PROPOSED] ORDER ON LIST OF DISPUTED DESIGNATIONS (STATE AG MDL)**<br><br>Judge: Hon. Yvonne Gonzalez Rogers<br>Magistrate Judge: Hon. Peter H. Kang<br><br>Date: June 26, 2026<br>Time: 8:00 AM<br>Place: Courtroom 1, 4th Floor |

| No. | Form of Excerpt | Designation in Dispute | Court's Ruling |
|---|---|---|---|
| Amos Hartson, Deputy Attorney General, California Department of Justice, Current Employee, Rule 30(b)(6) Designee for State of California | | | |
| 1. | Defendant Affirmative | 24:2-24:7 | |
| 2. | Defendant Affirmative | 31:24-31:25, 32:2-32:3, 32:24-33:1 | |
| 3. | Defendant Affirmative | 56:6-57:9 | |
| 4. | Defendant Affirmative | 59:4-59:24; 60:4-60:7 | |
| 5. | Defendant Affirmative | 62:16-63:2; 63:5-63:6 | |
| 6. | Plaintiff Counter | 63:10-63:15; 63:19-64:11 | |
| 7. | Defendant Affirmative | 76:17-76:18; 76:20-76:22; 76:24-77:5; 77:10-77:14; 77:16-77:22 | |
| 8. | Defendant Affirmative | 90:5-90:7, 90:9-90:16, 90:19-90:24, 91:2-91:3, 91:5 | |
| 9. | Defendant Affirmative | 98:12-98:15, 98:19-98:21, 98:23-98:25 | |
| 10. | Defendant Counter Counter | 99:4-99:7; 99:9-99:20; 99:23-100:7; 100:10-100:11 | |
| 11. | Defendant Affirmative | 105:1-105:4; 105:7-105:8 | |
| 12. | Defendant Affirmative | 107:2-107:6, 107:8-107:15 | |
| 13. | Defendant Affirmative | 107:25-108:5, 108:8-108:11 | |
| 14. | Defendant Affirmative | 109:7-109:10, 109:13-109:18, 109:21-109:25, 110:3-110:4 | |
| 15. | Defendant Affirmative | 111:12-111:16, 111:19-111:20 | |
| 16. | Defendant Affirmative | 126:16-126:19 | |
| 17. | Defendant Affirmative | 126:22-127:2, 127:4, 127:14-127:15, 127:17 | |
| 18. | Defendant Affirmative | 130:10-130:12 | |
| 19. | Defendant Affirmative | 130:15-131:10 | |

[PROPOSED] ORDER ON LIST OF DISPUTED DESIGNATIONS (STATE AG MDL)

| No. | Form of Excerpt | Designation in Dispute | Court's Ruling |
|---|---|---|---|
| **Nathan Blake, Deputy Attorney General for Consumer Protection, Office of the Attorney General Colorado Department of Law, Current Employee, Rule 30(b)(6) Designee for State of Colorado** | | | |
| 1. | Defendant Affirmative | 73:17-73:18; 73:20-73:22; 73:24-74:12, 74:14-16 | |
| 2. | Defendant Affirmative | 75:4-75:5, 75:8-75:14, 75:16-75:21 | |
| 3. | Defendant Affirmative | 83:2-83:7; 83:9; 83:11; 83:13; 83:15; 83:17; 83:19; 83:21-83:22; 83:25; 84:2; 84:4-84:5 | |
| 4. | Defendant Affirmative | 96:9-96:12; 96:14-96:17 | |
| 5. | Defendant Affirmative | 96:19-96:21; 96:23-96:24 | |
| 6. | Defendant Affirmative | 97:2-97:4; 97:6-97:9; 97:11-97:13; 97:16; 97:18-98:15; | |
| 7. | Plaintiff Counter | 103:3-103:7; 103:9-103:14 | |
| 8. | Defendant Affirmative | 113:19-113:22; 113:25-114:2 | |
| 9. | Defendant Affirmative | 114:4-114:7; 114:10; 114:12-114:15; 114:18-114:19 | |
| 10. | Defendant Affirmative | 128:3-128:12, 128:15-128:23, 129:1-129:5 | |
| 11. | Defendant Affirmative | 134:22-134:25, 135:2, 135:4-135:5, 135:7-135:8 | |
| 12. | Defendant Affirmative | 143:19-143:23; 144:1-144:5 | |
| 13. | Defendant Affirmative | 144:7-144:9 | |
| 14. | Defendant Affirmative | 145:2-145:5; 145:7-145:8; 145:10-145:15 | |
| 15. | Defendant Affirmative | 147:11-148:15; 148:17-149:7; 149:9-149:13; 149:15-149:22; 149:24-150:2 | |
| 16. | Defendant Affirmative | 152:12-152:15, 152:17-152:23, 152:25-153:1, 153:4-153:16, 153:18-153:20, 153:22-154:2 | |
| 17. | Plaintiff Counter | 157:4-157:25, 158:2-158:25 | |
| 18. | Defendant Affirmative | 179:19-180:22, 181:15-181:16, 181:19-181:21, 182:7-182:10 | |

