UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION | MDL No. 3047 |
| | Case Nos. 4:22-md-03047-YGR |
| THIS DOCUMENT RELATES TO: | 4:23-cv-05448-YGR |
| | **PROCEDURAL STIPULATIONS** |
| *People of the State of California, et al. v. Meta Platforms, Inc., et al.* | Judge: Hon. Yvonne Gonzalez Rogers |

PLEASE INITIAL AND SIGN as acceptable:

It is stipulated that the Jury Instructions and the Exhibits may go into the Jury Room during deliberations.

For the Plaintiff _D K_          For the Defendant _PS_

It is stipulated that the parties need not be present when, during jury deliberations, the jurors are excused for lunch, return for lunch, and/or are discharged in the evening and resume in the morning.

For the Plaintiff _D K_          For the Defendant _PS_

It is stipulated that, during jury deliberations, the jury may recess without further admonition and without assembling in the jury box, and that they may resume their deliberations upon the Deputy Clerk's determination that all jurors are present.

For the Plaintiff _D K_          For the Defendant _PS_

In the absence of the trial judge, any judge of this court may receive the verdict.

For the Plaintiff _D K_          For the Defendant _PS_

**RUSSELL COLEMAN**
Attorney General
Commonwealth of Kentucky


*/s/ Daniel Keiser*
Daniel I. Keiser (KY Bar No. 100264)


*Attorney for Plaintiff the Commonwealth of Kentucky*


**ROB BONTA**
Attorney General
State of California


*/s/ Megan O'Neill*
Megan O'Neill (CA SBN 343535)


*Attorney for Plaintiff the People of the State of California*


**PHILIP J. WEISER**
Attorney General
State of Colorado


*/s/ Krista Batchelder*
Krista Batchelder, CO Reg. No. 45066
*Attorney for Plaintiff State of Colorado, ex rel. Philip J. Weiser, Attorney General*


**JENNIFER DAVENPORT**
Attorney General
State of New Jersey


*/s/ Thomas Huynh*
Thomas Huynh (NJ Bar No. 200942017)
*Attorney for Plaintiffs Jennifer Davenport, Attorney General for the State of New Jersey, and Jeremy E. Hollander, Acting Director of the New Jersey Division of Consumer Affairs*

**META PLATFORMS, INC.**


*/s/ Paul Schmidt*

Paul Schmidt *(pro hac vice)*

*Attorney for Defendants Meta Platforms, Inc.*

United States District Court
Northern District of California

2

## <u>SIGNATURE CERTIFICATION</u>

Under Civ. L.R. 5-1(i)(3), I, Ashley M. Simonsen, hereby attest that all signatories listed, and on whose behalf the filing is submitted, concur in this filing's content and have authorized this filing.

DATED:  July 1, 2026                                  */s/ Ashley M. Simonsen*