[*Parties and Counsel Listed on Signature Pages*]

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION | MDL No. 3047 |
| THIS DOCUMENT RELATES TO: | Case Nos. 4:22-md-03047-YGR-PHK 4:23-cv-05448-YGR |
| *People of the State of California, et al. v. Meta Platforms, Inc., et al.* | **STIPULATION AND [PROPOSED] ORDER RE SEALING AND REDACTING OF THE REMAINING PRE-TRIAL FILINGS** |
| | Judge: Hon. Yvonne Gonzalez Rogers Magistrate Judge: Hon. Peter H. Kang |

The State Attorneys General ("State AGs") and Defendant Meta Platforms, Inc. ("Meta") (together "Parties"), through their undersigned counsel, jointly submit this Stipulation and Proposed Order setting forth a streamlined process for remaining sealing requests to comply with the Court's directives from the June 26, 2026 Pretrial Conference ("Pretrial Conference") and the Court's Pretrial Order No. 3 (ECF No. 439 (3212)) and reduce the volume of sealing requests.

## I.    Background

During the Pretrial Conference and in its Pretrial Order, the Court presumptively denied the motions to seal associated with the Parties' motions for summary judgment ("MSJs") and Rule 702 motions,[1] with the exception of personally identifiable information ("PII") requests that were consistent with her prior orders to seal certain PII. *Id.* at 4. The Court held that "[i]n the event that a genuine request exists for a document to be sealed, a request may be filed no later than July 6, 2026 and lead trial counsel shall appear in person on Wednesday, July 8 at 9:00am to address the request." *Id.* Separately, under the Court's Order Setting Sealing Procedures ("Sealing Protocol") (ECF No. 341), and the Parties' subsequent agreement by stipulation to modify certain sealing deadlines set by the Sealing Protocol (ECF No. 422 (3184)), the Parties were to file an omnibus sealing stipulation and motion for the Supplemental Materials to State AGs' Motion to Strike Late Disclosed Witnesses ("Motion to Strike") (ECF Nos. 357 (3104), 362 (3110)) by June 29, 2026. Under the Court's Sealing Protocol, the Parties must also file an omnibus sealing stipulation and motion for the Parties' motions *in limine* ("MILs")[2] by July 1, 2026. The State AGs filed their

---

[1] The associated filings include Omnibus Sealing Stipulation Meta's and State AGs' MSJs (Original – ECF Nos. 312-319 (3006-3013), 332 (3027); Addendum – ECF No. 340 (3048) (moot); Amended – ECF Nos. 404 (3163)); Meta's Omnibus Motion to Seal Meta's and State AGs' MSJs (Original – ECF No. 320 (3014), Amended – ECF Nos. 405 (3164), 428 (3194)) and related opposition (ECF Nos. 335-336 (3030-3031), 426-427 (3191-3192)) and reply (ECF No. 341 (3052)) briefs; Omnibus Sealing Stipulation Meta's and State AGs' Rule 702 Motions (Original – ECF No. 406 (3165)); Amended – ECF No. 429 (3195)); and Meta's Omnibus Motion to Seal Meta's and State AGs' Rule 702 Motions (Original – ECF Nos. 407 (3166), Amended – ECF No. 430 (3196)) and related opposition brief (ECF Nos. 424-425 (3189-3190)).

[2] The associated filings include Meta's MIL No. 1 (ECF Nos. 365 (3115), 366 (3116)); Meta's MIL No. 2 (ECF Nos. 367 (3117), 368 (3118)); Meta's MIL No. 3 (ECF Nos. 369 (3119), 370 (3120)); Meta's MIL No. 4 (ECF Nos. 371 (3121), 372 (3122)); Meta's MIL No. 5 (ECF Nos. 373 (3123), 374 (3124)); the State AGs' MIL No. 1 (ECF Nos. 377 (3127), 378 (3128)); the State AGs' MIL No. 2 (ECF Nos. 379 (3129), 380 (3130)); the State AGs' MIL No. 3 (ECF Nos. 381 (3131),

1

STIPULATION AND [PROPOSED] ORDER RE SEALING AND REDACTING REMAINING PRE-TRIAL FILINGS
Case Nos. 4:22-MD-03047-YGR-PHK, 4:23-CV-05448-YGR

Response to Court's Order to Provide Documentation Regarding Certain Misrepresentations (ECF No. 444 (3215)) under seal on June 29, 2026,[3] and the Parties intend to address these documents along with the sealing of other MIL materials by the deadlines set forth below.

