*[Parties and counsel listed on signature page]*

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION<br><br><br>THIS DOCUMENT RELATES TO: ALL ACTIONS | MDL No. 3047<br><br>Case Nos.:  4:22-md-03047-YGR-PHK<br>            4:26-cv-05308-YGR<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER REGARDING STAY OF ALL CLAIMS AND PROCEEDINGS AGAINST DISCORD INC.**<br><br>Judge: Hon. Yvonne Gonzalez Rogers<br>Magistrate Judge: Hon. Peter H. Kang |

## JOINT STIPULATION

Plaintiff Riley Hayes ("Hayes") and Discord Inc. ("Discord"), through their undersigned counsel, hereby stipulate and respectfully request that the Court enter the proposed order staying all claims and proceedings against Discord in the case listed below and in any future cases that may be filed by undersigned Plaintiff's counsel against Discord in these proceedings or that are transferred to these proceedings.

| Case & Member Case No. | SFC Filing Date |
| --- | --- |
| *Riley Hayes v. Meta Platforms, Inc., et al.,* 4:26-cv-05308-YGR (N.D. Cal.) | June 3, 2026 |

The Court previously stayed all claims and proceedings against Discord in connection with stipulations filed by Discord and other plaintiffs' counsel. *See* Dkt. 1331, 1339, 2951. As was the case when the Court entered the existing stays, *id.*, Discord has not been named in any Master Complaint, participated in briefing of any motions to dismiss any Master Complaint, or participated in any discovery in these proceedings to date. Additionally, the above-referenced case has not been selected as a bellwether case in these proceedings. *See* Dkt. 1023. Accordingly, it will further the interests of judicial economy and efficiency to stay the above case and any future cases that may be filed by undersigned Plaintiff's counsel against Discord in these proceedings or that are transferred to these proceedings.

Consistent with the earlier stay stipulations (Dkt. 1331, 2951), this stipulation and the requested stay are without prejudice to (1) the right of any parties in any bellwether cases to seek third-party discovery from Discord in connection with the bellwether plaintiffs' use of their services; (2) any Discord objections or requests for relief related to any discovery that may be sought from Discord in such proceedings; and (3) to Discord, or undersigned counsel for the Plaintiff requesting that the stay herein be lifted, in full or in part, should circumstances require.

THEREFORE, Hayes and Discord, through their undersigned counsel, stipulate and respectfully request that the Court stay all claims and proceedings against Discord in the case listed above and in any future cases filed by undersigned Plaintiff's counsel against Discord in these proceedings or that are transferred to these proceedings pending further order of this Court. The parties further stipulate and

- 1 -

- 2 -

respectfully request that the stay shall remain in effect until such time as the any one or all of the affected parties successfully petition the Court to lift the stay.

**IT IS SO STIPULATED AND AGREED.**

DATED: July 2, 2026

Respectfully submitted,

**AYLSTOCK, WITKIN, KREIS & OVERHOLTZ, PLC**

**MORRISON & FOERSTER LLP**

*/s/ Hillary Nappi*
HILLARY NAPPI, ESQ.
17 East Main St, Suite 200
Pensacola, FL 32502
Phone: 850-202-1010
Fax: 850-916-7449
Email: smalitigation@awkolaw.com

*Attorneys for Plaintiff Hayes*

*/s/ J. Alexander Lawrence*
J. ALEXANDER LAWRENCE
alawrence@mofo.com
250 West 55th Street
New York, New York 10019 9601
Telephone: (212) 468-8000

*Attorneys for Defendant Discord Inc.*

JOINT STIPULATION AND [PROPOSED] ORDER
CASE NOS. 4:22-MD-03047-YGR-PHK, 4:26-CV-05308-YGR

## [PROPOSED] ORDER

PURSUANT TO STIPULATION, IT IS HEREBY ORDERED:

1.    All claims and proceedings against Discord Inc. ("Discord") in *Hayes v. Meta Platforms, Inc., et al.*, Member Case No. 4:26-cv-05308-YGR, are stayed pending further order of this Court.

2.    All claims and proceedings in any future cases filed by undersigned Plaintiff's counsel against Discord in this MDL, whether by direct filing or by transfer, are stayed pending further order of this Court.

3.    This stay shall remain in effect until such time as the any one or all of the affected parties successfully petition the Court to lift the stay.

**IT IS SO ORDERED.**

DATED: _____

_____
THE HONORABLE DISTRICT JUDGE
YVONNE GONZALEZ ROGERS

**ATTESTATION**

I, J. Alexander Lawrence, hereby attest, pursuant to N.D. Cal. Civil L.R. 5-1(i)(3), that the concurrence to the filing of this document has been obtained from each signatory.

DATED: July 2, 2026

By: */s/ J. Alexander Lawrence*
J. Alexander Lawrence

- 4 -