[*Parties and Counsel Listed on Signature Pages*]

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*People of the State of California, et al. v. Meta Platforms, Inc., et al.* | MDL No. 3047<br><br>Case Nos. 4:22-md-03047-YGR-PHK<br>4:23-cv-05448-YGR<br><br>**STIPULATION AND [PROPOSED] ORDER RE SEALING OF PERSONALLY IDENTIFIABLE INFORMATION IN PRE-TRIAL FILINGS**<br><br>Judge: Hon. Yvonne Gonzalez Rogers<br>Magistrate Judge: Hon. Peter H. Kang |

Pursuant to the Stipulation and Order Regarding Sealing and Redacting of the Remaining Pre-Trial Filings (ECF No. 451 (3226)), State Attorneys General ("State AGs") and Defendant Meta Platforms, Inc. ("Meta") (together "Parties"), through their undersigned counsel, jointly submit this Stipulation and Proposed Order for the sealing of personally identifiable information ("PII") in filings that have pending sealing deadlines as well as all future pre-trial documents filed on or before August 12, 2026.

The Parties stipulate, and respectfully request the Court's approval, that:

1. The following categories of PII may be redacted without additional Court review or approval: (i) names of current or former nonexecutive Meta employees who have not been deposed in the MDL or JCCP 5255; (ii) employee contact information including but not limited to physical addresses, email addresses, and phone numbers; and (iii) the names and full dates of birth of minors pursuant to Rule 5.2 of the Federal Rules of Civil Procedure.  The Parties may file documents redacted for these categories of PII without first filing temporary sealing motions unless the documents also contain other confidential information a Party may potentially seek to seal, including, but not limited to, information which is likely to cause Meta competitive harm or enable bad actors to evade Meta's detection systems.  The Parties may also file documents redacted only for PII without first identifying the proposed redactions in an omnibus sealing stipulation pursuant to the Court's Order Setting Sealing Procedures (ECF No. 341).

2. This Stipulation applies to certain filings that are subject to sealing-related deadlines through July 8, 2026, including the Parties' omnibus sealing stipulation and Meta's omnibus motion to seal in connection with the Parties' Rule 702 motions,[1] the Supplemental Materials to State AGs' Motion to Strike Late Disclosed Witnesses (ECF

---

[1] The associated filings include Omnibus Sealing Stipulation Meta's and State AGs' Rule 702 Motions (Original – ECF No. 406 (3165); Amended – ECF No. 429 (3195)); and Meta's Omnibus Motion to Seal Meta's and State AGs' Rule 702 Motions (Original – ECF Nos. 407 (3166), Amended – ECF No. 430 (3196)) and related opposition brief (ECF Nos. 424-425 (3189-3190)).

STIPULATION AND [PROPOSED] ORDER RE SEALING OF PII IN PRE-TRIAL FILINGS
Case Nos.  4:22-MD-03047-YGR-PHK, 4:23-CV-05448-YGR

Nos. 344 (3104), 362 (3110)), the Parties' motions *in limine* ("MILs"),[2] and the State AGs' Response to Court's Order to Provide Documentation Regarding Certain Misrepresentations (ECF No. 444 (3215)).

3. This Stipulation also applies to any future filings that pertain to *People of the State of California, et al. v. Meta Platforms, Inc., et al.* (23-CV-5448) occurring on or before August 12, 2026 and not covered by the Parties' forthcoming trial sealing protocol.

4. To the extent the Parties have already filed redacted exhibits with conforming PII redactions in connection with the original and/or amended summary judgment and Rule 702 motions sealing submissions, these filings shall stand as the final public redacted versions for purposes of the related pre-trial filings.

5.  The Parties reserve all rights to seek further redactions or further unsealing of all documents subject to this stipulation for purposes of trial, a process for which will be set forth in a forthcoming trial sealing protocol.

**IT IS SO STIPULATED.**

**PURSUANT TO STIPULATION, IT IS SO ORDERED:**

DATED: _____

HON.  YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT JUDGE

---

[2] The associated filings include Meta's MIL No.  1 (ECF Nos. 365 (3115), 366 (3116)); Meta's MIL No. 2 (ECF Nos. 67 (3117), 368 (3118)); Meta's MIL No. 3 (ECF Nos. 369 (3119), 370 (3120)); Meta's MIL No. 4 (ECF Nos. 371 (3121), 372 (3122)); Meta's MIL No. 5 (ECF Nos.  373 (3123), 374 (3124)); the State AGs' MIL No. 1 (ECF Nos. 377 (3127), 378 (3128)); the State AGs' MIL No. 2 (ECF Nos. 379 (3129), 380 (3130)); the State AGs' MIL No. 3 (ECF Nos. 381 (3131), 382 (3132)); the State AGs' Response re Meta's MIL No. 4 (ECF No.  394 (3154)); the State AGs' Response re Meta's MIL No. 3 (ECF Nos. 395 (3155), 396 (3156)); the State AGs' Response re Meta's MIL No. 1 (ECF Nos. 397 (3157), 398 (3158)); the State AGs' Response re Meta's MIL No. 2 (ECF Nos.  401 (3161), 402 (3162)); Meta's Response re the State AGs' MIL No. 3 (ECF Nos. 410 (3169), 413 (3172)); Meta's Response re the State AGs' MIL No. 2 (ECF Nos.  403 (3173), 414 (3174)); the State AGs' Response re Meta's MIL No. 5 (ECF Nos. 415 (3175), 416 (3176)); Meta's Response re the State AGs' MIL No. 1 (ECF Nos.  418 (3178), 419 (3179)); and all accompanying exhibits.

