CAND Pay.gov Application for Refund (rev. 3/2025)

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

# APPLICATION FOR REFUND (USDC-CAND PAY.GOV)

## PAY.GOV TRANSACTION DETAILS

***IMPORTANT***:
- *Complete all required fields (shown in **red\***); otherwise, your request may be denied and require resubmission.*
- *The information for the required receipt fields can be found in the Pay.gov screen receipt or confirmation email.*

1. **Your Name\*:**  Joseph.VanZandt
2. **Your Email Address\*:**  Joseph.VanZandt@BeasleyAllen.com
3. **Receipt Agency Tracking ID for Refund\*:**  CCANDC-22085478
4. **Transaction Date for Refund\*:**  6/10/2026
5. **Transaction Amount to be Refunded\*:**  $405.00
6. **Receipt Agency Tracking ID for Correct Receipt Number on Docket\*:**  ACANDC-22092844
7. **Your Phone Number:**  334-323-0458
8. **Full Case Number (if applicable):**  MaKaila Eddings

**9. Fee Type:\***

- [ ] **Attorney Admission**
- [x] **Civil Case Filing**
- [ ] **Audio Recording**
- [ ] **Notice of Appeal**
- [ ] **Pro Hac Vice**
- [ ] **Writ of Habeas Corpus**
- [ ] **Other:** _____

10. **Reason for Refund Request\*:**  *Explain in detail what happened to cause duplicate charges, no fee required, etc.*

[x] **Duplicate Charge**       [ ] **No Fee Required for Filing**       [ ] **Other**

6.10.2026: Filed case in 4:22-md-03047-YGR for MaKaila Eddings receipt number CCANDC-22085478 and had to refile because filing error. Refiled case on 6.12.2026 correctly under case no. 4:26-cv-05680 receipt number ACANDC-22092844.

*If you paid a filing fee using an abandoned case number, note that case number here and e-file the refund request in the **open** case.*

✓ **Efile this form:** Other Filings → Other Documents → Application for Refund.

View detailed instructions at: cand.uscourts.gov/ecf/payments.

Assistance:  Contact the ECF Help Desk at 1-866-638-7829 or ecfhelpdesk@cand.uscourts.gov Monday - Friday 9:00 a.m.-4:00 p.m.

| FOR U.S. DISTRICT COURT USE ONLY | |
|---|---|
| Refund request:   [ ] Approved   [ ] Denied   [ ] Denied — Resubmit amended application (see reason for denial) | |
| Approval/denial date: | |
| Pay.gov refund tracking ID refunded: | |
| Date refund processed: | |
| Request approved/denied by: | |
| Agency refund tracking ID number: | |
| Refund processed by: | |
| Reason for denial (if applicable): | |
| Referred for OSC date (if applicable): | |