Joseph G. VanZandt
Davis S. Vaughn
**BEASLEY ALLEN CROW**
**METHVIN PORTIS & MILES, P.C.**
234 Commerce Street
Montgomery, AL 36103
Tel: 334-269-2343
Email: Joseph.VanZandt@BeasleyAllen.com
Email: Davis.Vaughn@BeasleyAllen.com

*Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION | Case No. 4:22-MD-03047-YGR |
| | MDL No. 3047 |
| **This Document Relates to:** | |
| *Hamilton Heights School Corporation v. Meta Platforms, Inc. et al* | |
| 4:25-cv-00133-YGR | |

## JOINT STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE

It is hereby stipulated and agreed by and between counsel for Plaintiff Hamilton Heights School Corporation and counsel for Defendants, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), that the above-captioned Complaint is hereby dismissed with prejudice, with each side to bear its own costs and attorneys' fees.

*[Signatures on following page]*

Dated: July 1, 2026                    Respectfully submitted,

/s/ Davis Vaughn
Joseph G. VanZandt
Davis S. Vaughn
BEASLEY ALLEN CROW
METHVIN PORTIS & MILES, P.C.
234 Commerce Street
Montgomery, AL 36103
Telephone: 334-269-2343
Email: Joseph.VanZandt@BeasleyAllen.com
Email: Davis.Vaughn@BeasleyAllen.com

*Attorneys for Plaintiff*

**COVINGTON & BURLING LLP**

By: */s/ Ashley M. Simonsen*
Ashley M. Simonsen, SBN 275203
COVINGTON & BURLING LLP
1999 Avenue of the Stars
Los Angeles, CA 90067
Telephone: (424) 332-4800
Facsimile: + 1 (424) 332-4749
Email: asimonsen@cov.com

Phyllis A. Jones, *pro hac vice*
Paul W. Schmidt, *pro hac vice*
COVINGTON & BURLING LLP
One City Center
850 Tenth Street, NW
Washington, DC 20001-4956
Telephone: + 1 (202) 662-6000
Facsimile: + 1 (202) 662-6291
Email: pajones@cov.com
Email: pschmidt@cov.com

*Attorney for Defendants Meta Platforms, Inc.*
*f/k/a Facebook, Inc.; Facebook Holdings,*
*LLC; Facebook Operations, LLC; Facebook*
*Payments, Inc.; Instagram, LLC; and Siculus, Inc.*

**KING & SPALDING LLP**

By: */s/ Geoffrey M. Drake*
Geoffrey M. Drake, *pro hac vice*

- 2 -

TaCara D. Harris, *pro hac vice*
King & Spalding LLP
1180 Peachtree Street, NE, Suite 1600
Atlanta, GA 30309-3521
Telephone: (404) 572-4600
Facsimile: (404) 572-5100
Email: gdrake@kslaw.com
Email: tharris@kslaw.com

David P. Mattern, *pro hac vice*
King & Spalding LLP
1700 Pennsylvania Avenue, NW, Suite 900
Washington, DC 20006-4707
Telephone: (202) 737-0500
Facsimile: (202) 626-3737
Email: dmattern@kslaw.com

Bailey J. Langner (SBN 307753)
King & Spalding LLP
50 California Street, Suite 3300
San Francisco, CA 94111
Telephone: (415) 318-1200
Facsimile: (415) 318-1300
Email: blangner@kslaw.com

**O'MELVENY & MYERS LLP**

By*: /s/ Daniel M. Petrocelli*
Daniel M. Petrocelli (SBN 97802)
dpetrocelli@omm.com
Sabrina H. Strong (SBN 200292)
sstrong@omm.com
1999 Avenue of the Stars, 8th Floor
Los Angeles, CA 90067
Telephone: (310) 553-6700

Stephen D. Brody, *pro hac vice*
sbrody@omm.com
1625 Eye Street
Washington, DC 20006
Telephone: (202) 383-5300

*Attorneys for Defendants TikTok Inc., ByteDance
Inc., TikTok Ltd., ByteDance Ltd., and TikTok LLC*

**MUNGER, TOLLES & OLSEN LLP**

By*: /s/ Jonathan H. Blavin*
Jonathan H. Blavin, SBN 230269
MUNGER, TOLLES & OLSON LLP

- 3 -

560 Mission Street, 27th Floor
San Francisco, CA 94105-3089
Telephone: (415) 512-4000
Facsimile: (415) 512-4077
Email: jonathan.blavin@mto.com

E. Martin Estrada (SBN 223802)
Martin.Estrada@mto.com
L. Ashley Aull (SBN 257020)
Ashley.Aull@mto.com
Victoria A. Degtyareva (SBN 284199)
Victoria.Degtyareva@mto.com
MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue, 50th Floor
Los Angeles, CA 90071
Tel.: (213) 683-9100

*Attorneys for Defendant Snap Inc.*

**WILLIAMS & CONNOLLY LLP**

By: */s/ Ashley W. Hardin*
WILLIAMS & CONNOLLY LLP
Ashley W. Hardin, *pro hac vice*
J. Andrew Keyes, *pro hac vice*
Neelum J. Wadhwani (SBN 247948)
680 Maine Avenue SW
Washington, DC 20024
Tel.: (202) 434-5000
ahardin@wc.com
akeyes@wc.com
nwadhwani@wc.com

*Attorneys for Defendants YouTube, LLC and Google LLC*

## ATTESTATION

I, Davis Vaughn, hereby attest, pursuant to N.D. Cal. Civil L.R. 5-1, that the concurrence to the filing of this document has been obtained from each signatory hereto.


Dated: July 1, 2026                                    */s/ Davis Vaughn*
                                                        Davis Vaughn

- 5 -

**PURSUANT TO STIPULATION AND GOOD CAUSE SHOWING:** Plaintiff's

claims are dismissed with prejudice.

**IT IS SO ORDERED**

Dated:  July 6, 2026

_____
HONORABLE YVONNE GONZALEZ ROGERS
Chief United States District Judge