Joseph G. VanZandt
Davis S. Vaughn
**BEASLEY ALLEN CROW**
**METHVIN PORTIS & MILES, P.C.**
234 Commerce Street
Montgomery, AL 36103
Tel: 334-269-2343
Email: Joseph.VanZandt@BeasleyAllen.com
Email: Davis.Vaughn@BeasleyAllen.com

*Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION | Case No. 4:22-MD-03047-YGR<br><br>MDL No. 3047 |
| **This Document Relates to:**<br><br>*Garrett-Keyser-Butler Community School District v. Meta Platforms, Inc. et al*<br><br>4:25-cv-00129-YGR | |

## JOINT STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE

It is hereby stipulated and agreed by and between counsel for Plaintiff Garrett-Keyser-Butler Community School District and counsel for Defendants, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), that the above-captioned Complaint is hereby dismissed with prejudice, with each side to bear its own costs and attorneys' fees.

*[Signatures on following page]*

Dated: July 1, 2026

Respectfully submitted,

*/s/* Davis Vaughn
Joseph G. VanZandt
Davis S. Vaughn
BEASLEY ALLEN CROW
METHVIN PORTIS & MILES, P.C.
234 Commerce Street
Montgomery, AL 36103
Telephone: 334-269-2343
Email: Joseph.VanZandt@BeasleyAllen.com
Email: Davis.Vaughn@BeasleyAllen.com

*Attorneys for Plaintiff*

**COVINGTON & BURLING LLP**

By: */s/ Ashley M. Simonsen*
Ashley M. Simonsen, SBN 275203
COVINGTON & BURLING LLP
1999 Avenue of the Stars
Los Angeles, CA 90067
Telephone: (424) 332-4800
Facsimile: + 1 (424) 332-4749
Email: asimonsen@cov.com

Phyllis A. Jones, *pro hac vice*
Paul W. Schmidt, *pro hac vice*
COVINGTON & BURLING LLP
One City Center
850 Tenth Street, NW
Washington, DC 20001-4956
Telephone: + 1 (202) 662-6000
Facsimile: + 1 (202) 662-6291
Email: pajones@cov.com
Email: pschmidt@cov.com
*Attorney for Defendants Meta Platforms, Inc.*
*f/k/a Facebook, Inc.; Facebook Holdings,*
*LLC; Facebook Operations, LLC; Facebook*
*Payments, Inc.; Instagram, LLC; and Siculus, Inc.*

**KING & SPALDING LLP**

By: */s/ Geoffrey M. Drake*
Geoffrey M. Drake, *pro hac vice*
TaCara D. Harris, *pro hac vice*

- 2 -

King & Spalding LLP
1180 Peachtree Street, NE, Suite 1600
Atlanta, GA 30309-3521
Telephone: (404) 572-4600
Facsimile: (404) 572-5100
Email: gdrake@kslaw.com
Email: tharris@kslaw.com

David P. Mattern, *pro hac vice*
King & Spalding LLP
1700 Pennsylvania Avenue, NW, Suite 900
Washington, DC 20006-4707
Telephone: (202) 737-0500
Facsimile: (202) 626-3737
Email: dmattern@kslaw.com

Bailey J. Langner (SBN 307753)
King & Spalding LLP
50 California Street, Suite 3300
San Francisco, CA 94111
Telephone: (415) 318-1200
Facsimile: (415) 318-1300
Email: blangner@kslaw.com

**O'MELVENY & MYERS LLP**

By*: /s/ Daniel M. Petrocelli*
Daniel M. Petrocelli (SBN 97802)
dpetrocelli@omm.com
Sabrina H. Strong (SBN 200292)
sstrong@omm.com
1999 Avenue of the Stars, 8th Floor
Los Angeles, CA 90067
Telephone: (310) 553-6700

Stephen D. Brody, *pro hac vice*
sbrody@omm.com
1625 Eye Street
Washington, DC 20006
Telephone: (202) 383-5300

*Attorneys for Defendants TikTok Inc., ByteDance Inc., TikTok Ltd., ByteDance Ltd., and TikTok LLC*

**MUNGER, TOLLES & OLSEN LLP**

By*: /s/ Jonathan H. Blavin*
Jonathan H. Blavin, SBN 230269
MUNGER, TOLLES & OLSON LLP
560 Mission Street, 27th Floor

- 3 -

San Francisco, CA 94105-3089
Telephone: (415) 512-4000
Facsimile: (415) 512-4077
Email: jonathan.blavin@mto.com

E. Martin Estrada (SBN 223802)
Martin.Estrada@mto.com
L. Ashley Aull (SBN 257020)
Ashley.Aull@mto.com
Victoria A. Degtyareva (SBN 284199)
Victoria.Degtyareva@mto.com
MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue, 50th Floor
Los Angeles, CA 90071
Tel.: (213) 683-9100

*Attorneys for Defendant Snap Inc.*

**WILLIAMS & CONNOLLY LLP**

By: */s/ Ashley W. Hardin*
WILLIAMS & CONNOLLY LLP
Ashley W. Hardin, *pro hac vice*
J. Andrew Keyes, *pro hac vice*
Neelum J. Wadhwani (SBN 247948)
680 Maine Avenue SW
Washington, DC 20024
Tel.: (202) 434-5000
ahardin@wc.com
akeyes@wc.com
nwadhwani@wc.com

*Attorneys for Defendants YouTube, LLC and Google LLC*

**ATTESTATION**

I, Davis Vaughn, hereby attest, pursuant to N.D. Cal. Civil L.R. 5-1, that the concurrence to the filing of this document has been obtained from each signatory hereto.

Dated: July 1, 2026                              /s/ Davis Vaughn
                                                 Davis Vaughn

**PURSUANT TO STIPULATION AND GOOD CAUSE SHOWING:** Plaintiff's claims are dismissed with prejudice.

**IT IS SO ORDERED**

Dated: July 6, 2026

_____
HONORABLE YVONNE GONZALEZ ROGERS
Chief United States District Judge

- 6 -