Ashley M. Simonsen (Bar No. 275203)
COVINGTON & BURLING LLP
1999 Avenue of the Stars
Los Angeles, California 90067
Telephone: (424) 332-4800
Facsimile: (424) 332-4749
Email: asimonsen@cov.com

*Attorneys for Defendant Meta Platforms, Inc.*
*f/k/a Facebook, Inc.*

*[Additional counsel listed on signature pages]*

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION | MDL No. 3047 |
| This Document Relates To: | Case Nos.: 4:22-md-03047-YGR<br>4:23-cv-05448-YGR |
| *People of the State of California, et al. v. Meta Platforms, Inc. et al.* | **META'S TEMPORARY SEALING MOTION (META'S SUBMISSION REGARDING STATE AGS' PENALTY AND DISGORGEMENT CHARTS**) |
| | Judge: Hon. Yvonne Gonzalez Rogers<br>Magistrate Judge: Hon. Peter H. Kang |

Pursuant to the Court's Order Setting Sealing Procedures (ECF No. 341), Defendant Meta Platforms, Inc. ("Meta") file this Temporary Sealing Motion regarding Meta's Submission Regarding the State AGs' Penalty and Disgorgement Charts and Supporting Materials, ECF No. 444 (3218). Pursuant to the Order at ECF No. 341, the reasons for sealing (if any) will be addressed in a forthcoming omnibus stipulation or omnibus motion.

| Docket No. | Document | Whether document contains a Party's Confidential Information |
| --- | --- | --- |
| ECF No. 3238.1 | Meta's Motion in Response to State AGs' Penalty and Disgorgement Charts and Supporting Materials, ECF No. 444 (3218) | Temporarily filing under seal because document contains information that the parties may consider to be confidential |
| ECF No. 3238.2 | Declaration of Ashley M. Simonsen | Not filed under seal |
| ECF No. 3238.3 | Exhibit 1, Excerpts of the Transcript of the March 2, 2026 Deposition of Carl Saba | Temporarily filing under seal because document contains information that the parties may consider to be confidential |
| ECF No. 3238.4 | Exhibit 2, Excerpts of the Transcript of the September 17, 2025 Deposition of Jean M. Twenge, Ph.D. | Temporarily filing under seal because document contains information that the parties may consider to be confidential |
| ECF No. 3238.5 | Exhibit 3, Excerpts of the July 30, 2025 Rebuttal Trial Report of Mitch Prinstein, Ph.D. | Temporarily filing under seal because document contains information that the parties may consider to be confidential |
| ECF No. 3238.6 | Exhibit 4, Excerpts of the May 16, 2025 Trial Report of Bradley Zicherman, M.D. | Temporarily filing under seal because document contains information that the parties may consider to be confidential |
| ECF No. 3238.7 | Exhibit 5, Excerpts of the May 16, 2025 Trial Report of Mitch Prinstein, Ph.D. | Temporarily filing under seal because document contains information that the parties may consider to be confidential |
| ECF No. 3238.8 | Exhibit 6, Excerpts of the Transcript of the June 26, 2025 Deposition of Jean M. Twenge, Ph.D. | Temporarily filing under seal because document contains information that the parties may consider to be confidential |

