Ashley M. Simonsen, SBN 275203
COVINGTON & BURLING LLP
1999 Avenue of the Stars
Los Angeles, CA 90067
Telephone: (424) 332-4800
Facsimile: + 1 (424) 332-4749
Email: asimonsen@cov.com

*Attorney for Defendant Meta Platforms, Inc.*
*f/k/a Facebook, Inc.*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION <br><br> This Document Relates To: <br><br> *People of the State of California, et al. v. Meta Platforms, Inc., et al.* | MDL No. 3047 <br><br> Case No. 4:22-md-03047-YGR <br>　　　　4:23-cv-05448-YGR <br><br> **DECLARATION OF ASHLEY M. SIMONSEN IN SUPPORT OF META'S SUBMISSION REGARDING STATE AGS' PENALTY AND DISGORGEMENT CHARTS AND SUPPORTING MATERIALS, ECF 444 (3218)** <br><br> Judge: Hon. Yvonne Gonzalez Rogers <br> Magistrate Judge: Hon. Peter H. Kang |

## DECLARATION OF ASHLEY M. SIMONSEN

I, Ashley M. Simonsen, declare and state as follows:

1. I am a partner with the law firm Covington & Burling LLP, counsel of record for Defendant Meta Platforms, Inc. f/k/a Facebook, Inc. ("Meta"). I submit this declaration in support of Meta's Submission Regarding the State AGs' Penalty and Disgorgement Charts and Supporting Materials, ECF 444 (3218). This declaration is based on my personal knowledge. If called upon to do so, I could and would competently testify as follows.

2. Attached hereto and lodged with the Court as **Exhibit 1** is a true and correct copy of excerpted portions of the transcript of the March 2, 2026 deposition of Carl Saba.

3. Attached hereto and lodged with the Court as **Exhibit 2** is a true and correct copy of excerpted portions of the transcript of the September 17, 2025 deposition of Jean M. Twenge, Ph.D.

4. Attached hereto and lodged with the Court as **Exhibit 3** is a true and correct copy of excerpted portions of the July 30, 2025 Rebuttal Trial Report of Mitch Prinstein, Ph.D.

5. Attached hereto and lodged with the Court as **Exhibit 4** is a true and correct copy of excerpted portions of the May 16, 2025 Trial Report of Bradley Zicherman, M.D.

6. Attached hereto and lodged with the Court as **Exhibit 5** is a true and correct copy of excerpted portions of the May 16, 2025 Trial Report of Mitch Prinstein, Ph.D.

7. Attached hereto and lodged with the Court as **Exhibit 6** is a true and correct copy of excerpted portions of the transcript of the June 26, 2025 deposition of Jean M. Twenge, Ph.D.

8. Attached hereto and lodged with the Court as **Exhibit 7** is a true and correct copy of excerpted portions of the transcript of the December 4, 2025 deposition of Mitch Prinstein, Ph.D.

9. Attached hereto and lodged with the Court as **Exhibit 8** is a true and correct copy of excerpted portions of the May 16, 2025 Trial Report of Colin Gray, Ph.D.

10. Attached hereto and lodged with the Court as **Exhibit 9** is a true and correct copy of excerpted portions of the May 15, 2025 Trial Report of Jean M. Twenge, Ph.D.

11. Attached hereto and lodged with the Court as **Exhibit 10** is a true and correct copy of excerpted portions of the transcript of the September 26, 2025 deposition of Mitch Prinstein, Ph.D.

12.    Attached hereto and lodged with the Court as **Exhibit 11** is a true and correct copy of excerpted portions of the paper "Annual Research Review: Adolescent Social Media Use Is Not a Monolith: Toward the Study of Specific Social Media Components and Individual Differences," *Journal of Child Psychology and Psychiatry* 66, no. 4 (2025): 440–459, authored by Anne J. Maheux, Kaitlyn Burnell, Maria T. Maza, Kara A. Fox, Eva H. Telzer, and Mitch Prinstein, Ph.D., which was introduced as Exhibit 9 to the September 26, 2025 deposition of Mitch Prinstein, Ph.D.

13.    Attached hereto and lodged with the Court as **Exhibit 12** is a true and correct copy of excerpted portions of the transcript of the August 27, 2025 deposition of Bradley Zicherman, M.D.

14.    Attached hereto and lodged with the Court as **Exhibit 13** is a true and correct copy of excerpted portions of the transcript of the June 9, 2025 deposition of Sayed Otaru.

15.    Attached hereto and lodged with the Court as **Exhibit 14** is a true and correct copy of excerpted portions of the transcript of the October 21, 2024 deposition of Margaret Gould Stewart.

16.    Attached hereto and lodged with the Court as **Exhibit 15** is a true and correct copy of excerpted portions of the transcript of the December 18, 2024 deposition of Darius Kilstein.

17.    Attached hereto and lodged with the Court as **Exhibit 16** is a true and correct copy of excerpted portions of the November 21, 2025 Trial Report of Carl Saba.

18.    Attached hereto and lodged with the Court as **Exhibit 17** is a true and correct copy of excerpted portions of the October 17, 2025 Trial Rebuttal Report of Sriraman Venkataraman, Ph.D.

19.    Attached hereto and lodged with the Court as **Exhibit 18** is a true and correct copy of excerpted portions of the transcript of the July 24, 2025 deposition of John William Hegeman.

20.    Attached hereto and lodged with the Court as **Exhibit 19** is a true and correct copy of excerpted portions of a document produced by Meta in discovery at Bates number META3047MDL-087-00030017.

21.    Attached hereto and lodged with the Court as **Exhibit 20** is a true and correct copy of excerpted portions of the August 1, 2025 Trial Report of Adam Alter, Ph.D.

22.    Attached hereto and lodged with the Court as **Exhibit 21** is a true and correct copy of excerpted portions of the April 15, 2026 Expert Rebuttal Report of Nick Feamster, Ph.D.

23.     Attached hereto and lodged with the Court as **Exhibit 22** is a true and correct copy of excerpted portions of the transcript of the December 12, 2025 deposition of Adam Alter, Ph.D.

I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct to the best of my knowledge and belief.

Executed on July 6, 2026.

By:      */s/ Ashley M. Simonsen*
         Ashley M. Simonsen

DECLARATION OF ASHLEY M. SIMONSEN IN SUPPORT OF META'S SUBMISSION REGARDING STATE AGS' PENALTY AND DISGORGEMENT CHARTS AND SUPPORTING MATERIALS, ECF 444 (3218)
4:22-md-03047-YGR; 4:23-cv-05448-YGR