# Exhibit 11



**The Journal of Child Psychology and Psychiatry**

*Journal of Child Psychology and Psychiatry* 66:4 (2025), pp 440–459    doi:10.1111/jcpp.14085

# Annual Research Review: Adolescent social media use is not a monolith: toward the study of specific social media components and individual differences

**Anne J. Maheux,**[1,2][†] **Kaitlyn Burnell,**[1,2][†] **Maria T. Maza,**[1,2] **Kara A. Fox,**[1,2] **Eva H. Telzer,**[1,2] **and Mitchell J. Prinstein**[1,2]

[1]Department of Psychology and Neuroscience, University of North Carolina at Chapel Hill, Chapel Hill, NC, USA; [2]Winston National Center on Technology Use, Brain, and Psychological Development, University of North Carolina at Chapel Hill, Chapel Hill, NC, USA

Social media have drastically changed the context of adolescent development. To date, the majority of research investigating the effects of these changes has measured time spent on social media, yielding inconclusive results—likely because this approach conceptualizes social media as a monolith. Social media experiences are complex and diverse, as are adolescents themselves. Emerging research has identified several specific components of social media that have varied associations with adolescent mental health, as well as individual difference factors that may alter these associations across adolescents. In this annual research review, we synthesize evidence regarding heterogeneity in social media effects related to (a) specific components of social media and (b) adolescents' individual differences regarding social media use and effects. We first focus on the specific social media components—content, features, and functions—that may be especially relevant for adolescent development. These include functions designed to foster relationships and social connections (e.g., social media feeds, 'friends'), hateful content, notifications, risky content, and algorithmically curated content, among others. Next, we provide an overview of for whom these effects may matter most. We review research on individual differences that may explain some heterogeneity in social media effects, including gender/sex, age, marginalized status, neurobiological and social sensitivities, and other preexisting vulnerabilities to mental health concerns. The nascent work in these areas suggests many specific constructs and considerations that could drive future research examining nuanced and precise questions that go beyond 'screen time'. We discuss avenues for researchers to leverage methodological advancements and address how specific social media experiences and individual differences shape developmental outcomes. **Keywords:** Adolescence; social media; mental health; development; affordances.

## Introduction

About 60,000 years ago, our species lived among several other hominids, some of which were larger and stronger. Yet, we survived and they went extinct, perhaps due to unique genetic mutations (e.g., conferring language abilities) that allowed homo sapiens to become a social species. Our brains and environments co-evolved, and as a 'herd' we were able to warn and protect one another, share resources, and coordinate our actions to form communities that were more resilient than isolated individuals (Tomasello, 2014). Today, we remain highly attuned to our social context, remarkably responsive to social threats, and capable of processing an extraordinary amount of social information that guides our intellectual, emotional, moral, cognitive, and even biological development (Slavich & Cole, 2013). Social experiences are especially relevant during adolescence, a period of substantial brain reorganization and social development (Prinstein & Giletta, 2020; Somerville, 2013).

In just 20 years, online social media platforms have dramatically transformed the social context in which adolescents develop, with peer interactions now frequently mediated by technological devices. For example, among nationally representative samples of US teens (ages 13–17), more adolescents report daily texting with their friends (55%) than seeing their friends in-person every day (25%; Lenhart, Smith, Anderson, Duggan, & Perrin, 2015). Moreover, 46% report being online 'almost constantly' and 95% use some form of social media, including 63% using TikTok, 60% using Snapchat, and 59% using Instagram (Anderson, Faverio, & Gottfried, 2023). Notably, social media are diverse, and thus difficult to consistently define. Widely accepted definitions conceptualize social media as computer-mediated, internet-based communication channels that allow for selective self-presentation and online social interaction with both broad and narrow audiences (Bayer, Triệu, & Ellison, 2020).

The role of social media in adolescent well-being remains unsettled. Many researchers, parents, educators, policymakers, and youth themselves disagree about the links between social media use and adolescent adjustment. Some suggest that social media may be the predominant cause of the current

---

[†]These two authors contributed equally and should be considered joint first-authors.
Conflict of interest statement: See Acknowledgements for full disclosures.

© 2024 Association for Child and Adolescent Mental Health.



EXHIBIT 9
WIT: PRINSTEIN
DATE: 9/26/25
Sophie Brock, RDR, CRR

doi:10.1111/jcpp.14085

youth mental health crisis (Twenge, Haidt, Joiner, & Campbell, 2020), whereas others describe this fear as unnecessary moral panic (Orben & Przybylski, 2020). Importantly, social media use is a complex construct, and adolescents are a heterogeneous population. Numerous systematic reviews and meta-analyses suggest that *time spent on social media* is too broad a construct to reveal meaningful associations with mental health, and unexamined individual differences further obfuscate these effects (Odgers & Jensen, 2020; Orben, 2020; Valkenburg, Meier, & Beyens, 2022).

