UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION | MDL No. 3047 |
| This Document Relates To: | Case Nos.:   4:22-md-03047-YGR<br>4:23-cv-05448-YGR-PHK |
| *People of the State of California, et al. v. Meta Platforms, Inc. et al.* | **LIST OF DISPUTED DISCOVERY DESIGNATIONS (STATE AG MDL)**<br><br>Judge: Hon. Yvonne Gonzalez Rogers<br>Magistrate Judge: Hon. Peter H. Kang |

| State Attorneys General's Discovery Designations | | | |
|---|---|---|---|
| No. | Form of Excerpt | Designation in Dispute | Legal Objection |
| 1 | Plaintiff Affirmative | Response to RFA No. 9. | Vague and Ambiguous ("collect," "Facebook or Instagram pages," "without having logged into"); Prejudicial (to the extent RFA suggests that individuals under the age of 13 are permitted users of Facebook or Instagram, which they are not); Completeness (designation must include all initial, supplemental and/or amended responses, including any incorporated responses, to the same request, as well as the information contained in the links / productions cited in Meta's response) |
| 2 | Plaintiff Affirmative | Response to RFA No. 17. | Vague and Ambiguous ("develop, train, or validate," "likely being a Child," "algorithms or models"); Compound (RFA does not distinguish between "algorithms" and "models," is not directed to a single fact and is therefore not amenable to reasonable admission or denial);  Prejudicial (to the extent RFA suggests that individuals under the age of 13 are permitted users of Facebook or Instagram, which they are not); Completeness (designation must include all initial, supplemental and/or amended responses, including any incorporated responses, to the same request, as well as the information contained in the links cited in Meta's response) |
| 3 | Plaintiff Affirmative | Response to RFA No. 33. | Vague and Ambiguous ("guardrail metric," "certain time periods," "time spent") |
| 4 | Plaintiff Affirmative | Response to RFA No. 38 | Vague and Ambiguous ("attributed to," "employees," "authorized to speak," "Meta's behalf"); Prejudicial; Relevance (Under Section 230, and re: questions extending outside the US); Hearsay |
| 5 | Plaintiff Affirmative | Response to RFA No. 46. | Vague and Ambiguous ("personal information," "uses," "gathers," "regardless of age," "better target," and "advertising services"); Relevance; Completeness (designation must include all initial, supplemental and/or amended responses, including any incorporated responses, to the |

2

| No. | Form of Excerpt | Designation in Dispute | Legal Objection |
|---|---|---|---|
| | | | same request, as well as the information contained in the links cited in Meta's response) |
| 6 | Plaintiff Affirmative | Response to INT No. 12 | Relevance (under Section 230, the First Amendment, and re: unalleged harms); Completeness (designation must include all initial, supplemental and/or amended responses, including any incorporated responses, to the same request) |
| 7 | Plaintiff Affirmative | Response to INT No. 32 | Completeness (designation must include all initial, supplemental and/or amended responses, including any incorporated responses, to the same request, as well as the information contained in the links cited in Meta's response); Vague and Ambiguous ("report," "genuine report," "automated or malicious reports") |
| 8 | Plaintiff Affirmative | Response to INT No. 33 | Completeness (designation must include all initial, supplemental and/or amended responses, including any incorporated responses, to the same request); Vague and Ambiguous ("you determined to be under the age of 13"); Prejudicial (to the extent the ROG suggests that individuals under the age of 13 are permitted users of Facebook or Instagram, which they are not); Overbroad (seeks information that Meta does not maintain in the ordinary course of business in the form requested, that does not exist, or that is not in Meta's possession) |

| Meta's Discovery Designations | | | |
|---|---|---|---|
| **No.** | **Form of Excerpt** | **Designation in Dispute** | **Legal Objection** |
| 1 | Defendant Affirmative | Response to INT No. 1: 6:12-14 (until "use"), 17-23 | See AGs' MIL 1; Relevance |
| 2 | Defendant Affirmative | Response to INT No. 1: 9:11, 14-19 | See AGs' MIL 1; Relevance; Unduly prejudicial under Rule 403 (Page 9:11-13 (starting with "The Council" and ending with "Instagram." ) |
| 3 | Defendant Affirmative | Response to INT No. 1: 17:1-4 (until "residents"), 7-21 (until "centers") | See AGs' MIL 1; Relevance |

3

| 4 | Defendant Affirmative | Response to INT No. 1: 64:1-6, 8-19, 22 | See AGs' MIL 1; Relevance; Unduly prejudicial under Rule 403 (Page 64:21-22 (starting with "The Council" and ending with "Instagram." ) |
| 5 | Defendant Affirmative | Response to INT No. 7: 22:3-4 (until "aware") | Relevance; Unduly Prejudicial; Counter designation of 22:5-6 (ending in "claims") for completeness. |
| 6 | Defendant Affirmative | Response to INT No. 6: 13:1-7 (until "claims"), 10-22 (until "consent") | Relevance; counter-designation of 13:1-24 for completeness |

