[*Submitting Counsel on Signature Page*]

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION | MDL No. 3047 |
| | Case No. 4:22-md-03047-YGR |
| THIS DOCUMENT RELATES TO: | **STATE ATTORNEYS GENERAL'S UPDATED TRIAL WITNESS LIST** |
| 4:23-cv-05448 | Judge: Hon. Yvonne Gonzalez Rogers |
| | Magistrate Judge: Hon. Peter H. Kang |

The State Attorneys General ("State AGs") hereby submit this updated witness list below pursuant to ECF No. 3139-1, ECF No. 3210, and the Court's Standing Order re: Pretrial Instructions in Civil Cases. The State AGs expressly reserve the right to amend, supplement, add, or remove witnesses, including in response to the witness disclosures of Defendant Meta Platforms, Inc. ("Meta"), the Court's rulings, developing trial strategy, and events that may arise during trial. The State AGs further reserve the right to present testimony either live or by video deposition and to modify the mode of presentation as necessary. The State AGs reserve the right to call witnesses for purposes of impeachment, authentication, admissibility, rebuttal, or surrebuttal, including individuals not identified herein whose testimony becomes necessary in response to Meta's evidence or arguments. The descriptions below provide general summaries of anticipated testimony and are not intended to limit the scope of any witness' trial testimony. The estimated times for testimony are provided for planning purposes only, exclude any cross-examination, and may be shortened or extended depending on the course of the proceedings. The State AGs reserve the right to revise, expand, or refine these descriptions as appropriate.

| Witness | Description | Live or by Designation | May Call or Time Needed for Will Call Testimony |
|---|---|---|---|
| Fact Witnesses | | | |
| Andrews, Kyle | Former User Experience Researcher at Meta. He is likely to testify about teen engagement on Instagram; project Daisy (Meta's research on removing "likes"); and Meta's internal research on safety and wellbeing, including the BEEF survey. | Live | May Call |
| Antony, Justin | Current Director of Creator Partnerships at Meta. He is likely to testify about Meta's work with creators who appealed to teens and children; Meta's outreach strategies for products such as IGTV and Reels; and Meta's interactions with child creators' parents or managers. | Designation | 0.5 |
| Backstrom, Lars | Current Vice President of Engineering at Meta. He was Meta's 30(b)(6) designee on the following topic: means by which and extent to which Meta did the following during the relevant time period: used personal information, information derived from personal information, or other data collected from child or teen users in training or developing algorithms or models. | Designation or Live | May Call |
| Bejar, Arturo* | Non-retained expert and fact witness, as former Leader for Integrity and Care, and later independent contractor specializing in child safety, at Meta. He is likely to testify about the inadequacy of Meta's safety tools; Meta's prioritization of growth over safety; the mismatch between Meta's public representations about the prevalence of harms on its platforms, including through its CSER reports, compared to its internal findings in the BEEF and TRIPS surveys; and research he conducted, both at Meta and independently, regarding Meta's platforms. | Live | 3 |

| | | | |
|---|---|---|---|
| Blake, Nathan | Deputy Attorney General of the Consumer Protection Section of the Colorado Department of Law. He is likely to testify about the powers of State Attorneys General to bring consumer protection lawsuits; the concerns that led the State AGs to investigate Meta's consumer protection violations; and the policy, public health, and youth welfare concerns that led the State AGs to bring this lawsuit. | Live | 1 |
| Boland, Brian | Former Vice President of Partnerships and other roles at Meta. He is likely to testify about Meta's prioritization of growth over safety; Meta's internal research regarding harms on its platforms; and Meta's business model. | Live | 1 |
| Chen, Robert | Former Product Lead at Meta. He is likely to testify about Meta's focus on young users, including efforts to retain children on the platforms. | Designation or Live | .5 |
| Cheng, Justin | Former researcher at Meta. He is likely to testify about wellbeing research at Meta, including Project Daisy. | Live | 1 |
| Clegg, Nick | Former President of Global Affairs at Meta. He is likely to testify about Meta's knowledge of harms to youth wellbeing; Meta's public relations efforts; and Meta's age assurance and verification policies. | Designation | .5 |
| Davis, Antigone* | Current Vice President and Global Head of Safety at Meta. She is likely to testify regarding Meta's youth safety and wellbeing policies, tools, and parental controls; the use of Meta's platforms by children; Meta's regulatory concerns; and Meta's public communications. | Live | 2 |
| Davis, Elena | Current Social Impact User Experience Researcher at Meta. She is likely to testify about internal research regarding problematic use/addiction and other wellbeing issues. | Designation | .5 |
| Drabkin, Anya | Current Senior Social Impact User Experience Researcher at Meta. She will likely testify about problematic use on Meta's platforms; research limitations and narrative excellence and oversight processes at Meta; Meta's teen accounts; and Meta's advertising modeling. | Live | May Call |

