**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

|  |  |
|---|---|
| **PEOPLE OF THE STATE OF CALIFORNIA, ET AL.,**<br><br>Plaintiffs,<br><br>v.<br><br>**META PLATFORMS INC., ET AL.,**<br><br>Defendants. | Case No. 4:23-cv-05448-YGR<br><br>**PRETRIAL ORDER NO. 5 RE: PRETRIAL CONFERENCE** |

Having considered the filings to date[1] and for good cause shown, the Court issues the following orders for notice and to facilitate an orderly trial:

1.    Pursuant to the parties' latest proposed pretrial schedule, trial readiness binders are due by July 15, 2026.  The parties shall provide two (2) sets of binders for chambers as well as a thumbdrive with digital copies of all binder files.

2.    **Supplemental Briefing re Remedies:**  Plaintiffs shall submit a statement of no more than three (3) pages by July 13, 2026, in response to defendant's argument that they are seeking duplicative recoveries (Dkt. No. 455, 15:25-19:11.)  The Court is not convinced that the AGs are doing so, but agrees that clarity is required.  Thus, the statement shall identify which forms of relief are proposed as alternatives versus which are cumulative.  The Court understands that the AGs are no longer requesting an advisory opinion on the issue of disgorement.  If this is not accurate, they shall so state.

3.    **Discovery Request:**  Meta requests leave to take updated 3.5-hour depositions of Dr. Jean Twenge, Mr. Carl Saba, and Dr. Ryan Sheatsley by July 17, 2026 to focus on the penalty and

---

[1] As a reminder, all briefing related to this trial action shall reference docket numbers in this docket, with the MDL docket number placed in parentheses.

United States District Court
Northern District of California

disgorgement charts (Dkt. No. 444).  (Dkt. No. 455 at 27:17.)  The depositions may proceed. However, the Court agrees with the AGs such that if the depositions are taken, the Court will allow the charts to be admitted as evidence.  If not, plaintiffs may argue the contents of the charts to the jury; but they will not be admitted as evidence due to plaintiffs' failure to produce them in advance. The point of the depositions is to eliminate the prejudice to Meta.  There is no prejudice to Meta if the depositions are taken and the charts will be treated as if they had been produced in a timely manner.

    4.    **Joint Stipulations:**  The Court hereby **GRANTS** the following joint stipulations:

    a.  Stipulation Regarding Pretrial Schedule (Dkt. No. 437);

    b.  Stipulation re Sealing and Redacting of the Remaining Pre-Trial Filings (Dkt. No. 451);

    c.  Stipulation re Sealing of Personally Identifiable Information in Pre-Trial Filings (Dkt. No. 453); and

    d.  Metas and State AGs Omnibus Sealing Stipulation (Dkt. No. 454).

This Order terminates the following Dkt. Nos. in **Case No. 23-cv-5448**: 249, 253, 265, 277, 283, 285, 312, 320, 336, 340, 357, 366, 368, 370, 372, 374, 378, 380, 382, 396, 398, 402, 404, 405, 406, 407, 413, 414, 416, 419, 425, 427, 429, 430, 437, 442, 445, 451, 453, & 454; and the following in **Case No. 22-md-3047**: 2305, 2696, 2705, 2781, 2844, 2846, 2893, 2899, 2914, 2916, 2989, 2991, 3006, 3014, 3031, 3048, 3104, 3116, 3118, 3120, 3122, 3124, 3128, 3130, 3132, 3156, 3158, 3162, 3163, 3164, 3165, 3166, 3172, 3174, 3176, 3179, 3190, 3192, 3195, 3196, 3210, 3215, 3218, 3226, 3232, & 3234.

    **IT IS SO ORDERED.**

Dated: July 10, 2026

_____
**YVONNE GONZALEZ ROGERS**
**CHIEF UNITED STATES DISTRICT COURT JUDGE**