# Exhibit 24



META3047MDL-294-00103869



Teens reporting low attention (aspect of low control) report 25% higher life interference (Davis & ███████, 2023)

CONFIDENTIAL

META3047MDL-294-00103877