# Exhibit 164

INB2347253



## INSTAGRAM REELS PRODUCTION AND MARKETING AGREEMENT

This Instagram Reels Production Agreement (the "**Agreement**"), is made and entered into as of April 19, 2021 (the "**Effective Date**"), by and between Facebook, Inc., with offices at 1 Hacker Way, Menlo Park, California 94025 ("**Facebook**"), on the one hand, and izo, Inc., with offices at 7080 Hollywood Blvd, Suite 1100, Los Angeles, CA 90028 ("**Company**"), on the other hand.

1. **Reels Production and Delivery.**

   a. Company will ensure that one hundred eighteen (118) on-roster talent ("**Talent**") produce and publicly post, in aggregate, four thousand two hundred forty-eight (4,248) Reels to Talent's respective Instagram accounts to their "Reels Feed" (i.e. thirty-six (36) Reels per Talent, over the course of the Delivery Period (defined below)). "**Reel(s)**" are micro-format videos with a duration of ten (10) to sixty (60) seconds on Instagram Reels. Notwithstanding the foregoing, and for the avoidance of doubt, if Company secures less than one hundred eighteen (118) Talent and/or some Talent do not post all thirty-six (36) Reels, the Fee (as defined below) shall be prorated as set forth in Section 4.c.

   b. Company agrees to cause Talent to tag each Reel as "paid content" or "funded content" when posting to Reels Feed.

   c. A minimum of twelve (12) Reels per Talent shall utilize a music sticker from Instagram's Audio Library.

   d. Company acknowledges and agrees that the Talent participating in this program shall be a combination of emerging and established Talent. For the purpose of this Agreement, such Talent shall fall into one of four "**Talent Tiers**," with "Tier A" including Talent with no fewer than five hundred thousand (500,000) followers on Instagram, "Tier B" including Talent with no fewer than two hundred fifty thousand (250,000) followers on Instagram, "Tier C" including Talent with no fewer than one hundred thousand (100,000) followers on Instagram and "Tier D" including Talent with no fewer than ten thousand (10,000) followers on Instagram.

   e. The production of Reels pursuant to this Agreement shall be allocated among Talent Tiers described in this section as set forth in the table below.

| Talent Tier | # of Talent | Total # of Reels (36 per Talent) | Allocation of Fee per Tier ($) |
|---|---|---|---|
| Tier A | 15 | 540 | $270,000 |

META3047MDL-241-00000012

INB2347253



EXECUTION VERSION
*Privileged & Confidential*

## Schedule A
## Approved Talent List

| Artist | Handle | Followers | Tier | Fee/ Reel | Total Fee |
|---|---|---|---|---|---|
| Y S | https://www.instagram. ██ /?hl=en | 1,400,000 | Tier 1 | $ 500 | $ 18,000 |
| L B | https://www.instagram. ██ ?hl=en | 1,200,000 | Tier 1 | $ 500 | $ 18,000 |
| L B | https://www.instagram.com ██ /?hl=en | 1,000,000 | Tier 1 | $ 500 | $ 18,000 |
| H K | https://www.instagram.com/ ██ dances/ | 795,000 | Tier 1 | $ 500 | $ 18,000 |
| D | https://www.instagram.com ██ /?hl=en | 730,000 | Tier 1 | $ 500 | $ 18,000 |
| E | https://www.instagram.com ██ /?hl=en | 715,000 | Tier 1 | $ 500 | $ 18,000 |
| M J L | https://www.instagram.com ██ 7/?hl=en | 825,000 | Tier 1 | $ 500 | $ 18,000 |
| R the D | https://www.instagram. ██ ?hl=en | 821,000 | Tier 1 | $ 500 | $ 18,000 |
| K | https://www.instagram.com ██ /reels/?hl=en | 752,000 | Tier 1 | $ 500 | $ 18,000 |
| S D | https://www.instagram.com ██ | 727,000 | Tier 1 | $ 500 | $ 18,000 |
|  | https://www.instagram.com ██ | 668,000 | Tier 1 | $ 500 | $ 18,000 |
| J H | https://www.instagram.com/ ██ /?hl=en | 651,000 | Tier 1 | $ 500 | $ 18,000 |
| A E | https://www.instagram.com ██ /?hl=en | 578,000 | Tier 1 | $ 500 | $ 18,000 |
| N C | https://www.instagram.com ██ / | 518,000 | Tier 1 | $ 500 | $ 18,000 |
| M H | https://www.instagram.com ██ /?hl=en | 1,000,000 | Tier 1 | $ 500 | $ 18,000 |
| T G | https://www.instagram.com ██ /?hl=en | 226,000 | Tier 2 | $ 250 | $ 9,000 |
| S | https://www.instagram.com ██ / | 659,000 | Tier 2 | $ 500 | $ 18,000 |
| C G | https://www.instagram.com/ ██ ?hl=en | 754,000 | Tier 2 | $ 500 | $ 18,000 |
| B F | https://www.instagram.com ██ /?hl=en | 638,000 | Tier 2 | $ 500 | $ 18,000 |
|  | https://www.instagram.com ██ i/?hl=en | 859,000 | Tier 2 | $ 500 | $ 18,000 |
|  | https://www.instagram.com/ ██ hl=en | 780,000 | Tier 2 | $ 500 | $ 18,000 |
| A | https://www.instagram.com ██ /?hl=en | 569,000 | Tier 2 | $ 500 | $ 18,000 |
| E B | https://www.instagram.com ██ /?hl=en | 432,000 | Tier 2 | $ 250 | $ 9,000 |
| M B | https://www.instagram.com ██ /?hl=en | 283,000 | Tier 2 | $ 250 | $ 9,000 |
| N K | https://www.instagram.com/ ██ /?hl=en | 481,000 | Tier 2 | $ 500 | $ 18,000 |
| B | https://www.instagram.com/ ██ /?hl=en | 471,000 | Tier 2 | $ 500 | $ 18,000 |
| D A | https://www.instagram.com/ ██ /?hl=en | 431,000 | Tier 2 | $ 500 | $ 18,000 |

8

CONFIDENTIAL

META3047MDL-241-00000019