# Exhibit 165



| | |
|---|---|
| Document title: | H⬛⬛⬛K⬛ - Age, Family, Bio \| Famous Birthdays |
| Capture URL: | https://www.famousbirthdays.com/people/⬛⬛⬛html |
| Page loaded at (UTC): | Thu, 31 Jul 2025 17:55:12 GMT |
| Capture timestamp (UTC): | Thu, 31 Jul 2025 17:55:39 GMT |
| Capture tool: | 10.58.0 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/138.0.7204.97 Safari/537.36 |
| Operating system: | Linux (Node 22.17.0) |
| PDF length: | 4 |
| Capture ID: | 7hw4QfqQWbfP2UVCxAP6zs |
| Display Name: | bawesson |

PDF REFERENCE #:    mb39CCHKRfX1axEmspmZvz

AG-MDL3047-Alter-003815



**FAMOUS BIRTHDAYS**

🔍 Search

⭐ popular   📈 trending   ▶️ video   ❓ trivia   🔀 random



# H████ K███
Instagram Star

| BIRTHDAY | BIRTH SIGN |
|---|---|
| ████ 2010 | Leo |



| BIRTHPLACE | AGE |
|---|---|
| New York City, NY | 14 years old |

## #5,976
Most Popular    ★ **Boost**

### ABOUT
Dancing phenomenon who first went viral on YouTube, earning her multiple trips to perform on The Ellen DeGeneres Show. She and her mother, T████ K███ started a dance company called H████ on Earth Dance Studio. She has over 750,000 followers on her ████████████ Instagram account.

### BEFORE FAME
She was 2 years old when she and her mother appeared in a viral video on T████ YouTube, dancing to Beyonce's "End of Time."

### TRIVIA
She has her own website called ████████████

### FAMILY LIFE
Her father's name is D███ W███ She began attending dance lessons with her mother from a young age.

### ASSOCIATED WITH
She and Jamie-Lynn Sigler starred in a video called "Broken Tail Light."

### VIDEO



### POPULARITY

Document title: H████ K███ - Age, Family, Bio | Famous Birthdays
Capture URL: https://www.famousbirthdays.com/people/████████ html
Capture timestamp (UTC): Thu, 31 Jul 2025 17:55:39 GMT

AG-MDL3047-Alter-003816