Filed Under Seal

# Exhibit O

Page 1

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
- - -
IN RE:  SOCIAL MEDIA ADOLESCENT          :MDL NO.
ADDICTION/PERSONAL INJURY PRODUCTS       :4:22-MD-
LIABILITY LITIGATION                     :3047-YGR
                                         :
SUPERIOR COURT OF THE STATE OF CALIFORNIA
FOR THE COUNTY OF LOS ANGELES
SPRING STREET COURTHOUSE
- - -
COORDINATION PROCEEDING SPECIAL TITLE  :
(RULE 3,400)                           :
                                       :
SOCIAL MEDIA CASES                     :
_____ :LEAD CASE
                                         :NO. FOR
THIS DOCUMENT RELATES TO:                :FILING
                                         :PURPOSES
STATE OF TENNESSEE, ex rel, JONATHAN     :22STCV21355
SKRMETTI, ATTORNEY GENERAL and           :
REPORTER,                                :
                                         :
       V.                                :
                                         :
META PLATFORMS, INC., and INSTAGRAM,     :
LLC                                      :
                                         :
CASE NO. 23-1364-IV                      :
                        - - -
DEPOSITION UNDER VIDEO EXAMINATION OF
VAISHNAVI JAYAKUMAR
JANUARY 30, 2025
VOLUME I

                        Videotaped deposition of
VAISHNAVI JAYAKUMAR, taken pursuant to notice, was
held at the law offices of Baker Botts, LLP, 30
Rockefeller Plaza, New York, New York, beginning at
9:24 a.m., on the above date, before Michelle L.
Ridgway, a Registered Professional Reporter,
Certified Court Reporter (NJ-CCR # XI02126),
Certified Realtime Reporter, Certified Shorthand
Reporter  (CA-CSR # 14592), and Notary Public.

should be prioritized over growth?

A.       Yes.  I agree.

Q.       So let's talk about Meta where you worked for three and a half years.

In your experience did Meta's leadership prioritize safety over growth?

A.       I don't think they did in many instances.  I think there was some instances where they did, but many instances they did not.

Q.       And in those many instances, where did that prioritization of growth over safety come from within the company?

A.       Could you explain the question?

Q.       Yeah.

Who at the company was prioritizing growth over the safety of kids?

A.       I think at the working level I met many great product managers, engineers, researchers, data scientists, policy folks, who were very committed to keeping children safe and protected on the platforms.

Where we typically run into challenges was at the leadership levels, when we took them for reviews to company directors, VPs, and further up.

Page 32

safety for Instagram, did you have the opportunity to speak to other employees of Meta who worked on youth safety and well-being issues?

A.          Yes, I did.  I worked really closely with many of them.

Q.          And how would you characterize morale among those employees?

MR. SNEED:  Object to form and foundation.

THE WITNESS:  I think -- I think we all had a lot of solidarity in that these were all people who had joined the company to do important work.  And we really believed in the work.  Most of us had a background in doing this work prior to joining.

I think we accepted there would be some natural limits to what we could do, given kind of the broader context of the company.

BY MR. WARREN:

Q.          And what were those natural limits?

A.          That we would need to be very careful not to suggest anything that could impact growth too significantly.  And that we would need to consider, you know, the -- where the company's attention was at any given moment.  And kind of

Page 33

understand that in order to position our proposed solutions.

Q.        Okay.  I'm going to show you two exhibits.

MR. WARREN:  Let's do the notice and the LinkedIn profile, please.

(Document marked for identification as Jayakumar Exhibit 1.)

(Document marked for identification as Jayakumar Exhibit 2.)

BY MR. WARREN:

Q.        And while we're doing that, just one more question about your reporting structure.

Did you report to Antigone Davis the entire time you worked at Instagram?

A.        No, I reported to her for the first two years, and then after that, reported into one of her reports, ████████, for about seven months.  ██████ left, I went back to reporting to Antigone, and then eventually reported into ████████ for the last I think, perhaps, six, seven months that I was there.

Q.        Okay.  And just so we're getting the dates correct, what month and year did you start at Meta?

Page 56

Q.        Okay.  And I see at the top of this chat there's actually several other e-mail addresses; is that right?

A.        Yes.

Q.        So those people also would have seen your chat message to ██████████?

A.        Yes.

Q.        Okay.  And what was ██████████ 's role at the company?

A.        I don't remember.  I think she was a technical program manager.

Q.        Okay.  Ms. Jayakumar, at the time Reels launched, would you agree that Meta did not have an effective way of enforcing its community standards on Reels?

MR. SNEED:  Object to form.

THE WITNESS:  Yes, I would agree with that.

BY MR. WARREN:

Q.        Okay.  Did the -- to the best of your knowledge, did Meta warn the public that it didn't have an effective way to implement its community standards on Reels?

MR. SNEED:  Object to form.

THE WITNESS:  To the best of my

Page 70

users increases.

BY MR. WARREN:

Q.        Fair enough.

So did the growth concerns then include the potential safety feature's possible impact on engagement between Instagram users?

A.        Yes.

MR. SNEED:  Object to form and foundation.

