# Exhibit E

CONFIDENTIAL

Page 1

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
- - -
IN RE:  SOCIAL MEDIA ADOLESCENT          :MDL NO.
ADDICTION/PERSONAL INJURY PRODUCTS       :4:22-MD-
LIABILITY LITIGATION                     :3047-YGR
                                         :

          SUPERIOR COURT OF THE STATE OF CALIFORNIA
              FOR THE COUNTY OF LOS ANGELES
                 SPRING STREET COURTHOUSE
                        - - -
COORDINATION PROCEEDING SPECIAL TITLE  :
(RULE 3.400)                           :LEAD CASE
                                       :NO. FOR
SOCIAL MEDIA CASES                     :FILING
                                       :PURPOSES
                                       :22STCV21355
                                       :
                        - - -
    CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER
        DEPOSITION UNDER VIDEO EXAMINATION OF
                    LOTTE RUBAEK
                    April 1, 2025
        Videotaped deposition of LOTTE RUBAEK taken pursuant to notice, was held at the law offices of Lieff Cabraser Heimann & Bernstein, 250 Hudson Street, New York, New York, beginning at 9:03 a.m. Eastern, on the above date, before Michelle L. Ridgway, a Registered Professional Reporter, Certified Court Reporter (NJ-CCR # XI02126), Certified Realtime Reporter, Certified Shorthand Reporter  (CA-CSR # 14592), and Notary Public.

publicly called out Meta for harming kids after the documentary, right?

A.    Yes.

Q.    And here, you sat down with them privately and went through the problems that your patients were reporting in detail?

A.    Yes.

Q.    At some point after this presentation, were you asked by Meta to join the global -- what they call the Global SSI Expert Advisory Board?

A.    Yes, I was.  I guess when I presented all of this to ██████████, he mentioned it.  He mentioned the global expert group at that meeting for the first time.  And then at a later point, he reached out to me and asked if I could be interested in joining this group.

Q.    And did you agree to serve on that group?

A.    Yes, I did.

Q.    What did you hope to achieve?

A.    I was very hopeful.  I hoped that, because of all the risks and all the damages I saw that Instagram was doing to the young people that I work with, and also what I heard from the rest of

CONFIDENTIAL

Page 127

the topics we are talking about today,
suicide and nonsuicidal self-injury.
BY MS. FLOWERS:

Q.        And these are impressions that
you've -- sorry.  Strike that.
          These are observations that you've
gained from your own clinical practice; is that
right?

          MR. CHAPUT:  Object to the
   form.

          THE WITNESS:  These are
   observations from my own clinical practice,
   and it is also based on research.
BY MS. FLOWERS:

Q.        Did there come a time when you
resigned from the expert panel?

A.        Yes.  I resigned from the expert
panel March -- so a year ago, March 2024.

Q.        What happened to lead you to resign
from the expert advisory board?

A.        I had been -- I had been thinking
about doing it almost all the time I was there,
because I quickly realized that my expertise was
not used in the expert group.
          In a period, for a while, I also