# Filed Under Seal

# Exhibit H

Page 1

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN RE: SOCIAL MEDIA ADOLESCENT          )   MDL Number:
ADDICTION/PERSONAL INJURY PRODUCTS      )   4:22-MD-3047-YGR
LIABILITY LITIGATION                    )
_____)

SUPERIOR COURT OF THE STATE OF CALIFORNIA
FOR THE COUNTY OF LOS ANGELES
SPRING STREET COURTHOUSE

COORDINATION PROCEEDING                 )
SPECIAL TITLE [RULE 3.400]              )
SOCIAL MEDIA CASES                      )   Lead Case No. for
                                        )   Filing Purposes
_____)   22STCV21355
                                        )
This Document Relates to:               )
                                        )
STATE OF TENNESSEE,                     )
ex rel. JONATHAN SKRMETTI,              )
ATTORNEY GENERAL and REPORTER,          )
v.                                      )
META PLATFORMS, INC., and               )
INSTAGRAM, LLC,                         )
Case No. 23-1364-IV                     )
_____)

Confidential - Pursuant to Protective Order
VIDEOTAPED DEPOSITION of
DARIUS KILSTEIN, VOLUME I
Palo Alto, California
December 17, 2024

Pages 1 - 427
JENNY L. GRIFFIN, CSR No. 3969 - RMR, CRR, CCRR, CRC

Page 48

MR. SCHMIDT:  Yeah.

BY MS. GOTWALS:

Q.    So looking at the first slide here on the front, is that a current representation of the leadership staffing in data science?

A.    No.  Not current.

Q.    How has it changed?

A.    This here was a representation of one specific product group within Instagram, the communities product group.  That has since disbanded.  That was about -- it disbanded about nine months ago.  My role has changed since.

Q.    So who -- to whom do you report now?

A.    Roberta Medri, M-E-D-R-I.

Q.    And for how long did you report to ██████ ██████████?  Am I saying that correctly?

A.    You got that right.  Yes.  I would say approximately three years.  I can't tell you for certain.

Q.    Let's move to the third slide or the third page in the exhibit there.

So notwithstanding that the communities group was disbanded, is this a current representation of the ecosystems group?

A.    No.

---oOo---

I, JENNY L. GRIFFIN, hereby certify:

That I am a certified shorthand reporter in and for the County of Alameda, State of California;

Prior to being examined, DARIUS KILSTEIN, the witness named in the foregoing deposition, was by me duly sworn to testify to the truth, the whole truth, and nothing but the truth; that said deposition was taken pursuant to notice at the time and place therein set forth, and was taken down by me in stenotype and thereafter transcribed by means of computer-aided transcription, and that said deposition is a true record of the testimony given by the witness.

I further certify that I am neither counsel for nor related in any way to any party to said action, nor otherwise interested in the outcome thereof.

In witness whereof, I have hereunto subscribed my name December 31, 2024.

_____

JENNY L. GRIFFIN, CSR #3969

Certified Shorthand Reporter