# Exhibit C

Message
_____

**From:**     Antigone Davis [/O=THEFACEBOOK/OU=EXTERNAL
              (FYDIBOHF25SPDLT)/CN=RECIPIENTS/CN=████████████████████)]
**Sent:**     1/27/2019 4:24:25 AM
**To:**       Monika Bickert ██████@fb.com]; ████████████e@fb.com]
**CC:**       Tucker Bounds ██████@fb.com]; ████████████k@fb.com]; Caryn Marooney ████@fb.com];
              Joel Kaplan ████████@fb.com]; Chris Cox [████@fb.com]; Karina Newton ██████@instagram.com]; Chris Norton
              [████████@fb.com]; Nick Clegg ████████@fb.com]; Adam Mosseri ████████@instagram.com]; John DeVine
              ████████@fb.com]; ████████@instagram.com] ████████@fb.com]; ████████
              ████████@instagram.com]; [████████@instagram.com]; ████████
              ████████@fb.com]; Molly Cutler ████████@fb.com]
**Subject:**  Re: Urgent - Sunday Times splash - action needed


Fixed missing word



**From:** Antigone Davis <████████e@fb.com>
**Date:** Saturday, January 26, 2019 at 11:22 PM
**To:** Monika Bickert ████████@fb.com>, ████████e@fb.com>
**Cc:** Tucker Bounds <████████@fb.com>, ████████ <████████k@fb.com>, Caryn Marooney
<████████@fb.com>, Joel Kaplan <████████@fb.com>, Chris Cox <████@fb.com>, Karina Newton
<████@instagram.com>, Chris Norton <████████@fb.com>, Nick Clegg <████████@fb.com>, Adam Mosseri
████████@instagram.com>, ████████ <johndevine@fb.com>████████ ████████@instagram.com>, ████
████████████@fb.com>, ████████████████ ████████@instagram.com>, ████████
<████████@instagram.com>, ████████ ████████@fb.com>, Molly Cutler ████████@fb.com>
**Subject:** Re: Urgent - Sunday Times splash - action needed

To clarify:

- The concept is to have a small group of our trusted experts who reviewed the current policies review some of what generated this story and our suggested updates to enforcement and product...(all of which I am confident they would think good) and when we make the updates they would issue some kind of validating statement/"report".

To Sheryl's questions:

- We have not committed to this publicly.
- We have not done this yet.



**From:** Monika Bickert <████████@fb.com>
**Date:** Saturday, January 26, 2019 at 10:49 PM
**To:** ████████@fb.com>
**Cc:** Tucker Bounds <████████@fb.com>, ████████ <t████████@fb.com>, Caryn Marooney
<████@fb.com>, Joel Kaplan <████████@fb.com>, Chris Cox <████@fb.com>, Karina Newton
<████@instagram.com>, Chris Norton <████████@fb.com>, Nick Clegg <████████@fb.com>, Adam Mosseri
<████████@instagram.com>, John DeVine <████████@fb.com>, ████████ <████@instagram.com>, ████
████████ <████████@fb.com>, ████████████████ ████████@instagram.com>, ████████
<████████@instagram.com>, ████████ ████████@fb.com>, Antigone Davis <████████@fb.com>,
Molly Cutler <████@fb.com>
**Subject:** Re: Urgent - Sunday Times splash - action needed

-Sheryl

HIGHLY CONFIDENTIAL (COMPETITOR)        META3047MDL_RVOL003                META3047MDL-003-00175144

**Cc:** Nick Clegg; Joel Kaplan; Chris Cox; Adam Mosseri; John DeVine; ██████████; ██████; ██████████; Karina Newton; ██████████; Caryn Marooney; █████ ██████ ██████████; Antigone Davis; Molly Cutler; Tucker Bounds
**Subject:** Re: Urgent - Sunday Times splash - action needed

There are relevant teams meeting now to agree a better position. Molly is on that and Tucker on the comms.

---

**From:** Sheryl Sandberg <██████@fb.com>
**Sent:** Saturday, January 26, 2019 10:27 pm
**To:** Monika Bickert
**Cc:** Nick Clegg; Chris Norton; Joel Kaplan; Chris Cox; Adam Mosseri; John DeVine; ██████████; ██████; ██████████; Karina Newton; ██████████; Caryn Marooney; ██████████████; Antigone Davis
**Subject:** Re: Urgent - Sunday Times splash - action needed

Given the time change, who is pulling together what we need for tomorrow?

Get Outlook for iOS

---

**From:** Monika Bickert <██████@fb.com>
**Sent:** Saturday, January 26, 2019 1:29 PM
**To:** Sheryl Sandberg
**Cc:** Nick Clegg; Chris Norton; Joel Kaplan; Mark Zuckerberg; Chris Cox; Adam Mosseri; John DeVine; ██████████; ██████; ██████████; Karina Newton; ██████████; Caryn Marooney; ██████████████; Antigone Davis
**Subject:** Re: Urgent - Sunday Times splash - action needed

Yes, the policies are that we allow cries for help (often called admission or ideation) but don't allow celebration or encouragement of self-harm. It's a tough but very important line to maintain so people can get help. As you likely know, we've seen lives saved when they've been able to post cries for help on our services, and experts say that removing such posts could be the final straw that could cause someone to harm herself or himself.

