# Exhibit D

EXHIBIT ___11__
WIT: __Bickert__
DATE: __5/1/25__
Maureen O. Pollard, RDR

Message
_____

**From:** ███████ [/O=THEFACEBOOK/OU=EXTERNAL (FYDIBOHF25SPDLT)/CN=RECIPIENTS/CN=█████████████]
**Sent:** 1/26/2019 11:10:39 PM
**To:** Monika Bickert ████@fb.com]; Nell McCarthy ████@fb.com]; Antigone Davis ████@fb.com]
**Subject:** Re: Urgent - Sunday Times splash - action needed

On that point, recommendation IG is looking into asap is leveraging content CO has identified as either admission or promotion, and using it as a signal to identify the related hashtags — then restricting those hashtags in one of two ways:

- For high confidence that hashtags are being used for this SSI content, the hashtag will be blocked (content will not appear when hashtag is searched).
- For lower confidence matching, show SSI resources to folks searching for that. Longer term we may be able to further refine this one to also only show some of the media.

---

**From:** Monika Bickert <████@fb.com>
**Date:** Saturday, January 26, 2019 at 9:53 PM
**To:** Nell McCarthy <████@fb.com>, ████████ <████████@instagram.com>, Antigone Davis <████@fb.com>
**Subject:** Fwd: Urgent - Sunday Times splash - action needed

Just want you guys to see email I sent. PLEASE DO NOT FORWARD.

It struck me that the bottom line is that IG is violating our policies — not users! IG is choosing to display images in a violating way for any policy area where the caption matters. We have to build a system of labeling images as 'caption-dependent' for topics like hate, violence, bullying, SSI so that we can avoid search results.

Sent from my iPad

Begin forwarded message:



**From:** Monika Bickert <████@fb.com>
**Date:** January 26, 2019 at 1:29:49 PM PST
**To:** Sheryl Sandberg <████@fb.com>
**Cc:** Nick Clegg <████@fb.com>, Chris Norton <████@fb.com>, Joel Kaplan <████@fb.com>, Mark Zuckerberg <████@fb.com>, Chris Cox <████@fb.com>, Adam Mosseri <████@instagram.com>, John DeVine <████@fb.com>, Debbie Frost <████@fb.com>, ████████ <████@instagram.com>, Lena Pietsch <████@fb.com>, Karina Newton <████@instagram.com>, ████████ <████@instagram.com>, Caryn Marooney <████@fb.com>, ████████ <████@instagram.com>, ████████ <████@fb.com>, Antigone Davis <████@fb.com>
**Subject:** Re: Urgent - Sunday Times splash - action needed

Yes, the policies are that we allow cries for help (often called admission or ideation) but don't allow celebration or encouragement of self-harm. It's a tough but very important line to maintain so people can get help. As you likely know, we've seen lives saved when they've been able to post cries for help on our services, and experts say that removing such posts could be the final straw that could cause someone to harm herself or himself.

HIGHLY CONFIDENTIAL (COMPETITOR)