# Exhibit F

Message

| | |
|---|---|
| **From:** | Monika Bickert [/O=THEFACEBOOK/OU=EXTERNAL (FYDIBOHF25SPDLT)/CN=RECIPIENTS/CN=███████████████████] |
| **Sent:** | 2/4/2019 10:33:39 PM |
| **To:** | Monika Bickert ████@fb.com]; Guy Rosen ████@fb.com] |
| **Subject:** | Message summary [{"otherUserFbId":100022038991455,"threadFbId":null}] |

EXHIBIT 14
WIT: Bickert
DATE: 5|1|25
Maureen O. Pollard, RDR

Guy Rosen (2/04/2019 14:22:20 PST):
>How are you holding up?

Guy Rosen (2/04/2019 14:22:24 PST):
>Sorry everything is blowing up :(

Monika Leigh Bickert (2/04/2019 14:26:45 PST):
>I have some real concerns about how some stuff was handled by Nick, so that's not good. (E.g., him telling Sheryl in a meeting that our experts weren't willing to back up our policy, when in fact we had reached out to 3 experts as soon as we heard about the escalation and all 3 provided public quotes for attribution, and we had sent those to Nick and he had said he didn't want them.)

Monika Leigh Bickert (2/04/2019 14:27:08 PST):
>BUT on the bright side, I heard that at the Sheryl meeting, Cox and Schrep were really good and understood the policy

Monika Leigh Bickert (2/04/2019 14:27:14 PST):
>I was in meetings on other stuff

Monika Leigh Bickert (2/04/2019 14:27:21 PST):
>But that was great to hear!

Monika Leigh Bickert (2/04/2019 14:27:24 PST):
>So overall, I'm fine

Guy Rosen (2/04/2019 14:27:32 PST):
>The SSI thing is hard and thrashy :(

Monika Leigh Bickert (2/04/2019 14:27:43 PST):
>I want to figure out how we bring Nick along to a place where he feels like we are part of his team and not against him

Monika Leigh Bickert (2/04/2019 14:28:01 PST):
>It was a REALLY bad day for Tiggy. She was on family vacation in Spain AND had food poisoning

Guy Rosen (2/04/2019 14:28:06 PST):
>Oh no :(

Monika Leigh Bickert (2/04/2019 14:28:39 PST):
>Yeah! And i could barely step out of stuff to help her, and she doesn't have any senior people on her team, although we just got a few heads for her that should help.

Monika Leigh Bickert (2/04/2019 14:28:56 PST):
>Tiggy told me the meeting with the experts went well today and they reached a good place.

Monika Leigh Bickert (2/04/2019 14:29:02 PST):
>So that's good too.

Monika Leigh Bickert (2/04/2019 14:29:07 PST):
>Mostly, I'm just concerned about the Nick stuff.

Guy Rosen (2/04/2019 14:29:37 PST):
>I saw Adam this morning, his takeaway from that is that we are not aligned with experts that much. De facto we are doing bad tihngs like leaving it up and discoverable and no one thinks that's good

Monika Leigh Bickert (2/04/2019 14:30:12 PST):
>Well, the discoverability thing is REALLY bad. There is no question that they need to fix that. But that's not our policies. They should be blocking the heck out of those hashtags.

Monika Leigh Bickert (2/04/2019 14:30:30 PST):
>And the way IG displays stuff in search definitely violates our policies

Monika Leigh Bickert (2/04/2019 14:30:36 PST):
>I think none of us had realized that before