# Exhibit E

Message
_____

**From:** ▮▮▮▮▮▮▮ [/O=THEFACEBOOK/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=▮▮▮▮▮▮▮]
**Sent:** 1/27/2019 3:26:20 PM
**To:** Nick Clegg [▮▮▮▮@fb.com]
**Subject:** Re: Self-harm line for tomorrow


No

_____

**From:** Nick Clegg <▮▮▮▮@fb.com>
**Date:** Sunday, January 27, 2019 at 3:15 PM
**To:** ▮▮▮▮▮▮ ▮▮▮▮▮▮@fb.com>
**Subject:** Fwd: Self-harm line for tomorrow

Do you understand 1?

Get Outlook for iOS

_____

**From:** Nick Clegg <▮▮▮▮@fb.com>
**Sent:** Sunday, January 27, 2019 4:14 pm
**To:** Monika Bickert
**Cc:** Joel Kaplan
**Subject:** Re: Self-harm line for tomorrow

Thx - got it

Get Outlook for iOS

_____

**From:** Monika Bickert <▮▮▮▮@fb.com>
**Sent:** Sunday, January 27, 2019 4:10 pm
**To:** Nick Clegg
**Cc:** Joel Kaplan
**Subject:** Re: Self-harm line for tomorrow

Yes; I don't mean you should say this externally. I am just setting expectations internally that my team can't execute on most of this stuff — it is about tech resources.

We wouldn't say this externally either, but probably the two biggest answers to your question are these:
1. Search results on IG return sensitive topics AND give no captions
2. No proactive classifier running

There are others too, of course, but those are the big ones.

Sent from my iPhone

On Jan 27, 2019, at 12:27 AM, Nick Clegg <▮▮▮▮@fb.com> wrote:

HIGHLY CONFIDENTIAL (COMPETITOR)                                          META3047MDL-004-00024089

Thx Monika - have been in touch with Guy separately who is keen to help.

I guess my central concern is that we don't have a simple, human answer to why IG carried harrowing self harm images that no reasonable person think should have appeared, and which seem to serve no self-help purpose whatsoever.

The outside world doesn't understand the difference between glorification and cries for help, still less hashtags or the difference between FB's policy and product work!

All I want is that we give reasonable answers - no one expects us to sort this out in 24 hours - with concrete and easy to understand actions.

Get Outlook for iOS

---

**From:** Monika Bickert ██████@fb.com>
**Sent:** Sunday, January 27, 2019 9:02 AM
**To:** Nick Clegg
**Cc:** Joel Kaplan
**Subject:** Re: Self-harm line for tomorrow

Nick, I just want to set expectations since I see that someone said Content Policy agreed to these changes. We are fine with them but they are mostly product changes, not policy changes, so execution is going to depend on product. (Our biggest contribution from a policy standpoint will be helping determine with hashtags they should block in search.) Guy's team will be leading the product stuff, and he is fabulous.

Sent from my iPhone

On Jan 26, 2019, at 11:51 PM, Nick Clegg <████@fb.com> wrote:

> Sure - plse work up as suggested by Debbie.
>
> Thx
>
> N
>
> Get Outlook for iOS
>
> ---
>
> **From:** ████ <████@instagram.com>
> **Sent:** Sunday, January 27, 2019 8:37 am
> **To:** Nick Clegg
> **Cc:** Tucker Bounds; Monika Bickert; Antigone Davis; ████████ ████
> ████ Debbie Frost; Chris Norton; Karina Newton; Joel Kaplan; Molly Cutler;
> ████; ████; ████ ████ Caryn Marooney; Guy Rosen
> **Subject:** Re: Self-harm line for tomorrow
>
> Good morning. Totally agree that we need to be able to explain what we're actually doing to press alongside the statement.

HIGHLY CONFIDENTIAL (COMPETITOR)