[*Parties and Counsel Listed on Signature Pages*]

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION

This Document Relates To:

*Charleston County School District v. Meta Platforms, Inc. et al*, Case No.: 4:23-cv-04659

MDL No. 3047

Case No. 4:22-md-03047-YGR (PHK)

**DECLARATION IN SUPPORT OF MOTION FOR ADMINISTRATIVE RELIEF CONCERNING TRIAL SETTING**

Judge: Hon. Yvonne Gonzalez Rogers

Magistrate Judge: Hon. Peter H. Kang

I, Previn Warren, declare as follows:

1.     I am an attorney admitted to practice law in the District of Columbia.  I am Co-Lead Counsel for the MDL and Counsel for Charleston County School District ("Charleston").  I submit this declaration in support of Charleston's Motion for Administrative Relief Concerning Trial Date.  Unless otherwise stated, the following facts are within my personal knowledge and, if called and sworn as a witness, I could and would testify competently to them.

2.     Charleston was unable to reach a stipulation with Defendants regarding its motion pursuant to Civil Local Rule 7-12.

3.     On July 8, Charleston presented its concurrent trial proposal to Defendants. In doing so, Charleston noted its desire to discuss this with the Court on July 17.

4.     On July 10 at 1:00 pm PST, Defendants stated on a telephonic meet and confer that they opposed Charleston's proposal.

1

5.　　During that same meet and confer, Defendants stated that they would oppose Charleston presenting this issue via a joint CMC statement ahead of the July 17 conference. Defendants reiterated this position in an email sent later in the day.

6.　　Charleston would have preferred the more collaborative mechanism of submitting the parties' competing position to the Court via a joint CMC statement. Absent the requisite cooperation from Defendants, however, Charleston brings its motion via Local Rule 7-11.

Executed this 10th day of July, 2026 in Washington, DC.

By: */s/ Previn Warren*
PREVIN WARREN
**MOTLEY RICE LLC**
401 9th Street NW Suite 630
Washington DC 20004
Telephone: 202-386-9610
pwarren@motleyrice.com

Co-Lead Counsel
Counsel for Charleston County School District

DECLARATION IN SUPPORT OF MOTION FOR ADMINISTRATIVE RELIEF CONCERNING TRIAL DATE
4:22-md-03047-YGR