UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION

This Document Relates To:

*Charleston County School District v. Meta Platforms, Inc. et al*, Case No.: 4:23-cv-04659

MDL No. 3047

Case No. 4:22-md-03047-YGR (PHK)

**[PROPOSED] ORDER GRANTING MOTION FOR ADMINISTRATIVE RELIEF CONCERNING TRIAL SETTING**

Judge: Hon. Yvonne Gonzalez Rogers

Magistrate Judge: Hon. Peter H. Kang

On July 10, 2026, Plaintiff Charleston County School District filed a Motion for Administrative Relief Concerning Trial Setting, requesting that its case be tried concurrently with that of Plaintiff Tucson Unified School District ("Tucson") on February 8, 2027. The Court, having considered the papers HEREBY GRANTS the motion.

In the event that *Tucson Unified School District v. Meta Platforms Inc.*, et al., Case No. 24-cv-01382 has not resolved by February 3, 2027, *Charleston County School District v. Meta Platforms Inc., et al.*, Case No. 23-cv-04659 shall be tried before another judge in the Northern District of California. All deadlines set out in Case Management Order No. 35 shall remain the same for both cases.

IT IS SO ORDERED

DATED: _____

_____
THE HONORABLE YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT JUDGE

1