Filed Under Seal

# Exhibit R

Page 1

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN RE: SOCIAL MEDIA ADOLESCENT ) MDL No.
ADDICTION/PERSONAL INJURY      ) 4:22-md-3047-YGR
PRODUCTS LIABILITY LITIGATION, )
_____)

SUPERIOR COURT OF THE STATE OF CALIFORNIA
FOR THE COUNTY OF LOS ANGELES
SPRING STREET COURTHOUSE

COORDINATION PROCEEDING        ) Lead Case No. for
SPECIAL TITLE [RULE 3.400]     ) for Filing Purposes
SOCIAL MEDIA CASES             ) 22STCV21355
_____)
This Document Relates to:      )
                               )
STATE OF TENNESSEE, ex rel.    )
JONATHAN SKRMETTI, ATTORNEY    )
GENERAL and REPORTER           ) Case No.
           vs.                 ) 23-1364-IV
META PLATFORMS, INC.,          )
and INSTAGRAM, LLC,            )
_____)

VIDEOTAPED DEPOSITION OF NATALIE TROXEL, PH.D.

Portland, Oregon

Tuesday, March 11, 2025

Reported by:  MARLA SHARP, RPR, CLR, CCRR, OR CSR
17-0446, CA CSR 11924, WA CSR 3408
Job No. 7225418

Q    And you go on to say in the second paragraph:

"We have the chance to make sure Facebook, as a company and as a platform, develops and embodies those same prosocial orientations across it's [sic] lifespan."

Do you see that?

A    Yes.

Q    Okay.  So this quote was from 2019, relatively early in your time at Meta, correct?

A    Yes.

Q    And when you started at Meta, did you believe that your work on the various integrity teams that you worked on could be a meaningful continuation of your academic work?

MR. EPPICH:  Object to form.

THE WITNESS:  Yeah, I hoped it would.

BY MS. WALSH:

Q    Okay.  When you started your work at Meta, did you believe that the company could help promote principles of empathy, compassion, and altruism?

MR. EPPICH:  Object to form.

THE WITNESS:  Yeah, I thought it was possible.

BY MS. WALSH:

Q    And did that turn out to be the case?

MR. EPPICH:  Object to form.

THE WITNESS:  In my opinion, no.

BY MS. WALSH:

Q    Okay.  Can you give us an example of how that belief you had at the beginning turned out not to be the case?

A    Can you repeat the --

Q    Sure.  Can you give us an example of how the belief that you had at the beginning of your time at Meta turned out not to be the case?

A    Over my time there, I saw examples of Meta products being used for bad things in the world and in ways that the company didn't necessarily lock it down quickly enough or -- I don't want to say take it seriously enough because I don't know how seriously they did or didn't take it.

But ways in which their behavior didn't seem like they were taking products seriously enough.

Q    Okay.  And we'll talk about some further examples of that.

But do you have one to highlight for the jury now?

Page 73

MR. EPPICH:  Object to form.

THE WITNESS:  Probably, but I'm not sure I specifically remember that.

BY MS. WALSH:

Q    Okay.  So you told the jury that a concern you had was that the infinite scroll feature of, say, Instagram could contribute to problematic use, correct?

A    Yes.

MR. EPPICH:  Object to form.

BY MS. WALSH:

Q    And so were you involved in research about how -- about alternatives to infinite scroll?

A    Yes.

Q    And what were those alternatives?

A    Primarily chronological feeds.

Q    Okay.  And would a chronological feed end at some point?

MR. EPPICH:  Object to form, foundation.

THE WITNESS:  I don't know if it would end. At some point, you would get caught up to the last thing you had seen or, like, to the -- yeah, to the last thing that you had seen on your previous session.

///

that?

          MR. EPPICH:  Same objections.

          THE WITNESS:  I'm aware that there was some limited internal data that was shared to academic researchers, for example, under, like, really strict privacy rules and things like that so that outside researchers could do data analysis on, like, networking effects and things like that.

BY MS. WALSH:

     Q    Okay.  Is it fair to say that your personal knowledge about that is pretty limited?

     A    Yes.

     Q    Okay.  Let's go back to your frustrations about research within Meta.

          Did you feel, based on your five years working in UX research at Meta, that the senior executives prioritize getting important research done?

          MR. EPPICH:  Objection.  Form, characterization.

          THE WITNESS:  In my opinion, no.

BY MS. WALSH:

     Q    Okay.  Can you give us an example of an area that you believed was important to research that wasn't prioritized?

Page 300

CERTIFICATE OF CERTIFIED SHORTHAND REPORTER

CASE:            IN RE: SOCIAL MEDIA ADOLESCENTADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION

DEPOSITION DATE: MARCH 11, 2025

JOB NUMBER:       7225418

I, Marla Sharp, certified stenographic reporter licensed in California, Oregon, and Washington, hereby certify that the foregoing video-recorded videoconference deposition of NATALIE TROXEL, PH.D., was taken remotely before me on March 11, 2025; that the witness was remotely duly sworn by me; that all of the testimony, colloquy, and objections made were recorded stenographically by me and thereafter transcribed, said transcript being a true copy of my shorthand notes thereof; that review of the transcript was neither requested nor waived before completion of the deposition; ( ) that the witness has failed or refused to approve the transcript; and that I am neither financially interested in the action nor a relative or employee of any attorney of any party.

In witness whereof, I have subscribed my name and signature this date, March 21, 2025.

_____

Marla Sharp, RPR, CLR, CCRR

CA CSR 11924, OR CSR 17-0446, WA CSR 3408