# Filed Under Seal

# Exhibit S

PURSUANT TO PROTECTIVE ORDER

Page 1

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN RE: SOCIAL MEDIA                 )
ADOLESCENT ADDICTION/PERSONAL       )
INJURY PRODUCTS LIABILITY           ) MDL No. 3047
LITIGATION                          )
_____     )
THIS DOCUMENT RELATES TO:           )
ALL ACTIONS                         )

    SUPERIOR COURT OF THE STATE OF CALIFORNIA
FOR THE COUNTY OF LOS ANGELES – SPRING STREET
                 COURTHOUSE

 COORDINATION PROCEEDING            )
 SPECIAL TITLE [RULE 3.400]         ) Lead Case No.
                                    ) for Filing
 SOCIAL MEDIA CASES                 ) Purposes
 _____)    22STCV21355

              MONDAY, DECEMBER 16, 2024

      CONFIDENTIAL - ATTORNEYS' EYES ONLY -
          PURSUANT TO PROTECTIVE ORDER
                     - - -

            Videotaped deposition of George
Volichenko, held at the offices of Lieff
Cabraser Heimann & Bernstein, LLP, 275
Battery Street, 29th Floor, San Francisco,
California, commencing at 9:05 a.m. Pacific
Time, on the above date, before Carrie A.
Campbell, Registered Diplomate Reporter,
Certified Realtime Reporter, Illinois,
California & Texas Certified Shorthand
Reporter, Missouri, Kansas, Louisiana & New
Jersey Certified Court Reporter.
                     - - -

   Job No. 7053449

the data scientist that was before me was also involved in that.  Unfortunately, I don't remember his name.

And then, you know, the rest of the team is definitely there, so software engineers, designer.  There's a content -- was it content designer, which is like a copyrighter.  There's a person who does kind of qualitative research, like a UX researcher.

For all those people, I can't say for sure who was working on a project because it was before my time.

Q.     Are you familiar with the term "p-NAC"?

A.     Yes.

Q.     What is p-NAC?

A.     Yeah.  p-NAC is -- so NAC stands for negative appearance comparison. p-NAC is basically probability.  So P is lowercase, which is often used in statistics as, like, probability.  You know, you've heard of p-values also related to probability.

So p-NAC was a model they

PURSUANT TO PROTECTIVE ORDER

Page 41

developed on my team, and I think this guy Justin, Justin Cheng, was, like, the main kind of the -- the brain behind it.  It was a model that was scoring content, right, on how likely it is to be associated with negative appearance comparison.

So you could imagine, like, for example, like, a picture of a Christmas tree, low p-NAC.  A picture of, like, some beautiful girl in, like, a bikini, posing would be potentially high p-NAC.

Q.    Okay.  And was the p-NAC scoring model part of the solution that the team proposed to address negative appearance comparison?

A.    Yes.

MR. CHAPUT:  Object to form. Foundation.

QUESTIONS BY MR. WARREN:

Q.    Okay.  Was that project subject to a review process?

A.    Yeah, absolutely, like every other project.

Q.    Okay.  And what's your understanding of that review process?

Page 206

Q.    You didn't work on Instagram well-being prior to 2022 when you started on that team.

Correct?

A.    Yes.

Q.    Do you know when the Instagram well-being team was originally created?

A.    No.

Q.    But it did exist when you joined the company in 2022.

Right?

A.    Yes.

Q.    Okay.  Your bachelor's and master's degrees were in decision science and statistics?

MR. WARREN:  Objection to form.

THE WITNESS:  My undergraduate degree was in statistics and decision science.  My master's was in statistical practice.

QUESTIONS BY MR. CHAPUT:

Q.    Okay.

A.    Yeah.

Q.    You don't have any training in psychology.

PURSUANT TO PROTECTIVE ORDER

Page 207

Right?

MR. WARREN:  Objection.

THE WITNESS:  No.

QUESTIONS BY MR. CHAPUT:

Q.    And you also don't have any training in mental health?

A.    No.

Q.    Earlier today you testified about a measurement you referred to as p-NAC.

Do you recall that?

A.    Yes.

Q.    Okay.  Now, the p-NAC work that you were describing happened on the IG well-being team before you joined that team.

Correct?

A.    Yes.

Q.    So the p-NAC work that you were describing is all work that you didn't participate in.

Right?

MR. WARREN:  Objection.  Form.

THE WITNESS:  No, I did not actively participate in its development, that's correct.

Page 208

QUESTIONS BY MR. CHAPUT:

Q.    Okay.  And you also didn't participate in the discussions with Mr. Mosseri that you were testifying about earlier today.

Did you?

MR. WARREN:  Objection.

THE WITNESS:  That's correct, yes.

QUESTIONS BY MR. CHAPUT:

Q.    Okay.  Have you ever personally evaluated the strength or reliability of the p-NAC metric?

MR. WARREN:  Objection.

THE WITNESS:  No, I have not.

QUESTIONS BY MR. CHAPUT:

Q.    Earlier today you also testified some about ad targeting.

Do you recall that testimony?

A.    Yes.

Q.    Okay.  Do you know what characteristics Meta allows advertisers to use today to direct advertisements to teen users?

MR. WARREN:  Objection.

PURSUANT TO PROTECTIVE ORDER

Page 263

CERTIFICATE

I, CARRIE A. CAMPBELL, Registered Diplomate Reporter, Certified Realtime Reporter and Certified Shorthand Reporter, do hereby certify that prior to the commencement of the examination, George Volichenko, was duly sworn by me to testify to the truth, the whole truth and nothing but the truth.

I DO FURTHER CERTIFY that the foregoing is a verbatim transcript of the testimony as taken stenographically by and before me at the time, place and on the date hereinbefore set forth, to the best of my ability.

I DO FURTHER CERTIFY that I am neither a relative nor employee nor attorney nor counsel of any of the parties to this action, and that I am neither a relative nor employee of such attorney or counsel, and that I am not financially interested in the action.

*Carrie A. Campbell*

CARRIE A. CAMPBELL,
NCRA Registered Diplomate Reporter
Certified Realtime Reporter
California Certified Shorthand
Reporter #13921
Missouri Certified Court Reporter #859
Illinois Certified Shorthand Reporter
#084-004229
Texas Certified Shorthand Reporter #9328
Kansas Certified Court Reporter #1715
New Jersey Certified Court Reporter
#30XI00242600
Louisiana Certified Court Reporter
#2021012
Notary Public
Dated:  January 3, 2025