# Filed Under Seal

# Exhibit U

Page 331

                    UNITED STATES DISTRICT COURT
                FOR THE NORTHERN DISTRICT OF CALIFORNIA
                              -  -  -
      IN RE:  SOCIAL MEDIA ADOLESCENT        :MDL NO.
      ADDICTION/PERSONAL INJURY PRODUCTS     :4:22-MD-
      LIABILITY LITIGATION                   :3047-YGR
                                             :
            SUPERIOR COURT OF THE STATE OF CALIFORNIA
                 FOR THE COUNTY OF LOS ANGELES
                    SPRING STREET COURTHOUSE
                              -  -  -
      COORDINATION PROCEEDING SPECIAL TITLE  :
      (RULE 3,400)                           :
                                             :
      SOCIAL MEDIA CASES                     :
      _____ :LEAD CASE
                                             :NO. FOR
      THIS DOCUMENT RELATES TO:              :FILING
                                             :PURPOSES
      STATE OF TENNESSEE, ex rel, JONATHAN   :22STCV21355
      SKRMETTI, ATTORNEY GENERAL and         :
      REPORTER,                              :
                                             :
             V.                              :
                                             :
      META PLATFORMS, INC., and INSTAGRAM,   :
      LLC                                    :
                                             :
      CASE NO. 23-1364-IV                    :
                              -  -  -
           DEPOSITION UNDER VIDEO EXAMINATION OF
                    VAISHNAVI JAYAKUMAR
                    JANUARY 31, 2025
                        VOLUME II

                Continued videotaped deposition of
      VAISHNAVI JAYAKUMAR, taken pursuant to notice, was
      held at the law offices of Baker Botts, LLP, 30
      Rockefeller Plaza, New York, New York, beginning at
           a.m., on the above date, before Michelle L.      8:34
      Ridgway, a Registered Professional Reporter,
      Certified Court Reporter (NJ-CCR # XI02126),
      Certified Realtime Reporter, Certified Shorthand
      Reporter  (CA-CSR # 14592), and Notary Public.

Page 575

figure out a way to mitigate the drop in growth, right?

A.      That's right.  At that moment in time, that's what was happening.

Q.      And further down the road, were you involved in the actual decisions about whether to ship private by default?

A.      Further down the road -- and this was in 2020, when I had just joined the company. So further down the road, I was informed that we were not going to launch private by default as intended because there would be concerns about the drop -- about growth.

Q.      Now, were you privy to all the data that was looked at by the company when considering this decision?

A.      No.

Q.      And would you defer to people who were involved in the final decisionmaking process on when and how private by default was launched?

A.      What do you mean -- what do you mean by would I defer to them?

Q.      Would you defer in terms of what was the reason for the decision?

A.      I was told that the decision for

Page 671

So the reference that you were making to discussions with Boz -- with Mr. Boswoth --

A.      That took place while I was at the company, but I was not part of that discussion.

Q.      That was my question.

Were you involved in any way, shape, or form with the discussions around the decision as to whether to lift the ban or not?

A.      I contributed in to all of the analyses and documents that went up to him, but I was not in the room with him.

Q.      So you weren't in the meetings where the decision was made?

A.      No.

Q.      And you were only told about the decision after it had been made, correct?

A.      Yes.

Q.      Now let's go back to Exhibit 56. Do you have 56 handy?

If you go to Page 30.

A.      I don't see 56.

Q.      It's the partial evaluation.

A.      The partial evaluation.

Q.      It's the last page of it that we

Page 722

Q.        Who made the ultimate decisions about whether or not to launch safety features on Instagram, your colleagues or leadership at Meta?

A.        It depended on the potential impact to engagement of growth.  Where there was not any significant impact, the decisions were typically made at the working level, perhaps one level above.  But where there was any sort of impact, engagement, or growth, it very quickly escalated out of our hands into the hands of senior leadership.

Q.        So even if you and all your colleagues had the best intentions and were all aligned on the importance of a safety feature, did that necessarily mean Meta's leadership would approve that safety feature?

A.        No, it did not.

Q.        All right.  You were asked by the defense lawyer whether you would hear from other team members that growth was being prioritized over safety.

Do you recall that line of questions?

MR. SNEED:  Object to form.

THE WITNESS:  Could you repeat the question, please.

Page 770

CERTIFICATE


I HEREBY CERTIFY that the witness was duly sworn by me and that the deposition is a true record of the testimony given by the witness.

It was requested before completion of the deposition that the witness, VAISHNAVI JAYAKUMAR, have the opportunity to read and sign the deposition transcript.

*Michelle L Gray*

_____
MICHELLE L. RIDGWAY,
Certified Shorthand Reporter,
(CA-CSR # 14592)
(Certified Court Reporter
(NJ-CCR # XI02126)
Registered Professional Reporter,
Certified Realtime Reporter
and Notary Public
Dated:  February 4, 2025


(The foregoing certification of this transcript does not apply to any reproduction of the same by any means, unless under the direct control and/or supervision of the certifying reporter.)