Filed Under Seal


# Exhibit D

Page 1

```
            UNITED STATES DISTRICT COURT
        FOR THE NORTHERN DISTRICT OF CALIFORNIA
                     -  -  -
  IN RE:  SOCIAL MEDIA ADOLESCENT        :MDL NO.
  ADDICTION/PERSONAL INJURY PRODUCTS     :4:22-MD-
  LIABILITY LITIGATION                   :3047-YGR
                                         :
        SUPERIOR COURT OF THE STATE OF CALIFORNIA
            FOR THE COUNTY OF LOS ANGELES
               SPRING STREET COURTHOUSE
                     -  -  -
  COORDINATION PROCEEDING SPECIAL TITLE  :
  (RULE 3,400)                           :
                                         :
  SOCIAL MEDIA CASES                     :
  _____ :LEAD CASE
                                         :NO. FOR
  THIS DOCUMENT RELATES TO:              :FILING
                                         :PURPOSES
  STATE OF TENNESSEE, ex rel, JONATHAN   :22STCV21355
  SKRMETTI, ATTORNEY GENERAL and         :
  REPORTER,                              :
                                         :
          V.                             :
                                         :
  META PLATFORMS, INC., and INSTAGRAM,   :
  LLC                                    :
                                         :
  CASE NO. 23-1364-IV                    :
                     -  -  -
        DEPOSITION UNDER VIDEO EXAMINATION OF
                VAISHNAVI JAYAKUMAR
                 JANUARY 30, 2025
                    VOLUME I
```

                        Videotaped deposition of VAISHNAVI JAYAKUMAR, taken pursuant to notice, was held at the law offices of Baker Botts, LLP, 30 Rockefeller Plaza, New York, New York, beginning at 9:24 a.m., on the above date, before Michelle L. Ridgway, a Registered Professional Reporter, Certified Court Reporter (NJ-CCR # XI02126), Certified Realtime Reporter, Certified Shorthand Reporter  (CA-CSR # 14592), and Notary Public.

removing them altogether, and to go back to these experts and talk to them about our decision and make sure that they were kept updated about the direction we had gone in.

Q.    Okay.  So is it fair to say that you were asked to help effectuate Andrew Bosworth's decision to keep cosmetic beauty filters on Instagram?

MR. SNEED:  Object to form. Characterization.

THE WITNESS:  I was -- I was tasked with socializing the decision with our community of experts.

BY MR. WARREN:

Q.    Did you agree with the decision?

A.    I did not.

Q.    Did Meta leadership make the right decision in restoring augmented reality cosmetic beauty filters to Instagram?

MR. SNEED:  Object to form and foundation and vague.

THE WITNESS:  I do not think that Meta made the right decision there, no.

BY MR. WARREN:

Q.    And why is that?

Page 194

BY MR. WARREN:

Q.      Meta heard from experts that cosmetic beauty filters contributed to that problem, correct?

MR. SNEED:  Object to form.

THE WITNESS:  Yes.

BY MR. WARREN:

Q.      But instead of banning those filters, it allowed them to continue being used on Instagram, correct?

MR. SNEED:  Object to form.

THE WITNESS:  Yes.

BY MR. WARREN:

Q.      Meta also heard from internal researchers that publicly visible like counts contributed to negative social comparison, correct?

MR. SNEED:  Object to form.

THE WITNESS:  They heard that negative -- publicly visible like counts could contribute and could be a factor in contributing to negative social comparison.

BY MR. WARREN:

Q.      And Instagram explored changing that feature in a way that would have mitigated the problem, correct?

Page 326

CERTIFICATE

I HEREBY CERTIFY that the witness was duly sworn by me and that the deposition is a true record of the testimony given by the witness.

It was requested before completion of the deposition that the witness, VAISHNAVI JAYAKUMAR, have the opportunity to read and sign the deposition transcript.

*Michelle L Gray*

_____
MICHELLE L. RIDGWAY,
Certified Shorthand Reporter,
(CA-CSR # 14592)
(Certified Court Reporter
(NJ-CCR # XI02126)
Registered Professional Reporter,
Certified Realtime Reporter
and Notary Public
Dated:   February 4, 2025

(The foregoing certification of this transcript does not apply to any reproduction of the same by any means, unless under the direct control and/or supervision of the certifying reporter.)