# Filed Under Seal

# Exhibit A

CONFIDENTIAL

Page 1

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
- - -

IN RE: SOCIAL MEDIA        : Case No.
ADOLESCENT                 : 4:22-MD-03047-YGR
ADDICTION/PERSONAL         : MDL No. 3047
INJURY PRODUCTS            :
LIABILITY LITIGATION,      :
                           :
This Document Relates to:
People of the State of     :
California, et al. v.      :
Meta Platforms, Inc.       :
et al.,                    :
Case No.: 4:23-cv-05448   :

- - -

MAY 29, 2025
- - -

Confidential - Pursuant to Protective Order
Videotape deposition of
JENNIE BLAKNEY, taken pursuant to notice,
was held at Richard J. Hughes Justice
Complex, 25 Market Street, Trenton, New
Jersey 08625, commencing at 10:05 a.m.,
on the above date, before Amanda Dee
Maslynsky-Miller, Certified Court
Reporter and Certified Realtime Reporter.

- - -

Golkow, A Veritext Company
877.370.3377 ph| 917.591.5672 fax
deps@golkow.com

Page 58

A.    Yes.

Q.    There are pros and cons?

A.    Absolutely.

Q.    And after you had concerns about the causal link that was proposed in this book, The Anxious Generation, and you looked into it further, you still believe that further research and data collection needs to be done on whether or not there's an actual causal relationship between social media use and youth mental health harms?

A.    Yes.

Q.    Okay.  So you believe that causal link has not been established in the literature and in the data thus far, based on what you've seen?

A.    Yes.

Q.    Is the child and adolescent health program the primary state body that is looking at these types of trends of youth mental health and what might be impacting youth mental health?

A.    I don't believe so.

CONFIDENTIAL

Page 221

CERTIFICATE

I HEREBY CERTIFY that the witness was duly sworn by me and that the deposition is a true record of the testimony given by the witness.

Amanda Maslynsky-Miller
Certified Realtime Reporter
Dated:  June 6, 2025

(The foregoing certification of this transcript does not apply to any reproduction of the same by any means, unless under the direct control and/or supervision of the certifying reporter.)