# Filed Under Seal

# Exhibit B

CONFIDENTIAL

Page 1

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Case No. 4:22-MD-03047-YGR (PHK)
MDL No. 3047

IN RE:  SOCIAL MEDIA ADOLESCENT
ADDICTION/PERSONAL INJURY PRODUCTS
LIABILITY LITIGATION

_____

PEOPLE OF THE
STATE OF CALIFORNIA,

    PLAINTIFFS,

vs.

META PLATFORMS, INC.,

    DEFENDANTS.

_____

      DEPOSITION OF:  DR. STEVEN STACK
   CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER

_____

The videotaped deposition of Dr. Steven Stack was taken before Janine N. Leroux, Stenographic Court Reporter and Notary Public in and for the State of Kentucky, at 275 East Main Street, Frankfort, Kentucky, commencing on July 2nd, 2025 at the approximate hour of 9:01 a.m.

Job No. MDLG7390163

CONFIDENTIAL

Page 99

that data?

A.    No.

Q.    Have you ever directed anyone to collect that data?

A.    No.

Q.    Are you aware of any specific data showing Facebook or Instagram cause depression?

A.    No.

Q.    Anxiety?

A.    No.

Q.    Body dissatisfaction?

A.    No.

Q.    Negative social comparison?

A.    No.

Q.    Eating disorders?

A.    No.

Q.    Sleeping disorders?

A.    No.

Q.    Self-harm?

A.    No.

Q.    Suicidal thoughts or actions?

A.    No.

Q.    We've talked about this a little bit throughout the day, but DPH uses social media, correct?

CONFIDENTIAL

Page 159

STATE OF KENTUCKY        )

                         )

COUNTY OF MONTGOMERY   )

I, JANINE N. LEROUX, Court Reporter and Notary Public in and for the State of Kentucky at Large, certify that the facts stated in the caption hereto are true, and that at the time and place stated in said caption the witness named in the caption hereto personally appeared before me.

I further certify that after being duly sworn by me the witness was examined by counsel for the parties, and that said testimony was taken in stenotype by me and later reduced to computer-aided transcription, and that the foregoing is a true record of the testimony given by said witness.

The foregoing deposition has been submitted to the witness for reading and signing.

_____

JANINE LEROUX - COURT REPORTER

NOTARY PUBLIC STATE-AT-LARGE

MY COMMISSION EXPIRES: NOVEMBER 26, 2027

NOTARY ID KYNP1406

877-370-3377                                    www.veritext.com