# Filed Under Seal

# Exhibit B

Page 447

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN RE: SOCIAL MEDIA ADOLESCENT ) MDL No.
ADDICTION/PERSONAL INJURY       ) 4:22-md-3047-YGR
PRODUCTS LIABILITY LITIGATION   )
_____ )
SUPERIOR COURT OF THE STATE OF CALIFORNIA
FOR THE COUNTY OF LOS ANGELES
SPRING STREET COURTHOUSE
COORDINATION PROCEEDING         )
SPECIAL TITLE [RULE 3.400]      ) Lead Case No.
                                ) 22STCV21355
SOCIAL MEDIA CASES              )
_____ )
                                )
This Document Relates to:       )
                                )
STATE OF TENNESSEE,             )
ex rel. JONATHAN SKRMETTI,      )
ATTORNEY GENERAL and REPORTER,  )
v.                              )
META PLATFORMS, INC., and       )
INSTAGRAM, LLC,                 )
Case No. 23-1364-IV             )
_____ )

Tuesday, March 18, 2025
CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER
Continuing Video-Recorded Oral
Deposition of ADAM S. MOSSERI, VOLUME 2, held
at the offices of Covington & Burling LLP,
Salesforce Tower, 415 Mission Street, Suite
5400, San Francisco, California, commencing
at 9:35 a.m. PST on the above date, before
Michael E. Miller, Fellow of the Academy of
Professional Reporters, Certified Court
Reporter, Registered Diplomate Reporter,
Certified Realtime Reporter and California
CSR #13649.

GOLKOW - VERITEXT
877.370.DEPS | fax 917.591.5672
deps@golkow.com

CONFIDENTIAL

Page 907

address age-appropriate content, like the recommendations -- sorry, the Sensitive Content Control.

There are things here trying to address self-harm, like sensitivity screens. And there are lots of things here that try to address bullying, like limited interactions and Hidden Words and Restrict.

So some of these tools actually try to address multiple problems. Some are very squarely focused on individual problems. We've launched a lot of things, a number of things over the years, and we will continue to do so.

BY MS. JONES:

Q.    And that was actually going to be my next question, Mr. Mosseri.

Has the company, over time, continued to focus on the development of tools and features for people, but also specifically, for teens who use Instagram?

MR. PHELPS:  Objection, form.

A.    Yes.  We have and we will continue to develop tools and features to try and make Instagram a more positive place,

CONFIDENTIAL

Page 967

CERTIFICATE

I, MICHAEL E. MILLER, Fellow of the Academy of Professional Reporters, Registered Diplomate Reporter, Certified Realtime Reporter, Certified Court Reporter and Notary Public, do hereby certify that prior to the commencement of the examination, ADAM S. MOSSERI was duly sworn by me to testify to the truth, the whole truth and nothing but the truth.

I DO FURTHER CERTIFY that the foregoing is a verbatim transcript of the testimony as taken stenographically by and before me at the time, place and on the date hereinbefore set forth, to the best of my ability.

I DO FURTHER CERTIFY that pursuant to FRCP Rule 30, signature of the witness was not requested by the witness or other party before the conclusion of the deposition.

I DO FURTHER CERTIFY that I am neither a relative nor employee nor attorney nor counsel of any of the parties to this action, and that I am neither a relative nor employee of such attorney or counsel, and that I am not financially interested in the a

_____
MICHAEL E. MILLER, FAPR, RDR, CRR
Fellow of the Academy of Professional Reporters
NCRA Registered Diplomate Reporter
NCRA Certified Realtime Reporter
California CSR #13649

Dated: March 31, 2025