ROB BONTA
Attorney General of California
NICKLAS A. AKERS (CA SBN 211222)
Senior Assistant Attorney General
BERNARD ESKANDARI (SBN 244395)
EMILY KALANITHI (SBN 256972)
Supervising Deputy Attorneys General
NAYHA ARORA (CA SBN 350467)
MEGAN O'NEILL (CA SBN 343535)
JOSHUA OLSZEWSKI-JUBELIRER (CA SBN 336428)
BRENDAN RUDDY (CA SBN 297896)
SAMANTHA BECKETT (CA SBN 308456)
KATHERINE READ (CA SBN 341463)
  Deputy Attorneys General
  455 Golden Gate Ave., Suite 11000
  San Francisco, CA 94102-7004
  Phone: (415) 510-3770
  Fax: (415) 703-5480
  Email: Samantha.beckett@doj.ca.gov

*Attorneys for Plaintiff the People of the State of
California Filing on Behalf of the State Attorneys
General*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*People of the State of California, et al. v. Meta Platforms, Inc., et al.* | MDL No. 3047<br><br>Case Nos. 4:22-md-03047-YGR-PHK<br>4:23-cv-05448-YGR<br><br>**UNSEALED FILINGS AND EXHIBITS RELATING TO THE STATE AGS' SUMMARY JUDGMENT FILINGS, RULE 702 FILINGS, AND OTHER PRETRIAL FILINGS**<br><br>Judge: Hon. Yvonne Gonzalez Rogers<br><br>Magistrate Judge: Hon. Peter H. Kang |