# Exhibit J

Expert Report – Highly Confidential

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| *PEOPLE OF THE STATE OF CALIFORNIA, et al.,*<br>Plaintiffs,<br><br>v.<br><br>*META PLATFORMS, INC, Instagram, LLC, Meta Payments, Inc., Meta Platforms Technologies, LLC., et al.,*<br>Defendants<br><br><br>IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br>4:23-cv-05448 | MDL No. 3047<br><br>Case No. 4:23-cv-05448-YGR<br><br>Judge: Hon. Yvonne Gonzalez Rogers<br><br>Magistrate Judge: Hon. Peter H. Kang |

**TRIAL REPORT OF PATRICK MCDANIEL**
**NOVEMBER 21, 2025**

Expert Report – Highly Confidential

## TABLE OF CONTENTS

1    SUMMARY OF OPINIONS ...............................................................................1

1.1    Opinion 1 – Meta's Processes for Detecting Under-13 Users Fail to Meet Basic Security and Child-Protection Standards.....................................................1

1.2    Opinion 2 – Meta's Human Review Process Is Ineffective at Distinguishing Underage Users........................................................................................................1

1.3    Opinion 3 – Meta's Failure to Use Soft-Matching to Identify Underage Accounts Represents a Major Technical and Procedural Omission .....................2

1.4    Opinion 4 – Meta Retains Under-13 User Data for Unreasonably Long Periods After Detection..........................................................................................2

1.5    Opinion 5 – Meta's Claims That Many Under-13 Reports Were Inauthentic or Attack-Generated Are Not Supported by the Data ...........................................3

2    INTRODUCTION ............................................................................................3

2.1    Qualifications and Experience ...................................................................3

2.2    Statement of Compensation .......................................................................7

2.3    Assignment .................................................................................................8

3    TECHNICAL BACKGROUND.......................................................................9

3.2    Online Platforms ......................................................................................10

3.3    Account Management ...............................................................................12

3.4    Underage Account Detection (Age Assurance) .......................................15

3.5    Human Review in Security and Safety Enforcement ..............................28

3.6    Account and Identity Data Governance ...................................................29

3.7    Account Controls Evasion........................................................................31

3.8    Online Platforms Best Practices and Standards ......................................34

3.9    Security Design Principles .......................................................................34

4    META'S DETECTION AND MANAGEMENT OF UNDERAGE ACCOUNTS .................................................................................................49

4.2    Age Detection on Meta's Platforms .........................................................49

4.3    An Overview of Meta's Under 13 Reporting Tool and Flow ...................53

4.4    Meta's Underage Detection and Enforcement ........................................64

4.5    Meta's Deployed Underage Technology, Processes and Policies.............65

Expert Report – Highly Confidential

4.6    Meta Initiatives Considered But Not Implemented ....................................91

5    ANALYSIS OF META LOG DATA...............................................................103

5.2    Meta's Logging Data Productions.........................................................103

5.3    Field Descriptions ..............................................................................105

5.4    Analysis Overview ..............................................................................108

5.5    Analysis Methodology ........................................................................109

6    META'S UNDER-13 DETECTION AND ENFORCEMENT PROCESSES ARE NOT SUFFICIENT ...............................................................................186

6.2    Technical Requirements for Effective Underage Detection ....................187

6.3    Evaluation of Meta's Underage Account Treatment Process...................188

6.4    Meta's Approach Fails to Meet Accepted Security Practices ..................197

6.5    Summary Opinion ..............................................................................198

7    META'S HUMAN REVIEW PROCESS DOES NOT EFFECTIVELY DIFFERENTIATE BETWEEN USERS UNDER OR OVER 13 ..........................199

7.2    The Role of Human Review in Online Safety ........................................199

7.3    Efficacy of Meta's Human Review Process............................................201

7.4    Summary Opinion ..............................................................................206

8    META'S FAILURE TO USE SOFT-MATCHING TO IDENTIFY UNDERAGE ACCOUNTS ..........................................................................207

8.2    Meta's Failure to Apply Soft-Matching Significantly Reduces the Effectiveness of Underage Account Detection ................................................210

8.3    Summary Opinion ..............................................................................211

9    META RETAINS UNDER-13 USER DATA FOR UNREASONABLY LONG PERIODS AFTER DETECTION ....................................................................212

