| State | Calculation Method 1 - Lower Bound | | Calculation Method 2 - Conservative Estimate | |
|---|---|---|---|---|
| | Unique IG Teen MAPs (2012 - 2024.03) | Unique FB Teen MAPs (2012 - 2024.03) | Unique IG Teen MAPs (2012 - 2024.03) | Unique FB Teen MAPs (2012 - 2024.03) |
| Arizona | 1,009,346 | 644,208 | 1,188,142 | 872,813 |
| California | 5,507,772 | 3,850,308 | 6,512,629 | 4,633,849 |
| Colorado | 781,058 | 534,766 | 935,915 | 705,729 |
| Connecticut | 499,149 | 278,138 | 596,609 | 390,428 |
| Delaware | 130,615 | 70,095 | 156,088 | 97,515 |
| Hawaii | 183,884 | 130,350 | 221,298 | 148,296 |
| Idaho | 266,490 | 166,312 | 326,603 | 235,465 |
| Illinois | 1,872,204 | 1,246,715 | 2,217,610 | 1,688,842 |
| Indiana | 1,013,406 | 641,576 | 1,209,145 | 910,997 |
| Kansas | 445,409 | 297,454 | 545,440 | 451,598 |
| Kentucky | 648,415 | 434,943 | 787,424 | 637,880 |
| Louisiana | 687,701 | 388,622 | 802,067 | 553,896 |
| Maine | 153,289 | 118,890 | 184,566 | 170,466 |
| Maryland | 817,956 | 461,137 | 962,396 | 633,554 |
| Minnesota | 785,443 | 486,456 | 960,472 | 687,660 |
| Nebraska | 303,961 | 192,070 | 359,915 | 275,828 |
| New Jersey | 1,243,761 | 677,752 | 1,496,565 | 938,097 |
| New York | 2,401,993 | 2,025,716 | 2,929,082 | 2,491,678 |
| North Carolina | 1,519,462 | 870,620 | 1,805,746 | 1,214,639 |
| Ohio | 1,665,971 | 1,051,723 | 1,995,218 | 1,463,892 |
| Oregon | 554,615 | 344,347 | 656,230 | 471,107 |
| Pennsylvania | 1,747,440 | 1,026,070 | 2,079,667 | 1,399,603 |
| Rhode Island | 132,319 | 81,663 | 165,794 | 114,128 |
| South Carolina | 757,628 | 432,456 | 856,969 | 617,985 |
| South Dakota | 111,101 | 84,495 | 137,858 | 124,412 |
| Virginia | 1,172,407 | 756,578 | 1,434,367 | 1,000,825 |
| Washington | 1,025,804 | 779,188 | 1,247,969 | 863,856 |
| West Virginia | 236,498 | 173,398 | 277,552 | 254,792 |
| Wisconsin | 821,560 | 543,373 | 957,447 | 766,362 |
| Total MDL States | 28,496,658 | 18,789,417 | 34,006,784 | 24,816,192 |
| Other States | 19,001,209 | 11,451,624 | 22,522,438 | 15,788,543 |
| Total U.S. | 47,497,867 | 30,241,042 | 56,529,222 | 40,604,735 |