**Total Unique U13 Persons by Platform (2015 - 2023)**

|  | Instagram | Facebook |
|---|---|---|
| Arizona | 550,471 | 579,980 |
| California | 3,193,892 | 2,381,725 |
| Colorado | 403,586 | 529,155 |
| Connecticut | 263,383 | 241,026 |
| Delaware | 73,519 | 58,157 |
| Hawaii | 106,262 | 66,412 |
| Idaho | 137,723 | 173,147 |
| Illinois | 978,694 | 1,168,569 |
| Indiana | 531,278 | 661,814 |
| Kansas | 222,076 | 341,124 |
| Kentucky | 342,203 | 471,720 |
| Louisiana | 346,990 | 346,857 |
| Maine | 81,727 | 145,958 |
| Maryland | 463,707 | 375,669 |
| Minnesota | 411,802 | 486,263 |
| Nebraska | 162,203 | 219,139 |
| New Jersey | 710,183 | 524,353 |
| New York | 1,342,581 | 1,455,032 |
| North Carolina | 837,097 | 805,866 |
| Ohio | 873,731 | 992,025 |
| Oregon | 288,689 | 324,258 |
| Pennsylvania | 940,196 | 927,969 |
| Rhode Island | 73,488 | 72,201 |
| South Carolina | 386,869 | 435,636 |
| South Dakota | 57,795 | 102,561 |
| Virginia | 657,332 | 620,869 |
| Washington | 562,209 | 587,793 |
| West Virginia | 117,601 | 203,425 |
| Wisconsin | 423,093 | 597,338 |
| **Total MDL States** | **15,540,381** | **15,896,041** |
| Other States | 9,843,979 | 10,662,026 |
| **Total U.S.** | **25,384,360** | **26,558,068** |

73