# Remedy Chart 2: Time Spent Penalty Calculation for Teen Users

| Chart 2A: Monthly Instances of Teen Users Exceeding Specified Thresholds of Average Daily Time Spent (IG) | | | |
|---|---|---|---|
| | Over 0.5 Hours | Over 1 Hour | Over 2 Hours |
| California | 169,378,378 | 91,372,688 | 29,944,251 |
| Colorado | 14,623,834 | 6,601,213 | 1,890,700 |
| Kentucky | 14,251,263 | 6,781,274 | 2,158,213 |
| New Jersey | 33,210,149 | 16,341,413 | 4,997,539 |
| **Total** | 231,463,624 | 121,096,588 | 38,990,703 |

Source: Saba Supplemental Report, 04.10.2026, Schedules 2.8.8S (2013-2017), 2.9.1S (2018-2024)

Calculation Period: Jan. 1, 2013-March 31, 2024.

| Chart 2B: Monthly Instances of Teen Users Exceeding Specified Thresholds of Average Daily Time Spent (FB) | | | |
|---|---|---|---|
| | Over 0.5 Hours | Over 1 Hour | Over 2 Hours |
| California | 20,974,837 | 11,581,097 | 4,435,207 |
| Colorado | 5,144,155 | 2,895,451 | 1,117,427 |
| Kentucky | 3,732,463 | 1,938,358 | 717,952 |
| New Jersey | 3,999,822 | 2,191,629 | 875,659 |
| **Total** | 33,851,277 | 18,606,535 | 7,146,245 |

Source: Saba Supplemental Report, 04.10.2026, Schedule 2.10.1S

Calculation Period: Jan. 1, 2012-March 31, 2024.

| Chart 2C: Monthly Instances of Teen Users Exceeding Specified Thresholds of Average Daily Time Spent (IG + FB) | | | |
|---|---|---|---|
| | Over 0.5 Hours | Over 1 Hour | Over 2 Hours |
| California | 190,353,215 | 102,953,785 | 34,379,458 |
| Colorado | 19,767,989 | 9,496,664 | 3,008,127 |
| Kentucky | 17,983,726 | 8,719,632 | 2,876,165 |
| New Jersey | 37,209,971 | 18,533,042 | 5,873,198 |
| **Total** | 265,314,901 | 139,703,123 | 46,136,948 |

Source: Saba Supplemental Report, 04.10.2026, Schedules 2.8.8S (IG, 2013-2017), 2.9.1S (IG, 2018-2024), 2.10.1S (FB)

| Chart 2D: Penalty Limit Per Violation | | |
|---|---|---|
| | Amount per Violation | Statute |
| California | $2,500 | Cal. Bus. & Prof. Code § 17206 |
| California | $2,500 | Cal. Bus. & Prof. Code § 17536 |
| Colorado | $20,000 | CRS 6-1-112(1)(a) |
| Kentucky | $2,000 | Ky. Rev. Stat. § 367.990 |
| New Jersey | $20,000* | N.J. Stat. Ann. § 56:8-13 |

*$10,000 for the first violation; $20,000 for each subsequent violation

| Chart 2E: Penalties for One Violation for Each Teen Exceeding Specified Average Daily Time Spent (Combined IG + FB) | | |
|---|---|---|
| | Over 0.5 Hours | Over 1 Hour | Over 2 Hours |
| California** | $475,883,037,500 | $257,384,462,500 | $85,948,645,000 |
| Colorado*** | $159,656,100,000 | $76,505,180,000 | $26,001,280,000 |
| Kentucky | $35,967,452,000 | $17,439,264,000 | $5,752,330,000 |
| New Jersey | $744,199,410,000 | $370,660,830,000 | $17,463,950,000 |
| **Total** | $1,415,705,999,500 | $721,989,736,500 | $135,166,205,000 |

**At a total of $2,500 per Teen

***Additional sources used to adjust for Colorado's statutory change as to penalty calculation (CO HOUSE BILL 19-1289): Saba Supplemental Report, 04.10.2026, Schedules 2.9.2S, 2.10.2S