**States v. Meta**

Instagram Time Spent Instances, Revenue, and Gross Profit Summary 2013 - 2017

Schedule 2.8.8S

| | Instances | | | | Revenue | | | | Gross Profits | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Teen MAU >0.5 < 1.0 Hour | Teen MAU >1.0 < 2.0 Hour | Teen MAU >2.0 < 3.0 Hour | Teen MAU > 3.0 Hour | Teen MAU >0.5 < 1.0 Hour | Teen MAU >1.0 < 2.0 Hour | Teen MAU >2.0 < 3.0 Hour | Teen MAU > 3.0 Hour | Teen MAU >0.5 < 1.0 Hour | Teen MAU >1.0 < 2.0 Hour | Teen MAU >2.0 < 3.0 Hour | Teen MAU > 3.0 Hour |
| California | 27,329,789 | 16,701,537 | 6,073,286 | 1,518,322 | $ 4,704,395 | $ 5,749,816 | $ 3,484,737 | $ 1,045,421 | $ (2,327,303) | $ (2,844,481) | $ (1,723,928) | $ (517,178) |
| Colorado | 3,057,815 | 1,868,665 | 679,515 | 169,879 | $ 526,355 | $ 643,323 | $ 389,893 | $ 116,968 | $ (260,392) | $ (318,257) | $ (192,883) | $ (57,865) |
| Connecticut | 2,167,918 | 1,324,839 | 481,760 | 120,440 | $ 373,173 | $ 456,100 | $ 276,425 | $ 82,927 | $ (184,612) | $ (225,637) | $ (136,749) | $ (41,025) |
| Delaware | 604,676 | 369,524 | 134,372 | 33,593 | $ 104,085 | $ 127,216 | $ 77,100 | $ 23,130 | $ (51,492) | $ (62,935) | $ (38,142) | $ (11,443) |
| Illinois | 7,882,262 | 4,816,938 | 1,751,614 | 437,903 | $ 1,356,808 | $ 1,658,321 | $ 1,005,043 | $ 301,513 | $ (671,224) | $ (820,385) | $ (497,203) | $ (149,161) |
| Indiana | 4,400,729 | 2,689,335 | 977,940 | 244,485 | $ 757,517 | $ 925,854 | $ 561,123 | $ 168,337 | $ (374,750) | $ (458,027) | $ (277,592) | $ (83,278) |
| Kansas | 1,677,911 | 1,025,390 | 372,869 | 93,217 | $ 288,826 | $ 353,010 | $ 213,945 | $ 64,184 | $ (142,885) | $ (174,637) | $ (105,840) | $ (31,752) |
| Kentucky | 3,073,503 | 1,878,252 | 683,001 | 170,750 | $ 529,055 | $ 646,623 | $ 391,893 | $ 117,568 | $ (261,728) | $ (319,890) | $ (193,873) | $ (58,162) |
| Louisiana | 2,868,104 | 1,752,730 | 637,357 | 159,339 | $ 493,699 | $ 603,410 | $ 365,703 | $ 109,711 | $ (244,237) | $ (298,512) | $ (180,916) | $ (54,275) |
| Minnesota | 3,140,480 | 1,919,182 | 697,884 | 174,471 | $ 540,584 | $ 660,714 | $ 400,433 | $ 120,130 | $ (267,432) | $ (326,861) | $ (198,097) | $ (59,429) |
| Nebraska | 1,225,260 | 748,770 | 272,280 | 68,070 | $ 210,909 | $ 257,778 | $ 156,229 | $ 46,869 | $ (104,339) | $ (127,525) | $ (77,288) | $ (23,186) |
| New Jersey | 5,942,174 | 3,631,329 | 1,320,483 | 330,121 | $ 1,022,852 | $ 1,250,153 | $ 757,668 | $ 227,300 | $ (506,013) | $ (618,461) | $ (374,825) | $ (112,447) |
| New York | 11,537,253 | 7,050,543 | 2,563,834 | 640,958 | $ 1,985,957 | $ 2,427,281 | $ 1,471,079 | $ 441,324 | $ (982,469) | $ (1,200,796) | $ (727,755) | $ (218,327) |
| North Carolina | 7,078,993 | 4,326,051 | 1,573,109 | 393,277 | $ 1,218,538 | $ 1,489,324 | $ 902,620 | $ 270,786 | $ (602,821) | $ (736,781) | $ (446,534) | $ (133,960) |
| Pennsylvania | 7,967,017 | 4,868,733 | 1,770,448 | 442,612 | $ 1,371,397 | $ 1,676,152 | $ 1,015,850 | $ 304,755 | $ (678,441) | $ (829,206) | $ (502,549) | $ (150,765) |
| South Carolina | 3,197,863 | 1,954,250 | 710,636 | 177,659 | $ 550,462 | $ 672,787 | $ 407,750 | $ 122,325 | $ (272,318) | $ (332,833) | $ (201,717) | $ (60,515) |
| Virginia | 5,359,288 | 3,275,121 | 1,190,953 | 297,738 | $ 922,517 | $ 1,127,521 | $ 683,346 | $ 205,004 | $ (456,377) | $ (557,794) | $ (338,057) | $ (101,417) |
| Wisconsin | 3,281,552 | 2,005,393 | 729,234 | 182,308 | $ 564,868 | $ 690,394 | $ 418,421 | $ 125,526 | $ (279,445) | $ (341,544) | $ (206,996) | $ (62,099) |
| **Total** | 101,792,588 | 62,206,582 | 22,620,575 | 5,655,144 | $ 17,521,998 | $ 21,415,775 | $ 12,979,258 | $ 3,893,777 | $ (8,668,276) | $ (10,594,560) | $ (6,420,945) | $ (1,926,284) |
| | **Total over 0.5 Hours (Cumulative)** | | | 192,274,889 | **Total over 0.5 Hours (Cumulative)** | | | $ 55,810,808 | **Total over 0.5 Hours (Cumulative)** | | | $ (27,610,066) |

**Sources and Notes**

[1] Schedules 2.8.1S, 2.8.2S, 2.8.3S, 2.8.4S, 2.8.5S.

**HEMMING | MORSE**
FORENSIC & FINANCIAL CONSULTANTS

Highly Confidential - Pursuant to Protective Order