**States v. Meta**
Facebook Time Spent Instances, Revenue, and Gross Profit Summary 2013 - 2024

| State | Monthly Instances of FB Teen MAUs Exceeding Daily Average of: | | | | | |
|---|---|---|---|---|---|---|
| | 0.5 Hour | 1 Hour | 2 Hours | 3 Hours | 4 Hours | 5 Hours |
| California | 20,974,837 | 11,581,097 | 4,435,207 | 1,799,664 | 153,042 | - |
| Colorado | 5,144,155 | 2,895,451 | 1,117,427 | 523,907 | 168,643 | 30,696 |
| Connecticut | 1,661,562 | 823,517 | 339,539 | 139,309 | 11,529 | - |
| Delaware | 401,893 | 215,284 | 87,211 | 38,210 | 2,552 | - |
| Illinois | 10,455,890 | 5,780,061 | 2,309,094 | 1,112,754 | 380,709 | 86,060 |
| Indiana | 5,204,584 | 2,767,103 | 1,103,730 | 552,967 | 174,024 | 36,063 |
| Kansas | 2,660,811 | 1,435,787 | 573,983 | 290,080 | 90,676 | 17,091 |
| Kentucky | 3,732,463 | 1,938,358 | 717,952 | 389,732 | 145,249 | 25,792 |
| Louisiana | 2,513,134 | 1,252,947 | 472,247 | 178,053 | 10,650 | - |
| Minnesota | 3,450,414 | 1,778,986 | 730,062 | 394,311 | 116,284 | 21,053 |
| Nebraska | 1,624,065 | 859,058 | 338,869 | 170,715 | 44,738 | 4,047 |
| New Jersey | 3,999,822 | 2,191,629 | 875,659 | 389,402 | 29,067 | - |
| New York | 13,640,456 | 8,069,185 | 3,237,378 | 1,628,602 | 560,264 | 52,570 |
| North Carolina | 6,075,275 | 3,262,110 | 1,251,425 | 574,343 | 97,252 | 1,435 |
| Pennsylvania | 7,253,041 | 3,778,348 | 1,499,829 | 738,029 | 211,566 | 15,135 |
| South Carolina | 3,634,271 | 2,013,832 | 791,947 | 378,285 | 130,387 | 53,162 |
| Virginia | 4,687,036 | 2,466,839 | 936,609 | 420,379 | 51,070 | 440 |
| Wisconsin | 4,730,649 | 2,480,281 | 1,000,913 | 529,908 | 220,086 | 70,030 |
| **Total (2013-02 to 2024-03)** | **101,844,358** | **55,589,873** | **21,819,082** | **10,248,649** | **2,597,787** | **413,574** |

**Sources and Notes:**
Schedule 2.10.2S

HEMMING | MORSE
FORENSIC & FINANCIAL CONSULTANTS

Highly Confidential - Pursuant to Protective Order