# Remedy Chart 3: UDAP Violation Counts and Penalty Calculation Related to Meta's "Actual Knowledge" COPPA Violations

| Chart 3A: Number of Children's Accounts for Whom Meta Retained Personal Information for at Least 6-12 Months After Determining They Were Under 13 (IG + FB) (Jan. 2022-Mar. 2024) | |
|---|---|
| | Number of Children's Accounts Affected |
| California | 69,254 |
| Colorado | 13,928 |
| Kentucky | 11,607 |
| New Jersey | 17,120 |

Source: Sheatsley Trial Report, Table 42; Saba Opening Report, 11.21.2025, Schedule 7.1

| Chart 3B: Number of Children's Accounts That Meta Allowed to Remain on IG or FB While Disabling Their Other Hard-linked Account (Oct. 2017-Sep. 2021) | |
|---|---|
| | Number of Accounts of Children |
| California | 7,259 |
| Colorado (starting July 1, 2019) | 1,389 |
| Kentucky | 1,217 |
| New Jersey | 1,795 |

Source: Sheatsley Trial Report, Table 56.1; Saba Opening Report, 11.21.2025, Schedule 7.1

| Chart 3C: Number of Children with Multiple Accounts Identified by Meta's Integrity Soft-Matching Models That Meta Allowed to Remain on IG While Disabling One of Their Accounts for Being Underage (IG-IG Soft-Match Model Only) | | | |
|---|---|---|---|
| | April-July 2025 | Estimated June 2020 – March 2024 | Total |
| California | 2,528 | 7,653 | 10,181 |
| Colorado | 227 | 898 | 1,125 |
| Kentucky | 212 | 811 | 1,023 |
| New Jersey | 595 | 1,709 | 2,304 |

Source: Sheatsley Trial Report, Tables 60 and 62; Saba Opening Report, 11.21.2025, Schedule 7.1

| Chart 3D: Number of Children That Meta Allowed to Remain on Facebook After Changing Their Date of Birth to Be Under 13 (2019) | |
|---|---|
| | Number of Children Allowed to Remain on Facebook |
| California | 6,315 |
| Colorado (starting July 1, 2019) | 688 |
| Kentucky | 1,058 |
| New Jersey | 1,561 |

Source: Saba Opening Report, 11.21.2025, Schedule 7.1; META3047MDL-287-00003183

| Chart 3E: Penalty Limit Per Violation | | |
|---|---|---|
| | Amount per Violation | Statute |
| California | $2,500 | Cal. Bus. & Prof. Code § 17206 |
| Colorado | $20,000 | CRS 6-1-112(1)(a) |
| Kentucky | $2,000 | Ky. Rev. Stat. § 367.990 |
| New Jersey | $20,000* | N.J. Stat. Ann. § 56:8-13 |

*$10,000 for the first violation; $20,000 for each subsequent violation

| Chart 3F: Penalties for Violations Related to Actual Knowledge (IG + FB) | | | | | |
|---|---|---|---|---|---|
| | Retaining Children's Data for Unreasonably Long Periods | Failing to Remove Hard-linked Accounts of Children | Failing to Remove Soft-matched Accounts of Children | Failing to Remove Children Who Changed Their Date of Birth to Under 13 (2019 only, FB) | Total |
| California | $173,135,000 | $18,147,500 | $25,452,500 | $15,787,500 | $232,522,500 |
| Colorado | $278,560,000 | $27,780,000 | $22,500,000 | $13,760,000 | $342,600,000 |
| Kentucky | $23,214,000 | $2,434,000 | $2,046,000 | $2,116,000 | $29,810,000 |
| New Jersey | $342,390,000 | $35,890,000 | $46,070,000 | $31,210,000 | $455,560,000 |
| Total | $817,299,000 | $84,251,500 | $96,068,500 | $62,873,500 | $1,060,492,500 |