Expert Report – Highly Confidential

151. To identify users who are disabled for being underage, the value "disabled" must be present in the "decision" field.[202] Below is a table showing the number of disables within Checkpointing Table.

| Table | Disables |
|---|---|
| Checkpointing Table | 1,481,631 (100.0%) |
| Total | 1,481,631 (100.0%) |

**Table 41 - Number of Account Disables**

152. Next, to measure the number of disables per month, I assume the field "decision_time" refers to the time at which a decision about the checkpointed user is made (and when a decision is made to disable a user, I assume the user is disabled immediately). Below is a table showing the number of disables per month.

| Month | Number of Disables |
|---|---|
| 2020-06 | 5 (<0.1%) |
| 2020-07 | 533 (<0.1%) |
| 2020-08 | 1,114 (0.1%) |
| 2020-09 | 4,470 (0.3%) |
| 2020-10 | 135,767 (9.2%) |
| 2020-11 | 18,943 (1.3%) |
| 2020-12 | 17,865 (1.2%) |
| 2021-01 | 20,521 (1.4%) |
| 2021-02 | 29,314 (2.0%) |
| 2021-03 | 27,921 (1.9%) |
| 2021-04 | 20,903 (1.4%) |
| 2021-05 | 15,476 (1.0%) |
| 2021-06 | 18,558 (1.3%) |
| 2021-07 | 37,751 (2.5%) |
| 2021-08 | 47,839 (3.2%) |
| 2021-09 | 37,652 (2.5%) |
| 2021-10 | 31,023 (2.1%) |
| 2021-11 | 26,767 (1.8%) |
| 2021-12 | 21,967 (1.5%) |
| 2022-01 | 10,079 (0.7%) |
| 2022-02 | 9,339 (0.6%) |
| 2022-03 | 10,504 (0.7%) |
| 2022-04 | 27,421 (1.9%) |
| 2022-05 | 21,631 (1.5%) |
| 2022-06 | 173,103 (11.7%) |
| 2022-07 | 88,704 (6.0%) |

[202] Blanaru Dep. 37:15-38:2.

Expert Report – Highly Confidential

| | |
|---|---|
| 2022-08 | 36,313 (2.5%) |
| 2022-09 | 26,578 (1.8%) |
| 2022-10 | 44,413 (3.0%) |
| 2022-11 | 34,402 (2.3%) |
| 2022-12 | 60,945 (4.1%) |
| 2023-01 | 23,564 (1.6%) |
| 2023-02 | 11,968 (0.8%) |
| 2023-03 | 390 (<0.1%) |
| 2023-04 | 138 (<0.1%) |
| 2023-05 | 193 (<0.1%) |
| 2023-06 | 197 (<0.1%) |
| 2023-07 | 425 (<0.1%) |
| 2023-08 | 4,435 (0.3%) |
| 2023-09 | 3,732 (0.3%) |
| 2023-10 | 241,803 (16.3%) |
| 2023-11 | 18,734 (1.3%) |
| 2023-12 | 38,354 (2.6%) |
| 2024-01 | 28,140 (1.9%) |
| 2024-02 | 25,059 (1.7%) |
| 2024-03 | 26,677 (1.8%) |
| 2024-04 | 1 (<0.1%) |
| Total | 1,481,631 (100.0%) |

**Table 42 - Number of Monthly Account Disables**

153. As used in the prior section, I use the field "entity_id_hashed" in Checkpointing Table to identify users. Below is a table, using same the approach described above, that shows the number of unique users that are disabled.

| Table | Unique Users |
|---|---|
| Checkpointing Table (entity_id_hashed) | 1,322,210 (100.0%) |
| Total | 1,322,210 (100.0%) |

**Table 43 - Number of Unique Users Disabled**

154. Moreover, below is a table that shows the state-level jurisdictions of these users.

| Jurisdiction | Table | Checkpoints |
|---|---|---|
| US | Checkpointing Table | 1,283,555 |
| US_AR | Checkpointing Table | 333 |
| US_CA | Checkpointing Table | 16,841 |
| US_CO | Checkpointing Table | 2,652 |
| US_CT | Checkpointing Table | 245 |
| US_FL | Checkpointing Table | 2 |
| US_IL | Checkpointing Table | 1,382 |
| US_NV | Checkpointing Table | 2 |
| US_OH | Checkpointing Table | 278 |
| US_TX | Checkpointing Table | 12,116 |