| | 2012 | 2013 | 2014 | 2015 | 2016 | 2017 | 2018 | 2019 | 2020 | 2021 | 2022 | 2023 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Other States | 651,448 | 946,555 | 1,502,105 | 1,652,487 | 1,699,460 | 1,776,896 | 2,115,200 | 2,221,518 | 2,631,489 | 1,683,566 | 1,852,268 | 1,686,858 |
| **Total U.S.** | **1,711,028** | **2,486,124** | **3,945,276** | **4,340,255** | **4,463,630** | **4,667,014** | **5,555,570** | **5,759,057** | **6,755,701** | **4,378,427** | **4,758,355** | **4,296,402** |

**9-12 Year Old Instagram DAP as a Percentage of United States 9-12 Year Old DAP [5]**

| | 2012 | 2013 | 2014 | 2015 | 2016 | 2017 | 2018 | 2019 | 2020 | 2021 | 2022 | 2023 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Arizona | 2.20% | 2.20% | 2.20% | 2.20% | 2.20% | 2.20% | 2.23% | 2.18% | 2.15% | 2.25% | 2.17% | 2.12% |
| California | 12.78% | 12.78% | 12.78% | 12.78% | 12.78% | 12.78% | 12.54% | 12.69% | 13.24% | 12.64% | 12.61% | 12.27% |
| Colorado | 1.54% | 1.54% | 1.54% | 1.54% | 1.54% | 1.54% | 1.64% | 1.52% | 1.44% | 1.56% | 1.58% | 1.71% |
| Connecticut | 1.04% | 1.04% | 1.04% | 1.04% | 1.04% | 1.04% | 1.07% | 1.06% | 1.02% | 1.01% | 0.97% | 1.01% |
| Delaware | 0.28% | 0.28% | 0.28% | 0.28% | 0.28% | 0.28% | 0.27% | 0.28% | 0.28% | 0.30% | 0.29% | 0.30% |
| Hawaii | 0.41% | 0.41% | 0.41% | 0.41% | 0.41% | 0.41% | 0.38% | 0.40% | 0.40% | 0.47% | 0.44% | 0.45% |
| Idaho | 0.56% | 0.56% | 0.56% | 0.56% | 0.56% | 0.56% | 0.58% | 0.52% | 0.51% | 0.64% | 0.61% | 0.55% |
| Illinois | 3.82% | 3.82% | 3.82% | 3.82% | 3.82% | 3.82% | 3.97% | 3.98% | 3.73% | 3.62% | 3.54% | 3.75% |
| Indiana | 2.08% | 2.08% | 2.08% | 2.08% | 2.08% | 2.08% | 2.12% | 2.06% | 1.99% | 2.14% | 2.05% | 2.15% |
| Kansas | 0.84% | 0.84% | 0.84% | 0.84% | 0.84% | 0.84% | 0.87% | 0.84% | 0.78% | 0.88% | 0.89% | 0.94% |
| Kentucky | 1.36% | 1.36% | 1.36% | 1.36% | 1.36% | 1.36% | 1.32% | 1.35% | 1.30% | 1.47% | 1.38% | 1.33% |
| Louisiana | 1.38% | 1.38% | 1.38% | 1.38% | 1.38% | 1.38% | 1.40% | 1.28% | 1.31% | 1.53% | 1.50% | 1.46% |
| Maine | 0.33% | 0.33% | 0.33% | 0.33% | 0.33% | 0.33% | 0.32% | 0.33% | 0.32% | 0.34% | 0.33% | 0.30% |
| Maryland | 1.83% | 1.83% | 1.83% | 1.83% | 1.83% | 1.83% | 1.76% | 1.83% | 1.85% | 1.87% | 1.82% | 1.82% |
| Minnesota | 1.61% | 1.61% | 1.61% | 1.61% | 1.61% | 1.61% | 1.75% | 1.63% | 1.49% | 1.55% | 1.77% | 1.63% |
| Nebraska | 0.61% | 0.61% | 0.61% | 0.61% | 0.61% | 0.61% | 0.64% | 0.62% | 0.58% | 0.62% | 0.72% | 0.69% |
| New Jersey | 2.83% | 2.83% | 2.83% | 2.83% | 2.83% | 2.83% | 2.83% | 2.82% | 2.85% | 2.82% | 2.82% | 2.74% |
| New York | 5.44% | 5.44% | 5.44% | 5.44% | 5.44% | 5.44% | 5.55% | 5.63% | 5.41% | 5.17% | 4.85% | 4.76% |
| North Carolina | 3.32% | 3.32% | 3.32% | 3.32% | 3.32% | 3.32% | 3.30% | 3.27% | 3.31% | 3.39% | 3.32% | 3.31% |
| Ohio | 3.51% | 3.51% | 3.51% | 3.51% | 3.51% | 3.51% | 3.50% | 3.36% | 3.57% | 3.58% | 3.54% | 3.48% |
| Oregon | 1.09% | 1.09% | 1.09% | 1.09% | 1.09% | 1.09% | 1.13% | 1.09% | 1.05% | 1.09% | 1.18% | 1.24% |
| Pennsylvania | 3.72% | 3.72% | 3.72% | 3.72% | 3.72% | 3.72% | 3.74% | 3.72% | 3.78% | 3.64% | 3.53% | 3.68% |
| Rhode Island | 0.30% | 0.30% | 0.30% | 0.30% | 0.30% | 0.30% | 0.29% | 0.30% | 0.30% | 0.31% | 0.30% | 0.27% |
| South Carolina | 1.50% | 1.50% | 1.50% | 1.50% | 1.50% | 1.50% | 1.43% | 1.50% | 1.48% | 1.60% | 1.58% | 1.57% |
| South Dakota | 0.23% | 0.23% | 0.23% | 0.23% | 0.23% | 0.23% | 0.22% | 0.22% | 0.21% | 0.29% | 0.26% | 0.24% |
| Virginia | 2.62% | 2.62% | 2.62% | 2.62% | 2.62% | 2.62% | 2.66% | 2.62% | 2.59% | 2.61% | 2.60% | 2.53% |
| Washington | 2.10% | 2.10% | 2.10% | 2.10% | 2.10% | 2.10% | 2.12% | 2.19% | 2.06% | 2.02% | 2.20% | 2.35% |
| West Virginia | 0.50% | 0.50% | 0.50% | 0.50% | 0.50% | 0.50% | 0.50% | 0.48% | 0.47% | 0.53% | 0.48% | 0.42% |
| Wisconsin | 1.66% | 1.66% | 1.66% | 1.66% | 1.66% | 1.66% | 1.78% | 1.68% | 1.56% | 1.61% | 1.77% | 1.66% |
| Other States | 38.07% | 38.07% | 38.07% | 38.07% | 38.07% | 38.07% | 38.07% | 38.57% | 38.95% | 38.45% | 38.93% | 39.26% |
| **Total** | **100.00%** | **100.00%** | **100.00%** | **100.00%** | **100.00%** | **100.00%** | **100.00%** | **100.00%** | **100.00%** | **100.00%** | **100.00%** | **100.00%** |

