Expert Report – Highly Confidential

"creator_rid_hashed", "entity_id_hashed", "entity_rid_hashed", and "owner_rid_hashed"). In this way, such "Candidate IDs" are not checkpointed, not enforced, and have not had an enforcement propagated to them (and therefore, are currently allowed to remain on Meta's platforms).

192. Finally, I verified that at least one of the IDs[223] in the pair had a US jurisdiction[224](via "enrollment_conformed_entity_dimensions.jurisdictions" in Very Recent Checkpointing Table for Disabled IDs and via Softmatch Jurisdiction Table for Candidate IDs). I call such IDs "Unenforced IDs" as they represent IDs that are not enforced or checkpointed, but are soft-matched (over a threshold) to an ID that was disabled for being underage, and either has a US jurisdiction or is soft-matched to an ID that does. Finally, across all pairs with an Unenforced ID, I computed the number of unique Unenforced and Disabled IDs. Below are tables that show the results of the filters described above for each of Meta's soft-match models.

| Table | Softmatch Pairs | Pairs over Threshold | Pairs with a Disabled Account | Unenforced Softmatch Pairs | Unenforced Accounts | Disabled Accounts |
|---|---|---|---|---|---|---|
| FB-to-FB Clustering Table | 176,564,405 | 176,564,405 | 31,476 | 30,811 | 15,748 | 13,106 |

---

[223] Note that Meta described Very Recent Checkpointing Table as "data relating to U.S. Facebook and Instagram accounts." Accordingly, I consider these users to be US users. See 2025.08.15 Meta Ltr. re META3047MDL_VOL270.pdf. However, I observed that some of these users had values in the subfield "jurisdictions" from the field "enrollment_conformed_entity_dimensions" indicating foreign geography and thus, to be conservative, I filtered them out in my analysis per these steps.

[224] I performed this check for IG-to-IG Softmatch Table and FB-to-IG Softmatch Table. FB-to-FB Clustering Table has a "country" field which is "US" for >99.95% of rows.

Expert Report of Ryan Sheatsley                                    109

Expert Report – Highly Confidential

| FB-to-IG Softmatch Table | 2,999,628,582 | 1,282,987,972 | 57,202 | 49,483 | 47,748 | 21,797 |
|---|---|---|---|---|---|---|
| IG-to-IG Softmatch Table | 4,613,904,488 | 2,734,812,541 | 125,499 | 119,095 | 72,320 | 18,397 |

**Table 57 - Soft-match Analysis Results**

193. Moreover, below are tables of the state-level jurisdictions of Disabled Accounts.

| FB-to-FB Clustering Table Disabled Account Jurisdictions | Count |
|---|---|
| US | 1,837 |
| US_AK | 38 |
| US_AL | 191 |
| US_AR | 114 |
| US_AZ | 455 |
| US_CA | 1,215 |
| US_CO | 164 |
| US_CT | 65 |
| US_DC | 29 |
| US_DE | 27 |
| US_FL | 497 |
| US_GA | 308 |
| US_HI | 39 |
| US_IA | 115 |
| US_ID | 45 |
| US_IL | 261 |
| US_IN | 273 |
| US_KS | 108 |
| US_KY | 270 |
| US_LA | 148 |
| US_MA | 251 |
| US_MD | 137 |
| US_ME | 49 |
| US_MI | 273 |
| US_MN | 160 |
| US_MO | 198 |
| US_MS | 125 |
| US_MT | 27 |
| US_NC | 318 |
| US_ND | 36 |
| US_NE | 69 |
| US_NH | 35 |
| US_NJ | 151 |
| US_NM | 59 |
| US_NV | 68 |
| US_NY | 1,224 |
| US_OH | 397 |
| US_OK | 135 |
| US_OR | 191 |
| US_PA | 365 |
| US_RI | 17 |
| US_SC | 180 |

