Expert Report – Highly Confidential

relatively consistent before April 2025, the earliest date for which Meta produced soft-matching data.

198. Next, below is a table that contains a summary of the percentages that I used to provide my estimates.

| Soft-match Table | % Disables | % Enforcements |
|---|---|---|
| FB-to-FB Clustering Table | 3.0% | 0.7% |
| FB-to-IG Softmatch Table | 5.0% | 1.1% |
| IG-to-IG Softmatch Table | 4.2% | 0.9% |

**Table 61 - Soft-match Percentages for each Table**

199. Below is a table containing the estimated number of potential accounts that could have been disabled or subject to enforcement through soft-matching on a monthly basis for Table 3 and Checkpointing Table. These figures were derived by multiplying the total number of underage account disables or enforcements per month by the respective percentages displayed above.

| Month | Total Disables | Est. Number of Soft-match Disables via FB-to-FB Clustering Table | Est. Number of Soft-match Disables via FB-to-IG Softmatch Table | Est. Number of Soft-match Disables via IG-to-IG Softmatch Table |
|---|---|---|---|---|
| 2020-06-01 | 826 | 24 | 41 | 34 |
| 2020-07-01 | 1,717 | 51 | 85 | 72 |
| 2020-08-01 | 7,533 | 226 | 377 | 318 |
| 2020-09-01 | 143,515 | 4,321 | 7,187 | 6,066 |
| 2020-10-01 | 22,954 | 691 | 1,149 | 970 |
| 2020-11-01 | 22,015 | 662 | 1,102 | 930 |
| 2020-12-01 | 27,598 | 831 | 1,382 | 1,166 |
| 2021-01-01 | 40,441 | 1,217 | 2,025 | 1,709 |
| 2021-02-01 | 26,866 | 809 | 1,345 | 1,135 |
| 2021-03-01 | 25,209 | 759 | 1,262 | 1,065 |
| 2021-04-01 | 20,222 | 608 | 1,012 | 854 |
| 2021-05-01 | 25,770 | 776 | 1,290 | 1,089 |
| 2021-06-01 | 33,344 | 1,004 | 1,669 | 1,409 |
| 2021-07-01 | 52,135 | 1,569 | 2,611 | 2,203 |
| 2021-08-01 | 34,860 | 1,049 | 1,745 | 1,473 |
| 2021-09-01 | 31,596 | 951 | 1,582 | 1,335 |
| 2021-10-01 | 31,660 | 953 | 1,585 | 1,338 |
| 2021-11-01 | 17,353 | 522 | 869 | 733 |
| 2021-12-01 | 10,628 | 320 | 532 | 449 |
| 2022-01-01 | 10,537 | 317 | 527 | 445 |
| 2022-02-01 | 10,690 | 321 | 535 | 451 |

Expert Report – Highly Confidential

| | | | | |
|---|---|---|---|---|
| 2022-03-01 | 29,821 | 898 | 1,493 | 1,260 |
| 2022-04-01 | 21,649 | 651 | 1,084 | 915 |
| 2022-05-01 | 128,304 | 3,863 | 6,425 | 5,423 |
| 2022-06-01 | 79,854 | 2,404 | 3,999 | 3,375 |
| 2022-07-01 | 35,057 | 1,055 | 1,755 | 1,481 |
| 2022-08-01 | 28,636 | 862 | 1,434 | 1,210 |
| 2022-09-01 | 42,848 | 1,290 | 2,145 | 1,811 |
| 2022-10-01 | 35,176 | 1,059 | 1,761 | 1,486 |
| 2022-11-01 | 60,005 | 1,806 | 3,005 | 2,536 |
| 2022-12-01 | 22,196 | 668 | 1,111 | 938 |
| 2023-01-01 | 12,328 | 371 | 617 | 521 |
| 2023-02-01 | 4,118 | 124 | 206 | 174 |
| 2023-03-01 | 3,705 | 111 | 185 | 156 |
| 2023-04-01 | 1,523 | 45 | 76 | 64 |
| 2023-05-01 | 131,675 | 3,965 | 6,594 | 5,565 |
| 2023-06-01 | 29,230 | 880 | 1,463 | 1,235 |
| 2023-07-01 | 32,447 | 977 | 1,625 | 1,371 |
| 2023-08-01 | 31,388 | 945 | 1,571 | 1,326 |
| 2023-09-01 | 15,970 | 480 | 799 | 675 |
| 2023-10-01 | 16,489 | 496 | 825 | 696 |
| 2023-11-01 | 36,871 | 1,110 | 1,846 | 1,558 |
| 2023-12-01 | 28,333 | 853 | 1,418 | 1,197 |
| 2024-01-01 | 26,939 | 811 | 1,349 | 1,138 |
| 2024-02-01 | 24,005 | 722 | 1,202 | 1,014 |
| 2024-03-01 | 103 | 3 | 5 | 4 |
| Total | 1,476,139 | 44,430 | 73,905 | 62,373 |

**Table 62 - Estimated Number of Account Disables due to Soft-matching per Month**

| Month | Total Enforcements | Est. Number of Soft-match Enforcements via FB-to-FB Clustering Table | Est. Number of Soft-match Enforcements via FB-to-IG Softmatch Table | Est. Number of Soft-match Enforcements via IG-to-IG Softmatch Table |
|---|---|---|---|---|
| 2017-10-01 | 1,258 | 8 | 14 | 11 |
| 2017-11-01 | 2,431 | 16 | 27 | 22 |
| 2017-12-01 | 57 | 0 | 0 | 0 |
| 2018-01-01 | 50 | 0 | 0 | 0 |
| 2018-02-01 | 61 | 0 | 0 | 0 |
| 2018-03-01 | 112 | 0 | 1 | 1 |
| 2018-04-01 | 164 | 1 | 1 | 1 |
| 2018-05-01 | 161 | 1 | 1 | 1 |
| 2018-06-01 | 16,630 | 111 | 185 | 156 |
| 2018-07-01 | 368 | 2 | 4 | 3 |
| 2018-08-01 | 302 | 2 | 3 | 2 |
| 2018-09-01 | 341 | 2 | 3 | 3 |
| 2018-10-01 | 294 | 1 | 3 | 2 |
| 2018-11-01 | 479 | 3 | 5 | 4 |
| 2018-12-01 | 677 | 4 | 7 | 6 |
| 2019-01-01 | 602 | 4 | 6 | 5 |
| 2019-02-01 | 674 | 4 | 7 | 6 |
| 2019-03-01 | 2,140 | 14 | 23 | 20 |
| 2019-04-01 | 1,446 | 9 | 16 | 13 |
| 2019-05-01 | 1,514 | 10 | 16 | 14 |
| 2019-06-01 | 1,772 | 11 | 19 | 16 |
| 2019-07-01 | 2,586 | 17 | 28 | 24 |
| 2019-08-01 | 2,936 | 19 | 32 | 27 |
| 2019-09-01 | 1,949 | 13 | 21 | 18 |
| 2019-10-01 | 2,109 | 14 | 23 | 19 |
| 2019-11-01 | 2,934 | 19 | 32 | 27 |