## Remedy Chart 4: Disgorgement of Profits Based on Time Spent as Teens

| Chart 4A: Disgorgement of Gross Profits Associated with Aged-Up Users Exceeding Specified Thresholds of Average Daily Time Spent as Teens (IG)* | | |
|---|---|---|
| | Over 0.5 Hours | Over 1 Hour | Over 2 Hours |
| California | $17,154,998 | $9,046,703 | $2,936,545 |
| Colorado | $27,617,881 | $12,391,295 | $3,494,259 |
| Kentucky | $28,287,669 | $13,224,084 | $3,978,907 |
| New Jersey | $61,005,472 | $29,099,624 | $8,371,063 |
| **Total** | $134,066,020 | $63,761,706 | $18,780,774 |

Source (CO, KY, NJ): Saba Supplemental Report, 04.10.2026, Schedule 4.1.3S
Source (CA): Saba Supplemental Report, 04.10.2026, Schedules 2.9.2S, 4.2.1S, 4.2.2S, 4.5.1S, 4.5.2S

| Chart 4B: Disgorgement of Gross Profits Associated with Aged-Up Users Exceeding Specified Thresholds of Average Daily Time Spent as Teens (FB)* | | |
|---|---|---|
| | Over 0.5 Hours | Over 1 Hour | Over 2 Hours |
| California | $592,999 | $105,707 | $-- |
| Colorado | $11,717,216 | $5,839,869 | $1,867,184 |
| Kentucky | $5,547,670 | $2,550,358 | $724,760 |
| New Jersey | $8,990,940 | $3,970,646 | $1,422,394 |
| **Total** | $26,848,825 | $12,466,580 | $4,014,338 |

Source (CO, KY, NJ): Saba Supplemental Report, 04.10.2026, Schedule 4.1.3S
Source (CA): Saba Supplemental Report, 04.10.2026, Schedules 2.10.2S, 4.3.1S, 4.3.2S

| Chart 4C: Disgorgement of Gross Profits Associated with Aged-Up Users Exceeding Specified Thresholds of Average Daily Time Spent as Teens (IG + FB Combined)* | | |
|---|---|---|
| | Over 0.5 Hours | Over 1 Hour | Over 2 Hours |
| California | $17,747,996 | $9,152,409 | $2,936,545 |
| Colorado | $39,335,097 | $18,231,164 | $5,361,443 |
| Kentucky | $33,835,339 | $15,774,442 | $4,703,667 |
| New Jersey | $69,996,412 | $33,070,270 | $9,793,457 |
| **Total** | $160,914,844 | $76,228,285 | $22,795,112 |

Source (CO, KY, NJ): Saba Supplemental Report, 04.10.2026, Schedule 4.1.3S
Source (CA): See above

*Colorado, Kentucky, and New Jersey figures reflect the time period from January 1, 2012 through March 31, 2024. California figures reflect the time period from January 1, 2024 through March 31, 2024. *See* State AGs' Opp'n to Meta Defs.' Mot. for Summ. J. at 61, ECF No. 2783.