# Remedy Chart 5: UDAP Disgorgement Associated with U13 Users

| Chart 5A: UDAP Disgorgement of Revenues Associated with U13 Users (2013-2023) | | |
|---|---|---|
| | Facebook | Instagram | Total |
| Colorado | $111,309,269 | $28,592,790 | $139,902,059 |
| Kentucky | $109,973,338 | $24,711,254 | $134,684,592 |
| New Jersey | $108,151,909 | $51,136,060 | $159,287,969 |
| **Total** | $329,434,516 | $104,440,104 | $433,874,620 |

Sources: Saba Opening Report, 11.21.2025, Schedule 7.1; Saba Supplemental Report, 04.10.2026, Schedules 2.8.6S & 2.8.7S

| Chart 5B: UDAP Disgorgement of Gross Profits Associated with U13 Users (2013-2023) | | |
|---|---|---|
| | Facebook | Instagram | Total |
| Colorado | $80,545,023 | $20,593,494 | $101,138,517 |
| Kentucky | $78,997,239 | $17,813,274 | $96,810,513 |
| New Jersey | $77,844,524 | $36,866,750 | $114,711,274 |
| **Total** | $237,386,786 | $75,273,518 | $312,660,304 |

Sources: Saba Opening Report, 11.21.2025, Schedule 7.1; Saba Supplemental Report, 04.10.2026, Schedules 2.8.1S, 2.8.2S, 2.8.3S, 2.8.4S, 2.8.5S, 2.8.6S, 2.8.7S & 3.2S