**9-12 Year Old Instagram Daily Active Persons**

| | 2012 | 2013 | 2014 | 2015 | 2016 | 2017 | 2018 | 2019 | 2020 | 2021 | 2022 | 2023 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Arizona | 37,695 | 54,771 | 86,917 | 95,619 | 98,337 | 102,817 | 123,750 | 125,555 | 145,534 | 98,532 | 103,248 | 91,227 |
| California | 218,669 | 317,726 | 504,205 | 554,683 | 570,450 | 596,443 | 696,941 | 730,862 | 894,462 | 553,617 | 600,185 | 527,370 |
| Colorado | 26,359 | 38,299 | 60,778 | 66,863 | 68,763 | 71,896 | 91,018 | 87,763 | 97,210 | 68,344 | 75,336 | 73,524 |
| Connecticut | 17,786 | 25,844 | 41,012 | 45,118 | 46,400 | 48,515 | 59,713 | 60,825 | 68,641 | 44,268 | 45,999 | 43,585 |
| Delaware | 4,846 | 7,042 | 11,175 | 12,294 | 12,643 | 13,219 | 14,890 | 16,215 | 19,095 | 13,169 | 13,726 | 13,094 |
| Hawaii | 7,060 | 10,258 | 16,279 | 17,909 | 18,418 | 19,257 | 21,325 | 22,932 | 27,011 | 20,518 | 20,727 | 19,231 |
| Idaho | 9,636 | 14,002 | 22,219 | 24,444 | 25,139 | 26,284 | 32,012 | 30,117 | 34,571 | 28,103 | 28,879 | 23,457 |
| Illinois | 65,418 | 95,053 | 150,841 | 165,943 | 170,660 | 178,436 | 220,502 | 228,963 | 252,016 | 158,420 | 168,300 | 160,996 |
| Indiana | 35,542 | 51,643 | 81,952 | 90,157 | 92,720 | 96,945 | 117,552 | 118,380 | 134,694 | 93,859 | 97,379 | 92,388 |
| Kansas | 14,399 | 20,921 | 33,201 | 36,525 | 37,563 | 39,274 | 48,152 | 48,493 | 52,826 | 38,330 | 42,204 | 40,530 |
| Kentucky | 23,304 | 33,861 | 53,734 | 59,114 | 60,794 | 63,564 | 73,455 | 77,781 | 88,102 | 64,409 | 65,490 | 57,244 |
| Louisiana | 23,600 | 34,291 | 54,418 | 59,866 | 61,567 | 64,373 | 77,971 | 73,464 | 88,577 | 66,858 | 71,386 | 62,743 |
| Maine | 5,637 | 8,191 | 12,998 | 14,299 | 14,705 | 15,375 | 18,053 | 19,095 | 21,910 | 14,753 | 15,886 | 13,061 |
| Maryland | 31,292 | 45,467 | 72,153 | 79,377 | 81,633 | 85,353 | 97,814 | 105,381 | 125,235 | 81,927 | 86,419 | 78,248 |
| Minnesota | 27,466 | 39,907 | 63,330 | 69,670 | 71,650 | 74,915 | 97,371 | 93,945 | 100,553 | 67,799 | 84,087 | 69,933 |
| Nebraska | 10,518 | 15,282 | 24,252 | 26,680 | 27,438 | 28,688 | 35,451 | 35,441 | 39,350 | 27,270 | 34,184 | 29,582 |
| New Jersey | 48,442 | 70,387 | 111,698 | 122,881 | 126,374 | 132,132 | 157,304 | 162,458 | 192,433 | 123,644 | 134,236 | 117,728 |
| New York | 93,086 | 135,254 | 214,637 | 236,125 | 242,837 | 253,902 | 308,443 | 324,153 | 365,694 | 226,265 | 230,614 | 204,478 |
| North Carolina | 56,800 | 82,530 | 130,968 | 144,080 | 148,175 | 154,927 | 183,396 | 188,478 | 223,644 | 148,612 | 157,984 | 142,043 |
| Ohio | 59,976 | 87,145 | 138,292 | 152,136 | 156,461 | 163,590 | 194,665 | 193,617 | 241,226 | 156,938 | 168,640 | 149,320 |
| Oregon | 18,638 | 27,081 | 42,975 | 47,277 | 48,621 | 50,836 | 62,930 | 62,793 | 70,699 | 47,616 | 55,949 | 53,084 |
| Pennsylvania | 63,618 | 92,437 | 146,690 | 161,376 | 165,963 | 173,525 | 207,709 | 213,950 | 255,071 | 159,511 | 167,809 | 158,014 |
