**States v. Meta**
Instagram Time Spent Instances, Revenues, and Gross Profit 2016

Schedule 2.8.4S

| | State % of MAU (2018-2021) [1] | Teen Annual ARPU per MAU [2] | Total Teen MAP [3] | Users / Persons Multiplier [4] | Total Teen MAU | 34% Teen MAU over 0.5 Hours | 16% Teen MAU over 1 Hours | 5% Teen MAU over 2 Hours | 1% Teen MAU over 3 Hours | Teen MAU >0.5 < 1.0 Hour | Teen MAU >1.0 < 2.0 Hour | Teen MAU >2.0 < 3.0 Hour | Teen MAU > 3.0 Hour | Average Teen Daily Time Spent (Seconds, 2018-2021) [6] | 1.4 Teen Revenue >0.5 < 1.0 Hour | 2.7 Teen Revenue >1.0 < 2.0 Hour | 4.5 Teen Revenue >2.0 < 3.0 Hour | 5.4 Teen Revenue > 3.0 Hour | Total COGS [7] | Total MAU [8] | Annual COGS / MAU | Weighted Average Daily Time Spent (Seconds, 2018-2021) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **2016 - Total U.S.** | | $ 1.94 | 16,083,333 | 1.35 | 21,712,500 | 7,382,250 | 3,474,000 | 1,085,625 | 217,125 | 3,908,250 | 2,388,375 | 868,500 | 217,125 | 1,988 | $ 10,299,765 | $ 12,588,602 | $ 7,629,455 | $ 2,288,837 | $ 202,316,646 | 112,726,713 | $ 1.79 | 1,302 |
| California | 13.0% | | | | 2,815,922 | 957,413 | 450,547 | 140,796 | 28,159 | 506,866 | 309,751 | 112,637 | 28,159 | | 1,335,790 | 1,632,632 | 989,474 | 296,842 | | | | |
| Colorado | 1.5% | | | | 315,062 | 107,121 | 50,410 | 15,753 | 3,151 | 56,711 | 34,657 | 12,602 | 3,151 | | 149,456 | 182,668 | 110,708 | 33,212 | | | | |
| Connecticut | 1.0% | | | | 223,371 | 75,946 | 35,739 | 11,169 | 2,234 | 40,207 | 24,571 | 8,935 | 2,234 | | 105,961 | 129,507 | 78,489 | 23,547 | | | | |
| Delaware | 0.3% | | | | 62,303 | 21,183 | 9,968 | 3,115 | 623 | 11,214 | 6,853 | 2,492 | 623 | | 29,555 | 36,122 | 21,892 | 6,568 | | | | |
| Illinois | 3.7% | | | | 812,148 | 276,130 | 129,944 | 40,607 | 8,121 | 146,187 | 89,336 | 32,486 | 8,121 | | 385,259 | 470,872 | 285,377 | 85,613 | | | | |
| Indiana | 2.1% | | | | 453,429 | 154,166 | 72,549 | 22,671 | 4,534 | 81,617 | 49,877 | 18,137 | 4,534 | | 215,093 | 262,892 | 159,328 | 47,798 | | | | |
| Kansas | 0.8% | | | | 172,883 | 58,780 | 27,661 | 8,644 | 1,729 | 31,119 | 19,017 | 6,915 | 1,729 | | 82,011 | 100,235 | 60,749 | 18,225 | | | | |
| Kentucky | 1.5% | | | | 316,678 | 107,671 | 50,668 | 15,834 | 3,167 | 57,002 | 34,835 | 12,667 | 3,167 | | 150,223 | 183,605 | 111,276 | 33,383 | | | | |
| Louisiana | 1.4% | | | | 295,515 | 100,475 | 47,282 | 14,776 | 2,955 | 53,193 | 32,507 | 11,821 | 2,955 | | 140,183 | 171,335 | 103,840 | 31,152 | | | | |
| Minnesota | 1.5% | | | | 323,579 | 110,017 | 51,773 | 16,179 | 3,236 | 58,244 | 35,594 | 12,943 | 3,236 | | 153,496 | 187,607 | 113,701 | 34,110 | | | | |
| Nebraska | 0.6% | | | | 126,245 | 42,923 | 20,199 | 6,312 | 1,262 | 22,724 | 13,887 | 5,050 | 1,262 | | 59,887 | 73,195 | 44,360 | 13,308 | | | | |
| New Jersey | 2.8% | | | | 612,251 | 208,165 | 97,960 | 30,613 | 6,123 | 110,205 | 67,348 | 24,490 | 6,123 | | 290,434 | 354,975 | 215,136 | 64,541 | | | | |
| New York | 5.5% | | | | 1,188,740 | 404,171 | 190,198 | 59,437 | 11,887 | 213,973 | 130,761 | 47,550 | 11,887 | | 563,903 | 689,214 | 417,706 | 125,312 | | | | |
| North Carolina | 3.4% | | | | 729,383 | 247,990 | 116,701 | 36,469 | 7,294 | 131,289 | 80,232 | 29,175 | 7,294 | | 345,998 | 422,886 | 256,295 | 76,888 | | | | |
| Pennsylvania | 3.8% | | | | 820,881 | 279,099 | 131,341 | 41,044 | 8,209 | 147,759 | 90,297 | 32,835 | 8,209 | | 389,401 | 475,935 | 288,445 | 86,534 | | | | |
| South Carolina | 1.5% | | | | 329,491 | 112,027 | 52,719 | 16,475 | 3,295 | 59,308 | 36,244 | 13,180 | 3,295 | | 156,301 | 191,034 | 115,778 | 34,734 | | | | |
| Virginia | 2.5% | | | | 552,194 | 187,746 | 88,351 | 27,610 | 5,522 | 99,395 | 60,741 | 22,088 | 5,522 | | 261,944 | 320,154 | 194,033 | 58,210 | | | | |
| Wisconsin | 1.6% | | | | 338,114 | 114,959 | 54,098 | 16,906 | 3,381 | 60,861 | 37,193 | 13,525 | 3,381 | | 160,391 | 196,034 | 118,808 | 35,643 | | | | |
| **Total UDAP States** | 48.3% | | | | 10,488,188 | 3,565,984 | 1,678,110 | 524,409 | 104,882 | 1,887,874 | 1,153,701 | 419,528 | 104,882 | | $ 4,975,285 | 6,080,903 | $ 3,685,396 | 1,105,619 | | | | |

