**States v. Meta**
U.S. COGS per MAU by Platform

| | 2012 Q1 | 2012 Q2 | 2012 Q3 | 2012 Q4 | 2013 Q1 | 2013 Q2 | 2013 Q3 | 2013 Q4 | 2014 Q1 | 2014 Q2 | 2014 Q3 | 2014 Q4 | 2015 Q1 | 2015 Q2 | 2015 Q3 | 2015 Q4 | 2016 Q1 | 2016 Q2 | 2016 Q3 | 2016 Q4 | 2017 Q1 | 2017 Q2 | 2017 Q3 | 2017 Q4 | 2018 Q1 | 2018 Q2 | 2018 Q3 | 2018 Q4 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Instagram** | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| [1] IG Total U.S. COGS | $ - | $ - | $ - | $ - | $ - | $ - | $ - | 563,694 | 12,048,429 | 721,299 | 2,787,411 | 6,735,404 | 5,558,573 | 9,353,196 | 13,797,935 | 33,899,954 | 38,161,805 | 45,135,016 | 55,002,993 | 64,016,832 | 79,784,144 | 99,471,641 | 125,936,050 | 159,258,858 | 220,854,665 | 310,768,596 | 351,500,571 | 409,355,560 |
| [2] IG Adj. MAUs | | | | | | | | | | | | | | | | | | | | | | | | | 158,145,054 | 165,340,879 | 150,836,275 | 156,609,252 |
| IG U.S. COGS / Adj. MAU | | | | | | | | | | | | | | | | | | | | | | | | | $ 1.40 | $ 1.88 | $ 2.33 | $ 2.61 |
| **Facebook** | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| [1] FB Total U.S. COGS | $ 262,317,275 | 349,625,657 | 298,976,022 | 365,471,122 | 376,905,761 | 409,929,589 | 443,240,897 | 416,076,205 | 376,225,259 | 382,043,224 | 436,376,766 | 475,029,366 | 476,401,318 | 447,945,211 | 484,059,606 | 546,770,376 | 553,085,761 | 583,997,059 | 610,301,350 | 626,670,514 | 689,801,066 | 748,910,246 | 844,796,080 | 935,796,818 | 1,042,736,800 | 1,143,759,551 | 1,276,199,599 | 1,456,267,172 |
| [3] FB Adj. MAUs | | | | | 108,108,733 | 120,444,218 | 169,091,374 | 170,497,957 | 172,257,813 | 180,132,027 | 180,956,970 | 184,003,239 | 186,166,510 | 188,567,383 | 191,523,895 | 193,839,488 | 196,961,669 | 200,291,660 | 203,497,377 | 206,443,650 | 209,488,830 | 210,848,208 | 212,717,972 | 212,747,152 | 214,594,964 | 214,951,363 | 215,954,232 | 216,642,058 |
| FB U.S. COGS / Adj. MAU | | | | | $ 3.49 | $ 3.40 | $ 2.62 | $ 2.44 | $ 2.18 | $ 2.12 | $ 2.41 | $ 2.58 | $ 2.56 | $ 2.38 | $ 2.53 | $ 2.82 | $ 2.81 | $ 2.92 | $ 3.00 | $ 3.04 | $ 3.29 | $ 3.55 | $ 3.97 | $ 4.40 | $ 4.86 | $ 5.32 | $ 5.91 | $ 6.72 |

**Sources and Notes**
[1] Schedule 3.1.
[2] META3047MDL-310-00000258 - 0282; META3047MDL-310-00000308 - 0332. Age_dimension_value = "teen / non-teen".
[3] META3047MDL-310-00000042 - 0112; META3047MDL-310-00000188 - 0232. Age_dimension_value = "stated age" through Q2 2020 and "teen / non-teen" beginning in Q3 2020.

