# Remedy Chart 6: COPPA Disgorgement Associated with U13 Users

| Chart 6A: COPPA Disgorgement of Revenues Associated with U13 Users (2013-2023) | | |
|---|---|---|
| | **Facebook** | **Instagram** | **Total** |
| California | $465,426,802 | $230,497,596 | $695,924,398 |
| Colorado | $111,309,269 | $28,592,790 | $139,902,059 |
| Kentucky | $109,973,338 | $24,711,254 | $134,684,592 |
| New Jersey | $108,151,909 | $51,136,060 | $159,287,969 |
| **Sum** | **$794,861,318** | **$334,937,700** | **$1,129,799,018** |
| | | | |
| Arizona | $125,647,265 | $39,639,506 | $165,286,771 |
| Connecticut | $48,868,953 | $18,545,693 | $67,414,646 |
| Delaware | $12,339,235 | $5,249,731 | $17,588,966 |
| Hawaii | $14,105,569 | $7,709,609 | $21,815,178 |
| Idaho | $36,114,316 | $10,289,480 | $46,403,796 |
| Illinois | $253,108,141 | $68,174,804 | $321,282,945 |
| Indiana | $147,908,934 | $37,848,880 | $185,757,814 |
| Kansas | $74,426,843 | $15,735,016 | $90,161,859 |
| Louisiana | $78,327,257 | $25,690,562 | $104,017,819 |
| Maryland | $76,842,055 | $33,244,755 | $110,086,810 |
| Minnesota | $102,646,229 | $29,582,085 | $132,228,314 |
| Nebraska | $46,818,022 | $11,710,312 | $58,528,334 |
| New York | $293,712,542 | $94,628,098 | $388,340,640 |
| North Carolina | $172,062,198 | $60,319,502 | $232,381,700 |
| Ohio | $221,218,560 | $63,794,067 | $285,012,627 |
| Oregon | $65,950,329 | $20,507,861 | $86,458,190 |
| Pennsylvania | $199,706,326 | $66,870,067 | $266,576,393 |
| Rhode Island | $15,837,441 | $5,322,651 | $21,160,092 |
| South Carolina | $96,593,567 | $27,836,586 | $124,430,153 |
| South Dakota | $22,479,305 | $4,329,147 | $26,808,452 |
| Virginia | $132,179,714 | $47,193,063 | $179,372,777 |
| Washington | $118,261,337 | $39,259,551 | $157,520,888 |
| West Virginia | $49,461,531 | $8,692,061 | $58,153,592 |
| Wisconsin | $128,851,061 | $30,349,595 | $159,200,656 |
| **Sum** | **$2,533,466,730** | **$772,522,682** | **$3,305,989,412** |
| | | | |
| **All States** | **$3,328,328,048** | **$ 1,107,460,382** | **$4,435,788,430** |

Sources: Saba Opening Report, 11.21.2025, Schedule 7.1; Saba Supplemental Report, 04.10.2026, Schedules 2.8.6S, 2.8.7S

| Chart 6B: COPPA Disgorgement of Gross Profits Associated with U13 Users (2013-2023) | | | |
|---|---|---|---|
| | **Facebook** | **Instagram** | **Total** |
| California | $333,165,626 | $166,190,982 | $499,356,608 |
| Colorado | $80,545,023 | $20,593,494 | $101,138,517 |
| Kentucky | $78,997,239 | $17,813,274 | $96,810,513 |
| New Jersey | $77,844,524 | $36,866,750 | $114,711,274 |
| **Sum** | **$570,552,412** | **$241,464,500** | **$812,016,912** |
| | | | |
| Arizona | $90,765,416 | $28,587,402 | $119,352,818 |
| Connecticut | $35,279,243 | $13,383,406 | $48,662,649 |
| Delaware | $8,863,529 | $3,780,962 | $12,644,491 |
| Hawaii | $10,087,361 | $5,550,508 | $15,637,869 |
| Idaho | $26,098,852 | $7,414,156 | $33,513,008 |
| Illinois | $182,898,375 | $49,195,942 | $232,094,317 |
| Indiana | $106,613,171 | $27,285,175 | $133,898,346 |
| Kansas | $53,733,257 | $11,327,370 | $65,060,627 |
| Louisiana | $56,216,628 | $18,496,607 | $74,713,235 |
| Maryland | $55,279,190 | $23,962,645 | $79,241,835 |
| Minnesota | $74,079,393 | $21,296,236 | $95,375,629 |
| Nebraska | $33,834,547 | $8,416,936 | $42,251,483 |
| New York | $211,573,498 | $68,364,525 | $279,938,023 |
| North Carolina | $123,634,435 | $43,480,153 | $167,114,588 |
| Ohio | $159,356,219 | $45,981,078 | $205,337,297 |
| Oregon | $47,569,214 | $14,755,848 | $62,325,062 |
| Pennsylvania | $143,972,218 | $48,234,871 | $192,207,089 |
| Rhode Island | $11,443,396 | $3,838,153 | $15,281,549 |
| South Carolina | $69,539,817 | $20,043,874 | $89,583,691 |
| South Dakota | $16,211,576 | $3,116,473 | $19,328,049 |
| Virginia | $95,033,653 | $34,027,117 | $129,060,770 |
| Washington | $85,397,536 | $28,253,469 | $113,651,005 |
| West Virginia | $35,521,348 | $6,275,788 | $41,797,136 |
| Wisconsin | $93,124,954 | $21,859,651 | $114,984,605 |
| **Sum** | **$1,826,126,826** | **$556,928,345** | **$2,383,055,171** |
| | | | |
| **Sum** | **$2,396,679,238** | **$798,392,845** | **$3,195,072,083** |

Sources: Saba Opening Report, 11.21.2025, Schedule 7.1; Saba Supplemental Report, 04.10.2026, Schedules 2.8.1S, 2.8.2S, 2.8.3S, 2.8.4S, 2.8.5S, 2.8.6S, 2.8.7S & 3.2S