# Exhibit 5

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN RE: SOCIAL MEDIA ADOLESCENT |MDL No. 4:22-MD-3047-YGR
ADDICTION/PERSONAL INJURY       |
PRODUCTS LIABILITY LITIGATION   |
        SUPERIOR COURT OF THE STATE OF CALIFORNIA
    COUNTY OF LOS ANGELES - SPRING STREET COURTHOUSE

COORDINATION PROCEEDING         |
SPECIAL TITLE [RULE 3.400]      |
                                |
SOCIAL MEDIA CASES              |Lead Case for Filing
_____|Purposes
                                |22STCV21355
This document Relates to:       |
                                |
STATE OF TENNESSEE, ex rel.     |
JONATHAN SKRMETTI, ATTORNEY     |
GENERAL and REPORTER,           |
v.                              |
META PLATFORMS, INC., and       |
INSTAGRAM, LLC,                 |
Case No. 23-1364-IV             |
_____|

VIDEOTAPED DEPOSITION OF NICK CLEGG
Volume 2
Taken on Behalf of the Plaintiffs
DATE TAKEN:      Friday, March 21, 2025
TIME:            9:28 a.m. - 6:02 p.m. GMT
PLACE:           Covington & Burling LLP
                 22 Bishopsgate, 54th Floor
                 City of London, London EC2N 4BQ
                 United Kingdom

Examination of the witness stenographically reported by:
    SUSAN D. WASILEWSKI, RPR, CRR, CMRS, CRC, FPR
                    - - -
            GOLKOW, a Veritext Division
            Litsup-golkow@veritext.com

Page 642

tools safety -- safely and that parents have got simple, easy to use visibility over that.

I think one of the issues which a technology company sometimes has is -- is building tools which are then -- there's one thing about building the tools, there's the other about making them easy to use. And I think there was a real appreciation from the research, from market surveys, that some parents didn't know about some of the tools that previously existed. So it was also about empowering parents. Many parents won't be using Instagram themselves, and it was making the tools extremely simple to use.

As I say, it's clearly the right thing for families, right thing for parents, right thing for teens. It's actually the right thing for the company, because, you know, the company is not going to benefit if people don't feel these experiences are safe.

Q. Even in the wake of teen accounts, does the company continue to work on additional controls and tools and resources to ensure safe and positive experiences?

MS. O'NEILL: Objection; form.

A. Of course it does, but not in the least because the technology evolves. You know, teens

Page 643

will be using generative AI tools in a way that they weren't three years ago.  Teens use augmented and virtual reality tools which didn't exist a few years ago.  So the technology evolves all the time and so do the safeguards and mitigations.

Q.    Now, you've been at the company a little over six years, I believe?

A.    Six-and-a-half, yeah.

Q.    Do you believe, Mr. Clegg, your work at the company has had a positive impact?

A.    I hope so.

Q.    Why?

A.    I hope so.  Why do I hope so?

Q.    Why do you think that it's had a positive impact?

A.    Well, I hope myself and others have helped, as I say, strike the right balance between retaining the ability for the company to be an innovative technology company, but doing so with the societal permission and understanding and support that any company needs to operate, not least in the area of safety, parental supervision, and maximizing the ability for teens to use these tools as safely and wholesomely and enjoyably as possible.

Q.    You've heard of the term "wilting flower" in