# Exhibit C

CONFIDENTIAL

Page 1

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

_____

People of the State of          )
California, et al.,              )
                                )
                 Plaintiffs,    ) MDL No. 3047
                                )
vs.                             ) No. 4:23-cv-05448-YGR
                                )
Meta Platforms, Inc.,           )
Instagram, LLC, Meta Payments,)
Inc., Meta Platforms            )
Technologies, LLC,              )
                                )
                 Defendants.    )
_____)
                                )
IN RE: SOCIAL MEDIA ADOLESCENT)
ADDICTION/PERSONAL INJURY     )
PRODUCTS LIABILITY LITIGATION )

_____

VIDEO-RECORDED DEPOSITION UPON ORAL EXAMINATION OF

MARY CATHERINE WIRTH

_____

10:40 A.M.

FRIDAY, MAY 8, 2026

1200 SIXTH AVENUE, SUITE 610

SEATTLE, WASHINGTON

Reported by:  Tami Lynn Vondran, CRR, RMR, CCR/CSR
WA CCR #2157; OR CSR #20-0477; CA CSR #14435
Job Number 8045085

CONFIDENTIAL

Page 56

there wasn't a lot of attention on this issue, either domestically or globally.  And as regulators in the U.S. and internationally started asking questions about age enforcement, it started to get a lot more attention. And, you know, in the U.S., COPPA and its FTC FAQ have been really stable for a couple of decades; right. Where the FTC staff guiding small business said, you know, you're allowed to rely on self-declared age, and you have no obligation to investigate whether somebody lied or not unless you have actual knowledge that a specific user lied.

And so I would say up until about 2023, everybody in the industry relied on that FTC guidance and went about their business.

As the issues started getting more attention, companies started evaluating whether or not they could do more to pro- -- be more proactive in getting under-13s off their platforms.

So that's likely the context for that bullet. But that's just based on my knowledge of the industry generally, not what this user was thinking.

Q.    (BY MS. WANG)  And just to clarify, it's your opinion that Meta is not obligated to investigate users who are suspected of being under 13 unless Meta obtains actual knowledge of that age?

CONFIDENTIAL

Page 57

A.    Yeah, that's --

MR. STEFANIK:  Objection -- objection to the form.

You can answer if you're able.

A.    Okay.  Yes, that's been the FTC's staff's guidance to business for over 20 years now, that as long as you have a neutral age gate and collect somebody's age, you've got no obligation -- you're allowed to rely on the age declared, even if it's false.  And you've got no obligation to investigate unless somebody responsible within your organization gets some form of actual knowledge that a specific user is under 13.

General knowledge that under-13s lie isn't enough.  It has to be specific knowledge.  So that's, like, the baseline rule.  But obviously, as you've looked at the DTSP best practices, industry has been increasingly going above and beyond what the baseline rule is and doing more.

Q.    (BY MS. WANG)  And just to be clear, is it -- so your opinion is that Meta is not obligated to investigate underage users.  And is this opinion premised on your opinion that Meta is a general-audience site?

MR. STEFANIK:  Objection to the form.  Mischaracterizes the testimony.  Mischaracterizes the

CONFIDENTIAL

Page 58

report.  And compound.

You can answer if you're able.

A.    Yes.  If you don't allow under-13s on your platform, you have no obligation -- you know, you've got general audience, mixed audience, et cetera, you know. Mixed audience is directed at children as well as others, where you allow under-13s.  Meta doesn't allow under-13s.

So, yes, in my experiencing, that would be considered by the FTC, and anybody in the industry, and anybody in the trust and safety community, to be a general-audience site.

Q.    (BY MS. WANG)  And, Ms. Wirth, when you say Meta does not allow users under 13, is that because Meta states in its terms of service or in its policies that people under 13 are not allowed on the platform?

A.    That's one basis for believing it.  But, also, they put a lot of effort into finding under-13s on their platform and getting them off.  I mean, they've done a lot of testing and a lot of work developing different approaches to proactive detection.

For example, they tried to develop an under-13 classifier and weren't successful, but nobody in the industry has yet been successful with that.  AI may change that.  We'll see.