# Exhibit H

Expert Report – Highly Confidential

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

|  |  |
|---|---|
| *PEOPLE OF THE STATE OF CALIFORNIA, et al.,*<br>Plaintiffs,<br><br>v.<br><br>*META PLATFORMS, INC, and Instagram, LLC,*<br>Defendants<br><br><br>IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br>4:23-cv-05448 | MDL No. 3047<br><br>Case No. 4:23-cv-05448-YGR<br><br>Judge: Hon. Yvonne Gonzalez Rogers<br><br>Magistrate Judge: Hon. Peter H. Kang |

**CORRECTED TRIAL REPORT OF RYAN SHEATSLEY**
**MAY 6, 2026**

Expert Report – Highly Confidential

various periods of time. Eighty percent (1,180,858) of checkpoints reach a decision within 45 days, 16% within 46 days to 6 months, 0.5% within 6 months to a year, and 3% (44,289) take longer than 1 year. During this time, the data corresponding to these users can be used by Meta for business purposes, such as improving its AI models. Moreover, my analysis shows the impact of various retention polices Meta has used, where Meta held the data of hundreds of thousands of accounts that were disabled for being underage for six months to a year before the deletion process was initiated.

**1.8   OPINION 8 – MANY UNDERAGE USERS COULD HAVE BEEN REMOVED FROM META'S PLATFORMS VIA HARD-LINKING AND SOFT-MATCHING**

8.   Analysis of Meta's data productions show that greater than 300,000 enforcements are due to hard-linking (where users explicitly link their accounts through Account Centre). Within the periods covered by data provided, I estimate that up to 100,000 additional accounts would have been removed due to propagation of enforcements via hard-linking if Meta's hard-link propagation system would have been implemented/fixed in the past. Moreover, my analysis of Meta's soft-match data (which describes the likelihood that two accounts are owned by the same user) provides estimates that Meta could have disabled tens of thousands of additional underage accounts on Facebook and Instagram that were soft-matched to accounts that were disabled for being underage. Over a 90-day period, I found tens of

Expert Report – Highly Confidential

relatively consistent before April 2025, the earliest date for which Meta produced soft-matching data.

198. Next, below is a table that contains a summary of the percentages that I used to provide my estimates.

| Soft-match Table | % Disables | % Enforcements |
|---|---|---|
| FB-to-FB Clustering Table | 3.0% | 0.7% |
| FB-to-IG Softmatch Table | 5.0% | 1.1% |
| IG-to-IG Softmatch Table | 4.2% | 0.9% |

**Table 61 - Soft-match Percentages for each Table**

199. Below is a table containing the estimated number of potential accounts that could have been disabled or subject to enforcement through soft-matching on a monthly basis for Table 3 and Checkpointing Table. These figures were derived by multiplying the total number of underage account disables or enforcements per month by the respective percentages displayed above.

| Month | Total Disables | Est. Number of Soft-match Disables via FB-to-FB Clustering Table | Est. Number of Soft-match Disables via FB-to-IG Softmatch Table | Est. Number of Soft-match Disables via IG-to-IG Softmatch Table |
|---|---|---|---|---|
| 2020-06-01 | 826 | 24 | 41 | 34 |
| 2020-07-01 | 1,717 | 51 | 85 | 72 |
| 2020-08-01 | 7,533 | 226 | 377 | 318 |
| 2020-09-01 | 143,515 | 4,321 | 7,187 | 6,066 |
| 2020-10-01 | 22,954 | 691 | 1,149 | 970 |
| 2020-11-01 | 22,015 | 662 | 1,102 | 930 |
| 2020-12-01 | 27,598 | 831 | 1,382 | 1,166 |
| 2021-01-01 | 40,441 | 1,217 | 2,025 | 1,709 |
| 2021-02-01 | 26,866 | 809 | 1,345 | 1,135 |
| 2021-03-01 | 25,209 | 759 | 1,262 | 1,065 |
| 2021-04-01 | 20,222 | 608 | 1,012 | 854 |
| 2021-05-01 | 25,770 | 776 | 1,290 | 1,089 |
| 2021-06-01 | 33,344 | 1,004 | 1,669 | 1,409 |
| 2021-07-01 | 52,135 | 1,569 | 2,611 | 2,203 |
| 2021-08-01 | 34,860 | 1,049 | 1,745 | 1,473 |
| 2021-09-01 | 31,596 | 951 | 1,582 | 1,335 |
| 2021-10-01 | 31,660 | 953 | 1,585 | 1,338 |
| 2021-11-01 | 17,353 | 522 | 869 | 733 |
| 2021-12-01 | 10,628 | 320 | 532 | 449 |
| 2022-01-01 | 10,537 | 317 | 527 | 445 |
| 2022-02-01 | 10,690 | 321 | 535 | 451 |

