CONFIDENTIAL

                   STATE OF NEW MEXICO
                   COUNTY OF SANTA FE
              FIRST JUDICIAL DISTRICT COURT


STATE OF NEW MEXICO,
EX REL., RAÚL TORREZ,
ATTORNEY GENERAL
                              NO. D-101-CV-2023-02838
vs.

META PLATFORMS, INC.;
INSTAGRAM, LLC; META
PAYMENTS, INC.; AND META
PLATFORMS TECHNOLOGIES,
LLC

             *** CROSS-NOTICED WITH ***
        SUPERIOR COURT OF THE STATE OF CALIFORNIA
             FOR THE COUNTY OF LOS ANGELES

COORDINATION PROCEEDING
SPECIAL TITLE
[RULE 3.400]
                              JUDICIAL COUNCIL
                              COORDINATION
                              PROCEEDING NO. 5255
SOCIAL MEDIA CASES
_____
THIS DOCUMENT RELATES TO:   For Filing Purposes:
                            22STCV21355
All cases:
(Christina Arlington
Smith, et al. v. TikTok,
Inc., et al., Case No.
22STCV21355)

 * * * * * * * * * * * * * * * * * * * * * * * * * * *
     CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER
(CAPTION CONTINUED)

CONFIDENTIAL

Page 2

(CAPTION, CONTINUED)

VIDEOTAPED DEPOSITION OF

JASON R. SATTIZAHN, Ph.D.


December 8, 2025


Held at Simon Peragine Smith & Redfearn

1100 Poydras Street, 30th Floor

New Orleans, Louisiana   70163




Reported stenographically by:

Rita A. DeRouen, CCR, RPR

(CCR #2014018)

(RPR #006908)

CONFIDENTIAL

Page 62

Q.   And generally speaking throughout your six years at Meta prior to 2024, so the first five years at Meta, how did you proceed, meaning what were your reviews like?

A.   I always had stellar reviews.  From what I was told, I received -- well, I did formally receive reviews such as greatly exceeds expectations, exceeds expectations.  I was quickly promoted twice to what's known as a senior research level.

And so very, very positive reviews, and reviews that are statistically hard to get at the company based on the information they provided me.

Q.   Okay.  In your CV that's on the screen right now, your time is broken up by you from 2018 to '22 and then '22 to '24.

Do you see that?

A.   I do.

Q.   All right.  And let's stick with the first group, 2018 to 2022.  It says here you had "Product research lead for Facebook Marketplace integrity, ranking integrity, Facebook Faith, and live shopping"; is that accurate?

A.   It is.

Q.   And then it says, "Roles included

Page 63

multiple cross-company initiatives to improve user quality, safety, and value."

Can you tell the jury what that means in terms of multiple cross-company initiatives.

A.    Sure.  The way that Meta operates internally, at least from -- speaking from my experience in a research capacity, is you are encouraged and it is expected that you work across products that Facebook or Meta owns.

And so in the context of this, a lot of the safety work I was doing, the integrity work that I was doing, were projects that were actively working in other spaces of the company.

So cross-company initiatives, for instance, would include things like when I was working on keeping people physically safe on Facebook Marketplace, it would be, you know, meeting with let's say the Instagram team in New York who are working on physical safety tools, sharing my information with them, helping them develop their own studies around physical safety; working with the Facebook dating team and saying, Hey, you're releasing a new product that could physically hurt people and Marketplace has a product that might physically hurt people.

CONFIDENTIAL

Page 64

So it's -- what I mean by multiple cross-company initiatives is it was baked into the work of a researcher yourself that you are expected to work in every product across the company to make Meta's products better.

And a little caveat here I'll also add is a lot of the work that's done is also what's known as horizontal. And so working on those teams or with those teams means that the nature of what you do, by definition, affects every product that Meta would own.

And so central integrity or avatars, if you're working with those teams, it inherently is a cross-company initiative if you collaborate with them, because what you're doing will change the nature of Facebook and Instagram and whatever other surface they're working on at the time.

Q. All right. And so your work, the research that you did, was it alongside researchers in the -- using the other platforms?

MR. STANNER:

Object to the form.

A. Yes.

BY MR. MIGLIORI:

Q. And so the types of research, did you