# Exhibit B

CONFIDENTIAL

Page 1

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

IN RE: SOCIAL MEDIA            )
ADOLESCENT ADDICTION/          )
PERSONAL INJURY PRODUCTS       )   MDL No. 3047
LIABILITY LITIGATION           )
                               )
                               )

 SUPERIOR COURT OF THE STATE OF CALIFORNIA FOR THE
   COUNTY OF LOS ANGELES - SPRING STREET COURTHOUSE

COORDINATION PROCEEDING        )
SPECIAL TITLE [RULE 3.400]     )
                               )
SOCIAL MEDIA CASES             )   Lead Case No.
_____)   22STCV21355
This Document Relates To       )
                               )
STATE OF TENNESSEE, ex rel.)
JONATHAN SKRMETTI,             )
ATTORNEY GENERAL and           )
REPORTER,                      )
v.                             )
META PLATFORMS, INC., and      )
INSTAGRAM, LLC.                )
_____)

CONFIDENTIAL - ATTORNEYS' EYES ONLY
PURSUANT TO PROTECTIVE ORDER
VIDEO-RECORDED
DEPOSITION OF ALISON LEE, Ph.D.
(Pages 1 - 465)
Covington & Burling
415 Mission Street, San Francisco, California
Thursday, February 6, 2025, 9:19 a.m.
- - - -

REPORTED BY:  ELAINA BULDA-JONES, CSR 11720

CONFIDENTIAL

Page 44

or a BEEF distribution.  BEEF is a very similar version of TRIPS that's, I think, catered specifically to Instagram, if I remember.  Because TRIPS was used -- that survey was used across all of our products, Facebook, I want to say WhatsApp, whatever other products are in the family of apps. And BEEF was a very specific Instagram version.

BY MR. DUNBAR:

Q.  Okay.  I think we're going to have a chance to talk a bit more about BEEF a little later on.

But did you gain familiarity with the TRIPS and BEEF surveys as part of this research?

MS. BARNHART:  Object to the form.

THE WITNESS:  Yes.  I think I had to familiarize myself, as an integrity researcher, in general, to understand what the surveys were measuring and use them actually to -- as a reference for other research in the future to further customize these surveys.

MR. DUNBAR:  Okay.  I'm going to hand you another document.

(Whereupon, Meta-Lee Exhibit 4 was marked for identification.)

///