# Exhibit D

Page 1

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
-------------------------------
IN RE:   SOCIAL MEDIA            :MDL No.
ADOLESCENT ADDICTION/PERSONAL :4:22-md-3047-YGR
INJURY PRODUCTS LIABILITY    :
LITIGATION                   :
-------------------------------
    SUPERIOR COURT OF THE STATE OF CALIFORNIA
   FOR THE COUNTY OF LOS ANGELES-SPRING STREET
                 COURTHOUSE
COORDINATION PROCEEDING       :
SPECIAL TITLE [RULE 3.400]    :Lead Case No. for
                              :Filing Purposes
SOCIAL MEDIA CASES            :22STCV21355
-------------------------------
This Document Relates to:     :
                              :
STATE OF TENNESSEE, ex rel.   :
JONATHAN SKRMETTI, ATTORNEY   :
GENERAL and REPORTER,         :
                              :
v.                            :
                              :
META PLATFORMS, INC. and      :
INSTAGRAM, LLC,               :
Case No. 23-1364-IV           :
-------------------------------
            T R A N S C R I P T of the
        videotaped deposition of MARGARET GOULD
        STEWART, taken at the offices of BAKER
        BOTTS LLP, 30 Rockefeller Plaza, 44th
        Floor, New York, New York, before
        MARGARET M. REIHL, RPR, CRR, CCR-NJ and
        Notary Public of New York, on October
        21, 2024, commencing at 9:24 a.m.

                    _ _ _

Page 43

these pictures and the effects that have been imposed on them, for the average woman these are effects that could only be achieved through plastic surgery; is that right?

MR. HALPERIN:  Objection, asked and answered.

THE WITNESS:  That is what we believed, yes.

BY MS. WALSH:

Q.    Okay.  Let me ask you this, Ms. Stewart:  Do these effects sometimes go by different or -- strike that.

When you were working on this issue at Meta, were these effects, did they sometimes go by different names?

A.    Yes.  Both inside the company and outside the company, sometimes you would see them referred to as "beautification filters." We tried to avoid that because it felt like it was an example of the problem that these effects might produce.

Q.    I'm going to put "beautification" in quotes, how about that?

A.    That's right, yes.

MR. HALPERIN:  Do you know, we

can't see that.

MS. WALSH:  Sorry, apologies.

BY MS. WALSH:

Q.    Okay.  Anything else that you recall them being referred to as?

A.    I think there may be a term of "selfie manipulation," although I will say that is an extremely broad term that would refer to any manipulation of the selfie photo, and I think that cosmetic surgery and beautification get closer to the topic that we were referring to.

Q.    Okay.  But these are, indeed, examples of selfie manipulation?

A.    Yes.

Q.    What about the term "augmented reality"?

A.    That is also an extremely broad technical term of introducing effects, usually in some kind of view port, of a camera or lenses that you're looking through where effects may be introduced into your environment, but that's an extremely broad category of things.

Q.    Okay.  But are each of these photographs an example of augmented reality?

A.      Yes, they can be, yes.

Q.      Keeping these photographs, these selfie manipulations and cosmetic surgery effects in mind, let me ask you this, Ms. Stewart:  When you were working at Meta as the head of responsible innovation, were you concerned that the existence of cosmetic surgery effects like these could contribute to a teenage girl's mental health issues?

MR. HALPERIN:  Obstacle.

THE WITNESS:  Yes.

BY MS. WALSH:

Q.      And given that concern, did you consult with mental health experts outside of Meta to better understand the impacts that cosmetic surgery effects like these could have on a teenager?

MR. HALPERIN:  Object to form.

THE WITNESS:  We consulted with experts.  I would have to review the specific experts to see if they were specifically mental health experts or academics doing research in this area or a combination of those.

BY MS. WALSH:

ourselves, including the possibility of physically altering our appearance in selfies by lightening our skin, creating fuller lips and adjusting our body size," correct?

A.    Yes.

Q.    And creating fuller lips, that's one of the effects that we talked about earlier that most people can only obtain through cosmetic surgery, right?

A.    Correct.

Q.    Let's skip down now to the second full paragraph.  And it says "Although research examining selfie manipulation is in its infancy, findings to date suggest it exacerbates risk and maintenance of several mental health concerns, including body dissatisfaction, eating disorders and body dysmorphic disorder cross-culturally."

Do you see that?

A.    Yes.

Q.    And then we see a series of names and dates in the parentheses.

A.    Yes.

Q.    And do you understand those to be citations to academic work that supports this sentence in the Literature Review?

A.    Yes.

Q.    Okay.  Ms. Stewart, when we talked earlier about your concern about potential harms that could come from a young woman using selfie filters and the potential harms of that, do your concerns include things like body dissatisfaction?

A.    Yes.

Q.    And eating disorders?

A.    Yes.

Q.    And body dysmorphic disorder?

A.    Yes.

Q.    Okay.  And, Ms. Stewart, is part of the concern -- is part of your concern being -- repeatedly having this experience of applying a filter to your -- to your image?

A.    Yes, I think there's negative comparison to seeing other people's images that have been manipulated and you may or may not be aware of that, and so there is a skewed reality of how other people look.

And then there is the potential for a product to be proactively encouraging you to manipulate your own image and implying that you're not -- you don't look okay the way that

Page 74

you are.

Q.    It goes to say "Research indicates that young girls believe manipulated photos of peers are realistic and experience increases in body dissatisfaction after being exposed to edited selfies."

And then we have another citation; is that right?

A.    Yes.

Q.    It continues "There is also evidence that editing one's own selfies is related to body dissatisfaction, eating concerns and anxiety."

Do you see that?

A.    Yes.

MS. WALSH:  And if we could underline "editing one's own selfies," please.

BY MS. WALSH:

Q.    And that is what you were just talking about; is that right?

A.    Yes.

Q.    And, Ms. Stewart, are you aware -- or in your consideration of this issue, are you aware that teenagers in particular may