# Exhibit H

CONFIDENTIAL

Page 1

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

IN RE: SOCIAL MEDIA            )
ADOLESCENT ADDICTION/          )
PERSONAL INJURY PRODUCTS       )   MDL No. 3047
LIABILITY LITIGATION           )
                               )
                               )

 SUPERIOR COURT OF THE STATE OF CALIFORNIA FOR THE
   COUNTY OF LOS ANGELES - SPRING STREET COURTHOUSE

COORDINATION PROCEEDING        )
SPECIAL TITLE [RULE 3.400]     )
                               )
SOCIAL MEDIA CASES             )   Lead Case No.
_____)   22STCV21355
This Document Relates To       )
                               )
STATE OF TENNESSEE, ex rel.)
JONATHAN SKRMETTI,             )
ATTORNEY GENERAL and           )
REPORTER,                      )
v.                             )
META PLATFORMS, INC., and      )
INSTAGRAM, LLC.                )
_____)

CONFIDENTIAL - ATTORNEYS' EYES ONLY
PURSUANT TO PROTECTIVE ORDER
VOLUME 1
VIDEO-RECORDED
DEPOSITION OF ARTURO BEJAR
(Pages 1 - 351)
Held at Baker Botts
1001 Page Mill Road, Palo Alto, California
Monday, April 7, 2025, 9:20 a.m.
- - - -
REPORTED BY:  ELAINA BULDA-JONES, CSR 11720

CONFIDENTIAL

there?

A.   Not as far as I'm aware.

MS. JONES:  Excuse me.

I'm going to object to the last two questions on foundation.

BY MR. CARTMELL:

Q.   Go ahead.

A.   Not as far as I'm aware.

Q.   If Meta's executives say that they do not allow kids under 13 on Instagram, how would you respond to that?

A.   I think that's lying.

Q.   Do you think that's a truthful statement?

A.   No, I don't think that's a truthful statement.

Q.   What if Meta's executives state that they don't allow them -- they try to find them and they try as quickly as possible to get kids under 13 off of Instagram; do you agree with that?

MS. JONES:  Objection to the foundation.

THE WITNESS:  I profoundly disagree with that.

(Whereupon, Meta-Bejar Exhibit 11 was marked for identification.)

///

CONFIDENTIAL

Page 192

BY MR. CARTMELL:

Q.    I've handed you Exhibit 13 -- oh -- strike that.

I've handed you Exhibit 11.  And we're going to play a clip of testimony from Adam Mosseri.

Adam Mosseri is who?

A.    He's the head of Instagram.

Q.    Is this Adam Mosseri on the screen?

A.    Yes, it is.

(Video playing.)

MR. CARTMELL:  Just start -- I think you could get a little more of the first word, 13, I don't know, Jim, but try one more time, please.

(Video playing.)

MS. JONES:  I'm going to object to the out-of-context play of the deposition clip for which Mr. Bejar has no foundation to testify.

Go ahead.

BY MR. CARTMELL:

Q.    You heard Mr. Mosseri talking about Meta's policy related to having kids under 13 on the platform?

A.    Correct.

Q.    Do you agree with Mr. Mosseri's testimony?

A.    I do not.

CONFIDENTIAL

Page 193

Q.   Why is that?

A.   Because they do allow, like, practically allow under-13 kids on the platform and they do not, and I was not aware of at the time, have any decent efforts at identifying them and removing them.

If you search -- so Instagram you have these things called hashtags.  And you can search for the hashtag like eighth birthday, which is something that -- labels people put on their posts. And on the first page of results there are multiple kids that on their profile page they say, I am eight.  And they are so easy to find and there are many on there.  And if we go back to sort of we were talking about, trying to report them is nearly impossible.

And one of my responsibilities on my first stint was the infrastructure that detected fake accounts.  And I cannot tell you how sophisticated people can be at creating fake accounts.  That infrastructure that was available in 2011 or '12 could be used to so effectively identify accounts created by eight-year-olds in order to then require further verification to establish whether they are actually the kid, what age they are, if their parents are aware.

CONFIDENTIAL

Page 194

And this is something we used to do at Facebook and I was not aware of any substantive efforts to do that at Instagram.

Q.   Even after Meta started asking for kids' ages on -- when kids would sign up for Instagram, in December of 2019 were there still kids on Instagram under the age of 13?

