# Exhibit C

AGENDA AND JOINT STATEMENT FOR JULY 17, 2026 FINAL
PRETRIAL CONFERENCE (MDL AG ACTION)

**From:** Richards, Zach J (KYOAG)
**To:** Jordan Hefcart; Keiser, Daniel I (KYOAG); Simonsen, Ashley M
**Cc:** Megan O"Neill; Jason Slothouber; Social Media MDL State AGs Lead Counsel
**Subject:** RE: MDL - Meta"s Topics for CMC Statement (MDL AG)
**Date:** Friday, July 10, 2026 11:12:37 AM
**Attachments:** image001.png
image002.png

---

[EXTERNAL]

Ashley,

Regarding filters, our position remains that Meta's lifting of its cosmetic surgery effects ban despite its internal knowledge of harms is directly relevant to the State AGs' deception claims and the accuracy of Meta's statements to the public.

Regarding states proceeding to trial next year, our position has slightly changed on beauty filters. The 4 Lead States still agree that filters will not be part of their unfairness claims, but we propose that the Parties engage in further conferrals and discussions with respect to the states proceeding to trial in 2027 to determine whether further discovery or briefing on filters is necessary or desirable on filters as part of those states' unfairness claims. We maintain our position that our representations at the June CMC are accurate and that VR has been outside the scope of this case, but there is a lot of nuance and argument here that we think is improper for a CMC, and which we think requires further deliberation and discussion before occupying the court with this issue.

Relatedly, we agree that filters that are not cosmetic surgery effects are not part of the states' unfairness claims. For example, as we indicated in our deposition designations, we are not pursuing claims related to filters making users look like things like Pikachu, cats, or zombies.

Does Meta agree that evidence relating to beauty filters remains relevant for the State AGs' deception claims relating to Meta's prioritization of safety over growth?

Please see our updated language on this issue we planned to include for our position to this effect:

With respect to the State AGs' deception claims, however, Meta's affirmative decision to lift bans on these effects after it commissioned research and learned about the serious negative mental health impacts of these filters, especially on young girls, is directly relevant to the State AGs' deception claims based on Meta's public statements that it prioritizes safety over profits and growth.

However, the four Lead States proceeding to trial in August (California, Colorado, Kentucky and New Jersey) have decided to no longer premise their unfairness claims on cosmetic surgery effects, although they maintain their position that cosmetic surgery effects are neutral, non-expressive tools and not third-party information. The remaining states proceeding to trial in 2027 on unfairness claims respectfully request that the Court allow the Parties to engage in further conferrals, and later briefing if necessary, regarding whether reopening discovery is warranted as to the specific mechanics of how cosmetic surgery effects were made available on Meta's platforms via its Spark AR platform for purposes of those states' unfairness claims.

The State AGs' proffers at the June CMC regarding Meta's involvement with filters via Meta's Spark AR platform were accurate. And Judge Kang has not ruled that this VR evidence is not allowed in this case, but rather, it has been common understanding between the Parties that VR is entirely outside the relevant scope of this case.

Please let us know if this proposal is agreeable to Meta, and we can work to prepare a joint statement to this effect.

Best,
Zach

---

**From:** Jordan Hefcart <Jordan.Hefcart@doj.ca.gov>
**Sent:** Friday, July 10, 2026 2:10 PM
**To:** Keiser, Daniel I (KYOAG) <daniel.keiser@ky.gov>; Simonsen, Ashley M <asimonsen@cov.com>
**Cc:** Megan O'Neill <Megan.Oneill@doj.ca.gov>; Jason Slothouber <jason.slothouber@coag.gov>; Social Media MDL State AGs Lead Counsel <sm.mdlagleads@coag.gov>
**Subject:** RE: MDL - Meta's Topics for CMC Statement (MDL AG)

Ashley,
 To supplement Daniel's response, we have an omnibus counterproposal as to the witnesses that we will be sending along shortly for your consideration, which we hope will put these issues to rest.

Best,
Jordan

---

**From:** Keiser, Daniel I (KYOAG) <daniel.keiser@ky.gov>
**Sent:** Friday, July 10, 2026 11:06 AM
**To:** Simonsen, Ashley M <asimonsen@cov.com>
**Cc:** Megan O'Neill <Megan.Oneill@doj.ca.gov>; Jason Slothouber <jason.slothouber@coag.gov>; Social Media MDL State AGs Lead Counsel <sm.mdlagleads@coag.gov>
**Subject:** RE: MDL - Meta's Topics for CMC Statement (MDL AG)

> **EXTERNAL EMAIL:** This message was sent from outside DOJ. Please do not click links or open attachments that appear suspicious.

Ashley,

Confirming that the AGs agree to cut argument as to every witness except Davis in Section D. We don't believe that argument is necessary on Mosseri but we are not able to agree to Meta's proposal at this time.

We are agreeable to a joint statement related to the cosmetic surgery filters. My colleague will follow