James P. Rouhandeh, *pro hac vice*
Antonio J. Perez-Marques, *pro hac vice*
Caroline Stern, *pro hac vice*
Kathryn S. Benedict, *pro hac vice*
Corey M. Meyer, *pro hac vice*
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4000
Facsimile: (212) 701-5800
Email: rouhandeh@davispolk.com
        antonio.perez@davispolk.com
        caroline.stern@davispolk.com
        kathryn.benedict@davispolk.com
        corey.meyer@davispolk.com

*Attorneys for Defendant Meta Platforms, Inc.*

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*People of the State of California, et al. v. Meta Platforms, Inc., et al.* | MDL No. 3047<br><br>Case Nos. 4:22-md-03047-YGR-PHK<br>          4:23-cv-05448-YGR<br><br>**OMNIBUS SEALING STIPULATION (META'S SUBMISSION REGARDING STATE AGS' PENALTY AND DISGORGEMENT CHARTS, ECF NO. 456 (3238))**<br><br>Judge: Hon. Yvonne Gonzalez Rogers<br>Magistrate Judge: Hon. Peter H. Kang |

Pursuant to Civil Local Rules 7-11 and 79-5, paragraph 12 of this Court's Standing Order in Civil Cases, and this Court's Order Setting Sealing Procedures (ECF 341), the State Attorneys General ("State AGs") and Defendant Meta Platforms, Inc. ("Meta" and, together with the State AGs, the "Parties") submit this Omnibus Sealing Stipulation to address the sealing of confidential business information ("CBI") in Meta's Submission Regarding State AGs' Penalty and Disgorgement Charts and Supporting Materials ("Meta's Submission"), ECF No. 456 (3238).[1]

As set forth in the chart below, the Parties have agreed to the redaction of limited, non-party CBI contained in one exhibit to Meta's Submission, which is an excerpt of the Trial Report of Adam L. Alter, Ph.D.  This Court previously approved redactions of identical information in other excerpts from the same expert report filed in connection with the Parties' summary judgment and Rule 702 motions.  *See* Pretrial Order No. 5, ECF No. 462 (3244).  Other than this undisputed sealing request, the Parties agree that the filings encompassed within Meta's Submission need not be maintained under seal.[2]

| Undisputed Portions to Seal | | | | |
|---|---|---|---|---|
| **Document** | **Portion to Be Sealed** | **Designating Party** | **Basis for Sealing** | **Whether Previously Sealed** |
| Meta's Submission - Ex. 20  Sealed version: ECF No. | Competitively Sensitive Information at PDF pages 3, 5 | Viacom (non-party) | The language that is the subject of the redactions in the Alter Report constitutes Non-Party Viacom's non-public, highly sensitive business and commercial information.  Disclosure of this information would put | Yes; this Court previously approved redactions of identical information appearing in other excerpts from the |

[1] The Parties previously determined that the State AGs' Penalty and Disgorgement Charts and Supporting Materials, ECF No. 445 (3218), did not contain CBI and reflected this determination in their prior Omnibus Sealing Stipulation with Proposed Order that was filed on July 6, 2026, ECF No. 454 (3234), which the Court granted on July 10, 2026, ECF No. 462 (3244).

[2] Pursuant to the Court's Order entering the Parties' Stipulation Regarding Sealing of Personally Identifiable Information ("PII") in Pre-trial Filings (ECF No. 462 (3244) (Order), ECF No. 453 (3232) (Stipulation)), which authorized the redaction of certain PII without additional approval by the Court, Meta has applied redactions to any PII appearing in Meta's Submission; those redactions are not included in this Omnibus Sealing Stipulation.  Concurrent with this Stipulation, the Parties are re-filing on the docket the unsealed version of Meta's Submission for which the only redactions are for PII.

OMNIBUS SEALING STIPULATION (META'S SUBMISSION RE: STATE AGS' PENALTY & DISGORGEMENT CHARTS)
Case Nos. 4:22-MD-03047-YGR-PHK, 4:23-CV-05448-YGR

**Undisputed Portions to Seal**

| Document | Portion to Be Sealed | Designating Party | Basis for Sealing | Whether Previously Sealed |
|---|---|---|---|---|
| 456-22 (3238-22)<br><br>Public redacted version: attached to this Stipulation | | | Non-Party Viacom at an unfair competitive advantage. *See* Decls. of Sam Lachman, ECF No. 404-1 (3163-1), & Kevin McKeegan, ECF No. 404-2 (3163-2); *Nixon v. Warner Commc'ns, Inc*., 435 U.S. 589, 598 (1978); *Phillips ex rel. Estates of Byrd v. General Motors Corp*., 307 F.3d 1206, 1211 (9th Cir. 2002). Non-Party Viacom maintains these types of internal documents in strict confidence. *Cf. Epic Games, Inc. v. Apple Inc*., 2021 WL 1925460, at *1 (N.D. Cal. Apr. 30, 2021); *U.S. v. Bazaarvoice, Inc*., 2014 WL 11297188, at *1 (N.D. Cal. Jan. 21, 2014). | same expert report that were filed in connection with the Parties' summary judgment and Rule 702 motions, listed below, *see* Pretrial Order No. 5, ECF No. 462 (3244):<br><br>State AGs' Opposition to Meta's Motion for Summary Judgment and Cross-Motion for Partial Summary Judgment - Ex. 1, ECF No. 454-1 (3234-1)<br><br>Meta's Motion to Exclude Expert Testimony of Adam Alter and Ravi Iyer - Ex. 1, ECF No. 454-8 (3234-8)<br><br>State AGs' Opposition to Meta's Motion to Exclude Expert Testimony of Adam Alter and Ravi Iyer - Ex. 1, ECF No. 454-9 (3234-9) |

