# Exhibit 20

PII and CSI Redacted

Highly Confidential

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| *PEOPLE OF THE STATE OF CALIFORNIA, et al.,*<br>Plaintiffs,<br><br>v.<br><br>*META PLATFORMS, INC, Instagram, LLC, Meta Payments, Inc., Meta Platforms Technologies, LLC., et al.,*<br>Defendants<br><br><br>IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br>4:23-cv-05448 | MDL No. 3047<br><br>Case No. 4:23-cv-05448-YGR<br><br>Judge: Hon. Yvonne Gonzalez Rogers<br><br>Magistrate Judge: Hon. Peter H. Kang |

**TRIAL REPORT OF ADAM L. ALTER, PH.D.**
**August 1, 2025**

Highly Confidential

advertisers who sought to market products that targeted children. A closer look at Nickelodeon's purchase of ads on Meta's platforms provides a case study in how advertisers viewed Instagram as venue to target under-13 users.

501.    Nickelodeon is the most popular children's TV network among children aged 2-11.[1168] Nickelodeon provides a compelling case study because, as one of the largest and most influential children's entertainment brands, its strategies are likely to be mimicked or matched by other companies that seek to target children and tweens. Nickelodeon used Instagram to promote shows with a target market of children under 13 on the platform. An internal Nickelodeon marketing document from 2021 examined various promotional marketing channels (or venues) that might enable the company to promote its forthcoming show *Warped* to its target market of 6- to 11-year-olds.[1169] Nickelodeon noted that its target audience included ████████████ ████████████ who is ███████████████████████ and suggested that the ███████████████████████████ should prioritize these online users.[1170] Nickelodeon's research highlighted that ██████████████ target audience considers Instagram a preferred social media app and that they are a ████████████████████ ██████████[1171] In promoting *Warped*, Nickelodeon planned to "utilize Instagram ███████ ██████████████████████████████████████████ ████████████████[1172]

502.    In addition to promoting posts by its shows' stars, Nickelodeon also invested in ads on

[1168]    https://variety.com/2019/tv/features/nickelodeon-40th-anniversary-rugrats-blues-clues-spongebob-kids-choices-awards-ryans-mystery-playdate-1203164889/.

[1169]    AG-MDL3047-105164, "Warped: Media Recommendation," November 2021 at 116.

[1170]    AG-MDL3047-105164, "Warped: Media Recommendation," November 2021 at 169.

[1171]    AG-MDL3047-105164, "Warped: Media Recommendation," November 2021 at 185.

[1172]    AG-MDL3047-105164, "Warped: Media Recommendation," November 2021 at 185.

Highly Confidential

Instagram. Between 2015 and the first part of 2024, Meta generated approximately $18.7 million dollars in revenue from Nickelodeon ads on Instagram.[1173] Over 27,000 of these ads were designed to target an audience that included 13-year-olds, generating 2.5 billion impressions in total. During the same time period, Nickelodeon placed approximately 370 ads that targeted *only* users below the age of 15, generating over 35 million impressions.[1174] Because Instagram's official policy is that users must be 13,[1175] advertisers are unable to select ages under 13 as the target audience, instead relying on the similarities between 13-year-olds and their tween peers, using 13 as a proxy for these younger users. Figure 27, Figure 28, and Figure 29, below, are still images from Nickelodeon ads that were designed to target only users aged 15 years and younger.

503.     Figure 27, below, shows a still from a video preview for a music video from  and ▮▮▮▮, stars of their own respective children's shows.[1176] The ad caption read, "new beats for you to jam to […] dropping tonight after new Young Dylan & That Girl Lay Lay at 7p/6c"[1177]

---

[1173]   Includes ads for both Nickelodeon and Nickelodeon Family. Figures are derived using data from the following sources: META3047MDL-115-00000004; META3047MDL-115-00000005; META3047MDL-115-00000006; META3047MDL-115-00000007; META3047MDL-115-00000008; META3047MDL-115-00000009; META3047MDL-115-00000010; META3047MDL-115-00000011; META3047MDL-115-00000012; META3047MDL-115-00000013.

[1174]   Includes ads for both Nickelodeon and Nickelodeon Family. Figures are derived using data from the following sources: META3047MDL-115-00000004; META3047MDL-115-00000005; META3047MDL-115-00000006; META3047MDL-115-00000007; META3047MDL-115-00000008; META3047MDL-115-00000009; META3047MDL-115-00000010; META3047MDL-115-00000011; META3047MDL-115-00000012; META3047MDL-115-00000013.

