**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*People of the State of California, et al. v. Meta Platforms, Inc., et al.* | MDL No. 3047<br><br>Case Nos. 4:22-md-03047-YGR-PHK<br>      4:23-cv-05448-YGR<br><br>**[PROPOSED] ORDER REGARDING OMNIBUS SEALING STIPULATION (META'S SUBMISSION REGARDING STATE AGS' PENALTY AND DISGORGEMENT CHARTS, ECF NO. 456 (3238))**<br><br>Judge: Hon. Yvonne Gonzalez Rogers<br>Magistrate Judge: Hon. Peter H. Kang |

The Court has considered the State Attorneys General ("State AGs") and Defendant Meta Platforms, Inc. ("Meta") (together the "Parties") Omnibus Sealing Stipulation concerning Meta's Submission Regarding State AGs' Penalty and Disgorgement Charts and Supporting Materials ("Meta's Submission"), ECF No. 456 (3238).  Pursuant to Civil Local Rules 7-11 and 79-5, and the Court's Order Setting Sealing Procedures (ECF 341), the Parties have agreed to the following redactions, and the Court rules as follows on the undisputed redaction set forth below:

| Document | Portion to be Sealed | Action to Be Taken | Court Order |
|---|---|---|---|
| Meta's Submission - Ex. 20 <br> Sealed version: ECF No. 456-22 (3238-22) <br> Public redacted version: attached to the Omnibus Sealing Stipulation | Competitively Sensitive Information at PDF pages 3, 5 | Redact specified portion | |

IT IS SO ORDERED.

DATED:  _____

_____
HON. YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT JUDGE

1

[PROPOSED] ORDER REGARDING OMNIBUS SEALING STIPULATION (META'S SUBMISSION RE: STATE AGS' PENALTY AND DISGORGEMENT CHARTS) - CASE NOS. 4:22-MD-03047-YGR-PHK, 4:23-CV-05448-YGR