[*Parties and Counsel Listed on Signature Pages*]

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION | MDL No. 3047 |
| | Case Nos. 4:22-md-03047-YGR-PHK<br>4:23-cv-05448-YGR |
| THIS DOCUMENT RELATES TO: | |
| *People of the State of California, et al. v. Meta Platforms, Inc., et al.* | STIPULATED DEPOSITION PROTOCOL AND [PROPOSED] ORDER |
| | Judge: Hon. Yvonne Gonzalez Rogers |
| | Magistrate Judge: Hon. Peter H. King |

WHEREAS, the parties anticipate presenting deposition testimony at trial and recognize the need for an efficient and orderly process for exchanging deposition designations and resolving related objections;

NOW, THEREFORE, the parties hereby stipulate and agree, subject to approval of the Court, as follows:

I.    **EXCHANGE OF WILL CALL WITNESS DEPOSITION DESIGNATIONS**

A.    **Will Call Witness Designations**

The parties must exchange deposition designations for the witnesses listed as "Will Call" on the witness lists the parties will file on July 9 pursuant to the Pretrial Schedule, limited to those witnesses

whose testimony the parties have indicated will be introduced (1) by designation or (2) either live or by designation, pursuant to the following schedule:

| Event | Deadline |
|---|---|
| Service of initial deposition designations by the designating party (individual Excel spreadsheet (one spreadsheet per witness) in CSV format) | July 15, 2026 at 5:00 p.m. PDT |
| Service of counter designations[1] to initial designations, together with objections to initial designations, by the non-designating party | July 22, 2026 at 5:00 p.m. PDT |
| Service of responses to objections to initial designations, together with any counter-counter designations and objections to counter-designations, by the designating party | July 29, 2026 at 5:00 p.m. PDT |
| Service of objections to counter-counter designations by the non-designating party | July 31, 2026 at 5:00 p.m. PDT |

### B.    Additional Deposition Designations

The parties may exchange additional deposition designations that the parties reasonably anticipate playing at trial, and shall present any disputes to the Court regarding such designations, pursuant to the following schedule:

---

[1] Counter designations are intended to cover material added for responsiveness or completeness, and do not preclude the countering party from separately designating affirmative testimony to be played in that party's case-in-chief through the affirmative designation process laid out herein.

| Event | Deadline |
|---|---|
| Service of initial deposition designations by the designating party (individual Excel spreadsheet (one spreadsheet per witness) in CSV format)[2] | Sixteen (16) calendar days before the deposition designations are expected to be played at trial[3], at 7:00 p.m. PDT. |
| Service of counter designations to initial designations, together with objections to initial designations, by the non-designating party | Three (3) calendar days after the initial deposition designations are exchanged, at 7:00 p.m. PDT. |
| Service of responses to objections to initial designations, together with any counter-counter designations and objections to counter-designations, by the designating party | Two (2) calendar days after the counter designations and objections are exchanged, at 7:00 p.m. PDT. |
| Service of objections to counter-counter designations by the non-designating party | Two (2) calendar days after the responses and objections to counter designations are exchanged, at 7:00 p.m. PDT. |
| Meet and confer regarding all objections | One (1) calendar day after the objections to counter-counter designations are exchanged. |
| Joint submission of unresolved disputes to the Court | Two (2) calendar day after the Parties meet and confer regarding all objections. |

---

[2] The total designations served on a given day may not exceed four (4) hours of affirmative testimony, unless the designating party designates more than four (4) hours from a single deposition, in which case that deposition's designations are the only designations that may be served on that day. The parties reserve the right to seek relief from the Court if they believe that the amount of designations served, either cumulatively or for a given period of time, is unreasonable.

[3] The Parties have agreed to maintain open lines of communication regarding the anticipated end date of the State AGs' case in chief. That said, the State AGs are not presently able to predict with certainty when they will turn the case over to Meta, and Meta is not presently able to predict with certainty when its defense case will begin and thus when it will call witnesses by designation. The Parties agree to meet and confer in good faith regarding any necessary changes to these exchange deadlines and/or the timing of witnesses that reasonably result from this mutual uncertainty.

META AND STATE AGS' STIPULATED DEPOSITION PROTOCOL AND [PROPOSED] ORDER
Case Nos. 4:22-md-03047-YGR-PHK; 4:23-cv-05448-YGR

| Event | Deadline |
|---|---|
| Designating party serves the final video for the non-designating party to review | No later than 4:00 p.m. PDT the day after unresolved disputes are submitted to the Court. |

The Party designating testimony reserves the right to withdraw any portions of the testimony they have chosen to designate up until service of the final video for review by the non-designating party. However, if any designations are withdrawn, the non-designating party will have an opportunity to re-add any withdrawn designations and/or withdraw any responsive designations, and the designating party will make those changes and serve a revised version of the final video for review. [4]

## II.    SUBMISSION OF DEPOSITION DESIGNATION DISPUTES TO THE COURT

1. **Joint Submission in Excel Format** - The parties shall submit all unresolved deposition designation disputes in a single, joint Excel spreadsheet, along with a transcript and any relevant exhibits included within the disputed designations, as outlined below.

