

𝕾𝖚𝖕𝖗𝖊𝖒𝖊 𝕮𝖔𝖚𝖗𝖙 𝖔𝖋 𝕻𝖊𝖓𝖓𝖘𝖞𝖑𝖛𝖆𝖓𝖎𝖆

## CERTIFICATE OF GOOD STANDING

### *Joseph John Fantini, Esq.*

#### DATE OF ADMISSION

*October 22, 2009*

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.



**Witness my hand and official seal**
**Dated: July 9, 2026**

*Nicole Traini*

Nicole Traini
Chief Clerk