# Exhibit 2

CONFIDENTIAL

Page 1

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA


IN RE: SOCIAL MEDIA           )

ADOLESCENT ADDICTION/         ) Case No.

PERSONAL INJURY PRODUCTS      ) 4:23-MD-03047-YGR

LIABILITY LITIGATION          ) MDL No. 3047

_____ )

THIS DOCUMENT RELATES TO: ) CONTAINS CONFIDENTIAL

ALL ACTIONS                   ) INFORMATION

_____ )









V O L U M E   I

VIDEOTAPED DEPOSITION OF JEAN M. TWENGE, Ph.D.

SEPTEMBER 17, 2025

9:12 A.M.




Job No. MDLG7525839

Reported by: Leslie A. Todd, CSR No. 5129 and RPR

CONFIDENTIAL

Q.   Have you reviewed the report of Nick Allen in this case?

A.   I don't believe so, no.

Q.   The next question is going to seem a little silly.  Are you offering any opinions in response to Nick Allen's opinion?

A.   No.

Q.   Okay.  A few more of these.  Have you reviewed the report of Stephen Buka in this case?

A.   That name sounds familiar, but I don't believe so, no.

Q.   Are you offering any opinions in response to Stephen Buka?

A.   No.

Q.   Have you reviewed the report of Sandeep Chatterjee in this case?

A.   No.

Q.   Are you offering any opinions in response to Sandeep Chatterjee?

A.   No.

Q.   Is one of the features of social media platforms that you believe causes harm, algorithms that curate and recommend content to users?

CONFIDENTIAL

Page 186

A.    That is one of the features, yes.  There are many, but, yes, those algorithms that curate and recommend content are one of those features.

Q.    And the studies that you cite in your report, do they reflect harm caused by those algorithms?

A.    So the studies in my report are focused on time spent on social media, and to the extent that that time spent is increased by those algorithms, yes.

Q.    So is it fair to say that if a study measures harm, based on time spent, and algorithms are one of the features that is causing harm to users, then that harm caused by the algorithms is going to be reflected in that study?  Is that accurate?

MS. McNABB:  Objection.  Form.

THE WITNESS:  So that was a very complicated question.

BY MR. SOLBERG:

Q.    I apologize.  We can take a few more runs at it.

A.    Yeah, let's do that.

Q.    So I'm trying to get at, if a

CONFIDENTIAL

study shows that time spent goes up, and harm goes up, or time spent goes down, then harm goes down, that indicates to you that something about using the social media platform is causing harm.  Is that fair to say?

MS. McNABB:  Objection.  Form.

THE WITNESS:  I wouldn't put it quite that way.  It's more complex than a "yes" or "no."

So because the example that you're offering is more -- sounds more, to me, like a correlational or cross-sectional study.  So if you go to the experimental studies, and use that rubric, then, yes, something about that platform and the time spent on that platform is leading to the harm, like depression, so yeah.

BY MR. SOLBERG:

Q.    And it's your opinion that one of the aspects of the social media platforms that causes that harm that shows up in the studies is these algorithms we were just discussing; is that right?

CONFIDENTIAL

Page 188

A.    Yes, that is one of the factors.

Q.    So the harm caused by those algorithms to those users is reflected in the studies that you're discussing.  Is that fair to say?

MS. McNABB:  Objection.  Form.

THE WITNESS:  Yes, although there are many other factors.

BY MR. SOLBERG:

Q.    And another one of those factors is short form content that appears on the platforms.  Is that right?

A.    Can you tell me what you mean by short form content?

Q.    Content that is of, for example, short videos, as opposed to longer videos.

A.    Yes, although it would have to be in the context of features such as autoplay, such as the algorithms that curate that content, the infinite scroll.  Those other types of factors.

Q.    How about ephemeral or disappearing content?

MS. McNABB:  Objection.  Form.

THE WITNESS:  So that would be

Page 189

another aspect, because it drives time spent, and it drives coming back to the platform again to spend even more time with the fear that the content will disappear, and then you won't see it, et cetera.

BY MR. SOLBERG:

Q.    And how about features that allow users to share or save content privately?

MS. McNABB:  Objection.  Form.

THE WITNESS:  So that was not something I really explored in the report, because it's not as relevant for time spent.  But having done this work for a decade, yes, I have certainly come across cases where being able to hide things, say, from parents, like in the For Your Eyes Only, caused, to put it mildly, some issues.

BY MR. SOLBERG:

Q.    How about push notifications on the platforms?

A.    So push notifications would be another example of something that would

CONFIDENTIAL

Page 190

increase time spent by encouraging people to come back to the platform and spend more time. So that would be another example of a feature that might be relevant.

Q.    So going back to when we were talking about what these studies measure. These studies that measure the harm associated with social media platforms.  That harm that you refer to in those studies, it includes any harms caused by all those features we just discussed.  Is that right?

A.    It's hard for me to say that, because that is not what the studies were charged to do, and that's not what I was charged to do in the report.  I'm going on the research suggesting that those features increase time spent, increase compulsive behaviors, may increase the feeling of addiction.  And that could be distressful as well.

Q.    The studies that you cite as showing harm in association with social media use, they do not control for any effects of the features I just mentioned; is that right?

MS. McNABB:  Objection.  Form.

CONFIDENTIAL

Page 463

CERTIFICATE OF CERTIFIED SHORTHAND REPORTER

The undersigned Certified Shorthand Reporter does hereby certify:

That the foregoing proceeding was taken before me at the place and time therein set forth, at which time the witness was duly sworn; That the testimony of the witness and all objections made at the time of the examination were recorded stenographically by me and were thereafter transcribed, said transcript being a true and correct copy of my shorthand notes thereof; That the dismantling of the original transcript will void the reporter's certificate.

In witness thereof, I have subscribed my name this date:  Septembe

_____

LESLIE A. TODD, CSR, RPR

Certificate No. 5129

(The foregoing certification of this transcript does not apply to any reproduction of the same by any means, unless under the direct control and/or supervision of the certifying reporter.)