# Exhibit 3

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| *PEOPLE OF THE STATE OF CALIFORNIA, et al.,*<br>Plaintiffs,<br><br>v.<br><br>*META PLATFORMS, INC, Instagram, LLC, Meta Payments, Inc., Meta Platforms Technologies, LLC.,* *et al.,*<br>Defendants<br><br><br>IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br>4:23-cv-05448 | MDL No. 3047<br><br>Case No. 4:23-cv-05448-YGR<br><br>Judge: Hon. Yvonne Gonzalez Rogers<br><br>Magistrate Judge: Hon. Peter H. Kang |

## REBUTTAL TRIAL REPORT OF MITCH PRINSTEIN, PHD
### JULY 30, 2025

HIGHLY CONFIDENTIAL (COMPETITOR)

Rebuttal Trial Report of Mitch Prinstein, PhD

# I. Introduction

## I.A. Summary of opinions

(1)  In response to my opening report, Defendant Expert Reports provided the following criticisms. First, they criticize the use of the term "social media addiction." Second, Defendant Expert Reports further claim that my opening report disregards the potential benefits of social media and pathologizes social behavior and the role of dopamine. Third, Defendant Expert Reports argue that existing empirical research does not support the conclusion that there is a causal link between social media and negative health outcomes for teens. They do so by pointing to the limitations of the existing research, the role of other factors, and claims that Meta's internal research is "not scientifically reliable." Fourth, Defendant experts claim that existing research has focused on the impact of social media content and failed to demonstrate a connection between features of social media platforms and adverse mental health impacts.

(2)  In summary, nothing in Defendant Expert Reports changes the opinions described in my opening report, including that Meta platform features encourage problematic social media use, posing a risk to adolescents' mental health. Specifically, with respect to Defendant Expert Reports, I conclude as follows.

(3)  First, I do not use the term social media addiction in my opening report. Instead, my report focuses on symptoms of clinical dependency, including withdrawal; tolerance; uncontrolled, excessive use; and impairment to daily roles and routines. Youth are reporting symptoms of clinical dependency on social media that is interfering with their ability to sleep, eat, and focus on schoolwork, among other essential activities. This has been demonstrated consistently across many samples in the US and elsewhere.

(4)  Second, social media does include opportunities for behaviors that benefit some youth in some situations, and research has offered some evidence to support these positive outcomes. However, the features and functions that surround the social experiences change their impact. Functions and features such as the "like" button and notifications from Meta contribute to kids' excessive and habitual use of Meta's products. This process is fueled by dopamine responses and compounded among youth in particular by an underdeveloped inhibitory control system due to delayed maturation of the prefrontal cortex until the mid-20s. It is these functions that are associated with harm based on evidence to date.

Rebuttal Trial Report of Mitch Prinstein, PhD

The undersigned hereby certifies their understanding that they owe a primary and overriding duty of candor and professional integrity to help the Court on matters within their expertise and in all submissions to, or testimony before, the Court. The undersigned further certifies that their report and opinions are not being presented for any improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation.

_____

Mitch Prinstein, PhD

July 30, 2025
_____

Date