# Exhibit 4

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| *PEOPLE OF THE STATE OF CALIFORNIA, et al.,*<br>Plaintiffs,<br><br>v.<br><br>*META PLATFORMS, INC, Instagram, LLC, Meta Payments, Inc., Meta Platforms Technologies, LLC., et al.,*<br>Defendants<br><br><br>IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br>4:23-cv-05448 | MDL No. 3047<br><br>Case No. 4:23-cv-05448-YGR<br><br>Judge: Hon. Yvonne Gonzalez Rogers<br><br>Magistrate Judge: Hon. Peter H. Kang |

**TRIAL REPORT OF BRADLEY ZICHERMAN, MD**

**May 16, 2025**

Trial Report of Bradley Zicherman, MD

7. Giving up or reducing important social, occupational, or recreational activities due to substance use.

8. Recurrent use in physically hazardous situations (e.g., driving under the influence).

9. Continued use despite knowing it causes or worsens physical or psychological problems.

10. Tolerance (needing more of the substance for the same effect or reduced effect with the same amount).

11. Withdrawal (experiencing withdrawal symptoms or using the substance to relieve withdrawal).

(30) Severity Levels pursuant to the DSM criteria for substance use disorders are as follows:

- **Mild:** 2–3 criteria

- **Moderate:** 4–5 criteria

- **Severe:** 6+ criteria

(31) The proposed criteria for IGD and the established criteria for substance use disorders are quite similar. In my opinion, either set of criteria is appropriate to use when considering evaluation of a patient with technology use concerns. I believe the proposed criteria for IGD is limited by the lack of proposed severity levels. My own professional preference is to adapt the criteria for substance use disorder, and substitute the word technology, social media, or video game, for the abused substance.

(32) If considering social media addiction, the DSM-V criteria would be adapted as follows:

1. Using social media in larger amounts or for longer than intended.

2. Persistent desire or unsuccessful efforts to cut down or control use.

3. Spending a lot of time obtaining, using, or recovering from social media use.

4. Craving or strong urge to use social media.

5. Failure to fulfill major role obligations at work, school, or home due to social media use.

6. Continued use despite social or interpersonal problems caused by social media use.

7. Giving up or reducing important social, occupational, or recreational activities due to social media use.

8. Recurrent use in physically hazardous situations (e.g., driving while using social media, "viral" challenges or attempting dangerous stunts or pranks to be captured on social media, real-life meet ups with strangers that a child or teen may meet through social media).

9. Continued use despite knowing it causes or worsens physical or psychological problems.

Trial Report of Bradley Zicherman, MD

10. Tolerance (needing more use of social media for the same effect or reduced effect with the same amount).

11. Withdrawal (experiencing withdrawal symptoms or using social media to relieve withdrawal).

(33)    The Severity Levels would be unchanged:

- **Mild:** 2–3 criteria

- **Moderate:** 4–5 criteria

- **Severe:** 6+ criteria

(34)    In my professional experience working with patients with technology addiction concerns and more specifically, social media addiction concerns, I believe it is appropriate to consider an addiction disorder diagnosis if at least 2 of the 11 above criteria are met. I estimate that over 50 percent of patients I have clinically evaluated for social media addiction meet severe use disorder criteria, based on the above model.

Trial Report of Bradley Zicherman, MD

# III. Social media use is particularly problematic for teens and youth due to their underdeveloped brains

(35)    It is well established through research that the brain does not fully develop until the age of 25 in most individuals.[26] The last structure in the brain to fully develop is the prefrontal cortex. The prefrontal cortex is responsible for executive functioning: the ability to support goal-directed behavior through cognitive control. In other words, the prefrontal cortex underlies the ability to plan, focus attention, juggle tasks, prioritize appropriately, and control impulses.[27] Adolescence is a time when the executive function boundaries are tested. It is notoriously a time of risk-taking behaviors, substance use experimentation, and rebelling against authority.[28] The sub-optimal reasoning and decision making of an adolescent is a result of their stage of cognitive development and is largely influenced by the lag time in development of the prefrontal cortex.[29] While it may be expected that adolescents act in similar ways to adults, the prefrontal cortex of an adolescent and adult brain remain quite different. The adolescent prefrontal cortex has not yet undergone synaptic pruning and full myelination, two processes that help to improve cognition, reduce impulsivity and risk-taking, and promote emotional regulation.[30] The prefrontal cortex of an adolescent brain ultimately looks quite different through MRI and other imaging modalities compared to the prefrontal cortex of an adult.[31]

(36)    Dopamine is a neurotransmitter considered to be at the core of the brain's reward system, determining the reward value of experiences such as food, sex, and social interactions.[32] Upon exposure to rewarding stimuli, the mesolimbic system releases dopamine into specific target nuclei.[33] Evidence suggests that a shared mechanism in the brain underlies all addictions, whether substance-related or

---

[26]    Mariam Arain, Maliha Haque, Lina Johal, Puja Mathur, Wynand Nel, Afsha Rais, Ranbir Sandhu, and Sushil Sharma, "Maturation of the Adolescent Brain," *Neuropsychiatric Disease and Treatment* 9 (2013): 449–461.

