# Exhibit 5

## PII Redacted

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

|  |  |
|---|---|
| *PEOPLE OF THE STATE OF CALIFORNIA, et al.,*<br>Plaintiffs,<br><br>v.<br><br>*META PLATFORMS, INC, Instagram, LLC, Meta Payments, Inc., Meta Platforms Technologies, LLC., et al.,*<br>Defendants<br><br><br>IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br>4:23-cv-05448 | MDL No. 3047<br><br>Case No. 4:23-cv-05448-YGR<br><br>Judge: Hon. Yvonne Gonzalez Rogers<br><br>Magistrate Judge: Hon. Peter H. Kang |

**TRIAL REPORT OF**
**Mitch Prinstein, Ph.D.**

**May 16, 2025**

HIGHLY CONFIDENTIAL (COMPETITOR)

Trial Report of Mitch Prinstein, PhD

they spend online isn't good for them but at the same time know they lack the willpower to control the time spent themselves."[53]

(40)    Another of Meta's internal assessments illustrates how often teen users engage in frequent phone "pickups" to check Instagram, prolonged sessions on Instagram, and nighttime use. In a February 11, 2022 Meta document discussing Instagram's "Take a Break" tool, Meta noted that 15% of teens have "long duration" sessions on Instagram that are 20 minutes or longer daily; 26% of teens have 20 or more app sessions per day, with half of those sessions being 10 minutes or less apart; and that 9% of teens spend 10 minutes or more on Instagram between midnight and 4 a.m. According to that same internal assessment,35% of teen Instagram users exhibit at least one of these three types of use, and 2.6% of teen users exhibit all three.[54]

(41)    Several Meta documents acknowledge the biological processes that underlie youths' vulnerability to problematic social media use and the proportion of youth suffering from dependency due to Instagram features. For instance, an internal May 2020 Instagram presentation notes teens' vulnerability, absent a mature frontal cortex, caused by behavior seeking emotion, novelty, and reward,[55] and that:

> "Teens brains are much more sensitive to dopamine, one of the reasons that the risk of drug addiction is higher for adolescents and keeps them scrolling and scrolling. And due to the immature brain they have a much harder time stopping even though they want to – our own product foundation research has shown teens are unhappy with the amount of time they spend on our app."[56]

(42)    The same presentation notes the role of Instagram features:

> "Approval and acceptance are huge rewards for teens and interactions are the currency on IG [Instagram]. DMs, notifications, comments, follows, likes, etc. encourage teens to continue engaging and keep coming back to the app."[57]

The presentation also highlights how Meta's algorithmic recommendation systems deliver dopamine hits to teen users.[58] In addition to this algorithmically primed content, in an October 2020 internal

---

[53]   META3047MDL-003-00109173 at -9221.

[54]   META3047MDL-035-00001018, slide 4.

[55]   META3047MDL-031-00191726 at -1736 ("Teens' decisions and behavior are mainly driven by emotion, the intrigue of novelty and reward…While these all seem positive, they make teens very vulnerable at the elevated levels they operate on. Especially in the absence of a mature frontal cortex to help impose limits on the indulgence in these.").

[56]   META3047MDL-031-00191726 at -1773.

[57]   META3047MDL-031-00191726 at -1779.

[58]   META3047MDL-031-00191726 at -1747 ("When it comes to discovery - finding something new or novel, much like our big bro FB, IG has a pretty good hold on the serendipitous aspect of discovery through our Explore surface,

Trial Report of Mitch Prinstein, PhD

document, features such as notifications, time-bound content, and auto-play have been identified by Meta researchers as triggers for problematic use.[59]

(43)    Meta claims it has introduced tools aimed at curbing problematic use or limiting time spent on Instagram. These tools may offer the appearance of attempts to assist youth, but they are insufficient given the powerful biological processes that drive youths' dependency on social media, as discussed by Meta staff in the excerpts highlighted above. Rather, these tools are more akin to "tissue-paper barriers" that may appear to be meaningful, but do not actually offer meaningful resistance for youth to continue engagement on the platform. Note that a 2022 Meta document states that less than one-third of one percent of youth meaningfully used these tools to reduce Instagram use.[60]

(44)    Youths' biological vulnerability to technology and social media, and their resulting frequent use of these platforms, can also alter youths' neural development since our brains develop in response to the environment we live in. Recent studies have revealed that technology and social media use may be associated with changes in functional brain development.[61] For instance, research with colleagues at UNC using annual fMRI brain scans revealed that more frequent use of adolescents' devices (i.e., predominantly for social media) was associated with unique development of brain regions, including hyperreactivity to social cues and diminished activation of youths' inhibitory responses. In short, results found that high social media may have promoted brain development in a way that may make adolescents more inclined to focus on social rewards (e.g., attention from peers) and altered self-control.[62]

---

recommendations, and social graphs. And everytime one of our teen users finds something unexpected their brains deliver them a dopamine hit.").

META3047MDL-003-00191207 at -1215 ("**Teen brains are much more sensitive to dopamine**, one of the reasons that the risk of drug addiction is higher for adolescents and it's the same thing that keeps them scrolling and scrolling. Due to the immature brain, **they have a much harder time stopping** even though they want to -- our own production foundation research has shown teens are unhappy with the amount of time they spend on our app.") (emphasis in original).

[59]    META3047MDL-020-00005380 at -5384. The October 2020, "Problematic Use Overview" was compiled by Jennifer Guadagno, previously Director of UX Research, Social Impact, at Meta and ▮▮▮▮▮, a Quantitative UX Researcher at Meta.

[60]    According to Meta engineers in 2022, teens had not meaningfully adopted Meta's Take a Break tool (0.165%) or Meta's Alternative Topic Nudges tool (0.137%). META3047MDL-047-01170167.

[61]    Anne J. Maheux, Kaitlyn Burnell, Maria T. Maza, Kara A. Fox, Eva H. Telzer, and Mitchell J. Prinstein, "Annual Research Review: Adolescent Social Media Use Is Not a Monolith: Toward the Study of Specific Social Media Components and Individual Differences," *Journal of Child Psychology and Psychiatry* 66, no. 4 (2025): 440–459.

[62]    "High" social media use being defined as >15 "pickups" a day. Maria T. Maza, Kara A. Fox, Seh-Joo Kwon, Jessica E. Flannery, Kristen A. Lindquist, Mitchell J. Prinstein, and Eva H. Telzer, "Association of habitual checking behaviors on social media with longitudinal functional brain development," *JAMA Pediatrics* 177, no. 2 (2023): 160–167.

---

Trial Report of Mitch Prinstein, PhD

The undersigned hereby certifies their understanding that they owe a primary and overriding duty of candor and professional integrity to help the Court on matters within their expertise and in all submissions to, or testimony before, the Court. The undersigned further certifies that their report and opinions are not being presented for any improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation.

| | |
|---|---|
| Mitch Prinstein, PhD | May 16, 2025 |
| | Date |