# Exhibit 7

CONFIDENTIAL

Page 1

No. 2384-CV-02397

_____

COMMONWEALTH OF MASSACHUSETTS

SUFFOLK COUNTY SUPERIOR COURT

_____

COMMONWEALTH OF MASSACHUSETTS

v.

META PLATFORMS, INC. and

INSTAGRAM, LLC

_____

VIDEOTAPED DEPOSITION OF MITCH PRINSTEIN, PH.D.

_____

PURSUANT TO NOTICE, the above-entitled deposition was taken on behalf of the Defendants at JB Duke Hotel, 230 Science Drive, Durham, North Carolina 27708, on Thursday, December 4, 2025, at 8:59 a.m., before Sophie Brock, Registered Diplomate Reporter, Certified Realtime Reporter, and Notary Public in and for the State of North Carolina.

CONFIDENTIAL

Page 48

now also at the mechanistic process level how it is that Instagram features, functions -- in this case, the like feature -- is likely causing harm to youth.

BY MS. COOPER:

Q.  So in other words, you used the findings of that study to then make your conclusions --

MR. MARTLAND:  Objection --

BY MS. COOPER:

Q.  -- is that what you just said?

MR. MARTLAND:  Objection. Characterization.

THE WITNESS:  That study was influential in reaching my conclusions, as well as within the broader consensus among scientists who study this topic.

BY MS. COOPER:

Q.  Okay.  I know we were starting to go through the specific features, and you stopped me and explained that mostly the research studies features together, but I would just like to understand your opinions in this case.

So I think we -- we got to infinite scroll, and just to repeat to make sure we're on the same page, you said that infinite scroll does have a causal relationship with mental health harms in adolescents;

CONFIDENTIAL

Page 49

right?

A.  I believe that infinite scroll -- I believe that it is -- it is -- let me just think about the best way to phrase this.

Based on my understanding of the literature, and based on my general knowledge in this area, I believe infinite scroll is contributing to problematic social media use.

Q.  And is that opinion specific to infinite scroll on Meta's platforms?

MR. MARTLAND:  Objection.  Vague.

THE WITNESS:  I don't -- what do you mean?  Can you --

BY MS. COOPER:

Q.  Is it your opinion that the infinite scroll feature of Instagram, for example, is causing mental health harms for adolescents?

A.  Oh.  Instagram is one of the most popular platforms that kids are using, and in the data that I've seen, it's often -- it's often the platform -- the only platform using infinite scroll that is this frequently used among kids in these studies.  So I think that would be a fair conclusion to make, yeah.

Q.  Are you concluding that the infinite scroll features of other social media platforms, like TikTok,

CONFIDENTIAL

Page 98

STATE OF NORTH CAROLINA     )

                            )   C E R T I F I C A T E

COUNTY OF ORANGE            )

        I, Sophie Brock, Registered Diplomate Reporter, Certified Realtime Reporter, and Notary Public of North Carolina, the officer before whom the foregoing proceeding was conducted, do hereby certify that the witness whose testimony appears in the foregoing proceeding was duly sworn by me; that the testimony of said witness was taken by me to the best of my ability and thereafter transcribed under my supervision; and that the foregoing pages, inclusive, constitute a true and accurate transcription of the testimony of the witness.

        I do further certify that I am neither counsel for, related to, nor employed by any of the parties to this action, and further, that I am not a relative or employee of any attorney or counsel employed by the parties thereof, nor financially or otherwise interested in the outcome of said action.

        This, the 5th day of December, 2025.

_____

Sophie Brock, RDR, CRR

Notary Number: 200834000001