# Exhibit 8

# IN THE UNITED STATES DISTRICT COURT FOR
# THE NORTHERN DISTRICT OF CALIFORNIA

*PEOPLE OF THE STATE OF CALIFORNIA, et al.,*
Plaintiffs,

v.

*META PLATFORMS, INC, Instagram, LLC, Meta Payments, Inc., Meta Platforms Technologies, LLC.,*
Defendants


IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION

THIS DOCUMENT RELATES TO:
4:23-cv-05448

MDL No. 3047

Case No. 4:23-cv-05448-YGR

Judge: Hon. Yvonne Gonzalez Rogers

Magistrate Judge: Hon. Peter H. Kang


## TRIAL REPORT OF COLIN GRAY
**May 16, 2025**

litigation to have commenced). (Castaneda Ex. 23; META3047MDL-035-00002750 at 26 ("Adult models are not currently effective at finding adult age liars . . . which is critical for two-sided interactions where risky adults are seeking to enter into Youth spaces.")).

100.    Until March 2021, and to varying degrees between March 2021 and September 2024, Instagram's settings made teen accounts discoverable by anyone, significantly increasing their exposure to strangers, unsolicited contact, grooming behaviors, and psychologically harmful content. (See, e.g., META3047MDL-020-00270225). Worse, no friction or educational prompts were provided at sign-up to guide teen users in evaluating or adjusting these defaults. This violates a key design responsibility when serving vulnerable populations, particularly minors, who may not fully understand the implications of these settings.

101.    The exposure of teen users to public-by-default settings can also be understood within the broader ecosystem of attention-capture design, wherein platform features—particularly those encountered during onboarding—are optimized not just for sign-up completion but for rapid immersion and habitual use. (See META3047MDL-047-00346649). Meta's onboarding flow introduces features designed to normalize constant engagement: immediate exposure to algorithmically curated content, auto-play videos and stories, persistent notifications, and a continuous feed structure that reinforces return behaviors. (See, e.g., META3047MDL-047-00575949). As identified in recent research on attention capture deceptive designs, such mechanisms exploit users' limited capacity for reflection and deliberately reduce friction in order to accelerate attachment to the platform (Monge Roffarello et al., 2023). These features often leverage feedback loops involving social validation (likes, comments, follows), **social engineering** via fear of missing out, and intermittent reinforcement to deepen engagement before users—particularly teens—can develop awareness or control over their usage patterns.

102.    When paired with privacy-invasive defaults, this design strategy creates a dangerous combination. The rapid onboarding process feeds quick addiction to the platform, while public-by-default profiles maximize incoming stimuli, including unsolicited comments, interactions with strangers, and algorithmically presented exposure to emotionally provocative or

The undersigned hereby certifies their understanding that they owe a primary and overriding duty of candor and professional integrity to help the Court on matters within their expertise and in all submissions to, or testimony before, the Court. The undersigned further certifies that their report and opinions are not being presented for any improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation.

Dated: May 16, 2025

Colin M. Gray, PhD

HIGHLY CONFIDENTIAL (COMPETITOR)