# Exhibit 9

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| *PEOPLE OF THE STATE OF CALIFORNIA, et al.,*<br>Plaintiffs,<br><br>v.<br><br>*META PLATFORMS, INC, Instagram, LLC, Meta Payments, Inc., Meta Platforms Technologies, LLC., et al.,*<br>Defendants<br><br><br>IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br>4:23-cv-05448 | MDL No. 3047<br><br>Case No. 4:23-cv-05448-YGR<br><br>Judge: Hon. Yvonne Gonzalez Rogers<br><br>Magistrate Judge: Hon. Peter H. Kang |

**TRIAL REPORT OF**
**Dr. Jean M. Twenge, Ph.D.**
**San Diego State University**

**May 16, 2025**

HIGHLY CONFIDENTIAL

67.    I have also conducted correlational analyses using data from the Millennium Cohort Study. In my research, I focused on self-harm behavior. Respondents were asked if, in the last year, they had ever hurt themselves on purpose. Girls who were heavy users of social media (greater than 5 hours per day) were twice as likely to have self-harmed than non-users (less than 1 hour per day), and boys who were heavy users were nearly twice as likely (Twenge & Farley, 2020; see Figure 11). Social media use was more strongly related to self-harm than TV watching or gaming. These analyses controlled for family income, family structure, child's ethnicity, child's age, parent educational attainment, parent employment, number of siblings, whether the child had a long-standing illness, and parent verbal intelligence (Twenge & Farley, 2020; Figure 11). That rules out these factors as confounding variables.



Figure 11: Hours per day of social media use and self-harm behaviors, UK teens, by gender
Source: Millennium Cohort Study. Analyses by Twenge & Farley (2020)

68.    I also performed correlational analysis on the Monitoring the Future (MTF) dataset, discussed above. Beginning in 2013, the survey added a question gauging hours per day of social media use. Teens, especially girls, who spent more hours a day on social media

- 24 -

HIGHLY CONFIDENTIAL

were more likely to be unhappy. In my analysis, I controlled for race, grade, and mother's education level, thus ruling out these factors as third variables (Twenge & Martin, 2020; see Figure 12).



Figure 12: Hours per day of social media use and unhappiness, U.S. teens (8th and 10th graders)
Source: Monitoring the Future. Analyses by Twenge & Martin (2020).
Note: Controlled for grade, race/ethnicity, mother's education, and in-person social interaction frequency.

69.    Meta's own internal studies have produced similar results. A Meta study found that people who spend more than an hour a day on Instagram are more likely to report negative mood (agreeing "I felt bad most of the time") (META3047MDL-032-00000933 at META3047MDL032-00000966; META3047MDL-047-00912997, at META3047MDL-047-00913033). It also found that people who spend more than 3 hours a day on Instagram were less likely to agree "I felt happy most of the time" (a measure of positive mood) or that "My life was going well" (a measure of life satisfaction) (META3047MDL-032-00000933, at 966). Meta also

HIGHLY CONFIDENTIAL

found that more time on social media was linked to a greater likelihood of developing an eating disorder (META3047MDL-020-00250464).

70.     Another internal Meta study asked Instagram users how they felt after taking a break from Instagram. Among moderate users (1 to 3 hours a day), 49% said being away from Instagram made them feel better or much better, and only 6% said it made them feel worse or much worse (META3047MDL-032-00000933, at 960). Thus, not using Instagram made half of users feel better.

71.     Associations between social media use and poor mental health are generally larger among children and younger teens compared to older teens. For example, Orben et al. (2022) examined data from the UK Understanding Society household survey, which included 72,287 participants aged 10 to 80 years old. Participants completed up to seven surveys between 2011 and 2018. Orben et al. found the largest association between social media use and low life satisfaction during early adolescence (see Figure 13). Similar to previous research, the association was also larger among girls compared to boys (Kelly et al., 2019; Twenge & Martin, 2020). This analysis also found that higher social media use predicted a decrease in life satisfaction one year later (Orben et al., 2022). Thus, social media is more strongly associated with low well-being at some ages than others.

