# Exhibit 10

Page 1

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

IN RE: SOCIAL MEDIA ADOLESCENT ) Case No.

ADDICTION/PERSONAL INJURY       ) 4:22-MD-03047-YGR (PHK)

PRODUCTS LIABILITY LITIGATION   )

) MDL No. 3047

)

THIS DOCUMENT RELATES TO:       )

)

People of the State of          )

California, et al. v. Meta       )

Platforms, Inc., et al.         )

_____)

VIDEOTAPED DEPOSITION OF MITCH PRINSTEIN, PH.D.

_____

PURSUANT TO NOTICE, the above-entitled deposition was taken on behalf of the Defendants at Washington Duke Inn & Golf Club, 3001 Cameron Blvd., Durham, North Carolina 27705, on Friday, September 26, 2025, at 9:09 a.m., before Sophie Brock, Registered Diplomate Reporter, Certified Realtime Reporter, and Notary Public in and for the State of North Carolina.

Job No. MDLG7611271

BY MS. JONES:

Q.   All right.  And what you say here is (as read):

"It also is important to acknowledge that technology and social media may not, in themselves, be problematic for child development, as each device and platform offers a multitude of features and communication opportunities that users can choose from."

Do you see that?

A.   I see that.

Q.   And that was a true statement as it was submitted by you to the U.S. Senate?

A.   That was true at the time.

Q.   Okay.  And (as read):

"Extensive research has demonstrated that the amount of screen time alone is not likely associated with negative psychological outcomes among youth."

That's also a true statement; correct?

Page 132

A. That was also true at the time.

Q. Has it changed?

A. Yeah, it has a little bit. So those recent findings are showing that even just reducing screen time seems to lead to an improvement in mental health.

Q. What specific recent findings are you talking about?

A. Oh, the Burnell paper we just talked about.

Q. The same Burnell paper?

A. Yes.

Q. Okay. It goes on to say (as read):

        "Moreover, not all youth exposed
        to identical stimuli are affected
        the same ways."

    That's true; right?

A. That is true.

Q. (As read):

        "Thus, the most appropriate
        question is: what specific online
        behaviors, features, or content
        may be associated with benefit or
        risk to which youth."

    I think there might be a part of that --

A. Oh.

Q. -- sentence missing. That's okay.

Page 340

STATE OF NORTH CAROLINA    )

                          )    C E R T I F I C A T E

COUNTY OF ORANGE           )

            I, Sophie Brock, Registered Diplomate Reporter, Certified Realtime Reporter, and Notary Public of North Carolina, the officer before whom the foregoing proceeding was conducted, do hereby certify that the witness whose testimony appears in the foregoing proceeding was duly sworn by me; that the testimony of said witness was taken by me to the best of my ability and thereafter transcribed under my supervision; and that the foregoing pages, inclusive, constitute a true and accurate transcription of the testimony of the witness.

            I do further certify that I am neither counsel for, related to, nor employed by any of the parties to this action, and further, that I am not a relative or employee of any attorney or counsel employed by the parties thereof, nor financially or otherwise interested in the outcome of said action.

            This, the 2nd day of October, 2025.

_____

Sophie Brock, RDR, CRR

Notary Number: 200834000001