# Exhibit 13

CONFIDENTIAL

Page 1

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

IN RE:  SOCIAL MEDIA            ) Case No.  4:22-MD-03047-YGR

ADOLESCENT ADDICTION/           )

PERSONAL INJURY PRODUCTS        )  MDL No.  3047

LIABILITY LITIGATION            )

                                )

_____)

THIS DOCUMENT RELATES TO        )

ALL ACTIONS                     )

MONDAY, JUNE 9, 2025

CONFIDENTIAL - ATTORNEYS' EYES ONLY -

PURSUANT TO PROTECTIVE ORDER

_ _ _

Videotaped Rule 30(b)(6) Deposition of SAYED OTARU, taken pursuant to notice and conducted at the offices of Covington & Burling, LLP, 3000 El Camino Real 5, Palo Alto Square, 10th Floor, Palo Alto, California, 94306, commencing at 9:05 a.m., PDT, on the above date, before Jennifer A. Dunn, Registered Merit Reporter, Certified Realtime Reporter, California (#14461), Illinois & Texas Certified Shorthand Reporter, and Missouri Certified Court Reporter.

Job No.  MDLG 7414081

CONFIDENTIAL

Page 87

data.  You say that's typically on the platform.

Q    What data source are you referring to when you say that Meta's understanding is that teens do not feel they need to set up take a break?

A    Sorry.  I never said that.  Let me repeat what I said again.

I said that what we had seen was a small fraction of users had indicated to us that they would like some additional time tools, and take a break was one tool that we built and made available to everyone on the platform, and we went even further to nudge teens periodically.

Q    What data source are you referring to when you say that you had seen a small fraction of users wanted additional time tools?

A    There was research data that had informed that position.

Q    What research data?

A    I -- sorry.  You mean like the specific name of a document?

Q    Yeah.  If there's a document or a process or some place that I can find this information.

A    I don't have the exact name of the research document at this particular point.

Q    Okay.  Do you know approximately what percentage of users indicated they wanted additional time tools?

CONFIDENTIAL

Page 206

CERTIFICATE

I, Jennifer A. Dunn, Certified Realtime Reporter, Registered Merit Reporter, California Certified Shorthand Reporter #14461, do hereby certify that prior to the commencement of the examination, SAYED OTARU, was duly remotely sworn by me to testify to the truth, the whole truth and nothing but the truth.

I DO FURTHER CERTIFY that the foregoing is a verbatim transcript of the testimony as taken stenographically by me at the time, place and on the date hereinbefore set forth.

I DO FURTHER CERTIFY that I am neither a relative nor employee nor attorney nor counsel of any of the parties to this action, and that I am neither a relative nor employee of such attorney or counsel, and that I am not financially interested in the action.

Certified Realtime Reporter

Registered Merit Reporter

CA Certified Shorthand Reporter #14461

Dated:  June 10, 2025