# Exhibit 14

Page 1

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

-------------------------------

IN RE:   SOCIAL MEDIA            :MDL No.
ADOLESCENT ADDICTION/PERSONAL :4:22-md-3047-YGR
INJURY PRODUCTS LIABILITY       :
LITIGATION                      :

-------------------------------

SUPERIOR COURT OF THE STATE OF CALIFORNIA
FOR THE COUNTY OF LOS ANGELES-SPRING STREET
COURTHOUSE

COORDINATION PROCEEDING          :
SPECIAL TITLE [RULE 3.400]       :Lead Case No. for
                                 :Filing Purposes
SOCIAL MEDIA CASES               :22STCV21355

-------------------------------

This Document Relates to:        :
                                 :
STATE OF TENNESSEE, ex rel.      :
JONATHAN SKRMETTI, ATTORNEY      :
GENERAL and REPORTER,            :
                                 :
v.                               :
                                 :
META PLATFORMS, INC. and         :
INSTAGRAM, LLC,                  :
Case No. 23-1364-IV              :

-------------------------------

T R A N S C R I P T of the
videotaped deposition of MARGARET GOULD
STEWART, taken at the offices of BAKER
BOTTS LLP, 30 Rockefeller Plaza, 44th
Floor, New York, New York, before
MARGARET M. REIHL, RPR, CRR, CCR-NJ and
Notary Public of New York, on October
21, 2024, commencing at 9:24 a.m.

_ _ _

it can be a sign of usefulness, of relevance, of whether people are finding enjoyment.  But not all products are utility oriented, so you see why I'm kind of -- it's not always about use and usefulness.

BY MR. HALPERIN:

Q.    Sure.

Now, the plaintiff lawyer put up the summary from the pre-read and circled the word "growth" a bunch of times.

Do you recall that?

A.    Yes.

Q.    Did Meta actually find that the temporary ban was not impacting topline user engagement metrics?

MS. WALSH:  Objection to form.

THE WITNESS:  I believe that's --

MS. WALSH:  I just said objection to form.

THE WITNESS:  I believe that's what was reported in the pre-read.

BY MR. HALPERIN:

Q.    We've already heard how you had a difference of opinion when it came to Mr.

C E R T I F I C A T I O N

I, MARGARET M. REIHL, a Registered Professional Reporter, Certified Realtime Reporter, Certified Court Reporter and Notary Public, do hereby certify that the foregoing is a true and accurate transcript of the testimony as taken stenographically by and before me at the time, place, and on the date hereinbefore set forth.

I DO FURTHER CERTIFY that I am neither a relative nor employee nor attorney nor counsel of any of the parties to this action, and that I am neither a relative nor employee of such attorney or counsel, and that I am not financially interested in the action.

*Margaret M. Reihl*

-----------------------------------------------------

Margaret M. Reihl, RPR, CRR, CLR

CCR License #XI01497

NCRA License #047425

Notary Public of New York