# Exhibit 15

CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER

Page 428

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN RE: SOCIAL MEDIA ADOLESCENT          )  MDL Number:
ADDICTION/PERSONAL INJURY PRODUCTS  )  4:22-MD-3047-YGR
LIABILITY LITIGATION                                )
_____)

SUPERIOR COURT OF THE STATE OF CALIFORNIA
FOR THE COUNTY OF LOS ANGELES
SPRING STREET COURTHOUSE

COORDINATION PROCEEDING                  )
SPECIAL TITLE [RULE 3.400]               )
SOCIAL MEDIA CASES                       ) Lead Case No. for
                                         ) Filing Purposes
_____) 22STCV21355
                                         )
This Document Relates to:                )
                                         )
STATE OF TENNESSEE,                      )
ex rel. JONATHAN SKRMETTI,               )
ATTORNEY GENERAL and REPORTER,           )
v.                                       )
META PLATFORMS, INC., and                )
INSTAGRAM, LLC,                          )
Case No. 23-1364-IV                      )
_____)

Confidential - Pursuant to Protective Order
VIDEOTAPED DEPOSITION of
DARIUS KILSTEIN, VOLUME II
Palo Alto, California
December 18, 2024

Pages 428 - 746
JENNY L. GRIFFIN, CSR No. 3969 - RMR, CRR, CCRR, CRC

CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER

Page 637

BY MR. SCHMIDT:

Q.   Okay.  So here's my question.  Do you now know what explains the data that we see on Slide 49?

A.   Yes.

Q.   What?

A.   At late 2020, we started to roll out the secondary account creation flow on Instagram.  And so more people were creating secondary accounts, more teens were creating secondary accounts.

And what we found in the data is that older teens, 16, 17-year-olds, were much more likely to create secondary accounts than early teens, like 13, 14, 15-year-olds.

Q.   Let's look at the post that you did on the documentary.  Is that what I've passed you as Exhibit 47?

A.   Yes.

Q.   Do you remember being asked about this yesterday?

A.   Yes.

Q.   I want to show you some language you weren't shown yesterday.  You write:

"Last night I watched a" -- and then there's a hyperlink on Netflix -- "about social media and its impact on

CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER

Page 742

---oOo---

I, JENNY L. GRIFFIN, hereby certify:

That I am a certified shorthand reporter in and for the County of Alameda, State of California;

Prior to being examined, DARIUS KILSTEIN, the witness named in the foregoing deposition, was by me duly sworn to testify to the truth, the whole truth, and nothing but the truth; that said deposition was taken pursuant to notice at the time and place therein set forth, and was taken down by me in stenotype and thereafter transcribed by means of computer-aided transcription, and that said deposition is a true record of the testimony given by the witness.

I further certify that I am neither counsel for nor related in any way to any party to said action, nor otherwise interested in the outcome thereof.

In witness whereof, I have hereunto subscribed my name December 31, 2024.


_____

JENNY L. GRIFFIN, CSR #3969

Certified Shorthand Reporter