# Exhibit 16

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| *PEOPLE OF THE STATE OF CALIFORNIA,* *et al.,* Plaintiffs, v. *META PLATFORMS, INC, Instagram, LLC, Meta Payments, Inc., Meta Platforms Technologies, LLC., et al.,* Defendants IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION THIS DOCUMENT RELATES TO: 4:23-cv-05448 | MDL No. 3047 Case No. 4:23-cv-05448-YGR Judge: Hon. Yvonne Gonzalez Rogers Magistrate Judge: Hon. Peter H. Kang |

**EXPERT REPORT OF CARL S. SABA, MBA, CVA, ASA, ABV**

**November 21, 2025**

166.    The table below reflects the costs from February 2013 to March 2024 associated with Facebook Teen users with time spent above certain thresholds.[252]

| State | COGS of FB Teen MAUs With Daily Average of Between: | | | | | | Total |
|---|---|---|---|---|---|---|---|
| | 0.5 - 1 Hr | 1 Hr - 2 Hrs | 2 Hrs - 3 Hrs | 3 Hrs - 4 Hrs | 4 - 5 Hrs | 5+ Hrs | |
| California | $ 24,636,063 | $ 39,363,693 | $ 24,666,669 | $ 24,275,646 | $ 3,762,120 | $ - | $ 116,704,190 |
| Colorado | $ 4,518,494 | $ 7,132,014 | $ 3,848,201 | $ 3,966,947 | $ 1,640,217 | $ 485,554 | $ 21,591,427 |
| Connecticut | $ 2,538,013 | $ 3,104,977 | $ 2,285,408 | $ 2,049,773 | $ 354,627 | $ 9,167 | $ 10,341,966 |
| Delaware | $ 589,882 | $ 838,503 | $ 568,924 | $ 546,740 | $ 101,071 | $ 2,990 | $ 2,648,110 |
| Illinois | $ 10,711,832 | $ 15,341,565 | $ 8,815,105 | $ 8,974,079 | $ 3,561,374 | $ 992,092 | $ 48,396,048 |
| Indiana | $ 6,284,814 | $ 8,172,235 | $ 4,532,846 | $ 4,942,726 | $ 1,886,769 | $ 785,924 | $ 26,605,313 |
| Kansas | $ 3,045,918 | $ 4,117,654 | $ 2,254,078 | $ 2,536,743 | $ 1,099,593 | $ 227,042 | $ 13,281,029 |
| Kentucky | $ 4,591,837 | $ 6,156,212 | $ 2,653,406 | $ 3,048,193 | $ 1,966,116 | $ 698,520 | $ 19,114,284 |
| Louisiana | $ 4,071,405 | $ 4,991,001 | $ 3,207,302 | $ 2,639,717 | $ 259,433 | $ 6,469 | $ 15,175,326 |
| Minnesota | $ 4,512,653 | $ 5,645,998 | $ 3,020,442 | $ 3,816,850 | $ 2,189,092 | $ 508,441 | $ 19,693,476 |
| Nebraska | $ 1,893,805 | $ 2,573,222 | $ 1,404,474 | $ 1,626,457 | $ 816,364 | $ 102,961 | $ 8,417,284 |
| New Jersey | $ 5,267,275 | $ 8,256,946 | $ 5,309,394 | $ 5,483,078 | $ 663,966 | $ 8,412 | $ 24,989,070 |
| New York | $ 12,407,225 | $ 21,885,094 | $ 11,769,384 | $ 12,424,059 | $ 6,347,297 | $ 940,717 | $ 65,773,777 |
| North Carolina | $ 7,903,550 | $ 11,417,288 | $ 6,571,324 | $ 7,001,413 | $ 1,687,659 | $ 91,037 | $ 34,672,271 |
| Pennsylvania | $ 9,433,130 | $ 11,636,369 | $ 6,900,777 | $ 7,610,105 | $ 2,534,318 | $ 668,875 | $ 38,783,574 |
| South Carolina | $ 4,068,358 | $ 6,055,654 | $ 3,328,157 | $ 3,293,913 | $ 1,031,103 | $ 576,312 | $ 18,353,496 |
| Virginia | $ 6,379,594 | $ 8,920,818 | $ 5,103,301 | $ 5,434,677 | $ 715,714 | $ 41,298 | $ 26,595,402 |
| Wisconsin | $ 5,266,077 | $ 6,741,874 | $ 3,849,375 | $ 3,872,023 | $ 1,910,246 | $ 1,125,925 | $ 22,765,519 |
| Total | $ 118,119,924 | $ 172,351,115 | $ 100,088,566 | $ 103,543,138 | $ 32,527,080 | $ 7,271,738 | $ 533,901,561 |

