# Exhibit 17

HIGHLY CONFIDENTIAL (COMPETITOR)

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| *PEOPLE OF THE STATE OF CALIFORNIA, et al.,*<br><br>Plaintiffs,<br><br>v.<br><br>*META PLATFORMS, INC., Instagram, LLC, Meta Payments, Inc., Meta Platform Technologies, LLC., et al.,*<br>Defendants<br><br>IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br>4:23-cv-05448 | MDL No. 3047<br><br>Case No. 4:23-cv-05448-YGR<br><br>Judge: Hon. Yvonne Gonzalez Rogers<br><br>Magistrate Judge: Hon. Peter H. Kang |

# TRIAL REBUTTAL REPORT OF

# SRIRAMAN VENKATARAMAN, PH.D.

**October 17, 2025**

75. Advertisers will only choose to advertise on platforms where they can potentially reach their intended audience.  Attracting and retaining those users who are valuable to advertisers is essential for Facebook and Instagram's ability to generate revenue (as the vast majority of their total revenues are derived from advertising).

76. If Facebook and Instagram were truly child-directed platforms, as Professor Alter claims, this would be evident in the intended audiences targeted by advertisers on these platforms.  As an initial matter, because users under 13 are not permitted to access these platforms, there is no way for advertisers on Facebook and Instagram to specifically target U13s, and my understanding is that there are no data regarding advertising targeting or revenue from ads shown to U13s. However, if Facebook and Instagram were child-directed in the way that Professor Alter claims, one would expect that a high percentage of Meta's advertising revenues from Facebook and Instagram would be derived from users between the ages of 13 and 17 (whose preferences, according to Professor Alter, most closely resemble those of U13s) as a means of reaching U13s on the platform.  Similarly, if Facebook and Instagram were indeed child-directed platforms, one would expect that a high percentage of Meta's advertising revenues from Facebook and Instagram would be derived from ads targeted to those users. To investigate whether this is indeed the case, I have conducted an empirical analysis of the produced advertising data. The analysis and the results are described below.

77. First, I analyze Meta's advertising metrics for the top US advertisers more broadly. Table 7 provides a summary of my analysis. It details the number of advertisements (denoted by Ad IDs in the data) where the advertiser has chosen to reach specific age groups, along with associated impressions, clicks, and generated revenue on Facebook (Panel A) and Instagram (Panel B).  The advertisements analyzed include those placed by either (a) the top 100 advertisers in the United States, as determined by user impressions, and (b) Plaintiff-Identified brands, companies, and products.[85] Notably, the data indicate that, since 2014, users aged 13-17 have accounted for less

---

https://www.facebook.com/business/help/350128498372094. *See, e.g.*, "Charges for Meta Ads That Don't Receive Impressions Or Clicks," *Meta*, last accessed October 13, 2025, https://www.facebook.com/business/help/189320824449558.

[85] *People of the State of California et al. v. Meta Platforms, Inc., Instagram LLC, Meta Payments, Inc., Meta Platforms Technologies, LLC*, State Attorneys General's Second Notice and Request for Production of Documents, Case No. 4:23-cv-05448-YGR, June 7, 2024.

HIGHLY CONFIDENTIAL (COMPETITOR)

a.  Ads targeted to users aged 13-17 represent only a small share of all ads placed by the Plaintiff-Identified Accounts on Facebook (1.77%) and on Instagram (2.10%)

b.  Users aged 13-17 contribute minimally to impressions (0.81% on Facebook and 4.39% on Instagram), clicks (0.88% on Facebook and 1.90% on Instagram), and revenue generated from these ads (0.67% on Facebook and 2.40% on Instagram).

