# Exhibit 18

# Deposition Transcript

Case Number: 2023-CAB-006550
Date: July 24, 2025

In the matter of:

# DISTRICT OF COLUMBIA v META PLATFORMS, INC., et al.

# JOHN WILLIAM HEGEMAN

Reported by:
Lisa K. Bankins

Steno
Agency, Inc.

315 West 9th Street
Suite 807
Los Angeles, CA 90015
concierge@steno.com
(888) 707-8366
NV: Firm #108F

DISTRICT OF COLUMBIA,          IN THE

         Plaintiff,        SUPERIOR COURT

    v.                      FOR THE

META PLATFORMS, INC. and      DISTRICT OF COLUMBIA
INSTAGRAM, LLC,
                              CIVIL DIVISION

         Defendants.       Case No. 2023-CAB-006550

------------------------/

         The deposition of JOHN WILLIAM HEGEMAN was held on Thursday, July 24, 2025 commencing at 9:00 a.m. Pacific Time via Zoom before Lisa K. Bankins, Notary Public.

REPORTED BY:  LISA K. BANKINS

discussion.  I don't recall exactly when.  Approximately that sounds right.

Q.   What was the outcome as you recall it?

A.   It believed the -- you know, one of these discussions at least involved adding a little more nuance to the policy so that there was a, of course, both the category of filters that were not allowed at all.  But then also an additional category of filters that would be allowed, but not recommended or suggested to people.  So that for that category, people could still if they really wanted to seek them out could get access to them, but otherwise would not see them in their experience.

Q.   You were asked some questions about revenue and about teens.  Do you remember that?

MS. PENKOWSKI PEREZ:  Object to form.

A.   Yes.

Q.   So just a few followups to those questions.  First of all, in terms of revenues, are -- and teens.  Are teens a primary source of the company's revenue?

A.   No.

Q.   Why is that?

A.   I guess for a number of reasons that combined together, they're only a fraction of our overall user base.  Also, there is generally less demand from advertisers to reach teens for a variety of reasons, but

probably including that they tend to have less ability to spend money.

In addition, we have more restrictions on both the types of ads that can be shown to teens as well as the types of data and way that data is used to serve out to the teens, which results in those ads performing less well for advertisers, which was also them being willing to spend less money.

And then finally, on top of that, we also have chosen to show substantially fewer ads to teens than to other users.  The net effect of all of those things is that you make very little revenue from -- in terms of teens.

Q.   I'd like to follow up on a couple of things you just said in that answer.  You referenced there being more restrictions on the ads that go to teens and fewer ads going to teens.  Do you remember just saying that?

A.   Yes.

Q.   Are those restrictions ones that you have to undertake in terms of what the law is?  Are there restrictions you impose?  Is it a combination of both?

A.   It would be a combination of both.  There are certainly legal requirements in different jurisdictions which we would, of course, comply with and then we also have made additional decisions and judgments on top of

District of Columbia, to wit:

I, Lisa K. Bankins, a Notary Public of the District of Columbia, do hereby certify that the within-named witness personally appeared before me at the time and place herein set out, and after having been duly sworn by me, according to law was examined by counsel.

I further certify that the examination was recorded stenographically by me and this transcript is a true record of the proceedings.

I further certify that I am not of counsel to any of the parties, nor in any way interested in the outcome of this action.

As witness my hand this 3rd day of August, 2025.

Lisa K. Bankins

Notary Public

My Commission Expires:

October 14, 2028