# Exhibit 19

PII Redacted