# Exhibit 22

Page 1

COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, ss.                          SUPERIOR COURT

-------------------------------------x

COMMONWEALTH OF MASSACHUSETTS ,

                    Plaintiff,


          -against-          Index No:

                          2384CV02397-BLS1


META PLATFORMS, INC. and

INSTAGRAM, LLC,


                    Defendant.

-------------------------------------x


Job No. MDLG7726454

Page 2

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

-------------------------------------------x

PEOPLE OF THE STATE OF CALIFORNIA, et al.

Plaintiffs,

-against-

META PLATFORMS, INC., Instagram, LLC,
Meta Payments, Inc., Meta Platforms
Technologies, LLC,  et al.,

Defendants.

-------------------------------------------x

VIDEOTAPED DEPOSITION of ADAM ALTER, Ph.D., taken by the Defendant, pursuant to Notice, held at 450 Lexington Avenue, 10th Floor New York, NY 10163, on December 12, 2025, at 8:41 a.m., before a Notary Public of the State of New York.

*******************************************

particular kind of data.  That's not the approach that I thought was best in this case, so I didn't use that approach.

Q.      And in this case, you did not undertake any empirical work to try to quantify what proportion of consumers derived from Meta's statements the messages that you've identified in your report, right?

MR. SLOTHOUBER:  Objection.  Compound and vague.

A.      I was not asked to present a particular proportion across consumers.  I was asked to describe how the reasonable consumer would understand those statements, which is, as I see it, a different assignment.

One is about proportion, one is about the reasonable consumer.  And so I undertook to give responses that were consistent with that assignment.

Q.      And again, you did not undertake any empirical work to quantify the proportions of consumers who had particular reactions to Meta's statements; is that right?

MR. SLOTHOUBER:  Objection.  Vague. Asked and answered.

A.      Again, I didn't conduct the survey because I didn't feel it was the optimal approach in this case.

Page 351

C E R T I F I C A T E

STATE OF NEW YORK     )

) ss.:

COUNTY OF QUEENS )

I, BROOKE E. PERRY, a Notary Public within and for the State of New York, do hereby certify:

That ADAM ALTER, the witness whose deposition is hereinbefore set forth, was duly sworn by me and that such deposition is a true record of the testimony given by such witness.

I further certify that I am not related to any of the parties to this action by blood or marriage; and that I am in no way interested in the outcome of this matter.

IN WITNESS WHEREOF, I have hereunto set my hand this 16th day of December, 2025.

--------------------------

BROOKE E. PERRY