Jenna P. Lyons
LPJ LAW, P.C.
P.O. Box 16960
Missoula, MT 59808
406.541.4100
lyons@westernmontanalaw.com
*Attorney for Vuckovich, et al., Plaintiffs and Putative Class Members*

## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
## OAKLAND DIVISION

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION | MDL No. 3047 |
| | Case No.: 4:22-md-03047-YGR |
| This Document Relates To: | **APPLICATION FOR PRO HAC VICE ADMISSION** |
| *Jessica Vuckovich, on behalf of P.P., a Minor Child, Z.M.L., and Ashley Delaney on behalf of C.W., a Minor Child,* *Plaintiffs,* *v.* *Meta Platforms, Inc.; Instagram, LLC; and Facebook Operations, LLC,* *Defendants.* | Judge: Hon. Yvonne Gonzalez Rogers Magistrate Judge: Hon. Peter H. Kang Date: July 17, 2026 Time: 10:00 A.M. Place: Courtroom 1, 4th Floor |

Jessica Vuckovich, on behalf of P.P., a Minor Child, Z.M.L., and Ashley Delaney on

behalf of C.W., a Minor Child, by and through their counsel, Jenna P. Lyons, moves and applies

to the Court for an Order to admit Jenna P. Lyons to practice before this Court in this case

pursuant to Local Rule 11-3.  In support of this application, Ms. Lyons submits and certifies

under oath the following:

1.  That I am an active member in good standing of the Montana State bar;

2.  That I agree to abide by the Standards of Professional Conduct set forth in

    Civil L.R. 11-4, and to become familiar with the Local Rules and Alternative

1

Dispute Resolution Programs of this Court and, where applicable, with the Bankruptcy Local Rules;

3. That pursuant to Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, Rule 2.1(c), I am not required to have local counsel designated as co-counsel.

4. I have not previously been granted pro hac vice admission by the Court in the 12 months preceding this application.

Attached at Exhibit 1 is a true and correct copy of a certificate of good standing or other similar official document issued by the State of Montana Bar Association.

Dated this 16th day of July, 2026.

/s/ Jenna P. Lyons
Jenna P. Lyons
*Attorney for Vuckovich, et al., Plaintiffs and Putative Class Members*

2

ORDER GRANTING APPLICATION

FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Jenna P. Lyons is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicated appearance pro hac vice.  Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: _____

_____
UNITED STATES DISTRICT/MAGISTRATE JUDGE