United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION

This Document Relates to:
ALL CASES

Case No. 4:22-MD-03047-YGR

MDL No.: 3047

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE; ORDER**
(CIVIL LOCAL RULE 11-3)

I, Joseph J. Fantini , an active member in good standing of the bar of Pennsylvania , hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: Plaintiffs in the above-entitled action. My local co-counsel in this case is Waived per Doc 2 - Order , an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California. Local co-counsel's bar number is: Not Applicable .

101 Greenwood Ave., Ste 510, Jenkintown, PA 19046
MY ADDRESS OF RECORD

(215) 310-9649
MY TELEPHONE # OF RECORD

jfantini@roseninjurylawyers.com
MY EMAIL ADDRESS OF RECORD

Waived per Doc 2 - Order
LOCAL CO-COUNSEL'S ADDRESS OF RECORD

Not Applicable
LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD

Not Applicable
LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 307833 .

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I have been granted pro hac vice admission by the Court 0 times in the 12 months preceding this application.

United States District Court
Northern District of California

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.  I declare under penalty of perjury that the foregoing is true and correct.

Dated: __7/15/2026_____

__Joseph J. Fantini_____
APPLICANT

ORDER GRANTING APPLICATION

FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of __Joseph J. Fantini_____ is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: __July 17, 2026_____

__HON. YVONNE GONZALEZ ROGERS_____
CHIEF UNITED STATES DISTRICT/~~MAGISTRATE~~ JUDGE



# 𝔖upreme 𝔆ourt of 𝔓ennsylvania

## CERTIFICATE OF GOOD STANDING

### *Joseph John Fantini, Esq.*

**DATE OF ADMISSION**

*October 22, 2009*

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.



**Witness my hand and official seal**
**Dated:  July 9, 2026**

Nicole Traini
Chief Clerk