Lexi J. Hazam (SBN 224457)
lhazam@lchb.com
LIEFF CABRASER HEIMANN
& BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956-1000

Previn Warren (*pro hac vice*)
pwarren@motleyrice.com
MOTLEY RICE LLC
401 9th Street NW, Suite 630
Washington, DC 20004
Telephone: (202) 386-9610

*Plaintiffs' Co-Lead Counsel*

Jennie Lee Anderson (SBN 203586)
jennie@andrusanderson.com
ANDRUS ANDERSON LLP
1970 Broadway, Suite 1070
Oakland, CA 94612
Telephone:     (415) 986-1400

*Plaintiffs' Liaison Counsel*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION | Case No. 4:22-MD-03047-YGR |
| | MDL No. 3047 |
| This Document Relates to: | |
| *A.W., by and through her Guardian Ad Litem, Annette Weatherspoon v. Meta Platforms, Inc., et al.*, 4:26-cv-00372-YGR; | **DECLARATION OF JENNIE LEE ANDERSON IN SUPPORT OF PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL EXHIBITS TO THE DECLARATION OF JENNIE LEE ANDERSON IN SUPPORT OF PLAINTIFFS' SEVENTEENTH CONSOLIDATED *EX PARTE* APPLICATION FOR APPOINTMENT OF GUARDIANS *AD LITEM*** |
| *M.L., by and through her Guardian Ad Litem, Delia Garcia v. Meta Platforms, Inc., et al.*, 4:26-cv-00717-YGR; | |
| *A.D., by and through her Guardian Ad Litem, Leonardo De Leon v. Meta Platforms, Inc., et al.*, 4:26-cv-01055-YGR; | |
| *N.H., by and through her Guardian Ad Litem, Tracilee Hippe v. Meta Platforms, Inc., et al.*, 4:26-cv-01070-YGR; | |
| *H.M., by and through her Guardian Ad Litem, Marsha Loux v. Meta Platforms, Inc., et al.*, 4:26-cv-01713-YGR; | |
| *A.M., by and through her Guardian Ad Litem, Alfreda Lewis v. Meta Platforms, Inc, et al.*, 4:26-cv-02028-YGR; | |
| *S.K., by and through her Guardian Ad Litem, Jennifer Kaczenski v. Meta Platforms, Inc.*, et | |

1                Case No. 4:22-md-03047-YGR
Declaration of Jennie Lee Anderson ISO Administrative Motion to File Under Seal

al., 4:26-cv-02780-YGR;

*M.P., by and through her Guardian Ad Litem, Bonieta Pieper v. Meta Platforms, Inc., et al.,* 4:26-cv-02815-YGR;

*S.D., by and through her Guardian Ad Litem, Crystal Presley v. Meta Platforms, Inc., et al.,* 4:26-cv-03015-YGR;

*N.C., by and through her Guardian Ad Litem, Ashley Collmar v. Meta Platforms, Inc., et al.,* 4:26-cv-03076-YGR;

*J.G. filed on behalf of minor G.L. v. Meta Platforms, Inc., et al.,* 4:26-cv-03187-YGR.

I, Jennie Lee Anderson, do hereby declare and state as follows:

1.     I am a partner with the law firm of Andrus Anderson LLP.  I am duly admitted to practice before the courts of the State of California and in the Northern District of California.  I am the Court-appointed Liaison Counsel for Plaintiffs *In re Social Media Adolescent Addiction/Personal Injury Products Litigation*, Case No. 4:22-MD-03047, and a counsel of record for the Plaintiff in *Rodriguez v. Meta Platforms, Inc., et al.*, Case No. 4:22-cv-00401.  I make this declaration of my own personal knowledge and, if called as a witness, I could and would testify competently to the matters stated below.

2.     I make this declaration in support of Plaintiffs' Administrative Motion to File Under Seal Exhibits to the Declaration of Jennie Lee Anderson in Support of Plaintiffs' Seventeenth Consolidated *Ex Parte* Application for Appointment of Guardians *Ad Litem* ("Administrative Motion to Seal").

