**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION | Case No. 4:22-MD-03047-YGR<br><br>MDL No. 3047 |
| This Document Relates to: | **[PROPOSED] ORDER RE PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL EXHIBITS TO THE DECLARATION OF JENNIE LEE ANDERSON IN SUPPORT OF PLAINTIFFS' SEVENTEENTH CONSOLIDATED *EX PARTE* APPLICATION FOR APPOINTMENT OF GUARDIANS *AD LITEM*** |

This Document Relates to:

*A.W., by and through her Guardian Ad Litem, Annette Weatherspoon v. Meta Platforms, Inc., et al.*, 4:26-cv-00372-YGR;

*M.L., by and through her Guardian Ad Litem, Delia Garcia v. Meta Platforms, Inc., et al.*, 4:26-cv-00717-YGR;

*A.D., by and through her Guardian Ad Litem, Leonardo De Leon v. Meta Platforms, Inc., et al.*, 4:26-cv-01055-YGR;

*N.H., by and through her Guardian Ad Litem, Tracilee Hippe v. Meta Platforms, Inc., et al.*, 4:26-cv-01070-YGR;

*H.M., by and through her Guardian Ad Litem, Marsha Loux v. Meta Platforms, Inc., et al.*, 4:26-cv-01713-YGR;

*A.M., by and through her Guardian Ad Litem, Alfreda Lewis v. Meta Platforms, Inc, et al.*, 4:26-cv-02028-YGR;

*S.K., by and through her Guardian Ad Litem, Jennifer Kaczenski v. Meta*

*Platforms, Inc.*, et al., 4:26-cv-02780-YGR;

*M.P., by and through her Guardian Ad Litem, Bonieta Pieper v. Meta Platforms, Inc., et al.*, 4:26-cv-02815-YGR;

*S.D., by and through her Guardian Ad Litem, Crystal Presley v. Meta Platforms, Inc., et al.*, 4:26-cv-03015-YGR;

*N.C., by and through her Guardian Ad Litem, Ashley Collmar v. Meta Platforms, Inc., et al.*, 4:26-cv-03076-YGR;

*J.G. filed on behalf of minor G.L. v. Meta Platforms, Inc., et al.*, 4:26-cv-03187-YGR.

## [PROPOSED] ORDER

Before the Court is Plaintiffs' Administrative Motion to File Under Seal Exhibits to the Declaration of Jennie Lee Anderson in Support of Plaintiffs' Seventeenth Consolidated *Ex Parte* Application for Appointment of Guardians *Ad Litem* (hereinafter "Anderson Declaration" in Support of Seventeenth Application for Guardians *Ad Litem*).

The Court has reviewed Plaintiffs' Administrative Motion and the declaration in support thereof. Finding that Plaintiffs have articulated good cause to seal the individual *Ex Parte* Applications for Appointments of Guardian *Ad Litem* ("Application") attached as Exhibits 1-11 to the Anderson Declaration in Support of Seventeenth Application for Guardians *Ad Litem*, the Court hereby orders that the following document shall remain under seal absent further Order of the Court:

| Material/Document | Portion Requested to Keep Under Seal | Ruling |
|---|---|---|
| Exhibit 1 - Application for *A.W., by and through her Guardian Ad Litem, Annette Weatherspoon v. Meta Platforms, Inc., et al.*, 4:26-cv-00372-YGR | Entire Application/ Exhibit | ___ Granted<br>___ Denied |
| Exhibit 2 – Application for *M.L., by and through her Guardian Ad Litem, Delia Garcia v. Meta Platforms, Inc., et al.*, 4:26-cv-00717-YGR | Entire Application/ Exhibit | ___ Granted<br>___ Denied |
| Exhibit 3 – Application for *A.D., by and through her Guardian Ad Litem, Leonardo* | Entire Application/ | ___ Granted |

[Proposed] Order Re Plaintiffs' Administrative Motion to File Under Seal

| | | |
|---|---|---|
| *De Leon v. Meta Platforms, Inc., et al.*, 4:26-cv-01055-YGR | Exhibit | ___ Denied |
| Exhibit 4 - Application for *N.H., by and through her Guardian Ad Litem, Tracilee Hippe v. Meta Platforms, Inc., et al.*, 4:26-cv-01070-YGR | Entire Application/ Exhibit | ___ Granted ___ Denied |
| Exhibit 5 – Application for *H.M., by and through her Guardian Ad Litem, Marsha Loux v. Meta Platforms, Inc., et al.*, 4:26-cv-01713-YGR | Entire Application/ Exhibit | ___ Granted ___ Denied |
| Exhibit 6 - Application for *A.M., by and through her Guardian Ad Litem, Alfreda Lewis v. Meta Platforms, Inc, et al.*, 4:26-cv-02028-YGR | Entire Application/ Exhibit | ___ Granted ___ Denied |
| Exhibit 7 – Application for *S.K., by and through her Guardian Ad Litem, Jennifer Kaczenski v. Meta Platforms, Inc.*, et al., 4:26-cv-02780-YGR | Entire Application/ Exhibit | ___ Granted ___ Denied |
| Exhibit 8 – Application for *M.P., by and through her Guardian Ad Litem, Bonieta Pieper v. Meta Platforms, Inc., et al.*, 4:26-cv-02815-YGR | Entire Application/ Exhibit | ___ Granted ___ Denied |
| Exhibit 9 – Application for *S.D., by and through her Guardian Ad Litem, Crystal Presley v. Meta Platforms, Inc., et al.*, 4:26-cv-03015-YGR | Entire Application/ Exhibit | ___ Granted ___ Denied |
| Exhibit 10 - Application for *N.C., by and through her Guardian Ad Litem, Ashley Collmar v. Meta Platforms, Inc., et al.*, 4:26-cv-03076-YGR | Entire Application/ Exhibit | ___ Granted ___ Denied |
| Exhibit 11 – Application for *J.G. filed on behalf of minor G.L. v. Meta Platforms, Inc., et al.*, 4:26-cv-03187-YGR | Entire Application/ Exhibit | ___ Granted ___ Denied |

**IT IS SO ORDERED.**

DATED: _____

_____
Hon. Yvonne Gonzalez Rogers
UNITED STATES DISTRICT JUDGE

[Proposed] Order Re Plaintiffs' Administrative Motion to File Under Seal