Lexi J. Hazam (SBN 224457)
lhazam@lchb.com
LIEFF CABRASER HEIMANN
& BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956-1000

Previn Warren (*pro hac vice*)
pwarren@motleyrice.com
MOTLEY RICE LLC
401 9th Street NW, Suite 630
Washington, DC 20004
Telephone: (202) 386-9610

Jennie Lee Anderson (SBN 203586)
jennie@andrusanderson.com
ANDRUS ANDERSON LLP
1970 Broadway, Suite 1070
Oakland, CA 94612
Telephone:    (415) 986-1400

*Plaintiffs' Co-Lead Counsel*

*Plaintiffs' Liaison Counsel*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION | Case No. 4:22-MD-03047-YGR<br><br>MDL No. 3047 |
| This Document Relates to:<br><br>*A.W., by and through her Guardian Ad Litem, Annette Weatherspoon v. Meta Platforms, Inc., et al.*, 4:26-cv-00372-YGR;<br><br>*M.L., by and through her Guardian Ad Litem, Delia Garcia v. Meta Platforms, Inc., et al.*, 4:26-cv-00717-YGR;<br><br>*A.D., by and through her Guardian Ad Litem, Leonardo De Leon v. Meta Platforms, Inc., et al.*, 4:26-cv-01055-YGR;<br><br>*N.H., by and through her Guardian Ad Litem, Tracilee Hippe v. Meta Platforms, Inc., et al.*, 4:26-cv-01070-YGR;<br><br>*H.M., by and through her Guardian Ad Litem, Marsha Loux v. Meta Platforms, Inc., et al.*, 4:26-cv-01713-YGR;<br><br>*A.M., by and through her Guardian Ad Litem, Alfreda Lewis v. Meta Platforms, Inc, et al.*, 4:26-cv-02028-YGR;<br><br>*S.K., by and through her Guardian Ad Litem,* | **EXHIBITS 1-11 TO THE DECLARATION OF JENNIE LEE ANDERSON IN SUPPORT OF PLAINTIFFS' SEVENTEENTH *EX PARTE* APPLICATION FOR APPOINTMENT OF GUARDIANS *AD LITEM*** |

- 1 -                    Case No. 4:22-md-03047-YGR

Exhibits 1-11 to the Declaration of Jennie Lee Anderson in Support of Plaintiffs' Seventeenth *Ex Parte* Application for Appointment of Guardians *Ad Litem*

*Jennifer Kaczenski v. Meta Platforms, Inc.,* et al., 4:26-cv-02780-YGR;

*M.P., by and through her Guardian Ad Litem, Bonieta Pieper v. Meta Platforms, Inc., et al.*, 4:26-cv-02815-YGR;

*S.D., by and through her Guardian Ad Litem, Crystal Presley v. Meta Platforms, Inc., et al.*, 4:26-cv-03015-YGR;

*N.C., by and through her Guardian Ad Litem, Ashley Collmar v. Meta Platforms, Inc., et al.*, 4:26-cv-03076-YGR;

*J.G. filed on behalf of minor G.L. v. Meta Platforms, Inc., et al.*, 4:26-cv-03187-YGR.

- 2 -                     Case No. 4:22-md-03047-YGR

Exhibits 1-11 to the Declaration of Jennie Lee Anderson in Support of Plaintiffs' Seventeenth *Ex Parte* Application for Appointment of Guardians *Ad Litem*

# EXHIBIT 1

Exhibits 1-11 to the Declaration of Jennie Lee Anderson in Support of Plaintiffs' Seventeenth *Ex Parte* Application for Appointment of Guardians *Ad Litem*

# EXHIBIT FILED UNDER SEAL

Case No. 4:22-md-03047-YGR

Exhibits 1-11 to the Declaration of Jennie Lee Anderson in Support of Plaintiffs' Seventeenth *Ex Parte* Application for Appointment of Guardians *Ad Litem*



# EXHIBIT 2

Exhibits 1-11 to the Declaration of Jennie Lee Anderson in Support of Plaintiffs' Seventeenth *Ex Parte* Application for Appointment of Guardians *Ad Litem*

# EXHIBIT FILED UNDER SEAL

- 6 -                                  Case No. 4:22-md-03047-YGR

Exhibits 1-11 to the Declaration of Jennie Lee Anderson in Support of Plaintiffs' Seventeenth *Ex Parte* Application for Appointment of Guardians *Ad Litem*

