**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION | Case No. 4:22-MD-03047-YGR<br><br>MDL No. 3047 |
| This Document Relates to:<br><br>*A.W., by and through her Guardian Ad Litem, Annette Weatherspoon v. Meta Platforms, Inc., et al.*, 4:26-cv-00372-YGR;<br><br>*M.L., by and through her Guardian Ad Litem, Delia Garcia v. Meta Platforms, Inc., et al.*, 4:26-cv-00717-YGR;<br><br>*A.D., by and through her Guardian Ad Litem, Leonardo De Leon v. Meta Platforms, Inc., et al.*, 4:26-cv-01055-YGR;<br><br>*N.H., by and through her Guardian Ad Litem, Tracilee Hippe v. Meta Platforms, Inc., et al.*, 4:26-cv-01070-YGR;<br><br>*H.M., by and through her Guardian Ad Litem, Marsha Loux v. Meta Platforms, Inc., et al.*, 4:26-cv-01713-YGR;<br><br>*A.M., by and through her Guardian Ad Litem, Alfreda Lewis v. Meta Platforms, Inc, et al.*, 4:26-cv-02028-YGR;<br><br>*S.K., by and through her Guardian Ad Litem, Jennifer Kaczenski v. Meta Platforms, Inc., et al.*, 4:26-cv-02780-YGR; | **[PROPOSED] ORDER GRANTING PLAINTIFFS' SEVENTEENTH CONSOLIDATED *EX PARTE* APPLICATION AND APPOINTING GUARDIANS *AD LITEM*** |

1                               Case No. 4:22-md-03047-YGR
[Proposed] Order Granting Plaintiffs' Seventeenth Consolidated *Ex Parte* Application

*M.P., by and through her Guardian Ad Litem, Bonieta Pieper v. Meta Platforms, Inc., et al.*, 4:26-cv-02815-YGR;

*S.D., by and through her Guardian Ad Litem, Crystal Presley v. Meta Platforms, Inc., et al.*, 4:26-cv-03015-YGR;

*N.C., by and through her Guardian Ad Litem, Ashley Collmar v. Meta Platforms, Inc., et al.*, 4:26-cv-03076-YGR;

*J.G. filed on behalf of minor G.L. v. Meta Platforms, Inc., et al.*, 4:26-cv-03187-YGR.

[Proposed] Order Granting Plaintiffs' Seventeenth Consolidated *Ex Parte* Application

**[PROPOSED] ORDER**

The Court is in receipt of Plaintiffs' Seventeenth Ex *Parte* Application for Appointment of Guardians *Ad Litem* (hereinafter, "Seventeenth *Ex Parte* Application").

Pursuant to this Court's Order Regarding Appointment of Guardians *Ad Litem* (ECF No. 122), *Ex Parte* Applications for Appointment of Guardians *Ad Litem* ("Applications") submitted by parents and/or legal guardians were deemed presumptively approved upon filing because there was no apparent conflict between the applicants' parental responsibility and their obligation to assist the Court in "achieving a just and speedy determination of the action."  ECF No. 122 ¶ 4 (citing *J.M. v. Liberty Union High Sch. Dist.*, No. 16-cv-05225-LB, 2016 WL 4942999, at *1 (N.D. Cal. Sept.16, 2016)).

On July 20, 2026, Applications were submitted by the parents and/or legal guardians to serve as guardians *ad litem* for the individual minor plaintiffs in the following cases:

- *A.W., by and through her Guardian Ad Litem, Annette Weatherspoon v. Meta Platforms, Inc., et al.*, 4:26-cv-00372-YGR (Exhibit 1);
- *M.L., by and through her Guardian Ad Litem, Delia Garcia v. Meta Platforms, Inc., et al.*, 4:26-cv-00717-YGR (Exhibit 2);
- *A.D., by and through her Guardian Ad Litem, Leonardo De Leon v. Meta Platforms, Inc., et al.*, 4:26-cv-01055-YGR (Exhibit 3);
- *N.H., by and through her Guardian Ad Litem, Tracilee Hippe v. Meta Platforms, Inc., et al.*, 4:26-cv-01070-YGR (Exhibit 4);
- *H.M., by and through her Guardian Ad Litem, Marsha Loux v. Meta Platforms, Inc., et al.*, 4:26-cv-01713-YGR (Exhibit 5);
- *A.M., by and through her Guardian Ad Litem, Alfreda Lewis v. Meta Platforms, Inc, et al.*, 4:26-cv-02028-YGR (Exhibit 6);
- *S.K., by and through her Guardian Ad Litem, Jennifer Kaczenski v. Meta Platforms, Inc., et al.*, 4:26-cv-02780-YGR (Exhibit 7);
- *M.P., by and through her Guardian Ad Litem, Bonieta Pieper v. Meta Platforms, Inc., et al.*, 4:26-cv-02815-YGR (Exhibit 8);
- *S.D., by and through her Guardian Ad Litem, Crystal Presley v. Meta Platforms, Inc., et al.*, 4:26-cv-03015-YGR (Exhibit 9);

[Proposed] Order Granting Plaintiffs' Seventeenth Consolidated *Ex Parte* Application

- *N.C., by and through her Guardian Ad Litem, Ashley Collmar v. Meta Platforms, Inc., et al.*, 4:26-cv-03076-YGR (Exhibit 10);
- *J.G. filed on behalf of minor G.L. v. Meta Platforms, Inc., et al.*, 4:26-cv-03187-YGR (Exhibit 11).

Pursuant to this Court's Order Regarding Appointments of Guardian *Ad Litem*, the Court's presumptive approval of these Applications will become final if no objections are filed within fifteen (15) days of the filing of Plaintiffs' Seventeenth *Ex Parte* Application. ECF No. 122 ¶5.

Having received no objections on or before August 4, 2026, which is the fifteenth day after the filing of Plaintiffs' Seventeenth *Ex Parte* Application, and good cause appearing, it is hereby ordered that that the applicants identified in the Applications for the cases listed above are appointed as guardians *ad litem* for the minor plaintiffs in those actions for the purposes of this litigation. These appointments, as well as all prior appointments of guardians *ad litem* in this case, shall remain in effect only until the minor reaches the age of majority.

**IT IS SO ORDERED.**

Dated: _____

_____
Hon. Yvonne Gonzalez Rogers
UNITED STATES DISTRICT JUDGE

[Proposed] Order Granting Plaintiffs' Seventeenth Consolidated *Ex Parte* Application