[*Submitting Counsel on Signature Page*]

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION | MDL No. 3047 |
| | Case No. 4:22-md-03047-YGR |
| THIS DOCUMENT RELATES TO: | **NOTICE BY STATE ATTORNEYS GENERAL REGARDING SPECIFIC EXPERT REPORT PARAGRAPHS SUPPORTING STATE AG'S INJUNCTIVE RELIEF REQUEST** |
| 4:23-cv-05448 | |
| | Judge: Hon. Yvonne Gonzalez Rogers |
| | Magistrate Judge: Hon. Peter H. Kang |

At the Court's request, the State Attorneys General ("State AGs") provide the following specific paragraph numbers within its expert reports to support their requests for injunctive relief. The State AGs expect much of the identified expert testimony will be presented during the 'Liability Phase' of the trial. The State AGs will also provide additional liability proof to support their injunctive relief requests through witnesses and Meta produced documents. This filing is consistent with and should be read in conjunction with the State AGs' prior injunctive relief filing Docket No. 257 (2724).

| Expert | Report Paragraph | Description |
|---|---|---|
| Tim Estes | Opening Report- ¶¶ 41, 72, 74-104, 108-113, 148<br><br>Rebuttal Report- ¶¶ 33, 38-42 | Implementation of multi-layered age verification system with Verified Parental Consent, which incorporates federated identity verification, AI-based facial age estimation (using third-party verification sites), credit card verification, government ID checks, and/or human review. |
| Colin Gray | Opening Report- ¶¶ 89-95, 127-132<br><br>Rebuttal Report- ¶¶ 43-46 | Changes to platform design, including increased friction at account sign-up; effective time restriction/management tools; education on safety, social media literacy, and privacy; changes to age-gating design to increase proactive detection of U13 users; mandatory defaults to safest settings; meaningful parental controls that are intuitive and effective; removal of specific dark patterns in U13 reporting flow; removal of dark patterns in account deletion flow |
| Lauren Hale | Rebuttal Report- ¶ 45 | Limit on nighttime access of platform for U18 accounts. |
| Ravi Iyer | Opening Report- ¶¶ 1, 3, 22-36; 40, 43-44; 46-49, 51-54, 56-62.<br><br>Rebuttal Report: 17-20, 25-27, 37-46. | Optimize the algorithm for quality signals and explicit user preference;<br>Remove infinite scroll, autoplay, and quantification of engagement for teen users;<br>Limit push notifications;<br>Limit ephemeral features and design for teen users;<br>Changes to Meta's time management tools more effective. |
| Arvind Narayanan | Opening Report- ¶¶ 82, 99, 199-211<br><br>Rebuttal Report- ¶¶ 51-68 | Changes to the recommendation algorithm and value models to optimize for users' stated preferences and integrity metrics, and which deprioritize engagement and revenue metrics |
| Mitch Prinstein | Opening Report – ¶¶ 43, 45, 56–60 | Removal or changes to beauty filters, safety defaults, ineffective time restriction tools, and ephemeral content, such as removal of quantitative metrics of social approval. |
| Ryan Sheatsley | Opening Report- ¶¶ 7, 8, 52-62, 156, 181, 194-200 | Changes to underage reporting flow;<br>Changes to data collection and length of data retention and use of data for under 13 users;<br>Enforcement on hard and soft-linked accounts of U13s. |
| Jean Twenge | Opening Report- ¶¶ 62, 64, 65 | Default time limit at 1 hour for teen users. |
| Arturo Bejar<br><br>*Non-Retained Expert* | Second Amended Disclosure at 6-7 | Implement alternative platform safety architecture, including opt-out defaults rather than opt-in safety features; effective age verification; changes to allow easier user reporting flows; changes to require Instagram to be more responsive to user reports; ongoing monitoring on U18 use of platforms and metrics to assess platform safety. |

