**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**CIVIL MINUTES**

| **Date:** July 17, 2026 | **Time:** 2 hours 28 minutes | **Judge:** YVONNE GONZALEZ ROGERS |
|---|---|---|
| **Case No.:** 22-md-03047-YGR<br><br>23-cv-05448-YGR<br>26-cv-01561-YGR<br>26-cv-02463-YGR<br>26-cv-06333-YGR | **Case Name:** In Re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation<br>People of the State of California v. Meta Platforms, Inc. et al<br>Heinz v. Meta Platforms, Inc. et al<br>Los Angeles Unified School District v. Meta Platforms, Inc.<br>Vuckovich et al v. Meta Platforms, Inc. et al | |

**Attorney for Plaintiff:** Jason Slothouber (Lead Counsel)
**Attorney for Defendant:** Paul Schmidt (Lead Counsel)

**Deputy Clerk:** Edwin Angelo A. Cuenco        **Court Reporter:** Kelly Shainline

**PROCEEDINGS**

Pretrial Conference – Held.
Motion to Dismiss – Held.
Motion to Transfer Case – Held.
Motion to Remand – Held.

In the matter of 22-md-03047-YGR and 23-cv-05448-YGR: The Court heard argument on pending pretrial disputes, depositions, motions to seal, and exhibits. Arguments are taken under submission.

In the matter of 26-cv-01561-YGR: The Court heard argument on the plaintiff's motion to dismiss. Arguments are taken under submission and will be decided on the papers.

In the matter of 26-cv-02463-YGR: The defendant's motion to transfer is argued and submitted.

In the matter of 26-cv-06333-YGR: Plaintiff's motion to remand is argued and submitted.

Pretrial Order to issue.