**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **PEOPLE OF THE STATE OF CALIFORNIA, ET AL.,**<br><br>              Plaintiffs,<br><br>      v.<br><br>**META PLATFORMS INC., ET AL.,**<br><br>              Defendants. | Case No. 4:23-cv-05448-YGR<br><br>**PRETRIAL ORDER NO. 6 RE: PRETRIAL CONFERENCE** |

Having considered the filings to date[1] and argument heard at the Pretrial Conference held on July 17, 2026 and for good cause shown, the Court issues the following orders discussed therein and others to facilitate an orderly trial:

1.    **Deposition and Discovery Designations:**

2.    The proposed protocol at Dkt. No. 478 (3262) is **GRANTED**.

3.    The Court's rulings on the designation disputes is provided hereto as Attachment A. The Court understands that the parties are revising the submissions of Nathan Blake, Margareet Gould Stewart, and Nick Clegg.

4.    **Exhibit Posting**: As discussed on the record at the pretrial conference, the parties will submit a revised protocol for exhibit posting during trial.  Thus, the Court **DEEMS WITHDRAWN** the previously posted proposal at Dkt. No. 482 (3271).

5.    **Exhibit Lists:**  For reasons discussed more fully on the record at the pretrial conference, parties shall file any additions to their exhibit lists by July 23, 2026 and a list of their 300 most important exhibits by July 27, 2026.  So long as an exhibit was listed in one of their

---

[1] As a reminder, all briefing related to this trial action shall reference docket numbers in this docket, with the MDL docket number placed in parentheses.

United States District Court
Northern District of California

exhibit filings, the Court will not reject an exhibit merely for lack of inclusion in the list of 300.

6. **Jury Hardship Excusals**:  The Court will inform liaison counsel when the jury questionnaire survey results are complete.[2]  Counsel shall meet and confer regarding joint stipulations to excuse jurors.  Parties shall provide the stipulations to excuse by no later than 12:00 P.M. on Sunday August 9, 2026.

7. **Jury Instructions:  By July 24, 2026,** Meta **SHALL** re-file their proposed jury instruction on COPPA with color-coding to identify how their proposal differs from plaintiffs. Counsel should use the same font colors employed in the first set of proposed instructions.

8. **Remedies**:  For reasons discussed more fully on the record at the pretrial conference, plaintiffs are **ORDERED** to submit to the Court the paragraph numbers[3] in the Expert Report of Ravi Iyer that identify the injunctive relief they seek by Monday, July 20, 2026.

9. **Witness Dispute**:  For reasons discussed more fully on the record at the pretrial conference, the Court **APPROVES** the request to depose Nathan Blake.  The parties are **ORDERED** to schedule a time no later than 12:00 P.M. on Monday, July 20, 2026.

10. **Collateral Order Dispute**:  For reasons discussed more fully on the record at the pretrial conference, Meta's request to stay the trial in this case is **DENIED**.

11. **Remote Access**:  The Court **GRANTS** the parties' Stipulation authorizing restricted remote audiovisual access to the instant trial.  (Dkt. 481 (3270).) However, the Court will work with the parties on the logistics so as not to over burden court staff.  To use the link, counsel of record and in-house counsel must attest in writing that (i) they represent or serve as counsel to Meta, an MDL AG, an MDL PISD Plaintiff, or a JCCP Plaintiff and (ii) they will not share the link with any person. Each party shall collect the written attestations and file them (collectively per side) on the docket.

12. **Trial Stipulations**:  The Court hereby **GRANTS** the Joint Trial Stipulations.  (Dkt. 474

---

[2] The surveys are likely to be complete on August 4, 2026.

[3] The Court has received chambers copies of all expert reports.  Therefore, plaintiffs should submit the paragraph numbers only, via email to the Court.

(3258).)

13. **Joint Stipulations:** The Court hereby **GRANTS** the following joint stipulations:

a. Wakefield Deposition (Dkt. No. 439 (3212));

b. Sealing stipulation (Dkt. Nos. 477 (3261)).

This Order terminates the following Dkt. Nos. in **Case No. 23-cv-5448**: 439, 474, 477, 478, 482, 481; and the following in **Case No. 22-md-3047**: 3212, 3258, 3261, 3262, 3271, 3270.

**IT IS SO ORDERED.**

Dated:   July 20, 2026

_____

**YVONNE GONZALEZ ROGERS**
**Chief UNITED STATES DISTRICT COURT**
**JUDGE**

United States District Court
Northern District of California

3