**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

**PEOPLE OF THE STATE OF CALIFORNIA**,
et al.,

Plaintiffs,

v.

**META PLATFORMS, INC., et al.**,

Defendants.

Case No. 4:22-md-03047-YGR
Case No. 4:23-cv-05448-YGR

Hon. Yvonne Gonzalez Rogers
Direct Member Case of MDL No. 3047

---

**MOTION OF THE NATURAL LAW INSTITUTE FOR LEAVE TO FILE AMICUS CURIAE SUBMISSION**

The Natural Law Institute respectfully moves for leave to file an amicus curiae submission in the above-captioned coordinated proceedings.

The proposed submission consists of four related court-facing instruments:

1. Proposed Amicus Curiae Brief of the Natural Law Institute;
2. Reader's Guide of the Natural Law Institute;
3. Supplemental Statement Explaining the Relationship Among the Reader's Guide, Proposed Amicus Brief, and Supporting Analytical Architecture; and
4. Supporting Analytical Architecture of the Natural Law Institute.

Good cause supports leave. These coordinated proceedings involve overlapping questions of platform responsibility, child stewardship, parental authority, institutional custody, third-party content, minors' data, recommendation systems, causation, public-entity damages, and prospective remedy. The proposed submission offers a neutral decisional framework for separating those issues before responsibility and remedy are assigned.

1

The proposed amicus does not ask the Court to determine disputed facts concerning any individual claimant. It offers an allocation framework by which the Court may distinguish access, content origin, platform intervention, stewardship, knowledge, representation, incremental harm, and remedy across the coordinated proceedings.

The Institute's position is neutral as to party identity and exacting as to responsibility. It does not seek platform absolution. It does not seek platform custodianship. It asks that each actor answer for the authority exercised, duty held, representation made, conduct controlled, benefit received, and injury caused.

The accompanying Reader's Guide provides rapid orientation. The proposed Amicus Brief provides the operative legal and decisional framework. The Supplemental Statement explains the relationship among the documents. The Supporting Analytical Architecture preserves the complete derivation from which the shorter instruments were compressed.

The submission will assist the Court because it addresses the allocation problem beneath the conventional labels of product liability, youth addiction, harmful content, data privacy, platform design, public-entity damages, and child protection. It supplies a method for preventing custodial duties, platform duties, creator duties, institutional duties, governmental duties, and market-wide defects from being collapsed into one undifferentiated theory of responsibility.

No party will be prejudiced by the filing. The proposed materials are offered to assist classification and adjudication, not to introduce party-specific facts or enlarge the issues beyond the coordinated proceedings. Leave would promote the just, efficient, and proportional resolution of common questions.

For these reasons, the Natural Law Institute respectfully requests that the Court grant leave to file the accompanying amicus curiae submission.

Respectfully submitted,

**NATURAL LAW INSTITUTE**
By: /s/ Brandon Michael Hayes
Brandon Michael Hayes
President, Natural Law Institute
159 Indian Hill Street
West Newbury, Massachusetts 01985
(617) 438-2049
brandon@hayeshaus.com

Proposed Amicus Curiae, Self-Represented

Dated: July 13, 2026