UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

**PEOPLE OF THE STATE OF CALIFORNIA**,
et al.,

Plaintiffs,

v.

**META PLATFORMS, INC., et al.**,

Defendants.

Case No. 4:22-md-03047-YGR
Case No. 4:23-cv-05448-YGR

Hon. Yvonne Gonzalez Rogers
Direct Member Case of MDL No. 3047

---

**[PROPOSED] ORDER GRANTING MOTION OF THE NATURAL LAW INSTITUTE FOR LEAVE TO FILE AMICUS CURIAE SUBMISSION**

Upon consideration of the Motion of the Natural Law Institute for Leave to File Amicus Curiae Submission, and good cause appearing, the motion is GRANTED.

The Court grants the Natural Law Institute leave to file the following materials:

1.  Amicus Curiae Brief of the Natural Law Institute;
2.  Reader's Guide of the Natural Law Institute;
3.  Supplemental Statement Explaining the Relationship Among the Reader's Guide, Proposed Amicus Brief, and Supporting Analytical Architecture; and
4.  Supporting Analytical Architecture of the Natural Law Institute.

The Clerk is directed to accept the foregoing materials for filing on the docket.

IT IS SO ORDERED.

Dated: _____

---

Hon. Yvonne Gonzalez Rogers
United States District Judge

1