William L. Bross, IV (admitted *pro hac vice*)
BOWLINE LAW
4 Office Park Circle
Suite 208
Birmingham, AL 35223
Tel: (205) 409-2439
Email: bill@bowlinelaw.com

*One of the attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br><br>All Actions | ) Case No.: 22-md-3047-YGR<br>)<br>) MDL No. 3047<br>)<br>) The Honorable Yvonne Gonzalez Rogers<br>)<br>) NOTICE OF CHANGE OF FIRM AND<br>) ADDRESS<br>)<br>)<br>)<br>) |

**TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:**

I, William L. Bross, hereby notice a change of firm name, address, email address, and phone number. The true and correct firm name, address, email address, and phone number are listed above. I have updated this with PACER and expect the clerk's office to accept the update to PACER in due time.

Dated: July 21, 2026                    Respectfully submitted,

                                        By:    /s/ *William L. Bross*_____
                                               William L. Bross

---

4:22-md-03047-YGR                                    NOTICE OF CHANGE OF FIRM AND ADDRESS