Ashley M. Simonsen (Bar No. 275203)
COVINGTON & BURLING LLP
1999 Avenue of the Stars
Los Angeles, California 90067
Telephone: (424) 332-4800
Facsimile: (424) 332-4749
Email: asimonsen@cov.com

*Attorneys for Defendant Meta Platforms, Inc.*
*f/k/a Facebook, Inc.*

# IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| | |
|---|---|
| **PEOPLE OF THE STATE OF CALIFORNIA, ET AL.,** | MDL No. 3047 |
| Plaintiffs, | Case No. 4:23-cv-05448-YGR |
| v. | **DEFENDANT'S ADMINISTRATIVE MOTION TO ALLOW CERTAIN EQUIPMENT FOR TRIAL** |
| **META PLATFORMS INC., ET. AL.,** | Judge: Hon. Yvonne Gonzalez Rogers |
| Defendants. | Jury Selection: August 12, 2026 |
| | Trial Date:  August 18, 2026 |
| | Courtroom:  1, 4th Floor |

1
DEFENDANT'S ADMINISTRATIVE MOTION TO ALLOW CERTAIN EQUIPMENT FOR TRIAL

Defendant Meta Platforms, Inc. respectfully moves the Court pursuant to Civil Local Rule 7-11 and the Court's Pretrial Order No. 2, ¶ 15 (Dkt. 3139) for an order authorizing Defendant to bring the following equipment to Courtroom 1 – 4th floor, 1301 Clay Street, Oakland, CA 94612, for jury selection on August 12, 2026, and for the trial commencing August 18, 2026:

Laptops and power adapters

Tablets and power adapters

Phones and power adapters

External speakers and power adapters

External hard drives

Flash drives

Keyboards and mouses

Power strips

Power cables

Power extension cords

USB cables and adapters

HDMI splitters

External monitors

Headphones

Portable tech table and skirt

Desktop printer

PowerPoint clickers

Digital pointer

Gaffer tape

Demonstrative boards

Demonstrative easels

Library carts

Lucite podium

DEFENDANT'S ADMINISTRATIVE MOTION TO ALLOW CERTAIN EQUIPMENT FOR TRIAL

WiFi hotspots

Seat Cushions

Boxes of office supplies

Water

All personnel representing Meta Platforms, Inc. including:

Paul Schmidt, David Sneed, Timothy Hester, Nicholas Xenakis, Alice Greenhill, Megan Mers, Marcela Interiano, Zora Franicevic, Isaac LaGrand, Sam Olsson, Hassan Ahmad, Maya Sharp, Daniel Auten, Abby Porter, Brian Stekloff, Moira Penza, Cali Arat, Matthew Skanchy, Dhruti Patel, Owen Gallogly, Tania Martinez, Aliyah Graves-Brown, Mason Grist, Daniel Cook, Jade Mackie, Julia Bochenek, Lauren Paterson, Ethan Wong, Remington Thames, Ashley Raynor, Joe Bladel, Kaitlyn Wesneski, Erica Schmitt, Sean McGrew, Chris Reynolds, Katie MacInnes, and Tyrell Smith.


Dated: July 22, 2026                          Respectfully submitted,

                                              By:  */s/ Ashley M. Simonsen*

                                              **COVINGTON & BURLING LLP**

                                              Ashley M. Simonsen, SBN 275203
                                              COVINGTON & BURLING LLP
                                              1999 Avenue of the Stars
                                              Los Angeles, CA 90067
                                              Telephone: (424) 332-4800
                                              Facsimile: + 1 (424) 332-4749
                                              Email: asimonsen@cov.com

                                              Paul W. Schmidt, *pro hac vice*
                                              Timothy C. Hester, *pro hac vice*
                                              David N. Sneed, *pro hac vice*
                                              COVINGTON & BURLING LLP
                                              One City Center
                                              850 Tenth Street, NW
                                              Washington, DC 20001-4956
                                              Telephone: + 1 (202) 662-6000
                                              Facsimile: + 1 (202) 662-6291
                                              pschmidt@cov.com
                                              thester@cov.com
                                              dsneed@cov.com

3

DEFENDANT'S ADMINISTRATIVE MOTION TO ALLOW CERTAIN EQUIPMENT FOR TRIAL

*Attorneys for Defendants Meta Platforms, Inc. f/k/a Facebook, Inc.*

DEFENDANT'S ADMINISTRATIVE MOTION TO ALLOW CERTAIN EQUIPMENT FOR TRIAL