Ashley M. Simonsen (Bar No. 275203)
COVINGTON & BURLING LLP
1999 Avenue of the Stars
Los Angeles, California 90067
Telephone: (424) 332-4800
Facsimile: (424) 332-4749
Email: asimonsen@cov.com

*Attorneys for Defendant Meta Platforms, Inc.*
*f/k/a Facebook, Inc.*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

|  |  |
|---|---|
| **PEOPLE OF THE STATE OF CALIFORNIA, ET AL.,** | MDL No. 3047 |
| Plaintiffs, | Case No. 4:23-cv-05448-YGR |
| v. | **[PROPOSED] ORDER GRANTING DEFENDANT'S ADMINISTRATIVE MOTION TO ALLOW CERTAIN EQUIPMENT FOR TRIAL** |
| **META PLATFORMS INC., ET. AL.,** | |
| Defendants. | Judge: Hon. Yvonne Gonzalez Rogers |

1

Before the Court is Defendant Meta Platforms, Incorporated's (Meta) Administrative Motion to Allow Certain Equipment for Trial ("Motion"). The Court **GRANTS** Meta's Motion. Meta may bring the following equipment to Courtroom 1 – 4th Floor, 1301 Clay Street, Oakland, CA 94612, for jury selection on August 12, 2026, and for the trial commencing on August 18, 2026:

Laptops and power adapters

Tablets and power adapters

Phones and power adapters

External speakers and power adapters

External hard drives

Flash drives

Keyboards and mouses

Power strips

Power cables

Power extension cords

USB cables and adapters

VGA splitters

External monitors

Headphones

Portable tech table and skirt

Desktop printer

PowerPoint clickers

Digital pointer

Gaffer tape

Demonstrative boards

Demonstrative easels

Library carts

Lucite podium

[PROPOSED] ORDER GRANTING DEFENDANT'S ADMINISTRATIVE MOTION TO ALLOW CERTAIN EQUIPMENT FOR TRIAL

WiFi hotspots

Seat Cushions

Boxes of office supplies

Water

**IT IS SO ORDERED.**

DATED: July 22, 2026

_____
YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER GRANTING DEFENDANT'S ADMINISTRATIVE MOTION TO ALLOW CERTAIN EQUIPMENT FOR TRIAL