CAND Pay.gov Application for Refund (rev. 3/2025)

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

# APPLICATION FOR REFUND (USDC-CAND PAY.GOV)

## PAY.GOV TRANSACTION DETAILS

*IMPORTANT*:
- *Complete all required fields (shown in red*); otherwise, your request may be denied and require resubmission.*
- *The information for the required receipt fields can be found in the Pay.gov screen receipt or confirmation email.*

1. **Your Name*:**  Joseph.VanZandt

2. **Your Email Address*:**  Joseph.VanZandt@BeasleyAllen.com

3. **Receipt Agency Tracking ID for Refund*:**  CCANDC-22085478

4. **Transaction Date for Refund*:**  6/10/2026

5. **Transaction Amount to be Refunded*:**  $405.00

6. **Receipt Agency Tracking ID for Correct Receipt Number on Docket*:**  ACANDC-22092844

7. **Your Phone Number:**  334-323-0458

8. **Full Case Number (if applicable):**  MaKaila Eddings

9. **Fee Type:***

| | |
|---|---|
| ☐ | **Attorney Admission** |
| ☑ | **Civil Case Filing** |
| ☐ | **Audio Recording** |
| ☐ | **Notice of Appeal** |
| ☐ | **Pro Hac Vice** |
| ☐ | **Writ of Habeas Corpus** |
| ☐ | **Other:** _____ |

10. **Reason for Refund Request*:**  *Explain in detail what happened to cause duplicate charges, no fee required, etc.*

☑ **Duplicate Charge**          ☐ **No Fee Required for Filing**          ☐ **Other**

6.10.2026: Filed case in 4:22-md-03047-YGR for MaKaila Eddings receipt number CCANDC-22085478 and had to refile because filing error. Refiled case on 6.12.2026 correctly under case no. 4:26-cv-05680 receipt number ACANDC-22092844.

*If you paid a filing fee using an abandoned case number, note that case number here and e-file the refund request in the **open** case.*

✓ **Efile this form:  OTHER FILINGS → OTHER DOCUMENTS → APPLICATION FOR REFUND.**

View detailed instructions at: cand.uscourts.gov/ecf/payments.

Assistance:  Contact the ECF Help Desk at 1-866-638-7829 or ecfhelpdesk@cand.uscourts.gov Monday - Friday 9:00 a.m.-4:00 p.m.

| FOR U.S. DISTRICT COURT USE ONLY | |
|---|---|
| Refund request:  ☐ Approved   ☐ Denied   ☒ Denied — Resubmit amended application (see reason for denial) | |
| Approval/denial date: | **DENIED** *By Ana Banares at 12:49 pm, Jul 23, 2026* |
| Pay.gov refund tracking ID refunded: | |
| Date refund processed: | |
| Request approved/denied by: | |
| Agency refund tracking ID number: | |
| Refund processed by: | |
| Reason for denial (if applicable): | Please enter the case number that you e-filed the refund request for in Field 8. |
| Referred for OSC date (if applicable): | |