**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION

Case No. 22-md-3047-YGR

MDL No. 3047

**CASE MANAGEMENT ORDER NO. 36 (Trial Plan, Prefiling Conference, et al)**

*Upcoming Case Management Conference:* N/A

*Bellwether Trials:*
August 12, 2026
February 3, 2027

This Document Relates to:

All Actions

**TO ALL PARTIES AND COUNSEL OF RECORD:**

If the parties determine there is a need for a Case Management Conference ("CMC"), the Court will consider proposals for a date and time. Otherwise, the Court will not schedule another CMC at this time. Before the Court is the school district parties' proposed pretrial schedule (Dkt. No. 3265), which would set pretrial conferences on November 6, 2026 and December 14, 2026. The stipulation is **GRANTED**. The parties shall file an agenda one week in advance of each conference.

**I.      SUBSTANTIVE MOTIONS**

*26-2463 LAUSD v. X Corp. et al.*: As explained more fully on the record on July 17, 2026, plaintiffs' counsel in this case are **ORDERED** to meet and confer with defendant's counsel and the MDL lead counsel. The parties shall file a joint status update by August 17, 2026. The status update should include the facts discussed on the record, including the number of cases against X Corp., Discord, and Roblox; the law firms representing all parties; any other facts that may be helpful to the Court in determining how to handle these cases moving forward.

2

*26-1561 Heinz v. Meta et al.*:  For the reasons described more fully on the record at the July 17, 2026 conference, parties will brief the motion and the Court will take it under submission.

*26-6333 Vuckovich v. Meta et al.*:  For the reasons described more fully on the record at the July 17, 2026 conference, the Court takes the motion to remand under submission but will not rule until plaintiff's counsel files proposed jury instructions for the Montana claims.

**IT IS SO ORDERED.**

This Order terminates Dkt. No. 3265.

**Dated:** July 23, 2026

_____
**YVONNE GONZALEZ ROGERS**
**Chief UNITED STATES DISTRICT JUDGE**

United States District Court
Northern District of California

2