[*Submitting Counsel on Signature Page*]

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION | MDL No. 3047 |
|---|---|
| | Case No. 4:23-cv-05448-YGR |
| THIS DOCUMENT RELATES TO: | **PLAINTIFFS' ADMINISTRATIVE MOTION TO PERMIT CERTAIN EQUIPMENT IN THE RONALD V. DELLUMS FEDERAL COURTHOUSE AND THE COURTROOM OF HON. YVONNE GONZALEZ ROGERS** |
| 4:22-md-03047-YGR | |
| | Judge: Hon. Yvonne Gonzalez Rogers |
| | Magistrate Judge: Hon. Peter H. Kang |
| | Jury Selection: August 12, 2026<br>Trial Date: August 18, 2026<br>Courtroom: 1, 4th Floor |

1

The Plaintiff Attorneys General respectfully move the Court pursuant to Civil Local Rule 7-11 and the Court's Pretrial Order No. 2, ¶ 15 (Dkt. 3139) for an order authorizing Plaintiffs to bring the following equipment to Courtroom 1 – 4th floor, 1301 Clay Street, Oakland, CA 94612, for jury selection on August 12, 2026, and for the trial commencing August 18, 2026:

Laptops and power adapters

Tablets and power adapters

Cell phones and power adapters

External speakers and power adapters

External hard drives

Flash drives

Keyboards and mice

Power strips

Power cables

Power extension cords

Portable power banks

USB cables and adapters

HDMI/VGA signal splitters

HDMI/VGA signal switch

HDMI/VGA cables

Encrypted wireless lavalier microphones and receiver

Audio mixer

External monitors

Headphones

Portable tech table and skirt

Desktop printers

Slide advance clickers

Digital pointer

Gaffer tape

2

Demonstrative boards

Demonstrative easels

Library and/or box carts and/or dollies

Portable podium

Small folding tables

WiFi hotspots

Seat Cushions

Boxes of office supplies

Bottled water

First aid kit, including analgesic medication

All personnel representing or assisting in the representation of the State Attorneys General, including:

Megan O'Neill, Zach Richards, Krista Batchelder, Jason Slothouber, Mandy Wang, Joshua Olszewski-Jubelirer, Shannon Stevenson, Chris Lewis, Nayha Arora, Beth Orem, Shaheen Sheikh, Daniel Keiser, Samantha Beckett, Katherine Read, Jordan Hefcart, Pauline Ryan, Verna Pradaxay, Alex Miller, Barney Eskandari, Emily Kalanithi, Brian McDonough, Pauline Ryan, Miriam Burnett, Jake Fernandez, Corin Stigall, Diarmuid Truax, Lauren Dickey, Nick Akers, Matt Cocanougher, Gary Thompson, Patrick Misale, Iva Zovko, Kathrine Hedayat, Mac Taylor, Kate Gooler, Steve Kaufmann, Danny Rheiner, John Ott, Allen Macky, and agents of ACE courier services.

3

Dated: July 24, 2026

Respectfully submitted,

**PHILIP J. WEISER**                          **ROB BONTA**
Attorney General                              Attorney General
State of Colorado                             State of California

*/s/ Krista Batchelder*                       */s/ Megan O'Neill*
Krista Batchelder, (CO Reg.45066), *pro hac vice*   Nicklas A. Akers (CA SBN 211222)
Deputy Solicitor General                      Senior Assistant Attorney General
Shannon Stevenson (CO Reg. 35542), *pro hac vice*   Bernard Eskandari (CA SBN 244395)
Solicitor General                             Emily Kalanithi (CA SBN 256972)
Jason Slothouber, CO Reg. No. 43496, *pro hac vice*   Supervising Deputy Attorneys General
Chief Trial Counsel, Consumer Protection      Megan O'Neill (CA SBN 343535)
Elizabeth Orem (CO Reg. 58309), *pro hac vice*   Nayha Arora (CA SBN 350467)
Shaheen Sheikh, CO Reg. No. 52574, pro hac vice   Joshua Olszewski-Jubelirer
Assistant Attorneys General                   (CA SBN 336428)
Colorado Department of Law                     Brendan Ruddy (CA SBN 297896)
Ralph L. Carr Judicial Center                 Samantha Beckett (CA SBN 308456)
Consumer Protection Section                    Katherine Read (CA SBN 341463)
1300 Broadway, 7th Floor                       Jordan Hefcart (CA SBN 366087)
Denver, CO 80203                               Deputy Attorneys General
Phone: (720) 508-6384                          California Department of Justice
krista.batchelder@coag.gov                     Office of the Attorney General
Shannon.stevenson@coag.gov                     455 Golden Gate Ave., Suite 128950
Elizabeth.orem@coag.gov                        San Francisco, CA 94102-7004
                                               Phone: (415) 510-4400
*Attorneys for Plaintiff State of Colorado, ex rel.*   Fax: (415) 703-5480
*Philip J. Weiser, Attorney General*           megan.oneill@doj.ca.gov

                                               *Attorneys for Plaintiff the People of the State*
                                               *of California*

4

**RUSSELL COLEMAN**
Attorney General
Commonwealth of Kentucky

*/s/ Zachary Richards*
J. Christian Lewis (KY Bar No. 87109),
*pro hac vice*
Philip Heleringer (KY Bar No. 96748),
*pro hac vice*
Zachary Richards (KY Bar No. 99209),
*pro hac vice app. forthcoming*
Daniel I. Keiser (KY Bar No. 2895264),
*pro hac vice*
Matthew Cocanougher (KY Bar No. 94292),
*pro hac vice*
Assistant Attorneys General
1024 Capital Center Drive, Ste. 200
Frankfort, KY 40601
Christian.Lewis@ky.gov
Philip.Heleringer@ky.gov
Zach.Richards@ky.gov
Daniel.Keiser@ky.gov
Matthew.Cocanougher@ky.gov
Phone: (502) 696-5300
Fax: (502) 564-2698

*Attorneys for Plaintiff the Commonwealth of Kentucky*

**JENNIFER DAVENPORT**
Acting Attorney General
State of New Jersey

By: */s/ Kashif T. Chand*
Kashif T. Chand (NJ Bar No. 016752008),
*Pro hac vice*
Assistant Attorney General
Thomas Huynh (NJ Bar No. 200942017),
*Pro hac vice*
Assistant Section Chief, Deputy Attorney General
Verna J. Pradaxay (NJ Bar No. 335822021),
*Pro hac vice*
Mandy K. Wang (NJ Bar No. 373452021),
*Pro hac vice*
Deputy Attorneys General
New Jersey Office of the Attorney General, Division of Law
124 Halsey Street, 5th Floor
Newark, NJ 07101
Tel: (973) 648-2052
Kashif.Chand@law.njoag.gov
Thomas.Huynh@law.njoag.gov
Verna.Pradaxay@law.njoag.gov
Mandy.Wang@law.njoag.gov

*Attorneys for Plaintiffs Jennifer Davenport, Acting Attorney General for the State of New Jersey, and Jeremy E. Hollander, Acting Director of the New Jersey Division of Consumer Affairs*

Dated: July 24, 2026

Respectfully submitted,

*/s/  Jordan Hefcart*

5