[*Submitting Counsel on Signature Page*]

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION | MDL No. 3047 |
| | Case No. 4:23-cv-05448-YGR |
| THIS DOCUMENT RELATES TO: | [PROPOSED] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION TO PERMIT CERTAIN EQUIPMENT IN THE RONALD V. DELLUMS FEDERAL COURTHOUSE AND THE COURTROOM OF HON. YVONNE GONZALEZ ROGERS |
| 4:22-md-03047-YGR | |
| | Judge: Hon. Yvonne Gonzalez Rogers |
| | Magistrate Judge: Hon. Peter H. Kang |
| | Jury Selection: August 12, 2026<br>Trial Date: August 18, 2026<br>Courtroom: 1, 4th Floor |

1

Before the Court is the Administrative Motion of the Plaintiff State Attorneys General (AGs) to Permit Certain Equipment in the Ronald V. Dellums Federal Courthouse and the Courtroom of Hon. Yvonne Gonzalez Rogers ("Motion"). The Court **GRANTS** the AGs' Motion. The AGs may bring the following equipment—and any personnel or equipment necessary to convey the same—to Courtroom 1, 4th floor, 1301 Clay Street, Oakland, CA 94612, for jury selection on August 12, 2026, and for the trial commencing August 18, 2026:

Laptops and power adapters

Tablets and power adapters

Cell phones and power adapters

External speakers and power adapters

External hard drives

Flash drives

Keyboards and mice

Power strips

Power cables

Power extension cords

Portable power banks

USB cables and adapters

HDMI/VGA signal splitters

HDMI/VGA signal switch

HDMI/VGA cables

Encrypted wireless lavalier microphones and receiver

Audio mixer

External monitors

Headphones

Portable tech table and skirt

Desktop printers

Slide advance clickers

2

Digital pointer

Gaffer tape

Demonstrative boards

Demonstrative easels

Library and/or box carts and/or dollies

Portable podium

Small folding tables

WiFi hotspots

Seat Cushions

Boxes of office supplies

Bottled water

First aid kit, including analgesic medication

**IT IS SO ORDERED.**

DATED: July 27, 2026

_____
HON. YVONNE GONZALEZ ROGERS
CHIEF UNITED STATES DISTRICT JUDGE

3

Dated: July 24, 2026

Respectfully submitted,

**PHILIP J. WEISER**
Attorney General
State of Colorado

*/s/ Krista Batchelder*
Krista Batchelder, (CO Reg.45066), *pro hac vice*
Deputy Solicitor General
Shannon Stevenson (CO Reg. 35542), *pro hac vice*
Solicitor General
Jason Slothouber, CO Reg. No. 43496, *pro hac vice*
Chief Trial Counsel, Consumer Protection
Elizabeth Orem (CO Reg. 58309), *pro hac vice*
Shaheen Sheikh, CO Reg. No. 52574, pro hac vice
Assistant Attorneys General
Colorado Department of Law
Ralph L. Carr Judicial Center
Consumer Protection Section
1300 Broadway, 7th Floor
Denver, CO 80203
Phone: (720) 508-6384
krista.batchelder@coag.gov
Shannon.stevenson@coag.gov
Elizabeth.orem@coag.gov

*Attorneys for Plaintiff State of Colorado, ex rel.*
*Philip J. Weiser, Attorney General*

**ROB BONTA**
Attorney General
State of California

*/s/ Megan O'Neill*
Nicklas A. Akers (CA SBN 211222)
Senior Assistant Attorney General
Bernard Eskandari (CA SBN 244395)
Emily Kalanithi (CA SBN 256972)
Supervising Deputy Attorneys General
Megan O'Neill (CA SBN 343535)
Nayha Arora (CA SBN 350467)
Joshua Olszewski-Jubelirer
(CA SBN 336428)
Brendan Ruddy (CA SBN 297896)
Samantha Beckett (CA SBN 308456)
Katherine Read (CA SBN 341463)
Jordan Hefcart (CA SBN 366087)
Deputy Attorneys General
California Department of Justice
Office of the Attorney General
455 Golden Gate Ave., Suite 128950
San Francisco, CA 94102-7004
Phone: (415) 510-4400
Fax: (415) 703-5480
megan.oneill@doj.ca.gov

*Attorneys for Plaintiff the People of the State*
*of California*

4

**RUSSELL COLEMAN**
Attorney General
Commonwealth of Kentucky

/s/ Zachary Richards
J. Christian Lewis (KY Bar No. 87109),
*pro hac vice*
Philip Heleringer (KY Bar No. 96748),
*pro hac vice*
Zachary Richards (KY Bar No. 99209),
*pro hac vice app. forthcoming*
Daniel I. Keiser (KY Bar No. 2895264),
*pro hac vice*
Matthew Cocanougher (KY Bar No. 94292),
*pro hac vice*
Assistant Attorneys General
1024 Capital Center Drive, Ste. 200
Frankfort, KY 40601
Christian.Lewis@ky.gov
Philip.Heleringer@ky.gov
Zach.Richards@ky.gov
Daniel.Keiser@ky.gov
Matthew.Cocanougher@ky.gov
Phone: (502) 696-5300
Fax: (502) 564-2698

*Attorneys for Plaintiff the Commonwealth of Kentucky*

**JENNIFER DAVENPORT**
Acting Attorney General
State of New Jersey

By: /s/ Kashif T. Chand
Kashif T. Chand (NJ Bar No. 016752008),
*Pro hac vice*
Assistant Attorney General
Thomas Huynh (NJ Bar No. 200942017),
*Pro hac vice*
Assistant Section Chief, Deputy Attorney General
Verna J. Pradaxay (NJ Bar No. 335822021),
*Pro hac vice*
Mandy K. Wang (NJ Bar No. 373452021),
*Pro hac vice*
Deputy Attorneys General
New Jersey Office of the Attorney General, Division of Law
124 Halsey Street, 5th Floor
Newark, NJ 07101
Tel: (973) 648-2052
Kashif.Chand@law.njoag.gov
Thomas.Huynh@law.njoag.gov
Verna.Pradaxay@law.njoag.gov
Mandy.Wang@law.njoag.gov

*Attorneys for Plaintiffs Jennifer Davenport, Acting Attorney General for the State of New Jersey, and Jeremy E. Hollander, Acting Director of the New Jersey Division of Consumer Affairs*

Dated: July 24, 2026

Respectfully submitted,

/s/  Jordan Hefcart