Jenna P. Lyons
LPJ Law, P.C.
P.O. Box 16960
Missoula, MT 59808
406.541.4100
lyons@westernmontanalaw.com
*Attorney for Vuckovich, et al., Plaintiffs and Putative Class Members*

## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
## OAKLAND DIVISION

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates To:<br><br>*Jessica Vuckovich, on behalf of P.P., a Minor Child, Z.M.L., and Ashley Delaney on behalf of C.W., a Minor Child,*<br>*Plaintiffs,*<br>*v.*<br>*Meta Platforms, Inc.; Instagram, LLC; and Facebook Operations, LLC,*<br>*Defendants.* | MDL No. 3047<br><br>Case No.: 4:26-cv-06333-YGR and 4:22-md-03047-YGR<br><br>**NOTICE OF FILING MONTANA JURY INSTRUCTIONS**<br><br>Judge: Hon. Yvonne Gonzalez Rogers Magistrate Judge: Hon. Peter H. Kang |

Jenna P. Lyons of LPJ Law, P.C., attorney for Montana Plaintiffs, Jessica Vuckovich, on behalf of P.P., a Minor Child, Z.M.L., and Ashley Delaney on behalf of C.W., a Minor Child, and the putative Montana class members (collectively "Montana Plaintiffs"), notifies the Court and Counsel that pursuant to the Court's request on July 17, 2026, attached hereto are the Montana Pattern Instructions applicable to this matter.

Importantly, these include the following instructions that are based on law from the Montana Legislature and/or the Montana Supreme Court:

- **Negligence** (Exhibit 1).

    o Child liability. MPI2d 2.01, 2.02 (citing Montana Supreme Court).

1

- o Plaintiff Contributory Negligence. MPI2d. 2.05 (citing MCA and Montana Supreme Court).

- o Multiple Causes and Chain of Causation. MPI2d 2.08, 2.09 (citing Montana Supreme Court).

- o Negligent Misrepresentation. MPI2d. 2.16 (citing Montana Supreme Court).

- **Products & Strict Liability** (Exhibit 2) (entire Chapter citing MCA and Montana Supreme Court).

- **Emotional Distress** (Exhibit 3).

  - o Tort of Emotional Distress. MPI2d 15.01-15.03 (citing Montana Supreme Court).

  - o Damages of Emotional Distress. MPI2d 25.02 (allowing damages without an Emotional Distress tort claim).

- **Fraud, Malice, & Punitive Damages** (Exhibit 4).

  - o Fraud Elements. MPI2d 9.29 (citing Montana Supreme Court); MPI2d 9.30 (citing MCA); MPI2d 25.64 (citing MCA).

  - o Malice Elements. MPI2d 9.15 (citing MCA and Montana Supreme Court); MPI2d 25.65 (citing MCA).

  - o Burden of Proof. MPI2d 25.62 (citing MCA and Montana Supreme Court).

  - o Punitive Damages Definition. MPI2d 25.61 (citing MCA).

  - o Punitive Damages Amount. MPI2d 25.66 (citing MCA and Montana Supreme Court).

Additionally, the Montana Legislature recently amended Montana's punitive damages statute, which include procedures and payment directions unique to Montana. *See* § 27-1-221(5), MCA (prohibiting a request for punitive damages in initial pleading, requiring the plaintiffs

move to amend the pleading after discovery with admissible evidence supporting each element of punitive damages); § 27-1-221(9)-(10), MCA (directing process, payments, and limitations on punitive damages awards).

The Montana Plaintiffs also seek Declaratory Relief, which is based on Montana law and procedure. *See* § 27-8-101, MCA, *et seq*.

In sum, the claims asserted by the Montana Plaintiffs are grounded solely in Montana law, which has Montana-specific discovery and procedural requirements.  The claims of the Montana Plaintiffs are not properly within this MDL because their claims will not benefit from or be properly adjudicated via the uniform and consolidated process.

Montana Plaintiffs respectfully request that this Court remand their matter to the State of Montana District Court.

Dated this 27th day of July, 2026.

/s/ Jenna P. Lyons
Jenna P. Lyons
*Attorney for Vuckovich, et al., Plaintiffs and Putative Class Members*

3