# Exhibit 1

INSTRUCTION NO. _____

Every person is responsible for injury to the person [or property] of another, caused by his/her negligence.

Negligence is the failure to use reasonable care. Negligence may consist of action or inaction. A person is negligent if he/she fails to act as an ordinarily prudent person would act under the circumstances.

GIVEN:_____
                      District Judge

Proposed by P(#____), D(#____), Ct(#____)

Disposition G____R____W____

MPI2d 2.00        Negligence - Defined

INSTRUCTION NO. _____

A child is negligent if he/she fails to use that degree of care which is ordinarily exercised by children of the same age, intelligence, knowledge and experience under the circumstances then existing.

GIVEN:_____
                         District Judge

Comment: The Commission feels that there is no need to state that a driver must anticipate that children do not exercise the same degree of care for their own safety as adults.  This is included in the definition of negligence.

Whether the Court reads a statute which may have been violated by a child depends upon whether it was keyed to children.  The statute should not be read if the Court decides that the statute does not apply to children.

There may be circumstances where this instruction is not applicable.  See *Cooper v. Rosston*, 1988, 232 Mont. 186, 756 P.2d 1125.

Proposed by P(#_____), D(#_____), Ct(#_____)

Disposition G_____R_____W_____

MPI2d 2.01      Negligence - Child

INSTRUCTION NO. _____

By law, a child under the age of 7 years is incapable of contributory negligence.

GIVEN:_____
                  District Judge

Source: *Burns v. Eminger*, 81 Mont. 79, 261 P. 613 (1927)

Proposed by P(#_____), D(#_____), Ct(#_____)

Disposition G____R____W____

MPI2d 2.02    Negligence - Child Under 7 Years

INSTRUCTION NO. _____


Every person has a right to assume that every other person will act with reasonable care.  In the absence of a reason to think otherwise, it is not negligent for a person to fail to anticipate an injury which can result only from another's violation of the law or failure to use reasonable care.


GIVEN:_____
                District Judge


Comment:  Before using this instruction, see *Sizemore v. Montana Power Co.*, (1990), 246 Mont. 37, 803 P.2d 629.

Proposed by P(#_____), D(#_____), Ct(#_____)

Disposition G____R____W____


MPI2d 2.04        Negligence - Assumption Law Is Obeyed

INSTRUCTION NO._____

Negligence on the part of the plaintiff does not bar his/her recovery unless such negligence was greater than the negligence of the defendant.  However, the total amount of damages that plaintiff would otherwise be entitled to recover will be reduced by the court in proportion to the amount of negligence you attribute to the plaintiff.


GIVEN:_____
                    District Judge


Source:   Section 27-1-702, MCA.   *Smith v. Rorvick*, (1988), 231 Mont. 85, 751 P.2d 1053.

Proposed by P(#\_\_\_\_), D(#\_\_\_\_), Ct(#\_\_\_\_)

Disposition G\_\_\_\_R\_\_\_\_W\_\_\_\_


MPI2d 2.05      Negligence - Contributory Negligence

INSTRUCTION NO. _____


Negligence on the part of the plaintiff does not bar his/her recovery unless his/her negligence was greater than the combined negligence of the defendants.  However, the total amount of damages that plaintiff would otherwise be entitled to recover will be reduced by the court in proportion to the amount of negligence you attribute to the plaintiff.


GIVEN:_____
                    District Judge


Source:  *North v. Bunday*, (1987), 226 Mont. 247, 735 P.2d 270; *Smith v. Rorvick*, (1988), 231 Mont. 85, 751 P.2d 1053.

Comments:  This instruction should be used as an alternative to MPI2d 2.05 where there is more than one defendant.

Proposed by P(#_____), D(#_____), Ct(#_____)

Disposition G_____R_____W_____


MPI2d 2.06    Negligence - Contributory Negligence (Multiple Defendants)

INSTRUCTION NO. _____

The defendant is liable if his/her negligence was a cause of plaintiff's (injury/death/damage).

The defendant's conduct is a cause of the (injury/death/damage) if it helped produce it and if the (injury/death/damage) would not have occurred without it.

Given:_____
                      District Judge

NOTE:   The "single-cause" (MPI2d 2.07) and "multiple cause" (MPI2d 2.08) instructions are mutually exclusive alternatives. One or the other may be given, but not both.  For cases where chain of causation is in issue, see MPI2d 2.09.

Source: *Busta v. Columbus Hospital*, (1996), 276 Mont. 342, 916 P.2d 122

Proposed by  P(#_____), D(#_____), Ct(#_____)

Disposition  G_____  R_____  W_____

MPI2d 2.07     Negligence - Causation (Single Cause)

INSTRUCTION NO. _____

The defendant is liable if his/her negligence was a cause of plaintiff's (injury/death/damage).

The defendant's conduct is a cause of the plaintiff's (injury/death/damage) if it is a substantial factor in bringing it about.

Given:_____
                    District Judge

NOTE:  The "single cause" (MPI2d 2.07) and "multiple cause" (MPI2d 2.08) instructions are mutually exclusive alternatives. One or the other may be given, but not both.  For cases where chain of causation is in issue, see MPI2d 2.09.

Comment:  In *Busta v. Columbus Hospital*, (1996), 276 Mont. 342, 916 P.2d 122 the Supreme Court held:  "In those cases where there are allegations that the acts of more than one person combined to produce a result (e.g., when the plaintiff alleges negligence and the defendant alleges contributory negligence, or when there are multiple defendants), we acknowledge that the recommended cause-in-fact instruction [MPI2d 2.07] would be confusing and misleading."  (Bracketed material added by MPI Commission.)  For examples of particular fact settings in which the substantial factor instruction has been applied, see *Rudek v. Wright*, (1988), 218 Mont. 41, 709 P.2d 621 and *Kyriss v. State*, (1985), 218 Mont. 162, 707 P.2d 5.

