# Exhibit 3

INSTRUCTION NO_____


A party suffering harm as a result of the negligent (intentional) infliction of serious or severe emotional distress by another party is entitled to recover damages from that party for such harm.



GIVEN:_____
                    District Judge




Source: *Sacco v. High Country Independent Press, Inc.,* (1995). 271 Mont. 209, 896 P.2d 411. See also *Maloney v. Home & Investment Ctr., Inc.,* 2000 MT 34, 298 Mont. 213, 994 P.2d 1124.

Comment: Before instructions on the subject of emotional distress, the court must first determine that severe emotional distress can be found.

In *Sacco,* the Court held that the same elements are required for either the intentional infliction of emotional distress or the negligent infliction of emotional distress. Therefore, the plaintiff should choose "negligent" or "intentional" depending upon whether plaintiff is alleging intentional or negligent conduct on behalf of the defendant.

Proposed by P(#____), D(#____), Ct(#____)

Disposition G____ R____ W____


MPI2d 15.01   Infliction of Serious or Severe Emotional Distress
              – General

INSTRUCTION NO._____

To prove the negligent (intentional) infliction of serious or severe emotional distress, the plaintiff must show:

1.    That he or she suffered serious or severe emotional distress; and

2.    That the serious or severe emotional distress was a reasonably foreseeable consequence of the defendant's negligent (intentional) act or omission.

GIVEN:_____
District Judge

Source: *Sacco v. High Country Independent Press, Inc.,* 271 Mont. 209, 896 P.2d 411 (1995).

Comment: Before instructions on the subject of emotional distress, the court must first determine that severe or serious emotional distress can be found.

In *Sacco*, the Court held that the same elements are required for either the intentional infliction of emotional distress or the negligent infliction of emotional distress. Therefore, the plaintiff should choose "negligent" or "intentional" depending upon whether plaintiff is alleging intentional or negligent conduct on behalf of the defendant.

Proposed by P(#_____), D(#_____), Ct(#_____)

Disposition G_____ R_____ W_____

MPI2d 15.02    Infliction of Serious or Severe Emotional Distress
– Elements

INSTRUCTION NO. _____

Emotional distress passes under various names, such as mental suffering, mental anguish, mental or nervous shock, or the like. It includes all highly unpleasant mental reactions, such as fright, horror, grief, shame, humiliation, embarrassment, anger, chagrin, disappointment, worry, and nausea. It is only where it is severe that the liability arises. Complete emotional tranquility is seldom attainable in this world, and some degree of transient and trivial emotional distress is a part of the price of living among people. The law intervenes only where the distress inflicted is so severe that no reasonable person could be expected to endure it. The intensity and duration of the distress are factors to be considered in determining its severity.

Given: _____
District Judge

Source: Restatement of Torts (Second), Sec. 46, cmt. J, cited by *Sacco v. High Country Independent Press, Inc.,* 271 Mont. 209, 896 P.2d 411 (1995), *Contreraz V. Michelotti-Sawyers*, 271 Mont. 300, 896 P.2d 1118 (1995).

Proposed by P(#_____), D(#_____), Ct(#_____)

Disposition G_____ R_____ W_____

MPI2d 15.03    Infliction of Severe Emotional Distress - Defined

INSTRUCTION NO. _____

Your award should include reasonable compensation for any mental and emotional suffering and distress experienced by plaintiff and reasonably probable to be experienced in the future.

Mental and emotional suffering and distress passes under various names, such as mental anguish, nervous shock, or the like. It includes all highly unpleasant mental reactions, such as fright, horror, grief, shame, humiliation, embarrassment, anger, chagrin, disappointment, worry, and nauseau.

The law does not set a definite standard by which to calculate compensation for mental and emotional suffering and distress. Neither is there any requirement that any witness express an opinion about the amount of compensation that is appropriate for this kind of loss. The law does require, however, that when making an award for mental and emotional suffering and distress, you shall exercise calm and reasonable judgment. The compensation must be just and reasonable.

GIVEN: _____
                District Judge

Comment: This instruction should be given where emotional distress damages are allowed in the absence of independent tort claims for negligent or intentional infliction of emotional distress. For independent tort claims of negligent or intentional infliction of emotional distress, instruct separately un MPI2d 15.01 et seq.

Proposed by P(#_____), D(#_____), Ct (#_____)
Disposition  G_____  R_____  W_____

MPI2d 25.02   Damages – Personal Injury (Emotional Distress –
                Generally)