Exhibit 4

INSTRUCTION NO._____


Malice as used in these instructions means:

[See Section 1-1-204(3) and 27-1-221(2), MCA]




GIVEN:_____
                  District Judge




Source:   See also *Orser v. State*, 178 Mont. 126, 582 P.2d 1227 (1978).

Proposed by P(#\_\_\_\_), D(#\_\_\_\_), Ct(#\_\_\_\_)

Disposition G\_\_\_\_R\_\_\_\_W\_\_\_\_



MPI2d 9.15        Intentional Torts - Malicious Prosecution (Malice Defined)

INSTRUCTION NO. _____

The plaintiff has alleged fraud.  To establish this claim he/she must prove:

(1) a representation was made;

(2) the representation was false;

(3) the representation was material;

(4) the defendant knew the representation was false or was ignorant of whether it was true;

(5) the defendant intended the plaintiff would rely upon the representation;

(6) the plaintiff was ignorant of the falsity of the representation;

(7) the plaintiff relied upon the representation;

(8) the plaintiff had a right to rely on the representation; and

(9) the plaintiff was damaged by reliance on the representation.

GIVEN:_____
             District Judge

Source: *Northwest Trust and Trailer Sales v. Dvorak*, (1994), 269 Mont. 150, 887 P.2d 260; *Van Ettinger v. Pappin*, (1978), 180 Mont. 1.

Comment:  If less than all elements are at issue, instruct only on those at issue.

Proposed by P(#_____), D(#_____), Ct(#_____)

Disposition G___R___W___

MPI2d 9.29      Fraud

INSTRUCTION NO. _____

Plaintiff claims constructive fraud.  To establish this claim, plaintiff must prove (1) the defendant breached a duty by [specify the duty breached], (2) such breach misled the plaintiff to his/her detriment [or the detriment of someone claiming under him/her] (3) resulting in an advantage to the defendant [or anyone claiming under him/her].  It is not necessary to prove that the defendant acted with fraudulent intent or with intent to deceive.

GIVEN:_____
              District Judge

Source:  MCE 28-2-406

Proposed by P(#____), D(#____), Ct(#____)

Disposition G___R___W___

MPI2d 9.30      Constructive Fraud

INSTRUCTION NO. _____

Plaintiff has asked for punitive damages which may be allowed by you provided you first find that the plaintiff has suffered actual damage.  One who has suffered injury to his/her person or property through the fraud or malice of another may recover, in addition to his/her actual damages, damages for the sake of example and by way of punishing the other party.


GIVEN:_____
                District Judge


Source:  See section 27-1-221(1), MCA; see also MJIG 35.00

Comment:  Applies only to causes of action arising after 10/1/87.

Proposed by P(#____), D(#____), Ct(#____)

Disposition G____R____W____


MPI2d 25.61            Damages - Punitive Damages
                   (Introductory - post 10/1/87)

INSTRUCTION NO. _____

Plaintiff must prove all the elements of the claim for punitive damages by clear and convincing evidence. "Clear and convincing" means evidence in which there is no serious or substantial doubt about the correctness of the conclusions drawn from the evidence. The elements may be proved by direct or circumstantial evidence.

GIVEN: _____
District Judge

Sources: See Sections 26-1-102 and 27-1-221(2), MCA. Also see *Mydlarz v. Palmer/Duncan Const. Co.,* (1984), 209 Mont. 325, 345, 682 P.2d 695, 705.

Comment: Use this instruction only in cases arising after April 16, 1985 (effective date of statute).

Proposed by P(#_____), D(#_____), Ct(#_____)

Disposition G_____R_____W_____

MPI2d 25.62        Damages - Punitive Damages (Burden of
                   Proof - Circumstantial Evidence)

INSTRUCTION NO. _____

In punitive damage cases the law defines fraud as either the making of a representation by the defendant with knowledge of its falsity or concealing a material fact with the purpose of depriving the plaintiff of his/her property or legal rights or otherwise causing him/her injury.

Fraud for punitive damages exists only where the plaintiff has a right to rely upon the representation of the defendant and suffers injury to his/her property or legal rights or is otherwise damaged as a result of such reliance.

GIVEN: _____
District Judge

Source: Section 27-1-221, MCA

Comment: Applies only to causes of action arising after 10/1/87.

Proposed by P(#_____), D(#_____), Ct(#_____)

Disposition G_____R_____W_____

MPI2d 25.64          Damages - Punitive Damages (Fraud)

INSTRUCTION NO. _____

In punitive damage cases the defendant is guilty of malice if he/she has knowledge of facts or intentionally disregards facts that create a high probability of injury to the plaintiff and defendant either:

(a) deliberately proceeds to act in conscious or intentional disregard of the high probability of injury to the plaintiff; or

(b) deliberately proceeds to act with indifference to the high probability of injury to the plaintiff.

GIVEN: _____
                District Judge

Source: Section 27-1-221, MCA

Comment: Applies to cases arising after 10/1/87.

Proposed by P(#_____), D(#_____), Ct(#_____)

Disposition G_____R_____W_____

MPI2d 25.65              Damages – Punitive (Malice)

INSTRUCTION NO. _____

In determining the amount of punitive damages, you should consider all of the attendant circumstances, including the nature, extent and enormity of the wrong, the intent of the party committing it, the amount allowed as actual damages, and, generally, all of the circumstances attending the particular act involved, including any circumstances which may operate to reduce without wholly defeating punitive damages.

Punitive damages should be of such an amount as will deter the defendant from and warn others against similar acts of misconduct.  Thus, the wealth of the defendant is a fact to be considered by you in determining the amount of punitive damages.

GIVEN:  _____
                  District Judge

Source:  See section 27-1-221(7), MCA; see also *Gibson v. Western Fire Insurance*, (1984), 210 Mont. 267, 682 P.2d 725.

Proposed by P(#____), D(#____), Ct(#____)

Disposition G____R____W____

MPI 25.66  Damages - Punitive Damages - Determination