Ashley M. Simonsen (Bar No. 275203)
COVINGTON & BURLING LLP
1999 Avenue of the Stars
Los Angeles, California 90067
Telephone: (424) 332-4800
Facsimile: (424) 332-4749
Email: asimonsen@cov.com

*Attorneys for Defendants Meta Platforms, Inc.*
*f/k/a Facebook, Inc. and Instagram, LLC*

[*Additional counsel listed on signature page*]

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates To:<br><br> *People of the State of California, et al. v.*<br>*Meta Platforms, Inc., et al.* | MDL No. 3047<br><br>Case Nos. 4:22-MD-03047-YGR-PHK<br>          4:23-cv-05448-YGR<br><br>**META DEFENDANTS' CORRECTED UPDATED EXHIBIT LIST**<br><br>Judge: Hon. Yvonne Gonzalez Rogers<br><br>Magistrate Judge: Hon. Peter H. Kang |

Pursuant to Pretrial Order No. 6 Re: Pretrial Conference ("Pretrial Order No. 6"), Dkt. No. 485 (3284), Defendants provide this corrected updated list of exhibits that may be utilized in their case, attached as **Exhibit A.** Defendants submit this corrected exhibit list to resolve formatting errors and to remove withdrawn exhibits inadvertently included in Meta Defendants' Updated Exhibit List, Dkt. No. 490.1 (3297-1). Defendants will also file a list of 300 priority exhibits with the Court on July 27, 2026. This exhibit list does not include documents to be used solely for purposes of impeachment or rebuttal.

Consistent with Pretrial Order No. 6, this list supplements the preliminary exhibit list Defendants filed on June 17, 2026. Defendants' list is based on the information reasonably available to them at this time. Inclusion of any exhibit on this list is not a representation that a document is admissible. Defendants reserve the right to amend, supplement, or modify this list, including in response to the Court's rulings and other developments before or during trial.

DATED: July 27, 2026

Respectfully submitted,


By:    */s/ Ashley M. Simonsen*

Ashley M. Simonsen (Bar No. 275203)
COVINGTON & BURLING LLP
1999 Avenue of the Stars
Los Angeles, California 90067
Telephone: (424) 332-4800
Facsimile: (424) 332-4749
Email: asimonsen@cov.com

Paul W. Schmidt (*pro hac vice*)
Timothy C. Hester (*pro hac vice*)
COVINGTON & BURLING LLP
One City Center
850 Tenth Street, NW
Washington, DC 20001-4956
Telephone: (202) 662-6000
Facsimile: (202) 662-6291
Email: pschmidt@cov.com
Email: thester@cov.com

*Attorneys for Defendants Meta Platforms, Inc.*
*f/k/a Facebook, Inc. and Instagram, LLC*

META DEFENDANTS' CORRECTED UPDATED EXHIBIT LIST
4:22-md-03047-YGR-PHK; 4:23-cv-05448-YGR