[*Submitting Counsel on Signature Page*]

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>4:23-cv-05448 | MDL No. 3047<br><br>Case No. 4:22-md-03047-YGR<br><br>**STATE ATTORNEYS GENERAL'S PRIORITY EXHIBIT LIST**<br><br>Judge: Hon. Yvonne Gonzalez Rogers<br><br>Magistrate Judge: Hon. Peter H. Kang |

1

Pursuant to the Court's Pretrial Order No. 6, Docket No. 485 (3284), the State AGs submit this Priority Exhibit List, which reflects their current assessment of their 300 most important exhibits based on the information reasonably available as of the date of this filing.

This list does not include materials that may be used solely for impeachment, refreshing recollection, or rebuttal. Inclusion of an exhibit on this list does not constitute a representation that the exhibit is admissible.

This list includes certain exhibits that were not listed on the State AGs' July 23, 2026 Exhibit List; this will be updated in the AGs' corrected exhibit list.

The State AGs reserve the right to amend or supplement this list as appropriate, including in response to Court rulings, newly received documents, developments in related proceedings, upcoming depositions, witness testimony, or other pretrial or trial developments and evidentiary rulings. Consistent with the Court's orders and applicable evidentiary and procedural requirements, the State AGs also reserve the right to seek admission at trial of exhibits not included on this Priority Exhibit List, including documents previously identified as potential exhibits or produced in discovery. Nothing herein constitutes a waiver of the State AGs' right to use or seek admission of any such exhibit.

STATE ATTORNEYS GENERAL'S PRIORITY EXHIBIT LIST
4:22-md-03047-YGR; 4:23-cv-05448-YGR

DATED: 7/27/2026

Respectfully submitted,

**PHILIP J. WEISER**
Attorney General
State of Colorado

 /s/ Elizabeth Orem
Jason Slothouber, CO Reg. No. 43496, pro hac vice
Chief Trial Counsel
Krista Batchelder, CO Reg. No. 45066, pro hac vice
Deputy Solicitor General
Lauren M. Dickey, CO Reg. No. 45773
First Assistant Attorney General
Elizabeth Orem, CO Reg. No. 58309
Assistant Attorney General
Colorado Department of Law
Ralph L. Carr Judicial Center
Consumer Protection Section
1300 Broadway, 9th Floor
Denver, CO 80203
Phone: (720) 508-6651
Krista.Batchelder@coag.gov

*Attorneys for Plaintiff State of Colorado, ex rel. Philip J. Weiser, Attorney General*

**ROB BONTA**
Attorney General
State of California

 /s/ Megan O'Neill
Nicklas A. Akers (CA SBN 211222)
Senior Assistant Attorney General
Bernard Eskandari (SBN 244395)
Emily Kalanithi (SBN 256972)
Supervising Deputy Attorneys General
Nayha Arora (CA SBN 350467)
David Beglin (CA SBN 356401)
Megan O'Neill (CA SBN 343535)
Joshua Olszewski-Jubelirer
(CA SBN 336428)
Brendan Ruddy (CA SBN 297896)
Deputy Attorneys General
California Department of Justice
Office of the Attorney General
455 Golden Gate Ave., Suite 11000
San Francisco, CA 94102-7004
Phone: (415) 510-4400
Fax: (415) 703-5480
Megan.oneill@doj.ca.gov

*Attorneys for Plaintiff the People of the State of California*

**RUSSELL COLEMAN**
Attorney General
Commonwealth of Kentucky

*/s/ Zachary Richards*
Philip Heleringer (KY Bar No. 96748),
*pro hac vice*
J. Christian Lewis (KY Bar No. 87109),
Zachary Richards (KY Bar No. 99209),
Daniel I. Keiser (KY Bar No. 100264),
Matthew Cocanougher (KY Bar No. 94292),
Assistant Attorneys General
1024 Capital Center Drive, Suite 200
Frankfort, KY 40601
Philip.Heleringer@ky.gov
Phone: (502) 696-5300
Fax: (502) 564-2698

*Attorneys for Plaintiff the Commonwealth of Kentucky*

**JENNIFER DAVENPORT**
Attorney General
State of New Jersey

*/s/ Mandy Wang*
Brian F. McDonough (NJ Bar No. 026121980),
*Pro hac vice*
Kashif T. Chand (NJ Bar No. 016752008),
*Pro hac vice*
Assistant Attorney General
Thomas Huynh (NJ Bar No. 200942017),
*Pro hac vice*
Assistant Section Chief, Deputy Attorney General
Verna J. Pradaxay (NJ Bar No. 335822021),
*Pro hac vice*
Mandy K. Wang (NJ Bar No. 373452021),
*Pro hac vice*
Deputy Attorneys General
New Jersey Office of the Attorney General,

STATE ATTORNEYS GENERAL'S PRIORITY EXHIBIT LIST
4:22-md-03047-YGR; 4:23-cv-05448-YGR

Division of Law
124 Halsey Street, 5th Floor
Newark, NJ 07101
Tel: (973) 648-2052
Kashif.Chand@law.njoag.gov

*Attorney for Plaintiffs Jennifer Davenport,
Attorney General for the State of New Jersey,
and Jeremy E. Hollander, Acting Director of
the New Jersey Division of Consumer Affairs*

## SIGNATURE CERTIFICATION

Under Civ. L.R. 5-1(h)(3), I hereby attest that all signatories listed, and on whose behalf the filing is submitted, concur in this filing's content and have authorized this filing.

DATED: 07/27/2026

/s/ Elizabeth Orem
Elizabeth Orem

*Attorney for Plaintiff State of Colorado*

STATE ATTORNEYS GENERAL'S UPDATED EXHIBIT LIST
4:22-MD-03047-YGR; 4:23-CV-05448-YGR