| Row No. | AG Exhibit No. | Description | Sponsoring Witness | Stipulate to Admit | Objections | Date Admitted |
|---|---|---|---|---|---|---|
| 1 | 4164 | Exhibit 12, deposition of Margaret Stewart, Chat from 5/13/2020 | Nick Clegg; Margaret Stewart Gould; Meta Platforms | | | |
| 2 | 4165 | Exhibit 13, deposition of Margaret Stewart, Email from 3/31/2020 with subject line "Re: Meeting on cosmetic surgery effects" | Margaret Stewart Gould; Meta Platforms | | | |
| 3 | 4166 | Exhibit 10, deposition of Margaret Stewart, Document titled "Consequences and Implications of Selfie Manipulation: Literature Review" dated November 2018 | Margaret Stewart Gould; Meta Platforms | | | |
| 4 | 4167 | Exhibit 11, deposition of Margaret Stewart, Email from 4/23/2020 with subject line "FW: Pre-read on Cosmetic Surgery AR Effects (next Thursday)" | Margaret Stewart Gould; Mark Zuckerberg; Meta Platforms | | | |
| 5 | 4168 | Exhibit 9, deposition of Margaret Stewart, Email from 11/5/2018 with subject line "Re: Body-enhancing filters & Well-Being Lit Review request" | Margaret Stewart Gould; Meta Platforms | | | |
| 6 | 4169 | Exhibit 8, deposition of Margaret Stewart, Email from 5/12/2020 with subject line "Re: Pre-read on Cosmetic Surgery AR Effects (next Thursday)" | Margaret Stewart Gould; Mark Zuckerberg; Meta Platforms | | | |
| 7 | 4170 | Exhibit 6, deposition of Margaret Stewart, Document titled "Cosmetic Surgery Effects (a/c priv)" | Margaret Stewart Gould; Meta Platforms | | | |
| 8 | 4127 | Exhibit 44, Kyle Andrews , Ph.D., 11-20-2024, Meta Community Standards - Policy Details "Bullying and Harassment" | Kyle Andrews; Meta Platforms | | | |

| | | | | | |
|---|---|---|---|---|---|
| 9 | 4128 | Exhibit 55, Kyle Andrews , Ph.D., 11-20-2024, Doc titled "Community Standards Enforcement Report Q3 2021" | Kyle Andrews; Lars Backstrom; Bryce Bartlett; Monika Bickert; Nick Clegg; Antigone Davis; Allison Hartnett; Kristin Hendrix; Kyle Jensen; Adam Mosseri; Karina Newton; Sayed Otaru; Pratiti Raychoudhury; Guy Rosen; Alex Schultz; Meta Platforms | | | |
| 10 | 4125 | Exhibit 12, Karina Newton, 02-27-2025, Email 10/16/2018 "pre-read for 10am: 2019 IG Consumer Marketing budget v1 Oct 12, 2018" with attachments | Meta Platforms; Karina Newton | | | |
| 11 | 3018 | Meta Newsroom: The Facebook Youth Portal and Our Ongoing Work with Teens (May 14, 2018) | Meta Platforms; Kyle Andrews; Lars Backstrom; Bryce Bartlett; Monika Bickert; Nick Clegg; Antigone Davis; Allison Hartnett; Kristin Hendrix; Kyle Jensen; Adam Mosseri; Karina Newton; Sayed Otaru; Pratiti Raychoudhury; Guy Rosen; Alex Schultz | | | |
| 12 | 4173 | Exhibit 13, deposition of Elena Davis, 03/05/2025, Email from 6/20/2018 with subject line "Re: follow up re: problematic use" | Elena Davis; Justin Cheng; Meta Platforms | | | |
| 13 | 4174 | Exhibit 14, deposition of Elena Davis, 03/05/2025, Document titled "Problematic Use POV" | Elena Davis; Meta Platforms | | | |
| 14 | 4175 | Exhibit 23, deposition of Elena Davis, 03/05/2025, Document titled "What We Know About Body Image (Literature Review)" | Elena Davis; Justin Cheng; Meta Platforms | | | |
| 15 | 4171 | Exhibit 6, deposition of Elena Davis, 03/05/2025, Document titled "Facebook 'Addiction'" dated June 2018 | Elena Davis; Meta Platforms | | | |
| 16 | 4172 | Exhibit 8, deposition of Elena Davis, 03/05/2025, Document titled "'Addiction"/Problematic Use Design Audit Plan [WIP]" | Elena Davis; Meta Platforms | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 17 | 2974 | Exhibit 4, deposition of Susan Li, dated 03-10-2025, Slide deck titled "Meta Earnings Presentation Q4 2024" | Susan Li; Meta Platforms; Kyle Andrews; Lars Backstrom; Bryce Bartlett; Monika Bickert; Nick Clegg; Antigone Davis; Allison Hartnett; Kristin Hendrix; Kyle Jensen; Adam Mosseri; Karina Newton; Sayed Otaru; Pratiti Raychoudhury; Guy Rosen; Alex Schultz | | | |
| 18 | 4132 | Exhibit 10, Deposition of Shilpa Mody, 03/14/2025, Chat from 6/25/2021 between Shilpa Mody and Justin Cheng | Shlipa Mody; Justin Cheng; Meta Platforms | | | |
| 19 | 4133 | Exhibit 11, Deposition of Shilpa Mody, 03/14/2025, Email from 7/13/2021 with subject line "Re: [email review] Mental Well-being: Check feedback and 18-month goals for prioritization" | Shlipa Mody; Miki Rothschild; Kristin Hendrix; Lisa Crenshaw; Meta Platforms | | | |
| 20 | 4134 | Exhibit 12, Deposition of Shilpa Mody, 03/14/2025, Slide deck with annotations titled "Hard Life Moments - Mental Health Deep Dive" | Shlipa Mody; Meta Platforms | | | |
| 21 | 4135 | Exhibit 13, Deposition of Shilpa Mody, 03/14/2025, Chat from 9/29/2021 between Shilpa Mody and Shruti Bhutada | Shlipa Mody; Meta Platforms | | | |
| 22 | 4136 | Exhibit 14, Deposition of Shilpa Mody, Chat from 10/1/2021 between Shilpa Mody, Wendy Gross and Justin Cheng | Meta Platforms; Shilpa Mody | | | |
| 23 | 4137 | Exhibit 15, Deposition of Shilpa Mody, Chat from 1/21/2021 between Shilpa Mody and Shruti Bhutada | Meta Platforms; Shilpa Mody | | | |
| 24 | 4138 | Exhibit 2, Shilpa Mody, 03-14-2025, Negative Experiences Survey - May 2019 Edition | Meta Platforms; Shilpa Mody; Dr. Bruce Isaacson | | | |
| 25 | 4139 | Exhibit 22, Deposition of Shilpa Mody, Document titled "Daisy Controls Default Comparison - Preliminary Results," dated 8/3/2021 | Meta Platforms; Shilpa Mody | | | |
| 26 | 4140 | Exhibit 3, Shilpa Mody, 03-14-2025, Negative Experiences Survey - Oct. 2019 Edition | Meta Platforms; Shilpa Mody; Dr. Bruce Isaacson | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 27 | 4141 | Exhibit 33, Deposition of Shilpa Mody, Document titled "SM H2 2021 Draft Letter" | Meta Platforms; Shilpa Mody | | | |
| 28 | 4142 | Exhibit 5, Deposition of Shilpa Mody, Slide deck titled "Hard Life Moments - Mental Health Deep Dive" | Meta Platforms; Shilpa Mody | | | |
| 29 | 4144 | Email thread with the subject line "Pre-read on Cosmetic Surgery AR Effects (next Thursday)" | Meta Platforms; Adam S. Mosseri; Margaret Gould Stewart; Mark Zuckerberg | | | |
| 30 | 4145 | Document titled "Adam Mosseri 2022 PSC Feedback" | Meta Platforms; Adam S. Mosseri | | | |
| 31 | 4146 | Exhibit 2, Deposition of Justin Antony, 03-03-2025, Email from February 2017 with subject line "Re: Teens Goals (Jackson and Justin)" | Justin Antony; Meta Platforms | | | |
| 32 | 4179 | Facebook Message - From Nick Clegg Sent:  5/13/2020 5:16:16 AM | Clegg, Nick; Stewart, Margaret Gould | | | |
| 33 | 4180 | E-mail - Subject:  Disrupting the Narrative Framework + some words | Nick Clegg; Meta Platforms | | | |
| 34 | 4181 | E-mail - Subject:  [Pre-Read] Narrative Leadership Sync 3/22 | Nick Clegg; Meta Platforms | | | |
| 35 | 4182 | Narrative Leadership Sync: Bi-Weekly Workstream Update 3/22/2021 | Nick Clegg; Meta Platforms | | | |
| 36 | 4184 | E-mail - Subject:  Well-being product strategy + headcount | Bickert_Monika; Clegg_Nick; Cox_Chris; Davis_Antigone; Diwanji_Pavni; Gleit_Naomi; Jin_Kang-Xing; Kaplan_Joel; Li_Susan; Litt_Eden; Mosseri_Adam; Pietsch_Lena; Raychoudhury_Pratiti; Sandberg_Sheryl; Schultz_Alex; Zuckerberg_Mark» | | | |
| 37 | 4185 | E-mail - Subject:  A/C PRIV: WSJ Series - Text of Instagram and youth research story | Nick Clegg; Raychoudhury_Pratiti | | | |
| 38 | 4189 | E-mail - Subject: REVISED SCHEDULE: July 14 | Nick Clegg; Meta Platforms | | | |
| 39 | 4190 | Policy 2020 H1/H2 Strategy | Nick Clegg; Meta Platforms | | | |
| 40 | 4191 | E-mail - Subject:  Kids note | Nick Clegg; Meta Platforms | | | |
| 41 | 4177 | 04/09/20 E-mail - Subject: Pre-read on Cosmetic Surgery AR Effects (next Thursday) | Nick Clegg; Meta Platforms | | | |

