# EXHIBIT A

| EX. NO. | DESCRIPTION | WITNESS | STIPULATION TO ADMIT? | OBJECTION | DATE ADMITTED |
|---|---|---|---|---|---|
| 10,016 | Chart with User Age Brackets and Ad Revenue | Schultz, Alexander | | | |
| 10,017 | Meta's December 2023 Privacy Policy | Kyle Andrews; Lars Backstrom; Bryce Bartlett; Monika Bickert; Nick Clegg; Antigone Davis; Allison Hartnett; Kristin Hendrix; Adam Mosseri; Karina Newton; Sayed Otaru; Pratiti Raychoudhury; Guy Rosen; Alex Schultz | | | |
| 10,030 | Meta Newsroom article titled, "How do we know someone is old enough to use our apps?" by Pavni Diwanji | Kyle Andrews; Lars Backstrom; Bryce Bartlett; Monika Bickert; Nick Clegg; Antigone Davis; Allison Hartnett; Kristin Hendrix; Adam Mosseri; Karina Newton; Sayed Otaru; Pratiti Raychoudhury; Guy Rosen; Alex Schultz | | | |
| 10,036 | Instagram, "Know How to Talk with Your Teen About Instagram:  A Parent's Guide"; 2018 Instagram Parent Guide | Sayed Otaru | | | |
| 10,054 | Blog Post titled Continuing Our Work to Fight Online Bullying | Andrews, Kyle | | | |
| 10,066 | Post titled What Our Research Really Says About Teen Well-Being and Instagram | Raychoudhury, Pratiti | | | |
| 10,094 | Email chain re Backlog close-out | Antigone Davis | | | |
| 10,099 | A toolkit addressing the pressure to be perfect: A parent's guide to Instagram | Kyle Andrews; Lars Backstrom; Bryce Bartlett; Monika Bickert; Nick Clegg; Antigone Davis; Allison Hartnett; Kristin Hendrix; Adam Mosseri; Karina Newton; Sayed Otaru; Pratiti Raychoudhury; Guy Rosen; Alex Schultz | | | |
| 10,101 | Email discussing meeting with Jonathan Haidt regarding youth well-being and age verification | Adam Mosseri; Karina Newton | | | |
| 10,102 | PowerPoint titled, "Instagram Safety" | Sayed Otaru | | | |
| 10,103 | PowerPoint titled, "NEDAInsta" (Karina Newton) | Sayed Otaru | | | |
| 10,104 | Facebook Privacy Policy; Meta's January 2023 Privacy Policy | Kyle Andrews; Lars Backstrom; Bryce Bartlett; Monika Bickert; Nick Clegg; Antigone Davis; Allison Hartnett; Kristin Hendrix; Adam Mosseri; Karina Newton; Sayed Otaru; Pratiti Raychoudhury; Guy Rosen; Alex Schultz | | | |
| 10,127 | New Protections to Give Teens More Age-Appropriate Experiences on Our Apps | Adam Mosseri | | | |
| 10,134 | Instagram, Updates to How We Protect Our Community from Abuse (Oct. 20, 2022), https://about.instagram.com/blog/announcements/creator-safety-tools | Kyle Andrews; Lars Backstrom; Bryce Bartlett; Monika Bickert; Nick Clegg; Antigone Davis; Allison Hartnett; Kristin Hendrix; Adam Mosseri; Karina Newton; Sayed Otaru; Pratiti Raychoudhury; Guy Rosen; Alex Schultz | | | |
| 10,152 | Report: Policy Forum Pre-Read; Document titled Policy Forum Pre-Read: Disordered Eating | Kyle Andrews; Lars Backstrom; Bryce Bartlett; Monika Bickert; Nick Clegg; Antigone Davis; Allison Hartnett; Kristin Hendrix; Adam Mosseri; Karina Newton; Sayed Otaru; Pratiti Raychoudhury; Guy Rosen; Alex Schultz | | | |
| 10,154 | 2024 Parent Guide | Sayed Otaru | | | |
| 10,157 | Email to Mark Zuckerberg, Nick Clegg Re: Latest privacy note | Kyle Andrews; Lars Backstrom; Bryce Bartlett; Monika Bickert; Nick Clegg; Antigone Davis; Allison Hartnett; Kristin Hendrix; Adam Mosseri; Karina Newton; Sayed Otaru; Pratiti Raychoudhury; Guy Rosen; Alex Schultz | | | |
| 10,168 | Age Misrepresentation Wiki | Kyle Andrews; Lars Backstrom; Bryce Bartlett; Monika Bickert; Nick Clegg; Antigone Davis; Allison Hartnett; Kristin Hendrix; Adam Mosseri; Karina Newton; Sayed Otaru; Pratiti Raychoudhury; Guy Rosen; Alex Schultz; Mary Catherine Wirth; Nick Feamster | | | |
| 10,172 | Meta Newsroom article titled, "New Tools to Manage Your Time on Facebook and Instagram" | Kyle Andrews; Lars Backstrom; Bryce Bartlett; Monika Bickert; Nick Clegg; Antigone Davis; Allison Hartnett; Kristin Hendrix; Adam Mosseri; Karina Newton; Sayed Otaru; Pratiti Raychoudhury; Guy Rosen; Alex Schultz | | | |
| 10,176 | How we're supporting people affected by eating disorders and negative body image | Kyle Andrews; Lars Backstrom; Bryce Bartlett; Monika Bickert; Nick Clegg; Antigone Davis; Allison Hartnett; Kristin Hendrix; Adam Mosseri; Karina Newton; Sayed Otaru; Pratiti Raychoudhury; Guy Rosen; Alex Schultz | | | |

| EX. NO. | DESCRIPTION | WITNESS | STIPULATION TO ADMIT? | OBJECTION | DATE ADMITTED |
|---|---|---|---|---|---|
| 10,179 | Internal group message titled "Youth Reviews + Updates (A/C Priv)" | Kyle Andrews; Lars Backstrom; Bryce Bartlett; Monika Bickert; Nick Clegg; Antigone Davis; Allison Hartnett; Kristin Hendrix; Adam Mosseri; Karina Newton; Sayed Otaru; Pratiti Raychoudhury; Guy Rosen; Alex Schultz | | | |
| 10,181 | Document titled Daisy Global Network Test Survey Report | Andrews, Kyle | | | |
| 10,184 | Email from Adam Mosseri to Mark Zuckerberg and others | Andrews, Kyle | | | |
| 10,217 | Facebook slide deck titled "Underage Flow - OS" | Allison Hartnett | | | |
| 10,246 | Giving Young People a Safer, More Private Experience; Meta Newsroom article titled, "Giving Young People a Safer, More Private Experience" | Kyle Andrews; Lars Backstrom; Bryce Bartlett; Monika Bickert; Nick Clegg; Antigone Davis; Allison Hartnett; Kristin Hendrix; Adam Mosseri; Karina Newton; Sayed Otaru; Pratiti Raychoudhury; Guy Rosen; Alex Schultz | | | |
| 10,250 | Email from Kristin Hendrix to David Ginsberg re: [A/C Priv] Project Nido Research Weekly Update 7/31/24 | Kristin Hendrix | | | |
| 10,254 | Email re: RE: the things I mentioned in the leadership meeting | Schultz, Alexander | | | |
| 10,255 | PPT titled Well-being: Problematic Use | Kyle Andrews; Lars Backstrom; Bryce Bartlett; Monika Bickert; Nick Clegg; Antigone Davis; Allison Hartnett; Kristin Hendrix; Adam Mosseri; Karina Newton; Sayed Otaru; Pratiti Raychoudhury; Guy Rosen; Alex Schultz | | | |
| 10,262 | PSC Self Review H2 2021, Kyle Andrews | Andrews, Kyle | | | |
| 10,266 | FB and IG Average Legal Advertising Revenue per user for certain segments; Revenue Data - By surface, age, gender (MDL RFP 152) | Jess Walton | | | |
| 10,283 | Webpage titled Meta Safety Center | Kyle Andrews; Lars Backstrom; Bryce Bartlett; Monika Bickert; Nick Clegg; Antigone Davis; Allison Hartnett; Kristin Hendrix;  Adam Mosseri; Karina Newton; Sayed Otaru; Pratiti Raychoudhury; Guy Rosen; Alex Schultz | | | |
