Lydia J. Atkinson
Andreozzi + Foote
4503 N. Front St.
Harrisburg, PA 17110
Telephone: 717-525-9124
Facsimile: 717-525-9143
Email: teame@vca.law
*Attorney for Scholl*

**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION**

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION | MDL No. 3047 |
| This Document Relates To: | Case No.: 4:22-md-03047-YGR |
| *Ardelia Scholl,*<br>*Plaintiff*<br>*v.*<br>*Meta Platforms, Inc.; Instagram, LLC; and Facebook Operations, LLC,*<br>*Defendants.* | **APPLICATION FOR PRO HAC VICE ADMISSION; ORDER**<br><br>Judge: Hon. Yvonne Gonzalez Rogers<br>Magistrate Judge: Hon. Peter H. Kang |

Ardelia Scholl, by and through her counsel, Lydia J. Atkinson, moves and applies to the

Court for an Order to admit Lydia J. Atkinson to practice before this Court in this case pursuant

to Local Rule 11-3. In support of this application, Ms. Atkinson submits and certifies under

oath the following:

1. That I am an active member in good standing of the Florida State Bar and the

   Middle District of Florida;

2. That I agree to abide by the Standards of Professional Conduct set forth in

1

Civil L.R. 11-4, and to become familiar with the Local Rules and Alternative Dispute Resolution Programs of this Court and, where applicable, with the Bankruptcy Local Rules;

3. That pursuant to Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, Rule 2.1(c), I am not required to have local counsel designated as co-counsel.

4. I have not previously been granted pro hac vice admission by the Court in the 12 months preceding this application.

Attached at Exhibit 1 is a true and correct copy of a certificate of good standing or other similar official document issued by the State of Florida Bar Association.

Dated this 29th day of July 2026.


/s/ Lydia Atkinson
Lydia Atkinson
*Attorney for Plaintiff*

2

ORDER GRANTING APPLICATION

FOR ADMISSION OF ATTORNEY PRO HAC VICE


IT IS HEREBY ORDERED THAT the application of Lydia J. Atkinson is granted, subject

to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicated

appearance pro hac vice. Service of papers upon, and communication with, local co-counsel

designated in the application will constitute notice to the party.


Dated: July 29, 2026


_____
UNITED STATES DISTRICT/MAGISTRATE JUDGE