Lydia J. Atkinson
Andreozzi + Foote
4503 N. Front St.
Harrisburg, PA 17110
Telephone: 717-525-9124
Facsimile: 717-525-9143
Email: teame@vca.law
*Attorney for Scholl*

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION <br><br> This Document Relates To: <br><br> *Ardelia Scholl,* <br> *Plaintiff* <br> *v.* <br> *Meta Platforms, Inc.; Instagram, LLC; and Facebook Operations, LLC,* <br> *Defendants.* | MDL No. 3047 <br><br> Case No.: 4:22-md-03047-YGR <br><br> **APPLICATION FOR PRO HAC VICE ADMISSION; ORDER** <br><br> Judge: Hon. Yvonne Gonzalez Rogers <br> Magistrate Judge: Hon. Peter H. Kang |

Ardelia Scholl, by and through her counsel, Lydia J. Atkinson, moves and applies to the Court for an Order to admit Lydia J. Atkinson to practice before this Court in this case pursuant to Local Rule 11-3. In support of this application, Ms. Atkinson submits and certifies under oath the following:

1. That I am an active member in good standing of the Florida State Bar and the Middle District of Florida;

2. That I agree to abide by the Standards of Professional Conduct set forth in

1

Civil L.R. 11-4, and to become familiar with the Local Rules and Alternative Dispute Resolution Programs of this Court and, where applicable, with the Bankruptcy Local Rules;

3. That pursuant to Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, Rule 2.1(c), I am not required to have local counsel designated as co-counsel.

4. I have not previously been granted pro hac vice admission by the Court in the 12 months preceding this application.

Attached at Exhibit 1 is a true and correct copy of a certificate of good standing or other similar official document issued by the State of Florida Bar Association.

Dated this 29th day of July 2026.


/s/ Lydia Atkinson
Lydia Atkinson
*Attorney for Plaintiff*

ORDER GRANTING APPLICATION

FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Lydia J. Atkinson is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicated appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: July 29, 2026

_____
CHIEF UNITED STATES DISTRICT JUDGE

EXHIBIT 1



# The Florida Bar

**651 East Jefferson Street**
**Tallahassee, FL 32399-2300**

**Joshua E. Doyle**
**Executive Director**

**850/561-5600**
**www.FLORIDABAR.org**

State of Florida        )

County of Leon        )                    In Re:  0085479
                                                Lydia Jenna Atkinson
                                                Andreozzi + Foote
                                            ,

I CERTIFY THE FOLLOWING:

I am the custodian of membership records of The Florida Bar.

Membership records of The Florida Bar indicate that The Florida Bar member listed above was admitted to practice law in the state of Florida on **September 27, 2010**.

The Florida Bar member above is an active member in good standing of The Florida Bar who is eligible to practice law in the state of Florida.

Dated this  29th  day of **July, 2026**.

*Cynthia B. Jackson*

Cynthia B. Jackson, CFO
Administration Division
The Florida Bar

PG:R10
CTM-425885

