# EXHIBIT A



### Supreme Court of Pennsylvania

## CERTIFICATE OF GOOD STANDING

### *Thomas McKenzie, Esq.*

#### DATE OF ADMISSION

*November 30, 1999*

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.

**Witness my hand and official seal
Dated:  July 30, 2026**

Darian Holland
Chief Clerk