UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

IN RE: SOCIAL MEDIA AD( ,

Plaintiff(s),

v.

,

Defendant(s).

Case No. 4:22-MD-03047-YGR

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE; ORDER**
(CIVIL LOCAL RULE 11-3)

I, Robert A. Schwartz , an active member in good standing of the bar of Texas , hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: Plaintiffs in the above-entitled action. My local co-counsel in this case is Moses Lebovits , an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California. Local co-counsel's bar number is: 66552 .

300 Fannin Street, Suite 200 Houston, TX 77002
MY ADDRESS OF RECORD

11601 Wilshire Blvd. 14th Floor Los Angeles, CA 90025
LOCAL CO-COUNSEL'S ADDRESS OF RECORD

713-225-1682
MY TELEPHONE # OF RECORD

310-277-0200
LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD

bob.schwartz@bcoonlaw.com
MY EMAIL ADDRESS OF RECORD

mlebovits@moseslebovitslaw.com
LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 17869670 .

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I have been granted pro hac vice admission by the Court 0 times in the 12 months preceding this application.

United States District Court
Northern District of California

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.  I declare under penalty of perjury that the foregoing is true and correct.

Dated: _July 30, 2026_____

_Robert A. Schwartz_____
APPLICANT

## ORDER GRANTING APPLICATION
## FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of __Robert A. Schwartz_____ is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: _July 31,2026_____

HON. YVONNE GONZALEZ ROGERS_____
CHIEF UNITED STATES DISTRICT JUDGE

United States District Court
Northern District of California

Updated 11/2021

2

# STATE BAR OF TEXAS



*Office of the Chief Disciplinary Counsel*

July 22, 2026

Re: Robert A. Schwartz, State Bar Number 17869670

To Whom It May Concern:

This is to certify that Robert A. Schwartz was licensed to practice law in Texas on May 14, 1982, and is an active member in good standing with the State Bar of Texas. "Good standing" means that the attorney is current on payment of Bar dues; has met Minimum Continuing Legal Education requirements; and is not presently under either administrative or disciplinary suspension from the practice of law.

This certification expires 30 days from the date, unless sooner revoked or rendered invalid by operation of rule or law.

Sincerely,

Seana Willing
Chief Disciplinary Counsel
SW/web



P.O. BOX 12487, CAPITOL STATION, AUSTIN, TEXAS 78711-2487, 512.427.1350; FAX: 512.427.4253

# The Supreme Court of Texas

AUSTIN

CLERK'S OFFICE

**I, BLAKE HAWTHORNE,** Clerk of the Supreme Court of Texas, certify that the records of this office show that

**Robert A. Schwartz**

was duly admitted and licensed as an attorney and counselor at law by the Supreme Court of Texas on the 14th day of May, 1982.

I further certify that the records of this office show that, as of this date

**Robert A. Schwartz**

is presently enrolled with the State Bar of Texas as an active member in good standing.

**IN TESTIMONY WHEREOF** witness my signature

and the seal of the Supreme Court of Texas at the City of Austin, this, the 22th day of July, 2026.

BLAKE HAWTHORNE, Clerk

Clerk, Supreme Court of Texas

No. 8768C.1

This certification expires thirty days from this date, unless sooner revoked or rendered invalid by operation of rule or law.