[*Submitting Counsel on Signature Page*]

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION | MDL No. 3047 |
|---|---|
| | Case No. 4:22-md-03047-YGR |
| THIS DOCUMENT RELATES TO: | **TEMPORARY SEALING MOTION RE STATE AGS' MOTION SEEKING PERMISSION TO USE EXHIBITS IN OPENING STATEMENT** |
| 4:23-cv-05448 | |
| | Judge: Hon. Yvonne Gonzalez Rogers |
| | Magistrate Judge: Hon. Peter H. Kang |

Pursuant to the Court's Order Setting Sealing Procedures (ECF No. 341), the State Attorneys General submit this Temporary Sealing Motion regarding their Motion Seeking Permission to Use Exhibits in Opening Statement, the reasons for sealing (if any) will be addressed in a forthcoming omnibus stipulation or omnibus motion.

| Docket No. | Document | Whether document contains a Party's Confidential Information |
|---|---|---|
| ECF No. 3324 | State AGs' Motion Seeking Permission to Use Exhibits in Opening Statement | Temporarily filing under seal because document contains information that the parties may consider to be confidential |

1

| | | |
|---|---|---|
| ECF No. 3324-1 | Declaration of Katherine Read. | Not filed under seal |
| ECF No. 3324-2 | Exhibit A. Plaintiff Ex. No. 1931. | Temporarily filing under seal because document contains information that the parties may consider to be confidential |
| ECF No. 3324-3 | Exhibit B. Plaintiff Ex. No. 723. | Temporarily filing under seal because document contains information that the parties may consider to be confidential |
| ECF No. 3324-4 | Exhibit C. Deposition of Wendy Gross, January 28, 2025 at 74:9-74:18, 238:20-238:21. | Temporarily filing under seal because document contains information that the parties may consider to be confidential |
| ECF No. 3324-5 | Exhibit D. Plaintiff Ex. No. 1945. | Temporarily filing under seal because document contains information that the parties may consider to be confidential |
| ECF No. 3324-6 | Exhibit E. Plaintiff Ex. No. 244. | Temporarily filing under seal because document contains information that the parties may consider to be confidential |
| ECF No. 3324-7 | Exhibit F. Plaintiff Ex. No. 2841. | Temporarily filing under seal because document contains information that the parties may consider to be confidential |
| ECF No. 3324-8 | Exhibit G. Plaintiff Ex. No. 1691. | Temporarily filing under seal because document contains information that the parties may consider to be confidential |
| ECF No. 3324-9 | Exhibit H. Plaintiff Ex. No. 4142. | Temporarily filing under seal because document |

2

| | | contains information that the parties may consider to be confidential |
|---|---|---|
| ECF No. 3324-10 | Exhibit I. Plaintiff Ex. No. 818. | Temporarily filing under seal because document contains information that the parties may consider to be confidential |
| ECF No. 3324-11 | Exhibit J. Plaintiff Ex. No. 27. | Temporarily filing under seal because document contains information that the parties may consider to be confidential |
| ECF No. 3324-12 | Exhibit K. Plaintiff Ex. No. 2715. | Temporarily filing under seal because document contains information that the parties may consider to be confidential |
| ECF No. 3324-13 | Exhibit L. Deposition of Arturo Bejar, April 7, 2025, at 282:21-286:12; 343:15-344:13. | Temporarily filing under seal because document contains information that the parties may consider to be confidential |
| ECF No. 3324-14 | Exhibit M. META3047MDL-014-00014794. | Temporarily filing under seal because document contains information that the parties may consider to be confidential |
| ECF No. 3324-15 | Exhibit N. Plaintiff Ex. No. 3254. | Temporarily filing under seal because document contains information that the parties may consider to be confidential |
| ECF No. 3324-16 | Exhibit O. Plaintiff Ex. No. 1243. | Temporarily filing under seal because document contains information that the parties may consider to be confidential |
| ECF No. 3324-17 | Exhibit P. Plaintiff Ex. No. 1748B. | Temporarily filing under seal because document |

