IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION | MDL No. 3047 |
| | Case Nos. 4:22-md-03047-YGR-PHK<br>4:23-cv-05448-YGR |
| THIS DOCUMENT RELATES TO:<br><br>4:23-cv-05448-YGR | **DECLARATION OF KATHERINE READ IN SUPPORT OF STATE AGS' MOTION SEEKING PERMISSION TO USE EXHIBITS IN OPENING STATEMENT**<br><br>**Judge: Hon. Yvonne Gonzalez Rogers**<br><br>**Magistrate Judge: Hon. Peter H. Kang** |

I, Katherine Read, of full age and duly sworn according to law, declare:

I am a Deputy Attorney General in the Office of the California Attorney General. I am a member in good standing in the California Bar Association and am admitted to practice in this Court. I submit this Declaration in support of the Motion Seeking Permission to Use Exhibits in Opening Statement filed by the State Attorneys General ("AGs"). I have personal knowledge of the facts stated in this Declaration, and if called upon to do so, could and would competently testify thereto.

1

The following paragraphs in this declaration identify the exhibits referenced and cited in the AGs' Motion Seeking Permission to Use Exhibits in Opening Statement:

1. Attached hereto as Exhibit A is a true and accurate copy of Plaintiff Exhibit No. 1931.

2. Attached hereto as Exhibit B is a true and accurate copy of Plaintiff Exhibit No. 723.

3. Attached hereto as Exhibit C is a true and accurate copy of the Deposition of Wendy Gross, January 28, 2025 at 74:9-74:18, 238:20-238:21.

4. Attached hereto as Exhibit D is a true and accurate copy of Plaintiff Exhibit No. 1945.

5. Attached hereto as Exhibit E is a true and accurate copy of Plaintiff Exhibit No. 244.

6. Attached hereto as Exhibit F is a true and accurate copy of Plaintiff Exhibit No. 2841.

7. Attached hereto as Exhibit G is a true and accurate copy of Plaintiff Exhibit No. 1691.

8. Attached hereto as Exhibit H is a true and accurate copy of Plaintiff Exhibit No. 4142.

9. Attached hereto as Exhibit I is a true and accurate copy of Plaintiff Exhibit No. 818.

10. Attached hereto as Exhibit J is a true and accurate copy of Plaintiff Exhibit No. 27.

11. Attached hereto as Exhibit K is a true and accurate copy of Plaintiff Exhibit No. 2715.

12. Attached hereto as Exhibit L is a true and accurate copy of the Deposition of Arturo Bejar, April 7, 2025, at 282:21-286:12; 343:15-344:13.

13. Attached hereto as Exhibit is a true and accurate copy of Plaintiff Exhibit No. 1538.

14. Attached hereto as Exhibit N is a true and accurate copy of Plaintiff Exhibit No. 3254.

15. Attached hereto as Exhibit O is a true and accurate copy of Plaintiff Exhibit No. 1243.

16. Attached hereto as Exhibit P is a true and accurate copy of Plaintiff Exhibit No. 1748B.

17. Attached hereto as Exhibit Q is a true and accurate copy of Plaintiff Exhibit No. 1748A.

18. Attached hereto as Exhibit R is a true and accurate copy of Plaintiff Exhibit No. 75.

19. Attached hereto as Exhibit S is a true and accurate copy of Plaintiff Exhibit No. 3871.

20. Attached hereto as Exhibit T is a true and accurate copy of the Deposition of Mark Zuckerberg, March 27, 2025, at 300:1-311:11.

2

21.   Attached hereto as Exhibit U  is a true and accurate copy of Plaintiff Ex Exhibit No. 537B.

22.   Attached hereto as Exhibit V is a true and accurate copy of the Deposition of Mark Zuckerberg, May 8, 2026, at 86:10-105:4.

