# EXHIBIT BB

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| *PEOPLE OF THE STATE OF CALIFORNIA, et al.,*<br>Plaintiffs,<br><br>v.<br><br>*META PLATFORMS, INC, Instagram, LLC, Meta Payments, Inc., Meta Platforms Technologies, LLC., et al.,*<br>Defendants<br><br><br>IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br>4:23-cv-05448 | MDL No. 3047<br><br>Case No. 4:23-cv-05448-YGR<br><br>Judge: Hon. Yvonne Gonzalez Rogers<br><br>Magistrate Judge: Hon. Peter H. Kang |

**TRIAL REPORT OF**
**Dr. Jean M. Twenge, Ph.D.**
**San Diego State University**

**May 16, 2025**

HIGHLY CONFIDENTIAL

283. META3047MDL-003-00146492
284. META3047MDL-003-00153063
285. META3047MDL-003-00153157
286. META3047MDL-003-00156702
287. META3047MDL-003-00157020
288. META3047MDL-003-00157036
289. META3047MDL-003-00157133
290. META3047MDL-003-00159559
291. META3047MDL-003-00161686
292. META3047MDL-003-00161881
293. META3047MDL-003-00163233
294. META3047MDL-003-00169733
295. META3047MDL-003-00170806
296. META3047MDL-003-00171018
297. META3047MDL-003-00171899
298. META3047MDL-003-00176638
299. META3047MDL-003-00178333
300. META3047MDL-003-00178437
301. META3047MDL-003-00184585
302. META3047MDL-003-00186838
303. META3047MDL-003-00186841
304. META3047MDL-003-00188109
305. META3047MDL-003-00191125
306. META3047MDL-004-00027398
307. META3047MDL-014-00014801
308. META3047MDL-014-00046053
309. META3047MDL-014-00255333
310. META3047MDL-014-00346525
311. META3047MDL-014-00346869
312. META3047MDL-014-00349418
313. META3047MDL-014-00349432
314. META3047MDL-014-00350154
315. META3047MDL-014-00350817
316. META3047MDL-014-00351807
317. META3047MDL-014-00352250
318. META3047MDL-014-00352799
319. META3047MDL-014-00355137
320. META3047MDL-014-00355284
321. META3047MDL-014-00355558
322. META3047MDL-014-00356640
323. META3047MDL-014-00359270
324. META3047MDL-015-00000400
325. META3047MDL-019-00022520
326. META3047MDL-019-00034776
327. META3047MDL-019-00097173
328. META3047MDL-019-00106371