# EXHIBIT CC

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| *PEOPLE OF THE STATE OF CALIFORNIA, et al.,*<br>Plaintiffs,<br><br>v.<br><br>*META PLATFORMS, INC, Instagram, LLC, Meta Payments, Inc., Meta Platforms Technologies, LLC., et al.,*<br>Defendants<br><br><br>IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br>4:23-cv-05448 | MDL No. 3047<br><br>Case No. 4:23-cv-05448-YGR<br><br>Judge: Hon. Yvonne Gonzalez Rogers<br><br>Magistrate Judge: Hon. Peter H. Kang |

## REBUTTAL TRIAL REPORT OF
## DR. JEAN M. TWENGE, PH.D.
## JULY 30, 2025

391. META3047MDL-003-00159559
392. META3047MDL-003-00161686
393. META3047MDL-003-00161881
394. META3047MDL-003-00163233
395. META3047MDL-003-00169733
396. META3047MDL-003-00170806
397. META3047MDL-003-00171018
398. META3047MDL-003-00171899
399. META3047MDL-003-00176638
400. META3047MDL-003-00178333
401. META3047MDL-003-00178437
402. META3047MDL-003-00184585
403. META3047MDL-003-00186838
404. META3047MDL-003-00186841
405. META3047MDL-003-00188109
406. META3047MDL-003-00191125
407. META3047MDL-004-00027398
408. META3047MDL-014-00014801
409. META3047MDL-014-00046053
410. META3047MDL-014-00255333
411. META3047MDL-014-00346525
412. META3047MDL-014-00346869
413. META3047MDL-014-00349418
414. META3047MDL-014-00349432
415. META3047MDL-014-00350154
416. META3047MDL-014-00350817
417. META3047MDL-014-00351807
418. META3047MDL-014-00352250
419. META3047MDL-014-00352799
420. META3047MDL-014-00355137
421. META3047MDL-014-00355284
422. META3047MDL-014-00355558
423. META3047MDL-014-00356640
424. META3047MDL-014-00359270
425. META3047MDL-015-00000400
426. META3047MDL-019-00022520
427. META3047MDL-019-00034776
428. META3047MDL-019-00097173
429. META3047MDL-019-00106371
430. META3047MDL-019-00106590
431. META3047MDL-019-00119896
432. META3047MDL-019-00120925
433. META3047MDL-019-00123373
434. META3047MDL-019-00127577
435. META3047MDL-020-00082810
436. META3047MDL-020-00250464