# EXHIBIT DD

Highly Confidential

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| *PEOPLE OF THE STATE OF CALIFORNIA, et al.,*<br>Plaintiffs,<br><br>v.<br><br>*META PLATFORMS, INC, Instagram, LLC, Meta Payments, Inc., Meta Platforms Technologies, LLC., et al.,*<br>Defendants<br><br><br>IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br>4:23-cv-05448 | MDL No. 3047<br><br>Case No. 4:23-cv-05448-YGR<br><br>Judge: Hon. Yvonne Gonzalez Rogers<br><br>Magistrate Judge: Hon. Peter H. Kang |

**TRIAL REPORT OF ADAM L. ALTER, PH.D.**
**August 1, 2025**

Highly Confidential

- META3047MDL-014-00130343
- META3047MDL-014-00130355
- META3047MDL-014-00130829
- META3047MDL-014-00130837
- META3047MDL-014-00133661
- META3047MDL-014-00138351
- META3047MDL-014-00138439
- META3047MDL-014-00145757
- META3047MDL-014-00147410
- META3047MDL-014-00153758
- META3047MDL-014-00155997
- META3047MDL-014-00155998
- META3047MDL-014-00166515
- META3047MDL-014-00179719
- META3047MDL-014-00179739
- META3047MDL-014-00220096
- META3047MDL-014-00246785
- META3047MDL-014-00248369
- META3047MDL-014-00250932
- META3047MDL-014-00253048
- META3047MDL-014-00266092
- META3047MDL-014-00266097
- META3047MDL-014-00273864
- META3047MDL-014-00282987
- META3047MDL-014-00283405
- META3047MDL-014-00291926
- META3047MDL-014-00292189
- META3047MDL-014-00294462
- META3047MDL-014-00298433
- META3047MDL-014-00301435
- META3047MDL-014-00309360
- META3047MDL-014-00311580
- META3047MDL-014-00316592
- META3047MDL-014-00328352
- META3047MDL-014-00336264
- META3047MDL-014-00355282
- META3047MDL-014-00358698
- META3047MDL-014-00358722
- META3047MDL-014-00358776
- META3047MDL-014-00359585
- META3047MDL-014-00360058
- META3047MDL-014-00361228
- META3047MDL-014-00375668
- META3047MDL-014-00376283
- META3047MDL-014-00377250
- META3047MDL-014-00377253
- META3047MDL-014-00377299
- META3047MDL-014-00381559
- META3047MDL-014-00381713
- META3047MDL-014-00398154
- META3047MDL-014-00398229
- META3047MDL-014-00398230
- META3047MDL-014-00401238
- META3047MDL-015-00000399
- META3047MDL-015-00000400
- META3047MDL-018-00000149
- META3047MDL-019-00000534
- META3047MDL-019-00023967
- META3047MDL-019-00032722
- META3047MDL-019-00032772
- META3047MDL-019-00033199
- META3047MDL-019-00036528
- META3047MDL-019-00042308
- META3047MDL-019-00043610
- META3047MDL-019-00056723
- META3047MDL-019-00057131
- META3047MDL-019-00057806
- META3047MDL-019-00058801
- META3047MDL-019-00062127
- META3047MDL-019-00065380
- META3047MDL-019-00065751
- META3047MDL-019-00068241
- META3047MDL-019-00068787
- META3047MDL-019-00068932
- META3047MDL-019-00076015
- META3047MDL-019-00093170
- META3047MDL-019-00093876
- META3047MDL-019-00097194
- META3047MDL-019-00098663
- META3047MDL-019-00099822
- META3047MDL-019-00099957
- META3047MDL-019-00100886
- META3047MDL-019-00102123
- META3047MDL-019-00104380
- META3047MDL-019-00110085
- META3047MDL-019-00115871