**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION | Case No. 4:22-MD-03047-YGR |
| | MDL No. 3047 |
| This Document Relates to: | **APPLICATION FOR PRO HAC VICE ADMISSION; ORDER** |
| *Plaintiff* | Judge: Hon. Yvonne Gonzalez Rogers |
| *v.* | Magistrate: Hon. Peter H. Kang |
| *Meta Platforms, Inc., et. al* *Defendants* | |

I, M. Justin Lusko, an active member in good standing of the bar of Florida, hereby respectfully moves and applies for an Order to practice before this Court in this case pursuant to Local Rule 11-3. In support of this application, I submit and certify under oath the following:

1. I am an active member in good standing of the Florida Bar, the Northern District of Florida and the Middle District of Florida. My Florida Bar Number is 049013.

2. That I agree to abide by the Standards of Professional Conduct set forth in Civil L.R. 11-4, and to become familiar with the Local Rules and Alternative Dispute Resolution Programs of this Court and, where applicable, with the Bankruptcy Local Rules;

3. That pursuant to the Rules of Procedure of the United States Judicial Panel on Multi-District Litigation, Rule 2.1(c), I am not required to have local counsel designated as co-counsel.

4. I have not previously been granted pro hac vice admission by the Court in the 12 months preceding this application.

5. A true and correct copy of a certificate of good standing or equivalent official document issued by the State of Florida Bar Association is attached to this application.

Dated: <u>August 4, 2026</u>                                <u>M. Justin Lusko_____</u>
                                                      APPLICANT

Case No. 4:22-md-03047-YGR

ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of M. Justin Lusko, Esq. is granted, subject to the terms and conditions of Civil L.R. 11.3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communications with, local co-counsel designated in the application will constitute notice to the party.

Date:_____

_____
UNITED STATES DISTRICT JUDGE/MAGISTRATE JUDGE

Case No. 4:22-md-03047-YGR



# The Florida Bar

**651 East Jefferson Street**
**Tallahassee, FL 32399-2300**

**Joshua E. Doyle**
**Executive Director**

**850/561-5600**
**www.FLORIDABAR.org**

State of Florida        )

County of Leon        )                    In Re:   0049013
                                    Michael Justin Lusko
                                    Lusko Law Firm
                                    PO Box 10075
                                    Pensacola, FL 32524-0075

I CERTIFY THE FOLLOWING:

I am the custodian of membership records of The Florida Bar.

Membership records of The Florida Bar indicate that The Florida Bar member listed above was admitted to practice law in the state of Florida on **February 1, 2008**.

The Florida Bar member above is an active member in good standing of The Florida Bar who is eligible to practice law in the state of Florida.

Dated this  4th  day of **August, 2026**.

*Cynthia B. Jackson*

Cynthia B. Jackson, CFO
Administration Division
The Florida Bar

PG:R10
CTM-427321