**UNITED STATES DISTRICT COURT FOR THE**
**NORTHERN DISTRICT OF CALIFORNIA**

**UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**
**MDL NO. 3047**

**IN RE: SOCIAL MEDIAL ADOLESCENT ADDICTION/ PERSONAL INJURY**
**PRODUCTS LIABILITY LITIGATION**

| | |
|---|---|
| IN RE:  SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION<br><br>        Plaintiff(s),<br>v.<br><br>        Defendant(s). | No. 4:22-md-03047-YGR<br><br>**APPLICATION FOR ADMISSION OF**<br>**ATTORNEY PRO HAC VICE** |

I, Thomas J. McKenzie, Jr., Esquire, an active member in good standing of the bar of the United States Court for the Eastern District of Pennsylvania, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California, representing Defendant Southeastern Pennsylvania Transportation Authority, in the above-captioned action.  Pursuant to Case Management Order No. 22 (Dkt. No. 1813), the requirement of local counsel is waived.

I am an active member in good standing of the United States Court or of the highest court of another State or the District of Columbia, as indicated above.  My Bar number is 84588.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application as Exhibit A.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.  I declare under penalty of perjury that the foregoing is true and correct.

Respectfully Submitted,

**MARSHALL DENNEHEY, P.C.**

By:_____

Dated:  8/6/26          Thomas J. McKenzie, Jr., Esquire, ID No.: 84588
2000 Market Street, Suite 2300
Philadelphia, PA 19103
(215) 575-2600
Attorney for Defendant, Southeastern Pennsylvania
Transit Authority

**UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF CALIFORNIA**

**UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION
MDL NO. 3047**

**IN RE: SOCIAL MEDIAL ADOLESCENT ADDICTION/ PERSONAL INJURY
PRODUCTS LIABILITY LITIGATION**

| | |
|---|---|
| James Sullivan, Jr. Administrator of the Estate of John Michael Sullivan<br><br>                                    Plaintiffs,<br><br>v.<br><br>SOUTHEASTERN PENNSYLVANIA TRANSIT AUTHORITY, et al.,<br>                                    Defendants. | No. 4:22-md-03047-YGR<br><br><br>**PROPOSED ORDER** |

It is hereby **ORDERED** that the application of Thomas J. McKenzie, Jr., Esquire is

**GRANTED**, subject to the terms and conditions of Civil L.R. 11-3.  All papers filed by the

attorney must indicate appearance pro hac vice.

_____
        **UNITED STATES DISTRICT MAGISTRATE JUDGE**

**UNITED STATES DISTRICT COURT FOR THE**
**NORTHERN DISTRICT OF CALIFORNIA**

**UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**
**MDL NO. 3047**

**IN RE: SOCIAL MEDIAL ADOLESCENT ADDICTION/ PERSONAL INJURY**
**PRODUCTS LIABILITY LITIGATION**

| | |
|---|---|
| James Sullivan, Jr. Administrator of the Estate of John Michael Sullivan<br><br>             Plaintiffs,<br><br>v.<br><br>SOUTHEASTERN PENNSYLVANIA TRANSIT AUTHORITY, et al.,<br>             Defendants. | No.4:22-md-03047-YGR<br><br>**CERTIFICATE OF SERVICE** |

I, Thomas J. McKenzie, Jr., Esquire, hereby certify that a true and correct copy of the foregoing Application for Admission of Attorney Pro Hac Vice was served upon all counsel of record via the Court's CM/ECF e-filing system.

Respectfully Submitted,

**MARSHALL DENNEHEY, P.C.**

By:_____

Dated: August 6, 2026

Thomas J. McKenzie, Jr., Esquire, ID No.: 84588
2000 Market Street, Suite 2300
Philadelphia, PA 19103
(215) 575-2600
Attorney for Defendant, Southeastern Pennsylvania
Transit Authority