NICOLA T. HANNA (State Bar No. 130694)
nhanna@gibsondunn.com
JAY P. SRINIVASAN (State Bar No. 181471)
jsrinivasan@gibsondunn.com
POONAM G. KUMAR (State Bar No. 270802)
pkumar@gibsondunn.com
GIBSON DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone:     213.229.7000
Facsimile:     213.229.7250


BETTY X. YANG
byang@gibsondunn.com
ANDREW P. LEGRAND
alegrand@gibsondunn.com
GIBSON DUNN & CRUTCHER LLP
2001 Ross Avenue, Suite 2100
Dallas, TX 75201-2923
Telephone:     214.698.3100
Facsimile:     214.571.2900

*Attorneys for Defendants ByteDance, Inc.; ByteDance, Ltd.;*
*TikTok, Inc.; TikTok, Ltd.; and TikTok LLC.*

UNITED STATES DISTRICT COURT

Northern DISTRICT OF CALIFORNIA

San Francisco Division

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION | Case No. 4:22-md-03047-YGR |
| | Judge Yvonne Gonzalez Rogers |
| | **NOTICE OF WITHDRAWAL OF COUNSEL** |
| ALL ACTIONS | |

Gibson, Dunn & Crutcher LLP

**TO THE CLERK OF THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD**:

**PLEASE TAKE NOTICE** that Andrew P. LeGrand is no longer an attorney at the law firm of Gibson, Dunn & Crutcher, LLP and therefore will no longer appear as additional counsel of record in the above-captioned action, hereby withdraws his appearance as counsel for Defendants ByteDance, Inc., ByteDance, Ltd., TikTok, Inc., TikTok, Ltd., and TikTok LLC and should be removed from the Court's service list with respect to this action.

Attorneys for the law firm Gibson, Dunn & Crutcher LLP, and all other counsel of record appearing on behalf of Defendants ByteDance, Inc., ByteDance, Ltd., TikTok, Inc., TikTok, Ltd., and TikTok LLC will remain counsel of record and should continue to receive filings in this action accordingly.

DATED: August 6, 2026

Respectfully submitted,

GIBSON, DUNN & CRUTCHER LLP

By:  */s/ Andrew P. LeGrand*
      Andrew P. LeGrand

*Attorney for Defendants ByteDance, Inc.; ByteDance, Ltd.; TikTok, Inc.; TikTok, Ltd.; and TikTok LLC.*

Gibson, Dunn & Crutcher LLP

2

**PROOF OF SERVICE**

I, the undersigned, declare: I am employed in the County of Dallas, State of Texas. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 2001 Ross Avenue, Suite 2100, Dallas, Texas 75201.

On August 6, 2026, I caused the following document(s) described below to be served on the interested party(ies) in the action as follows:

**NOTICE OF WITHDRAWAL OF COUNSEL**

XX    BY ELECTRONIC TRANSFER TO THE CM/ECF SYSTEM: On this date, I caused to be electronically uploaded a true and correct copy in Adobe "pdf" format the above-listed document(s) to the United States District Court's Case Management and Electronic Case Filing (CM/ECF) system. After the electronic filing of a document, service is deemed complete upon receipt of the Notice of Electronic Filing ("NEF") by the registered CM/ECF users.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct. Executed on August 6, 2026, at Dallas, Texas.

_/s/ Andrew P. LeGrand_
Andrew P. LeGrand

Gibson, Dunn & Crutcher LLP

CASE NO. NO. 4:22-MD-03047-YGR
NOTICE OF WITHDRAWAL OF COUNSEL