# EXHIBIT A



## Supreme Court of Pennsylvania

## CERTIFICATE OF GOOD STANDING

### Thomas McKenzie, Esq.

#### DATE OF ADMISSION

*November 30, 1999*

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.

**Witness my hand and official seal**
**Dated: July 30, 2026**

Darian Holland
Chief Clerk