ANNE MARIE MURPHY (SBN 202540)
amurphy@cpmlegal.com
KARIN B. SWOPE (Pro Hac Vice)
kswope@cpmlegal.com
BLAIR KITTLE (SBN 336367)
bkittle@cpmlegal.com
**COTCHETT, PITRE & McCARTHY LLP**
San Francisco Airport Office Center
840 Malcolm Road, Suite 200
Burlingame, CA 94010
Telephone: (650) 697-6000

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates To:<br><br>*People of the State of California, et al. v. Meta Platforms, Inc., et al.*<br><br>Case No.: 4:23-cv-05448-YGR | MDL No. 3047<br><br>Case No. 4:22-md-03047-YGR<br>4:23-cv-05448-YGR<br><br>**JOINT ATTESTATION REGARDING RESTRICTED REMOTE AUDIOVISUAL ACCESS TO MDL AG TRIAL**<br><br>Judge: Hon. Yvonne Gonzalez Rogers<br><br>Magistrate Judge: Hon. Peter H. Kang |

Pursuant to Pretrial Order No. 6 Re: Pretrial Conference (ECF No. 485 (3284)) ("Pretrial Order No. 6"), granting the parties' Joint Stipulation and [Proposed] Order Authorizing Restricted Remote Audiovisual Access to MDL AG Trial (ECF No. 481 (3270)) ("Stipulation Authorizing Remote Access"), the undersigned counsel of record for the State Attorneys General ("MDL AGs"), the MDL Personal Injury and School District ("MDL PISD") Plaintiffs and/or the JCCP Plaintiffs hereby jointly attest and acknowledge as follows:

1. Each attorney listed and whose electronic signature appears in Exhibits A and B has received, read, and understood Pretrial Order No. 6 and the Stipulation Authorizing Remote Access, including the procedures governing restricted remote audiovisual access set forth therein.

2. Each attorney listed and whose electronic signature appears in Exhibits A and B represents or serves as counsel of record for the MDL AGs, MDL PISD Plaintiffs, and/or a JCCP Plaintiffs, and is authorized to pre-register for restricted remote audiovisual access on that basis.

3. Each attorney listed and whose electronic signature appears in Exhibits A and B understands that restricted remote audiovisual access is limited to pre-authorized and pre-registered counsel of record and in-house counsel for Meta, the MDL AGs, the MDL PISD Plaintiffs, and the JCCP Plaintiffs, and that the general public, news media, and any other person or entity not specifically identified in the Stipulation Authorizing Remote Access are prohibited from obtaining such access.

4. Each attorney listed and whose electronic signature appears in Exhibits A and B agrees that the secure, restricted audiovisual link provided will be used only by that attorney and will not be shared, forwarded, or otherwise made available to any person who is not preauthorized and pre-registered for such access.

5. Each attorney listed and whose electronic signature appears in Exhibits A and B agrees that there shall be no recording of the remote audiovisual feed by any means, including video recording, screen capture, audio recording, downloading, or any other means.

6. Each attorney listed and whose electronic signature appears in Exhibits A and B understands that violation of Pretrial Order No. 6 or the Stipulation Authorizing Remote Access, including unauthorized access to or recording of the feed, shall be punishable by contempt or other sanctions imposed by the Court.

Each attorney listed and whose electronic signature appears in Exhibits A and B declares under penalty of perjury that the foregoing is true and correct as to that attorney.

JOINT ATTESTATION REGARDING RESTRICTED
REMOTE AUDIOVISUAL ACCESS TO MDL AG TRIAL
4:22-MD-03047-YGR; 4:23-CV-05448-YGR

Dated: August 7, 2026

By: */s/ Anne Marie Murphy*
Anne Marie Murphy
**COTCHETT, PITRE & McCARTHY, LLP**
San Francisco Airport Office Center
840 Malcolm Road, Suite 200
Burlingame, CA 94010
Tel: (650) 697-6000

By: /s/ *Karin B. Swope*
Karin B. Swope, *pro hac vice*
**COTCHETT, PITRE & McCARTHY, LLP**
1809 7th Avenue, Suite 1610
Seattle, WA 98103
Tel: (206) 552-7895

*Attorneys for Plaintiffs*

JOINT ATTESTATION REGARDING RESTRICTED
REMOTE AUDIOVISUAL ACCESS TO MDL AG TRIAL
4:22-MD-03047-YGR; 4:23-CV-05448-YGR