[*Parties and Counsel Listed on Signature Pages*]

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION | MDL No. 3047 |
| | Case No 4:23-cv-05448-YGR |
| THIS DOCUMENT RELATES TO: | **STATE AGS AMENDED PRIORTY EXHIBIT LIST** |
| Case No. 4:22-md-03047-YGR | Judge: Hon. Yvonne Gonzalez Rogers<br>Magistrate Judge: Hon. Peter H. Kang |
| | **Trial Date: August 18, 2026** |

1

Pursuant to the Court's Pretrial Order No. 6, Docket No. 485 (3284), the State AGs submit this amended Priority Exhibit List, which reflects their assessment of their 300 most important exhibits based on the information reasonably available as of the date of this filing.  The State AGs also include a copy of the amended Priority Exhibit List that identifies changes in red. This list does not include materials that may be used solely for impeachment, refreshing recollection, or rebuttal. Inclusion of an exhibit on this list does not constitute a representation that the exhibit is admissible.

The amended Priority Exhibit list reflects the following updates to the State AGs' July 27, 2026 Exhibit List:

(1) The following exhibits were added: 22, 75, 3254, 1322, 4003, 4004, 3757, 3920, 510, 3883, 3891, 3896, 3897, 3931, and 3827 (Rows 286–300).

(2) Sponsoring witness information was revised for the following exhibits: 4128 (Row 9), 4136 (Row 22), 4111 (Row 52), 2568 (Row 63), 2569 (Row 64), 2162 (Row 65), 2155 (Row 67), 2571 (Row 68), 2154 (Row 69), 2148 (Row 73), 2147 (Row 74), 2573 (Row 75), 2576 (Row 76), 2145 (Row 77), 2135 (Row 78), 2122 (Row 81), 1947 (Row 91), 1253 (Row 143), 1182 (Row 150), 1139 (Row 152), 1138 (Row 153), 1066 (Row 158), 992 (Row 168), 723 (Row 178), 0661A & B (Row 186), 4126 (Row 194), 3912 (Row 197), 417 (Row 210), 308 (Row 220), 307A & B & C (Row 221), 4118 (Row 222), 244 (Row 225), 67 (Row 234), 27 (Row 240), 4120 (Row 254), 2159 (Row 255), 4119 (Row 256), 2158 (Row 258), 3680 (Row 259), 1845 (Row 267), 589B (Row 269), and 3849 (Row 275).

(3) The exhibit description was revised for the following exhibits: 3962 (Row 45), 4021 (Row 57), 4032 (Row 58), 2135 (Row 78), 2985 (Row 164), 748 (Row 174), 723 (Row 178), and 20 (Row 281).

(4) The following exhibit numbers were revised: 1494 to 1494A & B (Row 120); 1457B

to 1457A & B (Row 129); and 0307B to 307A & B & C (Row 221).

The State AGs reserve the right to amend or supplement this list as appropriate, including in response to Court rulings, newly received documents, developments in related proceedings, upcoming depositions, witness testimony, or other pretrial or trial developments and evidentiary rulings. Consistent with the Court's orders and applicable evidentiary and procedural requirements, the State AGs also reserve the right to seek admission at trial of exhibits not included on this Priority Exhibit List, including documents previously identified as potential exhibits or produced in discovery. Nothing herein constitutes a waiver of the State AGs' right to use or seek admission of any such exhibit.

STATE AGS AMENDED PRIORITY EXHIBIT LIST
4:22-md-03047-YGR; 4:23-cv-05448-YGR

DATED:  August 7, 2026

Respectfully submitted,

**PHILIP J. WEISER**                                **ROB BONTA**
Attorney General                                    Attorney General
State of Colorado                                   State of California

