# EXHIBIT 3

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN RE:  SOCIAL MEDIA ADOLESCENT        )        MDL No. 4:22-md-3047-YGR
ADDICTION/PERSONAL INJURY PRODUCTS )
LIABILITY LITIGATION                   )
                                       )

SUPERIOR COURT OF THE STATE OF CALIFORNIA
FOR THE COUNTY OF LOS ANGELES – SPRING STREET COURTHOUSE

COORDINATION PROCEEDING                )
SPECIAL TITLE [RULE 3.400]             )
                                       )
SOCIAL MEDIA CASES                     )        Lead Case No. for Filing Purposes
                                       )        22STCV21355
                                       )
This Document Relates to:              )
                                       )
STATE OF TENNESSEE,                    )
ex rel. JONATHAN SKRMETTI,             )
ATTORNEY GENERAL and REPORTER,         )
v.                                     )
META PLATFORMS, INC., and              )
INSTAGRAM, LLC,                        )
Case No.  23-1364-IV                   )
                                       )

AMENDED CROSS-NOTICE OF VIDEOTAPED DEPOSITION
OF ARTURO BEJAR

To:     Arturo Bejar

c/o Baker Botts LLP
1001 Page Mill Road,
Suite 200, Palo Alto,
California 94304

Notice is hereby given pursuant to Rule 30 of the Federal Rules of Civil Procedure that

Plaintiff will take the deposition upon oral examination of Arturo Bejar on March 6-7, 2025

beginning at 9:00 a.m. local time, at Baker Botts, LLP 1001 Page Mill Road, Suite 200, Palo

Alto, California 94304. The deposition shall take place upon oral examination before an

officer authorized to administer oaths and shall continue from day to day until completed.  The

deposition will be recorded by stenographic and audio-visual means.

Dated:  January 31, 2025.

Respectfully submitted,

*/s/ Thomas P. Cartmell*

Thomas P. Cartmell    MO #45366
Wagstaff & Cartmell, LLP
4740 Grand Avenue, Ste. 300
Kansas City, MO 64112
Telephone: (816) 701-1100
Facsimile: (816) 531-2372
tcartmell@wcllp.com

Lexi Joy Hazam
Lieff Cabraser Heimann and Bernstein, LLP
275 Battery Street, 29th Floor
San Francisco, CA  94111-3339
Telephone:  (415) 956-1000
Facsimile: (415) 956-1008
lhazam@lehb.com

Previn Warren
Motley Rice LLC
401 9th Street NW, Suite 630
Washington, DC  20004
Telephone: (202) 386-6910
pwarren@motleyrice.com

Alexandra M. Walsh
Walsh Law PLLC
14 Ridge Square NW, Ste 342
Washington, DC  20016
Telephone: (202) 780-4127
Facsimile: (202) 780-3678
awalsh@alexwalshlaw.com

**PHILIP J. WEISER**
Attorney General State of Colorado

*/s/ Bianca E. Miyata*
Bianca E. Miyata, CO Reg. No. 42012, *pro hac vice*
Senior Assistant Attorney General
Lauren M. Dickey, CO Reg. No. 45773
First Assistant Attorney General
Megan Paris Rundlet, CO Reg. No. 27474
Senior Assistant Solicitor General
Elizabeth Orem, CO Reg. No. 58309
Assistant Attorney General
Colorado Department of Law
Ralph L. Carr Judicial Center
Consumer Protection Section
1300 Broadway, 7th Floor
Denver, CO 80203
Phone: (720) 508-6651
bianca.miyata@coag.gov
*Attorneys for Plaintiff State of Colorado, ex rel.*
*Philip J. Weiser, Attorney General*

**ROB BONTA**
Attorney General State of California

/s/ Megan O'Neill

Nicklas A. Akers (CA SBN 211222) Senior Assistant
Attorney General Bernard Eskandari (SBN 244395)
Supervising Deputy Attorney General
Megan O'Neill (CA SBN 343535)
Joshua Olszewski-Jubelirer (CA SBN 336428)
Marissa Roy (CA SBN 318773)
Nayha Arora (CA SBN 350467)
Deputy Attorneys General
California Department of Justice
Office of the Attorney General
455 Golden Gate Ave., Suite 11000
San Francisco, CA 94102-7004
Phone: (415) 510-4400
Fax: (415) 703-5480
Megan.Oneill@doj.ca.gov

