# EXHIBIT 9

 Gmail

## Connecting AGs<>Arturo

11 messages

**Bryson Voirin** <bryson@franceshaugen.com>                    Thu, Jan 12, 2023 at 10:51 AM
To: Arturo Bejar <arturo@bejar.org>, "Carlson, Phil" <phil.carlson@nebraska.gov>, Chris.Dunbar@ag.tn.go

Hi Chris and Phil,

Allow me to introduce you to Arturo Bejar, who in addition to being a wonderful human has a wealth of experience on many of the social media tops which you all are looking at. If you need anything from me, just let me know. I'll let you all take it from here. Cheers.

Bryson

Bryson Voirin, PhD
Chief of Staff to Frances Haugen
+1.407.617.8922
+49.174.7705.116 (Signal)

**Carlson, Phil** <phil.carlson@nebraska.gov>                    Thu, Jan 12, 2023 at 10:53 AM
To: Bryson Voirin <bryson@franceshaugen.com>, Arturo Bejar <arturo@bejar.org>, "Chris.Dunbar@ag.tn.go" <Chris.Dunbar@ag.tn.go>

Thank you, Bryson! Arturo, great to meet you! Chris is heading up our experts subcommittee and will reach out to discuss with you. I may join a call with you as well.

Thanks!

Philip D. Carlson
Nebraska Attorney General's Office
Chief, Consumer Protection Division

-Sent from Outlook for IOS-

**From:** Bryson Voirin <bryson@franceshaugen.com>
**Sent:** Thursday, January 12, 2023 12:51:25 PM
**To:** Arturo Bejar <arturo@bejar.org>; Carlson, Phil <phil.carlson@nebraska.gov>;
Chris.Dunbar@ag.tn.go <Chris.Dunbar@ag.tn.go>
**Subject:** Connecting AGs<>Arturo

[Quoted text hidden]

**Bryson Voirin** <bryson@franceshaugen.com>                    Thu, Jan 12, 2023 at 10:53 AM
To: Arturo Bejar <arturo@bejar.org>, chris.dunbar@ag.tn.gov, "Carlson, Phil" <phil.carlson@nebraska.gov>

Apologies I left out a letter on Chris's email. Corrected.

Bryson Voirin, PhD
Chief of Staff to Frances Haugen
+1.407.617.8922
+49.174.7705.116 (Signal)

CONFIDENTIAL                                            BEJAR0002646

[Quoted text hidden]

**Carlson, Phil** <phil.carlson@nebraska.gov>                    Thu, Jan 12, 2023 at 10:55 AM
To: Bryson Voirin <bryson@franceshaugen.com>, Arturo Bejar <arturo@bejar.org>, "chris.dunbar@ag.tn.gov"
<chris.dunbar@ag.tn.gov>

No problem! I sent a response to that email. I'll copy it here. Thanks!

Thank you, Bryson! Arturo, great to meet you! Chris is heading up our experts subcommittee and will reach out
to discuss with you. I may join a call with you as well.

Thanks!


Philip D. Carlson
Nebraska Attorney General's Office
Chief, Consumer Protection Division

-Sent from Outlook for IOS-

**From:** Bryson Voirin <bryson@franceshaugen.com>
**Sent:** Thursday, January 12, 2023 12:53:11 PM
**To:** Arturo Bejar <arturo@bejar.org>; chris.dunbar@ag.tn.gov <chris.dunbar@ag.tn.gov>; Carlson, Phil
<phil.carlson@nebraska.gov>
**Subject:** Re: Connecting AGs<>Arturo


[Quoted text hidden]


**Arturo Bejar** <arturo@bejar.org>                             Thu, Jan 12, 2023 at 11:00 AM
To: Phil Carlson <phil.carlson@nebraska.gov>
Cc: Bryson Voirin <bryson@franceshaugen.com>, chris.dunbar@ag.tn.gov

Nice to meet you Philip and Chris, looking forward to the call.

Arturo

[Quoted text hidden]


**Chris A. Dunbar** <Chris.Dunbar@ag.tn.gov>                    Thu, Jan 12, 2023 at 2:45 PM
To: Arturo Bejar <arturo@bejar.org>
Cc: Phil Carlson <phil.carlson@nebraska.gov>


Hi Arturo,


Thanks for your email. Nice to connect with you.


If you are available, Phil and I would be glad to schedule a video call next week.


When you have time, please let us know if there are any time slots on Tuesday or Wednesday that might
work best for your schedule.

CONFIDENTIAL                                                          BEJAR0002647

Thanks again.

- Chris

[Quoted text hidden]

---

**Arturo Bejar** <arturo@bejar.org>                          Thu, Jan 12, 2023 at 3:32 PM
To: "Chris A. Dunbar" <Chris.Dunbar@ag.tn.gov>
Cc: Phil Carlson <phil.carlson@nebraska.gov>

Hi Chris,

Tuesday our Wednesday morning, early PST ideally (any time after 8, before 11), would be great.

Thanks,
Arturo

[Quoted text hidden]

---

**Chris A. Dunbar** <Chris.Dunbar@ag.tn.gov>                Thu, Jan 12, 2023 at 4:35 PM
To: Arturo Bejar <arturo@bejar.org>
Cc: Phil Carlson <phil.carlson@nebraska.gov>

Understood. Thanks.

How about 8:30 AM PT / 10:30 AM CT on Tuesday?

[Quoted text hidden]

---

**Arturo Bejar** <arturo@bejar.org>                          Thu, Jan 12, 2023 at 4:44 PM
To: "Chris A. Dunbar" <Chris.Dunbar@ag.tn.gov>
Cc: Phil Carlson <phil.carlson@nebraska.gov>

Sounds good! Confirmed. I'm assuming zoom or equivalent?

Thanks,
Arturo

[Quoted text hidden]

---

**Chris A. Dunbar** <Chris.Dunbar@ag.tn.gov>                Thu, Jan 12, 2023 at 4:45 PM
To: Arturo Bejar <arturo@bejar.org>
Cc: Phil Carlson <phil.carlson@nebraska.gov>

Wonderful.

Correct—if it's okay with you, I will send a Microsoft Teams invitation.

CONFIDENTIAL                                                    BEJAR0002648

[Quoted text hidden]

**Arturo Bejar** <arturo@bejar.org>                                    Thu, Jan 12, 2023 at 4:55 PM
To: "Chris A. Dunbar" <Chris.Dunbar@ag.tn.gov>
Cc: Phil Carlson <phil.carlson@nebraska.gov>

Yes I think so, oddly enough i've never used it, but there is always a first time.

Arturo

[Quoted text hidden]

CONFIDENTIAL

BEJAR0002649