# EXHIBIT 10

**Subject:** Bejar / State AGs Discussion
**From:** "Chris A. Dunbar" <Chris.Dunbar@ag.tn.gov>
**Date:** 3/9/23, 7:11 AM
**To:** "michael.ward@bakerbotts.com" <michael.ward@bakerbotts.com>,
"Jamie.Renner@vermont.gov" <Jamie.Renner@vermont.gov>, "liza.hirsch@state.ma.us"
<liza.hirsch@state.ma.us>, "arturo@bejar.org" <arturo@bejar.org>

---

# Microsoft Teams meeting

### Join on your computer, mobile app or room device
Click here to join the meeting

Meeting ID: 296 132 528 742
Passcode: 6QyGuc
Download Teams | Join on the web

### Or call in (audio only)
+1 332-249-0500,,206279984#   United States, New York City
Phone Conference ID: 206 279 984#
Find a local number | Reset PIN

Learn More | Meeting options

---

► Chris A. Dunbar has invited you to Bejar / State AGs Discussion

CONFIDENTIAL                                                            BEJAR002432