# EXHIBIT 11

**Subject:** AG Investigation – Follow up
**From:** "Renner, Jamie" <Jamie.Renner@vermont.gov>
**Date:** 3/10/23, 10:01 AM
**To:** "michael.ward@bakerbotts.com" <michael.ward@bakerbotts.com>, "arturo@bejar.org" <arturo@bejar.org>, liza.hirsch <liza.hirsch@state.ma.us>, Emily Morgan <Emily.Morgan@ago.ms.gov>, Crystal Utley <cutle@ago.state.ms.us>
**CC:** "Chris A. Dunbar" <Chris.Dunbar@ag.tn.gov>

---

# Microsoft Teams meeting

**Join on your computer, mobile app or room device**
Click here to join the meeting

Meeting ID: 264 441 588 139
Passcode: h8ukHp
Download Teams | Join on the web

**Or call in (audio only)**
+1 802-828-7667,,908078905#   United States, Montpelier
Phone Conference ID: 908 078 905#
Find a local number | Reset PIN

Learn More | Meeting options

---

► Renner, Jamie has invited you to AG Investigation – Follow up

CONFIDENTIAL
BEJAR002433