# EXHIBIT 12

CONF1DENTIAL

--ooo--

CONFIDENTIAL PROCEEDINGS

EXAMINATION UNDER OATH OF ARTURO BEJAR

Regarding Meta Platforms

Tuesday, May 16, 2023

Palo Alto, California

Stenographically Reported By:

Hanna Kim, CLR, CSR No. 13083

Job No. 5907326

Page 1

AG-MDL3047-000774

**CONFIDENTIAL**

Videoconference Video-Recorded Examination Under Oath of ARTURO BEJAR, taken at the law offices of Baker Botts, 1001 Page Mill Road, Palo Alto, California 94304, before Hanna Kim, CLR, Certified Shorthand Reporter, No. 13083.

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

AG-MDL3047-000775

CONFIDENTIAL

APPEARANCES OF COUNSEL:

For the Tennessee Office of the Attorney General:

BY:  BRIAN PHELPS, ESQ.

BY:  CHRISTOPHER DUNBAR, ESQ.

UBS Tower

315 Deaderick Street

Nashville, Tennessee 37243

brian.pjelps@ag.tn.gov

For the California Office of the Attorney General:

BY:  MEGAN O'NEILL, ESQ.

455 Golden Gate Avenue, Suite 11000

San Francisco, California 94102

moneill@dtolaw.com

For the Witness:

BAKER BOTTS

BY:  MICHAEL **W. WARD**, ESQ.

1001 Page Mill Road, Building One,

Suite 200

Palo Alto, California 94304-1007

650.739.7500

Also Present:  KEIGO PAINTER, Video Operator

Page  3

AG-MDL304 7-000776

CONFIDENTIAL

INDEX OF EXAMINATION

WITNESS:   ARTURO BEJAR

| EXAMINATION | PAGE |
|---|---|
| BY MR. PHELPS: | 9 |

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

AG-M DL304 7-000777