# EXHIBIT 14

**Subject:** RE: Meta – Q for Bejar
**From:** "Renner, Jamie" <Jamie.Renner@vermont.gov>
**Date:** 5/3/23, 6:52 PM
**To:** Arturo Bejar <arturo@bejar.org>

Great. Thank you. Let's do 9a PST. I'll send an invite.
Looking forward to it.
–Jamie

---

**From:** Arturo Bejar <arturo@bejar.org>
**Sent:** Wednesday, May 3, 2023 8:59 PM
**To:** Renner, Jamie <Jamie.Renner@vermont.gov>
**Subject:** Re: Meta – Q for Bejar

**EXTERNAL SENDER: Do not open attachments or click on links unless you recognize and trust the sender.**
Hi Jamie,

Tomorrow Thursday, 9–10, and then 11–12 PST.
Friday I'm pretty open.

Arturo

On Wed, May 03, 2023 at 5:05 PM, Jamie Renner <Jamie.Renner@vermont.gov> wrote:

> Arturo:
> Great to hear from you. What's your schedule like tomorrow and Friday?
> –Jamie
>
>
>> On May 3, 2023, at 7:38 PM, Arturo Bejar <arturo@bejar.org> wrote:
>>
>> **EXTERNAL SENDER: Do not open attachments or click on links unless you recognize and trust the sender.**
>> Jamie!
>>
>> I'm happy to talk through any questions. When is good for you?
>>
>> Arturo
>>
>>
>> ---------- Forwarded message ----------
>> From: "Ward, Michael" <michael.ward@bakerbotts.com>
>> Date: Wednesday, May 3 2023 at 4:01 PM PDT
>> Subject: Fwd: Meta – Q for Bejar
>> To: Arturo Bejar <arturo@bejar.org>
>>
>> Arturo:
>>
>> Below is Jamie Renner's contact info.

CONFIDENTIAL                                                                                                BEJAR002436

Mike

**Michael Ward**
*Partner*



michael.ward@bakerbotts.com
T +1.650.739.7538
F +1.650.739.7638
M +1.415.279.8595
1001 Page Mill Road
Palo Alto, California 94304
USA

⊔⊔⊔⊔⊔⊔

Begin forwarded message:

> **From:** "Renner, Jamie" <Jamie.Renner@vermont.gov>
> **Date:** May 2, 2023 at 9:40:43 AM EDT
> **To:** "Ward, Michael" <michael.ward@bakerbotts.com>
> **Subject: Meta – Q for Bejar**
>
>
> **[EXTERNAL EMAIL]**
>
> Michael:
>
> I have a follow up question for Arturo. Do you have a moment to chat this week?
>
> –Jamie
>
> Jamie Renner
> Assistant Attorney General
> Office of the Vermont Attorney General
> Montpelier, Vermont 05609
> 802–828–5947
> Jamie.Renner@vermont.gov

**Confidentiality Notice:**

The information contained in this email and any attachments is intended only for the recipient[s] listed above and may be privileged and confidential. Any dissemination, copying, or use of or reliance upon such information by or to anyone other than the recipient[s] listed above is prohibited. If you have received this message in error, please notify the sender immediately at the email address above and destroy any and all copies of this message.

CONFIDENTIAL                                                                                                BEJAR002437