# EXHIBIT 15

**STATE OF VERMONT**
**OFFICE OF THE ATTORNEY GENERAL**

**In re Meta Platforms Inc.**

<u>**CIVIL INVESTIGATIVE DEMAND PURSUANT TO 9 V.S.A. § 2460**</u>

**TO**:   Mr. Arturo Bejar

# PII REDACTED

c/o Michael Ward, Esq.
1001 Page Mill Road Building One, Suite 200
Palo Alto, California  94304-1007
*Via email by consent to* <u>*michael.ward@bakerbotts.com*</u>

In connection with the above investigation, and pursuant to title 9 Vermont Statutes Annotated (V.S.A.) § 2460, you are required to appear to provide responses to the following questions at the Vermont Attorney General's Office, 109 State Street, Montpelier, VT 05609, on or before **May 20, 2023**.

You are entitled to consult with a lawyer in connection with this Civil Investigative Demand. This is a confidential investigation pursuant to 9 V.S.A. § 2460(a). If you have questions regarding this Civil Investigative Demand, contact Assistant Attorney General Jamie Renner at the Vermont Attorney General's Office at (802) 828-5947 or jamie.renner@vermont.gov.

## I.   <u>STATUTORY AND FACTUAL BASIS FOR ISSUANCE</u>

The Attorney General of the State of Vermont has reason to believe that Meta Platforms Inc. ("Meta") has engaged in deceptive or unfair acts, practices and/or

omissions in violation of the Vermont Consumer Protection Act, 9 V.S.A. § 2453, related to providing and promoting the use of its social media platforms to Young Users.

## II. DEFINITIONS

All definitions shall be construed to extend to all forms, tenses, capitalizations, and conjugations of the defined word.

The use of the singular form of any word includes the plural and vice versa.

All definitions included within the Vermont Consumer Protection Act and not defined in this CID are incorporated herein by this reference, and any term defined in that Act shall have the same meaning when used in this CID.

As used in this CID, the following terms have the following meanings:

1. The terms "**all**," "**each**," and "**any**" mean "each and every."

2. The terms "**and**" and "**or**" are terms of inclusion and not of exclusion and shall be construed either disjunctively or conjunctively as necessary to obtain the broadest meaning possible and bring within the scope of this CID any Document or information that might otherwise be construed to be outside its scope.

3. "**Relate to**," "**Relating to**," "**Related to**," and like terms mean in whole or in part constituting, containing, concerning, discussing, embodying, reflecting, mentioning, describing, analyzing, identifying, stating, referring to or dealing with, or in any way pertaining to, and without limitation, in any way legally, logically, or factually connected with the matter discussed.

4. "**Young Users**" means Meta social media platform users who are under the age of eighteen (18).

2

CONFIDENTIAL                                                    BEJAR0002643

## III.    REQUESTS FOR INFORMATION

1.    Based upon Your personal knowledge, describe:

a. The risks of physical and/or mental harms that Facebook and Instagram present, or historically presented, to Young Users;

b. Any steps that Meta took, during Your time employed by / on behalf of Meta (or Facebook or Instagram), to identify said risks; and

c. Any steps that Meta took, during Your time employed by / on behalf of Meta (or Facebook or Instagram), to respond to said risks.

Dated:  May 10, 2023

STATE OF VERMONT

CHARITY R. CLARK
ATTORNEY GENERAL

By: */s/ Jamie Renner*
       Jamie Renner
       Assistant Attorney General
       Vermont Attorney General's Office
       109 State Street
       Montpelier, VT 05609
       Tel.  (802) 828-5947
       Jamie.renner@vermont.gov

3

CONFIDENTIAL                                              BEJAR0002644