# EXHIBIT 16

**Subject:** RE: VT Civil Investigative Demand
**From:** "Arturo Bejar" <arturo@bejar.org>
**Date:** 5/10/23, 6:03 PM
**To:** "Michael Ward" <michael.ward@bakerbotts.com>
**CC:** "Jamie Renner" <Jamie.Renner@vermont.gov>

Hi Jamie, received.

Let's talk tomorrow at 9am PST, if you could please send the teams link to me and Michael that would be great.

Thanks,
Arturo


On Wed, May 10, 2023 at 2:22 PM, Michael Ward <michael.ward@bakerbotts.com> wrote:

> Thank you Jamie.  Received.
>
>
> **Michael Ward**
> *Partner*
>
> bblogo
> michael.ward@bakerbotts.com
> T +1.650.739.7538
> F +1.650.739.7638
> M +1.415.279.8595
>
> 1001 Page Mill Road
> Palo Alto, California 94304
> USA
>
>
> linkedin youtube facebook instagram twitter
>
> ------------------------------------------------
>
> **From:** Renner, Jamie <Jamie.Renner@vermont.gov>
> **Sent:** Wednesday, May 10, 2023 1:59 PM
> **To:** Ward, Michael <michael.ward@bakerbotts.com>
> **Cc:** arturo@bejar.org
> **Subject:** VT Civil Investigative Demand
>
>
> # [EXTERNAL EMAIL]
>
> Mike:

CONFIDENTIAL                                                                                          BEJAR002441

By way of follow up to our telephone call today, attached is a Civil Investigative Demand to Mr. Bejar. To be clear, it is a request for oral interview and does not require written response or the production of documents.

Please let me know if you have any questions.

Regards,

Jamie

Jamie Renner

Assistant Attorney General

Office of the Vermont Attorney General

Montpelier, Vermont 05609

802-828-5947

Jamie.Renner@vermont.gov

**Confidentiality Notice:**

The information contained in this email and any attachments is intended only for the recipient[s] listed above and may be privileged and confidential. Any dissemination, copying, or use of or reliance upon such information by or to anyone other than the recipient[s] listed above is prohibited. If you have received this message in error, please notify the sender immediately at the email address above and destroy any and all copies of this message.

CONFIDENTIAL

BEJAR002442