# EXHIBIT 17

**Subject:** RE: VT – CID Follow up
**From:** "Arturo Bejar" <arturo@bejar.org>
**Date:** 5/30/23, 1:45 PM
**To:** "Jamie Renner" <Jamie.Renner@vermont.gov>
**CC:** "Michael Ward" <michael.ward@bakerbotts.com>

Let's talk tomorrow morning, 7amPT/10:00amET ok? Need around 15 but could be 30 mins.

I'm open tomorrow morning, so you can pick a time, earlier is better from 7pt.

Arturo

On Tue, May 30, 2023 at 1:29 PM, Jamie Renner <Jamie.Renner@vermont.gov> wrote:

I'm free for the next 30 mins and then tomorrow except 9–10:30a PT and 12–1p PT. Let me know what's good for you. 802-828-5947.

–Jamie

**From:** Arturo Bejar <arturo@bejar.org>
**Sent:** Tuesday, May 30, 2023 3:17 PM
**To:** Renner, Jamie <Jamie.Renner@vermont.gov>
**Cc:** Michael Ward <michael.ward@bakerbotts.com>
**Subject:** Re: VT – CID Follow up

**EXTERNAL SENDER: Do not open attachments or click on links unless you recognize and trust the sender.**

Hi Jamie,

I have a couple of follow ups from our conversations, when would be a good time to talk?

Thanks,

Arturo

On Wed, May 24, 2023 at 12:00 PM, Jamie Renner <Jamie.Renner@vermont.gov> wrote:

Arturo:

CONFIDENTIAL
BEJAR002455

I had another quick question. Should only take 1 minute to ask it. I'd be interested in you mulling over it and then responding later this week / early next week. As long as Mike is ok with it, could we connect sometime tomorrow?


–Jamie


Jamie Renner

Assistant Attorney General

Office of the Vermont Attorney General

Montpelier, Vermont 05609

802–828–5947

Jamie.Renner@vermont.gov

CONFIDENTIAL

2/27/25, 10:34 AM

BEJAR002456