# EXHIBIT 18

**Subject:** VT CID – follow up
**From:** "Renner, Jamie" <Jamie.Renner@vermont.gov>
**Date:** 5/25/23, 3:17 PM
**To:** "arturo@bejar.org" <arturo@bejar.org>
**CC:** "Ward, Michael" <michael.ward@bakerbotts.com>

---

# Microsoft Teams meeting

**Join on your computer, mobile app or room device**
Click here to join the meeting

Meeting ID: 250 133 722 862
Passcode: urRypV
Download Teams | Join on the web

**Or call in (audio only)**
+1 802-828-7667,,650612462#    United States, Montpelier
Phone Conference ID: 650 612 462#
Find a local number | Reset PIN

Learn More | Meeting options

---

► Renner, Jamie has invited you to VT CID – follow up

CONFIDENTIAL                                                                                                    BEJAR002449