# EXHIBIT 19

**Subject:** VT CID – follow up
**From:** "Renner, Jamie" <Jamie.Renner@vermont.gov>
**Date:** 5/30/23, 1:47 PM
**To:** "arturo@bejar.org" <arturo@bejar.org>

---

# Microsoft Teams meeting

**Join on your computer, mobile app or room device**
Click here to join the meeting

Meeting ID: 231 190 979 609
Passcode: 3SsZZH
Download Teams | Join on the web

**Or call in (audio only)**
+1 802–828–7667,,407523675#   United States, Montpelier
Phone Conference ID: 407 523 675#
Find a local number | Reset PIN

Learn More | Meeting options

---

► Renner, Jamie has invited you to VT CID – follow up

CONFIDENTIAL

BEJAR002457