# EXHIBIT 21

**Subject:** Re: Catching up
**From:** "Arturo Bejar" <arturo@bejar.org>
**Date:** 11/8/23, 12:07 PM
**To:** "Jamie Renner" <Jamie.Renner@vermont.gov>

Sounds good. Talk soon. No worries about the schedule change, it is helpful with a different kind of deadline I have today.

Arturo

On Wed, Nov 08, 2023 at 3:05 PM, Jamie Renner <Jamie.Renner@vermont.gov> wrote:
> 4 is fine. I'm so sorry for the last minute shift. Why don't you call me anytime after 330 that's good for you?
>
>> On Nov 8, 2023, at 2:59 PM, Arturo Bejar <arturo@bejar.org> wrote:
>>
>> **EXTERNAL SENDER: Do not open attachments or click on links unless you recognize and trust the sender.**
>> No problem. Could we do 4? If not 3:30 works.
>> Thanks,
>> Arturo
>>
>>> On Nov 8, 2023, at 2:56PM, Renner, Jamie <Jamie.Renner@vermont.gov> wrote:
>>>
>>>
>>> Could we do 330? Stuck on a call.
>>>
>>>> On Nov 7, 2023, at 9:35 PM, Arturo Bejar <arturo@bejar.org> wrote:
>>>>
>>>> **EXTERNAL SENDER: Do not open attachments or click on links unless you recognize and trust the sender.**
>>>> Will do.
>>>> Thanks,
>>>> Arturo
>>>>
>>>>> On Nov 7, 2023, at 8:08PM, Renner, Jamie <Jamie.Renner@vermont.gov> wrote:
>>>>>
>>>>>
>>>>> 3p tomorrow works for me. Want to call me at 802-828-5947?
>>>>> –Jamie
>>>>>
>>>>>> On Nov 7, 2023, at 6:30 PM, Arturo Bejar <arturo@bejar.org> wrote:
>>>>>>
>>>>>> **EXTERNAL SENDER: Do not open attachments or click on links unless you**

CONFIDENTIAL
BEJAR002458

recognize and trust the sender.
Tomorrow would be great! I'm on ET (In NYC now), would 3pm ET work? If not I can also shoot for 2:30.

Looking forward,
Arturo


On Tue, Nov 07, 2023 at 6:14 PM, Jamie Renner <Jamie.Renner@vermont.gov> wrote:

Arturo:
Great to hear from you. I'm free tomorrow and Thursday after 11am PT / 2p ET, if either of those times work for you. I look forward to catching up.
–Jamie


On Nov 7, 2023, at 6:05 PM, Arturo Bejar <arturo@bejar.org> wrote:


 **EXTERNAL SENDER: Do not open attachments or click on links unless you recognize and trust the sender.**
Jamie!

As appropriate, I would like a moment to catch up. Also, I finally got to publish the essays I've long been working on at arturobejar.org

Best,
Arturo

CONFIDENTIAL                                                                              BEJAR002459