# EXHIBIT 22

**Subject:** Re: request for meeting/New Mexico Attorney General
**From:** "Arturo Bejar" <arturo@bejar.org>
**Date:** 11/12/23, 9:35 AM
**To:** "Linda Singer" <lsinger@motleyrice.com>
**CC:** jgrayson@nmag.gov

Hi Linda,

Here are two news articles of note:
https://www.cnn.com/2023/11/08/tech/meta-facebook-instagram-teen-safety/index.html?fbclid=IwAR2jsEZPj9s8eXaUTwVL_uySmKtrT0apEt_xwFh8vsPUu76MKMtll_I1RCs

Here is the information article:
https://www.theinformation.com/articles/tensions-simmer-at-meta-over-how-to-limit-content-thats-risky-to-youth?rc=hdqvn4&shared=746e476f6de6205f

Thanks,
Arturo


On Wed, Nov 08, 2023 at 9:30 PM, Linda Singer <lsinger@motleyrice.com> wrote:


Mr. Béjar:


We write on behalf of the Office of the Attorney General of the State of New Mexico. We are aware, of course, not only of your Congressional testimony, which was so important, but the interview you earlier provided to state attorneys general through the multistate investigation. New Mexico has been proceeding with a separate investigation with a focus on additional issues related to child safety. Without re-treading what you've already covered, we hope that we might impose on your time for a conversation focused on those additional issues.


Is there a window that could work for you, perhaps any time next week?


With thanks for all that you've already done,


Linda Singer

CONFIDENTIAL    BEJAR002462



**Linda Singer**  Attorney at Law

401 9th St. NW, Suite 630, Washington, DC 20004

**o.** 202.386.9626 **f.** 202.386.9622

lsinger@motleyrice.com

Confidential & Privileged

Unless otherwise indicated or obvious from its nature, the information contained in this communication is attorney-client privileged and confidential information/work product. This communication is intended for the use of the individual or entity named above. If the reader of this communication is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error or are not sure whether it is privileged, please immediately notify us by return e-mail and destroy any copies--electronic, paper or otherwise--which you may have of this communication.

CONFIDENTIAL     BEJAR002463