# EXHIBIT 23

**Subject:** Civil Investigative Demand
**From:** "Singer, Linda" <lsinger@motleyrice.com>
**Date:** 11/13/23, 8:21 AM
**To:** Arturo Bejar <arturo@bejar.org>

Of course, and there is no hurry on the retainer agreement.
In addition, and admittedly (and apologetically) contra to my advice, attached please find a CID
from the New Mexico Attorney General's Office.

With best wishes,
Linda



Linda Singer  Attorney at Law

401 9th St. NW, Suite 630, Washington, DC 20004
**o.** 202.386.9626 **f.** 202.386.9622
lsinger@motleyrice.com

**From:** Arturo Bejar <arturo@bejar.org>
**Sent:** Monday, November 13, 2023 11:02 AM
**To:** Singer, Linda <lsinger@motleyrice.com>
**Cc:** Steele, Angelica <asteele@motleyrice.com>
**Subject:** Re: confidentiality agreement and retainer

CAUTION:EXTERNAL

Thank you Linda! I'm checking in with my counsel who is in the West coast, will get back to you
today, I'm traveling back to the Bay Area. I'm also writing some thoughts on data requests that I
will be sharing soon. Thank you for the kind reminder to pace myself.

Arturo

On Sun, Nov 12, 2023 at 8:06 PM, Linda Singer <lsinger@motleyrice.com> wrote:

> Arturo:
>
> Please review and, if you approve, counter-sign the attached retainer.  Let me know if you have
> any questions or concerns.
>
> I also have attached the confidentiality agreement governing Meta's production of documents to
> the New Mexico Attorney General's Office.  Please respond by to indicate that you agree to

CONFIDENTIAL                                                              BEJAR002464

abide by it (and not disclose any materials we provide).

Best,
Linda



**Linda Singer**  Attorney at Law

401 9th St. NW, Suite 630, Washington, DC 20004
**o.** 202.386.9626 **f.** 202.386.9622
lsinger@motleyrice.com

Confidential & Privileged

Unless otherwise indicated or obvious from its nature, the information contained in this communication is attorney-client privileged and confidential information/work product. This communication is intended for the use of the individual or entity named above. If the reader of this communication is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error or are not sure whether it is privileged, please immediately notify us by return e-mail and destroy any copies--electronic, paper or otherwise--which you may have of this communication.

Confidential & Privileged

Unless otherwise indicated or obvious from its nature, the information contained in this communication is attorney-client privileged and confidential information/ work product. This communication is intended for the use of the individual or entity named above. If the reader of this communication is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error or are not sure whether it is privileged, please immediately notify us by return e-mail and destroy any copies--electronic, paper or otherwise--which you may have of this communication.

---

Attachments:

2023-11-13 NM CID to Bejar.pdf                                    65.7 KB

CONFIDENTIAL                                                            BEJAR002465