# EXHIBIT 24

**MotleyRice** LLC
ATTORNEYS AT LAW

www.motleyrice.com

"I will stand for my client's rights.
I am a trial lawyer."
--Ron Motley (1944-2013)

401 9th St. NW, Suite 630
Washington, DC 20004
**o.** 202.232.5504 **f.** 202.384.9622

**Linda Singer** *Licensed in*
*DC, NY* direct:
202.386.9626
lsinger@motleyrice.com

November 12, 2023

Arturo Bejar
*Via email:* arturo@bejar.org

Re: Motley Rice New Mexico Social Media Litigation

Dear Mr. Bejar:

This letter memorializes the agreement between You ("Expert") and Motley Rice LLC ("Motley Rice") to serve as a consulting expert in connection with an investigation and potential litigation by the Office of the Attorney General of the State of New Mexico against various social media platforms, including, but not limited to, potential human trafficking, child sex abuse materials, and child exploitation on the platforms. We are particularly pleased to be working with you in a case of this importance.

You will not be compensated for your expert assistance.

Except as directed by Motley Rice or by a court, you will keep confidential information you receive from Motley Rice and/or the Office of the Attorney General and the work and advice you provide to us. In connection with your service, you may have access to confidential documents and information obtained from other parties involved in the litigation. Prior to receiving such information, you will be asked to sign and abide by any relevant protective orders or confidentiality agreements.

If you agree with the terms laid out above, please sign and return a copy of this letter. (A pdf is fine.) We very much look forward to working with you and appreciate your assistance.

Sincerely,

Linda Singer

CONFIDENTIAL

BEJAR0002687

This agreement has been read, approved, and agreed to this ____ day of November, 2023.


_____

Arturo Bejar



cc:  James Grayson, Office of the Attorney General for the State of New Mexico

CONFIDENTIAL                                                                                                                    BEJAR0002688