# EXHIBIT 25

**Subject:** New Mexico AG/Motley Rice
**From:** "Arturo Bejar" <arturo@bejar.org>
**Date:** 11/13/23, 2:42 AM
**To:** Brian.Phelps@ag.tn.gov, "Chris A. Dunbar" <Chris.Dunbar@ag.tn.gov>
**CC:** "Michael Ward" <michaelward.ward@gmail.com>

Hi Chris, Brian,

I met with Linda Singer an attorney at Motley Rice that is working with the New Mexico AG as far as I understand. I have a couple of  quick questions for you about it, could either of you you please give me a quick call at 408 564 1264, or give me a number or time to call?

Thanks!
Arturo

CONFIDENTIAL                                                                                                          BEJAR002466