# EXHIBIT 26

**Subject:** RE: Linda meet Michael
**From:** "Singer, Linda" <lsinger@motleyrice.com>
**Date:** 11/15/23, 9:15 PM
**To:** Arturo Bejar <arturo@bejar.org>
**CC:** Michael Ward <michaelward.ward@gmail.com>

I'm so sorry to hear that – please take care.



Linda Singer  Attorney at Law

401 9th St. NW, Suite 630, Washington, DC 20004
**o.** 202.386.9626 **f.** 202.386.9622
lsinger@motleyrice.com

**From:** Arturo Bejar <arturo@bejar.org>
**Sent:** Wednesday, November 15, 2023 9:48 PM
**To:** Singer, Linda <lsinger@motleyrice.com>
**Cc:** Michael Ward <michaelward.ward@gmail.com>
**Subject:** RE: Linda meet Michael

CAUTION:EXTERNAL

Hi Linda, I just wanted to let you know that unfortunately I just tested positive for Covid, I got symptoms yesterday, so I think you might be fine, but giving a heads up. I'll unplug and will circle back, in the meantime please work out any questions with Mike, he's been amazing throughout on this for me.

Thanks,
Arturo

On Wed, Nov 15, 2023 at 2:54 PM, Linda Singer <lsinger@motleyrice.com> wrote:

Hi, just checking in on this.  Please let me know when you are available to talk.  Best, Linda



Linda Singer  Attorney at Law

401 9th St. NW, Suite 630, Washington, DC 20004
**o.** 202.386.9626 **f.** 202.386.9622
lsinger@motleyrice.com

CONFIDENTIAL

BEJAR002474

**From:** Singer, Linda
**Sent:** Tuesday, November 14, 2023 5:48 PM
**To:** Arturo Bejar <arturo@bejar.org>; Michael Ward <michaelward.ward@gmail.com>
**Subject:** RE: Linda meet Michael

Thank you for the introduction.  Michael, feel free to give me a call at your convenience – 202.340.7163 is my cell.



Linda Singer  Attorney at Law

401 9th St. NW, Suite 630, Washington, DC 20004
**o.** 202.386.9626 **f.** 202.386.9622
lsinger@motleyrice.com

**From:** Arturo Bejar <arturo@bejar.org>
**Sent:** Tuesday, November 14, 2023 3:01 PM
**To:** Singer, Linda <lsinger@motleyrice.com>; Michael Ward <michaelward.ward@gmail.com>
**Subject:** Linda meet Michael

CAUTION:EXTERNAL

Hi Linda, meet Michael Ward, who has been my counsel and support. Could I ask you both to please connect for a bit?

Thanks,
Arturo

Confidential & Privileged

Unless otherwise indicated or obvious from its nature, the information contained in this communication is attorney-client privileged and confidential information/work product. This communication is intended for the use of the individual or entity named above. If the reader of this communication is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error or are not sure whether it is privileged, please immediately notify us by return e-mail and destroy any copies--electronic, paper or otherwise--which you may have of this communication.

Confidential & Privileged

CONFIDENTIAL                                                                                          BEJAR002475

Unless otherwise indicated or obvious from its nature, the information contained in this communication is attorney-client privileged and confidential information/ work product. This communication is intended for the use of the individual or entity named above. If the reader of this communication is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error or are not sure whether it is privileged, please immediately notify us by return e-mail and destroy any copies--electronic, paper or otherwise--which you may have of this communication.

2/27/25, 10:34 AM

CONFIDENTIAL

BEJAR002476