# EXHIBIT 27

**Subject:** 2023-12-05 NM v. Meta et al. - COMPLAINT REDACTED
**From:** "Singer, Linda" <lsinger@motleyrice.com>
**Date:** 12/6/23, 11:36 AM
**To:** Arturo Bejar <arturo@bejar.org>
**CC:** Michael Ward <michaelward.ward@gmail.com>

FYI.
Hope you are feeling better!

Best,
Linda



Linda Singer
**Attorney at Law**

401 9th St. NW, Suite 630, Washington, DC 20004
**o.** 202.386.9626 **f.** 202.386.9622
lsinger@motleyrice.com

Confidential & Privileged

Unless otherwise indicated or obvious from its nature, the information contained in this communication is attorney-client privileged and confidential information/work product. This communication is intended for the use of the individual or entity named above. If the reader of this communication is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error or are not sure whether it is privileged, please immediately notify us by return e-mail and destroy any copies--electronic, paper or otherwise--which you may have of this communication.

---Attachments:---

2023-12-05 NM v. Meta et al. - COMPLAINT REDACTED.pdf                    5.4 MB

CONFIDENTIAL                                                              BEJAR002479