# EXHIBIT 30

# STATE OF VERMONT

**SUPERIOR COURT**                                                        **CIVIL DIVISION**
**CHITTENDEN UNIT**                                                  **Docket No.** _____

| | |
|---|---|
| **STATE OF VERMONT,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| **META PLATFORMS, INC. and** | ) |
| **INSTAGRAM, LLC.** | ) |
| | ) |
| Defendants | ) |

# COMPLAINT

251.    Of note, Clegg's email implied that there was and is a difference between what Meta is telling the public about "well-being on [Instagram]"—its "external narrative"—and Instagram's actual impact on users' "well-being."

252.    Upon information and belief, Meta never funded the well-being investments recommended by Clegg.

253.    As a final example, on October 5, 2021, Arturo Bejar—then a senior contractor for Meta and formerly Meta's Director of Engineering (also responsible for "Site Integrity")—emailed Zuckerberg, Sandberg, Chief Product Officer Chris Cox, and Mosseri pointing to a "critical gap in how [Meta] as a company approach[es] harm." He raised concern that Meta's "prevalence" metrics, as contrasted with Meta's BEEF survey metrics, "only cover a single digit percentage of what is harming people…."

254.    In light of this "gap," he recommended that "it is important to get the following efforts **well-funded and prioritized**: What is the content that is causing bad experiences for our users? How intense is the experience? What % of that content is policy violating? What are visible product solutions that make the community better over time?…." (Emphasis added).

255.    Zuckerberg, with whom Bejar worked directly for several years, did not respond to Bejar's email. Bejar has stated that he could "not think of an[other] email that [he] sent to Mark [Zuckerberg] during [his] time [at Meta] that [Zuckerberg] didn't read or respond to."

256.    Thus, even Meta's CEO was aware of Instagram's varied harms to

failed to publicly disclose Meta's internal findings regarding other significant harms Instagram causes Young Users—like compulsive and excessive Instagram use and negative social comparison.

279.    Indeed, Meta has publicly disseminated and promoted its Transparency Center, Policies, and CSE Reports to conceal and downplay the routine and widespread harmful experiences that Instagram users, including Young Users, encounter on—and as a result of using—the platform.

280.    Of note, during the State's investigation, Meta's former Director of Engineering (also responsible for "Site Integrity"), Arturo Bejar, referenced above in Paragraphs 253-255, testified that Meta adopted and promoted the "prevalence" metric for measuring and reporting Instagram users' exposure to harmful ("policy-violating") content and experiences precisely in order to mislead the public.[83]

281.    When asked if he believed "that Mr. Zuckerberg and other Company leaders focused on the 'prevalence' metric because it created a distorted picture about the safety of Meta's platforms," Bejar testified "I do."

282.    When asked if he thought "Mr. Zuckerberg's public statements about prevalence created a misleading picture of the harmfulness of Meta's platforms," Bejar testified "I do."

283.    And when asked if he was "aware of any instances where the Company, in [his] view, minimized the harms users were experiencing on Meta's

---

[83] Indeed, at one time, Meta directed its employees to tout CSE Reports' "prevalence" metric as "the most important measure of a healthy online community."

platforms," Bejar testified: "Every time that a Company spokesperson in the context of harms quotes Prevalence statistics I believe that is what they are doing, that they're minimizing the harms that people are experiencing in the product."

284. Also as referenced above in Paragraphs 253-255, on October 5, 2021, Bejar emailed Zuckerberg, Sandberg, Cox, and Mosseri indicating that there was a "critical gap in how [Meta] as a company approach[es] harm." He raised concern that "[Prevalence] only cover[s] a single digit percentage of what is harming people…."

285. Meta's senior leadership did not respond to Bejar. Undeterred, Meta continues to publish misleading CSE Reports, unchanged in nature.

### 2. In Congressional Testimony, Meta Doubled Down On Its Deceptive External Narrative That Instagram Is Safe For Young Users

286. As referenced above, in September 2021, the Wall Street Journal covered and published a limited volume of leaked internal Meta research regarding the negative impact of Instagram on teen girls. Later that month, a U.S. Senate Committee invited Meta executives and senior managers to Capitol Hill to testify regarding the impacts of Instagram on Young Users' mental health.

287. Before that Committee, Meta's representatives downplayed the meaning of the internal Meta research the Wall Street Journal had publicized. Further, they deceptively testified that Instagram provides Young Users age-appropriate experiences; does not cause compulsive and excessive platform usage; and that Meta routinely uses its internal research findings on teen mental health to