# EXHIBIT 32

I know - right! Just great. So much in those at every level of the company.  5:19 AM

I remember it as three weeks+ before the first story, which was sept 13

So all of the aug 2021 emails about resourcing would be after they found out the bombshell was coming

5:21 AM

Whoa. I had spoken to KX who talked about the need for such a group, and how the team working on bullying prevalence was not working on bullying. To see the email talk about how they don't know the impact of their bullying work. Or name addiction that way. Or SSI.

That email about Goodwill vs well-being is ugh.  5:29 AM



I heard there is a WH taskforce on kids online safety that is meeting this week

Do you know anyone affiliated with that?  5:31 AM

I will try and find out. Jen might know but will wait for CA time.  5:32 AM

Nod nd

Are you doing anything with the integrity institute these days?

Matt M said you had to step down  5:32 AM

I wish. I have them an early heads up and they asked me to step down, which makes sense. And I thought they would re-engage after it was all out.

I'm bummed because in the work preparing for all of this I had a few major insights that would be super helpful for integrity as a field. Maybe i should give them another try. Big fan of their work.  5:35 AM

CONFIDENTIAL

BEJAR002531

I want to walk through your beef pdf for example

It's so good

I need to get ready for the hearing  5:38 AM



Ttys  5:38 AM

Mark is so gross.

I mean they all have work to do, but he is on a class of his own.  9:46 AM ✅



| Thinking about this experience, did you feel supported by Instagram? | | | | |
|---|---|---|---|---|
| | Completely/ mostly supported | Somewhat Supported | Not very/ not at all supported | Does not apply to my situation |
| Bullying target | 16.5% | 12.3% | 49.2% | 22.0% |
| Usability action | 15.5% | 13.1% | 45.9% | 25.6% |
| Over enforcement | 12.5% | 14.2% | 42.9% | 30.4% |
| Impersonation | 27.6% | 14.6% | 41.4% | 16.5% |
| Perceived control | 12.3% | 14.6% | 41.1% | 32.0% |
| Account security | 25.6% | 16.3% | 40.0% | 18.0% |
| Hate witness | 13.8% | 15.6% | 39.5% | 31.2% |
| Nudity | 18.6% | 16.2% | 38.9% | 26.3% |
| Violence | 19.8% | 14.0% | 38.9% | 27.3% |
| Self harm | 19.5% | 12.4% | 38.0% | 30.1% |
| Audience limitation | 17.4% | 15.8% | 37.9% | 28.8% |
| Transparency | 16.6% | 14.7% | 37.6% | 31.0% |
| Drugs | 21.5% | 13.1% | 37.0% | 28.4% |
| Bullying witness | 14.7% | 15.0% | 36.9% | 33.4% |
| Usability passive | 16.0% | 14.8% | 36.6% | 32.6% |
| Data privacy | 17.2% | 17.0% | 35.0% | 30.8% |
| Misinfo | 15.1% | 14.1% | 34.5% | 36.4% |
| Negative social comparison | 14.7% | 13.7% | 34.1% | 37.6% |
| Unwanted sexual advances | 23.0% | 15.4% | 33.3% | 28.3% |
| Commerciality | 15.2% | 14.2% | 32.9% | 37.7% |
| Political posts | 18.2% | 15.1% | 29.4% | 37.4% |
| Fake account | 20.8% | 15.5% | 27.2% | 36.5% |

Mark tried to quote numbers on these categories, the table from BEEF says how people feel about experiencing thes issues:  10:18 AM ✅

CONFIDENTIAL

BEJAR002532

**You**
Mark tried to quote numbers on these categories, the table from BEEF says how people feel about experiencing thes issues:

I know!                                                                                              11:04 AM

Well that was a day.  5:52 PM

What a day!!

I fell asleep sitting in bed half way through ordering take out – that's how tired I am after the last two weeks!                                                                                              7:21 PM

FYI

Hey, I was able to talk to Arturo Bejar today about Mark's testimony about the mental health issue research. He said Mark wanted "absolute proof" there was a link when hearing about research. Do you have any insight to that or did you witness that?

My deadline is the end of the day tomorrow fyi. Thanks                                                                                    4:35 PM

> **Maddie (lexis Nexis Reporter Journalist) H...**
> Hey, I was able to talk to Arturo Bejar today about Mark's testimony about the mental he...

♡+  ⤓  ↩  ⋯

Mark used language very carefully – he sited studies that says described the net impact of social media, and "on a population level" (which was the phrasing he used), it probably is net positive, because I would say a majority of kids get more good than bad from social media.
                                                                                    3m ⊘

But the words of Antigone Davis last year

CONFIDENTIAL

BEJAR002533

But the words of Antigone Davis last year were different - she said "4 out of 5 kids are 'fine' on social media". I might quibble at her threshold for "fine", but even that admits 1 in 5 or 20%, are not ok.

Mark used language very carefully - he sited studies that says described the net impact of social media, and "on a population level" (which was the phrasing he used), it probably is net positive, because I would say a majority of kids get more good than bad from social media.

3m

But the words of Antigone Davis last year were different - she said "4 out of 5 kids are 'fine' on social media". I might quibble at her threshold for "fine", but even that admits 1 in 5 or 20%, are not ok.

The real question is how do we reduce the harms and keep as much of the good as possible

1m

Mark was arguing from a premise of "we add so much more good than bad, therefore we're good" [and therefore we don't need to do more]

When in every other industry we try to reduce the bad where ever we find it, especially when it seriously impacts a minority

7:30 PM

Remember, "only" 10% who smoked got

Feb 2, 2024

That is a great way of putting it it.     8:40 AM

CONFIDENTIAL

BEJAR002534