# EXHIBIT 33

**Frances H**

> **You**
> That is like Christmas. Adam Mosseri got a full copy of that in the pre read and we discussed it. That is the extent of his knowledge of the harm on Instagram.



Are you talking directly with the staffers?

I recommend making. Three page doc with sample questions

And the evidence in context

> **Jason**
> And this.
> https://storage.courtlistener.com/recap/gov.uscourts.nmd.496039/gov.uscourts.nmd.496039.36.1.pdf

Is that redacted one? Unthought the unsealed one had the tables unmasked

> **Jason**
> This is public.
> https://storage.courtlistener.com/recap/gov.uscourts.nmd.496039/gov.uscourts.nmd.496039.36.2.pdf

 Wow that table                                                                          2:34 PM

> Yeah. That's what I've been hoping would see the light of day. It's all in there. Rhetorically matching the full text of the questions to the numbers is quite a thing.

> Also all the categories...   2:36 PM

**Jason**

> **Frances H**
> Is that redacted one? Unthought the unsealed one had the tables unmasked

Yes this is the one from the weekend with significantly less redactions.



CONFIDENTIAL                                                                                          BEJAR002535

**You**
Yeah. That's what I've been hoping would see the light of day. It's all in …

chart below demonstrates the discrepancies between the BEEF study (reported instances only over the prior 7 days) and the corresponding Community Standards Enforcement Report (which reports "prevalence" over a longer period of time):

| BEEF Study Metric | BEEF Study Finding (Overall) | Study Finding (Ages 13-15) | CSE Report (3Q 2021) Metric | CSE Report (3Q 2021) "Prevalence" on Instagram |
|---|---|---|---|---|
| Witness to bullying ("bully witness") | 28.3% | 27.2% | Bullying and Harassment | "between 0.05% to 0.06% of views" |
| Witness to hate message ("hate witness") | 25.3% | 26.0% | Hate Speech | "about 0.02% of views" |
| Nudity | 16.3% | 19.2% | Adult Nudity & Sexual Activity | Displays range of 0.02% to 0.03% |

202



| BEEF Study Metric | BEEF Study Finding (Overall) | Study Finding (Ages 13-15) | CSE Report (3Q 2021) Metric | CSE Report (3Q 2021) "Prevalence" on Instagram |
|---|---|---|---|---|
| | | | Child Nudity & Sexual Exploitation[146] | Not reported |
| "Unwanted Advances" | 11.9% | 13.0% | No corresponding category | |
| Target of bullying ("bully target") | 8.1% | 10.8% | Bullying & Harassment | "between 0.05% to 0.06% of views" |

432. Meta not only made affirmative misrepresentations, it also made material omissions in its public statements. For example, a June 8, 2021 blog post entitled "Shedding More Light on How Instagram Works" represented that Instagram employed "algorithms, classifiers, and

The complaint has some tables they created showing the comparison between the age demo and overall and prevalence data as Arturo referenced in testimony.

J                                                    2:38 PM

BEJAR002536

**Frances H**
The frequency tables are amazing too

FH They're super helpful for educating people about the power law-ness of social media platforms  2:39 PM

Yes exactly. Many categories the world cares about are there. And they are humanized by the questions. The pornography question for example is great.
2:40 PM

👍

**Frances H**
The slices by age in the doc are super useful too. This deck is going to be super important for setting standards of how reporting should work
3:16 PM

❤️

Yes, it captures many of the issues well, a good template for every social media company to regularly as a tracking survey of harm as experienced by its users. The slices and breakdowns can then be used to define behavioral correlates for short term goals (for example unwanted advances, 68.6% of the time over DMs). And goals should be set on whether people felt supported by the platform on the issues they were experiencing. (That bullying quote is tragic but spot on).
3:20 PM

❤️

Jan 24, 2024

🖉 Frances H changed the group name to "Frances/ Jason / Zamaan / Arturo".

Jan 26, 2024

**Frances H**
FH @Jason did you post a highlighted version of the nm filing?  9:30 AM



CONFIDENTIAL

BEJAR002537

**Jason**
Apologies been on the run. Attached here is the highlighted version. I've never typically posted the full docket items anywhere else. I typically purchase them personally on pacer and use Recap extension which makes any of my purchases automatically upload to courtlistener.com so that they're the public domain for anyone else to download for free. Unfortunately, I can't include my highlights with that process. Have a good evening!  Feel free to put this file anywhere useful or share it.

PDF **gov.uscourts.nmd.496039.36.1-HIGHLIGHTED.pdf**
8 MB

 8:53 PM

**Frances H**
I had a long flight this evening and went through and highlighted all the diffs on all the remaining state ones where I could find the redacted on as well minus New Mexico), I'll try to post them tomorrow.

I'm missing the redacted ones for Mississippi, Florida, and Montana

10:50 PM

**Frances H**
@Zamaan Qureshi  Tennessee's explicitly mentions 89 redacted exhibits

I wonder if the way the request to unseal the docs was worded

Didn't explicitly enough request the exhibits to be unsealed  10:57 PM

Jan 30, 2024

Other than NM has anyone unredacted the full attachments? In particular the Clegg e-mails? 7:09 AM

**Zamaan Qureshi**
I have not seen those  7:53 AM

CONFIDENTIAL

BEJAR002538