# EXHIBIT 35

**Subject:** Re: Different way
**From:** Kang-Xing Jin █████████████████
**Date:** 10/13/23, 6:58 PM
**To:** Arturo Bejar <arturo@bejar.org>

Thanks—so glad to hear!

Happy to take a look at near final version too!

On Fri, Oct 13, 2023 at 3:49PM Arturo Bejar <arturo@bejar.org> wrote:
I wanted to say, as I work through the rewriting/editing feedback, thank you again. It is spot on in the structural clarity it brings. I'm fixing the structure after the first example, adding one more concrete example, and adding some future directions/things to ponder. When I'm done I'm going to have the person who is helping me with editing take pass. Would you like to take one more look at the near final version? (I'm thinking Monday/Tuesday of next week).

Thanks,
Arturo

On Tue, Oct 10, 2023 at 11:07 AM, Arturo Bejar <arturo@bejar.org> wrote:
Thank you so much for the thoughtful feedback, it is clear and helpful. Also thank you for getting it back to me today as that will give me enough time to work through it.

I also appreciate the possibility of working together on way to plug in academics and regulators to create a standardized approach to this. One of my hopes for this process is that it will help invite better discourse on these issues, and while there is uncertainty about what will happen, I'm grateful for your help on this.

Arturo

On Tue, Oct 10, 2023 at 9:25 AM, Kang-Xing Jin █████████████████████ wrote:
Hi!

Went through and left comments in the doc.

Overall:
1/ Like the document a lot. The first section with an example around unwanted advances in messaging is really clear, and nice to lead with.
2/ I think the remaining sections (surveys -> goals, actions being able to capture reasons, understanding what content/experiences are causing distressing experiences) could be tightened a bit. One suggestion would be to center everything after the first section around how to go from surveys -> goals as the core theme, and make sure you reference things back to that. For example:
a/ You could start with what surveys are good for (getting overall scope of problem; strategy/prioritization on where to deep-dive; long-term measures of goaling and

CONFIDENTIAL

BEJAR002485

success; understanding intensity of issues, and whether the issues were resolved or not, and if so how / what was helpful). Then provide concrete questions (like the 3-5 you mention in the surveys->goals section) that are most helpful in leveraging these strengths. The things everyone should be asking at the top-level.

b/ Acknowledge limitations of surveys, esp. in nearer term goaling and measures of success (e.g. 6 month), as well as rapid feedback in testing/etc. Then provide concrete suggestions around how to complement surveys with other measures (reporting, understanding correlations between behavioral/scaled actions and survey measures). You touch upon these in the last 2 sections, but the linkage to the overall ("how do you set nearer-term goals if not surveys") is a bit less clear than it could be.

3/ Lastly (and not for the document necessarily), but I think your suggestion of having standardized public reporting on key survey outcomes (and perhaps a few key behavioral ones, like # of accounts that get a lot of negative feedback) is really good. My sense is that one could get these types of surveys running without needing anything from the tech platforms themselves; additionally, one could use DSA's Systemic Risk Assessment (SRA) requirements to enforce some standardization on reporting going forward, since platforms are mandated to produce these and make them public going forward. If/when you are ready to do this, I'm happy to work with you on best way to plug-in (I think a mix of academics + regulators). There are a few "reference" SRAs out there (e.g. this one on disinformation), but I don't think any are that good (and many are written without the perspectives of people who have been on the implementation / product side). I think it might be very useful to write a "reference" SRA for teen wellbeing (or even starting more narrowly with unwanted advances); this could serve as a concrete example of the end-to-end approach (from surveys -> behavioral measures -> product changes) that you are advocating for.

Good luck, and let me know if you need anything else in the meantime / if any of my feedback is unclear!

KX


On Fri, Oct 6, 2023 at 2:29PM Arturo Bejar <arturo@bejar.org> wrote:
Hi KX, sending this a different way. I added your account as editor and this copy of the doc is just for you. As we discussed I will keep to myself that you have any feedback on this. The audience is product and engineering inside companies who could build things that help with these issues. Feel free to edit or change or give any feedback. The document is still missing a couple of sections but this is substantive enough that it would benefit from your feedback which I can incorporate for the rest.

Thanks,
Arturo

Sign-in
docs.google.com


Thanks,
Arturo

CONFIDENTIAL

BEJAR002486