# EXHIBIT 36

## For Integrity and Trust and Safety workers

In the other documents I've written about how it is necessary that social media companies start publicly reporting survey results about the distressing experiences that teenagers have on their platforms.

I believe that public reporting will incentivize executive leadership to meaningfully invest in Integrity, Trust and Safety product development. Support tools should be measured by how much they help the teen with the issue they are facing, rather than by removal of violating content, which accounts for a fraction of a percent of the distressing experiences teens have online.

This document is aimed at people working in Integrity and Trust and Safety. It has a few goals:
- Provide a number of concrete examplees of high-impact, common-sense features that could be implemented in the near term for teenagers on platforms.
- Outline a series of steps to get from quantitative surveys to a tractable near term goals that would help incentivize the implementation of these features.
- Discuss different ways to give feedback to actors, and how to use these systems to help identify people who repeatedly act in a way that is harmful to others.

A few notes before the first example:
- **Language matters**: One of the things that we learned while building the Compassion flows, is that language makes a significant difference in how many people use the features you build. In that work we consistently saw increases in usage that went from 30% on up. The language in the product should describe what people are experiencing as they describe it. The language I use in the examples is a placeholder;; the correct language can be found through the product development process.
- **Context matters**: Flagging a conversation or a contact that someone else initiated has to be treated differently, especially if it's in a private context like messaging. Someone coming into your house and harassing you, no matter what they say, is different from other cases. The content doesn't matter.
- **Feedback matters**: Some people behave the way they do online because they see other people doing it, and no one has told them they are not supposed to behave that way. The first step should always be a private, respectful "nudge". We built several of these 10 years ago, and we always saw a double digit number of people stop the harmful behavior. There will always be trolls and predators, but

**Commented [1]:** Strongly agree with this.

Two related thoughts (not so much for editing the specific document, but in terms of concrete places for investment in paths forward):
1/ Many of these types of surveys can be done without needing anything from social media companies (and actually can be done without any additional data sharing requirements!). IMO it would be very worthwhile to have a standardized way to do this across the industry. This could potentially be done through an academic institution or nonprofit.
2/ DSA mandates Systemic Risk Assessments (SRAs) as part of Article 34 (now in effect). One could argue that conducting such surveys is a pre-requisite to having a credible SRA, so there could be a regulatory mechanism toward enforcing this public reporting via Article 34. One of the specific SRA areas covered is "any actual foreseeable negative effects in relation to gender-based violence, the protection of public health and minors".

**Commented [2]:** See previous point, I think one could achieve public reporting without the cooperation of the platforms via surveys that an academic, nonprofit, or other entity runs; and I think one could use Article 34 of DSA to spur further incentivization of platform action.

**Commented [3]:** The rest of the document doesn't fully follow this 3 part structure. The first part (provide examples) is clear; I think the rest really is more focused on survey -> near term goal, so might just simplify and structure along these 2 things.

The feedback to actors / identify people point is important, but if you wanted to keep it I'd have it be its own section later in the doc; alternatively you can just have it be expanded upon in your unwanted advances example (where you discuss this a bit already).

BEJAR0002697

data and product interventions should separate them out from people who behave that way because they see others do it.

## First example: Unwanted sexual advances in direct messaging

To help deal with unwanted sexual advances in messages the following could be built rapidly:

1. ~~While for the first few messages, P~~provide a prominent 'unwanted contact~~?~~' button, especially during the first few messages between two people.~~.~~
2. If the button is pressed, make it possible ~~for the person~~ to give the reason why~~., and easy to navigate away if they don't.~~ Reasons can include:
   a. 'It's gross or upsetting'.
   b. 'They're a fake account.'
   c. 'They are harassing me.'
3. Using the 'unwanted contact' button should be rewarding to the person reporting;~~,~~ immediate feedback can include:
   a. We've blocked the person.
   b. Thank you for giving feedback, it will help make the community safer.
4. Keep a count ~~on the server~~ of how many times someone has initiated unwanted contact and the reason why.
5. If ~~an actor~~ someone initiates unwanted contact for 'gross' or 'harassment' more than 3(5?) times, give the~~m~~ ~~actor~~ a respectful gentle 'nudge': 'Hey Alice/Bob, we've gotten feedback that you've sent some unwanted messages, this product is a place where people are respectful for each other, so if you're making an advance on someone please make sure that it is welcome.'
6. If someone ~~the actor~~ ignores the nudge and continues the behavior, escalate feedback into feature blocking (for example, reduce the ability to contact new people, use stronger language).

