# EXHIBIT 37

**Subject:** Re: Different way
**From:** Kang-Xing Jin ███████████████████
**Date:** 11/10/23, 10:39 AM
**To:** Arturo Bejar <arturo@bejar.org>

Let me know if you want to catch up again in person (or over Zoom) sometime once things settle down for you.

I'd be interested in hearing what you're prioritizing next and if there are opportunities to help (the DSA systemic risk one, the research one, and the more systemic approach one are 3 areas I'm generally interested in).

In terms of a more whole systems approach (vs. online only), I thought this article was an informative (albeit really painful) read on bullying: https://www.washingtonpost.com/education/2023/11/10/school-bullying-suicide-lawsuit/. And this other article I think also helps contextualize online bullying for youth: https://www.washingtonpost.com/outlook/2022/02/10/bullying-online-research-pandemic/.

(Note that bullying may have different parameters from unwanted advances which may have different parameters from IBSA -- the last of which is almost definitely mainly manifested online; one of my other learnings is it's important to be clear on the specific issue / outcome you're trying to address, understand the primary and secondary drivers, and tailor your approach accordingly).

KX

On Tue, Nov 7, 2023 at 2:06PM Arturo Bejar <arturo@bejar.org> wrote:
> You're welcome, the way you engaged with me when I reached out was so meaningful, a big assist during a difficult time. I tried to make point about the systemic issues around these, areas but this morning there was just no space in the form.
>
> If you'd like to work with me on writing something about that (anonymously or not, it's about the ideas being out there for people who are willing to dedicate their work to them), like the whole social systems approach to this, I would be happy to do so.
>
> Here is the full set of essays I wrote around this, I think it needs one more, and if you have comments (The original docs are actually open for commment, can give a private copy for comment too), the goal is to have a conversation.
> https://docs.google.com/document/d/1ThE0WaaSGUtepXvW6iXmKersjxmsc-hAHfyDvB02YLI/edit
>
> Warm regards,
> Arturo
>
>
>
> On Tue, Nov 07, 2023 at 9:19 AM, Kang-Xing Jin ███████████████████ wrote:
> > Thanks you. I'm grateful you are investing so much to try to advance solutions to these issues.
> >
> > On Fri, Nov 3, 2023 at 4:32 PM Arturo Bejar <arturo@bejar.org> wrote:

CONFIDENTIAL

3/27/25, 8:24 AM
BEJAR002499

Thank you KX, this is a wonderful and thought provoking note and I will spend time with it and see how it might help shape my testimony on Tuesday. I'm also grateful that you, in a way that works for you, are willing to work on this. The few people I've reached out to are understandably afraid of the impact to their lives, so the fact that you have engaged as you have is meaningful.

And yeah I know this is all about feels. I will engage substantively. It's a bit of a ride.

Thanks,
Arturo

On Nov 3, 2023, at 7:08PM, Kang-Xing Jin ███████████████ wrote:

Just saw the WSJ article. Good luck next week. I'm sure things are crazy right now, but when things settle down a bit, I would love to reconnect to see if I can help on some of the next steps (a few specific thoughts below). And let me know if there's anything else I can help with in the meantime.

KX

A few specific things that I think would help advance toward solutions are the below (this is organized by the audiences you have your website, which seems to be down for me right now). I think we covered a lot of these when we spoke, but the WSJ article + reading your website framing has helped sharpen my thinking a bit:

1/ Regulatory. The EU already has regulatory authority to compel more of the survey-based sizing as well as product and other systemic changes via DSA. <u>My sense is it would be impactful to write a reference "Systemic Risk Assessment" for Bullying/ Harassment/Unwanted Advances -- ideally in a way that can serve as an industry standard for how these issues should be approached.</u> I think you largely already have the content here (between survey measures / goaling as well as some of the product and systemic changes proposed in your examples), and I'm fairly familiar with the framework myself / would be interested in helping make this happen -- you'd just need to find the right partner who is tied into the EU regulatory apparatus to collaborate on this. While I'd love for a similar thing to be in the US, I think in practice if the EU leads here most of the companies will implement protections globally. Brandon Silverman might be a good person to get in touch with, among others.

