# EXHIBIT 38

**Subject:** Re: A few things for you to take a look
**From:** "Arturo Bejar" <arturo@bejar.org>
**Date:** 1/5/24, 9:52 AM
**To:** "Vaishnavi VYS" ███████████████

Hi Vaishnavi,

Yes let's give it a go. I'm not as comfortable looking at some of the other companies, but I suspect the PR strategy and response is similar across the industry. Will start on it next week and see how it shapes up.

Arturo

On Fri, Jan 05, 2024 at 9:11 AM, Vaishnavi VYS ███████████████████ wrote:
Hi Arturo,

Great to hear from you, and happy new year! I love the idea of drawing up an analysis of how companies respond to PR crises, and whether or not they're effective.

There are quite a few companies appearing at the hearing; would you be open to widening the aperture of the analysis to include all of them? I'd personally prefer not to only reference IG if possible, but curious to know your thoughts.

cheers,
Vaishnavi

On Fri, Jan 5, 2024 at 10:46AM Arturo Bejar <arturo@bejar.org> wrote:
Hi Vaishnavi,

Happy new years! I hope you had a quiet holiday season. My apologies for my slow response. Things got a little hectic. I have been thinking about this and discussing with a few people, and what I was thinking of working on, if you are still interested is a Instagram scandal, response table/analysis, to shine a light in how the company responds to these issues, this is a good context to talk about features, and to contextualize their PR playbook.

The overall goal is to work hard this month in the lead up to the hearing at the end of the month to help the passage of KOSA in the US.

Thoughts?
Arturo

On Thu, Nov 30, 2023 at 8:49 PM, Vaishnavi VYS ███████████████████ wrote:
Good to know! Thank you for the update. Would love to work together on the tools / analysis, and look forward to more introductions. Please let me know if I can help in any way in the meantime.

Vaishnavi

On Thu, Nov 30, 2023 at 7:39AM Arturo Bejar <arturo@bejar.org> wrote:
Thank you for this! That is very helpful.

CONFIDENTIAL

3/27/25, 8:24 AM
BEJAR002507

The hearing got pushed to end of January, looks like Mark will be testifying, so there is more time to work on the tools/analysis than I previously thought. I'm introducing you to friends and keeping you posted.

Arturo

On Tue, Nov 28, 2023 at 11:59 AM, Vaishnavi J ███████████████████  wrote:
> So glad that we got to connect! Thank you for sending these links; I'll dig into them today and really looking forward to it.
>
> We talked about the 30 tools that Meta keeps referencing; this is the website that is supposed to capture all 30 tools and this timeline specifically goes into about 26 "tools" (I put this in quotation marks, because this also includes programs that the company launched, not only product features).
>
> Let me know what you think; happy to partner on an analysis of these tools and their effectiveness.
>
> cheers,
> Vaishnavi
>
> On Tue, Nov 28, 2023 at 11:05AM Arturo Bejar <arturo@bejar.org> wrote:
>> It was good to talk today, looking forward to continuing our conversations.
>>
>> For you to read, and I would ask for feedback and comments, these are part of a series but I think these might be most relevant:
>>
>> Recommendations for Regulators
>> Harmful content must be understood from the perspective of the person who is affected
>> and when we talk about understanding features:
>> Good questions for the press and others to ask
>>
>> And to take a peek at the way things used to be 10 years ago:
>> Lessons learned while working on online teen bullying
>>
>> Warm regards,
>> Arturo

CONFIDENTIAL

3/27/25, 8:24 AM
BEJAR002508