# EXHIBIT 39

iMessage
Mon, Sep 16 at 11:11 AM

Hi Arturo it's margaret Stewart! I am wondering if you might have a free 30 min today or tomorrow AM to touch base. My deposition is approaching (end of Oct) and I need to gather some thoughts about what I think meta should do wrt youth safety that actually practical and scalable. I'd value your input since you worked more in that space than me. Thanks!

Margaret! Yes of course. In 3 hours or so? Today is better than tomorrow.

3pm pacific?

Yes.

Perfect, talk to you soon!

Mon, Sep 16 at 3:00 PM

Am ready can call anytime

Delivered

CONFIDENTIAL

BEJAR002530