# EXHIBIT 40

J████ G████

Generated by Arturo Bejar on Thursday, March 27, 2025 at 9:23 PM UTC-07:00

Arturo Bejar

Oh so sorry! It was 408. Writing.

Nov 13, 2023 12:04:30 pm

J████ G████

I think you gave me the wrong number, I texted and it was someone else

Nov 13, 2023 12:02:19 pm

J████ G████

I'm doing pretty well now, after a rough year or two. I just started a job part-time as an engineer (4 days a week) on Trust and Safety at LinkedIn. Let me send you a text as well (I'm ████ ████. I use WhatsApp a little bit but I end up texting more these days.

Nov 13, 2023 10:15:33 am

Arturo Bejar

Also if you want to connect off messenger I'm at ████████ on text, WhatsApp, or Signal.

Nov 13, 2023 5:06:25 am

Arturo Bejar

Thank you for sharing that Jonathan, how are you doing these days?

Nov 13, 2023 5:05:56 am

Arturo Bejar

I'm sorry to hear what you have gone through, I've hear so many similar stories.

Nov 13, 2023 5:05:42 am

J████ G████

I also saw a lot of resources spent inefficiently within the CI org when I worked there briefly in 2019-2020. I was mostly in "other" integrity teams like platform, ads, and most recently privacy (scraping). CI was poorly managed and I had a terrible experience there as well.

Nov 12, 2023 3:47:29 pm

J████ G████

Hi Arturo, it's been many years since we've talked. Thanks for sharing your stories publicly and I hope for positive changes.

A lot of the concerns you shared in the podcast resonated with my experience working on integrity problems at FB for 11 years. I didn't know about the teen safety issues on IG specifically but I've seen a lot of patterns of the company ignoring concerns about gaps in abuse protection especially when it was hard to measure. I succeeded a few times at raising awareness of these gaps and delivering solutions but I also often failed. I quit the company out of frustration after hitting my second burnout, came back as a contractor, and quit again after I felt I was being treated poorly.

Nov 12, 2023 3:45:42 pm

Arturo Bejar

Thank you.

Sep 16, 2014 8:43:16 am

J████ G████

Sounds good

Sep 16, 2014 8:43:11 am

Arturo Bejar

Let's meet up at 10:30 at my desk?

Sep 16, 2014 8:42:50 am

J████ G████

Yes, I can talk any time after 9:30

Sep 16, 2014 8:42:27 am

Arturo Bejar

Hi J████ do you have a few minutes this morning to talk about Ari?

Sep 16, 2014 8:37:02 am

ATTORNEYS' EYES ONLY

BEJAR0004060