# EXHIBIT 41



D███-H█

Generated by Arturo Bejar on Thursday, March 27, 2025 at 9:23 PM UTC-07:00

D███-H█

That works - I'm at ████████████

♥Arturo Bejar (Nov 15, 2023 6:46:25 am)

Nov 15, 2023 6:43:39 am

Arturo Bejar

I've been using Google Meet a lot lately so if that works I can send a link. We can use WhatsApp or signal if that's better for you.

Nov 15, 2023 6:43:12 am

D███-H█

Great! What communication platform would you prefer?

Nov 15, 2023 6:42:09 am

Arturo Bejar

Yep.

Nov 15, 2023 6:41:28 am

D███H█

Would 4pm today work?

Nov 15, 2023 6:41:21 am

D███-H█

Reacted 👍 to your message

Nov 15, 2023 6:41:01 am

Arturo Bejar

D████Things settling down now. I'm around today after 2 or tomorrow morning if you'd like to catch up for a bit. Would love to connect.

👍D████H█ (Nov 15, 2023 6:41:01 am)

Nov 15, 2023 6:39:49 am

D███-H█

Reacted 👍 to your message

Nov 06, 2023 7:23:20 pm

Arturo Bejar

Absolutely D████ thank you for reaching out. When the dust settles we'll connect. Please ping me if I haven't in a week.

👍D████H█ (Nov 06, 2023 7:23:20 pm)

Nov 06, 2023 7:03:06 pm



D███H█

Hey Arturo - since we last chatted, I've been continuing work in the intersection of societal issues and Meta, including Politics, Health and Climate. Our work has started to cross over into the Youth space and at a recent conference Jeff Horwitz mentioned to me the high level bits of an upcoming piece he was writing. Now the article is out, I was initially surprised, but ultimately found expected in hindsight, that you were the centerpiece of the article.

I imagine you're quite busy right now, but if you had the time at some point - I would appreciate your advice as someone who has worked in this space awhile as I'll be working to achieve some of the objectives you were/are aiming for but from within the company.

Nov 06, 2023 9:13:14 am

D███-H█

Civic Engagement is a team at Facebook that's aiming to help build civic communities and give people a voice in their government. We work on election products (register to vote, ballot) as well as tools for constituents to engage with their representatives and vice versa (Town Hall is one of these products)

Oct 05, 2018 6:22:32 pm

D███-H█

Good suggestion to work closely with her, thank you. my internet connection is a bit spotty so may be slow to respond!

Oct 05, 2018 6:21:01 pm

Arturo Bejar

What is civic engagement?

Oct 05, 2018 6:14:18 pm

Arturo Bejar

Her email is nancy@crescent-coaching.com or nancylarocca@gmail.com.

Oct 05, 2018 6:14:09 pm

Arturo Bejar

Whoa I read my message either I have a terrible accent or voice recognition has a ways to go or both.

My bit of advice is to partner closely with whomever delivers the workshop, it sets the tone in a great way and you can help people navigate and integrate - these things are as good as they are of service to navigate issues people are experiencing.

Oct 05, 2018 6:13:26 pm

D███-H█

Thank you Arturo!

Oct 05, 2018 6:10:01 pm

Arturo Bejar

I am using dictation so some reconstruction of my message might be needed.

Oct 05, 2018 3:21:08 pm

Arturo Bejar

Hi D████ it's good to hear from you. I'm sorry for the Lowe's response it has been a little hectic. The facilitator is Nancy LaRocca and you can find her at nancy@crescentbestcoaching.com or Nancy LaRocca a Gmail.com. My one bit of a price for you is if you do end up working with her or with someone else to facilitate if department with them closely so that you can help frame things for your team, it makes a huge difference.

Gmail is email that's intuitive, efficient, and useful. 15 GB of storage, less spam, and mobile access.

https://accounts.google.com/ServiceLogin?service=mail&passive=true&rm=false&continue=https%3A%2F%2Fmail.google.com%2Fmail%2F&ss=1&scc=1&ltmpl=default&ltmplcache=2&emr=1&osid=1#

Oct 05, 2018 3:20:25 pm

D███-H█

Hey Arturo! I hope you're doing well. I'm reaching out as I remember an event you organized where people across our team were led through exercises on how Meyers-Briggs personality types might be expressed in the workplace. The event left an impression on me and I still find ways to apply the framework to situations I'm in today.

