# EXHIBIT 44

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
- - -
IN RE:  SOCIAL MEDIA ADOLESCENT           :MDL NO.
ADDICTION/PERSONAL INJURY PRODUCTS        :4:22-MD-
LIABILITY LITIGATION                      :3047-YGR
                                          :
SUPERIOR COURT OF THE STATE OF CALIFORNIA
FOR THE COUNTY OF LOS ANGELES
SPRING STREET COURTHOUSE
- - -
COORDINATION PROCEEDING SPECIAL TITLE  :
(RULE 3,400)                           :
                                       :
SOCIAL MEDIA CASES                     :
_____ :LEAD CASE
                                        :NO. FOR
THIS DOCUMENT RELATES TO:                :FILING
                                         :PURPOSES
STATE OF TENNESSEE, ex rel, JONATHAN     :22STCV21355
SKRMETTI, ATTORNEY GENERAL and           :
REPORTER,                                :
                                         :
        V.                               :
                                         :
META PLATFORMS, INC., and INSTAGRAM,     :
LLC                                      :
                                         :
CASE NO. 23-1364-IV                      :
                        - - -
DEPOSITION UNDER VIDEO EXAMINATION OF
VAISHNAVI JAYAKUMAR
JANUARY 31, 2025
VOLUME II

              Continued videotaped deposition of
VAISHNAVI JAYAKUMAR, taken pursuant to notice, was
held at the law offices of Baker Botts, LLP, 30
Rockefeller Plaza, New York, New York, beginning at
      a.m., on the above date, before Michelle L.      8:34
Ridgway, a Registered Professional Reporter,
Certified Court Reporter (NJ-CCR # XI02126),
Certified Realtime Reporter, Certified Shorthand
Reporter  (CA-CSR # 14592), and Notary Public.

Page 530

with their side.

Q.      Okay.  And did you have a conversation with anyone who wasn't a lawyer about the possibility of being deposed in this case?

A.      About the possibility of being deposed, no.

Q.      Did you talk with any about -- anyone about the deposition that was not one of the lawyers?

A.      Yes.  I asked other people who had been deposed what their experiences were like.

Q.      Who did you ask?

A.      I asked Arturo Bejar what his experience was like.

I think that was about it.

Q.      Anyone else?

A.      No, I don't think so.

Q.      When did you talk to Arturo?

A.      We -- we've been in touch.  We've known each other for quite some time, so we have talked regularly.  Maybe like a week ago.

Q.      So about a week ago is when you talked with him about the deposition?

A.      No.  I mean, not about the specifics of the deposition.  I was just asking

CERTIFICATE

I HEREBY CERTIFY that the witness was duly sworn by me and that the deposition is a true record of the testimony given by the witness.
It was requested before completion of the deposition that the witness, VAISHNAVI JAYAKUMAR, have the opportunity to read and sign the deposition transcript.

*Michelle L Gray*

_____
MICHELLE L. RIDGWAY,
Certified Shorthand Reporter,
(CA-CSR # 14592)
(Certified Court Reporter
(NJ-CCR # XI02126)
Registered Professional Reporter,
Certified Realtime Reporter
and Notary Public
Dated:  February 4, 2025

(The foregoing certification of this transcript does not apply to any reproduction of the same by any means, unless under the direct control and/or supervision of the certifying reporter.)