# EXHIBIT 45

CONFIDENTIAL

Page 320

SUPERIOR COURT OF THE STATE OF CALIFORNIA
FOR THE COUNTY OF LOS ANGELES

| COORDINATION PROCEEDING SPECIAL | ) | JUDICIAL COUNCIL COORDINATION PROCEEDING NO. 5255 |
|---|---|---|
| TITLE [RULE 3.400] | ) | For Filing |
| SOCIAL MEDIA CASES | ) | Purposes: 22STCV21355 |
| _____ | ) | |
| | ) | |
| THIS DOCUMENT RELATES TO: | ) | Judge: Hon. Carolyn B. Kuhl |
| | ) | |
| ALL ACTIONS | ) | |
| _____ | ) | |

----------------------------------------------------
CAPTIONS CONTINUE ON FOLLOWING PAGE
----------------------------------------------------
—— —— ——
Thursday, December 11, 2025
—— —— ——
CONFIDENTIAL - PROTECTIVE ORDER MATERIAL

Continuing Video-Recorded Oral Deposition of ARTURO BEJAR, VOLUME 2, held at the offices of Baker Botts LLP, 1001 Page Mill Road, 2nd Floor, Palo Alto, California commencing at 9:13 AM to PST on the above date, before Michael E. Miller, Fellow of the Academy of Professional Reporters, Certified Court Reporter, Registered Diplomate Reporter, Certified Realtime Reporter and California CSR #13649.
—— —— ——
GOLKOW - VERITEXT
877.370.DEPS | fax 917.591.5672
deps@golkow.com

CONFIDENTIAL

Page 321

_____

COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, ss        SUPERIOR COURT

BUSINESS LITIGATION SESSION

_____

COMMONWEALTH OF MASSACHUSETTS, |

|

Plaintiff,              |    CIVIL ACTION NO.

|    2384CV02397-BLS1

v.                         |

|

META PLATFORMS, INC. and    |

INSTAGRAM, LLC.              |

|

Defendant.            |

_____

CONFIDENTIAL

Page 322

A P P E A R A N C E S:

WAGSTAFF & CARTMELL LLP
BY:  THOMAS P. CARTMELL, ESQUIRE
        tcartmell@wcllp.com
        J. KIRK GOZA, ESQUIRE
        jgoza@wcllp.com
        JACK T. HYDE, ESQUIRE (via Zoom)
        jhyde@wcllp.com
        MAUREEN K. MURPHY (via Zoom)
        mmurphy@wcllp.com
4740 Grand Avenue
Suite 300
Kansas City, Missouri 64112
(816)701-1100
-and-
GOZA HONNOLD LLC
BY:  KIRK J. GOZA, ESQUIRE (via Zoom)
        kgoza@gohonlaw.com
9500 Nall Avenue
Suite 400
Overland Park, Kansas 66207
(913)451-3433
-and-
MORGAN & MORGAN PA
BY:  BETH BILSBORROW, ESQUIRE (via Zoom)
        bbilsborrow@forthepeople.com
350 5th Avenue
Suite 6705
New York, New York 10118
(212)738-6299
Counsel for MDL and JCCP Plaintiffs

OFFICE OF THE TENNESSEE ATTORNEY GENERAL
BY:  CHRIS DUNBAR, ESQUIRE
        chris.dunbar@ag.tn.gov
        BRIAN PHELPS, ESQUIRE (via Zoom)
        brian.phelps@ag.tn.gov
P.O. Box 20207
Nashville, Tennessee 37202-0207
(615)741-3491
Counsel for State of Tennessee, Office of the
Attorney General & Reporter

CONFIDENTIAL

Page 323

A P P E A R A N C E S:

THE COMMONWEALTH OF MASSACHUSETTS, OFFICE
OF THE ATTORNEY GENERAL
BY:  DOUGLAS MARTLAND, ESQUIRE
        douglas.martland@mass.gov
        CHRISTINA CHAN, ESQUIRE (via Zoom)
        christina.chan@mass.gov
One Ashburton Place, 18th Floor
Boston, Massachusetts 02108
(617)963-2912
Counsel for the Commonwealth of Massachusetts

CALIFORNIA OFFICE OF THE ATTORNEY GENERAL
BY:  MEGAN O'NEILL, ESQUIRE (via Zoom)
        megan.oneill@doj.ca.gov
        BRENDAN RUDDY, ESQUIRE (via Zoom)
        brendan.ruddy@doj.ca.gov
455 Golden Gate Avenue
Suite 1100
San Francisco, California 94102
(415)510-4400
Counsel for State of California

