Ashley M. Simonsen (Bar No. 275203)
COVINGTON & BURLING LLP
1999 Avenue of the Stars
Los Angeles, California 90067
Telephone: (424) 332-4800
Facsimile: (424) 332-4749
Email: asimonsen@cov.com

*Attorney for Defendant Meta Platforms, Inc. f/k/a*
*Facebook, Inc.*

*[Additional counsel listed on signature pages]*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates To:<br><br>*People of the State of California, et al. v. Meta Platforms, Inc. et al.* | MDL No. 3047<br><br>Case Nos.: 4:22-md-03047-YGR<br>4:23-cv-05448-YGR<br><br>**NOTICE OF ERRATA RE META'S MOTION FOR SPOLIATION SANCTIONS PRECLUDING STATE AGS FROM CALLING THIRD-PARTY WITNESS ARTURO BEJAR AT TRIAL OR, IN THE ALTERNATIVE, FOR ADVERSE-INFERENCE INSTRUCTIONS (ECF 511 (3347))**<br><br>Judge: Hon. Yvonne Gonzalez Rogers<br>Magistrate Judge: Hon. Peter H. Kang<br><br>Date: August 13, 2026<br>Time:  8:00 AM<br>Place: Courtroom 1, 4th Floor |

Meta submits this Notice of Errata to correct certain typographical and citation errors/ discrepancies identified in Meta's *Motion for Spoliation Sanctions Precluding State AGs From Calling Third-Party Witness Arturo Bejar at Trial or, in the Alternative, for Adverse-Inference Instructions*, filed yesterday at ECF 511 (3347) (the "**Motion**"), and supporting documents.

**Exhibit A** hereto contains a redlined copy of the Motion with the corrections shown in tracked changes.

**Exhibit B** hereto contains a redlined copy of the Declaration of Ashley M. Simonsen, filed at ECF 512 (3348) ("**Simonsen Declaration**"), with the corrections shown in tracked changes.

Attached hereto is a corrected **Exhibit 20**, originally filed at ECF 512-20 (3348-20), updated to include pages that were inadvertently omitted from the version filed yesterday.

Attached hereto is a corrected **Exhibit 45**, originally filed at ECF 512-45 (3348-45), updated to reflect the pages corresponding to the (corrected) pincite on page 10 of the Motion.

In addition, Meta wishes to provide the following explanation/clarification:

- Page 2 of the Motion incorrectly placed quotation marks around the following language *paraphrasing* a statement made by counsel for the State AGs during an August 5, 2026 conferral: "Third parties have no duty to preserve." As explained in paragraph 31 of the Simonsen Declaration—and consistent with the quoted language that appears later in the Motion on pages 11 and 18—counsel's actual words, according to contemporaneous notes taken, were: "he's not a party to the case so I don't think he has any preservation obligations."

- As explained in paragraph 23 of the Simonsen Declaration, footnote 5 on page 8 of Meta's Motion mistakenly referred to "Ms. Jayakumar" rather than to "Ms. Lee" (i.e., former Meta employee Alison Lee) as the individual whom Meta believes—based on the testimony appearing on page 1711:8–17 of Exhibit 8—may also have communicated with Mr. Bejar via Signal ephemeral messaging.

- Page 6 of the Motion and paragraph 26 of the Simonen Declaration incorrectly stated that Mr. Bejar testified over the course of *two* days in the Tennessee trial. As the Motion correctly stated at pages 1 and 9, Mr. Bejar testified over the course of *four* days in that trial.

NOTICE OF ERRATA RE META'S MOTION FOR SPOLIATION SANCTIONS PRECLUDING STATE AGS FROM CALLING THIRD-PARTY WITNESS ARTURO BEJAR AT TRIAL OR, IN THE ALTERNATIVE, FOR ADVERSE-INFERENCE INSTRUCTIONS ECF 511 (3347)
4:22-md-03047-YGR; 4:23-cv-05448-YGR

- Exhibit pincites in the Simonsen Declaration are to the "PDF page" number(s) of the exhibit—*i.e.*, the page number that would be displayed in Adobe or other PDF reader when that page is visible in the reader, which counts the slip sheet/exhibit cover sheet as page 1. *See, e.g.*, Simonsen Decl. ¶ 32 (citing "**Ex. 7 at PDF page 2**"). However, exhibit pincites in the Motion are to the sequential page(s) of the *exhibit* only, *not including* the slip sheet/exhibit cover sheet. *See, e.g.*, Motion at 2 (citing "Ex. 7 at 1"). So, for example, "Ex. 7 at 1" as cited in the Motion would be equivalent to "Ex. 7 at PDF page 2" as cited in the Simonsen Declaration.

DATED:  August 8, 2026

Respectfully submitted,

By:     */s/ Ashley M. Simonsen*

Ashley M. Simonsen (Bar No. 275203)
COVINGTON & BURLING LLP
1999 Avenue of the Stars
Los Angeles, California 90067
Telephone: (424) 332-4800
Facsimile: (424) 332-4749
Email: asimonsen@cov.com

Paul W. Schmidt, *pro hac vice*
Timothy C. Hester, *pro hac vice*
COVINGTON & BURLING LLP
One City Center
850 Tenth Street, NW
Washington, DC 20001-4956
Telephone: (202) 662-6000
Facsimile: (202) 662-6291
Email: pschmidt@cov.com
Email: thester@cov.com

*Attorneys for Defendant Meta Platforms, Inc.
f/k/a Facebook, Inc.*

NOTICE OF ERRATA RE META'S MOTION FOR SPOLIATION SANCTIONS PRECLUDING STATE AGS FROM CALLING THIRD-PARTY WITNESS ARTURO BEJAR AT TRIAL OR, IN THE ALTERNATIVE, FOR ADVERSE-INFERENCE INSTRUCTIONS ECF 511 (3347)
4:22-md-03047-YGR; 4:23-cv-05448-YGR