# EXHIBIT 45

CONFIDENTIAL

Page 320

SUPERIOR COURT OF THE STATE OF CALIFORNIA
FOR THE COUNTY OF LOS ANGELES

COORDINATION PROCEEDING      )    JUDICIAL COUNCIL
SPECIAL                      )    COORDINATION
                             )    PROCEEDING NO. 5255
TITLE [RULE 3.400]           )
                             )    For Filing
SOCIAL MEDIA CASES           )    Purposes:
_____ )   22STCV21355
                             )
THIS DOCUMENT RELATES        )    Judge: Hon.
TO:                          )    Carolyn B. Kuhl
                             )
ALL ACTIONS                  )
_____ )

--------------------------------------------------
        CAPTIONS CONTINUE ON FOLLOWING PAGE
--------------------------------------------------
                    __ __ __
        Thursday, December 11, 2025
                    __ __ __
      CONFIDENTIAL - PROTECTIVE ORDER MATERIAL

        Continuing Video-Recorded Oral
Deposition of ARTURO BEJAR, VOLUME 2, held at
the offices of Baker Botts LLP, 1001 Page
Mill Road, 2nd Floor, Palo Alto, California
commencing at 9:13 AM to PST on the above
date, before Michael E. Miller, Fellow of the
Academy of Professional Reporters, Certified
Court Reporter, Registered Diplomate
Reporter, Certified Realtime Reporter and
California CSR #13649.
                    __ __ __
              GOLKOW - VERITEXT
        877.370.DEPS | fax 917.591.5672
              deps@golkow.com

CONFIDENTIAL

Page 321

_____

COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, ss          SUPERIOR COURT

BUSINESS LITIGATION SESSION

_____

COMMONWEALTH OF MASSACHUSETTS, |
                                |
      Plaintiff,                |     CIVIL ACTION NO.
                                |     2384CV02397-BLS1
v.                              |
                                |
META PLATFORMS, INC. and        |
INSTAGRAM, LLC.                 |
                                |
      Defendant.                |
_____

CONFIDENTIAL

Page 322

A P P E A R A N C E S:

WAGSTAFF & CARTMELL LLP
BY:   THOMAS P. CARTMELL, ESQUIRE
          tcartmell@wcllp.com
      J. KIRK GOZA, ESQUIRE
      jgoza@wcllp.com
      JACK T. HYDE, ESQUIRE (via Zoom)
      jhyde@wcllp.com
      MAUREEN K. MURPHY (via Zoom)
      mmurphy@wcllp.com
4740 Grand Avenue
Suite 300
Kansas City, Missouri 64112
(816)701-1100
-and-
GOZA HONNOLD LLC
BY:   KIRK J. GOZA, ESQUIRE (via Zoom)
      kgoza@gohonlaw.com
9500 Nall Avenue
Suite 400
Overland Park, Kansas 66207
(913)451-3433
-and-
MORGAN & MORGAN PA
BY:   BETH BILSBORROW, ESQUIRE (via Zoom)
      bbilsborrow@forthepeople.com
350 5th Avenue
Suite 6705
New York, New York 10118
(212)738-6299
Counsel for MDL and JCCP Plaintiffs

OFFICE OF THE TENNESSEE ATTORNEY GENERAL
BY:   CHRIS DUNBAR, ESQUIRE
      chris.dunbar@ag.tn.gov
      BRIAN PHELPS, ESQUIRE (via Zoom)
      brian.phelps@ag.tn.gov
P.O. Box 20207
Nashville, Tennessee 37202-0207
(615)741-3491
Counsel for State of Tennessee, Office of the
Attorney General & Reporter

CONFIDENTIAL

Page 323

A P P E A R A N C E S:
THE COMMONWEALTH OF MASSACHUSETTS, OFFICE
OF THE ATTORNEY GENERAL
BY:  DOUGLAS MARTLAND, ESQUIRE
        douglas.martland@mass.gov
        CHRISTINA CHAN, ESQUIRE (via Zoom)
        christina.chan@mass.gov
One Ashburton Place, 18th Floor
Boston, Massachusetts 02108
(617)963-2912
Counsel for the Commonwealth of Massachusetts

CALIFORNIA OFFICE OF THE ATTORNEY GENERAL
BY:  MEGAN O'NEILL, ESQUIRE (via Zoom)
        megan.oneill@doj.ca.gov
        BRENDAN RUDDY, ESQUIRE (via Zoom)
        brendan.ruddy@doj.ca.gov
455 Golden Gate Avenue
Suite 1100
San Francisco, California 94102
(415)510-4400
Counsel for State of California

OFFICE OF THE COLORADO ATTORNEY GENERAL
BY:  KRISTA BATCHELDER, ESQUIRE
        krista.batchelder@coag.gov
        CORIN STIGALL, ESQUIRE (via Zoom)
        corin.stigall@coag.gov
        SHAHEEN SHEIKH, ESQUIRE (via Zoom)
        shaheen.sheikh@coag.gov
Ralph L. Carr Judicial Building
1300 Broadway, 10th Floor
Denver, Colorado 80203
(720)508-6000
Counsel for the State of Colorado

OFFICE OF THE WASHINGTON ATTORNEY GENERAL
BY:  CLAIRE MCNAMARA, ESQUIRE (via Zoom)
        claire.mcnamara@atg.wa.gov
800 Fifth Avenue
Suite 2000
Seattle, Washington 98104
(206)464-7744
Counsel for the State of Washington

CONFIDENTIAL

Page 324

A P P E A R A N C E S:

OFFICE OF THE WEST VIRGINIA ATTORNEY GENERAL
BY:  ABBY CUNNINGHAM, ESQUIRE (via Zoom)
     abby.g.cunningham@wvago.gov
P.O. Box 1789
Charleston, West Virginia 25326
(304)558-8986
Counsel for the State of West Virginia


