CAND Pay.gov Application for Refund (rev. 3/2025)

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

# APPLICATION FOR REFUND (USDC-CAND PAY.GOV)

## PAY.GOV TRANSACTION DETAILS

*IMPORTANT*:
- *Complete all required fields (shown in red\*); otherwise, your request may be denied and require resubmission.*
- *The information for the required receipt fields can be found in the Pay.gov screen receipt or confirmation email.*

1.  **Your Name\*:**
2.  **Your Email Address\*:**
3.  **Receipt Agency Tracking ID for Refund\*:**
4.  **Transaction Date for Refund\*:**
5.  **Transaction Amount to be Refunded\*:**
6.  **Receipt Agency Tracking ID for Correct Receipt Number on Docket\*:**
7.  **Your Phone Number:**
8.  **Full Case Number (if applicable):**

**9. Fee Type:\***

☐ **Attorney Admission**
☐ **Civil Case Filing**
☐ **Audio Recording**
☐ **Notice of Appeal**
☐ **Pro Hac Vice**
☐ **Writ of Habeas Corpus**
☐ **Other: _____**

10. **Reason for Refund Request\*:** *Explain in detail what happened to cause duplicate charges, no fee required, etc.*

☐ **Duplicate Charge**      ☐ **No Fee Required for Filing**      ☐ **Other**

*If you paid a filing fee using an abandoned case number, note that case number here and e-file the refund request in the **open** case.*

✓ **Efile this form: OTHER FILINGS → OTHER DOCUMENTS → APPLICATION FOR REFUND.**

View detailed instructions at: cand.uscourts.gov/ecf/payments.

Assistance: Contact the ECF Help Desk at 1-866-638-7829 or ecfhelpdesk@cand.uscourts.gov Monday - Friday 9:00 a.m.-4:00 p.m.

| FOR U.S. DISTRICT COURT USE ONLY | |
|---|---|
| Refund request: ☐ Approved    ☐ Denied    ☐ Denied – Resubmit amended application (see reason for denial) | |
| Approval/denial date: | *APPROVED* |
| Pay.gov refund tracking ID refunded: | *By Ana Banares at 5:16 pm, Aug 04, 2026* |
| Date refund processed: | |
| Request approved/denied by: | |
| Agency refund tracking ID number: | |
| Refund processed by: | |
| Reason for denial (if applicable): | |
| Referred for OSC date (if applicable): | |