**NORTHERN DISTRICT OF CALIFORNIA**
<u>**CIVIL MINUTES**</u>

| **Date:** August 10, 2026 | **Time:** 19 minutes | **Judge:** YVONNE GONZALEZ ROGERS |
|---|---|---|
| **Case No.:** 22-md-03047-YGR<br><br>23-cv-05448-YGR | **Case Name:** In Re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation<br>People of the State of California v. Meta Platforms, Inc. et al | |

**Attorney for Plaintiff:** Jason Slothouber and Megan O'Neill; via Zoom
**Attorney for Defendant:** Paul Schmidt and Ashley Simonsen; via Zoom

**Deputy Clerk:** Edwin Angelo A. Cuenco          **Court Reporter:** Not Reported

**PROCEEDINGS**

Status Conference – Held via Zoom.

The Court met with the parties re status of the case and administrative matters for the jury trial.

Parties are ordered to submit the following to the Courtroom Deputy;
1.  A list of attorneys/staff who will be coming in at 8:00 a.m. for the duration of the trial.
2.  The name of the person designated to check the said list outside the courthouse main entrance every morning.

Any updates to this list will be submitted to the Courtroom Deputy.

All motion hearings set for August 13, 2026, at 8:00 a.m. are reset to 1:00 p.m.