**Attorneys for the State AGs**

| Name | Signature | State AG | Email Address |
|---|---|---|---|
| Reagan Healey | /s/Reagan Healey | Arizona | reagan.healey@azag.gov |
| Nayha Arora | /s/Nayha Arora | Califonia | nayha.arora@doj.ca.gov |
| Brendan Ruddy | /s/ Brendan Ruddy | California | brendan.ruddy@doj.ca.gov |
| Megan O'Neill | /s/ Megan O'Neill | California | megan.oneill@doj.ca.gov |
| Nicklas Akers | /s/ Nicklas Akers | California | nicklas.akers@doj.ca.gov |
| Emily Kalanithi | /s/Emily Kalanithi | California | emily.kalanithi@doj.ca.gov |
| Joshua Olszewski-Jubelirer | /s/ Joshua Olszewski-Jubelirer | California | Joshua.OlszewskiJubelirer@doj.ca,gov |
| Samantha Beckett | /s/ Samantha Beckett | California | Samantha.Beckett@doj.ca.gov |
| Katherine Read | /s/Katherine Read | California | Katherine.Read@doj.ca.gov |
| Bernard Eskandari | /s/Bernard Eskandari | California | Bernard.Eskandari@doj.ca.gov |
| David Beglin | /s/David Beglin | California | david.beglin@doj.ca.gov |
| Jordan Hefcart | /s/Jordan Hefcart | California | jordan.hefcart@doj.ca.gov |
| Pauline Ryan | /s/Pauline Ryan | California | pauline.ryan@doj.ca.gov |
| Steven Kaufmann | /s/ Steven Kaufmannn | Colorado | steve.kaufmann@coag.gov |
| Krista Batchelder | /s/ Krista Batchelder | Colorado | krista.batchelder@coag.gov |
| Daniel Rheiner | /s/ Daniel Rheiner | Colorado | Danny.Rheiner@coag.gov |
| Megan Paris Rundlet | /s/ Megan Paris Rundlet | Colorado | megan.rundlet@coag.gov |
| Shaheen Sheikh | /s/ Shaheen Sheikh | Colorado | Shaheen.Sheikh@coag.gov |
| Shannon Stevenson | /s/ Shannon Stevenson | Colorado | shannon.stevenson@coag.gov |
| Elizabeth Orem | /s/ Elizabeth Orem | Colorado | beth.orem@coag.gov |
| Tess Schneider | /s/ Tess Schneider | Connecticut | Tess.Schneider@ct.gov |
| Krislyn Launer | /s/ Krislyn Launer | Connecticut | krislyn.launer@ct.gov |
| Rebecca Borné | /s/ Rebecca Borné | Connecticut | rebecca.borne@ct.gov |
| Ryan T. Costa | /s/ Ryan T. Costa | Delaware | ryan.costa@delaware.gov |
| Christopher J.I. Leong | /s/ Christopher J.I. Leong | Hawaii | christopher.ji.leong@hawaii.gov |
| Kelcie K. Nagata | /s/ Kelcie K. Nagata | Hawaii | kelcie.k.nagata@hawaii.gov |
| Douglas S. Chin | /s/ Douglas S. Chin | Hawaii | dchin@starnlaw.com |
| John W. Kelly | /s/ John W. Kelly | Hawaii | jkelly@starnlaw.com |
| Stephanie N. Guyon | /s/ Stephanie N. Guyon | Idaho | stephanie.guyon@ag.idaho.gov |
| Matthew C. Davies | /s/ Matthew C. Davies | Illinois | matthew.davies@ilag.gov |
| Daniel B. Roth | /s/Daniel B. Roth | Illinois | daniel.roth@ilag.gov |
| Meera Khan | /s/ Meera Khan | Illinois | meera.khan@ilag.gov |
| Emily María Migliore | /s/ Emily María Migliore | Illinois | emily.migliore@ilag.gov |
| Mark Snodgrass | /s/ Mark Snodgrass | Indiana | mark.snodgrass@atg.in.gov |
| Corinne Gilchrist | /s/ Corinne Gilchrist | Indiana | corinne.gilchrist@atg.in.gov |
| Scott Barnhart | /s/ Scott Barnhart | Indiana | scott.barnhart@atg.in.gov |
| David H. Thompson | /s/ David H. Thompson | Kansas | dthompson@cooperkirk.com |
| Sarah Dietz | /s/Sarah Dietz | Kansas | sarah.dietz@ag.ks.gov |
| Matthew Cocanougher | /s/ Matthew Cocanougher | Kentucky | matthew.cocanougher@ky.gov |
| Gary W. Thompson | /s/ Gary W. Thompson | Kentucky | gary.thompson@ky.gov |
| Zachary Richards | /s/ Zachary Richards | Kentucky | zach.richards@ky.gov |
| Daniel Keiser | /s/ Daniel I. Keiser | Kentucky | daniel.keiser@ky.gov |
| J. Christian Lewis | /s/ J. Christian Lewis | Kentucky | christian.lewis@ky.gov |
