# Exhibit A

## ATTESTATION REGARDING REMOTE AUDIOVISUAL ACCESS TO TRIAL

I, _____Jordan Bekier_____, hereby attest as follows:

1. I represent and/or serve as counsel to Meta Platforms, Inc.

2. I understand that access to the remote audiovisual link for the trial in *People of the State of California, et al. v. Meta Platforms, Inc., et al.* (4:23-cv-05448-YGR) is restricted to authorized counsel who have filed this attestation with the Court.

3. I will not share the remote audiovisual access link with any person.

Dated: ____August 10, 2026____, 2026.

Signature: _Jordan Bekier_
Signed by:
903C56EF564F410...

Printed Name: ___Jordan Bekier___

Title: __Associate General Counsel__

Firm/Employer: __Meta Platforms Inc.__

**ATTESTATION REGARDING REMOTE AUDIOVISUAL ACCESS TO TRIAL**

I, ___Wesley Chao_____, hereby attest as follows:

1. I represent and/or serve as counsel to Meta Platforms, Inc.

2. I understand that access to the remote audiovisual link for the trial in *People of the State of California, et al. v. Meta Platforms, Inc., et al.* (4:23-cv-05448-YGR) is restricted to authorized counsel who have filed this attestation with the Court.

3. I will not share the remote audiovisual access link with any person.

Dated: ___August 6___, 2026.          Signature: ___[signature]___

                                       Printed Name: __Wesley Chao__

                                       Title: ___Lead Counsel___

                                       Firm/Employer: __Meta Platforms, Inc.__

**ATTESTATION REGARDING REMOTE AUDIOVISUAL ACCESS TO TRIAL**

I, _____Stacy Chen_____, hereby attest as follows:

1.  I represent and/or serve as counsel to Meta Platforms, Inc.

2.  I understand that access to the remote audiovisual link for the trial in *People of the State of California, et al. v. Meta Platforms, Inc., et al.* (4:23-cv-05448-YGR) is restricted to authorized counsel who have filed this attestation with the Court.

3.  I will not share the remote audiovisual access link with any person.

Dated: _____August 9, 2026_____, 2026.          Signature: _____

Signed by:

0C2D5907A11F47B...

Printed Name: _____Stacy Chen_____

Title: _____Director, Strategic Counsel_____

Firm/Employer: _____Meta_____

## ATTESTATION REGARDING REMOTE AUDIOVISUAL ACCESS TO TRIAL

I, _____Einat Clarke_____, hereby attest as follows:

1.  I represent and/or serve as counsel to Meta Platforms, Inc.

2.  I understand that access to the remote audiovisual link for the trial in *People of the State of California, et al. v. Meta Platforms, Inc., et al.* (4:23-cv-05448-YGR) is restricted to authorized counsel who have filed this attestation with the Court.

3.  I will not share the remote audiovisual access link with any person.

Dated: ___August 9, 2026___, 2026.

Signature: _Einat Clarke_
Signed by:
03B88B00A611437...

Printed Name: __Einat Clarke__

Title: __Director and Associate General Counsel__

Firm/Employer: __Meta__

**ATTESTATION REGARDING REMOTE AUDIOVISUAL ACCESS TO TRIAL**

I, _____Shaun deLacy_____, hereby attest as follows:

1.  I represent and/or serve as counsel to Meta Platforms, Inc.

2.  I understand that access to the remote audiovisual link for the trial in *People of the State of California, et al. v. Meta Platforms, Inc., et al.* (4:23-cv-05448-YGR) is restricted to authorized counsel who have filed this attestation with the Court.

3.  I will not share the remote audiovisual access link with any person.

Dated: ____August 9, 2026____, 2026.

Signature: _Shaun deLacy_
83CD309DA68A4DF...

Printed Name: __Shaun deLacy__

Title: __Associate General Counsel__

Firm/Employer: __Meta Platforms, Inc.__

**ATTESTATION REGARDING REMOTE AUDIOVISUAL ACCESS TO TRIAL**

I, _____Brady Freeman_____, hereby attest as follows:

1. I represent and/or serve as counsel to Meta Platforms, Inc.

2. I understand that access to the remote audiovisual link for the trial in *People of the State of California, et al. v. Meta Platforms, Inc., et al.* (4:23-cv-05448-YGR) is restricted to authorized counsel who have filed this attestation with the Court.

3. I will not share the remote audiovisual access link with any person.

Dated: ____August 9, 2026____, 2026.

Signature: _Brady Freeman_____

Signed by:
25592109E0BA4BD...

Printed Name: __Brady Freeman__

Title: __Director & Assoc. General Counsel, Litigation__

Firm/Employer: __Meta Platforms, Inc.__

**ATTESTATION REGARDING REMOTE AUDIOVISUAL ACCESS TO TRIAL**

I, _____Mel Howard_____, hereby attest as follows:

1. I represent and/or serve as counsel to Meta Platforms, Inc.

2. I understand that access to the remote audiovisual link for the trial in *People of the State of California, et al. v. Meta Platforms, Inc., et al.* (4:23-cv-05448-YGR) is restricted to authorized counsel who have filed this attestation with the Court.

3. I will not share the remote audiovisual access link with any person.

Dated: ___August 9, 2026___, 2026.

Signature: _____
87D248F7A30D400...

Printed Name: _Mel Howard_____

Title: _Director & Head of Legal, Instagram_

Firm/Employer: _Meta_____

**ATTESTATION REGARDING REMOTE AUDIOVISUAL ACCESS TO TRIAL**

I, _Sylvia Huang_ , hereby attest as follows:

1. I represent and/or serve as counsel to Meta Platforms, Inc.

2. I understand that access to the remote audiovisual link for the trial in *People of the State of California, et al. v. Meta Platforms, Inc., et al.* (4:23-cv-05448-YGR) is restricted to authorized counsel who have filed this attestation with the Court.

3. I will not share the remote audiovisual access link with any person.

Dated: _8 / 4_ , 2026.

Signature: _____

Printed Name: _Sylvia Huang_

Title: _Associate General Counsel_

Firm/Employer: _Meta Platforms, Inc._

**ATTESTATION REGARDING REMOTE AUDIOVISUAL ACCESS TO TRIAL**

I, _____ CJ Majoney _____, hereby attest as follows:

1.  I represent and/or serve as counsel to Meta Platforms, Inc.

2.  I understand that access to the remote audiovisual link for the trial in *People of the State of California, et al. v. Meta Platforms, Inc., et al.* (4:23-cv-05448-YGR) is restricted to authorized counsel who have filed this attestation with the Court.

3.  I will not share the remote audiovisual access link with any person.

Dated: ___August 10, 2026___, 2026.

Signature: _CJ Majoney_
Signed by: C8AC15F58EDE4B7...

Printed Name: _CJ Majoney_

Title: _Chief Legal Officer_

Firm/Employer: _Meta_

## ATTESTATION REGARDING REMOTE AUDIOVISUAL ACCESS TO TRIAL

I, Gabriella Orem , hereby attest as follows:

1. I represent and/or serve as counsel to Meta Platforms, Inc.

2. I understand that access to the remote audiovisual link for the trial in *People of the State of California, et al. v. Meta Platforms, Inc., et al.* (4:23-cv-05448-YGR) is restricted to authorized counsel who have filed this attestation with the Court.

3. I will not share the remote audiovisual access link with any person.

Dated: July 31 , 2026. Signature: _____ Printed Name: Gabriella Orem

Title: Lead Counsel

Firm/Employer: Meta Platforms, Inc.

## ATTESTATION REGARDING REMOTE AUDIOVISUAL ACCESS TO TRIAL

I, _TYLER SMITH_, hereby attest as follows:

1. I represent and/or serve as counsel to Meta Platforms, Inc.

2. I understand that access to the remote audiovisual link for the trial in *People of the State of California, et al. v. Meta Platforms, Inc., et al.* (4:23-cv-05448-YGR) is restricted to authorized counsel who have filed this attestation with the Court.

3. I will not share the remote audiovisual access link with any person.

Dated: _8/5_, 2026.

Signature: _Tyler Smith_

Printed Name: _TYLER SMITH_

Title: _Associate General Counsel, Meta_

Firm/Employer: _Meta Platforms Inc._

## ATTESTATION REGARDING REMOTE AUDIOVISUAL ACCESS TO TRIAL

I, _____Scott Tucker_____, hereby attest as follows:

1. I represent and/or serve as counsel to Meta Platforms, Inc.

2. I understand that access to the remote audiovisual link for the trial in *People of the State of California, et al. v. Meta Platforms, Inc., et al.* (4:23-cv-05448-YGR) is restricted to authorized counsel who have filed this attestation with the Court.

3. I will not share the remote audiovisual access link with any person.

Dated: __August 10, 2026__, 2026.

Signature: Scott Tucker
DocuSigned by:
8EAFB88A61B0451...

Printed Name: Scott Tucker

Title: Vice President and Head of Litigation

Firm/Employer: Meta

**ATTESTATION REGARDING REMOTE AUDIOVISUAL ACCESS TO TRIAL**

I, _Michelle Woodhouse_ , hereby attest as follows:

1. I represent and/or serve as counsel to Meta Platforms, Inc.

2. I understand that access to the remote audiovisual link for the trial in *People of the State of California, et al. v. Meta Platforms, Inc., et al.* (4:23-cv-05448-YGR) is restricted to authorized counsel who have filed this attestation with the Court.

3. I will not share the remote audiovisual access link with any person.

Dated: _July 29_ , 2026.

Signature: _Michelle Woodhouse_

Printed Name: _Michelle Woodhouse_

Title: _Director & Associate General Counsel_

Firm/Employer: _Meta_

**ATTESTATION REGARDING REMOTE AUDIOVISUAL ACCESS TO TRIAL**

I, _____Hassan Ahmad_____, hereby attest as follows:

1.  I represent and/or serve as counsel to Meta Platforms, Inc.

2.  I understand that access to the remote audiovisual link for the trial in *People of the State of California, et al. v. Meta Platforms, Inc., et al.* (4:23-cv-05448-YGR) is restricted to authorized counsel who have filed this attestation with the Court.

