UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

In Re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation ,

Plaintiff(s),

v.

,

Defendant(s).

Case No. 4:22-nd-03047-YGRTT

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE; ORDER**
(CIVIL LOCAL RULE 11-3)

I, Thomas J. McKenzie, Jr., Esquire , an active member in good standing of the bar of United States District Court for the Eastern District of Pennsylvania , hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: Southeastern Pennsylvania Transportation Authority in the above-entitled action. My local co-counsel in this case is waived , an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.  Local co-counsel's bar number is: .

Marshall Dennehey, P.C.
2000 Market Street - Suite 2300
Philadelphia, PA  19103

MY ADDRESS OF RECORD                              LOCAL CO-COUNSEL'S ADDRESS OF RECORD

215-575-3562

MY TELEPHONE # OF RECORD                          LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD

tjmckenzie@mdwcg.com

MY EMAIL ADDRESS OF RECORD                        LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 84588 .

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I have been granted pro hac vice admission by the Court 0 times in the 12 months preceding this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.  I declare under penalty of perjury that the foregoing is true and correct.

Dated:  8/7/2026

Thomas J. McKenzie, Jr., Esquire
APPLICANT

## ORDER GRANTING APPLICATION
## FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Thomas J. McKenzie, Jr., Esquire is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated:       August 12, 2026

HON. YVONNE GONZALEZ ROGERS
CHIEF UNITED STATES DISTRICT JUDGE

United States District Court
Northern District of California

Updated 11/2021

2

# EXHIBIT A



### Supreme Court of Pennsylvania

## CERTIFICATE OF GOOD STANDING

### *Thomas McKenzie, Esq.*

**DATE OF ADMISSION**

*November 30, 1999*

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.

**Witness my hand and official seal**
**Dated:  July 30, 2026**

Darian Holland
Chief Clerk