[Submitting Counsel on Signature Page]

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION** | MDL No. 3047<br><br>Case No. 4:22-md-3047-YGR |
| This Document Relates to:<br><br>*Tucson Unified School District v. Meta Platforms, Inc. et al*, Case No.: 4:24-cv-01382<br><br>*Charleston County School District v. Meta Platforms, Inc. et al*, Case No.: 4:23-cv-04659, | **JOINT STIPULATION AND [PROPOSED] ORDER REGARDING APPLICABILITY OF BREATHITT IN LIMINE RULINGS TO TUCSON AND CHARLESTON CASES** |

**WHEREAS**, the parties in the above-captioned school district bellwether cases ("*Tucson*" and "*Charleston*") desire to narrow issues for the purposes of trial, to preserve issues for appeal, and to eliminate the need for the Court to separately consider motions in limine similar to those already ruled upon by the Court in *Breathitt County Board of Education v. Meta Platforms, Inc., et al.*, Case No.: 4:23-CV-1804 (*Breathitt*).

**THEREFORE**, the parties in the *Tucson* and *Charleston* cases hereby **STIPULATE** that certain i*n limine* motions, and responses and replies (if any) filed in the *Breathitt* case are deemed filed in the *Tucson* and *Charleston* cases, that all arguments and objections are preserved for appellate purposes in the *Tucson* and *Charleston* cases as set forth in the briefing related to those motions and made during oral argument in the *Breathitt* case as follows, and that the Court's rulings with respect to those motions will apply in the trial of the *Tucson* and *Charleston* cases:

Case No. 4:22-md-3047-YGR

JOINT STIPULATION AND [PROPOSED] ORDER REGARDING APPLICABILITY OF BREATHITT IN
LIMINE RULINGS TO TUCSON AND CHARLESTON CASES

## I.     DEFENDANTS' MOTIONS IN LIMINE IN THE BREATHITT CASE

1.     In the *Breathitt* case, Defendants filed the in limine motions set forth in the chart below in Column A (ECF Nos. 2804, 2794, 2800), and Plaintiff filed oppositions (ECF Nos. 2829, 2822, 2817). The parties stipulate that the briefing and the Court's rulings from *Breathitt* set forth in Column B are deemed to apply in both the *Tucson* and *Charleston* cases:

| A<br>DEFENDANTS' MILS IN *BREATHITT* | B<br>COURT'S RULING DEEMED IN *TUCSON* AND *CHARLESTON* |
|---|---|
| DEFENDANTS' NOTICE OF MOTION AND MOTION IN LIMINE NO. 1 TO EXCLUDE EVIDENCE OF CONTENT AND FEATURES PROTECTED BY SECTION 230 AND THE FIRST AMENDMENT (ECF 2804) | DENIED. There may be specific examples that arise during trial that would be irrelevant and prejudicial if offered. (ECF 2898, at 5). |
| DEFENDANTS' MOTION IN LIMINE NO. 4 TO EXCLUDE HEARSAY TESTIMONY (ECF 2794) | GRANTED as to any testimony regarding specific statements by specific individuals. However, as explained in its February 17, 2026 Order, experts may rely on hearsay for the basis of their opinions. Therefore, and as an example, Hoover may refer generally to the fact that she conducted interviews with teachers and administrators and how that informed her understanding of how social media affected the district, but may not repeat the content of the conversations. (ECF 2898, at 6). |
| DEFENDANTS' NOTICE OF MOTION AND MOTION IN LIMINE NO. 5 TO EXCLUDE EVIDENCE RELATED TO FOREIGN BANS, RESTRICTIONS, REGULATORY INVESTIGATIONS OR ACTIONS, AND REPORTS RELATING TO SOCIAL MEDIA, OR FOREIGN OWNERSHIP OF ANY OF THE DEFENDANTS' PLATFORMS (ECF 2800) | GRANTED IN PART. As the Court explained on the record at the pretrial conference, neither counsel nor parties' witnesses may reference a specific nation(s) regarding a foreign law, platform operation, or platform owner. However, there may be probative evidence, for example, of a defendant's knowledge of harm or feasible alternative designs, that is grounded in events that occurred in another country. Such evidence is not excluded, although the Court will not have mini-trials regarding the content of regulations and laws of other countries. (ECF 2898, at 6-7). |

JOINT STIPULATION AND [PROPOSED] ORDER REGARDING APPLICABILITY OF BREATHITT IN LIMINE RULINGS TO TUCSON AND CHARLESTON CASES

