UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

IN RE: SOCIAL MEDIA ADOLSCENT
ADDICTION/PERSONAL INJURY
PRODUCT LIABILITY LITIGATION

Plaintiff(s),

v.

,

Defendant(s).

Case No. 4:22-md-03047-YGR-PHK

**APPLICATION FOR ADMISSION
OF ATTORNEY PRO HAC VICE;
ORDER**
(CIVIL LOCAL RULE 11-3)

I, M. Justin Lusko , an active member in good standing of the bar of Florida , hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: Navah P. Larison in the above-entitled action. My local co-counsel in this case is waived (MDL) , an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.  Local co-counsel's bar number is: waived (MDL) .

21 S. Tarragona Street, Suit 103L
Pensacola, FL 32502
MY ADDRESS OF RECORD

waived (MDL)
LOCAL CO-COUNSEL'S ADDRESS OF RECORD

(850) 308-4011
MY TELEPHONE # OF RECORD

waived (MDL)
LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD

jlusko@luskolaw.com
MY EMAIL ADDRESS OF RECORD

waived (MDL)
LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 049013 .

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I have been granted pro hac vice admission by the Court 0 times in the 12 months preceding this application.

United States District Court
Northern District of California

United States District Court
Northern District of California

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.  I declare under penalty of perjury that the foregoing is true and correct.

Dated: 08/12/2026

M. Justin Lusko
APPLICANT

ORDER GRANTING APPLICATION

FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of M. Justin Lusko is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: August 12, 2026

HON. YVONNE GONZALEZ ROGERS
CHIEF UNITED STATES DISTRICT JUDGE



# The Florida Bar

**651 East Jefferson Street**
**Tallahassee, FL 32399-2300**

**Joshua E. Doyle**
**Executive Director**

**850/561-5600**
**www.FLORIDABAR.org**

State of Florida            )

County of Leon          )                                    In Re:   0049013
                                                                            Michael Justin Lusko
                                                                            Lusko Law Firm
                                                                            PO Box 10075
                                                                            Pensacola, FL 32524-0075

I CERTIFY THE FOLLOWING:

I am the custodian of membership records of The Florida Bar.

Membership records of The Florida Bar indicate that The Florida Bar member listed above was admitted to practice law in the state of Florida on **February 1, 2008**.

The Florida Bar member above is an active member in good standing of The Florida Bar who is eligible to practice law in the state of Florida.

Dated this  4th  day of **August, 2026**.

Cynthia B. Jackson, CFO
Administration Division
The Florida Bar

PG:R10
CTM-427321