**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

PEOPLE OF THE STATE OF CALIFORNIA, ET AL.,

        Plaintiffs,

  v.

META PLATFORMS INC., ET AL.,

        Defendants.

Case No. 4:23-cv-05448-YGR

**PRETRIAL ORDER NO. 7 RE: DISCOVERY DESIGNATIONS**

Having considered the filings to date and for good cause shown, the Court issues the following orders to facilitate an orderly trial:

1. **Discovery Designations:**

2. The Court's rulings on the designation disputes are provided hereto as Attachment A.

3. **Sealing**:

4. For reasons discussed more fully on the record at the June 26, 2026 Pretrial Conference, the motion to seal the AGs' preliminary exhibit list (Dkt. No. 412) is **DENIED**.

5. Regarding the sealing requests related to the parties' submissions regarding penalty and disgorgement charts (Dkt. No. 456), the parties should be prepared to discuss why any of the materials should be sealed at the August 13, 2026 Conference.

This Order terminates Dkt. Nos. 412 & 458 in **Case No. 23-cv-5448** and Dkt. Nos. 3171 & 3240 in **Case No. 22-md-3047**.

      **IT IS SO ORDERED.**

Dated:   August 13, 2026

_____
YVONNE GONZALEZ ROGERS
**CHIEF UNITED STATES DISTRICT JUDGE**