Ashley M. Simonsen (Bar No. 275203)
COVINGTON & BURLING LLP
1999 Avenue of the Stars
Los Angeles, California 90067
Telephone: (424) 332-4800
Facsimile: (424) 332-4749
Email: asimonsen@cov.com

*Attorneys for Defendant Meta Platforms, Inc.*
*f/k/a Facebook, Inc.*

*[Additional counsel listed on signature page]*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION <br><br> This Document Relates To: <br><br> *People of the State of California, et al. v. Meta Platforms, Inc., et al.* | MDL No. 3047 <br><br> Case No. 4:22-md-03047-YGR <br>         4:23-cv-05448 <br><br> **META'S NOTICE OF FILING OF ADDITIONAL ATTESTATIONS REGARDING RESTRICTED REMOTE AUDIOVISUAL ACCESS LINK FOR MDL AG TRIAL** <br><br> Judge: Hon. Yvonne Gonzalez Rogers <br> Magistrate Judge: Hon. Peter H. Kang |

On August 10, 2026, Meta Platforms, Inc., f/k/a Facebook, Inc. ("Meta") filed its Notice of Filing of Attestations Regarding Restricted Remote Audiovisual Access Link for MDL AG Trial, ECF 521 (3362). As a supplement to that notice, Meta submits this Notice of Filing of Additional Attestations.

Attached hereto as Exhibit A is a compilation of additional written attestations signed by counsel of record and in-house counsel for Meta, attesting in writing (i) that they represent or serve as counsel to Meta and (ii) that they will not share the restricted remote audiovisual access link for the trial with any person. An updated Excel spreadsheet containing a list of each counsel who has completed an attestation; their firm or company affiliation; and their email address (which will be used to access the link) will be provided to the Court via email.

DATED:  August 13, 2026

Respectfully submitted,

**COVINGTON & BURLING LLP**

By: */s/ Ashley M. Simonsen*
Ashley M. Simonsen (Bar No. 275203)
COVINGTON & BURLING LLP
1999 Avenue of the Stars
Los Angeles, California 90067
Telephone: (424) 332-4800
Facsimile: (424) 332-4749
Email: asimonsen@cov.com

Paul W. Schmidt (*pro hac vice*)
Timothy C. Hester (*pro hac vice*)
David N. Sneed (*pro hac vice*)
COVINGTON & BURLING LLP
One City Center
850 Tenth Street, NW
Washington, DC 20001-4956
Telephone: (202) 662-6000
Facsimile: (202) 662-6291
Email: pschmidt@cov.com
Email: thester@cov.com
Email: dsneed@cov.com

*Attorneys for Defendant Meta Platforms, Inc.*
*f/k/a Facebook, Inc.*

META'S NOTICE OF FILING OF ADDITIONAL ATTESTATIONS REGARDING RESTRICTED REMOTE AUDIOVISUAL ACCESS LINK FOR MDL AG TRIAL
4:22-md-03047-YGR; 4:23-cv-05448