# Exhibit A

**ATTESTATION REGARDING REMOTE AUDIOVISUAL ACCESS TO TRIAL**

I, _____Rachel Lieber_____, hereby attest as follows:

1. I represent and/or serve as counsel to Meta Platforms, Inc.

2. I understand that access to the remote audiovisual link for the trial in *People of the State of California, et al. v. Meta Platforms, Inc., et al.* (4:23-cv-05448-YGR) is restricted to authorized counsel who have filed this attestation with the Court.

3. I will not share the remote audiovisual access link with any person.

Dated: __August 11, 2026__, 2026.

Signature: _Rachel Lieber_
Signed by:
A8D861A0A870472...

Printed Name: __Rachel Lieber__

Title: __VP, Legal Strategy__

Firm/Employer: __Meta Platforms, Inc.__

**ATTESTATION REGARDING REMOTE AUDIOVISUAL ACCESS TO TRIAL**

I, _____ Henry Link _____, hereby attest as follows:

1.  I represent and/or serve as counsel to Meta Platforms, Inc.

2.  I understand that access to the remote audiovisual link for the trial in *People of the State of California, et al. v. Meta Platforms, Inc., et al.* (4:23-cv-05448-YGR) is restricted to authorized counsel who have filed this attestation with the Court.

3.  I will not share the remote audiovisual access link with any person.

Dated: ___August 13, 2026___, 2026.

Signature: _Henry Link_
Signed by: 3B76396A6B4B46F...

Printed Name: _Henry Link_

Title: _Director & Associate General Counsel, eDiscovery_

Firm/Employer: _Meta Platforms, Inc._

**ATTESTATION REGARDING REMOTE AUDIOVISUAL ACCESS TO TRIAL**

I, _____Kate Patchen_____, hereby attest as follows:

1. I represent and/or serve as counsel to Meta Platforms, Inc.

2. I understand that access to the remote audiovisual link for the trial in *People of the State of California, et al. v. Meta Platforms, Inc., et al.* (4:23-cv-05448-YGR) is restricted to authorized counsel who have filed this attestation with the Court.

3. I will not share the remote audiovisual access link with any person.

Dated:  __August 11, 2026__ , 2026.

Signature: _Signed by:_ _kate Patchen_
912EACC1D1C54F4...

Printed Name: __Kate Patchen__

Title: __Partner__

Firm/Employer: __Covington & Burlington LLP__

**ATTESTATION REGARDING REMOTE AUDIOVISUAL ACCESS TO TRIAL**

I, _____Stayce M. Harris_____, hereby attest as follows:

1. I represent and/or serve as counsel to Meta Platforms, Inc.

2. I understand that access to the remote audiovisual link for the trial in *People of the State of California, et al. v. Meta Platforms, Inc., et al.* (4:23-cv-05448-YGR) is restricted to authorized counsel who have filed this attestation with the Court.

3. I will not share the remote audiovisual access link with any person.

Dated: ___August 13, 2026___, 2026.

Signature: *Stayce M. Harris*
      Signed by:
      FFF9DD4DE5C5402...

Printed Name: Stayce M. Harris

Title: Lead Counsel

Firm/Employer: Meta Platforms, Inc.