# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

## CIVIL MINUTES

| **Date:** August 12, 2026 | **Time:** 4 Hours 58 Minutes | **Judge:** YVONNE GONZALEZ ROGERS |
|---|---|---|
| **Case No.:** 23-cv-5448-YGR | **Case Name:** State Attorneys General v. Meta Platforms, Inc. | |

**Attorney for Plaintiff:** Jason Slothouber, Megan O'Neill, Krista Batchelder, Christian Lewis, Mandy Wang, Alex Miller, Jake Fernandez and Diarmuid Truax

**Attorney for Defendant:** Paul Schmidt, David Sneed, Ashley Simonsen, Timothy Hester, Brian Stekloff, Moira Penza, Daniel Auten, Alice Greenhill, Matthew Skanchy, Owen Gallogly and Holly Tambling

**Deputy Clerk:** Edwin Angelo A. Cuenco          **Court Reporter:** April Brott

## PROCEEDINGS

Jury Selection – HELD.

Voir dire began and completed as to 8 prospective jurors; 8 jurors are selected and sworn. Trial log is attached.

Matter is continued to Tuesday, August 18, 2026, at 8:00 AM (attorneys and parties) and at 8:30 AM (jury) for Jury Trial.