**NORTHERN DISTRICT OF CALIFORNIA**

<u>CIVIL MINUTES</u>

| **Date:** August 13, 2026 | **Time:** 1 hour 52 minutes | **Judge:** YVONNE GONZALEZ ROGERS |
|---|---|---|
| **Case No.**: 23-cv-05448-YGR 22-md-03047-YGR | **Case Name:** State Attorneys General v. Meta Platforms, Inc. et al | |

**Attorney for Plaintiff:** Jason Slothouber (Lead Counsel)
**Attorney for Defendant:** Paul Schmidt (Lead Counsel)

**Deputy Clerk:** Edwin Angelo A. Cuenco        **Court Reporter:** April Brott

### PROCEEDINGS

Motion Seeking Permission to Use Exhibits in Opening Statements – Held.
Motion for Sanctions – Held.

The Court heard argument on the State AG's motion seeking permission to use exhibits in opening statements, Meta's motion for sanctions and discussed trial protocols and logistics. Arguments are taken under submission.

Trial deadlines are set.

Written Order to issue.