UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

In Re: Social Media Adolesc⊞ ,

        Plaintiff(s),

v.

                     ,

        Defendant(s).

Case No. 4:22 md 03047 YGR

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE; ORDER**
(CIVIL LOCAL RULE 11-3)

I, Kimberly Courtney King , an active member in good standing of the bar of Mississippi , hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: Plaintiff, McKenzie L. Cardenas in the above-entitled action. My local co-counsel in this case is Not required under CMO No. 4 , an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California. Local co-counsel's bar number is: 100799 .

| | |
|---|---|
| 1520 N. State St., Jackson, MS 39202 | Not required under CMO No. 4 |
| MY ADDRESS OF RECORD | LOCAL CO-COUNSEL'S ADDRESS OF RECORD |
| 601 352 5450 | |
| MY TELEPHONE # OF RECORD | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD |
| kking@bossier-law.com | |
| MY EMAIL ADDRESS OF RECORD | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 100799 .

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I have been granted pro hac vice admission by the Court 0 times in the 12 months preceding this application.

United States District Court
Northern District of California

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules. I declare under penalty of perjury that the foregoing is true and correct.

Dated: 08.14.2026

Kimberly Courtney King

APPLICANT

ORDER GRANTING APPLICATION

FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Kimberly Courtney King is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: August 14, 2026

HON. YVONNE GONZALEZ ROGERS

CHIEF UNITED STATES DISTRICT JUDGE

United States District Court
Northern District of California

Updated 11/2021

2

# The Supreme Court of Mississippi



## Certificate of Good Standing

I, D. Jeremy Whitmire, as Clerk of the Supreme Court of Mississippi, do hereby certify that **Kimberly Courtney King** was duly and legally admitted to practice law before the Supreme Court of Mississippi on September 24, 2002, and is now an attorney in good standing of the Bar of this Court, as shown by the records of said Court on file in this office.

I further certify that the Supreme Court of Mississippi is the highest court of record in this state.

Done on August 7, 2026, with the seal of the Supreme Court of Mississippi affixed.

**The Supreme Court of Mississippi**

**CLERK**