**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/ PERSONAL INJURY PRODUCTS LITIGATION | Case No. 22-md-3047-YGR<br>MDL No. 3047 |
| This Document Relates to:<br><br>James Sullivan, Jr.<br><br>    Plaintiff,<br><br>v.<br><br>Meta Platforms, Inc., et al.,<br><br>    Defendants. | Case No. 4:25-CV-05081-YGR<br><br><br>**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAVE VICE** |

I, Steven A. Riley, Esquire, an active member in good standing of the bar of the United States District Court for the Eastern District of Pennsylvania, hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing Defendants, Hopkins Ford, Inc. d/b/a John Kennedy Ford of Jenkintown (incorrectly named as John Kennedy Ford of Jenkintown and Hopkins Ford, Inc.); Kennedy Real Estate Management Associates, LLC (incorrectly named as Kennedy Real Estate Associates Management, LLC); and Kennedy Real Estate Associates, LP, in the above-entitled action. Pursuant to the Case Management Order No. 22 (Dkt. No. 1813), the requirement of local counsel is waived.

I am an active member in good standing of the United States Court or of the highest court of another State or the District of Columbia, as indicated above; my Bar number is 44066.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application as Exhibit "A."

#20579640-1

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules. I declare under perjury that the foregoing is true and correct.

Respectfully submitted,

**RAWLE & HENDERSON, LLP**

BY:_____

Steven A. Riley, Esquire
PA Attorney Bar: 44066
Centre Square West
1500 Market Street, 19th Floor
Philadelphia, PA 19102
Telephone: (215) 575-4200
Email: sriley@rawle.com

*Pro Hac Vice Attorney for Defendants, Hopkins Ford, Inc. d/b/a John Kennedy Ford of Jenkintown (incorrectly named as John Kennedy Ford of Jenkintown and Hopkins Ford, Inc.); Kennedy Real Estate Management Associates, LLC (incorrectly named as Kennedy Real Estate Associates Management, LLC); and Kennedy Real Estate Associates, LP*

Date: August 10, 2026

#20579640-1

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/ PERSONAL INJURY PRODUCTS LITIGATION** | **Case No. 22-md-3047-YGR** **MDL No. 3047** |
| **This Document Relates to:** James Sullivan, Jr. Plaintiff, v. Meta Platforms, Inc., et al., Defendants. | Case No. 4:25-CV-05081-YGR **~~PROPOSED~~ ORDER** |

IT IS HEREBY ORDERED THAT the application of Steven A. Riley, Esquire, is

GRANTED, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney

must indicate appearance pro hac vice.

DATE:____August 14, 2026_____        _____
                                                            HON. YVONNE GONZALEZ ROGERS
                                                            CHIEF UNITED STATES DISTRICT JUDGE

#20579640-1

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/ PERSONAL INJURY PRODUCTS LITIGATION | Case No. 22-md-3047-YGR MDL No. 3047 |
| This Document Relates to: James Sullivan, Jr. Plaintiff, v. Meta Platforms, Inc., et al., Defendants. | Case No. 4:25-CV-05081-YGR |

**CERTIFICATE OF SERVICE**

I, Steven A. Riley, Esquire, hereby certify that a true and correct copy of the foregoing Application for Admission of Attorney Pro Hac Vice was served upon all counsel of record via the Court's CM/ECF e-filing system.

Respectfully submitted,
**RAWLE & HENDERSON, LLP**

BY: _____
Steven A. Riley, Esquire
PA Attorney Bar: 44066
Centre Square West
1500 Market Street, 19th Floor
Philadelphia, PA 19102
Telephone: (215) 575-4200
Email: sriley@rawle.com
*Pro Hac Vice Attorney for Defendants,*
*Hopkins Ford, Inc. d/b/a John Kennedy Ford of*
*Jenkintown (incorrectly named as John Kennedy*
*Ford of Jenkintown and Hopkins Ford, Inc.);*
*Kennedy Real Estate Management Associates,*
*LLC (incorrectly named as Kennedy Real Estate*
*Associates Management, LLC); and Kennedy*
*Real Estate Associates, LP*

Date: August 10, 2026

#20579640-1

# EXHIBIT "A"

#20579640-1



# CERTIFICATE OF GOOD STANDING

**UNITED STATES OF AMERICA**
**EASTERN DISTRICT OF PENNSYLVANIA**         }

I, George Wylesol, Clerk of the United States District Court for the Eastern District of Pennsylvania, **DO HEREBY CERTIFY** that Steven A. Riley, Bar# 44066, was duly admitted to practice in said Court on 12/20/1985, and is in good standingas a member of the bar of said Court.



Aug/7/2026

George Wylesol, Clerk of Court
U.S. District Court, Eastern District of PA

*George Wylesol*
_____
**GEORGE WYLESOL**
**Clerk of Court**

**DATED at Philadelphia, Pennsylvania**
**on 08/07/2026**

BY: _____

**Deputy Clerk**

Rev. 1/20/17