[*Parties and Counsel Listed on Signature Pages*]

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION | MDL No. 3047 |
| | Case No 4:23-cv-05448-YGR (4:22-md-03047-YGR-PHK) |
| THIS DOCUMENT RELATES TO: | **STATE AGS' UPDATED EXHIBIT LIST AND EXHIBITS** |
| *People of the State of California, et al. v. Meta Platforms, Inc., et al.* | Judge: Hon. Yvonne Gonzalez Rogers Magistrate Judge: Hon. Peter H. Kang |
| | **Trial Date: August 18, 2026** |

1

Pursuant to the Court's Pretrial Order No. 6, Docket No. 485 (3284), the State AGs submit this updated Exhibit List based on the information reasonably available as of the date of this filing. The State AGs submit this to incorporate changes identified in the amended Priority Exhibit List, Dkt. No. 509-1 [3345-1], some of which have been further updated, along with additional corrections to document descriptions, sponsoring witness identifications, and other information. The updated Exhibit List also includes seven additional exhibits. The State AGs include a copy of the updated Exhibit List that identifies these changes in red. The State AGs also submit the accompanying set of updated exhibits, which includes corrected page numbers and exhibit stickers, replacement of unreadable or incorrectly formatted documents, and other similar corrections.

The updated Exhibit List does not include materials that may be used solely for impeachment, refreshing recollection, or rebuttal. Inclusion of an exhibit on this list does not constitute a representation that the exhibit is admissible. The State AGs reserve the right to amend or supplement this list as appropriate, including in response to Court rulings, newly received documents, developments in related proceedings, upcoming depositions, witness testimony, or other pretrial or trial developments and evidentiary rulings. Consistent with the Court's orders and applicable evidentiary and procedural requirements, the State AGs also reserve the right to seek admission at trial of exhibits not included on this Exhibit List, including documents previously identified as potential exhibits or produced in discovery. Nothing herein constitutes a waiver of the State AGs' right to use or seek admission of any such exhibit.

STATE AGS' UPDATED EXHIBIT LIST AND EXHIBITS

4:22-md-03047-YGR; 4:23-cv-05448-YGR

DATED:  August 14, 2026

Respectfully submitted,

**PHILIP J. WEISER**                                              **ROB BONTA**
Attorney General                                                      Attorney General
State of Colorado                                                    State of California

*/s/ Krista Batchelder*                                          */s/ Megan O'Neill*
Krista Batchelder, (CO Reg.45066), *pro hac vice*    Nicklas A. Akers (CA SBN 211222)
Deputy Solicitor General                                        Senior Assistant Attorney General
Shannon Stevenson (CO Reg. 35542), *pro hac vice*   Bernard Eskandari (CA SBN 244395)
Solicitor General                                                   Emily Kalanithi (CA SBN 256972)
Jason Slothouber, CO Reg. No. 43496, *pro hac vice*  Supervising Deputy Attorneys General
Chief Trial Counsel, Consumer Protection              Megan O'Neill (CA SBN 343535)
Elizabeth Orem (CO Reg. 58309), *pro hac vice*        Nayha Arora (CA SBN 350467)
Shaheen Sheikh, CO Reg. No. 52574, pro hac vice       Joshua Olszewski-Jubelirer
Assistant Attorneys General                                    (CA SBN 336428)
Colorado Department of Law                                 Brendan Ruddy (CA SBN 297896)
Ralph L. Carr Judicial Center                                Samantha Beckett (CA SBN 308456)
Consumer Protection Section                                 Pauline Ryan (CA SBN 337712)
1300 Broadway, 7th Floor                                      Katherine Read (CA SBN 341463)
Denver, CO 80203                                                 Jordan Hefcart (CA SBN 366087)
Phone: (720) 508-6384                                          Deputy Attorneys General
krista.batchelder@coag.gov                                   California Department of Justice
Shannon.stevenson@coag.gov                               Office of the Attorney General
Elizabeth.orem@coag.gov                                     455 Golden Gate Ave., Suite 128950
                                                                            San Francisco, CA 94102-7004
*Attorneys for Plaintiff State of Colorado, ex rel.*      Phone: (415) 510-4400
*Philip J. Weiser, Attorney General*                         Fax: (415) 703-5480
                                                                            megan.oneill@doj.ca.gov

                                                                            *Attorneys for Plaintiff the People of the State*
                                                                            *of California*

3

STATE AGS' UPDATED EXHIBIT LIST AND EXHIBITS

4:22-md-03047-YGR; 4:23-cv-05448-YGR

**RUSSELL COLEMAN**
Attorney General
Commonwealth of Kentucky

*/s/ Zachary Richards*
J. Christian Lewis (KY Bar No. 87109),
*pro hac vice*
Philip Heleringer (KY Bar No. 96748),
*pro hac vice*
Zachary Richards (KY Bar No. 99209),
*pro hac vice app. forthcoming*
Daniel I. Keiser (KY Bar No. 2895264),
*pro hac vice*
Matthew Cocanougher (KY Bar No. 94292),
*pro hac vice*
Assistant Attorneys General
1024 Capital Center Drive, Ste. 200
Frankfort, KY 40601
Christian.Lewis@ky.gov
Philip.Heleringer@ky.gov
Zach.Richards@ky.gov
Daniel.Keiser@ky.gov
Matthew.Cocanougher@ky.gov
Phone: (502) 696-5300
Fax: (502) 564-2698

*Attorneys for Plaintiff the Commonwealth of Kentucky*

**JENNIFER DAVENPORT**
Attorney General
State of New Jersey

By: */s/ Kashif T. Chand*
Kashif T. Chand (NJ Bar No. 016752008),
*Pro hac vice*
Assistant Attorney General
Thomas Huynh (NJ Bar No. 200942017),
*Pro hac vice*
Assistant Section Chief, Deputy Attorney General
Verna J. Pradaxay (NJ Bar No. 335822021),
*Pro hac vice*
Mandy K. Wang (NJ Bar No. 373452021),
*Pro hac vice*
Deputy Attorneys General
New Jersey Office of the Attorney General, Division of Law
124 Halsey Street, 5th Floor
Newark, NJ 07101
Tel: (973) 648-2052
Kashif.Chand@law.njoag.gov
Thomas.Huynh@law.njoag.gov
Verna.Pradaxay@law.njoag.gov
Mandy.Wang@law.njoag.gov

*Attorneys for Plaintiffs Jennifer Davenport, Attorney General for the State of New Jersey, and Jeremy E. Hollander, Acting Director of the New Jersey Division of Consumer Affairs*

## SIGNATURE CERTIFICATION

Under Civ. L.R. 5-1(h)(3), I, Pauline Ryan, hereby attest that all signatories listed, and on whose behalf the filing is submitted, concur in this filing's content and have authorized this filing.

DATED: August 14, 2026                    */s/ Pauline Ryan*

4