Ashley M. Simonsen (Bar No. 275203)
COVINGTON & BURLING LLP
1999 Avenue of the Stars
Los Angeles, California 90067
Telephone: (424) 332-4800
Facsimile: (424) 332-4749
Email: asimonsen@cov.com

*Attorneys for Defendant Meta Platforms, Inc. f/k/a Facebook, Inc.*

*[Additional counsel listed on signature page]*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates To:<br><br>*People of the State of California, et al. v. Meta Platforms, Inc., et al.* | MDL No. 3047<br><br>Case No. 4:22-md-03047-YGR<br>4:23-cv-05448<br><br>**META'S NOTICE OF FILING OF OBJECTIONS TO STATE ATTORNEYS GENERAL PROPOSED JURY INSTRUCTION ON SECTION 230**<br><br>Judge: Hon. Yvonne Gonzalez Rogers<br>Magistrate Judge: Hon. Peter H. Kang |

Meta hereby submits as Exhibit A the attached objections to the State AGs' Proposed Section 230 Jury Instruction, ECF 536-1 (3394-1).

Meta writes briefly to explain the timing for these objections. The Court directed the Parties to submit their proposed jury instruction(s) on Section 230 by noon on August 16, 2026. ECF 534 (3392) at 2. Consistent with the Court's prior directive to exchange and then confer on proposed jury instructions before submitting them to the Court, Meta provided the State AGs with its proposed Section 230 instruction early in the afternoon on Friday, August 14, in an effort to identify whether the Parties could reach common ground on a proposed instruction. However, the State AGs did not provide Meta with their proposed Section 230 instruction until 11:00 a.m. on August 16. One hour later, they filed their proposed instruction, along with objections to Meta's instruction. Because Meta had only one hour to review the AGs' proposed instruction prior to the filing deadline (and had no prior notice that the AGs planned to file objections with their instruction), Meta was not in a position to file objections to the AGs' instruction by the noon deadline. Meta apprised the State AGs shortly after receiving their objections that it would need additional time to prepare its objections to the AGs' instruction, and the AGs stated they had no objection to this timing.

DATED: August 16, 2026

Respectfully submitted,

By: <u>*/s/ Ashley M. Simonsen*</u>

Ashley M. Simonsen (Bar No. 275203)
COVINGTON & BURLING LLP
1999 Avenue of the Stars
Los Angeles, California 90067
Telephone: (424) 332-4800
Facsimile: (424) 332-4749
Email: asimonsen@cov.com

Paul W. Schmidt, *pro hac vice*
Timothy C. Hester, *pro hac vice*
David N. Sneed, *pro hac vice*
COVINGTON & BURLING LLP
One City Center
850 Tenth Street, NW
Washington, DC 20001-4956
Telephone: (202) 662-6000
Facsimile: (202) 662-6291

Email: pschmidt@cov.com
Email: thester@cov.com
Email: dsneed@cov.com

Brian L. Stekloff, *pro hac vice*
WILKINSON STEKLOFF LLP
2001 M Street, NW
Washington, DC 20036
Telephone: + 1 (202) 847-4030
Email: bstekloff@wilkinsonstekloff.com

Moira Penza, *pro hac vice*
WILKINSON STEKLOFF LLP
130 W 42nd Street
New York, NY 10036
Telephone: + 1 (212) 294-8914
Email: mpenza@wilkinsonstekloff.com

*Attorneys for Defendant Meta Platforms, Inc. f/k/a Facebook, Inc.*