Ashley M. Simonsen, SBN 275203
COVINGTON & BURLING LLP
1999 Avenue of the Stars
Los Angeles, CA 90067
Telephone: (424) 332-4800
Facsimile: + 1 (424) 332-4749
Email: asimonsen@cov.com

*Attorney for Defendant Meta Platforms, Inc. f/k/a Facebook, Inc.*

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates To:<br><br>*People of the State of California, et al. v. Meta Platforms, Inc.* | MDL No. 3047<br><br>Case Nos. 4:22-md-03047-YGR (PHK)<br>4:23-cv-05448-YGR<br><br>**DECLARATION OF ASHLEY M. SIMONSEN IN SUPPORT OF META'S OBJECTIONS TO TESTIMONY OF ARTURO BÉJAR**<br><br>Judge: Hon. Yvonne Gonzalez Rogers<br>Magistrate Judge: Hon. Peter H. Kang |

# DECLARATION OF ASHLEY M. SIMONSEN

I, Ashley M. Simonsen, declare and state as follows:

1. I am a partner with the law firm Covington & Burling LLP, counsel of record for Defendant Meta Platforms, Inc. f/k/a Facebook, Inc. ( "Meta"). I submit this Declaration in support of Meta's Bench Brief In Support of Objections to Testimony of Arturo Béjar. This Declaration is based on my personal knowledge. If called upon to do so, I could and would competently testify as follows.

2. Attached hereto and lodged with the Court as **Exhibit A** is a true and correct copy of the Attorneys General's Rule 26(a)(2)(C) Disclosure for Unretained Experts, served May 16, 2025.

3. Attached hereto and lodged with the Court as **Exhibit B** is a true and correct copy of excerpted portions of the July 29, 2026 trial transcript in *State of Tennessee, et al. v. Meta Platforms, et al.*

4. Attached hereto and lodged with the Court as **Exhibit C** is a true and correct copy of excerpted portions of the July 30, 2026 trial transcript in *State of Tennessee, et al. v. Meta Platforms, et al.*

5. Attached hereto and lodged with the Court as **Exhibit D** is a true and correct copy of excerpted portions of the July 28, 2026 trial transcript in *State of Tennessee, et al. v. Meta Platforms, et al.*

6. Attached hereto and lodged with the Court as **Exhibit E** is a true and correct copy of excerpted portions of the March 5, 2026 trial transcript in the Judicial Council Coordination Proceeding No. 5255.

7. Attached hereto and lodged with the Court as **Exhibit F** is a true and correct copy of excerpted portions of the February 10, 2026 trial transcript in the *State of New Mexico, Ex Rel., Torrez v. Meta Platforms, Inc., et al.*

8. Attached hereto and lodged with the Court as **Exhibit G** is a true and correct copy of excerpted portions of the July 27, 2026 trial transcript in *State of Tennessee, et al. v. Meta Platforms, et al.*

I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct to the best of my knowledge and belief.

Executed on August 17, 2026.

By: */s/ Ashley M. Simonsen*
Ashley M. Simonsen