# Exhibit C

# *STATE OF TENNESSEE, et al.*

v.

# *META PLATFORMS, et al.*

Trial

**Day Seven**

*July 30, 2026*

HARPETH
COURT REPORTERS

(615) 933-6786
www.harpethcourtreporters.com

IN THE CHANCERY COURT OF DAVIDSON COUNTY, TENNESSEE
FOR THE TWENTIETH JUDICIAL DISTRICT AT NASHVILLE

STATE OF TENNESSEE, ex rel.
JONATHAN SKRMETTI, ATTORNEY GENERAL
and REPORTER,

Plaintiff,

vs. Case No. 23-1364-IV

META PLATFORMS, INC., and
INSTAGRAM,

Defendants.

TRIAL TRANSCRIPT
(Pages 1591-1964)

Day 7

Before Chancellor Russell T. Perkins

July 30th, 2026

8:00 a.m.

Reported by:
Harpeth Court Reporters
Franklin, Tennessee
Julie Lyle, RPR, LCR

from which it came from.
**Q. Okay. Mr. Bejar, this row 59, entry 141, whatever we're calling it, I count one, two, three -- four ellipses, the dot-dot-dots.**
**Do you see those?**
A. Yes.
**Q. Do you know what you cut out?**
A. I can when I reference original documents, right? I mean, I think, as I have said, there's issues throughout the document with sort of the accuracy sometimes around some of these quotes. Some of them are accurate. Some of them are not. I'm happy to go through as many as needed.
**Q. But I think you said earlier, despite some of that, you stand by the substance of this document, correct?**
A. Yeah. If you take the -- the -- the nature of the statements, the image that they convey, and my opinion as an expert about the impression that those statements do relative to what the company knew about harm at the time, how they could address things, I do think that the statements, in a substance perspective, cause a false or deceptive impression of some issues or an incomplete picture of other issues.

REPORTER'S CERTIFICATE

I, Julie Lyle, Registered Professional Reporter and Tennessee Licensed Court Reporter, do hereby certify that I recorded, to the best of my skill and ability by machine shorthand, all the proceedings in the foregoing transcript, and that said transcript is a true, accurate and complete transcript to the best of my ability.

I further certify that I am not an attorney or counsel of any of the parties, nor a relative or employee of any attorney or counsel connected with the action, nor financially interested in the action.

SIGNED this 30th day of July, 2026.

Julie Lyle

Julie Lyle
Tennessee LCR No. 850, Exp: 6/30/28