# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

## APPLICATION FOR REFUND (USDC-CAND PAY.GOV)

### PAY.GOV TRANSACTION DETAILS

***IMPORTANT***:

- *Complete all required fields (shown in* ***red****); otherwise, your request may be denied and require resubmission.*
- *The information for the required receipt fields can be found in the Pay.gov screen receipt or confirmation email.*

1. **Your Name*:** Robert A. Schwartz
2. **Your Email Address*:** bob.schwartz@bcoonlaw.com
3. **Receipt Agency Tracking ID for Refund*:** ACANDC-22299168
4. **Transaction Date for Refund*:** 8/5/2026
5. **Transaction Amount to be Refunded*:** $405
6. **Receipt Agency Tracking ID for Correct Receipt Number on Docket*:**
7. **Your Phone Number:** 713-225-1682
8. **Full Case Number (if applicable):** 4:22-md-03047

**9. Fee Type:***

- ☐ **Attorney Admission**
- ☑ **Civil Case Filing**
- ☐ **Audio Recording**
- ☐ **Notice of Appeal**
- ☐ **Pro Hac Vice**
- ☐ **Writ of Habeas Corpus**
- ☐ **Other:** ______________

**10. Reason for Refund Request*:** *Explain in detail what happened to cause duplicate charges, no fee required, etc.*

☐ **Duplicate Charge** ☐ **No Fee Required for Filing** ☑ **Other**

Filed under MDL case number

*If you paid a filing fee using an abandoned case number, note that case number here and e-file the refund request in the* ***open*** *case.*

✓ **Efile this form: OTHER FILINGS → OTHER DOCUMENTS → APPLICATION FOR REFUND.**

View detailed instructions at: cand.uscourts.gov/ecf/payments.

Assistance: Contact the ECF Help Desk at 1-866-638-7829 or ecfhelpdesk@cand.uscourts.gov Monday - Friday 9:00 a.m.-4:00 p.m.

| FOR U.S. DISTRICT COURT USE ONLY | |
|---|---|
| Refund request: ☐ Approved | ☐ Denied ☑ Denied — Resubmit amended application (see reason for denial) |
| Approval/denial date: | DENIED By Ana Banares at 7:52 am, Aug 13, 2026 |
| Pay.gov refund tracking ID refunded: | |
| Date refund processed: | |
| Request approved/denied by: | |
| Agency refund tracking ID number: | |
| Refund processed by: | |
| Reason for denial (if applicable): | Please explain in detail why you are requesting a refund in section 10. |
| Referred for OSC date (if applicable): | |