Ashley M. Simonsen (State Bar. No. 275203)
COVINGTON & BURLING LLP
1999 Avenue of the Stars
Los Angeles, CA 90067
Telephone: + 1 (424) 332-4800
Facsimile: +1 (424) 332-4749
Email: asimonsen@cov.com

*Attorney for Defendant Meta Platforms, Inc.*
*f/k/a Facebook, Inc.*

**UNITED STATES DISTRICT COURT**

FOR THE NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates To:<br><br>*People of the State of California, et al. v. Meta Platforms, Inc., et al.* | MDL No. 3047<br><br>Case No. 4:22-md-03047-YGR (PHK)<br>4:23-cv-05448-YGR<br><br>**DECLARATION OF ASHLEY M. SIMONSEN IN SUPPORT OF META'S BENCH BRIEF IN SUPPORT OF OBJECTIONS TO TRIAL TESTIMONY OF COLIN GRAY**<br><br>Judge: Hon. Yvonne Gonzalez Rogers<br>Magistrate Judge: Hon. Peter H. Kang |

**DECLARATION OF ASHLEY M. SIMONSEN**

I, Ashley M. Simonsen, declare and state as follows:

1. I am a partner with the law firm Covington & Burling LLP, counsel of record for Defendant Meta Platforms, Inc. f/k/a Facebook, Inc. ("Meta"). I submit this declaration in support of Meta's Bench Brief in Support of Objections to Trial Testimony of Colin Gray. This declaration is based on my personal knowledge. If called upon to do so, I could and would competently testify as follows.

2. A true and correct copy of excerpts from Dr. Gray's May 16, 2025 Trial Report is attached hereto as **Exhibit A**.

3. A true and correct copy of excerpts from Dr. Gray's July 30, 2025 Rebuttal Trial Report is attached hereto as **Exhibit B**.

4. A true and correct copy of excerpts from Dr. Gray's August 14, 2025 deposition is attached hereto as **Exhibit C**.

I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct. Executed on August 17, 2026.

By: *<u>/s/ Ashley M. Simonsen</u>*
Ashley M. Simonsen