# Exhibit C

SUPERIOR COURT OF THE STATE OF CALIFORNIA
FOR THE COUNTY OF LOS ANGELES

| | |
|---|---|
| COORDINATION PROCEEDING SPECIAL TITLE [RULE 3.400] | JUDICIAL COUNCIL COORDINATION PROCEEDING NO. 5255 |
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION (JCCP No. 5255) | Lead Case Number For Filing Purposes: 22STCV21355 |
| THIS DOCUMENT RELATES TO: | Assigned Coordination Hon. Carolyn B. Kuhl SSC-12 |
| Christina Arlington Smith, et al., v. TikTok Inc., et al., Case No. 22STCV21355, Los Angeles Superior Court | |

The VIDEOTAPED DEPOSITION of COLIN GRAY, Ph.D., VOLUME 2, taken before BARBARA A. PERKOVICH, CSR Number 084-004070, Certified Shorthand Reporter within and for the State of Illinois, at 10 North Dearborn Street, 7th Floor, Chicago, Illinois, on August 14, 2025, at 9:00 a.m.

Q. Okay. Let's stick to the United States. Are you aware of any publication -- strike that.
You're aware that different countries have different legal rules?
A. I'm aware.
Q. Okay. And that standards in the United Kingdom are not binding here in the United States, and that here in the United States, we set our own standards, correct?
A. Yes.
Q. Are you aware of any publication addressing social media use in the United States that says these are the specific age verification steps a social media company should take that one of the defendants in these cases are not taking?
A. That's not a question that I pursued in my opening report.
Q. Are you aware of any specific industry standard that identifies specific age verification steps that Meta or another defendant should be taking and are not taking?
A. Again, that's not something that I pursued in my opening report. I did provide opinions on techniques that could be used and that

were commonly known in different industry settings. But I did not draw any conclusions about which of the specific techniques Meta should have used.

Q. And you do not give any opinions about whether there are specific steps that are dictated by industry standards that companies should take that these companies are not taking, correct?

A. My conclusions were that the age gate was ineffective and that there were large amounts of underage users on the platform.

MR. SCHMIDT: Move to strike as nonresponsive.

BY MR. SCHMIDT:

Q. You do not give any opinions about -- I'll -- I'll strike that.

Do you give any opinions identifying specific steps to verify age that are dictated by industry standards that Meta or some other defendant in this case is not taking?

MR. LICHTMAN: Objection.

THE WITNESS: Again, that was not what I was asked to do in my opening report. I do opine at length on the failure of the age gate and that it has trickle down effects

REPORTER'S CERTIFICATE

I, BARBARA PERKOVICH, CSR No. 84-004070, Certified Shorthand Reporter, certify:

That the foregoing proceedings were taken before me at the time and place therein set forth. At which time the witness was put under oath by me;

That the testimony of the witness, the questions propounded, and all objections and statements made at the time of the examination were recorded stenographically by me and were thereafter transcribed;

That the foregoing is a true and correct transcript of my shorthand notes so taken.

I further certify that I am not a relative or employee of any attorney of the parties, nor financially interested in the action.

I declare under penalty of perjury under the laws of Illinois that the foregoing is true and correct.

Dated this ___14th____ day of __August____, 2025.

<%7976,Signature%>

_____________________________________

BARBARA PERKOVICH, C.S.R. No. 84-004070