# Exhibit A

# ATTESTATION REGARDING REMOTE AUDIOVISUAL ACCESS TO TRIAL

I, Hunter Bjazevich, hereby attest as follows:

1. I represent and/or serve as counsel to Meta Platforms, Inc.
2. I understand that access to the remote audiovisual link for the trial in *People of the State of California, et al. v. Meta Platforms, Inc., et al.* (4:23-cv-05448-YGR) is restricted to authorized counsel who have filed this attestation with the Court.
3. I will not share the remote audiovisual access link with any person.

Dated: August 17, 2026, 2026.

Signature: Signed by: Hunter Bjazevich 1877BCD75EA24A8...

Printed Name: Hunter Bjazevich

Title: Associate

Firm/Employer: Covington & Burling LLP

**ATTESTATION REGARDING REMOTE AUDIOVISUAL ACCESS TO TRIAL**

I, Cherine Foty, hereby attest as follows:

1. I represent and/or serve as counsel to Meta Platforms, Inc.
2. I understand that access to the remote audiovisual link for the trial in *People of the State of California, et al. v. Meta Platforms, Inc., et al.* (4:23-cv-05448-YGR) is restricted to authorized counsel who have filed this attestation with the Court.
3. I will not share the remote audiovisual access link with any person.

Dated: August 17, 2026.

Signature: Cherine Foty

Printed Name: Cherine Foty

Title: Litigation Secondee

Firm/Employer: Meta

**ATTESTATION REGARDING REMOTE AUDIOVISUAL ACCESS TO TRIAL**

I, Cailynn Hayter, hereby attest as follows:

1. I represent and/or serve as counsel to Meta Platforms, Inc.
2. I understand that access to the remote audiovisual link for the trial in *People of the State of California, et al. v. Meta Platforms, Inc., et al.* (4:23-cv-05448-YGR) is restricted to authorized counsel who have filed this attestation with the Court.
3. I will not share the remote audiovisual access link with any person.

Dated: August 17, 2026.

Signature: [signature]

Printed Name: Cailynn Hayter

Title: Attorney

Firm/Employer: Shook, Hardy & Bacon

# ATTESTATION REGARDING REMOTE AUDIOVISUAL ACCESS TO TRIAL

I, Christen Raymond, hereby attest as follows:

1. I represent and/or serve as counsel to Meta Platforms, Inc.
2. I understand that access to the remote audiovisual link for the trial in *People of the State of California, et al. v. Meta Platforms, Inc., et al.* (4:23-cv-05448-YGR) is restricted to authorized counsel who have filed this attestation with the Court.
3. I will not share the remote audiovisual access link with any person.

Dated: August 17, 2026, 2026.

Signature: Signed by: Christen Raymond 7C51266B8CED4F0...

Printed Name: Christen Raymond

Title: VP and AGC, Litigation

Firm/Employer: Meta Platforms Inc.

**ATTESTATION REGARDING REMOTE AUDIOVISUAL ACCESS TO TRIAL**

I, Yale Fu, hereby attest as follows:

1. I represent and/or serve as counsel to Meta Platforms, Inc.
2. I understand that access to the remote audiovisual link for the trial in *People of the State of California, et al. v. Meta Platforms, Inc., et al.* (4:23-cv-05448-YGR) is restricted to authorized counsel who have filed this attestation with the Court.
3. I will not share the remote audiovisual access link with any person.

Dated: August 17, 2026, 2026.

Signature: Signed by: Yale Fu 69CF6F260971408...

Printed Name: Yale Fu

Title: Associate

Firm/Employer: Covington & Burling LLP