**Attorneys for the PI/SD and JCCP Plaintiffs**

| Name | Firm | Email Address |
|---|---|---|
| A. Craig Eiland | EILAND & BONNIN, PC | ceiland@eilandlaw.com |
| Aaron Freedman | Weitz & Luxenberg, PC | afreedman@weitzlux.com |
| Abigail Burman | Motley Rice | aburman@motleyrice.com |
| Aelish Baig | Robbins Geller Rudman & Dowd LLP | AelishB@rgrdlaw.com |
| Alicia Armstrong | Gibbs Mura LLP | aarmstrong@classlawgroup.com |
| An Truong | Simmons Hanly Conroy LLP | atruong@simmonsfirm.com |
| Andre Mura | Gibbs Mura LLP | amm@classlawgroup.com |
| Andrew Bluth | Singelton Schreiber | abluth@singletonschreiber.com |
| Anna Katz | Gibbs Mura LLP | ajk@classlawgroup.com |
| Anne Marie Murphy | Cotchett, Pitre & McCarthy, LLP - CA | AMurphy@cpmlegal.com |
| Annie Kouba | Motley Rice | akouba@motleyrice.com |
| Ashley Arraras | Weitz & Luxenberg, PC | aarraras@weitzlux.com |
| Audrey Siegel | Seeger Weiss LLP | asiegel@seegerweiss.com |
| Austin P. Brane | Wagstaff & Cartmell | abrane@wcllp.com |
| Benjamin L. Bailey | Bailey & Glasser, LLP | bbailey@baileyglasser.com |
| Brad Honnold | Goza & Honnold | bhonnold@gohonlaw.com |
| Brian J. McAllister | Bailey & Glasser, LLP | bmcallister@baileyglasser.com |
| Brooks Cutter | Cutter Law P.C. | bcutter@cutterlaw.com |
| Burton Walker | Beasley Allen | Burton.Walker@BeasleyAllen.com |
| Caitlin Woods | Lieff Cabraser Heimann & Bernstein | cwoods@lchb.com |
| Celena Nelson | Lieff Cabraser Heimann & Bernstein | chnelson@lchb.com |
| Chris Ryder | Keller Rohrback L.L.P. | cryder@kellerrohrback.com |
| Christopher A. Seeger | Seeger Weiss LLP | cseeger@seegerweiss.com |
| Christopher Geddis | Sbaiti & Company, PLLC | chris.geddis@sbaitilaw.com |
| Christopher L. Ayers | Sbaiti & Company, PLLC | Chris.Ayers@sbaitilaw.com |
| Christopher Rodriguez | Singelton Schreiber | crodriguez@singletonschreiber.com |
| Clinton Richardson | Beasley Allen | Clinton.Richardson@BeasleyAllen.com |
| Cyrus Mehri | Mehri & Skalet, PLLC | cmehri@findjustice.com |
| David Bonnin | EILAND & BONNIN, PC | dbonnin@eilandlaw.com |
| David G. Gilfillan | Carella, Byrne, Cecchi, Brody & Agnello, P.C. | DGilfillan@carellabyrne.com |
| David R. Buchanan | Seeger Weiss LLP | dbuchanan@seegerweiss.com |
| Davis Vaughn | Beasley Allen | Davis.Vaughn@BeasleyAllen.com |
| Dean Kawamoto | Keller Rohrback L.L.P. | dkawamoto@kellerrohrback.com |
| Donald Migliori | SC/Motley Rice | dmigliori@motleyrice.com |
| Edward Smith | O'Hanlon, Demerath & Castillo, PC | esmith@808west.com |
| Elizabeth Cabraser | Lieff Cabraser Heimann & Bernstein | ecabraser@lchb.com |
| Ellyn Hurd | Simmons Hanly Conroy LLP | ehurd@simmonsfirm.com |
| Emily Jeffcott | Morgan & Morgan | ejeffcott@forthepeople.com |
| Emily Ward Roark | Bryant Law Center PSC | emily.roark@bryantpsc.com |
| Emmie Paulos | FL Levin Papantonio | epaulos@levinlaw.com |
| Erica Kubly | Seeger Weiss LLP | ekubly@seegerweiss.com |
| Esther Berezofsky | Motley Rice | eberezofsky@motleyrice.com |
| Ezekiel Wald | Gibbs Mura LLP | zsw@classlawgroup.com |
