Ashley M. Simonsen (Bar No. 275203)
COVINGTON & BURLING LLP
1999 Avenue of the Stars
Los Angeles, California 90067
Telephone: (424) 332-4800
Facsimile: (424) 332-4749
Email: asimonsen@cov.com

*Attorney for Defendant Meta Platforms, Inc. f/k/a Facebook, Inc.*

*[Additional counsel listed on signature pages]*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates To:<br><br>*People of the State of California, et al. v. Meta Platforms, Inc. et al.* | MDL No. 3047<br><br>Case Nos.: 4:22-md-03047-YGR<br>4:23-cv-05448-YGR-PHK<br><br>**META'S SUPPLEMENTAL WITNESS LIST FOR REMEDIES PHASE (STATE AG MDL)**<br><br>Judge: Hon. Yvonne Gonzalez Rogers<br>Magistrate Judge: Hon. Peter H. Kang |

In response to the Notice by State Attorneys General Regarding Specific Expert Report Paragraphs Supporting State AG's Injunctive Relief Request, Meta Platforms, Inc. and Instagram, LLC ("Meta") hereby submits the following supplemental list of witnesses whom Meta may call to present live testimony, or may designate deposition testimony for, in its case in chief during the remedies phase at the trial of the State AGs' COPPA claims and four lead states' consumer protection claims.

This list consolidates Meta's witness list for its case in chief during the liability and remedies phase of trial. The Parties have reserved their rights to supplement their witness lists for the remedies stage of trial. *See* ECF No. 470 (3253) at 5 ("The Parties reserve the right to call new witnesses at the remedies stage."). Meta provides this supplemental list in direct response to the State AGs' notice providing citations to expert reports that they claim supports their requests for injunctive relief and clarifies their requested relief.[1]

Meta's list is based on the information reasonably available to it at this time. The inclusion of any name on this witness list is not a statement by Meta that the witness will be available at the time of trial or will in fact testify at trial. Meta expressly reserves the right to amend, supplement, add, or remove witnesses from this list, including, per Rule 26, the Court's rulings, or any other governing rule, including to call any records or data custodian necessary for the admission of any exhibit on Meta's exhibit list that Meta seeks to introduce, as well as developing trial strategy or on the basis of events that may arise during trial. Meta further reserves the right to present testimony either live or by video deposition and to modify the mode of presentation as necessary. Meta further reserves the right to call witnesses for purposes of impeachment, authentication, admissibility, rebuttal, or surrebuttal, including individuals not identified herein whose testimony becomes necessary in response to the State AGs' evidence or arguments. The descriptions below provide general summaries of the anticipated testimony and are not intended to limit the scope of any witness' trial testimony. The estimated times for testimony are necessarily only estimates and are provided for planning purposes only, exclude any cross-examination, and are subject to change, and Meta reserves all rights. Meta reserves the right to revise, expand, or refine these descriptions as appropriate. Meta reserves the right to counter-designate the deposition testimony of any witness,

[1] The individuals listed below with a "†" mark indicate those who Meta will call in its case in chief at the remedies phase.

including any witness listed herein, in response to any deposition testimony designated by any Plaintiff for that witness. When Meta indicates that a witness's testimony will occur by deposition designation, they intend to play deposition video (rather than reading from a transcript).

