*[Submitting Counsel on Signature Page]*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION

This Document Relates To:

*People of the State of California, et al. v. Meta Platforms, Inc., et al.*

Case No.: 4:23-cv-05448-YGR

MDL No. 3047

Case No. 4:22-md-03047-YGR
4:23-cv-05448-YGR

**NOTICE OF FILING OF AMENDED LISTS OF ATTORNEYS ATTESTING REGARDING RESTRICTED REMOTE AUDIOVISUAL ACCESS TO MDL AG TRIAL**

Judge: Hon. Yvonne Gonzalez Rogers

Magistrate Judge: Hon. Peter H. Kang

On August 10, 2026, the State Attorneys General ("MDL AGs"), the MDL Personal Injury and School District ("MDL PISD") Plaintiffs and the JCCP Plaintiffs filed a Joint Attestation Regarding Restricted Remote Audiovisual Access to MDL AG Trail (ECF No. 520 (3360)), along with Exhibits A and B, listing the names and electronic signatures of attesting attorneys. As a supplement to that filing, the MDL AGs, MDL PISD Plaintiffs, and JCCP Plaintiffs submit this Notice of Filing of Amended Lists of Attorneys Attesting Regarding Restricted Remote Audiovisual Access to MDL AG Trial. Attached as Exhibit A hereto is an amended list of attesting MDL AG attorneys, which adds one MDL AG attorney to the list filed on August 10, 2026. Attached as Exhibit B hereto is an amended list of attesting MDL PISD

Plaintiffs' and/or JCCP Plaintiffs' attorneys, which adds six MDL PISD Plaintiffs' and/or JCCP Plaintiffs' attorneys to the list filed on August 10, 2026.

DATED: August 17, 2026

Respectfully submitted,

**PHILIP J. WEISER**
Attorney General
State of Colorado

*/s/ Jason Slothouber*
Jason Slothouber, CO Reg. No. 43496, *pro hac vice*
Chief Trial Counsel, Consumer Protection
Krista Batchelder, CO Reg. No. 45066, *pro hac vice*
Deputy Solicitor General
Lauren M. Dickey, CO Reg. No. 45773, *pro hac vice*
First Assistant Attorney General
Elizabeth Orem, CO Reg. No. 58309
Assistant Attorney General
Colorado Department of Law
Ralph L. Carr Judicial Center
Consumer Protection Section
1300 Broadway, 7th Floor
Denver, CO 80203
Phone: (720) 508-6000
Krista.Batchelder@coag.gov

*Attorneys for Plaintiff State of Colorado, ex rel. Philip J. Weiser, Attorney General*

**ROB BONTA**
Attorney General
State of California

*/s/ Pauline Ryan*
Pauline Ryan (CA SBN 337712)
Deputy Attorney General
Nicklas A. Akers (CA SBN 211222)
Senior Assistant Attorney General
Bernard Eskandari (SBN 244395)
Emily Kalanithi (SBN 256972)
Supervising Deputy Attorneys General
Nayha Arora (CA SBN 350467)
David Beglin (CA SBN 356401)
Joshua Olszewski-Jubelirer (CA SBN 336428)
Brendan Ruddy (CA SBN 297896)
Deputy Attorneys General
California Department of Justice
Office of the Attorney General
455 Golden Gate Ave., Suite 11000
San Francisco, CA 94102-7004
Phone: (415) 510-4400
Fax: (415) 703-5480
Pauline.Ryan@doj.ca.gov

*Attorneys for Plaintiff the People of the State of California*

**RUSSELL COLEMAN**
Attorney General
Commonwealth of Kentucky

/s/ *J. Christian Lewis*
J. Christian Lewis (KY Bar No. 87109), *pro hac vice*
Division Chief, Consumer & Senior Protection
Philip Heleringer (KY Bar No. 96748), *pro hac vice*
Zachary Richards (KY Bar No. 99209), *pro hac vice*
Daniel I. Keiser (KY Bar No. 100264), *pro hac vice*
Matthew Cocanougher (KY Bar No. 94292), *pro hac vice*
Assistant Attorneys General
1024 Capital Center Drive, Ste. 200
Frankfort, KY 40601
Christian.Lewis@ky.gov
Matthew.Cocanougher@ky.gov
Phone: (502) 696-5300
Fax: (502) 564-2698

*Attorneys for Plaintiff the Commonwealth of Kentucky*

**JENNIFER DAVENPORT**
Attorney General
State of New Jersey

/s/ *Mandy K. Wang*
Mandy K. Wang (NJ Bar No. 373452021), *Pro hac vice*
Brian F. McDonough (NJ Bar No. 026121980), *Pro hac vice*
Deputy Attorneys General
Kashif T. Chand (NJ Bar No. 016752008), *Pro hac vice*
Assistant Attorney General
Thomas Huynh (NJ Bar No. 200942017), *Pro hac vice*
Section Chief, Deputy Attorney General
Verna J. Pradaxay (NJ Bar No. 335822021), *Pro hac vice*
Deputy Attorneys General
New Jersey Division of Law
124 Halsey Street, 5th Floor
Newark, NJ 07101
Kashif.Chand@law.njoag.gov

*Attorneys for Plaintiffs Jennifer Davenport, Attorney General for the State of New Jersey, and Christopher L. Peterson, Acting Director of the New Jersey Division of Consumer Affairs*

LEXI J. HAZAM
**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone: 415-956-1000
lhazam@lchb.com

PREVIN WARREN
**MOTLEY RICE LLC**
401 9th Street NW Suite 630
Washington DC 20004
T: 202-386-9610
pwarren@motleyrice.com

*Co-Lead Counsel*

MICHAEL M. WEINKOWITZ
**GIBBS MURA**
One Commerce Square
2005 Market Street
32nd Floor
Philadelphia, PA 19103
(215) 486-0150
MWeinkowitz@classlawgroup.com

MELISSA L. YEATES
**KESSLER TOPAZ**
**MELTZER CHECK, LLP**
280 King of Prussia Road
Radnor, PA 19087
Telephone: 610-667-7706
myeates@ktmc.com

*Co-Chair of Local Government Entity Committee and Plaintiff Leadership Committee Member*

JOSEPH VANZANDT
**BEASLEY ALLEN**
234 COMMERCE STREET
MONTGOMERY, LA 36103
Telephone: 334-269-2343
joseph.vanzandt@beasleyallen.com

*Lead Counsel, JCCP*
*Federal-State Liaison*

**SIGNATURE CERTIFICATION**

Under Civ. L.R. 5-1(h)(3), I hereby attest that all signatories listed, and on whose behalf the filing is submitted, concur in this filing's content and have authorized this filing.

DATED: August 17, 2026

*/s/ Pauline Ryan*
Pauline Ryan

*Attorney for Plaintiff the People of the State of California*