**Attorneys for the State AGs**

| Name | Signature | State AG | Email Address |
|---|---|---|---|
| Reagan Healey | */s/Reagan Healey* | Arizona | reagan.healey@azag.gov |
| Nayha Arora | */s/Nayha Arora* | Califonia | nayha.arora@doj.ca.gov |
| Brendan Ruddy | */s/ Brendan Ruddy* | California | brendan.ruddy@doj.ca.gov |
| Megan O'Neill | */s/ Megan O'Neill* | California | megan.oneill@doj.ca.gov |
| Nicklas Akers | */s/ Nicklas Akers* | California | nicklas.akers@doj.ca.gov |
| Emily Kalanithi | */s/Emily Kalanithi* | California | emily.kalanithi@doj.ca.gov |
| Joshua Olszewski-Jubelirer | */s/ Joshua Olszewski-Jubelirer* | California | Joshua.OlszewskiJubelirer@doj.ca.gov |
| Samantha Beckett | */s/ Samantha Beckett* | California | Samantha.Beckett@doj.ca.gov |
| Katherine Read | */s/Katherine Read* | California | Katherine.Read@doj.ca.gov |
| Bernard Eskandari | */s/Bernard Eskandari* | California | Bernard.Eskandari@doj.ca.gov |
| David Beglin | */s/David Beglin* | California | david.beglin@doj.ca.gov |
| Jordan Hefcart | */s/Jordan Hefcart* | California | jordan.hefcart@doj.ca.gov |
| Pauline Ryan | */s/Pauline Ryan* | California | pauline.ryan@doj.ca.gov |
| Steven Kaufmann | */s/ Steven Kaufmannn* | Colorado | steve.kaufmann@coag.gov |
| Krista Batchelder | */s/ Krista Batchelder* | Colorado | krista.batchelder@coag.gov |
| Daniel Rheiner | */s/ Daniel Rheiner* | Colorado | Danny.Rheiner@coag.gov |
| Megan Paris Rundlet | */s/ Megan Paris Rundlet* | Colorado | megan.rundlet@coag.gov |
| Shaheen Sheikh | */s/ Shaheen Sheikh* | Colorado | Shaheen.Sheikh@coag.gov |
| Shannon Stevenson | */s/ Shannon Stevenson* | Colorado | shannon.stevenson@coag.gov |
| Lauren Dickey | */s/ Lauren Dickey* | Colorado | lauren.dickey@coag.gov |
| Elizabeth Orem | */s/ Elizabeth Orem* | Colorado | beth.orem@coag.gov |
| Tess Schneider | */s/ Tess Schneider* | Connecticut | Tess.Schneider@ct.gov |
| Krislyn Launer | */s/ Krislyn Launer* | Connecticut | krislyn.launer@ct.gov |
| Rebecca Borné | */s/ Rebecca Borné* | Connecticut | rebecca.borne@ct.gov |
| Ryan T. Costa | */s/ Ryan T. Costa* | Delaware | ryan.costa@delaware.gov |
| Christopher J.I. Leong | */s/ Christopher J.I. Leong* | Hawaii | christopher.ji.leong@hawaii.gov |
| Kelcie K. Nagata | */s/ Kelcie K. Nagata* | Hawaii | kelcie.k.nagata@hawaii.gov |
| Douglas S. Chin | */s/ Douglas S. Chin* | Hawaii | dchin@starnlaw.com |
| John W. Kelly | */s/ John W. Kelly* | Hawaii | jkelly@starnlaw.com |
| Stephanie N. Guyon | */s/ Stephanie N. Guyon* | Idaho | stephanie.guyon@ag.idaho.gov |
| Matthew C. Davies | */s/ Matthew C. Davies* | Illinois | matthew.davies@ilag.gov |
| Daniel B. Roth | */s/Daniel B. Roth* | Illinois | daniel.roth@ilag.gov |
| Meera Khan | */s/ Meera Khan* | Illinois | meera.khan@ilag.gov |
| Emily María Migliore | */s/ Emily María Migliore* | Illinois | emily.migliore@ilag.gov |
| Mark Snodgrass | */s/ Mark Snodgrass* | Indiana | mark.snodgrass@atg.in.gov |
| Corinne Gilchrist | */s/ Corinne Gilchrist* | Indiana | corinne.gilchrist@atg.in.gov |
| Scott Barnhart | */s/ Scott Barnhart* | Indiana | scott.barnhart@atg.in.gov |
| David H. Thompson | */s/ David H. Thompson* | Kansas | dthompson@cooperkirk.com |
| Sarah Dietz | */s/Sarah Dietz* | Kansas | sarah.dietz@ag.ks.gov |
| Matthew Cocanougher | */s/ Matthew Cocanougher* | Kentucky | matthew.cocanougher@ky.gov |
| Gary W. Thompson | */s/ Gary W. Thompson* | Kentucky | gary.thompson@ky.gov |
| Zachary Richards | /s/ *Zachary Richards* | Kentucky | zach.richards@ky.gov |
| Daniel Keiser | */s/ Daniel I. Keiser* | Kentucky | daniel.keiser@ky.gov |
| J. Christian Lewis | */s/ J. Christian Lewis* | Kentucky | christian.lewis@ky.gov |
