# Exhibit A

**ATTESTATION REGARDING REMOTE AUDIOVISUAL ACCESS TO TRIAL**

I, Elizabeth Carbone, hereby attest as follows:

1. I represent and/or serve as counsel to Meta Platforms, Inc.
2. I understand that access to the remote audiovisual link for the trial in *People of the State of California, et al. v. Meta Platforms, Inc., et al.* (4:23-cv-05448-YGR) is restricted to authorized counsel who have filed this attestation with the Court.
3. I will not share the remote audiovisual access link with any person.

Dated: August 18, 2026.

Signature: /s/ Elizabeth Carbone

Printed Name: Elizabeth Carbone

Title: Associate

Firm/Employer: Davis Polk & Wardwell LLP

**ATTESTATION REGARDING REMOTE AUDIOVISUAL ACCESS TO TRIAL**

I, Chen Chen, hereby attest as follows:

1. I represent and/or serve as counsel to Meta Platforms, Inc.
2. I understand that access to the remote audiovisual link for the trial in *People of the State of California, et al. v. Meta Platforms, Inc., et al.* (4:23-cv-05448-YGR) is restricted to authorized counsel who have filed this attestation with the Court.
3. I will not share the remote audiovisual access link with any person.

Dated: August 18, 2026.

Signature: /s/ Chen Chen

Printed Name: Chen Chen

Title: Associate

Firm/Employer: Davis Polk & Wardwell LLP

**ATTESTATION REGARDING REMOTE AUDIOVISUAL ACCESS TO TRIAL**

I, Andrew Foster, hereby attest as follows:

1. I represent and/or serve as counsel to Meta Platforms, Inc.
2. I understand that access to the remote audiovisual link for the trial in *People of the State of California, et al. v. Meta Platforms, Inc., et al.* (4:23-cv-05448-YGR) is restricted to authorized counsel who have filed this attestation with the Court.
3. I will not share the remote audiovisual access link with any person.

Dated: August 18, 2026.

Signature: /s/ Andrew Foster

Printed Name: Andrew Foster

Title: Law Clerk

Firm/Employer: Davis Polk & Wardwell LLP