**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

Case No: 23-cv-5448-YGR
Case Name: State Attorneys General v. Meta Platforms et al

**TRIAL SHEET, EXHIBIT and WITNESS LIST**

| **JUDGE:** | | **PLAINTIFF ATTORNEY:** | | **DEFENSE ATTORNEY:** |
|---|---|---|---|---|
| Yvonne Gonzalez Rogers | | Jason Slothouber, Megan O'Neill, Krista Batchelder, Christian Lewis, Mandy Wang, Alex Miller, Jake Fernandez and Diarmuid Truax | | Paul Schmidt, David Sneed, Ashley Simonsen, Timothy Hester, Brian Stekloff, Moira Penza, Daniel Auten, Alice Greenhill, Matthew Skanchy, Owen Gallogly and Holly Tambling |
| **DATE:** August 18, 2026 | | **REPORTER:** April Brott | | **CLERK:** Edwin Cuenco |
| **TIME IN COURT:** 5 hours 17 minutes | | | | |

| PLF NO. | DEF NO. | DATE/TIME OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | 8:00 am | | | Court is convened. Administrative matters on trial logistics/procedures are discussed outside the presence of the jury. | |
| | | 8:31 am | | | The jury reenters the courtroom. The jury is given instructions by the Court. | |
| | | 8:53 am | | | Plaintiff's opening statement by Ms. O'Neill. | |
| | | 10:06 am | | | Plaintiff's opening statement ends. The jury exits the courtroom for break. | |
| | | 10:07 am | | | The Court is in recess. | |
| | | 10:24 am | | | The Court is reconvened. | |
| | | 10:26 am | | | The jury reenters the courtroom. Defendant's opening statement by Mr. Schmidt. | |
| | | 10:40 am | | | The Court is in recess. | |
| | | 10:55 am | | | The Court is reconvened. The jury reenters the courtroom. Mr. Schmidt resumes the defendant's opening statement. | |
| | | 11:44 am | | | The jury exits the courtroom for break. | |
| | | 11:45 am | | | The Court is in recess. | |
| | | 12:04 pm | | | The Court is reconvened. | |
| | | 12:05 pm | | | The jury reenters the courtroom. | |

| PLF NO. | DEF NO. | DATE/TIME OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | 12:07 pm | | | Plaintiff's witness Mr. Arturo Bejar is called and sworn. Direct examination by Mr. Slothouber. Mr. Bejar is admitted as an expert. | |
| **2159** | | | x | x | Measuring Prevalence of Violating Content on Facebook dated May 23, 2019. | |
| **3254** | | | x | x | Community Standards Enforcement Report; Third Quarter 2021 | |
| **2737** | | | x | x | Bad Experiences Measurement Plan for a 2021 Plan | |
| **1121** | | | x | x | Email dated December 19, 2020. | |
| **2715** | | | x | x | Bad Experience and Encounters Framework (BEEF) Survey. Data collected from June 27, 2021 to July 8, 2021. | |
| **1288** | | | x | x | Letter draft by Mr. Bejar. | |
| **1607** | | | x | x | Email dated October 14, 2021. | |
| **1112** | | | x | x | Email dated October 6, 2021. | |
| **3827** | | | x | x | Facebook post by Mr. Mark Zuckerberg. | |
| | | 1:36 pm | | | The jury is instructed and admonished. | |
| | | 1:40 pm | | | The jury is excused until August 19, 2026, at 8:30 am. Mr. Bejar is admonished, steps down from the stand, and ordered to reappear on August 19, 2026, at 8:30 am. Matters are discussed outside the presence of the jury. | |
| | | 2:08 pm | | | The Court is in recess. Matter is continued to Wednesday, August 19, 2026, at 8:00 a.m. (attorneys and parties) and at 8:30 a.m. (jury) for jury trial. | |