**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**PEOPLE OF THE STATE OF CALIFORNIA, ET AL.,**

Plaintiffs,

v.

**META PLATFORMS INC., ET AL.,**

Defendants.

Case No. 4:23-cv-05448-YGR

**TRIAL ORDER NO. 1 RE DEPOSITION DESIGNATIONS**

*First*, the Court has reviewed the parties' disputes regarding the designations of the deposition of Natalie Troxel. All objections are overruled although the Court sees no reason to include the line at 166:8. The Court understands that there are no longer any disputes regarding the designations for Elena Davis.

*Second*, in the event that the courtroom is closed at the end of the day, the parties may deliver the Court's copy of admitted exhibits to the courtroom deputy when the courtroom opens in the morning on the next business day.

**IT IS SO ORDERED.**

Dated: August 18, 2026

**YVONNE GONZALEZ ROGERS**
**CHIEF UNITED STATES DISTRICT COURT JUDGE**

United States District Court
Northern District of California