# Exhibit 1

STATE OF NEW MEXICO
COUNTY OF SANTA FE
FIRST JUDICIAL DISTRICT COURT

STATE OF NEW MEXICO,
EX REL., RAÚL TORREZ,
ATTORNEY GENERAL

NO. D-101-CV-2023-02838

vs.

META PLATFORMS, INC.;
INSTAGRAM, LLC; META
PAYMENTS, INC.; AND META
PLATFORMS TECHNOLOGIES,
LLC

*** CROSS-NOTICED WITH ***
SUPERIOR COURT OF THE STATE OF CALIFORNIA
FOR THE COUNTY OF LOS ANGELES

COORDINATION PROCEEDING
SPECIAL TITLE
[RULE 3.400]

JUDICIAL COUNCIL
COORDINATION
PROCEEDING NO. 5255

SOCIAL MEDIA CASES
_________________________

THIS DOCUMENT RELATES TO:

For Filing Purposes:
22STCV21355

All cases:
(Christina Arlington
Smith, et al. v. TikTok,
Inc., et al., Case No.
22STCV21355)

* * * * * * * * * * * * * * * * * * * * * * * * * * *

CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER

(CAPTION CONTINUED)

Back on the record, 9:22, beginning of Media 2.

BY MR. MIGLIORI:

Q. Dr. Sattizahn, I'm incredibly sorry for the technical problems.

A. That's okay.

Q. We had just acknowledged that you appeared before Congress, correct?

A. Correct.

Q. This is September 9, 2025, correct?

A. Correct.

Q. And this was before the U.S. Senate Judiciary Subcommittee on Privacy, Technology, and the Law, correct?

A. Correct.

Q. And you took an oath to tell the truth before Congress, correct?

A. I did.

Q. And you've done that for us today as well, correct?

A. Correct.

Q. All right. The chairperson of that committee referred to you as a whistleblower, didn't she?

A. She did, correct.

Q. And generally speaking throughout your six years at Meta prior to 2024, so the first five years at Meta, how did you proceed, meaning what were your reviews like?

A. I always had stellar reviews. From what I was told, I received -- well, I did formally receive reviews such as greatly exceeds expectations, exceeds expectations. I was quickly promoted twice to what's known as a senior research level.

And so very, very positive reviews, and reviews that are statistically hard to get at the company based on the information they provided me.

Q. Okay. In your CV that's on the screen right now, your time is broken up by you from 2018 to '22 and then '22 to '24.

Do you see that?

A. I do.

Q. All right. And let's stick with the first group, 2018 to 2022. It says here you had "Product research lead for Facebook Marketplace integrity, ranking integrity, Facebook Faith, and live shopping"; is that accurate?

A. It is.

Q. And then it says, "Roles included

share information, did you share data sources, did you share design ideas with those other platforms?

MR. STANNER:

Object to the -- sorry. Object to the form.

A. Yes.

BY MR. MIGLIORI:

Q. All right. And was it top-down but horizontal?

A. Say it again.

Q. Was it top-down and horizontal, your interaction?

MR. STANNER:

Object to form.

A. Yes. So we would both from -- you know, if we were making the decision, it might be with horizontal teams or we might go to specific other teams that are focused on certain areas.

BY MR. MIGLIORI:

Q. Okay. And after 2022 your job changed, correct?

A. Correct.

Q. Describe from 2022 to 2024 the work you were doing with Reality Labs Virtual Reality.

A. When I moved from generally the family

of apps to Reality Labs Virtual Reality, there was a fairly nascent team, a very young, new team that was being put forth to help keep children and adults safe within virtual reality and, as well, share that other information with other Reality Labs products.

So for context, Reality Labs is the hardware behind Meta. And so it's sunglasses that might take photos, it is virtual reality, it is wristwatches, it is, you know, whatever hardware product that they're developing at the time. And my role was to come in and lead specifically integrity within this new team. It was myself and another researcher.

Q. The research that you designed that -- in that position with Reality Labs, was that also horizontal, was that across multiple platforms?

A. It included the same types of cross-company initiatives. And so one example that I brought up was working with avatars, which is a horizontal team which includes Facebook, Virtual Reality, Instagram, and it included those sorts of cross-company initiatives.

Q. And in your CV you write, "Senior research leadership role working horizontally

A. I don't know if I ever saw one, but I would assume there is, yeah.

Q. I mean, if we had to make a list of who works at user research in Reality Labs from 2021 until 2024, your name would be on it?

A. Correct.

Q. Right. But it wouldn't be on the name on the user research team at Instagram or Facebook or the other apps?

A. No.

Q. Okay. But I do understand -- so, for example, when you wanted to do some work at Reality Labs about age verification, one thing you did is reach out to these other teams at Instagram or elsewhere and say, Show us what you've got on age verification so we can use it in our own research?

A. Yes, that was an aspect of it. I wouldn't say that that summarizes all of the working relationship, but that's an aspect of it, yes.

Q. Right. And when you'd go to your offsites, for example, that would be offsites of people who worked on VR?

A. Yes and no. Actually, we had offsites