**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION

---

This Document Relates to:

*E.C., individually and as next of friend to minor Plaintiff v. Meta Platforms, Inc., et al., A.C.*, 4:26-cv-05394-YGR;

*C.H., individually and as next friend to minor Plaintiff, S.H. v. Meta Platforms, Inc., et al*, 4:26-cv-05906-YGR;

*R.R., individually and as next friend of minor C.P. v. Meta Platforms, Inc., et al.*, 4:26-cv-05932-YGR;

*A.J., individually and as next friend of minor K.J. v. Meta Platforms, Inc., et al.*, 4:26-cv-05935-YGR;

*K.D. filed on behalf of minor H.D. v. Meta Platforms, Inc., et al*, 4:26-cv-06054-YGR;

*Michelle Mead and Stanley Kolodziej individually and as parents and general guardians of their minor son J.K. v. Meta Platforms, Inc. et al*, 4:26-cv-06565-YGR;

*Jeanette Orban, individually and as parent and general guardian of her minor daughter A. O. v. Meta Platforms, Inc. et al*, 4:26-cv-06750-YGR;

Case No. 4:22-MD-03047-YGR

MDL No. 3047

**[PROPOSED] ORDER RE PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL EXHIBITS TO THE DECLARATION OF JENNIE LEE ANDERSON IN SUPPORT OF PLAINTIFFS' EIGHTEENTH CONSOLIDATED *EX PARTE* APPLICATION FOR APPOINTMENT OF GUARDIANS *AD LITEM***

*Diane Fitzgerald and Kerry Fitzgerald, individually and as parents and general guardians of their minor son C. F. v. Meta Platforms, Inc. et al*, 4:26-cv-06756-YGR;

*J.S., individually and as next of friend to minor Plaintiff, L.G. v. Meta Platforms, Inc., et al.*, 4:26-cv-06906-YGR;

*J.T., individually and as next of friend to minor Plaintiff, C.T. v. Meta Platforms, Inc., et al.*, 4:26-cv-06918-YGR;

*T.W individually and next friend to minor child K.F. v. Meta Platforms, Inc., formerly known as Facebook, Inc et al*, 4:26-cv-7004-YGR;

*Colleen Wilk and Ronald Wilk on behalf of M.W. v. Meta Platforms, Inc. et al*, 4:26-cv-07006-YGR;

*M.S. individually and as next friend to minor child M.S. v. Meta Platforms, Inc., formerly known as Facebook, Inc et al*, 4:26-cv-7014-YGR;

*Laura Zemel and Pavel Zemel, individually and as parents and general guardians of their minor daughter A. Z. v. Meta Platforms, Inc. et al*, 4:26-cv-07022-YGR;

*G.G. Sr. individually and as next friend to minor child C.G. v. Meta Platforms, Inc., formerly known as Facebook, Inc et al*, 4:26-cv-07080-YGR;

*N.E. individually and as next friend to minor child B.M v. Meta Platforms, Inc., formerly known as Facebook, Inc et al*, 4:26-cv-7088-YGR;

*L.H., individually and as next friend of K.H.P., minor and A.K.H v. Byte Dance Inc. et. al*, 4:26-cv-7105-YGR;

*R.F-F. and J.F, individually and as next friend of S.F-F, minor v. Meta Platforms, Inc. et al*, 4:26-cv-07129-YGR;

*C.K, individually and next friend to minor child K.K v. Meta Platforms, Inc., et al*, 4:26-cv-7270-YGR;

*P.B., individually and as next of friend to minor Plaintiff, A.B. v. Meta Platforms, Inc., et al.*, 4:26-cv-07305-YGR;

*Stephanie Holcombe, individually and as parent and general guardian of her minor son A. H. v. Meta Platforms, Inc. et al*, 4:26-cv-07374-YGR;

*A.P., individually and as next friend of minor, A.T v. Meta Platforms, Inc., formerly known as Facebook, Inc. et al*, 4:26-cv-07854-YGR;

*C.H., individually and as next of friend to minor Plaintiff, L.H. v. Meta Platforms, Inc., et al.*, 4:26-cv-07917-YGR;

*C.J., individually and as next of friend to minor Plaintiff, B.P. v. Meta Platforms, Inc., et al.*, 4:26-cv-08120-YGR;

*T.B. individually and for next friend, T.B., a minor v. Meta Platforms, Inc., formerly known as Facebook, Inc. et al*, 4:26-cv-08146-YGR;

*D.B., individually and as next of friend to minor Plaintiff, M.M. v. Meta Platforms, Inc., et al.*, 4:26-cv-08287-YGR.

