Lexi J. Hazam (SBN 224457)
lhazam@lchb.com
LIEFF CABRASER HEIMANN
& BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956-1000

Previn Warren (*pro hac vice*)
pwarren@motleyrice.com
MOTLEY RICE LLC
401 9th Street NW, Suite 630
Washington, DC 20004
Telephone: (202) 386-9610

*Plaintiffs' Co-Lead Counsel*

Jennie Lee Anderson (SBN 203586)
jennie@andrusanderson.com
ANDRUS ANDERSON LLP
1970 Broadway, Suite 1070
Oakland, CA 94612
Telephone: (415) 986-1400

*Plaintiffs' Liaison Counsel*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION

This Document Relates to:

*E.C., individually and as next of friend to minor Plaintiff v. Meta Platforms, Inc., et al., A.C.*, 4:26-cv-05394-YGR;

*C.H., individually and as next friend to minor Plaintiff, S.H. v. Meta Platforms, Inc., et al*, 4:26-cv-05906-YGR;

*R.R., individually and as next friend of minor C.P. v. Meta Platforms, Inc., et al.*, 4:26-cv-05932-YGR;

*A.J., individually and as next friend of minor K.J. v. Meta Platforms, Inc., et al.*, 4:26-cv-05935-YGR;

*K.D. filed on behalf of minor H.D. v. Meta Platforms, Inc., et al*, 4:26-cv-06054-YGR;

*Michelle Mead and Stanley Kolodziej individually and as parents and general guardians of their minor son J.K. v. Meta Platforms, Inc. et al*, 4:26-cv-06565-YGR;

*Jeanette Orban, individually and as parent*

Case No. 4:22-MD-03047-YGR

MDL No. 3047

**EXHIBITS 1-26 TO THE DECLARATION OF JENNIE LEE ANDERSON IN SUPPORT OF PLAINTIFFS' EIGHTEENTH *EX PARTE* APPLICATION FOR APPOINTMENT OF GUARDIANS *AD LITEM***

*and general guardian of her minor daughter A. O. v. Meta Platforms, Inc. et al*, 4:26-cv-06750-YGR;

*Diane Fitzgerald and Kerry Fitzgerald, individually and as parents and general guardians of their minor son C. F. v. Meta Platforms, Inc. et al*, 4:26-cv-06756-YGR;

*J.S., individually and as next of friend to minor Plaintiff, L.G. v. Meta Platforms, Inc., et al.*, 4:26-cv-06906-YGR;

*J.T., individually and as next of friend to minor Plaintiff, C.T. v. Meta Platforms, Inc., et al.*, 4:26-cv-06918-YGR;

*T.W individually and next friend to minor child K.F. v. Meta Platforms, Inc., formerly known as Facebook, Inc et al*, 4:26-cv-7004-YGR;

*Colleen Wilk and Ronald Wilk on behalf of M.W. v. Meta Platforms, Inc. et al*, 4:26-cv-07006-YGR;

*M.S. individually and as next friend to minor child M.S. v. Meta Platforms, Inc., formerly known as Facebook, Inc et al*, 4:26-cv-7014-YGR;

*Laura Zemel and Pavel Zemel, individually and as parents and general guardians of their minor daughter A. Z. v. Meta Platforms, Inc. et al*, 4:26-cv-07022-YGR;

*G.G. Sr. individually and as next friend to minor child C.G. v. Meta Platforms, Inc., formerly known as Facebook, Inc et al*, 4:26-cv-07080-YGR;

*N.E. individually and as next friend to minor child B.M v. Meta Platforms, Inc., formerly known as Facebook, Inc et al*, 4:26-cv-7088-YGR;

*L.H., individually and as next friend of K.H.P., minor and A.K.H v. Byte Dance Inc. et. al*, 4:26-cv-7105-YGR;

*R.F-F. and J.F, individually and as next friend of S.F-F, minor v. Meta Platforms, Inc. et al*, 4:26-cv-07129-YGR;

*C.K, individually and next friend to minor child K.K v. Meta Platforms, Inc., et al*, 4:26-cv-7270-YGR;

*P.B., individually and as next of friend to minor Plaintiff, A.B. v. Meta Platforms, Inc., et al.*, 4:26-cv-07305-YGR;

*Stephanie Holcombe, individually and as parent and general guardian of her minor son A. H. v. Meta Platforms, Inc. et al*, 4:26-cv-07374-YGR;

*A.P., individually and as next friend of minor, A.T v. Meta Platforms, Inc., formerly known as Facebook, Inc. et al*, 4:26-cv-07854-YGR;

*C.H., individually and as next of friend to minor Plaintiff, L.H. v. Meta Platforms, Inc., et al.*, 4:26-cv-07917-YGR;

*C.J., individually and as next of friend to minor Plaintiff, B.P. v. Meta Platforms, Inc., et al.*, 4:26-cv-08120-YGR;

*T.B. individually and for next friend, T.B., a minor v. Meta Platforms, Inc., formerly known as Facebook, Inc. et al*, 4:26-cv-08146-YGR;

*D.B., individually and as next of friend to minor Plaintiff, M.M. v. Meta Platforms, Inc., et al.*, 4:26-cv-08287-YGR.

# EXHIBIT 1

# EXHIBIT FILED UNDER SEAL

# EXHIBIT 2

# EXHIBIT FILED UNDER SEAL

# EXHIBIT 3

# EXHIBIT FILED UNDER SEAL

# EXHIBIT 4

# EXHIBIT FILED UNDER SEAL

# EXHIBIT 5

# EXHIBIT FILED UNDER SEAL

# EXHIBIT 6

# EXHIBIT FILED UNDER SEAL

# EXHIBIT 7

# EXHIBIT FILED UNDER SEAL

# EXHIBIT 8

# EXHIBIT FILED UNDER SEAL

# EXHIBIT 9

# EXHIBIT FILED UNDER SEAL

# EXHIBIT 10

# EXHIBIT FILED UNDER SEAL

# EXHIBIT 11

# EXHIBIT FILED UNDER SEAL

# EXHIBIT 12

# EXHIBIT FILED UNDER SEAL

# EXHIBIT 13

# EXHIBIT FILED UNDER SEAL

# EXHIBIT 14

# EXHIBIT FILED UNDER SEAL

# EXHIBIT 15

# EXHIBIT FILED UNDER SEAL

# EXHIBIT 16

# EXHIBIT FILED UNDER SEAL

# EXHIBIT 17

# EXHIBIT FILED UNDER SEAL

# EXHIBIT 18

# EXHIBIT FILED UNDER SEAL

# EXHIBIT 19

# EXHIBIT FILED UNDER SEAL

# EXHIBIT 20

# EXHIBIT FILED UNDER SEAL

# EXHIBIT 21

# EXHIBIT FILED UNDER SEAL

# EXHIBIT 22

# EXHIBIT FILED UNDER SEAL

# EXHIBIT 23

# EXHIBIT FILED UNDER SEAL

# EXHIBIT 24

# EXHIBIT FILED UNDER SEAL

# EXHIBIT 25

# EXHIBIT FILED UNDER SEAL

# EXHIBIT 26

# EXHIBIT FILED UNDER SEAL