**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION

This Document Relates to:

*E.C., individually and as next of friend to minor Plaintiff v. Meta Platforms, Inc., et al., A.C.*, 4:26-cv-05394-YGR;

*C.H., individually and as next friend to minor Plaintiff, S.H. v. Meta Platforms, Inc., et al*, 4:26-cv-05906-YGR;

*R.R., individually and as next friend of minor C.P. v. Meta Platforms, Inc., et al.*, 4:26-cv-05932-YGR;

*A.J., individually and as next friend of minor K.J. v. Meta Platforms, Inc., et al.*, 4:26-cv-05935-YGR;

*K.D. filed on behalf of minor H.D. v. Meta Platforms, Inc., et al*, 4:26-cv-06054-YGR;

*Michelle Mead and Stanley Kolodziej individually and as parents and general guardians of their minor son J.K. v. Meta Platforms, Inc. et al*, 4:26-cv-06565-YGR;

*Jeanette Orban, individually and as parent and general guardian of her minor daughter A. O. v. Meta Platforms, Inc. et al*, 4:26-cv-06750-YGR;

Case No. 4:22-MD-03047-YGR

MDL No. 3047

**[PROPOSED] ORDER GRANTING PLAINTIFFS' EIGHTEENTH CONSOLIDATED *EX PARTE* APPLICATION AND APPOINTING GUARDIANS *AD LITEM***

*Diane Fitzgerald and Kerry Fitzgerald, individually and as parents and general guardians of their minor son C. F. v. Meta Platforms, Inc. et al*, 4:26-cv-06756-YGR;

*J.S., individually and as next of friend to minor Plaintiff, L.G. v. Meta Platforms, Inc., et al.*, 4:26-cv-06906-YGR;

*J.T., individually and as next of friend to minor Plaintiff, C.T. v. Meta Platforms, Inc., et al.*, 4:26-cv-06918-YGR;

*T.W individually and next friend to minor child K.F. v. Meta Platforms, Inc., formerly known as Facebook, Inc et al*, 4:26-cv-7004-YGR;

*Colleen Wilk and Ronald Wilk on behalf of M.W. v. Meta Platforms, Inc. et al*, 4:26-cv-07006-YGR;

*M.S. individually and as next friend to minor child M.S. v. Meta Platforms, Inc., formerly known as Facebook, Inc et al*, 4:26-cv-7014-YGR;

*Laura Zemel and Pavel Zemel, individually and as parents and general guardians of their minor daughter A. Z. v. Meta Platforms, Inc. et al*, 4:26-cv-07022-YGR;

*G.G. Sr. individually and as next friend to minor child C.G. v. Meta Platforms, Inc., formerly known as Facebook, Inc et al*, 4:26-cv-07080-YGR;

*N.E. individually and as next friend to minor child B.M v. Meta Platforms, Inc., formerly known as Facebook, Inc et al*, 4:26-cv-7088-YGR;

*L.H., individually and as next friend of K.H.P., minor and A.K.H v. Byte Dance Inc. et. al*, 4:26-cv-7105-YGR;

*R.F-F. and J.F, individually and as next friend of S.F-F, minor v. Meta Platforms, Inc. et al*, 4:26-cv-07129-YGR;

*C.K, individually and next friend to minor child K.K v. Meta Platforms, Inc., et al*, 4:26-cv-7270-YGR;

*P.B., individually and as next of friend to minor Plaintiff, A.B. v. Meta Platforms, Inc., et al.*, 4:26-cv-07305-YGR;

*Stephanie Holcombe, individually and as parent and general guardian of her minor son A. H. v. Meta Platforms, Inc. et al*, 4:26-cv-07374-YGR;

*A.P., individually and as next friend of minor, A.T v. Meta Platforms, Inc., formerly known as Facebook, Inc. et al*, 4:26-cv-07854-YGR;

*C.H., individually and as next of friend to minor Plaintiff, L.H. v. Meta Platforms, Inc., et al.*, 4:26-cv-07917-YGR;

*C.J., individually and as next of friend to minor Plaintiff, B.P. v. Meta Platforms, Inc., et al.*, 4:26-cv-08120-YGR;

*T.B. individually and for next friend, T.B., a minor v. Meta Platforms, Inc., formerly known as Facebook, Inc. et al*, 4:26-cv-08146-YGR;

*D.B., individually and as next of friend to minor Plaintiff, M.M. v. Meta Platforms, Inc., et al.*, 4:26-cv-08287-YGR.

**[PROPOSED] ORDER**

The Court is in receipt of Plaintiffs' Eighteenth E*x Parte* Application for Appointment of Guardians *Ad Litem* (hereinafter, "Eighteenth *Ex Parte* Application").

Pursuant to this Court's Order Regarding Appointment of Guardians *Ad Litem* (ECF No. 122), *Ex Parte* Applications for Appointment of Guardians *Ad Litem* ("Applications") submitted by parents and/or legal guardians were deemed presumptively approved upon filing because there was no apparent conflict between the applicants' parental responsibility and their obligation to assist the Court in "achieving a just and speedy determination of the action." ECF No. 122 ¶ 4 (citing *J.M. v. Liberty Union High Sch. Dist.*, No. 16-cv-05225-LB, 2016 WL 4942999, at *1 (N.D. Cal. Sept.16, 2016)).

