**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**CIVIL MINUTES**

| | | |
|---|---|---|
| **Date:** August 19, 2026 | **Time:** 5 Hours 13 Minutes | **Judge:** YVONNE GONZALEZ ROGERS |
| **Case No.**: 23-cv-5448-YGR | **Case Name:** State Attorneys General v. Meta Platforms, Inc. | |

**Attorney for Plaintiff:** Jason Slothouber, Megan O'Neill, Krista Batchelder, Christian Lewis, Mandy Wang, Alex Miller, Jake Fernandez and Diarmuid Truax

**Attorney for Defendant:** Paul Schmidt, David Sneed, Ashley Simonsen, Brian Stekloff, Moira Penza, Timothy Hester and Megan Mers

**Deputy Clerk:** Edwin Angelo A. Cuenco **Court Reporter:** April Brott

**PROCEEDINGS**

Jury Trial – HELD. See Trial Sheet, Exhibit and Witness List attached.

The following witnesses were called by the plaintiff: Mr. Arturo Bejar and Dr. Jean Twenge. The video depositions of plaintiff's witnesses Dr. Elena Davis and Dr. Natalie Troxel were played on the record.

The Court Denies Meta's motion to exclude the testimony of Colin Gray filed in Dkt. No. 542.

Matter is continued to Thursday, August 20, 2026, at 8:00 AM (attorneys and parties) and at 8:30 AM (jury) for Jury Trial.