**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**CIVIL MINUTES**

| | | |
|---|---|---|
| **Date:** August 20, 2026 | **Time:** 1 hour 34 minutes | **Judge:** YVONNE GONZALEZ ROGERS |
| **Case No.**: 23-cv-05448-YGR | **Case Name:** State Attorneys General v. Meta Platforms, Inc. et al | |

**Attorney for Plaintiff:** Jason Slothouber (Lead Counsel)
**Attorney for Defendant:** Paul Schmidt (Lead Counsel)

**Deputy Clerk:** Edwin Angelo A. Cuenco **Court Reporter:** April Brott

**PROCEEDINGS**

Status Conference – Held.

The Court met with parties and heard argument on trial filings, protocols and e-discovery issues. Arguments are taken under submission.

Parties will inform the Court by August 20, 2026, at 12:00 PM if an Evidentiary Hearing needs to be set.

Matter is continued to Monday, August 24, 2026, at 8:00 AM (attorneys and parties) and at 8:30 AM (jury) for Jury Trial.