**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION | MDL No. 3047 |
| | Case No. 4:22-md-03047-YGR |
| THIS DOCUMENT RELATES TO: *People of the State of California, et al. v. Meta Platforms, Inc., et al.* 4:23-cv-05448-YGR | **[PROPOSED] ORDER RE: STATE AGS' MOTION FOR RELIEF FROM NONDISPOSITIVE PRETRIAL ORDER OF MAGISTRATE JUDGE** |
| | Judge: Hon. Yvonne Gonzalez Rogers |

On August 10, 2026, Magistrate Judge Kang issued an order granting-in-part and denying-in-part the State AGs' motion to compel custodian metadata as to 300 "trial-critical" documents. ECF (3361) ("Order"). On August 23, 2026, the State AGs timely filed a Motion for Relief from Nondispositive Pretrial Order of a Magistrate Judge ("Motion"). Meta [filed no timely Response to the Motion/filed a Response to the Motion on ______________________________]. [The Court heard argument on the Motion on _________________________________.]

Having reviewed the Motion, [the Response], and all supporting papers submitted in connection therewith, the Court hereby **GRANTS** the Motion. The Order misapplied controlling Ninth Circuit law, *e.g.*, *Pizzuto v. Tewalt*, 136 F.4th 855 (9th Cir. 2025), by denying the State AGs relevant custodian metadata for which Meta failed to substantiate any burden. Accordingly, the Order is hereby **REVERSED-IN-PART**, and Meta shall produce within 24 hours the missing "Collaborator" and

"Viewer" metadata for the remaining 300 trial-critical documents identified by the State AGs. Meta shall produce this additional metadata as metadata overlays (consistent with Meta's practice in producing supplemental metadata previously), but the Parties are free to reach agreement on alternate formats for this production.

**IT IS SO ORDERED.**

DATED: August ___, 2026

______________________________
YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT JUDGE