**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*People of the State of California, et al. v. Meta Platforms, Inc., et al.*<br><br>4:23-cv-05448-YGR | MDL No. 3047<br><br>Case No. 4:22-md-03047-YGR<br><br>**[REVISED PROPOSED] ORDER RE: STATE AGS' MOTION FOR RELIEF FROM NONDISPOSITIVE PRETRIAL ORDER OF MAGISTRATE JUDGE**<br><br>Judge: Hon. Yvonne Gonzalez Rogers |

On August 10, 2026, Magistrate Judge Kang issued an order granting-in-part and denying-in-part the State AGs' motion to compel custodian metadata as to 300 "trial-critical" documents. ECF (3361) ("Order"). On August 23, 2026, the State AGs timely filed a Motion for Relief from Nondispositive Pretrial Order of a Magistrate Judge ("Motion"). Meta [filed no timely Response to the Motion/filed a Response to the Motion on ______________________________]. [The Court heard argument on the Motion on _________________________________.]

Having reviewed the Motion, [the Response], and all supporting papers submitted in connection therewith, the Court hereby **GRANTS** the Motion.

Within 24 hours of entry of this Order, Meta shall produce all "Collaborator" and "Viewer" metadata available from Google Vault, Google Workspace, or from any other service or source capable of providing the requested metadata, for each trial-critical document on the attached list, to the extent

that such metadata exists and that Meta has not already specifically produced it.

Meta shall produce the additional metadata as metadata overlays, consistent with its prior supplemental metadata productions. The parties may agree to an alternative format for the production.

**IT IS SO ORDERED.**

DATED: August ___, 2026

______________________________
YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT JUDGE

# ATTACHMENT

| | AG Exhibit No. | Description | Beginning Bates | End Bates |
|---|---|---|---|---|
| 1 | 5 | The Future of Youth Regulation | META3047MDL-297-00001376 | META3047MDL-297-00001539 |
| 2 | 10 | Internal notes: IG H1-2024 Severe Harms (prevention) | META3047MDL-294-00171333 | META3047MDL-294-00171343 |
| 3 | 12 | Internal notes: [Policy] Teen Accounts (rollout plan) | META3047MDL-294-00159109 | META3047MDL-294-00159140 |
| 4 | 13 | PPT, Mental Well-being: Managing Teen Late Night Problematic Use [AC/PRIV] | META3047MDL-294-00155599 | META3047MDL-294-00155599 |
| 5 | 18 | Internal presentation: "A/C Priv Problematic Use: Product Audit" (May. 2022) | META3047MDL-294-00140333 | META3047MDL-294-00140454 |
| 6 | 20 | Slide deck: IG Mental Well-being Problematic Use Strategy Review | META3047MDL-294-00138688 | META3047MDL-294-00138741 |
| 7 | 21 | Slide deck: IG Mental Well-being - Multi-half Strategy - W/B Leads Review (17 Nov 2022) | META3047MDL-294-00138646 | META3047MDL-294-00138687 |
| 8 | 22 | Slide deck titiled "Instagram Teen Accounts Overview for IG Analytics Review" dated May 15, 2024 | META3047MDL-294-00126937 | META3047MDL-294-00126994 |
| 9 | 24 | Slide deck: IG Mental Health Well-Being: Problematic Use Strategy - IG Leads (28 Sep 2023) | META3047MDL-294-00103869 | META3047MDL-294-00103930 |
| 10 | 27 | Slide deck: IG Mental Well-being - Multi-half Strategy - Communities Review (8 Dec 2022) | META3047MDL-294-00095879 | META3047MDL-294-00095937 |
| 11 | 34 | Sensitive Youth Research Best Practices | META3047MDL-294-00012923 | META3047MDL-294-00012927 |
| 12 | 35 | Internal research doc: "Facebook's Impact on Well-Being: A deactivation Study" (Sept. 2020 - Apr. 2021) | META3047MDL-294-00012513 | META3047MDL-294-00012563 |
| 13 | 61 | Presentation: H2 '23 PU Youth Industry Practices & Defaults Strategy - IG Mental Well-being | META3047MDL-277-00008364 | META3047MDL-277-00008404 |

