Ashley M. Simonsen, SBN 275203
COVINGTON & BURLING LLP
1999 Avenue of the Stars
Los Angeles, CA 90067
Telephone: (424) 332-4800
Facsimile: + 1 (424) 332-4749
Email: asimonsen@cov.com

*Attorney for Defendant Meta Platforms, Inc. f/k/a Facebook, Inc.*

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION

This Document Relates To:

*People of the State of California, et al. v. Meta Platforms, Inc., et al.*

MDL No. 3047

Case Nos. 4:22-md-03047-YGR (PHK)
4:23-cv-05448-YGR

**DECLARATION OF ASHLEY M. SIMONSEN IN SUPPORT OF META'S OBJECTIONS TO EXHIBIT NO. 1243**

Judge: Hon. Yvonne Gonzalez Rogers
Magistrate Judge: Hon. Peter H. Kang

Date: August 25, 2026
Time: 8:00 AM
Place: Courtroom 1, 4th Floor

**DECLARATION OF ASHLEY M. SIMONSEN**

I, Ashley M. Simonsen, declare and state as follows:

1. I am a partner with the law firm Covington & Burling LLP, counsel of record for Defendant Meta Platforms, Inc. f/k/a Facebook, Inc. ( “Meta”). I submit this Declaration in support of Meta’s Bench Brief In Support of Objections to Exhibit No. 1243. This Declaration is based on my personal knowledge. If called upon to do so, I could and would competently testify as follows.

2. Attached hereto and lodged with the Court as **Exhibit A** is a true and correct copy of Plaintiff Exhibit No. 1243, an internal chat log between three Meta employees.

3. Attached hereto and lodged with the Court as **Exhibit B** is a true and correct copy of excerpted portions of the February 11, 2025 deposition transcript of Shayli Jimenez.

4. Attached hereto and lodged with the Court as **Exhibit C** is a true and correct copy of excerpted portions of the February 12, 2025 deposition transcript of Shayli Jimenez.

I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct to the best of my knowledge and belief.

Executed on August 24, 2026.

By: *_/s/ Ashley M. Simonsen_*
Ashley M. Simonsen