**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

Case No: 23-cv-5448-YGR
Case Name: State Attorneys General v. Meta Platforms et al

**TRIAL SHEET, EXHIBIT and WITNESS LIST**

| **JUDGE:** | | **PLAINTIFF ATTORNEY:** | | **DEFENSE ATTORNEY:** |
|---|---|---|---|---|
| Yvonne Gonzalez Rogers | | Jason Slothouber, Megan O'Neill, Krista Batchelder, Christian Lewis, Mandy Wang, Alex Miller, Jake Fernandez and Diarmuid Truax | | Paul Schmidt, David Sneed, Ashley Simonsen, Brian Stekloff, Moira Penza, Timothy Hester and Megan Mers |
| **DATE:** August 24, 2026 | | **REPORTER:** April Brott | | **CLERK:** Edwin Cuenco |
| **TIME IN COURT:** 5 hours 27 minutes | | | | |

| **PLF NO.** | **DEF NO.** | **DATE/TIME OFFERED** | **ID** | **REC** | **DESCRIPTION** | **BY** |
|---|---|---|---|---|---|---|
| | | 8:00 am | | | Court is convened. Administrative matters on trial logistics/procedures are discussed outside the presence of the jury. | |
| | | 8:20 am | | | Plaintiff's witness Dr. Jean Twenge retakes the stand. | |
| | | 8:23 am | | | The jury reenters the courtroom. Mr. Lewis resumes direct examination of Dr. Twenge. | |
| | | | x | | Demonstrative. Dr. Twenge's charts. | |
| | | 8:31 am | | | Cross examination of Dr. Twenge by Mr. Schmidt. | |
| | **11515** | | x | | Social Media and Mental Health: A Collaborative Review. | |
| | | | x | | Demonstrative (science vs court analysis). | |
| | **11485** | | x | | Technology and Cultural Change. | |
| | **11500** | | x | | 2024 National Survey on Drug Use and Health. | |
| | | 9:58 am | | | The jury exits the courtroom for break. Dr. Twenge is admonished and steps down for break. | |
| | | 9:59 am | | | The Court is in recess. | |
| | | 10:17 am | | | The Court is reconvened. Dr. Twenge retakes the stand. | |
| | | 10:19 am | | | The jury reenters the courtroom. Mr. Schmidt resumes with cross examination. | |
| | **11514** | | x | | Current Opinion in Psychology: Adolescent Depression and Technology Use. | |
| | **11505** | | x | | Association Between Well-Being and Objectively Measured vs. Self-Reported Smartphone Time | |

| PLF NO. | DEF NO. | DATE/TIME OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | **17114** | | x | | Gallup Report dated October 13, 2023. | |
| | **11492** | | x | | Dr. Twenge's Article. | |
| | **11444** | | x | | Correlational Studies. | |
| | **17406** | | x | | 2022 Orben Study. | |
| | **11446** | | x | | 2020 Journal of Adolescence | |
| | **11484** | | x | | 2021 Worldwide Increases in Adolescent Loneliness. | |
| | **11479** | | x | | Media Influences on Self-Harm, Suicidality and Suicide. | |
| | **15638** | | x | | Media Use is Linked to Lower Psychological Well-Being. | |
| | **17392** | | x | | 2021 Study: Not All Screentime. | |
| | | 11:47 am | | | The jury exits the courtroom for break. Dr. Twenge is admonished and steps down for break. | |
| | | 11:48 am | | | The Court is in recess. | |
| | | 12:05 pm | | | Dr. Twenge retakes the stand. | |
| | | 12:08 pm | | | The Court is reconvened. | |
| | | 12:09 pm | | | The jury reenters the courtroom. Redirect examination of Dr. Twenge by Mr. Lewis. | |
| | | 12:16 pm | | | Recross examination by Mr. Schmidt. | |
| | | 12:23 pm | | | Redirect examination by Mr. Lewis. | |
| | | 12:24 pm | | | Recross examination by Mr. Schmidt. | |
| | **13225** | | x | | Study Time Use of Social Media. | |
| | | 12:25 pm | | | The Court excuses plaintiff's Witness Dr. Twenge. | |
| | | 12:26 pm | | | Plaintiff's witness Mr. George Volichenko is called and sworn. Direct examination by Ms. O'Neill. | |
| **621** | | | x | x | IG Mental Well-Being article dated June 28, 2022. | |
| **27** | | | x | x | IG Mental Well-Being article dated December 8, 2022. | |
| **4118** | | | x | x | Late Night Use article dated July 21, 2022. | |
| | | 1:17 pm | | | Cross examination by Mr. Stekloff. | |
| | **18381** | | x | x | Email dated June 3, 2022. | |
| | | 1:42 pm | | | The jury is instructed and admonished. | |
| | | 1:43 pm | | | The jury is excused until August 25, 2026, at 8:30 am. Mr. Volichenko is admonished, steps down from the stand, and has been ordered to appear on August 25, 2026, at 8:15 am. Matters are discussed outside the presence of the jury. The Court Overrules Meta's objection to the Shayli Jimenez exhibit. | |
| | | 1:48 pm | | | The Court is in recess. Matter is continued to Tuesday, August 25, 2026, at 8:00 a.m. (attorneys and parties) and at 8:30 a.m. (jury) for jury trial. | |