**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
Shon Morgan (Bar No. 187736)
shonmorgan@quinnemanuel.com
Stephen A. Broome (Bar No. 314605)
stephenbroome@quinnemanuel.com
Dylan C. Bonfigli (Bar No. 317185)
dylanbonfigli@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443 3000
Facsimile: (213) 443 3100

John Bash (*pro hac vice*)
johnbash@quinnemanuel.com
300 West 6th St, Suite 2010
Austin, Texas 78701
Telephone: (737) 667 6100
Facsimile: (737) 667 6110

*Attorneys for Defendants X Corp., Space Exploration Technologies Corp., SpaceXAI LLC (formerly X.AI LLC), and SpaceXAI Corp. (formerly X.AI Corp.)*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

In re SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION (4:22-md-03047-YGR)

This Document Relates To:

*Bucks County v. Meta Platforms, Inc.*, No. 4:23-cv-01149-YGR; *Miami-Dade Cty. Pub. Schs. Dist. v. Meta Platforms, Inc.*, Case No. 4:23-cv-05257-YGR; *Commonwealth of Pennsylvania ex rel. Bucks County D.A. v. Meta Platforms, Inc.*, No. 4:26-cv-06077-YGR

Case Nos. 4:22-md-03047-YGR; 4:23-cv-05257-YGR; 4:23-cv-01149-YGR; 4:26-cv-06077-YGR

**DECLARATION OF DYLAN C. BONFIGLI IN SUPPORT OF MOTION OF DEFENDANTS X CORP., SPACE EXPLORATION TECHNOLOGIES CORP., SPACEXAI LLC, AND SPACEXAI CORP. TO STRIKE UNAUTHORIZED AMENDED COMPLAINTS**

Date: September 29, 2026
Time: 2:00 p.m.
Judge: Honorable Yvonne Gonzalez Rogers

**DECLARATION OF DYLAN C. BONFIGLI**

I, Dylan C. Bonfigli, declare as follows:

1. I am an associate at Quinn Emanuel Urquhart & Sullivan, LLP, counsel of record for Defendants X Corp., Space Exploration Technologies Corp., SpaceXAI LLC (formerly X.AI LLC), and SpaceXAI Corp. (formerly X.AI Corp.) in this action. I make this declaration in support of Defendants' motion to strike. I have personal knowledge of the facts set forth below and, if called as a witness, could and would testify competently to them.

2. Attached as **Exhibit A** is a true and correct copy of relevant excerpts of the Reporter's Transcript of Proceedings for the hearing on May 17, 2024.

3. On July 6, 2026, I emailed plaintiffs' counsel in *Bucks County v. Meta Platforms, Inc.*, No. 4:23-cv-01149-YGR, and *Commonwealth of Pennsylvania ex rel. Bucks County D.A. v. Meta Platforms, Inc.*, No. 4:26-cv-06077-YGR, explaining that the amended Short Form Complaints ("SFCs") did not comply with Case Management Order No. 13A ("CMO 13A"). Plaintiffs' counsel asserted that CMO 13A did not apply. In response, I explained that, even if CMO 13A did not apply, Plaintiffs were required to comply with Rule 15(a)(2) and that Plaintiffs had not done so. Plaintiffs' counsel did not respond to that email. A true and correct copy of that email chain is attached as **Exhibit B**.

4. Attached as **Exhibit C** is a true and correct copy of relevant excerpts of the Reporter's Transcript of Proceedings for the hearing on July 17, 2026.

5. On August 5, 2026, after I had informed plaintiffs' counsel of the requirement that they comply with CMO 13A and Rule 15(a)(2), they filed an amended SFC in *Miami-Dade County Public Schools District v. Meta Platforms, Inc.*, No. 4:23-cv-05257-YGR, Dkt. 32.

6. On August 14, 2026, I met and conferred with plaintiffs' counsel via Zoom regarding the *Miami-Dade* and *Bucks County* cases. I requested that plaintiffs' counsel withdraw the amended complaints in those cases and comply with CMO 13A. Plaintiffs' counsel refused to do so.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on August 25, 2026.

*/s/ Dylan C. Bonfigli*
Dylan C. Bonfigli

**ATTESTATION**

I, John Bash, am the ECF user whose ID and password are being used to file the above Declaration. In compliance with Civil L.R. 5-1(i)(3), I hereby attest that the declarant has concurred in the aforementioned filing.

Dated: August 25, 2026

By: *_/s/ John Bash_*
John Bash