# EXHIBIT B

**Dylan Bonfigli**

**From:** Dylan Bonfigli
**Sent:** Wednesday, July 8, 2026 4:23 PM
**To:** Taeva Shefler
**Cc:** qe-LAUSDvX; Aelish Baig
**Subject:** RE: Bucks County v. Meta et al (3:23-cv-01149) and Commonwealth of Penn. by and through DA v. Meta et al (4:26-cv-6077)

Taeva,

We disagree with your reading of CMO 13A. By its terms, it "applies to all short-form complaints" in the MDL, and it implements the Court's "guidance" from CMO 13. That guidance included that it would be "surprising that a platform would have been omitted from an initial SFC, thus failing to assert any claims against a given defendant," and that "the Court must review the propriety of each motion to amend an SFC on a case-by-case basis." MDL Dkt. 780 at 3. In all events, even assuming that CMO 13A does not apply, Rule 15(a)(2) independently required either all defendants' consent or leave of Court before Bucks County and the Commonwealth of Pennsylvania could amend a complaint that is over three years old to add new defendants.

Best,

Dylan Bonfigli
(443) 370-6747

**From:** Taeva Shefler <TShefler@rgrdlaw.com>
**Sent:** Wednesday, July 8, 2026 12:14 PM
**To:** Dylan Bonfigli <dylanbonfigli@quinnemanuel.com>
**Cc:** qe-LAUSDvX <qe-lausdvx@quinnemanuel.com>; Aelish Baig <AelishB@rgrdlaw.com>
**Subject:** RE: Bucks County v. Meta et al (3:23-cv-01149) and Commonwealth of Penn. by and through DA v. Meta et al (4:26-cv-6077)

**[EXTERNAL EMAIL from tshefler@rgrdlaw.com]**




Dear Dylan,
Per the caption of the order, CMO 13A only applies to personal injury actions, so does not govern the process of amendment for government entities.
Best,
Taeva

**From:** Dylan Bonfigli <dylanbonfigli@quinnemanuel.com>
**Sent:** Monday, July 6, 2026 8:58 PM
**To:** Taeva Shefler <TShefler@rgrdlaw.com>
**Cc:** qe-LAUSDvX <qe-lausdvx@quinnemanuel.com>; Aelish Baig <AelishB@rgrdlaw.com>
**Subject:** RE: Bucks County v. Meta et al (3:23-cv-01149) and Commonwealth of Penn. by and through DA v. Meta et al (4:26-cv-6077)

EXTERNAL SENDER

Hi Taeva,

Thank you for sending these amended complaints and related materials. Our understanding is that amendments to short-form complaints are governed by Case Management Order No. 13A (MDL Dkt. 877). That order sets forth a process for seeking consent "from all existing and proposed defendants." If consent is not obtained, the order requires "a consolidated motion for leave to amend the short-form complaint pursuant to Federal Rule of Civil Procedure 15(a)(2)."

X did not consent to the filing of these amended complaints (and we're not aware of any other defendant doing so either), and we are not aware of any order granting plaintiffs leave to file these amended complaints. If you contend that CMO 13A does not apply, or that plaintiffs otherwise complied with the order, please let us know the basis for that position.

We also understand that your office has been communicating with Judge Gonzalez's chambers regarding these amended complaints. Please include us on all communications with chambers regarding any cases that involve X.

Thank you,

Dylan Bonfigli
(443) 370-6747

**From:** Taeva Shefler <TShefler@rgrdlaw.com>
**Sent:** Wednesday, July 1, 2026 5:22 PM
**To:** Dylan Bonfigli <dylanbonfigli@quinnemanuel.com>
**Cc:** qe-LAUSDvX <qe-lausdvx@quinnemanuel.com>; Aelish Baig <AelishB@rgrdlaw.com>
**Subject:** Bucks County v. Meta et al (3:23-cv-01149) and Commonwealth of Penn. by and through DA v. Meta et al (4:26-cv-6077)

**[EXTERNAL EMAIL from tshefler@rgrdlaw.com]**

Dear Dylan:
As a courtesy, please find attached proof of service to X Corp. and copies of the amended short form complaints directly filed into the MDL by Plaintiff Bucks County, Pennsylvania and Plaintiff Commonwealth of Pennsylvania, by and through District Attorney Joe Khan.
Best,
Taeva

**Taeva Shefler**

One Montgomery Street, Suite 1800
San Francisco, CA 94104
(415) 288-4545

<~WRD0000.jpg>

<~WRD0000.jpg>

<~WRD0000.jpg>

<~WRD0000.jpg>

<~WRD0000.jpg>

This message is intended for the named recipients only. It may contain information protected by the attorney-client or work-product privilege. If you have received this email in error, please notify the sender immediately by replying to this email. Please do not disclose this message to anyone and delete the message and any attachments. Thank you.

**NOTICE: This email message is for the sole use of the intended recipient(s) and may contain information that is confidential and protected from disclosure by the attorney-client privilege, as attorney work product, or by other applicable privileges. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.**

**NOTICE: This email message is for the sole use of the intended recipient(s) and may contain information that is confidential and protected from disclosure by the attorney-client privilege, as attorney work product, or by other applicable privileges. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.**