UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

In re SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION (4:22-md-03047-YGR)

This Document Relates To:

*Bucks County v. Meta Platforms, Inc.*, No. 4:23-cv-01149-YGR; *Miami-Dade Cty. Pub. Schs. Dist. v. Meta Platforms, Inc.*, No. 4:23-cv-05257-YGR; *Commonwealth of Pennsylvania ex rel. Bucks County D.A. v. Meta Platforms, Inc.*, No. 4:26-cv-06077-YGR

Case Nos. 4:22-md-03047-YGR; 4:23-cv-05257-YGR; 4:23-cv-01149-YGR; 4:26-cv-06077-YGR

**[PROPOSED] ORDER GRANTING MOTION OF DEFENDANTS X CORP., SPACE EXPLORATION TECHNOLOGIES CORP., SPACEXAI LLC, AND SPACEXAI CORP. TO STRIKE UNAUTHORIZED AMENDED COMPLAINTS**

Date: September 29, 2026
Time: 2:00 p.m.
Judge: Honorable Yvonne Gonzalez Rogers

**[PROPOSED] ORDER**

Upon consideration of the Motion to Strike of Defendants X Corp. ("X"), Space Exploration Technologies Corp. ("SpaceX"), SpaceXAI LLC (formerly X.AI LLC), and SpaceXAI Corp. (formerly X.AI Corp.) (collectively, "Defendants"), the Court hereby orders that the motion is **GRANTED**.

Case Management Order No. 13A ("CMO 13A") applies to all Short-Form Complaints ("SFCs") in this MDL. It provides that a plaintiff seeking to amend an SFC must either (1) obtain the consent of all existing and proposed defendants and file a joint stipulation or (2) seek leave to amend through the procedure prescribed by CMO 13A and Rule 15(a)(2) of the Federal Rules of Civil Procedure. MDL Dkt. 877 at 1-2. Plaintiffs did neither before filing the following three amended SFCs:

1. The amended SFC at Dkt. No. 36 in *Bucks County v. Meta Platforms, Inc.*, No. 4:23-cv-01149-YGR;

2. The amended SFC at Dkt. No. 1 in *Commonwealth of Pennsylvania ex rel. Bucks County D.A. v. Meta Platforms, Inc.*, No. 4:26-cv-06077-YGR; and

3. The amended SFC at Dkt. No. 32 in *Miami-Dade County Public Schools District v. Meta Platforms, Inc.*, No. 4:23-cv-05257-YGR.

Accordingly, the above-referenced amended SFCs are **STRICKEN** and have no legal effect. The pleadings that were operative immediately before the filing of the stricken SFCs remain operative. Any future request to amend an SFC in any of the above-referenced cases shall comply with CMO 13A. All parties retain their rights, objections, and defenses concerning any proposed amendment, including any objections based on timeliness, prejudice, futility, jurisdiction, or venue.

**IT IS SO ORDERED.**

Dated:

By: ______________________________
Hon. Yvonne Gonzalez Rogers