[*Submitting Counsel on Signature Page*]

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION

THIS DOCUMENT RELATES TO:

*People of the State of California, et al. v. Meta Platforms, Inc., et al.*

4:23-cv-05448-YGR

MDL No. 3047

Case Nos. 4:22-md-03047-YGR

**JOINT MOTION TO ENTER CONSENT JUDGMENT**

Judge: Hon. Yvonne Gonzalez Rogers

Magistrate Judge: Hon. Peter H. Kang

Plaintiffs State of Arizona, *ex rel.* Kris Mayes, Attorney General; the People of the State of California, by Rob Bonta, Attorney General; State of Colorado, *ex rel.* Philip J. Weiser, Attorney General; State of Connecticut; State of Delaware, *ex rel.* Kathleen Jennings, Attorney General of the State of Delaware; State of Hawaiʻi, *ex rel.* Anne E. Lopez, Attorney General; State of Idaho, through Attorney General Raúl R. Labrador; the People of the State of Illinois, by Kwame Raoul, Attorney General; State of Indiana; State of Kansas, *ex rel.* Kris W. Kobach, Attorney General; the Commonwealth of Kentucky, by Russell Coleman, Attorney General; State of Louisiana; State of Maine; Office of the Attorney General of Maryland; State of Minnesota, by its Attorney General, Keith Ellison; State of Nebraska *ex rel.* Michael T. Hilgers, Attorney General; Jennifer Davenport, Attorney General for the State of New Jersey, and Christopher L. Peterson, Acting Director of the New Jersey Division of Consumer Affairs; the People of the State of New York, by Letitia James, Attorney General of the State of New York; State of North Carolina, *ex rel.* Jeff Jackson, Attorney General; State of Ohio, *ex rel.* Attorney General D. Andrew Wilson; State of Oregon *ex rel.* Dan Rayfield, Attorney General for the State of Oregon; Commonwealth of Pennsylvania by Attorney General Dave Sunday; State of Rhode Island; State of South Carolina, *ex. rel.* Alan M. Wilson, in his official capacity as Attorney General of the State of South Carolina; State of South Dakota *ex rel.* Marty J. Jackley, South Dakota Attorney General; Commonwealth of Virginia, *ex rel.* Jay Jones, Attorney General; State of Washington, *ex rel.* Nicholas W. Brown, Attorney General; State of West Virginia, *ex rel.* John B. McCuskey, Attorney General; and State of Wisconsin (collectively "Plaintiffs" or "State AGs"); together with Defendant Meta Platforms, Inc., ("Meta"), respectfully request that the Court enter the proposed consent judgment attached hereto as **Exhibit 1** (the "Consent Judgment"). Plaintiffs and Meta (together the "Parties") have agreed to resolve the claims alleged by Plaintiffs in this matter by entering into the Consent Judgment.

## I. Background

On October 24, 2023, Plaintiffs filed a complaint in this action (the "Complaint") against Meta and related entities, alleging in relevant part that Meta used their technology and Social Media Platforms, Facebook and Instagram, ("Social Media Platforms" or "Platforms") to entice, engage, and ultimately ensnare youth and teens. The Plaintiffs alleged that Meta has repeatedly misled the public

about the dangers of its Platforms and ignored the risks these Platforms have posed to the mental and physical wellbeing of America's youth, thereby engaging in deceptive and unlawful conduct in violation of state unfair and deceptive acts and practices ("UDAP") laws. Plaintiffs also alleged that Meta violated the Children's Online Privacy Protection Act ("COPPA") by collecting, retaining, and using the data of residents of their states who were under the age of thirteen. Meta disputed the Plaintiffs' claims and asserted that its actions were reasonable and lawful at all times. The Parties hereby agree to the Court's entry of the Consent Judgment as a complete resolution of the Plaintiffs' Complaint against Meta.

