**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**CIVIL MINUTES**

| | | |
|---|---|---|
| **Date:** August 25, 2026 | **Time:** 5 Hours 22 Minutes | **Judge:** YVONNE GONZALEZ ROGERS |
| **Case No.**: 23-cv-5448-YGR | **Case Name:** State Attorneys General v. Meta Platforms, Inc. | |

**Attorney for Plaintiff:** Jason Slothouber, Megan O'Neill, Krista Batchelder, Christian Lewis, Mandy Wang, Alex Miller, Jake Fernandez and Diarmuid Truax

**Attorney for Defendant:** Paul Schmidt, David Sneed, Ashley Simonsen, Brian Stekloff, Moira Penza, Timothy Hester and Megan Mers

**Deputy Clerk:** Edwin Angelo A. Cuenco **Court Reporter:** April Brott

**PROCEEDINGS**

Jury Trial – HELD. See Trial Sheet, Exhibit and Witness List attached.

The following witnesses were called by the plaintiff: Mr. George Volichenko, Mr. Francesco Fogu and Mr. Adam Mosseri.

Matter is continued to Wednesday, August 26, 2026, at 8:00 AM (attorneys and parties) and at 8:30 AM (jury) for Jury Trial.