**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**CIVIL MINUTES**

| | | |
|---|---|---|
| **Date:** August 26, 2026 | **Time:** 49 Minutes | **Judge:** YVONNE GONZALEZ ROGERS |
| **Case No.**: 23-cv-5448-YGR | **Case Name:** State Attorneys General v. Meta Platforms, Inc. | |

**Attorney for Plaintiff:** Jason Slothouber, Megan O'Neill, Krista Batchelder, Christian Lewis, Mandy Wang, Alex Miller, Jake Fernandez and Diarmuid Truax

**Attorney for Defendant:** Paul Schmidt, David Sneed, Ashley Simonsen, Brian Stekloff, Moira Penza, Timothy Hester, Megan Mers and Antonio Perez-Marques (via Zoom)

**Deputy Clerk:** Edwin Angelo A. Cuenco **Court Reporter:** April Brott

**PROCEEDINGS**

Jury Trial – HELD.

The Court met with the parties regarding the Joint Motion to Enter Consent Judgment. Jury Trial is suspended.

Written Order to issue.