Message

**From**: Francesco Fogu [/O=THEFACEBOOK/OU=EXTERNAL (FYDIBOHF25SPDLT)/CN=RECIPIENTS/CN=F3AD2E9906AC4811A4286EE5A21BB81E]
**Sent**: 7/8/2023 1:42:15 AM
**To**: Meagan Palatino [meaganpalatino@meta.com]; Cristina Foung [cfoung@meta.com]; Francesco Fogu [ffogu@meta.com]
**Subject**: Message summary [{"otherUserFbId":null,"threadFbId":6277237262383547}]
**Attachments**: 358866784_652791843112788_259527410759663271_n.png; 355066433_1407905249942535_2962519378638427086_n.png; sticker.png; 359239149_980813113162335_5502202369707589645_n.png; 359159274_1034052227609736_4829844056700706889_n.png; 358521317_814491119943402_3906657160750447980_n.png; 358462934_1451330585648429_3865823776601214297_n.png; 355057605_641350787904822_157944882950209364_n.png

Plaintiff's Exhibit Markers
π PLAINTIFF π
United States District Court
Northern District of California
Case No. MDL No. 3047 (N.D. Cal.)
Case Title In re: Social Media Adolescent Addiction
Exhibit No. 4255
Date Entered
Mark Busby, Clerk
By: ____________________, Deputy Clerk

Meagan Palatino (7/07/2023 07:59:38 PDT):
>Alright, so only unresolved comments are on slide 16. I think its fine to leave them open until the meeting with Max and Morgan later today, as its worth noting that the teams aren't yet ready to quantify any of these. We can resolve before shipping off to IG Leads, sound good?

Cristina Foung (7/07/2023 08:01:39 PDT):
>Yep, that sounds good

Cristina Foung (7/07/2023 08:02:07 PDT):
>There's one also in the appendix but I replied to Alexus so I'll resolve now

Cristina Foung (7/07/2023 08:07:32 PDT):
>we don't have a slide for next steps so i might drop that phrase

Meagan Palatino (7/07/2023 08:08:22 PDT):
>just noticed that Slide 6 has an asterik in the body next to regulatory response framework, but we dropped the footnote.

Cristina Foung (7/07/2023 08:08:50 PDT):
>oh the footnote is in italics

Cristina Foung (7/07/2023 08:09:00 PDT):
>at the end of that sub-blurb

Meagan Palatino (7/07/2023 08:09:03 PDT):
>ooh i see it, at the end of the blurb

Cristina Foung (7/07/2023 08:09:09 PDT):
>yeah, we could just move it up

Cristina Foung (7/07/2023 08:14:45 PDT):
>do we need to add data use on slide 33?

Meagan Palatino (7/07/2023 08:24:53 PDT):
>yes we should, ill do that

Meagan Palatino (7/07/2023 08:25:50 PDT):
>Okay I'm having a radical thought -- can we scrap slide 16 altogether and replace it with a single slide stating the joint "definition of leading"?

Meagan Palatino (7/07/2023 08:25:58 PDT):
>I'm just not finding a lot of net new value in slide 16 anymore

Meagan Palatino (7/07/2023 08:26:10 PDT):
>since we go into the details of leading in the concept slides

Cristina Foung (7/07/2023 08:28:12 PDT):
>yeah… it's not a lot of net new value, other than current state, but we're not being very explicit about the gap to close or who is leading currently since we don't have an up to date evaluation

Cristina Foung (7/07/2023 08:28:29 PDT):
>so maybe we drop that to appendix and add the definition of leading to slide 13?

Meagan Palatino (7/07/2023 08:30:50 PDT):

>Yah let's do that. I don't actually think stating the YIP status and gaps to close is that helpful without more context either.

Meagan Palatino (7/07/2023 08:30:53 PDT):
>I'll move to appendix

Meagan Palatino (7/07/2023 08:33:30 PDT):
>Okay, take a look at 13

Meagan Palatino (7/07/2023 08:33:42 PDT):
>Fran might want to clean it up, but I think thats a good spot for the leading definition

Cristina Foung (7/07/2023 08:39:31 PDT):
>yep, i like it

Meagan Palatino (7/07/2023 08:41:15 PDT):
>Okay, I might wordsmith 13 a bit more later.  Something still feels off to me -- but I might overthinking.

Meagan Palatino (7/07/2023 08:41:45 PDT):
>Like for Safety -- we say we're on track to lead in 2023, should I also mention that we're already meeting YIP?

Cristina Foung (7/07/2023 08:44:47 PDT):
>i don't know if that's necessary since we don't really have current state on the others

Cristina Foung (7/07/2023 08:45:07 PDT):
>for the sub-content, we could have one for timeline on when to lead and a vision statement?

