**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br>Sarah Heinz<br><br>Member Case No.:<br>4:26-cv-01561 | Case No. 4:22-MD-03047-YGR<br><br>MDL No. 3047<br><br>**STIPULATION OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |

To: The Clerk of Court and All Parties of Record

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff, Sarah Heinz, and Defendants Meta Platforms, Inc., Instagram, LLC, and Facebook Operations, LLC, in Case No. 4:26-cv-01561 hereby stipulate and agree that all claims asserted by Plaintiff against Defendants Meta Platforms, Inc., Instagram, LLC, and Facebook Operations, LLC (together, "Meta Defendants"), are voluntarily dismissed without prejudice. Each party is to bear its own costs, expenses, and attorneys' fees.

As a condition of this stipulation, the parties agree that (a) Plaintiff shall not refile the same or similar action against any of the Meta Defendants, or any of their respective subsidiaries or affiliates, in this or any other federal court except in the occasion that her attempt to pursue a claim in arbitration is dismissed solely due to the fact of her having previously filed the instant action; however, (b) Plaintiff's stipulated dismissal of this action will not, by itself, constitute a waiver of any right to arbitrate she may have.

Dated: August 26, 2026.

Respectfully submitted by,

*/s/ Ashley Barriere*

Ashley Barriere
Counsel for Plaintiff Sarah Heinz
ashley.barriere@kellerpostman.com
socialmediaaddiction@kellerpostman.com
KELLER POSTMAN LLC
150 North Riverside Plaza, Suite 4100
Chicago, Illinois 60606
Telephone: (312) 210-7307

*/s/ Ashley Simonsen*

Ashley Margaret Simonsen
Counsel for Defendants: Meta Platforms, Inc., Instagram, LLC, and Facebook Operations, LLC
asimonsen@cov.com
COVINGTON AND BURLING LLP
1999 Avenue of the Stars, Suite 3500
Los Angeles, CA 90067
Telephone: (424) 332-4800