Nathaniel L. Foote, Esquire
Andreozzi + Foote
4503 N. Front St.
Harrisburg, PA 17110
Telephone: 717-525-9124F
acsimile: 717-525-9143
Email: nate@vca.law
*Attorney for Plaintiff*

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates To:<br><br>*Ardelia Scholl,*<br>*Plaintiff*<br>*v.*<br>*Meta Platforms, Inc.; Instagram, LLC; and Facebook Operations, LLC,*<br>*Defendants.* | MDL No. 3047<br><br>Case No.: 4:22-md-03047-YGR<br><br>**APPLICATION FOR PRO HAC VICE ADMISSION; ORDER**<br><br>Judge: Hon. Yvonne Gonzalez Rogers<br>Magistrate Judge: Hon. Peter H. Kang |

Ardelia Scholl, by and through her counsel, Nathaniel L. Foote, Esquire, moves and applies to the Court for an Order to admit Nathaniel L. Foote, Esquire to practice before this Court in this case pursuant to Local Rule 11-3. In support of this application, Mr. Foote submits and certifies under oath the following:

1. That I am an active member in good standing of the Pennsylvania State Bar and the Middle District of Pennsylvania;
2. That I agree to abide by the Standards of Professional Conduct set forth in

Civil L.R. 11-4, and to become familiar with the Local Rules and Alternative Dispute Resolution Programs of this Court and, where applicable, with the Bankruptcy Local Rules;

3. That pursuant to Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, Rule 2.1(c), I am not required to have local counsel designated as co-counsel.
4. I have not previously been granted pro hac vice admission by the Court in the 12 months preceding this application.

Attached at Exhibit 1 is a true and correct copy of a certificate of good standing or other similar official document issued by the State of Pennsylvania Bar Association.

Dated this 27th day of August 2026.

/s/ Nathaniel L. Foote
Nathaniel L. Foote
*Attorney for Plaintiff*

ORDER GRANTING APPLICATION

FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Nathaniel L. Foote, Esquire is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicated appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: August 27, 2026

HON. YVONNE GONZALEZ ROGERS
CHIEF UNITED STATES DISTRICT JUDGE

EXHIBIT A

Supreme Court of Pennsylvania

# CERTIFICATE OF GOOD STANDING

***Nathaniel Lucas Foote, Esq.***

**DATE OF ADMISSION**

***October 23, 2014***

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.

**Witness my hand and official seal**
**Dated: August 6, 2026**

Nicole Traini
Chief Clerk

EXHIBIT A