[*Submitting Counsel on Signature Page*]

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br><br>ALL ACTIONS | MDL No. 3047<br><br>Case No. 4:22-md-03047-YGR<br><br>**PERSONAL INJURY AND SCHOOL DISTRICT PLAINTIFFS' TEMPORARY SEALING MOTION REGARDING RESPONSE TO META'S NOTICE OF INTENT TO UNDERTAKE REASSESSMENT OF PRIVILEGE REDACTIONS IN PRODUCED DOCUMENTS**<br><br>Judge: Hon. Yvonne Gonzalez Rogers<br><br>Magistrate Judge: Hon. Peter H. Kang |

Pursuant to the Court's Order Setting Sealing Procedures (ECF No. 341) the Personal Injury and School District Plaintiffs ("Plaintiffs") respectfully submit this motion to file Plaintiffs' Response to Meta's Notice of Intent to Undertake Reassessment of Privilege Redactions In Produced Documents and exhibits under seal. The reasons for sealing (if any) will be addressed in a forthcoming omnibus stipulation or omnibus motion. Below is a list of documents to be filed under seal:

| Document | Party Information |
|---|---|
| Plaintiffs' Response to Meta's Notice of Intent to Undertake Reassessment of Privilege Redactions In Produced Documents (Sealed) | The document contains information designated as confidential or highly confidential by Meta |
| Exhibit A Trial Tr. at 5210:7-5211:4, *State ex rel. Torrez v. Meta Platforms, Inc.*, No. D-101-CV-2023-02838 (N.M. Dist. Ct. Feb. 20, 2026) (Not Sealed) | Not filed under seal |
| Exhibit B META3047MDL-129-00078018 (Sealed) | The document contains information designated as confidential or highly confidential by Meta |
| Exhibit C META3047MDL-318-00017941 (Sealed) | The document contains information designated as confidential or highly confidential by Meta |
| Exhibit D META3047MDL-112-00050279 (Sealed) | The document contains information designated as confidential or highly confidential by Meta |

Respectfully submitted,

By: <u>*/s/ Lexi J. Hazam*</u>

DATED: September 2, 2026

LEXI J. HAZAM
**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**
275 BATTERY STREET, 29TH FLOOR
SAN FRANCISCO, CA 94111-3339
Telephone: 415-956-1000
lhazam@lchb.com

PREVIN WARREN
**MOTLEY RICE LLC**
401 9th Street NW Suite 630
Washington DC 20004
Telephone: 202-386-9610
pwarren@motleyrice.com

Co-Lead Counsel

**ATTESTATION**

I, Lexi J. Hazam, hereby attest, pursuant to N.D. Cal. Civil L.R. 5-1, that the concurrence to the filing of this document has been obtained from each signatory hereto.

Dated: September 2, 2026

By: *<u>/s/ Lexi J. Hazam</u>*