Ashley M. Simonsen (Bar No. 275203)
COVINGTON & BURLING LLP
1999 Avenue of the Stars
Los Angeles, CA 90067
Telephone: (424) 332-4800
Facsimile: + 1 (424) 332-4749
Email: asimonsen@cov.com

*Attorney for Defendant Meta Platforms, Inc.*
*f/k/a Facebook, Inc*

**UNITED STATES DISTRICT COURT**

FOR THE NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION

This Document Relates To:

*ALL ACTIONS*

MDL No. 3047

Case No. 4:22-md-03047-YGR (PHK)

**DECLARATION OF ASHLEY M. SIMONSEN IN SUPPORT OF META'S REPLY TO PI/SD PLAINTIFFS' "RESPONSE" TO META'S NOTICE OF INTENT TO UNDERTAKE REASSESSMENT OF PRIVILEGE REDACTIONS IN PRODUCED DOCUMENTS**

Judge: Hon. Yvonne Gonzalez Rogers
Magistrate Judge: Hon. Peter H. Kang

## DECLARATION OF ASHLEY M. SIMONSEN

I, Ashley M. Simonsen, declare and state as follows:

1. I am a partner with the law firm Covington & Burling LLP, counsel of record for Defendant Meta Platforms, Inc. f/k/a Facebook, Inc. ("Meta"). I submit this declaration in support of Meta's Reply to PI/SD Plaintiffs' "Response" to Meta's Notice of Intent to Undertake Reassessment of Privilege Redactions in Produced Documents. This declaration is based on my personal knowledge unless otherwise indicated. If called upon to do so, I could and would competently testify as follows.

2. In December 2025, the plaintiff in the matter of *State of New Mexico, ex rel. Raúl Torrez, Attorney General v. Meta Platforms, Inc., et al.*, Case No. D-101-CV-2023-02838 (N.M. 1st Jud. Dist. Ct.) ("**New Mexico AG Matter**") moved to compel the production of more than 2,600 documents identified on Meta's privilege log. Following an *in camera* review of 20 documents selected by the plaintiff, the New Mexico court sustained Meta's privilege claims and denied the State's motion. Attached hereto and lodged with the Court as **Exhibit A** is a true and correct copy of the order issued by the New Mexico state court on March 31, 2026, resolving plaintiff's motion.

3. During discovery, Meta logged documents that it withheld in full on the basis of attorney-client privilege and/or attorney work product on its privilege log, consistent with the Privilege Log Protocol's requirement that fully-withheld documents (but not privilege redactions) be logged. *See* ECF (740) §§ III.B. Last fall, Meta voluntarily undertook a re-review of documents on Meta's privilege log. That review, which did not encompass Meta's privilege redactions, resulted in Meta producing approximately 65,000 documents off its privilege log (60,000 excluding duplicates). As of today, Meta has produced nearly 2.7 million documents in this litigation, has withheld in full approximately 50,000 documents on the basis of attorney-client privilege and/or attorney work product, and has applied privilege redactions to approximately 120,000 additional documents produced to Plaintiffs.

4. Meta has produced as wholly non-privileged in this litigation more than 110,000 documents containing the phrase "A/C Priv."

5. Meta previously agreed to allow the PI/SD Plaintiffs to attend any of the up-to 12 depositions addressed to documents and topics covered in Meta's privilege-downgraded documents

("privilege-downgrade depositions") ordered by a Tennessee state court in *State of Tennessee, ex rel. Jonathan Skrmetti, Attorney General v. Meta Platforms, Inc., et al.*, Case No. 23-1364-IV (Tenn. Ch. Ct. 20th Jud. Dist.). *See* ECF (2949) ¶¶ 9, 11. Meta further agreed to allow the PI/SD Plaintiffs to take a deposition of one non-apex, current Meta employee limited to the same topics. *See id.* ¶ 11. Of the four privilege-downgrade depositions ultimately taken by Tennessee, the PI/SD Plaintiffs elected to attend three of them, and elected not to take a further deposition of their choice.

6. Attached hereto and lodged with the Court as **Exhibit B** is a true and correct copy of an order issued by the District of Columbia Court of Appeals on July 16, 2026, resolving a petition for mandamus relief filed by Meta from an order in a related attorney-general matter pending against Meta in a District of Columbia court, *In re Meta Platforms, Inc.*, No. 26-OA-0001 (D.C. Ct. App.).

I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct. Executed on September 8, 2026.

By: */s/ Ashley M. Simonsen*
Ashley M. Simonsen