# Exhibit A

FILED 1st JUDICIAL DISTRICT COURT
Santa Fe County
3/31/2026 10:23 AM
KATHLEEN VIGIL CLERK OF THE COURT
Alitzah F Garcia

**STATE OF NEW MEXICO**
**COUNTY OF SANTA FE**
**FIRST JUDICIAL DISTRICT COURT**

**STATE OF NEW MEXICO, EX REL.,**
**RAÚL TORREZ, ATTORNEY GENERAL,**

**Plaintiff,**

**v.**

**META PLATFORMS, INC.,**

**Defendant.**

**Case No. D-101-CV-2023-02838**

**ORDER DENYING PLAINTIFF'S MOTION TO COMPEL PRODUCTION OF DOCUMENTS OR, IN THE ALTERNATIVE, FOR AN IN CAMERA INSPECTION OF DOCUMENTS**

This matter comes before the Court on Plaintiff's Motion to Compel Production of Documents or, in the Alternative, for an In Camera Inspection of Documents (the "Motion"), filed on December 11, 2025. Defendant filed an Opposition to the Motion on December 26, 2025. Plaintiff filed a Reply in Support of the Motion on January 12, 2026. The Court heard oral argument on the Motion on January 21, 2026.

Having reviewed and considered the Motion, the Opposition, the Reply, the arguments of the parties and the authorities cited therein, and 20 documents over which Meta asserted a claim of privilege selected by the State for the Court's *in camera* review, the Court does not perceive Meta's privilege designations to be substantively unfounded, inappropriate, or unfair, and the Motion is accordingly **DENIED.**

**SO ORDERED.**

Hon. Bryan Biedscheid
Chief Judge
First Judicial District Court

Submitted by:

**HOLLAND & HART LLP**

By: */s/ John C. Anderson*
John C. Anderson
Olga M. Serafimova
110 North Guadalupe, Suite 1
Santa Fe, New Mexico 87501
Tel: 505.988.4421
jcanderson@hollandhart.com
omserafimova@hollandhart.com

- and –

**COVINGTON & BURLING LLP**

Nathan E. Shafroth *(Pro Hac Vice)*
Isaac D. Chaput *(Pro Hac Vice)*
E. Kate Patchen *(Pro Hac Vice)*
415 Mission Street, Suite 5400
San Francisco, CA 94105-2533
Tel: (415) 591-7053
nshafroth@cov.com
ichaput@cov.com
kpatchen@cov.com

Timothy C. Hester (*Pro Hac vice*)
David N. Sneed *(Pro Hac Vice)*
Michael N. Kennedy *(Pro Hac Vice)*
Suzan F. Charlton (*Pro Hac Vice*)
John J. DeBoy (*Pro Hac Vice)*
Amber Charles (*Pro Hac Vice*)
Madeleine Dolan (*Pro Hac Vice*)
Samuel R. Howe *(Pro Hac Vice)*
Abigail M. Porter *(Pro Hac Vice)*
One City Center
850 Tenth Street, NW
Washington, DC 20002-4956
Tel: (202) 662-5324
thester@cov.com
dsneed@cov.com
mkennedy@cov.com
scharlton@cov.com
jdeboy@cov.com
acharles@cov.com

mdolan@cov.com
showe@cov.com
aporter@cov.com

Patrick W. Nutter *(Pro Hac Vice)*
1999 Avenue of the Stars, Suite 3500
Los Angeles, CA 90067
Tel: (432) 332-4800
pnutter@cov.com

Megan Rodgers *(Pro Hac Vice)*
Lindsey C. Barnhart *(Pro Hac Vice)*
3000 El Camino Real
5 Palo Alto Square, 10th Floor
Palo Alto, CA 94306-2112
Tel: (650) 632-4700
mrodgers@cov.com
lbarnhart@cov.com

