# EXHIBIT A

APPEAL,E-ProSe,PROTO,PRVADR,REFDIS,RELATE

# U.S. District Court
# California Northern District (Oakland)
# CIVIL DOCKET FOR CASE #: 4:22-md-03047-YGR

IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION
Assigned to: Judge Yvonne Gonzalez Rogers
Referred to: Magistrate Judge Peter H Kang
Relate Case Case: 4:24-cv-04723-YGR
Case in other court: Ninth Circuit, 24-07032
Ninth Circuit, 24-07300
Ninth Circuit, 24-07304
Ninth Circuit, 24-07312
Ninth Circuit, 25-00584
Cause: 28:1332 Diversity-Product Liability

Date Filed: 10/06/2022
Jury Demand: Both
Nature of Suit: 365 Personal Inj. Prod. Liability
Jurisdiction: Diversity

**Plaintiff**

**Tammy Rodriguez**
*individually and as the Personal Representative of the Estate of Selena Rodriguez*

represented by

**Laura Marquez-Garrett**
Social Media Victims Law Center
600 1st Avenue, Suite 102-PMB 2383
Seattle, WA 98104
(206) 741-4862
Email: laura@socialmediavictims.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Christopher L Ayers**
Sbaiti & Company NJ LLC
100 Mulberry Street
3 Gateway Center, Suite 1102
Newark, NJ 07102
973-954-2000
Fax: 973-954-9710
Email: chris.ayers@sbaitilaw.com
*ATTORNEY TO BE NOTICED*

**Christopher A. Seeger**
Seeger Weiss LLP
55 Challenger Road, 6th Floor
Ridgefield Park, NJ 07660
(212) 584-0700
Email: cseeger@seegerweiss.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Glenn Draper**
Social Media Victims Law Center
600 1st Avenue, Suite 102-PMB 2383

Felhaber, Larson, Fenlon & Vogt, PA
220 South Sixth Street
Suite 2200
Minneapolis, MN 55402
612-373-8514
Fax: 612-338-0535
Email: rolson@felhaber.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Witness**

**Frances Haugen** represented by **Joshua A. Levy**
Levy Firestone Muse LLP
900 17th St. NW
Suite 605
Washington, DC 20006
202-261-6564
Email: jal@levyfirestone.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Christina Lamoureux**
Levy Firestone Muse LLP
900 17th Street NW
Suite 605
Washington, DC 20006
203-273-7737
Email: christinal@levyfirestone.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jonathan B. Gaskin**
Kaufhold Gaskin Gallagher LLP
485 Pacific Avenue
San Francisco, CA 94133
415-881-3189
Email: jgaskin@kaufholdgaskin.com
*ATTORNEY TO BE NOTICED*

**Witness**

**Jason Sattizahn** represented by **Michael William Ward**
Baker Botts L.L.P. - Palo Alto
California
1001 Page Mill Road
Building One
Suite 200, Ste 2000
Palo Alto, CA 94304
650-739-7538
Email: michael.ward@bakerbotts.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Karan Singh Dhadialla**

