Victoria Maniatis, Esq.
MILBERG, PLLC
405 E. 50th Street
New York, NY 10022
Telephone: (212) 594-5300
Email: vmaniatis@milberg.com

*Attorney for Plaintiff Peoria Public Schools District 150*

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates To:<br><br>Peoria Public Schools District 150,<br>*Plaintiff,*<br><br>v.<br><br>Meta Platforms, Inc.; Instagram, LLC; Facebook Payments, Inc.; Siculus, Inc.; Facebook Operations, LLC; Facebook Holdings, LLC; Meta Payments Inc.; ByteDance Ltd.; ByteDance Inc.; TikTok Ltd.; TikTok LLC; TikTok Inc.; Snap, Inc.; Google, LLC; and YouTube, LLC,<br>*Defendants.* | MDL No. 3047<br><br>Case No.: 4:22-md-03047-YGR<br><br>**APPLICATION FOR PRO HAC VICE ADMISSION; ~~[PROPOSED]~~ ORDER**<br><br>Judge: Hon. Yvonne Gonzalez Rogers<br>Magistrate Judge: Hon. Peter H. Kang |

Plaintiff Peoria Public Schools District 150, by and through its counsel, Victoria Maniatis, Esq., moves and applies to the Court for an Order to admit Victoria Maniatis, Esq. to practice before this Court in this case pursuant to Civil Local Rule 11-3. In support of this application, Ms. Maniatis submits and certifies under oath the following:

1. That I am an active member in good standing of the New York State Bar and of the Southern District of New York;
2. That I agree to abide by the Standards of Professional Conduct set forth in Civil L.R. 11-4, and to become familiar with the Local Rules and Alternative Dispute Resolution Programs of this Court and, where applicable, with the Bankruptcy Local Rules;
3. That pursuant to the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, Rule 2.1(c), I am not required to have local counsel designated as co-counsel; and
4. That I have not previously been granted pro hac vice admission by this Court in the 12 months preceding this application.

Attached hereto as Exhibit A is a true and correct copy of a certificate of good standing issued by the Supreme Court of New York.

Dated this 11th day of September, 2026.

Respectfully submitted,

*/s/ Victoria Maniatis*
*Attorney for Plaintiff*
*Peoria Public Schools District 150*

**~~[PROPOSED]~~ ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**

IT IS HEREBY ORDERED THAT the application of Victoria Maniatis, Esq. is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: September 14, 2026

HON. YVONNE GONZALEZ ROGERS
CHIEF UNITED STATES DISTRICT JUDGE

EXHIBIT A

*Appellate Division of the Supreme Court*
*of the State of New York*
*Second Judicial Department*

*I, Darrell M. Joseph, Clerk of the Appellate Division of the Supreme Court of the State of New York, Second Judicial Department, do hereby certify that*

*Victoria J. Maniatis*

*was duly licensed and admitted to practice as an Attorney and Counselor at Law in all the courts of this State on* ***April 27, 1994,*** *has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counselors at Law on file in this office, is duly registered with the Office of Court Administration, and according to the records of this Court is currently in good standing as an Attorney and Counselor-at-Law.*

SUPREME COURT APPELLATE DIVISION • SECOND DEPARTMENT •

*In Witness Whereof, I have hereunto set my hand in the City of Brooklyn on September 9, 2026.*

*Clerk of the Court*

*CertID-00307216*

EXHIBIT A