Jenna P. Lyons (*Pro Hac Vice*)
LPJ LAW, P.C.
P.O. Box 16960
Missoula, MT 59808
406.541.4100
lyons@westernmontanalaw.com

Hillary P. Carls (*Pro Hac Vice pending*)
Carls Law, PLLC
27 N. Church Avenue
Bozeman, MT 59715
406.577.2145
hillary@carlslaw.com

*Attorneys for Vuckovich, et al., Plaintiffs and Putative Class Members*

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates To:<br><br>*Jessica Vuckovich, on behalf of P.P., a Minor Child, Z.M.L., and Ashley Delaney on behalf of C.W., a Minor Child,*<br>*Plaintiffs,*<br>*v.*<br>*Meta Platforms, Inc.; Instagram, LLC; and Facebook Operations, LLC,*<br>*Defendants.* | MDL No. 3047<br><br>Case No.: 4:22-md-03047-YGR<br><br>**APPLICATION FOR PRO HAC VICE ADMISSION; PROPOSED ORDER**<br><br>Judge: Hon. Yvonne Gonzalez Rogers<br>Magistrate Judge: Hon. Peter H. Kang<br><br>Date: September 21, 2026<br>Time: 2:00 P.M.<br>Place: Courtroom 1, 4th Floor |

Jessica Vuckovich, on behalf of P.P., a Minor Child, Z.M.L., and Ashley Delaney on behalf of C.W., a Minor Child, by and through their counsel, Jenna P. Lyons and Hillary P. Carls, moves and applies to the Court for an Order to admit Hillary P. Carls to practice before this Court in this case pursuant to Local Rule 11-3. In support of this application, Ms. Carls submits and certifies under oath the following:

1. That I am an active member in good standing of the Montana State bar;
2. That I agree to abide by the Standards of Professional Conduct set forth in Civil L.R. 11-4, and to become familiar with the Local Rules and Alternative Dispute Resolution Programs of this Court and, where applicable, with the Bankruptcy Local Rules;
3. That pursuant to Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, Rule 2.1(c), I am not required to have local counsel designated as co-counsel.
4. I have not previously been granted pro hac vice admission by the Court in the 12 months preceding this application.

Attached at Exhibit 1 is a true and correct copy of a certificate of good standing or other similar official document issued by the State of Montana Bar Association.

Dated this 14th day of September, 2026.

/s/ Hillary P. Carls
Hillary P. Carls
*Attorney for Vuckovich, et al., Plaintiffs and Putative Class Members (Pro Hac Vice pending)*

**ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY PRO HAC VICE**

IT IS HEREBY ORDERED THAT the application of Hillary P. Carls is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicated appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: ____________________

_______________________________________________
UNITED STATES DISTRICT/MAGISTRATE JUDGE