# *Certificate of Good Standing*

I, JILL DIVELEY, OF THE STATE BAR OF MONTANA, DO HEREBY CERTIFY

## **Hillary Prugh Carls**

was admitted to the State Bar of Montana on November 18, 2005 and that their name currently appears on the Roll of Attorneys in this office as a/an Active Attorney member in good standing*.

*Dated this day of September 03, 2026*

**This does not represent the records of the Office of Disciplinary Counsel, the agency in charge of discipline. To obtain verification or a statement of discipline please contact their office at P.O. Box 1099, Helena, MT 59624 or (406) 442-1648.*

SEAL OF THE STATE BAR OF MONTANA
SB MT

Jill Diveley