WILLIAMS & CONNOLLY LLP
Ashley W. Hardin, *pro hac vice*
680 Maine Avenue SW
Washington, DC 20024
Tel.: (202) 434-5000
ahardin@wc.com

*Attorneys for Defendants YouTube, LLC and Google LLC*

*[Additional parties and counsel listed on signature pages]*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION

This Document Relates To:

*Charleston County School District vs. Meta Platforms, Inc. et al*

Case No.: 4:23-CV-04659-YGR

MDL No. 3047

Case No. 4:22-MD-03047-YGR-PHK

**DEFENDANTS' PRELIMINARY WITNESS LIST (CHARLESTON)**

Judge: Hon. Yvonne Gonzalez Rogers
Magistrate Judge: Hon. Peter H. Kang

Pursuant to Case Management Order No. 36, Dkt. No. 3295, granting the Parties' Joint Stipulation and [Proposed] Order Regarding Pretrial Schedule (Tucson & Charleston), Dkt. No. 3265 (together, "Pretrial Order"), Defendants disclose this preliminary list of witnesses whom Defendants may call to present live testimony, or may designate deposition testimony for, in their case in chief during the liability phase at the trial for Charleston County School District ("CCSD").

Under the Pretrial Order, this list is preliminary, with a final list to be submitted on December 17, 2026. Defendants' list is based on the information reasonably available to them at this time. The inclusion of any name on this list is not a statement by any Defendant that the witness will or will not be available at the time of trial or will in fact testify at trial. Defendants reserve the right to amend or supplement this list, including per Rule 26, any order by the Court, or any other governing rule, including to call any records or data custodian necessary for the admission of any exhibit on Defendants' exhibit list that Defendants seek to introduce. Defendants reserve the right to counter-designate the deposition testimony of any witness, including any witness listed herein, in response to any deposition testimony designated by Plaintiff for that witness.

Pursuant to the Pretrial Order, Defendants identify by an asterisk whether the witness listed is viewed as a primary witness (asterisk) or only included as a precautionary measure (no asterisk). When Defendants indicate that a witness's testimony will occur by deposition designation, they intend to play deposition video (rather than reading from a transcript).

| Defendants' Witness List | | |
|---|---|---|
| **Witness** | **Description** | **Live or by Designation** |
| **District Employees** | | |
| Allie Tronoski* | Ms. Tronoski is the Guidance Counselor at Baptist Hill Middle - High School (2006-present). Defendants anticipate the witness testifying about, among other things, the lack of evidence to support Charleston's theory of causation from Defendants' actionable conduct, alternative causes of Charleston's alleged harms, and steps Charleston failed to take in response to the alleged conduct of Defendants. | Designation |
| Anita Huggins* | Ms. Huggins is the Superintendent of Schools for CCSD (2023-present) and a Rule 30(b)(6) representative of CCSD. Defendants anticipate the witness testifying about, among other things, the lack of evidence to support Charleston's theory of causation from Defendants' actionable conduct, alternative causes of Charleston's alleged harms, and steps Charleston failed to take in response to the alleged conduct of Defendants. | Designation |
| Anna Dassing* | Ms. Dassing is the Principal of Lucy Garrett Beckham High School (2017-present). Defendants anticipate the witness testifying about, among other things, the lack of evidence to support Charleston's theory of causation from Defendants' actionable conduct, alternative causes of Charleston's alleged harms, and steps Charleston failed to take in response to the alleged conduct of Defendants. | Designation |
| Daniel Prentice* | Mr. Prentice is the Chief Financial Officer of CCSD (2024-present) and a Rule 30(b)(6) representative of CCSD. Defendants anticipate the witness testifying about, among other things, the lack of evidence to support Charleston's theory of causation from Defendants' actionable conduct, alternative causes of Charleston's alleged harms, and steps Charleston failed to take in response to the alleged conduct of Defendants. | Designation |
| Ellen Nitz* | Ms. Nitz is the Director of Nursing for CCSD (2019-present). Defendants anticipate the witness testifying about, among other things, the lack of evidence to support Charleston's theory of causation from Defendants' actionable conduct, alternative causes of Charleston's | Designation |

