UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

United States District Court
Northern District of California

IN RE: SOCIAL MEDIA ADC ,

Plaintiff(s),

v.

,

Defendant(s).

Case No. 4:22-MD-03047-YGR

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, Basil E. Adham, an active member in good standing of the bar of Texas, hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: Plaintiffs in the above-entitled action. My local co-counsel in this case is Waived per Doc 2 - Order, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California. Local co-counsel's bar number is: Not Applicable.

| | |
|---|---|
| 2925 Richmond Ave., Ste. 1700 Houston, TX 77098 | Waived per Doc 2 - Order |
| MY ADDRESS OF RECORD | LOCAL CO-COUNSEL'S ADDRESS OF RECORD |
| (713) 626-9336 | Not Applicable |
| MY TELEPHONE # OF RECORD | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD |
| BAdham@johnsonlawgroup.com | Not Applicable |
| MY EMAIL ADDRESS OF RECORD | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 24081742.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I have been granted pro hac vice admission by the Court 0 times in the 12 months preceding this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules. I declare under penalty of perjury that the foregoing is true and correct.

Dated: September 15, 2026

Basil E. Adham
APPLICANT

---

ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Basil E. Adham is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: ______________________

______________________________
UNITED STATES DISTRICT/MAGISTRATE JUDGE

United States District Court
Northern District of California

# STATE BAR OF TEXAS

*Office of the Chief Disciplinary Counsel*

August 26, 2026

Re: Basil Emad Adham, State Bar Number 24081742

To Whom It May Concern:

This is to certify that Basil Emad Adham was licensed to practice law in Texas on January 27, 2014, and is an active member in good standing with the State Bar of Texas. "Good standing" means that the attorney is current on payment of Bar dues; has met Minimum Continuing Legal Education requirements; and is not presently under either administrative or disciplinary suspension from the practice of law.

Our records reflect there are no pending grievances at this time.

No previous disciplinary sanctions have been entered against the attorney’s law license.

This certification expires 30 days from the date, unless sooner revoked or rendered invalid by operation of rule or law.

Sincerely,

Seana Willing
Chief Disciplinary Counsel
SW/web

# The Supreme Court of Texas

AUSTIN

CLERK'S OFFICE

**I, BLAKE HAWTHORNE,** Clerk of the Supreme Court of Texas, certify that the records of this office show that

**Basil Emad Adham**

was duly admitted and licensed as an attorney and counselor at law by the Supreme Court of Texas on the 27th day of January, 2014.

I further certify that the records of this office show that, as of this date

**Basil Emad Adham**

is presently enrolled with the State Bar of Texas as an active member in good standing.

**IN TESTIMONY WHEREOF** witness my signature and the seal of the Supreme Court of Texas at the City of Austin, this, the 26th day of August, 2026.

BLAKE HAWTHORNE, Clerk

Clerk, Supreme Court of Texas

No. 7439C.1

This certification expires thirty days from this date, unless sooner revoked or rendered invalid by operation of rule or law.