UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION

This Document Related to:
ALL ACTIONS

MDL No. 3047

Case No. 4:22-md-03047-YGR

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, Beth Wilkinson, an active member in good standing of the bar of the District of Columbia, hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: Defendants Meta Platforms, Inc. and Instagram LLC in the above-entitled action. My local co-counsel in this case is Ashley Simonsen, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the state of California. Local co-counsel's bar number is: 27503.

WILKINSON STEKLOFF LLP
2001 M St. NW, 10th Floor
Washington, DC 10036
MY ADDRESS OF RECORD

(202) 847-4000
MY TELEPHONE # OF RECORD

bwilkinson@wilkinsonstekloff.com
MY EMAIL ADDRESS OF RECORD

COVINGTON & BURLING LLP
1999 Avenue of the Stars
Los Angeles, CA 90067
LOCAL CO-COUNSEL'S ADDRESS OF RECORD

(424) 332-4800
LOCAL CO-COUNSEL'S TELEPHONE# OF RECORD

asimonsen@cov.com
LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD

I am an active member in good standing of a United States Court or the highest court of another State or District of Columbia, as indicated above, and my bar number is: 462561.

A true and correct copy of a certificate of good standing or equivalent official document

from said bar is attached to this application.

I have been granted pro hac vice admission by the Court two times in the 12 months proceeding this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules. I declare under penalty of perjury that the foregoing is true and correct.

Dated: September 20, 2026

*/s/ Beth Wilkinson*
APPLICANT

---

ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: September 21, 2026

UNITED STATES DISTRICT/
~~MAGISTRATE~~ JUDGE