# EXHIBIT B

Message

**From:** [redacted] [/O=THEFACEBOOK/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=E3DA412E11F34950B1499BE4686726F7[redacted]]
**Sent:** 9/11/2024 5:57:24 PM
**To:** [redacted]@meta.com]; [redacted]@meta.com]; Liza Crenshaw [redacted]@meta.com]; [redacted]@meta.com]
**Subject:** Message summary [{"otherUserFbId":null,"threadFbId":8345858955527798}]

[redacted] [redacted] (9/11/2024 08:36:30 PDT):
>Hey [redacted], question on Project Nido - are all of the tactics in the comms plan confirmed? Are the op-eds from [redacted] Validators slated to run? If so, in what publications and penned by who? Is the celeb partnership confirmed?

[redacted] [redacted] (9/11/2024 08:37:07 PDT):
>Need [redacted] know what's kosher to pull into the Look Ahead. Thank you!

[redacted] [redacted] (9/11/2024 08:40:47 PDT):
>Also, [redacted]e we using the term "Project Nido" externally, or is that an internal code name? Wondering if we should be labeling it Project Nido in the Look Ahead, or calling it something else?

[redacted] [redacted] (9/11/2024 08:41:41 PDT):
>internal code name! external = Teen Accounts.

[redacted] [redacted] (9/11/2024 08:41:48 PDT):
>celeb partnership for launch event = jessica alba

[redacted] [redacted] (9/11/2024 08:41:49 PDT):
>got [redacted], thank you!

[redacted] [redacted] (9/11/2024 08:42:10 PDT):
>adding our wonderful STO here (who is in briefings)

[redacted] [redacted] (9/11/2024 08:42:33 PDT):
>thank [redacted]u!!!

[redacted] [redacted] (9/11/2024 08:42:55 PDT):
>what [redacted]xactly will jessica alba be doing?? social content to amplify?

[redacted] [redacted] (9/11/2024 08:44:14 PDT):
>in a meeting, brb!

[redacted] [redacted] (9/11/2024 10:31:41 PDT):
>sorry for the delay - my POV is the lookahead should be a high-level sanitized version of this (given it is under strict embargo and we are worried about leaks)

[redacted] [redacted] (9/11/2024 10:35:04 PDT):
>got [redacted], aligned! we will run all blurbs by you ahead of time

Liza Crenshaw (9/11/2024 10:47:36 PDT):
>I would use Nido for now and yes high level is great

[redacted] [redacted] (9/11/2024 10:57:24 PDT):
>thank[redacted]iza!