# EXHIBIT C

Message

**From:** [redacted] [redacted]@meta.com]
**Sent:** 9/7/2024 12:21:42 AM
**To:** [redacted]@meta.com]; [redacted]@meta.com]; [redacted]@meta.com]; [redacted]@meta.com]; Allison Hartnett [redacted]meta.com]
**Subject:** Message summary [{"otherUserFbId":null,"threadFbId":8192475730787936}]
**Attachments:** http://www.facebook.com/3755566587998621; http://www.facebook.com/532485809156770; http://www.facebook.com/1237077240816033; http://www.facebook.com/1270546397715553

[redacted](9/06/2024 07:50:30 PDT):
>Hey [redacted] is on Naomi's team and thye're looking at also donating Nido swag to their teams. I said I'd connect you to help coordinate fro your vendor?

[redacted](9/06/2024 07:51:23 PDT):
>+Allison who i believe also contributed budget

[redacted](9/06/2024 07:53:27 PDT):
>Hi, the IG + Allison's swag has already been run and shipped, so this would have to be a new order.

[redacted] (9/06/2024 07:54:03 PDT):
>You can contact [redacted] at Creative Solutions <[redacted]creativesolutions.net> and ask her about options to order more!

[redacted] (9/06/2024 07:55:55 PDT):
>Hi all - no problem at all. I just wanted to check if we covered everyone including Youth STOs, SteerCo, YLR, YSG. @Allison Hartnett can you advise?
>
>If not, we can ask Naomi to fund the additional order. Want to ensure our stakeholders are all captured as this was definitely "it takes a village" experience from genesis to build to launch.

[redacted] (9/06/2024 07:56:44 PDT):
>If they were covered, we can also discuss an additional gift from CP.

[redacted](9/06/2024 07:57:26 PDT):
[redacted] - could you share the list of people from the prior order so we can reference if we do an additional gift?

[redacted](9/06/2024 07:57:55 PDT):
>Thanks all!

Allison Hartnett (9/06/2024 08:38:57 PDT):
>I didn't cover them - I added 50 which is for the Central working team

[redacted](9/06/2024 09:07:23 PDT):
>all good - I'll follow up with Naomi/[redacted] to get this going.

[redacted] (9/06/2024 09:19:31 PDT):
>Hi, we didnt account for them either. It was a rough count but indexed mostly on IG specific core team

[redacted](9/06/2024 09:28:04 PDT):
>[redacted] FYI

[redacted](9/06/2024 10:04:08 PDT):
>[redacted] could you share the mocks of the swag? Naomi would like us to get legal review. (Unless you already had IG legal review)

[redacted] (9/06/2024 16:20:42 PDT):
>Hi - quick bump here whenever you get a chance. [redacted]/Legal are standing by to review.

[redacted](9/06/2024 17:05:14 PDT):
>Hi [redacted], here's the sticker and hat art

[redacted](9/06/2024 17:05:17 PDT):

shared: http://www.facebook.com/3755566587998621

[redacted](9/06/2024 17:05:19 PDT):

shared: http://www.facebook.com/532485809156770

[redacted] (9/06/2024 17:05:44 PDT):
>In case those files are difficult to open, this one is the astronaut sticker.

[redacted] (9/06/2024 17:05:46 PDT):

shared: http://www.facebook.com/1237077240816033

[redacted] (9/06/2024 17:10:09 PDT):
>here's an actual picture of the printed hat that should also work for approvals.

[redacted] (9/06/2024 17:10:10 PDT):

shared: http://www.facebook.com/1270546397715553

[redacted] (9/06/2024 17:14:04 PDT):
>Thank you! Is there any meta or IG logo on the hat anywhere?

[redacted] (9/06/2024 17:21:42 PDT):
>nope


a/c priv
47
47 CLEAN UP
ADJUSTABLE