# EXHIBIT D

Message

**From:** Allison Hartnett [/O=THEFACEBOOK/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=[redacted]]
**Sent:** 9/9/2024 7:47:59 PM
**To:** Miki Rothschild [redacted]@meta.com]; [redacted]@meta.com]; [redacted]@meta.com]; Naomi Gleit [redacted]@meta.com]; [redacted]@meta.com]; [redacted]@meta.com]; [redacted]@meta.com]; [redacted]@meta.com]; Allison Hartnett [redacted]@meta.com]
**Subject:** Message summary [{"otherUserFbId":null,"threadFbId":7429442193828836}]

Miki Rothschild (9/09/2024 08:02:40 PDT):
>@Naomi, quick update on preflighting predicted age with [redacted]. [redacted] spent ~1 hour with him 1:1 walking him last Friday through context and getting his feedback. [redacted] more granular feedback is now incorporated into the deck, the high level feedback he shared:
>
>- "Overall, [redacted] is aligned that Option B is the best option of the set due to its balance of friction for those for [redacted] we got prediction wrong, transparency, and addressing evasion risks."

Miki Rothschild (9/09/2024 08:07:52 PDT):
>@Naomi Gleit, quick update on preflighting predicted age with [redacted]. [redacted] spent ~1 hour with him 1:1 walking him last Friday through context and getting his feedback. [redacted] will also be in Youth Leadership tomorrow so we don't plan to set up another preflight with him. We are checking with him this morning how to get [redacted]s feedback -- whether async or live -- will update you here.
>
[redacted] granular feedback is now incorporated into the deck, the high level feedback he shared:
>
>- "Overall, [redacted] is aligned that Option B is the best option of the set due to its balance of friction for those for [redacted] we got prediction wrong, transparency, and addressing evasion risks."
>- A lot of landing this will come down to great UX that takes into account our models will be wrong some times and still provide a graceful experience.
>- There's a lot of implementation details to think through that aren't in the deck like model thresholds (Recall/False Positive Rate), graduation and edge cases (model stability). (NOTE: we intentionally didn't include to keep the deck focused)

Naomi Gleit (9/09/2024 08:08:59 PDT):
>ok sounds good

Naomi Gleit (9/09/2024 08:09:14 PDT):
>thanks

[redacted] (9/09/2024 08:58:04 PDT):
>Hi Naomi - circling back on the launch swag: confirming both XY and IG Legal have reviewed and are OK with the Nido Swag.
>
>As next step, [redacted] will kindly order the additional launch swag. Thanks, [redacted]!

Naomi Gleit (9/09/2024 09:37:29 PDT):
>sounds good

Naomi Gleit (9/09/2024 12:46:01 PDT):
>hi i just saw [redacted] in the hall and he basically is upset we "Scheduled over his meeting tomorrow"

Naomi Gleit (9/09/2024 12:46:15 PDT):
>so he is not available to meet

Allison Hartnett (9/09/2024 12:47:38 PDT):
>Let me go check with [redacted] - must have been a miscommunication

Naomi Gleit (9/09/2024 12:47:59 PDT):
>yes perhaps thank you