UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION

This Document Relates To:

*ALL ACTIONS*

MDL No. 3047

Case No.: 4:22-md-03047-YGR

**[PROPOSED] ORDER GRANTING SEALING STIPULATION REGARDING PI/SD PLAINTIFFS' RESPONSE TO META'S NOTICE OF INTENT TO UNDERTAKE REASSESSMENT OF PRIVILEGE REDACTIONS IN PRODUCED DOCUMENTS (ECF 3470)**

Judge: Hon. Yvonne Gonzalez Rogers
Magistrate Judge: Hon. Peter H. Kang

The Court has considered the Parties' Sealing Stipulation Regarding PI/SD Plaintiffs' Response to Meta's Notice of Intent to Undertake Reassessment of Privilege Redactions in Produced Documents, filed September 21, 2026. Pursuant to Civil Local Rules 7-11 and 79-5 and the Court's Order Setting Sealing Procedures (ECF No. 341), and for the reasons set forth in the accompanying Sealing Stipulation, the Court rules as follows on the Parties' undisputed redactions:

| **Filing** | **Portion to be Redacted/Sealed** | **Action to be Taken** | **Court Order** |
|---|---|---|---|
| PI/SD Plaintiffs' Response to Meta's Notice of Intent to Undertake Reassessment of Privilege Redactions in Produced Documents, Exhibit B (ECF 3470-3) | Names of non-executive employees and other PII appearing at META3047MDL-129-00078018 (PDF p. 2) | Redact specified portions | |
| PI/SD Plaintiffs' Response to Meta's Notice of Intent to Undertake Reassessment of Privilege Redactions in Produced Documents, Exhibit C (ECF 3470-4) | Names of non-executive employees and non-parties, and other PII appearing at META3047MDL-318-00017941 – 7942 (PDF pp. 2-3) | Redact specified portions | |
| PI/SD Plaintiffs' Response to Meta's Notice of Intent to Undertake Reassessment of Privilege Redactions in Produced Documents, Exhibit D (ECF 3470-5) | Names of non-executive employees and other PII appearing at META3047MDL-112-00050279 (PDF p. 2) | Redact specified portions | |

**IT IS SO ORDERED.**

DATED:

___________________________________

HON. YVONNE GONZALEZ ROGERS
CHIEF UNITED STATES DISTRICT JUDGE