David C Grossman, Esq
Grossman & Kelly LLP
1248 Montauk Highway
West Islip, NY 11795
Telephone: 631- 352-0146
Email:
dgrossman@kgkfirm.com
*Attorney for Plaintiff*

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates To:<br><br>*Columbus City Schools District*<br>*Plaintiff*<br>*v.*<br>*Meta Platforms, Inc.; et al.*<br>*Defendants.* | MDL No. 3047<br><br>Case No.: 4:22-md-03047-YGR<br><br>**APPLICATION FOR PRO HAC VICE ADMISSION; ORDER**<br><br>Judge: Hon. Yvonne Gonzalez Rogers<br>Magistrate Judge: Hon. Peter H. Kang |

Columbus City Schools District, by and through their counsel, David C. Grossman, Esq, moves and applies to the Court for an Order to admit, David C. Grossman, Esquire to practice before this Court in this case pursuant to Local Rule 11-3. In support of this application, Mr. Grossman submits and certifies under oath the following:

1. That I am an active member in good standing of the New York State Bar and the Eastern District of New York;
2. That I agree to abide by the Standards of Professional Conduct set forth in

Civil L.R. 11-4, and to become familiar with the Local Rules and Alternative Dispute Resolution Programs of this Court and, where applicable, with the Bankruptcy Local Rules;

3. That pursuant to Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, Rule 2.1(c), I am not required to have local counsel designated as co-counsel.
4. I have not previously been granted pro hac vice admission by the Court in the 12 months preceding this application.

Attached at Exhibit 1 is a true and correct copy of a certificate of good standing or other similar official document issued by the State of New York Association.

Dated this 23rd day of September 2026.

/s/ David C. Grossman
David C. Grossman
*Attorney for Plaintiff*

ORDER GRANTING APPLICATION

FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of David C. Grossman Esq, is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicated appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: September ___, 2026

___________________________________
UNITED STATES DISTRICT/MAGISTRATE JUDGE

# EXHIBIT 1

# *Appellate Division of the Supreme Court of the State of New York Second Judicial Department*

*I, Darrell M. Joseph, Clerk of the Appellate Division of the Supreme Court of the State of New York, Second Judicial Department, do hereby certify that*

## *David Craig Grossman*

*was duly licensed and admitted to practice as an Attorney and Counselor at Law in all the courts of this State on* ***April 26, 1995****, has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counselors at Law on file in this office, is duly registered with the Office of Court Administration, and according to the records of this Court is currently in good standing as an Attorney and Counselor-at-Law.*

*In Witness Whereof, I have hereunto set my hand in the City of Brooklyn on September 10, 2026.*

*Clerk of the Court*

*CertID-00307554*

Appellate Division
Supreme Court of the State of New York
Second Judicial Department
45 Monroe Place
Brooklyn, N.Y. 11201
(718) 875-1300

HECTOR D. LASALLE
PRESIDING JUSTICE

DARRELL M. JOSEPH
CLERK OF THE COURT

KENNETH BAND
MELISSA KRAKOWSKI
DEPUTY CLERKS

WENDY STYNES
LAUREN G. DOME
BRIAN E. KENNEDY
RIAD P. WILLIAMS
ASSOCIATE DEPUTY CLERKS

To Whom It May Concern

An attorney admitted to practice by this Court may request a certificate of good standing, which is the only official document this Court issues certifying to an attorney's admission and good standing.

An attorney's registration status, date of admission and disciplinary history may be viewed through the attorney search feature on the website of the Unified Court System.

New York State does not register attorneys as active or inactive.

An attorney may request a disciplinary history letter from the Attorney Grievance Committee of the Second Judicial Department.

Bar examination history is available from the New York State Board of Law Examiners.

Instructions, forms and links are available on this Court's website.

Darrell M. Joseph
Clerk of the Court