Kristen Grimes
Weitz &
Luxenberg P.C.
New York, NY 10003
212-558-5563
Kgrimes@weitzlux.com
*Attorney for Plaintiffs*

**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION**

IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION

This Document Relates To:

*J.M., individually and as next friend of J.M., a Minor Child,
Plaintiffs,
v.
Instagram, LLC et al;
Defendants.*

MDL No. 3047

Case No.: 4:22-MD-03047-YGR

**APPLICATION FOR PRO HAC VICE ADMISSION**

J.M., on behalf of J.M., a Minor Child, by and through their counsel, Kristen Grimes, moves and applies to the Court for an Order to admit Kristen Grimes to practice before this Court in this case pursuant to Local Rule 11-3. In support of this application, Ms. Grimes submits and certifies under oath the following:

1. That I am an active member in good standing of the New York State bar; my bar number is 6334395;

2. That I agree to abide by the Standards of Professional Conduct set forth in Civil L.R. 11-4, and to become familiar with the Local Rules and Alternative

Dispute Resolution Programs of this Court and, where applicable, with the Bankruptcy Local Rules;

3. That I have obtained local counsel in this matter.

4. Local Counsel's information is as follows:

Devin Bolton (SBN 290037)
Dbolton@weitzlux.com
1880 Century Park East
Suite 700
Los Angeles, CA 90067
P: (310) 786-9927

5. I have not previously been granted pro hac vice admission by the Court in the 12 months preceding this application.

Attached as Exhibit 1 is a true and correct copy of a certificate of good standing or other similar official document issued by the State of New York Bar Association.

Dated this 23rd day of September 2026.

/s/ Kristen Grimes
Kristen Grimes
*Attorney for Plaintiffs*

ORDER GRANTING APPLICATION

FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Kristen Grimes for admission pro hac vice in MDL No. 3047, In re Social Media Adolescent Addiction/Personal Injury Products Liability Litigation, is GRANTED, subject to the terms and conditions of Civil L.R. 11-3.

All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: September 23, 2026

UNITED STATES DISTRICT/~~MAGISTRATE~~ JUDGE