**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**CIVIL MINUTES**

| | | |
|---|---|---|
| **Date:** September 22, 2026 | **Time:** 1 Hour 45 Minutes | **Judge:** YVONNE GONZALEZ ROGERS |
| **Case No.**: 22-md-03047-YGR<br>25-cv-05081-YGR<br>26-cv-06333-YGR | **Case Name:** In Re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation<br>Sullivan v. Meta Platforms, Inc., et al<br>Vuckovich et al v. Meta Platforms, Inc. et al | |

**Attorney for Plaintiff:** Jason Slothouber (Lead Counsel)
**Attorney for Defendant:** Paul Schmidt (Lead Counsel)

**Deputy Clerk:** Nicole Hall **Court Reporter:** Recorded by Zoom.

**PROCEEDINGS**

Further Case Management Conference– Held.
Motion to Dismiss – Held.
Motion to Remand – Held.

Pretrial Conference scheduled for November 13, 2026, at 2:00pm, in Oakland, Courtroom 1, 4th Floor before Judge Yvonne Gonzalez Rogers.

In the matter of 22-md-03047-YGR and 23-cv-05081-YGR: The Court heard argument on pending pretrial disputes and discusses exhibits. Arguments are taken under submission.

In the matter of 25-cv-05081-YGR: The Court heard argument on the Defendant's Motion to Dismiss. Arguments are taken under submission.

In the matter of 26-cv-02463-YGR: The defendant's Motion to Transfer is argued and submitted.

In the matter of 26-cv-06333-YGR: Plaintiff's Motion to Remand is argued and submitted.

Written Order to follow.