Jonathan H. Blavin, SBN 230269
MUNGER, TOLLES & OLSON LLP
560 Mission Street, 27th Floor
San Francisco, CA 94105-3089
Telephone: (415) 512-4000
Facsimile: (415) 512-4077
Email: jonathan.blavin@mto.com

E. Martin Estrada (SBN 223802)
Martin.Estrada@mto.com
L. Ashley Aull (SBN 257020)
Ashley.Aull@mto.com
Victoria A. Degtyareva (SBN 284199)
Victoria.Degtyareva@mto.com
MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue, 50th Floor
Los Angeles, CA 90071
Tel.: (213) 683-9100

Attorneys for Snap Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION<br><br>ALL ACTIONS | Case No. 4:22-md-03047-YGR<br><br>MLD No. 3047<br><br>**SUPPLEMENTAL CORPORATE DISCLOSURE STATEMENT**<br><br>Date Filed: October 6, 2022<br>Judge: Hon. Yvonne Gonzalez Rogers<br>Trial Date: Not set |

## SUPPLEMENTAL CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Snap Inc. hereby submits this Supplemental Corporate Disclosure Statement and states as follows:

- Snap Inc. ("Snap") is a publicly held corporation and has no parent corporation.
- In November 2017, Tencent Holdings Limited ("TCEHY") informed Snap that it had purchased 10% or more of Snap's capital stock. These shares were purchased through a private affiliated company of Tencent.
- FMR LLC previously reported beneficial ownership exceeding 10% of Snap's Class A common stock in Schedule 13G filings made in October 2022 and February 2023; however, FMR LLC's most recent Schedule 13G/A reports beneficial ownership of approximately 4.8% and therefore is not currently a 10% holder.

Pursuant to Civil L.R. 3-15, the undersigned, counsel of record for Defendant Snap Inc., certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

- Defendant Snap Inc.
- Tencent Holdings Limited ("TCEHY"), which holds 10% or more of Snap's capital stock.

The undersigned is presently unaware of any other parties that must be disclosed pursuant to Rule 7.1 of the Federal Rules of Civil Procedure or Local Rule 3-15. The undersigned reserves the right to file a supplemental statement upon any change in the information that this statement requires.

DATED: September 28, 2026

**MUNGER, TOLLES & OLSON LLP**

By: */s/ Jonathan H. Blavin*

Jonathan H. Blavin, SBN 230269
MUNGER, TOLLES & OLSON LLP
560 Mission Street, 27th Floor
San Francisco, CA 94105-3089
Telephone: (415) 512-4000
Facsimile: (415) 512-4077
Email: jonathan.blavin@mto.com

E. Martin Estrada (SBN 223802)
Martin.Estrada@mto.com
L. Ashley Aull (SBN 257020)
Ashley.Aull@mto.com
Victoria A. Degtyareva (SBN 284199)
Victoria.Degtyareva@mto.com
MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue, 50th Floor
Los Angeles, CA 90071
Tel.: (213) 683-9100

*Attorneys for Defendant Snap Inc.*