Lexi J. Hazam (SBN 224457)
lhazam@lchb.com
LIEFF CABRASER HEIMANN
& BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956-1000

Previn Warren (*pro hac vice*)
pwarren@motleyrice.com
MOTLEY RICE LLC
401 9th Street NW, Suite 630
Washington, DC 20004
Telephone: (202) 386-9610

*Plaintiffs' Co-Lead Counsel*

Jennie Lee Anderson (SBN 203586)
jennie@andrusanderson.com
ANDRUS ANDERSON LLP
1970 Broadway, Suite 1070
Oakland, CA 94612
Telephone: (415) 986-1400

*Plaintiffs' Liaison Counsel*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION

This Document Relates to:

*D.L., by and through his Guardian Ad Litem, Brynda Lattimore v. Meta Platforms Inc., et al.*, 4:26-cv-04531-YGR;

*J.T., individually and as of next friend of M.T., minor v. Meta Platforms, Inc. et al.*, 4:26-cv-7106-YGR;

*U.M, individually and next friend to minor Z.W v. Meta Platforms, Inc. et al.*, 4:26-cv-7141-YGR;

*C.W., by and through her Guardian Ad Litem, Michael Williams v. Meta Platforms Inc., et al.*, 4:26-cv-07217-YGR;

*T.H, individually and as next friend of K.C, a minor v. Meta Platforms, Inc., formerly known as Facebook, Inc., et al.*, 4:26-cv-7566-YGR;

*A.W. individually and as next friend L.B., a minor v. ByteDance Ltd. et al.*, 4:26-cv-7994-YGR;

*J. H-J., individually and as next friend to*

Case No. 4:22-MD-03047-YGR

MDL No. 3047

**DECLARATION OF JENNIE LEE ANDERSON IN SUPPORT OF PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL EXHIBITS TO THE DECLARATION OF JENNIE LEE ANDERSON IN SUPPORT OF PLAINTIFFS' NINETEENTH CONSOLIDATED *EX PARTE* APPLICATION FOR APPOINTMENT OF GUARDIANS *AD LITEM***

*T.K., a minor v. Meta Platforms, Inc., formerly known as Facebook, Inc. et al.*, 4:26-cv-8201-YGR;

*Holly Burke, as guardian and next friend of NGRV Doe 001, a minor v. ByteDance, Ltd. et al.*, 4:26-cv-8446-YGR;

*Dan Creed, as guardian and next friend of NGRV Doe 002, a minor v. Meta Platforms, Inc. et al.*, 4:26-cv-08559-YGR;

*R.B., individually and as next friend to K.B., a minor v. Meta Platforms, Inc., f/k/a Facebook, Inc. et al.*, 4:26-cv-08685-YGR;

*T.N., individually and as next friend to A.H, a minor v. Meta Platforms, Inc., f/k/a Facebook, Inc. et al.*, 4:26-cv-08690-YGR;

*A.G., individually and as next friend to A.J., a minor v. Instagram LLC et al.*, 4:26-cv-08695-YGR;

*J.J., individually and as next friend to J.J, a minor v. Instagram LLC et al.*, 4:26-cv-08701-YGR;

*Stewart Davis, as guardian and next friend of NGRV Doe 003, a minor v. Meta Platforms, Inc. et al.*, 4:26-cv-08945-YGR;

*S.H., individually and as next friend J.G. v. Meta Platforms, Inc., f/k/a Facebook, Inc. et al.*, 4:26-cv-9440-YGR;

*M.L., individually and as next friend to J. L., a minor v. Meta Platforms, Inc., f/k/a Facebook, Inc. et al.*, 4:26-cv-9488-YGR;

*S.B., individually and as next friend to D.B., a minor v. Instagram LLC et al.*, 4:26-cv-9519-YGR;

*C.A., individually and as next friend of A.F., a minor v. Instagram LLC et al.*, 4:26-cv-9532-YGR;

*C.W., individually and as next friend to Z.H., a minor v. Instagram LLC et al.*, 4:26-cv-9537-YGR;

*A.C., individually or as next friend to P.H., a minor v. Meta Platforms, Inc., f/k/a Face book, Inc. et al.*, 4:26-cv-9624-YGR;

*M.B., individually and as next friend to K.B., a minor v. Instagram LLC et al.*, 4:26-cv-9644-YGR;

