**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION

This Document Relates to:

*D.L., by and through his Guardian Ad Litem, Brynda Lattimore v. Meta Platforms Inc., et al.*, 4:26-cv-04531-YGR;

*J.T., individually and as of next friend of M.T., minor v. Meta Platforms, Inc. et al.*, 4:26-cv-7106-YGR;

*U.M, individually and next friend to minor Z.W v. Meta Platforms, Inc. et al.*, 4:26-cv-7141-YGR;

*C.W., by and through her Guardian Ad Litem, Michael Williams v. Meta Platforms Inc., et al.*, 4:26-cv-07217-YGR;

*T.H, individually and as next friend of K.C, a minor v. Meta Platforms, Inc., formerly known as Facebook, Inc., et al.*, 4:26-cv-7566-YGR;

*A.W. individually and as next friend L.B., a minor v. ByteDance Ltd. et al.*, 4:26-cv-7994-YGR;

*J. H-J., individually and as next friend to T.K., a minor v. Meta Platforms, Inc., formerly known as Facebook, Inc. et al.*,

Case No. 4:22-MD-03047-YGR

MDL No. 3047

**[PROPOSED] ORDER RE PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL EXHIBITS TO THE DECLARATION OF JENNIE LEE ANDERSON IN SUPPORT OF PLAINTIFFS' NINETEENTH CONSOLIDATED *EX PARTE* APPLICATION FOR APPOINTMENT OF GUARDIANS *AD LITEM***

4:26-cv-8201-YGR;

*Holly Burke, as guardian and next friend of NGRV Doe 001, a minor v. ByteDance, Ltd. et al.*, 4:26-cv-8446-YGR;

*Dan Creed, as guardian and next friend of NGRV Doe 002, a minor v. Meta Platforms, Inc. et al.*, 4:26-cv-08559-YGR;

*R.B., individually and as next friend to K.B., a minor v. Meta Platforms, Inc., f/k/a Facebook, Inc. et al.*, 4:26-cv-08685-YGR;

*T.N., individually and as next friend to A.H, a minor v. Meta Platforms, Inc., f/k/a Facebook, Inc. et al.*, 4:26-cv-08690-YGR;

*A.G., individually and as next friend to A.J., a minor v. Instagram LLC et al.*, 4:26-cv-08695-YGR;

*J.J., individually and as next friend to J.J, a minor v. Instagram LLC et al.*, 4:26-cv-08701-YGR;

*Stewart Davis, as guardian and next friend of NGRV Doe 003, a minor v. Meta Platforms, Inc. et al.*, 4:26-cv-08945-YGR;

*S.H., individually and as next friend J.G. v. Meta Platforms, Inc., f/k/a Facebook, Inc. et al.*, 4:26-cv-9440-YGR;

*M.L., individually and as next friend to J. L., a minor v. Meta Platforms, Inc., f/k/a Facebook, Inc. et al.*, 4:26-cv-9488-YGR;

*S.B., individually and as next friend to D.B., a minor v. Instagram LLC et al.*, 4:26-cv-9519-YGR;

*C.A., individually and as next friend of A.F., a minor v. Instagram LLC et al.*, 4:26-cv-9532-YGR;

*C.W., individually and as next friend to Z.H., a minor v. Instagram LLC et al.*, 4:26-cv-9537-YGR;

*A.C., individually or as next friend to P.H., a minor v. Meta Platforms, Inc., f/k/a Face book, Inc. et al.*, 4:26-cv-9624-YGR;

*M.B., individually and as next friend to*

*K.B., a minor v. Instagram LLC et al.*, 4:26-cv-9644-YGR;

*M.C., individually and as next friend to C.C., a minor v. Meta Platforms, Inc., f/k/a Facebook, Inc. et al.*, 4:26-cv-10003-YGR;

*R.L., individually and as next friend to J.L., a minor v. Instagram LLC et al.*, 4:26-cv-10016-YGR;

*Tamara Tamblyn on behalf of her child S.T., v. Google LLC, et al.*, 4:26-cv-10220-YGR;

*K.H., individually and as next friend to E.H., a minor v. Instagram LLC et al.*, 4:26-cv-10348-YGR;

*T.D., individually and as next friend to R.D., a minor v. Instagram LLC et al.*, 4:26-cv-10357-YGR;

*R.B., individually and as next friend to S.L., a minor v. Meta Platforms, Inc., f/k/a Facebook, Inc. et al.*, 4:26-cv-10370-YGR;

*D.W., individually and as next friend to H.W., a minor v. Instagram LLC et al.*, 4:26-cv-10466-YGR;

*Malekia Burns, guardian and next friend of NGRV Doe 005, a minor v. Meta Platforms, Inc. et al.*, 4:26-cv-10500-YGR;

*Tashara Harper, as guardian and next friend of NGRV Doe 007, a minor v. Meta Platforms, Inc. et al.*, 4:26-cv-10586-YGR.

