Lexi J. Hazam (SBN 224457)
lhazam@lchb.com
LIEFF CABRASER HEIMANN
& BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956-1000

Previn Warren (*pro hac vice*)
pwarren@motleyrice.com
MOTLEY RICE LLC
401 9th Street NW, Suite 630
Washington, DC 20004
Telephone: (202) 386-9610

*Plaintiffs' Co-Lead Counsel*

Jennie Lee Anderson (SBN 203586)
jennie@andrusanderson.com
ANDRUS ANDERSON LLP
1970 Broadway, Suite 1070
Oakland, CA 94612
Telephone: (415) 986-1400

*Plaintiffs' Liaison Counsel*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION

This Document Relates to:

*D.L., by and through his Guardian Ad Litem, Brynda Lattimore v. Meta Platforms Inc., et al.*, 4:26-cv-04531-YGR;

*J.T., individually and as of next friend of M.T., minor v. Meta Platforms, Inc. et al.*, 4:26-cv-7106-YGR;

*U.M, individually and next friend to minor Z.W v. Meta Platforms, Inc. et al.*, 4:26-cv-7141-YGR;

*C.W., by and through her Guardian Ad Litem, Michael Williams v. Meta Platforms Inc., et al.*, 4:26-cv-07217-YGR;

*T.H, individually and as next friend of K.C, a minor v. Meta Platforms, Inc., formerly known as Facebook, Inc., et al.*, 4:26-cv-7566-YGR;

*A.W. individually and as next friend L.B., a minor v. ByteDance Ltd. et al.*, 4:26-cv-7994-YGR;

Case No. 4:22-MD-03047-YGR

MDL No. 3047

**DECLARATION OF JENNIE LEE ANDERSON IN SUPPORT OF PLAINTIFFS' NINETEENTH CONSOLIDATED *EX PARTE* APPLICATION FOR APPOINTMENT OF GUARDIANS *AD LITEM***

*J. H-J., individually and as next friend to T.K., a minor v. Meta Platforms, Inc., formerly known as Facebook, Inc. et al.*, 4:26-cv-8201-YGR;

*Holly Burke, as guardian and next friend of NGRV Doe 001, a minor v. ByteDance, Ltd. et al.*, 4:26-cv-8446-YGR;

*Dan Creed, as guardian and next friend of NGRV Doe 002, a minor v. Meta Platforms, Inc. et al*., 4:26-cv-08559-YGR;

*R.B., individually and as next friend to K.B., a minor v. Meta Platforms, Inc., f/k/a Facebook, Inc. et al.*, 4:26-cv-08685-YGR;

*T.N., individually and as next friend to A.H, a minor v. Meta Platforms, Inc., f/k/a Facebook, Inc. et al.*, 4:26-cv-08690-YGR;

*A.G., individually and as next friend to A.J., a minor v. Instagram LLC et al.*, 4:26-cv-08695-YGR;

*J.J., individually and as next friend to J.J, a minor v. Instagram LLC et al*., 4:26-cv-08701-YGR;

*Stewart Davis, as guardian and next friend of NGRV Doe 003, a minor v. Meta Platforms, Inc. et al*., 4:26-cv-08945-YGR;

*S.H., individually and as next friend J.G. v. Meta Platforms, Inc., f/k/a Facebook, Inc. et al.*, 4:26-cv-9440-YGR;

*M.L., individually and as next friend to J. L., a minor v. Meta Platforms, Inc., f/k/a Facebook, Inc. et al.*, 4:26-cv-9488-YGR;

*S.B., individually and as next friend to D.B., a minor v. Instagram LLC et al.*, 4:26-cv-9519-YGR;

*C.A., individually and as next friend of A.F., a minor v. Instagram LLC et al.*, 4:26-cv-9532-YGR;

*C.W., individually and as next friend to Z.H., a minor v. Instagram LLC et al.*, 4:26-cv-9537-YGR;

*A.C., individually or as next friend to P.H., a minor v. Meta Platforms, Inc., f/k/a Face*

*book, Inc. et al.*, 4:26-cv-9624-YGR;

*M.B., individually and as next friend to K.B., a minor v. Instagram LLC et al.*, 4:26-cv-9644-YGR;

