Lexi J. Hazam (SBN 224457)
lhazam@lchb.com
LIEFF CABRASER HEIMANN
& BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956-1000

Previn Warren (*pro hac vice*)
pwarren@motleyrice.com
MOTLEY RICE LLC
401 9th Street NW, Suite 630
Washington, DC 20004
Telephone: (202) 386-9610

*Plaintiffs' Co-Lead Counsel*

Jennie Lee Anderson (SBN 203586)
jennie@andrusanderson.com
ANDRUS ANDERSON LLP
1970 Broadway, Suite 1070
Oakland, CA 94612
Telephone: (415) 986-1400

*Plaintiffs' Liaison Counsel*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION

---

This Document Relates to:

*D.L., by and through his Guardian Ad Litem, Brynda Lattimore v. Meta Platforms Inc., et al.*, 4:26-cv-04531-YGR;

*J.T., individually and as of next friend of M.T., minor v. Meta Platforms, Inc. et al.*, 4:26-cv-7106-YGR;

*U.M, individually and next friend to minor Z.W v. Meta Platforms, Inc. et al.*, 4:26-cv-7141-YGR;

*C.W., by and through her Guardian Ad Litem, Michael Williams v. Meta Platforms Inc., et al.*, 4:26-cv-07217-YGR;

*T.H, individually and as next friend of K.C, a minor v. Meta Platforms, Inc., formerly known as Facebook, Inc., et al.*, 4:26-cv-7566-YGR;

*A.W. individually and as next friend L.B., a minor v. ByteDance Ltd. et al.*, 4:26-cv-7994-YGR;

Case No. 4:22-MD-03047-YGR

MDL No. 3047

**EXHIBITS 1-30 TO THE DECLARATION OF JENNIE LEE ANDERSON IN SUPPORT OF PLAINTIFFS' NINETEENTH *EX PARTE* APPLICATION FOR APPOINTMENT OF GUARDIANS *AD LITEM***

*J. H-J., individually and as next friend to T.K., a minor v. Meta Platforms, Inc., formerly known as Facebook, Inc. et al.*, 4:26-cv-8201-YGR;

*Holly Burke, as guardian and next friend of NGRV Doe 001, a minor v. ByteDance, Ltd. et al.*, 4:26-cv-8446-YGR;

*Dan Creed, as guardian and next friend of NGRV Doe 002, a minor v. Meta Platforms, Inc. et al.*, 4:26-cv-08559-YGR;

*R.B., individually and as next friend to K.B., a minor v. Meta Platforms, Inc., f/k/a Facebook, Inc. et al.*, 4:26-cv-08685-YGR;

*T.N., individually and as next friend to A.H, a minor v. Meta Platforms, Inc., f/k/a Facebook, Inc. et al.*, 4:26-cv-08690-YGR;

*A.G., individually and as next friend to A.J., a minor v. Instagram LLC et al.*, 4:26-cv-08695-YGR;

*J.J., individually and as next friend to J.J, a minor v. Instagram LLC et al.*, 4:26-cv-08701-YGR;

*Stewart Davis, as guardian and next friend of NGRV Doe 003, a minor v. Meta Platforms, Inc. et al.*, 4:26-cv-08945-YGR;

*S.H., individually and as next friend J.G. v. Meta Platforms, Inc., f/k/a Facebook, Inc. et al.*, 4:26-cv-9440-YGR;

*M.L., individually and as next friend to J. L., a minor v. Meta Platforms, Inc., f/k/a Facebook, Inc. et al.*, 4:26-cv-9488-YGR;

*S.B., individually and as next friend to D.B., a minor v. Instagram LLC et al.*, 4:26-cv-9519-YGR;

*C.A., individually and as next friend of A.F., a minor v. Instagram LLC et al.*, 4:26-cv-9532-YGR;

*C.W., individually and as next friend to Z.H., a minor v. Instagram LLC et al.*, 4:26-cv-9537-YGR;

