[*Submitting Counsel on Signature Page*]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

**IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION**

This Document Relates to:

*Tucson Unified School District v. Meta Platforms, Inc. et al*, Case No.: 4:24-cv-01382

*Charleston County School District v. Meta Platforms, Inc. et al*, Case No.: 4:23-cv-04659

MDL No. 3047

Case No. 4:22-md-3047-YGR

**JOINT STIPULATION AND ~~[PROPOSED]~~ ORDER REGARDING PRETRIAL SCHEDULE (TUCSON AND CHARLESTON)**

The undersigned parties jointly stipulate and agree, subject to the Court's approval, to the pretrial schedule identified herein. In support thereof, the parties state as follows:

**WHEREAS** the parties have been working diligently and in good faith to agree on a proposed pretrial schedule in light of the Court's guidance and written orders.

**NOW THEREFORE** the parties, through their undersigned counsel, hereby stipulate, agree and respectfully request that the Court enter an Order adopting the pretrial schedule, as set forth below, as may be modified and approved by the Court.

## PRETRIAL SCHEDULE

| | |
|---|---|
| FILE PRELIMINARY TRIAL WITNESS LISTS[1] | September 14, 2026 |
| EXCHANGE LISTS OF MOTIONS IN LIMINE[2] | October 7, 2026 |
| EXCHANGE LISTS OF EXPERTS (AND/OR SPECIFIC EXPERT OPINIONS) PARTIES WILL WITHDRAW[3] | October 9, 2026 |
| FILE MOTIONS IN LIMINE[4] | October 16, 2026 |
| FILE MOTION IN LIMINE OPPOSITIONS | October 29, 2026 |
| DELIVER MOTION IN LIMINE AND OPPOSITION BINDER | October 30, 2026 by 12 p.m. PST |
| EXCHANGE UPDATED JURY INSTRUCTIONS, STATEMENT OF THE CASE AND VERDICT FORMS | November 2, 2026 |
| **FIRST PRETRIAL CONFERENCE[5]** | **November 13, 2026 at 2 p.m. PST** |
| SERVE PRELIMINARY EXHIBIT LISTS[6] | November 20, 2026 |
| FILE JURY INSTRUCTIONS, STATEMENT OF THE CASE, AND VERDICT FORMS | November 23, 2026 |
| EXCHANGE PROPOSED TRIAL STIPULATIONS | December 11, 2026 |
| **SECOND PRETRIAL CONFERENCE (BY ZOOM)[7]** | **December 14, 2026 at 9 a.m. PST** |

[1] The parties' preliminary witness lists shall indicate which witnesses they intend to call live and which they intend to call by designation as well as the scope of their anticipated testimony. The list shall identify by an asterisk whether the witness listed is viewed as a primary witness or only included as a precautionary measure.

[2] The parties shall meet and confer shortly after the exchange of lists and prior to filing motions to explore the potential resolution of issues in advance of briefing.

[3] This will include a narrowed list of general cause experts.

[4] Each side is limited to five (5) motions in limine per case. Each side may file ten (10) pages per motion in limine and ten (10) pages of opposition briefing per motion. There shall be no replies.

[5] Should the Court wish to hear argument on the parties' motions in limine, the parties would be prepared to present argument at this conference.

[6] Exhibit lists shall only include documents that a party in good faith believes it may use at trial. The Exhibit List shall include the documents' Bates numbers (where applicable). A party need not include on its exhibit list a document that may be used only for impeachment or rebuttal. The Parties shall meet and confer on a process to submit to the Court any disputes regarding objections to exhibits prior to the expected introduction of the disputed exhibit.

[7] Should the Court wish to hear argument on the parties' proposed jury instructions and verdict forms, the parties would be prepared to present argument at this conference.

| | |
|---|---|
| EXCHANGE DRAFT JOINT PRETRIAL CONFERENCE STATEMENT | December 16, 2026 |
| FILE FINAL WITNESS LISTS[8] | December 17, 2026 |
| FILE UPDATED TRIAL EXHIBIT LISTS | December 18, 2026 |
| EXCHANGE PROPOSED EXHIBITS | December 18, 2026 |
| EXCHANGE WRITTEN TRANSCRIPTS OF AUDIO/VIDEO EXHIBITS | December 18, 2026 |
| EXCHANGE COUNTER-PROPOSED TRIAL STIPULATIONS | December 18, 2026 |
| EXCHANGE WRITTEN DISCOVERY AND PRIORITY DEPOSITION DESIGNATIONS[9] | December 18, 2026 |
| FILE FINAL EXHIBIT LISTS | January 6, 2027 |

[8] The Parties' final witness lists shall include whether a witness is a "will call" or "may call," whether a witness will testify live or by designation, and time estimates for each witness.

