PAUL B. DERBY [SBN 211352]
pderby@skiermontderby.com
MANE SARDARYAN [SBN 287201]
msardaryan@skiermontderby.com
SKIERMONT DERBY LLP
633 West Fifth Street, Suite 5800
Los Angeles, California 90071
Telephone: (213) 788-4500
Facsimile: (213) 788-4545

Attorneys for Defendant
EPIC GAMES, INC.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION,<br><br>This Document Relates to:<br>LEAH OLDS and SARAH HILTON | Case No. 4:22-MD-03047-YGR<br><br>**JOINT STIPULATION TO EXTEND TIME FOR DEFENDANT EPIC GAMES, INC. TO RESPOND TO COMPLAINT [L.R. 6-1(a)]** |

Pursuant to Civil Local Rule 6-1(a), Plaintiffs Leah Olds and Sarah Hilton (collectively, “Plaintiffs”) and Defendant Epic Games, Inc. (“Defendant,” and with Plaintiffs, “Parties”), by and through their respective undersigned counsel, hereby agree and stipulate as follows:

WHEREAS, on or about August 28, 2026, Plaintiffs filed their Complaint;

WHEREAS, on or about September 16, 2026, Plaintiffs served the Summons and Complaint on Defendant;

WHEREAS, Defendant’s deadline to answer or otherwise respond to Plaintiffs’ Complaint is currently October 7, 2026;

WHEREAS, the Parties agree and respectfully submit that there is good cause for a (30)-day extension of Defendant’s deadline to respond to Plaintiffs’ Complaint, up to and including November 6, 2026.

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED that Defendant’s deadline to respond to Plaintiffs’ Complaint shall be extended by thirty (30) days, up to and including November 6, 2026.

**IT IS SO STIPULATED.**

DATED: October 2, 2026

KELLEY | UUSTAL

By: *__/s/ Laura E. Smith__*
LAURA E. SMITH

Attorneys for Plaintiffs
LEAH OLDS and SARAH HILTON

DATED: October 2, 2026

SKIERMONT DERBY LLP

By: /s/ Paul B. Derby

PAUL B. DERBY
MANE SARDARYAN

Attorneys for Defendant
EPIC GAMES, INC.

**ATTESTATION**

In accordance with Civil Local Rule 5-1(i)(3), the filer of this document attests that concurrence in the filing of this document has been obtained from the signatories above.

DATED: October 2, 2026

SKIERMONT DERBY LLP

By: /s/ Paul B. Derby

PAUL B. DERBY
MANE SARDARYAN

Attorneys for Defendant
EPIC GAMES, INC.

**Case Name:** ***In Re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation***
**Case No.:** **4:22-MD-03047-YGR**

## CERTIFICATE OF SERVICE

## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen (18) and not a party to the within action. My business address is 633 West Fifth Street, Suite 5800, Los Angeles, California 90071.

On October 3, 2026, I served the foregoing document titled **JOINT STIPULATION TO EXTEND TIME FOR DEFENDANT EPIC GAMES, INC. TO RESPOND TO COMPLAINT [L.R. 6-1(a)]** on all interested parties to this action as follows:

**PLEASE SEE ATTACHED SERVICE LIST**

☒ **(ELECTRONIC SERVICE BY ECF)** Pursuant to L.R. 5-1, I caused electronic service of the above-titled document to be made by successfully uploading the same to the CM/ECF system for the United States District Court for the Northern District of California. Upon completion of that filing, a Notice of Electronic Filing will be generated by the ECF system and sent to the registered attorneys for all parties in the case, which constitutes service on the receiving party.

☒ I declare under penalty of perjury under the laws of State of California that the above is true and correct.

Executed on October 3, 2026, at Los Angeles, California.

Z'Aujanae T. Ponton