# UNITED STATES DISTRICT COURT

for the

Middle District of North Carolina

## CERTIFICATE OF GOOD STANDING

I, Lawrence H. Cunningham, Clerk of this Court,

certify that Thomas Matthew Wilmoth, Bar # 041684,

was duly admitted to practice in this Court on 09/20/2013, and is in good standing as a member

of the Bar of this Court.

Dated at Greensboro, North Carolina *(Location)* on 09/30/2026 *(Date)*

Lawrence H. Cunningham
Clerk

/s/ Stacy S Crawford
Deputy Clerk

September 30, 2026
Date