Tristan W. Gillespie (Georgia Bar No. 268064)
GILLESPIE LAW FIRM, LLC
600 Blakenham Court
Johns Creek, GA 30022
Telephone: 404-276-7277
gillespie.tristan@gmail.com

Counsel for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION

This Document Relates to:

Gillespie v. Meta Platforms, Inc., et al.

Individual Case No.: 4:24-cv-07868-YGR

Case No. 4:22-MD-03047-YGR

MDL No. 3047

**PLAINTIFF'S CERTIFICATION OF CONFLICTS, INTERESTED ENTITIES OR PERSONS, AND CITIZENSHIP PURSUANT TO CIVIL L.R. 3-15**

Pursuant to Civil L.R. 3-15, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including, but not limited to, parent corporations), or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

Tristan W. Gillespie, Esq.
Gillespie Law Firm, LLC
600 Blakenham Court
Johns Creek, GA 30022
Father of Plaintiff and Plaintiff's counsel of record; familial interest in the outcome of this proceeding

Pursuant to Civil L.R. 3-15, the undersigned certifies that as of this date, there is no individual or entity whose citizenship is attributed to the party submitting this certification.

DATED: October 6, 2026

Respectfully submitted,

By: */s/ Tristan W. Gillespie*
TRISTAN W. GILLESPIE
**GILLESPIE LAW FIRM, LLC**
600 BLAKENHAM COURT
JOHNS CREEK, GA 30022
Telephone: 404-276-7277
gillespie.tristan@gmail.com

*Counsel for Plaintiff*