Tristan W. Gillespie (Georgia Bar No. 268064)
GILLESPIE LAW FIRM, LLC
600 Blakenham Court
Johns Creek, GA 30022
Telephone: 404-276-7277
gillespie.tristan@gmail.com

Counsel for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br><br>Dimitrova v. Meta Platforms Inc., et al.<br><br>Individual Case No.: 4:24-cv-01268-YGR | Case No. 4:22-MD-03047-YGR<br><br>MDL No. 3047<br><br>**PLAINTIFF'S CERTIFICATION OF CONFLICTS, INTERESTED ENTITIES OR PERSONS, AND CITIZENSHIP PURSUANT TO CIVIL L.R. 3-15** |

Pursuant to Civil L.R. 3-15, the undersigned certifies that as of this date, there is no conflict or interest (other than the named parties) to report.

Pursuant to Civil L.R. 3-15, the undersigned certifies that as of this date, there is no individual or entity whose citizenship is attributed to the party submitting this certification.

DATED: October 6, 2026

Respectfully submitted,

By: *<u>/s/ Tristan W. Gillespie</u>*
TRISTAN W. GILLESPIE
**GILLESPIE LAW FIRM, LLC**
600 BLAKENHAM COURT
JOHNS CREEK, GA 30022
Telephone: 404-276-7277
gillespie.tristan@gmail.com
*Counsel for Plaintiff*