Tristan W. Gillespie (Georgia Bar No. 268064)
THE JUSTICE LAW GROUP
1200 NW 18th Street, Suite 700
Washington, DC 20036
Telephone: 484-587-8423
tristan@justicelawgroup.com

Counsel for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION | Case No. 4:22-MD-03047-YGR<br><br>MDL No. 3047 |
| This Document Relates to:<br><br>Snyder v. Meta Platforms Inc., et al.<br><br>Individual Case No.: 4:24-cv-01266-YGR | **PLAINTIFF'S CERTIFICATION OF CONFLICTS, INTERESTED ENTITIES OR PERSONS, AND CITIZENSHIP PURSUANT TO CIVIL L.R. 3-15** |

Pursuant to Civil L.R. 3-15, the undersigned certifies that as of this date, there is no conflict or interest (other than the named parties) to report.

Pursuant to Civil L.R. 3-15, the undersigned certifies that as of this date, there is no individual or entity whose citizenship is attributed to the party submitting this certification.

DATED: October 9, 2026

Respectfully submitted,

By: /s/ Tristan W. Gillespie
TRISTAN W. GILLESPIE
**THE JUSTICE LAW GROUP**
1200 NW 18TH STREET, SUITE 700
WASHINGTON, DC 20036
Telephone: 484-587-8423
tristan@justicelawgroup.com
*Counsel for Plaintiff*