Enrique G. Serna (Tex. Bar No. 00789617; Idaho Bar No. 12114)
SERNA & ASSOCIATES PLLC
950 W. Bannock Street, Suite 1100
Boise, Idaho 83702
Telephone: [(210) 865-5800]
Email: [enrique@serna-associates.com]
Attorney for Plaintiffs Diane Fitzgerald and Kerry Fitzgerald

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION | Case No. 4:22-md-03047-YGR<br>MDL No. 3047 |
| This Document Relates to:<br>Diane Fitzgerald and Kerry Fitzgerald, individually and as parents and general guardians of their minor son C. F. | **NOTICE OF APPEARANCE OF ENRIQUE G. SERNA ON BEHALF OF PLAINTIFFS** |
| Member Case No.: 4:26-cv-06756-YGR | Judge: Hon. Yvonne Gonzalez Rogers |

TO THE CLERK OF THE COURT AND ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that Enrique G. Serna of the law firm Serna & Associates PLLC hereby enters his appearance as counsel of record for Plaintiffs Diane Fitzgerald and Kerry Fitzgerald, individually and as parents and general guardians of their minor son C. F., in the above-captioned member action, Case No. 4:26-cv-06756-YGR, which is part of MDL No. 3047.

Mr. Serna is admitted to practice and in good standing in the United States District Court for the District of Idaho and the Western and Southern District of Texas. Pursuant to Paragraph 5(b) of the Court's Order Setting Initial Conference (ECF No. 2), he is therefore admitted *pro hac vice* in this litigation, and association of local co-counsel is not required. Mr. Serna is registered as a Northern District of California ECF User as required by Paragraph 5(c) of that Order.

Counsel respectfully requests that all pleadings, motions, notices, orders, correspondence, and other papers in this action be served upon him at the address set forth below.

In accordance with Paragraph 5(c) of the Order Setting Initial Conference, this Notice is being filed in the Master file, No. 4:22-md-03047-YGR, and in the individual member case, No. 4:26-cv-06756-YGR.

Dated: October 8, 2026

Respectfully submitted,

**SERNA & ASSOCIATES PLLC**

By: /s/ Enrique G. Serna
Enrique G. Serna
Texas Bar No. 00789617
Idaho Bar No. 12114
950 W. Bannock Street, Suite 1100
Boise, Idaho 83702
Telephone: [(210) 865-5800]
Email: [enrique@serna-associates.com]

Attorney for Plaintiffs Diane Fitzgerald and Kerry Fitzgerald, individually and as parents and general guardians of their minor son C. F.

**CERTIFICATE OF SERVICE**

I hereby certify that on October 8, 2026, I electronically filed the foregoing Notice of Appearance with the Clerk of the Court using the CM/ECF system in the Master file, No. 4:22-md-03047-YGR, and in member case No. 4:26-cv-06756-YGR, which will send notification of such filing to all counsel of record registered to receive electronic service.

Dated: October 8, 2026

/s/ Enrique G. Serna
Enrique G. Serna