UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br><br>Swan v. Meta, et al.<br><br>Individual Case No.: 3:23-cv-0308 | Case No. 4:22-MD-03047-YGR<br><br>MDL No. 3047<br><br>**PLAINTIFF'S CERTIFICATION OF CONFLICTS, INTERESTED ENTITIES OR PERSONS, AND CITIZENSHIP PURSUANT TO CIVIL L.R. 3-15** |

Pursuant to Civil L.R. 3-15, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including, but not limited to, parent corporations), or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

Steven Gacovino Esq.
Law Offices of Steven Gacovino, P.C.
270 W Main Street
Sayville, New York 11782
Financial interest as Co-Counsel

Pursuant to Civil L.R. 3-15, the undersigned certifies that as of this date, there is no individual or entity whose citizenship is attributed to the party submitting this certification.

DATED: October 9, 2026

Respectfully submitted,

By: */s/ Thomas P. Cartmell*

Thomas P. Cartmell
**Wagstafff and Cartmelll LLP**
4740 Grand Ave. Suite 300
Kansas City, Missouri 64112
Telephone: 816-701-1100
TCartmell@wcllp.com
Lmalone@wcllp.com

*Counsel for Plaintiff Swan*