UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br><br>T.S. a minor by and through her next Friend Bea Chanhthakoummane<br><br>Individual Case No.: 22STCV21354 | Case No. 4:22-MD-03047-YGR<br><br>MDL No. 3047<br><br>**PLAINTIFF'S CERTIFICATION OF CONFLICTS, INTERESTED ENTITIES OR PERSONS, AND CITIZENSHIP PURSUANT TO CIVIL L.R. 3-15** |

Pursuant to Civil L.R. 3-15, the undersigned certifies that as of this date, there is no conflict or interest (other than the named parties) to report.

Pursuant to Civil L.R. 3-15, the undersigned certifies that as of this date, there is no individual or entity whose citizenship is attributed to the party submitting this certification.

DATED: October 9, 2026

Respectfully submitted,

By: *<u>/s/ Thomas P. Cartmell</u>*
Thomas P. Cartmell
**Wagstafff and Cartmelll LLP**
4740 Grand Ave. Suite 300
Kansas City, Missouri 64112
Telephone: 816-701-1100

TCartmell@wcllp.com
Lmalone@wcllp.com

*Counsel for Plaintiff T.S.*