**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

# CIVIL MINUTES

| | | |
|---|---|---|
| **Date:** October 9, 2026 | **Time:** 46 minutes | **Judge:** YVONNE GONZALEZ ROGERS |
| **Case No.**: 22-md-03047-YGR | **Case Name:** In Re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation | |

**Attorney for Plaintiff:** Lexi Hazam, Previn Warren, Tom Cartmell, Taeva Shefler; via Zoom
**Attorney for Defendant:** Ashley Simonsen and Tim Hester; via Zoom

**Deputy Clerk:** Edwin Angelo A. Cuenco **Court Reporter:** Irene Rodriguez; via Zoom

## PROCEEDINGS

Further Case Management Conference – Held via Zoom.

The Court met with the parties and heard arguments on pending pretrial disputes and reviewing of documents. Arguments are taken in submission.

Parties are ordered to submit documents for which Meta has narrowed its redactions, documents that Meta has downgraded from redacted to not privileged, and documents that Meta has downgraded from fully withheld to redacted.

Plaintiffs are ordered to identify 1,000 privileged documents no later than October 12, 2026 for re-review; Defendants are ordered to complete their privilege re-review and submit results to plaintiffs no later than October 19, 2026.