Melissa K. Sims, Esq.
MILBERG, PLLC
227 West Monroe Street, Suite 2100
Chicago, IL 60606 Telephone: (212) 594-5300
Email: msims@milberg.com

*Attorney for Plaintiff Peoria Public Schools District 150*

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates To:<br><br>Peoria Public Schools District 150,<br>*Plaintiff,*<br><br>v.<br><br>Meta Platforms, Inc.; Instagram, LLC; Facebook Payments, Inc.; Siculus, Inc.; Facebook Operations, LLC; Facebook Holdings, LLC; Meta Payments Inc.; ByteDance Ltd.; ByteDance Inc.; TikTok Ltd.; TikTok LLC; TikTok Inc.; Snap, Inc.; Google, LLC; and YouTube, LLC,<br>*Defendants.* | MDL No. 3047<br><br>Case No.: 4:22-md-03047-YGR<br><br>**APPLICATION FOR PRO HAC VICE ADMISSION; ~~[PROPOSED]~~ ORDER**<br><br>Judge: Hon. Yvonne Gonzalez Rogers<br>Magistrate Judge: Hon. Peter H. Kang |

Plaintiff Peoria Public Schools District 150, by and through its counsel, Melissa K. Sims, Esq., moves and applies to the Court for an Order to admit Melissa K. Sims, Esq. to practice before this Court in this case pursuant to Civil Local Rule 11-3. In support of this application, Ms. Sims submits and certifies under oath the following:

1. That I am an active member in good standing of the Utah State Bar and of the Southern District of Illinois;

2. That I agree to abide by the Standards of Professional Conduct set forth in Civil L.R. 11-4, and to become familiar with the Local Rules and Alternative Dispute Resolution Programs of this Court and, where applicable, with the Bankruptcy Local Rules;
3. That pursuant to the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, Rule 2.1(c), I am not required to have local counsel designated as co-counsel; and
4. That I have not previously been granted pro hac vice admission by this Court in the 12 months preceding this application.

Attached hereto as Exhibit A is a true and correct copy of a certificate of good standing issued by the Utah State Bard.

Dated this 8th day of October, 2026.

Respectfully submitted,

*/s/ Melissa K. Sims*
*Attorney for Plaintiff*
*Peoria Public Schools District 150*

**~~[PROPOSED]~~ ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**

IT IS HEREBY ORDERED THAT the application of Melissa K. Sims, Esq. is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: October 9, 2026

HON. YVONNE GONZALEZ ROGERS
CHIEF UNITED STATES DISTRICT JUDGE

Exhibit A

# *CERTIFICATE OF GOOD STANDING*

*This document expires 60 days from the date of issuance*

Issued on 10/7/2026

To Whom it May Concern:

Re: CERTIFICATE OF GOOD STANDING for Melissa K Sims

This is to certify that Melissa K Sims, Utah State Bar No. 20737 was admitted to practice law in Utah on 8/13/2026.

Melissa K Sims is currently an ACTIVE member of the Utah State Bar in good standing. "Good standing" is defined as a lawyer who is current in the payment of all Bar licensing fees, has met mandatory continuing legal education requirements, if applicable, and is not disbarred, presently on probation, suspended, or has not resigned with discipline pending, from the practice of law in this state.

Maribeth LeHoux
General Counsel
Utah State Bar

No.2026 -1203445
verify by email at cogsrequest@utahbar.org

Exhibit A