UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br><br>MIA RAGUSA and ROSSANA AGOSTA<br><br>Individual Case No.: 4:22-CV-05565 | Case No. 4:22-MD-03047-YGR<br><br>MDL No. 3047<br><br>**PLAINTIFF'S CERTIFICATION OF CONFLICTS, INTERESTED ENTITIES OR PERSONS, AND CITIZENSHIP PURSUANT TO CIVIL L.R. 3-15** |

Pursuant to Civil L.R. 3-15, the undersigned certifies that as of this date, there is no conflict or interest (other than the named parties) to report.

Pursuant to Civil L.R. 3-15, the undersigned certifies that as of this date, there is no individual or entity whose citizenship is attributed to the party submitting this certification.

DATED: October 13, 2026

Respectfully submitted,

By: *<u>/s/ Douglas R. Plymale</u>*

Douglas R. Plymale (LA Bar #28409) (Pro Hac Vice)
James R. Dugan, II (LA Bar #24785) (Pro Hac Vice)
**THE DUGAN LAW FIRM, APLC**
365 Canal Street, Suite 1000
New Orleans, LA 70130

Telephone: (504) 648-0180
Facsimile: (504) 648-0181
Dplymale@dugan-lawfirm.com
jdugan@dugan-lawfirm.com
mekel@dugan-lawfirm.com

and

Mitchell A. Toups (TX Bar #20151600) (Pro Hac Vice)
**WELLER, GREEN, TOUPS, & TERRELL, LLP**
2615 Calder Ave., Suite 400
Beaumont, TX 77702
Telephone: (409) 838-0101
Facsimile: (409) 832-8577
matoups@wgttlaw.com

*Counsel for Plaintiffs Mia Ragusa and Rossana Agosta*