# EXHIBIT B

**DANIEL B. GARRIE, ESQ.**
Orlando, Florida 32827 | O: (855) 529-2466 | E: daniel@lawandforensics.com

Daniel Garrie is the founder of Law & Forensics LLC and the head of the Computer Forensics Practice Group. A licensed attorney with bachelor's and master's degrees in computer science and more than 20 years of technical and legal experience, Mr. Garrie is a nationally recognized expert in cybersecurity, digital forensics, data privacy, ediscovery, digital evidence, and complex technology systems.

Mr. Garrie has served as a special master, discovery referee, forensic neutral, arbitrator, and mediator in state and federal courts, administrative proceedings, and arbitrations. Since joining JAMS in 2016, he has presided over complex disputes involving large-scale electronically stored information, digital forensic evidence, data privacy, cybersecurity controls, and cloud and enterprise technology environments. Judge Chhabria appointed him eDiscovery Special Master in *In re: Facebook, Inc. Consumer Privacy User Profile Litigation*. In that role, he issued dozens of orders resolving disputes over the production of data from one of the world's largest data processors and monitored dozens of technical depositions. He has also served as eDiscovery Special Master in federal class actions and as Special Master in a large-scale, multi-party oil spill case. He has been a Discovery Referee in dozens of Los Angeles Superior Court disputes and in numerous other states. He is an eDiscovery Special Master for the U.S. District Court, Western District of Pennsylvania, and was named a Distinguished Neutral by the Academy of Court Appointed Masters in 2015.

As a consulting and testifying expert, Mr. Garrie has advised clients and courts on data breaches, cybersecurity incidents, incident response, digital forensic investigations, information security programs, cybersecurity governance, and data protection. His work includes analyzing forensic evidence to determine the circumstances, chronology, and scope of digital events. It also includes evaluating whether electronic content can be authenticated and reliably attributed to its source, and explaining complex technical findings to courts and counsel.

Mr. Garrie is an Adjunct Professor at Harvard Extension School and has taught at Rutgers, Cardozo, and UConn Law Schools. A prolific author on cybersecurity, incident response, digital forensics, and ediscovery, he regularly trains judges, counsel, and organizations.

Some of Daniel Garrie's significant achievements are listed below:

- Appointed or served as forensic neutral, digital forensics, or technical expert witness or court-appointed expert in over 100 disputes in state and federal courts.
- Recognized by the American Bar Association and the Federal Judiciary as a subject matter expert on digital forensics and cybersecurity controls and systems.
- Co-authored *Understanding Software, the Internet, Mobile Computing, and the Cloud. A guide for Judges*, published by the Federal Judicial Center in 2015. Authored six books, including several books on cybersecurity including *Cybersecurity & the Courthouse: Safeguarding the Judicial Process* (Wiley); *Law Firm Cybersecurity* (ABA); and *eDiscovery Dispute Resolution* (Westlegal Ed).
- Presented at 600+ seminars to numerous judges, lawyers, and students across the globe on a variety of topics such as digital forensic investigations, incident response, cybersecurity, and ediscovery.
- Co-inventor of digital forensic patents: 10546129, 10528738, 9990498, 9990497.
- Co-authored the JAMS Artificial Intelligence Dispute Resolution Rules, establishing one of the first comprehensive frameworks for the resolution of AI-related legal disputes.

Last Updated: September 2026

## EDUCATION

- J.D. Law, Rutgers School of Law
- M.A. Computer Science, Brandeis University
- B.A. Computer Science, Brandeis University

## BAR MEMBERSHIPS

- Washington, 2012
- New York, 2007

## PROFESSIONAL HISTORY

**JAMS Arbitration, Mediation, and ADR Services** — **2016 to present**
*Neutral, Arbitrator, Special Master* — *nationwide

**Law & Forensics, LLC** — **2008 to present**
*Founder and Executive Managing Partner* — Seattle, WA

**Zeichner Ellman & Krause LLP** — **2010 to 2026**
*Partner and Chief Information Security Officer* — New York, New Jersey, Tel Aviv

**Alternative Resolution Centers (ARC)** — **2008 – 2016**
*Chair of E-Discovery & Forensic Panel* — Los Angeles, CA

**Charles River Associates (CRA)** — **2007 – 2008**
*Worldwide Director of Electronic Discovery & Information Governance* — New York, NY

**LegalTech Group LLC (LTG)** — **2005 – 2007**
*Senior Partner (co-founder)* — Seattle, WA

**Federal Judicial Center (FJC)** — **2005**
*Legal Associate* — Washington, DC

**Department of Justice (DOJ)** — **2002 – 2003**
*Senior Consultant to Deputy Attorney General* — Washington, DC

**Westpac Trust Bank** — **2001 – 2002**
*Senior Team Lead of e-Banking* — Wellington, New Zealand

**Searchapp.com** — **1994 – 2001**
*Chief Technology Officer (co-founder)* — Waltham, Massachusetts

## PROFESSIONAL ASSOCIATIONS AND AFFILIATIONS

| | | |
|---|---|---|
| 2022 – Present | Member | United States Supreme Court Bar |
| 2020 – Present | Member | Indiana University Cybersecurity Advisory Council |
| 2019– Present | Member | Forbes Technology Council |
| 2015 – Present | Member | High Technology Crime Investigation Association |
| 2012 – Present | Editor in Chief | Journal of Law & Cyber Warfare |
| 2011 – Present | Member | W.D. P.A. Court of Appointed Special Masters |
| 2010 – Present | Fellow | Ponemon Institute for Data Privacy and Protection |
| 2010 – Present | Member | High Technology Crime Investigation Association |
| 2010 – Present | Member | Organization of Legal Professionals |
| 2004 – 2021 | Member | Sedona Conference – WG 1 and WG 6 |
| 2019 – 2021 | Member | Forbes Technology Council |
| 2008 – 2019 | Editor | Journal of Legal Technology Risk Management |

## CERTIFICATIONS AND COMMENDATIONS

| Date | Credential | Organization |
|---|---|---|
| 2024 | Fundamentals of Blockchain | Anchain.ai |
| 2024 | Fundamentals of Ethereum and Smart Contracts | Anchain.ai |
| 2024 | Advanced Blockchain Investigations | Anchain.ai |
| 2021 | Certified Cyber Crime Examiner | National White Collar Crime Center |
| 2021 | Certified Privacy Solution Engineer | ISACA |
| 2021 | Certified Cyber Crime Investigator | National White Collar Crime Center |
| 2020 | Cybersecurity Provisional Assessor | CMMC-AB |
| 2019 | Certified Blockchain Engineer | IIB Council |
| 2018 | Certified CISO Professional | UCLA Extension with GCI |
| 2017 | Certified Forensic Engineer | UCLA Extension with GCI |

