# EXHIBIT C

# David R. Cohen Resume

**specialmaster.law**/resume

May 25, 2017

## Appointing Judges

- **Honorable John Adams**, United States District Court (Akron)
- **Honorable Ann Aldrich**, United States District Court (deceased) (Cleveland)
- **Honorable Christopher Boyko**, United States District Court (Cleveland)
- **Honorable John Z. Boyle**, United States District Court (Phoenix)
- **Honorable Timothy L. Brooks**, United States District Court (Fayetteville, Arkansas)
- **Honorable James Carr**, United States District Court (Toledo)
- **Honorable Sharon Johnson Coleman**, United States District Court (Chicago)
- **Honorable David Dowd**, United States District Court (deceased) (Akron)
- **Honorable Richard Gergel**, United States District Court (Charleston, SC)
- **Honorable Nathaniel Gorton,** United States District Court (Boston)
- **Honorable Kathleen McDonald O'Malley**, Federal Circuit Court of Appeals (Washington, DC)
- **Honorable Solomon Oliver, Jr**., United States District Court (Cleveland)
- **Honorable Sul Ozerden**, United States District Court (Gulfport)
- **Honorable Thomas Parker**, United States District Court (Cleveland)
- **Honorable Dan Aaron Polster**, United States District Court (Cleveland)
- **Honorable Julie Robinson**, United States District Court (Kansas City)
- **Honorable Mary Rowland**, United States District Court (Chicago)
- **Honorable Arthur Schwab**, United States District Court (Pittsburgh)
- **Honorable Kathryn Vratil**, United States District Court (Kansas City)
- **Honorable Jack Zouhary**, United States District Court (Toledo)

## Special Master Appointments

### MULTIDISTRICT LITIGATION

- *In re National Prescription Opiate Litig., MDL no. 2804* (**National Health Crisis**)
- *In re Aqueous Film-Forming Foams Prod. Liab. Litig.,* MDL No. 2873 (**Mass Tort**)
- *In re Polyurethane Foam Antitrust Litig.,* MDL No. 2196 (**Antitrust**)
- *In re Oral Sodium Phosphate Prod. Liab. Litig*., MDL no. 2066 (**Mass Tort**)

- *In re Whirlpool Corp. Front-Loading Washer Prod. Liab. Litig.*, MDL no. 2001 (**Consumer Class Action**)
- *In re Community Bank of N. Virginia Mortgage Lending Pracs.,* MDL No. 1674 (W.D. Pa.) (**Truth in Lending Class Action**)
- *In re Welding Fumes Prod. Liab. Litig*., MDL no. 1535 (**Mass Tort**)
- *In re Sulzer Hip Implant Prod. Liab. Litig*., MDL no. 1401 (**Mass Tort**) (Senior Law Clerk)

**OTHER CLASS ACTIONS**

- *United Ass'n Nat'l Pension Fund v. Carvana Co.,* no 22-CV-2126 (**Securities Class Action**)
- *Murphy v. Gospel for Asia, Inc.,* no. 17-CV-1535 (W.D. Ark.) (**Forensic Accounting Class Action**)
- *Sibley v. Sprint Nextel Corp.,* no. 08-CV-2063 (D. Kan.) (**National Employment Class Action**)
- *Harlow v. Sprint Nextel Corp.,* no. 08-CV-2222 (D. Kan.) (National **Employment Class Action**)
- *In re Sears Front-Load Washer Prod. Liab. Litig.,* no. 06-CV-7023 (N.D. Ill.) (**National Consumer Class Action**)
- *Massachusetts v. E*Trade Access, Inc.*, no. 03-CV-11206 (D. Mass) (**ADA Class Action**)
- *Howe v. City of Akron,* no. 06-cv-02779 (N.D. Ohio) (**1983 Discrimination Class Action**)
- *Bland v. PNC Bank, N.A.,* no. 15-CV-1042 (W.D. Pa.) (**FLSA Class Action**)
- *Reinig v. RBS Citizens, N.A.,* no. 15-CV-1541 (W.D. Pa.) (**FLSA Class Action**)
- *Stewart v. Anchor Drilling Fluids, USA, Inc*., no. 16-CV-1372 (W.D. Pa.) (**FLSA Class Action**)
- *Williford v. Rice Energy, Inc*., no. 17-CV-945 (W.D. Pa.) (**FLSA Class Action**)
- *Woloszyn v. Patriot Drilling Fluids*, no. 17-CV-1076 (W.D. Pa.) (**FLSA Class Action**)
- *Serrette v. Patriot Drilling Fluids*, no. 17-CV-914 (W.D. Pa. (**FLSA Class Action**)

