# EXHIBIT D

SIGNATURE
RESOLUTION



# Hon. Suzanne H. Segal (Ret.)

Mediator | Arbitrator | Special Master | Discovery Referee

"I truly enjoy using my experience as a lawyer and a judge to help parties find efficient, practical and cost-effective solutions to resolve their disputes."

## BIOGRAPHY

Hon. Suzanne H. Segal (Ret.) brings more than three decades of distinguished experience in federal practice to her work helping parties resolve complex disputes with precision, pragmatism, and balance. Known for her preparation, insight, and persistence, she approaches every matter with the same focus and discipline that defined her years on the bench. Her style is direct yet collaborative, emphasizing efficiency, communication, and respect for the parties and their counsel.

Judge Segal's experience as a U.S. Magistrate Judge for the Central District of California, including four years as Chief Magistrate Judge, provides her with a comprehensive perspective on the dynamics of federal litigation. Over nearly two decades on the bench, she presided over numerous trials, evidentiary hearings, motions, and discovery conferences across a broad range of subject areas. She served as a settlement judge in hundreds of matters involving business and insurance disputes, intellectual property and patent claims, employment and civil rights cases, and complex tort and class actions.

Her extensive background in intellectual property, securities, and healthcare matters further distinguishes her among neutrals. She has handled a wide array of disputes involving copyright and trademark infringement, patent litigation, False Claims Act and Medicare reimbursement actions, and class actions. She has also served as a special master and discovery referee in high-value cases involving product liability, mass tort, and insurance coverage issues.

Before her judicial appointment, Judge Segal spent twelve years as an Assistant United States Attorney in

the Civil Division of the Los Angeles U.S. Attorney's Office. She handled complex contract, employment, civil rights, and tort cases, and also brought consumer and civil rights enforcement actions on behalf of the Department of Justice. As Chief of Civil Appeals from 1999 to 2002, she oversaw the office's appellate practice and supervised numerous significant cases before the Ninth Circuit. Earlier in her career, she practiced at Dewey Ballantine and Adams, Duque & Hazeltine, where she represented clients in business and commercial litigation.

Judge Segal is known for her practical approach, thoughtful preparation, and persistent dedication to helping parties find closure. She is recognized by colleagues and counsel alike for her ability to manage complex factual and procedural issues while fostering a constructive environment that encourages dialogue and resolution.

In addition to her dispute resolution work, Judge Segal has served as a Lecturer in Law at UCLA School of Law and Loyola Law School and frequently speaks on mediation, civility, and effective advocacy. Her contributions have been honored by the Los Angeles Intellectual Property Law Association with its Distinguished Public Service Award, and she is a member of the National Academy of Distinguished Neutrals.

Judge Segal holds a Juris Doctor from Cornell Law School and a Bachelor of Arts, cum laude, from Claremont McKenna College.

She brings to her role as a neutral the same analytical rigor, persistence, and sense of balance that defined her judicial service, helping parties resolve their disputes efficiently and effectively.

## PRACTICE AREAS

- Business & Commercial Contracts
- Civil Rights
- Class Action
- Copyright & Trademark
- Employment
- Entertainment
- Healthcare
- Insurance
- Intellectual Property
- Legal Malpractice
- Patent Litigation
- Product Liability
- Real Estate
- Securities
- Special Master Duties
- Wage & Hour

## EDUCATION

- J.D., Cornell Law School
- B.A., Claremont McKenna College, cum laude

## EXPERIENCE

- **U.S. Magistrate Judge**, United States District Court (2002–2020)
- **Chief U.S. Magistrate Judge**, United States District Court (2012–2016)
- **Chief of Civil Appeals**, United States Attorney's Office (1999–2002)
- **Assistant U.S. Attorney**, United States Attorney's Office (1990–2002)
- **Litigation Associate**, Dewey Ballantine and Adams, Duque (1986–1990)

## PROFESSIONAL ACHIEVEMENTS AND MEMBERSHIPS

- **Member**, National Academy of Distinguished Neutrals (2022)
- **Los Angeles Intellectual Property Law Association Distinguished Public Service Award** (2014)
- **Member**, American Bar Association, Section of Intellectual Property
- **Executive Committee**, Paul R. Michel Intellectual Property Inn of Court
- **Member**, Los Angeles Intellectual Property Law Association
- **Executive Committee**, Litigation Section, Los Angeles County Bar Association (2009–2019)
- **Executive Board**, Federal Litigation Section, Federal Bar Association (national)
- **Secretary/Treasurer**, Federal Litigation Section, Federal Bar Association (national) (2020–2021)
- **Executive Board**, Federal Bar Association, Los Angeles Chapter (2010–2019)
- **Board of Directors and Judicial Advisory Council**, Association of Business Trial Lawyers
- **Fellow**, American Bar Foundation

## PRESS

- Term Sheets and Mediator Proposals: Not Always Enforceable, but Valuable
- Prepared and Persistent
- Virtual Mediation – Lessons Learned in a Pandemic
- Errors To Avoid When Drafting Stipulated Judgments In Calif.
- Tips for Successful Mediations Using Zoom Videoconferencing
- Judge Suzanne H. Segal's Career has taken her from Capitol Hill to the Bench

## CASE STUDIES

"She is really, really good at settlement." (Almanac of the Federal Judiciary)

"I have done dozens of mediations and settlement conferences over 44 years of practicing law — with judges and private mediators all over the country — and Judge Segal was truly one of the most effective in getting a complicated and difficult case resolved." (Partner at AM 100 law firm)