UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION

This Document Relates to:

All Actions

Case No. 22-md-3047-YGR

Multi-District Litigation ("MDL") No. 3047

**CASE MANAGEMENT ORDER NO. 38 (Appointing a Special Master to Oversee Meta's Privilege Re-Review)**

*Upcoming Case Management Conference:* Pretrial Conference November 13, 2026 at 2:00 p.m.

*Bellwether Trials*: February 3, 2027

**TO ALL PARTIES AND COUNSEL OF RECORD:**

The Court has considered the parties' joint report and motion to select and appoint a special master to oversee the Meta privilege re-review. Good cause appearing, the Court **GRANTS** the motion and **ORDERS** as follows:

1. The Court selects Hon. Suzanne Segal (Ret.) to serve as Special Master under Federal Rule of Civil Procedure 53(a)(1)(A) to oversee Meta's privilege re-review.
2. Within seven (7) days of this Order, the Special Master shall file the affidavit required by Rule 53(b)(3)(A).
3. Meta shall pay the Special Master's fees and costs.
4. By close of business on Monday, October 19, 2026, the parties shall submit an agreed-upon re-review protocol, or competing proposals on any disputed terms, together with a proposed order of appointment that complies with Rule 53(b)(2).

**IT IS SO ORDERED.**

**Dated:** October 16, 2026

YVONNE GONZALEZ ROGERS
CHIEF UNITED STATES DISTRICT JUDGE

United States District Court
Northern District of California