**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION | Case No. 4:22-MD-03047-YGR<br><br>MDL No. 3047 |
| This Document Relates to:<br><br>*Charleston County School District v. Meta Platforms Inc., et al.*<br><br>Case No.: 4:23-cv-4659 | **[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION IN LIMINE #1, TO EXCLUDE REFERENCE TO ALLEGATIONS OF MISMANAGEMENT OF ESSER FUNDS**<br><br>Judge: Hon. Yvonne Gonzalez Rogers<br><br>Magistrate Judge: Hon. Peter H. Kang |

The Court, having considered Plaintiff's Motion in Limine #1, the record, and the applicable law, hereby **GRANTS** Plaintiff's motion in limine as follows:

**IT IS HEREBY ORDERED** that Plaintiff's Motion in Limine #1, to Exclude Reference to Allegations of Mismanagement of ESSER Funds, is **GRANTED**. The evidence is irrelevant under Federal Rule of Evidence 402 and any probative value of the evidence is substantially outweighed by the risk of undue prejudice under Federal Rule of Evidence 403. Defendants are precluded from offering evidence or argument that Plaintiff mismanaged procurement of Elementary and Secondary School Emergency Relief (ESSER) plan funds, thereby resulting in Plaintiff paying approximately $3 million from its own funds to vendors for contracted educational services. Further, Defendants shall not offer evidence or argument concerning John Cobb, former employee of Plaintiff Charleston County School District, or Mr. Cobb's allegations that the District mishandled school funds or that it created a hostile work environment.

**IT IS SO ORDERED.**

Dated: ______________________

______________________________
HON. YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT JUDGE