**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION,<br><br>This Document Relates to:<br><br>*Charleston County School District v. Meta Platforms Inc., et al.*<br><br>Case No.: 4:23-cv-4659 | Case No. 4:22-MD-03047-YGR<br><br>MDL No. 3047<br><br>**DECLARATION OF PREVIN WARREN IN SUPPORT OF PLAINTIFF'S MOTION IN LIMINE #2**<br><br>Judge: Hon. Yvonne Gonzalez Rogers<br>Magistrate Judge: Hon. Peter H. Kang |

I, Previn Warren, declare:

1. I am a partner in the law firm of Motley Rice LLC, and serve as Co-Lead Counsel for the Personal Injury and School District Plaintiffs in this action. I have personal knowledge of the facts set forth in this Declaration, and, if called as a witness, could and would testify competently to them. I submit this declaration in support of Plaintiff Charleston County School District's Motion in Limine #2.

2. Attached hereto as **Exhibit 1** is a true and correct copy of a November 7, 2019 *Post and Courier* article titled "SC Court of Appeals upholds dismissal of Academic Magnet watermelon ritual defamation case," authored by Jenna Schiferl.

3. Attached hereto as **Exhibit 2** is a true and correct copy of a October 30, 2021 *Post and Courier* article titled "Lucky Becham High parents call for action after Confederate flag incident," authored by Lib Stanford.

4. Attached hereto as **Exhibit 3** is a true and correct copy of an August 18, 2015 *Post and Courier* article titled "Charleston County School District bans images of Confederate flag," authored by Bo Petersen.

5. Attached hereto as **Exhibit 4** is a true and correct copy of a December 1, 2022 *Post and Courier* article titled "Right-wing legislators sue CCSD over CRT claims," authored by Maura Turcotte.

Dated: October 16, 2026

Respectfully Submitted,

**MOTLEY RICE LLC**

By: *<u>/s/ Previn Warren</u>*
Previn Warren
401 9th Street NW Suite 630
Washington, DC 20004
Tel: 202-386-9610
pwarren@motleyrice.com

*Co-Lead Counsel*