**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION | Case No. 4:22-MD-03047-YGR<br><br>MDL No. 3047 |
| This Document Relates to:<br><br>*Charleston County School District v. Meta Platforms Inc., et al.*<br><br>Case No.: 4:23-cv-4659 | **[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION IN LIMINE #2 TO EXCLUDE EVIDENCE OF CERTAIN RACE-RELATED INCIDENTS IN CHARLESTON COUNTY SCHOOL DISTRICT**<br><br>Judge: Hon. Yvonne Gonzalez Rogers<br><br>Magistrate Judge: Hon. Peter H. Kang |

The Court, having considered Plaintiff's motion in limine #2, the record, and the applicable law, the Court hereby **GRANTS** Plaintiff's motion in limine as follows:

**IT IS HEREBY ORDERED** that Plaintiff's motion in limine #2, to Exclude Evidence of Certain Race-Related Incidents in Charleston County School District, is **GRANTED**. The evidence is irrelevant under Federal Rule of Evidence 401 and 402, and any probative value of the evidence is substantially outweighed by the risk of undue prejudice under Federal Rule of Evidence 403. Defendants are precluded from offering evidence or argument concerning the following incidents and the underlying events giving rise thereto: (1) a 2008 U.S. Department of Education Office for Civil Rights investigation in response to a complaint of racial discrimination at a Charleston school; (2) a 2009 federal civil rights investigation into closure of five schools in predominantly Black neighborhoods; (3) a 2014 lawsuit by a former teacher alleging race-based harassment; (4) a 2014 controversy related to a racist celebration by a high school sports team, ensuing hiring decisions, and an ongoing lawsuit; (5) a 2017 lawsuit alleging racial discrimination at certain schools; (6) 2021 allegations of racially discriminatory hiring practices in the facilities department; (7) a 2021 incident where students displayed the Confederate flag in violation of the student code of conduct; (8) a 2022 lawsuit alleging that the Charleston curriculum used critical race theory and was thus racially discriminatory; and (9) 2022 allegations of racially discriminatory employment practices at a high school.

**IT IS SO ORDERED.**

Dated: ______________________

______________________________
HON. YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT JUDGE