# EXHIBIT 2

# Lucy Beckham High parents call for action after Confederate flag incident

Post & Courier (Charleston, SC)

October 30, 2021 Saturday

Copyright 2021 The Post and Courier All Rights Reserved

**Section:** A; news/crime; news/local state news; news; Pg. 5

**Length:** 715 words

**Byline:** LibStanford ; , *lstanford@postandcourier.com*

**Highlight:** Lucy Beckham High School leaders are working to address cultural issues in the school after a student flew a Confederate flag from a truck during a spirit week event.

## Body

MOUNT PLEASANT - Lucy Beckham High School leaders are working to address cultural issues in the school after a student flew a Confederate flag from a truck during a spirit week event.

The school kicked off its spirit week Oct. 18 with a 'Merica Monday theme during which students were encouraged to wear patriotic outfits. After the school day began, one of the students arrived with a Confederate flag flying from their truck, Principal Anna Dassing said in a statement to The Post and Courier.

When school officials discovered the flag they disciplined the student in accordance with the district's contraband rules in the Student Code of Conduct, which prohibits students from possessing or viewing "items considered to be unsuitable for school or school related activities."

District spokesman Andrew Pruitt was unable to share specifics on the student's punishment, citing privacy concerns. It is considered a level one offense where the maximum punishment is an in-school suspension.

The school is also working to create a focus group composed of students, staff and parents that will discuss race, equity, inclusion, and other issues facing young adults.

*Lucy Beckham High becomes first school in SC to offer Coast Guard JROTC program*

The focus group comes after a number of parents sent emails and left messages with school officials expressing their concerns that the 'Merica themed spirit day and Confederate flag incident are signs of a worsening culture at the school.

Vanessa Hinson received a text from her son during the school day on Oct. 18 with a picture of the flag flying from the truck and the message "this is going on in our parking lot." After Hinson picked her son up from school, he told her that the flag had stayed up for most of the day and students were sharing videos of it on social media.

The flag was not the only divisive incident that occurred. Other parents heard about a number of students who arrived to the school that day wearing Confederate flag paraphernalia. They were disciplined for violating the school's dress code.

*Charleston County School District encourages in-person learning as case numbers drop*

"These students were obviously sending social media messages out on this subject, but nobody went to administration and raised it with them, which means there's not a culture of safety that people know when they should or that they can securely or safely report an incident," Hinson said.

Hinson is not the only parent concerned about Lucy Beckham students feeling unsafe. Susan Carr, who has a son at the school, learned about the incident from a fellow parent who had reached out to her to discuss potentially taking action.

The incident left her feeling worried about what her son is experiencing at school and whether he feels comfortable advocating for himself.

"A culture at a school comes top down," Carr said.

Other parents were frustrated with the school's response to the incident. Although many members of the Lucy Beckham community knew about the flag by the end of the day on Oct. 18, the school has yet to officially address it in its messaging to parents.

*Thousands of South Carolina students expected to sign pledge against gun violence*

In an Oct. 25 newsletter sent to parents, Dassing reiterated the school's dedication to diversity, equity and inclusion and mentioned that students will be participating in town halls and classes to reaffirm the school's expectations.

"In our Town Halls, our team will reiterate that, while we strive to provide a space where students can express themselves as they explore who they are, we will not tolerate acts of bullying, harassment, intimidation, hateful speech or displays, and/or apparel that has the potential of causing a disruption," she wrote.

Though the newsletter gave parents some reassurance, some wanted to hear the administration directly address the incident with them. Rebecca Byrd, whose two children are sophomores at Lucy Beckham, pointed out that when a child makes a mistake they are taught to admit to it, apologize, and say how they plan on correcting the harm done going forward.

"That's all I ask from the school, to do those things publicly," Byrd said.

Lucy Beckham has been around for two years.






**Load-Date:** October 29, 2021

---

End of Document