# EXHIBIT 3

# Charleston County School District bans images of Confederate flag

Post & Courier (Charleston, SC)

August 18, 2015 Tuesday

Copyright 2015 The Post and Courier All Rights Reserved

**Section:** 01,A; Pg. 1

**Length:** 519 words

**Byline:** bopete@postandcourier.com

## Body

After months of racially charged violence, including the killing of nine Emanuel AME Church members, as well as the disputed removal of the Confederate flag from Statehouse grounds spurred by that horror, the Charleston County School District has banned students from displaying the flag emblem on campus.

The decision was announced on a plain white page inserted into the district s Student Code of Conduct for 2015-16. The page reads in part that  in light of a year marred with racially divisive and tragic events  students would be prohibited from  wearing on campus clothing, jewelry or other apparel bearing the image of the Confederate flag.  It goes on to add that the image can t be displayed prominently on vehicles driven to school.

Students will be asked to remove the emblem and discipline will be on a case-by-case basis, the page says. Asked for comment, a spokesman for the district replied with a statement restating the white page. It was a staff decision, said Daniel Head, the spokesman.

School board chairwoman Cindy Bohn Coats could not be reached for comment.

Dylann Roof, the man accused of the Emanuel AME shooting, had posted online a manifesto of white supremacist beliefs and photographs showing him visiting historic slave sites and waving the Confederate battle flag, federal authorities have said.

Neither Berkeley County nor Dorchester County District 2 schools have discussed a similar policy, its spokespeople said. Both systems rely on a standard school district policy that gives principals or administrators authority to remove student items or behavior deemed disruptive, they said. Charleston County Schools also has that policy.

The prohibition didn t appear to stir much reaction from parents on the first day. There were few, if any, social media postings. At least one parent said it was a good move. A critic of the schools racial policies agreed.

 Wearing or displaying the Confederate flag would be disruptive at school,  said Sarah Johnson, who has a daughter at Wando High School.

It s a decent thing to do. It helps at least show in good faith how the community is trying to come together rather than stay divisive, said the Rev. John Brown, of Mt. Zion AME Church in Charleston. He has been part of a group protesting what it considers racial bias on the school board in the hiring of Superintendent Gerrita Postlewait and other recent decisions. I just hope it s not a token rule.

The prohibition comes amid a surge of demonstrations in support of the flag and its heritage, including a display of the flags Sunday at the Charleston Battery and on vehicles around the Lowcountry. More than 170 pro-flag rallies have been held across the country since the Emanuel AME Church shooting in June, The Washington Post has reported.

Requests for comment from Confederacy heritage supporters weren t returned. One person asked said people with children in the schools did not want to comment for attribution because they were afraid of being ostracized.

Andrew Knapp contributed to this story. Reach Bo Petersen at 937-5744, @bopete on twitter or Bo Petersen Reporting on Facebook.

**Load-Date:** August 18, 2015

---

End of Document