UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION | Case No. 4:22-md-03047-YGR<br>MDL No. 3047 |
| This Document Relates to:<br>Diane Fitzgerald and Kerry Fitzgerald, individually and as parents and general guardians of their minor son C. F. | **APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE ; ORDER**<br>**(CIVIL LOCAL RULE 11-3)** |
| Member Case No.: 4:26-cv-06756-YGR | |

I, Enrique G. Serna, an active member in good standing of the bar of the State of Texas, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Plaintiffs Diane Fitzgerald and Kerry Fitzgerald, individually and as parents and general guardians of their minor son C. F. in the above-entitled action. My local co-counsel in this case is N/A – not required (see ECF No. 2, ¶ 5(b)), an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California. Local co-counsel's bar number is: N/A.

| | |
|---|---|
| Serna & Associates PLLC<br>9901 Interstate 10<br>Suite 800<br>San Antonio, Texas 78230<br>MY ADDRESS OF RECORD | N/A – not required (see ECF No. 2, ¶ 5(b))<br>LOCAL CO-COUNSEL'S ADDRESS OF RECORD |
| (210) 865-5800<br>MY TELEPHONE # OF RECORD | N/A<br>LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD |
| enrique@serna-associates.com<br>MY EMAIL ADDRESS OF RECORD | N/A<br>LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 00789617 (State Bar of Texas).

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application. (Exhibit A – State Bar of Texas certificate dated October 10, 2026, issued under my full name, Enrique Gerardo Serna Martinez.)

I have been granted *pro hac vice* admission by the Court 0 times in the 12 months preceding this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules. I declare under penalty of perjury that the foregoing is true and correct.

Dated: October 16, 2026

/s/ Enrique G. Serna
APPLICANT
Enrique G. Serna

**ORDER GRANTING APPLICATION**
**FOR ADMISSION OF ATTORNEY PRO HAC VICE**

IT IS HEREBY ORDERED THAT the application of Enrique G. Serna is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: ____________________

______________________________
UNITED STATES
DISTRICT/MAGISTRATE JUDGE