UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION | Case No. 4:22-md-03047-YGR<br>MDL No. 3047 |
| This Document Relates to:<br>Diane Fitzgerald and Kerry Fitzgerald, individually and as parents and general guardians of their minor son C. F. | **ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**<br>**(CIVIL LOCAL RULE 11-3)** |
| Member Case No.: 4:26-cv-06756-YGR | Judge: Hon. Yvonne Gonzalez Rogers |

IT IS HEREBY ORDERED THAT the application of Enrique G. Serna for admission to practice pro hac vice on behalf of Plaintiffs Diane Fitzgerald and Kerry Fitzgerald, individually and as parents and general guardians of their minor son C. F., in member case No. 4:26-cv-06756-YGR (MDL No. 3047), is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Pursuant to Paragraph 5(b) of the Order Setting Initial Conference (ECF No. 2), association of local co-counsel is not required.

Dated: ____________________

HON. YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT JUDGE