**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION | Case No. 4:22-MD-03047-YGR<br>MDL No. 3047 |
| This Document Relates to:<br>Charleston County School District v. Meta Platforms Inc., et al.<br>Case No.: 4:23-cv-4659 | **TEMPORARY SEALING MOTION RE PLAINTIFF'S MOTION IN LIMINE #3, TO EXCLUDE EVIDENCE RELATED TO CCSD BOARD OF TRUSTEES CONTROVERSIES**<br>Judge: Hon. Yvonne Gonzalez Rogers<br>Magistrate Judge: Hon. Peter H. Kang |

Pursuant to the Court's Order Setting Sealing Procedures (Dkt. 341), Plaintiff Charleston County School District ("Plaintiff") respectfully submits this motion to file Plaintiff's Motion in Limine #3, to Exclude Evidence Related to CCSD Board of Trustees Controversies and exhibits under seal. The reasons for sealing (if any) will be addressed in a forthcoming omnibus stipulation or omnibus motion. Below is a list of documents to be filed under seal:

| Document | Party Information |
|---|---|
| Plaintiff's Motion in Limine #3, To Exclude Evidence Related to CCSD Board of Trustees Controversies (ECF No. 3578-1)(Sealed) | The document contains reference to and quotes from a document designated as Highly Confidential by Defendants. |
| Declaration of Jessica C. Colombo in Support of Plaintiff's Motion in Limine #3 (ECF No. 3578-2) (Not Sealed) | Not filed under seal. |
| Colombo Decl. Ex. 1, November 13, 2022 *Post and Courier* article titled "Controversial parents' rights group Moms for Liberty increases influence in SC," (ECF No. 3578-3) (Not Sealed) | Not filed under seal. |
| Colombo Decl. Ex. 2, October 3, 2023 *Post and Courier* article titled "Gov. McMaster addresses CCSD turmoil: 'School district needs to follow the law'" (ECF No. 3578-4) (Not Sealed) | Not filed under seal. |
| Colombo Decl. Ex. 3, October 24, 2023 *Post and Courier* article titled "CCSD, school board sued following Health Advisory Committee overhaul" (ECF No. 3578-5) (Not | Not filed under seal. |

| Document | Party Information |
|---|---|
| Sealed) | |
| Colombo Decl. Ex. 4, September 27, 2023 *Post and Courier* article titled "Frustration, confusion follow chaotic CCSD board meeting" (ECF No. 3578-6) (Not Sealed) | Not filed under seal. |
| Colombo Decl. Ex. 5, March 29, 2023 *Post and Courier* article titled "Charleston school board member asked to resign amid transgender talk, alleged threat" (ECF No. 3578-7) (Not Sealed) | Not filed under seal. |
| Colombo Decl. Ex. 6, October 10, 2023 *Post and Courier* article titled "CCSD board member Bailey under fire for purported comments on gay children, Black parents" (ECF No. 3578-8) (Not Sealed) | Not filed under seal. |
| Colombo Decl. Ex. 7, August 28, 2026 *Post and Courier* article titled "SC Inspector General alleges serious misconduct within Charleston County School Board" (ECF No. 3578-9) (Not Sealed) | Not filed under seal. |
| Colombo Decl. Ex. 8, September 29, 2026 *Post and Courier* article titled " Embattled Charleston school board member defends herself to first-of-its-kind SC panel" (ECF No. 3578-10) (Not Sealed) | Not filed under seal. |
| Colombo Decl. Ex. 9, excerpts of the Expert Report of Robert G. Nelson, Ed.D for Charleston County School District (ECF No. 3578-11) (Sealed) | The document is designated as Highly Confidential by Defendants. |
| Colombo Decl. Ex. 10, excerpts of the May 19, 2025 Deposition of Anita Huggins (ECF No. 3578-12) (Not Sealed) | Not filed under seal. |
| Colombo Decl. Ex. 11, *Post and Courier* article titled "Charleston school board may add a meeting prayer and give trustees more access to schools" (ECF No. 3578-13) (Not Sealed) | Not filed under seal. |
| Proposed Order (ECF No. 3578-14) (Not Sealed) | Not filed under seal. |

Dated: October 16, 2026

Respectfully Submitted,
**MOTLEY RICE LLC**

By: *<u>/s/ Previn Warren</u>*
Previn Warren
401 9th Street NW Suite 630
Washington, DC 20004
Tel: 202-386-9610
pwarren@motleyrice.com

Esther Berezofsky
210 Lake Drive East, Suite 101
Cherry Hill, NJ 08002
Tel: 856-667-0500
Fax: 856-667-5133
eberezofsky@motleyrice.com

Lance Oliver
Sara O. Couch
Jade Haileselassie
28 Bridgeside Boulevard
Mt. Pleasant, SC 29464
Telephone: 843-216-9000
jflowers@motleyrice.com
scouch@motleyrice.com
jhaileselassie@motleyrice.com

Jessica C. Colombo
20 Church Street, 17th Floor
Hartford, CT 06103
Tel: 860-882-1681
Fax: 860-882-1682
jcolombo@motleyrice.com

*Counsel for Plaintiff*

## ATTESTATION

I, Previn Warren, hereby attest, pursuant to N.D. Cal. Civil L.R. 5-1, that the concurrence to the filing of this document has been obtained from each signatory hereto.

Dated: October 16, 2026

By: <u>/s/ Previn Warren</u>
Previn Warren