# EXHIBIT 1

# Controversial parents' rights group Moms for Liberty increases influence in SC

Post & Courier (Charleston, SC)

November 13, 2022 Sunday

Copyright 2022 The Post and Courier All Rights Reserved

**Section:** A; news/crime; news/local state news; news; Pg. 3

**Length:** 1480 words

**Byline:** Hillary Flynn ; , *hflynn@postandcourier.com*

**Highlight:** The Nov. 8 election increased the influence of controversial parents' rights group Moms for Liberty.

## Body

Moms for Liberty, a conservative parents' rights organization, emerged as a growing political power in South Carolina education this election cycle.

The group is known for speaking out against social-emotional learning curriculums, LGBTQ education and any semblance of teaching critical race theory in K-12 public schools.

It made national headlines for a slew of controversies ranging from the New Hampshire chapter tweeting that they would give a $500 reward to anyone who caught a teacher using critical race theory in their lessons, to a group of Florida members telling MSNBC in an interview that there should be separate classes for LGBTQ and cisgender students. They have also been associated with efforts to ban books from public school libraries, many of which discuss LGBTQ issues and Black history.

School board candidates endorsed by the group won the majority of seats in Charleston and Berkeley counties, and made gains in regions across the state on Nov. 8.

To an extent, this mirrors broader political trends. While the red wave heavily touted by conservative politicians didn't sweep the country, Republican politicians were successful in many areas of South Carolina. In Charleston County, a competitive, historically purple region, they flipped two county council seats erasing the narrowly held 5-4 Democratic majority.

Their increasing political power in South Carolina has some education community members concerned about how their political views will impact children's education, particularly children from historically marginalized communities.

"We need to recognize that this group and some groups like them are targeting transgender people and other members of the LGBTQ+ community, and that's very harmful," said Kristen French, a current CCSD school board member who did not seek reelection. "In terms of that, it's so important to remember that part of a school and what we want students to learn is how to work with others who are different from them, and be respectful and kind to those that are different from them."

Tiffany Justice and Tina Descovich, two former school board members, started Moms for Liberty in Florida in 2021. They both felt that parents didn't get enough voice in public schools and that their needs weren't being taken into consideration.

This belief was exacerbated during the coronavirus pandemic when school districts nationwide switched to remote learning, and many of those that continued teaching in-person mandated that students and staff wear masks while in the building.

"I'm a parent, I get to direct medical care for my children," Justice said.

The organization now has 240 chapters across 42 states and over 100,000 members. There are 16 chapters across South Carolina from Charleston in the Lowcountry, to Lexington in the Midlands and Florence in the Pee Dee and Pickens in the Upstate.

The organization's objectives include getting parents' rights law passed in every state and eliminate critical race theory from public school curriculums.

Critical race theory is an academic framework that examines the racism embedded in public policy and legal institutions, and is typically taught in law schools not in grades K-12.

The group also wants to get rid of social-emotional learning, soft skills many schools are now teaching children to help them with self-control and personal interaction. Justice believes these curriculums are a waste of school financial resources and time. She thinks schools should be more focused on academics. Studies have shown incorporating social-emotional learning into curriculums improves school safety and students' mental health, something that has suffered greatly since the pandemic.

The organization also wants to push for children to read books they consider age appropriate, as well as ones they feel aren't violating state and federal obscenity laws. Justice likened it to the age restrictions on movies and video games.

"If it has explicit graphic sexual material, then it has no place in a school," Justice said.

When asked about the New Hampshire chapter's tweet, Justice said the wording could have been better, but if critical race theory wasn't being taught in classrooms then it shouldn't be an issue. In regards to the MSNBC interview with the group of Florida members, she said the women didn't believe that LGBTQ students should be taught in separate classes, but if they were struggling with their sexuality or gender identity the teacher should speak to them about it one-on-one or in small groups rather than discussing LGBTQ issues with the whole class.

During the election, candidates endorsed by Moms for Liberty's local chapters won five of the nine school board seats in Charleston County and six of the eight in Berkeley. They made smaller gains in other counties, adding an endorsed member to school boards in Beaufort, Dorchester 2, Kershaw and elsewhere.

Candidates endorsed by political parties or special interest groups are not beholden to their beliefs. In school board races, some candidates earn nominations from multiple groups. In Charleston County, two candidates were by endorsed by the county Republican and Democratic parties as well as the Charleston Coalition for Kids, a group that formed in 2018 to recruit and support certain school board candidates.

Tara Wood, the chair of Charleston's Moms for Liberty, said the group first started coming together 15 months ago. She was at a meeting in Mount Pleasant where an education expert spoke about critical race theory. After the meeting, Wood and approximately 10 other women went up to the speaker and talked about critical race theory for three hours. Wood said the conversation was cordial. She got the 10 women's numbers and sent out a group text asking them if they wanted to meet for coffee sometime.

They met informally for several times discussing problems they had with education in Charleston County. Wood agreed with Moms for Liberty's philosophies and started looking into opening a local chapter. Wood hosted the first official Moms for Liberty meeting in August 2021.

About 60 people showed up. Now she said over 300 people sometimes attend their meetings.

Regarding local issues, the Charleston chapter is against the school district's new governance model where the board's administrative duties will be passed to the superintendent so the board can focus more on student academics. It is also against executive sessions, or discussion the school board can have that are not open to the public.

Andy Pruitt, a spokesman for CCSD, said in a statement that Superintendent Don Kennedy will work with board members to improve students' academics in the district.

"CCSD is optimistic that the development of the student outcome governance framework goals will result in significant improvement in student outcomes and that continued efforts toward the Board-adopted goals will impact the lives of many for years to come," he said.

The Charleston chapter's philosophy deviates slightly from its parent organization's beliefs on critical race theory. Woods does not think that critical race theory is being taught in schools but that its tenants have trickled down into K-12 curriculums.

"Anytime you make the narrative 'White man bad, dark man good' that's CRT and that's horrible," she said.

She is against LGBTQ education in schools and social-emotional learning curriculums, which she also believes saps schools financial resources and class time where students could be spent learning core academics.

"What does it matter if a teacher figures out a kid is gay if he can't read?" she asked.

Keith Grybowski and Ed Kelly, two candidates Moms for Liberty endorsed who won their elections, both said that they support parents having more voice in their children's education. They are divided over other issues, such as the new school governance model, and are focused on students' academic performance and teacher retention.

Kelly, who was also endorsed by the Charleston County Republican Party, said that he doesn't support the new governance model and that he is doing research into social-emotional learning.

"The job of schools is to teach reading, writing and arithmetic," he said. "If we have time to teach kids how to deal with feelings that's terrific, but that's not our core directive."

Grybowski said that he will not second guess what the current board did in regards to the school governance model and said that the first issue the new board will have to address is hiring a new superintendent. (Kennedy's position was always meant to be temporary.) He added that his main goal as a board member is to improve teacher retention.

"Without teachers, many students will not have the one-on-one literacy support they need if we are going to close the gap," he said.




**Load-Date:** November 12, 2022

End of Document