# EXHIBIT 2

# *Gov. McMaster addresses CCSD turmoil: 'School district needs to follow the law'*

Post & Courier (Charleston, SC)

October 4, 2023 Wednesday

Copyright 2023 The Post and Courier All Rights Reserved

**Section:** A; news/crime; news/local state news; news; Pg. 1

**Length:** 1178 words

**Byline:** Hillary Flynn and Nicholas Reynolds ; , *hflynn@postandcourier.com*, and ; , *nyeynolds@postandcourier.com*

**Highlight:** South Carolina Governor Henry McMaster chastised members of Charleston County School Board after a bipartisan slew of lawmakers accused board members of violating state open meeting laws.

## Body

South Carolina *Gov. Henry McMaster* chastised members of Charleston County School Board after a bipartisan slew of lawmakers accused them of violating state open-meeting laws.

The board held a discussion about *suspending Superintendent Eric Gallien* in a closed-door executive session during a Sept. 25 board meeting. When the board returned to the open meeting, they voted 5-4 to place Gallien on paid administrative leave as a staff complaint against him is investigated. He has been *on the job for three months.*

State Rep. Joe Bustos, the Republican chairman of the Charleston legislative delegation, on Oct. 1 wrote McMaster to ask that he have the state Office of Inspector General investigate as to whether the five members of the school board violated South Carolina's open-meetings law after having a discussion about suspending the superintendent in executive session.

*Charleston lawmakers ask Gov. McMaster, attorney general to investigate school board*

The following day, Wendell Gilliard, D-Charleston, published a letter calling on Attorney General Alan Wilson to launch an investigation into the actions of the five school board members. He noted the faction was supported by Moms for Liberty. The conservative parents' rights group is known for opposing LGBTQ education and critical race theory, among other matters.

On Oct. 3, McMaster told reporters outside of the Statehouse in Columbia that conversations outside of the public eye not only cause members of the community to lose confidence in their school boards, but also business leaders, who may begin to second-guess their decision to move their businesses and employees into the district.

*SC school districts on track to meet $3.3B relief funds deadline. But what comes next?*

"The school district needs to follow the law," McMaster said. "The Freedom of Information Act is very clear. Everybody ought to follow the law when they're asked questions that fall within the ambit of the Freedom of Information Act; they ought to give the information out and give it out fairly quickly. It does not look to me like the school board has done that."

Lawmakers from both sides of the aisle asked McMaster, the state inspector general and the S.C. attorney general to investigate the board's conduct.

"If it gets worse," McMaster said about opening a state investigation. "I don't think we're at that point yet."

Bustos told The Post and Courier that he still believes an investigation is in order.

"I still believe an inquiry needs to be done, but he is the governor," Bustos said. "We must wait to see what happens with the school board."

Gilliard called McMaster's actions "disappointing" but not surprising, and said he has never shown much care for South Carolina's public schools, as evidence by them consistently scoring near the bottom of national rankings.

The five board members who voted to suspend Gallien - Pamela McKinney, Carlotte Bailey, Keith Grybowski, Ed Kelley and Leah Whatley - said in an Oct. 3 statement that the board is fractured to such a degree that their differences in opinion are being used to falsely villainize certain CCSD board members.

"We have remained largely silent in the past week, hoping our colleagues would come to conduct discussions that promote understanding and empathy rather than exacerbate divisions," they said. "Following yesterday's press conference and various social media posts over the last week, it is clear that they aim to continue the conversation in the public eye, so we are left with no choice but to do the same."

CCSD board member Courtney Waters, one of the four who voted against Gallien's suspension, said the superintendent was suspended because of a complaint made by an employee who doesn't report to him.

*Online meetup groups for dog owners explodes in popularity*

Darlene Dunmeyer-Roberson, another board member who voted against the suspension, said it was a complaint claiming a hostile work environment that was "solely and largely" about "work responsibilities in CCSD."

Before the board voted to suspend Gallien, the nine members unanimously voted to hire an outside firm to investigate the complaint.

During the same meeting, the board also voted 5-4 to effectively dismantle the district's health advisory committee and to not make interim chief academic officer Michelle Simmons' job permanent.

The five-member majority said in their statement that they voted to place Gallien on leave to preserve the integrity of the district's investigation.

"Our genuine desire to do so should be evidenced by the commitment to obtaining a firm only after consultation with Dr. Gallien's attorneys and should be further supported by our expediency in hiring the firm, which has already occurred," they said.

With regards to the chief academic officer's post, they said their vote was based on their desire to hire someone who possessed a degree and background in curriculum and instruction, as well as experience in a range of K-12 setting. They also wanted Gallien to give the board his recommendation after interviewing candidates.

Simmons has served as interim chief academic officer since 2022. She worked for the district for two decades, serving as both a teacher and a principal before coming to the administration office. Her backers note that she's also a Charleston native who attended the area's K-12 schools.

The five-member faction also said that they didn't intend overhauling the health care advisory board to be disruptive.

"However, the bylaws state clearly that terms of membership are 'at the pleasure of the Board,' " they said. "While we recognize this board is largely split, the slate of members was approved by a majority of the board."

Three local mayors also criticized the CCSD school board on Oct. 3. Charleston Mayor John Tecklenburg in a statement said the board's action lacked "basic transparency" and created a "crisis of confidence" among local educators, lawmakers and parents.

"I'm respectfully calling on the CCSD Board of Trustees to schedule an immediate public meeting where they can explain and debate these actions in open session and begin working together to restore confidence in the board and its decision-making," he said.

North Charleston Mayor Keith Summey called the board's decision to suspend Gallien a matter of concern and said it should enhance its communication efforts. Mount Pleasant Mayor Will Haynie said that public leadership in this era often involves controversy, but the key is to avoid descending all the way down into chaos. He said this "unfortunately seems to be the case" with CCSD's board.

"The school board must act quickly to restore the confidence of its dedicated professional educators, who are on the front lines of education every single day, and to regain the confidence of the public at large," he said.

Over the past several days, both Democratic and Republican local lawmakers condemned the school board and called for the state's top politicians to investigate their behavior.



**Load-Date:** October 3, 2023

---

End of Document