# EXHIBIT 7

# SC Inspector General alleges serious misconduct within Charleston County School Board

Post & Courier (Charleston, SC)

August 28, 2026 Friday

Copyright 2026 The Post and Courier All Rights Reserved

**Section:** A; education-lab; to-edit; Pg. 1

**Length:** 832 words

**Byline:** Valerie Nava ; , vnava@postandcourier.com
**Highlight:** An investigation has identified "acts of malfeasance, misfeasance, conflicts of interest, policy violations, misconduct in office, and neglect of duty" committed by one or more board members.

## Body

CHARLESTON - A state inspector general's investigation of the Charleston County School Board has identified "acts of malfeasance, misfeasance, conflicts of interest, policy violations, misconduct in office, and neglect of duty" allegedly committed by a board member or members whose names were redacted from the report issued late Aug. 27.

Gov. Henry McMaster requested the S.C. Office of Inspector General investigate whether one or more board member willfully breached protocols or broke state law. McMaster requested the investigation on Jan. 15 and it covered the period from Nov. 7, 2022 to the present.

The report, which seems to focus on a particular but unidentified member of the nine-person board, alleges that "Trustee X" wrongfully disclosed confidential information to the news media and a district vendor, used the position of trustee for personal gain and failed to report taxable income, among other transgressions that violated board policies and the state's Ethics Act.

In a statement released after the report's publication, district officials said they are "deeply disappointed" by the actions described in the document, adding the findings are "serious and do not reflect the standards expected of those serving the district and its community."

District officials said they cooperated with the inspector general throughout the investigation that included officials interviewing every board member under oath along with staff and other interested parties, the report said.

The 27-page report listed six main findings and numerous recommendations for board members and district officials, including that the governor consider removing Trustee X from the board.

The findings include:

Unlawful disclosure of confidential information Fraudulent billing of services Failure to report state taxable income Failure to participate in the superintendent's evaluation Irrelevant or disruptive behavior in board meetings Improper board quorums and individual consultation with legal counsel that incurred costs to the district

The inspector general's recommendations for addressing these and other issues include:

All board members receive training with a focus on fiduciary oversight and confidentiality policies The district clarify who is responsible for legal work and limit individual trustees from incurring legal expenses District

procurement and financial staff receive remedial training  A forensic audit of all invoices and payments in connection with the vendor Next Level Educational Services, LLC is conducted  Legal remedies to "recoup any improper charges" are pursued  "Any vendor that may have willfully violated the procurement process" is disqualified

The report cited $248,000 in taxable income that Trustee X failed to report over several years as the operator of Next Level Educational Services LLC. Next Level is an educational consultation company. CCSD board member Darlene Roberson is identified as being CEO of Next Level Educational Services according to previous Post and Courier reporting.

When reached by The Post and Courier Aug. 27, Roberson, who was first elected to the board in 2022, confirmed she is the CEO of Next Level but said she had not conducted any business in that capacity since she had been on the school board. She said she has not reviewed the report.

The document also called into question whether Trustee X resided in Charleston County when elected to the board in November 2022. At the time, Trustee X listed residence in Hollywood, the report states. But a review of public documentation by the inspector general found a Charleston County address in Ravenel along with additional documentation that listed a legal residence in Summerville, which is in Dorchester County.

Inspector general staff viewed hours of recorded board meetings and attended several meetings in person, often finding trustees "bickering" about proper procedures, according to the report.

"Picayune, intra-Board squabbling accomplishes nothing but greatly distracts from the District's highest priority - student achievement and preparing the future leaders of our communities," the report states. "This was no more evident than the dispute over an individual's failed nomination for the District's foundation board that caused the District's expenditure of financial resources in legal representation in court based on a majority Board decision."

The statement referenced 2026 disputes over nominations to the district's newly formed education foundation's board after Roberson's pick was voted down.

Pam McKinney, the board's chairwoman, said in a statement the actions described in the report are "serious and concerning." The board will review the recommendations and determine the appropriate next steps, she said.

"We will respect the governor's decision and cooperate fully with local, state and federal law enforcement and other authorities as this process moves forward," McKinney said.



**Load-Date:** August 27, 2026

---

End of Document