# EXHIBIT 10

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

```
IN RE: SOCIAL MEDIA ADOLESCENT  )
ADDICTION/PERSONAL INJURY       ) MDL No.
PRODUCTS LIABILITY LITIGATION   ) 4:22-md-3047-YGR
________________________________)
THIS DOCUMENT RELATES TO:       )
                                )
CHARLESTON COUNTY SCHOOL        )
DISTRICT V. META PLATFORMS INC.,)
ET AL.                          )
CASE NO.: 4:23-CV-04659         )
________________________________)
```

Confidential - Pursuant to Protective Order

VIDEOTAPED DEPOSITION OF ANITA W. HUGGINS
Volume 2, Pages 172 - 319
Monday, May 19, 2025
Motley Rice
28 Bridgeside Boulevard
Mount Pleasant, South Carolina
12:12 p.m. Eastern

Reported by: Karen Kidwell, RMR, CRR
Job No.: 7375377

APPEARANCES:

For MDL Plaintiffs:

MOTLEY RICE LLC
BY: JADE A. HAILESELASSIE, ESQ.
jhaileselassie@motleyrice.com
TAMMY CAULEY RIVERS, ESQ.
tcrivers@motleyrice.com
28 Bridgeside Boulevard
Mount Pleasant, South Carolina 29464
843.216.9670

For the Defendants Meta Platforms, Inc., f/k/a Facebook, Inc.; Facebook Holdings, LLC; Facebook Operations, LLC; Facebook Payments, Inc.; Facebook Technologies, LLC; Instagram, LLC; Siculus, Inc.; and Mark Elliot Zuckerberg:

SHOOK, HARDY & BACON L.L.P.
BY: EBEN S. FLASTER, ESQ. (Via Zoom)
eflaster@shb.com
WILLIAM S. WALBERG, ESQ. (via Zoom)
wwalberg@shb.com
Two Commerce Square
2001 Market Street, Suite 3000
Philadelphia, Pennsylvania 19103
215.278.2555

For the Defendant Snap:

KIRKLAND & ELLIS, LLP
BY: CLAIRE MARIE KUHN, ESQ. (via Zoom)
clairemarie.kuhn@kirkland.com
200 Clarendon Street
Boston, Massachusetts 02116
617.385.7500

APPEARANCES CONTINUED:

For the Defendants Alphabet Inc., Google LLC, and YouTube LLC:

WILLIAMS & CONNOLLY LLP
BY: J. ANDREW KEYES, ESQ.
akeyes@wc.com
ARMANI J. MADISON, ESQ.
amadison@wc.com
680 Maine Street SW
Washington, DC 20024
202.434.5584

For the Defendants TikTok, Ltd.; TikTok, LLC; TikTok, Inc.; ByteDance Ltd.; and ByteDance, Inc.:

KING & SPALDING LLP
BY: ALESSANDRA M. GIVENS, ESQ. (Via Zoom)
agivens@kslaw.com
50 California Street, Suite 3300
San Francisco, California 94111
415.318.1200

Also Present:

Matt Walters, Videographer
Jon Knowles, Exhibit Technician

BY MR. KEYES:
Q. Did you ever speak with Ms. Kelley about her reported homophobic comments?
A. Ms. Bailey?
Q. Yes, I'm sorry. Thank you for the correction.
Did you ever speak with Ms. Bailey about her reported homophobic comments?
A. Absolutely not.
Q. Why not? Not your role?
A. Again --
MS. HAILESELASSIE: Objection to form.
THE WITNESS: The role of the board chair is to manage the trustees. My job is to govern -- is to work day to day to ensure kids in Charleston have the very best.
BY MR. KEYES:
Q. What are -- what are some of the other conservative values or action items that the board has pushed for in coordination with Moms for Liberty?
MS. HAILESELASSIE: Objection to form.
THE WITNESS: Counsel, I'll be honest, sir: I have absolutely no idea of one conservative value that the board, in and of itself, has advocated for, as a body, the board

majority. There are individual members who have philosophical views that differ from -- or may be the same as yours and mine -- but again, I respond to the board majority.

So I -- if you can point to any policy change, directive therein, that has a, quote, link to Moms for Liberty, I am not aware of it. The primary -- from what I know about Moms for Liberty, the primary thing that they have embraced as a group happens to do with banning books. And, sir, I'm a recovering high school English teacher, so we have no policy that the Charleston County School District has adopted that's not state-directed regarding book banning.

BY MR. KEYES:

Q. You understand that the primary thing that Moms for Liberty embraces as a group is banning books?

A. No, that's not what I said. I said that one initiative that I know that the -- the biggest conservative issue that I know out of the Moms for Liberty is around concerns with written materials and banning books in K-12 institutions across the nation.

Q. Isn't it true that board members

introduced a classroom censorship policy to ban most conversations about sexual orientation or gender within the classroom?

A. I have no --

MS. HAILESELASSIE: Objection to form.

THE WITNESS: I have no such knowledge of any such directive, no, sir.

BY MR. KEYES:

Q. You are not aware of there being any discussion by the Board of Education about such a policy?

A. I have absolutely no knowledge of that, no, sir.

Q. And you're not aware of anyone on the board introducing a proposed classroom policy to ban most conversations about sexual orientation or gender in the classroom?

A. I have absolutely no such knowledge, no, sir.

I'd be glad to correct my testimony if you can point to such proposed, but I -- that's -- I don't have any knowledge of that, no, sir.

Q. I'm just probing what -- what you know.

A. Well, I don't know about that one, sir.

MR. KEYES: Okay. Can we take a