**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PROUDCTS LIABILITY LITIGATION | Case No. 4:22-MD-03047-YGR<br><br>MDL No. 3047 |
| This Document Relates to:<br><br>*Charleston County School District v. Meta Platforms Inc., et al.*<br><br>Case No.: 4:23-cv-4659 | **PROPOSED ORDER GRANTING PLAINTIFF'S MOTION IN LIMINE #3, TO EXCLUDE EVIDENCE RELATED TO CCSD BOARD OF TRUSTEES CONTROVERSIES**<br><br>Judge: Hon. Yvonne Gonzalez Rogers<br><br>Magistrate Judge: Hon. Peter H. Kang |

The Court, having considered Plaintiff's Motion in Limine #3, the record, and the applicable law, hereby **GRANTS** Plaintiff's motion in limine as follows:

**IT IS HEREBY ORDERED** that Plaintiff's Motion in Limine #3, to Exclude Evidence Related to CCSD Board of Trustees Controversies is **GRANTED**. The evidence is not relevant under Federal Rule of Evidence 401 and 402, and any probative value of the evidence is substantially outweighed by the risk of undue prejudice under Federal Rule of Evidence 403. Defendants are precluded from offering evidence or argument related to: (1) the political organization Moms for Liberty, and any influence, involvement, or affiliation it allegedly had or has with the CCSD Board of Trustees or any of its members; (2) the suspension by the Board of former CCSD Superintendent Eric Gallien and a subsequent lawsuit filed by Mr. Gallien; (3) the removal of members of the CCSD Health Advisory Committee and a subsequent lawsuit by the removed members; (4) controversial statements made by Board members Ed Kelley and Carlotte Bailey; (5) the March 2026 indictment of Board member Kevin Dion Hollinshead; and (6) an August 2026 report issued by the South Carolina Inspector General regarding the conduct of Board member Darlene Roberson, and the investigation into that conduct. Defendants are also precluded from offering the opinions set forth in paragraphs 84 through 86 of the Expert Report of Robert G. Nelson, Ed.D for Charleston County School District, which in addition to the above deficiencies do not comply with the requirements of Federal Rule of Evidence 702.

**IT IS SO ORDERED.**

Dated: ______________________

______________________________
HON. YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT JUDGE