**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION

This Document Relates to:

*Charleston County School District v. Meta Platforms Inc., et al.*

Case No.: 4:23-cv-4659

Case No. 4:22-MD-03047-YGR

MDL No. 3047

**DECLARATION OF JESSICA C. COLOMBO IN SUPPORT OF PLAINTIFF'S MOTION IN LIMINE #3**

Judge: Hon. Yvonne Gonzalez Rogers

Magistrate Judge: Hon. Peter H. Kang

I, Jessica C. Colombo, declare:

1. I am an attorney at the law firm of Motley Rice LLC, and serve as counsel for the Plaintiff in this action. I have personal knowledge of the facts set forth in this Declaration, and, if called as a witness, could and would testify competently to them. I submit this declaration in support of Plaintiff Charleston County School District's Motion in Limine #3, to Exclude Evidence Related to CCSD Board of Trustees Controversies.

2. Attached hereto as **Exhibit 1** is a true and correct copy of a November 13, 2022 *Post and Courier* article titled "Controversial parents' rights group Moms for Liberty increases influence in SC," authored by Hillary Flynn.

3. Attached hereto as **Exhibit 2** is a true and correct copy of a October 3, 2023 *Post and Courier* article titled "Gov. McMaster addresses CCSD turmoil: 'School district needs to follow the law'" authored by Hillary Flynn and Nicholas Reynolds.

4. Attached hereto as **Exhibit 3** is a true and correct copy of an October 24, 2023 *Post and Courier* article titled "CCSD, school board sued following Health Advisory Committee overhaul," authored by Hillary Flynn.

5. Attached hereto as **Exhibit 4** is a true and correct copy of a September 27, 2023 *Post and Courier* article titled "Frustration, confusion follow chaotic CCSD board meeting" authored by Maura Turcotte.

6. Attached hereto as **Exhibit 5** is a true and correct copy of a March 29, 2023 *Post and Courier* article titled “Charleston school board member asked to resign amid transgender talk, alleged threat” authored by Sara Gregory.

7. Attached hereto as **Exhibit 6** is a true and correct copy of an October 10, 2023 *Post and Courier* article titled “CCSD board member Bailey under fire for purported comments on gay children, Black parents” authored by Hillary Flynn, Maura Turcotte, and Eve Herscowitz.

8. Attached hereto as **Exhibit 7** is a true and correct copy of an August 28, 2026 *Post and Courier* article titled “SC Inspector General alleges serious misconduct within Charleston County School Board” authored by Valeria Nava.

9. Attached hereto as **Exhibit 8** is a true and correct copy of a September 29, 2026 *Post and Courier* article titled “ Embattled Charleston school board member defends herself to first-of-its-kind SC panel” authored by Ian Grenier.

10. Attached hereto as **Exhibit 9** is a true and correct copy of excerpts of the Expert Report of Robert G. Nelson, Ed.D for Charleston County School District, served by Defendants in this litigation.

11. Attached hereto as **Exhibit 10** is a true and correct copy of excerpts of the May 19, 2025 Deposition of Anita Huggins.

12. Attached hereto as **Exhibit 11** is a true and correct copy of a *Post and Courier* article titled “Charleston school board may add a meeting prayer and give trustees more access to schools,” authored by Devna Bose.

Dated: October 16, 2026

Respectfully Submitted,

**MOTLEY RICE LLC**

By: /s/ Jessica C. Colombo
Jessica C. Colombo
20 Church Street, 17th Floor
Hartford, CT 06103
Tel: (860) 882-1681
jcolombo@motleyrice.com

*Counsel for Plaintiff*