# EXHIBIT 3

# CCSD, school board sued following Health Advisory Committee overhaul

Post & Courier (Charleston, SC)

October 24, 2023 Tuesday

Copyright 2023 The Post and Courier All Rights Reserved

**Section:** A; news/crime; news/local state news; news; Pg. 1

**Length:** 630 words

**Byline:** Hillary Flynn ; , *hflynn@postandcourier.com*
**Highlight:** Former members of the Charleston County School District Health Advisory Committee filed a lawsuit against the district, the school board and several individual board members on Oct. 20 for wrongful termination and violating open meeting laws.

## Body

Former members of the Health Advisory Committee for the Charleston County School District filed a lawsuit against the district, the school board and several individual board members for wrongful termination and violating open meeting laws.

The lawsuit was filed Oct. 20 in response to the school board voting 5-4 to remove six members of the committee before their terms expired during a Sept. 25 board meeting. The board voted after discussing the overhaul in executive session, meaning the conversation wasn't open to the public.

Bonnie Cleaveland, the former committee chair and one of the plaintiffs, called the five board members who voted to remove her the "fascist five" who were "egregiously and globally violating the law" in a statement.

*Charleston Co. school board settlement talks with Superintendent Gallien up in the air*

"(The Health Advisory Committee) is asking for a stay of their removals and a court-appointed babysitter for the district to make sure they do things legally," she said.

Cleaveland and other committee members previously told The Post and Courier they believed they were removed as retaliation for enacting a more-inclusive sexual education curriculum than the district previously had in place. A former committee member said the old curriculum favored heterosexuality and abstinence and described anything else as "unusual."

Cleaveland also previously noted the five board members who voted to overhaul the committee were endorsed by the conservative parents' rights group Moms for Liberty, which has spoken out against LGBTQ education and other issues.

The district and board didn't immediately respond to requests for comment.

*Charleston County School District suspends Superintendent Eric Gallien, again*

According to the lawsuit, the board was supposed to discuss filling five open positions on the committee during the Sept. 25 meeting. Instead of discussing those five positions, Ed Kelley, a board member and the board's policy liaison, proposed a slate of candidates that included six additional people.

None of the candidates' names or information were published on BoardDocs, the system the board uses to share information, according to the suit. It alleges this violates the Freedom of Information Act, the board's policies and procedures, and the committee's bylaws.

During the same meeting, the board voted 5-4 across the same lines to suspend Superintendent Eric Gallien and to not make interim chief academic officer Michelle Simmons' job permanent. Gallien later sued the district for breach of contract.

Local politicians on both sides of the aisle asked the governor and attorney general to investigate the school board for violating open meetings laws.

The Solicitor General's Office sent the board a letter saying it had likely violated South Carolina's Freedom of Information Act. The board held a special called meeting on Oct. 12 where members publicly debated whether to keep Gallien on paid administrative leave before voting again 5-4 to suspend him with pay. This occurred as an investigation is conducted into a complaint filed by a district employee accusing him of creating a hostile work environment. Board members did not discuss the Health Advisory Committee at that meeting.

*SC school report cards show academic gains. But fights on the rise.*

The suit was filed by former committee members Lisa Ross, Rabbi Greg Kanter and Catherine Kaiser. It included Jim and Sue Doucher, parents of one of the student committee members.

The committee is comprised of 13 people, including two students.

The school board members named were Kelley, board chair Pamela McKinney, Carlotte Bailey, Keith Grybowski and Leah Whatley. Each voted to overhaul the Health Advisory Committee.




**Load-Date:** October 23, 2023

---

End of Document