3

| 19. | Defendant Affirmative | 182:14-182:21 | |
|---|---|---|---|
| 20. | Defendant Affirmative | 183:3-183:9 | |
| 21. | Defendant Affirmative | 183:12-183:13 | |
| 22. | Defendant Affirmative | 203:5-203:16, 203:18-203:22, 204:9-205:4, 205:6-205:7 | |

| Dr. Elena Davis, Current Meta Employee, User Experience Researcher | | |
|---|---|---|
| **No.** | **Designation in Dispute** | **Court's Ruling** |
| 1. | 131:25–134:11; 134:17–134:21 | |
| A. | *See* 123:22; 124:5-10; and 124:14-22 | |
| 2. | 136:25–137:7 | |
| A. | *See* 136:16–137:7 | |
| 3. | 158:22-158:22; 159:2–159:5; 159:16–160:1 | |
| A. | *Compare* 158:22-158:22; 159:2–159:5 *with* 165:15-20 | |
| 4. | 163:25–164:11 | |
| A. | *Compare* 163:25–164:11 *with* 165:15–20 | |
| 5. | 245:10–245:11; 246:2–11; 246:18–246:22; 250:20–251:4; 251:5–251:11; 252:5–252:10; 252:12–252:17 | |
| A. | *See* 246:23–247:13 | |
| **No.** | **Counter Desig. in Dispute** | **Court's Ruling** |
| 1. | 98:3–99:25; 100:9–101:2 | |
| 2. | 487:24–488:14; 488:16–490:24; 491:2–492:3; 492:5–493:1; and 493:15–494:24 | |
| A. | *See* 112:6; 112:11–18; 114:9–14; 114:15-22; 115:23–116:3; 117:3–4; 117:25–118:11 | |

[PROPOSED] ORDER ON LIST OF DISPUTED DESIGNATIONS (STATE AG MDL)

| No. | Designation in Dispute | Court's Ruling |
|---|---|---|
| 3. | 495:1–495:8; 495:18-23 | |
| 4. | 496:18–496:23; 497:6–498:2; 508:16–509:10; 511:14–511:18; 525:20–526:16; 526:19–526:21; 527:3–528:4; 528:21–529:25; 533:23–534:2; 534:21–535:16; 547:14–551:2; 551:9–552:22; and 553:7–554:21 | |

| Margaret Gould Stewart, Former Vice President of Product Design | | |
|---|---|---|
| **No.** | **Designation in Dispute** | **Court's Ruling** |
| 1. | 32:1–33:8 | |
| A. | *See* 21:3-18*;* 50:8–51:19; 233:25-237:2; Fed. R. Evid. 701. | |
| 2. | 33:10–34:2 | |
| 3. | 56:21–60:17 | |
| 4. | 107:25–111:13 | |
| A. | *See* 111:7–13 114:5–20. Stewart Dep. Ex. 13; Fed. R. Evid. 701; Fed. R. Evid. 803(6). | |
| 5. | 35:18–40:7 | |
| 6. | 45:2–48:9; 48:12–24; | |
| 7. | 65:12–68:18; 68:20–71:8; 72:11–74:22; 83:10–84:11; | |
| 8. | 112:4–114:20 | |
| A. | *See* Fed. R. Evid. 701; Fed. R. Evid. 803(6). | |
| **No.** | **Counter Desig. in Dispute** | **Court's Ruling** |
| 1. | 179:13-19; 179:21; 180:1-3; 181:11–23; 183:2-4 | |
| A. | *See* 180:11–181:1; 181:24–182:25; 183:5–183:21. | |

| Nick Clegg, President of Global Affairs, Former Employee | | |
|---|---|---|
| **No.** | **Designation in Dispute** | **Court's Ruling** |
| 1. | 83:21-86:1 | |

[PROPOSED] ORDER ON LIST OF DISPUTED DESIGNATIONS (STATE AG MDL)

| No. | Designation in Dispute | Court's Ruling |
|---|---|---|
| 2. | 89:20-90:5 | |
| 3. | 139:9-22 | |

| No. | Counter Desig. in Dispute | Court's Ruling |
|---|---|---|
| 1. | 594:9-597:2 | |
| 2. | 600:4-10 | |
| 3. | 600:14-601:12 | |
| 4. | 604:21-605:20 | |
| 5. | 611:2-612:12 | |
| 6. | 613:6-614:23 | |
| 7. | 643:6-11 | |
| 8. | 644:13-19 | |
| 9. | 644:23-645:16 | |

| No. | Counter Desig. in Dispute (Meta Completeness Desig.) | Court's Ruling |
|---|---|---|
| 1. | 86:2-87:21 | |
| 2. | 630:16-631:18 | |
| 3. | 633:8-11 | |
| 4. | 633:13-634:16 | |

| Natalie Troxel, Senior UX Researcher, Former Employee | | |
|---|---|---|
| **No.** | **Designation in Dispute** | **Court's Ruling** |
| 1. | 31:5-32:14 | |
| A. | *See* 32:1-6; 32:9 | |
| 2. | 94:24-95:8 | |
| A. | *See* 95:6-7 | |
| 3. | 99:1-7 | |
| **No.** | **Counter Desig. in Dispute** | **Court's Ruling** |

6

| 2. | 153:8-24 | |
|----|----------|---|
| 4. | 166:11-12 | |
| 5. | 166:18-23 | |

**SO ORDERED**.

Dated: _____, 2026        _____

                                **HON. YVONNE GONZALEZ ROGERS**

                                **UNITED STATES CHIEF DISTRICT JUDGE**

[PROPOSED] ORDER ON LIST OF DISPUTED DESIGNATIONS (STATE AG MDL)