## II.    Stipulation

To reconcile the open sealing deadlines, facilitate resolution of all outstanding sealing requests by July 8, 2026, and reduce the administrative burden on the Court, the Parties, through their undersigned counsel, stipulate, and respectfully request the Court's approval, that:

1.  The Parties will file a stipulation and proposed order allowing redaction of certain categories of PII without additional Court review or approval in pending or future unsealed filings including (i) names of current or former nonexecutive Meta employees who have not been deposed in the MDL or JCCP 5255; (ii) employee contact information such as email addresses and phone numbers; and (iii) the names and full dates of birth of minors, in accordance with Rule 5.2 of the Federal Rules of Civil Procedure. This stipulation would apply to the filings that are subject to sealing-related deadlines through July 8, 2026 as discussed in Section I above except the MSJs,[4] including the Rule 702 motions, Motion to Strike, MILs, and the State AGs' Response to Court's Order to Provide Documentation Regarding Certain Misrepresentations

---

382 (3132)); the State AGs' Response re Meta's MIL No. 4 (ECF No. 394 (3154)); the State AGs' Response re Meta's MIL No. 3 (ECF Nos. 395 (3155), 396 (3156)); the State AGs' Response re Meta's MIL No. 1 (ECF Nos. 397 (3157), 398 (3158)); the State AGs' Response re Meta's MIL No. 2 (ECF Nos. 401 (3161), 402 (3162)); Meta's Response re the State AGs' MIL No. 3 (ECF Nos. 410 (3169), 413 (3172)); Meta's Response re the State AGs' MIL No. 2 (ECF Nos. 403 (3173), 414 (3174)); the State AGs' Response re Meta's MIL No. 5 (ECF Nos. 415 (3175), 416 (3176)); Meta's Response re the State AGs' MIL No. 1 (ECF Nos. 418 (3178), 419 (3179)); and all accompanying exhibits.

[3] The State AGs also filed their Penalty and Disgorgement Charts and Supporting Materials (ECF No. 445 (3218)) on June 29, 2026. Meta's responsive filing is due on July 6, 2026. The State AGs also requested the opportunity to reply. Given that the filings on the penalty and disgorgement charts and supporting materials have not been completed, the Parties anticipate needing more time to resolve related sealing matters but aim to do so expeditiously and without the need for motions practice.

[4] The Parties' MSJs are excluded because the Court granted the PII redactions on June 29, 2026. ECF No. 440 (3214).

(together hereinafter the "July 8 Sealings") as well as any future pre-trial filings that pertain to *People of the State of California, et al. v. Meta Platforms, Inc., et al.* (23-CV-5448) occurring before August 12, 2026 and not covered by the Parties' forthcoming trial sealing protocol.

2. On July 6, 2026 at 9:00 A.M., the Parties will present to the Court a narrowed set of confidential business information ("CBI") redactions in exhibits to the July 8 Sealings in a single, consolidated Omnibus Sealing Stipulation and Proposed Order with ECF numbers. To the extent that the Parties have previously filed redacted exhibits with undisputed CBI and PII redactions in connection with the original and/or amended MSJs and Rule 702 sealing submissions, these filings shall stand as the final public redacted versions. For exhibits with undisputed CBI that have not yet been filed, the Parties shall file the final public redacted versions with the undisputed CBI and PII on the docket as attachments to the Omnibus Sealing Stipulation. These "final public redacted versions" will be final for the purposes of the related pre-trial filings. The Parties reserve all rights to seek further redactions for purposes of trial, as indicated in the related Omnibus Sealing Stipulation.

3. Should any of the CBI redactions proposed to the Court remain in dispute, the Parties shall include a list of the disputed CBI redactions in the Omnibus Sealing Stipulation consistent with the Court's Sealing Protocol (including providing a basis for the disputed sealing request) and appear before the Court on July 8, 2026 to present their respective positions on the disputed redactions.

4. The deadlines set forth above shall apply in lieu of those otherwise applicable under the Sealing Protocol.

STIPULATION AND [PROPOSED] ORDER RE SEALING AND REDACTING REMAINING PRE-TRIAL FILINGS
Case Nos. 4:22-MD-03047-YGR-PHK, 4:23-CV-05448-YGR

**IT IS SO STIPULATED.**

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: _____    _____

HON. YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT JUDGE

STIPULATION AND [PROPOSED] ORDER RE SEALING AND REDACTING REMAINING PRE-TRIAL FILINGS
Case Nos. 4:22-MD-03047-YGR-PHK, 4:23-CV-05448-YGR

Dated: July 1, 2026

Respectfully submitted,

DAVIS POLK & WARDWELL LLP

*/s/ Antonio J. Perez-Marques*

James P. Rouhandeh, *pro hac vice*
Antonio J. Perez-Marques, *pro hac vice*
Caroline Stern, *pro hac vice*
Corey M. Meyer, *pro hac vice*
450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4000
Facsimile: (212) 701-5800
rouhandeh@davispolk.com
antonio.perez@davispolk.com
caroline.stern@davispolk.com
corey.meyer@davispolk.com

COVINGTON & BURLING LLP
Ashley M. Simonsen, SBN 275203
1999 Avenue of the Stars
Los Angeles, California 90067
Telephone: (424) 332-4800
Facsimile: (424) 332-2749
asimonsen@cov.com