2

Dated: July 2, 2026

Respectfully submitted,

DAVIS POLK & WARDWELL LLP

*/s/ Antonio J.  Perez-Marques*

James P.  Rouhandeh, *pro hac vice*
Antonio J.  Perez-Marques, *pro hac vice*
Caroline Stern, *pro hac vice*
Corey M.  Meyer, *pro hac vice*
450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4000
Facsimile: (212) 701-5800
rouhandeh@davispolk.com
antonio.perez@davispolk.com
caroline.stern@davispolk.com
corey.meyer@davispolk.com

COVINGTON & BURLING LLP
Ashley M.  Simonsen, SBN 275203
1999 Avenue of the Stars
Los Angeles, California 90067
Telephone: (424) 332-4800
Facsimile: (424) 332-2749
asimonsen@cov.com

Paul W.  Schmidt, *pro hac vice*
Phyllis A.  Jones, *pro hac vice*
One CityCenter
850 Tenth Street, NW
Washington, DC 20001-4956
Telephone: (202) 662-6000
Facsimile: (202) 662-6291
pschmidt@cov.com
pajones@cov.com

*Attorneys for Defendant Meta Platforms, Inc.*

ROB BONTA
Attorney General, State of California

*/s/ Samantha Beckett*

Nicklas A.  Akers (CA SBN 211222)
Senior Assistant Attorney General
Bernard Eskandari (SBN 244395)
Emily Kalanithi (SBN 256972)
Supervising Deputy Attorneys General
Nayha Arora (CA SBN 350467)
Megan O'Neill (CA SBN 343535)
Joshua Olszewski-Jubelirer (CA SBN 336428)
Brendan Ruddy (CA SBN 297896)
Samantha Beckett (CA SBN 308456)
Katherine Read (CA SBN 341463)
Deputy Attorneys General
California Department of Justice

Office of the Attorney General
455 Golden Gate Ave., Suite 11000
San Francisco, CA 94102-7004
Phone: (415) 510-4400
Fax: (415) 703-5480
megan.oneill@doj.ca.gov

*Attorneys for Plaintiff the People of the State of California*

PHILIP J. WEISER
Attorney General, State of Colorado

*/s/ Krista Batchelder*
Krista Batchelder, CO Reg. No. 45066,
*pro hac vice*
Deputy Solicitor General
Shannon Stevenson, CO Reg. No. 35542,
*pro hac vice*
Solicitor General
Elizabeth Orem, CO Reg. No. 58309,
*pro hac vice*
Assistant Attorney General
Colorado Department of Law
Ralph L. Carr Judicial Center
Consumer Protection Section
1300 Broadway, 7th Floor
Denver, CO 80203
Phone: (720) 508-6651
krista.batchelder@coag.gov
shannon.stevenson@coag.gov
elizabeth.orem@coag.gov

*Attorneys for Plaintiff State of Colorado, ex rel. Philip J. Weiser, Attorney General*

RUSSELL COLEMAN
Attorney General, Commonwealth of Kentucky

*/s/ J. Christian Lewis*
J. Christian Lewis (KY Bar No. 87109),
*Pro hac vice*
Philip Heleringer (KY Bar No. 96748),
*Pro hac vice*
Zachary Richards (KY Bar No. 99209),
*Pro hac vice*
Daniel I. Keiser (KY Bar No. 100264),
*Pro hac vice*
Matthew Cocanougher (KY Bar No. 94292),
*Pro hac vice*
Assistant Attorneys General
1024 Capital Center Drive, Suite 200
Frankfort, KY 40601
christian.lewis@ky.gov
philip.heleringer@ky.gov

4

zach.richards@ky.gov
daniel.keiser@ky.gov
matthew.cocanougher@ky.gov
Phone: (502) 696-5300
Fax: (502) 564-2698

*Attorneys for Plaintiff the Commonwealth of Kentucky*

JENNIFER DAVENPORT
Attorney General, State of New Jersey

*/s/ Kashif T.  Chand*
Kashif T.  Chand (NJ Bar No.  016752008),
*Pro hac vice*
Assistant Attorney General
Thomas Huynh (NJ Bar No.  200942017),
*Pro hac vice*
Section Chief, Deputy Attorney General
Verna J.  Pradaxay (NJ Bar No.  335822021),
*Pro hac vice*
Mandy K.  Wang (NJ Bar No.  373452021),
*Pro hac vice*
Deputy Attorneys General
New Jersey Office of the Attorney General,
Division of Law
124 Halsey Street, 5th Floor
Newark, NJ 07101
Tel: (973) 648-2052
Kashif.Chand@law.njoag.gov
Thomas.Huynh@law.njoag.gov
Verna.Pradaxay@law.njoag.gov
Mandy.Wang@law.njoag.gov

*Attorneys for Plaintiffs New Jersey Attorney General and the New Jersey Division of Consumer Affairs Jennifer Davenport, Attorney General for the State of New Jersey, and Jeremy E.  Hollander, Acting Director of the New Jersey Division of Consumer Affairs*

STIPULATION AND [PROPOSED] ORDER RE SEALING OF PII IN PRE-TRIAL FILINGS
Nos.  4:22-MD-03047-YGR-PHK, 4:23-CV-05448-YGR

## ATTESTATION

I, Antonio J. Perez-Marques, hereby attest, pursuant to N.D. Cal. Civil L.R. 5-1, that the concurrence to the filing of this document has been obtained from each signatory hereto.


Dated: July 2, 2026                              /s/ Antonio J. Perez-Marques
                                                      Antonio J. Perez-Marques

STIPULATION AND [PROPOSED] ORDER RE SEALING OF PII IN PRE-TRIAL FILINGS
Case Nos. 4:22-MD-03047-YGR-PHK, 4:23-CV-05448-YGR