1

| ECF No. 3238.9 | Exhibit 7, Excerpts of the Transcript of the December 4, 2025 Deposition of Mitch Prinstein, Ph.D. | Temporarily filing under seal because document contains information that the parties may consider to be confidential |
|---|---|---|
| ECF No. 3238.10 | Exhibit 8, Excerpts of the May 16, 2025 Trial Report of Colin Gray, Ph.D. | Temporarily filing under seal because document contains information that the parties may consider to be confidential |
| ECF No. 3238.11 | Exhibit 9, Excerpts of the May 15, 2025 Trial Report of Jean M. Twenge, Ph.D. | Temporarily filing under seal because document contains information that the parties may consider to be confidential |
| ECF No. 3238.12 | Exhibit 10, Excerpts of the Transcript of the September 26, 2025 Deposition of Mitch Prinstein, Ph.D. | Temporarily filing under seal because document contains information that the parties may consider to be confidential |
| ECF No. 3238.13 | Exhibit 11, Excerpts of "Annual Research Review: Adolescent Social Media Use Is Not a Monolith: Toward the Study of Specific Social Media Components and Individual Differences," *Journal of Child Psychology and Psychiatry* 66, no. 4 (2025): 440–459, authored by Anne J. Maheux, Kaitlyn Burnell, Maria T. Maza, Kara A. Fox, Eva H. Telzer, and Mitch Prinstein, Ph.D. | Not filed under seal |
| ECF No. 3238.14 | Exhibit 12, Excerpts of the Transcript of the August 27, 2025 Deposition of Bradley Zicherman, M.D. | Temporarily filing under seal because document contains information that the parties may consider to be confidential |
| ECF No. 3238.15 | Exhibit 13, Excerpts of the Transcript of the June 9, 2025 Deposition of Sayed Otaru | Temporarily filing under seal because document contains information that the parties may consider to be confidential |
| ECF No. 3238.16 | Exhibit 14, Excerpts of the Transcript of the October 21, 2024 Deposition of Margaret Gould Stewart | Temporarily filing under seal because document contains information that the parties may consider to be confidential |
| ECF No. 3238.17 | Exhibit 15, Excerpts of the Transcript of the December 18, 2024 Deposition of Darius Kilstein | Temporarily filing under seal because document contains information that the parties may consider to be confidential |

| | | |
|---|---|---|
| ECF No. 3238.18 | Exhibit 16, Excerpts of the November 21, 2025 Trial Report of Carl Saba | Temporarily filing under seal because document contains information that the parties may consider to be confidential |
| ECF No. 3238.19 | Exhibit 17, Excerpts of the October 17, 2025 Trial Rebuttal Report of Sriraman Venkataraman, Ph.D. | Temporarily filing under seal because document contains information that the parties may consider to be confidential |
| ECF No. 3238.20 | Exhibit 18, Excerpts of the Transcript of the July 24, 2025 Deposition of John William Hegeman | Temporarily filing under seal because document contains information that the parties may consider to be confidential |
| ECF No. 3238.21 | Exhibit 19, Excerpts of Meta Discovery Document Produced at Bates Number META3047MDL-087-00030017 | Temporarily filing under seal because document contains information that the parties may consider to be confidential |
| ECF No. 3238.22 | Exhibit 20, Excerpts of the August 1, 2025 Trial Report of Adam Alter, Ph.D. | Temporarily filing under seal because document contains information that the parties may consider to be confidential |
| ECF No. 3238.23 | Exhibit 21, Excerpts of the April 15, 2026 Trial Report of Nick Feamster, Ph.D. | Temporarily filing under seal because document contains information that the parties may consider to be confidential |
| ECF No. 3238.24 | Exhibit 22, Excerpts of the Transcript of the December 12, 2025 Deposition of Adam Alter, Ph.D. | Temporarily filing under seal because document contains information that the parties may consider to be confidential |

DATED: July 6, 2026                                    Respectfully submitted,


By:    */s/ Ashley M. Simonsen*


3

Ashley M. Simonsen (State Bar. No. 275203)
COVINGTON & BURLING LLP
1999 Avenue of the Stars
Los Angeles, CA 90067
Telephone: + 1 (424) 332-4800
Email: asimonsen@cov.com

Paul W. Schmidt, *pro hac vice*
Timothy C. Hester, pro hac vice
COVINGTON & BURLING LLP
One City Center
850 Tenth Street, NW
Washington, DC 20001-4956
Telephone: + 1 (202) 662-5324
Facsimile: + 1 (202) 778-5324
Email: pschmidt@cov.com
Email: thester@cov.com

*Attorneys for Defendant Meta Platforms, Inc.
f/k/a Facebook, Inc.*

META'S TEMPORARY SEALING MOTION (META'S SUBMISSION REGARDING STATE AGS' PENALTY AND DISGORGEMENT CHARTS)
4:22-md-03047-YGR-PHK | 4:23-cv-05448-YGR