Research examining time spent on social media and adolescent development has missed heterogeneity in these associations for two main reasons. First, studies measuring time spent on social media often neglect the specific content, features, and functions within social media experiences, some of which may offer benefits, whereas others pose risks. Second, much prior work has failed to account for individual differences. Research often has focused on main effects (i.e., a single estimate for the entire sample) to identify population averages, rather than considering how adolescents' preexisting offline contexts and social and dispositional differences shape the selection of and response to social media (Odgers & Jensen, 2020; Orben, 2020; Valkenburg et al., 2022). Thus, to understand how social media influences development, we must systematically address heterogeneity in social media effects, considering (a) specific social media components—including content, functions, and features—and (b) individual difference factors across which social media use and related outcomes may differ. Leading scholars have strongly encouraged a move away from measuring time spent on social media (or 'screen time') and toward more precise measures and nuanced research that go beyond straightforward questions regarding social media as helpful versus harmful (see, among others, Granic, Morita, & Scholten, 2020; Moreno & Uhls, 2019; Nesi, Choukas-Bradley, & Prinstein, 2018; Odgers & Jensen, 2020; Orben, 2020; Valkenburg et al., 2022). Despite this consensus, empirical work taking this approach has been relatively slow to follow, likely given the challenges of conceptualizing and measuring multifarious social media experiences across diverse populations.

This annual review synthesizes the emerging literature addressing specific and nuanced research questions related to adolescent social media use with the goal of articulating opportunities for future research to build off these nascent results. We first address key aspects of adolescent development that make youth particularly sensitive to social media use and precisely define what makes social media a unique context of and influence on development. Then, in the two main sections of this review, we address potential sources of heterogeneity in social media effects. First, we review research on specific social media components—content, features, and functions—and the related subjective or interpersonal experiences these components can evoke that may be relevant to adolescent development. Then, we discuss preexisting individual differences among youth and their offline environments that may, at times simultaneously, promote both flourishing and floundering in the social media context. We end our review with a discussion of how future research can leverage advanced methodological techniques to address questions on specific social media components and individual differences.

## Adolescent development

Adolescence is a period of substantial reorganization and social, emotional, biological, and cognitive change, during which the body and brain undergo rapid developments associated with puberty (Dahl, Allen, Wilbrecht, & Suleiman, 2018). Adolescents build increasingly complex social relationships with their peers and are highly sensitive to social evaluation and feedback (e.g., acceptance, rejection), social influence, and peer status (Prinstein & Giletta, 2020). These changes are driven in part by extensive structural and functional changes in the brain impacting how youth engage with and respond to their social environments (Blakemore & Mills, 2014), including digital contexts (Crone & Konijn, 2018). During adolescence, structural brain maturation (e.g., decreases in gray matter volume and increases in white matter connections; Tamnes et al., 2017) occurs within brain regions important for processing social information (i.e., the medial prefrontal cortex, posterior temporal sulcus, and temporal parietal junction; Mills, Lalonde, Clasen, Giedd, & Blakemore, 2014; Simmonds, Hallquist, Asato, & Luna, 2014). Remodeling of the dopamine system around puberty increases adolescents' reward-seeking behaviors. Adolescents, relative to children and adults, show amplified responses to rewards in the ventral striatum when anticipating or receiving social rewards and avoiding social punishments (e.g., social acceptance or rejection from peers; Guyer, Choate, Pine, & Nelson, 2012; Somerville et al., 2013) or when taking risks in the presence of peers (Chein, Albert, O'Brien, Uckert, & Steinberg, 2011). Relatedly, social cognitive development is linked to increases in self-consciousness and egocentrism (Telzer & Maza, 2024). Adolescents often believe they are the focus of others' evaluation (Vartanian, 2000), and appearance concerns spike in adolescence given increased perspective taking, as well as changes in biological and social systems (Choukas-Bradley, Roberts, Maheux, & Nesi, 2022). Collectively, these normative neurobiological changes result in hypersensitivity to social information coupled with heightened social reward and rejection sensitivity, rendering them susceptible to the socially saturated environments of social media (Telzer & Maza, 2024).

© 2024 Association for Child and Adolescent Mental Health.