DATED: July 8, 2026

Respectfully submitted,

By:     /s/ Ashley M. Simonsen
Ashley M. Simonsen (Bar No. 275203)
COVINGTON & BURLING LLP
1999 Avenue of the Stars
Los Angeles, California 90067
Telephone: (424) 332-4800
Facsimile: (424) 332-4749
Email: asimonsen@cov.com

Paul W. Schmidt, *pro hac vice*
Timothy C. Hester, *pro hac vice*
COVINGTON & BURLING LLP
One City Center
850 Tenth Street, NW
Washington, DC 20001-4956
Telephone: (202) 662-6000
Facsimile: (202) 662-6291
Email: pschmidt@cov.com
Email: thester@cov.com

*Attorneys for Defendants Meta Platforms, Inc. f/k/a Facebook, Inc. and Instagram, LLC*

**PHILIP J. WEISER**
Attorney General
State of Colorado

*/s/ Krista Batchelder*
Krista Batchelder, CO Reg. No. 45066,
*pro hac vice*
Deputy Solicitor General
Shannon Stevenson, CO Reg. No. 35542, *pro hac vice*
Solicitor General
Elizabeth Orem, CO Reg. No. 58309, *pro hac vice*
Assistant Attorney General
Colorado Department of Law
Ralph L. Carr Judicial Center
Consumer Protection Section
1300 Broadway, 7th Floor
Denver, CO 80203
Phone: (720) 508-6651
krista.batchelder@coag.gov
Shannon.stevenson@coag.gov
Elizabeth.orem@coag.gov

*Attorneys for Plaintiff State of Colorado, ex rel.*
*Philip J. Weiser, Attorney General*


**ROB BONTA**
Attorney General
State of California

*/s/ Megan O'Neill*
Nicklas A. Akers (CA SBN 211222)
Senior Assistant Attorney General
Bernard Eskandari (SBN 244395)
Emily Kalanithi (SBN 256972)
Supervising Deputy Attorneys General
Nayha Arora (CA SBN 350467)
Megan O'Neill (CA SBN 343535)
Joshua Olszewski-Jubelirer (CA SBN 336428)
Marissa Roy (CA SBN 318773)
Brendan Ruddy (CA SBN 297896)
Deputy Attorneys General
California Department of Justice
Office of the Attorney General
455 Golden Gate Ave., Suite 11000
San Francisco, CA 94102-7004
Phone: (415) 510-4400

5

Fax: (415) 703-5480
Megan.Oneill@doj.ca.gov

*Attorneys for Plaintiff the People of the State of California*

**RUSSELL COLEMAN**
Attorney General
Commonwealth of Kentucky

*/s/ Matthew Cocanougher*
J. Christian Lewis (KY Bar No. 87109),
*Pro hac vice*
Philip Heleringer (KY Bar No. 96748),
*Pro hac vice*
Zachary Richards (KY Bar No. 99209),
*Pro hac vice*
Daniel I. Keiser (KY Bar No. 100264),
*Pro hac vice*
Matthew Cocanougher (KY Bar No. 94292),
*Pro hac vice*
Assistant Attorneys General
1024 Capital Center Drive, Suite 200
Frankfort, KY 40601
CHRISTIAN.LEWIS@KY.GOV
PHILIP.HELERINGER@KY.GOV
ZACH.RICHARDS@KY.GOV
DANIEL.KEISER@KY.GOV
MATTHEW.COCANOUGHER@KY.GOV
Phone: (502) 696-5300
Fax: (502) 564-2698

*Attorneys for Plaintiff the Commonwealth of Kentucky*

**JENNIFER DAVENPORT**
Attorney General
State of New Jersey

*/s/ Thomas Huynh*
Brian F. McDonough (NJ Bar No. 026121980),
*Pro hac vice*
Kashif T. Chand (NJ Bar No. 016752008),
*Pro hac vice*
Assistant Attorneys General
Thomas Huynh (NJ Bar No. 200942017),
*Pro hac vice*
Section Chief, Deputy Attorney General

6

Patrick J. Misale (NJ Bar No. 401352022)
*Pro hac vice*
Verna J. Pradaxay (NJ Bar No. 335822021),
*Pro hac vice*
Mandy K. Wang (NJ Bar No. 373452021),
*Pro hac vice*
Deputy Attorneys General
New Jersey Office of the Attorney General,
Division of Law
124 Halsey Street, 5th Floor
Newark, NJ 07101
Tel: (973) 648-2052
Brian.Mcdonough@law.njoag.gov
Kashif.Chand@law.njoag.gov
Thomas.Huynh@law.njoag.gov
Verna.Pradaxay@law.njoag.gov
Mandy.Wang@law.njoag.gov

*Attorneys for Plaintiffs Jennifer Davenport, Attorney General for the State of New Jersey, and Jeremy E. Hollander, Acting Director of the New Jersey Division of Consumer Affairs*

LIST OF DISPUTED DISCOVERY DESIGNATIONS
4:22-md-03047-YGR; 4:23-cv-05448-YGR