4

| | | | |
|---|---|---|---|
| Fogu, Francesco | Current Director of Product Design at Instagram. He is likely to testify about the process and results of product and feature design at Instagram. | Live | 0.75 |
| Gould Stewart, Margaret | Former Vice President of Product Design and Responsible Innovation at Meta. She is likely to testify about Meta's policies and decision-making regarding wellbeing and safety issues, including as related to filters. | Designation | 0.75 |
| Gross, Wendy | Current Head of Marketing Insights for Creators & Threads, and former Head of Product Marketing Insights for Instagram, at Meta. She is likely to testify about Meta's internal findings on teen mental health harms; Meta's decision not to disclose those findings; and Instagram's teen-focused- marketing strategy. | Live | 0.75 |
| Hartnett, Allison[1] | Current Director of Product Management at Meta. She was Meta's 30(b)(6) designee on the following topics: Meta's data collection, use, disclosure, monetization, and account- authentication practices involving users of all ages, including children; Meta's COPPA- compliance policies; Meta's practices for preventing underage users from creating accounts and detecting and removing underage users, including handling of child user reports and parental consent; Meta's processes for deleting or limiting children's data; Meta's identification of multiple accounts; Meta's response to inauthentic child- user reports; and Meta's development and use of age- inference- algorithms. | Designation or Live | 1 |
| Jayakumar, Vaishnavi | Former Head of Safety & Wellbeing at Instagram and later Head of Youth Policy at Meta. She is likely to testify about Meta's knowledge of harmful platform features; Meta's safety and wellbeing efforts; and the presence of child user accounts on Meta's platforms. | Designation | .25 |

[1] The State AGs reserve the right to call Ms. Hartnett live or by designation, and as both a 30(b)(6) designee and a fact witness, pending her upcoming deposition to be taken in her capacity as a fact witness. Should the AGs decide to call Ms. Hartnett by designation, the AGs will provide designations at that time.

| | | | |
|---|---|---|---|
| Jimenez, Shayli* | Current Senior User Experience Researcher at Meta. She is likely to testify as to her research on teens' developmental vulnerabilities, including research on dopamine and addiction; and on child or teen interests and use of Meta products. | Live | 1 |
| Lee, Alison | Former Senior Researcher in Reels Integrity, and later in Responsible AI, at Meta. She is likely to testify about Meta's controls around internal research; Meta's resource allocation to its integrity teams; the effectiveness of Meta's safety features; and harmful experiences on Meta's platforms. | Live | May Call |
| Li, Susan* | Current Chief Financial Officer at Meta. She is likely to testify about Meta's revenue model; Meta's headcount allocations; and Meta's business model, including its dependence on user engagement, advertiser spending, and maintaining positive product experiences. | Designation | 0.5 |
| Mody, Shilpa | Former Senior Quantitative User Experience Researcher at Meta. She is likely to testify about Meta's internal research on social comparison and other wellbeing issues; the effectiveness of Meta's safety features; and Meta's prioritization of growth over safety. | Live | 1 |
| Mosseri, Adam* | Current Head of Instagram. He is likely to testify about Meta's knowledge of harms on its platforms; Meta's resource allocation; Meta's product features, including safety features; Meta's targeting of teen and child users; and Meta's public communications. | Live | 3 |
| Rubaek, Lotte | Former Advisor on Meta's Board. She is likely to testify about her role on the Board, especially as related to self-harm, suicide, and eating disorders. | Designation | 0.25 |
| Sattizahn, Jason* | Former researcher at Meta. He is likely to testify about Meta's suppression of sensitive research relating to child users and the negative effects of Meta's platforms on young users. | Live | 1 |