BY MR. WARREN:

Q.        Okay.  And those growth impacts would have meant a decrease in Instagram's revenue, correct?

MR. SNEED:  Same objections.

THE WITNESS:  Yes.  It would have.

BY MR. WARREN:

Q.        Okay.  And that was a concern that resulted in pushing back the launch date of the safety feature, right?

MR. SNEED:  Object to form and foundation.

THE WITNESS:  Yes.

BY MR. WARREN:

Q.        Okay.  Is it fair to say this is an example of Meta leadership prioritizing growth over

Page 71

safety?

MR. SNEED:  Object to form and foundation.

THE WITNESS:  Yes.

BY MR. WARREN:

Q.      Okay.  Now was a version of private by default ultimately launched?

A.      Yes.

Q.      Okay.  When it launched, did it apply to all teen accounts?

A.      No.  It applied to new accounts that were signing up to the platform that were declaring themselves to be teenagers.

Q.      Okay.  Was it ever applied to all teen accounts?

A.      It was applied to all teen accounts at the end of last year, as part of the teen accounts launch.

Q.      Okay.  So that would be the end of 2024, correct?

A.      Yes.

Q.      Okay.  So fully four years after this chat with ██████████?

A.      Yes.

Q.      Okay.  So I'm going to ask you some

think?

A.        Yes.  I think so.

Q.        Okay.  But it's not what Instagram did, right?

A.        It's not what Instagram did.

Q.        Okay.  And is it fair to say that growth concerns are what motivated Instagram to pick the less safety protected version of private by default?

MR. SNEED:  Object to form and foundation.

THE WITNESS:  This is the -- yes, this was the conversation in 2020.

BY MR. WARREN:

Q.        So that was a yes to my question?

A.        Yes, yes.

Q.        Okay.  Let's change topics.  I want to ask you some general questions about Instagram's business model and its user base.  Are you familiar with those topics?

A.        Yes.

Q.        Okay.  Instagram is an ad-supported platform, correct?

A.        Yes.

Q.        And that means it earns revenue by

Page 119

exactly a year later, December 2022, correct?

A.        Yes.

Q.        And almost exactly a year later, it remained the case that Instagram did not have age-appropriate recommendation algorithms in most issue areas, including suicide and self-injury, eating disorders, graphic violence, and nudity, correct?

MR. SNEED:  Object to form.

THE WITNESS:  Yes.

BY MR. WARREN:

Q.        Is it fair to say that in the intervening 12 months, Meta had not fixed the problem?

MR. SNEED:  Object to form. Characterization.

THE WITNESS:  Yes, that's accurate.

BY MR. WARREN:

Q.        Okay.  And that problem was one that you and Ms. Davis had identified as one of the biggest gaps for youth safety protection on Instagram, right?

A.        It is something that I had identified as one of the biggest gaps and flagged for her, yeah.

Page 138

any one app as solely driving it.  But yes, I think it played a role.

BY MR. WARREN:

Q.        And what was the role that it played?

A.        I think the design of the algorithm to promote sustained engagement by continuously showing appealing content and increasingly appealing content can play a role in drawing viewers into the experience for longer periods of time than they necessarily would want for themselves.

That said, there are other factors, of course, that can play a role.  And I want -- you know, as somebody who has been in the industry for a long time, I want to be really clear that it's not a single deciding factor but it does have a role to play, yes.

Q.        Okay.  And in your experience, did the recommendation algorithm, as deployed in the Explore and Reels part of Instagram, contribute to other kinds of problematic use besides addiction?

MR. SNEED:  Object to form and foundation.

THE WITNESS:  I think that there

Page 168

whether they wanted to hide likes or not.

BY MR. WARREN:

Q.      Was the version of Project Daisy that launched as protective of youth safety as the version that was under consideration?

MR. SNEED:  Object to form and foundation and calls for speculation.

THE WITNESS:  I think that the version of Project Daisy that launched did not address the core issue of negative social comparison that the original version of the product was trying to target.

BY MR. WARREN:

Q.      And why do you think that?

A.      We've previously talked about how most people don't go into their settings and change them unless really they are, you know, in a moment of crisis or trying to protect their safety or well-being in some active way, because they've encountered some harm.

In this case, because the option was simply in the settings, we didn't anticipate, and I don't think -- nobody -- people didn't really go in and adjust those settings in any significant quantities.  And so the issue of -- the goal of

Page 326

CERTIFICATE


            I HEREBY CERTIFY that the witness
was duly sworn by me and that the deposition is a
true record of the testimony given by the witness.
            It was requested before completion
of the deposition that the witness, VAISHNAVI
JAYAKUMAR, have the opportunity to read and sign
the deposition transcript.

*Michelle L Gray*

_____
MICHELLE L. RIDGWAY,
Certified Shorthand Reporter,
(CA-CSR # 14592)
(Certified Court Reporter
(NJ-CCR # XI02126)
Registered Professional Reporter,
Certified Realtime Reporter
and Notary Public
Dated:  February 4, 2025


            (The foregoing certification of
this transcript does not apply to any reproduction
of the same by any means, unless under the direct
control and/or supervision of the certifying
reporter.)