We have 3 experts lined up (Centre for Mental Health (UK), Samaritans (UK) and Dr Reidenberg (US)) to defend our approach, and our other safety partners would do so as well. (The BBC showed another UK safety group captionless self-injury footage on IG, and the group said we should have removed that footage — in fact, we WOULD remove captionless footage under our policies.)

For the Comms response tomorrow, we may want to have one of the 3 partner orgs point out that there are many factors that contribute to any suicide, and that the ability to get help from an online community is vital to safety. Then we can have Nick reference those comments rather than just making them himself.

In terms of improvements we can make, most are on the product side (see below), but those will take a while, especially because there is no IG PM for self

injury. In the meantime, a XFN group is meeting now to explore**blocking all hashtags** related to suicide or self injury. Our initial thought is that the benefit of blocking the hashtags is worth the cost of diminishing traffic to support groups who also use the hashtags, but the team is looking through examples to make sure we aren't missing any major risks.

Here are some improvements we should very quickly explore on the product side:

1. CLASSIFIER. Running a self-harm classifier to find this content on IG. We already do this on FB and it removes a lot of violating content.

2. LABELING. Having content reviewers label content that is ideation/admission so that it can remain on the site but does not appear in search results. (This would be MAJOR and would be something we could use in other areas like graphic content.)

3. BLOCK CAPTION-LESS SEARCH RESULTS FOR CERTAIN CATEGORIES. Right now, if someone types in an IG search, it returns a grid of photos with no captions. This does not makes sense for hashtags pertaining to violence, self-injury, or other areas where our policies rely upon the caption to determine if an image is violating. Classic example: BBC is allowed to post an image of an ISIS flag with a news caption, but if someone were to post the same image with no caption, it violates our policies. IG's product is essentially violating our content policies by displaying self-injury images without captions. We should either block these searches entirely or change the way the results appear so that the users' non-violating posts can be seen with captions.

Age gating and warning screens would also enhance safety on IG but aren't the real fixes here.

Sent from my iPad

On Jan 26, 2019, at 10:46 AM, Sheryl Sandberg <████@fb.com> wrote:

> We can definitely say that we need to improve our enforcement of our policies. John – anything concrete we can say here?
>
> Monika – is there room to improve the policies themselves? Our policies are that we don't allow celebration or encouragement of self-harm but do allow help groups and people that try to help each other? Can we improve here too or is this really an enforcement issues>
>
> **From:** Nick Clegg
> **Sent:** Saturday, January 26, 2019 10:00 AM
> **To:** Chris Norton <████@fb.com>; Joel Kaplan <████@fb.com>; Monika Bickert <████@fb.com>; Mark



Zuckerberg <██████@fb.com>; Sheryl Sandberg <████@fb.com>; Chris Cox <████@fb.com>; Adam Mosseri <██████i@instagram.com>

**Cc:** ████████████@fb.com>; ████████
████a@instagram.com>; ████████ <████████@fb.com>; Karina Newton <████@instagram.com>; ████████
████████@instagram.com>; Caryn Marooney ████@fb.com>;
████████ ████████@instagram.com>; ████████
████████@fb.com>

**Subject:** Re: Urgent - Sunday Times splash - action needed

+ Mark, Sheryl, Chris and Adam

Chris is not prone to hyperbole – and I agree with him, not just in a UK context but more widely, that our present policies and public stance on teenage self harm and suicide are so difficult to explain publicly that our current response looks convoluted and evasive.

This may be unfair - our policies are carefully designed to point youngsters who are sharing images of self-harm towards help – but we cannot afford to lose the confidence of the wider community, and press, on something like this.

The fact that we have age limits which are unenforced (unenforceable?) and that there are, as I understand it, important differences in the stringency of our policies on IG vs Blue App makes it difficult to claim we are doing all we can.

Clearly there is not time this weekend to revise our policies in such a sensitive area, but I do think we will need to signal that we are going to open up our approach to a full review, and perhaps tighten up certain categories of published content on self harm in the interim. We need to buy time and space to look at this properly and thoughtfully.

Grateful for agreement to do this.

N



**From:** Chris Norton <████████@fb.com>
**Date:** Saturday, January 26, 2019 at 6:30 PM
**To:** Nick Clegg <████████@fb.com>, Joel Kaplan
<████████@fb.com>, Monika Bickert ████████@fb.com>
**Cc:** ████████████@fb.com>, ████████
████a@instagram.com>, ████████ ████████@fb.com>,
Karina Newton <████a@instagram.com>, ████████
████████@instagram.com>, Caryn Marooney
<████n@fb.com>, ████████████@instagram.com>

**Subject:** Urgent - Sunday Times splash - action needed

As you might know, the Sunday Times will tomorrow run a (likely) front-page story with 30 families of suicide victims accusing Instagram of