9.2    Process for Underage Account Data Deletion........................................212

9.3    Process-Driven Delays in Deletion ......................................................214

9.4    Meta's Data-Retention Delays Fall Outside Accepted Security Practice 217

9.5    Summary Opinion ..............................................................................218

10    META'S CLAIM THAT SCRIPTED ATTACKS SUBSTANTIALLY IMPACTED THE REPORTING SYSTEM IS NOT SUPPORTED BY THE DATA ....................................................................................................220

10.2    Analysis of Scripted Attacks...........................................................223

Expert Report – Highly Confidential

10.3     Summary Opinion.................................................................................225

APPENDIX A.    CURRICULUM  VITAE  AND  PRIOR  TESTIMONY  WITHIN
FOUR YEARS    .................................................................................228

APPENDIX B.    MATERIALS CONSIDERED..................................................287

APPENDIX C.    DATA ANALYSIS ..................................................................300

Expert Report – Highly Confidential

# 1    SUMMARY OF OPINIONS

## 1.1    OPINION 1 – META'S PROCESSES FOR DETECTING UNDER-13 USERS FAIL TO MEET BASIC SECURITY AND CHILD-PROTECTION STANDARDS

1. Meta's under-13 detection framework has not, and does not, comport with established security principles for secure, reliable, or ethical operation. Its systems are primarily reactive, inconsistently applied, and structurally biased toward false negatives. Despite the availability of mature, privacy-preserving verification technologies, Meta continues to rely on self-reported ages and post-hoc interventions, resulting in a process that cannot be considered technically sound or effective in preventing underage access.

## 1.2    OPINION 2 – META'S HUMAN REVIEW PROCESS IS INEFFECTIVE AT DISTINGUISHING UNDERAGE USERS

2. Meta's manual review system prioritizes efficiency and throughput over accuracy. The design removes meaningful human judgment, encourages false negatives, and systematically allows underage accounts to remain active. Meta's account reviewers are neither equipped nor trained to handle low-prevalence detection tasks. Human reviewers are shown only a narrow set of information that has often only marginal utility for determining if a user is under-13. As implemented, Meta's human review provides the appearance, but not the substance, of responsible oversight.

Expert Report of Patrick McDaniel                                    1

Expert Report – Highly Confidential

**1.3    OPINION 3 – META'S FAILURE TO USE SOFT-MATCHING TO IDENTIFY UNDERAGE ACCOUNTS REPRESENTS A MAJOR TECHNICAL AND PROCEDURAL OMISSION**

3.    Meta uses a machine-learning-based "soft-matching" capability designed to link accounts likely controlled by the same user. While this tool has been used for policy enforcement purposes, Meta does not apply it to identify additional underage accounts associated with known violators. This omission undermines the effectiveness of Meta's system for detecting and removing underage users and reflects a failure to employ readily available, low-cost measures that would materially improve detection coverage and timeliness.

**1.4    OPINION 4 – META RETAINS UNDER-13 USER DATA FOR UNREASONABLY LONG PERIODS AFTER DETECTION**

4.    Meta's data-retention practices for confirmed underage accounts exceed reasonable and accepted limits. The company has repeatedly extended retention windows—from months to a full year—without credible technical justification. These delays violate the principle of prompt and secure data deletion established in industry standards, and they expose sensitive data belonging to children to unnecessary risk. The problems with Meta's handling of user data stem more from organizational decisions than technological limitations.

Expert Report – Highly Confidential

### 1.5 OPINION 5 – META'S CLAIMS THAT MANY UNDER-13 REPORTS WERE INAUTHENTIC OR ATTACK-GENERATED ARE NOT SUPPORTED BY THE DATA

5.  Meta's assertion that large volumes of under-13 reports were the result of automated or "bot" attacks is not supported by the data nor common understanding in the field regarding how such data typically presents. Quantitative analyses of Meta's own reporting data show minimal sustained or coordinated activity consistent with such attacks and no regularly repeated attacks. The observed variations fall within the normal operational envelope of online systems and the resulting loads (even where potentially driven by malicious actors) were unlikely to have lasting impact on Meta's systems. Outside of a few short-lived anomalies, the data do not support Meta's characterization of widespread inauthentic reporting.

## 2 INTRODUCTION

### 2.1 QUALIFICATIONS AND EXPERIENCE

6.  My relevant qualifications are summarized here and provided in more detail in my curriculum vitae, which is attached as **Appendix A** to this report. This appendix also includes a list of my publications in the past ten years and the cases in which I have testified at deposition, hearing, or trial within the past four years.

7.  I earned a Ph.D. in Computer Science from the Computer Science and Engineering Department at University of Michigan, Ann Arbor in 2001. I