**Soruces and Notes**

[1] 2019 - 2023 DAP percentages are based off of Schedule 7.4. Percentages for 2012 - 2018 are computed with reference to IG Teen Saturation Rate and the relationship to 9-12 Year Old Daily usage responses wit
[2] Schedule 2.5.
[3] 2012-2018 calculated as the average of 2019-2023.
[4] Schedule 7.3.
[5] 2018-2023 is from Schedule 2.6. 2012-2017 is calculated as the average for each state for the years 2018-2021.
[6] Teen DAU percentages by state (META3047MDL-188-00000001).

Highly Confidential - Subject to Protective Order

| | 2012 | 2013 | 2014 | 2015 | 2016 | 2017 | 2018 | 2019 | 2020 | 2021 | 2022 | 2023 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Other States | 1,758,932 | 1,760,948 | 1,755,698 | 1,831,784 | 1,861,604 | 1,931,121 | 1,955,136 | 1,979,172 | 3,083,198 | 2,219,969 | 1,963,837 | 2,403,892 |
| **Total U.S.** | **4,786,711** | **4,781,625** | **4,744,643** | **4,782,658** | **4,851,993** | **4,939,146** | **4,946,703** | **4,912,137** | **7,600,164** | **5,388,833** | **4,758,355** | **5,783,618** |