Expert Report of Ryan Sheatsley                    110

Expert Report – Highly Confidential

| | |
|---|---|
| US_SD | 25 |
| US_TN | 268 |
| US_TX | 682 |
| US_UT | 73 |
| US_VA | 613 |
| US_VT | 26 |
| US_WA | 395 |
| US_WI | 199 |
| US_WV | 134 |
| US_WY | 27 |

**Table 58 - FB-to-FB Clustering Table Disabled Accounts by State**

| FB-to-IG Softmatch Table Disabled Account Jurisdictions | Count |
|---|---|
| US | 1,174 |
| US_AK | 43 |
| US_AL | 413 |
| US_AR | 210 |
| US_AZ | 474 |
| US_CA | 2,426 |
| US_CO | 289 |
| US_CT | 163 |
| US_DC | 53 |
| US_DE | 66 |
| US_FL | 1,522 |
| US_GA | 939 |
| US_HI | 130 |
| US_IA | 143 |
| US_ID | 82 |
| US_IL | 642 |
| US_IN | 384 |
| US_KS | 196 |
| US_KY | 338 |
| US_LA | 484 |
| US_MA | 301 |
| US_MD | 437 |
| US_ME | 53 |
| US_MI | 526 |
| US_MN | 266 |
| US_MO | 327 |
| US_MS | 276 |
| US_MT | 50 |
| US_NC | 770 |
| US_ND | 44 |
| US_NE | 118 |

Expert Report – Highly Confidential

| | |
|---|---|
| US_NH | 50 |
| US_NJ | 548 |
| US_NM | 97 |
| US_NV | 239 |
| US_NY | 1,088 |
| US_OH | 735 |
| US_OK | 261 |
| US_OR | 145 |
| US_PA | 701 |
| US_RI | 54 |
| US_SC | 377 |
| US_SD | 32 |
| US_TN | 553 |
| US_TX | 2,060 |
| US_UT | 165 |
| US_VA | 525 |
| US_VT | 23 |
| US_WA | 376 |
| US_WI | 308 |
| US_WV | 93 |
| US_WY | 28 |

**Table 59 - FB-to-IG Softmatch Clustering Table Disabled Accounts by State**

| IG-to-IG Softmatch Table Disabled Account Jurisdictions | Count |
|---|---|
| US | 1,093 |
| US_AK | 18 |
| US_AL | 289 |
| US_AR | 115 |
| US_AZ | 366 |
| US_CA | 2,394 |
| US_CO | 211 |
| US_CT | 128 |
| US_DC | 82 |
| US_DE | 62 |
| US_FL | 1,339 |
| US_GA | 904 |
| US_HI | 124 |
| US_IA | 67 |
| US_ID | 63 |
| US_IL | 589 |

Expert Report of Ryan Sheatsley                    112

Expert Report – Highly Confidential

| | |
|---|---|
| US_IN | 250 |
| US_KS | 119 |
| US_KY | 198 |
| US_LA | 430 |
| US_MA | 254 |
| US_MD | 436 |
| US_ME | 26 |
| US_MI | 422 |
| US_MN | 177 |
| US_MO | 220 |
| US_MS | 211 |
| US_MT | 33 |
| US_NC | 592 |
| US_ND | 25 |
| US_NE | 69 |
| US_NH | 34 |
| US_NJ | 565 |
| US_NM | 80 |
| US_NV | 245 |
| US_NY | 946 |
| US_OH | 521 |
| US_OK | 147 |
| US_OR | 90 |
| US_PA | 563 |
| US_RI | 43 |
| US_SC | 304 |
| US_SD | 17 |
| US_TN | 380 |
| US_TX | 2,020 |
| US_UT | 145 |
| US_VA | 433 |
| US_VT | 12 |
| US_WA | 268 |
| US_WI | 227 |
| US_WV | 42 |
| US_WY | 9 |

**Table 60 - IG-to-IG Softmatch Table Disabled Accounts by State**

194. This analysis shows the ability of Meta's soft-matching models to identify accounts likely to belong to underage users whose accounts Meta has not

Expert Report of Ryan Sheatsley                113