| Rhode Island | 5,080 | 7,382 | 11,714 | 12,887 | 13,253 | 13,857 | 15,940 | 17,205 | 19,947 | 13,431 | 14,165 | 11,687 |
| South Carolina | 25,713 | 37,360 | 59,288 | 65,223 | 67,078 | 70,134 | 79,716 | 86,293 | 99,873 | 70,029 | 75,172 | 67,590 |
| South Dakota | 3,980 | 5,783 | 9,178 | 10,096 | 10,383 | 10,857 | 12,058 | 12,498 | 14,061 | 12,622 | 12,404 | 10,112 |
| Virginia | 44,773 | 65,056 | 103,238 | 113,574 | 116,802 | 122,125 | 147,537 | 150,725 | 174,660 | 114,226 | 123,811 | 108,809 |
| Washington | 35,877 | 52,129 | 82,725 | 91,007 | 93,594 | 97,858 | 117,760 | 126,008 | 139,598 | 88,275 | 104,776 | 101,163 |
| West Virginia | 8,483 | 12,325 | 19,559 | 21,517 | 22,129 | 23,137 | 28,047 | 27,552 | 32,012 | 23,027 | 23,020 | 17,868 |
| Wisconsin | 28,369 | 41,220 | 65,413 | 71,962 | 74,008 | 77,380 | 98,893 | 96,598 | 105,708 | 70,490 | 84,071 | 71,436 |
| **Total MDL States** | **1,052,063** | **1,528,647** | **2,425,839** | **2,668,700** | **2,744,560** | **2,869,614** | **3,440,370** | **3,537,539** | **4,124,212** | **2,694,861** | **2,906,087** | **2,609,544** |
| Other States | 651,448 | 946,555 | 1,502,105 | 1,652,487 | 1,699,460 | 1,776,896 | 2,115,200 | 2,221,518 | 2,631,489 | 1,683,566 | 1,852,268 | 1,686,858 |
| **Total U.S.** | **1,711,028** | **2,486,124** | **3,945,276** | **4,340,255** | **4,463,630** | **4,667,014** | **5,555,570** | **5,759,057** | **6,755,701** | **4,378,427** | **4,758,355** | **4,296,402** |

**9-12 Year Old Facebook Daily Active Persons**

| | 2012 | 2013 | 2014 | 2015 | 2016 | 2017 | 2018 | 2019 | 2020 | 2021 | 2022 | 2023 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Arizona | 105,354 | 111,356 | 116,302 | 111,502 | 119,537 | 121,386 | 122,088 | 118,123 | 179,711 | 118,205 | 96,149 | 107,832 |
| California | 668,646 | 636,862 | 587,211 | 522,854 | 453,734 | 434,153 | 381,921 | 371,951 | 569,591 | 385,902 | 395,774 | 495,007 |
| Colorado | 86,582 | 98,186 | 107,397 | 110,790 | 114,375 | 114,125 | 113,980 | 106,656 | 157,355 | 101,716 | 80,761 | 90,365 |
| Connecticut | 50,602 | 49,603 | 49,329 | 52,171 | 52,707 | 50,368 | 48,422 | 44,957 | 64,250 | 42,546 | 37,070 | 43,212 |
| Delaware | 11,436 | 10,515 | 9,795 | 9,179 | 10,048 | 9,965 | 9,827 | 10,605 | 15,839 | 11,972 | 11,032 | 14,134 |
| Hawaii | 22,257 | 20,403 | 16,665 | 12,640 | 13,146 | 12,575 | 12,265 | 10,169 | 17,416 | 12,570 | 11,618 | 15,979 |
| Idaho | 27,304 | 30,925 | 32,978 | 33,479 | 36,473 | 37,689 | 37,465 | 34,110 | 46,373 | 32,037 | 28,017 | 33,203 |
| Illinois | 202,853 | 209,543 | 214,864 | 228,333 | 230,848 | 234,617 | 247,239 | 232,468 | 369,030 | 244,470 | 194,401 | 219,311 |
| Indiana | 96,370 | 96,604 | 97,291 | 100,171 | 111,675 | 117,360 | 130,200 | 131,081 | 209,549 | 150,586 | 128,258 | 154,341 |
| Kansas | 42,970 | 44,827 | 48,465 | 51,414 | 58,100 | 62,345 | 68,345 | 70,426 | 103,897 | 74,488 | 61,486 | 76,789 |
| Kentucky | 60,489 | 58,840 | 58,064 | 57,457 | 63,790 | 67,282 | 75,565 | 86,029 | 160,470 | 123,185 | 106,231 | 131,859 |