| Adult MAU | Adult Average Daily Time Spent (Seconds, 2018-2021) [9] | Annual Adult COGS / MAU |
|---|---|---|
| 91,014,213 | 1,138 | $ 1.57 |

| | Monthly Instances of Average Daily Time Spent Over Thresholds | Instances Over 0.5 Hours | Instances over 1 Hour | Instances over 2 Hours | Instances over 3 Hours | Instances >0.5 < 1.0 Hour | Instances >1.0 < 2.0 Hour | Instances >2.0 < 3.0 Hour | Instances > 3.0 Hour | 2.1 Teen COGS >0.5 < 1.0 Hour | 4.1 Teen COGS >1.0 < 2.0 Hour | 6.9 Teen COGS >2.0 < 3.0 Hour | 8.3 Teen COGS > 3.0 Hour | Teen Gross Profit >0.5 < 1.0 Hour | Teen Gross Profit >1.0 < 2.0 Hour | Teen Gross Profit >2.0 < 3.0 Hour | Teen Gross Profit > 3.0 Hour |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **2016 - Total U.S.** | | | | | | | | | | $ 14,548,154 | $ 17,781,077 | $ 10,776,410 | $ 3,232,923 | (4,248,389) | $ (5,192,476) | $ (3,146,955) | (944,086) |
| California | | 11,488,960 | 5,406,569 | 1,689,553 | 337,911 | 6,082,391 | 3,717,017 | 1,351,642 | 337,911 | 1,886,769 | 2,306,050 | 1,397,606 | 419,282 | (550,979) | (673,419) | (408,133) | (122,440) |
| Colorado | | 1,285,452 | 604,918 | 189,037 | 37,807 | 680,533 | 415,881 | 151,230 | 37,807 | 211,103 | 258,014 | 156,372 | 46,912 | (61,647) | (75,346) | (45,664) | (13,699) |
| Connecticut | | 911,354 | 428,873 | 134,023 | 26,805 | 482,482 | 294,850 | 107,218 | 26,805 | 149,667 | 182,960 | 110,864 | 33,259 | (43,706) | (53,419) | (32,375) | (9,712) |
| Delaware | | 254,195 | 119,621 | 37,382 | 7,476 | 134,574 | 82,240 | 29,905 | 7,476 | 41,745 | 51,022 | 30,922 | 9,277 | (12,190) | (14,899) | (9,030) | (2,709) |
| Illinois | | 3,313,564 | 1,559,324 | 487,289 | 97,458 | 1,754,240 | 1,072,035 | 389,831 | 97,458 | 544,168 | 665,095 | 403,088 | 120,926 | (158,909) | (194,223) | (117,711) | (35,313) |
| Indiana | | 1,849,989 | 870,583 | 272,057 | 54,411 | 979,406 | 598,526 | 217,646 | 54,411 | 303,813 | 371,328 | 225,047 | 67,514 | (88,720) | (108,436) | (65,719) | (19,716) |
| Kansas | | 705,364 | 331,936 | 103,730 | 20,746 | 373,428 | 228,206 | 82,984 | 20,746 | 115,838 | 141,580 | 85,806 | 25,742 | (33,827) | (41,345) | (25,057) | (7,517) |
| Kentucky | | 1,292,046 | 608,022 | 190,007 | 38,001 | 684,025 | 418,015 | 152,005 | 38,001 | 212,186 | 259,338 | 157,175 | 47,152 | (61,963) | (75,733) | (45,899) | (13,770) |