HEMMING | MORSE
FORENSIC & FINANCIAL CONSULTANTS

Highly Confidential - Pursuant to Protective Order

**States v. Meta**
U.S. COGS per MAU by Platform

Schedule 3.2S

Adult Classifier

| | 2019 Q1 | 2019 Q2 | 2019 Q3 | 2019 Q4 | 2020 Q1 | 2020 Q2 | 2020 Q3 | 2020 Q4 | 2021 Q1 | 2021 Q2 | 2021 Q3 | 2021 Q4 | 2022 Q1 | 2022 Q2 | 2022 Q3 | 2022 Q4 | 2023 Q1 | 2023 Q2 | 2023 Q3 | 2023 Q4 | 2024 Q1 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Instagram** | | | | | | | | | | | | | | | | | | | | | |
| [1] IG Total U.S. COGS | $ 435,899,503 | $ 552,747,072 | $ 512,343,756 | $ 562,380,445 | $ 542,638,291 | $ 566,230,546 | $ 652,188,273 | $ 726,757,874 | $ 732,676,879 | $ 800,802,070 | $ 814,389,424 | $ 973,847,196 | $ 984,443,336 | $ 1,039,545,321 | $ 1,133,058,185 | $ 1,604,279,061 | $ 1,181,548,243 | $ 1,229,946,365 | $ 1,357,443,662 | $ 1,612,517,578 | $ 1,529,467,858 |
| [2] IG Adj. MAUs | 163,432,892 | 168,942,976 | 173,413,497 | 177,237,513 | 186,613,719 | 195,599,099 | 198,824,362 | 201,432,601 | 204,257,102 | 206,511,276 | 209,177,353 | 214,369,482 | 215,062,183 | 215,651,884 | 216,454,480 | 218,637,860 | 221,806,193 | 222,698,363 | 227,766,180 | 228,718,500 | 233,541,927 |
| IG U.S. COGS / Adj. MAU | $ 2.67 | $ 3.27 | $ 2.95 | $ 3.17 | $ 2.91 | $ 2.89 | $ 3.28 | $ 3.61 | $ 3.59 | $ 3.88 | $ 3.89 | $ 4.54 | $ 4.58 | $ 4.82 | $ 5.23 | $ 7.34 | $ 5.33 | $ 5.52 | $ 5.96 | $ 7.05 | $ 6.55 |
| **Facebook** | | | | | | | | | | | | | | | | | | | | | |
| [1] FB Total U.S. COGS | $ 1,458,240,847 | $ 1,682,712,567 | $ 1,561,218,982 | $ 1,679,608,922 | $ 1,753,709,824 | $ 1,903,934,459 | $ 2,084,233,069 | $ 2,301,484,607 | $ 2,290,452,527 | $ 2,377,099,607 | $ 2,406,095,275 | $ 2,634,798,264 | $ 2,617,250,018 | $ 2,739,166,158 | $ 2,913,551,495 | $ 3,987,690,360 | $ 2,780,342,515 | $ 2,834,106,551 | $ 3,090,424,240 | $ 3,442,221,103 | $ 3,193,822,596 |
| [3] FB Adj. MAUs | 217,835,669 | 218,696,836 | 220,754,505 | 221,973,021 | 225,697,559 | 229,762,439 | 228,738,205 | 229,587,490 | 229,980,825 | 230,767,299 | 230,257,020 | 232,127,560 | 232,633,533 | 232,910,564 | 233,858,040 | 234,562,642 | 236,668,315 | 237,181,674 | 237,471,542 | 238,224,776 | 240,864,678 |
| FB U.S. COGS / Adj. MAU | $ 6.69 | $ 7.69 | $ 7.07 | $ 7.57 | $ 7.77 | $ 8.29 | $ 9.11 | $ 10.02 | $ 9.96 | $ 10.30 | $ 10.45 | $ 11.35 | $ 11.25 | $ 11.76 | $ 12.46 | $ 17.00 | $ 11.75 | $ 11.95 | $ 13.01 | $ 14.45 | $ 13.26 |



HEMMING | MORSE
FORENSIC & FINANCIAL CONSULTANTS

Highly Confidential - Pursuant to Protective Order