Expert Report – Highly Confidential

| | | | | |
|---|---|---|---|---|
| 2022-03-01 | 29,821 | 898 | 1,493 | 1,260 |
| 2022-04-01 | 21,649 | 651 | 1,084 | 915 |
| 2022-05-01 | 128,304 | 3,863 | 6,425 | 5,423 |
| 2022-06-01 | 79,854 | 2,404 | 3,999 | 3,375 |
| 2022-07-01 | 35,057 | 1,055 | 1,755 | 1,481 |
| 2022-08-01 | 28,636 | 862 | 1,434 | 1,210 |
| 2022-09-01 | 42,848 | 1,290 | 2,145 | 1,811 |
| 2022-10-01 | 35,176 | 1,059 | 1,761 | 1,486 |
| 2022-11-01 | 60,005 | 1,806 | 3,005 | 2,536 |
| 2022-12-01 | 22,196 | 668 | 1,111 | 938 |
| 2023-01-01 | 12,328 | 371 | 617 | 521 |
| 2023-02-01 | 4,118 | 124 | 206 | 174 |
| 2023-03-01 | 3,705 | 111 | 185 | 156 |
| 2023-04-01 | 1,523 | 45 | 76 | 64 |
| 2023-05-01 | 131,675 | 3,965 | 6,594 | 5,565 |
| 2023-06-01 | 29,230 | 880 | 1,463 | 1,235 |
| 2023-07-01 | 32,447 | 977 | 1,625 | 1,371 |
| 2023-08-01 | 31,388 | 945 | 1,571 | 1,326 |
| 2023-09-01 | 15,970 | 480 | 799 | 675 |
| 2023-10-01 | 16,489 | 496 | 825 | 696 |
| 2023-11-01 | 36,871 | 1,110 | 1,846 | 1,558 |
| 2023-12-01 | 28,333 | 853 | 1,418 | 1,197 |
| 2024-01-01 | 26,939 | 811 | 1,349 | 1,138 |
| 2024-02-01 | 24,005 | 722 | 1,202 | 1,014 |
| 2024-03-01 | 103 | 3 | 5 | 4 |
| Total | 1,476,139 | 44,430 | 73,905 | 62,373 |

**Table 62 - Estimated Number of Account Disables due to Soft-matching per Month**

| Month | Total Enforcements | Est. Number of Soft-match Enforcements via FB-to-FB Clustering Table | Est. Number of Soft-match Enforcements via FB-to-IG Softmatch Table | Est. Number of Soft-match Enforcements via IG-to-IG Softmatch Table |
|---|---|---|---|---|
| 2017-10-01 | 1,258 | 8 | 14 | 11 |
| 2017-11-01 | 2,431 | 16 | 27 | 22 |
| 2017-12-01 | 57 | 0 | 0 | 0 |
| 2018-01-01 | 50 | 0 | 0 | 0 |
| 2018-02-01 | 61 | 0 | 0 | 0 |
| 2018-03-01 | 112 | 0 | 1 | 1 |
| 2018-04-01 | 164 | 1 | 1 | 1 |
| 2018-05-01 | 161 | 1 | 1 | 1 |
| 2018-06-01 | 16,630 | 111 | 185 | 156 |
| 2018-07-01 | 368 | 2 | 4 | 3 |
| 2018-08-01 | 302 | 2 | 3 | 2 |
| 2018-09-01 | 341 | 2 | 3 | 3 |
| 2018-10-01 | 294 | 1 | 3 | 2 |
| 2018-11-01 | 479 | 3 | 5 | 4 |
| 2018-12-01 | 677 | 4 | 7 | 6 |
| 2019-01-01 | 602 | 4 | 6 | 5 |
| 2019-02-01 | 674 | 4 | 7 | 6 |
| 2019-03-01 | 2,140 | 14 | 23 | 20 |
| 2019-04-01 | 1,446 | 9 | 16 | 13 |
| 2019-05-01 | 1,514 | 10 | 16 | 14 |
| 2019-06-01 | 1,772 | 11 | 19 | 16 |
| 2019-07-01 | 2,586 | 17 | 28 | 24 |
| 2019-08-01 | 2,936 | 19 | 32 | 27 |
| 2019-09-01 | 1,949 | 13 | 21 | 18 |
| 2019-10-01 | 2,109 | 14 | 23 | 19 |
| 2019-11-01 | 2,934 | 19 | 32 | 27 |