MS. JONES:  Objection.  Foundation.

THE WITNESS:  Yes.

BY MR. CARTMELL:

Q.   And at that point, even after they were asking for age -- ages, I take it some kids would lie?

A.   Yes.

Q.   Is that well-known in the industry, that kids lie when they sign up for an Instagram or other social media account?

MS. JONES:  Foundation.  Objection. Foundation.

THE WITNESS:  Yes.

BY MR. CARTMELL:

Q.   Do you know that based on your 30 years in the industry?

A.   Yes.  And managing this issue for Yahoo! and managing this issue for Facebook.

CONFIDENTIAL

Page 195

Q.   Even after Instagram started asking for ages of kids and knowing that kids would lie, were they diligent in trying to find those kids and make sure that they were not on Instagram?

MS. JONES:  Objection.  Foundation.

THE WITNESS:  I believe that they actually were the opposite of that.  That they made it almost impossible to report underage accounts and -- that there were features that were designed to appeal to those kids and that you can find them today, like a week ago, and they're still -- videos where kids -- there is, a little song it goes, like, "I am 16, going on 17."  And Instagram has a feature that allows you to use that song in a video that you make.

And, like, a week ago or two, I found this -- some kids using that song, 22,000 of them, and they say how old they are and the number goes on the screen and so, "I am 16, going on 17."  And they go like this and the actual age pops up.  And it reads 11, 9, 8, 7, all of these numbers.  And there's 22,000 of them.  I think if your technology doesn't find those kids, I really don't know what you're trying to find.

///

CONFIDENTIAL

Page 196

BY MR. CARTMELL:

Q. You're talking about testing that you did a week ago; is that right?

A. In the most recent weeks. So beginning -- like for the last month I've been doing some testing.

Q. Okay. I'm going to hand you what has been marked as Exhibit 12.

(Whereupon, Meta-Bejar Exhibit 12 was marked for identification.)

BY MR. CARTMELL:

Q. And ask you what Exhibit 12 is.

This was something that you produced from your files in this litigation; is that correct?

A. That is correct.

Q. So tell us, you mentioned that you had done testing on accounts in the past, correct?

A. That is correct.

Q. And is this a -- an account of the testing you've done over time?

A. That is correct.

Q. Why don't you go ahead and just explain briefly what this document is that we just marked as Exhibit 12.

A. Yeah. So in November of 2023, I really

CONFIDENTIAL

Page 197

wanted to see what the experience was of a teenager on Instagram.  And so I wanted to create a few test accounts in order to understand that and I could give concrete examples.

The testing protocol I use, sort of the steps I followed, is kind of like what you would do as a parent if you gave your kid a phone.  So got the phone out of the drawer, erased it, create an account on Apple with the right age, so 13 or 14.  I tested both ages.  I tested boy/girl.  These list the girls that I kind of focused on.

And then I created Instagram, downloaded it, and just went in initially all defaults.  I didn't do any searches.  I didn't do any of the things that kind of prime algorithms just to see how things work.  And I have continued to test those accounts.

Q.   And this document outlines that testing. And what are the pages attached to it with dates starting as early as 2023?

A.   So it outlines what I did to test.  And then these are videos that I took from the phone while I was doing the testing that were -- that's kind of what the phone recorded.  And I labeled the videos to describe what the videos captured.

CONFIDENTIAL

Page 198

Q.   You mentioned that you did some testing to look at whether or not there were underaged kids on Instagram; is that correct?

A.   That is correct.

(Whereupon, Meta-Bejar Exhibit 13 was marked for identification.)

BY MR. CARTMELL:

Q.   Mr. Bejar, I have provided you Exhibit 13 which is a slipsheet for a clip of a video that you took during your testing that involves looking for underage kids on Instagram.  It's -- the source is BEJAR0002542.

Do you see that?

A.   I do.

Q.   Okay.  And can you tell us what, before we start the video, what it was you did with this phone?

A.   Yeah.  So -- so I had -- I tried different things with different accounts.  So my initial testing for the very first account was -- was to see sort of how some features were implemented.  And then I also searched for some gymnastics content and then sort of got recommended videos of very young girls in different kinds of outfits.  That is the 32 ending account.