2

Dated: July 15, 2026

Respectfully submitted,

DAVIS POLK & WARDWELL LLP

*/s/ Antonio J. Perez-Marques*

Antonio J. Perez-Marques, *pro hac vice*
James P. Rouhandeh, *pro hac vice*
Caroline Stern, *pro hac vice*
Corey M. Meyer, *pro hac vice*
450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4000
Facsimile: (212) 701-5800
rouhandeh@davispolk.com
antonio.perez@davispolk.com
caroline.stern@davispolk.com
corey.meyer@davispolk.com

COVINGTON & BURLING LLP
Ashley M. Simonsen, SBN 275203
1999 Avenue of the Stars
Los Angeles, California 90067
Telephone: (424) 332-4800
Facsimile: (424) 332-2749
asimonsen@cov.com

Paul W. Schmidt, *pro hac vice*
Phyllis A. Jones, *pro hac vice*
One CityCenter
850 Tenth Street, NW
Washington, DC 20001-4956
Telephone: (202) 662-6000
Facsimile: (202) 662-6291
pschmidt@cov.com
pajones@cov.com

*Attorney for Defendant Meta Platforms, Inc.*

ROB BONTA
Attorney General, State of California

*/s/Samantha Beckett*

Nicklas A. Akers (CA SBN 211222)
Senior Assistant Attorney General
Bernard Eskandari (SBN 244395)
Emily Kalanithi (SBN 256972)
Supervising Deputy Attorneys General
Nayha Arora (CA SBN 350467)
Megan O'Neill (CA SBN 343535)
Joshua Olszewski-Jubelirer (CA SBN 336428)
Brendan Ruddy (CA SBN 297896)
Samantha Beckett (CA SBN 308456)
Katherine Read (CA SBN 341463)
Deputy Attorneys General
California Department of Justice
Office of the Attorney General

3

455 Golden Gate Ave., Suite 11000
San Francisco, CA 94102-7004
Phone: (415) 510-4400
Fax: (415) 703-5480
megan.oneill@doj.ca.gov

*Attorneys for Plaintiff the People of the State of California*

PHILIP J. WEISER
Attorney General, State of Colorado

*/s/ Krista Batchelder*
Krista Batchelder, CO Reg. No. 45066,
*pro hac vice*
Deputy Solicitor General
Shannon Stevenson, CO Reg. No. 35542,
*pro hac vice*
Solicitor General
Elizabeth Orem, CO Reg. No. 58309,
*pro hac vice*
Assistant Attorney General
Colorado Department of Law
Ralph L. Carr Judicial Center
Consumer Protection Section
1300 Broadway, 7th Floor
Denver, CO 80203
Phone: (720) 508-6651
krista.batchelder@coag.gov
shannon.stevenson@coag.gov
elizabeth.orem@coag.gov

*Attorneys for Plaintiff State of Colorado, ex rel.*
*Philip J. Weiser, Attorney General*

RUSSELL COLEMAN
Attorney General, Commonwealth of Kentucky

*/s/ J. Christian Lewis*
J. Christian Lewis (KY Bar No. 87109),
*Pro hac vice*
Philip Heleringer (KY Bar No. 96748),
*Pro hac vice*
Zachary Richards (KY Bar No. 99209),
*Pro hac vice*
Daniel I. Keiser (KY Bar No. 100264),
*Pro hac vice*
Matthew Cocanougher (KY Bar No. 94292),
*Pro hac vice*
Assistant Attorneys General
1024 Capital Center Drive, Suite 200
Frankfort, KY 40601

4

christian.lewis@ky.gov
philip.heleringer@ky.gov
zach.richards@ky.gov
daniel.keiser@ky.gov
matthew.cocanougher@ky.gov
Phone: (502) 696-5300
Fax: (502) 564-2698

*Attorneys for Plaintiff the Commonwealth of Kentucky*

JENNIFER DAVENPORT
Attorney General, State of New Jersey

*/s/ Kashif T. Chand*
Kashif T. Chand (NJ Bar No. 016752008), *Pro hac vice*
Assistant Attorney General
Thomas Huynh (NJ Bar No. 200942017), *Pro hac vice*
Section Chief, Deputy Attorney General
Verna J. Pradaxay (NJ Bar No. 335822021), *Pro hac vice*
Mandy K. Wang (NJ Bar No. 373452021), *Pro hac vice*
Deputy Attorneys General
New Jersey Office of the Attorney General, Division of Law
124 Halsey Street, 5th Floor
Newark, NJ 07101
Tel: (973) 648-2052
Kashif.Chand@law.njoag.gov
Thomas.Huynh@law.njoag.gov
Verna.Pradaxay@law.njoag.gov
Mandy.Wang@law.njoag.gov

*Attorneys for Plaintiffs New Jersey Attorney General and the New Jersey Division of Consumer Affairs Jennifer Davenport, Attorney General for the State of New Jersey, and Jeremy E. Hollander, Acting Director of the New Jersey Division of Consumer Affairs*

5

**ATTESTATION**

I, Antonio J. Perez-Marques, hereby attest, pursuant to N.D. Cal. Civil L.R. 5-1, that the concurrence to the filing of this document has been obtained from each signatory hereto.


Dated: July 15, 2026                              /s/ *Antonio J. Perez-Marques*
                                                  Antonio J. Perez-Marques