[1175]   https://help.instagram.com/3237561506542117.

[1176]   https://www.imdb.com/title/tt11097072, https://www.imdb.com/title/tt14442054/.

[1177]   META3047MDL-220-00001997.

Highly Confidential

2-11,[1394] placed on Facebook to target child users.

564.    As discussed in more detail in Section XVII.C.ii, Nickelodeon's internal documents



[1395] However, Nickelodeon's recap of its campaign to market the Kids' Choice Awards

in 2022 notes that ███████████████████████ on Facebook, ██

███████████████████████.[1396] The presentation ███████████

███████████████████████████████████

██████████, illustrating Nickelodeon's impression that ████████████████

███████████████████████████████ [1397]

565.    Between 2012 and the first part of 2024, Meta generated $17.8 million dollars in revenue

from Nickelodeon ads on Facebook.[1398] Nearly 17,000 of these ads were designed to target an

audience that included 13-year-olds, generating 1.2 billion impressions in total. During the same

period, Nickelodeon placed approximately 745 ads that targeted *only* users below the age of 15,

generating over 11 million impressions.[1399] Because Facebook's official policy is that users must

---

[1394]    https://variety.com/2019/tv/features/nickelodeon-40th-anniversary-rugrats-blues-clues-spongebob-kids-choices-awards-ryans-mystery-playdate-1203164889/.

[1395]    AG-MDL3047-105579, "Kid's Choice Awards Wrap Report 2022," 2022 at 585, 600.

[1396]    AG-MDL3047-105579, "Kid's Choice Awards Wrap Report 2022," 2022 at 600.

[1397]    AG-MDL3047-105579, "Kid's Choice Awards Wrap Report 2022," 2022 at 618.

[1398]    Includes ads for both Nickelodeon and Nickelodeon Family. Figures are derived using data from the following sources: META3047MDL-115-00000004; META3047MDL-115-00000005; META3047MDL-115-00000006; META3047MDL-115-00000007; META3047MDL-115-00000008; META3047MDL-115-00000009; META3047MDL-115-00000010; META3047MDL-115-00000011; META3047MDL-115-00000012; META3047MDL-115-00000013.

[1399]    Includes ads for both Nickelodeon and Nickelodeon Family. Figures are derived using data from the following sources: META3047MDL-115-00000001; META3047MDL-115-00000002; META3047MDL-115-00000003; META3047MDL-115-00000004; META3047MDL-115-00000005; META3047MDL-115-00000006; META3047MDL-115-00000007; META3047MDL-115-00000008; META3047MDL-115-00000009; META3047MDL-115-00000010; META3047MDL-115-00000011; META3047MDL-115-00000012; META3047MDL-115-00000013.

Highly Confidential

be 13,[1400] advertisers are unable to explicitly target audiences under the age of 13. However, as Meta's research established, the interests of 11- and 12-year-old children are similar to those of their 13- and 14-year-old near-peers, meaning the same types of ads are likely to appeal to tweens.

566.    In the Nickelodeon Facebook ad in Figure 57, below, targeted to reach only users under the age of 15, the voiceover addresses children directly, saying the "Kids' Choice Awards are right around the corner, which means it's time to vote for your favorite[s]."[1401] The Kids' Choice Awards draws over 3 million viewers, and in 2023 was the top cable telecast among children aged 2-11 and tweens aged 9-14.[1402]

**Figure 57. Still from video promotion of 2015 Kids' Choice Awards[1403]**



---

1400    https://help.instagram.com/3237561506542117.
1401    META3047MDL-220-00001318.
1402    https://deadline.com/2023/03/2023-nickelodeons-kids-choice-awards-ratings-1235282177/.
1403    META3047MDL-220-00001316 and META3047MDL-220-00001318.

Highly Confidential

The undersigned hereby certifies their understanding that they owe a primary and overriding duty of candor and professional integrity to help the Court on matters within their expertise and in all submissions to, or testimony before, the Court. The undersigned further certifies that their report and opinions are not being presented for any improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation.

_____          _____August 1, 2025_____
Adam L. Alter, Ph.D.                                  Date