2. **Required Format and Column Headers** - The spreadsheet that the parties submit to the Court shall be in a format similar to the one attached.

3. **Identification of Party** - The spreadsheet shall clearly identify the party responsible for each designation, counter-designation, reply designation, objection, and response.

4. **Color Coding**- The parties shall use consistent color coding to distinguish initial designations, completeness designations, counter-designations, and reply (counter-counter) designations.

5. **Organization** - Each spreadsheet shall contain designations for a single witness, with separate sheets for the designating party's video and the non-designating party's video.  Within those sheets, the testimony shall be in chronological order by transcript page and line (i.e., completeness designations

---

[4] To the extent the designating party withdraws a substantial portion of their designations following submission to the Court, that party shall serve their revised affirmative designations on the other party no later than three (3) calendar days prior to intended play at trial.  The counter-designating party shall respond the next calendar day with any withdrawals they would like to make (i.e., two (2) calendar days prior to play at trial).

META AND STATE AGS' STIPULATED DEPOSITION PROTOCOL AND [PROPOSED] ORDER
Case Nos. 4:22-md-03047-YGR-PHK; 4:23-cv-05448-YGR

from the non-designating party will be included on the designating party's sheet, in the location they appear in the transcript).

6. **No Separate Briefing** - All arguments regarding specific designations submitted by the parties shall be contained within the spreadsheet. No separate briefs or submissions on those designations shall be permitted absent leave of the Court.  Objections and Responses shall be succinctly stated, consistent with the priority deposition designation chart submitted by the parties to the Court.

7. **Exhibits and Electronic Submission** - The parties shall submit all materials to the Court in electronic format. The parties shall provide, together with the spreadsheet, all exhibits necessary to resolve the disputed designations, limited to relevant portions and clearly labeled to correspond to the applicable testimony.

8. **Condensed Transcripts** - The parties shall submit, in electronic format, a complete condensed version of the transcript for each witness, with the relevant testimony highlighted and color coded consistent with the designations in the Excel spreadsheet.

9. **Submitting Party** – The party who originally designated affirmatively from the deposition at issue shall be responsible for submitting these materials to the Court, and shall submit the materials only after receiving approval from the other parties of the final materials.

   o **For further rolling designations**:  When one party submits materials to the other for sign-off, the receiving party must complete its review and provide sign-off within three hours of receipt to avoid delay, provided that the materials are sent to the other party between 8 AM PDT and 5 PM PDT.  If a party transmits deposition designation materials for sign-off between 5 PM PDT and 8 AM PDT, then the deadline for the other party to provide sign-off will be 11 AM PDT.

## III.    <u>TIMING AND ORDER OF PLAY</u>

The designating party's designations shall be played first.  Any completeness designations that are designated by the non-designating party to complete testimony within this set of affirmative designations shall be played with this video, in the location the testimony originally was elicited.

The non-designating party's counter-designations that are within the scope of the topics designated in the affirmative designations shall then be played after the designating party's video, but in the designating party's case.

For witnesses affiliated with a non-designating party, all designations from the non-designating party outside the scope of the designating party's designations shall be played, if at all, during the non-designating party's case in chief.  The designating party's counter and completeness designations to those outside-the-scope designations shall be played in the manner described in the preceding paragraphs.

Any disputes as to whether a designation is for completeness or within the scope of the topics designated in the affirmative designations shall be decided by the Court.

**PURSUANT TO STIPULATION, IT IS SO ORDERED**

DATED:

_____
YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT JUDGE

Dated: July 15, 2026                      Respectfully submitted,


By:    /s/ Megan O'Neil
_____

**ROB BONTA**
Attorney General
State of California

Nicklas A. Akers (CA SBN 211222)
Senior Assistant Attorney General
Bernard Eskandari (SBN 244395)
Emily Kalanithi (SBN 256972)
Supervising Deputy Attorneys General
Nayha Arora (CA SBN 350467)
Megan O'Neill (CA SBN 343535)
Joshua Olszewski-Jubelirer (CA SBN 336428)
Brendan Ruddy (CA SBN 297896)
Deputy Attorneys General
California Department of Justice
Office of the Attorney General
455 Golden Gate Ave., Suite 11000
San Francisco, CA 94102-7004