[27]    Mariam Arain, Maliha Haque, Lina Johal, Puja Mathur, Wynand Nel, Afsha Rais, Ranbir Sandhu, and Sushil Sharma, "Maturation of the Adolescent Brain," *Neuropsychiatric Disease and Treatment* 9 (2013): 449–461. Naomi Friedman and Trevor Robbins, "The Role of Prefrontal Cortex in Cognitive Control and Executive Function," *Neuropsychopharmacology* 47, no. 1 (2022): 72–89. Earl Miller, and Jonathan Cohen, "An Integrative Theory of Prefrontal Cortex Function," Annual Review of Neuroscience 24, no. 1 (2001): 167–202. Adele Diamond, "Executive Functions," *Annual Review of Psychology* 64, no. 1 (2013): 135–168.

[28]    Laurence Steinberg, "A Social Neuroscience Perspective on Adolescent Risk-taking," *Developmental Review* 28, no. 1 (2008): 78–106. B.J. Casey and Kristina Caudle, "The Teenage Brain: Self Control," *Current Directions in Psychological Science* 22, no. 2 (2013): 82–87.

[29]    Laurence Steinberg, "Cognitive and Affective Development in Adolescence," *Trends in Cognitive Sciences* 9, no. 2 (2005): 69–74. Sarah-Jayne Blakemore, "Imaging Brain Development: The Adolescent Brain," *NeuroImage* 61, no. 2 (2012): 397–406.

[30]    Linda Patia Spear, "Adolescent Neurodevelopment," *Journal of Adolescent Health* 52, no. 2 (2013): S7–S13.

[31]    B.J. Casey, Rebecca Jones, and Todd Hare, "The Adolescent Brain," *Annals of the New York Academy of Sciences* 1124 (2008): 111–126.

[32]    Robert G. Lewis, Ermanno Florio, Daniela Punzo, and Emiliana Borrelli, "The Brain's Reward System in Health and Disease," *Circadian Clock in Brain Health and Disease: Advances in Experimental Medicine and Biology*, vol 1344. Springer, 2021: 57–69.

[33]    Debasmita De, Mazen El Jamal, Eda Aydemir, and Anika Khera, "Social Media Algorithms and Teen Addiction: Neurophysiological Impact and Ethical Considerations," *Cureus* 17, no. 1 (2025).

Trial Report of Bradley Zicherman, MD

behavioral such as social media addiction.[34] Social media applications impact this system by increasing dopamine release via digital footprints and machine learning algorithms that flash personalized content. This reinforcement motivates extended use and constant checking of the social media application due to the expectation of rewards.[35] When children and adolescents access their social media accounts, it is as if they are pulling a slot machine lever. They do not know when they check a social media account if there will be a new post, a new like, a new subscriber/follower, or targeted content that will trigger that dopamine release. In my clinical opinion, children and adolescents are victims of this endless dopamine feedback cycle, induced by endless social media feeds, seeking and anticipating rewards in the way of photo tagging, likes, and comments.

(37)   Given the significant ways in which the prefrontal cortex of an adolescent brain differs from the prefrontal cortex of an adult brain, the potential risk of using social media platforms such as Instagram are more severe for adolescents than adults. In my clinical opinion, the social media use habits of a 13-year-old are far more problematic than the social media use habits of a 25-year-old with a fully developed prefrontal cortex. Clinically, these younger patients are more likely to develop a social media addiction, and also seem far more likely to be impacted by risky content once exposed to it (illicit drugs, sexual content, eating disorders, etc.) In my work with adults above the age of 25, concerns about the possibility of a social media addiction are far less common compared to my work with individuals under the age of 25. An individual over the age of 25 is likely to have a developed sense of identity, self-esteem, and coping skills, providing resiliency and mitigating at least some of the negative effects of social media. Research studies also support the idea that social media addictions are far more prevalent in younger individuals.[36] In a Statista survey asking individuals if they feel addicted to social media, 40% of US responders aged 18–22 reported feeling addicted to social media.[37]

---

[34]   Eric J. Nestler, "Is There a Common Molecular Pathway for Addiction?" *Nature Neuroscience* 8, no. 11 (2005): 1445–1449.