- 26 -

HIGHLY CONFIDENTIAL



Figure 13: Hours per day of social media use and life satisfaction, by gender and age
Source: Orben et al. (2022)

72.    The stronger associations among younger adolescents may be due to sensitivity to negative feedback, which is common on social media. Compared to older adolescents and young adults, early adolescents (ages 12 to 15) were more likely to predict that they would not be liked by others and to experience decreases in self-esteem after social rejection (Rodman et al., 2017). Overall, early adolescents are more vulnerable.

73.    Similarly, links between social media use and body image issues are stronger among adolescents compared to adults. Saiphoo et al. (2019) performed a meta-analysis of 63 studies on 36,552 participants, finding that more social media use was linked to greater body dissatisfaction and body image disturbance. Similar to the research on life satisfaction, the association between social media use and body image issues was larger among younger people, specifically adolescents.

- 27 -

HIGHLY CONFIDENTIAL

show that cutting back on social media use improves mental health. Thus, social media use shows a biological gradient similar to alcohol or cigarettes.

### 5.6    Criteria 6: Plausibility

104.    The Bradford Hill paper states, "[b]iological plausibility … depends upon the biological knowledge of the day" (Hill, 1965). As discussed above, people with frequent and problematic social media use can experience changes in brain structure and development. Social media changes the brain through many mechanisms, including through addictive design features that activate the brain's reward pathway (Meshi et al., 2013). Eleven-to 13-year-old adolescents who habitually checked social media showed distinct changes in their brains' sensitivity to the anticipation of social rewards and punishments (Maza et al., 2023). Thus, social media has plausible biological mechanisms.

### 5.7    Criteria 7: Coherence

105.    Bradford Hill argued that "the cause-and-effect interpretation of our data should not seriously conflict with the generally known facts of the natural history and biology of the disease" (Hill, 1965). That is the case for social media and poor mental health: Time-series studies show that with greater use of social media, youth mental health declined. This evidence, as well as the dose-response relationship shown in the correlational and experimental studies, is consistent with biological plausibility.

### 5.8    Criteria 8: Experiment

106.    Bradford Hill emphasized that experimental (random-assignment or randomized-controlled trial) evidence is rare, especially in situations like these that require involving a vulnerable population (in this case, minors), thus presenting ethical concerns. Bradford Hill wrote that only "[o]ccasionally it is possible to appeal to experimental, or semi-experimental, evidence." Even with this limitation, most experiments measuring mental health after the initial period of withdrawal from social media demonstrate a causal link between reduced social media use and better mental health (see section 4.4, previously).

### 5.9    Criteria 9: Analogy

107.    Analogy involves comparing two bodies of evidence, one of which has an established causal relationship, to infer causality in the other body of evidence. For social media, that might mean comparing social media addiction to drug or alcohol addiction. Similar to substance use, social media use can become compulsive or addictive; people can find it difficult to control their use, crave social media, and experience withdrawal if they do not use social media. In MRI scans of more than 10,000 adolescents, heavy users of digital media showed structural brain features that resembled those previously found among adolescents who began drinking alcohol at early ages (Zhao et al., 2022).

HIGHLY CONFIDENTIAL

## 6.    Conclusions

108.    The totality of the evidence, including from time series, correlational, longitudinal, and experimental studies, demonstrates that social media use is a causal factor in the youth mental health crisis. Time series studies show that adolescent depression increased in tandem with smartphone and social media use, with no other explanation fitting the data. Correlational studies consistently show that the more hours an adolescent spends using social media, the more likely it is they are depressed or unhappy. Longitudinal studies with a time interval of a year or longer and with larger sample sizes find that increased social media use predicts worse adolescent mental health. Experimental studies show that reducing social media and screen use improves well-being. The evidence as a whole thus demonstrates a causal path from social media use to depression and low well-being, and fulfills all of the Bradford-Hill criteria for establishing causation.

109.    The undersigned hereby certifies their understanding that they owe a primary and overriding duty of candor and professional integrity to help the Court on matters within their expertise and in all submissions to, or testimony before, the Court. The undersigned further certifies that their report and opinions are not being presented for any improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation.

Date: 05/15/25 | 4:56 PM PDT

DocuSigned by:

*Jean Twenge*

418F59E8D0DD43B...

Jean M. Twenge, Ph.D.

- 38 -

HIGHLY CONFIDENTIAL