167.    Meta's gross profits are calculated for each state, month, and platform as relevant revenues less apportioned costs.  The table below reflects the gross profits from February 2018 to March 2024 associated with Instagram Teen users with time spent above certain thresholds.[253]

| State | Gross Profit of IG Teen MAUs With Daily Average of Between: | | | | | | Total |
|---|---|---|---|---|---|---|---|
| | 0.5 - 1 Hr | 1 Hr - 2 Hrs | 2 Hrs - 3 Hrs | 3 Hrs - 4 Hrs | 4 - 5 Hrs | 5+ Hrs | |
| California | $ (63,189,089) | $ (114,531,192) | $ (61,591,176) | $ (48,229,492) | $ (25,406,185) | $ (218,424) | $ (313,165,558) |
| Colorado | $ (6,072,573) | $ (7,410,855) | $ (4,235,390) | $ (1,519,556) | $ (314,991) | $ - | $ (19,553,366) |
| Connecticut | $ (4,493,697) | $ (5,465,115) | $ (3,057,016) | $ (1,378,938) | $ - | $ - | $ (14,394,766) |
| Delaware | $ (1,360,637) | $ (2,411,360) | $ (1,311,276) | $ (1,050,724) | $ (563,783) | $ (100,764) | $ (6,798,543) |
| Illinois | $ (14,814,355) | $ (18,329,221) | $ (11,193,822) | $ (5,345,887) | $ (947,770) | $ - | $ (50,631,055) |
| Indiana | $ (7,678,398) | $ (10,726,825) | $ (5,630,704) | $ (4,915,515) | $ (1,748,508) | $ - | $ (30,699,950) |
| Kansas | $ (3,126,641) | $ (3,247,718) | $ (2,153,640) | $ (530,252) | $ - | $ - | $ (9,058,251) |
| Kentucky | $ (4,893,000) | $ (6,325,356) | $ (3,571,560) | $ (2,930,901) | $ (349,731) | $ - | $ (18,070,548) |
| Louisiana | $ (5,759,763) | $ (10,616,960) | $ (6,560,538) | $ (5,055,891) | $ (3,702,428) | $ (438,250) | $ (32,133,830) |
| Minnesota | $ (5,734,930) | $ (5,857,516) | $ (3,333,747) | $ (678,705) | $ - | $ - | $ (15,604,898) |
| Nebraska | $ (2,182,191) | $ (2,497,898) | $ (1,610,338) | $ (896,135) | $ (292,535) | $ - | $ (7,479,097) |
| New Jersey | $ (13,042,431) | $ (18,798,073) | $ (9,614,614) | $ (7,935,737) | $ (1,533,069) | $ - | $ (50,923,923) |
| New York | $ (23,561,680) | $ (33,906,390) | $ (19,431,599) | $ (9,844,405) | $ (2,465,396) | $ - | $ (89,209,470) |
| North Carolina | $ (14,263,969) | $ (23,780,078) | $ (12,126,988) | $ (11,705,889) | $ (4,103,094) | $ (185,842) | $ (66,165,859) |
| Pennsylvania | $ (14,100,310) | $ (19,546,413) | $ (10,101,667) | $ (9,128,306) | $ (2,819,315) | $ (173,653) | $ (55,869,664) |
| South Carolina | $ (5,963,496) | $ (9,200,861) | $ (4,790,969) | $ (4,698,400) | $ (1,352,087) | $ - | $ (26,005,813) |
| Virginia | $ (10,824,984) | $ (16,547,191) | $ (8,663,658) | $ (7,836,236) | $ (2,658,959) | $ (110,474) | $ (46,641,502) |
| Wisconsin | $ (5,446,196) | $ (6,039,761) | $ (3,632,756) | $ (1,845,214) | $ (110,043) | $ - | $ (17,073,970) |
| Total | $ (206,508,341) | $ (315,238,782) | $ (172,611,458) | $ (125,526,182) | $ (48,367,893) | $ (1,227,408) | $ (869,480,063) |