**TABLE 8: AD METRICS FOR ALL PRIMARY ALIASES (PLAINTIFF-IDENTIFIED ACCOUNTS), BY APP AND ACROSS ALL YEARS (2012-2024)**

| Age Bracket | Ad IDs | Impressions | Clicks | Ad Revenue |
|---|---|---|---|---|
| **Panel A: Facebook** | | | | |
| Teens (13-17) | 1.77% | 0.81% | 0.88% | 0.67% |
| Default | 0.54% | 0.24% | 0.40% | 0.24% |
| Adults (18+) | 82.75% | 81.75% | 75.32% | 86.73% |
| Mix | 14.95% | 17.20% | 23.41% | 12.37% |
| **Panel B: Instagram** | | | | |
| Teens (13-17) | 2.10% | 4.39% | 1.90% | 2.40% |
| Default | 0.00% | 0.00% | 0.00% | 0.00% |
| Adults (18+) | 77.38% | 73.47% | 81.41% | 79.95% |
| Mix | 20.53% | 22.15% | 16.69% | 17.65% |

Sources and Notes: Workpaper D; *Meta*, META3047MDL-115R-00000001 to *Meta*, META3047MDL-115R-00000013. Teens refer to those Age Brackets which only contain ages 13-17 but excludes Default Age Brackets (18-65+). Adults refer to those Age Brackets which only contain ages 18+ but excludes Default Age Brackets (18-65+). Default refers to those Age Brackets which only includes Default Age Brackets (18-65+).
Mix of Teen and adults refer to those Age Brackets which contain a mix of Teen and non-teen ages but excludes Default age brackets (18-65+). This bracket excludes only Teens and only Adults.
Shares are calculated as the number of ad_ids/impressions/clicks and ad revenue targeted to Teens (13-17)/Adults (18+)/Defaults/Mix of Teens and Adults (across all Primary Aliases) divided by the total number of ad_ids/impressions/clicks and ad revenue across all ages and split by apps (across all Primary Aliases). Shares for the Mix Age Bracket are obtained as: 100% - Shares (Teens, Default and Adults) within each metric (AD Ids, Impressions, Clicks and Ad Revenue).

81.  In Appendix D, I present a more detailed breakdown of the advertising metrics for the Plaintiff-Identified Accounts by-year for the period between 2012 and 2024.

82.  Furthermore, I also analyzed the contribution of 13-17 year-old users, through their impressions and clicks, to Meta's overall advertising revenue.[91] Table 9 analyzes Meta's total advertising revenue by Age Bracket from 2018 through 2024 and demonstrates  that 13-17 year-old users

---

[91]  See Workpaper A.

HIGHLY CONFIDENTIAL (COMPETITOR)

contribute a minimal share (0.33%) of Meta's total advertising revenues. Table 9 also shows that 13-17 year-old users contribute a minimal share (0.11%) of Facebook's total advertising revenue and a minimal share (0.96%) of Instagram's total advertising revenue. Moreover, they indicate that on both Facebook and Instagram the contribution of the 13-17 year-old user segment is minimal. The empirical evidence simply does not support Professor Alter's opinion.

**TABLE 9: SHARE OF TOTAL AD REVENUE BY AGE GROUP AND APP, 2018-2024**

| Age Bracket | Total | By App Facebook | Instagram |
|---|---|---|---|
| 13-17 | 0.33% | 0.11% | 0.96% |
| 18-24 | 8.09% | 4.85% | 17.10% |
| 25-34 | 22.87% | 18.97% | 33.73% |
| 35-44 | 22.02% | 21.78% | 22.69% |
| 45-54 | 18.08% | 19.84% | 13.15% |
| 55-64 | 14.65% | 17.38% | 7.04% |
| 65+ | 13.52% | 16.97% | 3.92% |

Sources and Notes: Workpaper A; *Meta*, META3047MDL-209-00000001.

83. In addition to showing that 13-17 year-old users contribute a minimal share of Meta's total advertising revenue each year, Table 10 also shows that contribution of 13-17 year-old users to Meta's advertising revenues has been consistently trending downward over time. This downward trend also holds true for the other two younger Age Brackets (18–24 and 25–34).

HIGHLY CONFIDENTIAL (COMPETITOR)

The undersigned hereby certifies their understanding that they owe a primary and overriding duty of candor and professional integrity to help the Court on matters within their expertise and in all submissions to, or testimony before, the Court. The undersigned further certifies that their report and opinions are not being presented for any improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation.

October 17th, 2025

Sriraman Venkataraman, Ph.D.

114