3.     For the reasons set forth in Plaintiffs' administrative motion to seal filed on February 28, 2023 (ECF No. 147) and the Administrative Motion to Seal filed herewith, Plaintiffs seek to seal the Exhibits attached to the Declaration of Jennie Lee Anderson in Support of Plaintiffs' Seventeenth Consolidated *Ex Parte* Application for Appointment of Guardians *Ad Litem* ("Anderson Declaration").

4.     True and correct copies of the following Exhibits to the Anderson Declaration are as follows and attached hereto:

2                    Case No. 4:22-md-03047-YGR

Declaration of Jennie Lee Anderson ISO Administrative Motion to File Under Seal

- *A.W., by and through her Guardian Ad Litem, Annette Weatherspoon v. Meta Platforms, Inc., et al.*, 4:26-cv-00372-YGR (Exhibit 1);

- *M.L., by and through her Guardian Ad Litem, Delia Garcia v. Meta Platforms, Inc., et al.*, 4:26-cv-00717-YGR (Exhibit 2);

- *A.D., by and through her Guardian Ad Litem, Leonardo De Leon v. Meta Platforms, Inc., et al.*, 4:26-cv-01055-YGR (Exhibit 3);

- *N.H., by and through her Guardian Ad Litem, Tracilee Hippe v. Meta Platforms, Inc., et al.*, 4:26-cv-01070-YGR (Exhibit 4);

- *H.M., by and through her Guardian Ad Litem, Marsha Loux v. Meta Platforms, Inc., et al.*, 4:26-cv-01713-YGR (Exhibit 5);

- *A.M., by and through her Guardian Ad Litem, Alfreda Lewis v. Meta Platforms, Inc, et al.*, 4:26-cv-02028-YGR (Exhibit 6);

- *S.K., by and through her Guardian Ad Litem, Jennifer Kaczenski v. Meta Platforms, Inc.*, et al., 4:26-cv-02780-YGR (Exhibit 7);

- *M.P., by and through her Guardian Ad Litem, Bonieta Pieper v. Meta Platforms, Inc., et al.*, 4:26-cv-02815-YGR (Exhibit 8);

- *S.D., by and through her Guardian Ad Litem, Crystal Presley v. Meta Platforms, Inc., et al.*, 4:26-cv-03015-YGR (Exhibit 9);

- *N.C., by and through her Guardian Ad Litem, Ashley Collmar v. Meta Platforms, Inc., et al.*, 4:26-cv-03076-YGR (Exhibit 10);

- *J.G. filed on behalf of minor G.L. v. Meta Platforms, Inc., et al.*, 4:26-cv-03187-YGR (Exhibit 11).

5.     Pursuant to Civil Local Rule 7-11, on June 15, 2023, Defendants agreed to a standing stipulation that the individual applications seeking appointment of guardians *ad litem* in this litigation may be filed under seal.  Defendants also confirmed that, in so stipulating, Defendants do not waive, and expressly reserve, their right to seek an order or orders in the future to unseal individual applications and/or require parents who wish to proceed pseudonymously going forward make a showing of good cause.

Declaration of Jennie Lee Anderson ISO Administrative Motion to File Under Seal

I declare under penalty of perjury pursuant to the laws of the United States of America that the foregoing is true and correct.

Dated: July 20, 2026                    Respectfully submitted,

                                        */s/Jennie Lee Anderson*
                                        Jennie Lee Anderson

                                        ANDRUS ANDERSON LLP
                                        1970 Broadway, Suite 1070
                                        Oakland, CA 94612
                                        Telephone:    (415) 986-1400
                                        Facsimile:    (415) 986-1474
                                        jennie@andrusanderson.com

                                        *Plaintiffs' Liaison Counsel*

Declaration of Jennie Lee Anderson ISO Administrative Motion to File Under Seal