# EXHIBIT 3

Case No. 4:22-md-03047-YGR

Exhibits 1-11 to the Declaration of Jennie Lee Anderson in Support of Plaintiffs' Seventeenth *Ex Parte* Application for Appointment of Guardians *Ad Litem*

# EXHIBIT FILED UNDER SEAL

- 8 -                Case No. 4:22-md-03047-YGR

# EXHIBIT 4

Exhibits 1-11 to the Declaration of Jennie Lee Anderson in Support of Plaintiffs' Seventeenth *Ex Parte* Application for Appointment of Guardians *Ad Litem*

# EXHIBIT FILED UNDER SEAL

Exhibits 1-11 to the Declaration of Jennie Lee Anderson in Support of Plaintiffs' Seventeenth *Ex Parte* Application for Appointment of Guardians *Ad Litem*

# EXHIBIT 5

Exhibits 1-11 to the Declaration of Jennie Lee Anderson in Support of Plaintiffs' Seventeenth *Ex Parte* Application for Appointment of Guardians *Ad Litem*

# EXHIBIT FILED UNDER SEAL

Case No. 4:22-md-03047-YGR

Exhibits 1-11 to the Declaration of Jennie Lee Anderson in Support of Plaintiffs' Seventeenth *Ex Parte* Application for Appointment of Guardians *Ad Litem*



# EXHIBIT 6

Case No. 4:22-md-03047-YGR

Exhibits 1-11 to the Declaration of Jennie Lee Anderson in Support of Plaintiffs' Seventeenth *Ex Parte* Application for Appointment of Guardians *Ad Litem*

# EXHIBIT FILED UNDER SEAL

- 14 -    Case No. 4:22-md-03047-YGR

Exhibits 1-11 to the Declaration of Jennie Lee Anderson in Support of Plaintiffs' Seventeenth *Ex Parte* Application for Appointment of Guardians *Ad Litem*

# EXHIBIT 7

Case No. 4:22-md-03047-YGR

Exhibits 1-11 to the Declaration of Jennie Lee Anderson in Support of Plaintiffs' Seventeenth *Ex Parte* Application for Appointment of Guardians *Ad Litem*

# EXHIBIT FILED UNDER SEAL

Case No. 4:22-md-03047-YGR

Exhibits 1-11 to the Declaration of Jennie Lee Anderson in Support of Plaintiffs' Seventeenth *Ex Parte* Application for Appointment of Guardians *Ad Litem*

# EXHIBIT 8

Case No. 4:22-md-03047-YGR

Exhibits 1-11 to the Declaration of Jennie Lee Anderson in Support of Plaintiffs' Seventeenth *Ex Parte* Application for Appointment of Guardians *Ad Litem*

# EXHIBIT FILED UNDER SEAL

- 18 -                                   Case No. 4:22-md-03047-YGR

Exhibits 1-11 to the Declaration of Jennie Lee Anderson in Support of Plaintiffs' Seventeenth *Ex Parte* Application for Appointment of Guardians *Ad Litem*

# EXHIBIT 9

- 19 -                    Case No. 4:22-md-03047-YGR

Exhibits 1-11 to the Declaration of Jennie Lee Anderson in Support of Plaintiffs' Seventeenth *Ex Parte* Application for Appointment of Guardians *Ad Litem*

# EXHIBIT FILED UNDER SEAL

Exhibits 1-11 to the Declaration of Jennie Lee Anderson in Support of Plaintiffs' Seventeenth *Ex Parte* Application for Appointment of Guardians *Ad Litem*



# EXHIBIT 10

Exhibits 1-11 to the Declaration of Jennie Lee Anderson in Support of Plaintiffs' Seventeenth *Ex Parte* Application for Appointment of Guardians *Ad Litem*

# EXHIBIT FILED UNDER SEAL

Case No. 4:22-md-03047-YGR

Exhibits 1-11 to the Declaration of Jennie Lee Anderson in Support of Plaintiffs' Seventeenth *Ex Parte* Application for Appointment of Guardians *Ad Litem*

# EXHIBIT 11

- 23 -    Case No. 4:22-md-03047-YGR

Exhibits 1-11 to the Declaration of Jennie Lee Anderson in Support of Plaintiffs' Seventeenth *Ex Parte* Application for Appointment of Guardians *Ad Litem*

# EXHIBIT FILED UNDER SEAL

Case No. 4:22-md-03047-YGR

Exhibits 1-11 to the Declaration of Jennie Lee Anderson in Support of Plaintiffs' Seventeenth *Ex Parte* Application for Appointment of Guardians *Ad Litem*