Respectfully submitted,

DATED: 7/20/2026

**PHILIP J. WEISER**
Attorney General
State of Colorado

/s/ *Shaheen Sheikh*
Krista Batchelder, CO Reg. No. 45066, *pro hac vice*
Deputy Solicitor General
Jason Slothouber, CO Reg. No. 43496, *pro hac vice*
Chief Trial Counsel, Consumer Protection
Lauren M. Dickey, CO Reg. No. 45773, *pro hac vice*
First Assistant Attorney General
Elizabeth Orem, CO Reg. No. 58309, *pro hac vice*
Shaheen Sheikh, CO Reg. No. 52574, *pro hac vice*
Assistant Attorney Generals
Colorado Department of Law
Ralph L. Carr Judicial Center
Consumer Protection Section
1300 Broadway, 7th Floor
Denver, CO 80203
Phone: (720) 508-6000
Krista.Batchelder@coag.gov

*Attorneys for Plaintiff State of Colorado, ex rel. Philip J. Weiser, Attorney General*

**RUSSELL COLEMAN**
Attorney General
Commonwealth of Kentucky

/s/ *J. Christian Lewis*
J. Christian Lewis (KY Bar No. 87109), *pro hac vice*
Philip Heleringer (KY Bar No. 96748), *pro hac vice*
Zachary Richards (KY Bar No. 99209), *pro hac vice*
Daniel I. Keiser (KY Bar No. 100264), *pro hac vice*
Matthew Cocanougher (KY Bar No. 94292), *pro hac vice*
Assistant Attorneys General
1024 Capital Center Drive, Ste. 200
Frankfort, KY 40601
Christian.Lewis@ky.gov

**ROB BONTA**
Attorney General
State of California

/s/ *Megan O'Neill*
Nicklas A. Akers (CA SBN 211222)
Senior Assistant Attorney General
Bernard Eskandari (SBN 244395)
Emily Kalanithi (SBN 256972)
Supervising Deputy Attorneys General
Nayha Arora (CA SBN 350467)
David Beglin (CA SBN 356401)
Megan O'Neill (CA SBN 343535)
Joshua Olszewski-Jubelirer (CA SBN 336428)
Marissa Roy (CA SBN 318773)
Brendan Ruddy (CA SBN 297896)
Deputy Attorneys General
California Department of Justice
Office of the Attorney General
455 Golden Gate Ave., Suite 11000
San Francisco, CA 94102-7004
Phone: (415) 510-4400
Fax: (415) 703-5480
Megan.ONeill@doj.ca.gov

*Attorneys for Plaintiff the People of the State of California*

**JENNIFER DAVENPORT**
Attorney General
State of New Jersey

By: /s/ *Thomas Huynh*
Kashif T. Chand (NJ Bar No. 016752008), *Pro hac vice*
Assistant Attorney General
Thomas Huynh (NJ Bar No. 200942017), *Pro hac vice*
Section Chief, Deputy Attorney General
Verna J. Pradaxay (NJ Bar No. 335822021), *Pro hac vice*
Mandy K. Wang (NJ Bar No. 373452021), *Pro hac vice*
Deputy Attorneys General
New Jersey Division of Law
124 Halsey Street, 5th Floor

NOTICE BY STATE ATTORNEYS GENERAL REGARDING SPECIFIC EXPERT REPORT PARAGRAPHS SUPPORTING STATE AG'S INJUNCTIVE RELIEF REQUEST
4:22-md-03047-YGR; 4:23-cv-05448-YGR

Philip.Heleringer@ky.gov
Zach.Richards@ky.gov
Daniel.Keiser@ky.gov
Matthew.Cocanougher@ky.gov
Phone: (502) 696-5300
Fax: (502) 564-2698

*Attorneys for Plaintiff the Commonwealth of
Kentucky*

Newark, NJ 07101
Kashif.Chand@law.njoag.gov
Thomas.Huynh@law.njoag.gov
Verna.Pradaxay@law.njoag.gov
Mandy.Wang@law.njoag.gov

*Attorneys for Plaintiffs Jennifer Davenport,
Attorney General for the State of New Jersey,
and Jeremy E. Hollander, Acting Director of
the New Jersey Division of Consumer Affairs*

## SIGNATURE CERTIFICATION

Under Civ. L.R. 5-1(h)(3), I hereby attest that all signatories listed, and on whose behalf the filing is submitted, concur in this filing's content and have authorized this filing.

DATED: 07/20/2026

*/s/ Shaheen Sheikh*
Shaheen Sheikh

*Attorney for Plaintiff State of Colorado, ex
rel. Philip J. Weiser, Attorney General*

4