Proposed by  P(#____), D(#____), Ct(#____)

Disposition  G____  R____  W____

MPI2d 2.08      Negligence - Causation (Multiple Cause)

INSTRUCTION NO. _____


The defendant is liable if his/her negligence was a cause of plaintiff's (injury/death/damage).

The defendant's conduct is a cause of the (injury/death/damage) if, in a natural and continuous sequence, [it helped produce it and if the (injury/death/damage) would not have occurred without it] [it is a substantial factor in bringing it about].




Given:_____
                  District Judge




NOTE:   The bracketed portions are mutually exclusive alterna-
tives.  One or the other may be given, but not both.

Comment:  In those cases where the chain of causation is in issue
(e.g., where there is an allegation of an independent intervening
cause), the Supreme Court opinion in *Busta v. Columbus Hospital*,
(1996),  276  Mont.  342,  916  P.2d  122,  recommends  modifying
causation instructions as indicated in this instruction.  In such
cases, Court and counsel should draft additional instructions by
reference to *Sizemore v. Montana Power Co.*, (1990), 246 Mont. 37,
803  P.2d  629,  and  *Restatement  of  Torts,  Second*, Sections 440
through 452.

Proposed by  P(#____), D(#____), Ct(#____)

Disposition  G____  R____  W____




MPI2d 2.09      Negligence - Causation (Chain of Causation)

INSTRUCTION NO._____

More than one person may be liable for causing an injury.  A defendant may not avoid liability by claiming that some other person [whether or not named as a defendant in this action] helped cause the injury.

GIVEN:_____
District Judge

Proposed by P(#____), D(#____), Ct(#____)

Disposition G____R____W____

MPI2d 2.10    Negligence - Multiple Causation

INSTRUCTION NO._____

In a civil case, such as this one, the party that makes a claim must prove that claim by the greater weight of the evidence, sometimes referred to as the preponderance of the evidence.  This is called the burden of proof.

A party who has the burden of proof must persuade you by the evidence that his/her claim is more probably true than not true.  In other words, the evidence supporting the propositions which a party has the burden of proving, must outweigh the evidence opposed to it. In determining whether a party has met this burden, you will consider all the evidence, whether produced by the plaintiff or defendant.

GIVEN:_____
District Judge

Comment:  This instruction is the same as MPI2d 1.03.  It is recommended to be given both during the opening instructions and also as part of the final instructions.

Proposed by P(#____), D(#____), Ct(#____)

Disposition G____R____W____

MPI2d 2.12      Negligence - Burden of Proof Defined

INSTRUCTION NO. _____

The plaintiff has the burden of proving:

(1)   That the defendant was negligent.

(2)   That  the  plaintiff  was  injured  [and  plaintiff's property was damaged.]

(3)   That  the  defendant's  negligence  was  a  cause  of  the injury to the plaintiff [and the damage to plaintiff's property.]

(4)   The amount of money that will compensate the plaintiff for his/her injury [and the damage to his/her property.]

GIVEN:_____
District Judge

Comment:  The Commission expresses no opinion as to whether this instruction and MPI2d 2.12 should be given in addition to MPI2d 1.03.

Proposed by P(#____), D(#____), Ct(#____)

Disposition G____R____W____

MPI2d 2.13      Negligence - Plaintiff's Burden of Proof

INSTRUCTION NO. _____

The defendant has the burden of proving that the plaintiff was negligent.  As to this defense, the defendant has the burden of proving the following:

(1)  That the plaintiff was negligent.

(2)  That plaintiff's negligence was a cause of plaintiff's injury [and the damage to his/her property.]

GIVEN:_____
                District Judge

Comment:  The Commission expresses no opinion as to whether this instruction and MPI2d 2.12 should be given in addition to MPI2d 1.03.

Proposed by P(#____), D(#____), Ct(#____)

Disposition G____R____W____

MPI2d 2.14     Negligence - Defendant's Burden of Proof

INSTRUCTION NO. _____

If you find that [any party to this suit] [the defendant] violated any of the following laws, then [that party] [the defendant] is negligent.  You should then determine whether that negligence was a cause of the plaintiff's injury.

[Quote or paraphrase the statute]

GIVEN:_____
                District Judge

Proposed by P(#_____), D(#_____), Ct(#_____)

Disposition G____ R____ W____

MPI2d 2.15        Negligence - Violation of Law

INSTRUCTION NO. _____

Plaintiff claims negligent misrepresentation.  To establish this claim, plaintiff must prove:

(1) defendant made a representation as to a material fact;

(2) the representation was untrue;

(3) regardless of his/her actual belief, the defendant made the representation without any reasonable ground for believing it to be true;

(4) the representation was made with the intent to induce plaintiff to rely upon it;

(5) plaintiff was unaware of the falsity of the representation and was justified in relying on it;

(6) as a result of the reliance, plaintiff sustained damage.

GIVEN:_____
                  District Judge

Source:  *Cechovic v. Hardin & Associates, Inc.*, (1995), 273 Mont. 104, 902 P.2d 520; *Barrett v. Holland & Hart*, (1992), 256 Mont. 101, 845 P.2d 714.

Comment:  If less than all elements are at issue, instruct only on those at issue.

Proposed by P(#_____), D(#_____), Ct(#_____)

Disposition G_____R_____W_____

MPI2d 2.16      Negligent Misrepresentation