| 42 | 4178 | 05/08/20 E-mail - Subject: Pre-read on Cosmetic Surgery AR Effects (next Thursday) | Nick Clegg; Meta Platforms | | | |
|---|---|---|---|---|---|---|
| 43 | 4193 | Message - From: Nick Clegg Sent: 9/27/2021 1:48:06 PM | Nick Clegg; Karina Newton; Meta Platforms | | | |
| 44 | 2706 | Meta announcement: Raising the Standard for Protecting Teens and Supporting Parents Online (Dec. 7, 2021) | Kyle Andrews; Lars Backstrom; Bryce Bartlett; Monika Bickert; Nick Clegg; Antigone Davis; Allison Hartnett; Kristin Hendrix; Kyle Jensen; Adam Mosseri; Karina Newton; Sayed Otaru; Pratiti Raychoudhury; Guy Rosen; Alex Schultz; Elena Davis; Meta Platforms | | | |
| 45 | 3962 | Exhibit 09, Sayed Otaru, 06-06-2025, Commonwealth of Massachusetts v. Meta Platforms, Inc. and Instagram, LLC - 30(B)(6) Topic 15, 16, 26 - Information Regarding Tools; (No Bates - 17 Pages) | Sayed Otaru; Meta Platforms | | | |
| 46 | 2479 | Meta Policies - How Meta Improves - Prevalence (of violative content) (May 30, 2024) | Meta Platforms; Kyle Andrews; Lars Backstrom; Bryce Bartlett; Monika Bickert; Nick Clegg; Antigone Davis; Allison Hartnett; Kristin Hendrix; Kyle Jensen; Adam Mosseri; Karina Newton; Sayed Otaru; Pratiti Raychoudhury; Guy Rosen; Alex Schultz | | | |
| 47 | 2466 | Teen Accounts, Broken Promises: How Instagram is Failing to Protect Minors | Meta Platforms; Kyle Andrews; Lars Backstrom; Bryce Bartlett; Monika Bickert; Nick Clegg; Antigone Davis; Allison Hartnett; Kristin Hendrix; Kyle Jensen; Adam Mosseri; Karina Newton; Sayed Otaru; Pratiti Raychoudhury; Guy Rosen; Alex Schultz | | | |
| 48 | 4150 | Exhibit 7, Sayed Otaru, 03-24-2026, Doc titled "IG H1-2024 • Teen Mental Well-being" | Sayed Otaru; Meta Platforms | | | |
| 49 | 2858 | Exhibit 1, Shilpa Mody, 03-14-2025, Shilpa Mody LinkedIn profile | Meta Platforms; Shilpa Mody | | | |
| 50 | 2293 | Exhibit 9, Sayed Otaru, 06-09-2025, MDL 30(b)(6) Topics from June 2025 | Sayed Otaru; Meta Platforms | | | |

| 51 | 2865 | Exhibit 3, Justin Antony, 03-03-2025, Teens: H1 17 Goals + Status | Meta Platforms; Justin Antony | | | |
|---|---|---|---|---|---|---|
| 52 | 4111 | 2024 Form 10-K | Meta Platforms; Mark Zuckerberg | | | |
| 53 | 2684 | Sept. 28, 2021, Wall Street Journal article "Facebook's Effort to Attract Preteens Goes Beyond Instagram Kids, Documents Show" by Georgial Wells and Jeff Horwitz | Adam Mosseri; Meta Platforms | | | |
| 54 | 239 | Facebook Terms of Service | Meta Platforms; Kyle Andrews; Lars Backstrom; Bryce Bartlett; Monika Bickert; Nick Clegg; Antigone Davis; Allison Hartnett; Kristin Hendrix; Kyle Jensen; Adam Mosseri; Karina Newton; Sayed Otaru; Pratiti Raychoudhury; Guy Rosen; Alex Schultz | | | |
| 55 | 3547 | Article titled "More than 40 attorneys general ask Facebook to abandon plans to build Instagram for Kids" dated 5/10/2021 | Meta Platforms | | | |
| 56 | 3822 | Meta's Opening Statement, FTC v. Meta Platforms, Inc., dated April 14, 2025 | Carl Saba | | | |
| 57 | 4021 | Alter Trial Report Figures 36-37, post of Tydus Talbot falling into candy and talbot with other child celebrities at the Nickelodeon Universe new year's eve celebration. | Adam Alter | | | |
| 58 | 4032 | Alter Trial Report Figures 70-71, Reel showing McBridge celebrating 9th birthday, and Ninja Kidz post wrestling WWE superstars. | Adam Alter | | | |
| 59 | 2176 | Screenshot of instagram post of Tydus Talbot, child influencer, falling into a bath of candy, with posts suggesting audience is young, https://www.instagram.com/p/B0XTBezH_LW (Jul. 26, 2019) | Adam Alter | | | |
| 60 | 2172 | Roblox official Facebook post (Nov. 2, 2021) | Adam Alter | | | |