| 10,295 | Overview of Ground Truth Datasets | Kyle Andrews; Lars Backstrom; Bryce Bartlett; Monika Bickert; Nick Clegg; Antigone Davis; Allison Hartnett; Kristin Hendrix; Adam Mosseri; Karina Newton; Sayed Otaru; Pratiti Raychoudhury; Guy Rosen; Alex Schultz | | | |
| 10,298 | Policies Section Relating to "Introduction to the Advertising Standards" | Schultz, Alexander | | | |
| 10,304 | Instagram's Terms of Use ; IG 2024 Terms of Use | Kyle Andrews; Lars Backstrom; Bryce Bartlett; Monika Bickert; Nick Clegg; Antigone Davis; Allison Hartnett; Kristin Hendrix; Adam Mosseri; Karina Newton; Sayed Otaru; Pratiti Raychoudhury; Guy Rosen; Alex Schultz | | | |
| 10,315 | Blog post titled Our Progress on Leading the Fight Against Online Bullying | Andrews, Kyle | | | |
| 10,332 | Public Post by Adam Mosseri "Raising the Standard for Protecting Teens and Supporting Parents Online." | Elena Davis; Adam Mosseri | | | |
| 10,346 | Public Post "Our Commitment to Lead the Fight Against Online Bullying" by Adam Mosseri. | Adam Mosseri | | | |
| 10,400 | Post "Facebook Publishes Enforcement Numbers for the First Time" by Guy Rosen. | Ferrara | | | |
| 10,422 | Public Post "Helping Teens See Age-Appropriate Content." | Kyle Andrews; Lars Backstrom; Bryce Bartlett; Monika Bickert; Nick Clegg; Antigone Davis; Allison Hartnett; Kristin Hendrix; Adam Mosseri; Karina Newton; Sayed Otaru; Pratiti Raychoudhury; Guy Rosen; Alex Schultz | | | |
| 10,630 | Slide deck titled "IG Underage Reports" | Kyle Andrews; Lars Backstrom; Bryce Bartlett; Monika Bickert; Nick Clegg; Antigone Davis; Allison Hartnett; Kristin Hendrix; Adam Mosseri; Karina Newton; Sayed Otaru; Pratiti Raychoudhury; Guy Rosen; Alex Schultz | | | |
| 10,639 | Burke, M. and D. Ginsberg, Hard Questions: Is Spending Time on Social Media Bad for Us? Meta Newsroom, 2017. Available from: https://about.fb.com/news/2017/12/hard-questions-is-spending-time-on-social-media-bad-for-us/ | Kyle Andrews; Lars Backstrom; Bryce Bartlett; Monika Bickert; Nick Clegg; Antigone Davis; Allison Hartnett; Kristin Hendrix; Adam Mosseri; Karina Newton; Sayed Otaru; Pratiti Raychoudhury; Guy Rosen; Alex Schultz | | | |
| 10,640 | 2018 05 21 Email from Javier Olivan to Growth Re: [Growth] | Alex Schultz | | | |
| 10,671 | PPT titled Project Daisy Launch Discussion | Adam Mosseri | | | |
| 10,673 | Chat Log Between A. Schultz and John Pinette | Schultz, Alexander | | | |
| 10,674 | Chat Log Between A. Schultz and others | Schultz, Alexander | | | |
| 10,681 | Meta Newsroom post titled "Hard Questions: Is Spending Time on Social Media Bad for Us?," David Ginsberg and Moira Burke | Kyle Andrews; Lars Backstrom; Bryce Bartlett; Monika Bickert; Nick Clegg; Antigone Davis; Allison Hartnett; Kristin Hendrix; Adam Mosseri; Karina Newton; Sayed Otaru; Pratiti Raychoudhury; Guy Rosen; Alex Schultz | | | |

| EX. NO. | DESCRIPTION | WITNESS | STIPULATION TO ADMIT? | OBJECTION | DATE ADMITTED |
|---|---|---|---|---|---|
| 10,682 | Post titled The WSJ Report Ignores Our Approach to Well-Being Research | Raychoudhury, Pratiti | | | |
| 10,683 | Blog post titled Our Commitment to Lead the Fight Against Online Bullying | Andrews, Kyle | | | |
| 10,695 | A. Mosseri, Raising the Standard for Protecting Teens and Supporting Parents Online, Instagram Blog, 2021. https://about.instagram.com/blog/announcements/raising-the-standard-for-protecting-teens-and-supporting-parents-online | Adam Mosseri | | | |
| 10,747 | Email from Adam Mosseri to Mark Zuckerberg re: Instagram R&D April 2019 | Adam Mosseri; Mark Zuckerberg | | | |
| 10,748 | Email from Shayli Jimenez to Adam Mosseri et al. re: Teen Fundamentals Summary and Next Steps; | Kristin Hendrix; Adam Mosseri; Shayli Jimenez | | | |
| 10,749 | The Justice Collaboratory Report of the Facebook Data Transparency Advisory Group April 2019 | Kyle Andrews; Lars Backstrom; Bryce Bartlett; Monika Bickert; Nick Clegg; Antigone Davis; Allison Hartnett; Kristin Hendrix; Adam Mosseri; Karina Newton; Sayed Otaru; Pratiti Raychoudhury; Guy Rosen; Alex Schultz | | | |
| 10,763 | Document titled Project Daisy v2 survey results: Italy and Japan | Andrews, Kyle | | | |
| 10,768 | PPT titled Project Daisy Evaluation Survey | Andrews, Kyle | | | |
| 10,897 | Ranadive, A. and D. Ginsberg, New Time Management Tools on Instagram and Facebook, Instagram Blog, 2018; Ranadive, A. and D. Ginsberg, New Time Management Tools on Instagram and Facebook (Aug. 1, 2018) | Elena Davis; Kyle Andrews; Lars Backstrom; Bryce Bartlett; Monika Bickert; Nick Clegg; Antigone Davis; Allison Hartnett; Kristin Hendrix; Adam Mosseri; Karina Newton; Sayed Otaru; Pratiti Raychoudhury; Guy Rosen; Alex Schultz | | | |
| 10,898 | Document titled List of Social Science Research: Completed Studies and Roadmap | Raychoudhury, Pratiti | | | |
| 10,901 | Meta webpage titled, "Our tools, features and resources to help support teens and parents" | Kyle Andrews; Lars Backstrom; Bryce Bartlett; Monika Bickert; Nick Clegg; Antigone Davis; Allison Hartnett; Kristin Hendrix; Adam Mosseri; Karina Newton; Sayed Otaru; Pratiti Raychoudhury; Guy Rosen; Alex Schultz | | | |
| 10,923 | PPT titled The Power of Identities Why Teens and Young Adults Choose Instagram | Kristin Hendrix; Adam Mosseri | | | |
| 10,926 | Chat between Kristin Hendrix and others | Kristin Hendrix | | | |
| 10,931 | G. Rosen Newsroom Post: Remove, Reduce, Inform: New Steps to Manage Problematic Content | Kyle Andrews; Lars Backstrom; Bryce Bartlett; Monika Bickert; Nick Clegg; Antigone Davis; Allison Hartnett; Kristin Hendrix; Adam Mosseri; Karina Newton; Sayed Otaru; Pratiti Raychoudhury; Guy Rosen; Alex Schultz | | | |
| 10,943 | Newsroom Post titled, "How Do We Know Someone is Old Enough To Use Our Apps?" | Adam Mosseri | | | |
| 10,944 | Newsroom Post titled, "Introducing New Ways to Verify Age on Instagram" | Kyle Andrews; Lars Backstrom; Bryce Bartlett; Monika Bickert; Nick Clegg; Antigone Davis; Allison Hartnett; Kristin Hendrix; Adam Mosseri; Karina Newton; Sayed Otaru; Pratiti Raychoudhury; Guy Rosen; Alex Schultz | | | |
| 10,946 | Introducing Instagram Teen Accounts:  Built-In Protections for Teens, Peace of Mind for Parents, Meta Newsroom, 2024. Available from: https://about.fb.com/news/2024/09/instagram-teen-accounts/ | Kyle Andrews; Lars Backstrom; Bryce Bartlett; Monika Bickert; Nick Clegg; Antigone Davis; Allison Hartnett; Kristin Hendrix; Adam Mosseri; Karina Newton; Sayed Otaru; Pratiti Raychoudhury; Guy Rosen; Alex Schultz | | | |