3

| | | contains information that the parties may consider to be confidential |
|---|---|---|
| ECF No. 3324-18 | Exhibit Q. Plaintiff Ex. No. 1748A. | Temporarily filing under seal because document contains information that the parties may consider to be confidential |
| ECF No. 3324-19 | Exhibit R. Plaintiff Ex. No. 75. | Temporarily filing under seal because document contains information that the parties may consider to be confidential |
| ECF No. 3324-20 | Exhibit S. Plaintiff Ex. No. 3871. | Temporarily filing under seal because document contains information that the parties may consider to be confidential |
| ECF No. 3324-21 | Exhibit T. Deposition of Mark Zuckerberg, March 27, 2025, 300:1-311:11. | Temporarily filing under seal because document contains information that the parties may consider to be confidential |
| ECF No. 3324-22 | Exhibit U. Plaintiff Ex. No. 537B. | Temporarily filing under seal because document contains information that the parties may consider to be confidential |
| ECF No. 3324-23 | Exhibit V. Deposition of Mark Zuckerberg Deposition, May 8, 2026, 86:10-105:4. | Temporarily filing under seal because document contains information that the parties may consider to be confidential |
| ECF No. 3324-24 | Exhibit W. Plaintiff Ex. No. 556. | Temporarily filing under seal because document contains information that the parties may consider to be confidential |
| ECF No. 3324-25 | Exhibit X. Plaintiff Ex. No. 4224. | Temporarily filing under seal because document |

4

| | | contains information that the parties may consider to be confidential |
|---|---|---|
| ECF No. 3324-26 | Exhibit Y. Plaintiff Ex. No. 1358B. | Temporarily filing under seal because document contains information that the parties may consider to be confidential |
| ECF No. 3324-27 | Exhibit Z. Deposition of Antigone Davis, March 4, 2025, 146:17-147:1. | Temporarily filing under seal because document contains information that the parties may consider to be confidential |
| ECF No. 3324-28 | Exhibit AA. State AGs' Response to Defendant Meta's Second Set of Interrogatories on December 23, 2024. | Temporarily filing under seal because document contains information that the parties may consider to be confidential |
| ECF No. 3324-29 | Exhibit BB. Trial Report of Jean M. Twenge, Ph.D., May 16, 2025. | Not filed under seal |
| ECF No. 3324-30 | Exhibit CC. Rebuttal Trial Report of Jean M. Twenge, Ph.D., July 30, 2025. | Not filed under seal |
| ECF No. 3324-31 | Exhibit DD. Trial Report of Adam L. Alter, Ph.D., August 1, 2025. | Not filed under seal |
| ECF No. 3324-32 | Exhibit EE. Plaintiff Ex. No. 145. | Temporarily filing under seal because document contains information that the parties may consider to be confidential |
| ECF No. 3324-33 | Exhibit FF. Plaintiff Ex. No. 4257. | Temporarily filing under seal because document contains information that the parties may consider to be confidential |
| ECF No. 3324-34 | Exhibit GG. Plaintiff Ex. No. 4256. | Temporarily filing under seal because document contains information that the parties may consider to be confidential |

5

| ECF No. 3324-35 | Exhibit HH. Plaintiff Ex. No. 4255. | Temporarily filing under seal because document contains information that the parties may consider to be confidential |
| --- | --- | --- |
| ECF No. 3324-36 | Exhibit II. Plaintiff Ex. No. 4111. | Not filed under seal |
| ECF No. 3324-37 | Exhibit JJ. Plaintiff Ex. No. 2168. | Temporarily filing under seal because document contains information that the parties may consider to be confidential |
| ECF No. 3324-38 | Exhibit KK. Plaintiff Ex. No. 4032. | Temporarily filing under seal because document contains information that the parties may consider to be confidential |
| ECF No. 3324-39 | Exhibit LL. Plaintiff Ex. No. 4021. | Temporarily filing under seal because document contains information that the parties may consider to be confidential |
| ECF No. 3324-40 | Exhibit MM. Plaintiff Ex. No. 2169. | Temporarily filing under seal because document contains information that the parties may consider to be confidential |
| ECF No. 3324-41 | Exhibit NN. Plaintiff Ex. No. 2176. | Temporarily filing under seal because document contains information that the parties may consider to be confidential |
| ECF No. 3324-42 | Proposed Order | Temporarily filing under seal because document contains information that the parties may consider to be confidential |