23.   Attached hereto as Exhibit W is a true and accurate copy of Plaintiff Exhibit No. 556.

24.   Attached hereto as Exhibit X is a true and accurate copy of Plaintiff Exhibit No. 4224.

25.   Attached hereto as Exhibit Y is a true and accurate copy of Plaintiff Ex Exhibit No. 1358B.

26.   Attached hereto as Exhibit Z of is a true and accurate copy of the Deposition of Antigone Davis, March 4, 2025, at 146:17-147:1.

27.   Attached hereto as Exhibit AA of is a true and accurate copy of State AGs' Response to Defendant Meta's Second Set of Interrogatories, December 23, 2024, at pp. 7 & 12.

28.   Attached hereto as Exhibit BB is a true and accurate copy of the Trial Report of Jean M. Twenge, Ph.D., May 16, 2025, at p. 114 (Ex. D-16).

29.   Attached hereto as Exhibit CC is a true and accurate copy of the Rebuttal Trial Report of Jean M. Twenge, Ph.D., July 30, 2025, at p. 100 (Ex. D-14).

30.   Attached hereto as Exhibit DD is a true and accurate copy of the Trial Report of Adam L. Alter, Ph.D., August 1, 2025, at p. 416.

31.   Attached hereto as Exhibit EE is a true and accurate copy of Plaintiff Exhibit No. 145.

32.   Attached hereto as Exhibit FF is a true and accurate copy of Plaintiff Exhibit No. 4257.

33.   Attached hereto as Exhibit GG is a true and accurate copy of Plaintiff Exhibit No. 4256.

34.   Attached hereto as Exhibit HH is a true and accurate copy of Plaintiff Exhibit No. 4255.

35.   Attached hereto as Exhibit II is a true and accurate copy of Plaintiff Exhibit No. 4111.

36.   Attached hereto as Exhibit JJ is a true and accurate copy of Plaintiff Exhibit No. 2168.

37. Attached hereto as Exhibit KK is a true and accurate copy of Plaintiff Exhibit No. 4032.

38. Attached hereto as Exhibit LL is a true and accurate copy of Plaintiff Exhibit No. 4021.

39. Attached hereto as Exhibit MM is a true and accurate copy of Plaintiff Exhibit No. 2169.

40. Attached hereto as Exhibit NN is a true and accurate copy of Plaintiff Exhibit No. 2176.

41. During an 8:00am PT conferral on July 27, 2026, the AGs informed Meta that they intended to file a motion seeking permission to use exhibits in their opening statement. Meta agreed not to object to the filing of the motion and later proposed a briefing schedule for the filing of the AGs' motion by 12:00 p.m. PST on August 3, 2026, and Meta's opposition by 12:00 p.m. on August 10, 2026. The AGs agreed to the schedule and timely filed and served their motion.

42. On July 29, 2026, the AGs shared with Meta the list of exhibits that would be included in the motion and that identified the sponsoring witness or witnesses for each document and the grounds for admission. During a conferral on July 31, 2026, Meta informed the AGs of its position that neither party should use exhibits in opening statements and that it would not stipulate to the admissibility of any of the exhibits encompassed in the AGs' motion. Meta did note limited portions of a small subset of exhibits that Meta considered prejudicial content related to child exploitation, which the AGs promptly agreed not to include in the opening statement. Meta also reiterated its position that it would not stipulate to the ultimate admissibility of any exhibits at trial.

43. Regarding clawbacks, Meta sent the AGs a notice to claw back documents on July 10, 2026. The notice included several documents that had been submitted to the Court and used in the Court's orders, including Exhibit 39 to the State AGs' Motion for Partial Summary Judgment on COPPA. On July 21, 2026, Meta sent the AGs a second claw back notice. The second notice included the "Child Safety, State of Play" document. The fully unredacted version of that document was used as Exhibit 20A to the deposition of Antigone Davis on March 4, 2025.

4

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on August 3, 2026, in San Francisco, California.

 /s/ Katherine Read
Katherine Read

Attorney for Office of the California Attorney General