*/s/ Krista Batchelder*                             */s/* Jordan Hefcart
Krista Batchelder, (CO Reg.45066), *pro hac vice*   Nicklas A. Akers (CA SBN 211222)
Deputy Solicitor General                            Senior Assistant Attorney General
Shannon Stevenson (CO Reg. 35542), *pro hac vice*   Bernard Eskandari (CA SBN 244395)
Solicitor General                                   Emily Kalanithi (CA SBN 256972)
Jason Slothouber, CO Reg. No. 43496, *pro hac vice* Supervising Deputy Attorneys General
Chief Trial Counsel, Consumer Protection            Megan O'Neill (CA SBN 343535)
Elizabeth Orem (CO Reg. 58309), *pro hac vice*      Nayha Arora (CA SBN 350467)
Shaheen Sheikh, CO Reg. No. 52574, pro hac vice     Joshua Olszewski-Jubelirer
Assistant Attorneys General                         (CA SBN 336428)
Colorado Department of Law                           Brendan Ruddy (CA SBN 297896)
Ralph L. Carr Judicial Center                       Samantha Beckett (CA SBN 308456)
Consumer Protection Section                         Pauline Ryan (CA SBN 337712)
1300 Broadway, 7th Floor                            Katherine Read (CA SBN 341463)
Denver, CO 80203                                    Jordan Hefcart (CA SBN 366087)
Phone: (720) 508-6384                               Deputy Attorneys General
krista.batchelder@coag.gov                          California Department of Justice
Shannon.stevenson@coag.gov                          Office of the Attorney General
Elizabeth.orem@coag.gov                             455 Golden Gate Ave., Suite 128950
                                                    San Francisco, CA 94102-7004
*Attorneys for Plaintiff State of Colorado, ex rel.* Phone: (415) 510-4400
*Philip J. Weiser, Attorney General*                Fax: (415) 703-5480
                                                    megan.oneill@doj.ca.gov

                                                    *Attorneys for Plaintiff the People of the State*
                                                    *of California*

STATE AGS AMENDED PRIORITY EXHIBIT LIST
4:22-md-03047-YGR; 4:23-cv-05448-YGR

**RUSSELL COLEMAN**
Attorney General
Commonwealth of Kentucky

/s/ *Zachary Richards*
J. Christian Lewis (KY Bar No. 87109),
*pro hac vice*
Philip Heleringer (KY Bar No. 96748),
*pro hac vice*
Zachary Richards (KY Bar No. 99209),
*pro hac vice app. forthcoming*
Daniel I. Keiser (KY Bar No. 2895264),
*pro hac vice*
Matthew Cocanougher (KY Bar No. 94292),
*pro hac vice*
Assistant Attorneys General
1024 Capital Center Drive, Ste. 200
Frankfort, KY 40601
Christian.Lewis@ky.gov
Philip.Heleringer@ky.gov
Zach.Richards@ky.gov
Daniel.Keiser@ky.gov
Matthew.Cocanougher@ky.gov
Phone: (502) 696-5300
Fax: (502) 564-2698

*Attorneys for Plaintiff the Commonwealth of Kentucky*

**JENNIFER DAVENPORT**
Attorney General
State of New Jersey

By: /s/ *Kashif T. Chand*
Kashif T. Chand (NJ Bar No. 016752008),
*Pro hac vice*
Assistant Attorney General
Thomas Huynh (NJ Bar No. 200942017),
*Pro hac vice*
Assistant Section Chief, Deputy Attorney General
Verna J. Pradaxay (NJ Bar No. 335822021),
*Pro hac vice*
Mandy K. Wang (NJ Bar No. 373452021),
*Pro hac vice*
Deputy Attorneys General
New Jersey Office of the Attorney General, Division of Law
124 Halsey Street, 5th Floor
Newark, NJ 07101
Tel: (973) 648-2052
Kashif.Chand@law.njoag.gov
Thomas.Huynh@law.njoag.gov
Verna.Pradaxay@law.njoag.gov
Mandy.Wang@law.njoag.gov

*Attorneys for Plaintiffs Jennifer Davenport, Attorney General for the State of New Jersey, and Jeremy E. Hollander, Acting Director of the New Jersey Division of Consumer Affairs*

## SIGNATURE CERTIFICATION

Under Civ. L.R. 5-1(h)(3), I, Jordan Hefcart, hereby attest that all signatories listed, and on whose behalf the filing is submitted, concur in this filing's content and have authorized this filing.

DATED: August 7, 2026                 /s/ *Jordan Hefcart*

STATE AGS AMENDED PRIORITY EXHIBIT LIST
4:22-md-03047-YGR; 4:23-cv-05448-YGR