*Attorneys for Plaintiff the People of the
State of California*

**RUSSELL COLEMAN**
Attorney General Commonwealth of Kentucky

/s/ J. Christian Lewis

J. Christian Lewis (KY Bar #87109), *Pro hac vice*
Philip Heleringer (KY Bar #96748), *Pro hac vice*
Zachary Richards (KY Bar #99209), *Pro hac vice
app. forthcoming*
Daniel I. Keiser (KY Bar #100264), *Pro hac vice*
Matthew Cocanougher (KY Bar #94292), *Pro hac vice*
Assistant Attorneys General
1024 Capital Center Drive, Suite 200
Frankfort, KY 40601
CHRISTIAN.LEWIS@KY.GOV
PHILIP.HELERINGER@KY.GOV
ZACH.RICHARDS@KY.GOV
DANIEL.KEISER@KY.GOV
MATTHEW.COCANOUGHER@KY.GOV
Phone: (502) 696-5300
Fax: (502) 564-2698

*Attorneys for Plaintiff the Commonwealth of
Kentucky*

**MATTHEW J. PLATKIN**
Attorney General
State of New Jersey

*/s/ Kashif T. Chand*
Kashif T. Chand (NJ Bar No. 016752008),
*pro hac vice*
Section Chief, Deputy Attorney General
Thomas Huynh (NJ Bar No. 200942017),
*pro hac vice*
Assistant Section Chief, Deputy Attorney General
Verna J. Pradaxay (NJ Bar No. 335822021),
*pro hac vice*
Mandy K. Wang (NJ Bar No. 373452021),
*pro hac vice*
Deputy Attorneys General
New Jersey Office of the Attorney General,
Division of Law
124 Halsey Street, 5th Floor
Newark, NJ 07101
Tel: (973) 648-2052
Kashif.Chand@law.njoag.gov
Thomas.Huynh@law.njoag.gov
Verna.Pradaxay@law.njoag.gov
Mandy.Wang@law.njoag.gov

*Attorneys for Plaintiffs New Jersey Division of Consumer Affairs*

**Attorneys for Plaintiff**

## CERTIFICATE OF SERVICE

I hereby certify that on the 31th day of January 2025, an exact copy of the foregoing has

been served via electronic mail to the following:

Robert E. Cooper, Esq.
Jessalyn Zeigler, Esq.
Bass, Berry & Sims, PLC
150 Third Ave. South, Suite 2800
Nashville, TN 37201
bob.cooper@bassberry.com
jzeigler@bassberry.com

Gregory L. Halperin, Esq.
Covington & Burling, LLP
The New York Times Building
620 Eighth Avenue
New York, New York 10018-1405
ghalperin@cov.com

Christian J. Pistilli, Esq.
Covington & Burling, LLP
One CityCenter
850 Tenth Street, Northwest
Washington, D.C. 20001-4956
cpistilli@cov.com

Ashley Margaret Simonsen
Covington & Burling LLP
1999 Avenue of the Stars, Suite 3500
Los Angeles, CA  90067
asimonsen@cov.com

Isaac D. Chaput
Covington & Burling LLP
Salesforce Tower
415 Mission Street, Suite 5400
San Francisco, CA  94105-2533
ichaput@cov.com

Paul William Schmidt
Covington and Burling LLP
850 Tenth Street, NW
Washington, DC  20001
pschmidt@cov.com

Jonathan Skrmetti
Attorney General and Reporter
Matthew Janssen, BPR #035451
Sr. Assistant Attorney General/Managing Attorney2
Brian Phelps, BPR #040705
Sr. Assistant Attorney General/Managing Attorney
Christopher Dunbar, BPR #037829
Assistant Attorney General
Office of the Attorney General
Consumer Protection Division
UBS Building, 20th Floor
315 Deaderick Street
Nashville, Tennessee 37243
615.741.1671, phone
615.532.2910, fax
matthew.janssen@ag.tn.gov
brian.phelps@ag.tn.gov
chris.dunbar@ag.tn.gov

/s/ Thomas P. Cartmell
**Attorney for Plaintiff**