A few properties of this approach:

- This is an application of the 'My house, my rules~~.~~' approach;~~,~~ it doesn't matter what the content of the message is. It matters that it was unwelcome, and the context in which it happened.
- Works with end to end encryption.
- It will generate data about which actors will change behavior given feedback.
- The data could help identify predators, as they likely have a number of unwanted contacts prior to finding someone who will engage with them.

**Commented [4]:** Do you know if any of the major messaging platforms have done this today? Would be useful to understand this esp. for the major ones that are heavily used by teens (iMessage, Snapchat, IG Direct, Discord).

If one of them does do this, can be a nice positive example. If none of them do this, helps motivate the "why do none of the platforms take this simple step when they all say they care about these issues" structural question.

**Commented [5]:** Promoting other resources, both product features (e.g. tools to further lock down an account from unwanted contact) and offline (e.g. links to victim services/helplines -
- https://cybercivilrights.org/ccri-crisis-helpline/).

**Commented [6]:** (potential additional bullet on how to make it rewarding)

**Commented [7]:** Accounts that disproportionately behave in these ways should be flagged for additional manual review and action.

**Commented [8]:** I wonder if there should be an industry-standard way to track and report on these, as well as clear processes for reporting a subset of these types of behaviors to relevant authorities, subject to transparent and publicly-agreed-upon standards that also balance user privacy.

**Commented [9]:** (Don't need to edit / include necessarily in your note, just as another potential area to invest in going forward).

**Commented [10]:** The aggregate reporting side (vs. referrals to authorities) seems really useful / less fraught and something that could also be incorporated into SRAs.

BEJAR0002698

- The data of unwanted contact by 'fake', could lead to identifying networks of fake accounts that don't currently meet the criteria that would warrant their removal.
- Brigading would be difficult as the people who could give this feedback would be limited to people who were initially contacted by the actor. Though as with any possible misuse, there should be something in the product that helps detect and appeal or escalate these cases.

**From survey results to review cycle goals**

If a qualitative survey says that XX% of teens experience bullying and harassment on your product you need more information in order to create goals that fit within the review cycle process. While ultimately the goal is reducing the topline metric, more information is needed to break down the problem into narrower goals, along with creating an understanding of how this specific goal could affect the topline metric.

Information that you need for each of the categories of distressing experiences:
- On which surface did it happen? (for example feed, comments, direct messages).
- How intense or bad was it?
- What did you do? (for example: navigate away, block, report, other).

It is very important when running these surveys to allow for an 'other' response, frequently there are things that people inside companies don't anticipate. The goal of a survey like this is to understand the experience of the people that use your product, from their perspective.

Answers to each of these questions will help create tractable goals, for example:
- You will get a sense of which surface to target, and the relative percentage of people affected.
- There might be low frequency issues that are very intense for people;; building features that help people navigate these issues is essential, even though the usage numbers won't reflect it. It is essential to build these features, and the prioritization/review/reward cycle should support this work.
- You will see if there is a correlation between intensity and actions taken.
- If people take no action and just navigate away, then you can research a few subjects:
    - Is there a tool that would have helped them?
        - Are they aware of it?
        - Is the tool not helpful to them?

**Comments:**

**Commented [11]:** I love the previous section because it gives a very clear set of product solutions that (I think) have not really been implemented broadly yet (you should validate that of course, but I guess if they have then you wouldn't need to write the note!).

I would recommend having a clearer transition to this section. Right now it's not entirely clear how the two sections are linked. For example, could say something like:

"The previous section gave some simple, common-sense solutions to the very real problem of unwanted sexual advances in messaging. But how would one identify this as an area to focus to begin with, and how would one goal on progress over time? If a qualitative survey says that ..."

**Commented [12]:** Could strike "review cycle" and replace with "short-term (e.g. 6 month) goaling process"

**Commented [13]:** Might suggest a 4th, which is "Were you able to resolve the situation to your satisfaction?"

**Commented [14]:** (or combining that with the 3rd)

**Commented [15]:** Could be strengthened by being clear on what the specific goals are (e.g. if you're not goaling on survey %s, what are you goaling on instead?)

**Commented [16]:** Might expand along the lines of: "You can start looking for behavioral correlates to self-reported outcomes. The former can be more useful for faster feedback and goaling than surveys. For example, reporting rates of unwanted messages may be highly correlated with survey responses (and thus a potential proxy goal and metric), even if reporting rates across all surfaces are not."