2/ Academic. The survey-based sizing approach for some of these issues can be done independently of the platforms (e.g. surveying a representative sample of consented teens / parents to understand how often they experience unwanted experiences online, split by medium and source, if/how they were remediated or not, and sources of help or non-help, including schools, police, victim advocates, etc.). As far as I know, this has not been done. <u>I think it would be very impactful to do this independent survey, as it would give an independent sizing of the scope of the issue and also help provide a more cross-industry view.</u> It would also provide a more informed picture for regulators. I'd similarly be happy to help make this happen -- you'd ideally find an academic partner who is deep on survey methods and the field overall to collaborate (I have some ideas here).

3/ Policy / Societal (probably tied to Policymaker). A lot of the solutions for these will require some amount of collaboration across actors -- yes, the platforms, but also schools, victim advocates, and police. It's not clear to me (for example) if police even consistently prioritize adult -> minor unwanted advances online or more generally IBSA (see for example this story which shows that law enforcement gave the victim no assistance at all despite multiple reports) -- if they were prioritizing this, then they could be pressuring the platforms, but also just be more helpful to the victims and offer resources to them; there are some nonprofit hotlines for some of these issues (e.g. for IBSA see this one) but my sense is awareness is low, as is funding; there are also government-funded victim services departments, but similarly I don't think they consistently are funded and trained at the level needed. Similarly, schools have a pretty outsize role to play here, and it's not clear if they are consistently applying an evidence-based playbook. One thing that has been disappointing to me is that instead of everyone collaborating together on solutions, we've generally devolved into finger-pointing and lawsuits -- I think the full solutions are only possible through collaboration. I don't have a specific solution here, but as a start, it'd be useful to tee up some of these for discussion and find a way to report on whether any cases of successful collaboration exist, and if so, to really make sure we know about them / learn about them. In the IBSA space, I think CCRI does good work and recently got a federal grant to scale out their helpline.

On Tue, Oct 17, 2023 at 4:07PM Arturo Bejar <arturo@bejar.org> wrote:
Thank you for the feedback, makes sense and it is deeply appreciated. Thank you for the good luck wishes. Whee!

Arturo

On Tue, Oct 17, 2023 at 3:45 PM, Kang-Xing Jin ███████████████ wrote:
Thanks for sending! Left a few comments inline, but summarized feedback is:
1/ I like the introduction section, the first example, and also the updated section on surveys/goals!
2/ The document has gotten a lot longer (2 more examples, then the apple/android example, then closing thoughts). While I agree with a lot of what you are saying here, I worry that the length dilutes some of the impact of the points you are trying to make. My suggestion would be to cut back. Lots of ways to do this, but for example:
a/ I would cut the apple/android example as a separate section and instead have it be a paragraph in closing thoughts.
b/ I might cut one of the 2 examples, so have unwanted advances + 1 examples vs. unwanted advances + 2 examples. Or find a way to put the other examples in an Appendix so that people can go from one clear example (with link to Appendix on other ones) -> surveys/goals section -> closing thoughts.

Good luck in the coming days, and appreciate the depth of thinking you are putting into this!

On Mon, Oct 16, 2023 at 6:52PM Arturo Bejar <arturo@bejar.org> wrote:
Oh and the link ¯\_(ツ)_/¯

CONFIDENTIAL

3/27/25, 8:24 AM
BEJAR002501

https://docs.google.com/document/
d/17ObdBtEYsjzkVbRLCKJTSw0TGl3kOw7aOx8Qx8Wywuc/edit?usp=sharing

Arturo

On Mon, Oct 16, 2023 at 6:51 PM, Arturo Bejar <arturo@bejar.org> wrote:
This is the near final version. I ended up adding a variation of your high level comments about DSA, if not in this document, in other documents, the recommendations on standardized research belong in a different doc around recommendations at that level.

I ended up adding more concrete examples, and in the process addressed a different scope, simplified the structure at the top to focus on examples and the road from survey to behavioral correlates, which in some sense is what all the examples are about. It is quite a bit longer, but hope that it is helpful. As always I am grateful for any comments delivered in whatever way works best for you. The time is getting near so I would ask if if possible if you could take a look in the next day or two. I apologize for the rush, and completely understand if that doesn't work.

Something I debated was whether to focus just on the unwanted sexual advances over DMs, but as I look at Joanna's experiences, the things we keep talking about, and I decided to tackle examples on other areas as well.

Thanks,
Arturo

CONFIDENTIAL

BEJAR002502