I'm looking to find a facilitator to lead the team I'm currently on (Civic Engagement) through a similar exercise. I'm wondering if you are aware if the facilitator you brought in years ago is still active and if you had her contact information. I'd love to reach out and see if she'd be willing to lead another session at Facebook.

Thank you!



D████

ATTORNEYS' EYES ONLY

Oct 03, 2018 6:48:37 pm

Awesome, thanks for connecting (y)
Mar 14, 2017 11:37:06 am
Arturo Bejar
Great, will let Jason reach out, I think it is an interesting place and could be a good fit.
Mar 14, 2017 11:35:27 am

I'd be happy to take a call and see where they are now, especially if you think I may be a good fit
Mar 14, 2017 11:33:27 am
Arturo Bejar
Would you want to talk to them? Or pass? Either is fine, they are at a interesting place in their curve.
Mar 14, 2017 11:31:44 am

ahh yes, I've met Jason at our security@scale conference. He wasn't in that position when I talked to AirBNB last. However, I think at least right now, I'm more interested in a more mature team
Mar 14, 2017 11:30:59 am
Arturo Bejar
Jason Sobel is hiring - did you talk to him? He's looking for a manager for their equivalent. I've been consulting with them. I'd be around for mentoring. The team is young, which has advantages and disadvantages as with everything.
Mar 14, 2017 11:24:03 am

I chatted with them a bit last year about their team that protects guests, and actually am great friends with an engineer on that team - but it didn't seem like a great fit last year as I was looking for a lot of EM mentorship
Mar 14, 2017 11:21:56 am
D▇▇H▇
hey Arturo! Glad to hear from you - are you helping out AirBNB now?
Mar 14, 2017 11:20:58 am
Arturo Bejar
D▇▇ Quick question - would you be interested in talking to AirBnB? I've been working with them and they are good folks early in the curve of a lot of the issues we care about.
Mar 14, 2017 11:18:36 am
D▇▇H▇
(y) cool, sounds good
Feb 10, 2015 7:17:28 pm
Arturo Bejar
I agree that it is a good piece, thought provoking, and that is good.
Feb 10, 2015 7:16:56 pm
Arturo Bejar
hi D▇▇ you're welcome to share, this was all done in collaboration with PR.
Feb 10, 2015 7:16:43 pm

was thinking about sharing it on my timeline and wanted to know if you've been advised by PR around this
Feb 10, 2015 5:59:04 pm

definitely not all roses, but good food for thought and a great discussion-starter
Feb 10, 2015 5:58:26 pm

Hey Arturo - I listened to the Radiolab episode and thought it was well done
Feb 10, 2015 5:58:15 pm

i just briefed scott and he should be able to answer questions about our efforts on this
Aug 19, 2014 4:25:12 pm

before this meeting you're about to go to, can I catch you in person?
Aug 19, 2014 4:18:52 pm

hey Gregg wants to make sure you're up to date on all the work we're doing withBusiness Manager
Aug 19, 2014 4:18:29 pm
Arturo Bejar
Will do. Loading all the context in my head and reviewing this week.
Jul 12, 2014 11:15:58 am

(y) lmk if you have any questions
Jul 12, 2014 11:15:15 am
Arturo Bejar
Thank you!
Jul 12, 2014 11:14:55 am
D▇▇H▇
with a detailed focus on Hacked Ship Love in H2 here: https://quip.com/V63EAn9WnUK4
This document is private
https://quip.com/V63EAn9WnUK4
Jul 12, 2014 11:13:23 am

H2 goals are being fleshed out in this one: https://quip.com/ZUczAjQjWxwx
This document is private
https://quip.com/ZUczAjQjWxwx
Jul 12, 2014 11:12:56 am

H1 accomplishments are covered in this quip: https://quip.com/Tem5Ak2E5YXg
This document is private
https://quip.com/Tem5Ak2E5YXg
Jul 12, 2014 11:12:23 am
Arturo Bejar
In terms of H1 accomplishments and H2 goals - what materials do we have for AA?