OFFICE OF THE COLORADO ATTORNEY GENERAL
BY:  KRISTA BATCHELDER, ESQUIRE
        krista.batchelder@coag.gov
        CORIN STIGALL, ESQUIRE (via Zoom)
        corin.stigall@coag.gov
        SHAHEEN SHEIKH, ESQUIRE (via Zoom)
        shaheen.sheikh@coag.gov
Ralph L. Carr Judicial Building
1300 Broadway, 10th Floor
Denver, Colorado 80203
(720)508-6000
Counsel for the State of Colorado

OFFICE OF THE WASHINGTON ATTORNEY GENERAL
BY:  CLAIRE MCNAMARA, ESQUIRE (via Zoom)
        claire.mcnamara@atg.wa.gov
800 Fifth Avenue
Suite 2000
Seattle, Washington 98104
(206)464-7744
Counsel for the State of Washington

CONFIDENTIAL

Page 324

A P P E A R A N C E S:

OFFICE OF THE WEST VIRGINIA ATTORNEY GENERAL
BY:  ABBY CUNNINGHAM, ESQUIRE (via Zoom)
      abby.g.cunningham@wvago.gov
P.O. Box 1789
Charleston, West Virginia 25326
(304)558-8986
Counsel for the State of West Virginia


KENTUCKY OFFICE OF THE ATTORNEY GENERAL
BY:  ZACHARY RICHARDS, ESQUIRE (via Zoom)
      zach.richards@ky.gov
1024 Capital Center Drive
Suite 200
Frankfort, Kentucky 40601
(502)696-5300
Counsel for the State of Kentucky


OFFICE OF THE NEW YORK ATTORNEY GENERAL
BY:  NATHANIEL KOSSLYN, ESQUIRE (via Zoom)
      nathaniel.kosslyn@ag.ny.gov
The Capitol
Albany, New York 12224
(800)771-7755
Counsel for the State of New York


EILAND & BONNIN PC
BY:  CRAIG EILAND, ESQUIRE (via Zoom)
      ceiland@eilandlaw.com
      DAVID BONNIN, ESQUIRE (via Zoom)
      dbonnin@eilandlaw.com
1220 Colorado Street
Suite 300
Austin, Texas 78701
(512)482-3260
Counsel for Plaintiffs Barbers Hill ISD and
other Texas Independent School Districts

CONFIDENTIAL

Page 325

A P P E A R A N C E S:

COVINGTON & BURLING LLP
BY:   DAVID N. SNEED, ESQUIRE
      dsneed@cov.com
      MARCELA INTERIANO, ESQUIRE (via Zoom)
      miteriano@cov.com
One City Center
Washington, DC 20001
(202)662-6000

-and-

COVINGTON & BURLING LLP
BY:   QUAID FREEMAN, ESQUIRE
      qfreeman@cov.com
3000 El Camino Real
5 Palo Alto Square, 10th Floor
Palo Alto, California 94306
(650)632-4700

-and-

COVINGTON & BURLING LLP
BY:   PATRICK W. NUTTER, ESQUIRE (via Zoom)
      pnutter@cov.com
1999 Avenue of the Stars
Los Angeles, California 90067
(424)332-4800
Counsel for Defendants Meta Platforms, Inc.
f/k/a Facebook, Inc.; Facebook Holdings, LLC;
Facebook Operations, LLC; Facebook Payments, Inc.;
Facebook Technologies, LLC; Instagram, LLC;
Siculus, Inc.; Mark Elliot Zuckerberg

MUNGER TOLLES & OLSON LLP
BY:   GARRETT SOLBERG, ESQUIRE (via Zoom)
      garrett.solberg@mto.com
350 South Grand Avenue
50th Floor
Los Angeles, California 90071
(213)683-9100
Counsel for Defendant Snap Inc.