KENTUCKY OFFICE OF THE ATTORNEY GENERAL
BY:  ZACHARY RICHARDS, ESQUIRE (via Zoom)
     zach.richards@ky.gov
1024 Capital Center Drive
Suite 200
Frankfort, Kentucky 40601
(502)696-5300
Counsel for the State of Kentucky


OFFICE OF THE NEW YORK ATTORNEY GENERAL
BY:  NATHANIEL KOSSLYN, ESQUIRE (via Zoom)
     nathaniel.kosslyn@ag.ny.gov
The Capitol
Albany, New York 12224
(800)771-7755
Counsel for the State of New York


EILAND & BONNIN PC
BY:  CRAIG EILAND, ESQUIRE (via Zoom)
     ceiland@eilandlaw.com
     DAVID BONNIN, ESQUIRE (via Zoom)
     dbonnin@eilandlaw.com
1220 Colorado Street
Suite 300
Austin, Texas 78701
(512)482-3260
Counsel for Plaintiffs Barbers Hill ISD and
other Texas Independent School Districts

CONFIDENTIAL

Page 325

A P P E A R A N C E S:

COVINGTON & BURLING LLP
BY:   DAVID N. SNEED, ESQUIRE
         dsneed@cov.com
         MARCELA INTERIANO, ESQUIRE (via Zoom)
         miteriano@cov.com
One City Center
Washington, DC 20001
(202)662-6000

-and-

COVINGTON & BURLING LLP
BY:   QUAID FREEMAN, ESQUIRE
         qfreeman@cov.com
3000 El Camino Real
5 Palo Alto Square, 10th Floor
Palo Alto, California 94306
(650)632-4700

-and-

COVINGTON & BURLING LLP
BY:   PATRICK W. NUTTER, ESQUIRE (via Zoom)
         pnutter@cov.com
1999 Avenue of the Stars
Los Angeles, California 90067
(424)332-4800
Counsel for Defendants Meta Platforms, Inc.
f/k/a Facebook, Inc.; Facebook Holdings, LLC;
Facebook Operations, LLC; Facebook Payments, Inc.;
Facebook Technologies, LLC; Instagram, LLC;
Siculus, Inc.; Mark Elliot Zuckerberg

MUNGER TOLLES & OLSON LLP
BY:   GARRETT SOLBERG, ESQUIRE (via Zoom)
         garrett.solberg@mto.com
350 South Grand Avenue
50th Floor
Los Angeles, California 90071
(213)683-9100
Counsel for Defendant Snap Inc.

CONFIDENTIAL

Page 326

A P P E A R A N C E S:

WILSON SONSINI GOODRICH & ROSATI LLP
BY:  LAURA HERNANDEZ, ESQUIRE (via Zoom)
     lhernandez@wsgr.com
One Market Plaza
Spear Tower, Suite 3300
San Francisco, California 94105
(415)947-2000
Counsel for Defendants YouTube LLC and
Google, LLC

BAKER BOTTS LLP
BY:  MICHAEL W. WARD, ESQUIRE
     michael.ward@bakerbotts.com
1001 Page Mill Road
Building One, Suite 200
Palo Alto, California 94304
(650)739-7500
-and-
BAKER BOTTS LLP
BY:  CHINMAYI MANJUNATH, ESQUIRE
     chinmayi.manjunath@bakerbotts.com
101 California Street
Suite 3200
San Francisco, California 94111
(415)291-6200
Counsel for The Witness

ALSO PRESENT:
KATHLEEN HUDNALL, PARALEGAL
Wagstaff & Cartmell LLP

LUCY MALONE, PARALEGAL (via Zoom)
Wagstaff & Cartmell LLP
SYLVIA HUANG, ESQUIRE (via Zoom)
Meta Platforms Inc.

CORRINE GILCHRIST, ESQUIRE (via Zoom)
Office the Indiana Attorney General

CONFIDENTIAL

Page 447

case?

MR. WARD:  Objection, calls for a legal conclusion.

A.    I -- any conversations I have with my counsel, I always honor and follow. Very careful about that.

BY MR. SNEED:

Q.    I'm not asking you about communications with your counsel in this question.

I'm asking you:  Do you have an understanding that you have an obligation to preserve the documents and e-mails and communications that you have related to your work as an expert in this case?

MR. WARD:  Objection, calls for a legal conclusion, and the communications with counsel, I instruct the witness not to answer.

MR. SNEED:  You instruct the witness not to answer?

Are you going to follow your counsel's instruction not to answer that question?

THE WITNESS:  Yes, I will.

CONFIDENTIAL

Page 533

                        CERTIFICATE
               I, MICHAEL E. MILLER, Fellow of
the Academy of Professional Reporters,
Registered Diplomate Reporter, Certified
Realtime Reporter, Certified Court Reporter
and Notary Public, do hereby certify that
prior to the commencement of the examination,
ARTURO BEJAR was duly sworn by me to testify
to the truth, the whole truth and nothing but
the truth.
               I DO FURTHER CERTIFY that the
foregoing is a verbatim transcript of the
testimony as taken stenographically by and
before me at the time, place and on the date
hereinbefore set forth, to the best of my
ability.

               I DO FURTHER CERTIFY that I am
neither a relative nor employee nor attorney
nor counsel of any of the parties to this
action, and that I am neither a relative nor
employee of such attorney or counsel, and
that I am not financially interested in the
action.

_____
MICHAEL E. MILLER, FAPR, RDR, CRR
Fellow of the Academy of Professional Reporters
NCRA Registered Diplomate Reporter
NCRA Certified Realtime Reporter
California CSR #13649
Dated: December 12, 2025