| Philip Heleringer | /s/ Philip Heleringer | Kentucky | philip.heleringer@ky.gov |
| Russel Coleman | /s/ Russell Coleman | Kentucky | ag.coleman@ky.gov |
| Justin Clark | /s/ Justin Clark | Kentucky | justindclark@ky.gov |
| Robert Duncan | /s/ Robert Duncan | Kentucky | robertmduncan@ky.gov |
| Kevin Grout | /s/ Kevin Grout | Kentucky | kevin.grout@ky.gov |
| Asyl Nachabe | /s/ Asyl Nachabe | Louisiana | NachabeA@ag.louisiana.gov |
| Michael Devine | /s/ Michael Devine | Maine | michael.devine@maine.gov |
| Elizabeth J. Stern | /s/Elizabeth J. Stern | Maryland | estern@oag.maryland.gov |
| Philip D. Ziperman | /s/Philip D. Ziperman | Maryland | pziperman@oag.maryland.gov |

| | | | |
|---|---|---|---|
| Evan Romanoff | /s/ Evan Romanoff | Minnesota | evan.romanoff@ag.state.mn.us |
| Jason Pleggenkuhle | /s/ Jason Pleggenkuhle | Minnesota | jason.pleggenkuhle@ag.state.mn.us |
| Caitlin Micko | /s/ Caitlin Micko | Minnesota | caitlin.micko@ag.state.mn.us |
| Anna Anderson | /s/ Anna Anderson | Nebraska | anna.anderson@nebraska.gov |
| Jennifer Davenport | /s/ Jennifer Davenport | New Jersey | jennifer.davenport@njoag.gov |
| Kashif T. Chand | /s/ Kashif Chand | New Jersey | kashif.chand@law.njoag.gov |
| Thomas Huynh | /s/ Thomas Huynh | New Jersey | thomas.huynh@law.njoag.gov |
| Patrick Misale | /s/ Patrick Misale | New Jersey | patrick.misale@law.njoag.gov |
| Mandy Wang | /s/ Mandy Wang | New Jersey | mandy.wang@law.njoag.gov |
| Verna Pradaxay | /s/ Verna Pradaxay | New Jersey | verna.pradaxay@law.njoag.gov |
| Brian McDonough | /s/ Brian McDonough | New Jersey | brian.mcdonough@law.njoag.gov |
| Nathaniel Kosslyn | /s/ Nathaniel Kosslyn | New York | nathaniel.kosslyn@ag.ny.gov |
| Kunal Choksi | /s/ Kunal Choksi | North Carolina | kchoksi@ncdoj.gov |
| Charles White | /s/ Charles White | North Carolina | cwhite@ncdoj.gov |
| Josh Abram | /s/ Josh Abram | North Carolina | jabram@ncdoj.gov |
| Kevin Walsh | /s/ Kevin Walsh | Ohio | Kevin.Walsh@ohioago.gov |
| Melissa Wright | /s/ Melissa Wright | Ohio | Melissa.Wright@ohioago.gov |
| Melissa Szozda Smith | /s/ Melissa Szozda Smith | Ohio | Melissa.S.Smith@ohioago.gov |
| Michael Ziegler | /s/ Michael Ziegler | Ohio | Michael.Ziegler@ohioago.gov |
| Katherine McKeon | /s/ Katherine McKeon | Oregon | kate.mckeon@doj.oregon.gov |
| John Dunbar | /s/ John Dunbar | Oregon | john.dunbar@doj.oregon.gov |
| Jonathan R. Burns | /s/ Jonathan Burns | Pennsylvania | jburns@attorneygeneral.gov |
| Suzanne Bernstein | /s/ Suzanne Bernstein | Pennsylvania | sberstein@attorneygeneral.gov |
| Alexander Carnevale | /s/ Alexander Carnevale | Rhode Island | acarnevale@riag.ri.gov |
| Megan Rok | /s/ Megan Rok | Rhode Island | mrok@riag.ri.gov |
| Anna C. Smith | /s/ Anna C. Smith | South Carolina | annasmith@scag.gov |
| Jared Q. Libet | /s/ Jared Q. Libet | South Carolina | jlibet@scag.gov |
| Amanda Miiller | /s/ Amanda Miiller | South Dakota | amanda.miiller@state.sd.us |
| Joelle Gotwals | /s/ Joelle Gotwals | Virginia | jgotwals@oag.state.va.us |
| Chandler Crenshaw | /s/ Chandler Crenshaw | Virginia | ccrenshaw@oag.state.va.us |
| Joseph Kanada | /s/ Joseph Kanada | Washington | joe.kanada@atg.wa.gov |
| Claire McNamara | /s/ Claire McNamara | Washington | claire.mcnamara@atg.wa.gov |
| Gardner Reed | /s/ Gardner Reed | Washington | gardner.reed@atg.wa.gov |
| Laurel K. Lackey | /s/ Laurel Lackey | West Virginia | laurel.k.lackey@wvago.gov |
| Abby Cunningham | /s/ Abby Cunningham | West Virginia | abby.g.cunningham@wvago.gov |
| Brittany Copper | /s/ Brittany Copper | Wisconsin | brittany.copper@wisdoj.gov |