3.  I will not share the remote audiovisual access link with any person.

Dated: _____July 30_____, 2026.      Signature: _____

Printed Name: _____Hassan Ahmad_____

Title: _____Associate_____

Firm/Employer: Covington & Burling LLP

**ATTESTATION REGARDING REMOTE AUDIOVISUAL ACCESS TO TRIAL**

I, _____Daniel Auten_____, hereby attest as follows:

1. I represent and/or serve as counsel to Meta Platforms, Inc.

2. I understand that access to the remote audiovisual link for the trial in *People of the State of California, et al. v. Meta Platforms, Inc., et al.* (4:23-cv-05448-YGR) is restricted to authorized counsel who have filed this attestation with the Court.

3. I will not share the remote audiovisual access link with any person.

Dated: _____August 6_____, 2026.

Signature: _____Daniel Auten_____

Printed Name: __Daniel Auten__

Title: __Associate__

Firm/Employer: __Covington & Burling__

Docusign Envelope ID: 03656546-50CD-8CC4-83A7-D11D69CC292A

### ATTESTATION REGARDING REMOTE AUDIOVISUAL ACCESS TO TRIAL

I, _____Lindsey Barnhart_____, hereby attest as follows:

1.  I represent and/or serve as counsel to Meta Platforms, Inc.

2.  I understand that access to the remote audiovisual link for the trial in *People of the State of California, et al. v. Meta Platforms, Inc., et al.* (4:23-cv-05448-YGR) is restricted to authorized counsel who have filed this attestation with the Court.

3.  I will not share the remote audiovisual access link with any person.

Dated: ___August 10, 2026___, 2026.

Signature: ___Lindsey Barnhart___
DocuSigned by:
4FC25EA330714E6...

Printed Name: ___Lindsey Barnhart___

Title: ___Partner___

Firm/Employer: ___Covington & Burling LLP___

**ATTESTATION REGARDING REMOTE AUDIOVISUAL ACCESS TO TRIAL**

I, _____Ashlie Bell_____ , hereby attest as follows:

1. I represent and/or serve as counsel to Meta Platforms, Inc.

2. I understand that access to the remote audiovisual link for the trial in *People of the State of California, et al. v. Meta Platforms, Inc., et al.* (4:23-cv-05448-YGR) is restricted to authorized counsel who have filed this attestation with the Court.

3. I will not share the remote audiovisual access link with any person.

Dated: ____Aug. 10_____ , 2026.

Signature: _____Ashlie Bell_____

Printed Name: ___Ashlie Bell_____

Title: __Technical Support Specialist, Core Legal Concepts__

Firm/Employer: ___Covington & Burling, LLP____

**ATTESTATION REGARDING REMOTE AUDIOVISUAL ACCESS TO TRIAL**

I, _Cecilia Bobbitt_____, hereby attest as follows:

1. I represent and/or serve as counsel to Meta Platforms, Inc.

2. I understand that access to the remote audiovisual link for the trial in *People of the State of California, et al. v. Meta Platforms, Inc., et al.* (4:23-cv-05448-YGR) is restricted to authorized counsel who have filed this attestation with the Court.

3. I will not share the remote audiovisual access link with any person.

Dated: _August 4_____, 2026.

Signature: _Cecilia Bobbitt_____

Printed Name: _Cecilia Bobbitt_____

Title: _Associate_____

Firm/Employer: _Covington & Burling LLP_____

**ATTESTATION REGARDING REMOTE AUDIOVISUAL ACCESS TO TRIAL**

I, _____Julia Bochenek_____, hereby attest as follows:

1. I represent and/or serve as counsel to Meta Platforms, Inc.

2. I understand that access to the remote audiovisual link for the trial in *People of the State of California, et al. v. Meta Platforms, Inc., et al.* (4:23-cv-05448-YGR) is restricted to authorized counsel who have filed this attestation with the Court.

3. I will not share the remote audiovisual access link with any person.

Dated: _____July 31_____, 2026.     Signature: _____

Printed Name: ___Julia Bochenek_____

Title: _____Paralegal_____

Firm/Employer: Covington & Burling LLP

**ATTESTATION REGARDING REMOTE AUDIOVISUAL ACCESS TO TRIAL**

I, _Kendall Burchard_____, hereby attest as follows:

1.  I represent and/or serve as counsel to Meta Platforms, Inc.

2.  I understand that access to the remote audiovisual link for the trial in *People of the State of California, et al. v. Meta Platforms, Inc., et al.* (4:23-cv-05448-YGR) is restricted to authorized counsel who have filed this attestation with the Court.

3.  I will not share the remote audiovisual access link with any person.

Dated: _August 5_____, 2026.          Signature: _Kendall Burchard_____

 

Printed Name: _Kendall Burchard_____

Title: _Associate_____

Firm/Employer: _Covington & Burling LLP_

**ATTESTATION REGARDING REMOTE AUDIOVISUAL ACCESS TO TRIAL**

I, Jeffrey Chabot _____ , hereby attest as follows:

1.  I represent and/or serve as counsel to Meta Platforms, Inc.

2.  I understand that access to the remote audiovisual link for the trial in *People of the State of California, et al. v. Meta Platforms, Inc., et al.* (4:23-cv-05448-YGR) is restricted to authorized counsel who have filed this attestation with the Court.

3.  I will not share the remote audiovisual access link with any person.

Dated: August 5 _____ , 2026.          Signature: _____

Printed Name: Jeffrey Chabot, Core Legal Concepts

Title: Graphic Consultant

Firm/Employer: Covington & Burling LLP

Docusign Envelope ID: 5DEE2B65-A011-8EF3-81B3-F96770B30352

## ATTESTATION REGARDING REMOTE AUDIOVISUAL ACCESS TO TRIAL

I, _____Isaac D. Chaput_____, hereby attest as follows:

1. I represent and/or serve as counsel to Meta Platforms, Inc.

2. I understand that access to the remote audiovisual link for the trial in *People of the State of California, et al. v. Meta Platforms, Inc., et al.* (4:23-cv-05448-YGR) is restricted to authorized counsel who have filed this attestation with the Court.

3. I will not share the remote audiovisual access link with any person.

Dated: ___August 10, 2026___, 2026.

Signature: Signed by: Isaac D. Chaput
B89D0F2006DE48A...

Printed Name: Isaac D. Chaput

Title: Partner

Firm/Employer: Covington & Burling LLP

## ATTESTATION REGARDING REMOTE AUDIOVISUAL ACCESS TO TRIAL

I, _Karla Colley_ , hereby attest as follows:

1. I represent and/or serve as counsel to Meta Platforms, Inc.

2. I understand that access to the remote audiovisual link for the trial in *People of the State of California, et al. v. Meta Platforms, Inc., et al.* (4:23-cv-05448-YGR) is restricted to authorized counsel who have filed this attestation with the Court.

3. I will not share the remote audiovisual access link with any person.

Dated: _August 3_ , 2026.

Signature: _K. Colley_

Printed Name: _Karla Colley_

Title: _Associate_

Firm/Employer: _Covington & Burling_

**ATTESTATION REGARDING REMOTE AUDIOVISUAL ACCESS TO TRIAL**

I, _____Zora Franicevic_____, hereby attest as follows:

1. I represent and/or serve as counsel to Meta Platforms, Inc.

2. I understand that access to the remote audiovisual link for the trial in *People of the State of California, et al. v. Meta Platforms, Inc., et al.* (4:23-cv-05448-YGR) is restricted to authorized counsel who have filed this attestation with the Court.

3. I will not share the remote audiovisual access link with any person.

Dated: _____July 30_____, 2026.          Signature: _____

                                           Printed Name: _Zora Franicevic_____

                                           Title: _Associate_____

                                           Firm/Employer: _Covington & Burling LLP_

**ATTESTATION REGARDING REMOTE AUDIOVISUAL ACCESS TO TRIAL**

I, _Angela Gasca_____, hereby attest as follows:

1. I represent and/or serve as counsel to Meta Platforms, Inc.

2. I understand that access to the remote audiovisual link for the trial in *People of the State of California, et al. v. Meta Platforms, Inc., et al.* (4:23-cv-05448-YGR) is restricted to authorized counsel who have filed this attestation with the Court.

3. I will not share the remote audiovisual access link with any person.

Dated: _July 31_____, 2026.

Signature: _Am.Gasca_____

Printed Name: _Angela Gasca_____

Title: _Associate_____

Firm/Employer: _Covington & Burling LLP

**ATTESTATION REGARDING REMOTE AUDIOVISUAL ACCESS TO TRIAL**

I, ___Alice Greenhill_____, hereby attest as follows:

1.  I represent and/or serve as counsel to Meta Platforms, Inc.

2.  I understand that access to the remote audiovisual link for the trial in *People of the State of California, et al. v. Meta Platforms, Inc., et al.* (4:23-cv-05448-YGR) is restricted to authorized counsel who have filed this attestation with the Court.

3.  I will not share the remote audiovisual access link with any person.

Dated: ___July 30_____, 2026.

Signature: _Alice Greenhill_____

Printed Name: ___Alice Greenhill_____

Title: __Associate_____

Firm/Employer: ___Covington & Burling LLP_

**ATTESTATION REGARDING REMOTE AUDIOVISUAL ACCESS TO TRIAL**

I, _____James Groner_____, hereby attest as follows:

1.  I represent and/or serve as counsel to Meta Platforms, Inc.

2.  I understand that access to the remote audiovisual link for the trial in *People of the State of California, et al. v. Meta Platforms, Inc., et al.* (4:23-cv-05448-YGR) is restricted to authorized counsel who have filed this attestation with the Court.

3.  I will not share the remote audiovisual access link with any person.

Dated: ___August 6th___, 2026.          Signature: _____

Printed Name: ___James Groner___

Title: ___Technical Support Specialist___

Firm/Employer: ___Covington & Burling LLP___

## ATTESTATION REGARDING REMOTE AUDIOVISUAL ACCESS TO TRIAL

I, _____Gregory L Halperin_____, hereby attest as follows:

1. I represent and/or serve as counsel to Meta Platforms, Inc.

2. I understand that access to the remote audiovisual link for the trial in *People of the State of California, et al. v. Meta Platforms, Inc., et al.* (4:23-cv-05448-YGR) is restricted to authorized counsel who have filed this attestation with the Court.

3. I will not share the remote audiovisual access link with any person.

Dated: ___7/30___, 2026.