## II.    PLAINTIFF'S MOTIONS IN LIMINE IN THE BREATHITT CASE

2.    In the *Breathitt* case, Plaintiff filed the in limine motions set forth in the chart below in Column A (ECF 2792, 2793, 2802, 2798), and Defendant filed oppositions (ECF Nos. 2825, 2828, 2827). The parties stipulate that the briefing and the Court's rulings from *Breathitt* set forth in Column B are deemed to apply in both the *Tucson* and *Charleston* cases:

| A<br>PLAINTIFF'S MILS IN *BREATHITT* | B<br>COURT'S RULING DEEMED IN *TUCSON* AND *CHARLESTON* |
|---|---|
| PLAINTIFF'S MOTION IN LIMINE #2, TO EXCLUDE REFERENCE TO SOCIAL MEDIA HABITS OR THE MENTAL HEALTH OF CHILDREN OR OTHER FAMILY MEMBERS NOT DISCLOSED IN DISCOVERY (ECF Nos. 2792 & 2793) | DENIED. (ECF 2898, at 2). |
| PLAINTIFF'S MOTION IN LIMINE #4, TO EXCLUDE ADVOCACY OPINIONS OF DEFENDANTS' EXPERTS DR. ETHAN HUTT AND DR. KEITH HAMPTON (ECF 2802) | GRANTED. (ECF 2898, at 3-4). |
| PLAINTIFF'S MOTION IN LIMINE #5, TO EXCLUDE CERTAIN OPINIONS OF TIKTOK'S EXPERT DR. CHRIS MATTMANN AND SNAP'S EXPERT DR. SANDEEP CHATTERJEE (ECF 2798) | DENIED. There may be specific examples that arise during trial that would be irrelevant and prejudicial if offered. (ECF 2898, at 5). |

3.    The parties also stipulate that the Parties' Joint Trial Stipulation #2 Concerning Evidence of Breathitt's Prior JUUL E-Cigarettes and Opioids Litigation, is deemed to apply in both the *Tucson* and *Charleston* cases.

4.    By entering this Stipulation, the Parties reserve their rights to offer evidence at trial beyond the express terms of the Stipulation or argue, as the case may be, that evidence is inadmissible.

5.    The motions, responses and any replies referenced above are deemed to have been filed in the dockets for both the *Tucson* and *Charleston* cases and are part of the record in both cases, and therefore are part of the record on appeal, in the event of an appeal.

**PURSUANT TO STIPULATION, IT IS SO ORDERED**.

Dated: _____, 2026

_____
**Hon. Yvonne Gonzalez Rogers**
**U.S. District Court Judge**

JOINT STIPULATION AND [PROPOSED] ORDER REGARDING APPLICABILITY OF BREATHITT IN LIMINE RULINGS TO TUCSON AND CHARLESTON CASES

Dated: August 10, 2026

Respectfully submitted,

/s/ *Michael Weinkowitz*

MICHAEL M. WEINKOWITZ

**GIBBS MURA LLP**

One Commerce Square

2005 Market Street

32nd Floor

Philadelphia, PA 19103

(215) 486-0150

MWeinkowitz@classlawgroup.com

*Co-chair of School District Committee*

*Plaintiffs Leadership Committee*

PREVIN WARREN

**MOTLEY RICE LLC**

401 9th Street NW Suite 630

Washington DC 20004

Telephone: 202-386-9610

pwarren@motleyrice.com

LEXI J. HAZAM

**LIEFF CABRASER HEIMANN &**

**BERNSTEIN, LLP**

275 Battery Street, 29th Floor

San Francisco, CA 94111-3339

Telephone: 415-956-1000

lhazam@lchb.com

*Co-Lead Counsel*

Case No. 4:22-md-3047-YGR

JOINT STIPULATION AND [PROPOSED] ORDER REGARDING APPLICABILITY OF BREATHITT IN
LIMINE RULINGS TO TUCSON AND CHARLESTON CASES

THOMAS P. CARTMELL
AUSTIN P. BRANE
**WAGSTAFF & CARTMELL LLP**
4740 Grand Avenue, Suite 300
Kansas City, MO 64112
Telephone: 816-701-1100
tcartmell@wcllp.com
abrane@wcllp.com

*Attorneys for Plaintiff Tucson Unified School District*

LANCE OLIVER
JADE HAILESELASSIE
MARLON EMIL KIMPSON
**MOTLEY RICE LLC**
28 Bridgeside Boulevard
Mount Pleasant, SC 29464
Telephone: 843-216-9043
jhaileselassie@motleyrice.com
mkimpson@motleyrice.com