| Felicia Craick | Keller Rohrback L.L.P. | fcraick@kellerrohrback.com |
| Francois Blaudeau | Southern Med Law | francois@southernmedlaw.com |
| Gabriel Panek | Lieff Cabraser Heimann & Bernstein | gpanek@lchb.com |
| Glenn Draper | Social Media Victims Law Center | glenn@socialmediavictims.org |
| Grace Galyon (Quinlan) | Goza & Honnold | ggalyon@gohonlaw.com |

| | | |
|---|---|---|
| Hanne Jensen | Gibbs Mura LLP | hj@classlawgroup.com |
| Hillary Fidler | Seeger Weiss LLP | hfidler@seegerweiss.com |
| Hillary Nappi | Aylstock, Witkin, Kreis & Overholtz PLC | hnappi@awk-saa.com |
| Ian Samson | Panish Shea Ravipudi LLP | isamson@panish.law |
| Jade Haileselassie | Motley Rice | jhaileselassie@motleyrice.com |
| James Bilsborrow | Weitz & Luxenberg, PC | jbilsborrow@weitzlux.com |
| James E. Cecchi | Carella, Byrne, Cecchi, Brody & Agnello, P.C. | Jcecchi@carellabyrne.com |
| James Lampkin | Beasley Allen | James.Lampkin@BeasleyAllen.com |
| Jan Alan Brody | Carella, Byrne, Cecchi, Brody & Agnello, P.C. | JBrody@carellabyrne.com |
| Jason Lichtman | Lieff Cabraser Heimann & Bernstein | jlichtman@lchb.com |
| Jayne Conroy | Simmons Hanly Conroy LLP | jconroy@simmonsfirm.com |
| Jennie Lee Anderson | Andrus Anderson LLP | jennie@andrusanderson.com |
| Jennifer Domer | Cutter Law P.C. | jdomer@cutterlaw.com |
| Jennifer Emmel | Beasley Allen | Jennifer.Emmel@BeasleyAllen.com |
| Jennifer Paulson | Simmons Hanly Conroy LLP | jpaulson@simmonsfirm.com |
| Jennifer R. Scullion | Seeger Weiss LLP | jscullion@seegerweiss.com |
| Jesse Creed | Panish Shea Ravipudi LLP | jcreed@panish.law |
| Jessica Carroll | Motley Rice | jcarroll@motleyrice.com |
| Jessica Colombo | Motley Rice | jcolombo@motleyrice.com |
| Jodi Flowers | Motley Rice | jflowers@motleyrice.com |
| Jonathan P. Kieffer | Wagstaff & Cartmell | jpkieffer@wcllp.com |
| Jonathan R. Marshall | Bailey & Glasser, LLP | jmarshall@baileyglasser.com |
| Jordan Jacobson | Kessler Topaz Meltzer and Check LLP | jjacobson@ktmc.com |
| Joseph VanZandt | Beasley Allen | Joseph.VanZandt@BeasleyAllen.com |
| Josh Autry | Morgan & Morgan P.A | jautry@forthepeople.com |
| Justin B. Demerath | O'Hanlon, Demerath & Castillo, PC | jdemerath@808west.com |
| Karin B. Swope | Cotchett, Pitre & McCarthy, LLP - WA | KSwope@cpmlegal.com |
| Katherine E. Charonko | Bailey & Glasser, LLP | kcharonko@baileyglasser.com |
| Kaylie Morgan | O'Hanlon, Demerath & Castillo, PC | kmorgan@808west.com |
| Kelly McNabb | Lieff Cabraser Heimann & Bernstein | kmcnabb@lchb.com |
| Kevin T. O'Hanlon | O'Hanlon, Demerath & Castillo, PC | kohanlon@808west.com |
| Kirk Goza | Goza & Honnold | kgoza@gohonlaw.com |
| Lance Oliver | Motley Rice | loliver@motleyrice.com |
| Laura Marquez-Garrett | Social Media Victims Law Center | laura@socialmediavictims.org |
| Lexi Hazam | Lieff Cabraser Heimann & Bernstein | lhazam@lchb.com |
| Lucy R. Malone | Wagstaff & Cartmell | lmalone@wcllp.com |
| Marc Mandich | Southern Med Law | marc@southernmedlaw.com |