| Witness | Description | Live or by Designation | May Call or Time Needed for Will Call Testimony |
|---|---|---|---|
| **Meta Fact Witnesses** | | | |
| Kyle Andrews* | Mr. Andrews was a User Experience Researcher at Instagram. Meta anticipates that he will testify about Meta's research related to BEEF surveys and Project Daisy. | Live or Designation | 1 |
| Lars Backstrom*† | Mr. Backstrom is a Vice President, Engineering at Meta. Meta anticipates that he will testify about the design, training, and functioning of Meta's content ranking and recommendation algorithms. | Live | 1 |
| Bryce Bartlett† | Dr. Bartlett is a Director of Research at Meta. Meta anticipates that he may testify about Meta's research, including why Meta conducts research, the study designs of that research, and how Meta acts on that research. | Live | May Call |
| Monika Bickert† | Ms. Bickert is a Vice President, Content Policy at Meta. Meta anticipates that she may testify about Meta's development and enforcement of its policies. | Live or Designation | May Call |
| Felicia Chen | Ms. Chen is a Director of Finance, Corporate at Meta. Meta anticipates that she may testify about Meta's finance processes and procedures. | Live | May Call |
| Nick Clegg | Mr. Clegg was the President of Global Affairs at Meta. Meta anticipates that he may testify about Meta's public relations efforts and Meta's age assurance and verification policies. | Designation | May Call |
| Antigone Davis* | Ms. Davis is a Vice President, Global Head of Safety at Meta. Meta anticipates that she will testify about Meta's development and enforcement of its youth, safety, and well-being policies and features, as well as public statements and Meta's public communications process. | Live or Designation | 2 |
| Elena Davis | Dr. Davis is a User Experience Researcher (Youth) at Meta. Meta anticipates that she may testify about Meta's research, including why Meta conducts research, the study designs of that research, and how Meta acts on that research. | Live or Designation | May call |

| Witness | Description | Live or by Designation | May Call or Time Needed for Will Call Testimony |
|---|---|---|---|
| Anya Drabkin | Ms. Drabkin is a User Experience Researcher (Youth) at Meta. Meta anticipates that she may testify about Meta's research, including why Meta conducts research, the study designs of that research, and how Meta acts on that research. | Live or Designation | May call |
| Daniel Deisenroth† | Dr. Deisenroth is a Director of Economics and Policy Research at Meta. Meta anticipates that he will testify about the consumer surplus of Meta's services. | Live | 1 |
| Wendy Gross | Ms. Gross is a Marketing Insights Manager at Meta. Meta anticipates that she may testify about Meta's research, including why Meta conducts research, the study designs of that research, and how Meta acts on that research. | Live or Designation | May call |
| Allison Hartnett*† | Ms. Hartnett is a Director of Product Management (Youth) at Meta. Meta anticipates that she will testify about Meta's U13 detection and removal policies and practices, and Meta's youth-focused policies, features, and initiatives. | Live | 2 |
| Kristin Hendrix*† | Dr. Hendrix is a Vice President, Instagram Partnerships at Meta. Meta anticipates that she will testify about Meta's research on teen well-being on its platforms, how it relates to external research on teen mental health, and how Meta acts on that research. | Live | 1 |
| Kyle Jensen† | Mr. Jensen is a Manager of Problem Integrity Operations at Meta. Meta anticipates that he will testify about Meta's U13 reporting and review policies and processes. | Live | 1 |
| Darius Kilstein | Mr. Kilstein is a Data Science Director for the Instagram Ecosystems DS team. Meta anticipates that he may testify about Meta's decisions related to growth, engagement, and safety. | Live or Designation | May call |
| Susan Li | Ms. Li is the Chief Financial Officer at Meta. Meta anticipates that she may testify about Meta's business model related to efforts to promote positive and safe user experiences on Meta's platforms. | Designation | May call |