| Philip Heleringer | */s/ Philip Heleringer* | Kentucky | philip.heleringer@ky.gov |
| Russel Coleman | */s/ Russell Coleman* | Kentucky | ag.coleman@ky.gov |
| Justin Clark | */s/ Justin Clark* | Kentucky | justindclark@ky.gov |
| Robert Duncan | */s/ Robert Duncan* | Kentucky | robertmduncan@ky.gov |
| Kevin Grout | */s/ Kevin Grout* | Kentucky | kevin.grout@ky.gov |

| | | | |
|---|---|---|---|
| Asyl Nachabe | */s/ Asyl Nachabe* | Louisiana | NachabeA@ag.louisiana.gov |
| Michael Devine | */s/ Michael Devine* | Maine | michael.devine@maine.gov |
| Elizabeth J. Stern | */s/Elizabeth J. Stern* | Maryland | estern@oag.maryland.gov |
| Philip D. Ziperman | */s/Philip D. Ziperman* | Maryland | pziperman@oag.maryland.gov |
| Evan Romanoff | */s/ Evan Romanoff* | Minnesota | evan.romanoff@ag.state.mn.us |
| Jason Pleggenkuhle | */s/ Jason Pleggenkuhle* | Minnesota | jason.pleggenkuhle@ag.state.mn.us |
| Caitlin Micko | */s/ Caitlin Micko* | Minnesota | caitlin.micko@ag.state.mn.us |
| Anna Anderson | */s/ Anna Anderson* | Nebraska | anna.anderson@nebraska.gov |
| Jennifer Davenport | */s/ Jennifer Davenport* | New Jersey | jennifer.davenport@njoag.gov |
| Kashif T. Chand | */s/ Kashif Chand* | New Jersey | kashif.chand@law.njoag.gov |
| Thomas Huynh | */s/ Thomas Huynh* | New Jersey | thomas.huynh@law.njoag.gov |
| Patrick Misale | */s/ Patrick Misale* | New Jersey | patrick.misale@law.njoag.gov |
| Mandy Wang | */s/ Mandy Wang* | New Jersey | mandy.wang@law.njoag.gov |
| Verna Pradaxay | */s/ Verna Pradaxay* | New Jersey | verna.pradaxay@law.njoag.gov |
| Brian McDonough | */s/ Brian McDonough* | New Jersey | brian.mcdonough@law.njoag.gov |
| Nathaniel Kosslyn | */s/ Nathaniel Kosslyn* | New York | nathaniel.kosslyn@ag.ny.gov |
| Kunal Choksi | */s/ Kunal Choksi* | North Carolina | kchoksi@ncdoj.gov |
| Charles White | */s/ Charles White* | North Carolina | cwhite@ncdoj.gov |
| Josh Abram | */s/ Josh Abram* | North Carolina | jabram@ncdoj.gov |
| Kevin Walsh | */s/ Kevin Walsh* | Ohio | Kevin.Walsh@ohioago.gov |
| Melissa Wright | */s/ Melissa Wright* | Ohio | Melissa.Wright@ohioago.gov |
| Melissa Szozda Smith | */s/ Melissa Szozda Smith* | Ohio | Melissa.S.Smith@ohioago.gov |
| Michael Ziegler | */s/ Michael Ziegler* | Ohio | Michael.Ziegler@ohioago.gov |
| Katherine McKeon | */s/ Katherine McKeon* | Oregon | kate.mckeon@doj.oregon.gov |
| John Dunbar | */s/ John Dunbar* | Oregon | john.dunbar@doj.oregon.gov |
| Jonathan R. Burns | */s/ Jonathan Burns* | Pennsylvania | jburns@attorneygeneral.gov |
| Suzanne Bernstein | */s/ Suzanne Bernstein* | Pennsylvania | sberstein@attorneygeneral.gov |
| Alexander Carnevale | */s/ Alexander Carnevale* | Rhode Island | acarnevale@riag.ri.gov |
| Megan Rok | */s/ Megan Rok* | Rhode Island | mrok@riag.ri.gov |
| Anna C. Smith | */s/ Anna C. Smith* | South Carolina | annasmith@scag.gov |
| Jared Q. Libet | */s/ Jared Q. Libet* | South Carolina | jlibet@scag.gov |
| Amanda Miiller | */s/ Amanda Miiller* | South Dakota | amanda.miiller@state.sd.us |
| Joelle Gotwals | */s/ Joelle Gotwals* | Virginia | jgotwals@oag.state.va.us |
| Chandler Crenshaw | */s/ Chandler Crenshaw* | Virginia | ccrenshaw@oag.state.va.us |
| Joseph Kanada | */s/ Joseph Kanada* | Washington | joe.kanada@atg.wa.gov |
| Claire McNamara | */s/ Claire McNamara* | Washington | claire.mcnamara@atg.wa.gov |
| Gardner Reed | */s/ Gardner Reed* | Washington | gardner.reed@atg.wa.gov |
| Laurel K. Lackey | */s/ Laurel Lackey* | West Virginia | laurel.k.lackey@wvago.gov |
| Abby Cunningham | */s/ Abby Cunningham* | West Virginia | abby.g.cunningham@wvago.gov |
| Brittany Copper | */s/ Brittany Copper* | Wisconsin | brittany.copper@wisdoj.gov |