**[PROPOSED] ORDER**

Before the Court is Plaintiffs' Administrative Motion to File Under Seal Exhibits to the Declaration of Jennie Lee Anderson in Support of Plaintiffs' Eighteenth Consolidated *Ex Parte* Application for Appointment of Guardians *Ad Litem* (hereinafter "Anderson Declaration" in Support of Eighteenth Application for Guardians *Ad Litem*).

The Court has reviewed Plaintiffs' Administrative Motion and the declaration in support thereof. Finding that Plaintiffs have articulated good cause to seal the individual *Ex Parte* Applications for Appointments of Guardian *Ad Litem* ("Application") attached as Exhibits 1-26 to the Anderson Declaration in Support of Eighteenth Application for Guardians *Ad Litem*, the Court hereby orders that the following document shall remain under seal absent further Order of the Court:

| **Material/Document** | **Portion Requested to Keep Under Seal** | **Ruling** |
|---|---|---|
| Exhibit 1 - Application for *E.C., individually and as next of friend to minor Plaintiff v. Meta Platforms, Inc., et al., A.C.*, 4:26-cv-05394-YGR | Entire Application/ Exhibit | ___ Granted<br>___ Denied |
| Exhibit 2 – Application for *C.H., individually and as next friend to minor Plaintiff, S.H. v. Meta Platforms, Inc., et al*, 4:26-cv-05906-YGR | Entire Application/ Exhibit | ___ Granted<br>___ Denied |
| Exhibit 3 – Application for *R.R., individually and as next friend of minor C.P. v. Meta Platforms, Inc., et al.*, 4:26-cv-05932-YGR | Entire Application/ Exhibit | ___ Granted<br>___ Denied |
| Exhibit 4 - Application for *A.J., individually and as next friend of minor K.J. v. Meta Platforms, Inc., et al.*, 4:26-cv-05935-YGR | Entire Application/ Exhibit | ___ Granted<br>___ Denied |
| Exhibit 5 – Application for *K.D. filed on behalf of minor H.D. v. Meta Platforms, Inc., et al*, 4:26-cv-06054-YGR | Entire Application/ Exhibit | ___ Granted<br>___ Denied |
| Exhibit 6 - Application for *Michelle Mead and Stanley Kolodziej individually and as parents and general guardians of their minor son J.K. v. Meta Platforms, Inc. et al*, 4:26-cv-06565-YGR | Entire Application/ Exhibit | ___ Granted<br>___ Denied |
| Exhibit 7 – Application for *Jeanette Orban, individually and as parent and general guardian of her minor daughter A. O. v. Meta Platforms, Inc. et al*, 4:26-cv-06750-YGR | Entire Application/ Exhibit | ___ Granted<br>___ Denied |
| Exhibit 8 – Application for *Diane Fitzgerald and Kerry Fitzgerald, individually and as parents and general guardians of their minor son C. F. v. Meta Platforms, Inc. et al*, 4:26-cv-06756-YGR | Entire Application/ Exhibit | ___ Granted<br>___ Denied |
| Exhibit 9 – Application for *J.S., individually and as next of friend to minor Plaintiff, L.G. v. Meta Platforms, Inc., et al.*, 4:26-cv-06906-YGR | Entire Application/ Exhibit | ___ Granted<br>___ Denied |
| Exhibit 10 - Application for *J.T., individually and as next of friend to minor Plaintiff, C.T. v. Meta Platforms, Inc., et al.*, 4:26-cv-06918-YGR | Entire Application/ Exhibit | ___ Granted<br>___ Denied |
| Exhibit 11 – Application for *T.W individually and next friend to minor child K.F. v. Meta Platforms, Inc., formerly known as Facebook, Inc et al*, 4:26-cv-7004-YGR | Entire Application/ Exhibit | ___ Granted<br>___ Denied |
| Exhibit 12 – Application for *Colleen Wilk and Ronald Wilk on behalf of M.W. v. Meta Platforms, Inc. et al*, 4:26-cv-07006-YGR | Entire Application/ Exhibit | ___ Granted<br>___ Denied |
| Exhibit 13 – Application for *M.S. individually and as next friend to minor child M.S. v. Meta Platforms, Inc., formerly known as Facebook, Inc et al*, 4:26-cv-7014-YGR | Entire Application/ Exhibit | ___ Granted<br>___ Denied |