On August 19, 2026, Applications were submitted by the parents and/or legal guardians to serve as guardians *ad litem* for the individual minor plaintiffs in the following cases:

- *E.C., individually and as next of friend to minor Plaintiff v. Meta Platforms, Inc., et al., A.C.*, 4:26-cv-05394-YGR (Exhibit 1);
- *C.H., individually and as next friend to minor Plaintiff, S.H. v. Meta Platforms, Inc., et al*, 4:26-cv-05906-YGR (Exhibit 2);
- *R.R., individually and as next friend of minor C.P. v. Meta Platforms, Inc., et al.*, 4:26-cv-05932-YGR (Exhibit 3);
- *A.J., individually and as next friend of minor K.J. v. Meta Platforms, Inc., et al.*, 4:26-cv-05935-YGR (Exhibit 4);
- *K.D. filed on behalf of minor H.D. v. Meta Platforms, Inc., et al*, 4:26-cv-06054-YGR (Exhibit 5);
- *Michelle Mead and Stanley Kolodziej individually and as parents and general guardians of their minor son J.K. v. Meta Platforms, Inc. et al*, 4:26-cv-06565-YGR (Exhibit 6);
- *Jeanette Orban, individually and as parent and general guardian of her minor daughter A. O. v. Meta Platforms, Inc. et al*, 4:26-cv-06750-YGR (Exhibit 7);
- *Diane Fitzgerald and Kerry Fitzgerald, individually and as parents and general guardians of their minor son C. F. v. Meta Platforms, Inc. et al*, 4:26-cv-06756-YGR (Exhibit 8);

- *J.S., individually and as next of friend to minor Plaintiff, L.G. v. Meta Platforms, Inc., et al.*, 4:26-cv-06906-YGR (Exhibit 9);
- *J.T., individually and as next of friend to minor Plaintiff, C.T. v. Meta Platforms, Inc., et al.*, 4:26-cv-06918-YGR (Exhibit 10);
- *T.W individually and next friend to minor child K.F. v. Meta Platforms, Inc., formerly known as Facebook, Inc et al*, 4:26-cv-7004-YGR (Exhibit 11);
- *Colleen Wilk and Ronald Wilk on behalf of M.W. v. Meta Platforms, Inc. et al*, 4:26-cv-07006-YGR (Exhibit 12);
- *M.S. individually and as next friend to minor child M.S. v. Meta Platforms, Inc., formerly known as Facebook, Inc et al*, 4:26-cv-7014-YGR (Exhibit 13);
- *Laura Zemel and Pavel Zemel, individually and as parents and general guardians of their minor daughter A. Z. v. Meta Platforms, Inc. et al*, 4:26-cv-07022-YGR (Exhibit 14);
- *G.G. Sr. individually and as next friend to minor child C.G. v. Meta Platforms, Inc., formerly known as Facebook, Inc et al*, 4:26-cv-07080-YGR (Exhibit 15);
- *N.E. individually and as next friend to minor child B.M v. Meta Platforms, Inc., formerly known as Facebook, Inc et al*, 4:26-cv-7088-YGR (Exhibit 16);
- *L.H., individually and as next friend of K.H.P., minor and A.K.H v. Byte Dance Inc. et. al*, 4:26-cv-7105-YGR (Exhibit 17);
- *R.F-F. and J.F, individually and as next friend of S.F-F, minor v. Meta Platforms, Inc. et al*, 4:26-cv-07129-YGR (Exhibit 18);
- *C.K, individually and next friend to minor child K.K v. Meta Platforms, Inc., et al*, 4:26-cv-7270-YGR (Exhibit 19);
- *P.B., individually and as next of friend to minor Plaintiff, A.B. v. Meta Platforms, Inc., et al.*, 4:26-cv-07305-YGR (Exhibit 20);
- *Stephanie Holcombe, individually and as parent and general guardian of her minor son A. H. v. Meta Platforms, Inc. et al*, 4:26-cv-07374-YGR (Exhibit 21);
- *A.P., individually and as next friend of minor, A.T v. Meta Platforms, Inc., formerly known as Facebook, Inc. et al*, 4:26-cv-07854-YGR (Exhibit 22);
- *C.H., individually and as next of friend to minor Plaintiff, L.H. v. Meta Platforms, Inc., et al.*, 4:26-cv-07917-YGR (Exhibit 23);
- *C.J., individually and as next of friend to minor Plaintiff, B.P. v. Meta Platforms, Inc., et al.*, 4:26-cv-08120-YGR (Exhibit 24);

- *T.B. individually and for next friend, T.B., a minor v. Meta Platforms, Inc., formerly known as Facebook, Inc. et al*, 4:26-cv-08146-YGR (Exhibit 25);
- *D.B., individually and as next of friend to minor Plaintiff, M.M. v. Meta Platforms, Inc., et al.*, 4:26-cv-08287-YGR (Exhibit 26).

Pursuant to this Court's Order Regarding Appointments of Guardian *Ad Litem*, the Court's presumptive approval of these Applications will become final if no objections are filed within fifteen (15) days of the filing of Plaintiffs' Eighteenth *Ex Parte* Application. ECF No.122 ¶5.

Having received no objections on or before September 3, 2026, which is the fifteenth day after the filing of Plaintiffs' Eighteenth *Ex Parte* Application, and good cause appearing, it is hereby ordered that that the applicants identified in the Applications for the cases listed above are appointed as guardians *ad litem* for the minor plaintiffs in those actions for the purposes of this litigation. These appointments, as well as all prior appointments of guardians *ad litem* in this case, shall remain in effect only until the minor reaches the age of majority.

**IT IS SO ORDERED.**

Dated: ______________

____________________________________
Hon. Yvonne Gonzalez Rogers
UNITED STATES DISTRICT JUDGE