| | AG Exhibit No. | Description | Beginning Bates | End Bates |
|---|---|---|---|---|
| 14 | 66 | Internal notes: Running Neilsen Meeting Notes | META3047MDL-277-00003120 | META3047MDL-277-00003252 |
| 15 | 75 | Antigone Davis quote "we do very little to keep U13s off our platform." | META3047MDL-273-00002077 | META3047MDL-273-00002081 |
| 16 | 128 | Google Doc: Project Daisy, Likes, and Social Comparison - Additional research as of H2 2020 | META3047MDL-207-00034268 | META3047MDL-207-00034286 |
| 17 | 193 | Internal notes: Youth Team - Regular snapshots of work re: feedback and audience insights (Aug. 31, 2021) | META3047MDL-172-00000001 | META3047MDL-172-00000004 |
| 18 | 202 | Internal slide deck: US Teen Retention Opportunities (Retention Team) | META3047MDL-163-00045651 | META3047MDL-163-00045739 |
| 19 | 244 | Internal presentation: "Teen Fundamentals" IG Growth UXR May 2020, with presenter's notes. | META3047MDL-136-00009474 | META3047MDL-136-00009596 |
| 20 | 284 | Internal notes: IG H2-2023 [Instagram Well-being] | META3047MDL-111-00374845 | META3047MDL-111-00374863 |
| 21 | 337 | Internal Workplace article: Workplace post titled "Have we made people addicted to Facebook?" (Mar 12, 2021) | META3047MDL-096-00000086 | META3047MDL-096-00000093 |
| 22 | 365 | Document titled "AROC onboarding for Tracey Travis: Finance & Business Planning" | META3047MDL-074-00129255 | META3047MDL-074-00129259 |
| 23 | 457 | Printout of Presentation titled "Teens" | META3047MDL-065-00472413 | META3047MDL-065-00472435 |
| 24 | 507 | Internal Workplace article: "Reducing Bad Experiences for Our Users" (Nov. 4, 2021) | META3047MDL-062-00000374 | META3047MDL-062-00000380 |
| 25 | 510 | Internal presentation: "IG Mental Well-being - Behavior Reduction Strategy: Late Night Use" (Feb. 16, 2023) | META3047MDL-060-00000456 | META3047MDL-060-00000482 |
| 26 | 519 | Internal study: "Selfies, filters, and social comparison on Instagram" (Aug. 28, 2020) | META3047MDL-053-00045921 | META3047MDL-053-00045927 |

| | AG Exhibit No. | Description | Beginning Bates | End Bates |
|---|---|---|---|---|
| 27 | 556 | Document titled "H2 2019 - Central Products: Growth" | META3047MDL-050-00272518 | META3047MDL-050-00272527 |
| 28 | 577 | Google Doc comment thread on "Evolving the Responsibility dimensions" (May 19, 2020) | META3047MDL-050-00128242 | META3047MDL-050-00128244 |
| 29 | 621 | Internal notes: "IG Mental Well-being FYI [Archived]" (June 28, 2022) | META3047MDL-047-01170167 | META3047MDL-047-01170167 |
| 30 | 638 | Internal research doc: "Teen Engagement Score" with Betty Zhang (Mar. 1, 2017) | META3047MDL-047-00995848 | META3047MDL-047-00995867 |
| 31 | 672 | Internal working doc re: Meta Trust, Transparency Control Labs blog post, "Meta's Best Interests of the Child Framework" (2022) | META3047MDL-047-00651392 | META3047MDL-047-00651396 |
| 32 | 682 | Internal Presentation: Connection Leads Review, "User Growth Revenue Workstream: Check in On Deliverable #1" (Aug. 3, 2022) | META3047MDL-047-00592197 | META3047MDL-047-00592197 |
| 33 | 684 | Growth Ecosystems Internal Presentation: "Country x Cohort Journey Health" (2023) | META3047MDL-047-00577796 | META3047MDL-047-00577796 |
| 34 | 689 | Internal Workplace note: "A note by Thomas on thinking about the value model" (Aug. 30, 2017) | META3047MDL-047-00544942 | META3047MDL-047-00544945 |
| 35 | 722 | Internal Presentation: "IGMI Parent Sentiment Tracking" (Jan. 2023) | META3047MDL-047-00067276 | META3047MDL-047-00067276 |
| 36 | 723 | Slide deck titled IG Brand In App Insights" | META3047MDL-047-00066030 | META3047MDL-047-00066030 |
| 37 | 726 | Internal strategy doc: IG H2-2023 Communities PG | META3047MDL-047-00058552 | META3047MDL-047-00058575 |
| 38 | 741 | Internal Presentation: "Youth + Well-Being Narrative" (Feb. 17, 2022) | META3047MDL-047-00006936 | META3047MDL-047-00006936 |