## II. Legal Standard

Approval of a proposed consent decree is within the discretion of the Court. *United States v. Oregon*, 913 F.2d 576, 580–81 (9th Cir. 1990). A court should enter a consent judgment if it determines that "it is fair, reasonable and equitable and does not violate the law or public policy." *Sierra Club, Inc. v. Elec. Controls Design, Inc.*, 909 F.2d 1350, 1355 (9th Cir. 1990); *see also Oregon*, 913 F.2d at 580–81. The Court considers both the procedural and substantive fairness of a proposed consent judgment. *United States v. Chevron U.S.A., Inc.*, 380 F.Supp.2d 1104, 1111 (N.D. Cal. 2005). If the consent judgment "comes within the general scope of the case made by the pleadings, furthers the objectives upon which the law is based, and does not violate the statute upon which the complaint was based, the parties' agreement may be entered by the court." *Sierra Club*, 909 F.2d at 1355 (internal quotation marks and citation omitted).

## III. Analysis

Here, the process leading to the proposed Consent Judgment was procedurally fair. The Parties are represented by experienced counsel and have litigated this matter for years, including through the beginning of trial. The Parties thus have an in-depth understanding of the legal and factual issues in the case. The proposed Consent Judgment is the product of difficult, good-faith, and arms-length negotiations by experienced counsel. Under these circumstances, the Consent Judgment is procedurally fair. *See, e.g.*, *Oregon*, 913 F.2d at 581 (consent decree presumptively valid where court is satisfied it was the product of arms-length negotiations).

Moreover, the proposed Consent Judgment, including the underlying settlement agreement incorporated into, and made a part of, the Consent Judgment, is substantively fair and reasonable. The Parties were engaged in complex settlement discussions for more than two years, involving lawyers and technical experts for all Parties. The Consent Judgment forms an integrated resolution to the violations alleged in Plaintiffs' Complaint and to secure a release of the Plaintiffs' claims. The relief provided is substantial, and it directly addresses the violations alleged by Plaintiffs. Entry of the proposed Consent Judgment would fully resolve the state-law and COPPA claims alleged by the Plaintiffs. The Consent Judgment includes significant injunctive relief that, among other things, requires: (1) default daily limits and nighttime blocks for teenage users of Meta's Social Media Platforms; (2) enhanced age assurance measures to prevent children from accessing the Platforms, or age-restricted content available on the Platforms; (3) establishment of additional tools to help parents and guardians to protect their children online; and (4) Meta to make payments to Plaintiffs as provided therein. The Consent Judgment also provides for consideration to Meta including, among other things, a release of claims, as described in greater detail in the Consent Judgment and attached settlement agreement. For all of these reasons, the proposed Consent Judgment is substantively fair and reasonable.

**IV. Conclusion**

For all of the reasons stated above, the Parties jointly submit that there is no just reason to delay entry of the Consent Judgment, and therefore respectfully request that the Court enter the Consent Judgment as a final judgment under Rules 54 and 58 of the Federal Rules of Civil Procedure.

Dated: August 26, 2026

Respectfully submitted,

DAVIS POLK & WARDWELL LLP

*/s/ Antonio J. Perez-Marques*
James P. Rouhandeh (pro hac vice)
Antonio J. Perez-Marques (pro hac vice)
Caroline Stern (pro hac vice)
Corey M. Meyer (pro hac vice)
450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4000
Facsimile: (212) 701-5800

rouhandeh@davispolk.com
antonio.perez@davispolk.com
caroline.stern@davispolk.com
corey.meyer@davispolk.com

COVINGTON & BURLING LLP

*/s/ Paul W. Schmidt*

Ashley M. Simonsen, SBN 275203
1999 Avenue of the Stars
Los Angeles, California 90067
Telephone: (424) 332-4800
Facsimile: (424) 332-2749
asimonsen@cov.com

Paul W. Schmidt (pro hac vice)
Phyllis A. Jones (pro hac vice)
One CityCenter
850 Tenth Street, NW
Washington, DC 20001-4956
Telephone: (202) 662-6000
Facsimile: (202) 662-6291
pschmidt@cov.com
pajones@cov.com