Cristina Foung (7/07/2023 08:45:32 PDT):
>that could bring a little more meat back to it vs. just have the areas and timeline

Meagan Palatino (7/07/2023 08:48:10 PDT):
>okay so subcontent on 13
>a) bring back vision statement
>b) timeline for leading?

Cristina Foung (7/07/2023 08:48:25 PDT):
>just a thought

Meagan Palatino (7/07/2023 08:48:37 PDT):
>yah ill try that. going to grab lunch and will circle back on this

Francesco Fogu (7/07/2023 08:59:15 PDT):
>Personally something I like about the current slide 16 is that it sets the stage for the following slides

Francesco Fogu (7/07/2023 08:59:39 PDT):
>it hints at the products we are showing next

Francesco Fogu (7/07/2023 09:00:41 PDT):
>But I agree it overlaps a bit with what we are saying in slide 13 and 14

Meagan Palatino (7/07/2023 09:04:35 PDT):
>Yes exactly.  When I was doing a straight read tosah thru it started to feel repetitive. And the former 16 wasn't adding much net new value. We also couldn't track down quantifiable measurements for 16, given these are too early stage

Meagan Palatino (7/07/2023 09:05:13 PDT):
>*read through today (sorry weird typos - on my phone atm)

Francesco Fogu (7/07/2023 09:10:06 PDT):
>I think these two points are pretty strong
>
>> Prioritize more private experiences for teens to meet needs and mitigate risks
>
>> Proactive approach for upcoming regulatory trends, building scalable and adaptable solutions

Francesco Fogu (7/07/2023 09:10:23 PDT):
>would love to incorporate them in the other slides if we are removing 16

Cristina Foung (7/07/2023 09:11:00 PDT):
>oh we're keeping the current 16

Francesco Fogu (7/07/2023 09:11:14 PDT):
>Oh sorry!!

Cristina Foung (7/07/2023 09:11:14 PDT):

>what got removed is now slide 25

Francesco Fogu (7/07/2023 09:11:19 PDT):
>OHHHH

Francesco Fogu (7/07/2023 09:11:35 PDT):
>yep

Cristina Foung (7/07/2023 09:11:35 PDT):
>haha yeah, meagan had already dropped it to appendix

Cristina Foung (7/07/2023 09:11:59 PDT):
>so we're thinking about how we conslidate that with slide 13 to have that be more of the lead-in

Meagan Palatino (7/07/2023 09:13:02 PDT):
>yah the slide I was referring to (now in appendix) is this one: https://docs.google.com/presentation/d/1ebng5qckun6vhA_CTu6F1YL1oTAAL-y2TNu6dAE6YDQ/edit#slide=id.g2566af1810f_29_43

Francesco Fogu (7/07/2023 09:14:55 PDT):
>we could reuse the headers -- ie
>
>Supervision – Shifting from teen autonomy to helping teens and guardians collaborate on the IG experience

Francesco Fogu (7/07/2023 09:15:22 PDT):
>Im a bit worried we'd lose the nuances we have on slide 16

Cristina Foung (7/07/2023 09:16:10 PDT):
>are you talking about the now slide 16 or slide 25?

Cristina Foung (7/07/2023 09:16:22 PDT):
>we're not proposing droppign the "how our position has shifted" slide

Francesco Fogu (7/07/2023 09:18:13 PDT):
>are you proposing consolidating 13 with 16?

Cristina Foung (7/07/2023 09:18:25 PDT):
>no, 13 with 25

Cristina Foung (7/07/2023 09:18:34 PDT):
>25 used to be slide 16

Francesco Fogu (7/07/2023 09:18:38 PDT):
>GOT IT - I need a second coffee

Cristina Foung (7/07/2023 09:18:39 PDT):
>before it dropped into appendix

Francesco Fogu (7/07/2023 09:18:43 PDT):
>apologies!

Cristina Foung (7/07/2023 09:18:48 PDT):
>hahah it's okay, it's still early ☺

Meagan Palatino (7/07/2023 09:26:05 PDT):
>My bad, I should have waited on moving it to appendix -- confusing!