- and –

**KELLOGG, HANSEN, TODD, FIGEL & FREDERICK, P.L.L.C.**

Kevin B. Huff *(Pro Hac Vice)*
Alex A. Parkinson *(Pro Hac Vice)*
Aaron M. Panner *(Pro Hac Vice)*
Kevin J. Miller *(Pro Hac Vice)*
Daniel V. Dorris (*Pro Hac Vice*)
Leslie V. Pope *(Pro Hac Vice)*
Daniel S. Severson *(Pro Hac Vice)*
Thomas G. Schultz *(Pro Hac Vice)*
Ana N. Paul *(Pro Hac Vice)*
Kevin D. Horvitz *(Pro Hac Vice)*
Evan T. Leo *(Pro Hac Vice)*
Hannah D.C. DePalo *(Pro Hac Vice)*
Justin B. Berg *(Pro Hac Vice)*
Diego Negron-Reichard *(Pro Hac Vice)*
Alexander N. Gosanko *(Pro Hac Vice)*
Hilary M. Weaver *(Pro Hac Vice)*
Natalie E. Giotta *(Pro Hac Vice)*
Xiaolin Chen *(Pro Hac Vice)*
Tae Min Kim *(Pro Hac Vice)*
Donovan J. Hicks *(Pro Hac Vice)*
Emily S. DeBlieux *(Pro Hac Vice)*
Caroline Shoabi *(Pro Hac Vice)*

1615 M Street, N.W., Suite 400
Washington, DC 20036
Tel: (202) 326-7900
khuff@kellogghansen.com
aparkinson@kellogghansen.com
apanner@kellogghansen.com
kmiller@kellogghansen.com
ddorris@kellogghansen.com
lpope@kellogghansen.com
dseverson@kellogghansen.com
tschultz@kellogghansen.com
apaul@kellogghansen.com
khorvitz@kellogghansen.com
eleo@kellogghansen.com
hdepalo@kellogghansen.com
jberg@kellogghansen.com
dnegron-reichard@kellogghansen.com
agosanko@kellogghansen.com
hweaver@kellogghansen.com
ngiotta@kellogghansen.com
xchen@kellogghansen.com
tkim@kellogghansen.com
dhicks@kellogghansen.com
edeblieux@kellogghansen.com
cshoabi@kellogghansen.com

- and –

**RODEY, DICKASON, SLOAN,
AKIN & ROBB, P.A.**
Melanie B. Stambaugh
P.O. Box 1888
Albuquerque, NM 87103-1888
Tel: (505) 765-5900
mstambaugh@rodey.com

*Attorneys for Defendant*

Approved as to form: *Via email March 28, 2026*

**RAÚL TORREZ**
**ATTORNEY GENERAL OF NEW MEXICO**

*/s/ James W. Grayson*
James W. Grayson
Chief Deputy Attorney General
Mark Noferi
Senior Litigation Counsel
Steven J. Perfrement
Senior Counsel
Bailey Quinn Colfax
Assistant Attorney General
**NEW MEXICO DEPARTMENT OF JUSTICE**
408 Galisteo St.
Santa Fe, NM 87501
Phone: (505) 490-4060
jgrayson@nmdoj.gov
mnoferi@nmdoj.gov
sperfrement@nmdoj.gov
bcolfax@nmdoj.gov

Lauren Perry
Assistant Attorney General
**NEW MEXICO DEPARTMENT OF JUSTICE**
201 3rd Street, Suite 300
Albuquerque, New Mexico 87102
Tel: (505) 490-4060
lperry@nmdoj.gov

Linda Singer *(Pro Hac Vice)*
David I. Ackerman *(Pro Hac Vice)*
Wesley Dunkirk *(Pro Hac Vice)*
Brendan Austin *(Pro Hac Vice)*
Jenna Forster (*Pro Hac Vice*)
**MOTLEY RICE LLC**
401 9th St., NW, Suite 630
Washington, D.C. 20004
Tel: (202) 232-5504
lsinger@motleyrice.com
dackerman@motleyrice.com
wdunkirk@motleyrice.com
baustin@motleyrice.com

Vincent L. Greene IV *(Pro Hac Vice)*
40 Westminster Street, 5th Floor
Providence, RI 02903
Tel: (401) 457-7730
vgreene@motleyrice.com

Michael J. Pendell *(Pro Hac Vice)*
20 Church Street, 17th Floor
Hartford, CT 06103
Tel: (860) 218-2722
mpendell@motleyrice.com

Michael J. Quirk *(Pro Hac Vice)*
1717 Arch Street, Suite 3610
Philadelphia, PA 19103
Tel: (610) 579-9932
mquirk@motleyrice.com

*Attorneys for Plaintiff the State of New Mexico*