(See above for address)
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 07/31/2026 | 3318 | MOTION for leave to appear in Pro Hac Vice *Thomas J. McKenzie, Jr.* ( Filing fee $ 328, receipt number ACANDC-22282365.) filed by SOUTHEASTERN PENNSYLVANIA TRANSIT AUTHORITY. (Attachments: # 1 Exhibit A- Certificate of Good Standing)(McKenzie, Thomas) (Filed on 7/31/2026) (Entered: 07/31/2026) |
| 07/31/2026 | | Electronic filing error. This filing will not be processed by the clerks office. Please re-file in its entirety. Re: 3318 MOTION for leave to appear in Pro Hac Vice *Thomas J. McKenzie, Jr.* ( Filing fee $ 328, receipt number ACANDC-22282365.) filed by SOUTHEASTERN PENNSYLVANIA TRANSIT AUTHORITY.<br><br>Please use the Form for Application for Pro Hac Vice from the court website.<br>Please correct the case number on the document. 2-25-cv-00456 is not associated with this Meta MDL.<br><br>(eac, COURT STAFF) (Filed on 7/31/2026) (Entered: 07/31/2026) |
| 07/31/2026 | 3319 | **APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE; ORDER by Judge Yvonne Gonzalez Rogers Granting 3316 Motion for Pro Hac Vice (Robert A. Schwartz). (eac, COURT STAFF) (Filed on 7/31/2026)**<br>**Any non-CM/ECF Participants have been served by First Class Mail to the addresses of record listed on the Notice of Electronic Filing (NEF)**<br>**(Entered: 07/31/2026)** |
| 07/31/2026 | 3320 | STATE ATTORNEYS GENERALS CORRECTED EXHIBIT LIST by Commonwealth of Kentucky, People of the State of California, State of Colorado, State of New Jersey.. (Attachments: # 1 Exhibit Exhibit List)(Orem, Elizabeth) (Filed on 7/31/2026) Modified on 8/4/2026 (jlm, COURT STAFF). (Entered: 07/31/2026) |
| 07/31/2026 | 3321 | Proposed Findings of Fact by Meta Platforms, Inc. (Simonsen, Ashley) (Filed on 7/31/2026) Modified on 8/4/2026 (jlm, COURT STAFF). (Entered: 07/31/2026) |
| 07/31/2026 | 3322 | [REDACTED] Proposed Findings of Fact and Conclusions of Law by People of the State of California (Beckett, Samantha) (Filed on 7/31/2026) Modified on 8/4/2026 (jlm, COURT STAFF). (Entered: 07/31/2026) |
| 07/31/2026 | 3323 | Administrative Motion to File Under Seal *State Attorneys General's Proposed Findings of Fact and Conclusions of Law* filed by People of the State of California. (Attachments: # 1 State Attorneys General's Proposed Findings of Fact and Conclusions of Law (Sealed))(Beckett, Samantha) (Filed on 7/31/2026) (Entered: 07/31/2026) |
| 08/03/2026 | 3324 | MOTION Seeking Permission to Use Exhibits in Opening Statement filed by People of the State of California. Motion Hearing set for 8/13/2026 08:00 AM in Oakland, Courtroom 1, 4th Floor before Judge Yvonne Gonzalez Rogers. Responses due by 8/10/2026. (Read, Katherine) (Filed on 8/3/2026) (Entered: 08/03/2026) |
| 08/03/2026 | 3325 | Administrative Motion to File Under Seal *Motion Seeking Permission to Use Exhibits in Opening Statement* filed by People of the State of California. (Attachments: # 1 Unredacted Motion Seeking Permission to Use Exhibits in Opening Statement, # 2 Declaration of Katherine Read, # 3 Exhibit A, # 4 Exhibit B, # 5 Exhibit C, # 6 Exhibit D, # 7 Exhibit E, # 8 Exhibit F, # 9 Exhibit G, # 10 Exhibit H, # 11 Exhibit I, # 12 Exhibit J, # 13 Exhibit K, # 14 Exhibit L, # 15 Exhibit M, # 16 Exhibit N, # 17 Exhibit O, # 18 Exhibit P, # 19 Exhibit Q, # 20 Exhibit R, # 21 Exhibit S, # 22 Exhibit T, # 23 |