| | | |
|---|---|---|
| | alleged harms, and steps Charleston failed to take in response to the alleged conduct of Defendants. | |
| Kenneth Buckheister* | Mr. Buckheister is an Executive Associate for Information Technology for CCSD (2020-present) and a Rule 30(b)(6) representative of CCSD. Defendants anticipate the witness testifying about, among other things, the lack of evidence to support Charleston's theory of causation from Defendants' actionable conduct, alternative causes of Charleston's alleged harms, and steps Charleston failed to take in response to the alleged conduct of Defendants. | Designation |
| Lisa Allison* | Ms. Allison is the Executive Director of Student Support Services for CCSD (2022-present) and a Rule 30(b)(6) representative of CCSD. Defendants anticipate the witness testifying about, among other things, the lack of evidence to support Charleston's theory of causation from Defendants' actionable conduct, alternative causes of Charleston's alleged harms, and steps Charleston failed to take in response to the alleged conduct of Defendants. | Designation |
| Michael Reidenbach* | Mr. Reidenbach is the Executive Director of Security and Emergency Management for CCSD (2021-present). Defendants anticipate the witness testifying about, among other things, the lack of evidence to support Charleston's theory of causation from Defendants' actionable conduct, alternative causes of Charleston's alleged harms, and steps Charleston failed to take in response to the alleged conduct of Defendants. | Designation |
| Shavonna Coakley* | Ms. Coakley is the Associate Superintendent at CCSD (2024-present) and a Rule 30(b)(6) representative of CCSD. Defendants anticipate the witness testifying about, among other things, the lack of evidence to support Charleston's theory of causation from Defendants' actionable conduct, alternative causes of Charleston's alleged harms, and steps Charleston failed to take in response to the alleged conduct of Defendants. | Designation |
| Sherry Eppelsheimer* | Ms. Eppelsheimer is the Associate Superintendent of High Schools for CCSD. Defendants anticipate the witness testifying about, among other things, the lack of evidence to support Charleston's theory of causation from Defendants' actionable conduct, alternative causes of Charleston's alleged harms, and steps Charleston failed to take in response to the alleged conduct of Defendants. | Designation |

| | | |
|---|---|---|
| Thomas Nawrocki* | Mr. Nawrocki is the Executive Director of IT, Network Operations, and Cybersecurity for CCSD. Defendants anticipate the witness testifying about, among other things, the lack of evidence to support Charleston's theory of causation from Defendants' actionable conduct, alternative causes of Charleston's alleged harms, and steps Charleston failed to take in response to the alleged conduct of Defendants. | Designation |
| **Meta Employees** | | |
| Lars Backstrom | Mr. Backstrom is Vice President, Engineering at Meta. Meta anticipates he will testify about Meta's ranking and recommendation systems. | Live |
| Bryce Bartlett | Dr. Bartlett is a Research Director at Meta. Meta anticipates he will testify about Meta's internal research, including why Meta conducts research, the study designs of that research, and how Meta acts on that research. | Live |
| Monika Bickert | Ms. Bickert is former Vice President, Content Policy at Meta. Meta anticipates that she will testify about Meta's development and enforcement of its safety and well-being policies. | Live or Designation |
| Nicholas Clegg | Mr. Clegg was the President of Global Affairs at Meta. Meta anticipates that he may testify about Meta's public relations efforts and Meta's age assurance and verification policies. | Designation |
| Antigone Davis | Ms. Davis is Global Head of Safety at Meta. Meta anticipates that she will testify about Meta's safety and well-being efforts and tools, including those related to age verification. | Live or Designation |
| Elena Davis* | Dr. Davis is a User Experience Researcher at Meta. Meta anticipates that she will testify about Meta's internal research, including why Meta conducts research, the study designs of that research, and how Meta acts on that research. | Live or Designation |
| Anya Drabkin | Dr. Drabkin is a User Experience Researcher at Meta. Meta anticipates she will testify about Meta's internal research, including why Meta conducts research, the study designs of that research, and how Meta acts on that research. | Live or Designation |