*M.C., individually and as next friend to C.C., a minor v. Meta Platforms, Inc., f/k/a Facebook, Inc. et al.*, 4:26-cv-10003-YGR;

*R.L., individually and as next friend to J.L., a minor v. Instagram LLC et al.*, 4:26-cv-10016-YGR;

*Tamara Tamblyn on behalf of her child S.T., v. Google LLC, et al.*, 4:26-cv-10220-YGR;

*K.H., individually and as next friend to E.H., a minor v. Instagram LLC et al.*, 4:26-cv-10348-YGR;

*T.D., individually and as next friend to R.D., a minor v. Instagram LLC et al.*, 4:26-cv-10357-YGR;

*R.B., individually and as next friend to S.L., a minor v. Meta Platforms, Inc., f/k/a Facebook, Inc. et al.*, 4:26-cv-10370-YGR;

*D.W., individually and as next friend to H.W., a minor v. Instagram LLC et al.*, 4:26-cv-10466-YGR;

*Malekia Burns, guardian and next friend of NGRV Doe 005, a minor v. Meta Platforms, Inc. et al.*, 4:26-cv-10500-YGR;

*Tashara Harper, as guardian and next friend of NGRV Doe 007, a minor v. Meta Platforms, Inc. et al.*, 4:26-cv-10586-YGR.

I, Jennie Lee Anderson, do hereby declare and state as follows:

1. I am a partner with the law firm of Andrus Anderson LLP. I am duly admitted to practice before the courts of the State of California and in the Northern District of California. I am the Court-appointed Liaison Counsel for Plaintiffs *In re Social Media Adolescent Addiction/Personal Injury Products Litigation*, Case No. 4:22-MD-03047, and a counsel of record for the Plaintiff in *Rodriguez v. Meta Platforms, Inc., et al.*, Case No. 4:22-cv-00401. I make this declaration of my own personal knowledge and, if called as a witness, I could and would testify competently to the matters stated below.

2. I make this declaration in support of Plaintiffs' Administrative Motion to File Under Seal Exhibits to the Declaration of Jennie Lee Anderson in Support of Plaintiffs' Nineteenth Consolidated *Ex Parte* Application for Appointment of Guardians *Ad Litem* ("Administrative Motion to Seal").

3. For the reasons set forth in Plaintiffs' administrative motion to seal filed on February 28, 2023 (ECF No. 147) and the Administrative Motion to Seal filed herewith, Plaintiffs seek to seal the Exhibits attached to the Declaration of Jennie Lee Anderson in Support of Plaintiffs' Nineteenth Consolidated *Ex Parte* Application for Appointment of Guardians *Ad Litem* ("Anderson Declaration").

4. True and correct copies of the following Exhibits to the Anderson Declaration are as follows and attached hereto:

- *D.L., by and through his Guardian Ad Litem, Brynda Lattimore v. Meta Platforms Inc., et al.*, 4:26-cv-04531-YGR (Exhibit 1);
- *J.T., individually and as of next friend of M.T., minor v. Meta Platforms, Inc. et al.*, 4:26-cv-7106-YGR (Exhibit 2);
- *U.M, individually and next friend to minor Z.W v. Meta Platforms, Inc. et al.*, 4:26-cv-7141-YGR (Exhibit 3);
- *C.W., by and through her Guardian Ad Litem, Michael Williams v. Meta Platforms Inc., et al.*, 4:26-cv-07217-YGR (Exhibit 4);
- *T.H, individually and as next friend of K.C, a minor v. Meta Platforms, Inc., formerly known as Facebook, Inc., et al.*, 4:26-cv-7566-YGR (Exhibit 5);
- *A.W. individually and as next friend L.B., a minor v. ByteDance Ltd. et al.*, 4:26-cv-7994-YGR (Exhibit 6);
- *J. H-J., individually and as next friend to T.K., a minor v. Meta Platforms, Inc., formerly known as Facebook, Inc. et al.*, 4:26-cv-8201-YGR (Exhibit 7);
- *Holly Burke, as guardian and next friend of NGRV Doe 001, a minor v. ByteDance, Ltd. et al.*, 4:26-cv-8446-YGR (Exhibit 8);
- *Dan Creed, as guardian and next friend of NGRV Doe 002, a minor v. Meta Platforms, Inc. et al.*, 4:26-cv-08559-YGR (Exhibit 9);