**[PROPOSED] ORDER**

Before the Court is Plaintiffs' Administrative Motion to File Under Seal Exhibits to the Declaration of Jennie Lee Anderson in Support of Plaintiffs' Nineteenth Consolidated *Ex Parte* Application for Appointment of Guardians *Ad Litem* (hereinafter "Anderson Declaration" in Support of Nineteenth Application for Guardians *Ad Litem*).

The Court has reviewed Plaintiffs' Administrative Motion and the declaration in support thereof. Finding that Plaintiffs have articulated good cause to seal the individual *Ex Parte* Applications for Appointments of Guardian *Ad Litem* ("Application") attached as Exhibits 1-30 to

the Anderson Declaration in Support of Nineteenth Application for Guardians *Ad Litem*, the Court hereby orders that the following document shall remain under seal absent further Order of the Court:

| **Material/Document** | **Portion Requested to Keep Under Seal** | **Ruling** |
|---|---|---|
| Exhibit 1 - Application for *D.L., by and through his Guardian Ad Litem, Brynda Lattimore v. Meta Platforms Inc., et al.*, 4:26-cv-04531-YGR | Entire Application/ Exhibit | ___ Granted<br>___ Denied |
| Exhibit 2 – Application for *J.T., individually and as of next friend of M.T., minor v. Meta Platforms, Inc. et al.*, 4:26-cv-7106-YGR | Entire Application/ Exhibit | ___ Granted<br>___ Denied |
| Exhibit 3 – Application for *U.M, individually and next friend to minor Z.W v. Meta Platforms, Inc. et al.*, 4:26-cv-7141-YGR | Entire Application/ Exhibit | ___ Granted<br>___ Denied |
| Exhibit 4 - Application for *C.W., by and through her Guardian Ad Litem, Michael Williams v. Meta Platforms Inc., et al.*, 4:26-cv-07217-YGR | Entire Application/ Exhibit | ___ Granted<br>___ Denied |
| Exhibit 5 – Application for *T.H, individually and as next friend of K.C, a minor v. Meta Platforms, Inc., formerly known as Facebook, Inc., et al.*, 4:26-cv-7566-YGR | Entire Application/ Exhibit | ___ Granted<br>___ Denied |
| Exhibit 6 - Application for *A.W. individually and as next friend L.B., a minor v. ByteDance Ltd. et al.*, 4:26-cv-7994-YGR | Entire Application/ Exhibit | ___ Granted<br>___ Denied |
| Exhibit 7 – Application for *J. H-J., individually and as next friend to T.K., a minor v. Meta Platforms, Inc., formerly known as Facebook, Inc. et al.*, 4:26-cv-8201-YGR | Entire Application/ Exhibit | ___ Granted<br>___ Denied |
| Exhibit 8 – Application for *Holly Burke, as guardian and next friend of NGRV Doe 001, a minor v. ByteDance, Ltd. et al.*, 4:26-cv-8446-YGR | Entire Application/ Exhibit | ___ Granted<br>___ Denied |
| Exhibit 9 – Application for *Dan Creed, as guardian and next friend of NGRV Doe 002, a minor v. Meta Platforms, Inc. et al.*, 4:26-cv-08559-YGR | Entire Application/ Exhibit | ___ Granted<br>___ Denied |
| Exhibit 10 - Application for *R.B., individually and as next friend to K.B., a minor v. Meta Platforms, Inc., f/k/a Facebook, Inc. et al.*, 4:26-cv-08685-YGR | Entire Application/ Exhibit | ___ Granted<br>___ Denied |
| Exhibit 11 – Application for *T.N., individually and as next friend to A.H, a minor v. Meta Platforms, Inc., f/k/a Facebook, Inc. et al.*, 4:26-cv-08690-YGR | Entire Application/ Exhibit | ___ Granted<br>___ Denied |
| Exhibit 12 – Application for *A.G., individually and as next friend to A.J., a minor v. Instagram LLC et al.*, 4:26-cv- | Entire Application/ Exhibit | ___ Granted<br>___ Denied |