*M.C., individually and as next friend to C.C., a minor v. Meta Platforms, Inc., f/k/a Facebook, Inc. et al.*, 4:26-cv-10003-YGR;

*R.L., individually and as next friend to J.L., a minor v. Instagram LLC et al.*, 4:26-cv-10016-YGR;

*Tamara Tamblyn on behalf of her child S.T., v. Google LLC, et al.*, 4:26-cv-10220-YGR;

*K.H., individually and as next friend to E.H., a minor v. Instagram LLC et al.*, 4:26-cv-10348-YGR;

*T.D., individually and as next friend to R.D., a minor v. Instagram LLC et al.*, 4:26-cv-10357-YGR;

*R.B., individually and as next friend to S.L., a minor v. Meta Platforms, Inc., f/k/a Facebook, Inc. et al.*, 4:26-cv-10370-YGR;

*D.W., individually and as next friend to H.W., a minor v. Instagram LLC et al.*, 4:26-cv-10466-YGR;

*Malekia Burns, guardian and next friend of NGRV Doe 005, a minor v. Meta Platforms, Inc. et al.*, 4:26-cv-10500-YGR;

*Tashara Harper, as guardian and next friend of NGRV Doe 007, a minor v. Meta Platforms, Inc. et al.*, 4:26-cv-10586-YGR.

I, Jennie Lee Anderson, do hereby declare and state as follows:

1. I am a partner with the law firm of Andrus Anderson LLP. I am duly admitted to practice before the courts of the State of California and in the Northern District of California. I am the Court-appointed Liaison Counsel for Plaintiffs *In re Social Media Adolescent Addiction/Personal Injury Products Litigation*, Case No. 4:22-MD-03047, and a counsel of record for the Plaintiff in *Rodriguez v. Meta Platforms, Inc., et al.*, Case No. 4:22-cv-00401. I make this declaration of my own personal knowledge and, if called as a witness, I could and

would testify competently to the matters stated below.

2. I make this declaration in support of Plaintiffs' Nineteenth Consolidated *Ex Parte* Application for Appointment of Guardians *Ad Litem*.

3. Attached hereto as ***Exhibit 1*** is a true and correct copy of the *Ex Parte* Application for Appointment of Guardian *Ad Litem* I received for the case *D.L., by and through his Guardian Ad Litem, Brynda Lattimore v. Meta Platforms Inc., et al.*, 4:26-cv-04531-YGR.

4. Attached hereto as ***Exhibit 2*** is a true and correct copy of the *Ex Parte* Application for Appointment of Guardian *Ad Litem* I received for the case *J.T., individually and as of next friend of M.T., minor v. Meta Platforms, Inc. et al.*, 4:26-cv-7106-YGR.

5. Attached hereto as ***Exhibit 3*** is a true and correct copy of the *Ex Parte* Application for Appointment of Guardian *Ad Litem* I received for the case *U.M, individually and next friend to minor Z.W v. Meta Platforms, Inc. et al.*, 4:26-cv-7141-YGR.

6. Attached hereto as ***Exhibit 4*** is a true and correct copy of the *Ex Parte* Application for Appointment of Guardian *Ad Litem* I received for the case *C.W., by and through her Guardian Ad Litem, Michael Williams v. Meta Platforms Inc., et al.*, 4:26-cv-07217-YGR.

7. Attached hereto as ***Exhibit 5*** is a true and correct copy of the *Ex Parte* Application for Appointment of Guardian *Ad Litem* I received for the case *T.H, individually and as next friend of K.C, a minor v. Meta Platforms, Inc., formerly known as Facebook, Inc., et al.*, 4:26-cv-7566-YGR.

8. Attached hereto as ***Exhibit 6*** is a true and correct copy of the *Ex Parte* Application for Appointment of Guardian *Ad Litem* I received for the case *A.W. individually and as next friend L.B., a minor v. ByteDance Ltd. et al.*, 4:26-cv-7994-YGR.

9. Attached hereto as ***Exhibit 7*** is a true and correct copy of the *Ex Parte* Application for Appointment of Guardian *Ad Litem* I received for the case *J. H-J., individually and as next friend to T.K., a minor v. Meta Platforms, Inc., formerly known as Facebook, Inc. et al.*, 4:26-cv-8201-YGR.