*A.C., individually or as next friend to P.H., a*

*minor v. Meta Platforms, Inc., f/k/a Facebook, Inc. et al.*, 4:26-cv-9624-YGR;

*M.B., individually and as next friend to K.B., a minor v. Instagram LLC et al.*, 4:26-cv-9644-YGR;

*M.C., individually and as next friend to C.C., a minor v. Meta Platforms, Inc., f/k/a Facebook, Inc. et al.*, 4:26-cv-10003-YGR;

*R.L., individually and as next friend to J.L., a minor v. Instagram LLC et al.*, 4:26-cv-10016-YGR;

*Tamara Tamblyn on behalf of her child S.T., v. Google LLC, et al.*, 4:26-cv-10220-YGR;

*K.H., individually and as next friend to E.H., a minor v. Instagram LLC et al.*, 4:26-cv-10348-YGR;

*T.D., individually and as next friend to R.D., a minor v. Instagram LLC et al.*, 4:26-cv-10357-YGR;

*R.B., individually and as next friend to S.L., a minor v. Meta Platforms, Inc., f/k/a Facebook, Inc. et al.*, 4:26-cv-10370-YGR;

*D.W., individually and as next friend to H.W., a minor v. Instagram LLC et al.*, 4:26-cv-10466-YGR;

*Malekia Burns, guardian and next friend of NGRV Doe 005, a minor v. Meta Platforms, Inc. et al.*, 4:26-cv-10500-YGR;

*Tashara Harper, as guardian and next friend of NGRV Doe 007, a minor v. Meta Platforms, Inc. et al.*, 4:26-cv-10586-YGR.

# EXHIBIT 1

# EXHIBIT FILED UNDER SEAL

# EXHIBIT 2

# EXHIBIT FILED UNDER SEAL

# EXHIBIT 3

# EXHIBIT FILED UNDER SEAL

# EXHIBIT 4

# EXHIBIT FILED UNDER SEAL

# EXHIBIT 5

# EXHIBIT FILED UNDER SEAL

# EXHIBIT 6

# EXHIBIT FILED UNDER SEAL

# EXHIBIT 7

# EXHIBIT FILED UNDER SEAL

# EXHIBIT 8

# EXHIBIT FILED UNDER SEAL

# EXHIBIT 9

# EXHIBIT FILED UNDER SEAL

# EXHIBIT 10

# EXHIBIT FILED UNDER SEAL

# EXHIBIT 11

# EXHIBIT FILED UNDER SEAL

# EXHIBIT 12

# EXHIBIT FILED UNDER SEAL

# EXHIBIT 13

# EXHIBIT FILED UNDER SEAL

# EXHIBIT 14

# EXHIBIT FILED UNDER SEAL

# EXHIBIT 15

# EXHIBIT FILED UNDER SEAL

# EXHIBIT 16

# EXHIBIT FILED UNDER SEAL

# EXHIBIT 17

# EXHIBIT FILED UNDER SEAL

# EXHIBIT 18

# EXHIBIT FILED UNDER SEAL

# EXHIBIT 19

# EXHIBIT FILED UNDER SEAL

# EXHIBIT 20

# EXHIBIT FILED UNDER SEAL

# EXHIBIT 21

# EXHIBIT FILED UNDER SEAL

# EXHIBIT 22

# EXHIBIT FILED UNDER SEAL

# EXHIBIT 23

# EXHIBIT FILED UNDER SEAL

# EXHIBIT 24

# EXHIBIT FILED UNDER SEAL

# EXHIBIT 25

# EXHIBIT FILED UNDER SEAL

# EXHIBIT 26

# EXHIBIT FILED UNDER SEAL

# EXHIBIT 27

# EXHIBIT FILED UNDER SEAL

# EXHIBIT 28

# EXHIBIT FILED UNDER SEAL

# EXHIBIT 29

# EXHIBIT FILED UNDER SEAL

# EXHIBIT 30

# EXHIBIT FILED UNDER SEAL