[9] The Parties will exchange designations for any employees or former employees of a party who that party may seek to call by designation. In addition, Defendants together may submit up to 5.5 hours of testimony of Tucson and non-party witnesses and 5.5 hours of testimony of Charleston and non-party witnesses, and Plaintiffs together may submit up to 22 hours of testimony of Defendant and non-party witnesses provided that no more than half comes from any single Defendant. (These numerical totals shall not be inclusive of any counters, counter-counters or objections thereto.) The exemplar designation disputes will be drawn from these designations.

Any additional ("non-priority") deposition designations will be exchanged according to the following alternate schedule: (1) service of affirmative designations 16 calendar days before presentation at 7:00 PM PT; (2) service of counter-designations and objections to initial designations 13 calendar days before presentation at 7:00 PM PT; (3) service of responses to objections to initial designations, counter-counter designations, and objections to counter designations 11 calendar days before presentation at 7:00 PM PT; (4) service of objections to counter-counter designations 9 calendar days before presentation at 7:00 PM PT; (5) meet and confer regarding all objections 8 calendar days before presentation; (6) joint submission of unresolved disputes 7 calendar days before presentation. The designating party will serve final video for review by the non-designating party no later than 4:00 PM PT the day before the deposition designations are expected to be played at trial. The total designations served on a given day may not exceed four (4) hours of affirmative testimony, unless the designating party designates more than four (4) hours from a single deposition, in which case that deposition's designations are the only designations that may be served on that day. The parties reserve the right to seek relief if they believe that the amount of non-priority deposition designations served, either cumulatively or for a given period of time, is unreasonable.

Plaintiffs reserve the right to seek leave to substitute or expand deposition designations if a witness expected to testify live later becomes unavailable or if other unforeseen circumstances affect the presentation of evidence at trial. Nothing in the protocol waives any party's evidentiary objections or arguments concerning the admissibility of deposition testimony.

| | |
|---|---|
| MEET AND CONFER RE JOINT PRETRIAL CONFERENCE STATEMENT | January 8, 2027 |
| EXCHANGE OBJECTIONS TO PRIORITY DEPOSITION DESIGNATIONS AND COUNTER-DESIGNATIONS AND TO WRITTEN DISCOVERY DESIGNATIONS | January 11, 2027 |
| FILE JOINT PRETRIAL CONFERENCE STATEMENT[10] | January 15, 2027 |
| DELIVER TRIAL READINESS BINDERS | January 15, 2027 by 12 p.m. PST |
| FILE ANY TRIAL STIPULATIONS | January 15, 2027 by 12 p.m. PST |
| EXCHANGE OBJECTIONS TO PRIORITY DEPOSITION COUNTER-DESIGNATIONS AND COUNTER-COUNTER DESIGNATIONS | January 18, 2027 |
| EXCHANGE OBJECTIONS TO PRIORITY DEPOSITION COUNTER-COUNTER DESIGNATIONS | January 20, 2027 |
| FILE EXEMPLAR DESIGNATION DISPUTES (SIX PAGES FOR EACH CASE)[11] | January 26, 2027 |
| **FINAL PRETRIAL CONFERENCE** | **January 29, 2027 at 9 a.m. PST** |
| LAST DAY TO REQUEST USE OF ELECTRONIC EQUIPMENT | January 29, 2027 |
| JURY SELECTION | February 3, 2027 at 8 a.m. PST |
| PROVIDE FINAL EXHIBITS TO THE COURT | February 5, 2027 by 5 p.m. PST |
| START OF TRIAL | February 8, 2027 at 8 a.m. PST |

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: October 1, 2026

Hon. Yvonne Gonzalez Rogers
U.S. District Court Judge

[10] Pursuant to section (h)(i) of the Court's Standing Order, the Parties will incorporate into the Pretrial Conference Statement a statement summarizing the status of settlement negotiations.

[11] Exemplar disputes will be drawn from the parties' priority designations. Any additional disputes from within the parties' priority designations will be jointly presented to the Court 7 calendar days before presentation of the witness. Plaintiffs reserve the right to request appointment of a Special Master — including the Hon. Lawrence F. Stengel (Ret.) — to resolve non-priority deposition designation disputes. Defendants reserve the right to oppose any such request.