## TEACHING EXPERIENCES

- D. Garrie & D. Cass, *Fundamentals of The Law and Cybersecurity*, Harvard Extension School (Fall 2026, Spring 2026, Spring 2025, Summer 2025, Spring 2024, Summer 2023, Summer 2022).
- D. Garrie & D. Cass, *Cryptocurrency and Blockchain: Understanding the Technology and the Challenges It Presents*, Harvard Extension School (Fall 2026, Spring 2026, Spring 2025, Spring 2024, Fall 2022).
- D. Garrie & D. Cass, *Information System Forensics*, Harvard Extension School (Fall 2025, Fall 2024, Fall 2023, Spring 2022).
- D. Garrie & D. Cass, *Ethics of Cybersecurity*, Harvard Extension School (Fall 2024, Spring 2024).
- D. Garrie, et. al, *Cybersecurity Certificate Program*, Chicago-Kent College of Law (Spring 2022).
- D. Garrie, et. al, *Cybersecurity and Cyber Warfare*, Rutgers School of Law (Spring 2020, Spring 2019).
- D Garrie & Kevin Fumai, *Cloud Computing Unlocked*, Rutgers School of Law (Fall 2019).

- D. Garrie & R. Borden, *Data Governance and the Law*, Cardozo School of Law (Spring 2018, 2016, 2015).

## **CASES**

Daniel Garrie has served as an expert witness, special master, arbitrator, or mediator in hundreds of matters. Below is a list of cases in which Mr. Garrie has been involved since 2020. A comprehensive list of his engagements is available upon request.

1. *Nasdaq Private Market, LLC v. The Hiive Company LTD*, US Dist. S. N.Y., Case No. 1:26-cv-05076 (2026)
2. *United Flow Technologies Intermediate Holdco II, LLC v. Sean Coholan*, US Dist. Northern Dist. Cali., Case No. 3:26-cv-01845-RS-KAW (2026)
3. *Eastern Iowa Tire, Inc. v. TBK Bank, SSB*, AAA, Case No. 01-25-0004-8661 (2026)
4. *Williams v. CDCR, US Dist. Northern Dist. Cali.*, Case No. 4:21-cv-09586-JST (2026)
5. *MachingCloud, Inc. v. Kennametal, Inc.*, US Dist. Central Cali., Case No. 2:25-cv-02158-AJR (2025).
6. *Red Tech Holdings, LLC v. Cookies Creative Consulting & Promotions, Inc.*, AAA Case No. 01-22-0005-3681 (2025).
7. *Lundin v. Goldman*, Cali. Sup. Court, Orange County, Case No. 30-2022-01290254-CU-BT-CXC (2024).
8. *A.F. v. G6 Hospitality LLC,* US Dist. New Mexico, Case No. 1:23-CV-00879 KG/GBW (2024).
9. *Denise Takakjian-Thomas v. Del Monte Fresh Produce N.A.,* Cali. Sup. Court, Monterey County, Case No. 23CV003999 (2024).
10. *Radenko Milakovic v. David Glasser,* Cali. Sup. Court, Los Angeles County, Case No. 22STCV15735 (2024).
11. *In Re Bank of America Unauthorized Account Opening Lit.,* US West. Dist. North Carolina, Case No. 3:23-cv-00422-MOC-DCK (2024).
12. *HouseCanary Inc. v. Amrock, LLC,* Bexar County Texas, Case No. 2016-CI-06300.
13. *Gemedy, Inc. v. The Carlyle Group Inc.,* US Dist. Del., Case No. 23-157(CFC)(SRF) (2024).
14. *SEC v. Dragonchain,* US Dist. Of West. Dist. Of Washington, Case No. 2:22-cv-01145-JCC (2024).
15. *Justin Yu v. Rari Capital Infrastructure, LLC, Cali. Sup. Court, Los Angeles County, Case. No. 22SMCV01367 (2024).*
16. *Satoski Kobayashi v. Dfinity USA Research LLC,* Cali. Sup. Court, Santa Clara County, Case No. 23CV415981 (2024).
17. *Qualia Labs, Inc. v. Settlor, Inc.,* US Dist. of Colorado, Case No. 24-CV-0133-STV (2024).
18. *The Masyc Group, Inc. v. Jonathan Lam,* US District Court, Central District of California, Case No. 2:2024cv03900 (2024).
19. *William Blodgett v. Fortitude Realty Management LLC,* JAMS Case No. 5425000366 (2024).
20. *Reactx LLC v. Google LLC,* Cali. Sup. Court, Los Angeles County, Case No. 18STCV09674 (2024).
21. *FCA US LLC v. Yanfeng Int. Automotive Tech. US III Inc.,* Michigan Circuit Court, County of Oakland, Case No. 2024-205214-CB (2024).
22. *Skaggs v. Angels Baseball LP*, JAMS Case No. 1200060913 (2024).

23. *UnitedLex Corp. v. General Electric Co.,* CPR Case No. G-24-11-NA (2024).
24. *In Re Health Group Holdings, LLC, Case No. 2021-0518-JTL* (2024).
25. *The Moore Charitable Foundation and Kendall JMAC v. PJT Partners, Inc. et. al.* N.Y. Sup. Ct., Case No. 654584/2017 (2023).
26. *Biohaven Therapeutics LTD and Yale Un. v. Avilar Therapeutics, Inc. et. al.*, D. Del., Case No. 1:23-cv-00328-CFC (2023).
27. *Meyers v. The Leland Stanford Junior University, et. al.* Sup. Ct. Santa Clara, Case No. 22CV407844 (2022).
28. *Considine Investment Company v. All Copy Products, Inc.*, Case No.2022CV03935 (2023).
29. *Nicky Laatz v. Zazzle, Inc. and Mohamed Alkhatib*, N.D. Ca., Case No. 5:22-cv-04844-BLF VKD (2023).
30. *PennyMac Loan Services, LLC v. Black Knight Origination Technologies*, LLC, AAA Case No. 01-20-0005-00778 (2023).
31. *United States v. Miklos Daniel Brody*, N.D. Cal., Case No. 3:22-CR-00168-WHO (2023).
32. *United States v. Joseph Sullivan*, N.D. Cal., Case No. 3:20-cr-00337-WHO (2022).
33. *Washington Commanders v. National Football League,* JAMS Case No. 1410009206 (2022).
34. *In the Matter of the Complaint of Dordellas Finance Corp. Owner, et al. (LA 22-CV-02153-DOC-JDE),* JAMS Case No. 1220072736 (2022).
35. *Wang, Xin v. Injective Labs, Inc.,* JAMS Case No. 1220072698 (2022).
36. *Ricchio, Michael v. Denker, Elissa Anne,* JAMS Case No. 1220072686 (2022).
37. *Donahue, John E. v. Topa Insurance Group, et al.,* JAMS Case No. 1220072313 (2022).
38. *Outlogic, LLC v. Nybsys, Inc.,* JAMS Case No. 1220072375 (2022).
39. *Hellyer, Christine, et al. v. Smile Brands, Inc.,* JAMS Case No. 1220072379 (2022).
40. *In re: Facebook, Inc.* JAMS Case No. 1200058674 (2021).
41. *In re: Facebook, Inc.* JAMS Case No. 1200058189 (2021).