**CRIMINAL**

*United States v. Black,* no. 16-CR-20032 (D. Kan.) (**Sixth Amendment and Attorney-Client Privilege**)

**PATENT**

- *Snap-On Bus. Solns. v. Hyundai Motor America,* no. 07-CV-1961 (N.D. Ohio) (**Patent and Indemnity**)
- *A.R. Arena Products, Inc v. Grayling Industries, Inc*., no. 11-CV-1911 (N.D. Ohio) (**Patent**)

**OTHER COMPLEX LITIGATION**

- *Rover Pipeline LLC v. Rohrs,* no. 17-CV-225 (N.D. Ohio) (**Federal Eminent Domain Class Compensation**)
- *Hutchens v. Abbot Labs., Inc.,* no. 11-CV-176 (N.D. Ohio) (**Pharmaceutical Product Liability**)
- *Columbia Gas Transm. LLC v. Booth,* no. 16-CV-1418 (N.D. Ohio) (**Federal Eminent Domain Class Compensation**)
- *Universal Surveillance Corp. v. Checkpoint Systems, Inc.,* no. 11-CV-1755 (N.D. Ohio) (**Antitrust**)
- *Overcash Pipeline, LLC v. Shaw, no. 16-CV-785* (**Computer Forensic Discovery in Business Dispute**)
- *EEOC v. Spitzer Management, Inc.,* no. 06-CV-02337 (N.D. Ohio) (**Employment Discrimination**)
- *Sterling Jewelers, Inc. v. Zales Corp.,* no. 12-CV-2823 (N.D. Ohio) (**Lanham Act**)
- *C.B. Fleet Co. v. Colony Specialty Ins. Co.,* no. 11-CV-375 (N.D. Ohio) (**Insurance Contract & Bad Faith**)
- *Baxter v. Lincoln Electric Co.,* no. 08-WF-17037 (N.D. Ohio) (**Product Liability**)
- *Banford v. Aldrich Chemical Co., Inc.,* no. 2003-CV-8704 (Ohio Ct. Common Pleas) (**Mass Tort Explosion**)
- **Duties**
  - Overseeing and resolving all discovery and e-discovery issues.
  - Ruling on privilege issues.
  - Negotiating Settlement Agreements between plaintiffs, defendants, and insurers (see example comments from parties).
  - Designing claims administration processes to pay settlement class.
  - Serving as appellate reviewer of claimant settlement awards.
  - Creating protocols and entering common benefit attorney fee awards (see examples).
  - Monitoring and addressing ethical concerns.
  - Monitoring compliance with Court-ordered injunctive relief.
  - Drafting opinions for Judicial signature, ranging from pre-trial global Daubert issues, to summary judgment motions, to post-trial, case-specific JNOV motions.
  - Coordinating federal and state-court litigation.
  - Ruling on motions in limine.
  - Presiding over Markman hearings and construing disputed patent terms (see examples).
  - Assisting Judges in courtroom during bellwether trials.