Paul W. Schmidt, *pro hac vice*
Phyllis A. Jones, *pro hac vice*
One CityCenter
850 Tenth Street, NW
Washington, DC 20001-4956
Telephone: (202) 662-6000
Facsimile: (202) 662-6291
pschmidt@cov.com
pajones@cov.com

*Attorneys for Defendant Meta Platforms, Inc.*

ROB BONTA
Attorney General, State of California

*/s/ Samantha Beckett*

Nicklas A. Akers (CA SBN 211222)
Senior Assistant Attorney General
Bernard Eskandari (SBN 244395)
Emily Kalanithi (SBN 256972)
Supervising Deputy Attorneys General
Nayha Arora (CA SBN 350467)
Megan O'Neill (CA SBN 343535)
Joshua Olszewski-Jubelirer (CA SBN 336428)
Brendan Ruddy (CA SBN 297896)
Samantha Beckett (CA SBN 308456)
Katherine Read (CA SBN 341463)
Deputy Attorneys General
California Department of Justice

5

Office of the Attorney General
455 Golden Gate Ave., Suite 11000
San Francisco, CA 94102-7004
Phone: (415) 510-4400
Fax: (415) 703-5480
megan.oneill@doj.ca.gov

*Attorneys for Plaintiff the People of the State of California*

PHILIP J. WEISER
Attorney General, State of Colorado

*/s/ Krista Batchelder*
Krista Batchelder, CO Reg. No. 45066,
*pro hac vice*
Deputy Solicitor General
Shannon Stevenson, CO Reg. No. 35542,
*pro hac vice*
Solicitor General
Elizabeth Orem, CO Reg. No. 58309,
*pro hac vice*
Assistant Attorney General
Colorado Department of Law
Ralph L. Carr Judicial Center
Consumer Protection Section
1300 Broadway, 7th Floor
Denver, CO 80203
Phone: (720) 508-6651
krista.batchelder@coag.gov
shannon.stevenson@coag.gov
elizabeth.orem@coag.gov

*Attorneys for Plaintiff State of Colorado, ex rel.*
*Philip J. Weiser, Attorney General*

RUSSELL COLEMAN
Attorney General, Commonwealth of Kentucky

*/s/ J. Christian Lewis*
J. Christian Lewis (KY Bar No. 87109),
*Pro hac vice*
Philip Heleringer (KY Bar No. 96748),
*Pro hac vice*
Zachary Richards (KY Bar No. 99209),
*Pro hac vice*
Daniel I. Keiser (KY Bar No. 100264),
*Pro hac vice*
Matthew Cocanougher (KY Bar No. 94292),
*Pro hac vice*
Assistant Attorneys General
1024 Capital Center Drive, Suite 200

STIPULATION AND [PROPOSED] ORDER RE SEALING AND REDACTING REMAINING PRE-TRIAL FILINGS
Case Nos. 4:22-MD-03047-YGR-PHK, 4:23-CV-05448-YGR

Frankfort, KY 40601
christian.lewis@ky.gov
philip.heleringer@ky.gov
zach.richards@ky.gov
daniel.keiser@ky.gov
matthew.cocanougher@ky.gov
Phone: (502) 696-5300
Fax: (502) 564-2698

*Attorneys for Plaintiff the Commonwealth of Kentucky*

JENNIFER DAVENPORT
Attorney General, State of New Jersey

*/s/ Kashif T. Chand*
Kashif T. Chand (NJ Bar No. 016752008),
*Pro hac vice*
Assistant Attorney General
Thomas Huynh (NJ Bar No. 200942017),
*Pro hac vice*
Section Chief, Deputy Attorney General
Verna J. Pradaxay (NJ Bar No. 335822021),
*Pro hac vice*
Mandy K. Wang (NJ Bar No. 373452021),
*Pro hac vice*
Deputy Attorneys General
New Jersey Office of the Attorney General,
Division of Law
124 Halsey Street, 5th Floor
Newark, NJ 07101
Tel: (973) 648-2052
Kashif.Chand@law.njoag.gov
Thomas.Huynh@law.njoag.gov
Verna.Pradaxay@law.njoag.gov
Mandy.Wang@law.njoag.gov

*Attorneys for Plaintiffs New Jersey Attorney General and the New Jersey Division of Consumer Affairs Jennifer Davenport, Attorney General for the State of New Jersey, and Jeremy E. Hollander, Acting Director of the New Jersey Division of Consumer Affairs*

7

**ATTESTATION**

I, Antonio J. Perez-Marques, hereby attest, pursuant to N.D. Cal. Civil L.R. 5-1, that the concurrence to the filing of this document has been obtained from each signatory hereto.

Dated:  July 1, 2026                          /s/ Antonio J. Perez-Marques
                                              Antonio J. Perez-Marques

STIPULATION AND [PROPOSED] ORDER RE SEALING AND REDACTING REMAINING PRE-TRIAL FILINGS
Case Nos. 4:22-MD-03047-YGR-PHK, 4:23-CV-05448-YGR