14697610, 2025, 4, Downloaded from https://acamh.onlinelibrary.wiley.com/doi/10.1111/jcpp.14085 by Shelley Saindon, Wiley Online Library on [24/04/2025]. See the Terms and Conditions (https://onlinelibrary.wiley.com/terms-and-conditions) on Wiley Online Library for rules of use; OA articles are governed by the applicable Creative Commons License

features differentially impact brain activation. Finally, ecologically valid experimental methods, such as those working directly with tech companies, can help identify the effects of turning 'on' and 'off' different features. For example, Meta recently partnered with researchers to conduct a large-scale intervention testing how algorithmically curated vs. chronological feeds on Instagram and Facebook changed voting behavior (Guess et al., 2023). Research identifying temporal and causal effects, particularly long-term effects across childhood and adolescence, is critical for the development of effective prevention and intervention strategies.

Finally, attention must be paid to heterogeneity in social media effects based on individual and contextual differences. Researchers should aim to capture rich data about individuals and offline environments, including (when possible) sociometric nominations of peer status, parent reports, and geographic or contextual factors like urbanicity. Analyses can include straightforward moderation—even if exploratory—to understand differences in associations based on age, identity, or other characteristics. In addition to testing group differences in some processes, studies should also leverage qualitative and participatory research to explore how some groups may engage with social media in fundamentally distinct ways. Intensive longitudinal designs taking idiographic approaches can help isolate person-specific associations, which can inform theories about complex individual differences. Participant recruitment should also be careful and targeted, including samples of younger adolescents, those experiencing marginalization, and youth across the globe.

## Conclusion

The context of adolescent development today is fundamentally transformed by social media, though the role of social media in adolescent well-being is not fully understood. The association between time on social media and adolescent psychosocial outcomes is not consistent, linear, or dose-dependent; thus, researchers must move away from conceptualizing social media as a monolith and instead focus on what components of social media may affect development and for whom. In this annual review, we synthesized the emerging literature taking this nuanced approach, arguing that specific social media content, features, and functions may interact with adolescents' preexisting individual differences and offline experiences to influence development.

## Acknowledgements

Eva H. Telzer has been retained as an expert witness in U.S. social media litigation. Kaitlyn Burnell has served as a paid consultant in U.S. social media litigation. The remaining authors have declared that they have no competing or potential conflicts of interest. This work was supported in part by the Winston National Center on Technology Use, Brain, and Psychological Development.

## Data availability

No data were created or analyzed in this study.

## Correspondence

Anne J. Maheux, Department of Psychology and Neuroscience, University of North Carolina at Chapel Hill, Chapel Hill, NC, USA; Email: amaheux@unc.edu

---

### Key points

- Much prior work has measured time spent on social media, but a growing consensus in the field suggests that researchers should focus on more specific aspects of social media use to understand connections to adolescent development.
- We synthesized research addressing two main sources of heterogeneity in social media effects, providing a framework for future research to address (a) specific social media components—content, features, and functions—and (b) individual differences regarding social media use and effects.

---

## References

Anderson, M., Faverio, M., & Gottfried, J. (2023). *Teens, social media and technology 2023*. Pew Research Center. Available from: https://www.pewresearch.org/internet/2023/12/11/teens-social-media-and-technology-2023/

Andrews, J.L., Khin, A.C., Crayn, T., Humphreys, K., & Schweizer, S. (2022). Measuring online and offline social rejection sensitivity in the digital age. *Psychological Assessment, 34*, 742–751.

Angelini, F., & Gini, G. (2023). Differences in perceived online communication and disclosing e-motions among adolescents and young adults: The role of specific social media features and social anxiety. *Journal of Adolescence, 961–14*, 512–525.

Angwin, J. (2023). Few are addressing one of social Media's greatest perils. *The New York Times*. Available from: https://www.nytimes.com/2023/05/06/opinion/fear-speech-social-media.html

Armstrong-Carter, E., Garrett, S.L., Nick, E.A., Prinstein, M.J., & Telzer, E.H. (2023). Momentary links between adolescents' social media use and social experiences and motivations: Individual differences by peer susceptibility. *Developmental Psychology, 59*, 707–719.

© 2024 Association for Child and Adolescent Mental Health.

14697610, 2025, 4, Downloaded from https://acamh.onlinelibrary.wiley.com/doi/10.1111/jcpp.14085 by Shelley Saindon , Wiley Online Library on [24/04/2025]. See the Terms and Conditions (https://onlinelibrary.wiley.com/terms-and-conditions) on Wiley Online Library for rules of use; OA articles are governed by the applicable Creative Commons License