6

| Troxel, Natalie | Former Senior User Experience Researcher at Meta. She is likely to testify about the safety and wellbeing research she conducted while at Meta. | Designation | 0.25 |
|---|---|---|---|
| Volichenko, George | Former Data Scientist at Meta. He is likely to testify about Meta's priorities in designing and launching safety features. | Live | 1 |
| Wynter, Tom | Current User Experience Researcher at Meta. He is likely to testify about Meta's company culture relating to research priorities and communication strategies, and Meta's youth safety tools. | Live | May Call |
| Zuckerberg, Mark* | Current Chief Executive Officer at Meta. He is likely to testify about Meta's knowledge of children on the platform; Meta's targeting of teen and child users; Meta's knowledge of harms on its platforms; Meta's prioritization of growth over safety; and Meta's public communications. | Live | 3 |
| * Denotes a priority fact witness<br>TOTAL TIME: Fact Witnesses | | | 24.5 |
| **Expert Witnesses** | | | |
| Alter, Dr. Adam | Consumer psychology expert. He is expected to testify about Meta's consumer messaging on youth wellbeing and safety on Meta's platforms from a social psychology and consumer decision making perspective. He is also expected to testify on Meta's platforms' directedness to child users. | Live | 2 |
| Gray, Dr. Colin | Expert in dark patterns. They are expected to testify that Meta employed dark patterns and attention capture patterns to maximize user engagement, including in contravention of user researcher/user interface industry standards. They are also expected to testify that Meta declined to implement alternative designs that were better suited to safeguard user wellbeing. | Live | May Call |
| Hale, Dr. Lauren | Professor specializing in population studies and sleep. She is expected to testify on the effects of nighttime social media use on youths' sleep and to rebut Meta's sleep expert, Dr. Sarah Honaker. | Live | May Call |

| | | | |
|---|---|---|---|
| Iyer, Dr. Ravi | Psychologist and technologist. He formerly worked at Facebook. He is expected to testify on the ineffectiveness of Meta's existing safety tools and the changes necessary to address teens' unwanted, harmful, and negative experiences. | Live | 1 |
| Estes, Tim | Expert on safe and secure digital platforms. He is expected to testify about the measures Meta could have, and should have, taken related to age verification. | Live | 1 |
| Narayanan, Dr. Arvind | Computer scientist and technologist. He is expected to testify that Meta's recommendation algorithms are optimized for engagement; that Meta has not been transparent about its recommendation algorithm; and that Meta could have adopted reasonable alternatives. | Live | 1.5 |
| Prinstein, Dr. Mitch | Child psychology expert. He is expected to testify on the vulnerabilities of adolescents; adolescent development; and how Meta's features exploit adolescents' vulnerabilities and cause harm, such as by displacing engagement in healthy activities or encouraging appearance comparison, loss of sleep, and habitual or addictive use. | Live | 1 |
| Saba, Carl | Economic remedies expert. He is expected to testify regarding calculations supporting disgorgement and violation counting; youth usage metrics such as time spent, teen and child user counts, and teen and child person counts; and Meta's business model. | Live | 2 |
| Sheatsley, Dr. Ryan | Computer scientist. He is expected to testify regarding Meta's underage reporting and enforcement flows and his analysis of Meta's underage reporting and enforcement data. | Live | 1 |
| Twenge, Dr. Jean | Expert in generational trends. She is expected to testify, based on her scientific research and review of literature across correlational data, time series studies, longitudinal studies, and experimental data, that social media use causes reduced psychological well-being in teens. | Live | 1 |

| Zicherman, Dr. Bradley | Psychiatrist and clinical professor at Stanford University. He is expected to testify on teens' excessive social media use and its negative impacts. | Live | May Call |
|---|---|---|---|
| TOTAL TIME: Experts | | | 10.5 |