**9-12 Year Old Facebook DAP as a Percentage of United States 9-12 Year Old DAP [6]**

| | 2012 | 2013 | 2014 | 2015 | 2016 | 2017 | 2018 | 2019 | 2020 | 2021 | 2022 | 2023 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Arizona | 2.20% | 2.33% | 2.45% | 2.33% | 2.46% | 2.46% | 2.47% | 2.40% | 2.36% | 2.19% | 2.02% | 1.86% |
| California | 13.97% | 13.32% | 12.38% | 10.93% | 9.35% | 8.79% | 7.72% | 7.57% | 7.49% | 7.16% | 8.32% | 8.56% |
| Colorado | 1.81% | 2.05% | 2.26% | 2.32% | 2.36% | 2.31% | 2.30% | 2.17% | 2.07% | 1.89% | 1.70% | 1.56% |
| Connecticut | 1.06% | 1.04% | 1.04% | 1.09% | 1.09% | 1.02% | 0.98% | 0.92% | 0.85% | 0.79% | 0.78% | 0.75% |
| Delaware | 0.24% | 0.22% | 0.21% | 0.19% | 0.21% | 0.20% | 0.20% | 0.22% | 0.21% | 0.22% | 0.23% | 0.24% |
| Hawaii | 0.46% | 0.43% | 0.35% | 0.26% | 0.27% | 0.25% | 0.25% | 0.21% | 0.23% | 0.23% | 0.24% | 0.28% |
| Idaho | 0.57% | 0.65% | 0.70% | 0.70% | 0.75% | 0.76% | 0.76% | 0.69% | 0.61% | 0.59% | 0.59% | 0.57% |
| Illinois | 4.24% | 4.38% | 4.53% | 4.77% | 4.76% | 4.75% | 5.00% | 4.73% | 4.86% | 4.54% | 4.09% | 3.79% |
| Indiana | 2.01% | 2.02% | 2.05% | 2.09% | 2.30% | 2.38% | 2.63% | 2.67% | 2.76% | 2.79% | 2.70% | 2.67% |
| Kansas | 0.90% | 0.94% | 1.02% | 1.07% | 1.20% | 1.26% | 1.38% | 1.43% | 1.37% | 1.38% | 1.29% | 1.33% |
| Kentucky | 1.26% | 1.23% | 1.22% | 1.20% | 1.31% | 1.36% | 1.53% | 1.75% | 2.11% | 2.29% | 2.23% | 2.28% |
| Louisiana | 1.19% | 1.05% | 0.98% | 0.88% | 1.01% | 1.02% | 1.17% | 1.30% | 1.41% | 1.56% | 1.56% | 1.66% |
| Maine | 0.40% | 0.46% | 0.51% | 0.56% | 0.58% | 0.61% | 0.65% | 0.61% | 0.54% | 0.56% | 0.54% | 0.49% |
| Maryland | 1.58% | 1.45% | 1.43% | 1.49% | 1.51% | 1.45% | 1.29% | 1.31% | 1.25% | 1.29% | 1.42% | 1.44% |
| Minnesota | 1.68% | 1.72% | 1.78% | 1.89% | 1.92% | 1.94% | 1.95% | 1.89% | 1.80% | 1.83% | 1.74% | 1.73% |
| Nebraska | 0.60% | 0.63% | 0.68% | 0.74% | 0.82% | 0.88% | 0.94% | 0.93% | 0.82% | 0.83% | 0.80% | 0.80% |
| New Jersey | 2.52% | 2.31% | 2.30% | 2.15% | 2.27% | 2.11% | 2.00% | 1.90% | 1.78% | 1.77% | 1.87% | 1.90% |
| New York | 6.60% | 6.34% | 6.53% | 6.19% | 5.89% | 5.81% | 5.58% | 5.48% | 5.17% | 4.67% | 4.77% | 4.88% |
| North Carolina | 2.79% | 2.74% | 2.68% | 2.76% | 2.75% | 2.76% | 2.74% | 2.76% | 2.96% | 3.17% | 3.29% | 3.50% |
| Ohio | 3.53% | 3.40% | 3.37% | 3.43% | 3.53% | 3.64% | 3.73% | 3.85% | 4.14% | 4.23% | 4.05% | 3.89% |
| Oregon | 1.25% | 1.36% | 1.42% | 1.40% | 1.49% | 1.37% | 1.29% | 1.19% | 1.09% | 1.05% | 1.09% | 1.09% |
| Pennsylvania | 3.61% | 3.55% | 3.49% | 3.58% | 3.66% | 3.68% | 3.62% | 3.58% | 3.55% | 3.63% | 3.50% | 3.34% |
| Rhode Island | 0.28% | 0.27% | 0.27% | 0.28% | 0.31% | 0.29% | 0.30% | 0.30% | 0.31% | 0.28% | 0.26% | 0.24% |
| South Carolina | 1.31% | 1.31% | 1.34% | 1.35% | 1.49% | 1.47% | 1.63% | 1.65% | 1.76% | 1.84% | 1.79% | 1.88% |
| South Dakota | 0.24% | 0.26% | 0.28% | 0.31% | 0.35% | 0.36% | 0.40% | 0.42% | 0.40% | 0.43% | 0.41% | 0.42% |
| Virginia | 2.33% | 2.71% | 2.27% | 2.24% | 2.35% | 2.33% | 2.37% | 2.35% | 2.27% | 2.32% | 2.37% | 2.41% |
| Washington | 2.28% | 2.48% | 2.79% | 2.70% | 2.70% | 2.63% | 2.42% | 2.18% | 1.94% | 1.86% | 1.89% | 1.83% |
| West Virginia | 0.50% | 0.52% | 0.53% | 0.51% | 0.55% | 0.55% | 0.66% | 0.76% | 1.01% | 1.06% | 1.03% | 0.99% |
| Wisconsin | 1.83% | 2.02% | 2.15% | 2.28% | 2.41% | 2.45% | 2.54% | 2.47% | 2.32% | 2.35% | 2.15% | 2.03% |
| Other States | 36.75% | 36.83% | 37.00% | 38.30% | 38.37% | 39.10% | 39.52% | 40.29% | 40.57% | 41.20% | 41.27% | 41.56% |
| **Total** | **100.00%** | **100.00%** | **100.00%** | **100.00%** | **100.00%** | **100.00%** | **100.00%** | **100.00%** | **100.00%** | **100.00%** | **100.00%** | **100.00%** |

hin the Thorn study for years 2019-2023.

Highly Confidential - Subject to Protective Order