| Louisiana | 57,155 | 50,358 | 46,642 | 42,115 | 48,783 | 50,205 | 57,889 | 64,061 | 107,341 | 83,845 | 74,266 | 96,253 |
| Maine | 19,367 | 21,846 | 24,408 | 26,645 | 28,270 | 30,328 | 31,957 | 29,775 | 40,825 | 30,053 | 25,574 | 28,521 |
| Maryland | 75,779 | 69,212 | 67,752 | 71,178 | 73,446 | 71,734 | 63,888 | 64,537 | 95,019 | 69,773 | 67,530 | 83,397 |
| Minnesota | 80,519 | 82,194 | 84,385 | 90,331 | 92,968 | 96,005 | 96,419 | 93,035 | 136,762 | 98,425 | 83,020 | 99,864 |
| Nebraska | 28,672 | 30,004 | 32,400 | 35,516 | 39,911 | 43,321 | 46,515 | 45,528 | 62,564 | 44,538 | 37,988 | 46,510 |
| New Jersey | 120,526 | 110,545 | 109,077 | 102,623 | 110,173 | 104,436 | 98,687 | 93,355 | 135,468 | 95,621 | 89,041 | 109,670 |
| New York | 315,844 | 303,345 | 309,699 | 295,866 | 285,677 | 286,793 | 276,123 | 269,196 | 392,914 | 251,409 | 226,875 | 282,496 |
| North Carolina | 133,379 | 130,831 | 126,941 | 132,059 | 133,526 | 136,184 | 135,297 | 135,668 | 224,696 | 170,604 | 156,421 | 202,696 |
| Ohio | 168,999 | 162,559 | 159,916 | 163,917 | 171,349 | 179,539 | 184,554 | 189,095 | 314,757 | 228,000 | 192,875 | 225,108 |
| Oregon | 59,997 | 64,989 | 67,185 | 67,116 | 72,191 | 67,494 | 63,738 | 58,659 | 82,907 | 56,654 | 51,959 | 63,148 |
| Pennsylvania | 172,703 | 169,874 | 165,387 | 171,135 | 177,767 | 181,650 | 179,305 | 176,092 | 269,511 | 195,766 | 166,592 | 193,359 |
| Rhode Island | 13,271 | 13,039 | 12,683 | 13,535 | 15,037 | 14,510 | 14,767 | 14,793 | 23,697 | 15,032 | 12,410 | 13,683 |
| South Carolina | 62,712 | 62,594 | 63,534 | 64,726 | 72,139 | 72,751 | 80,577 | 80,872 | 133,870 | 99,239 | 85,285 | 108,468 |
| South Dakota | 11,570 | 12,462 | 13,366 | 14,716 | 16,762 | 17,713 | 19,666 | 20,708 | 30,636 | 23,037 | 19,735 | 24,325 |
| Virginia | 111,750 | 129,377 | 107,821 | 106,995 | 113,913 | 115,086 | 117,152 | 115,601 | 172,545 | 125,143 | 112,786 | 139,287 |
| Washington | 109,264 | 118,476 | 132,351 | 129,228 | 130,841 | 130,044 | 119,841 | 107,119 | 147,271 | 100,204 | 89,755 | 105,983 |
| West Virginia | 23,993 | 24,795 | 25,051 | 24,194 | 26,486 | 27,250 | 32,410 | 37,208 | 76,600 | 57,271 | 49,151 | 57,342 |
| Wisconsin | 87,417 | 96,513 | 101,987 | 108,990 | 116,716 | 121,116 | 125,464 | 121,087 | 176,101 | 126,574 | 102,457 | 117,582 |
| **Total MDL States** | **3,027,779** | **3,020,678** | **2,988,945** | **2,950,874** | **2,990,389** | **3,008,025** | **2,991,567** | **2,932,964** | **4,516,966** | **3,168,864** | **2,794,517** | **3,379,726** |
| Other States | 1,758,932 | 1,760,948 | 1,755,698 | 1,831,784 | 1,861,604 | 1,931,121 | 1,955,136 | 1,979,172 | 3,083,198 | 2,219,969 | 1,963,837 | 2,403,892 |
| **Total U.S.** | **4,786,711** | **4,781,625** | **4,744,643** | **4,782,658** | **4,851,993** | **4,939,146** | **4,946,703** | **4,912,137** | **7,600,164** | **5,388,833** | **4,758,355** | **5,783,618** |

Highly Confidential Pursuant to Protective Order