| Louisiana | | 1,205,700 | 567,388 | 177,309 | 35,462 | 638,312 | 390,080 | 141,847 | 35,462 | 198,006 | 242,007 | 146,671 | 44,001 | (57,822) | (70,671) | (42,831) | (12,849) |
| Minnesota | | 1,320,202 | 621,272 | 194,147 | 38,829 | 698,931 | 427,124 | 155,318 | 38,829 | 216,810 | 264,989 | 160,600 | 48,180 | (63,313) | (77,383) | (46,899) | (14,070) |
| Nebraska | | 515,078 | 242,389 | 75,747 | 15,149 | 272,688 | 166,643 | 60,597 | 15,149 | 84,588 | 103,386 | 62,658 | 18,797 | (24,702) | (30,191) | (18,298) | (5,489) |
| New Jersey | | 2,497,985 | 1,175,522 | 367,351 | 73,470 | 1,322,463 | 808,172 | 293,881 | 73,470 | 410,230 | 501,393 | 303,874 | 91,162 | (119,796) | (146,418) | (88,738) | (26,621) |
| New York | | 4,850,057 | 2,282,380 | 713,244 | 142,649 | 2,567,677 | 1,569,136 | 570,595 | 142,649 | 796,498 | 973,498 | 589,999 | 177,000 | (232,595) | (284,283) | (172,293) | (51,688) |
| North Carolina | | 2,975,883 | 1,400,416 | 437,630 | 87,526 | 1,575,468 | 962,786 | 350,104 | 87,526 | 488,713 | 597,316 | 362,010 | 108,603 | (142,715) | (174,430) | (105,715) | (31,714) |
| Pennsylvania | | 3,349,193 | 1,576,091 | 492,528 | 98,506 | 1,773,102 | 1,083,562 | 394,023 | 98,506 | 550,020 | 672,246 | 407,422 | 122,227 | (160,618) | (196,311) | (118,976) | (35,693) |
| South Carolina | | 1,344,325 | 632,624 | 197,695 | 39,539 | 711,702 | 434,929 | 158,156 | 39,539 | 220,771 | 269,831 | 163,534 | 49,060 | (64,470) | (78,797) | (47,756) | (14,327) |
| Virginia | | 2,252,950 | 1,060,212 | 331,316 | 66,263 | 1,192,738 | 728,896 | 265,053 | 66,263 | 369,990 | 452,209 | 274,046 | 82,220 | (108,045) | (132,055) | (80,034) | (24,010) |
| Wisconsin | | 1,379,507 | 649,180 | 202,869 | 40,574 | 730,327 | 446,311 | 162,295 | 40,574 | 226,549 | 276,893 | 167,814 | 50,344 | (66,157) | (80,859) | (49,005) | (14,702) |
| | | 42,791,805 | 20,137,320 | 6,292,913 | 1,258,583 | 22,654,485 | 13,844,408 | 5,034,330 | 1,258,583 | $ 7,027,462 | $ 8,589,120 | $ 5,205,527 | 1,561,658 | $ (2,052,177) | $ (2,508,217) | $ (1,520,131) | (456,039) |

$ (6,536,565)

**Sources and Notes**
[1] Schedule 2.6.
[2] Schedule 2.8.6.
[3] Schedule 2.5.
[4] Schedule 2.7.
[5] Based on average percentage of MAU exceeding time-spent threshold across MDL states. Above 3-Hours threshold MAU percentage is rounded up to 1%.
[6] Schedule 3.2.
[7] Schedule 3.1.
[8] Schedule 2.8.6.
[9] Schedule 3.3



HEMMING | MORSE
FORENSIC & FINANCIAL CONSULTANTS

Highly Confidential - Pursuant to Protective Order