Expert Report of Ryan Sheatsley                116

Expert Report – Highly Confidential

| | | | |
|---|---|---|---|
| 2019-12-01 | 3,839 | 25 | 42 | 36 |
| 2020-01-01 | 5,753 | 38 | 64 | 54 |
| 2020-02-01 | 7,166 | 48 | 80 | 67 |
| 2020-03-01 | 19,729 | 132 | 220 | 186 |
| 2020-04-01 | 12,051 | 80 | 134 | 113 |
| 2020-05-01 | 13,914 | 93 | 155 | 131 |
| 2020-06-01 | 12,648 | 85 | 141 | 119 |
| 2020-07-01 | 11,993 | 80 | 134 | 113 |
| 2020-08-01 | 10,534 | 70 | 117 | 99 |
| 2020-09-01 | 9,684 | 65 | 108 | 91 |
| 2020-10-01 | 44,247 | 297 | 494 | 417 |
| 2020-11-01 | 6,862 | 46 | 76 | 64 |
| 2020-12-01 | 30,739 | 206 | 343 | 290 |
| 2021-01-01 | 34,453 | 231 | 385 | 325 |
| 2021-02-01 | 39,960 | 268 | 446 | 377 |
| 2021-03-01 | 48,618 | 326 | 543 | 458 |
| 2021-04-01 | 31,562 | 212 | 352 | 297 |
| 2021-05-01 | 23,908 | 160 | 267 | 225 |
| 2021-06-01 | 26,932 | 181 | 301 | 254 |
| 2021-07-01 | 46,378 | 311 | 518 | 437 |
| 2021-08-01 | 90,693 | 609 | 1,013 | 855 |
| 2021-09-01 | 86,429 | 580 | 966 | 815 |
| 2021-10-01 | 45,179 | 303 | 505 | 426 |
| 2021-11-01 | 42,529 | 285 | 475 | 401 |
| 2021-12-01 | 35,348 | 237 | 395 | 333 |
| 2022-01-01 | 28,141 | 189 | 314 | 265 |
| 2022-02-01 | 39,794 | 267 | 444 | 375 |
| 2022-03-01 | 65,126 | 437 | 728 | 614 |
| 2022-04-01 | 52,095 | 350 | 582 | 491 |
| 2022-05-01 | 175,801 | 1,181 | 1,965 | 1,658 |
| 2022-06-01 | 561,345 | 3,773 | 6,275 | 5,296 |
| 2022-07-01 | 106,006 | 712 | 1,185 | 1,000 |
| 2022-08-01 | 92,911 | 624 | 1,038 | 876 |
| 2022-09-01 | 64,315 | 432 | 718 | 606 |
| 2022-10-01 | 77,752 | 522 | 869 | 733 |
| 2022-11-01 | 52,925 | 355 | 591 | 499 |
| 2022-12-01 | 84,229 | 566 | 941 | 794 |
| 2023-01-01 | 54,158 | 364 | 605 | 510 |
| 2023-02-01 | 44,604 | 299 | 498 | 420 |
| 2023-03-01 | 35,620 | 239 | 398 | 336 |
| 2023-04-01 | 35,158 | 236 | 393 | 331 |
| 2023-05-01 | 49,713 | 334 | 555 | 469 |
| 2023-06-01 | 44,567 | 299 | 498 | 420 |
| 2023-07-01 | 45,649 | 306 | 510 | 430 |
| 2023-08-01 | 29,974 | 201 | 335 | 282 |
| 2023-09-01 | 21,788 | 146 | 243 | 205 |
| 2023-10-01 | 91,091 | 612 | 1,018 | 859 |
| 2023-11-01 | 28,387 | 190 | 317 | 267 |
| 2023-12-01 | 38,384 | 257 | 429 | 362 |
| 2024-01-01 | 42,163 | 283 | 471 | 397 |
| 2024-02-01 | 48,196 | 323 | 538 | 454 |
| 2024-03-01 | 47,081 | 316 | 526 | 444 |
| 2024-04-01 | 11,434 | 76 | 127 | 107 |
| 2024-05-01 | 10,116 | 67 | 113 | 95 |
| 2024-06-01 | 12,132 | 81 | 135 | 114 |
| 2024-07-01 | 26,353 | 177 | 294 | 248 |
| 2024-08-01 | 40,098 | 269 | 448 | 378 |
| 2024-09-01 | 41,618 | 279 | 465 | 392 |
| 2024-10-01 | 25,054 | 168 | 280 | 236 |

Expert Report – Highly Confidential

| 2024-11-01 | 25,742 | 173 | 287 | 242 |
|---|---|---|---|---|
| 2024-12-01 | 24,117 | 162 | 269 | 227 |
| 2025-01-01 | 19,016 | 127 | 212 | 179 |
| 2025-02-01 | 11,987 | 80 | 133 | 113 |
| 2025-03-01 | 3,592 | 24 | 40 | 33 |
| Total | 3,093,427 | 20,749 | 34,538 | 29,141 |

**Table 63 - Estimated Number of Enforcements Due to Soft-matching per Month**

200. This analysis represents an estimate of the magnitude of additional underage accounts that Meta could have detected by using its soft-matching techniques over the period for which Meta had produced data on underage enforcements. Based on the available data, I estimate that Meta could have detected tens of thousands of additional underage accounts on Facebook and Instagram, if it had queried its soft-matching data, as has done for years for disabling accounts for other types of policy violations or for commercial purposes.