CONFIDENTIAL

Page 199

For the other accounts, the only thing I did for a long period of time was to create the account, go into Reels, no searches, no follows, and watch videos and then if a particular video that met that criteria came -- fed to me, I would watch it to completion. And then I would swipe quickly videos didn't meet that criteria.

So for example, if a video looked a little racy, I would watch the video. If a video looked a little violent, I would watch that video. If that video was created by somebody who appeared to be under 13, I would watch that video. And as a result of that, what I found is within 8 to 12 minutes, sometimes 18, the Reels algorithm adapted to give me a stream of that content which I had watched.

Q. You said this was in -- or your first testing was in November of 2023?

A. That is correct.

Q. Why were you doing it at that time?

A. I've always believed it's really important to speak accurately about these things. And so I really wanted to be able to be well informed, as I was sort of entering public discourse around these things, to be able to make accurate representation, so what teens were getting delivered, and to be able

CONFIDENTIAL

Page 200

to understand how the features were working in terms of preventing issues.

Q.   Was November of 2023 when you went public?

A.   It was, yes.

Q.   Did you draw on your -- excuse me.

Did you draw on your 30-plus years of experience in this industry when performing these tests?

A.   Yes, I did.  I have 30-plus years of experience of testing safety features and security features and -- so that you can make accurate representations about what they do or don't do.  And that was the protocol I tried to follow.

MR. CARTMELL:  Okay.  Let's show clip 77, please.

(Video playing.)

BY MR. CARTMELL:

Q.   So, Mr. Bejar --

A.   Can I have just a moment?

Q.   Yeah.  Take your time.

A.   Thank you.

Q.   So first of all, I have some questions about that.

How long did it take you to find all these kids that are underage?

CONFIDENTIAL

Page 201

A.    Less than a day of testing.

Q.    How -- how is it that Meta doesn't make sure that those kids aren't on there if they're doing adequate age verification?

MS. JONES:  Objection.  Foundation. Characterization.

You can answer.

THE WITNESS:  I mean, if you can't find these accounts, you're not even trying.

BY MR. CARTMELL:

Q.    How many kids under the age of 13 did you -- did you find in your testing?

A.    I didn't keep count.  And, again, one of the principles that always guided this work is if there's one, there's a million.  I mean, it's -- when you're dealing with a billion people the math gets really big, really fast.

Q.    I don't totally understand where all those kids were and why they were singing that song.  What was that?  Is that an Instagram-provided song or what are they doing?

MS. JONES:  Objection to the form.  And foundation.  Lacks foundation.

THE WITNESS:  So one of the things that I was testing Instagram for different features, the

Page 202

first thing I tested was a feature where you go in and you can add a little audio to your -- to the video that you're making that you're sharing.

And I was able as a 13-year-old account to create a video where the audio was called sexy girl masturbating done by a porn star.  And then when you see a video with a song you can click on that and say, oh, let me use that song for my video.  And so what you see is a feature provided by Instagram where kids see other kids talking about their age and they copy what they are doing and they copy the song.  And Instagram makes it very easy to do that so that you can create your own video.

BY MR. CARTMELL:

Q.  Does that video and the fact that you found that many underage kids in a small, short amount of time support your opinion that Meta does not do an adequate job of age verification and ensuring that kids under the age of 13 are on Instagram?

A.  Yes.

Q.  Let me restate that.

Does that video support your opinions that Meta does not do an adequate job of age verification?

Page 203

A.   Yes.

Q.   Can the fact that underage kids like that, under the age of 13, are on the platform, can that have an impact on safety?

MS. JONES:  Objection to the form.

THE WITNESS:  Absolutely.  Because if you think about every harm that we've talked about, unwanted sexual advances, exposure to content that is distressing or harmful, all these things, and then you give those to, like, a 7- or 8-year old, I mean, it's -- I can't imagine what it does to them. And so I think that it's incredibly important at a minimum to ensure that the kids are on the platform are at least 13 years of age.

MR. CARTMELL:  Okay.  Let's go back to Exhibit 10, please.  Sorry.  Okay.  Let's go back to -- you guys, do you mind if I -- I'm going to run outside and clear my throat.

MS. JONES:  Sure.

MR. CARTMELL:  Sorry.

(Whereupon, a brief discussion off the record.)

BY MR. CARTMELL:

Q.   Okay.  Mr. Bejar, let's go to number five on your list of factors.