Phone: (415) 510-4400
Fax: (415) 703-5480
Megan.Oneill@doj.ca.gov

*Attorneys for Plaintiff the People of the State of California*

**PHILIP J. WEISER**
Attorney General
State of Colorado

*/s/ Krista Batcchelder*

Krista Batchelder, CO Reg. No. 45066,
*pro hac vice*
Deputy Solicitor General
Shannon Stevenson, CO Reg. No. 35542,
*pro hac vice*
Solicitor General
Jason Slothouber, CO Reg. No.  43496
*pro hac vice*
Chief Trial Counsel
Colorado Department of Law
Ralph L. Carr Judicial Center
Consumer Protection Section
1300 Broadway, 7th Floor
Denver, CO 80203
Phone: (720) 508-6000
Krista.Batchelder@coag.gov
Shannon.Stevenson@coag.gov
Jason.Slothouber@coag.gov

*Attorneys for Plaintiff State of Colorado, ex rel. Philip J. Weiser, Attorney General*

**RUSSELL COLEMAN**
Attorney General
Commonwealth of Kentucky

/s/ Philip Heleringer

J. Christian Lewis (KY Bar No. 87109),
*Pro hac vice*
Philip Heleringer (KY Bar No. 96748),
*Pro hac vice*
Zachary Richards (KY Bar No. 99209),
*Pro hac vice*
Daniel I. Keiser (KY Bar No. 100264),
*Pro hac vice*
Matthew Cocanougher (KY Bar No. 94292),

7

*Pro hac vice*
Assistant Attorneys General
1024 Capital Center Drive, Suite 200
Frankfort, KY 40601
CHRISTIAN.LEWIS@KY.GOV
PHILIP.HELERINGER@KY.GOV
ZACH.RICHARDS@KY.GOV
DANIEL.KEISER@KY.GOV
MATTHEW.COCANOUGHER@KY.GOV
Phone: (502) 696-5300
Fax: (502) 564-2698

*Attorneys for Plaintiff the Commonwealth of Kentucky*

**JENNIFER DAVENPORT**
Attorney General
State of New Jersey

*/s/ Thomas Huynh*

Brian F. McDonough (NJ Bar No. 026121980),
*Pro hac vice*
Kashif T. Chand (NJ Bar No. 016752008),
*Pro hac vice*
Assistant Attorney General
Thomas Huynh (NJ Bar No. 200942017),
*Pro hac vice*
Assistant Section Chief, Deputy Attorney General
Verna J. Pradaxay (NJ Bar No. 335822021),
*Pro hac vice*
Mandy K. Wang (NJ Bar No. 373452021),
*Pro hac vice*
Deputy Attorneys General
New Jersey Office of the Attorney General,
Division of Law
124 Halsey Street, 5th Floor
Newark, NJ 07101
Tel: (973) 648-2052
Brian.Mcdonough@law.njoag.gov
Kashif.Chand@law.njoag.gov
Thomas.Huynh@law.njoag.gov
Verna.Pradaxay@law.njoag.gov
Mandy.Wang@law.njoag.gov

*Attorneys for Plaintiffs Jennifer Davenport, Attorney General for the State of New Jersey, and Jeremy E. Hollander, Acting Director of the New Jersey Division of Consumer Affairs*

8

By: /s/ Ashley M. Simonsenl

**COVINGTON & BURLING LLP**

Ashley M. Simonsen, SBN 275203
COVINGTON & BURLING LLP
1999 Avenue of the Stars
Los Angeles, CA 90067
Telephone: (424) 332-4800
Facsimile: + 1 (424) 332-4749
Email: asimonsen@cov.com

Phyllis A. Jones, *pro hac vice*
Paul W. Schmidt, *pro hac vice*
Timothy C. Hester, *pro hac vice*
COVINGTON & BURLING LLP
One City Center
850 Tenth Street, NW
Washington, DC 20001-4956
Telephone: + 1 (202) 662-6000
Facsimile: + 1 (202) 662-6291
Email: pajones@cov.com

*Attorneys for Defendants Meta Platforms, Inc. and Instagram, LLC*

**DAVIS POLK & WARDWELL LLP**

James P. Rouhandeh, *pro hac vice*
Antonio J. Perez-Marques, *pro hac vice*
Caroline Stern, *pro hac vice*
Corey M. Meyer, *pro hac vice*
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4000
Facsimile: (212) 701-5800
rouhandeh@davispolk.com
antonio.perez@davispolk.com
caroline.stern@davispolk.com
corey.meyer@davispolk.com

## <u>SIGNATURE CERTIFICATION</u>

Under Civ. L.R. 5-1(h)(3), I, Ashley M. Simonsen, hereby attest that all signatories listed, and on whose behalf the filing is submitted, concur in this filing's content and have authorized this filing.

DATED:  July 15, 2026                                     */s/ Ashley M. Simonsen*

META AND STATE AGS' STIPULATED DEPOSITION PROTOCOL AND [PROPOSED] ORDER
Case Nos. 4:22-md-03047-YGR-PHK; 4:23-cv-05448-YGR