[35]   Alejandro L. Mujica, Charles R. Crowell, Michael A. Villano, and Khutb M. Uddin, "Addiction By Design: Some Dimensions and Challenges of Excessive Social Media Use," *Medical Research Archives* 10, no. 2 (2022): 1–29.

[36]   Zara Abrams, "Why Young Brains are Especially Vulnerable to Social Media," American Psychological Association, August 3, 2023, https://www.apa.org/news/apa/2022/social-media-children-teens. Daria Kuss and Mark D. Griffiths, "Online Social Networking and Addiction—A Review of the Psychological Literature*," International Journal of Environmental Research and Public Health* 8, no. 9 (2011): 3528–3552.

[37]   "Share of Online Users in the United States Who Report Being Addicted to Social Media as of April 2019, by Age Group," Statista, August 2019, https://www.statista.com/statistics/1081292/social-media-addiction-by-age-usa/.

Trial Report of Bradley Zicherman, MD

having multiple "burner" accounts. Many families that I work with will say that they have given up attempting to regulate and restrict their child's access to apps such as Instagram because of the ineffective app restrictions.

(57) There are many features of Instagram that are harmful to youth based on my clinical experiences, including features of both "regular" and Teen Accounts. The Instagram features that increase app time use in youth in my experience include push notifications, automatically played video, infinite scrolling, gamification, autoplay and reels, and recommendation algorithms. With regards to "recommendation algorithms" this tool detects individual patterns of computer use and preferences, then continues to display similar patterns, encouraging a user to stay on the app. The "gamification" of apps and systems inputs fun elements into social media-based activities, resulting in reinforcing dopamine hits. In my clinical experience, these features encourage extended use and constant checking of the social media application and make it difficult for youth to disengage from the app.

(58) Push notifications are an incredibly problematic aspect of Instagram, perhaps its most powerful hook. Notifications are a default setting, even in Teen Accounts (which as described above are frequently bypassed by teen users) outside of the hours between 10 PM and 7 AM.[54] Push notifications alert users to constantly check the app for new likes and comments, follower requests, direct messages, story views, and more.[55] These notifications trigger a dopamine release, reinforcing the behavior of habitual checking of the social media app.[56] In my clinical work, I believe that these frequent pings are especially detrimental to children and teens as they disrupt focus on school, disrupt sleep, lead to heightened anxiety, and lead to increased compulsive screen checking and ultimately time spent on the app. The American Academy of Sleep Medicine recommends that all electronic devices be turned off at least 30–60 minutes before bed.[57] Electronic devices, particularly smartphones used to access social media, are incredibly stimulating. If Teen Accounts allow for notifications until 10 PM, a teen may not be able to settle down into a healthy sleep routine and fall asleep until 11 PM or later, which may be too late for teens.

(59) Current time limit reminders that are default in Teen Accounts only serve as a soft nudge. These settings do not lock a teen out of their account and can easily be "swiped" away, ignored, or bypassed altogether using regular accounts. As described above, teens I work with often do not think they have a problem and thus are not likely to take soft nudges like these seriously. Furthermore, researchers

---

[54] "Introducing Instagram Teen Accounts: Built-In Protections for Teens, Peace of Mind for Parents," Instagram, September 17, 2024, https://about.instagram.com/blog/announcements/instagram-teen-accounts.

[55] Seul-Kee Kim, So-Yeong Kim, Hang-Bong Kang, "An Analysis of the Effects of Smartphone Push Notifications on Task Performance with regard to Smartphone Overuse Using ERP," *Computational Intelligence and Neuroscience* (2016): 5718580.

[56] Zoe Wyatt, "Wired for Want: How Dopamine Drives the New Epidemic of Everyday Addictions," Psychiatry and Behavioral Health 4, no. 1 (2025): 1–6.

[57] "Video Games and Social Media: Factors Disrupting Healthy Student Sleep," American Academy of Sleep Medicine, August 14, 2023, https://aasm.org/video-games-and-social-media-factors-disrupting-healthy-student-sleep/.

Trial Report of Bradley Zicherman, MD

The undersigned hereby certifies their understanding that they owe a primary and overriding duty of candor and professional integrity to help the Court on matters within their expertise and in all submissions to, or testimony before, the Court. The undersigned further certifies that their report and opinions are not being presented for any improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation.

_____          May 16, 2025
_____
Bradley Zicherman, MD                       Date