---

[252] Schedule 2.10.1.

[253] Schedule 2.9.1

Highly Confidential Pursuant to Protective Order

168.     The table below reflects the gross profits from February 2013 to March 2024 associated with Facebook Teen users with time spent above certain thresholds.[254]

| State | Gross Profit of FB Teen MAUs With Daily Average of Between: | | | | | | Total |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | 0.5 - 1 Hr | 1 Hr - 2 Hrs | 2 Hrs - 3 Hrs | 3 Hrs - 4 Hrs | 4 - 5 Hrs | 5+ Hrs | |
| California | $ (16,418,144) | $ (26,938,816) | $ (16,164,740) | $ (15,921,401) | $ (2,564,763) | $ - | $ (78,007,864) |
| Colorado | $ (3,024,074) | $ (4,568,132) | $ (2,412,905) | $ (2,661,949) | $ (819,063) | $ (207,060) | $ (13,693,184) |
| Connecticut | $ (1,670,922) | $ (2,037,344) | $ (1,459,926) | $ (1,269,142) | $ (199,976) | $ (4,304) | $ (6,641,614) |
| Delaware | $ (392,812) | $ (566,194) | $ (373,178) | $ (362,500) | $ (59,890) | $ (946) | $ (1,755,520) |
| Illinois | $ (7,327,925) | $ (9,939,901) | $ (5,701,454) | $ (6,092,558) | $ (1,617,251) | $ (389,483) | $ (31,068,572) |
| Indiana | $ (4,299,206) | $ (5,392,671) | $ (3,011,048) | $ (3,408,017) | $ (950,718) | $ (319,280) | $ (17,380,940) |
| Kansas | $ (2,067,887) | $ (2,690,557) | $ (1,473,741) | $ (1,743,864) | $ (588,247) | $ (95,560) | $ (8,659,857) |
| Kentucky | $ (3,168,963) | $ (4,190,524) | $ (1,782,199) | $ (2,057,847) | $ (1,314,109) | $ (394,940) | $ (12,908,581) |
| Louisiana | $ (2,805,084) | $ (3,403,355) | $ (2,164,866) | $ (1,726,760) | $ (107,202) | $ (2,855) | $ (10,210,122) |
| Minnesota | $ (3,014,353) | $ (3,686,894) | $ (1,995,385) | $ (2,538,891) | $ (1,291,282) | $ (213,810) | $ (12,740,615) |
| Nebraska | $ (1,250,777) | $ (1,659,990) | $ (913,317) | $ (1,078,903) | $ (494,503) | $ (42,379) | $ (5,439,869) |
| New Jersey | $ (3,461,499) | $ (5,575,138) | $ (3,441,189) | $ (3,497,803) | $ (421,295) | $ (3,953) | $ (16,400,877) |
| New York | $ (8,492,057) | $ (14,666,399) | $ (7,739,346) | $ (8,345,226) | $ (3,464,015) | $ (380,896) | $ (43,087,939) |
| North Carolina | $ (5,343,860) | $ (7,741,698) | $ (4,416,601) | $ (4,674,489) | $ (924,563) | $ (26,956) | $ (23,128,168) |
| Pennsylvania | $ (6,464,564) | $ (7,609,253) | $ (4,675,326) | $ (5,113,088) | $ (1,058,753) | $ (307,815) | $ (25,228,800) |
| South Carolina | $ (2,835,211) | $ (4,087,940) | $ (2,211,312) | $ (2,303,914) | $ (432,902) | $ (208,667) | $ (12,079,945) |
| Virginia | $ (4,314,470) | $ (5,954,826) | $ (3,381,670) | $ (3,489,754) | $ (317,759) | $ (16,388) | $ (17,474,868) |
| Wisconsin | $ (3,594,021) | $ (4,388,604) | $ (2,595,036) | $ (2,596,870) | $ (939,507) | $ (500,636) | $ (14,614,674) |
| Total | $ (79,945,830) | $ (115,098,236) | $ (65,913,238) | $ (68,882,977) | $ (17,565,799) | $ (3,115,930) | $ (350,522,010) |