| 61 | 2169 | A for Adley Facebook post (Oct. 23, 2024) | Adam Alter | | | |
|---|---|---|---|---|---|---|
| 62 | 2168 | Piperrockelle Instagram Post with comment suggesting exploitation (Apr. 6, 2017) | Adam Alter | | | |
| 63 | 2568 | Zuckerberg Hearing March 25, 2021, Virtual Jt Hearing (Committee on Energy and Commerce) "Disinformation Nation: Social Media's Role in Promoting Extremism and Misinformation" | Mark Zuckerberg; Meta Platforms | | | |
| 64 | 2569 | Sept 17, 2024 Good Morning America Segment "Instagram introduces mandatory 'Teen Accounts' with built-in limits, parental controls" by Katie Kindelan | Meta Platforms; Adam Mosseri | | | |
| 65 | 2162 | Meta blog post "Working to Keep Facebook Safe" (July 17, 2018) | Monika Bickert; Meta Platforms | | | |
| 66 | 2161 | Meta blog post: "An Update on How We Are Doing At Enforcing Our Community Standards," (May 23, 2019) | Meta Platforms | | | |
| 67 | 2155 | Meta blog post: "How Do We Know Someone Is Old Enough to Use Our Apps?" (July 27, 2021) | Meta Platforms | | | |
| 68 | 2571 | Sept.21 , 2021 , Meta blog post "Our Progress Addressing Challenges and Innovating Responsibly" | Meta Platforms | | | |
| 69 | 2154 | Meta blog post: "The WSJ Report Ignores Our Approach to Well-Being Research," (Nov. 5, 2021) | Meta Platforms; Pratiti Raychoudhury | | | |
| 70 | 2152 | Instagram Help Center: Recommendations on Instagram | Meta Platforms | | | |
| 71 | 4152 | Instagram Help Center, Report a child under 13 on Instagram | Meta Platforms; Adam Alter, Adam Mosseri, Mark Zuckerberg, Antigone Davis | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 72 | 2600 | Meta Transparency Center: Suicide, Self-Injury, and Eating Disorders (May 14, 2025) | Meta Platforms; Kyle Andrews; Lars Backstrom; Bryce Bartlett; Monika Bickert; Nick Clegg; Antigone Davis; Allison Hartnett; Kristin Hendrix; Kyle Jensen; Adam Mosseri; Karina Newton; Sayed Otaru; Pratiti Raychoudhury; Guy Rosen; Alex Schultz | | | |
| 73 | 2148 | BBC article: "Social media apps are 'deliberately' addictive to users" by Hilary Andersson (July 3, 2018) | Meta Platforms | | | |
| 74 | 2147 | CBS News: "Instagram head says they're 'rethinking the whole experience' of the platform" (June 26, 2019) | Adam Mosseri; Meta Platforms | | | |
| 75 | 2573 | Dec 8, 2021 Mosseri Testimony before Subcommittee on Consumer Protection, Product Safety, and Data Security "Protecting Kids Online: Instagram and Reforms for Young Users" | Adam Mosseri; Meta Platforms | | | |
| 76 | 2576 | Meta Trust, Transparency Control Labs blog post, "Meta's Best Interests of the Child Framework" | Meta Platforms | | | |
| 77 | 2145 | Facebook post by Mark Zuckerberg (Feb. 4, 2019) | Mark Zuckerberg; Meta Platforms | | | |
| 78 | 2135 | 3:14 Instagram post of young girls playing the same song | Meta Platforms | | | |
| 79 | 2808 | Exhibit 15, Mark Zuckerberg, 03-27-2025, Article titled "When User-Engagement =/= User-Value" | Mark Zuckerberg; Meta Platforms | | | |
| 80 | 4153 | Facebook Letter to Energy and Commerce Committee regarding Facebook Hearing titled "Transparency and Use of Consumer Data" dated June 29, 2018 | Meta Platforms | | | |
| 81 | 2122 | Meta blog post: "Giving People more Control on Instagram and Facebook" (May 26, 2021) | Meta Platforms; Mark Zuckerberg | | | |
| 82 | 2843 | Exhibit 9, Lotte Rubaek, 04-01-2025, Hard Questions_ So Your Kids Are Online, But Will They Be Alright | Meta Platforms; Lotte Rubaek | | | |

| 83 | 2060 | Internal presentation: "Well-Being 10x" Mar. 8, 2019) | Meta Platforms | | | |
| 84 | 2053 | Internal presentation: "Beyond the Individual User: Understanding Products through the Household Ecosystem" (Mar. 2021) | Meta Platforms; Kyle Andrews; Lars Backstrom; Bryce Bartlett; Monika Bickert; Nick Clegg; Antigone Davis; Allison Hartnett; Kristin Hendrix; Kyle Jensen; Adam Mosseri; Karina Newton; Sayed Otaru; Pratiti Raychoudhury; Guy Rosen; Alex Schultz | | | |
| 85 | 2049 | Internal article: "Problematic Facebook use: When people feel like Facebook negatively affects their life." (July 31, 2018) | Justin Cheng; Meta Platforms; Kyle Andrews; Lars Backstrom; Bryce Bartlett; Monika Bickert; Nick Clegg; Antigone Davis; Allison Hartnett; Kristin Hendrix; Kyle Jensen; Adam Mosseri; Karina Newton; Sayed Otaru; Pratiti Raychoudhury; Guy Rosen; Alex Schultz | | | |
| 86 | 2043 | Internal chat: Instagram Insights (Oct. 10-29, 2019) | Wendy Gross; Meta Platforms | | | |
| 87 | 2028 | Email thread: FW: Daisy Update 8.17.20 (Aug. 17 - Sept. 2, 2020) | Meta Platforms; Yoav Shapira | | | |
| 88 | 2018 | Internal presentation: Messenger Kids: What's in a name? (Sept. 2020) | Meta Platforms | | | |
| 89 | 1998 | Internal research doc: "Likes and Social Comparison on Instagram" | Justin Cheng; Meta Platforms | | | |
| 90 | 1951 | Email thread: "Re: Rob's Youth Update - Sep 7" (Sept. 7-10, 2018) | Robert Chen; Meta Platforms | | | |
| 91 | 1947 | Internal research doc: "Well-Being Research: 10,000 Foot View" (Mar. 6, 2019) | Antigone Davis; Meta Platforms | | | |
| 92 | 1945 | Presentation "Teen Mental Health" | Wendy Gross; Meta Platforms; Adam Alter | | | |
| 93 | 1931 | Internal Presentation: Teen Mental Health Deep Dive | Wendy Gross; Meta Platforms; Kyle Andrews; Lars Backstrom; Bryce Bartlett; Monika Bickert; Nick Clegg; Antigone Davis; Allison Hartnett; Kristin Hendrix; Kyle Jensen; Adam Mosseri; Karina Newton; Sayed Otaru; Pratiti Raychoudhury; Guy Rosen; Alex Schultz; Adam Alter; Dr. Bruce Isaacson | | | |