| 10,960 | Instagram, "Raising the Standard for Protecting Teens and Supporting Parents Online" (Dec. 7, 2021) | Kyle Andrews; Lars Backstrom; Bryce Bartlett; Monika Bickert; Nick Clegg; Antigone Davis; Allison Hartnett; Kristin Hendrix;  Adam Mosseri; Karina Newton; Sayed Otaru; Pratiti Raychoudhury; Guy Rosen; Alex Schultz | | | |
| 10,964 | Email from G. Rosen to Mark Zuckerberg; Javier Olivan RE: PAC headcount in 2018 | Mark Zuckerberg | | | |
| 10,966 | Introducing new tools to protect our community from abuse | Kyle Andrews; Lars Backstrom; Bryce Bartlett; Monika Bickert; Nick Clegg; Antigone Davis; Allison Hartnett; Kristin Hendrix; Adam Mosseri; Karina Newton; Sayed Otaru; Pratiti Raychoudhury; Guy Rosen; Alex Schultz | | | |
| 11,024 | Workplace Post titled "Soft Matching for Cross-Account Data Use" | Kyle Andrews; Lars Backstrom; Bryce Bartlett; Monika Bickert; Nick Clegg; Antigone Davis; Allison Hartnett; Kristin Hendrix; Adam Mosseri; Karina Newton; Sayed Otaru; Pratiti Raychoudhury; Guy Rosen; Alex Schultz | | | |
| 11,040 | 2012 FB Terms of Service | Kyle Andrews; Lars Backstrom; Bryce Bartlett; Monika Bickert; Nick Clegg; Antigone Davis; Allison Hartnett; Kristin Hendrix; Adam Mosseri; Karina Newton; Sayed Otaru; Pratiti Raychoudhury; Guy Rosen; Alex Schultz | | | |

| EX. NO. | DESCRIPTION | WITNESS | STIPULATION TO ADMIT? | OBJECTION | DATE ADMITTED |
|---|---|---|---|---|---|
| 11,067 | PPT titled PU & IG: Primer 2024, Elena Davis | Kristin Hendrix; Elena Davis | | | |
| 11,076 | FB 2024 Terms of Use | Kyle Andrews; Lars Backstrom; Bryce Bartlett; Monika Bickert; Nick Clegg; Antigone Davis; Allison Hartnett; Kristin Hendrix; Adam Mosseri; Karina Newton; Sayed Otaru; Pratiti Raychoudhury; Guy Rosen; Alex Schultz | | | |
| 11,077 | Internal post on users bypassing the underage checkpoint | Allison Hartnett, Guy Rosen | | | |
| 11,079 | FB's 2008 Terms of Service | Kyle Andrews; Lars Backstrom; Bryce Bartlett; Monika Bickert; Nick Clegg; Antigone Davis; Allison Hartnett; Kristin Hendrix; Adam Mosseri; Karina Newton; Sayed Otaru; Pratiti Raychoudhury; Guy Rosen; Alex Schultz | | | |
| 11,080 | Internal slide deck on "Account Registration for IG, FB, Meta DOB Screens" | Kyle Andrews; Lars Backstrom; Bryce Bartlett; Monika Bickert; Nick Clegg; Antigone Davis; Allison Hartnett; Kristin Hendrix; Adam Mosseri; Karina Newton; Sayed Otaru; Pratiti Raychoudhury; Guy Rosen; Alex Schultz | | | |
| 11,088 | Document titled "Exploratory Analysis of Reactive Reporting" | Kyle Andrews; Lars Backstrom; Bryce Bartlett; Monika Bickert; Nick Clegg; Antigone Davis; Allison Hartnett; Kristin Hendrix; Adam Mosseri; Karina Newton; Sayed Otaru; Pratiti Raychoudhury; Guy Rosen; Alex Schultz; Nick Feamster; Ryan Sheatsley; Mary Catherine Wirth | | | |
| 11,091 | January 19, 2013 Instagram Terms of Service | Kyle Andrews; Lars Backstrom; Bryce Bartlett; Monika Bickert; Nick Clegg; Antigone Davis; Allison Hartnett; Kristin Hendrix; Adam Mosseri; Karina Newton; Sayed Otaru; Pratiti Raychoudhury; Guy Rosen; Alex Schultz | | | |
| 11,092 | 2009 Facebook registration screen | Kyle Andrews; Lars Backstrom; Bryce Bartlett; Monika Bickert; Nick Clegg; Antigone Davis; Allison Hartnett; Kristin Hendrix; Adam Mosseri; Karina Newton; Sayed Otaru; Pratiti Raychoudhury; Guy Rosen; Alex Schultz | | | |
| 11,122 | Facebook MAU data by state and accountholder stated age for October 2012 | Sri Venkataraman | | | |
| 11,145 | Center for Open Science post titled "Meta Partners with the Center for Open Science to Share Data to Study Well-being Topics" | Arvind Narayanan | | | |
| 11,232 | Instagram Help Center, "Hide an Instagram post that you're not interested in." | Arvind Narayanan | | | |
| 11,275 | Presentation: Meta Company All Hands | Kyle Andrews; Lars Backstrom; Bryce Bartlett; Monika Bickert; Nick Clegg; Antigone Davis; Allison Hartnett; Kristin Hendrix; Adam Mosseri; Karina Newton; Sayed Otaru; Pratiti Raychoudhury; Guy Rosen; Alex Schultz | | | |

| EX. NO. | DESCRIPTION | WITNESS | STIPULATION TO ADMIT? | OBJECTION | DATE ADMITTED |
|---|---|---|---|---|---|
| 11,409 | Meta Newsroom, Hard Questions: So Your Kids Are Online, But Will They Be Alright? | Kyle Andrews; Lars Backstrom; Bryce Bartlett; Monika Bickert; Nick Clegg; Antigone Davis; Allison Hartnett; Kristin Hendrix; Adam Mosseri; Karina Newton; Sayed Otaru; Pratiti Raychoudhury; Guy Rosen; Alex Schultz | | | |
| 11,672 | Roadmap Review H2 2024 | Kyle Andrews; Lars Backstrom; Bryce Bartlett; Monika Bickert; Nick Clegg; Antigone Davis; Allison Hartnett; Kristin Hendrix; Adam Mosseri; Karina Newton; Sayed Otaru; Pratiti Raychoudhury; Guy Rosen; Alex Schultz | | | |
| 11,673 | Email from Dave Fryer to Dan Muriello | Allison Hartnett | | | |
| 11,680 | Slide Deck - Central Social Impact Data, Status & Priorities | Allison Hartnett | | | |
| 11,681 | Slide Deck - Youth Update | Allison Hartnett | | | |
| 11,709 | Meta's Timeline of Tools, Features, and Resources to Help Support Teens and Parents | Kyle Andrews; Lars Backstrom; Bryce Bartlett; Monika Bickert; Nick Clegg; Antigone Davis; Allison Hartnett; Kristin Hendrix;  Adam Mosseri; Karina Newton; Sayed Otaru; Pratiti Raychoudhury; Guy Rosen; Alex Schultz | | | |
| 11,718 | Internal document titled "10.10.21 - Sunday Shows - 3.pdf" | Kyle Andrews; Lars Backstrom; Bryce Bartlett; Monika Bickert; Nick Clegg; Antigone Davis; Allison Hartnett; Kristin Hendrix; Adam Mosseri; Karina Newton; Sayed Otaru; Pratiti Raychoudhury; Guy Rosen; Alex Schultz | | | |
| 11,719 | Email from Fiona Brown to Antigone Davis and others with the subject "Re: Instagram Wellbeing & Facebook Safety Planning for 2019 Goals" | Kyle Andrews; Lars Backstrom; Bryce Bartlett; Monika Bickert; Nick Clegg; Antigone Davis; Allison Hartnett; Kristin Hendrix; Adam Mosseri; Karina Newton; Sayed Otaru; Pratiti Raychoudhury; Guy Rosen; Alex Schultz | | | |
| 11,720 | Workplace post by Miki Rothschild titled "Instagram Well-being HPM 10/29/2019" | Kyle Andrews; Lars Backstrom; Bryce Bartlett; Monika Bickert; Nick Clegg; Antigone Davis; Allison Hartnett; Kristin Hendrix;  Adam Mosseri; Karina Newton; Sayed Otaru; Pratiti Raychoudhury; Guy Rosen; Alex Schultz | | | |