Dated: August 3, 2026

Respectfully submitted,


**PHILIP J. WEISER**                          **ROB BONTA**
Attorney General                              Attorney General
State of Colorado                             State of California


*/s/ Krista Batchelder*                       */s/ Katherine Read*
Krista Batchelder, (CO Reg.45066), *pro hac vice*    Nicklas A. Akers (CA SBN 211222)
Deputy Solicitor General                      Senior Assistant Attorney General
Shannon Stevenson (CO Reg. 35542), *pro hac vice*    Bernard Eskandari (CA SBN 244395)
Solicitor General                             Emily Kalanithi (CA SBN 256972)
Elizabeth Orem (CO Reg. 58309), *pro hac vice*    Supervising Deputy Attorneys General
Assistant Attorney General                    Megan O'Neill (CA SBN 343535)
Colorado Department of Law                    Nayha Arora (CA SBN 350467)
Ralph L. Carr Judicial Center                 Joshua Olszewski-Jubelirer
Consumer Protection Section                   (CA SBN 336428)
1300 Broadway, 7th Floor                      Katherine Read (CA SBN 341463)
Denver, CO 80203                              Brendan Ruddy (CA SBN 297896)
Phone: (720) 508-6384                         Deputy Attorneys General
krista.batchelder@coag.gov                    California Department of Justice
Shannon.stevenson@coag.gov                    Office of the Attorney General
Elizabeth.orem@coag.gov                       455 Golden Gate Ave., Suite 128950
                                              San Francisco, CA 94102-7004
*Attorneys for Plaintiff State of Colorado, ex rel.*    Phone: (415) 510-4400
*Philip J. Weiser, Attorney General*          Fax: (415) 703-5480
                                              Katherine.Read@doj.ca.gov

                                              *Attorneys for Plaintiff the People of the State*
                                              *of California*

**RUSSELL COLEMAN**
Attorney General
Commonwealth of Kentucky

/s/ *Zachary Richards*
J. Christian Lewis (KY Bar No. 87109),
*pro hac vice*
Philip Heleringer (KY Bar No. 96748),
*pro hac vice*
Zachary Richards (KY Bar No. 99209),
*pro hac vice app. forthcoming*
Daniel I. Keiser (KY Bar No. 2895264),
*pro hac vice*
Matthew Cocanougher (KY Bar No. 94292),
*pro hac vice*
Assistant Attorneys General
1024 Capital Center Drive, Ste. 200
Frankfort, KY 40601
Christian.Lewis@ky.gov
Philip.Heleringer@ky.gov
Zach.Richards@ky.gov
Daniel.Keiser@ky.gov
Matthew.Cocanougher@ky.gov
Phone: (502) 696-5300
Fax: (502) 564-2698

*Attorneys for Plaintiff the Commonwealth of Kentucky*

**JENNIFER DAVENPORT**
Acting Attorney General
State of New Jersey

By: /s/ *Kashif T. Chand*
Kashif T. Chand (NJ Bar No. 016752008),
*Pro hac vice*
Assistant Attorney General
Thomas Huynh (NJ Bar No. 200942017),
*Pro hac vice*
Assistant Section Chief, Deputy Attorney General
Verna J. Pradaxay (NJ Bar No. 335822021),
*Pro hac vice*
Mandy K. Wang (NJ Bar No. 373452021),
*Pro hac vice*
Deputy Attorneys General
New Jersey Office of the Attorney General, Division of Law
124 Halsey Street, 5th Floor
Newark, NJ 07101
Tel: (973) 648-2052
Kashif.Chand@law.njoag.gov
Thomas.Huynh@law.njoag.gov
Verna.Pradaxay@law.njoag.gov
Mandy.Wang@law.njoag.gov

*Attorneys for Plaintiffs Jennifer Davenport, Acting Attorney General for the State of New Jersey, and Jeremy E. Hollander, Acting Director of the New Jersey Division of Consumer Affairs*

8

**ATTESTATION**

I, Katherine Read, hereby attest, pursuant to N.D. Cal. Civil L.R. 5-1, that the concurrence to the filing of this document has been obtained from each signatory hereto.

DATED: August 3, 2026

/s/ Katherine Read

9