Basically one of the main criticisms / challenges of goaling on survey data are that they are sparse both in # of responses as well as how often one can get responses, which makes them hard to fit into the types of Deltoid/experimentation or even half/half goaling, so a lot of the work is around facilitating that translation. Would be good to explicitly call this out / discuss how the approach can solve for it.

**Commented [17]:** I might move this up to #2, since I think it's probably one of the main places where I see things break down (e.g. "surveys aren't actionable, I'll just goal on prevalence").

BEJAR0002699

- ○ What would be a tool that helps them?
- If people take an action, what action do they take? Block? Restrict? Other?

Ideally you can get to the point where you have data on: a piece of content or an interaction, and what someone's response to that is. The content is often not enough to tell what is going on.

**People's actions should be able to capture the reason for their distressing experience**

People use the safety tools for a reason. The reasons are widely varied, they range from being the target of a predator or harasser to dealing with a friend who is being annoying and is being put in 'friend jail'.

One way to get the reason is through 'secondary actions' where someone can tell you the reason they took the action. For example if you block somebody you get an opportunity to give the reason why you're blocking them - was it because they were harassing you? Or because they were being annoying?. This information is essential to develop tools that help teens navigate these experiences. They would provide an opportunity for further action (for example blocking all contact from that device), as well as provide a place where you can offer further guidance or support, independent of whether the content will be taken down. Often things happen online as part of something unfolding in school or some other social environment, if you get context you can offer tools and strategies to help with the issue.

In my experience people will only engage with security, care, safety features in a time of need.

Secondary actions should:
- Be easily dismissed, if someone doesn't want to give a reason, make it easy to scroll or tap away.
- Provide reasons in language that reflects people's experiences (see Language Matters below). For example: "It's gross", "It's inappropriate", "They are being annoying"), a number of people should be presented with an 'other' to discover other reasons.

Once you have the combination of content and response, you could train more precise classifiers, which could be used to create a better product experience.

**Commented [18]:** Would suggest adding one related to below/combining a few: "Getting a better understanding of whether people were able to resolve their issue, and how, can be critical in both goaling and product development. Unwanted experiences are never going to be 0, but one can try to goal on ensuring everyone has the tools needed to resolve their issues via product or other means. For those people who were able to resolve, understanding how they were able to can identify resources that could be useful for others. For those who were not, understanding why (e.g. is there a tool that would have helped them? were they not aware? does the tool not exist?)"

[That can be tightened a bit, but general gist as above]

BEJAR0002700

### What is the content or interactions which is causing distressing experiences?

One of the goals of these approaches is to get the combination of content and response in order to help develop products that help create an environment which is safe for teens.

You can get an approximation of this data by looking at the data surrounding reporting flows. For example:

- What was the content someone was looking at when they entered the reporting flow?
    - What percentage of those discernibly violate policy?
- What category did they select?
    - Does the content relate to the selected category?
    - If they did not select a category, why is that?
- Did they end up submitting a report?
    - How would you categorize the content for which a report is submitted?
        - Has nothing to do with the selected category.
        - Is discernibly related to the category but does not violate.
    - If not, why not?

**Commented [19]:** Should this be a part of the "from survey results to review goals" section? It seems like it's trying to reconcile behavioral correlates (e.g. report submitted) to survey responses and to better understand funnels. If so, might fit better in that earlier section. See my related comment in that section.

**Commented [20]:** Reflecting a bit, I think the last 3 sections (survey results -> goals; actions capture the reason for experience; what is the content or interactions which is causing distressing experiences) could be tightened up and with clearer sense as to how they fit together. I'm thinking something like this:

1/ Here are the things you should survey for to help set long-term goals and prioritization. For bad experiences, surveys should strive to understand a/ where, b/ intensity, and c/ whether people were able to resolve situation or not (and how). [Here are some specific strategies on how to answer each of these 3 things, and why they are important.]

2/ That said, surveys are hard to goal on over shorter time periods / 6 month cycles (sparse sample, slower feedback loops, so harder to AB test), so need to also invest in behavioral correlates that may lend themselves better to near-term goaling. These correlates can include reporting as well as prevalence. [Here are tips in how to do this, e.g. for survey respondents who reported intense negative experiences, did they go through reporting flows, and if so what to do they report; were these policy violating?]

BEJAR0002701