BEJAR0002918

Jul 12, 2014 11:00:20 am
Arturo Bejar
k
Jul 11, 2014 5:31:21 pm
D███ H█
I'll remind him, no worries
Jul 11, 2014 5:31:06 pm
Arturo Bejar
or let you do it.
Jul 11, 2014 5:30:47 pm
Arturo Bejar
should I ping Steven directly?
Jul 11, 2014 5:30:41 pm
Arturo Bejar
right, e-mail or message
Jul 11, 2014 5:30:25 pm
D███ H█
and I'll ask people to email you if they're interested, right?
Jul 11, 2014 5:29:54 pm
D███ H█
(y) definitely
Jul 11, 2014 5:29:40 pm
Arturo Bejar
well since it is the 22nd, people need to be doing the pre-work some time next week, late additions are fine, my main recommendation (which I'm trying to do) is to keep the offer light so people don't feel obliged to go, more try to find those that are genuinely interested.
Jul 11, 2014 5:28:15 pm
D███ H█
is there a deadline in which you need a solid number by before the next round?
Jul 11, 2014 5:27:17 pm
D███ H█
I'll check with everyone else in 1:1s as well next week
Jul 11, 2014 5:27:05 pm
D███ H█
Steven let me know last time that this would be something he's interested in
Jul 11, 2014 5:26:42 pm
Arturo Bejar
Does Steven or anyone else in AA want to do the MBTI thing-a-ma-bob?
Jul 11, 2014 5:25:47 pm
Arturo Bejar
thank you :)
Jul 07, 2014 2:41:23 pm
D███ H█
also, I checked in with MLV, she's out sick today but she's been working with Raul from CO on getting those numbers in a dashboard we can continuously track
Jul 07, 2014 12:26:42 pm
D███ H█
thats non unique
Jul 07, 2014 12:23:12 pm
D███ H█
~150M mobile
Jul 07, 2014 12:22:54 pm
D███ H█
~500M web ~100M mobile
Jul 07, 2014 12:22:38 pm
Arturo Bejar
Logins per day?
Jul 07, 2014 12:20:34 pm
Arturo Bejar
Thank you :)
Jul 07, 2014 10:26:54 am
D███ H█
I haven't found her yet today, but will let you know when we catch up
Jul 07, 2014 10:23:34 am
Arturo Bejar
k, no worries.
Jul 07, 2014 10:23:13 am
D███ H█
Not sure, mlv was looking in that when I left on pto
Jul 07, 2014 10:22:47 am
Arturo Bejar
(if it is not easy don't pull it, we will need to normalize on a single timeframe for reach/etc.)
Jul 07, 2014 10:22:36 am
Arturo Bejar
Do we have a 30d definition of hacked (vs. the daily rate), from the quip doc?
Jul 07, 2014 10:21:34 am
Arturo Bejar
No, that's ok, just want to talk about data we're confident about.
Jul 07, 2014 10:21:12 am
D███ H█
I can have Jan pull the metrics we have so far if that will be helpful
Jul 07, 2014 10:18:19 am
D███ H█
The seven to ten day follow-up survey data is still trickling in but looks neutral
Jul 07, 2014 10:17:26 am