CONFIDENTIAL

Page 326

A P P E A R A N C E S:
    WILSON SONSINI GOODRICH & ROSATI LLP
    BY:   LAURA HERNANDEZ, ESQUIRE (via Zoom)
          lhernandez@wsgr.com
    One Market Plaza
    Spear Tower, Suite 3300
    San Francisco, California 94105
    (415)947-2000
    Counsel for Defendants YouTube LLC and
    Google, LLC


    BAKER BOTTS LLP
    BY:   MICHAEL W. WARD, ESQUIRE
          michael.ward@bakerbotts.com
    1001 Page Mill Road
    Building One, Suite 200
    Palo Alto, California 94304
    (650)739-7500
    -and-
    BAKER BOTTS LLP
    BY:   CHINMAYI MANJUNATH, ESQUIRE
          chinmayi.manjunath@bakerbotts.com
    101 California Street
    Suite 3200
    San Francisco, California 94111
    (415)291-6200
    Counsel for The Witness

ALSO PRESENT:
    KATHLEEN HUDNALL, PARALEGAL
    Wagstaff & Cartmell LLP

    LUCY MALONE, PARALEGAL (via Zoom)
    Wagstaff & Cartmell LLP
    SYLVIA HUANG, ESQUIRE (via Zoom)
    Meta Platforms Inc.

    CORRINE GILCHRIST, ESQUIRE (via Zoom)
    Office the Indiana Attorney General

CONFIDENTIAL

Page 451

Meta employee that you have communicated, with respect to what you did in March 2025?

A.     No, after that, I -- and the Multiblock bug, which was found later by Cybersecurity for Democracy, it's generally something that I would have actually e-mailed Sayed about because the goal in writing to him was to get the issues fixed as quickly as possible, because, again, I know the importance of timeliness of addressing these issues and particularly around safety features.

But based on the conversation -- because also, I will say I communicated with Sayed over the years about many issues, because I worked with him when I was there, and so I had to submit the Multiblock bug using the Instagram bug reporting feature, because I wanted to be careful.

Q.     Did you communicate with any Meta employees about your work in relation to the Heat Initiative report, which is Exhibit 13?

A.     I do not believe that I did.

CONFIDENTIAL

Page 452

Q.    Okay.  Did you communicate with any former Meta employees with respect to the Fairplay work that you were doing in March of 2025?

MR. CARTMELL:  Object to the form.

MR. WARD:  Yeah.

THE WITNESS:  Sorry?

MR. WARD:  I think we object pursuant to Magistrate Kang's order about communications with former Meta employees.

MR. SNEED:  All right.  I'll withdraw the question.  I'll withdraw the question, okay?  And we'll have further interaction around that.

Okay.  All right.

BY MR. SNEED:

Q.    Heat Initiative -- do you have Exhibit 13 in front of you?

A.    I do now.

Q.    Okay.  And this is the report called Instagram Teen Accounts Are Missing the Mark.

Do you see that?

CONFIDENTIAL

Page 453

A.    Yes, I do.

Q.    Are you familiar with the Heat Initiative's mission statement?

A.    Haven't you already asked me that earlier?

Q.    I'm just asking you if you are.

A.    I remember the question that you said earlier.

Q.    All right.  Let me mark as Exhibit 21 a document.

(Whereupon, Behar-21, Heat Initiative Web Page, Our Work: Turning Up the Heat on Big Tech, was marked for identification.)

BY MR. SNEED:

Q.    I'll represent this is from the Heat Initiative website.

You see the document at the top, it has the Heat Initiative logo?

A.    I do see that.

Q.    And then middle of the page it says Our Current Targets.

Do you see that?

A.    I see that.

Q.    And do you see that Meta is

CONFIDENTIAL

Page 533

                    CERTIFICATE

          I, MICHAEL E. MILLER, Fellow of
the Academy of Professional Reporters,
Registered Diplomate Reporter, Certified
Realtime Reporter, Certified Court Reporter
and Notary Public, do hereby certify that
prior to the commencement of the examination,
ARTURO BEJAR was duly sworn by me to testify
to the truth, the whole truth and nothing but
the truth.

          I DO FURTHER CERTIFY that the
foregoing is a verbatim transcript of the
testimony as taken stenographically by and
before me at the time, place and on the date
hereinbefore set forth, to the best of my
ability.

          I DO FURTHER CERTIFY that I am
neither a relative nor employee nor attorney
nor counsel of any of the parties to this
action, and that I am neither a relative nor
employee of such attorney or counsel, and
that I am not financially interested in the
action.

_____
MICHAEL E. MILLER, FAPR, RDR, CRR
Fellow of the Academy of Professional Reporters
NCRA Registered Diplomate Reporter
NCRA Certified Realtime Reporter
California CSR #13649
Dated: December 12, 2025