Signature: _____

Printed Name: _Gregory L. Halperin_

Title: _Partner_

Firm/Employer: _Covington & Burling LLP_

ATTESTATION REGARDING REMOTE AUDIOVISUAL ACCESS TO TRIAL

I, Timothy C. Hester, hereby attest as follows:

1. I represent and/or serve as counsel to Meta Platforms, Inc.

2. I understand that access to the remote audiovisual link for the trial in People of the State of California, et al. v. Meta Platforms, Inc., et al. (4:23-cv-05448-YGR) is restricted to authorized counsel who have filed this attestation with the Court.

3. I will not share the remote audiovisual access link with any person.

Dated: August 7, 2026.

Signature:

Printed Name: Timothy C. Hester
Title: Senior Counsel
Firm/Employer: Covington & Burling LLP

Docusign Envelope ID: C104A3EE-DA8B-8C49-82F2-EE57E3C4A633

**ATTESTATION REGARDING REMOTE AUDIOVISUAL ACCESS TO TRIAL**

I, _____Samuel Howe_____, hereby attest as follows:

1.  I represent and/or serve as counsel to Meta Platforms, Inc.

2.  I understand that access to the remote audiovisual link for the trial in *People of the State of California, et al. v. Meta Platforms, Inc., et al.* (4:23-cv-05448-YGR) is restricted to authorized counsel who have filed this attestation with the Court.

3.  I will not share the remote audiovisual access link with any person.

Dated: ____August 10, 2026____, 2026.

Signature: _Samuel Howe_

Printed Name: _Samuel Howe_

Title: _Associate_

Firm/Employer: _Covington & Burling_

**ATTESTATION REGARDING REMOTE AUDIOVISUAL ACCESS TO TRIAL**

I, ___Michael Imbroscio___, hereby attest as follows:

1.  I represent and/or serve as counsel to Meta Platforms, Inc.

2.  I understand that access to the remote audiovisual link for the trial in *People of the State of California, et al. v. Meta Platforms, Inc., et al.* (4:23-cv-05448-YGR) is restricted to authorized counsel who have filed this attestation with the Court.

3.  I will not share the remote audiovisual access link with any person.

Dated: ___August 4___, 2026.

Signature: _Michael Imbroscio_ (Signed by: 907DF52EC456431...)

Printed Name: ___Michael Imbroscio___

Title: ___Partner___

Firm/Employer: ___Covington & Burling___

**ATTESTATION REGARDING REMOTE AUDIOVISUAL ACCESS TO TRIAL**

I, __Emma Marcela Interiano__ , hereby attest as follows:

1. I represent and/or serve as counsel to Meta Platforms, Inc.

2. I understand that access to the remote audiovisual link for the trial in *People of the State of California, et al. v. Meta Platforms, Inc., et al.* (4:23-cv-05448-YGR) is restricted to authorized counsel who have filed this attestation with the Court.

3. I will not share the remote audiovisual access link with any person.

Dated: ___August 4__ , 2026.          Signature: _____

Printed Name: __Emma Marcela Interiano__

Title: __Associate__

Firm/Employer: __Covington & Burling__

Docusign Envelope ID: 140C3752-AD73-8DA5-81E0-A8A32223870E

## ATTESTATION REGARDING REMOTE AUDIOVISUAL ACCESS TO TRIAL

I, _____Gavin Jackson_____, hereby attest as follows:

1.  I represent and/or serve as counsel to Meta Platforms, Inc.

2.  I understand that access to the remote audiovisual link for the trial in *People of the State of California, et al. v. Meta Platforms, Inc., et al.* (4:23-cv-05448-YGR) is restricted to authorized counsel who have filed this attestation with the Court.

3.  I will not share the remote audiovisual access link with any person.

Dated: ____August 10, 2026____, 2026.

Signature: *Gavin Jackson*
68424FDAA89D40E...

Printed Name: Gavin Jackson

Title: Associate

Firm/Employer: Covington & Burling LLP

## ATTESTATION REGARDING REMOTE AUDIOVISUAL ACCESS TO TRIAL

I, Michael N. Kennedy , hereby attest as follows:

1. I represent and/or serve as counsel to Meta Platforms, Inc.

2. I understand that access to the remote audiovisual link for the trial in *People of the State of California, et al. v. Meta Platforms, Inc., et al.* (4:23-cv-05448-YGR) is restricted to authorized counsel who have filed this attestation with the Court.

3. I will not share the remote audiovisual access link with any person.

Dated: 8-4- , 2026.

Signature: _____

Printed Name: Michael N. Kennedy

Title: Partner

Firm/Employer: Carlton & Bailey LLP

**ATTESTATION REGARDING REMOTE AUDIOVISUAL ACCESS TO TRIAL**

I, _Isaac LaGrand_____, hereby attest as follows:

1. I represent and/or serve as counsel to Meta Platforms, Inc.

2. I understand that access to the remote audiovisual link for the trial in *People of the State of California, et al. v. Meta Platforms, Inc., et al.* (4:23-cv-05448-YGR) is restricted to authorized counsel who have filed this attestation with the Court.

3. I will not share the remote audiovisual access link with any person.

Dated: _August 2_____, 2026.          Signature: _____

                                       Printed Name: _Isaac LaGrand_____

                                       Title: _Associate_____

                                       Firm/Employer: _Covington and Burling_

**ATTESTATION REGARDING REMOTE AUDIOVISUAL ACCESS TO TRIAL**

I, _____*Stefanie Leija*_____, hereby attest as follows:

1. I represent and/or serve as counsel to Meta Platforms, Inc.

2. I understand that access to the remote audiovisual link for the trial in *People of the State of California, et al. v. Meta Platforms, Inc., et al.* (4:23-cv-05448-YGR) is restricted to authorized counsel who have filed this attestation with the Court.

3. I will not share the remote audiovisual access link with any person.

Dated: __August 5__, 2026.

Signature: _____*Stefanie Leija*_____

Printed Name: _____Stefanie Leija_____

Title: _____Design Consultant, Core Legal Concepts_____

Firm/Employer: _Covington & Burling LLP_

## ATTESTATION REGARDING REMOTE AUDIOVISUAL ACCESS TO TRIAL

I, _David Luttinger_ , hereby attest as follows:

1. I represent and/or serve as counsel to Meta Platforms, Inc.

2. I understand that access to the remote audiovisual link for the trial in *People of the State of California, et al. v. Meta Platforms, Inc., et al.* (4:23-cv-05448-YGR) is restricted to authorized counsel who have filed this attestation with the Court.

3. I will not share the remote audiovisual access link with any person.

Dated: _7/31_ , 2026.

Signature: _David Luttinger_

Printed Name: _David Luttinger_

Title: _Partner_

Firm/Employer: _Covington & Burling LLP_

**ATTESTATION REGARDING REMOTE AUDIOVISUAL ACCESS TO TRIAL**

I, Katie MacInnes, hereby attest as follows:

1. I represent and/or serve as counsel to Meta Platforms, Inc.

2. I understand that access to the remote audiovisual link for the trial in *People of the State of California, et al. v. Meta Platforms, Inc., et al.* (4:23-cv-05448-YGR) is restricted to authorized counsel who have filed this attestation with the Court.

3. I will not share the remote audiovisual access link with any person.

Dated: August 5, 2026.

Signature: Katie MacInnes

Printed Name: Katie MacInnes

Title: Director, Core Legal Concepts

Firm/Employer: Covington & Burling LLP

**ATTESTATION REGARDING REMOTE AUDIOVISUAL ACCESS TO TRIAL**

I, _____Jade Mackie_____, hereby attest as follows:

1. I represent and/or serve as counsel to Meta Platforms, Inc.

2. I understand that access to the remote audiovisual link for the trial in *People of the State of California, et al. v. Meta Platforms, Inc., et al.* (4:23-cv-05448-YGR) is restricted to authorized counsel who have filed this attestation with the Court.

3. I will not share the remote audiovisual access link with any person.

Dated: _____July 30_____, 2026.      Signature: ___*Jade Mackie*___

Printed Name: __Jade Mackie_____

Title: _____Paralegal_____

Firm/Employer: _Covington & Burling LLP_

**ATTESTATION REGARDING REMOTE AUDIOVISUAL ACCESS TO TRIAL**

I, _____Megan Mers_____, hereby attest as follows:

1. I represent and/or serve as counsel to Meta Platforms, Inc.

2. I understand that access to the remote audiovisual link for the trial in *People of the State of California, et al. v. Meta Platforms, Inc., et al.* (4:23-cv-05448-YGR) is restricted to authorized counsel who have filed this attestation with the Court.

3. I will not share the remote audiovisual access link with any person.

Dated: _____August 3_, 2026.       Signature: _____*Megan J Mers*_____

                                   Printed Name: _Megan Mers_

                                   Title: _Associate_

                                   Firm/Employer: _Covington & Burling LLP_

**ATTESTATION REGARDING REMOTE AUDIOVISUAL ACCESS TO TRIAL**

I, ____Alex Miller_____, hereby attest as follows:

1. I represent and/or serve as counsel to Meta Platforms, Inc.

2. I understand that access to the remote audiovisual link for the trial in *People of the State of California, et al. v. Meta Platforms, Inc., et al.* (4:23-cv-05448-YGR) is restricted to authorized counsel who have filed this attestation with the Court.

3. I will not share the remote audiovisual access link with any person.

Dated: ____8/5/26_____, 2026.

Signature: _____

Printed Name: ____Alex Miller_____

Title: ____Director, Core Legal Concepts____

Firm/Employer: ____Covington & Burling LLP____

**ATTESTATION REGARDING REMOTE AUDIOVISUAL ACCESS TO TRIAL**

I, _____Jordan Morris_____, hereby attest as follows:

1. I represent and/or serve as counsel to Meta Platforms, Inc.

2. I understand that access to the remote audiovisual link for the trial in *People of the State of California, et al. v. Meta Platforms, Inc., et al.* (4:23-cv-05448-YGR) is restricted to authorized counsel who have filed this attestation with the Court.

3. I will not share the remote audiovisual access link with any person.

Dated: _____August 3_____, 2026.          Signature: _____ Type text here

Printed Name: __Jordan Morris_____

Title: __Associate_____

Firm/Employer: __Covington & Burling LLP__

## ATTESTATION REGARDING REMOTE AUDIOVISUAL ACCESS TO TRIAL

1. ___Mark W. Mosier___, hereby attest as follows:

1. I represent and/or serve as counsel to Meta Platforms, Inc.

2. I understand that access to the remote audiovisual link for the trial in *People of the State of California, et al. v. Meta Platforms, Inc., et al.* (4:23-cv-05448-YGR) is restricted to authorized counsel who have filed this attestation with the Court.