*Attorneys for Plaintiff Charleston County School District*

**COVINGTON & BURLING LLP**

By: */s/ Ashley M. Simonsen*
Ashley M. Simonsen (Bar No. 275203)
COVINGTON & BURLING LLP
1999 Avenue of the Stars
Los Angeles, California 90067
Telephone: (424) 332-4800
Facsimile: (424) 332-4749
Email: asimonsen@cov.com

Phyllis A. Jones (*pro hac vice*)
Paul W. Schmidt (*pro hac vice*)
Christian J. Pistilli (*pro hac vice*)
COVINGTON & BURLING LLP
One City Center
850 Tenth Street, NW
Washington, DC 20001-4956
Telephone: (202) 662-6000
Facsimile: (202) 662-6291
Email: pajones@cov.com
Email: pschmidt@cov.com
Email: cpistilli@cov.com

-6-                                    Case No. 4:22-md-3047-YGR

JOINT STIPULATION AND [PROPOSED] ORDER REGARDING APPLICABILITY OF BREATHITT IN
LIMINE RULINGS TO TUCSON AND CHARLESTON CASES

*Attorneys for Defendants Meta Platforms, Inc. and Instagram, LLC*

**KING & SPALDING LLP**

By: */s/ Geoffrey M. Drake*
Geoffrey M. Drake, *pro hac vice*
TaCara D. Harris, *pro hac vice*
King & Spalding LLP
1180 Peachtree Street, NE, Suite 1600
Atlanta, GA 30309-3521
Telephone: (404) 572-4600
Facsimile: (404) 572-5100
Email: gdrake@kslaw.com
Email: tharris@kslaw.com

David P. Mattern, *pro hac vice*
King & Spalding LLP
1700 Pennsylvania Avenue, NW, Suite 900
Washington, DC 20006-4707
Telephone: (202) 737-0500
Facsimile: (202) 626-3737
Email: dmattern@kslaw.com

Bailey J. Langner (SBN 307753)
King & Spalding LLP
50 California Street, Suite 3300
San Francisco, CA 94111
Telephone: (415) 318-1200
Facsimile: (415) 318-1300
Email: blangner@kslaw.com

**O'MELVENY & MYERS LLP**

By: */s/ Daniel M. Petrocelli*
Daniel M. Petrocelli (SBN 97802)
dpetrocelli@omm.com
Sabrina H. Strong (SBN 200292)
sstrong@omm.com
1999 Avenue of the Stars, 8th Floor
Los Angeles, CA 90067
Telephone: (310) 553-6700

Stephen D. Brody, *pro hac vice*
sbrody@omm.com
1625 Eye Street
Washington, DC 20006
Telephone: (202) 383-5300

JOINT STIPULATION AND [PROPOSED] ORDER REGARDING APPLICABILITY OF BREATHITT IN LIMINE RULINGS TO TUCSON AND CHARLESTON CASES

*Attorneys for Defendants TikTok Inc., ByteDance Inc., TikTok Ltd., ByteDance Ltd., and TikTok LLC*

**MUNGER, TOLLES & OLSON LLP**

By*: /s/ Jonathan H. Blavin*
Jonathan H. Blavin, SBN 230269
MUNGER, TOLLES & OLSON LLP
560 Mission Street, 27th Floor
San Francisco, CA 94105-3089
Telephone: (415) 512-4000
Facsimile: (415) 512-4077
Email: jonathan.blavin@mto.com

E. Martin Estrada (SBN 223802)
Martin.Estrada@mto.com
L. Ashley Aull (SBN 257020)
Ashley.Aull@mto.com
Victoria A. Degtyareva (SBN 284199)
Victoria.Degtyareva@mto.com
MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue, 50th Floor
Los Angeles, CA 90071
Tel.: (213) 683-9100

*Attorneys for Defendant Snap Inc.*

**WILLIAMS & CONNOLLY LLP**

By: */s/ Ashley W. Hardin*
WILLIAMS & CONNOLLY LLP
Ashley W. Hardin, *pro hac vice*
J. Andrew Keyes, *pro hac vice*
Neelum J. Wadhwani (SBN 247948)
680 Maine Avenue SW
Washington, DC 20024
Tel.: (202) 434-5000
ahardin@wc.com
akeyes@wc.com
nwadhwani@wc.com

*Attorneys for Defendants YouTube, LLC and Google LLC*

Case No. 4:22-md-3047-YGR
JOINT STIPULATION AND [PROPOSED] ORDER REGARDING APPLICABILITY OF BREATHITT IN LIMINE RULINGS TO TUCSON AND CHARLESTON CASES