| Margot Cutter | Cutter Law P.C. | mcutter@cutterlaw.com |
| Mariana Aroditis McConnell | Kiesel Law | mcconnell@kiesel.law |
| Mark Dearman | Robbins Geller Rudman & Dowd LLP | MDearman@rgrdlaw.com |
| Marlon Kimpson | Motley Rice | mkimpson@motleyrice.com |
| Matthew Bergman | Social Media Victims Law Center | matt@socialmediavictims.org |
| Matthew W. Tynan | O'Hanlon, Demerath & Castillo, PC | mtynan@808west.com |
| Melissa Yeates | Kessler Topaz Meltzer and Check LLP | myeates@ktmc.com |
| Michael A. Innes | Carella, Byrne, Cecchi, Brody & Agnello, P.C. | MInnes@carellabyrne.com |
| Michael P. Cutler | Wagstaff & Cartmell | mcutler@wcllp.com |
| Michael Weinkowitz | Gibbs Mura LLP | mweinkowitz@classlawgroup.com |
| Michael Woerner | Keller Rohrback L.L.P. | mwoerner@kellerrohrback.com |
| Nathan Nenfelt | Keller Rohrback L.L.P. | nnanfelt@kellerrohrback.com |
| Nelson Drake | Motley Rice | ndrake@motleyrice.com |
| Nestor D. Galarza | Napoli Shkolnik | Ngalarza@NSPRLaw.com |

| | | |
|---|---|---|
| Nicholas Lee | Lieff Cabraser Heimann & Bernstein | nlee@lchb.com |
| Nicolle Brito | Robbins Geller Rudman & Dowd LLP | NBrito@rgrdlaw.com |
| Panida A. Anderson | Bailey & Glasser, LLP | panderson@baileyglasser.com |
| Patrick Andrews | Lieff Cabraser Heimann & Bernstein | pandrews@lchb.com |
| Patrick Gurski | EILAND & BONNIN, PC | pgurski@eilandlaw.com |
| Previn Warren | Motley Rice | pwarren@motleyrice.com |
| Rahul Ravipudi | Panish Shea Ravipudi LLP | ravipudi@panish.law |
| Reagan Charleston Thomas | Aylstock, Witkin, Kreis & Overholtz PLC | Rthomas@awkolaw.com |
| Rebeca Martinez | Napoli Shkolnik | RMartinez@NSPRLaw.com |
| Ron Johnson | Hendy Johnson Vaughn | rjohnson@justicestartshere.com |
| Salvatore C. Badala | Napoli Shkolnik | SBadala@NapoliLaw.com |
| Sara Couch | Motley Rice | scouch@motleyrice.com |
| Sarah Emery | Hendy Johnson Vaughn | semery@justicestartshere.com |
| Scott J. Weiselberg | Kopelowitz Ostrow, PA | weiselberg@kolawyers.com |
| Seth Harding | Beasley Allen | Seth.Harding@BeasleyAllen.com |
| Shayna E. Sacks | Napoli Shkolnik | SSacks@NapoliLaw.com |
| Slade Methvin | Beasley Allen | Slade.Methvin@BeasleyAllen.com |
| Soo Seok Yang | Beasley Allen | SooSeok.Yang@BeasleyAllen.com |
| Steve Lopez | Gibbs Mura LLP | sal@classlawgroup.com |
| Stuart Davidson | Robbins Geller Rudman & Dowd LLP | SDavidson@rgrdlaw.com |
| Suzanne Clark | Beasley Allen | Suzanne.Clark@beasleyallen.com |
| Sydney Everett | Beasley Allen | Sydney.Everett@BeasleyAllen.com |
| Taeva Shefler | Robbins Geller Rudman & Dowd LLP | TShefler@rgrdlaw.com |
| Thomas P. Cartmell | Wagstaff & Cartmell | tcartmell@wcllp.com |
| Tom Egler | Robbins Geller Rudman & Dowd LLP | TomE@rgrdlaw.com |
| Tyler Graden | Kessler Topaz Meltzer and Check LLP | tgraden@ktmc.com |
| William Harris | Andrus Anderson LLP | will.harris@andrusanderson.com |
| William Shinoff | Frantz Law Group | wshinoff@frantzlawgroup.com |
| Zachary S. Bower | Carella, Byrne, Cecchi, Brody & Agnello, P.C. | ZBower@carellabyrne.com |