| Witness | Description | Live or by Designation | May Call or Time Needed for Will Call Testimony |
|---|---|---|---|
| Adam Mosseri* | Mr. Mosseri is the Head of Instagram. Meta anticipates that he will testify about Meta's safety well-being efforts and the development of well-being tools on Instagram. | Live | 3 |
| Karina Newton | Ms. Newton was a Public Policy Director at Meta. Meta anticipates that she may testify about Meta's well-being and safety policies and tools. | Live or Designation | May Call |
| Sayed Otaru*† | Mr. Otaru is Director, Product Staff (Instagram Teen Accounts) at Meta. Meta anticipates that he will testify about development and operation of Meta's well-being and safety tools. | Live | 2 |
| Michel Protti† | Mr. Protti is Meta's Chief Privacy and Compliance Officer. He is expected to testify about the feasibility of the AGs' requested injunctive relief. | Live | 2 |
| Pratiti Raychoudhury* | Ms. Raychoudhury was a Vice President, Head of Research at Meta. Meta anticipates that she will testify about Meta's research on teen well-being on its platforms, how it relates to external research on teen mental health, and how Meta acts on that research. | Designation | 0.5 |
| Guy Rosen* | Mr. Rosen is a Vice President, Project Management and the Chief Information Security Officer at Meta. Meta anticipates that he will testify about Meta's integrity policies and practices and the development and operation of Meta's well-being and safety tools. | Designation | 1.5 |
| Alex Schultz* | Mr. Schultz is Chief Marketing Officer and Vice President, Analytics & Research at Meta. Meta anticipates that he will testify about Meta's marketing, data and analytics, revenue, and work related to teen users. | Live or Designation | 2 |
| Yoav Shapira | Mr. Shapira is an Engineer and the Director of Reality AI at Meta. Meta anticipates that he may testify about Meta's product features, including well-being tools and features. | Live or Designation | May call |
| Ravi Sinha | Mr. Sinha is the Head of Child Safety Policy at Meta. Meta anticipates he may | Live | May call |

| Witness | Description | Live or by Designation | May Call or Time Needed for Will Call Testimony |
|---|---|---|---|
| | testify about Meta's child safety policies and practices. | | |
| Nicholas Wakefield | Mr. Wakefield is a Vice President, Analytics at Meta. Meta anticipates that he may testify about Meta's data, including usage data, revenue data, and other data. | Live | May call |
| Jessica Walton | Ms. Walton is a Director of Finance at Meta. Meta anticipates that she may testify about Meta's finance processes and procedures. | Live | May call |
| TOTAL TIME: Fact Witnesses | | | 20 |
| **Meta Expert Witnesses** | | | |
| Randy Auerbach | Dr. Auerbach is a Professor in the Department of Psychiatry and the Co-Director of the Center for the Prevention and Treatment of Depression at Columbia University. Meta anticipates that he will testify about the issues addressed in his report, including the relationship between social media use and mental health outcomes. | Live | 1.5 |
| Michael Baiocchi | Dr. Baiocchi is a statistician and Associate Professor of Epidemiology and Population Health at Stanford. Meta anticipates that he will testify about the issues addressed in his report, including general causation literature and the relationship between social media use and mental health outcomes. | Live | 1 |
| Bryce Bartlett† | Mr. Bartlett is a Director of Research at Meta. Meta anticipates that he will testify about Meta's research on teen well-being on its platforms, how it relates to external research on teen mental health, and how Meta acts on that research. | Live | May call |
| Jeremy Birnholtz† | Dr. Birnholtz is a Professor in the Department of Communication Studies and the Department of Computer Science at Northwestern University. Meta anticipates that he will testify about the issues addressed in his report, including reasonable design. | Live | 1.5 |

| Witness | Description | Live or by Designation | May Call or Time Needed for Will Call Testimony |
|---|---|---|---|
| Nick Feamster† | Dr. Feamster is the Neubauer Professor of Computer Science at the University of Chicago. Meta anticipates that he will testify about the issues addressed in his report, including Meta's defense-in-depth approach to detecting and removing individuals under the age of 13. | Live | 1 |
| Emilio Ferrara | Dr. Ferrara is a Professor of Computer Science at the University of Southern California. Meta anticipates that he will testify about the issues addressed in his report, including Meta's content moderation systems. | Live | 1 |
| Kristin Hendrix† | Dr. Hendrix is a VP of Instagram Partnerships at Meta. Meta anticipates that she will testify about Meta's research on teen well-being on its platforms, how it relates to external research on teen mental health, and how Meta acts on that research. | Live | 1 |
| Sarah Honaker | Dr. Honaker is an Assistant Professor of Pediatrics at the Indiana School of Medicine and the Director of Behavioral Sleep Medicine at Riley Children's Hospital. Meta anticipates that she will testify about the issues addressed in her report, including the relationship between social media use and adolescent sleep problems and the general causation literature related to sleep disruption. | Live | 1.5 |
| Bruce Isaacson | Dr. Isaacson is Senior Managing Director at IMS Legal Strategies and an expert in consumer behavior and survey design and interpretation. Meta anticipates that he will testify about the issues addressed in his reports, including consumer understanding of Meta's statements and flaws in how AG experts interpret and apply Meta's research, including the BEEF survey. | Live | 1 |
| Kevin Keller | Dr. Keller is a Professor of Marketing at the Tuck School of Business at Dartmouth College. Meta anticipates that he will testify about the issues addressed in his report, including consumer understanding of | Live | 0.5 |