| | | |
|---|---|---|
| Exhibit 14 – Application for *Laura Zemel and Pavel Zemel, individually and as parents and general guardians of their minor daughter A. Z. v. Meta Platforms, Inc. et al*, 4:26-cv-07022-YGR | Entire Application/ Exhibit | ___ Granted<br>___ Denied |
| Exhibit 15 – Application for *G.G. Sr. individually and as next friend to minor child C.G. v. Meta Platforms, Inc., formerly known as Facebook, Inc et al*, 4:26-cv-07080-YGR | Entire Application/ Exhibit | ___ Granted<br>___ Denied |
| Exhibit 16 – Application for *N.E. individually and as next friend to minor child B.M v. Meta Platforms, Inc., formerly known as Facebook, Inc et al*, 4:26-cv-7088-YGR | Entire Application/ Exhibit | ___ Granted<br>___ Denied |
| Exhibit 17 – Application for *L.H., individually and as next friend of K.H.P., minor and A.K.H v. Byte Dance Inc. et. al*, 4:26-cv-7105-YGR | Entire Application/ Exhibit | ___ Granted<br>___ Denied |
| Exhibit 18 – Application for *R.F-F. and J.F, individually and as next friend of S.F-F, minor v. Meta Platforms, Inc. et al*, 4:26-cv-07129-YGR | Entire Application/ Exhibit | ___ Granted<br>___ Denied |
| Exhibit 19 – Application for *C.K, individually and next friend to minor child K.K v. Meta Platforms, Inc., et al*, 4:26-cv-7270-YGR | Entire Application/ Exhibit | ___ Granted<br>___ Denied |
| Exhibit 20 – Application for *P.B., individually and as next of friend to minor Plaintiff, A.B. v. Meta Platforms, Inc., et al.*, 4:26-cv-07305-YGR | Entire Application/ Exhibit | ___ Granted<br>___ Denied |
| Exhibit 21 – Application for *Stephanie Holcombe, individually and as parent and general guardian of her minor son A. H. v. Meta Platforms, Inc. et al*, 4:26-cv-07374-YGR | Entire Application/ Exhibit | ___ Granted<br>___ Denied |
| Exhibit 22 – Application for *A.P., individually and as next friend of minor, A.T v. Meta Platforms, Inc., formerly known as Facebook, Inc. et al*, 4:26-cv-07854-YGR | Entire Application/ Exhibit | ___ Granted<br>___ Denied |
| Exhibit 23 – Application for *C.H., individually and as next of friend to minor Plaintiff, L.H. v. Meta Platforms, Inc., et al.*, 4:26-cv-07917-YGR | Entire Application/ Exhibit | ___ Granted<br>___ Denied |
| Exhibit 24 – Application for *C.J., individually and as next of friend to minor Plaintiff, B.P. v. Meta Platforms, Inc., et al.*, 4:26-cv-08120-YGR | Entire Application/ Exhibit | ___ Granted<br>___ Denied |
| Exhibit 25 – Application for *T.B. individually and for next friend, T.B., a minor v. Meta Platforms, Inc., formerly known as Facebook, Inc. et al*, 4:26-cv-08146-YGR | Entire Application/ Exhibit | ___ Granted<br>___ Denied |
| Exhibit 26 – Application for *D.B., individually and as next of friend to minor Plaintiff, M.M. v. Meta Platforms, Inc., et al.*, | Entire Application/ Exhibit | ___ Granted<br>___ Denied |

| | | |
|---|---|---|
| 4:26-cv-08287-YGR | | |

**IT IS SO ORDERED.**

DATED: __________

______________________________
Hon. Yvonne Gonzalez Rogers
UNITED STATES DISTRICT JUDGE