| | AG Exhibit No. | Description | Beginning Bates | End Bates |
|---|---|---|---|---|
| 39 | 744 | Comment on doc title: Understanding Perceptions of Problematic Facebook Use: When People Experience Negative Life Impact and a Lack of Control" (Sept. 4, 2018) | META3047MDL-046-00469292 | META3047MDL-046-00469292 |
| 40 | 818 | Internal strategy doc: "Youth Empathy Framing" (2017-2018) | META3047MDL-044-00026817 | META3047MDL-044-00026905 |
| 41 | 858 | Internal strategy doc: [IGWB Email Review][Mental Well-being] H1 2022 Goal Methodology Update V2 (Apr. 14, 2022) | META3047MDL-040-00399807 | META3047MDL-040-00399813 |
| 42 | 992 | Internal presentation: [Pre-Read] IG Mental Well-being - Late Night Use - Problematic Use -Strategy & Design (Aug. 4, 2022) | META3047MDL-035-00005017 | META3047MDL-035-00005017 |
| 43 | 995 | Internal strategy doc: "SJC IG Safety Briefing" (2021) (re: parental concerns with Instagram use) | META3047MDL-035-00001642 | META3047MDL-035-00001676 |
| 44 | 1025 | Document titled "Child Safety State of Play (9/24)" | META3047MDL-034-00397288 | META3047MDL-034-00397302 |
| 45 | 1066 | Internal research doc: "IG Household Ecosystem - Identity & Multiple Accounts \| Draft 1/23/2020" | META3047MDL-034-00078516 | META3047MDL-034-00078521 |
| 46 | 1080 | User Perceptions of Time Spent | META3047MDL-032-00000933 | META3047MDL-032-00000971 |
| 47 | 1123 | Internal strategy doc: [RFC] Face Based Age Verification (FBAP) - Eng Design | META3047MDL-031-00067452 | META3047MDL-031-00067532 |
| 48 | 1125 | H2 2018 IG Well-being Data and Research Highlights | META3047MDL-031-00048769 | META3047MDL-031-00048808 |
| 49 | 1182 | Spreadsheet: "Call for ideas! Actor Representation" (2022 Project Ideas) | META3047MDL-020-00656153 | META3047MDL-020-00656153 |

| | AG Exhibit No. | Description | Beginning Bates | End Bates |
|---|---|---|---|---|
| 50 | 1205 | Internal research note: "Suicide and Self-Injury (SSI) - Part 1: A review of the literature and a look into SSI on Instagram" (Sept. 21, 2024) | META3047MDL-020-00588207 | META3047MDL-020-00588220 |
| 51 | 1222 | "Are there teens that use too much Instagram? It sure looks like it." (Sep. 11, 2020) | META3047MDL-020-00538452 | META3047MDL-020-00538455 |
| 52 | 1237 | Internal Presentation: "Tweens & Early Teens" (Aug. 4, 2021) | META3047MDL-020-00428695 | META3047MDL-020-00428695 |
| 53 | 1241 | Internal Presentation: "Unpacking Rewarding Experiences" (Aug 26, 2020) | META3047MDL-020-00342286 | META3047MDL-020-00342373 |
| 54 | 1301 | Internal Presentation: Social Comparison Exploratory Research | META3047MDL-019-00102492 | META3047MDL-019-00102492 |
| 55 | 1322 | Internal presentation: "CSN-7 Messages Tested" (re: safety messaging directed at teens) | META3047MDL-019-00057877 | META3047MDL-019-00057877 |
| 56 | 1339 | Internal research doc: "Problematic Use Literature Review" (2018) | META3047MDL-019-00032772 | META3047MDL-019-00032789 |
| 57 | 1463 | Project task: "T74334790: Risk Assessment CF - Share Signals of High Severity Violations between FB Dating and the rest of the FB Platform [FB Dating & Child Safety PRI Action Item]" (Nov. 11, 2020) | META3047MDL-014-00208236 | META3047MDL-014-00208237 |
| 58 | 1619 | Internal notes / post re: presence of 12 year-olds on Instagram (Aug 31, 2021) | META3047MDL-004-00028888 | META3047MDL-004-00028892 |
| 59 | 1676 | Internal article: Facebook's Measurement Strategy for Problematic Use [Well-Being]: Survey and Final Results (Oct. 2019) | META3047MDL-004-00003641 | META3047MDL-004-00003650 |
| 60 | 1678 | Internal presentation: IG Youth: Tween Needs | META3047MDL-004-00003522 | META3047MDL-004-00003558 |