*Attorneys for Defendant Meta Platforms, Inc.*

**PHILIP J. WEISER**
Attorney General
State of Colorado

/s/ Krista Batchelder
Krista Batchelder, (CO Reg.45066), *pro hac vice*
Deputy Solicitor General
Shannon Stevenson (CO Reg. 35542), *pro hac vice*
Solicitor General
Elizabeth Orem (CO Reg. 58309), *pro hac vice*
Assistant Attorney General
Colorado Department of Law
Ralph L. Carr Judicial Center
Consumer Protection Section
1300 Broadway, 7th Floor
Denver, CO 80203
Phone: (720) 508-6384
krista.batchelder@coag.gov
Shannon.stevenson@coag.gov
Elizabeth.orem@coag.gov

*Attorneys for Plaintiff State of Colorado, ex rel. Philip J. Weiser, Attorney General*

**RUSSELL COLEMAN**
Attorney General
Commonwealth of Kentucky

/s/ J. Christian Lewis
J. Christian Lewis, Division Chief
(KY Bar No. 87109), pro hac vice
Philip Heleringer, Consumer Chief,
(KY Bar No. 96748), pro hac vice
Zachary Richards (KY Bar No. 99209), pro hac vice
Daniel I. Keiser (KY Bar No. 100264), pro hac vice
Matthew Cocanougher (KY Bar No. 94292), pro hac vice
Assistant Attorneys General
1024 Capital Center Drive, Ste. 200
Frankfort, KY 40601
Christian.Lewis@ky.gov
Philip.Heleringer@ky.gov

**ROB BONTA**
Attorney General
State of California

/s/ Megan O'Neill
Nicklas A. Akers (CA SBN 211222)
Senior Assistant Attorney General
Bernard Eskandari (CA SBN 244395)
Emily Kalanithi (CA SBN 256972)
Supervising Deputy Attorneys General
Megan O'Neill (CA SBN 343535)
Joshua Olszewski-Jubelirer (CA SBN 336428)
Nayha Arora (CA SBN 350467)
Samantha Beckett (CA SBN 308456)
David Beglin (CA SBN 356401)
Jordan Hefcart (CA SBN 366087)
Katherine Read (CA SBN 341463)
Brendan Ruddy (CA SBN 297896)
Pauline Ryan (CA SBN 337712)
Deputy Attorneys General
California Department of Justice
Office of the Attorney General
455 Golden Gate Ave., Suite 11000
San Francisco, CA 94102-7004
Phone: (415) 510-4400
Fax: (415) 703-5480
megan.oneill@doj.ca.gov

*Attorneys for Plaintiff the People of the State of California*

**JENNIFER DAVENPORT**
Attorney General
State of New Jersey

By:/s/ Kashif T. Chand
Kashif T. Chand (NJ Bar No. 016752008), *Pro hac vice*
Brian F. McDonough (NJ Bar No. 026121980), *Pro hac vice*
Assistant Attorneys General
Mandy K. Wang (NJ Bar No. 373452021), *Pro hac vice*
Verna J. Pradaxay (NJ Bar No. 335822021),

Zach.Richards@ky.gov
Daniel.Keiser@ky.gov
Matthew.Cocanougher@ky.gov
Phone: (502) 696-5300
Fax: (502) 564-2698

*Attorneys for Plaintiff the Commonwealth of Kentucky*

**KRIS MAYES**
Attorney General
State of Arizona

*/s/ Reagan Healey*
Reagan Healey (AZ No. 038733), pro hac vice
Assistant Attorney General
Arizona Attorney General's Office
2005 North Central Avenue
Phoenix, AZ 85004
Phone: (602) 542-3725
Fax: (602) 542-4377
Reagan.Healey@azag.gov
*Attorneys for Plaintiff State of Arizona, ex rel. Kris Mayes, Attorney General*

**WILLIAM TONG**
Attorney General
State of Connecticut

*/s/ Rebecca Borné*
Rebecca Borné
(CT Juris No. 446982), pro hac vice
Tess E. Schneider
(CT Juris No. 444175), *pro hac vice*
Krislyn M. Launer
(CT Juris No. 440789), *pro hac vice*
Assistant Attorneys General
Connecticut Office of the Attorney General
165 Capitol Avenue
Hartford, Connecticut 06106
Phone: 860-808-5400
Fax: 860-808-5593
Rebecca.Borne@ct.gov
Tess.Schneider@ct.gov
Krislyn.Launer@ct.gov