Cristina Foung (7/07/2023 09:26:08 PDT):
>rachany is leaving more legal comments

Meagan Palatino (7/07/2023 09:26:18 PDT):
>I saw! Didn't realize she was also in the deck

Cristina Foung (7/07/2023 09:26:34 PDT):
>one i just resolved PRIV
PRIV

Cristina Foung (7/07/2023 09:26:47 PDT):
>it's slightly weird because we talk about PRIV

Meagan Palatino (7/07/2023 09:26:49 PDT):
>What does this mean PRIV

Cristina Foung (7/07/2023 09:26:51 PDT):
PRIV

Cristina Foung (7/07/2023 09:27:20 PDT):

PRIV

Francesco Fogu (7/07/2023 09:27:43 PDT):
>oh i might have removed some numbers

Francesco Fogu (7/07/2023 09:27:49 PDT):
>it gets so wordy otherwise

Francesco Fogu (7/07/2023 09:27:53 PDT):
>my bad

Cristina Foung (7/07/2023 09:27:57 PDT):
>yeah, i'll find a way to add them in

Cristina Foung (7/07/2023 09:28:08 PDT):
PRIV

Meagan Palatino (7/07/2023 09:28:35 PDT):
>oh got it, strange choice of wording.  Thanks for translating ;)

Cristina Foung (7/07/2023 09:30:32 PDT):
>np

Cristina Foung (7/07/2023 09:30:41 PDT):
>of course i cited two different studies there...

Cristina Foung (7/07/2023 09:30:44 PDT):
>one internal, one external

Cristina Foung (7/07/2023 09:30:51 PDT):
>and the internal study just says the number of parents

Cristina Foung (7/07/2023 09:31:00 PDT):
>13,273 parents/guardians and their teens (1,934 from US)

Cristina Foung (7/07/2023 09:31:07 PDT):
>do we assume it's 1-1 parents to teens?

Cristina Foung (7/07/2023 09:31:11 PDT):
>so 13k teens?

Francesco Fogu (7/07/2023 09:31:25 PDT):
>eek

Meagan Palatino (7/07/2023 09:31:54 PDT):
>oh boy, well its either 1:1 or 2:1 (two parents per each teen)

Francesco Fogu (7/07/2023 09:32:09 PDT):
>or it could be just the parent, and some teens

Francesco Fogu (7/07/2023 09:32:27 PDT):
>the ratio doesn't need to be 1:1

Cristina Foung (7/07/2023 09:32:39 PDT):
>i know

Cristina Foung (7/07/2023 09:33:14 PDT):
>i'll ask kathleen

Francesco Fogu (7/07/2023 09:33:22 PDT):
>this wording says that 13k are def parents

Meagan Palatino (7/07/2023 09:34:02 PDT):
>shoot, she's tearing apart some of our stronger slides -- like 5

Cristina Foung (7/07/2023 09:34:46 PDT):
>kathleen says it was 1-1

Cristina Foung (7/07/2023 09:34:47 PDT):
>oh boy

Cristina Foung (7/07/2023 09:35:47 PDT):
>not going to lie

Cristina Foung (7/07/2023 09:35:57 PDT):
>it's a little annoying having three different lawyers

Francesco Fogu (7/07/2023 09:36:05 PDT):

>i think she's softening the voice

Francesco Fogu (7/07/2023 09:36:19 PDT):
>I keep staring at that comment about the mock...

Francesco Fogu (7/07/2023 09:36:51 PDT):
>I'll just do it to unblock, we can argue when we start building things

Meagan Palatino (7/07/2023 09:36:52 PDT):
>This is my first stint in Youth world, so I'm also not calibrated on how much we have to respond to or if these can be considered suggerstions

Francesco Fogu (7/07/2023 09:37:15 PDT):
>I think they are just trying to be careful in case any slide gets leaked

Cristina Foung (7/07/2023 09:37:31 PDT):
>yes, they are

Francesco Fogu (7/07/2023 09:37:59 PDT):
>it just doesn't come across as opinionated

Meagan Palatino (7/07/2023 09:39:32 PDT):
>The thing is, I suspect they're reading it with an eye towards leaks vs. the actual narrative we're trying to tell. Its fine, we'll figure it out, just slightly annoying. Now they're adding 2 more legal folks on the deck, so we'll have a total of 5 lawyers.

Cristina Foung (7/07/2023 09:39:56 PDT):
>lovely

Cristina Foung (7/07/2023 09:40:09 PDT):
PRIV

Cristina Foung (7/07/2023 09:40:26 PDT):
>so

Cristina Foung (7/07/2023 09:40:58 PDT):
>i suggest we wait until the lawyers lawyer PRIV
PRIV

Francesco Fogu (7/07/2023 09:44:22 PDT):
>there's a million ppl leaving feedback

Francesco Fogu (7/07/2023 09:44:30 PDT):
>closed some non-controversial comments

Francesco Fogu (7/07/2023 09:44:34 PDT):
>updated mocks too

Meagan Palatino (7/07/2023 09:46:38 PDT):
>makes sense

Cristina Foung (7/07/2023 09:51:01 PDT):
>and there are more people requesting access who i've never heard of

Meagan Palatino (7/07/2023 09:53:15 PDT):
>really? are they more lawyers?