| | | |
|---|---|---|
| | | Exhibit U, # 24 Exhibit V, # 25 Exhibit W, # 26 Exhibit X, # 27 Exhibit Y, # 28 Exhibit Z, # 29 Exhibit AA, # 30 Exhibit BB, # 31 Exhibit CC, # 32 Exhibit DD, # 33 Exhibit EE, # 34 Exhibit FF, # 35 Exhibit GG, # 36 Exhibit HH, # 37 Exhibit II, # 38 Exhibit JJ, # 39 Exhibit KK, # 40 Exhibit LL, # 41 Exhibit MM, # 42 Exhibit NN, # 43 Proposed Order (Sealed))(Read, Katherine) (Filed on 8/3/2026) (Entered: 08/03/2026) |
| 08/04/2026 | 3326 | NOTICE of Appearance filed by Suzanne C. Bernstein on behalf of Commonwealth of Pennsylvania (Bernstein, Suzanne) (Filed on 8/4/2026) (Entered: 08/04/2026) |
| 08/04/2026 | 3327 | *****ERRONEOUS ENTRY; COUNSEL MUST FILE AS NEW CIVIL CASE*****<br><br>COMPLAINT *ISABELLA JACOB* against ByteDance, Inc., ByteDance, Ltd., Facebook Operations, LLC, Facebook Payments, Inc., Google LLC, Instagram, LLC, Meta Platforms, Inc., Siculus, Inc., Snap, Inc., TikTok LLC, TikTok Ltd, TikTok, Inc., YouTube, LLC ( Filing fee $ 405, receipt number ACANDC-22297270.). Filed by Isabella Jacob. (Attachments: # 1 Civil Cover Sheet Civil Cover Sheet)(Flaherty, Yvonne) (Filed on 8/4/2026) Modified on 8/5/2026 (jlm, COURT STAFF). (Entered: 08/04/2026) |
| 08/04/2026 | 3328 | *****ERRONEOUS ENTRY; COUNSEL MUST FILE AS NEW CIVIL CASE*****<br><br>P roposed Summons. (Flaherty, Yvonne) (Filed on 8/4/2026) Modified on 8/5/2026 (jlm, COURT STAFF). (Entered: 08/04/2026) |
| 08/04/2026 | 3329 | MOTION for leave to appear in Pro Hac Vice ( Filing fee $ 328, receipt number ACANDC-22297907.) filed by Navah P Larison. (Lusko, Michael) (Filed on 8/4/2026) (Entered: 08/04/2026) |
| 08/04/2026 | 3330 | *****ERRONEOUS ENTRY; COUNSEL MUST FILE AS NEW CIVIL CASE*****<br><br>COMPLAINT *KATHERINE MARLOWE* against ByteDance, Inc., ByteDance, Ltd., Facebook Operations, LLC, Facebook Payments, Inc., Google, LLC, Instagram, LLC, Meta Platforms, Inc., Siculus, Inc., Snap, Inc., TikTok, Inc., TikTok, LLC, TikTok, Ltd., YouTube, LLC ( Filing fee $ 405, receipt number ACANDC-22297940.). Filed by Katherine G Marlowe. (Attachments: # 1 Civil Cover Sheet)(Flaherty, Yvonne) (Filed on 8/4/2026) Modified on 8/5/2026 (jlm, COURT STAFF). (Entered: 08/04/2026) |
| 08/04/2026 | 3331 | *****ERRONEOUS ENTRY; COUNSEL MUST FILE AS NEW CIVIL CASE*****<br><br>Proposed Summons. (Flaherty, Yvonne) (Filed on 8/4/2026) Modified on 8/5/2026 (jlm, COURT STAFF). (Entered: 08/04/2026) |
| 08/05/2026 | 3332 | *****ERRONEOUS ENTRY; COUNSEL MUST FILE AS NEW CIVIL CASE*****<br><br>COMPLAINT *Benjamin Compton* against YouTube, LLC ( Filing fee $ 405, receipt number ACANDC-22299146.). Filed by Benjamin Compton. (Schwartz, Robert) (Filed on 8/5/2026) Modified on 8/5/2026 (jlm, COURT STAFF). (Entered: 08/05/2026) |
| 08/05/2026 | 3333 | *****ERRONEOUS ENTRY; COUNSEL MUST FILE AS NEW CIVIL CASE*****<br><br>COMPLAINT *Pier Giambrone* against YouTube, LLC ( Filing fee $ 405, receipt number ACANDC-22299168.). Filed by Pier Giambrone. (Schwartz, Robert) (Filed on 8/5/2026) Modified on 8/5/2026 (jlm, COURT STAFF). (Entered: 08/05/2026) |
| 08/05/2026 | 3334 | *****ERRONEOUS ENTRY; COUNSEL MUST FILE AS NEW CIVIL CASE*****<br><br>COMPLAINT *Alex Casado* against Instagram, LLC, Meta Platforms, Inc., Snap, Inc., Tik Tok, Inc., TikTok LLC, TikTok Ltd, YouTube, LLC, Alex Casado ( Filing fee $ 405, |