| | | |
|---|---|---|
| Dayna Geldwert | Ms. Geldwert is a Public Policy Director at Meta. Meta anticipates that she will testify about Meta's initiatives concerning schools. | Live or Designation |
| Kate Gotimer | Ms. Gotimer is Vice President, Integrity & Support Operations. Meta anticipates she will testify about Meta's development and enforcement of its safety and well-being policies. | Live |
| Wendy Gross | Ms. Gross is a Global Marketing Insights Leader at Meta. Meta anticipates she will testify about Meta's internal research, including why Meta conducts research, the study designs of that research, and how Meta acts on that research. | Live |
| Kristin Hendrix | Dr. Hendrix is Vice President, Integrity & Support Operations and former Instagram Head of Research at Meta. Meta anticipates that she will testify about Meta's internal research on teen well-being on its platforms, how it relates to external research on teen mental health, and how Meta acts on that research. | Live |
| Adam Mosseri* | Mr. Mosseri is Head of Instagram. Meta anticipates that he will testify about Meta's safety well-being efforts and the development of well-being tools on Instagram. | Live |
| Karina Newton | Ms. Newton is former Public Policy Director at Meta. Meta anticipates that she will testify about Meta's well-being and safety policies and tools. | Live or Designation |
| Sayed Otaru* | Mr. Otaru is Director, Product Staff at Meta. Meta anticipates that he will testify about development and operation of Meta's well-being and safety tools. | Live |
| Michel Protti | Mr. Protti is the Chief Privacy and Compliance Officer at Meta. Meta anticipates that he will testify about Meta's age assurance policies and enforcement and changes to Meta's platforms. | Live or Designation |
| Guy Rosen | Mr. Rosen is a former Vice President, Product Management and Chief Information Security Officer at Meta. Meta anticipates that he will testify about Meta's integrity policies and practices and the development and operation of Meta's well-being and safety tools. | Live or Designation |

| | | |
|---|---|---|
| Brad Ruderman | Mr. Ruderman is Director, Data Engineering at Meta. Meta anticipates he will testify about Meta's data and related analyses. | Live |
| Alex Schultz | Mr. Schultz is Chief Data Officer and former Chief Marketing Officer and Vice President, Analytics at Meta. Meta anticipates that he will testify about Meta's marketing, analytics, revenue, and work related to teen users. | Live or Designation |
| Yoav Shapira | Mr. Shapira is Vice President, Reality AI and former Senior Director of Engineering at Meta. Meta anticipates that he will testify about Meta's integrity policies and practices. | Live |
| Jessica Walton | Ms. Walton is a Finance Director at Meta. Meta anticipates she will testify about Meta's revenue and finances. | Live |
| Nicholas Wakefield | Mr. Wakefield is Vice President, Analytics at Meta. Meta anticipates that he will testify about Meta's data, including usage data, revenue data, and other data. | Live |
| **Snap Employees** | | |
| Jennifer Stout* | Snap anticipates Ms. Stout would testify about Snap's safety efforts, including reporting CSAM on Snapchat, and Snapchat functionality, design, and features. | Live |
| Rachel Hochhauser* | Snap anticipates Ms. Hochhauser would testify about Snap's safety efforts, including reporting CSAM on Snapchat. | Live or Designation |
| Jacob Andreou | Snap anticipates Mr. Andreou would testify about Snap's safety efforts, including reporting CSAM on Snapchat, and Snapchat functionality, design, and features. | Designation |
| Jacqueline Beauchere | Snap anticipates Ms. Beauchere would testify about Snap's safety efforts, including reporting CSAM on Snapchat, and Snapchat functionality, design, and features. | Designation |
| Jonathan Brody | Snap anticipates Mr. Brody would testify about Snap's safety efforts and Snapchat functionality, design, and features. | Designation |
| Jeb Boniakowski | Snap anticipates Mr. Boniakowski would testify about Snap's safety efforts, including reporting CSAM on Snapchat, and Snapchat functionality, design, and features. | Designation |