- *R.B., individually and as next friend to K.B., a minor v. Meta Platforms, Inc., f/k/a Facebook, Inc. et al.*, 4:26-cv-08685-YGR (Exhibit 10);
- *T.N., individually and as next friend to A.H, a minor v. Meta Platforms, Inc., f/k/a Facebook, Inc. et al.*, 4:26-cv-08690-YGR (Exhibit 11);
- *A.G., individually and as next friend to A.J., a minor v. Instagram LLC et al.*, 4:26-cv-08695-YGR (Exhibit 12);
- *J.J., individually and as next friend to J.J, a minor v. Instagram LLC et al.*, 4:26-cv-08701-YGR (Exhibit 13);
- *Stewart Davis, as guardian and next friend of NGRV Doe 003, a minor v. Meta Platforms, Inc. et al.*, 4:26-cv-08945-YGR (Exhibit 14);
- *S.H., individually and as next friend J.G. v. Meta Platforms, Inc., f/k/a Facebook, Inc. et al.*, 4:26-cv-9440-YGR (Exhibit 15);
- *M.L., individually and as next friend to J. L., a minor v. Meta Platforms, Inc., f/k/a Facebook, Inc. et al.*, 4:26-cv-9488-YGR (Exhibit 16);
- *S.B., individually and as next friend to D.B., a minor v. Instagram LLC et al.*, 4:26-cv-9519-YGR (Exhibit 17);
- *C.A., individually and as next friend of A.F., a minor v. Instagram LLC et al.*, 4:26-cv-9532-YGR (Exhibit 18);
- *C.W., individually and as next friend to Z.H., a minor v. Instagram LLC et al.*, 4:26-cv-9537-YGR (Exhibit 19);
- *A.C., individually or as next friend to P.H., a minor v. Meta Platforms, Inc., f/k/a Face book, Inc. et al.*, 4:26-cv-9624-YGR (Exhibit 20);
- *M.B., individually and as next friend to K.B., a minor v. Instagram LLC et al.*, 4:26-cv-9644-YGR (Exhibit 21);
- *M.C., individually and as next friend to C.C., a minor v. Meta Platforms, Inc., f/k/a Facebook, Inc. et al.*, 4:26-cv-10003-YGR (Exhibit 22);
- *R.L., individually and as next friend to J.L., a minor v. Instagram LLC et al.*, 4:26-cv-10016-YGR (Exhibit 23);
- *Tamara Tamblyn on behalf of her child S.T., v. Google LLC, et al.*, 4:26-cv-10220-YGR (Exhibit 24);

- *K.H., individually and as next friend to E.H., a minor v. Instagram LLC et al.*, 4:26-cv-10348-YGR (Exhibit 25);
- *T.D., individually and as next friend to R.D., a minor v. Instagram LLC et al.*, 4:26-cv-10357-YGR (Exhibit 26);
- *R.B., individually and as next friend to S.L., a minor v. Meta Platforms, Inc., f/k/a Facebook, Inc. et al.*, 4:26-cv-10370-YGR (Exhibit 27);
- *D.W., individually and as next friend to H.W., a minor v. Instagram LLC et al.*, 4:26-cv-10466-YGR (Exhibit 28);
- *Malekia Burns, guardian and next friend of NGRV Doe 005, a minor v. Meta Platforms, Inc. et al.*, 4:26-cv-10500-YGR (Exhibit 29);
- *Tashara Harper, as guardian and next friend of NGRV Doe 007, a minor v. Meta Platforms, Inc. et al.*, 4:26-cv-10586-YGR (Exhibit 30).

5. Pursuant to Civil Local Rule 7-11, on June 15, 2023, Defendants agreed to a standing stipulation that the individual applications seeking appointment of guardians *ad litem* in this litigation may be filed under seal. Defendants also confirmed that, in so stipulating, Defendants do not waive, and expressly reserve, their right to seek an order or orders in the future to unseal individual applications and/or require parents who wish to proceed pseudonymously going forward make a showing of good cause.

I declare under penalty of perjury pursuant to the laws of the United States of America that the foregoing is true and correct.

Dated: September 29, 2026

Respectfully submitted,

*/s/Jennie Lee Anderson*
Jennie Lee Anderson

ANDRUS ANDERSON LLP
1970 Broadway, Suite 1070
Oakland, CA 94612
Telephone: (415) 986-1400
Facsimile: (415) 986-1474
jennie@andrusanderson.com

*Plaintiffs' Liaison Counsel*