| | | |
|---|---|---|
| 08695-YGR | | |
| Exhibit 13 – Application for *J.J., individually and as next friend to J.J, a minor v. Instagram LLC et al.*, 4:26-cv-08701-YGR | Entire Application/ Exhibit | ___ Granted<br>___ Denied |
| Exhibit 14 – Application for *Stewart Davis, as guardian and next friend of NGRV Doe 003, a minor v. Meta Platforms, Inc. et al.*, 4:26-cv-08945-YGR | Entire Application/ Exhibit | ___ Granted<br>___ Denied |
| Exhibit 15 – Application for *S.H., individually and as next friend J.G. v. Meta Platforms, Inc., f/k/a Facebook, Inc. et al.*, 4:26-cv-9440-YGR | Entire Application/ Exhibit | ___ Granted<br>___ Denied |
| Exhibit 16 – Application for *M.L., individually and as next friend to J. L., a minor v. Meta Platforms, Inc., f/k/a Facebook, Inc. et al.*, 4:26-cv-9488-YGR | Entire Application/ Exhibit | ___ Granted<br>___ Denied |
| Exhibit 17 – Application for *S.B., individually and as next friend to D.B., a minor v. Instagram LLC et al.*, 4:26-cv-9519-YGR | Entire Application/ Exhibit | ___ Granted<br>___ Denied |
| Exhibit 18 – Application for *C.A., individually and as next friend of A.F., a minor v. Instagram LLC et al.*, 4:26-cv-9532-YGR | Entire Application/ Exhibit | ___ Granted<br>___ Denied |
| Exhibit 19 – Application for *C.W., individually and as next friend to Z.H., a minor v. Instagram LLC et al.*, 4:26-cv-9537-YGR | Entire Application/ Exhibit | ___ Granted<br>___ Denied |
| Exhibit 20 – Application for *A.C., individually or as next friend to P.H., a minor v. Meta Platforms, Inc., f/k/a Face book, Inc. et al.*, 4:26-cv-9624-YGR | Entire Application/ Exhibit | ___ Granted<br>___ Denied |
| Exhibit 21 – Application for *M.B., individually and as next friend to K.B., a minor v. Instagram LLC et al.*, 4:26-cv-9644-YGR | Entire Application/ Exhibit | ___ Granted<br>___ Denied |
| Exhibit 22 – Application for *M.C., individually and as next friend to C.C., a minor v. Meta Platforms, Inc., f/k/a Facebook, Inc. et al.*, 4:26-cv-10003-YGR | Entire Application/ Exhibit | ___ Granted<br>___ Denied |
| Exhibit 23 – Application for *R.L., individually and as next friend to J.L., a minor v. Instagram LLC et al.*, 4:26-cv-10016-YGR | Entire Application/ Exhibit | ___ Granted<br>___ Denied |
| Exhibit 24 – Application for *Tamara Tamblyn on behalf of her child S.T., v. Google LLC, et al.*, 4:26-cv-10220-YGR | Entire Application/ Exhibit | ___ Granted<br>___ Denied |
| Exhibit 25 – Application for *K.H., individually and as next friend to E.H., a minor v. Instagram LLC et al.*, 4:26-cv-10348-YGR | Entire Application/ Exhibit | ___ Granted<br>___ Denied |

| | | |
|---|---|---|
| Exhibit 26 – Application for *T.D., individually and as next friend to R.D., a minor v. Instagram LLC et al.*, 4:26-cv-10357-YGR | Entire Application/ Exhibit | ___ Granted<br>___ Denied |
| Exhibit 27 – Application for *R.B., individually and as next friend to S.L., a minor v. Meta Platforms, Inc., f/k/a Facebook, Inc. et al.*, 4:26-cv-10370-YGR | Entire Application/ Exhibit | ___ Granted<br>___ Denied |
| Exhibit 28 – Application for *D.W., individually and as next friend to H.W., a minor v. Instagram LLC et al.*, 4:26-cv-10466-YGR | Entire Application/ Exhibit | ___ Granted<br>___ Denied |
| Exhibit 29 – Application for *Malekia Burns, guardian and next friend of NGRV Doe 005, a minor v. Meta Platforms, Inc. et al.*, 4:26-cv-10500-YGR | Entire Application/ Exhibit | ___ Granted<br>___ Denied |
| Exhibit 30 – Application for *Tashara Harper, as guardian and next friend of NGRV Doe 007, a minor v. Meta Platforms, Inc. et al.*, 4:26-cv-10586-YGR | Entire Application/ Exhibit | ___ Granted<br>___ Denied |

**IT IS SO ORDERED.**

DATED: __________

______________________________

Hon. Yvonne Gonzalez Rogers
UNITED STATES DISTRICT JUDGE