10. Attached hereto as ***Exhibit 8*** is a true and correct copy of the *Ex Parte* Application for Appointment of Guardian *Ad Litem* I received for the case *Holly Burke, as*

*guardian and next friend of NGRV Doe 001, a minor v. ByteDance, Ltd. et al.*, 4:26-cv-8446-YGR.

11. Attached hereto as ***Exhibit 9*** is a true and correct copy of the *Ex Parte* Application for Appointment of Guardian *Ad Litem* I received for the case *Dan Creed, as guardian and next friend of NGRV Doe 002, a minor v. Meta Platforms, Inc. et al*., 4:26-cv-08559-YGR.

12. Attached hereto as ***Exhibit 10*** is a true and correct copy of the *Ex Parte* Application for Appointment of Guardian *Ad Litem* I received for the case *R.B., individually and as next friend to K.B., a minor v. Meta Platforms, Inc., f/k/a Facebook, Inc. et al.*, 4:26-cv-08685-YGR.

13. Attached hereto as ***Exhibit 11*** is a true and correct copy of the *Ex Parte* Application for Appointment of Guardian *Ad Litem* I received for the case *T.N., individually and as next friend to A.H, a minor v. Meta Platforms, Inc., f/k/a Facebook, Inc. et al.*, 4:26-cv-08690-YGR.

14. Attached hereto as ***Exhibit 12*** is a true and correct copy of the *Ex Parte* Application for Appointment of Guardian *Ad Litem* I received for the case *A.G., individually and as next friend to A.J., a minor v. Instagram LLC et al.*, 4:26-cv-08695-YGR.

15. Attached hereto as ***Exhibit 13*** is a true and correct copy of the *Ex Parte* Application for Appointment of Guardian *Ad Litem* I received for the case *J.J., individually and as next friend to J.J, a minor v. Instagram LLC et al*., 4:26-cv-08701-YGR.

16. Attached hereto as ***Exhibit 14*** is a true and correct copy of the *Ex Parte* Application for Appointment of Guardian *Ad Litem* I received for the case *Stewart Davis, as guardian and next friend of NGRV Doe 003, a minor v. Meta Platforms, Inc. et al*., 4:26-cv-08945-YGR.

17. Attached hereto as ***Exhibit 15*** is a true and correct copy of the *Ex Parte* Application for Appointment of Guardian *Ad Litem* I received for the case *S.H., individually and as next friend J.G. v. Meta Platforms, Inc., f/k/a Facebook, Inc. et al.*, 4:26-cv-9440-YGR.

18. Attached hereto as ***Exhibit 16*** is a true and correct copy of the *Ex Parte*

Application for Appointment of Guardian *Ad Litem* I received for the case *M.L., individually and as next friend to J. L., a minor v. Meta Platforms, Inc., f/k/a Facebook, Inc. et al.*, 4:26-cv-9488-YGR.

19. Attached hereto as ***Exhibit 17*** is a true and correct copy of the *Ex Parte* Application for Appointment of Guardian *Ad Litem* I received for the case *S.B., individually and as next friend to D.B., a minor v. Instagram LLC et al.*, 4:26-cv-9519-YGR.

20. Attached hereto as ***Exhibit 18*** is a true and correct copy of the *Ex Parte* Application for Appointment of Guardian *Ad Litem* I received for the case *C.A., individually and as next friend of A.F., a minor v. Instagram LLC et al.*, 4:26-cv-9532-YGR.

21. Attached hereto as ***Exhibit 19*** is a true and correct copy of the *Ex Parte* Application for Appointment of Guardian *Ad Litem* I received for the case *C.W., individually and as next friend to Z.H., a minor v. Instagram LLC et al.*, 4:26-cv-9537-YGR.

22. Attached hereto as ***Exhibit 20*** is a true and correct copy of the *Ex Parte* Application for Appointment of Guardian *Ad Litem* I received for the case *A.C., individually or as next friend to P.H., a minor v. Meta Platforms, Inc., f/k/a Face book, Inc. et al.*, 4:26-cv-9624-YGR.