DATED: September 29, 2026

Respectfully submitted,

By: */s/ Jonathan H. Blavin*

Jonathan H. Blavin (SBN 230269)
MUNGER, TOLLES & OLSON LLP
560 Mission Street, 27th Floor
San Francisco, CA 94105-3089
Telephone: (415) 512-4000
Facsimile: (415) 512-4077
Email: jonathan.blavin@mto.com

E. Martin Estrada (SBN 223802)
Martin.Estrada@mto.com
L. Ashley Aull (SBN 257020)
Ashley.Aull@mto.com
Victoria A. Degtyareva (SBN 284199)
Victoria.Degtyareva@mto.com
MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue, 50th Floor
Los Angeles, CA 90071
Tel.: (213) 683-9100

*Attorneys for Defendant Snap Inc.*

**COVINGTON & BURLING LLP**

By: */s/ Ashley M. Simonsen*

Ashley M. Simonsen (Bar No. 275203)
COVINGTON & BURLING LLP
1999 Avenue of the Stars
Los Angeles, California 90067
Telephone: (424) 332-4800
Facsimile: (424) 332-4749
Email: asimonsen@cov.com

Phyllis A. Jones (*pro hac vice*)
Paul W. Schmidt (*pro hac vice*)
Christian J. Pistilli (*pro hac vice*)
COVINGTON & BURLING LLP
One City Center
850 Tenth Street, NW
Washington, DC 20001-4956
Telephone: (202) 662-6000
Facsimile: (202) 662-6291
Email: pajones@cov.com

Email: pschmidt@cov.com
Email: cpistilli@cov.com

*Attorneys for Defendants Meta Platforms, Inc. and Instagram, LLC*

**KING & SPALDING LLP**

By: */s/ Geoffrey M. Drake*
Geoffrey M. Drake, *pro hac vice*
TaCara D. Harris, *pro hac vice*
King & Spalding LLP
1180 Peachtree Street, NE, Suite 1600
Atlanta, GA 30309-3521
Telephone: (404) 572-4600
Facsimile: (404) 572-5100
Email: gdrake@kslaw.com
Email: tharris@kslaw.com

David P. Mattern, *pro hac vice*
King & Spalding LLP
1700 Pennsylvania Avenue, NW, Suite 900
Washington, DC 20006-4707
Telephone: (202) 737-0500
Facsimile: (202) 626-3737
Email: dmattern@kslaw.com

Bailey J. Langner (SBN 307753)
King & Spalding LLP
50 California Street, Suite 3300
San Francisco, CA 94111
Telephone: (415) 318-1200
Facsimile: (415) 318-1300
Email: blangner@kslaw.com

**O'MELVENY & MYERS LLP**

By*: /s/ Daniel M. Petrocelli*
Daniel M. Petrocelli (SBN 97802)
dpetrocelli@omm.com
Sabrina H. Strong (SBN 200292)
sstrong@omm.com
1999 Avenue of the Stars, 8th Floor
Los Angeles, CA 90067
Telephone: (310) 553-6700

Stephen D. Brody, *pro hac vice*
sbrody@omm.com

1625 Eye Street
Washington, DC 20006
Telephone: (202) 383-5300

*Attorneys for Defendants TikTok Inc., ByteDance Inc., TikTok Ltd., ByteDance Ltd., and TikTok LLC*
**WILLIAMS & CONNOLLY LLP**

By: /s/ Ashley W. Hardin
WILLIAMS & CONNOLLY LLP
Ashley W. Hardin, *pro hac vice*
J. Andrew Keyes, *pro hac vice*
Neelum J. Wadhwani (SBN 247948)
680 Maine Avenue SW
Washington, DC 20024
Tel.: (202) 434-5000
ahardin@wc.com
akeyes@wc.com
nwadhwani@wc.com

*Attorneys for Defendants YouTube, LLC and Google LLC*

/s/ Michael M. Weinkowitz
MICHAEL M. WEINKOWITZ
**LEVIN SEDRAN & BERMAN, LLP**
510 Walnut Street, Suite 500
Philadelphia, PA 19106
Telephone: 215-592-1500
MWeinkowitz@lfsblaw.com

*Co-chair of School District Committee Plaintiffs Leadership Committee*

PREVIN WARREN
**MOTLEY RICE LLC**
401 9th Street NW Suite 630
Washington DC 20004
Telephone: 202-386-9610
pwarren@motleyrice.com

LEXI J. HAZAM
**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone: 415-956-1000

lhazam@lchb.com

*Co-Lead Counsel*

THOMAS P. CARTMELL
AUSTIN P. BRANE
**WAGSTAFF & CARTMELL LLP**
4740 Grand Avenue, Suite 300
Kansas City, MO 64112
Telephone: 816-701-1100
tcartmell@wcllp.com
abrane@wcllp.com

*Counsel for Plaintiff Tucson Unified School District*

LANCE OLIVER
SARA O. COUCH
MARLON E. KIMPSON
**MOTLEY RICE LLC**
28 Bridgeside Boulevard
Mount Pleasant, SC 29464
Telephone: 843-216-9043
loliver@motleyrice.com
scouch@motleyrice.com
mkimpson@motleyrice.com

*Counsel for Plaintiff Charleston County School District*

**ATTESTATION**

I, Jonathan H. Blavin, hereby attest, pursuant to N.D. Cal. Civil L.R. 5-1, that the concurrence to the filing of this document has been obtained from each signatory hereto.

DATED: September 29, 2026

By: *_/s/ Jonathan H. Blavin_*