## LECUTRES & PRESENTATIONS

Daniel Garrie has given hundreds of lectures over the course of his career. Below is a sample of lectures since 2022. A complete list of his presentations is available upon request.

1. D. Garrie & R. Edwards, *Unlocking Metadata: Forensics and Legal Strategy in the Digital Age*, Washington Bar Association (August 2025).
2. D. Garrie, P. Antezana, D. Ko, M. Gold, & W. Kruse, *Building Defensible ESI Protocols for Modern Digital Evidence*, Cerifi LegalEdge (Jan. 2026).
3. D. Garrie, K. Brady, M. Grossman, Metadata, *Artificial Intelligence, and Evidentiary Reliability in Modern Litigation*, Cerifi LegalEdge (Jan. 2026).
4. D. Garrie, *AI & Cybersecurity: Legal, Ethical, and Practical Challenges*, 12th Dallas Plano Cybersecurity Summit (Oct. 2025).
5. D. Garrie, *Unlocking Metadata*, Washing State Bar Assoc. (Aug 2025)
6. D. Garrie, *Artificial Intelligence*, The Practice of International Commercial Arbitration (March 2025).
7. D. Garrie, M. Mermelstein, G. Gelb, *Defending the Club: Cybersecurity Strategies for Private Golf & Country Clubs*, Cerifi LegalEdge (Jan. 2025).
8. D. Garrie, G. Gottehrer, *Incident Response: Legal and Practical Considerations for Attorneys*, Cerifi LegalEdge (Jan. 2025).

9. D. Garrie, P. Kiesel, & J. Libby, *Authenticating Insights: Navigating Social Media Evidence,* CeriFi West Legaledcenter (Oct. 2024).
10. D. Garrie, A. Hickey, J. Klayman, J. Forman, *Coins & Codes: Decrypting the Financial Sector Cybersecurity Regulatory Landscape,* CeriFi West Legaledcenter (Oct. 2024).
11. D. Garrie, L. Abrahamson, S. Sekouti, D. Fisher, *Using AI in Your Practice: Balancing the Benefits with the Practical and Ethical Issues*, CeriFi West Legaledcenter (Oct. 2024).
12. D. Garrie, T. Kepler, M. Rainer, A. Dawson, *After the Hack: Guide to Navigating Ethical Obligations after Data Breaches,* CeriFi West Legaledcenter (Oct. 2024).
13. D. Garrie, J. Gold, M. Clancy, B. Pugh, E. Silva, *To Pay or Not to Pay: What Lawyers Should Know About Ransomware*, CeriFi West Legaledcenter (Oct. 2024).
14. D. Garrie, S. Yavorsky, D. Dobrygowski, A. Joshi, P*rivacy and AI Regulation in Europe Today*, CeriFi West Legaledcenter (Oct. 2024).
15. D. Garrie, N. Spear, E. Badway, A. Elkoni, & D. Regard, *From Files to Findings: eDiscovery 101*, CeriFi West Legaledcenter (Oct. 2024).
16. D. Garrie, J. Santiesteban, S. Gupta, & A. West, *Policy Puzzles: Guide to Decoding Cyber Insurance*, CeriFi West Legaledcenter (Oct. 2024).
17. D. Garrie, G. Gottehrer, J. Scafer, R. Messing, S. Rosenberg, *Legal Briefs to Data Debriefs: Uses of AI for eDiscovery Efficiency*, CeriFi West Legaledcenter (July 2024).
18. D. Garrie, B. Quarmby, J. Cohen, *License to Code: Navigating the Complexity of Software Patents*, CeriFi West Legaledcenter (July 2024).
19. D. Garrie, D. Hamilton, T. Collins, K. Weber, *Regulating The Digital Frontier: Attorney Guide to the EU AI Act*, Thomson Reuters West Legaledcenter (May 2024).
20. D. Garrie, M. Baker, K. Tagliaferri, *A. Shulman-Peleg, Firewalls & Filings: Cyber Strategies for Safeguarding Your Practice in the Digital Age*, Thomson Reuters West Legaledcenter (May 2024).
21. D. Garrie, G. Gottehrer, H. Marlier, G. Can Houten, S. Tuma, *A Year In: Navigating SEC Cyber Rules and An Increased Risk In Individual Liability*, Thomson Reuters West Legaledcenter (May 2024).
22. D. Garrie, P, Kiesel, L. Grennan, J. Head, *Deep Fakes, Real Stakes: Attorney Guide to Artificial Intelligence*, Thomson Reuters West Legaledcenter (May 2024).
23. D. Garrie, J. Roverts, D. Regard, & K. Charonko, *Data Dive: Digital Forensics, eDiscovery, and their Distinct Roles in the Legal Process*, Thomson Reuters West Legaledcenter (May 2024).
24. D. Garrie, J. Roberts, W. Kruse, & J. Sciaccotta, *Call to Order: Attorney Insights for Dialing Into Smartphone Evidence in the Courtroom*, Thomson Reuters West Legaledcenter (May 2024).
25. D. Garrie, J. Forman, M. Phillips, W. Matus, K. McCarron, *Code and Compliance: Guide to Navigating the FTC's Amendment Safeguards Rule*, Thomson Reuters West Legaledcenter (May 2024).
26. D. Garrie, M. Phillips, P. Halprin, J. Mullen, *Cyber Safeguard: Understanding Cyber Insurance in an Evolving Threat Landscape*, Thomson Reuters West Legaledcenter (May 2024).
27. D. Garrie, Hon. P. Lee, Hon. H. Kendig, & D. Smith, *Digital Divides: Insights on Data Breach Mediation*, Thomson Reuters West Legaledcenter (May 2024).
28. D. Garrie, S. Walsh, J. Santiesteban, & J. Williams, *Understanding Ransomware and Legal Strategies for Mitigating Its Risks*, Thomson Reuters West Legaledcenter (May 2024).