## Trusteeships

*(All Trust Fund Totals = $6.4 Billion)*

- **W.R. Grace Asbestos Personal Injury Trust**
- **First Opiate Settling Defendants Fee Trust**
- **First Opiate Settling Defendants Costs Trust**
- **First Opiate Ohio Attorney Fee and Cost Trust**
- **Janssen Tribal Opioid Settlement Fund Trust**
- **Distributors-Tribal Opioid Settlement Fund Trust**
- **Opioid MDL Court Common Benefit Fund Trust**
- **Opioid MDL Track One Common Benefit Fund Trust**
- **Teva/Allergan National Opiate Settlement Attorney Fee Fund Trust**
- **Teva/Allergan National Opiate Settlement Cost Fund Trust**
- **Walmart National Opiate Settlement Attorney Fee Fund Trust**
- **Walmart National Opiate Settlement Cost Fund Trust**
- **CVS National Opiate Settlement Attorney Fee Fund Trust**
- **CVS National Opiate Settlement Cost Fund Trust**
- **Walgreens National Opiate Settlement Attorney Fee Fund Trust**
- **Walgreens National Opiate Settlement Cost Fund Trust**
- **Endo Public Opioid Political Subdivision Costs And Fees Fund Trust**
- **Mallinckrodt Municipal and Tribe Opioid Attorneys' Fee Fund**

## Organizations

- **U.S. District Court, Northern District of Ohio**
  Court-Approved ADR Mediator
- **U.S. District Court, Western District of Pennsylvania**
  Court-Approved ADR Neutral – Mediator, Arbitrator, Special Master
- **Academy of Court-Appointed Masters**
  - President Emeritus
  - Member, Board of Directors
  - Charter Member
- **Babson College / Goldman Sachs 10,000 Small Business Entrepreneurial Curriculum**
  Invited Scholar, Graduate
- **American College of E-Neutrals**
  - Member, Board of Directors
  - Charter Member

- **Association of Certified E-Discovery Specialists**
  - Invited Member, Certification Committee
  - Charter Class, Certified E-Discovery Specialist
- **The Sedona Conference**
  - Core Work Group Member, Mass Torts & Punitive Damages, 2008 – present
  - E-Discovery Dispute Resolution Program For Special Masters & Mediators
- **Duke Law School Center for Judicial Studies**

  Treatise Contributor, *Class Action Settlement Guidelines and Best Practices*
- **Judicial Panel on Multidistrict Litigation**

  Assisting the Honorable William S. Duffey, Jr. with design and content of private Intra-Net resource website for MDL Transferee Judges
- **American Inns of Court**
  - Member, 1992 – present
  - Program Committee Member
  - Membership Committee Co-chair
  - Co-authored a six-part program, entitled "When a Lawyer and Her Client are Both Indicted," which is now listed in the National American Inns of Court Program Library Catalog.
- **Federal Bar Association, Judiciary Division**
  - Bench/Bar Relations Committee
  - Board of Directors, N.D. Ohio Chapter
  - National Convention 2000 Steering Committee
- **Financial Industry Regulatory Authority** (**FINRA**)

  Public Arbitrator (no. A58913)
- **American Arbitration Association**

  Weeklong Intensive Mediation Training
- **Associate Adjunct Professor of Law, Case Western Reserve University Law School**

  Teaching Pretrial Practice to third-year students. Consistent student evaluations of "excellent."
- **Licensed Instructor, Ohio Peace Officers Training Council**

  Teaching trial testimony to City of Cleveland Police Cadets.

## Professional Admissions

- Ohio Supreme Court, Atty. No. 0055347
- Colorado Supreme Court, Atty. No. 022420
- New York Supreme Court, Atty. No. 5082193
- United States District Court, Northern District of Ohio
- United States Court of Appeals, Sixth Circuit

- Judicial Panel on Multidistrict Litigation
- United States Supreme Court

## Honors

- Francis McGovern Award for Outstanding Writing and Research on Special Masters
- Case Western Reserve University Law School, Honorary Society of Benchers
- Life Member, Sixth Circuit Judicial Conference
- Life Member, Judicial Conference of the Eighth Judicial District of Ohio
- 2008 Magistrate Judge Merit Selection Panel