DATED: 7/9/2026

Respectfully submitted,

**PHILIP J. WEISER**
Attorney General
State of Colorado

*/s/ Krista Batchelder*
Krista Batchelder, CO Reg. No. 45066, *pro hac vice*
Deputy Solicitor General
Jason Slothouber, CO Reg. No. 43496, *pro hac vice*
Chief Trial Counsel, Consumer Protection
Lauren M. Dickey, CO Reg. No. 45773, *pro hac vice*
First Assistant Attorney General
Elizabeth Orem, CO Reg. No. 58309
Assistant Attorney General
Colorado Department of Law
Ralph L. Carr Judicial Center
Consumer Protection Section
1300 Broadway, 7th Floor
Denver, CO 80203
Phone: (720) 508-6000
Krista.Batchelder@coag.gov

*Attorneys for Plaintiff State of Colorado, ex rel. Philip J. Weiser, Attorney General*

**RUSSELL COLEMAN**
Attorney General
Commonwealth of Kentucky

*/s/ J. Christian Lewis*
J. Christian Lewis (KY Bar No. 87109), *pro hac vice*
Philip Heleringer (KY Bar No. 96748), *pro hac vice*
Zachary Richards (KY Bar No. 99209), *pro hac vice*
Daniel I. Keiser (KY Bar No. 100264), *pro hac vice*
Matthew Cocanougher (KY Bar No. 94292), *pro hac vice*
Assistant Attorneys General
1024 Capital Center Drive, Ste. 200
Frankfort, KY 40601
Christian.Lewis@ky.gov
Philip.Heleringer@ky.gov
Zach.Richards@ky.gov
Daniel.Keiser@ky.gov

**ROB BONTA**
Attorney General
State of California

*/s/ Megan O'Neill*
Nicklas A. Akers (CA SBN 211222)
Senior Assistant Attorney General
Bernard Eskandari (SBN 244395)
Emily Kalanithi (SBN 256972)
Supervising Deputy Attorneys General
Nayha Arora (CA SBN 350467)
David Beglin (CA SBN 356401)
Megan O'Neill (CA SBN 343535)
Joshua Olszewski-Jubelirer (CA SBN 336428)
Jordan Hefcart (CA SBN 366087)
Brendan Ruddy (CA SBN 297896)
Deputy Attorneys General
California Department of Justice
Office of the Attorney General
455 Golden Gate Ave., Suite 11000
San Francisco, CA 94102-7004
Phone: (415) 510-4400
Fax: (415) 703-5480
Megan.ONeill@doj.ca.gov

*Attorneys for Plaintiff the People of the State of California*

**JENNIFER DAVENPORT**
Attorney General
State of New Jersey

By: */s/ Thomas Huynh*
Kashif T. Chand (NJ Bar No. 016752008), *Pro hac vice*
Assistant Attorney General
Thomas Huynh (NJ Bar No. 200942017), *Pro hac vice*
Section Chief, Deputy Attorney General
Verna J. Pradaxay (NJ Bar No. 335822021), *Pro hac vice*
Mandy K. Wang (NJ Bar No. 373452021), *Pro hac vice*
Deputy Attorneys General
New Jersey Division of Law
124 Halsey Street, 5th Floor
Newark, NJ 07101
Kashif.Chand@law.njoag.gov
Thomas.Huynh@law.njoag.gov

STATE ATTORNEYS GENERAL'S UPDATED TRIAL WITNESS LIST
4:22-md-03047-YGR; 4:23-cv-05448-YGR

Matthew.Cocanougher@ky.gov
Phone: (502) 696-5300
Fax: (502) 564-2698

*Attorneys for Plaintiff the Commonwealth of Kentucky*

Verna.Pradaxay@law.njoag.gov
Mandy.Wang@law.njoag.gov

*Attorneys for Plaintiffs Jennifer Davenport, Attorney General for the State of New Jersey, and Jeremy E. Hollander, Acting Director of the New Jersey Division of Consumer Affairs*

## SIGNATURE CERTIFICATION

Under Civ. L.R. 5-1(h)(3), I hereby attest that all signatories listed, and on whose behalf the filing is submitted, concur in this filing's content and have authorized this filing.

DATED: July 9, 2026

/s/ Jordan Hefcart
Jordan Hefcart

*Attorney for Plaintiff State of California, ex rel.*
*Rob Bonta, Attorney General*