**3.     Calculation of Instances of Monthly Time Spent, Revenues and Gross Profits for Instagram Teens from 2012 - 2017**

169.     As explained earlier in this report, Meta did not provide certain requested information for purposes of my calculations. I do not have user counts or time spent data by percentiles for Instagram Teens between 2012 – 2017. I have been asked by Counsel to provide an estimate for instances of time spent above 0.5, 1, 2, and 3 hours by Teens during this time period (2012 -2017), and to calculate associated revenues and gross profit to Meta using best available data. I describe my methodology in this section for calculations contained in Schedules 2.8.1 through 2.8.5. Each schedule corresponds to a year, starting with 2013 and ending with 2017. I did not prepare a calculation for 2012, as Instagram did not report any revenue in that year.

170.     I begin with Schedule 2.3.6, where I summarize at the top Instagram's revenues between 2013 and 2017, which are drawn from Volume 170. I then estimate the number of

[254] Schedule 2.10.1

user count growth between 2013 and 2017 should be approximately half the rate of the prior year in each successive year. This resulted in estimated US IG MAU counts for 2013 to 2016.

172.    Based on IG's US revenues, and estimated MAU counts for 2013 – 2017, I calculated an annual ARPU per MAU for each year. I then estimated the ARPU per MAU for the same years for both Teens and young adults (18-24) by applying the average ratio between ARPU per MAU for all users to that of these stated age groups for 2018-2022 to years 2013 – 2017.

173.    I then multiplied estimated US Teen Maps for each year in Schedule 2.5 by a user to person multiplier of 3.5 (Schedule 2.8.1) to derive an estimate of US Teen MAUs on IG. These MAUs were then apportioned to the UDAP States claims based on their relative percentage of total US MAU between 2018 – 2021. Of those apportioned MAUs, I calculated how were over 0.5, 1, 2, and 3 hours of average daily time spent. The percentage estimates were approximately equal to the averages for the same states in 2018 – 2021, where I had data to make the calculations.[259] I then calculated the corresponding MAUs for each time spent category and for each state. The final step was multiplying this amount by 12 to calculate the total monthly instances in each year.

174.    To calculate the corresponding revenue for the above Teens between 2012 – 2017, I multiplied the estimated MAUs by the annual ARPU per MAU for each year. I then applied a time adjustment factor to again account for the Affected Teens spending more time on the IG platform than the average Teen. I then allocated costs in a similar manner using the same cost data described in the preceding section for IG, with a time adjustment factor. This

---

[259] 34% > 0.5 hours, 16% > 1 hour, 5% > 2 hours, 1% (rounded) > 3 hours.

resulted in a calculated gross margin for the Affected Teens. The resulting figures for instances of time spent, revenues, and gross margin for Affected Teens for IG between 2013 – 2017 are shown in Schedule 2.8.8 and below.