| 94 | 1930 | Internal presentation: Talking About Safety on Instagram (May 2019) | Wendy Gross; Meta Platforms; Kyle Andrews; Lars Backstrom; Bryce Bartlett; Monika Bickert; Nick Clegg; Antigone Davis; Allison Hartnett; Kristin Hendrix; Kyle Jensen; Adam Mosseri; Karina Newton; Sayed Otaru; Pratiti Raychoudhury; Guy Rosen; Alex Schultz | | | |
|---|---|---|---|---|---|---|
| 95 | 1925 | Email thread: "Re: Teen Ecosystem Research - FYI & Input Sought" (May 27-June 16, 2020) | Shayli Jimenez; Kristin Hendrix; Meta Platforms | | | |
| 96 | 1911 | Internal presentation: Messenger Kids: Next Step App Profile - Slide showing what percent of U13 kids of various age groups have used various social media platforms in the past month | Shayli Jimenez; Meta Platforms | | | |
| 97 | 1893 | Email Thread re Daisy Announcement Media Coverage, 5/26/2021 | Karina Newton; Meta Platforms | | | |
| 98 | 1848 | PPT, Teens Team 20107 H1/H2 | Meta Platforms; Mark Zuckerberg | | | |
| 99 | 1843 | Email thread: FW: analysis of teen usage across FB family (Mar. 29, 2017) | Meta Platforms; Mark Zuckerberg | | | |
| 100 | 1834 | Internal presentation: "2019 Marketing Budget" (Oct. 18, 2018) | Adam Mosseri; Meta Platforms | | | |
| 101 | 1815 | Email thread: [Research Insights] Instagram Insights (Nov. 14, 2019) | Meta Platforms; Mark Zuckerberg | | | |
| 102 | 1782 | Email thread: Re: Embargoed - Instagram Teen Safety Update (Mar. 10-15, 2021) (containing draft of Instagram blog post: "Continuing to Make Instagram Safer for the Youngest Members of Our Community" (Mar. 16, 2021)) | Meta Platforms | | | |
| 103 | 4154 | Slide deck titled "Company Narrative Audit" dated March 2021 | Nick Clegg; David Ginsberg; Pratiti Raychoudhury; Alex Schultz; Meta Platforms | | | |
| 104 | 1755 | Email thread: FW: Missing Facts from Tonight's 60 Minutes Segment (Oct. 4, 2021) | Meta Platforms | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 105 | 1754 | Email: Missing Facts from Tonight's 60 Minutes Segment (Oct. 4, 2021) | Meta Platforms | | | |
| 106 | 1750 | Internal chat re: concerns about Youth team and Well-being team overlap (Nov. 10, 2021) | Adam Mosseri; Kang-Xing Jin; Meta Platforms | | | |
| 107 | 1748A & B | Email: "FW: Teens Strategic Focus H1 2017: planning, headcount, goals coordination" (Nov. 9, 2016) & attachment Internal presentation: "2017 Teens Strategic Focus, FBF Product Leads Distro" (Nov. 8, 2016) | Adam Mosseri; Meta Platforms | | | |
| 108 | 3871 | Internal meeting agenda: "Cosmetic Surgery Effects" (considering reversing ban on AR Effect filters) (2020) | Meta Platforms; Mark Zuckerberg | | | |
| 109 | 1693 | Email: Re: Well-being product strategy + headcount (Nov. 14, 2021) | Meta Platforms; Mark Zuckerberg; Alex Schultz; Pratiti Raychoudhury; Adam Mosseri; Susan Li; Kang-Xing Jin; Antigone Davis; Nick Clegg; Monika Bickert; Alison Lee | | | |
| 110 | 1691 | Article titled "Appearance-based social comparison on Instagram" | Justin Cheng; Meta Platforms | | | |
| 111 | 1678 | Internal presentation: IG Youth: Tween Needs | Darius Kilstein; Meta Platforms | | | |
| 112 | 1676 | Internal article: Facebook's Measurement Strategy for Problematic Use [Well-Being]: Survey and Final Results (Oct. 2019) | Meta Platforms | | | |
| 113 | 2715 | Internal presentation: "Bad Experiences and Encounters Framework (BEEF) Survey - Data collection: June 27-July 8, 2021" | Arturo Bejar; KX Jin; Alison Lee; Meta Platforms; Adam Alter; Dr. Bruce Isaacson | | | |
| 114 | 1607 | Email: Fwd: Pre-read for our conversation tomorrow (Oct. 14, 2021) | Meta Platforms; Yoav Shapira; Arturo Bejar | | | |
| 115 | 1590 | Email with Chat from 1/21/2021 | Shilpa Mody; Meta Platforms | | | |
| 116 | 1538 | Email: Re: Something for you to read (Sept. 26, 2021) (from Bejar to Mosseri) | Meta Platforms; Yoav Shapira; Adam Mosseri; Arturo Bejar | | | |

| 117 | 1537 | Email: Fwd: Gap in our understanding of harm and bad experiences (Oct. 7, 2021) | Meta Platforms; Yoav Shapira; Arturo Bejar | | | |
|---|---|---|---|---|---|---|
| 118 | 1522A & B | Email thread re: political ads meeting with MZ, CSER Nov 2019 (Nov. 12, 2019) & att. Community Standards Enforcement Report, November 2019 edition | Guy Rosen; Meta Platforms | | | |
| 119 | 2913B & C | 2022 Performance@ Year-end Letter for Adam Mosseri & Internal bottom-up feedback: "Adam Mosseri 2022 PSC Feedback" | Meta Platforms; Adam S. Mosseri | | | |
| 120 | 1494 | Email: "Product deck" (attachment: Teens 2017 H1-H2 Final[1].pptx)(used in meeting with Mark) (Dec. 20, 2016) | Antigone Davis; Meta Platforms | | | |
| 121 | 1484A & B | Email: "youth team plan" (attachment: H2-H1 2018 Youth Team Review.pdf) (Jan. 10, 2018) | Antigone Davis; Meta Platforms | | | |
| 122 | 4155 | Chat from 2/13/2018 | Antigone Davis; Meta Platforms | | | |
| 123 | 1479 | Email thread: "Re: Changing default age and improving age gating during registration" (Aug. 22 - Nov. 6, 2018) | Antigone Davis; Meta Platforms | | | |
| 124 | 1478 | Email thread: "Re: Context Paragraph: 2019 H1 Planning" (Dec. 10-11, 2018) | Antigone Davis; Meta Platforms | | | |
| 125 | 1475A & B | Email thread: "Re: Draft Plan: Initiatives Section TBD" (Dec. 13-14, 2018) & att. Internal program strategy doc: "H1 2019 Safety & Well-Being Integrated Plan (Draft)" (Dec. 13, 2018) | Antigone Davis; Meta Platforms | | | |
| 126 | 1467 | Email thread "Re: age gating buckets & time out" (Oct. 14-15, 2019) | Antigone Davis; Meta Platforms | | | |
| 127 | 4156 | November 27, 2019 email re: "Age Management: Age Enforcement" | Antigone Davis; Meta Platforms | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 128 | 1463 | Project task: "T74334790: Risk Assessment CF - Share Signals of High Severity Violations between FB Dating and the rest of the FB Platform [FB Dating & Child Safety PRI Action Item]" (Nov. 11, 2020) | Antigone Davis; Meta Platforms | | | |
| 129 | 1457B | Internal presentation: "Instagram Teen Well-Being Study: US Topline Findings" (Feb. 2019) | Wendy Gross; Meta Platforms; Kyle Andrews; Lars Backstrom; Bryce Bartlett; Monika Bickert; Nick Clegg; Antigone Davis; Allison Hartnett; Kristin Hendrix; Kyle Jensen; Adam Mosseri; Karina Newton; Sayed Otaru; Pratiti Raychoudhury; Guy Rosen; Alex Schultz | | | |
| 130 | 1455A & B | Instagram Safety Narrative: US, UK, FR, DE, JP (May 8, 2019) | Wendy Gross; Meta Platforms | | | |
| 131 | 1378 | Email thread: "Re: Teens All Hands" (May 1-2, 2017) | Mark Zuckerberg; Meta Platforms | | | |
| 132 | 4157 | November 2, 2017 email re: "Updated All Hands script" | Mark Zuckerberg; Meta Platforms | | | |
| 133 | 1371 | Email to Mark Zuckerberg: "Well-Being Contingency HC Ask" (Apr. 4, 2019) | Mark Zuckerberg; Adam Mosseri; Susan Li; Meta Platforms | | | |
| 134 | 4224 | Project Daisy Launch Discussion | Mark Zuckerberg; Meta Platforms | | | |
| 135 | 1358B | Internal presentation: Child Safety - State of Play (re: mental health, SSI, age verification, etc.) | Antigone Davis; Nick Clegg ; Monika Bickert ; Meta Platforms | | | |
| 136 | 4158 | Facebook Reports Third Quarter 2017 Results | Mark Zuckerberg; Meta Platforms | | | |
| 137 | 1339 | Internal research doc: "Problematic Use Literature Review" (2018) | Justin Cheng; Elena Davis; Meta Platforms | | | |
| 138 | 1330 | Public statement: "Missing Facts from Tonight's 60 Minutes Segment" (2021) | Antigone Davis; Meta Platforms | | | |
| 139 | 1301 | Internal Presentation: Social Comparison Exploratory Research | Justin Cheng;Liza Crenshaw;Wendy Gross;Kristin Hendrix;Meta Platforms | | | |
| 140 | 1288 | Letter Draft from Arturo Bejar re Instagram users' bad experiences (Oct. 14, 2021) | Kyle Andrews; Yoav Shapira ; Arturo Bejar; Meta Platforms | | | |