| 11,721 | Workplace post by Satish Mummareddy titled "Instagram Mental Well-being HPM - Dec 10 2020" | Kyle Andrews; Lars Backstrom; Bryce Bartlett; Monika Bickert; Nick Clegg; Antigone Davis; Allison Hartnett; Kristin Hendrix; Adam Mosseri; Karina Newton; Sayed Otaru; Pratiti Raychoudhury; Guy Rosen; Alex Schultz | | | |
| 11,722 | Internal document titled "IG Mental Well-being Support biweekly check-ins" | Kyle Andrews; Lars Backstrom; Bryce Bartlett; Monika Bickert; Nick Clegg; Antigone Davis; Allison Hartnett; Kristin Hendrix; Adam Mosseri; Karina Newton; Sayed Otaru; Pratiti Raychoudhury; Guy Rosen; Alex Schultz | | | |

| EX. NO. | DESCRIPTION | WITNESS | STIPULATION TO ADMIT? | OBJECTION | DATE ADMITTED |
|---|---|---|---|---|---|
| 11,741 | Antigone Email re H1 Planning Review: Safety & Well-Being | Antigone Davis | | | |
| 11,746 | Document titled, "Supporting Safe & Age-appropriate Experiences: Settings, Tools & Resources for Teens/Families" | Anya Drabkin | | | |
| 11,749 | Center for Open Science webpage titled, "Instagram Data Access Pilot for Well-Being Research" | Anya Drabkin | | | |
| 11,750 | Document titled, "Narrative Summary: Digital Technology & Youth Social/Emotional Health" | Anya Drabkin | | | |
| 11,925 | PPT titled Hard Life Moments - Mental Health Deep Dive, Shruti Bhutada and Shilpa Mody | Adam Mosseri; Bruce Isaacson | | | |
| 12,013 | California Saba Aggregate Net Profit | Justin McCrary | | | |
| 12,014 | Colorado Saba Aggregate Net Profit | Justin McCrary | | | |
| 12,020 | Kentucky Saba Aggregate Net Profit | Justin McCrary | | | |
| 12,024 | New Jersey Aggregate Net Profit | Justin McCrary | | | |
| 12,073 | Email chain Re: Company Relationship Discussion | Mark Zuckerberg | | | |
| 12,081 | Community Standards Enforcement Report Q3 2021 | Kyle Andrews; Lars Backstrom; Bryce Bartlett; Monika Bickert; Nick Clegg; Antigone Davis; Allison Hartnett; Kristin Hendrix; Adam Mosseri; Karina Newton; Sayed Otaru; Pratiti Raychoudhury; Guy Rosen; Alex Schultz | | | |
| 12,085 | 1.19.23 Instagram Quiet Mode: A New Way to Manage Your Time and Focus | Kyle Andrews; Lars Backstrom; Bryce Bartlett; Monika Bickert; Nick Clegg; Antigone Davis; Allison Hartnett; Kristin Hendrix;  Adam Mosseri; Karina Newton; Sayed Otaru; Pratiti Raychoudhury; Guy Rosen; Alex Schultz | | | |
| 12,111 | State Attorney General's Supplemental Response to Meta's First Set of Interrogatories | Marks, Katherine | | | |
| 12,324 | Commission Teleconference Meeting PowerPoint & Handouts | Hartston, Amos; Orrock, Tom | | | |
| 12,341 | Roadmap for Resilience | Hartston, Amos; Chan, Hilva | | | |
| 12,354 | Social Media Strategic Plan 2024 | Siador, Christine; Bolanos, Ana | | | |
| 12,381 | Well and Thriving Advancing Prevention and Early Intervention in Mental Health, MHSOAC. | Nick Clegg | | | |
| 12,399 | Colorado Attorney General Special Report | Nathan Blake | | | |
| 12,519 | Prevention Social Media Proposal | Patti Clark | | | |
| 12,520 | Email Subject: Communications Plan & Social Media Page Proposal | Patti Clark | | | |
| 12,617 | NJDEP Presentation Slides, Supports for Student Mental Health and Social and Emotional Learning | Ehling, Kathleen | | | |
| 12,621 | NJDEP; Online Safety Guide for Parents & Caregivers | Ehling, Kathleen | | | |
| 12,622 | NJDEP Letter; Considerations for the Development of Policies to Address Cell Phone Usage in Schools | Ehling, Kathleen | | | |
| 12,624 | 2023 Youth Risk Behavior Survey Results, New Jersey High School Survey | Ehling, Kathleen | | | |
| 12,818 | Late Night Use IG Mental Well-being, Problematic Use Strategy and Design (Aug. 4, 2022) | Kyle Andrews; Lars Backstrom; Bryce Bartlett; Monika Bickert; Nick Clegg; Antigone Davis; Allison Hartnett; Kristin Hendrix; Adam Mosseri; Karina Newton; Sayed Otaru; Pratiti Raychoudhury; Guy Rosen; Alex Schultz | | | |
| 12,832 | Alex Schultz, Hard Questions: How Do We Measure Our Efforts to Keep Bad Content off Facebook?, Meta Newsroom (May 15, 2018), https://about.fb.com/news/2018/05/measuring-our-efforts/ | Kyle Andrews; Lars Backstrom; Bryce Bartlett; Monika Bickert; Nick Clegg; Antigone Davis; Allison Hartnett; Kristin Hendrix; Adam Mosseri; Karina Newton; Sayed Otaru; Pratiti Raychoudhury; Guy Rosen; Alex Schultz | | | |
| 12,834 | Antigone Davis, Partnering with Experts to Protect People from Self-Harm and Suicide, Meta Newsroom (Feb. 7, 2019), https://about.fb.com/news/2019/02/protecting-people-from-self-harm/ | Kyle Andrews; Lars Backstrom; Bryce Bartlett; Monika Bickert; Nick Clegg; Antigone Davis; Allison Hartnett; Kristin Hendrix; Adam Mosseri; Karina Newton; Sayed Otaru; Pratiti Raychoudhury; Guy Rosen; Alex Schultz | | | |
| 12,839 | Adam Mosseri, Shedding More Light on How Instagram Works, Instagram (June 8, 2021) https://about.instagram.com/blog/announcements/shedding-more-light-on-how-instagram-works | Arvind Narayanan | | | |

| EX. NO. | DESCRIPTION | WITNESS | STIPULATION TO ADMIT? | OBJECTION | DATE ADMITTED |
|---|---|---|---|---|---|
| 12,884 | A parent and guardian's guide to Instagram, https://about.instagram.com/blog/tips-and-tricks/new-resource-for-what-parents-need-to-know-about-instagram | Adam Mosseri | | | |
| 12,901 | Webpage titled, "Integrity Reports, H1 2026" (https://transparency.meta.com/reports/integrity-reports-h1-2026/) | Ferrara | | | |
| 12,918 | EY Independent Audit of Meta's 2021 CSER https://about.fb.com/wp-content/uploads/2022/05/EY-CSER-Independent-Assessment-Q4-2021.pdf | Ferrara | | | |
| 12,931 | Instagram help center webpage titled, "Report an instagram user under the minimum age" (https://help.instagram.com/517920941588885) | Kyle Andrews; Lars Backstrom; Bryce Bartlett; Monika Bickert; Nick Clegg; Antigone Davis; Allison Hartnett; Kristin Hendrix; Adam Mosseri; Karina Newton; Sayed Otaru; Pratiti Raychoudhury; Guy Rosen; Alex Schultz | | | |
| 12,933 | Facebook Help Center webpage titled, "Report someone under the minimum age on Facebook" (https://www.facebook.com/help/157793540954833/?helpref=related_articles) | Kyle Andrews; Lars Backstrom; Bryce Bartlett; Monika Bickert; Nick Clegg; Antigone Davis; Allison Hartnett; Kristin Hendrix; Adam Mosseri; Karina Newton; Sayed Otaru; Pratiti Raychoudhury; Guy Rosen; Alex Schultz | | | |