ATTORNEYS' EYES ONLY

BEJAR0002919

D█████H█
The experiments with adding hacked easy to people self identifying as hacked after password change and password reset show lift in cam metrics immediately after
Jul 07, 2014 10:17:04 am
D█████H█
Things like that
Jul 07, 2014 10:14:40 am
D█████H█
Change password, review recently added apps, recently added phones and emails, recently changed name/dob/username
Jul 07, 2014 10:13:56 am
Arturo Bejar
Also, any new data on the other experiments we are doing.
Jul 07, 2014 10:13:51 am
Arturo Bejar
what are some examples of cleanup steps?
Jul 07, 2014 10:12:24 am
D█████H█
It's just cleanup steps, no challenge
Jul 07, 2014 10:11:59 am
D█████H█
Hacked easy we're comfortable putting anyone who thinks they're hacked into because they can't lock themselves out
Jul 07, 2014 10:11:50 am
D█████H█
It has a challenge meant to keep everyone except the real owner out, followed by cleanup steps
Jul 07, 2014 10:11:08 am
D█████H█
We put people in hacked lock when we see evidence of contention or people strongly say their account is compromised
Jul 07, 2014 10:10:41 am
Arturo Bejar
There is a follow up on Hacked with Zuck and a few folks today, so need to be on top of the data.
Jul 07, 2014 10:09:30 am
Arturo Bejar
(trying to get definitions in my head)
Jul 07, 2014 10:09:15 am
Arturo Bejar
What is the difference between hacked easy and hacked lock again?
Jul 07, 2014 10:09:10 am
D█████H█
Hey, what's up
Jul 07, 2014 10:08:54 am
Arturo Bejar
D█████ here?
Jul 07, 2014 10:08:38 am
Arturo Bejar
That is exactly what I needed, thank you.
Jun 19, 2014 10:31:55 pm
D█████H█
sent - lmk if you have questions
Jun 19, 2014 10:20:56 pm
Arturo Bejar
thank you, e-mail is fine
Jun 19, 2014 10:12:51 pm
D█████H█
Give me a sec to get to a computer
Jun 19, 2014 10:12:38 pm
D█████H█
What's up?
Jun 19, 2014 10:12:17 pm
Arturo Bejar
Hey, for the AA engineers, who is working on what at a high level? Awesomesauce, code cleanup, etc?
Jun 19, 2014 10:11:54 pm
D█████H█
Hey arturo
Jun 19, 2014 10:11:02 pm
Arturo Bejar
Hi D█████ there?
Jun 19, 2014 10:04:45 pm
D█████H█
Yep, exactly
Jan 30, 2014 11:58:59 am
Arturo Bejar
Because we got not just the libraries but the whole cycle.
Jan 30, 2014 11:57:28 am
Arturo Bejar
Yep am working on getting support on that.
Jan 30, 2014 11:57:13 am
D█████H█
Would still be good to know, thanks for looking into it
Jan 30, 2014 11:57:08 am
D█████H█
Ah, even then, we've just inherited the login libraries for these apps from mobile core
Jan 30, 2014 11:56:43 am
Arturo Bejar
I will find out today. But I think he's talking about Instagram/apps.

ATTORNEYS' EYES ONLY

BEJAR0002920

Jan 30, 2014 11:55:49 am

D

Do you have any context on whether this is something we're planning on doing: http://techcrunch.com/2014/01/30/facebook-will-give-up-the-ghost-on-real-id-in-future-apps/?utm_campaign=fb&ncid=fb

Facebook has made a big point over the years of having real identities for its users, but it looks like that requirement is soon going to disappear, and users will be able to use made-up names for more anonymity. Call it the Snapchat effect.

http://social.techcrunch.com/2014/01/30/facebook-will-give-up-the-ghost-on-real-id-in-future-apps/

Jan 30, 2014 11:45:47 am

Arturo Bejar

Or thank you, we'll see.

Jan 28, 2014 6:21:38 pm

Arturo Bejar

Curse you Facebook + Kickstarter.

Jan 28, 2014 6:21:32 pm

Arturo Bejar

Ah, it is done.

Jan 28, 2014 6:21:23 pm

D████ H█

I'm pretty excited, their engineers also seem very sharp

Jan 28, 2014 6:12:59 pm

D████ H█

It looks really good

Jan 28, 2014 6:12:40 pm

D████ H█

Haha

Jan 28, 2014 6:12:36 pm

Arturo Bejar

woo! kickstarter here I come!

Jan 28, 2014 6:12:31 pm

D████ H█

Yeah! They said they can do up to 6 at the moment

Jan 28, 2014 6:12:22 pm

Arturo Bejar

do you know they support ~5 diopter nearsightedness?

Jan 28, 2014 6:12:07 pm

D████ H█

They didn't do a good job advertising it

Jan 28, 2014 6:11:57 pm

D████ H█

Just didn't post the picture until now

Jan 28, 2014 6:11:50 pm

D████ H█

Oh it was in 15 earlier today

Jan 28, 2014 6:11:42 pm

Arturo Bejar

where is the glyph demo?

Jan 28, 2014 6:11:05 pm

ATTORNEYS' EYES ONLY

BEJAR0002921