3. I will not share the remote audiovisual access link with any person.

Dated: ___July 31___, 2026.

Signature: _____

Printed Name: ___Mark Mosier___

Title: ___Partner___

Firm/Employer: ___Covington & Burling LLP___

## ATTESTATION REGARDING REMOTE AUDIOVISUAL ACCESS TO TRIAL

I, _Samuel Olsson_____, hereby attest as follows:

1. I represent and/or serve as counsel to Meta Platforms, Inc.

2. I understand that access to the remote audiovisual link for the trial in *People of the State of California, et al. v. Meta Platforms, Inc., et al.* (4:23-cv-05448-YGR) is restricted to authorized counsel who have filed this attestation with the Court.

3. I will not share the remote audiovisual access link with any person.

Dated: _____July 30_____, 2026.

Signature: _Samuel A. Olsson_

Printed Name: _Samuel Olsson_____

Title: _Associate_____

Firm/Employer: _Covington & Burling LLP_

**ATTESTATION REGARDING REMOTE AUDIOVISUAL ACCESS TO TRIAL**

I, _Jonah Panikhar_, hereby attest as follows:

1. I represent and/or serve as counsel to Meta Platforms, Inc.

2. I understand that access to the remote audiovisual link for the trial in *People of the State of California, et al. v. Meta Platforms, Inc., et al.* (4:23-cv-05448-YGR) is restricted to authorized counsel who have filed this attestation with the Court.

3. I will not share the remote audiovisual access link with any person.

Dated: _July 30_, 2026.

Signature: _____

Printed Name: _Jonah Panikhar_

Title: _Attorney_

Firm/Employer: _Covington + Burling LLP_

**ATTESTATION REGARDING REMOTE AUDIOVISUAL ACCESS TO TRIAL**

I, Lauren Paterson, hereby attest as follows:

1. I represent and/or serve as counsel to Meta Platforms, Inc.

2. I understand that access to the remote audiovisual link for the trial in *People of the State of California, et al. v. Meta Platforms, Inc., et al.* (4:23-cv-05448-YGR) is restricted to authorized counsel who have filed this attestation with the Court.

3. I will not share the remote audiovisual access link with any person.

Dated:  July 30, 2026.

Signature: _____

Printed Name: ____Lauren Paterson____

Title: _____Paralegal_____

Firm/Employer: Covington & Burling, LLP

**ATTESTATION REGARDING REMOTE AUDIOVISUAL ACCESS TO TRIAL**

I, _____Stephen Petkis_____, hereby attest as follows:

1.  I represent and/or serve as counsel to Meta Platforms, Inc.

2.  I understand that access to the remote audiovisual link for the trial in *People of the State of California, et al. v. Meta Platforms, Inc., et al.* (4:23-cv-05448-YGR) is restricted to authorized counsel who have filed this attestation with the Court.

3.  I will not share the remote audiovisual access link with any person.

Dated: ____August 4____, 2026.          Signature: _____

Printed Name: __Stephen Petkis__

Title: __Partner__

Firm/Employer: __Covington & Burling LLP__

**ATTESTATION REGARDING REMOTE AUDIOVISUAL ACCESS TO TRIAL**

I, _____Christian Pistilli_____, hereby attest as follows:

1.  I represent and/or serve as counsel to Meta Platforms, Inc.

2.  I understand that access to the remote audiovisual link for the trial in *People of the State of California, et al. v. Meta Platforms, Inc., et al.* (4:23-cv-05448-YGR) is restricted to authorized counsel who have filed this attestation with the Court.

3.  I will not share the remote audiovisual access link with any person.

Dated: ___August 10, 2026___, 2026.

Signature: _Christian Pistilli_____
DocuSigned by:
7654E92F215B4BA...

Printed Name: Christian Pistilli_____

Title: Partner_____

Firm/Employer: Covington_____

**ATTESTATION REGARDING REMOTE AUDIOVISUAL ACCESS TO TRIAL**

I, _____Abigail Porter_____, hereby attest as follows:

1.  I represent and/or serve as counsel to Meta Platforms, Inc.

2.  I understand that access to the remote audiovisual link for the trial in *People of the State of California, et al. v. Meta Platforms, Inc., et al.* (4:23-cv-05448-YGR) is restricted to authorized counsel who have filed this attestation with the Court.

3.  I will not share the remote audiovisual access link with any person.

Dated: ___July 30_____, 2026.

Signature: ___*Abigail M. Porter*___

Printed Name: ___Abigail Porter___

Title: ___Associate___

Firm/Employer: ___Covington & Burling LLP___

**ATTESTATION REGARDING REMOTE AUDIOVISUAL ACCESS TO TRIAL**

I,  Chris Reynolds , hereby attest as follows:

1.  I represent and/or serve as counsel to Meta Platforms, Inc.

2.  I understand that access to the remote audiovisual link for the trial in *People of the State of California, et al. v. Meta Platforms, Inc., et al.* (4:23-cv-05448-YGR) is restricted to authorized counsel who have filed this attestation with the Court.

3.  I will not share the remote audiovisual access link with any person.

Dated:  August 8, 2026.

Signature:  _Chris Reynolds_

Printed Name:  Chris Reynolds

Title:  Consultant, Core Legal Concepts

Firm/Employer:  Covington & Burling

**ATTESTATION REGARDING REMOTE AUDIOVISUAL ACCESS TO TRIAL**

I, _____Elias Rivas_____, hereby attest as follows:

1.  I represent and/or serve as counsel to Meta Platforms, Inc.

2.  I understand that access to the remote audiovisual link for the trial in *People of the State of California, et al. v. Meta Platforms, Inc., et al.* (4:23-cv-05448-YGR) is restricted to authorized counsel who have filed this attestation with the Court.

3.  I will not share the remote audiovisual access link with any person.

Dated: ___August 3_____, 2026.      Signature: _____Elias Rivas_____

                                      Printed Name: ___Elias Rivas_____

                                      Title: ___Attorney_____

                                      Firm/Employer: ___Covington & Burling LLP___

## ATTESTATION REGARDING REMOTE AUDIOVISUAL ACCESS TO TRIAL

I, _Megan Rodgers_, hereby attest as follows:

1. I represent and/or serve as counsel to Meta Platforms, Inc.

2. I understand that access to the remote audiovisual link for the trial in *People of the State of California, et al. v. Meta Platforms, Inc., et al.* (4:23-cv-05448-YGR) is restricted to authorized counsel who have filed this attestation with the Court.

3. I will not share the remote audiovisual access link with any person.

Dated: _8/4/24_, 2026.

Signature: _M_____

Printed Name: _Megan Rodgers_

Title: _Partner_

Firm/Employer: _Covington + Burling_

## ATTESTATION REGARDING REMOTE AUDIOVISUAL ACCESS TO TRIAL

I, _____Jeffrey E Sandberg_____, hereby attest as follows:

1. I represent and/or serve as counsel to Meta Platforms, Inc.

2. I understand that access to the remote audiovisual link for the trial in *People of the State of California, et al. v. Meta Platforms, Inc., et al.* (4:23-cv-05448-YGR) is restricted to authorized counsel who have filed this attestation with the Court.

3. I will not share the remote audiovisual access link with any person.

Dated: _____August 1_____, 2026.

Signature: _____

Printed Name: ___Jeffrey E. Sandberg___

Title: ___Of Counsel___

Firm/Employer: ___Covington + Burling LLP___

## ATTESTATION REGARDING REMOTE AUDIOVISUAL ACCESS TO TRIAL

I,  Nancy Schlaifer, hereby attest as follows:

1.  I represent and/or serve as counsel to Meta Platforms, Inc.

2.  I understand that access to the remote audiovisual link for the trial in *People of the State of California, et al. v. Meta Platforms, Inc., et al.* (4:23-cv-05448-YGR) is restricted to authorized counsel who have filed this attestation with the Court.

3.  I will not share the remote audiovisual access link with any person.

Dated:  August 5, 2026.

Signature: __ _Nancy Schlaifer_ _____

Printed Name: ___Nancy Schlaifer___

Title: ____Technology Consultant, Core

Legal Concepts

Firm/Employer: Covington & Burling LLP

**ATTESTATION REGARDING REMOTE AUDIOVISUAL ACCESS TO TRIAL**

I, __Paul Schmidt_____, hereby attest as follows:

1. I represent and/or serve as counsel to Meta Platforms, Inc.

2. I understand that access to the remote audiovisual link for the trial in *People of the State of California, et al. v. Meta Platforms, Inc., et al.* (4:23-cv-05448-YGR) is restricted to authorized counsel who have filed this attestation with the Court.

3. I will not share the remote audiovisual access link with any person.

Dated: _August 6_____, 2026.      Signature: _____

                                      Printed Name: _Paul Schmidt_____

                                      Title:  Partner_____

                                      Firm/Employer: _Covington & Burling__

**ATTESTATION REGARDING REMOTE AUDIOVISUAL ACCESS TO TRIAL**

I, ___Maya Sharp_____, hereby attest as follows:

1. I represent and/or serve as counsel to Meta Platforms, Inc.

2. I understand that access to the remote audiovisual link for the trial in *People of the State of California, et al. v. Meta Platforms, Inc., et al.* (4:23-cv-05448-YGR) is restricted to authorized counsel who have filed this attestation with the Court.

3. I will not share the remote audiovisual access link with any person.

Dated: ___July 30_____, 2026.

Signature: _*Maya Sharp*_____

Printed Name: ____Maya Sharp_____

Title: ___Associate_____

Firm/Employer: ___Covington & Burling LLP___

## ATTESTATION REGARDING REMOTE AUDIOVISUAL ACCESS TO TRIAL

I, ___Ashley Simonsen_____, hereby attest as follows:

1.  I represent and/or serve as counsel to Meta Platforms, Inc.

2.  I understand that access to the remote audiovisual link for the trial in *People of the State of California, et al. v. Meta Platforms, Inc., et al.* (4:23-cv-05448-YGR) is restricted to authorized counsel who have filed this attestation with the Court.