| Witness | Description | Live or by Designation | May Call or Time Needed for Will Call Testimony |
|---|---|---|---|
| | Meta's statements and market factors that incentivize Meta to create positive experiences for users. | | |
| Justin McCrary | Mr. McCrary is an economist and the Paul J. Evanson Professor of Law at Columbia Law School. Meta anticipates that he will testify about the issues addressed in his reports, including the unproven assumptions and flawed methodologies adopted by the AGs' damages expert, Carl Saba. | Live | 1 |
| Matthew Shear | Dr. Shear is a psychiatrist specializing in eating disorders and an Assistant Professor of Clinical Psychiatry at Weill Cornell Medical College. Meta anticipates that he will testify about the issues addressed in his report, including the relationship between social media use and eating disorders. | Live | 1 |
| Sri Venkataraman | Mr. Venkataraman is a marketing professor at the University of North Carolina. Meta anticipates that he will testify about the issues addressed in his report, including how Facebook and Instagram, from a marketing perspective, target a general audience. | Live | 1 |
| Mary Wirth† | Ms. Wirth is a Trust & Safety practitioner and an expert in age assurance issues. Meta anticipates that she will testify about the issues addressed in her report, including how Meta meets or exceeds industry standards and best practices for identifying and removing individuals under the age of 13 from Facebook and Instagram. | Live | 1.5 |
| TOTAL TIME: Expert Witnesses | | | 15.5 |
| **Meta State-Specific Witnesses** | | | |
| **CALIFORNIA** | | | |
| Amos Hartston<br><br>(Rule 30(b)(6) Designee) | Mr. Hartston is the Deputy Attorney General, California Department of Justice. Meta anticipates that he will testify about, among other things, Meta's conduct to keep individuals under the age of 13 off its platforms. | Live or Designation | 0.5 |

| Witness | Description | Live or by Designation | May Call or Time Needed for Will Call Testimony |
|---|---|---|---|
| Tom Orrock | Mr. Orrock is the Former Deputy Director for Operations, California Commission for Behavioral Health. Meta anticipates that the witness will testify about, among other things, social media's positive effects among vulnerable youth and how the Commission has used it in beneficial ways to engage California youth. | Live or Designation | 0.5 |
| Christine Siador | Ms. Siador is the Assistant Director of the California Department of Public Health. Meta anticipates that she will testify about, among other things, youth mental health being a complex issue with many causes, and that social media use has both positive and negative effects on youth users. | Live or Designation | 0.5 |
| Hilva Chan | Ms. Chan serves as the Education Programs Consultant at the California Department of Education. Meta anticipates that she may testify about, among other things, how she is not aware of any data linking social media, including the challenged features, to mental health harms in teens. | Live or Designation | May call |
| Ana Bolanos | Ms. Bolanos is the Former Deputy Assistant Director of the California Department of Public Health. Meta anticipates that she may testify about, among other things, teen mental health and social media use. | Live or Designation | May call |
| **COLORADO** | | | |
| Nathan Blake<br><br>(Rule 30(b)(6) Designee) | Mr. Blake is the Colorado Deputy Attorney General for Consumer Protection. Meta anticipates that the witness will testify about, among other things, teen mental health and social media use. | Live or Designation | 0.5 |
| Minna Castillo | Ms. Castillo is the Deputy Executive Director of the Colorado Department of Human Services. Meta anticipates that the witness will testify about, among other things, teen mental health and social media use. | Live or Designation | 0.5 |
| Kendra Dunn | Ms. Dunn is the Director of the Division of Community and Family Support at the Colorado Department of Early Childhood. Meta anticipates that the witness will testify | Live or Designation | 0.5 |