| | AG Exhibit No. | Description | Beginning Bates | End Bates |
|---|---|---|---|---|
| 61 | 1691 | Article titled "Appearance-based social comparison on Instagram" | META3047MDL-003-00191125 | META3047MDL-003-00191136 |
| 62 | 1834 | Internal presentation: "2019 Marketing Budget" (Oct. 18, 2018) | META3047MDL-003-00141446 | META3047MDL-003-00141453 |
| 63 | 1848 | PPT, Teens Team 20107 H1/H2 | META3047MDL-003-00135149 | META3047MDL-003-00135182 |
| 64 | 1911 | Internal presentation: Messenger Kids: Next Step App Profile - Slide showing what percent of U13 kids of various age groups have used various social media platforms in the past month | META3047MDL-003-00124140 | META3047MDL-003-00124251 |
| 65 | 1930 | Internal presentation: Talking About Safety on Instagram (May 2019) | META3047MDL-003-00109348 | META3047MDL-003-00109399 |
| 66 | 1931 | Internal Presentation: Teen Mental Health Deep Dive | META3047MDL-003-00109173 | META3047MDL-003-00109239 |
| 67 | 1945 | Presentation "Teen Mental Health" | META3047MDL-003-00091414 | META3047MDL-003-00091504 |
| 68 | 1947 | Internal research doc: "Well-Being Research: 10,000 Foot View" (Mar. 6, 2019) | META3047MDL-003-00089141 | META3047MDL-003-00089146 |
| 69 | 1998 | Internal research doc: "Likes and Social Comparison on Instagram" | META3047MDL-003-00048623 | META3047MDL-003-00048629 |
| 70 | 2018 | Internal presentation: Messenger Kids: What's in a name? (Sept. 2020) | META3047MDL-003-00031387 | META3047MDL-003-00031496 |
| 71 | 2049 | Internal article: "Problematic Facebook use: When people feel like Facebook negatively affects their life." (July 31, 2018) | META3047MDL-003-00021048 | META3047MDL-003-00021069 |
| 72 | 2053 | Internal presentation: "Beyond the Individual User: Understanding Products through the Household Ecosystem" (Mar. 2021) | META3047MDL-003-00020827 | META3047MDL-003-00020863 |
| 73 | 2060 | Internal presentation: "Well-Being 10x" Mar. 8, 2019) | META3047MDL-003-00018009 | META3047MDL-003-00018039 |

| | AG Exhibit No. | Description | Beginning Bates | End Bates |
|---|---|---|---|---|
| 74 | 2072 | Internal presentation: "Youth Landscape and opportunities for IG" (July 2021) | META3047MDL-003-00016725 | META3047MDL-003-00016764 |
| 75 | 2424 | Exhibit 70, Jason Sattizahn, 12-08-2025, RL UXR: Guidance for Researchers on Sensitive and Attorney-Client Privileged Research | | |
| 76 | 2432 | Exhibit 69, Jason Sattizahn, 12-08-2025, FAQs - Protocols for Social Issues Research | | |
| 77 | 2715 | Internal presentation: "Bad Experiences and Encounters Framework (BEEF) Survey - Data collection: June 27-July 8, 2021" | META3047MDL-004-00015029 | META3047MDL-004-00015063 |
| 78 | 2737 | Exhibit 19, Arturo Bejar, 04-07-2025, Bad Experiences Measurement: Plan for a 2021 Plan | META3047MDL-019-00094148 | META3047MDL-019-00094148 |
| 79 | 2808 | Exhibit 15, Mark Zuckerberg, 03-27-2025, Article titled "When User-Engagement =/= User-Value" | HAUGEN_00010114 | HAUGEN_00010127 |
| 80 | 2841 | Internal research summary: "Long Term Retention: The Young Ones are the Best Ones and Other Learnings" (Dec. 5, 2018) (Exhibit 7, Robert Chen, 03-05-25) | META3047MDL-047-00995641 | META3047MDL-047-00995675 |
| 81 | 2865 | Exhibit 3, Justin Antony, 03-03-2025, Teens: H1 17 Goals + Status | | |
| 82 | 2974 | Exhibit 4, deposition of Susan Li, dated 03-10-2025, Slide deck titled "Meta Earnings Presentation Q4 2024" | | |