*Pro hac vice*
Patrick J. Misale (NJ Bar No. 401352022), *Pro hac vice*
Thomas Huynh (NJ Bar No. 200942017), *Pro hac vice*
Deputy Attorneys General
New Jersey Office of the Attorney General, Division of Law
124 Halsey Street, 5th Floor
Newark, NJ 07101
Tel: (973) 648-2052
Kashif.Chand@law.njoag.gov

*Attorneys for Plaintiffs Jennifer Davenport, Attorney General for the State of New Jersey, and Christopher L. Peterson, Acting Director of the New Jersey Division of Consumer Affairs*

**RAÚL R. LABRADOR**
Attorney General
State of Idaho

*/s/ James J. Simeri*
James J. Simeri (ID Bar No. 12332)
pro hac vice
Deputy Attorney General
Attorney General's Office
P.O. Box 83720
Boise, ID 83720-0010
(208) 334-2424
james.simeri@ag.idaho.gov

*Attorneys for Plaintiff State of Idaho*

**THEODORE E. ROKITA**
Attorney General
State of Indiana

*/s/ Scott L. Barnhart*
Scott L. Barnhart (IN Atty No. 25474-82), *pro hac vice*
Chief Counsel and Director of Consumer Protection
Corinne Gilchrist (IN Atty No. 27115-53),

*Attorneys for Plaintiff State of Connecticut*

**KATHLEEN JENNINGS**
Attorney General
State of Delaware

/s/ Ryan Costa
Ryan T. Costa (DE Bar 5325), *pro hac vice*
Deputy Director of Consumer Protection
Delaware Department of Justice
820 N. French Street, 5th Floor
Wilmington, DE 19801
Phone: (302) 683-8811
Ryan.Costa@delaware.gov

*Attorney for State of Delaware, ex rel. Kathleen Jennings, Attorney General for the State of Delaware*

**ANNE E. LOPEZ**
Attorney General
State of Hawai'i

/s/ Douglas S. Chin
Christopher J.I. Leong (HI JD No. 9662), *pro hac vice*
Supervising Deputy Attorney General
Kelcie K. Nagata (HI JD No. 10649), *pro hac vice*
Deputy Attorney General
Department of the Attorney General
Commerce and Economic Development Division
425 Queen Street
Honolulu, Hawai'i 96813
Phone: (808) 586-1180
Christopher.ji.leong@hawaii.gov
Kelcie.k.nagata@hawaii.gov
Douglas S. Chin (HI JD No. 6465), *pro hac vice*
John W. Kelly (HI JD No. 9907), *pro hac vice*
Special Deputy Attorney General
Starn O'Toole Marcus & Fisher
733 Bishop Street, Suite 1900
Honolulu, Hawai'i 96813
Phone: (808) 537-6100

*pro hac vice*
Section Chief, Consumer Litigation
Mark M. Snodgrass (IN Atty No. 29495-49), *pro hac vice*
Deputy Attorney General
Office of the Indiana Attorney General
Indiana Government Center South
302 West Washington St., 5th Floor
Indianapolis, IN 46203
Telephone: (317) 232-6309
Scott.Barnhart@atg.in.gov
Corinne.Gilchrist@atg.in.gov
Mark.Snodgrass@atg.in.gov

*Attorneys for Plaintiff State of Indiana*

**KRIS W. KOBACH**
Attorney General
State of Kansas

/s/ Sarah M. Dietz
Sarah M. Dietz, Assistant Attorney General
(KS Bar No. 27457), *pro hac vice*
Kaley Schrader, Assistant Attorney General
(KS Bar No. 27700), *pro hac vice*
Office of the Attorney General
120 SW 10th Avenue, 2nd Floor
Topeka, Kansas 66612
Telephone: (785) 296-3751
Fax: (785) 296-3131
Email: sarah.dietz@ag.ks.gov