Cristina Foung (7/07/2023 09:53:22 PDT):
>yes

Francesco Fogu (7/07/2023 09:54:16 PDT):
>should we ping rachany?

Francesco Fogu (7/07/2023 09:54:35 PDT):
>are you both worried the narrative is being diluted?

Meagan Palatino (7/07/2023 09:55:52 PDT):
>I think we're still in an okay place, but if we get a bunch more legal inbound it might.

Francesco Fogu (7/07/2023 09:56:12 PDT):
>that's how i feel too

Meagan Palatino (7/07/2023 09:56:40 PDT):
>Like i would rather do this after the review w/Adam before publishing on workplace.

Meagan Palatino (7/07/2023 09:56:50 PDT):
>But IG Leadership seems low-risk

Cristina Foung (7/07/2023 09:56:54 PDT):
>yeah, agree

Francesco Fogu (7/07/2023 09:57:25 PDT):
>can we make that call?

Meagan Palatino (7/07/2023 09:57:26 PDT):
>basically Rachany PRIV, but honestly its pretty important to note that

Meagan Palatino (7/07/2023 09:57:37 PDT):
>and Morgan over here is asking for more data

Francesco Fogu (7/07/2023 09:57:44 PDT):
>it's getting a bit out of hand with UXR too

Cristina Foung (7/07/2023 09:57:55 PDT):
>what is UXR doing?

Francesco Fogu (7/07/2023 09:58:11 PDT):
>asking why we haven't included all their researcher, etc

Meagan Palatino (7/07/2023 09:58:17 PDT):
>Oh man

Cristina Foung (7/07/2023 09:58:32 PDT):
>good lord

Francesco Fogu (7/07/2023 09:58:38 PDT):
>I think the deck can be watered down once published

Francesco Fogu (7/07/2023 09:58:52 PDT):
>but without any data or strong POV there's no point in going to max/adam

Meagan Palatino (7/07/2023 09:59:17 PDT):
>exactly

Francesco Fogu (7/07/2023 09:59:19 PDT):
>> Can you make sure Kristin (Hendrix) has access to the youth protections deck? I can't add her and she wasn't on the original email to IG leads

Francesco Fogu (7/07/2023 09:59:25 PDT):
>Lindsey just pinged me this

Meagan Palatino (7/07/2023 09:59:31 PDT):
>I'll add Kristin

Francesco Fogu (7/07/2023 09:59:35 PDT):
>thx

Cristina Foung (7/07/2023 09:59:37 PDT):
>she has it already

Francesco Fogu (7/07/2023 09:59:50 PDT):
>will reiterate

Francesco Fogu (7/07/2023 09:59:55 PDT):
>she asked me 3 times

Cristina Foung (7/07/2023 10:00:01 PDT):

shared: 358866784_652791843112788_2595274107596632 71_n.png

Cristina Foung (7/07/2023 10:00:06 PDT):
>sned her that

Francesco Fogu (7/07/2023 10:00:17 PDT):
>receipts

Francesco Fogu (7/07/2023 10:00:30 PDT):
>> Can you also add Sarah Espinosa (UXR WB manager)

Francesco Fogu (7/07/2023 10:00:45 PDT):
>I might say no

Francesco Fogu (7/07/2023 10:00:57 PDT):
>let's jsut pick 1-2 people max per function

Cristina Foung (7/07/2023 10:00:58 PDT):
>i just added her

Meagan Palatino (7/07/2023 10:01:00 PDT):
>We dont' need to add Sarah, she focuses on integrity

Meagan Palatino (7/07/2023 10:01:03 PDT):
>Ashley is the Youth POC

Cristina Foung (7/07/2023 10:01:05 PDT):
>she should have had it because i shared it with IGWB

Cristina Foung (7/07/2023 10:01:11 PDT):
>i added the distro list for IGWB

Cristina Foung (7/07/2023 10:01:15 PDT):
>and for Trust

Cristina Foung (7/07/2023 10:01:22 PDT):
>and if lindsey asks, carolina already has access

Cristina Foung (7/07/2023 10:01:32 PDT):
>i am NOT giving them all edit access

Cristina Foung (7/07/2023 10:01:38 PDT):
>because we need to manage the deck

Cristina Foung (7/07/2023 10:02:26 PDT):
>meagan, do you have access to this?
https://docs.google.com/presentation/d/1FQxRPBDbFDmeFOT4MRvwx9UmOkAoywGj0aihilmQFGw/edit#slide=id.p1

Cristina Foung (7/07/2023 10:02:29 PDT):
>it's linked on the B&H slide

Meagan Palatino (7/07/2023 10:04:28 PDT):
>yes I do

Meagan Palatino (7/07/2023 10:04:58 PDT):
>ill grab the info from it

Meagan Palatino (7/07/2023 10:13:32 PDT):
>For the B&H total participants, I have to use an educated guess here as Kyle Andrews is no longer with Meta, and this is his deck from 2021.