| | | |
|---|---|---|
| David Boyle | Snap anticipates Mr. Boyle would testify about Snap's safety efforts, including reporting CSAM on Snapchat, and Snapchat functionality, design, and features. | Designation |
| Claudia Chan | Snap anticipates Ms. Chan would testify about Snap's safety efforts and Snapchat functionality, design, and features. | Designation |
| Morgan Hammerstrom | Snap anticipates Ms. Hammerstrom would testify about Snap user research. | Designation |
| Matt Jackson | Snap anticipates Mr. Jackson would testify about Snap's safety efforts, including reporting CSAM on Snapchat. | Designation |
| David Levenson | Snap anticipates Mr. Levenson would testify about Snapchat functionality, design, and features. | Designation |
| Alex Osborne | Snap anticipates Mr. Osborne would testify about Snap's safety efforts, including reporting CSAM on Snapchat, and Snapchat functionality, design, and features. | Designation |
| Deborah Oshuntola | Snap anticipates Ms. Oshuntola would testify about Snap's safety efforts, including reporting CSAM on Snapchat, and Snapchat functionality, design, and features. | Designation |
| Abby Tran | Snap anticipates Ms. Tran would testify about Snap's safety efforts, including reporting CSAM on Snapchat, and Snapchat functionality, design, and features. | Designation |
| Althea Tupper | Snap anticipates Ms. Tupper would testify about Snap's safety efforts, including reporting CSAM on Snapchat, and Snapchat functionality, design, and features. | Designation |
| Michael Weissinger | Snap anticipates Mr. Weissinger would testify about Snap's safety efforts and Snapchat functionality, design, and features. | Designation |
| Nona Yadegar | Snap anticipates Ms. Yadegar would testify about Snap's safety efforts, including reporting CSAM on Snapchat, and Snapchat functionality, design, and features. | Designation |
| **TikTok Employees** | | |
| Julie de Bailliencourt | Bailliencourt is expected to testify about TikTok's trust and safety policies and practices, the Trust and Safety Team's collaboration with various products teams, and TikTok's safety features. | Designation |

| | | |
|---|---|---|
| Blake Chandlee | Chandlee is expected to testify about TikTok's business model, revenue streams, and advertising policies and strategies. | Designation |
| Christina Crimmins* | Crimmins is expected to testify about TikTok's trust and safety policies and practices, the Trust and Safety Team's collaboration with various products teams, and TikTok's safety features. | Designation |
| Eric Ebenstein* | Ebenstein is expected to testify about TikTok's partnerships with third-party organizations to promote safety features., marketing/promotion of safety features, and TikTok safety features. | Live |
| Sandeep Grover* | Grover is expected to testify about TikTok's Trust and Safety policies and practices, the Trust and Safety Team's collaboration with various products teams, TikTok's safety features. | Live |
| Eric Han | Han is expected to testify about TikTok's trust and safety policies and practices, the Trust and Safety Team's collaboration with various products teams, and TikTok's safety features. | Designation |
| Samantha Kersul* | Kersul is expected to testify about TikTok's partnerships with third-party organizations to promote safety features, and TikTok safety features. | Live |
| Suzy Loftus* | Loftus is expected to testify about TikTok's trust and safety policies and practices, TikTok's safety features, and TikTok's collaboration with third party organizations to promote safety features. | Live |
| Matthew Tenenbaum | Tenenbaum is expected to testify about TikTok's safety features. | Designation |
| Wenjia Zhu | Zhu is expected to testify about TikTok's commitment to safety, TikTok's business model, and the Trust and Safety Team's collaboration with various products teams. | Designation |
| **YouTube Employees** | | |
| James Beser* | YouTube would call Mr. Beser to testify about YouTube's youth experiences and youth safety features. | Live |
| Cristos Goodrow* | YouTube would call Mr. Goodrow to testify about YouTube's design and features, experiences for both adults | Live |