23. Attached hereto as ***Exhibit 21*** is a true and correct copy of the *Ex Parte* Application for Appointment of Guardian *Ad Litem* I received for the case *M.B., individually and as next friend to K.B., a minor v. Instagram LLC et al.*, 4:26-cv-9644-YGR.

24. Attached hereto as ***Exhibit 22*** is a true and correct copy of the *Ex Parte* Application for Appointment of Guardian *Ad Litem* I received for the case *M.C., individually and as next friend to C.C., a minor v. Meta Platforms, Inc., f/k/a Facebook, Inc. et al.*, 4:26-cv-10003-YGR.

25. Attached hereto as ***Exhibit 23*** is a true and correct copy of the *Ex Parte* Application for Appointment of Guardian *Ad Litem* I received for the case *R.L., individually and as next friend to J.L., a minor v. Instagram LLC et al.*, 4:26-cv-10016-YGR.

26. Attached hereto as ***Exhibit 24*** is a true and correct copy of the *Ex Parte* Application for Appointment of Guardian *Ad Litem* I received for the case *Tamara Tamblyn on*

*behalf of her child S.T., v. Google LLC, et al.*, 4:26-cv-10220-YGR.

27. Attached hereto as ***Exhibit 25*** is a true and correct copy of the *Ex Parte* Application for Appointment of Guardian *Ad Litem* I received for the case *K.H., individually and as next friend to E.H., a minor v. Instagram LLC et al.*, 4:26-cv-10348-YGR.

28. Attached hereto as ***Exhibit 26*** is a true and correct copy of the *Ex Parte* Application for Appointment of Guardian *Ad Litem* I received for the case *T.D., individually and as next friend to R.D., a minor v. Instagram LLC et al.*, 4:26-cv-10357-YGR.

29. Attached hereto as ***Exhibit 27*** is a true and correct copy of the *Ex Parte* Application for Appointment of Guardian *Ad Litem* I received for the case *R.B., individually and as next friend to S.L., a minor v. Meta Platforms, Inc., f/k/a Facebook, Inc. et al.*, 4:26-cv-10370-YGR.

30. Attached hereto as ***Exhibit 28*** is a true and correct copy of the *Ex Parte* Application for Appointment of Guardian *Ad Litem* I received for the case *D.W., individually and as next friend to H.W., a minor v. Instagram LLC et al.*, 4:26-cv-10466-YGR.

31. Attached hereto as ***Exhibit 29*** is a true and correct copy of the *Ex Parte* Application for Appointment of Guardian *Ad Litem* I received for the case *Malekia Burns, guardian and next friend of NGRV Doe 005, a minor v. Meta Platforms, Inc. et al.*, 4:26-cv-10500-YGR.

32. Attached hereto as ***Exhibit 30*** is a true and correct copy of the *Ex Parte* Application for Appointment of Guardian *Ad Litem* I received for the case *Tashara Harper, as guardian and next friend of NGRV Doe 007, a minor v. Meta Platforms, Inc. et al.*, 4:26-cv-10586-YGR.

33. **Exhibits 1-30** are Applications submitted to Plaintiffs' Liaison Counsel for filing since the last guardian *ad litem* submission. I have reviewed the *Ex Parte* Applications attached as **Exhibits 1-30**. The Applications have been made by the minor's parent, and/or legal guardian. Further, the *Ex Parte* Applications are consistent with *Attachment A* to this Court's Order Regarding Appointment of Guardian *Ad Litem* (ECF No. 122), and include (1) the applicant's name and contact information (including address, email, and telephone number); (2)

the name, case number, state of domicile (and its minimum age of capacity); (3) a statement that the applicant is the parent and/or legal guardian of the minor plaintiff; and (4) a statement affirming that the applicant is fully competent and qualified to understand and protect the rights of the minor plaintiff and has no interests adverse to the interests of that person.

I declare under penalty of perjury pursuant to the laws of the United States of America that the foregoing is true and correct.

Dated: September 29, 2026

Respectfully submitted,

*/s/Jennie Lee Anderson*

Jennie Lee Anderson

ANDRUS ANDERSON LLP
1970 Broadway, Suite 1070
Oakland, CA 94612
Telephone: (415) 986-1400
Facsimile: (415) 986-1474
jennie@andrusanderson.com

*Plaintiffs' Liaison Counsel*