29. D. Garrie, J. Hoekstra, S. Doyen, P. Antezana, *Solving Data Dilemmas: Insights into the Challenge of eDiscovery Ethics*, Thomson Reuters West Legaledcenter (May 2024).
30. D. Garrie, D. Anderson, J. Gold, & T. Parisi, *Bait and Click: Primer on Phishing and How to Avoid Being a Catch*, Thomson Reuters West Legaledcenter (May 2024).
31. D. Garrie, *A Constitutional Quagmire: Ethical Minefields of AI, Cyber, and Privacy*, RSA Conference 2024 (May 6, 2024).
32. D. Garrie, *Fundamentals of Artificial Intelligence and The Challenges It Presents: Part 1* (March 1, 2024).
33. D. Garrie, *eDiscovery Issues in Data Privacy Class Actions,* Eqip Mass & Class Conference (March 5, 2024).
34. D. Garrie, J. Germano, S. Rosenberg, *Counsel's How To: Advising The Board on Cyber Incident Response Planning,* Thomson Reuters West Legaledcenter (March 2024).
35. D. Garrie, N. Ruiter, J. Herring, E. Atlee, S. Zadig, *Attorney Guide to Managing Technical and Regulatory Cybersecurity Risks*, Thomson Reuters West Legaledcenter (March 2024).
36. D. Garrie, Hon. T. Vanaskie, C. Ryan, C. Dolan, J. Santiesteban, *Code of Ethics: Understanding Attorneys' Ethical Obligations with Data Breaches,* Thomson Reuters West Legaledcenter (January 2024).
37. D. Garrie, M. Grossman, K. Silverman, J. Cieplak, *Guide to Navigating AI and Its Ethical Challenges*, Thomson Reuters West Legaledcenter (January 2024).
38. D. Garrie, R. Cloutier, J. Selby, *Don't Gamble on Vendors: Legal Strategies for Third-Party Cyber Risk Mitigation*, Thomson Reuters West Legaledcenter (January 2024).
39. D. Garrie, A. Santiago, D. Kahlily, *Zero Day Exploits: Navigating Cybersecurity Challenges in a Rapidly Evolving Digital Landscape*, Thomson Reuters West Legaledcenter (December 2023).
40. D. Garrie, B. Levine, D. Hamilton, J. Caso, *Trending Up: Review of Cyber Litigations in 2023 and Going into 2024*, Thomson Reuters West Legaledcenter (December 2023).
41. D. Garrie, M. Tanney, D. Anderson, S. McTigue, *User Guide: New SEC Cyber Rules and Balancing the Risk to Trade Secrets,* Thomson Reuters West Legaledcenter (December 2023).
42. D. Garrie, S. Zabel, L. Pfifer, C. Cosson, G. Pierce, *Counsel's Code: 10 Cybersecurity Practices To Adopt and Master*, Thomson Reuters West Legaledcenter (November 2023).
43. D. Garrie & C. Vincent, *Byte by Byte: What Attorneys Should Know About Software and Programming*, Thomson Reuters West Legaledcenter (November 2023).
44. D. Garrie, D. Regard, & D. Gelb, *eDiscovery 2.0: Decoding the Role of Artificial Intelligence*, Thomson Reuters West Legaledcenter (October 2023).
45. D. Garrie & J. Roberts, Cracking the (Digital) Case: Digital Forensics for Lawyers, Thomson Reuters West Legaledcenter (September 2023).
46. D. Garrie, P. Kiesel, & J. Rosenfeld, *From Pocket to Plaintiff: Guide to Smartphone eDiscovery*, Thomson Reuters West Legaledcenter (June 2023).
47. D. Garrie, N. Novak, R. Borden, & P. Vogel, *Potential Pitfalls of Cloud Computing*, Thomson Reuters West Legaledcenter (February 2023)
48. D. Garrie, B. Newman, D. Cass, P. Kiesel, *Webinar: Digital Forensics for Legal Professionals: Everything You Need to Know When Working with Forensic Experts (May 2022).*
49. D. Garrie, J. Nagi, *Webinar: The Attorney's Guide to the Basics of Blockchain in 2022 (April 2022).*

50. D. Garrie, E. Rogers, Leo M. Gordon, *Webinar: Facing Technology: Legal Ethics Developments in 2021 and 2022 (March 2022).*
51. D. Garrie, J. Vinocur, M. Phillips, Dr. P. Kamminga, *Webinar: Cyber Attacks and Ethical Obligations of In-House and Outside Counsel* (February 2022).
52. D. Garrie, J. Ware, G. Antrim, *Webinar: Attorney's Guide for Understanding Patent Law and Software in 2022* (January 2022).
53. D. Garrie, D. Smith, J. Tropp, E. Feder, *Webinar: Attorney's Guide for Understanding Copyright Law and Software in 2021* (January 2022).

## BOOK PUBLICATIONS

1. D. Garrie, *Don't Fall Behind: A Cybersecurity Guide for Law Firms,* Lexeprint Publishing (2021).
2. D. Garrie & S. Walsh, Chapter 30. Cyber Warfare & Cybersecurity, in *eDiscovery for Corporate Counsel*, 2021 ed., by C. Basri & M. Mack, Thomson Reuters (2021).
3. D. Garrie & Hon. F. Allegra, *Plugged In: Guidebook to Software and the Law.* 4th ed., Thomson Reuters (2020).
4. D. Garrie & Hon. L. Gordon, *Cybersecurity & the Courthouse,* Wolters Kluwer (2019).
5. D. Garrie & Hon. F. Allegra, *Plugged In: Guidebook to Software and the Law.* 3rd ed., Thomson Reuters (2018).
6. D. Garrie & B. Spernow, *Law Firm Cybersecurity*, American Bar Association (2017).
7. D. Garrie, Chapter 30. Cyber Warfare & Cybersecurity, in *eDiscovery for Corporate Counsel*, 2017 ed., edited by C. Basri & M. Mack, Thomson Reuters (2017).
8. D. Garrie, et al., *Cyberwarfare: Understanding the Law, Policy, and Technology.* 2015-2016 ed., Thomson Reuters Legal Works (2016).
9. D. Garrie, *Understanding Software, the Internet, Mobile Computing, and the Cloud. A Guide for Judges*, Federal Judicial Center (2015).
10. D. Garrie & Hon. F. Allegra, *Plugged In: Guidebook to Software and the Law.* 2015 ed., Thomson Reuters (2015).
11. D. Garrie, *Software and the Law: Digital Forensic Investigations and E-Discovery,* Thomson Reuters (2015).
12. D. Garrie & M. Silber, *Cyber Warfare: Understanding the Law, Policy and Technology,* 2014 ed., Thomson Reuters (2014).
13. D. Garrie & Y. Griver, *Dispute Resolution and E-discovery,* 2013 ed., Thomson Reuters (2013).
14. D. Garrie, *The New Frontier of Warfare,* Journal of Law and Cyberwarfare (2013).
15. D. Garrie & Y. Griver, *Treatise on Electronic Discovery and Dispute Resolution*, Thomson Reuters (2012).
16. D. Garrie, "Technology: The Fire That Burned Down the House?*"* in *The OLP Thought Leader's Guide to E-Discovery*, by The Organization of Legal Professionals (2010).
17. D. Garrie & J. Chatelain, "The Good, the Bad and the Ugly of Electronic Archiving," in *The OLP Thought Leader's Guide to E-Discovery*, by The Organization of Legal Professionals (2010).