## Publications

- **Appointing Special Masters and Other Judicial Adjuncts: A Benchbook for Judges (5th ed. 2013).**
  Editor and Contributor. To download a copy of this Benchbook, click HERE.
- **Cohen's Special Master Case Reporter**
  Editor and Publisher. To view this month's Reporter, click HERE.
- ***Special Masters versus Magistrate Judges: No Contest*, The Federal Lawyer 73 (Sept. 2014).**
  To read this article, click HERE.
- ***The Judge, the Special Master, and You*, Litigation Magazine (ABA Vol. 40 no. 4).**
  To read this article, click HERE.
- ***The Most Powerful Federal Venue Statute of All*, Inter Alia Magazine (FBA Aug. 2010).**
  To read this article, click HERE.
- **David R. Cohen, Note, *Judicial Malpractice Insurance? The Judiciary Responds to the Loss of Absolute Judicial Immunity,* 41 Case W. Res. L. Rev. 267 (1990).** This Note received national attention: Are Judges Overcharged for Insurance? Law Review Article Says Premiums Are Too High, The National Law Journal at 10 (March 19, 1991).

## Judicial Opinions

Here are some examples of appellate court endorsements of opinions I drafted:

- *In re: Welding Fumes Prods. Liab. Litig.*, 364 F.Supp.2d 669 (N.D. Ohio 2005) (in a matter of first impression, concluding plaintiffs claims for failure to warn were not preempted by federal law) (**the Supreme Court quoted this opinion with approval** in *Altria Group, Inc. v. Good*, 129 S.Ct. 538 (2008) (Thomas, J., dissenting); further, this opinion was discussed at length with approval in Richard C. Ausness, *The Welding Fume Case and the Preemptive Effect of OSHA's Hazcom Standard on Common Law Failure-to-Warn Claims*, 54 Buff. L. Rev. 103, 119 (2006)).
- *In re: Sulzer Hip Prosthesis and Knee Prosthesis Liab. Litig.*, 268 F.Supp.2d 907 (N.D. Ohio 2003), *affirmed*, 398 F.3d 778 (6th Cir. 2005) (entering common benefit attorney fee awards following $1 Billion MDL class action settlement) (**on appeal, the Sixth Circuit complimented the "holistic and reasonable nature of the court's analysis"**).
- *Doughty v. City of Vermilion*, 118 F.Supp.2d 819 (N.D. Ohio 1999), *affirmed*, 2000 WL 1478388 (6th Cir. Oct. 4, 2000) (dismissing an exotic dancer's First Amendment claims, brought under 42 U.S.C. §1983) (**on appeal, the Sixth Circuit Court of Appeals stated this opinion was "well-reasoned" and wrote that, "[b]ecause the reasoning that supports the judgment in the defendants' favor has been clearly articulated by the district court in a thorough and comprehensive opinion, the issuance of a detailed written opinion by this court would serve no useful purpose"**).
- *Ohio Hosp. Ass'n v. Shalala*, 978 F. Supp. 735 (N.D. Ohio 1997), *reversed in part*, 201 F.3d 418 (6th Cir. 2000), *cert. denied*, 531 U.S. 1071 (2001) (examining subject matter jurisdiction in a lawsuit brought under the False Claims Act) (**on appeal, the Sixth Circuit Court of Appeals noted this opinion was "extensive and very helpful"**).
- *Weatherchem Corp. v. J.L. Clark*, Inc., 937 F. Supp. 1262 (N.D. Ohio 1996), *affirmed in part and vacated in part*, 1998 WL 854427 (Fed. Cir. Dec. 7, 1998) (declaring two patents invalid) (**on appeal, the Federal Circuit Court of Appeals characterized this opinion as "thorough and legally sound"**).
- *Rose v. Village of Peninsula*, 875 F. Supp. 442 (N.D. Ohio 1995) (analyzing separation-of-powers issues and finding a village mayor's court unconstitutional) (**the Sixth Circuit Court of Appeals, in *DePiero v. City of Macedonia*, 180 F. 3d 770, 780 (6th Cir. 1999), adopted fully the *Rose* analysis, calling it "articulate and persuasive"**).