| | Instances | | | |
|---|---|---|---|---|
| | Teen MAU >0.5 < 1.0 Hour | Teen MAU >1.0 < 2.0 Hour | Teen MAU >2.0 < 3.0 Hour | Teen MAU > 3.0 Hour |
| California | 27,329,789 | 16,701,537 | 6,073,286 | 1,518,322 |
| Colorado | 3,057,815 | 1,868,665 | 679,515 | 169,879 |
| Connecticut | 2,167,918 | 1,324,839 | 481,760 | 120,440 |
| Delaware | 604,676 | 369,524 | 134,372 | 33,593 |
| Illinois | 7,882,262 | 4,816,938 | 1,751,614 | 437,903 |
| Indiana | 4,400,729 | 2,689,335 | 977,940 | 244,485 |
| Kansas | 1,677,911 | 1,025,390 | 372,869 | 93,217 |
| Kentucky | 3,073,503 | 1,878,252 | 683,001 | 170,750 |
| Louisiana | 2,868,104 | 1,752,730 | 637,357 | 159,339 |
| Minnesota | 3,140,480 | 1,919,182 | 697,884 | 174,471 |
| Nebraska | 1,225,260 | 748,770 | 272,280 | 68,070 |
| New Jersey | 5,942,174 | 3,631,329 | 1,320,483 | 330,121 |
| New York | 11,537,253 | 7,050,543 | 2,563,834 | 640,958 |
| North Carolina | 7,078,993 | 4,326,051 | 1,573,109 | 393,277 |
| Pennsylvania | 7,967,017 | 4,868,733 | 1,770,448 | 442,612 |
| South Carolina | 3,197,863 | 1,954,250 | 710,636 | 177,659 |
| Virginia | 5,359,288 | 3,275,121 | 1,190,953 | 297,738 |
| Wisconsin | 3,281,552 | 2,005,393 | 729,234 | 182,308 |
| **Total** | 101,792,588 | 62,206,582 | 22,620,575 | 5,655,144 |

| Total over 0.5 Hours (Cumulative) | 192,274,889 |
|---|---|

**Sources and Notes**
Schedules 2.8.1, 2.8.2, 2.8.3, 2.8.4, 2.8.5.

| | Revenue | | | |
|---|---|---|---|---|
| | Teen MAU >0.5 < 1.0 Hour | Teen MAU >1.0 < 2.0 Hour | Teen MAU >2.0 < 3.0 Hour | Teen MAU > 3.0 Hour |
| California | $ 4,613,156 | $ 5,638,302 | $ 3,417,153 | $ 1,025,146 |
| Colorado | $ 516,147 | $ 630,846 | $ 382,331 | $ 114,699 |
| Connecticut | $ 365,936 | $ 447,255 | $ 271,063 | $ 81,319 |
| Delaware | $ 102,067 | $ 124,748 | $ 75,605 | $ 22,682 |
| Illinois | $ 1,330,493 | $ 1,626,159 | $ 985,551 | $ 295,665 |
| Indiana | $ 742,825 | $ 907,897 | $ 550,241 | $ 165,072 |
| Kansas | $ 283,224 | $ 346,163 | $ 209,796 | $ 62,939 |
| Kentucky | $ 518,795 | $ 634,082 | $ 384,292 | $ 115,288 |
| Louisiana | $ 484,124 | $ 591,707 | $ 358,611 | $ 107,583 |
| Minnesota | $ 530,100 | $ 647,900 | $ 392,667 | $ 117,800 |
| Nebraska | $ 206,819 | $ 252,779 | $ 153,199 | $ 45,960 |
| New Jersey | $ 1,003,015 | $ 1,225,907 | $ 742,974 | $ 222,892 |
| New York | $ 1,947,441 | $ 2,380,205 | $ 1,442,549 | $ 432,765 |
| North Carolina | $ 1,194,905 | $ 1,460,439 | $ 885,115 | $ 265,534 |
| Pennsylvania | $ 1,344,800 | $ 1,643,644 | $ 996,148 | $ 298,844 |
| South Carolina | $ 539,786 | $ 659,739 | $ 399,842 | $ 119,952 |
| Virginia | $ 904,626 | $ 1,105,654 | $ 670,093 | $ 201,028 |
| Wisconsin | $ 553,913 | $ 677,004 | $ 410,306 | $ 123,092 |
| **Total** | $ 17,182,170 | $ 21,000,430 | $ 12,727,533 | $ 3,818,260 |