| 141 | 1270A, B, C, D & E | Meta blog post: "What Our Research Really Says About Teen Well-Being and Instagram" (Sept. 26, 2021) | Pratiti Raychoudhury; Meta Platforms; Kyle Andrews; Lars Backstrom; Bryce Bartlett; Monika Bickert; Nick Clegg; Antigone Davis; Allison Hartnett; Kristin Hendrix; Kyle Jensen; Adam Mosseri; Karina Newton; Sayed Otaru; Guy Rosen; Alex Schultz; Adam Alter | | | |
|---|---|---|---|---|---|---|
| 142 | 4160 | Instagram pamphlet: "Knowledge builders for the tech part of parenting" | Meta Platforms | | | |
| 143 | 1253 | Internal chat re: U13 reporting challenges (Mar. 23, 2021) | Meta Platforms | | | |
| 144 | 1243A & B | Internal chat re: "IG is a Drug" (Sept. 10, 2020) & Chat attachment re "The Hook Model" graphic | Shayli Jimenez; Meta Platforms | | | |
| 145 | 1241 | Internal Presentation: "Unpacking Rewarding Experiences" (Aug 26, 2020) | Justin Cheng; Wendy Gross; Pratiti Raychoudhury; Karina Newton; Kristin Hendrix; Meta Platforms; Kyle Andrews; Lars Backstrom; Bryce Bartlett; Monika Bickert; Nick Clegg; Antigone Davis; Allison Hartnett; Kyle Jensen; Adam Mosseri; Sayed Otaru; Guy Rosen; Alex Schultz | | | |
| 146 | 1237 | Internal Presentation: "Tweens & Early Teens" (Aug. 4, 2021) | Shayli Jimenez; Meta Platforms | | | |
| 147 | 1222 | "Are there teens that use too much Instagram? It sure looks like it." (Sep. 11, 2020) | Karina Newton; Adam Mosseri; Meta Platforms | | | |
| 148 | 1208A & B | Internal presentation: "Facebook 'Addiction' - A response to the public narrative based on clinical and neuroscience research" (June 2018) | Karina Newton; Adam Mosseri; Meta Platforms; Elena Davis | | | |
| 149 | 1205 | Internal research note: "Suicide and Self-Injury (SSI) - Part 1: A review of the literature and a look into SSI on Instagram" (Sept. 21, 2024) | Pratiti Raychoudhury; Meta Platforms | | | |
| 150 | 1182 | Spreadsheet: "Call for ideas! Actor Representation" (2022 Project Ideas) | Karina Newton; Meta Platforms | | | |

| 151 | 1155A, B & C | Internal Presentation: Leadership Day - Brand Strategy (Jan. 12, 2023) | Meta Platforms; Alex Schultz | | | |
|---|---|---|---|---|---|---|
| 152 | 1139 | Public Announcement: Community Standards Enforcement Report, Fourth Quarter 2020 (Feb 11, 2021) | Guy Rosen; Meta Platforms | | | |
| 153 | 1138 | Public Announcement: Community Standards Enforcement Report, Third Quarter 2021 (Nov 9, 2021) | Guy Rosen; Meta Platforms | | | |
| 154 | 1125 | H2 2018 IG Well-being Data and Research Highlights | Adam Mosseri; Karina Newton; Guy Rosen; Wendy Gross; Meta Platforms | | | |
| 155 | 1123 | Internal strategy doc: [RFC] Face Based Age Verification (FBAP) - Eng Design | Adam Mosseri; Karina Newton; Meta Platforms | | | |
| 156 | 1112 | Emai thread: "Fwd: Gap in our understanding of harm and bad experiences" (Oct. 6, 2021) | Arturo Bejar; Meta Platforms | | | |
| 157 | 1080 | User Perceptions of Time Spent | Meta Platforms; Kyle Andrews; Lars Backstrom; Bryce Bartlett; Monika Bickert; Nick Clegg; Antigone Davis; Allison Hartnett; Kristin Hendrix; Kyle Jensen; Adam Mosseri; Karina Newton; Sayed Otaru; Pratiti Raychoudhury; Guy Rosen; Alex Schultz | | | |
| 158 | 1066 | Internal research doc: "IG Household Ecosystem - Identity & Multiple Accounts \| Draft 1/23/2020" | Meta Platforms;Kyle Andrews;Sal Becerra;Kristin Hendrix;Shayli Jimenez;Kenzie Snyder | | | |
| 159 | 4161 | Presentation titled "Meta's work on content related to suicide and self-harm" | Meta Platforms; Antigone Davis; Adam Mosseri | | | |
| 160 | 1046 | Internal chat re: tensions surrounding well-being workstreams (Sept. 22, 2023) | Sayed Otaru; Meta Platforms | | | |
| 161 | 1039 | Internal chat re: efficacy of youth well-being measures (Nov. 20, 2023) | Sayed Otaru; Meta Platforms | | | |
| 162 | 1032 | Email thread: "Re: Coverage report: age collection/DM reachability" (Dec. 4-5, 2019) | Karina Newton; Antigone Davis; Monika Bickert; Meta Platforms | | | |
| 163 | 1025 | Document titled "Child Safety State of Play (9/24)" | Meta Platforms | | | |