| 12,936 | Webpage titled, "Updates That Foster a Safer, Kinder Community" https://about.instagram.com/blog/announcements/updates-that-foster-a-safer-kinder-community | Kyle Andrews; Lars Backstrom; Bryce Bartlett; Monika Bickert; Nick Clegg; Antigone Davis; Allison Hartnett; Kristin Hendrix; Adam Mosseri; Karina Newton; Sayed Otaru; Pratiti Raychoudhury; Guy Rosen; Alex Schultz | | | |
| 12,953 | Research webpage titled, "Enforcing our Community Standards: How we track and measure progress" https://research.facebook.com/blog/2020/2/enforcing-our-community-standards-how-we-track-and-measure-progress/ | Kyle Andrews; Lars Backstrom; Bryce Bartlett; Monika Bickert; Nick Clegg; Antigone Davis; Allison Hartnett; Kristin Hendrix; Adam Mosseri; Karina Newton; Sayed Otaru; Pratiti Raychoudhury; Guy Rosen; Alex Schultz | | | |
| 12,965 | Webpage titled, "Parenting in a Digital World Is Hard. Congress Can Make It Easier." https://about.fb.com/news/2023/11/online-teen-safety-legislation-is-needed/ | Kyle Andrews; Lars Backstrom; Bryce Bartlett; Monika Bickert; Nick Clegg; Antigone Davis; Allison Hartnett; Kristin Hendrix; Adam Mosseri; Karina Newton; Sayed Otaru; Pratiti Raychoudhury; Guy Rosen; Alex Schultz | | | |
| 13,002 | Webpage titled, "Helping your teen navigate Instagram safely" https://about.instagram.com/community/parents | Kyle Andrews; Lars Backstrom; Bryce Bartlett; Monika Bickert; Nick Clegg; Antigone Davis; Allison Hartnett; Kristin Hendrix; Adam Mosseri; Karina Newton; Sayed Otaru; Pratiti Raychoudhury; Guy Rosen; Alex Schultz | | | |
| 13,003 | Webpage titled, "Meta Family Center" https://familycenter.meta.com/ | Kyle Andrews; Lars Backstrom; Bryce Bartlett; Monika Bickert; Nick Clegg; Antigone Davis; Allison Hartnett; Kristin Hendrix; Adam Mosseri; Karina Newton; Sayed Otaru; Pratiti Raychoudhury; Guy Rosen; Alex Schultz | | | |
| 13,038 | Email from Molly Britting to Gabrielle Gresge and others re American Girl | Allison Hartnett | | | |
| 15,556 | Odgers CL, Jensen MR. Annual Research Review: Adolescent mental health in the digital age: facts, fears, and future directions. J Child Psychol Psychiatry. 2020 Mar;61(3):336-348. doi: 10.1111/jcpp.13190. | Shear, Honaker, Baiocchi | | | |
| 15,908 | National Academies of Science, Engineering, and Medicine: Consensus Report, Social Media and Adolescent Health (2024). | Randy Auerbach | | | |
| 16,062 | FTC, Complying with COPPA: Frequently Asked Questions ("FTC COPPA FAQ"), https://www.ftc.gov/business-guidance/resources/complying-coppa-frequently-asked-questions | Tim Estes, Mary Catherine Wirth, Allison Hartnett, Antigone Davis | | | |
| 16,518 | Transcript of Congressional Hearing titled, "Protecting Kids Online: Facebook, Instagram, and Mental Health Harm" | Antigone Davis | | | |
| 16,519 | Facebook slide deck titled Youth Competitive Analysis | Antigone Davis; Allison Hartnett | | | |
| 16,521 | 2020 email chain w Antigone, Sarah Chang, Nick Clegg | Antigone Davis | | | |
| 16,522 | Sarah Chang Google Doc Comment to Antigone Davis re U13 classifier | Antigone Davis | | | |
| 16,523 | Competitive Analysis Age Assurance | Antigone Davis | | | |
| 16,525 | Email re 2023 Integrated Youth Strategy | Antigone Davis | | | |
| 16,526 | Protecting young people across our platforms | Antigone Davis | | | |
| 16,528 | PPT titled, "Youth Privacy Landscape Q3 2020" | | | | |
| 16,613 | Message thread between Charles Sismondo, Sam Parker, Roni Zeiger, et al. | | | | |
| 16,614 | Email from Karina Newton to Michelle Napchan and Carolyn Merrell re, "IG community member petition to parilament" | Karina Newton | | | |
| 16,621 | Email thread from Aaron Katchen to Jacob Frantz re, "Daisy Data Update" | Adam Mosseri | | | |
| 16,623 | Email from Adam Mosseri to Stephanie Young, Yishal Shah, et al. re, "Instagram 2021 H1 / H2 Doc" | Adam Mosseri | | | |
| 16,632 | Webpage titled, "Using research to improve your experience" | Karina Newton | | | |
| 16,713 | PPT titled, "Teen Mental Health" | | | | |
| 16,753 | Document titled, "[DRAFT] Improving Experiences and People Support at Instagram" | | | | |

| EX. NO. | DESCRIPTION | WITNESS | STIPULATION TO ADMIT? | OBJECTION | DATE ADMITTED |
|---|---|---|---|---|---|
| 16,779 | Email from Ted Boda to IG_Well-being_Leads et al. re, "Instagram Well-being Design HPM - 07/06/2020" | Adam Mosseri; Kristin Hendrix | | | |
| 16,793 | Facebook Message - From Nick Clegg Sent: 5/13/2020 5:16:16 AM | Nick Clegg | | | |
| 16,797 | Social comparison Exploratory Research by Shruti Bhutada and Wendy Gross | Kristin Hendrix | | | |
| 16,868 | Written testimony of Mark Zuckerberg in the United States Senate Judiciary Hearing entitled, "Big Tech and the Online Child Sexual Exploitation Crisis" | Mark Zuckerberg | | | |
| 16,886 | Transcript of the Joint Senate Hearing before the Committee on Commerce, Science, and Transcrportation and the Committee on the Judiciary entitled, "Facebook, Social Media Privacy, and the Use and Abuse of Data" | Mark Zuckerberg | | | |
| 16,888 | Facebook post by Mark Zuckerberg re time spent on Facebook being time well spent | Mark Zuckerberg | | | |
| 16,893 | PPT titled, "Problematic Use On-Platform Measurement, Elena Davis and Josh Latshaw" | Elena Davis | | | |
| 16,900 | Association between parent and teen attentiveness to their social media use (potential problematic use) (MYST) | Kristin Hendrix | | | |
| 16,901 | MYST: Associations between Instagram use and perceived challenges with time management Survey measures and logged behavioral data | Anya Drabkin | | | |
| 16,910 | MYST: Teen Account enrollment and changes in teen behavior and teen/parent survey measures | Anya Drabkin | | | |
| 16,915 | PPT titled, "Multiple Accounts on IG" | | | | |
| 16,916 | Document titled, "The September Issue: Growth Research," Sal Becerra | | | | |
| 16,918 | Document titled, "Growth Q1 2019 Full Planning Doc" | | | | |
| 16,919 | Document titled, "IG Supervision FAQs - WIP not yet approved" | | | | |
| 16,921 | Document titled, "Soft Matching for Cross-Account Data Use Policy - Core Definitions" | | | | |
| 16,927 | Protecting Kids Online: Instagram and Reforms For Young Users, Congressional Testimony of Adam Mosseri | Adam Mosseri | | | |
| 17,082 | Calculated average advertising revenue per usr by stated age | Sri Venkataraman | | | |