3.  I will not share the remote audiovisual access link with any person.

Dated: ___July 30_____, 2026.              Signature: _____

                                             Printed Name: ___Ashley Simonsen_____

                                             Title: ___Partner_____

                                             Firm/Employer: ___Covington & Burling LLP___

**ATTESTATION REGARDING REMOTE AUDIOVISUAL ACCESS TO TRIAL**

I, _____David Sneed_____, hereby attest as follows:

1.  I represent and/or serve as counsel to Meta Platforms, Inc.

2.  I understand that access to the remote audiovisual link for the trial in *People of the State of California, et al. v. Meta Platforms, Inc., et al.* (4:23-cv-05448-YGR) is restricted to authorized counsel who have filed this attestation with the Court.

3.  I will not share the remote audiovisual access link with any person.

Dated:  __July 30_____, 2026.          Signature: _____

Printed Name:  __David Sneed_____

Title:  __Partner_____

Firm/Employer: __Covington and Burling__

## ATTESTATION REGARDING REMOTE AUDIOVISUAL ACCESS TO TRIAL

I, _Nicholas John Xanakis_ , hereby attest as follows:

1.  I represent and/or serve as counsel to Meta Platforms, Inc.

2.  I understand that access to the remote audiovisual link for the trial in *People of the State of California, et al. v. Meta Platforms, Inc., et al.* (4:23-cv-05448-YGR) is restricted to authorized counsel who have filed this attestation with the Court.

3.  I will not share the remote audiovisual access link with any person.

Dated: _July 30_ , 2026.

Signature: _[signature]_

Printed Name: _Nicholas John Xanakis_

Title: _Of Counsel_

Firm/Employer: _Covington and Burling LLP_

**ATTESTATION REGARDING REMOTE AUDIOVISUAL ACCESS TO TRIAL**

I, _Calanthe Arat_____, hereby attest as follows:

1.  I represent and/or serve as counsel to Meta Platforms, Inc.

2.  I understand that access to the remote audiovisual link for the trial in *People of the State of California, et al. v. Meta Platforms, Inc., et al.* (4:23-cv-05448-YGR) is restricted to authorized counsel who have filed this attestation with the Court.

3.  I will not share the remote audiovisual access link with any person.

Dated:  ___July 30___, 2026.        Signature: _____

                                    Printed Name:  __Calanthe Arat_____

                                    Title:  __Partner_____

                                    Firm/Employer: _Wilkinson Stekloff LLP__

## ATTESTATION REGARDING REMOTE AUDIOVISUAL ACCESS TO TRIAL

I, _____Ken Arnold_____, hereby attest as follows:

1. I represent and/or serve as counsel to Meta Platforms, Inc.

2. I understand that access to the remote audiovisual link for the trial in *People of the State of California, et al. v. Meta Platforms, Inc., et al.* (4:23-cv-05448-YGR) is restricted to authorized counsel who have filed this attestation with the Court.

3. I will not share the remote audiovisual access link with any person.

Dated: _7/31_____, 2026.

Signature: _Ken Arnold_____

Printed Name: _Ken Arnold_____

Title: _Partner_____

Firm/Employer: _Wilkinson Stekloff_

**ATTESTATION REGARDING REMOTE AUDIOVISUAL ACCESS TO TRIAL**

I, Jen Beach, hereby attest as follows:

1. I represent and/or serve as counsel to Meta Platforms, Inc.

2. I understand that access to the remote audiovisual link for the trial in *People of the State of California, et al. v. Meta Platforms, Inc., et al.* (4:23-cv-05448-YGR) is restricted to authorized counsel who have filed this attestation with the Court.

3. I will not share the remote audiovisual access link with any person.

Dated:  August 4, 2026.                       Signature: ___*Jen Beach*_____

                                      Printed Name: Jen Beach

                                      Title: Technical Senior Legal Assistant

                                      Firm/Employer: Wilkinson Stekloff LLP

**ATTESTATION REGARDING REMOTE AUDIOVISUAL ACCESS TO TRIAL**

I, Joe Bladel, hereby attest as follows:

1.  I represent and/or serve as counsel to Meta Platforms, Inc.

2.  I understand that access to the remote audiovisual link for the trial in *People of the State of California, et al. v. Meta Platforms, Inc., et al.* (4:23-cv-05448-YGR) is restricted to authorized counsel who have filed this attestation with the Court.

3.  I will not share the remote audiovisual access link with any person.

Dated:  August 3, 2026.                    Signature: _Joe Bladel_

                                           Printed Name: Joe Bladel

                                           Title: Litigation Paralegal

                                           Firm/Employer: Wilkinson Stekloff LLP

**ATTESTATION REGARDING REMOTE AUDIOVISUAL ACCESS TO TRIAL**

I, Cassandra Chee, hereby attest as follows:

1.  I represent and/or serve as counsel to Meta Platforms, Inc.

2.  I understand that access to the remote audiovisual link for the trial in *People of the State of California, et al. v. Meta Platforms, Inc., et al.* (4:23-cv-05448-YGR) is restricted to authorized counsel who have filed this attestation with the Court.

3.  I will not share the remote audiovisual access link with any person.

Dated:  July 31, 2026.                Signature: _Cassandra Chee_

Printed Name: Cassandra Chee

Title: Associate

Firm/Employer: Wilkinson Stekloff LLP

**ATTESTATION REGARDING REMOTE AUDIOVISUAL ACCESS TO TRIAL**

I, Luke Churchhill, hereby attest as follows:

1.  I represent and/or serve as counsel to Meta Platforms, Inc.

2.  I understand that access to the remote audiovisual link for the trial in *People of the State of California, et al. v. Meta Platforms, Inc., et al.* (4:23-cv-05448-YGR) is restricted to authorized counsel who have filed this attestation with the Court.

3.  I will not share the remote audiovisual access link with any person.

Dated:  July 31, 2026.                    Signature: _Luke Churchill_____

                                          Printed Name: Luke Churchill

                                          Title: Associate

                                          Firm/Employer: Wilkinson Stekloff LLP

**ATTESTATION REGARDING REMOTE AUDIOVISUAL ACCESS TO TRIAL**

I, Theo Clement, hereby attest as follows:

1.  I represent and/or serve as counsel to Meta Platforms, Inc.

2.  I understand that access to the remote audiovisual link for the trial in *People of the State of California, et al. v. Meta Platforms, Inc., et al.* (4:23-cv-05448-YGR) is restricted to authorized counsel who have filed this attestation with the Court.

3.  I will not share the remote audiovisual access link with any person.

Dated:  August 3, 2026.                    Signature: _Theo Clement_

Printed Name: Theo Clement

Title: Summer Associate

Firm/Employer: Wilkinson Stekloff LLP

**ATTESTATION REGARDING REMOTE AUDIOVISUAL ACCESS TO TRIAL**

I, Daniel Cook hereby attest as follows:

1. I represent and/or serve as counsel to Meta Platforms, Inc.

2. I understand that access to the remote audiovisual link for the trial in *People of the State of California, et al. v. Meta Platforms, Inc., et al.* (4:23-cv-05448-YGR) is restricted to authorized counsel who have filed this attestation with the Court.

3. I will not share the remote audiovisual access link with any person.

Dated:  July 30, 2026.                    Signature:  *Daniel Cook*

Printed Name: Daniel Cook

Title: Associate

Firm/Employer: Wilkinson Stekloff LLP

**ATTESTATION REGARDING REMOTE AUDIOVISUAL ACCESS TO TRIAL**

I, Grace Driggers, hereby attest as follows:

1.  I represent and/or serve as counsel to Meta Platforms, Inc.

2.  I understand that access to the remote audiovisual link for the trial in *People of the State of California, et al. v. Meta Platforms, Inc., et al.* (4:23-cv-05448-YGR) is restricted to authorized counsel who have filed this attestation with the Court.

3.  I will not share the remote audiovisual access link with any person.

Dated:  July 31, 2026.                    Signature: *Grace Driggers*

Printed Name: Grace Driggers

Title: Associate

Firm/Employer: Wilkinson Stekloff LLP

**ATTESTATION REGARDING REMOTE AUDIOVISUAL ACCESS TO TRIAL**

I, Guus Duindam, hereby attest as follows:

1. I represent and/or serve as counsel to Meta Platforms, Inc.

2. I understand that access to the remote audiovisual link for the trial in *People of the State of California, et al. v. Meta Platforms, Inc., et al.* (4:23-cv-05448-YGR) is restricted to authorized counsel who have filed this attestation with the Court.

3. I will not share the remote audiovisual access link with any person.

Dated:  July 31, 2026.                    Signature: *Guus Duindam*

Printed Name: Guus Duindam

Title: Associate

Firm/Employer: Wilkinson Stekloff LLP

**ATTESTATION REGARDING REMOTE AUDIOVISUAL ACCESS TO TRIAL**

I, David Friedman, hereby attest as follows:

1.  I represent and/or serve as counsel to Meta Platforms, Inc.

2.  I understand that access to the remote audiovisual link for the trial in *People of the State of California, et al. v. Meta Platforms, Inc., et al.* (4:23-cv-05448-YGR) is restricted to authorized counsel who have filed this attestation with the Court.

3.  I will not share the remote audiovisual access link with any person.

Dated:  July 31, 2026.                     Signature: _David Friedman_

Printed Name: David Friedman

Title: Counsel

Firm/Employer: Wilkinson Stekloff LLP

**ATTESTATION REGARDING REMOTE AUDIOVISUAL ACCESS TO TRIAL**

I, Owen Gallogly hereby attest as follows:

1.  I represent and/or serve as counsel to Meta Platforms, Inc.

2.  I understand that access to the remote audiovisual link for the trial in *People of the State of California, et al. v. Meta Platforms, Inc., et al.* (4:23-cv-05448-YGR) is restricted to authorized counsel who have filed this attestation with the Court.

3.  I will not share the remote audiovisual access link with any person.

Dated:  July 30, 2026.                    Signature _____:

                                          Printed Name: Owen Gallogly

                                          Title: Associate

                                          Firm/Employer: Wilkinson Stekloff LLP

**ATTESTATION REGARDING REMOTE AUDIOVISUAL ACCESS TO TRIAL**

I, William Geraghty, hereby attest as follows:

1.  I represent and/or serve as counsel to Meta Platforms, Inc.

2.  I understand that access to the remote audiovisual link for the trial in *People of the State of California, et al. v. Meta Platforms, Inc., et al.* (4:23-cv-05448-YGR) is restricted to authorized counsel who have filed this attestation with the Court.