| Witness | Description | Live or by Designation | May Call or Time Needed for Will Call Testimony |
|---|---|---|---|
| | about, among other things, teen mental health and social media use. | | |
| Michelle Barnes | Ms. Barnes is the Executive Director of the Colorado Department of Human Services. Meta anticipates that the witness may testify about, among other things, how no Colorado agency has conducted research on the effects of Instagram or Facebook on teens or their mental health. | Live or Designation | May call |
| Kelly Causey | Ms. Causey is the Deputy Commissioner of the Colorado Behavioral Health Administration. Meta anticipates that she may testify about, among other things, the development and implementation of the Children and Youth Behavioral Health Implementation Plan, which compiles information on Colorado initiatives to address youth mental health needs and which does not focus on social media as a contributing factor, as well as alternate causes of teen mental health issues. | Live or Designation | May call |
| Emily Fine | Ms. Fine is responsible for Public Health and Community Outreach at the Colorado Department of Public Health & Environment. Meta anticipates that she may testify about, among other things, how social media has many benefits, including spreading messages to discourage substance abuse or providing safe spaces to youth who identify as LGBTQ+. | Live or Designation | May call |
| **HAWAII** | | | |
| Christopher Han<br><br>(Rule 30(b)(6) Designee) | Mr. Han is a Deputy Attorney General with the Hawaii Department of the Attorney General. Meta anticipates that he may testify about, among other things, how the State has not identified instances of U13 individuals on Meta's platforms, and how the State is not aware of Meta having any actual knowledge of U13 data collection. | Live or Designation | May call |

| Witness | Description | Live or by Designation | May Call or Time Needed for Will Call Testimony |
|---|---|---|---|
| **IDAHO** | | | |
| Dan Estes<br><br>(Rule 30(b)(6) Designee) | Mr. Estes is the Director of Consumer Protection for the Office of the Idaho Attorney General. Meta anticipates that he may testify about, among other things, the State's use of social media, how the State has not identified instances of U13 individuals on Meta's platforms, and how the State is not aware of Meta having any actual knowledge of U13 data collection. | Live or Designation | May call |
| **KANSAS** | | | |
| James Rodriguez<br><br>(Rule 30(b)(6) Designee) | Mr. Rodriguez is an Assistant Attorney General in the Special Litigation Division of the Kansas Office of the Attorney General. Meta anticipates that he may testify about, among other things, the State's use of social media, and how the State has not identified instances of U13 individuals on Meta's platforms, and how the State is not aware of Meta having any actual knowledge of U13 data collection. | Live or Designation | May call |
| **KENTUCKY** | | | |
| Robbie Fletcher | Mr. Fletcher is the Commissioner of the Kentucky Department of Education. Meta anticipates that the witness will testify about, among other things, the department's policies, data, and research on teen mental health and social media use. | Live or Designation | 0.5 |
| John Hicks<br><br>(Rule 30(b)(6) Designee) | Mr. Hicks is the Secretary of the Office of the Governor and the State Budget Director. Meta anticipates that the witness will testify about, among other things, how social media use can be beneficial, and that Kentucky continues to use social media to communicate important information. | Live or Designation | 0.5 |
| Katherine Marks<br><br>(Rule 30(b)(6) Designee) | Ms. Marks is the Commissioner of the Kentucky Department of Behavioral Health, Developmental and Intellectual Disabilities. Meta anticipates that the witness will testify about, among other things, the department's | Live or Designation | 0.5 |