| | AG Exhibit No. | Description | Beginning Bates | End Bates |
|---|---|---|---|---|
| 83 | 2979 | Exhibit 56, Antigone Davis, 03-04-2025, "Well-Being Central Investment, 341 Nov 2021 Update," Bates META3047MDL-064-00000057 through META3047MDL-064-00000076 | META3047MDL-064-00000057 | META3047MDL-064-00000076 |
| 84 | 2985 | Document titled "We Get It: Meaningful Connection" | META3047MDL-034-00441463 | META3047MDL-034-00441471 |
| 85 | 3328 | Article titled "The Facebook Files, Part 2: 'We Make Body Image Issues Worse'" dated 9/14/2021 | AG-MDL3047-166887 | AG-MDL3047-166898 |
| 86 | 3827 | New Mexico v. Meta, Plaintiff's Exhibit PLTF EX-04256 | AG-MDL3047-005727 | AG-MDL3047-005729 |
| 87 | 3849 | M&A and Market Landscape Review: Long Term Retention and its Implications | META3047MDL-047-00544632 | META3047MDL-047-00544632 |
| 88 | 3871 | Internal meeting agenda: "Cosmetic Surgery Effects" (considering reversing ban on AR Effect filters) (2020) | META3047MDL-003-00179481 | META3047MDL-003-00179494 |
| 89 | 3912 | Well-Being Summary [Tech for Social Good] | META3047MDL-053-00028484 | META3047MDL-053-00028492 |
| 90 | 3935 | Exhibit 7, Slide deck titled "Company Milestones," dated 9/8/2022 | | |
| 91 | 3936 | Exhibit 8, Slide deck titled "Company Milestones" | | |
| 92 | 3962 | Exhibit 09, Sayed Otaru, 06-06-2025 30(B)(6) Topic 15, 16, 26 - Information Regarding Tools; (No Bates - 17 Pages) | | |
| 93 | 4037 | Slide deck titled "Leading on IG Youth Protections" dated 7/11/2023 | META3047MDL-301-00001048 | META3047MDL-301-00001092 |
| 94 | 4118 | Slide deck titled "Late Night Use: IG Mental Well-Being, Problematic Use - Strategy and Design" dated 7/21/2022 | META3047MDL-111-00371250 | META3047MDL-111-00371250 |

| | AG Exhibit No. | Description | Beginning Bates | End Bates |
|---|---|---|---|---|
| 95 | 4129 | Post re Shortened Underage Reporting Flow (SURF) testing | | |
| 96 | 4134 | Exhibit 12, Deposition of Shilpa Mody, 03/14/2025, Slide deck with annotations titled "Hard Life Moments - Mental Health Deep Dive" | | |
| 97 | 4138 | Exhibit 2, Shilpa Mody, 03-14-2025, Negative Experiences Survey - May 2019 Edition | | |
| 98 | 4139 | Exhibit 22, Deposition of Shilpa Mody, Document titled "Daisy Controls Default Comparison - Preliminary Results," dated 8/3/2021 | | |
| 99 | 4140 | Exhibit 3, Shilpa Mody, 03-14-2025, Negative Experiences Survey - Oct. 2019 Edition | | |
| 100 | 4141 | Exhibit 33, Deposition of Shilpa Mody, Document titled "SM H2 2021 Draft Letter" | | |
| 101 | 4142 | Exhibit 5, Deposition of Shilpa Mody, Slide deck titled "Hard Life Moments - Mental Health Deep Dive" | | |
| 102 | 4145 | Document titled "Adam Mosseri 2022 PSC Feedback" | | |
| 103 | 4150 | Exhibit 7, Sayed Otaru, 03-24-2026, Doc titled "IG H1-2024 • Teen Mental Well-being" | | |
| 104 | 4154 | Slide deck titled "Company Narrative Audit" dated March 2021 | META3047MDL-003-00163297 | META3047MDL-003-00163312 |
| 105 | 4161 | Presentation titled “Meta’s work on content related to suicide and self-harm” | META3047MDL-034-00139374 | META3047MDL-034-00139408 |
| 106 | 4162 | Document titled “SSI – Policy Briefing” dated April 2022 | META3047MDL-046-00288562 | META3047MDL-046-00288578 |