*Attorneys for Plaintiff State of Kansas*

**LIZ MURRILL**
Attorney General
State of Louisiana

/s/ Asyl Nachabe
Asyl Nachabe (LA Bar No. 38846)
*Pro hac vice*
Assistant Attorney General

dchin@starnlaw.com
jkelly@starnlaw.com

*Attorneys for Plaintiff State of Hawai'i*

**KWAME RAOUL**
Attorney General
State of Illinois

*/s/ Matthew Davies*
Susan Ellis, Chief, Consumer Protection Division (IL Bar No. 6256460), *pro hac vice*
Greg Grzeskiewicz, Chief, Consumer Fraud Bureau (IL Bar No. 6272322), *pro hac vice*
Jacob Gilbert, Deputy Chief, Consumer Fraud Bureau (IL Bar No. 6306019), *pro hac vice*
Matthew Davies, Supervising Attorney, Consumer Fraud Bureau (IL Bar No. 6299608), *pro hac vice*
Daniel B. Roth, Assistant Attorney General, Consumer Fraud Bureau (IL Bar No. 6290613), *pro hac vice*
Meera Khan, Assistant Attorney General, Consumer Fraud Bureau (IL Bar No. 6345895), *pro hac vice*
Office of the Illinois Attorney General
115 S. LaSalle Street
Chicago, Illinois 60603
312-814-8554
Susan.Ellis@ilag.gov
Greg.Grzeskiewicz@ilag.gov
Jacob.Gilbert@ilag.gov
Matthew.Davies@ilag.gov
Daniel.Roth@ilag.gov
Meera.Khan@ilag.gov

*Attorneys for Plaintiff the People of the State of Illinois*

**ANTHONY G. BROWN**
Attorney General
State of Maryland

*/s/ Elizabeth J. Stern*
Philip D. Ziperman (Maryland CPF No. 9012190379), *pro hac vice*

Louisiana Department of Justice
Public Protection Division
Consumer Protection Section
1885 N 3rd Street, 4th Floor
Baton Rouge, LA 70802
Tel: (225) 326-6438
NachabeA@ag.louisiana.gov

*Attorney for State of Louisiana*

**AARON M. FREY**
Attorney General
State of Maine

*/s/ Michael Devine*
Michael Devine, Maine Bar No. 5048, *pro hac vice*
Assistant Attorney General
Office of the Maine Attorney General
6 State House Station
Augusta, ME 04333
(207) 626-8800
michael.devine@maine.gov

*Attorney for Plaintiff State of Maine*

**KEITH ELLISON**
Attorney General
State of Minnesota

*/s/ Evan Romanoff*
Evan Romanoff (MN Bar No. 0398223), *pro hac vice*
Caitlin Micko (MN Bar No. 0395388), *pro hac vice*
Jason Pleggenkuhle (MN Bar No. 0391772), *pro hac vice*
Assistant Attorneys General
Office of the Minnesota Attorney General
445 Minnesota Street, Suite 800
St. Paul, MN 55101-2130
Tel: (651) 728-4126
evan.romanoff@ag.state.mn.us
caitlin.micko@ag.state.mn.us

Deputy Chief, Consumer Protection Division
Elizabeth J. Stern (Maryland CPF No. 1112090003), *pro hac vice*
Assistant Attorney General
Office of the Attorney General of Maryland
200 St. Paul Place
Baltimore, MD 21202
Phone: (410) 576-6417 (Mr. Ziperman)
Phone: (410) 576-7226 (Ms. Stern)
Fax: (410) 576-6566
pziperman@oag.state.md.us
estern@oag.state.md.us

*Attorneys for Plaintiff Office of the Attorney General of Maryland*

**MICHAEL T. HILGERS**
Attorney General
State of Nebraska

/s/ Anna M. Anderson
Anna M. Anderson (NE #28080), *pro hac vice*
Benjamin J. Swanson (NE #27675), *pro hac vice*
Assistant Attorneys General
Nebraska Attorney General's Office
1445 K Street, Room 2115
Lincoln, NE 68509
(402) 471-6034
anna.anderson@nebraska.gov
benjamin.swanson@nebraska.gov