Meagan Palatino (7/07/2023 10:13:33 PDT):

shared: 355066433_1407905249942535_2962519378638427086_n.png

Meagan Palatino (7/07/2023 10:13:54 PDT):
>For the B&H target + witness sample size populations we're looking at roughly 35k users surveyed.

Meagan Palatino (7/07/2023 10:14:14 PDT):
>so I'm planning to go with ~35k

Meagan Palatino (7/07/2023 10:15:51 PDT):
>On UXR feeling left out -- have they clarified where they would have directly contributed to?  Given these were pre-aligned areas to lead, we didn't lean too much on insights to form our POV.  Cristina and I shared this with Ashley Tavelli this week.

Francesco Fogu (7/07/2023 10:17:05 PDT):
>I think it was mainly on why we are not using their insights, and they were not actively involved in the deck

Francesco Fogu (7/07/2023 10:17:34 PDT):
>I explained that there will be follow-up workstreams where they'll be key partners

Francesco Fogu (7/07/2023 10:17:59 PDT):
>re slide 5

Francesco Fogu (7/07/2023 10:18:09 PDT):
>I feel the headlines are starting to become weaker

Francesco Fogu (7/07/2023 10:19:01 PDT):
>> PRIV
>
>this seems obvious and is not really conveying the real concern that we are losing trust/users because of our mechanics

Francesco Fogu (7/07/2023 10:19:41 PDT):
>>PRIV
>
>even this one

Francesco Fogu (7/07/2023 10:20:13 PDT):
>can we just have the original ones and tell Rachany we'll change right after the adam review?

Meagan Palatino (7/07/2023 10:20:31 PDT):
>So I asked Rachany PRIV
PRIV

Francesco Fogu (7/07/2023 10:20:49 PDT):
>I see

Meagan Palatino (7/07/2023 10:20:58 PDT):
>Yah...

Meagan Palatino (7/07/2023 10:21:03 PDT):
>complicated world for IG these days

Cristina Foung (7/07/2023 10:33:26 PDT):
>yeah...

Cristina Foung (7/07/2023 10:33:35 PDT):
>so for this afternoon and for the pre-read, we have to stick with their recs

Francesco Fogu (7/07/2023 10:36:08 PDT):
>is there any value for me joining?

Meagan Palatino (7/07/2023 10:36:25 PDT):
>yah, you should join

Francesco Fogu (7/07/2023 10:36:35 PDT):
>what time is it at

Cristina Foung (7/07/2023 10:37:02 PDT):
>i'll add you to my meeting copy

Meagan Palatino (7/07/2023 10:46:28 PDT):
>So for Rachany's comments on slide 5, PRIV this section then becomes pretty weak. I suspect any other piece of internal data will be similarly scrutinized. Suggestion could be to remove the "On IG, we must continue improving outcomes" section entirely.

Meagan Palatino (7/07/2023 10:47:10 PDT):
>She didn't catch this, but I'm guessing this doesn't fly either, "SSI/ED has a disproportionately large teen audience on IG with SSI/ED teen SWOP being ~2.5x that of adults."

Francesco Fogu (7/07/2023 10:49:10 PDT):
>what's the problem with showing actual data to leadership?

Francesco Fogu (7/07/2023 10:49:36 PDT):
>at this point i feel we are intentionally omitting stats that could help them properly assess the situation

Francesco Fogu (7/07/2023 10:50:14 PDT):
PRIV but it will be increasingly hard for adam/max to understand the severity of each space

Meagan Palatino (7/07/2023 10:50:40 PDT):
>I'm a bit confused by it as well, because I'm sure they have seen this data before. PRIV
PRIV From Rachany, PRIV
PRIV

Meagan Palatino (7/07/2023 10:51:04 PDT):
>the data is something we likely voice over

Meagan Palatino (7/07/2023 10:53:57 PDT):
>grabbed time for the 3 of us just before the 1PM PT with Max so we can do a final walk-thru / clean up

Francesco Fogu (7/07/2023 10:54:07 PDT):
>I mean i get it but how can we make product decisions if we are omitting information from strategies we show them

Francesco Fogu (7/07/2023 10:54:37 PDT):
>should we have a cheat sheet ready with all the stats?