| | | |
|---|---|---|
| | and youth on the platform, and YouTube's offerings for schools. | |
| Raj Iyengar* | YouTube would call Mr. Iyengar to testify about YouTube's youth experiences and youth safety features. | Live |
| Tanaya Kasavana* | YouTube would call Ms. Kasavana to testify about YouTube's youth safety features and communications with parents. | Live |
| Woojin Kim* | YouTube would call Mr. Kim to testify about YouTube's design and features, experiences for both adults and youth on the platform, and YouTube's offerings for schools. | Live |
| Matt Fischer-Colbrie | YouTube would call Mr. Fischer-Colbrie to testify about YouTube's advertising policies and practices. | Live |
| John Hebda | YouTube would call Mr. Hebda to testify about YouTube's process and metrics for setting strategy and measuring progress. | Live |
| Adi Jain | YouTube would call Mr. Jain to testify about YouTube's youth safety policies and processes, including underage account detection. | Live |
| Kathryn Kurtz | YouTube would call Ms. Kurtz to testify about YouTube's offerings for schools and YouTube as a learning tool. | Designation |
| Neal Mohan | YouTube would call Mr. Mohan to testify about strategy, design choices and features, experiences for both adults and youth on the platform, underage account detection, and offerings for schools. | Live |
| Tom Saffell | YouTube would call Mr. Saffell to testify about age assurance and the signed-out experience. | Live |
| Erin Turner | YouTube would call Ms. Turner to testify about YouTube's youth safety features. | Live |
| Reid Watson | YouTube would call Mr. Watson to testify about YouTube's design and wellbeing features. | Live |
| **Experients** | | |
| Dr. Stephen J. Aguilar | Dr. Aguilar is an Associate Professor of Education in the Rossier School of Education at the University of Southern California (USC). Defendants anticipate that he will testify about the issues addressed in his report, including | Live |

| | | |
|---|---|---|
| | educational technology (including social media) and the role of technology in education, including Plaintiff's use of technology. | |
| Dr. Randy Auerbach* | Dr. Auerbach is a Professor in the Department of Psychiatry and the Co-Director of the Center for the Prevention and Treatment of Depression at Columbia University. Defendants anticipate that he will testify about the issues addressed in his report, including the relationship between the use of social media (and its features) and mental health. | Live |
| Dr. Bryce Bartlett* | Dr. Bartlett is a Research Director at Meta. Meta anticipates he will testify about Meta's internal research, including why Meta conducts research, the study designs of that research, and how Meta acts on that research. | Live |
| Dr. Jeremy Birnholtz | Dr. Birnholtz is a Professor in the Department of Communication Studies and the Department of Computer Science at Northwestern University. Meta anticipates that he will testify about reasonable design. | Live |
| Dr. Sandeep Chatterjee | Dr. Chatterjee is the Chief Executive Officer of Experantis LLC, a technology consulting company. Snap anticipates that he will testify about the issues addressed in his report, including Snapchat's features and reasonable design. | Live |
| Dr. Jeffrey Hall* | Dr. Hall is a Professor and the Department Chair of Communications Studies at the University of Kansas. YouTube anticipates that he will testify about the issues addressed in his report, including the relationship between YouTube use and well-being. | Live |
| Dr. Keith Hampton* | Dr. Hampton is a Professor in the Department of Media and Information at the College of Communication Arts and Sciences at Michigan State University. Defendants anticipate that he will testify about the issues addressed in his report, including the relationship between the use of social media (and its features) and mental health. | Live |
| Dr. Kristin Hendrix* | Dr. Hendrix is Vice President, Integrity & Support Operations and former Instagram Head of Research at Meta. Meta anticipates that she will testify about Meta's internal research on teen well-being on its platforms, how it relates to external research on teen mental health, and how Meta acts on that research. | Live |