18. D. Garrie, *Skirting the Boards of Privacy: Examining the Spyware Technologies on the Web and Network Neutrality*, edited by G. Chandana, Spyware (2009).
19. D. Garrie & R. Wong, "Parasiteware: Unlocking Personal Privacy," in J. Ramakistaish ed., *Wire Tapping: Regulatory Perspectives*, Amicus Books (2009).
20. D. Garrie, *Navigating the Global Privacy Ocean, Issues and Concerns for Multinational Corporations*, edited by G. Usha, Internet Privacy and Legal Issues (2008).
21. D. Garrie, *Electronic Discovery Cost Shifting: A Modest Proposal for Change*, Electronic Evidence and Legal Issues of India University Press Professional Reference Books (2008).
22. D. Garrie, *Employers Guide to Address Sexual Harassment at the Work Place*, Institute of Chartered Financial Analysis of India University Press Professional Reference Books (2008).
23. D. Garrie & S. Kaufman, *Warning: Software May be Hazardous to your Privacy*, Legal, Privacy, and Security Issues (2006).

## ARTICLE PUBLICATIONS

Daniel Garrie has written over 600 articles over the course of his career. Below is a list of articles Mr. Garrie has authored since 2016.A complete list of his publications is available upon request.

1. D. Garrie, *The Four Decisions in Every Special Master Order*, Tailored Mediation (Aug. 2026).
2. D. Garrie, *Source-Code Inspection Protocols Under the DTSA*, Tailored Mediation (Aug. 2026).
3. D. Garrie, *Proving the Number: Building a Cyber Business-Interruption Claim*, Tailored Mediation (Aug. 2026).
4. D. Garrie, *The Hours That Decide a Cyber Coverage Claim*, Tailored Mediation (Aug. 2026).
5. D. Garrie, *TAR Validation: Recall and Precision*, Tailored Mediation (Aug. 2026).
6. D. Garrie, *Litigation Holds That Survive a 37(e) Challenge*, Tailored Mediation (Aug. 2026).
7. D. Garrie, *What a Discovery Special Master Costs (FRCP 53(g))*, Tailored Mediation (Aug. 2026).
8. D. Garrie, *Cross-Border ESI Under the Federal Rules*, Tailored Mediation (Aug. 2026).
9. D. Garrie, *Proving What the Agent Did: Building the Record in Agentic AI Disputes*, Tailored Mediation (Aug. 2026).
10. D. Garrie, *Mediating ESI Disputes to Save Time and Money*, Tailored Mediation (June 2026).
11. D. Garrie, *Forensic Inspection Protocols: Inspecting an Opponent's Systems*, Tailored Mediation (June 2026).
12. D. Garrie, *Building a Defensible Privilege Log at Scale*, Tailored Mediation (June 2026).
13. D. Garrie, *California Discovery Referees: CCP §638 vs. §639*, Tailored Mediation (June 2026).
14. D. Garrie, *Building ESI Protocols for Modern Data*, Tailored Mediation (June 2026).
15. D. Garrie, *Deepfakes in Court Proceedings: How to Safeguard Evidence*, Tailored Mediation (June 2026).
16. D. Garrie, *Arbitrating Smart Contract Disputes: A Comprehensive Approach*, Tailored Mediation (May 2026).

17. D. Garrie, *How the JAMS AI Rules Can Streamline Discovery in AI Disputes*, Tailored Mediation (May 2026).
18. D. Garrie, *Mediating Cyber Insurance Coverage Disputes,* Tailored Mediation (May 2026).
19. D. Garrie, *When (and How) to Appoint a Special Master for TAR Validation*, Tailored Mediation (Apr. 2026).
20. D. Garrie, *AI Hallucinations in Litigation and Arbitration*, Tailored Mediation (March 2026).
21. D. Garrie, *Cross-Border Forensic Collection: The Legal Layer Comes First*, Tailored Mediation (March 2026).
22. D. Garrie, *Forensic Data as a Mediation Asset*, Tailored Mediation (Feb. 2026).
23. D. Garrie, *The Economics of Appointing a Special Master*, Tailored Mediation (Feb. 2026).
24. D. Garrie, *The Evolution of the Technical Neutral,* Tailored Mediation (Jan. 2026).
25. D. Garrie, J. Deutsch, & M. Ward, *Attys Beware: Generative AI Can Also Hallucinate Metadata*, Law360 (Nov. 2025).
26. D. Garrie & K. Silverman, *Deep Fakes and Evidence Integrity in Family Courts*, Daily Journal (Nov. 2025).
27. D. Garrie & K. Charonko, *From Code to Canvas: The Intellectual Property Debate in Generative AI Creations* (Nov. 2025).
28. D. Garrie & M. Jacobius, *Think Like a Hacker; Plan Like a Lawyer*, Daily Journal (Aug. 2025).
29. D. Garrie & B. Newman, *Mastering eDiscovery and AI in ADR: A Guide for Legal Practitioners*, Daily Journal (Apr. 2025).
30. D. Garrie & Judge Gordon, *Streamlining E-Discovery Using Arbitration*, Law.com (May 2025).
31. D. Garrie, *Challenges for Asserting Attorney-Client Privilege For In-House Counsel and Best Practices*, Law360 (Feb. 2025).
32. D. Garrie, *eDiscovery and AI in ADR: A Practitioner's Guide*, Tailored Mediation (Feb. 2025).
33. D. Garrie, *Forensic Neutrals in Large-Scale Litigation*, Tailored Mediation (Jan. 2025).
34. D. Garrie & D. Cass, *Strengthening Bank Fraud Defenses Through Proactive Risk Management and ALM Strategies*, American Banker (Jan. 2025).
35. D. Garrie & B. Coleman, *Facing the Deepfake Crisis: Insights from Enterprise and Legal Frontlines*, Law.com (Jan. 2025).
36. D. Garrie & Judge Margines, *Deciphering Digital Dilemmas Forensic Neutrals in Large-Scale Litigation*, Daily Journal (Jan. 2025).
37. D. Garrie & Hon. G. Andler, *Arbitrating Smart Contract Disputes: A Comprehensive Approach*, Daily Journal (Dec. 2024).
38. D. Garrie, *Crafting Effective Privilege Logs for Legal Success,* Business Law Today (Nov. 2024).
39. D. Garrie & J. Deutsch, *Deepfakes in Court Proceedings: How to Safeguard Evidence*, Law 360 (Nov. 2024).
40. D. Garrie & Hon. G. Andler, N*avigating The Mirage of Deepfakes in Court and Arbitration*, Daily Journal (October 2024).
41. D. Garrie, B. Newman, J. Tram, *8 Tips To Achieve Compliance And Avoid Fines Under the CPRA's Data Minimization Requirements*, Law 360 (Aug. 2024).