## Other Employment

**Senior Judicial Clerk, Northern District of Ohio**

- **Honorable Kathleen McDonald O'Malley**, 1994-1996 and 1997-2004 – Contacted by Judge O'Malley upon her appointment to the federal bench, invited to serve as law clerk and assist with all aspects of forming new chambers procedures.
- **Honorable Solomon Oliver, Jr.**, 1996-1997

- **Honorable Ann Aldrich**, 1991-1992

**Associate Attorney, Porter, Wright, Morris & Arthur**, 1992-1994

Specializing in commercial litigation in trial and appellate courts. Annual performance review ratings of “superior.”

**Before Law School,** 1982-1989

- **Assistant Product Manager, Progressive Insurance Company**
  Managing high-risk truck programs.
- **Commercial Leasing Agent, M.H. Hausman Company**
  Specializing in retail leases and property sales.
- **Vice President, Infomat International**
  Start-up technology and advertising company

## Education

**Case Western Reserve University School of Law**
*Juris Doctor Magna Cum Laude, 1991*

- Law Review Notes Editor
- Honors, Order of the Coif
- Class Rank – top 3%
- American Jurisprudence Award (three times)

**University of Michigan Honors College**
*Bachelor of Arts with Distinction, 1981*

- Double Major in Economics and Psychology
- Class Honors – three years

## Speaking Engagements

- 2026 MDL Judicial Summit, Special Masters and Artificial Intelligence
- 2024 MDL Judicial Summit, The Role of the Special Master in Complex Litigation
- 2023 Mass Torts Puerto Rico, Opioid Litigation Fee Panel Issues
- 2023 Mass Torts Made Perfect, The Role of the Special Master in Mass Torts
- 2023 Epiq’s Mass and Class Summit, Ethical Issues in Mass and Class Actions
- 2023 Trial Lawyers of Mass Torts Bench and Bar Conference, Avoiding the Pitfalls of the Common Benefit Fund
- 2023 Naples FL Community Presentation, National Litigation of the Opioid Crisis

- 2019 Defense Research Institute (DRI) Webinar, Insurance Coverage Issues Presented by the Opioid Epidemic
- 2019 Defense Research Institute (DRI) Commercial Litigation Conference, The Use of Special Masters
- 2018 HarrisMartin MDL Conference: Complex Litigation Nuts and Bolts
- 2018 Annual Conference, Academy of Court-Appointed Masters
- 2016 Federal Judicial Center / Emory Institute for Complex Litigation and Mass Claims
- 2016 HarrisMartin “Bet the Company” Litigation Conference: Use of Special Masters
- 2014 Chemical Products Liability and Environmental Litigation Conference
- 2013 Federal Bar Association, Northern District of Ohio: Interview of MDL Panel Judges
- 2012 Louisiana State Bar Association Mass Tort Symposium
- 2012 HarrisMartin Pradaxa MDL Litigation Conference: ESI and Predictive Coding
- 2011 Louisiana State Bar Association Mass Tort Symposium
- 2011 Annual Conference, Academy of Court-Appointed Masters
- 2010 HarrisMartin DePuy Hip Implant Litigation Conference
- 2010 Federal Bar Association, Northern District of Ohio
- 2010 HarrisMartin Toyota Recall Litigation Conference
- 2009 Federal Bar Association, Northern District of Ohio
- 2009 Annual Conference, Academy of Court-Appointed Masters
- 2009 Annual Conference, Ohio Association for Justice
- 2008 ALI-ABA Mass Litigation Conference
- 2008 Federal Bar Association, Northern District of Ohio
- 2008 Annual Conference, Association of Defense Trial Attorneys
- 2007 Bench Bar Conference of the U.S. District Courts for the N. & S. Districts of Ohio
- 2006 Federal Bar Association, Northern District of Ohio
- 2004 & 2000 Sixth Circuit Judicial Conferences
- 2003 & 2002 American Corporate Counsel Association’s National Annual Conferences
- 2003 Judicial Conference of the Eighth Judicial District of Ohio
- 2002 ALI-ABA National Patent Law Seminar
- 2003-2005 National Institute for Trial Advocacy

## Interests

Skiing, Tai-Chi, Kung-Fu, Eagle Scout