| Total over 0.5 Hours (Cumulative) | $ 54,728,394 |
|---|---|

| | Gross Profits | | | |
|---|---|---|---|---|
| | Teen MAU >0.5 < 1.0 Hour | Teen MAU >1.0 < 2.0 Hour | Teen MAU >2.0 < 3.0 Hour | Teen MAU > 3.0 Hour |
| California | $ (2,350,218) | $ (2,872,488) | $ (1,740,902) | $ (522,271) |
| Colorado | $ (262,956) | $ (321,391) | $ (194,782) | $ (58,435) |
| Connecticut | $ (186,430) | $ (227,858) | $ (138,096) | $ (41,429) |
| Delaware | $ (51,999) | $ (63,554) | $ (38,518) | $ (11,555) |
| Illinois | $ (677,833) | $ (828,463) | $ (502,099) | $ (150,630) |
| Indiana | $ (378,440) | $ (462,537) | $ (280,326) | $ (84,098) |
| Kansas | $ (144,291) | $ (176,356) | $ (106,883) | $ (32,065) |
| Kentucky | $ (264,305) | $ (323,040) | $ (195,782) | $ (58,734) |
| Louisiana | $ (246,642) | $ (301,451) | $ (182,698) | $ (54,809) |
| Minnesota | $ (270,065) | $ (330,079) | $ (200,048) | $ (60,014) |
| Nebraska | $ (105,366) | $ (128,781) | $ (78,049) | $ (23,415) |
| New Jersey | $ (510,996) | $ (624,550) | $ (378,515) | $ (113,555) |
| New York | $ (992,143) | $ (1,212,619) | $ (734,921) | $ (220,476) |
| North Carolina | $ (608,756) | $ (744,035) | $ (450,930) | $ (135,279) |
| Pennsylvania | $ (685,121) | $ (837,371) | $ (507,497) | $ (152,249) |
| South Carolina | $ (274,999) | $ (336,110) | $ (203,703) | $ (61,111) |
| Virginia | $ (460,871) | $ (563,286) | $ (341,386) | $ (102,416) |
| Wisconsin | $ (282,196) | $ (344,906) | $ (209,034) | $ (62,710) |
| **Total** | $ (8,753,626) | $ (10,698,877) | $ (6,484,168) | $ (1,945,250) |

| | | |
|---|---|---|
| **Total over 0.5 Hours (Cumulative)** | $ | **(27,881,921)** |

## XII. Calculation of Meta's Gross Profits from Aged-Up Teens During Relevant Time Period

175.    I have estimated Meta's Profits From Aged-Up Teens related to teen MAUs who spent more than 0.5 hours of average daily time on Instagram and Facebook from the year they turned 18 during the Relevant Time Period through March 31, 2024.

### 1.  Methodology

176.    In estimating Profits From Aged-Up Teens, I performed the following steps, for each state during the Relevant Time Period, for Instagram and Facebook, in the 4.2 and 4.3 series of schedules, respectively.

177.    I carried-over to Schedules 4.2.1 and 4.3.1 previously calculated average monthly time-spent and MAU data, from Schedules 2.9.3 and 2.10.3.

178.    I estimated the number of 13-17 year-olds, in each state in each year, as shown in Schedules 4.2.4 and 4.3.4, respectively.  For Instagram, the data used to estimate time-spent

The undersigned hereby certifies their understanding that they owe a primary and overriding duty of candor and professional integrity to help the Court on matters within their expertise and in all submissions to, or testimony before, the Court. The undersigned further certifies that their report and opinions are not being presented for any improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation.

_____

Carl S. Saba, MBA, CVA, ASA, ABV