| 164 | 2985 | Exhibit 38, Antigone Davis, 03-04-2025, Email from Lindsay Held, dated 3/20/18, Bates META3047MDL-034-00441462 | Meta Platforms; Antigone Davis | | | |
|---|---|---|---|---|---|---|
| 165 | 1003 | Email thread: "Re: [Launch Decision; Input Requested by 1/13 EOD] Quiet Mode Test Results & Launch Plan 1/19" (Oct. 31, 2022 - Jan. 20, 2023) | George Volichenko; Otaru Sayed; Kristin Hendrix; Francesco Fogu; Brian Boland; Meta Platforms | | | |
| 166 | 1000 | Chat 12/06/2021 re BEEF question on emotional impact | Kyle Andrews; Meta Platforms | | | |
| 167 | 995 | Internal strategy doc: "SJC IG Safety Briefing" (2021) (re: parental concerns with Instagram use) | Adam Mosseri; Kristin Hendrix; Brian Boland; Meta Platforms | | | |
| 168 | 992 | Internal presentation: [Pre-Read] IG Mental Well-being - Late Night Use - Problematic Use -Strategy & Design (Aug. 4, 2022) | Meta Platforms; Kyle Andrews; Lars Backstrom; Bryce Bartlett; Monika Bickert; Nick Clegg; Antigone Davis; Allison Hartnett; Kristin Hendrix; Kyle Jensen; Adam Mosseri; Karina Newton; Sayed Otaru; Pratiti Raychoudhury; Guy Rosen; Alex Schultz | | | |
| 169 | 927 | Public Announcement: Introducing New Ways to Verify Age on Instagram (June 23, 2022) | Meta Platforms; Kyle Andrews; Lars Backstrom; Bryce Bartlett; Monika Bickert; Nick Clegg; Antigone Davis; Allison Hartnett; Kristin Hendrix; Kyle Jensen; Adam Mosseri; Karina Newton; Sayed Otaru; Pratiti Raychoudhury; Guy Rosen; Alex Schultz | | | |
| 170 | 862 | Email thread: "Re: Harmful Content HPM - 29 June 18" (Jul. 10, 2018) | Guy Rosen; Meta Platforms | | | |
| 171 | 858 | Internal strategy doc: [IGWB Email Review][Mental Well-being] H1 2022 Goal Methodology Update V2 (Apr. 14, 2022) | Justin Cheng; Meta Platforms; George Volichenko | | | |
| 172 | 818 | Internal strategy doc: "Youth Empathy Framing"  (2017-2018) | Wendy Gross; Shayli Jimenez; Meta Platforms | | | |
| 173 | 4162 | Document titled "SSI – Policy Briefing" dated April 2022 | Meta Platforms | | | |
| 174 | 748 | Internal chat re: time management tool adoption (Nov. 13, 2023) | Sayed Otaru; Meta Platforms | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 175 | 744 | Comment on doc title: Understanding Perceptions of Problematic Facebook Use: When People Experience Negative Life Impact and a Lack of Control" (Sept. 4, 2018) | Justin Cheng; Meta Platforms | | | |
| 176 | 741 | Internal Presentation: "Youth + Well-Being Narrative" (Feb. 17, 2022) | Wendy Gross; Meta Platforms | | | |
| 177 | 726 | Internal strategy doc: IG H2-2023 Communities PG | Kristin Hendrix; Sayed Otaru; Meta Platforms | | | |
| 178 | 723 | Slide deck titled "Brand Experiences Marketing Insights \| 2024 WIP Plan" | Meta Platforms | | | |
| 179 | 722 | Internal Presentation: "IGMI Parent Sentiment Tracking" (Jan. 2023) | Wendy Gross; Meta Platforms | | | |
| 180 | 689 | Internal Workplace note:  "A note by Thomas on thinking about the value model" (Aug. 30, 2017) | Tom Wynter; Meta Platforms; Kyle Andrews; Lars Backstrom; Bryce Bartlett; Monika Bickert; Nick Clegg; Antigone Davis; Allison Hartnett; Kristin Hendrix; Kyle Jensen; Adam Mosseri; Karina Newton; Sayed Otaru; Pratiti Raychoudhury; Guy Rosen; Alex Schultz | | | |
| 181 | 684 | Growth Ecosystems Internal Presentation: "Country x Cohort Journey Health" (2023) | Darius Kilstein; Lars Backstrom; Meta Platforms | | | |
| 182 | 682 | Internal Presentation: Connection Leads Review, "User Growth Revenue Workstream: Check in On Deliverable #1" (Aug. 3, 2022) | Darius Kilstein; Meta Platforms | | | |
| 183 | 672 | Internal working doc re: Meta Trust, Transparency Control Labs blog post, "Meta's Best Interests of the Child Framework" (2022) | Meta Platforms | | | |
| 184 | 2873 | Exhibit 16, Justin Antony, 03-03-2025, Email from 1/13/2017 | Meta Platforms; Justin Antony | | | |
| 185 | 668 | Internal chat re: engagement talking points and "things contained in the lawsuits [being] somewhat hard to refute so long as Teens are part of the GVW process." (Oct. 26, 2023) | Tom Wynter; Anya Drabkin; Meta Platforms | | | |

| 186 | 0661A & B | Medium article: "You and the Algorithm: It Takes Two to Tango" by Nick Clegg (Mar. 31, 2021) | Nick Clegg; Meta Platforms; Joshua Simons | | | |
|---|---|---|---|---|---|---|
| 187 | 646 | Chat from 5/29/2019 | Meta Platforms;Danielle Marlow | | | |
| 188 | 0642A, B & C | Internal chat re: well-being vs. engagement tradeoffs (Aug. 26, 2022) | George Volichenko; Brian Boland; Meta Platforms | | | |
| 189 | 2841 | Internal research summary: "Long Term Retention: The Young Ones are the Best Ones and Other Learnings" (Dec. 5, 2018) (Exhibit 7, Robert Chen, 03-05-25) | Meta Platforms; Robert Chen | | | |
| 190 | 638 | Internal research doc: "Teen Engagement Score" with Betty Zhang (Mar. 1, 2017) | Meta Platforms | | | |
| 191 | 621 | Internal notes: "IG Mental Well-being FYI [Archived]" (June 28, 2022) | George Volichenko; Meta Platforms; Kyle Andrews; Lars Backstrom; Bryce Bartlett; Monika Bickert; Nick Clegg; Antigone Davis; Allison Hartnett; Kristin Hendrix; Kyle Jensen; Adam Mosseri; Karina Newton; Sayed Otaru; Pratiti Raychoudhury; Guy Rosen; Alex Schultz | | | |
| 192 | 598 | Email thread: "Re: 60 Minutes Story // Facebook Response Inquiry" (Oct. 5, 2021) | Meta Platforms | | | |
| 193 | 577 | Google Doc comment thread on "Evolving the Responsibility dimensions" (May 19, 2020) | Alison Lee; Susan Li; Meta Platforms | | | |
| 194 | 4126 | Davis Testimony on Sept 30, 2021, before subcommittee on Consumer Protection, Product Safety, and Data Security "Protecting Kids Online: Facebook, Instagram, and Mental Health Harm" | Antigone Davis; Meta Platforms | | | |
| 195 | 556 | Document titled "H2 2019 - Central Products: Growth" | Meta Platforms; Mark Zuckerberg | | | |
| 196 | 0537A & B | Chat from 12/13/2022 & att. Internal presentation: "Company Milestones" (2022) (Exhibit 36, Susan Li, 03-10-2025) | Meta Platforms; Mark Zuckerberg; Alex Schultz; Guy Rosen; Adam Mosseri; Susan Li; Alison Lee; Nick Clegg | | | |
| 197 | 3912 | Well-Being Summary [Tech for Social Good] | Meta Platforms; Mark Zuckerberg | | | |