| 17,086 | Moira Burke and Robert E. Kraut. 2014. Growing closer on facebook: changes in tie strength through social network site use. In Proceedings of the SIGCHI Conference on Human Factors in Computing Systems (CHI '14). Association for Computing Machinery, New York, NY, USA, 4187–4196. https://doi.org/10.1145/2556288.2557094 | Kristin Hendrix | | | |
| 17,088 | Robert Kraut and Moira Burke. 2015. Internet use and psychological well-being: effects of activity and audience. Commun. ACM 58, 12 (December 2015), 94–100. https://doi.org/10.1145/2739043 | Kristin Hendrix | | | |
| 17,102 | Anja Stevic, Yi-Chia Wang, David de Segovia Vicente, Sunny X Liu, Jeffrey T Hancock. Decoding Instagram Use: The Impact of Quality Content Engagement and Harmful Content Reduction on Young Adults' Well-Being. Lifecycle Journal (2026). | Kristin Hendrix | | | |
| 17,103 | Meta Content Library and API | Kristin Hendrix | | | |
| 17,104 | Ella K. Moeck, Runqiu Fei, Victoria M. E. Bridgland, Melanie T. K. Takarangi, Tom Hollenstein, Nicole L Nelson, Peter Koval. Reel Feelings: Reciprocal Relationships between Instagram Use and Emotions. Lifecycle Journal (2026). | Kristin Hendrix | | | |
| 17,105 | Dan-Mircea Mirea, Eleanor Holton, Deepta Chandrasekhar, Yael Niv. Testing the longitudinal and causal effect of social media rewards on mood and mental health in young adults. Lifecyle Journal (2026). | Kristin Hendrix | | | |
| 17,107 | Center for Open Science: Instagram Data Access Pilot for Well-being Research, Homepage | Kristin Hendrix | | | |
| 17,112 | Instagram Data Access Pilot for Well-being Research: For Participants | Kristin Hendrix | | | |
| 17,152 | Hard Life Moments – Mental Health Deep Dive | Kristin Hendrix | | | |
| 17,153 | Using Surveys to improve notification quality, experience & targeting strategies | Kristin Hendrix | | | |
| 17,154 | Promoting Connection: Designing Social Media Experiences to Support People with Eating Disorders by Jennifer Guadagno | Kristin Hendrix | | | |
| 17,155 | Bullying Deep Dive 2/12 | Kristin Hendrix | | | |
| 17,195 | Email thread between Wendy Gross, Divya Kunapuli and others discussing bi-weekly meetings with Adam Mosseri, Subject: Important outcomes from the bullying deep dive with leadership | Adam Mosseri | | | |
| 17,206 | Quip titled "Youth Panel Privacy Approval Framework (w/ Discussion)" | Robert Chen | | | |
| 17,255 | Webpage titled, "Community Standards Enforcement Report, November 2019 Edition" | Elena Davis; Kyle Andrews; Lars Backstrom; Bryce Bartlett; Monika Bickert; Nick Clegg; Antigone Davis; Allison Hartnett; Kristin Hendrix; Adam Mosseri; Karina Newton; Sayed Otaru; Pratiti Raychoudhury; Guy Rosen; Alex Schultz | | | |
| 17,504 | Instagram chief says it will roll out 'take a break' feature, is pausing Instagram for kids project | Adam Mosseri | | | |
| 17,505 | Head of Instagram Adam Mosseri on new parental control options, CBS Mornings (transcript) | Adam Mosseri | | | |

| EX. NO. | DESCRIPTION | WITNESS | STIPULATION TO ADMIT? | OBJECTION | DATE ADMITTED |
|---|---|---|---|---|---|
| 17,506 | Head of Instagram Adam Mosseri on new parental control options, CBS Mornings | Adam Mosseri | | | |
| 17,507 | Colin & Samir, An honest conversation with the CEO of Instagram | Adam Mosseri | | | |
| 17,512 | PPT titled, "Central Product Reviews: Growth" | | | | |
| 17,513 | Email to Kristine McDuffe re, "Questions Re: Upcoming Brand Lift Study Plans" | | | | |
| 17,514 | Document "AM - Andrew" | | | | |
| 17,515 | Document titled, "Current state ==> Birthday in Reg" | | | | |
| 17,516 | Document titled, "Core Growth HPMs [Feb 2017-]" | | | | |
| 17,518 | Email from Kerry Meisner to Katie Buckner and Alissa Herro re, "DBT | Spring 21 Multi IP | Meta RFP" | | | | |
| 17,519 | Email from Melissa Navoa to Brooke Snell and Alissa Herro re, "DC FB Concerns" | | | | |
| 17,520 | Email from Lisee Pullara to Gabrielle Gresge, Sammy Wagner, et al. re, "Meta | U3C (Mattel) Follow-Ups" | | | | |
| 17,521 | PPT titled, "Brand Lift Study Planning Guide" | | | | |
| 17,522 | PPT titled, "Barbie Monster High Q4 2022 Brand Lift Study Results" | | | | |
| 17,523 | Email from Joely Tenenbaum to Nicole Ficco re, "Play-Doh 2024 Strategy" | | | | |
| 17,524 | Email from Joely Tenenbaum to Nicole Ficco re, "Meta x Peppa H1 Activation" | | | | |
| 17,525 | Email from Nicole Ficco to Joely Tenenbaum re, "Play-Doh 2024 Strategy" | | | | |
| 17,526 | Email from Christian Mastroglovanni to Georgina Goodwin and Diana Sulleman re, "Dragon Ball | Facebook | RFP" | | | | |
| 17,527 | Document titled, "RFP Proposal: Dragon Ball Super: Super Hero" | | | | |
| 17,529 | Email from Andrew Bocking to Rob Sherman, Cuillermo Spiller, et al. re, "Age in Registration UX Review w/ Policy" | | | | |
| 17,549 | October 2021 Post With Comments | Mark Zuckerberg | | | |
| 17,562 | Document titled, "Third Quarter 2019 Earnings Conference Call" | Mark Zuckerberg | | | |
| 17,564 | Presentation, 3 Things to Keep in Mind as we Build Family Identity Model | Kristin Hendrix | | | |
| 17,575 | Federal Trade Commission webpage titled "Children's Privacy, accessed July 22, 2026 https://www.ftc.gov/business-guidance/privacy-security/childrens-privacy. | Antigone Davis | | | |
| 17,576 | Screengrab of the homepage of MessengerKids.com, accessed July 23, 2026. https://messengerkids.com/ | Elena Davis; Kyle Andrews; Lars Backstrom; Bryce Bartlett; Monika Bickert; Nick Clegg; Antigone Davis; Allison Hartnett; Kristin Hendrix; Adam Mosseri; Karina Newton; Sayed Otaru; Pratiti Raychoudhury; Guy Rosen; Alex Schultz | | | |
| 17,579 | Mark Zuckerberg Facebook post form January 11, 2018, speaking on time spent on Facebook | Mark Zuckerberg | | | |
| 17,580 | Screengrab of the Instagram Terms of Use in effect prior to January 13, 2013. Screengrab taken from Internet Archive | Elena Davis; Kyle Andrews; Lars Backstrom; Bryce Bartlett; Monika Bickert; Nick Clegg; Antigone Davis; Allison Hartnett; Kristin Hendrix; Adam Mosseri; Karina Newton; Sayed Otaru; Pratiti Raychoudhury; Guy Rosen; Alex Schultz | | | |
| 17,584 | PPT titled, "Talking About Safety on Instagram" | | | | |
| 17,586 | PPT titled, "Integrity Update" | | | | |
| 17,587 | Email from Kathryn Van Duyne to igcomms re, "INSTAGRAM CLIPS - 09.16.2021" | | | | |
| 17,590 | Email from Naomi Gleit to Pavni Diwanji and Adam Mosseri re, "Well-being product strategy + tech headcount" | Adam Mosseri | | | |