3.  I will not share the remote audiovisual access link with any person.

Dated:  July 31, 2026.                    Signature: _____

                                          Printed Name: William Geraghty

                                          Title: Partner

                                          Firm/Employer: Wilkinson Stekloff LLP

**ATTESTATION REGARDING REMOTE AUDIOVISUAL ACCESS TO TRIAL**

I, _____Connie Gong_____, hereby attest as follows:

1. I represent and/or serve as counsel to Meta Platforms, Inc.

2. I understand that access to the remote audiovisual link for the trial in *People of the State of California, et al. v. Meta Platforms, Inc., et al.* (4:23-cv-05448-YGR) is restricted to authorized counsel who have filed this attestation with the Court.

3. I will not share the remote audiovisual access link with any person.

Dated: ___August 3___, 2026.

Signature: _____

Printed Name: ___Connie Gong___

Title: ___Associate___

Firm/Employer: ___Wilkinson Stekloff___

**ATTESTATION REGARDING REMOTE AUDIOVISUAL ACCESS TO TRIAL**

I, Aliyah Graves-Brown hereby attest as follows:

1. I represent and/or serve as counsel to Meta Platforms, Inc.

2. I understand that access to the remote audiovisual link for the trial in *People of the State of California, et al. v. Meta Platforms, Inc., et al.* (4:23-cv-05448-YGR) is restricted to authorized counsel who have filed this attestation with the Court.

3. I will not share the remote audiovisual access link with any person.

Dated:  July 30, 2026.                    Signature: *Aliyah Graves-Brown*

                                                        Printed Name: Aliyah Graves-Brown

                                                        Title: Associate

                                                        Firm/Employer: Wilkinson Stekloff LLP

**ATTESTATION REGARDING REMOTE AUDIOVISUAL ACCESS TO TRIAL**

I, Mason Grist hereby attest as follows:

1. I represent and/or serve as counsel to Meta Platforms, Inc.

2. I understand that access to the remote audiovisual link for the trial in *People of the State of California, et al. v. Meta Platforms, Inc., et al.* (4:23-cv-05448-YGR) is restricted to authorized counsel who have filed this attestation with the Court.

3. I will not share the remote audiovisual access link with any person.

Dated:  July 30, 2026.    Signature: _Mason Grist_____

Printed Name: Mason Grist

Title: Associate

Firm/Employer: Wilkinson Stekloff LLP

**ATTESTATION REGARDING REMOTE AUDIOVISUAL ACCESS TO TRIAL**

I, Roxana Guidero, hereby attest as follows:

1. I represent and/or serve as counsel to Meta Platforms, Inc.

2. I understand that access to the remote audiovisual link for the trial in *People of the State of California, et al. v. Meta Platforms, Inc., et al.* (4:23-cv-05448-YGR) is restricted to authorized counsel who have filed this attestation with the Court.

3. I will not share the remote audiovisual access link with any person.

Dated:  July 31, 2026.                    Signature: _____

                                        Printed Name: Roxana Guidero

                                        Title: Partner

                                        Firm/Employer: Wilkinson Stekloff LLP

**ATTESTATION REGARDING REMOTE AUDIOVISUAL ACCESS TO TRIAL**

I, Cindy Guo, hereby attest as follows:

1.  I represent and/or serve as counsel to Meta Platforms, Inc.

2.  I understand that access to the remote audiovisual link for the trial in *People of the State of California, et al. v. Meta Platforms, Inc., et al.* (4:23-cv-05448-YGR) is restricted to authorized counsel who have filed this attestation with the Court.

3.  I will not share the remote audiovisual access link with any person.

Dated:  August 3, 2026.                 Signature: _Cindy Guo_____

Printed Name: Cindy Guo

Title: Summer Associate

Firm/Employer: Wilkinson Stekloff LLP

## ATTESTATION REGARDING REMOTE AUDIOVISUAL ACCESS TO TRIAL

I, Connor Haaland, hereby attest as follows:

1.  I represent and/or serve as counsel to Meta Platforms, Inc.

2.  I understand that access to the remote audiovisual link for the trial in *People of the State of California, et al. v. Meta Platforms, Inc., et al.* (4:23-cv-05448-YGR) is restricted to authorized counsel who have filed this attestation with the Court.

3.  I will not share the remote audiovisual access link with any person.

Dated:  July 31, 2026.                    Signature: _Connor Haaland_

                              Printed Name: Connor Haaland

                              Title: Associate

                              Firm/Employer: Wilkinson Stekloff LLP

**ATTESTATION REGARDING REMOTE AUDIOVISUAL ACCESS TO TRIAL**

I, William Krag, hereby attest as follows:

1. I represent and/or serve as counsel to Meta Platforms, Inc.

2. I understand that access to the remote audiovisual link for the trial in *People of the State of California, et al. v. Meta Platforms, Inc., et al.* (4:23-cv-05448-YGR) is restricted to authorized counsel who have filed this attestation with the Court.

3. I will not share the remote audiovisual access link with any person.

Dated:  August 3, 2026.                      Signature: ___*William Krag*___

Printed Name: William Krag

Title: Summer Associate

Firm/Employer: Wilkinson Stekloff LLP

**ATTESTATION REGARDING REMOTE AUDIOVISUAL ACCESS TO TRIAL**

I, \_\_\_\_\_Tania Martinez_____, hereby attest as follows:

1.  I represent and/or serve as counsel to Meta Platforms, Inc.

2.  I understand that access to the remote audiovisual link for the trial in *People of the State of California, et al. v. Meta Platforms, Inc., et al.* (4:23-cv-05448-YGR) is restricted to authorized counsel who have filed this attestation with the Court.

3.  I will not share the remote audiovisual access link with any person.

Dated: \_July 30_____, 2026.

Signature: \_\_\_*Tania Martinez*_____

Printed Name: \_\_Tania Martinez_____

Title: \_\_\_\_Associate_____

Firm/Employer: \_\_\_Wilkinson Stekloff

_____

**ATTESTATION REGARDING REMOTE AUDIOVISUAL ACCESS TO TRIAL**

I, Orlando Onofre, hereby attest as follows:

1.  I represent and/or serve as counsel to Meta Platforms, Inc.

2.  I understand that access to the remote audiovisual link for the trial in *People of the State of California, et al. v. Meta Platforms, Inc., et al.* (4:23-cv-05448-YGR) is restricted to authorized counsel who have filed this attestation with the Court.

3.  I will not share the remote audiovisual access link with any person.

Dated:  August 4, 2026.                    Signature: _Orlando Onofre_

Printed Name: Orlando Onofre

Title: Technical Support Specialist

Firm/Employer: Wilkinson Stekloff LLP

**ATTESTATION REGARDING REMOTE AUDIOVISUAL ACCESS TO TRIAL**

I, Dhruti Patel, hereby attest as follows:

1.  I represent and/or serve as counsel to Meta Platforms, Inc.

2.  I understand that access to the remote audiovisual link for the trial in *People of the State of California, et al. v. Meta Platforms, Inc., et al.* (4:23-cv-05448-YGR) is restricted to authorized counsel who have filed this attestation with the Court.

3.  I will not share the remote audiovisual access link with any person.

Dated:  July 30, 2026.                    Signature: _____

                                    Printed Name: Dhruti Patel

                                    Title: Associate

                                    Firm/Employer: Wilkinson Stekloff LLP

**ATTESTATION REGARDING REMOTE AUDIOVISUAL ACCESS TO TRIAL**

I, Moira Penza, hereby attest as follows:

1. I represent and/or serve as counsel to Meta Platforms, Inc.

2. I understand that access to the remote audiovisual link for the trial in *People of the State of California, et al. v. Meta Platforms, Inc., et al.* (4:23-cv-05448-YGR) is restricted to authorized counsel who have filed this attestation with the Court.

3. I will not share the remote audiovisual access link with any person.

Dated: July 31, 2026.                          Signature: _____

                                            Printed Name: Moira Penza

                                            Title: Partner

                                            Firm/Employer: Wilkinson Stekloff LLP

**ATTESTATION REGARDING REMOTE AUDIOVISUAL ACCESS TO TRIAL**

I, Ralia Polechronis, hereby attest as follows:

1.  I represent and/or serve as counsel to Meta Platforms, Inc.

2.  I understand that access to the remote audiovisual link for the trial in *People of the State of California, et al. v. Meta Platforms, Inc., et al.* (4:23-cv-05448-YGR) is restricted to authorized counsel who have filed this attestation with the Court.

3.  I will not share the remote audiovisual access link with any person.

Dated:  July 31, 2026.                    Signature: _Ralia E. Polechronis_____

Printed Name: Ralia Polechronis

Title: Partner

Firm/Employer: Wilkinson Stekloff LLP

**ATTESTATION REGARDING REMOTE AUDIOVISUAL ACCESS TO TRIAL**

I, Ashley Raynor, hereby attest as follows:

1.  I represent and/or serve as counsel to Meta Platforms, Inc.

2.  I understand that access to the remote audiovisual link for the trial in *People of the State of California, et al. v. Meta Platforms, Inc., et al.* (4:23-cv-05448-YGR) is restricted to authorized counsel who have filed this attestation with the Court.

3.  I will not share the remote audiovisual access link with any person.

Dated:  August 3, 2026.                    Signature: _Ashley Raynor_

Printed Name: Ashley Raynor

Title: Litigation Paralegal

Firm/Employer: Wilkinson Stekloff LLP

**ATTESTATION REGARDING REMOTE AUDIOVISUAL ACCESS TO TRIAL**

I, Erica Schmitt, hereby attest as follows:

1.  I represent and/or serve as counsel to Meta Platforms, Inc.

2.  I understand that access to the remote audiovisual link for the trial in *People of the State of California, et al. v. Meta Platforms, Inc., et al.* (4:23-cv-05448-YGR) is restricted to authorized counsel who have filed this attestation with the Court.