| Witness | Description | Live or by Designation | May Call or Time Needed for Will Call Testimony |
|---|---|---|---|
| | policies, data, and research on teen mental health and social media use. | | |
| Zachary Richards<br><br>(Rule 30(b)(6) Designee) | Mr. Richards is the Assistant Attorney General at the Office of the Attorney General of Kentucky. Meta anticipates that he will testify about, among other things, Kentucky's policies, data, and research on teen mental health and social media use. | Live or Designation | 0.5 |
| Patti M. Clark | Ms. Clark is the Director of the Division of Mental Health at the Department of Behavioral Health, Developmental and Intellectual Disabilities. Meta anticipates that she may testify about, among other things, alternate causes for teens' mental health issues and that social media use can be beneficial to teens. | Live or Designation | May call |
| Jennifer Ginn | Ms. Ginn is the Director of Communications at the Kentucky Department of Education. Meta anticipates that she may testify about, among other things, how the Department uses social media to share important information with the public and has not changed its practices as a result of information learned over the course of this litigation. | Live or Designation | May call |
| Marty Park | Mr. Park is the Chief Digital Officer in the Office of Educational Technology, Kentucky Department of Education. Meta anticipates that she may testify about, among other things, causes of teen mental health issues other than social media use, including the COVID-19 pandemic, childhood trauma, school shootings, drug abuse, and family. | Live or Designation | May call |
| Steven Stack | Mr. Stack is the Secretary of the Cabinet for Health and Family Services, and a Former Commissioner of the Department of Public Health. Meta anticipates that the witness may testify about, among other things, how his department never collected data or conducted research on the mental health impacts of Meta's platforms, and that other | Live or Designation | May call |

| Witness | Description | Live or by Designation | May Call or Time Needed for Will Call Testimony |
|---|---|---|---|
| | factors contribute to teen mental health issues. | | |
| **MAINE** | | | |
| Christina Moylan (Rule 30(b)(6) Designee) | Ms. Moylan is the Division Chief of the Consumer Protection Division of the Office of the Maine Attorney General. Meta anticipates that she may testify about, among other things, the State's use of social media, and how the State has not identified instances of U13 individuals on Meta's platforms. | Live or Designation | May call |
| **MARYLAND** | | | |
| Mary Kate Bryan<br><br>(Rule 30(b)(6) Designee) | Ms. Bryan is the Executive Director of the Maryland Center for School Safety. Meta anticipates that she may testify about, among other things, the State's use of social media, and how the State has not identified instances of U13 individuals on Meta's platforms. | Live or Designation | May call |
| **NEBRASKA** | | | |
| Jennifer Huxoll<br><br>(Rule 30(b)(6) Designee) | Ms. Huxoll is the Civil Litigation Bureau Chief of the Nebraska Attorney General's Office. Meta anticipates that she may testify about, among other things, how the State has not identified instances of U13 individuals on Meta's platforms. | Live or Designation | May call |
| **NEW JERSEY** | | | |
| Anna Illaria<br><br>(Rule 30(b)(6) Designee) | Ms. Illaria is the Special Assistant to the Deputy Director - Office of Consumer Protection, New Jersey Division of Consumer Affairs. Meta anticipates that she may testify about, among other things, the State's use of social media, and how the State has not identified instances of U13 individuals on Meta's platforms. | Live or Designation | 0.5 |
| Jennie Blakney | Ms. Blakney is the State Adolescent Health Coordinator at the New Jersey Department of Health. Meta anticipates that the witness will testify about, among other things, the | Live or Designation | 0.5 |