| | AG Exhibit No. | Description | Beginning Bates | End Bates |
|---|---|---|---|---|
| 107 | 4163 | January 2023 Meta presentation "Building age-appropriate experiences for young people online" | META3047MDL-065-00188843 | META3047MDL-065-00188843 |
| 108 | 4166 | Exhibit 10, deposition of Margaret Stewart, Document titled "Consequences and Implications of Selfie Manipulation: Literature Review" dated November 2018 | | |
| 109 | 4170 | Exhibit 6, deposition of Margaret Stewart, Document titled "Cosmetic Surgery Effects (a/c priv)" | | |
| 110 | 4171 | Exhibit 6, deposition of Elena Davis, 03/05/2025, Document titled "Facebook 'Addiction'" dated June 2018 | | |
| 111 | 4172 | Exhibit 8, deposition of Elena Davis, 03/05/2025, Document titled "'Addiction"/Problematic Use Design Audit Plan [WIP]" | | |
| 112 | 4174 | Exhibit 14, deposition of Elena Davis, 03/05/2025, Document titled "Problematic Use POV" | | |
| 113 | 4175 | Exhibit 23, deposition of Elena Davis, 03/05/2025, Document titled "What We Know About Body Image (Literature Review)" | | |
| 114 | 4182 | Narrative Leadership Sync: Bi-Weekly Workstream Update 3/22/2021 | | |
| 115 | 4190 | Policy 2020 H1/H2 Strategy | | |
| 116 | 4224 | Project Daisy Launch Discussion | META3047MDL-014-00398549 | META3047MDL-014-00398573 |
| 117 | 4254 | Bad Experiences and Encounter Framework (BEEF) Survey | META3047MDL-028-00003389 | META3047MDL-028-00003389 |

| | AG Exhibit No. | Description | Beginning Bates | End Bates |
|---|---|---|---|---|
| 118 | 4256 | Slide deck entitled "Leading on IG Youth Protections," dated 7/11/2023. | META3047MDL-301-00001093 | META3047MDL-301-00001136 |
| 119 | 4257 | Slide deck entitled "Leading on IG Teen Protections." | META3047MDL-301-00001137 | META3047MDL-301-00001179 |
| 120 | 0063A & B | Presentation to Mark Zuckerberg: IG Teen Accounts Launch Readiness and GTM (Aug. 15, 2024) | META3047MDL-277-00007464 | META3047MDL-277-00007505 |
| 121 | 0369B | Internal summary: May '21 Revenue Update | META3047MDL-074-00126415 | META3047MDL-074-00126433 |
| 122 | 1155A, B & C | Internal Presentation: Leadership Day - Brand Strategy (Jan. 12, 2023) | META3047MDL-022-00059636 | META3047MDL-022-00059699 |
| 123 | 1208A & B | Internal presentation: "Facebook 'Addiction' - A response to the public narrative based on clinical and neuroscience research" (June 2018) | META3047MDL-020-00563112 | META3047MDL-020-00563179 |
| 124 | 1358B | Internal presentation: Child Safety - State of Play (re: mental health, SSI, age verification, etc.) | META3047MDL-015-00000400 | META3047MDL-015-00000400.0020 |
| 125 | 1455A & B | Instagram Safety Narrative: US, UK, FR, DE, JP (May 8, 2019) | META3047MDL-014-00257111 | META3047MDL-014-00257112 |
| 126 | 1457A & B | Internal presentation: "Instagram Teen Well-Being Study: US Topline Findings" (Feb. 2019) | META3047MDL-014-00255333 | META3047MDL-014-00255333 |
| 127 | 2913B & C | 2022 Performance@ Year-end Letter for Adam Mosseri & Internal bottom-up feedback: "Adam Mosseri 2022 PSC Feedback" | META3047MDL-014-00080547 | META3047MDL-014-00080555 |
| 128 | 589B | Internal meeting notes: "Age Management Escalation" (Oct. 8, 2019) | META3047MDL-050-00014483 | META3047MDL-050-00014488 |