*Attorneys for Plaintiff State of Nebraska*

**JEFF JACKSON**
Attorney General
State of North Carolina

/s/ Charles White
Charles G. White (N.C. State Bar No. 57735), *pro hac vice*
Assistant Attorney General
Kunal Choksi
Senior Deputy Attorney General
Josh Abram
jason.pleggenkuhle@ag.state.mn.us

*Attorneys for Plaintiff State of Minnesota, by its Attorney General, Keith Ellison*

**LETITIA JAMES**
Attorney General
State of New York

/s/ Nathaniel Kosslyn
Nathaniel Kosslyn, Assistant Attorney General
(NY Bar No. 5773676), *pro hac vice*
nathaniel.kosslyn@ag.ny.gov
Alex Finkelstein, Assistant Attorney General
(NY Bar No. 5609623), *pro hac vice*
alex.finkelstein@ag.ny.gov
New York Office of the Attorney General
28 Liberty Street
New York, NY 10005
(212) 416-8000

**D. ANDREW WILSON**
Attorney General
State of Ohio

/s/ Kevin R. Walsh
Melissa G. Wright (Ohio Bar No. 0077843)
Section Chief, Consumer Protection Section
Melissa.Wright@ohioago.gov
Melissa S. Smith (Ohio Bar No. 0083551)
Asst. Section Chief, Consumer Protection Section
Melissa.S.Smith@ohioago.gov
Michael S. Ziegler (Ohio Bar No. 0042206)
Principal Assistant Attorney General
Michael.Ziegler@ohioago.gov
Kevin R. Walsh (Ohio Bar No. 0073999), *pro hac vice*
Kevin.Walsh@ohioago.gov
Principal Assistant Attorney General
30 East Broad Street, 14th Floor
Columbus, Ohio 43215
Tel: 614-466-1031

*Attorneys for State of Ohio, ex rel. Attorney General D. Andrew Wilson*

Special Deputy Attorney General
N.C. Department of Justice
Post Office Box 629
Raleigh, North Carolina 27602
Telephone: (919) 716-6889
Facsimile: (919) 716-6050
E-mail: cwhite@ncdoj.gov
*Attorneys for Plaintiff State of North Carolina*

**DAVID W. SUNDAY, JR.**
Attorney General
Commonwealth of Pennsylvania

*/s/ Jonathan R. Burns*
Jonathan R. Burns
Senior Deputy Attorney General
(PA Bar No. 315206), *pro hac vice*
Suzanne C. Bernstein
Deputy Attorney General
(PA Bar No. 332119), *pro hac vice*
Pennsylvania Office of Attorney General
Strawberry Square, 14th Floor
Harrisburg, PA 17120
(717) 645-7269
jburns@attorneygeneral.gov

*Attorneys for Plaintiff the Commonwealth of Pennsylvania*

**PETER F. NERONHA**
Attorney General
State of Rhode Island

*/s/Alex Carnevale*
Megan Rok (RI No. 11278)
*Pro hac vice*
Special Assistant Attorney General
Alex Carnevale (RI No. 10724)
Special Assistant Attorney General
150 South Main St.
Providence, RI 02903
Tel: 401-274-4400
MRok@riag.ri.gov
ACarnevale@riag.ri.gov

**DAN RAYFIELD**
Attorney General
State of Oregon

*/s/ Katherine G. McKeon*
Katherine G. McKeon (CA SBN 266757)
John Dunbar (Oregon Bar No. 842100), *pro hac vice*
Senior Assistant Attorneys General
Oregon Department of Justice
Consumer Protection Section
100 SW Market Street
Portland, Oregon 97201
Telephone: (971) 673-1880
Facsimile: (971) 673-1884
E-mail: kate.mckeon@doj.oregon.gov
E-mail: john.dunbar@doj.oregon.gov
*Attorneys for State of Oregon ex rel. Dan Rayfield, Attorney General for the State of Oregon*