Meagan Palatino (7/07/2023 10:54:56 PDT):

PRIV

PRIV which limits our abliity to learn and develop the best products for them. It sucks.

Francesco Fogu (7/07/2023 10:55:14 PDT):
>wonder if we should have some sort of code to indicate the severity of each space

Francesco Fogu (7/07/2023 10:55:20 PDT):
>for the future

Meagan Palatino (7/07/2023 10:55:36 PDT):
>Yes. I think the two major ones are:  teen non-rec prevalance 1.5x > adults and teens SSI/Ed prevalence 2.5x > adults

Meagan Palatino (7/07/2023 10:56:31 PDT):
>and B&H prevalence is also 2.5 greater for teens vs. adults

Francesco Fogu (7/07/2023 10:58:15 PDT):
>I mean these are pretty strong and could change the outcome of the discussions

Francesco Fogu (7/07/2023 10:58:38 PDT):
>does legal not want us to share them at all?

Francesco Fogu (7/07/2023 10:58:44 PDT):
>even w voice over?

Meagan Palatino (7/07/2023 10:58:52 PDT):
>we should clarify, I'm not sure

Francesco Fogu (7/07/2023 10:59:15 PDT):
>

Meagan Palatino (7/07/2023 10:59:17 PDT):
>If I had to guess, they dont want a paper trail tracing this back to information visually presented to leaders that may have to testify

Francesco Fogu (7/07/2023 10:59:48 PDT):
>fair - let's get creative then how we do this next time

Francesco Fogu (7/07/2023 11:00:01 PDT):
>maybe we have a data that we call data readout

Francesco Fogu (7/07/2023 11:00:23 PDT):
>and only have a list of topics shown in order of importance

Cristina Foung (7/07/2023 11:05:56 PDT):
>theorectically that's what SWOP is supposed to be

Cristina Foung (7/07/2023 11:06:56 PDT):
>but yeah, we need to clarify if max and adam can't even know these stats

Cristina Foung (7/07/2023 11:07:30 PDT):
>i was thinking the same thing

Cristina Foung (7/07/2023 11:08:16 PDT):
>of course that section was supposed to ground in IG data with the first one grounding in industry data

Cristina Foung (7/07/2023 11:08:43 PDT):
>but i think we just combine if we have to drop that

Meagan Palatino (7/07/2023 11:10:12 PDT):
>yep agreed

Francesco Fogu (7/07/2023 13:34:24 PDT):
>call?

Meagan Palatino (7/07/2023 13:34:57 PDT):
>Cristina and I have to jump on a call w/Lauren Jones from central but after lets sync!

Francesco Fogu (7/07/2023 13:35:04 PDT):
>ok perf

Cristina Foung (7/07/2023 13:58:00 PDT):
>just need to run to the restroom then i'm ready

Francesco Fogu (7/07/2023 13:58:11 PDT):

shared: sticker.png

Meagan Palatino (7/07/2023 13:58:12 PDT):
>me too back in 3

Cristina Foung (7/07/2023 13:59:57 PDT):
>#fileazoom

Meagan Palatino (7/07/2023 15:00:42 PDT):
>FYI - swithin just confirmed that we did publish a blog with the language "parents and guardians know what's best for their teens..."
>
>https://about.instagram.com/blog/announcements/introducing-family-center-and-supervision-tools

Meagan Palatino (7/07/2023 16:11:03 PDT):
>back online, FYI

Cristina Foung (7/07/2023 16:11:23 PDT):
>oh good to know

Cristina Foung (7/07/2023 16:11:28 PDT):
>i'll go back to that language

Cristina Foung (7/07/2023 16:11:43 PDT):
>for that doc from kasey, do you have the data source?

Cristina Foung (7/07/2023 16:12:02 PDT):
>oh

Cristina Foung (7/07/2023 16:12:15 PDT):
>it's probably the same one used here:
https://docs.google.com/presentation/d/1PolSIvQkTZV7MgqiXemFNyH3iV8_40RbwrVtoLsErx0/edit#slide=id.g245b98e1fb9_4_966

Cristina Foung (7/07/2023 16:12:20 PDT):
>it's also 508 parents but the numbers are different

Meagan Palatino (7/07/2023 16:13:05 PDT):
>the one Sayed sent? Yes it should be from the big deck you link to^ I can find the slide

Meagan Palatino (7/07/2023 16:14:05 PDT):
>For top parental concerns, right? Its this slide:
https://docs.google.com/presentation/d/1PolSIvQkTZV7MgqiXemFNyH3iV8_40RbwrVtoLsErx0/edit#slide=id.g1e2e46584c2_11_1581

Cristina Foung (7/07/2023 16:18:33 PDT):
>getting some eng feedback from sandy

Cristina Foung (7/07/2023 16:18:39 PDT):
>then will come back here

Meagan Palatino (7/07/2023 16:23:16 PDT):
> PRIV
Request from legal ;)

Meagan Palatino (7/07/2023 16:37:02 PDT):
>Slide 14 reads really nicely @Cristina - thank you!