| | | |
|---|---|---|
| Dr. Ethan L. Hutt* | Dr. Hutt is a Faculty Fellow in Education and an Associate Professor in the School of Education at the University of North Carolina. Defendants anticipate that he will testify about the issues addressed in his report, including the history of education and Plaintiff's damages plan. Defendants also anticipate that he will testify about the impact of American schools' historical attempts to address new social phenomena through curricular expansion and the impact (or lack thereof) of social media on the Charleston County School District. | Live |
| Dr. Kevin Keller | Dr. Keller is a Professor of Marketing in the Tuck School of Business at Dartmouth College. Meta anticipates that he will testify about the issues addressed in his report, including marketing and warnings. | Live |
| Dr. Darius Lakdawalla* | Dr. Lakdawalla is a Professor of Pharmaceutical Economics, the Quintiles Chair in Pharmaceutical Development and Regulatory Innovation, and Chief Scientific Officer in the Leonard D. Schaeffer Center for Health Economics and Policy at USC. Defendants anticipate that he will testify about the issues addressed in his report, including social media's impact on Charleston, damages and abatement costs. | Live |
| Dr. Neil R. Malhotra | Dr. Malhotra is a Professor of Political Economy in the Graduate School of Business and a Professor in the Department of Political Science at Stanford University. TikTok anticipates that he will testify about corporate social responsibility. | Live |
| Dr. Chris Mattmann | Dr. Mattmann is the Chief Data and Artificial Intelligence Officer at the University of California, Los Angeles (UCLA). TikTok anticipates that he will testify about TikTok's platform, including reasonable design. | Live |
| Dr. Robert Nelson* | Dr. Nelson is an Assistant Professor of Educational Leadership in the Kremen School of Education and Human Development at the California State University, Fresno. Defendants anticipate that he will testify about the issues addressed in his report, including school policy and budgeting processes, including Charleston's school policies and processes, social media's impact on Charleston, and Dr. Hoover's recommendations for addressing the purported negative effects of social media on Charleston. | Live |

| | | |
|---|---|---|
| Dr. A. Yesim Orhun | Dr. Orhun is an Associate Professor of Marketing in the Stephen M. Ross School of Business and an Associate Professor of Information in the School of Information at the University of Michigan. YouTube anticipates that she will testify about the issues addressed in her report, including warnings. | Live |
| Dr. Scott Patten* | Dr. Patten is Professor Emeritus of Epidemiology in the Cumming School of Medicine. Defendants anticipate that he will testify about the issues addressed in his report, including the relationship between the use of social media (and its features) and mental health. | Live |
| Dr. Marcus Rogers | Dr. Rogers is a Professor, Associate Dean for Faculty, and Director of the Cyber Forensic Lab at Purdue University. Meta anticipates that Dr. Rogers will testify about CSAM/CSE. | Live |
| Dr. Peter Rossi | Dr. Rossi is a Professor of Marketing, Statistics, and Economics in the Anderson School of Management at UCLA. Defendants anticipate that he will testify about the issues addressed in his report, including warnings. | Live |
| John Starr | Mr. Starr is an independent consultant that focuses on the technology industry's response to online child sexual abuse. Meta anticipates that he will testify about CSAM/CSE. | Live |
| Dr. Michael Stern* | Dr. Stern is a Professor and Chair of the Department of Media and Information at Michigan State University. Defendants anticipate that he will testify about the issues addressed in his report, including survey methodology and the survey conducted by Plaintiff's expert. | Live |
| Dr. Diana Wildermuth* | Dr. Wildermuth is a Lecturer in Educational Practice in the Graduate School of Education at the University of Pennsylvania. Defendants anticipate that she will testify about the issues addressed in her report, including school counseling and student services, social media's impact on Charleston, and Dr. Hoover's recommendations for addressing the purported negative effects of social media on Charleston. | Live |

DATED: September 14, 2026

Respectfully submitted,

By: */s/ Ashley W. Hardin*

ASHLEY W. HARDIN, *pro hac vice*
ahardin@wc.com
J. ANDREW KEYES, *pro hac vice*
akeyes@wc.com
NEELUM J. WADHWANI (SBN 247948)
nwadhwani@wc.com
WILLIAMS & CONNOLLY LLP
680 Maine Avenue, SW
Washington, DC 20024
Tel.: (202) 434-5000