42. D. Garrie & J. Deutsch, *Inside the Clubhouse: The Growing Cyber Threats Facing Country Clubs*, Daily Journal (Sept. 2024).
43. D. Garrie & Y. Griver, *From Niche to Universal: The Broadening Application of NIST Cybersecurity Framework 2.0*, Law.com (July 2024).
44. D. Garrie, M. Mann & Judge Gordon, Cybersecurity in Multidistrict Litigation, Law.com (June 2024).
45. D. Garrie, J. Deutsch, & D. Cass, *Lessons for CISOs From the SolarWinds Breach and SEC Enforcemen*t, ALM Cyber (May 2024).
46. D. Garrie, *Using AI to Predict Outcomes in Class Action Litigation*, Law.com (April 2024).
47. D. Garrie, *Arbitration As An Effective Mechanism For Resolving Asset Purchase Agreement Disputes*, Daily Journal (April 2024).
48. D. Garrie, Hon. R. Kramer, *Navigating Personal Liability: Post Data-Breach Recommendations for Responsible Officers, including CSOs and CISOs*, CSOOnline.com (April 2024).
49. D. Garrie, *Board Members Take Note: Cybersecurity Audits Are More Important Than Ever*, Bloomberg Law (March 2024).
50. D. Garrie & D. Shonka, *Companies Need to Reevaluate Cybersecurity and Privacy Programs to Comply with the FTC's Expanded Safeguards Rule*, Daily Journal (March 2024).
51. D. Garrie & Hon. L. Gordon, *Harnessing the Power of Technical E-Discovery Neutrals in Litigatio*n, NY Daily Journal (February 2024).
52. D. Garrie, P. Halprin, & E. Ramo, *Small Law Firms Must Take Action and Address Cybersecurity and Privacy Regulations*, Law.com (February 2024).
53. D. Garrie & Hon. G. Andler, *The Advantages of Mediating Computer Fraud and Abuse Act Disputes*, Daily Journal (February 2024).
54. D. Garrie, *Using Special Masters in Social Media Litigation to Streamline Discovery*, American Lawyer (February 2024).
55. D. Garrie & Hon. G. Andler, *Understanding the Distinct Roles of E-Discovery and Digital Forensics*, JAMS ADR Insights (January 2024).
56. D. Garrie, J. Deutsch, & P. Halprin, *Instegogram Update: A New Threat and Its Liability for Organizations*, CSOOnline.com (December 2023).
57. D. Garrie, R. Abbott, & K. Silverman, *Preparing Law Students for a New, AI-Assisted Legal World*, Law360 (November 2023).
58. D. Garrie & J. Deutsch, *Balancing Risk and Compliance: The Implications of SEC's New Cybersecurity Regulations*, CSO Online (September 2023).
59. D. Garrie & J. Deutsch, *Cutting Costs, Not Corners: The Impact of Artificial Intelligence & Machine Learning on Attorneys and Clients Alike*, DailyJournal.com (September 2023).
60. D. Garrie, J. Deutsch, J. D'Agostino, *Directors Beware How the SEC Cybersecurity Regulations Are Reshaping and Re-Risking Corporate Governance*, Daily Journal (August 2023).
61. D. Garrie, B. Newman, *How the SEC is Transforming Corporate Cybersecurity Oversight*, Bloomberg Law (August 2023).
62. D. Garrie & B. Newman, *Balancing SEC Cyber Compliance and Trade Secret Protection*, Law360 (August 2023).
63. D. Garrie & G. Andler, W*hen To Use a Discovery Special Master*, Daily Journal (July 2023).

64. D. Garrie & T. Vanaskie, *Selecting and Preparing an Effective Rule 30(b)(6) Witness for E-Discovery: A Comprehensive Guide*, Daily Journal (May 2023).
65. D. Garrie & J. Deutsch, *Navigating Vendor Cybersecurity Risks: Strategies for Companies and Lawyers to Mitigate Exposure*, GRC Outlook (May 2023).
66. D. Garrie & Hon. G. Andler, *Mobile Messaging and E-Discovery*, LA Daily Journal (November 2022).
67. D. Garrie & B. Newman, Providing Clarity In the Wake of U.S. v. Joseph Sullivan: Paying A Ransom To Cyber Intruders Is Not Per Se Illegal, But Corporate Social Responsibility Must Account for CISO Behavior, Law.com (Nov. 2022).
68. D. Garrie & C. Cass, *Don't Blame Bug Bounties, Blame Joe Sullivan As Accountability Arrived at the CISO's Doorstep*, Security Current (October 2022).
69. D. Garrie, *Lessons for Cybersecurity Officers After Ex-Uber Exec Trial*, Law360 (October 2022)
70. D. Garrie & Hon. G. Andler, *There is No 'I' in Team: Electronic Discovery and Professional Sports*, LA Daily Journal (July 2022).
71. D. Garrie & Hon. G. Andler, *Cyberattacks in the Health Care Industry: The Way Forward*, LegalTech News (July 2022).
72. D. Garrie & Hon. G. Andler, *The Need for Mediation in E-Discovery - the Way Forward*, Daily Journal (June 2022).
73. D. Garrie, et al., *CISOs' Transparency and Disclosure Obligations to CEOs and Boards*, Legaltech News (June 2022).
74. D. Garrie, et al., *Revisiting Proportionality Under Rule 26(b)(1),* Bloomberg Law (November 2021).
75. D. Garrie, *JAMS Spotlight: Daniel B. Garrie, Esq.*, JAMS (October 2021).
76. D. Garrie, Hon. G. Andler, D. Cass, *The Dirty Truth About Crypto: Money Laundering Made Easier*, ALM Law (September 2021).
77. D. Garrie & Hon. G. Andler, *Using Data Sets to Settle Cases*, Daily Journal (July 2021).
78. D. Garrie, et al., *Smart Contracts & Cryptocurrency Made Simple*, Law & Forensics (June 2021).
79. D. Garrie & Hon. G. Andler, *Decentralized Finance Made Simple: What Lawyers Need to Know*, LegalTech News (June 2021).
80. D. Garrie & D. Smith, *Attracting Top Cybersecurity Talent to the Federal Government: A Simple Yet Bold Solutio*n, LegalTech News (May 2021).
81. D. Garrie & Hon. G. Andler, *Trade Secrets: Is Litigating Infringement Worth It? What Can Be Done Instead?*, Los Angeles Daily Journal (March 2021).
82. D. Garrie & Hon. G. Andler, *When Does It Make Sense and How To Get a Special Master*, Los Angeles Daily Journal (March 2021).
83. D. Garrie, *What Are the Right Questions to Ask Law Firms to Know if They Were Compromised,* LegalTech News (March 2021).
84. D. Garrie & Hon. G. Andler, *I Could Be Prosecuted for Paying Ransomware Ransom! How is that Possible?,* Los Angeles Daily Journal (February 2021).
85. D. Garrie & Hon. G. Andler, *Remote Advocacy: Best Practices and Things to Know*, Los Angeles Daily Journal (January 2021).
86. D. Garrie & Hon. G. Andler, *Mastering Complex Cases: Effective Use of Special Masters in Complex Civil Cases*, Los Angeles Daily Journal (December 2020).