| 198 | 519 | Internal study: "Selfies, filters, and social comparison on Instagram" (Aug. 28, 2020) | Justin Cheng; Meta Platforms | | | |
|---|---|---|---|---|---|---|
| 199 | 507 | Internal Workplace article: "Reducing Bad Experiences for Our Users" (Nov. 4, 2021) | Arturo Bejar; Meta Platforms | | | |
| 200 | 2979 | Exhibit 56, Antigone Davis, 03-04-2025, "Well-Being Central Investment, 341 Nov 2021 Update," Bates META3047MDL-064-00000057 through META3047MDL-064-00000076 | Meta Platforms; Antigone Davis | | | |
| 201 | 4163 | January 2023 Meta presentation "Building age-appropriate experiences for young people online" | Meta Platforms | | | |
| 202 | 471 | Email thread: "Re: [Guardians of Growth] DAU regression budget for WB" (July 28. 2013) | Sayed Otaru; Meta Platforms | | | |
| 203 | 469 | Email thread: "Re: FYI - IG leadership piece in NYT Sunday Business" (Jan 15-18, 2020) | Adam Mosseri; Meta Platforms | | | |
| 204 | 460 | Email thread: "Re: Q1 progress toward IG engagement and time spent goals" (Mar. 30-31, 2017) | Susan Li; Alison Lee; Meta Platforms | | | |
| 205 | 458 | Email 1/17/2015 "RE: Analytics request per today's meeting" | Susan Li; Alison Lee; Meta Platforms | | | |
| 206 | 457 | Printout of Presentation titled "Teens" | Susan Li; Meta Platforms | | | |
| 207 | 2863 | Exhibit 6, Justin Antony, 03-03-2025, Email from 8/15/2020 | Meta Platforms; Justin Antony | | | |
| 208 | 0441A & B | Q4 2019 Earnings Call Transcript (Jan. 29, 2020) | Meta Platforms; Mark Zuckerberg | | | |
| 209 | 440 | Chat conversation between Tom Wynter and Funda Kivran-Swaine re: optimizing for engagement (10/24/2023 | Tom Wynter; Funda Kivran-Swaine; Meta Platforms | | | |
| 210 | 417 | Email thread: Re: Acquisition age management launch proposal (Dec 11, 2019) | Meta Platforms | | | |
| 211 | 415 | Email chain: "Rob's Youth Update" (monthly updates spanning Aug 2017 - Aug 2018) | Justin Cheng; Robert Chen; Meta Platforms | | | |

| 212 | 0369B | Internal summary: May '21 Revenue Update | Susan Li; Meta Platforms | | | |
|---|---|---|---|---|---|---|
| 213 | 365 | Document titled "AROC onboarding for Tracey Travis: Finance & Business Planning" | Susan Li; Meta Platforms | | | |
| 214 | 4228 | CSER – November 2019 (November 13, 2019) | Meta Platforms | | | |
| 215 | 4226 | CSER – May 2018 (May 15, 2018) | Meta Platforms | | | |
| 216 | 350 | Meta blog post: "How Meta Is Working to Provide Safe, Age-Appropriate Experiences for Teens" (Jan. 9. 2023) | Antigone Davis; Meta Platforms | | | |
| 217 | 337 | Internal Workplace article: Workplace post titled "Have we made people addicted to Facebook?" (Mar 12, 2021) | Justin Cheng; Meta Platforms | | | |
| 218 | 335 | Email thread: RE: Q4 Pre-Earnings Ads Sentiment and Supply Update (Jan 26-30, 2024) | Susan Li; Meta Platforms | | | |
| 219 | 317 | Internal chat between Funda Kivran-Swaine and others re: passive tracking contract (July 15, 2020) | Funda Kivran-Swaine; Meta Platforms | | | |
| 220 | 308 | Conversation between Stephen Elkind, others re: Birth Date logic and "explicit knowledge of U13." | Meta Platforms | | | |
| 221 | 0307B | Screenshot of Under 13 pop up | Meta Platforms | | | |
| 222 | 4118 | Slide deck titled "Late Night Use: IG Mental Well-Being, Problematic Use - Strategy and Design" dated 7/21/2022 | Sayed Otaru; Meta Platforms | | | |
| 223 | 284 | Internal notes: IG H2-2023 [Instagram Well-being] | Sayed Otaru; Meta Platforms | | | |
| 224 | 281 | Email from 07/25/2016 with subject line "Re:[tasks] #12357698 Request Instagram Verification - ashtonrowland" | Justin Antony; Meta Platforms | | | |
| 225 | 244 | Internal presentation: "Teen Fundamentals" IG Growth UXR May 2020, with presenter's notes. | Shayli Jimenez; Kristin Hendrix; Meta Platforms | | | |
| 226 | 241 | Meta blog: "Detecting Non-Consensual Intimate Images and Supporting Victims" (Mar 15, 2019) | Meta Platforms | | | |

| 227 | 202 | Internal slide deck: US Teen Retention Opportunities (Retention Team) | Meta Platforms | | | |
|---|---|---|---|---|---|---|
| 228 | 193 | Internal notes: Youth Team - Regular snapshots of work re: feedback and audience insights (Aug. 31, 2021) | Meta Platforms; Antigone Davis | | | |
| 229 | 4129 | Post re Shortened Underage Reporting Flow (SURF) testing | Allison Hartnett | | | |
| 230 | 145 | Email from 11/21/2019 with subject line "Re: [AC Priv] Age enforcement - proposed fix to changing DoB on Profile escalation" | Meta Platforms | | | |
| 231 | 128 | Google Doc: Project Daisy, Likes, and Social Comparison - Additional research as of H2 2020 | Justin Cheng; Meta Platforms | | | |
| 232 | 0091B | Internal chat re: meeting with Adam Mosseri re: Youth Protection strategy | Meta Platforms | | | |
| 233 | 76 | Email thread: Social issue research and analytics (Nov. 29, 2021) | Meta Platforms;Pratiti Raychoudhury;Adam Mosseri | | | |
| 234 | 67 | Email: update on youth related data issues (June 13, 2017) | Kang-Xing Jin; Meta Platforms | | | |
| 235 | 66 | Internal notes: Running Neilsen Meeting Notes | Meta Platforms | | | |
| 236 | 0063A & B | Presentation to Mark Zuckerberg: IG Teen Accounts Launch Readiness and GTM (Aug. 15, 2024) | Nick Clegg; Antigone Davis; Kristin Hendrix; Adam Mosseri; Sayed Otaru; Mark Zuckerberg; Meta Platforms | | | |
| 237 | 61 | Presentation: H2 '23 PU Youth Industry Practices & Defaults Strategy - IG Mental Well-being | Kristin Hendrix; Sayed Otaru; Meta Platforms | | | |
| 238 | 49 | Internal chat re: Content Analysis - High vs. Med/Low Appearance Comparison on IG (June 12, 2024) | Anya Drabkin; Meta Platforms | | | |
| 239 | 35 | Internal research doc: "Facebook's Impact on Well-Being: A deactivation Study" (Sept. 2020 - Apr. 2021) | Kristin Hendrix; Nick Clegg; Shilpa Mody; Meta Platforms | | | |
| 240 | 27 | Slide deck: IG Mental Well-being - Multi-half Strategy - Communities Review (8 Dec 2022) | Meta Platforms | | | |