| 17,598 | Document titled, "<A/C Priv> Youth H2 2021 - 1-Page Planning" | | | | |
| 17,599 | PPT titled, "Project Daisy Evaluation Survey" | | | | |
| 17,601 | Message thread between Haria Gori and Jamie Wright re, "[A/C Priv] Age Misrepresentation Working Group" | | | | |
| 17,602 | PPT titled, "Mental Well-Being Strategy" | | | | |
| 17,603 | Email from Michelle Wilson to Jesper Brunhoj Olsen re, "Instagram x LEGO AMS session" | | | | |
| 17,605 | Webpage titled, "Report an Underage User on Instagram" | Elena Davis; Kyle Andrews; Lars Backstrom; Bryce Bartlett; Monika Bickert; Nick Clegg; Antigone Davis; Allison Hartnett; Kristin Hendrix; Adam Mosseri; Karina Newton; Sayed Otaru; Pratiti Raychoudhury; Guy Rosen; Alex Schultz | | | |
| 17,607 | PPT titled, "Project Daisy Launch Discussion" | | | | |
| 17,609 | Webpage titled, "Report an Underage Child" | Elena Davis; Kyle Andrews; Lars Backstrom; Bryce Bartlett; Monika Bickert; Nick Clegg; Antigone Davis; Allison Hartnett; Kristin Hendrix; Adam Mosseri; Karina Newton; Sayed Otaru; Pratiti Raychoudhury; Guy Rosen; Alex Schultz | | | |
| 17,610 | Webpage titled, "Measuring Prevalence of Violating Content on Facebook" | Ferrara | | | |

| EX. NO. | DESCRIPTION | WITNESS | STIPULATION TO ADMIT? | OBJECTION | DATE ADMITTED |
|---|---|---|---|---|---|
| 17,613 | Webpage titled, "Prevalence" | Elena Davis; Kyle Andrews; Lars Backstrom; Bryce Bartlett; Monika Bickert; Nick Clegg; Antigone Davis; Allison Hartnett; Kristin Hendrix; Adam Mosseri; Karina Newton; Sayed Otaru; Pratiti Raychoudhury; Guy Rosen; Alex Schultz | | | |
| 17,625 | Newsroom post "Is Young People's Time on Social Media Misspent?" | Antigone Davis | | | |
| 17,626 | PPT titled, "Part 1: Parents - What do they want for their teens?" | | | | |
| 17,627 | Webpage titled, "Introducing Sensitive Content Control" | Elena Davis; Kyle Andrews; Lars Backstrom; Bryce Bartlett; Monika Bickert; Nick Clegg; Antigone Davis; Allison Hartnett; Kristin Hendrix; Adam Mosseri; Karina Newton; Sayed Otaru; Pratiti Raychoudhury; Guy Rosen; Alex Schultz | | | |
| 17,646 | Webpage titled, "Working with experts around the world to support our global community" | Elena Davis; Kyle Andrews; Lars Backstrom; Bryce Bartlett; Monika Bickert; Nick Clegg; Antigone Davis; Allison Hartnett; Kristin Hendrix; Adam Mosseri; Karina Newton; Sayed Otaru; Pratiti Raychoudhury; Guy Rosen; Alex Schultz | | | |
| 17,685 | PPT titled, "Project Nido Canonical overview" | | | | |
| 17,695 | Congressional Testimony of Adam Mosseri before the Senate Subcommittee on Consumer Protection, Product Safety, and Data Security | Adam Mosseri | | | |
| 17,696 | Webpage titled, "Working to Keep Facebook Safe" | Elena Davis; Kyle Andrews; Lars Backstrom; Bryce Bartlett; Monika Bickert; Nick Clegg; Antigone Davis; Allison Hartnett; Kristin Hendrix; Adam Mosseri; Karina Newton; Sayed Otaru; Pratiti Raychoudhury; Guy Rosen; Alex Schultz | | | |
| 17,697 | Webpage titled, "Making Instagram Safer for the Youngest Members of Our Community" | Elena Davis; Kyle Andrews; Lars Backstrom; Bryce Bartlett; Monika Bickert; Nick Clegg; Antigone Davis; Allison Hartnett; Kristin Hendrix; Adam Mosseri; Karina Newton; Sayed Otaru; Pratiti Raychoudhury; Guy Rosen; Alex Schultz | | | |
| 17,698 | Letter to The Honorable Maria Cantwell re answers for the record to the questioned from the Committee on Commerce, Science, & Transportation Subcommittee" | | | | |
| 17,701 | PPT titled, "Board Meeting, Health of Facebook Core" | | | | |
| 17,702 | Webpage titled, "Parenting in a Digital World Is Hard. Congress Can Make It Easier." | Elena Davis; Kyle Andrews; Lars Backstrom; Bryce Bartlett; Monika Bickert; Nick Clegg; Antigone Davis; Allison Hartnett; Kristin Hendrix; Adam Mosseri; Karina Newton; Sayed Otaru; Pratiti Raychoudhury; Guy Rosen; Alex Schultz | | | |
| 17,703 | Document titled, "Complying with COPPA: Frequently Asked Questions" | Antigone Davis | | | |
| 17,704 | PPT titled, "2017 Teens Strategic Focus" | | | | |
| 17,747 | Email from Liza Crenshaw to Adam Mosseri, Vishal Shah, et al. re, "Instagram/Facebook Daisy Announcement: Coverage Report" | Adam Mosseri | | | |
| 17,750 | Webpage titled, "Protecting Teens and Their Privacy on Facebook and Instagram" | Elena Davis; Kyle Andrews; Lars Backstrom; Bryce Bartlett; Monika Bickert; Nick Clegg; Antigone Davis; Allison Hartnett; Kristin Hendrix; Adam Mosseri; Karina Newton; Sayed Otaru; Pratiti Raychoudhury; Guy Rosen; Alex Schultz | | | |
| 17,760 | PPT titled, "Ramp Readiness Assessment, 10/8" | | | | |
| 17,761 | Document titled, "Instagram 2021 H1 / H2" | | | | |
| 17,762 | Email from Sayed Otaru to Youth-Leadership and IG Priorities re, "[A/C Priv] Daily Teen Accounts Product Launch Updates, September 27th" | Sayed Otaru | | | |
| 17,763 | Email from Sal Becerra to Sam Parker, Alice Ely, Isaac Rose re, "Jan IG Leads Update Highlight: Safe Accounts" | | | | |
| 17,764 | Webpage titled, "Safety partners" | Kyle Andrews; Lars Backstrom; Bryce Bartlett; Monika Bickert; Nick Clegg; Antigone Davis; Allison Hartnett; Kristin Hendrix; Adam Mosseri; Karina Newton; Sayed Otaru; Pratiti Raychoudhury; Guy Rosen; Alex Schultz | | | |

| EX. NO. | DESCRIPTION | WITNESS | STIPULATION TO ADMIT? | OBJECTION | DATE ADMITTED |
|---|---|---|---|---|---|
| 17,766 | Webpage titled, "Giving People More Control on Instagram and Facebook" | Kyle Andrews; Lars Backstrom; Bryce Bartlett; Monika Bickert; Nick Clegg; Antigone Davis; Allison Hartnett; Kristin Hendrix; Adam Mosseri; Karina Newton; Sayed Otaru; Pratiti Raychoudhury; Guy Rosen; Alex Schultz | | | |
| 17,767 | Document titled, "CONTENT REVIEW: Understanding the CI Transparency Report: Methodology and Tutorial White Paper" | | | | |
| 17,768 | Email from Vishwanath Sarang to Mark Zuckerberg re, "Content Governance and Enforcement: Transparency" | Monika Bickert | | | |
| 17,769 | Document titled, "Daisy Global Network Test Survey Report" | | | | |
| 17,771 | Document titled, "Report of Management on the Internal Controls Over the Calculation and Reporting of the Facebook and Instagram Community Standards Enforcement Report" | | | | |
| 17,772 | Webpage titled, "Transparency reports" | Elena Davis; Kyle Andrews; Lars Backstrom; Bryce Bartlett; Monika Bickert; Nick Clegg; Antigone Davis; Allison Hartnett; Kristin Hendrix; Adam Mosseri; Karina Newton; Sayed Otaru; Pratiti Raychoudhury; Guy Rosen; Alex Schultz | | | |