3.  I will not share the remote audiovisual access link with any person.

Dated:  August 3, 2026.                    Signature: _Erica Schmitt_____

Printed Name: Erica Schmitt

Title: Legal Assistant

Firm/Employer: Wilkinson Stekloff LLP

**ATTESTATION REGARDING REMOTE AUDIOVISUAL ACCESS TO TRIAL**

I, Matthew Skanchy, hereby attest as follows:

1. I represent and/or serve as counsel to Meta Platforms, Inc.

2. I understand that access to the remote audiovisual link for the trial in *People of the State of California, et al. v. Meta Platforms, Inc., et al.* (4:23-cv-05448-YGR) is restricted to authorized counsel who have filed this attestation with the Court.

3. I will not share the remote audiovisual access link with any person.

Dated:  July 30, 2026.                     Signature: _____

                                           Printed Name: Matthew Skanchy

                                           Title: Counsel

                                           Firm/Employer: Wilkinson Stekloff LLP

**ATTESTATION REGARDING REMOTE AUDIOVISUAL ACCESS TO TRIAL**

I, Tyrell Smith, hereby attest as follows:

1.  I represent and/or serve as counsel to Meta Platforms, Inc.

2.  I understand that access to the remote audiovisual link for the trial in *People of the State of California, et al. v. Meta Platforms, Inc., et al.* (4:23-cv-05448-YGR) is restricted to authorized counsel who have filed this attestation with the Court.

3.  I will not share the remote audiovisual access link with any person.

Dated:  August 4, 2026.                    Signature: _Tyrell Smith_____

                                           Printed Name: Tyrell Smith

                                           Title: Technical Support Specialist

                                           Firm/Employer: Wilkinson Stekloff LLP

**ATTESTATION REGARDING REMOTE AUDIOVISUAL ACCESS TO TRIAL**

I, Brian Stekloff, hereby attest as follows:

1. I represent and/or serve as counsel to Meta Platforms, Inc.

2. I understand that access to the remote audiovisual link for the trial in *People of the State of California, et al. v. Meta Platforms, Inc., et al.* (4:23-cv-05448-YGR) is restricted to authorized counsel who have filed this attestation with the Court.

3. I will not share the remote audiovisual access link with any person.

Dated:  July 31, 2026.                     Signature: _____

                                           Printed Name: Brian Stekloff

                                           Title: Partner

                                           Firm/Employer: Wilkinson Stekloff LLP

**ATTESTATION REGARDING REMOTE AUDIOVISUAL ACCESS TO TRIAL**

I, Remington Thames, hereby attest as follows:

1. I represent and/or serve as counsel to Meta Platforms, Inc.

2. I understand that access to the remote audiovisual link for the trial in *People of the State of California, et al. v. Meta Platforms, Inc., et al.* (4:23-cv-05448-YGR) is restricted to authorized counsel who have filed this attestation with the Court.

3. I will not share the remote audiovisual access link with any person.

Dated:  August 3, 2026.

Signature: *Remington Thames*

Printed Name: Remington Thames

Title: Case Manager

Firm/Employer: Wilkinson Stekloff LLP

**ATTESTATION REGARDING REMOTE AUDIOVISUAL ACCESS TO TRIAL**

I, Max Warren, hereby attest as follows:

1. I represent and/or serve as counsel to Meta Platforms, Inc.

2. I understand that access to the remote audiovisual link for the trial in *People of the State of California, et al. v. Meta Platforms, Inc., et al.* (4:23-cv-05448-YGR) is restricted to authorized counsel who have filed this attestation with the Court.

3. I will not share the remote audiovisual access link with any person.

Dated:  July 31, 2026.                    Signature: _____

                                          Printed Name: Max Warren

                                          Title: Counsel

                                          Firm/Employer: Wilkinson Stekloff LLP

**ATTESTATION REGARDING REMOTE AUDIOVISUAL ACCESS TO TRIAL**

I, Kaitlyn Wesneski, hereby attest as follows:

1.  I represent and/or serve as counsel to Meta Platforms, Inc.

2.  I understand that access to the remote audiovisual link for the trial in *People of the State of California, et al. v. Meta Platforms, Inc., et al.* (4:23-cv-05448-YGR) is restricted to authorized counsel who have filed this attestation with the Court.

3.  I will not share the remote audiovisual access link with any person.

Dated:  August 3, 2026.                    Signature: _Kaitlyn Wesneski_

                                                                Printed Name: Kaitlyn Wesneski

                                                                Title: Legal Assistant

                                                                Firm/Employer: Wilkinson Stekloff LLP

**ATTESTATION REGARDING REMOTE AUDIOVISUAL ACCESS TO TRIAL**

I, Ethan Wong, hereby attest as follows:

1.  I represent and/or serve as counsel to Meta Platforms, Inc.

2.  I understand that access to the remote audiovisual link for the trial in *People of the State of California, et al. v. Meta Platforms, Inc., et al.* (4:23-cv-05448-YGR) is restricted to authorized counsel who have filed this attestation with the Court.

3.  I will not share the remote audiovisual access link with any person.

Dated:  August 3, 2026.                        Signature: _Ethan Wong_____

                                         Printed Name: Ethan Wong

                                         Title: Litigation Paralegal

                                         Firm/Employer: Wilkinson Stekloff LLP

**ATTESTATION REGARDING REMOTE AUDIOVISUAL ACCESS TO TRIAL**

I, _____Gabriel Egli_____, hereby attest as follows:

1. I represent and/or serve as counsel to Meta Platforms, Inc.

2. I understand that access to the remote audiovisual link for the trial in *People of the State of California, et al. v. Meta Platforms, Inc., et al.* (4:23-cv-05448-YGR) is restricted to authorized counsel who have filed this attestation with the Court.

3. I will not share the remote audiovisual access link with any person.

Dated: ___August 4_____, 2026.          Signature: _____

                                          Printed Name: __Gabriel Egli_____

                                          Title: __Attorney / Partner_____

                                          Firm/Employer: __Shook, Hardy & Bacon LLP

**ATTESTATION REGARDING REMOTE AUDIOVISUAL ACCESS TO TRIAL**

I, _____**Megan Egli**_____, hereby attest as follows:

1.  I represent and/or serve as counsel to Meta Platforms, Inc.

2.  I understand that access to the remote audiovisual link for the trial in *People of the State of California, et al. v. Meta Platforms, Inc., et al.* (4:23-cv-05448-YGR) is restricted to authorized counsel who have filed this attestation with the Court.

3.  I will not share the remote audiovisual access link with any person.

Dated: _____**August 4**_____, 2026.    Signature: _____

Printed Name: ____**Megan M. Egli**____

Title: _____**Partner**_____

Firm/Employer: __**Shook, Hardy & Bacon**__

**ATTESTATION REGARDING REMOTE AUDIOVISUAL ACCESS TO TRIAL**

I, ___Christopher P. Gramling_____, hereby attest as follows:

1.  I represent and/or serve as counsel to Meta Platforms, Inc.

2.  I understand that access to the remote audiovisual link for the trial in *People of the State of California, et al. v. Meta Platforms, Inc., et al.* (4:23-cv-05448-YGR) is restricted to authorized counsel who have filed this attestation with the Court.

3.  I will not share the remote audiovisual access link with any person.

Dated: ___August 4_____, 2026.

Signature: _____

Printed Name: __Christopher P. Gramling_____

Title: __Partner_____

Firm/Employer: __Shook, Hardy & Bacon L.L.P.__

## ATTESTATION REGARDING REMOTE AUDIOVISUAL ACCESS TO TRIAL

I, _Jennifer Blues Kenyon_, hereby attest as follows:

1. I represent and/or serve as counsel to Meta Platforms, Inc.

2. I understand that access to the remote audiovisual link for the trial in *People of the State of California, et al. v. Meta Platforms, Inc., et al.* (4:23-cv-05448-YGR) is restricted to authorized counsel who have filed this attestation with the Court.

3. I will not share the remote audiovisual access link with any person.

Dated: _July 30_, 2026.

Signature: _____

Printed Name: _Jennifer Blues Kenyon_

Title: _Attorney_

Firm/Employer: _Shook, Hardy & Bacon_

## ATTESTATION REGARDING REMOTE AUDIOVISUAL ACCESS TO TRIAL

I, _____Russell J. Shankland_____, hereby attest as follows:

1. I represent and/or serve as counsel to Meta Platforms, Inc.

2. I understand that access to the remote audiovisual link for the trial in *People of the State of California, et al. v. Meta Platforms, Inc., et al.* (4:23-cv-05448-YGR) is restricted to authorized counsel who have filed this attestation with the Court.

3. I will not share the remote audiovisual access link with any person.

Dated: _____August 4_____, 2026.    Signature: _____

Printed Name: _____Russell J. Shankland_____

Title: _Partner_____

Firm/Employer: _Shook, Hardy & Bacon L.L.P._

**ATTESTATION REGARDING REMOTE AUDIOVISUAL ACCESS TO TRIAL**

I, _____Kaitlin Campanini_____, hereby attest as follows:

1. I represent and/or serve as counsel to Meta Platforms, Inc.

2. I understand that access to the remote audiovisual link for the trial in *People of the State of California, et al. v. Meta Platforms, Inc., et al.* (4:23-cv-05448-YGR) is restricted to authorized counsel who have filed this attestation with the Court.

3. I will not share the remote audiovisual access link with any person.

Dated: _____July 31_____, 2026.

Signature: ___/s/ Kaitlin Campanini___

Printed Name: ___Kaitlin Campanini___

Title: ___Associate___

Firm/Employer: ___Davis Polk & Wardwell LLP___

**ATTESTATION REGARDING REMOTE AUDIOVISUAL ACCESS TO TRIAL**

I, _____Kelsey Clark_____, hereby attest as follows:

1. I represent and/or serve as counsel to Meta Platforms, Inc.

2. I understand that access to the remote audiovisual link for the trial in *People of the State of California, et al. v. Meta Platforms, Inc., et al.* (4:23-cv-05448-YGR) is restricted to authorized counsel who have filed this attestation with the Court.

3. I will not share the remote audiovisual access link with any person.

Dated: _____July 31_____, 2026.