| Witness | Description | Live or by Designation | May Call or Time Needed for Will Call Testimony |
|---|---|---|---|
| | department's policies, data, and research on teen mental health and social media use. | | |
| Kathleen Ehling | Ms. Ehling is the Assistant Commissioner of the Division of Education Services. Meta anticipates that the witness will testify about, among other things, the division's policies, data, and research on teen mental health and social media use. | Live or Designation | 0.5 |
| Amanda O'Reilly | Ms. O'Reilly is the Assistant Commissioner at the Analytics & Systems Improvement Division of the New Jersey Department of Children and Families. Meta anticipates that the witness will testify about, among other things, how many factors besides social media impact youth mental health, and that the Division has not done research regarding social media use and teen mental health harms. | Live or Designation | 0.5 |
| Debra Wentz | Ms. Wentz is on the Governor's Council on Mental Health Stigma and is the CEO of the NJ Association of Mental Health & Addiction Agencies, Inc., NJ Mental Health Institute. Meta anticipates that she may testify about, among other things, how there are several causes of mental health issues. | Live or Designation | May call |
| **OHIO** | | | |
| Andrea Doty<br><br>(Rule 30(b)(6) Designee) | Ms. Doty is a Paralegal in the Consumer Protection Section of the Ohio Attorney General's Office. Meta anticipates that she may testify about, among other things, the State's use of social media, and how the State has not identified instances of U13 individuals on Meta's platforms. | Live or Designation | May call |
| **PENNSYLVANIA** | | | |
| Mark Wolfe<br><br>(Rule 30(b)(6) Designee) | Mr. Wolfe is a Deputy Attorney General in the Pennsylvania Office of the Attorney General. Meta expects that he may testify about, among other things, how the Commonwealth has not identified instances of individuals under the age of 13 being on Meta's platforms. | Live or Designation | May call |

| Witness | Description | Live or by Designation | May Call or Time Needed for Will Call Testimony |
|---|---|---|---|
| **RHODE ISLAND** | | | |
| Stephen Provazza<br><br>(Rule 30(b)(6) Designee) | Mr. Provazza is the Chief of the Rhode Island Consumer and Economic Justice Unit at the Rhode Island Office of the Attorney General. Meta anticipates he may testify about, among other things, how the State is not aware of Meta having any actual knowledge of U13 data collection. | Live or Designation | May call |
| **SOUTH CAROLINA** | | | |
| Andrew Cole<br><br>(Rule 30(b)(6) Designee) | Mr. Cole is an Assistant Attorney General with the South Carolina Attorney General. Meta anticipates that he may testify about, among other things, how the State has not identified instances of U13 individuals on Meta's platforms, and how the State is not aware of Meta having any actual knowledge of U13 data collection. | Live or Designation | May call |
| TOTAL TIME: State-Specific Witnesses | | | 7.0 |

DATED: August 17, 2026

Respectfully submitted,

By: */s/ Ashley M. Simonsen*

Ashley M. Simonsen (Bar No. 275203)
COVINGTON & BURLING LLP
1999 Avenue of the Stars
Los Angeles, California 90067
Telephone: (424) 332-4800
Facsimile: (424) 332-4749
Email: asimonsen@cov.com

Paul W. Schmidt (*pro hac vice*)
Timothy C. Hester (*pro hac vice*)
David N. Sneed (*pro hac vice*)
COVINGTON & BURLING LLP
One City Center
850 Tenth Street, NW
Washington, DC 20001-4956
Telephone: (202) 662-6000
Facsimile: (202) 662-6291
Email: pschmidt@cov.com
Email: thester@cov.com
Email: dsneed@cov.com

Brian L. Stekloff (*pro hac vice*)
WILKINSON STEKLOFF LLP
2001 M Street, NW, Floor 10
Washington, DC 20036
Telephone: (202) 847-4000
Facsimile: (202) 847-4005
Email: bstekloff@wilkinsonstekloff.com

Moira Penza (*pro hac vice*)
WILKINSON STEKLOFF LLP
130 W 42nd Street, Floor 24
New York, NY 10036
Telephone: (212) 294-8910
Facsimile: (202) 847-4005
Email: mpenza@wilkinsonstekloff.com

*Attorneys for Defendant Meta Platforms, Inc. f/k/a Facebook, Inc.*