**ALAN WILSON**
Attorney General
State of South Carolina

*/s/ Anna C. Smith*
C. Havird Jones, Jr.
Senior Assistant Deputy Attorney General
Jared Q. Libet (S.C. Bar No. 74975), *pro hac vice*
Assistant Deputy Attorney General
Anna C. Smith (SC Bar No. 104749), *pro hac vice*
Assistant Attorney General
Office of the South Carolina Attorney General
Post Office Box 11549
Columbia, South Carolina 29211
jlibet@scag.gov
annasmith@scag.gov
803-734-0536

*Attorneys for Plaintiff the State of South Carolina, ex rel. Alan M. Wilson, in His*

*Attorneys for Plaintiff State of Rhode Island*

**JAY JONES**
Attorney General
Commonwealth Of Virginia

*/s/ Joelle E. Gotwals*
Travis G. Hill
Chief Deputy Attorney General
Helen O. Hardiman
Deputy Attorney General
Richard S. Schweiker, Jr.
Senior Assistant Attorney General and Section Chief
Joelle E. Gotwals (VSB No. 76779),
Senior Assistant Attorney General
*pro hac vice*
Chandler P. Crenshaw (VSB No. 93452)
Assistant Attorney General
*pro hac vice*
Office of the Attorney General of Virginia
Consumer Protection Section
202 N. 9th Street
Richmond, Virginia 23219
Telephone: (804) 786-8789
Facsimile: (804) 786-0122
E-mail: jgotwals@oag.state.va.us

*Attorneys for the Plaintiff Commonwealth of Virginia ex rel. Jay Jones, Attorney General*

**NICHOLAS W. BROWN**
Attorney General
State of Washington

*/s/ Claire McNamara*
Claire McNamara (WA Bar No. 50097)
Joseph Kanada (WA Bar No. 55055
Gardner Reed (WA Bar No. 55630)
Assistant Attorneys General
800 Fifth Avenue, Suite 2000
Seattle, WA 98104
(206) 474-7744
claire.mcnamara@atg.wa.gov

*Official Capacity as Attorney General of the State of South Carolina*

**MARTY J. JACKLEY**
Attorney General
State of South Dakota

/s/ *Amanda Miiller*_
By: Amanda Miiller (SD Bar No. 4271)
Deputy Attorney General
South Dakota Office of the Attorney General
1302 East SD Hwy 1889, Suite 1
Pierre, SD 57501-8501
Telephone: (605) 773-3215
Email: Amanda.Miiller@state.sd.us

*Attorneys for Plaintiff State of South Dakota*

**JOHN B. MCCUSKLEY**
Attorney General
State of West Virginia

*/s/ Laurel K. Lackey*
Laurel K. Lackey (WVSB No. 10267),
*pro hac vice*
Abby G. Cunningham (WVSB No. 13388)
Assistant Attorneys General
Office of the Attorney General
Consumer Protection & Antitrust Division
Eastern Panhandle Office
269 Aikens Center
Martinsburg, West Virginia 25404
(304) 267-0239
laurel.k.lackey@wvago.gov

*Attorneys for Plaintiff State of West Virginia, ex rel. Patrick Morrisey, Attorney General*

**JOSHUA L. KAUL**
Attorney General
State of Wisconsin

joe.kanada@wa.gov
gardner.reed@atg.wa.gov

*Attorneys for Plaintiff-Intervenor State of Washington*

/s/ Brittany Copper
Brittany A. Copper
Assistant Attorney General
WI State Bar # 1142446, *pro hac vice*
Wisconsin Department of Justice
Post Office Box 7857
Madison, Wisconsin 53707-7857
(608) 266-1795
Brittany.copper@wisdoj.gov

*Attorneys for Plaintiff State of Wisconsin*

**SIGNATURE CERTIFICATION**

Under Civ. L.R. 5-1(i)(1), I hereby attest that all signatories listed, and on whose behalf the filing is submitted, concur in this filing's content and have authorized this filing.

DATED: August 26, 2026

*/s/ Bernard A. Eskandari*
Bernard A. Eskandari

*Attorney for Plaintiff the People of the State of California*