Cristina Foung (7/07/2023 16:37:51 PDT):
>okay, so sandy's feedback was basically… we're going to have to do a big audit of our systems and infra to make sure we're able to confidently make these commitments (e.g. we know who teens are and we're using the right age signals everywhere and reliably)

Cristina Foung (7/07/2023 16:38:05 PDT):
>so i added a note about that on slide 14

Cristina Foung (7/07/2023 16:38:27 PDT):
>and called out that as table stakes on the "where we'll meet" slide but still thinking about if we need to call it out in considerations

Meagan Palatino (7/07/2023 16:38:35 PDT):
>I saw that, was wondering what trigerred that. Who is Sandy and are they another stakeholder?

Cristina Foung (7/07/2023 16:39:06 PDT):
>sandy is the EM for trust empowerment that covers the privacy foundation team, IG Age who owns all age infra for Meta, among other teams

Meagan Palatino (7/07/2023 16:39:18 PDT):
>Ah got it

Cristina Foung (7/07/2023 16:39:30 PDT):
>so basically she wanted to flag that we have to make sure we're not building on a house of cards

Cristina Foung (7/07/2023 16:39:46 PDT):
>she was okay having that be a big assumption that we'll make sure our systems and infra are solid and do what we want them to do

Cristina Foung (7/07/2023 16:40:20 PDT):
>but… they've started poking holes in it and it could need a lot of work

Meagan Palatino (7/07/2023 16:40:27 PDT):
>oh boy

Cristina Foung (7/07/2023 16:40:52 PDT):
>yeah, so since the rest of the deck is very feature-focused, i thought adding it there might round it out

Cristina Foung (7/07/2023 16:41:19 PDT):
>alt is i could add it to the considerations slide

Cristina Foung (7/07/2023 16:41:24 PDT):
>but that slide is already dense

Meagan Palatino (7/07/2023 16:41:27 PDT):
>I think its a good flag but we shouldn't over-index

Francesco Fogu (7/07/2023 16:41:31 PDT):
>I like the idea of calling it out

Meagan Palatino (7/07/2023 16:41:34 PDT):
>in my experience, Adam isn't interested in technical constraints

Meagan Palatino (7/07/2023 16:41:42 PDT):
>Threads/P92 is a perfect example ;)

Cristina Foung (7/07/2023 16:41:55 PDT):
>yeah, it's an assumption we're making

Cristina Foung (7/07/2023 16:43:57 PDT):
>fuck

Cristina Foung (7/07/2023 16:44:02 PDT):
>i wasn't paying attention

Cristina Foung (7/07/2023 16:44:13 PDT):
>and lucky destroyed a tissue box literally right under my desk

Meagan Palatino (7/07/2023 16:44:13 PDT):
>what do you mean?

Meagan Palatino (7/07/2023 16:44:18 PDT):
>oooh hahaha

Cristina Foung (7/07/2023 16:44:27 PDT):
>and ripped apart the felt cover i have hahaha

Cristina Foung (7/07/2023 16:44:30 PDT):
>god damn

Meagan Palatino (7/07/2023 16:44:33 PDT):
>:(

Cristina Foung (7/07/2023 16:44:41 PDT):
>i need to pick up all these tissue shreds before he eats them

Meagan Palatino (7/07/2023 16:44:41 PDT):
>dogs are like toddlers, LOL

Cristina Foung (7/07/2023 16:44:42 PDT):
>one sec

Cristina Foung (7/07/2023 16:46:28 PDT):

shared: 359239149_980813113162335_5502202369707589645_n.png

Francesco Fogu (7/07/2023 16:46:46 PDT):
>Sorry this made me laugh

Francesco Fogu (7/07/2023 16:46:52 PDT):
>I know I shouldn't

Francesco Fogu (7/07/2023 16:47:01 PDT):
>But look at him!!!!

Cristina Foung (7/07/2023 16:47:17 PDT):
>he's such a trouble maker

Francesco Fogu (7/07/2023 17:24:33 PDT):
>deck is done?