*Attorneys for Defendants YouTube, LLC and Google LLC*

*/s/ Ashley M. Simonsen*

Ashley M. Simonsen (Bar No. 275203)
COVINGTON & BURLING LLP
1999 Avenue of the Stars
Los Angeles, California 90067
Telephone: (424) 332-4800
Facsimile: (424) 332-4749
Email: asimonsen@cov.com

Phyllis A. Jones (*pro hac vice*)
Paul W. Schmidt (*pro hac vice*)
Christian J. Pistilli (*pro hac vice*)
COVINGTON & BURLING LLP
One City Center
850 Tenth Street, NW
Washington, DC 20001-4956
Telephone: (202) 662-6000
Facsimile: (202) 662-6291
Email: pajones@cov.com
Email: pschmidt@cov.com
Email: cpistilli@cov.com

*Attorneys for Defendants Meta Platforms, Inc. f/k/a Facebook, Inc. and Instagram, LLC*

*/s/ Jonathan H. Blavin*
JONATHAN H. BLAVIN (State Bar No. 230269)
Jonathan.Blavin@mto.com
MUNGER, TOLLES & OLSON LLP
560 Mission Street, 27th Floor
San Francisco, CA 94105
Tel: (415) 512-4000

E. MARTIN ESTRADA (State Bar No. 223802)
Martin.Estrada@mto.com
L. ASHLEY AULL (State Bar No. 257020)
Ashley.Aull@mto.com
VICTORIA A. DEGTYAREVA (State Bar No. 284199)
Victoria.Degtyareva@mto.com
MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue, 50th Floor
Los Angeles, CA 90071
Tel.: (213) 683-9100

ALLISON BROWN (*pro hac vice*)
alli.brown@kirkland.com
KIRKLAND & ELLIS LLP
2005 Market Street, Suite 1000
Philadelphia, PA 19103
Tel.: (215) 268-5000

JESSICA DAVIDSON (*pro hac vice*)
jessica.davidson@kirkland.com
JOHN J. NOLAN (*pro hac vice*)
jack.nolan@kirkland.com
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, NY 10022
Tel.: (212) 446-4800

*Attorneys for Defendant Snap Inc.*

*/s/ Geoffrey M. Drake*
GEOFFREY M. DRAKE, *pro hac vice*
gdrake@kslaw.com
TACARA D. HARRIS, *pro hac vice*
tharris@kslaw.com
KING & SPALDING LLP
1180 Peachtree Street, NE, Suite 1600
Atlanta, GA 30309
Telephone: (404) 572-4600
Facsimile: (404) 572-5100

DAVID P. MATTERN, *pro hac vice*
dmattern@kslaw.com
KING & SPALDING LLP

1700 Pennsylvania Avenue, NW
Suite 900
Washington, D.C. 20006
Telephone: (202) 737-0500
Facsimile: (202) 626-3737

BAILEY J. LANGNER (SBN 307753)
blangner@kslaw.com
KING & SPALDING LLP
50 California Street, Suite 3300
San Francisco, CA 94111
Telephone: (415) 318-1200
Facsimile: (415) 318-1300

*/s/ Daniel M. Petrocelli*
Daniel M. Petrocelli (SBN 97802)
Sabrina H. Strong (SBN 200292)
O'MELVENY & MYERS
1999 Avenue of the Stars
8th Floor
Los Angeles, CA 90067
Telephone: (310) 553-6700
Email: dpetrocelli@omm.com
sstrong@omm.com

Steve Brody (*pro hac vice*)
O'MELVENY & MYERS
1625 Eye Street
Washington, DC 20006
Telephone: (202) 383-5300
Email: sbrody@omm.com

*Attorneys for Defendants TikTok Inc., ByteDance Inc., ByteDance Ltd., TikTok Ltd., and TikTok, LLC*

**FILER'S ATTESTATION**

I, Ashley W. Hardin, hereby attest, pursuant to N.D. Cal. Civil L.R. 5-1, that the concurrence to the filing of this document has been obtained from each signatory hereto.

DATED: September 14, 2026 By: */s/ Ashley W. Hardin*
Ashley W. Hardin