87. D. Garrie, *The No. 1 Rule for Anyone Infected with Ransomware*, Forbes Technology Council (December 2020).
88. *JAMS Smart Contracts Rules*, contributor D. Garrie, JAMS (November 2020).
89. D. Garrie & Hon. G. Andler, *Arbitration During a Global Pandemic: How to Properly Leverage Zoom and Similar Platforms to Conduct Arbitration Hearings*, Los Angeles Daily Journal (September 2020).
90. D. Garrie & Y. Griver, *Employer Best Practices for Monitoring Remote Devices*, Law 360 (August 2020).
91. D. Garrie & P. Halprin, *Defining Cyber Threats*, American Bar Association Business Law Section (August 2020).
92. D. Garrie, *Here's Why Your Employer May Monitor Your Personal Files On Company Devices*, Forbes Technology Council (August 2020).
93. D. Garrie & A. Nadolna, *Customizing Traditional Models of Mediation to Work in Today's COVID-19 Environment*, National Business Institute (August 2020).
94. D. Garrie & M. Simanova, *A Keystroke Causes a Tornado: Applying Chaos Theory to International Cyber Warfare Law*, Brooklyn Journal of International Law (July 2020).
95. D. Garrie, *Migrating Away from Traditional Models of Mediation*, Forbes Technology Council (June 2020).
96. D. Garrie & Hon. G. Andler, *Migrating Away from Traditional Models of Mediation*, Los Angeles Daily Journal (June 2020).
97. D. Garrie & Hon. P. Leen, *How to Use Discovery Special Masters*, *Forensic Neutral and Technical Special Masters*, National Business Institute (June 2020).
98. D. Garrie, *Confronting the Challenges of Virtual Mediation*, Law360 (April 2020).
99. D. Garrie, *Avoiding Sanctions: Ethical Considerations for E-Discovery*, Daily Journal (March 2020).
100. D. Garrie, *Making Heads or Tails of the California Consumer Privacy Act*, Legal Executive Institute (February 2020).
101. D. Garrie, *Neutrals Need to 'Speak Tech' to Resolve Disputes Involving Smart Contracts*, New York Law Journal (October 2019).
102. D. Garrie, *The Benefits of Using Technical Special Masters*, The American Lawyer (October 2019).
103. D. Garrie, *Mediating Cyber Insurance Claims*, Los Angeles Daily Journal (July 2019).
104. D. Garrie, *Executive Order 13873 Could Expand the Reach Of War Exclusions In Cyber Policies*, Forbes Technology Council (July 2019).
105. D. Garrie, *The Wider Implications of the California Consumer Privacy Act*, Forbes Technology Council (May 2019).
106. D. Garrie & P. Rosen, *Act Of War' Questions In Cyberattack Insurance Case*, Law360 (April 2019).
107. D. Garrie & R. Abbott, *What Crypto Exchanges, Holders Can Learn From QuadrigaCX*, Law360.com (February 2019).
108. D. Garrie, *Reviewing 2018 and Predicting What's Ahead in Cybersecurity*, Cyber Insecurity News (January 2019).
109. D. Garrie, *Mediators Need to Become 'Bilingual' to Resolve Smart Contracts*, LegalTech News (December 2018).
110. D. Garrie & Y. Griver, *Spearfishing Can Be Stopped Once You Remove the Bate*, Law360 (November 2018).

111. D. Garrie, *The Neutral Corner: How to Effectively Use a Technical E-Discovery Neutral*, Thomson Reuters Legal Executive Institute (October 2018).
112. D. Garrie, et al., *Arbitration, Mediation Can Solve Cyber Insurance Disputes*, Law360 (October 2018).
113. D. Garrie, *Separate The NSA And Cyber Command Now*, Law360 (September 2018).
114. D. Garrie & S. McKee, I*nternet of Things (IoT) – Friend or Foe?*, Los Angeles Daily Journal (June 2018).
115. D. Garrie & M. Mann, *Hacked? Don't Waste Time Pointing Fingers*, Daily Journal (January 2018).
116. D. Garrie & D. Cass, *The Lawyer's Guide to Cloud Computing*, Law 360 (May 2018).
117. D. Garrie & J. Mariani, *Authenticating Social Media Evidence*, Thomson Reuters (March 2018).
118. D. Garrie, *Using Forensic Neutrals in Large Commercial Disputes*, ALM The Recorder (February 2018).
119. D. Garrie, *Physical Damage and Cyber Insurance*, Brooklyn Law Journal (2017).
120. D. Garrie & A. Publicover, *You Don't Have to Go to Court to Resolve Your Data Breaches*, L.A. Daily Journal (2017).
121. D. Garrie, *Understanding Deleted Files, Unallocated Space, and Their Impact on E-Discovery*, Thomson Reuters Legal Executive Institute (December 2017).
122. D. Garrie & Hon. G. Andler, *Keyword Mediation Helps Expedite E-Discovery*, Daily Journal, (December 2017).
123. D. Garrie, *Optimizing E-Discovery with Arbitration*, Association of Business Trial Lawyers Report, Volume 14 No. 3 (Fall 2017)
124. D. Garrie & A. Mahairas, *Manufacturers Must Focus on Securing the Internet of Things*, Law360 (September 2017).
125. D. Garrie, et al., *Cyber Risk Insurance: Revaluating Traditional Coverage Issues in the Context of Cyber*, Hastings Business Law Journal Vol. 14 Issue 2 (October 2017).
126. D. Garrie & Y. Griver, *Attorneys Must Prepare for Cyber Kinetic Attacks*, Los Angeles Daily Journal (September 2017).
127. D. Garrie, *Mediating Cyber Insurance Claims During Supply Chain Disputes*, Supply and Demand Chain Executive (September 2017).
128. D. Garrie, *The Neutral Corner: Using Forensic Neutrals in Trade Secret Disputes*, Legal Executive Institute (May 2017).
129. D. Garrie, *Are Law Firms the Weakest leak in Cybersecurity?* Thomson Reuters Legal Insights UK & Ireland Blog (January 2017).
130. D. Garrie & R. Borden, *Don't Focus on Whodunit After a Data Breach: Attending to Tangential Issues Can Prove Costly*, Metropolitan Corporate Counsel (August 2017).
131. D Garrie, et al., *Cyber Security Risks in the Courtroom*, Law360 (July 2017).
132. D. Garrie & M. Mann, *Pointing the Finger: Why Focusing on Attribution After a Data Breach May be a Waste of Time*, Los Angeles Daily Journal (July 2018).
133. D. Garrie, *CyberLife: Social Media, Right-of-Publicity and Consenting to Terms of Service*, LEI (July 2017).
134. D. Garrie, et al., *Hacking Elections: An Act of War*?, New York Law Journal (June 2017).
135. D. Garrie & E. Yoran, *Can Congress Do Anything to Address SS7 Risks? Some Say Yes*, SC Media (May 2017).