| 241 | 24 | Slide deck: IG Mental Health Well-Being: Problematic Use Strategy - IG Leads (28 Sep 2023) | Kristin Hendrix; Meta Platforms | | | |
|---|---|---|---|---|---|---|
| 242 | 21 | Slide deck: IG Mental Well-being - Multi-half Strategy - W/B Leads Review (17 Nov 2022) | Meta Platforms | | | |
| 243 | 18 | Internal presentation: "A/C Priv Problematic Use: Product Audit" (May. 2022) | Anya Drabkin; Meta Platforms | | | |
| 244 | 15 | Email thread - Re: Pre Read for Teen Accounts Week Sync: Measurement Plan (May 22, 2024) | Meta Platforms | | | |
| 245 | 13 | PPT, Mental Well-being: Managing Teen Late Night Problematic Use [AC/PRIV] | Meta Platforms; Sayed Otaru; Brian Boland | | | |
| 246 | 12 | Internal notes: [Policy] Teen Accounts (rollout plan) | Antigone Davis; Meta Platforms | | | |
| 247 | 10 | Internal notes: IG H1-2024 Severe Harms (prevention) | Meta Platforms | | | |
| 248 | 5 | The Future of Youth Regulation | Anya Drabkin; Meta Platforms | | | |
| 249 | 4037 | Slide deck titled "Leading on IG Youth Protections" dated 7/11/2023 | Meta Platforms | | | |
| 250 | 4071 | 10-18-2024 Email containing chats with subject line "Message Summary" | Meta Platforms | | | |
| 251 | 4251 | Summary of Data on the Number of Teen Persons on Meta's Platforms | Carl Saba | | | |
| 252 | 4250 | Summary of Data on the Number of Pre-Teen Persons on Meta's Platforms | Carl Saba | | | |
| 253 | 4252 | Summary of Data on the Number of Monthly Instances of Teen Users Exceeding Thresholds of Time Spent | Carl Saba | | | |
| 254 | 4120 | March 26, 2018 Bloomberg Interview of Eva Chen | Meta Platforms | | | |
| 255 | 2159 | May 23, 2019 Meta blog post "Measuring Prevalence of Violating Content on Facebook" | Meta Platforms | | | |
| 256 | 4119 | Video of November 8, 2019 Wired Interview with Adam Mosseri | Meta Platforms, Adam Mosseri | | | |

| 257 | 4195 | Video interview of Adam Mosseri on CBS This Morning, 6.26.19 | Meta Platforms, Adam Mosseri | | | |
|---|---|---|---|---|---|---|
| 258 | 2158 | November 13, 2019, Meta blog post regarding Q3 2019 CSER "Community Standards Enforcement Report, November 2019 Edition" by Guy Rosen, VP Integrity | Guy Rosen; Meta Platforms | | | |
| 259 | 3680 | Zuckerberg Testimony Nov. 17, 2020 "Senate Judiciary Committee Holds Hearing on Censorship and the 2020 Election" | Meta Platforms; Mark Zuckerberg | | | |
| 260 | 3328 | Article titled "The Facebook Files, Part 2: 'We Make Body Image Issues Worse'" dated 9/14/2021 | Adam Mosseri; Meta Platforms | | | |
| 261 | 1768 | Email from 5/26/2021 with subject line "Instagram/Facebook Daisy Announcement: Coverage Report" | Pratiti Raychoudhury; Karina Newton; Adam Mosseri; Kristin Hendrix; Nick Clegg; Meta Platforms | | | |
| 262 | 2277 | Exhibit 1, Adam Mosseri, 07-25-2025, Article Entitled Facebook's Effort to Attract Preteens Goes Beyond Instagram Kids, Documents Show | Meta Platforms; Kyle Andrews; Lars Backstrom; Bryce Bartlett; Monika Bickert; Nick Clegg; Antigone Davis; Allison Hartnett; Kristin Hendrix; Kyle Jensen; Adam Mosseri; Karina Newton; Sayed Otaru; Pratiti Raychoudhury; Guy Rosen; Alex Schultz | | | |
| 263 | 3355 | Instagram blog, "Continuing to Keep Instagram Safe and Secure," dated 12/15/2022 | Meta Platforms | | | |
| 264 | 2190 | Jan 9, 2024 Meta Blog post "New Protections to Give Teens More Age-Appropriate Experiences on Our Apps" | Meta Platforms | | | |
| 265 | 1185 | US Senate letter to Mark Zuckerberg dated 08/04/2021 | Karina Newton; Meta Platforms | | | |
| 266 | 1619 | Internal notes / post re: presence of 12 year-olds on Instagram (Aug 31, 2021) | Meta Platforms | | | |
| 267 | 1845 | Email thread: Re: Instagram Teens HPM - 23 Jan 2017 | Meta Platforms | | | |
| 268 | 2072 | Internal presentation: "Youth Landscape and opportunities for IG" (July 2021) | Darius Kilstein; Meta Platforms | | | |

| 269 | 589B | Internal meeting notes: "Age Management Escalation" (Oct. 8, 2019) | Nick Clegg; Meta Platforms; Ryan Sheatsley; Karina Newton; Antigone Davis | | | |
|---|---|---|---|---|---|---|
| 270 | 4254 | Bad Experiences and Encounter Framework (BEEF) Survey | Kyle Andrews, Arturo Bejar, Meta Platforms, Adam Mosseri | | | |
| 271 | 4255 | Chat between researchers on 7/8/2023. | Meta Platforms | | | |
| 272 | 4256 | Slide deck entitled "Leading on IG Youth Protections," dated 7/11/2023. | Meta Platforms | | | |
| 273 | 4257 | Slide deck entitled "Leading on IG Teen Protections." | Meta Platforms | | | |
| 274 | 690 | Email from December 2018 with subject line "Re: M&A and Market Landscape review (bw}" | Justin Cheng; Robert Chen; Meta Platforms | | | |
| 275 | 3849 | M&A and Market Landscape Review: Long Term Retention and its Implications | Meta Platforms; Robert Chen | | | |
| 276 | 3936 | Exhibit 8, Slide deck titled "Company Milestones" | Meta Platforms; Mark Zuckerberg | | | |
| 277 | 3935 | Exhibit 7, Slide deck titled "Company Milestones," dated 9/8/2022 | Meta Platforms; Mark Zuckerberg | | | |
| 278 | 2424 | Exhibit 70, Jason Sattizahn, 12-08-2025, RL UXR: Guidance for Researchers on Sensitive and Attorney-Client Privileged Research | Meta Platforms; Jason Sattizahn | | | |
| 279 | 644 | Email 7/16/2018 "FW: H1/H2 goals" | Meta Platforms; Brian Boland | | | |
| 280 | 34 | Sensitive Youth Research Best Practices | Kristin Hendrix; Meta Platforms | | | |
| 281 | 20 | Slide deck: IG Mental Well-being - Multi-half Strategy - W/B Leads Review (17 Nov 2022) | Meta Platforms; Sayed Otaru; Adam Mosseri; Mark Zuckerberg | | | |
| 282 | 1121 | Email thread: "Re: Update since we spoke" (Dec. 12-19, 2020) | Arturo Bejar; Meta Platforms | | | |
| 283 | 2737 | Exhibit 19, Arturo Bejar, 04-07-2025, Bad Experiences Measurement: Plan for a 2021 Plan | Kyle Andrews; Sayed Otaru; Brian Boland; Arturo Bejar; Meta Platforms | | | |
| 284 | 2390 | Exhibit 71, Jason Sattizahn, 12-08-2025, Best Practices for Sensitive Research and A/C Privilege | Meta Platforms; Jason Sattizahn | | | |

| 285 | 2432 | Exhibit 69, Jason Sattizahn, 12-08-2025, FAQs - Protocols for Social Issues Research | Meta Platforms; Jason Sattizahn | | | |
|---|---|---|---|---|---|---|