| 17,773 | Document titled, "CSER v1 Launch Plan" | | | | |
| 17,776 | Document titled, "Instagram Well-being Research October HPM" | | | | |
| 17,777 | Internal Meta White Paper by M. Burke | | | | |
| 17,778 | Document titled, "Community Standards Enforcement Report December 2020" | Elena Davis; Kyle Andrews; Lars Backstrom; Bryce Bartlett; Monika Bickert; Nick Clegg; Antigone Davis; Allison Hartnett; Kristin Hendrix; Adam Mosseri; Karina Newton; Sayed Otaru; Pratiti Raychoudhury; Guy Rosen; Alex Schultz | | | |
| 17,780 | Document titled, "Community Standards Enforcement Report September 2020" | Elena Davis; Kyle Andrews; Lars Backstrom; Bryce Bartlett; Monika Bickert; Nick Clegg; Antigone Davis; Allison Hartnett; Kristin Hendrix; Adam Mosseri; Karina Newton; Sayed Otaru; Pratiti Raychoudhury; Guy Rosen; Alex Schultz | | | |
| 17,781 | Webpage titled, "Hard Questions: Is Spending Time on Social Media Bad for Us?" | Elena Davis; Kyle Andrews; Lars Backstrom; Bryce Bartlett; Monika Bickert; Nick Clegg; Antigone Davis; Allison Hartnett; Kristin Hendrix; Adam Mosseri; Karina Newton; Sayed Otaru; Pratiti Raychoudhury; Guy Rosen; Alex Schultz | | | |
| 17,791 | Webpage titled, "Community Standards Enforcement Report, Fourth Quarter Edition" | Elena Davis; Kyle Andrews; Lars Backstrom; Bryce Bartlett; Monika Bickert; Nick Clegg; Antigone Davis; Allison Hartnett; Kristin Hendrix; Adam Mosseri; Karina Newton; Sayed Otaru; Pratiti Raychoudhury; Guy Rosen; Alex Schultz | | | |
| 17,793 | Webpage titled, "Community Standards Enforcement Report, Third Quarter 2021" | Elena Davis; Kyle Andrews; Lars Backstrom; Bryce Bartlett; Monika Bickert; Nick Clegg; Antigone Davis; Allison Hartnett; Kristin Hendrix; Adam Mosseri; Karina Newton; Sayed Otaru; Pratiti Raychoudhury; Guy Rosen; Alex Schultz | | | |
| 17,837 | Document titled, "Content Governance and Enforcement: Transparency" | | | | |
| 17,847 | PPT titled "Using research to improve your experience," by Karina Newton | Karina Newton | | | |
| 17,973 | E-mail - Subject: Disrupting the 93 Narrative Framework + some words | Nick Clegg | | | |
| 17,974 | E-mail - Subject: [Pre-Read] 101 Narrative Leadership Sync 3/22 | Nick Clegg | | | |
| 17,975 | E-mail - Subject: Well-being 118 product strategy + headcount | Nick Clegg | | | |
| 17,976 | E-mail - Subject: A/C PRIV: WSJ 133 Series - Text of Instagram and youth research story | Nick Clegg | | | |
| 17,977 | E-mail - Subject: Media Wellness Lab Proposal | Nick Clegg | | | |
| 17,978 | E-mail - Subject: Age Management – Follow-Up Decision | Nick Clegg | | | |
| 17,979 | E-mail - Subject: Age Management Decisions | Nick Clegg | | | |
| 17,980 | Policy 2020 H1/H2 Strategy | Nick Clegg | | | |
| 17,981 | E-mail - Subject: Kids note | Nick Clegg | | | |
| 17,983 | Video Clip from ABC This Week | Nick Clegg | | | |
| 17,987 | Document titled "Notes for bad experiences meeting with Adam"; with Metadata (METATNAG-005-00127662) | Andrews, Kyle | | | |
| 17,988 | Instagram help center article titled 'Notifications about hurtful comments or content on Instagram' | Andrews, Kyle | | | |

| EX. NO. | DESCRIPTION | WITNESS | STIPULATION TO ADMIT? | OBJECTION | DATE ADMITTED |
|---|---|---|---|---|---|
| 18,074 | Slide deck titled "Hard Life Moments - Mental Health Deep Dive" | Raychoudhury, Pratiti | | | |
| 18,075 | Slide deck titled "Teen Mental Health Deep Dive" | Raychoudhury, Pratiti | | | |
| 18,170 | PPT titled, "Project Daisy IG Leads Review" | | | | |
| 18,172 | Email from Brett Keintz to Vishal Shah, Adam Mosseri, and Max Eulenstein re, "H2 FB Family Growth Review Prep" | Adam Mosseri | | | |
| 18,175 | Document titled, "[DEPRECATED] Youth Growth Experiments" | | | | |
| 18,176 | PPT titled, "IG Mental Well-being" | | | | |
| 18,178 | Email from Arlo Furst to Courtney Hindle re, "Seasame x META: Oscar+Cookie Connect" | | | | |
| 18,179 | Document titled, "Identity Leakage Deep Dive" | | | | |
| 18,181 | Webpage titled, "Instagram head says they're 'rethinking the whole experience" of the platform,'" CBS News | Elena Davis; Kyle Andrews; Lars Backstrom; Bryce Bartlett; Monika Bickert; Nick Clegg; Antigone Davis; Allison Hartnett; Kristin Hendrix; Adam Mosseri; Karina Newton; Sayed Otaru; Pratiti Raychoudhury; Guy Rosen; Alex Schultz | | | |
| 18,182 | Webpage titled, "Measuring Our Progress in Tackling Violating Content," Medium.com | Elena Davis; Kyle Andrews; Lars Backstrom; Bryce Bartlett; Monika Bickert; Nick Clegg; Antigone Davis; Allison Hartnett; Kristin Hendrix; Adam Mosseri; Karina Newton; Sayed Otaru; Pratiti Raychoudhury; Guy Rosen; Alex Schultz | | | |
| 18,186 | Webpage titled, "Instagram to test hiding Like counts in US, which could hurt influencers," Tech Crunch | Elena Davis; Kyle Andrews; Lars Backstrom; Bryce Bartlett; Monika Bickert; Nick Clegg; Antigone Davis; Allison Hartnett; Kristin Hendrix; Adam Mosseri; Karina Newton; Sayed Otaru; Pratiti Raychoudhury; Guy Rosen; Alex Schultz | | | |
| 18,187 | Webpage titled, "Supervise Multiple Accounts in One Place" | Elena Davis; Kyle Andrews; Lars Backstrom; Bryce Bartlett; Monika Bickert; Nick Clegg; Antigone Davis; Allison Hartnett; Kristin Hendrix; Adam Mosseri; Karina Newton; Sayed Otaru; Pratiti Raychoudhury; Guy Rosen; Alex Schultz | | | |
| 18,188 | Webpage titled, "Create and manage accounts \| Pinterest Business help" | Elena Davis; Kyle Andrews; Lars Backstrom; Bryce Bartlett; Monika Bickert; Nick Clegg; Antigone Davis; Allison Hartnett; Kristin Hendrix; Adam Mosseri; Karina Newton; Sayed Otaru; Pratiti Raychoudhury; Guy Rosen; Alex Schultz | | | |
| 18,189 | Webpage titled, "Switch between channels on a Google Account" | Elena Davis; Kyle Andrews; Lars Backstrom; Bryce Bartlett; Monika Bickert; Nick Clegg; Antigone Davis; Allison Hartnett; Kristin Hendrix; Adam Mosseri; Karina Newton; Sayed Otaru; Pratiti Raychoudhury; Guy Rosen; Alex Schultz | | | |
| 18,190 | Webpage titled, "You Can Now Have Multiple Personal Profiles on Facebook" | Elena Davis; Kyle Andrews; Lars Backstrom; Bryce Bartlett; Monika Bickert; Nick Clegg; Antigone Davis; Allison Hartnett; Kristin Hendrix; Adam Mosseri; Karina Newton; Sayed Otaru; Pratiti Raychoudhury; Guy Rosen; Alex Schultz | | | |