Signature: ___/s/ Kelsey Clark___

Printed Name: ___Kelsey Clark___

Title: ___Associate___

Firm/Employer: ___Davis Polk & Wardwell LLP___

**ATTESTATION REGARDING REMOTE AUDIOVISUAL ACCESS TO TRIAL**

I, __Crystal Cummings__, hereby attest as follows:

1. I represent and/or serve as counsel to Meta Platforms, Inc.

2. I understand that access to the remote audiovisual link for the trial in *People of the State of California, et al. v. Meta Platforms, Inc., et al.* (4:23-cv-05448-YGR) is restricted to authorized counsel who have filed this attestation with the Court.

3. I will not share the remote audiovisual access link with any person.

Dated: __August 1__, 2026.

Signature: __/s/ Crystal Cummings__

Printed Name: __Crystal Cummings__

Title: __Associate__

Firm/Employer: Davis Polk & Wardwell LLP

**ATTESTATION REGARDING REMOTE AUDIOVISUAL ACCESS TO TRIAL**

I, _____Christina Davis_____, hereby attest as follows:

1. I represent and/or serve as counsel to Meta Platforms, Inc.

2. I understand that access to the remote audiovisual link for the trial in *People of the State of California, et al. v. Meta Platforms, Inc., et al.* (4:23-cv-05448-YGR) is restricted to authorized counsel who have filed this attestation with the Court.

3. I will not share the remote audiovisual access link with any person.

Dated: ____August 2_____, 2026.

Signature: _Christina Davis_____

Printed Name: _Christina Davis_____

Title: _Associate_____

Firm/Employer: _Davis Polk & Wardwell LLP_

**ATTESTATION REGARDING REMOTE AUDIOVISUAL ACCESS TO TRIAL**

I, _____Anna Fish_____, hereby attest as follows:

1.  I represent and/or serve as counsel to Meta Platforms, Inc.

2.  I understand that access to the remote audiovisual link for the trial in *People of the State of California, et al. v. Meta Platforms, Inc., et al.* (4:23-cv-05448-YGR) is restricted to authorized counsel who have filed this attestation with the Court.

3.  I will not share the remote audiovisual access link with any person.

Dated: _____July 31_____, 2026.

Signature: ___/s/ Anna Fish_____

Printed Name: ___Anna Fish_____

Title: _____Associate_____

Firm/Employer: ___Davis Polk & Wardwell LLP___

**ATTESTATION REGARDING REMOTE AUDIOVISUAL ACCESS TO TRIAL**

I, _____Jonathan Gerstell_____, hereby attest as follows:

1. I represent and/or serve as counsel to Meta Platforms, Inc.

2. I understand that access to the remote audiovisual link for the trial in *People of the State of California, et al. v. Meta Platforms, Inc., et al.* (4:23-cv-05448-YGR) is restricted to authorized counsel who have filed this attestation with the Court.

3. I will not share the remote audiovisual access link with any person.

Dated: _____July 31_____, 2026.

Signature: ___/s/ Jonathan Gerstell___

Printed Name: ___Jonathan Gerstell___

Title: ___Associate___

Firm/Employer: ___Davis Polk & Wardwell LLP___

**ATTESTATION REGARDING REMOTE AUDIOVISUAL ACCESS TO TRIAL**

I, _____Jordan Halper_____, hereby attest as follows:

1. I represent and/or serve as counsel to Meta Platforms, Inc.

2. I understand that access to the remote audiovisual link for the trial in *People of the State of California, et al. v. Meta Platforms, Inc., et al.* (4:23-cv-05448-YGR) is restricted to authorized counsel who have filed this attestation with the Court.

3. I will not share the remote audiovisual access link with any person.

Dated: ____July 31____, 2026.

Signature: ____/s/ Jordan Halper_____

Printed Name: ____Jordan Halper_____

Title: ____Associate_____

Firm/Employer: ____Davis Polk & Wardwell LLP____

## ATTESTATION REGARDING REMOTE AUDIOVISUAL ACCESS TO TRIAL

I, _____Meredith Manda_____, hereby attest as follows:

1. I represent and/or serve as counsel to Meta Platforms, Inc.

2. I understand that access to the remote audiovisual link for the trial in *People of the State of California, et al. v. Meta Platforms, Inc., et al.* (4:23-cv-05448-YGR) is restricted to authorized counsel who have filed this attestation with the Court.

3. I will not share the remote audiovisual access link with any person.

Dated: ___July 31___, 2026.

Signature: ___/s/ Meredith Manda___

Printed Name: ___Meredith Manda___

Title: ___Associate___

Firm/Employer: ___Davis Polk & Wardwell LLP___

**ATTESTATION REGARDING REMOTE AUDIOVISUAL ACCESS TO TRIAL**

I, _____Corey Meyer_____, hereby attest as follows:

1.  I represent and/or serve as counsel to Meta Platforms, Inc.

2.  I understand that access to the remote audiovisual link for the trial in *People of the State of California, et al. v. Meta Platforms, Inc., et al.* (4:23-cv-05448-YGR) is restricted to authorized counsel who have filed this attestation with the Court.

3.  I will not share the remote audiovisual access link with any person.

Dated: _____July 31_____, 2026.

Signature: ___/s/ Corey Meyer___

Printed Name: ___Corey Meyer___

Title: ___Associate___

Firm/Employer: ___Davis Polk & Wardwell LLP___

**ATTESTATION REGARDING REMOTE AUDIOVISUAL ACCESS TO TRIAL**

I, ___Tim Morgan_____, hereby attest as follows:

1.  I represent and/or serve as counsel to Meta Platforms, Inc.

2.  I understand that access to the remote audiovisual link for the trial in *People of the State of California, et al. v. Meta Platforms, Inc., et al.* (4:23-cv-05448-YGR) is restricted to authorized counsel who have filed this attestation with the Court.

3.  I will not share the remote audiovisual access link with any person.

Dated: ___August 1_____, 2026.

Signature: ___*Tim Morgan*_____

Printed Name: ___Tim Morgan_____

Title: Associate_____

Firm/Employer: ___Davis Polk & Wardwell LLP

**ATTESTATION REGARDING REMOTE AUDIOVISUAL ACCESS TO TRIAL**

I, _____Daniel Moubayed_____, hereby attest as follows:

1.  I represent and/or serve as counsel to Meta Platforms, Inc.

2.  I understand that access to the remote audiovisual link for the trial in *People of the State of California, et al. v. Meta Platforms, Inc., et al.* (4:23-cv-05448-YGR) is restricted to authorized counsel who have filed this attestation with the Court.

3.  I will not share the remote audiovisual access link with any person.

Dated: ____July 31____, 2026.

Signature: ___/s/ Daniel Moubayed_____

Printed Name: ___Daniel Moubayed____

Title: ___Associate_____

Firm/Employer: ___Davis Polk & Wardwell LLP___

**ATTESTATION REGARDING REMOTE AUDIOVISUAL ACCESS TO TRIAL**

I, _____Antonio Perez-Marques_____, hereby attest as follows:

1. I represent and/or serve as counsel to Meta Platforms, Inc.

2. I understand that access to the remote audiovisual link for the trial in *People of the State of California, et al. v. Meta Platforms, Inc., et al.* (4:23-cv-05448-YGR) is restricted to authorized counsel who have filed this attestation with the Court.

3. I will not share the remote audiovisual access link with any person.

Dated: _____July 31_____, 2026.

Signature: ___/s/ Antonio Perez-Marques___

Printed Name: ___Antonio Perez-Marques___

Title: ___Partner___

Firm/Employer: ___Davis Polk & Wardwell LLP___

**ATTESTATION REGARDING REMOTE AUDIOVISUAL ACCESS TO TRIAL**

I, _____James Rouhandeh_____, hereby attest as follows:

1.  I represent and/or serve as counsel to Meta Platforms, Inc.

2.  I understand that access to the remote audiovisual link for the trial in *People of the State of California, et al. v. Meta Platforms, Inc., et al.* (4:23-cv-05448-YGR) is restricted to authorized counsel who have filed this attestation with the Court.

3.  I will not share the remote audiovisual access link with any person.

Dated: _____July 31_____, 2026.

Signature: ____/s/ James Rouhandeh_____

Printed Name: ___James Rouhandeh_____

Title: _____Partner_____

Firm/Employer: ___Davis Polk & Wardwell LLP___

**ATTESTATION REGARDING REMOTE AUDIOVISUAL ACCESS TO TRIAL**

I, _____Sean Stefanik_____, hereby attest as follows:

1. I represent and/or serve as counsel to Meta Platforms, Inc.

2. I understand that access to the remote audiovisual link for the trial in *People of the State of California, et al. v. Meta Platforms, Inc., et al.* (4:23-cv-05448-YGR) is restricted to authorized counsel who have filed this attestation with the Court.

3. I will not share the remote audiovisual access link with any person.

Dated: _____July 31_____, 2026.

Signature: _____/s/ Sean Stefanik_____

Printed Name: ___Sean Stefanik___

Title: _____Counsel_____

Firm/Employer: ___Davis Polk & Wardwell LLP___

**ATTESTATION REGARDING REMOTE AUDIOVISUAL ACCESS TO TRIAL**

I, <u>Caroline Stern</u>, hereby attest as follows:

1. I represent and/or serve as counsel to Meta Platforms, Inc.

2. I understand that access to the remote audiovisual link for the trial in *People of the State of California, et al. v. Meta Platforms, Inc., et al.* (4:23-cv-05448-YGR) is restricted to authorized counsel who have filed this attestation with the Court.

3. I will not share the remote audiovisual access link with any person.

Dated: <u>July 30</u>, 2026.

Signature: <u>*/s/ Caroline Stern*</u>

Printed Name: <u>Caroline Stern</u>

Title: <u>Counsel</u>

Firm/Employer: <u>Davis Polk & Wardwell LLP</u>

**ATTESTATION REGARDING REMOTE AUDIOVISUAL ACCESS TO TRIAL**

I, _____Nikolaus Williams_____, hereby attest as follows:

1. I represent and/or serve as counsel to Meta Platforms, Inc.

2. I understand that access to the remote audiovisual link for the trial in *People of the State of California, et al. v. Meta Platforms, Inc., et al.* (4:23-cv-05448-YGR) is restricted to authorized counsel who have filed this attestation with the Court.

3. I will not share the remote audiovisual access link with any person.

Dated: _____July 31_____, 2026.

Signature: ___/s/ Nikolaus Williams_____

Printed Name: ___Nikolaus Williams_____

Title: ___Counsel_____

Firm/Employer: ___Davis Polk & Wardwell LLP___