Meagan Palatino (7/07/2023 17:27:10 PDT):
>we're just finalizing the data points for supervision but nearly there

Meagan Palatino (7/07/2023 17:27:11 PDT):
>phew

Cristina Foung (7/07/2023 17:32:46 PDT):

shared: 359159274_1034052227609736_4829844056700706889_n.png

Cristina Foung (7/07/2023 17:54:33 PDT):
>okay, we're done

Cristina Foung (7/07/2023 17:54:49 PDT):
>i'll ship the pre-read

Francesco Fogu (7/07/2023 17:54:53 PDT):
>anything you need my help with?

Francesco Fogu (7/07/2023 17:54:57 PDT):
>woohoo

Meagan Palatino (7/07/2023 18:02:42 PDT):
>Woo-hoo! Great work, team!

Cristina Foung (7/07/2023 18:12:44 PDT):
>do either of you know what the distro list is now?

Francesco Fogu (7/07/2023 18:13:07 PDT):
>i do not

Cristina Foung (7/07/2023 18:13:20 PDT):
>sayed said it in one chat but i can't find it

Cristina Foung (7/07/2023 18:14:48 PDT):
>i'll go with IGreviews

Cristina Foung (7/07/2023 18:15:06 PDT):
>it's got a few people who aren't on the invite like luke, jasmine, eds, etc

Meagan Palatino (7/07/2023 18:16:24 PDT):
>Oh gosh I have no idea anymore. Could reply all to the invite?

Meagan Palatino (7/07/2023 18:16:41 PDT):
>And then Monday confirm with Sharelle and send to others if needed?

Cristina Foung (7/07/2023 18:17:08 PDT):
>https://fb.workplace.com/groups/igpms/permalink/7893372097378003/

Cristina Foung (7/07/2023 18:17:21 PDT):
>PRODUCT REVIEWS:
>Moving forward, please add IGReviews@fb.com when e-mailing pre-reads for product reviews or monthly operational check-ins.

Cristina Foung (7/07/2023 18:17:24 PDT):
>but that's from 2022

Cristina Foung (7/07/2023 18:17:36 PDT):
>i'll keep digging, and if i can't find quickly, i'll ship it to the calendar invites

Francesco Fogu (7/07/2023 18:17:59 PDT):
>yea I'd do that and add Trina

Francesco Fogu (7/07/2023 18:18:26 PDT):
>oh and Kristin Hendrix

Cristina Foung (7/07/2023 18:18:34 PDT):
>she's on it

Francesco Fogu (7/07/2023 18:18:36 PDT):
>she's not in the meeting

Francesco Fogu (7/07/2023 18:18:39 PDT):
>is she?

Cristina Foung (7/07/2023 18:18:45 PDT):
>and jeana isn't on the meeting but i'm putting her on the email

Cristina Foung (7/07/2023 18:18:46 PDT):
>yeah, she is

Francesco Fogu (7/07/2023 18:18:54 PDT):
>I don't see her name in the hold

Francesco Fogu (7/07/2023 18:19:02 PDT):
>maybe it hasn't updated

Francesco Fogu (7/07/2023 18:19:19 PDT):

shared: 358521317_814491119943402_3906657160750447980_n.png

Cristina Foung (7/07/2023 18:19:43 PDT):

shared: 358462934_1451330585648429_3865823776601214297_n.png

Cristina Foung (7/07/2023 18:20:01 PDT):

shared: 355057605_641350787904822_1579448829502093364_n.png

Francesco Fogu (7/07/2023 18:20:04 PDT):
>Oh I thought you were saying she was in the invite

Francesco Fogu (7/07/2023 18:20:08 PDT):
>hum weird

Cristina Foung (7/07/2023 18:20:09 PDT):
>she is

Cristina Foung (7/07/2023 18:20:21 PDT):
>if this looks good, i'll ship

Francesco Fogu (7/07/2023 18:20:55 PDT):
>second bullet is not hyperlinked

Cristina Foung (7/07/2023 18:21:00 PDT):
>oh right

Francesco Fogu (7/07/2023 18:21:03 PDT):
>the (over here)

Francesco Fogu (7/07/2023 18:21:12 PDT):
>overview here*

Cristina Foung (7/07/2023 18:21:16 PDT):
>added

Francesco Fogu (7/07/2023 18:21:40 PDT):
>ship it! thank you for doing that

Cristina Foung (7/07/2023 18:22:56 PDT):
>okay, shipped

Cristina Foung (7/07/2023 18:23:09 PDT):
>now i'm going to play with lucky before he starts barking at me again

Francesco Fogu (7/07/2023 18:24:27 PDT):
>delete your work apps until monday

Meagan Palatino (7/07/2023 18:41:26 PDT):
>Thank you! Have a great weekend, both!

Francesco Fogu (7/07/2023 18:42:15 PDT):
>You too! Talk on Monday :D excited for the review

4255_0014