136. D. Garrie, *Social Media E-Discovery: How to Request and Respond*, Metropolitan Corporate Counsel (May 2017).
137. D. Garrie, *Using Forensic Neutrals in Trade Secret Disputes*, Thomson Reuters (May 2017).
138. D. Garrie, *The Evolving Effect of Technology in Litigation: Using Discovery Special Masters, Technical Special Masters, & Forensic Neutrals*, NW Lawyer (April 2017).
139. D. Garrie, *Insider Threats in the Oil & Gas Industry*, Texas Lawyer (March 2017).
140. D. Garrie, *Mediating Your E-Discovery Disputes: Save Your Clients' Time & Money*, Corporate Counsel (March 2017).
141. D. Garrie, *What Lawyers Are Asking About the New York DFS Cybersecurity Regulation*, LEI (March 2017).
142. D. Garrie & Y. Griver, *Discovery Obligations Apply to Plaintiffs Too*, N.Y. Law Journal (March 2017).
143. D. Garrie, *What Lawyers Are Asking About the New York DFS Cybersecurity Regulation*, Wall Street Lawyer, Volume 21 Issue 3 (March 2017).
144. D. Garrie & J. Johnson, *The DNC Hack Was Not an Act of War: What We Call it Under International Law Should Influence Our Response*, Metropolitan Corporate Counsel (February 2017).
145. D. Garrie & R. Borden, *A New Focus on Law Firm Cybersecurity*, Thomson Reuters (January 2017).
146. D. Garrie & A. Publicover, *It's the Most Wonderful Time of the Year…For Cybercriminals*, Los Angeles Daily Journal (January 2017).
147. D. Garrie, et al., *It's the Cybercrime and its Sponsors (Not My Cyber-Security), Stupid*, Journal of Law and Cyber Warfare Volume 5, Issue 2 Winter 2017.
148. D. Garrie, et al., *Why Arbitration Clauses May Make Sense in Cyber Insurance Policies*, Cardozo Journal of Conflict Resolution, Vol. 19:43 (2017)
149. Hildebrandt Consulting LLC, *Citi Bank 2018 Client Advisory*, contributor D. Garrie, et al., (December 2017).
150. D. Garrie, *Mediating E-Discovery Disputes Can Save Time & Money*, Law360 (December 2016).
151. D. Garrie, *Recapturing the Benefits of Predictive Coding by Using an eDiscovery Special Master*, Thomson Reuters (December 2016).
152. D. Garrie & A. Nadolna, *Is Cyber Insurance Really Worth It? Using ADR to Resolve Cyberattack Disputes*, Law.com (October 2016).
153. D. Garrie, et al., *How to Prepare for a Cyber Attack*, Law360 (October 2016).
154. D. Garrie, *How to Effectively Use a Technical E-Discovery Neutral*, Thomson Reuters (October 2016).
155. D. Garrie, *What You Need to Know Now (and Ask Your Broker) About Cyber Insurance*, Corporate Counsel (October 2016).
156. D. Garrie, *The Panama Papers: How to Keep Your Firm Out of the Headlines*, Thomson Reuters (September 2016).
157. D. Garrie & Y. Griver, *Looking Beyond Courthouse to Resolve Data Breach Disputes*, Law360 (September 2016).
158. D. Garrie & Y. Griver, *Resolving Data Breach Disputes Using Arbitration*, Law360 (September 2016).
159. D. Garrie, *Understanding a Digital Forensics Report*, Thomson Reuters (August 2016).

160. D. Garrie & R. Siers, *10 Ways to Mitigate Vendor Cybersecurity Risk*, Law360 (August 2016).
161. D. Garrie & R. Borden, *Putting Out A Cyber Fire: 7 Rules For Hospitals*, Law360 (July 2016).
162. D. Garrie, *Do the Pokemon Go: Information Security in the Physical World*, Huffington Post (July 2016).
163. D. Garrie & R. Siers, *Client Data: Secure as the Weakest Link*, Thomson Reuters (June 2016).
164. D. Garrie & Lt. Col. S. Reeves, *An Unsatisfactory State of the Law: The Limited Options for a Corporation Dealing with Cyber Hostilities by State Actors*, Cardozo Law Review Volume 37 No. 5 (June 2016).
165. D. Garrie & R. Borden, *Encryption for Lawyers,* ABA Business Law Today (June 2016).
166. D. Garrie, Foreword, JLCW Volume 5, Summer 2016, Issue 1, available at http://www.jlcw.org/.
167. D. Garrie, et al., *Cybersecurity Disclosure Act: A Misguided Attempt to Effectively Address Cyber Threats*, Wall Street Lawyer (May 2016).
168. D. Garrie, et al., *No Bad Guys Here – The Battle Between Public Safety & Personal Privacy in Cyberspac*e, Wall Street Lawyer Volume 20 Issue 3 (March 2016).
169. D. Garrie, *Privacy v. Accessibility: Can They Coexist in Cyberspace?*, Law360 (February 2016).
170. D. Garrie & Lt. Col. S. Reeves, *So You're Telling Me There's A Chance: How the Articles on State Responsibility Could Empower Corporate Responses to State-Sponsored Cyber Attacks*, Harvard National Security Journal (Winter 2016).
171. D. Garrie & D. Lawrence, *The Need for Private-Public Partnerships Against Cyber Threats – Why a Good Offense May be Our Best Defense*, Huffington Post Business (Winter 2016).
172. D. Garrie, et al., *Ten Commandments' of Cyber Security Can Enhance Safety*, Wharton Business Review (Winter 2016).
173. D. Garrie & Y. Griver, *2016 – The Year of Cloud-Based E-Discovery*?, Bloomberg Law (January 2016).
174. D. Garrie, *Cybersecurity Legislation is Going to Pass, So What*?, Bloomberg BNA (January 2016)