# EXHIBIT 4

# Frustration, confusion follow chaotic CCSD board meeting

Post & Courier (Charleston, SC)

September 27, 2023 Wednesday

Copyright 2023 The Post and Courier All Rights Reserved

**Section:** A; news/crime; news/local state news; news; Pg. 1

**Length:** 1089 words

**Byline:** Maura Turcotte ; , *mturcotte@postandcourier.com*
**Highlight:** Following a meeting that resulted in the new superintendent being placed on leave, one trustee said the board has lost credibility with its constituents.

## Body

Charleston County School Board member Courtney Waters had one word to describe her reaction *to how the Sept. 25 board meeting unfolded*: grief.

The meeting included a 5-4 vote to place Superintendent Eric Gallien - who started in his position July 1 - on administrative leave while he is investigated for a complaint.

The meeting, like many other recent Charleston school board gatherings, left many confused and frustrated.

"I was getting my daughter ready for school and I was like, I just kept tearing up because it's such a loss. This is such a loss for our children," Waters said. "We had a system that for the first time was showing very strong signals."

The trouble grew Sept. 22 when an agenda for the meeting was sent out with an item that then-general counsel Alice Paylor added for the board to discuss as a personnel matter in executive session.

But Gallien said Paylor hadn't notified him about the discussion before the agenda went out and that she told him about it over a text message.

Scant information about the subject of the discussion was provided prior to the meeting other than it would be held in executive session and away from public view.

*Charleston County school board places new Superintendent Eric Gallien on leave*

Gallien sent Paylor a letter firing her on Sept. 24.

During the board meeting, Paylor said the agenda item had to do with *a complaint against Gallien*. But Waters said Paylor was one of Gallien's staff members when she requested the discussion be put in the agenda, and therefore any of her additions had to be approved by the superintendent before being included.

The board delved into an extended debate about whether Gallien actually fired Paylor. Members of a five-person majority that included Pamela McKinney, Carlotte Bailey, Keith Grybowski, Ed Kelley, and Leah Whatley argued that because Gallien used first person at various points in the termination letter, he wasn't letting her go as the district's representative.

Kelley said Paylor wasn't fired because Gallien used the phrase "I would request."

Eventually the board went into executive session to discuss the actual complaint. After wrapping up the session, the board voted unanimously in favor of investigating the issue.

The complaint's details remain scarce, but Waters told The Post and Courier the complaint was made against Gallien by an employee who doesn't report to him.

"What I can say is that the four of us who are typically in the minority, we voted for the investigation because we believe that it will clear his name," Water said, referring to herself and trustees Darlene Dunmeyer-Roberson, Daron Lee Calhoun II and Carol Tempel.

After the vote on the investigation, the five-member majority fraction voted to place Gallien on leave while the probe plays out, triggering much public outcry.

Dunmeyer-Roberson called the decision "unacceptable."

Deputy Superintendent Anita Huggins will take over as acting superintendent while Gallien is on leave.

*New CCSD superintendent defends self to school board*

In the meeting, the same five board members who voted to suspend Gallien decided not to officially hire Michelle Simmons, who has been working as the district's interim chief academic officer since 2022.

Simmons, who attended Charleston's schools as a student, has worked in the district for more than two decades, serving as a teacher and principal before joining the district as an administrator.

"We lost all of that institutional knowledge for nothing," Waters said.

The five board members also scrapped most of the members of the district's health advisory committee, which reviews curriculum materials about sexual and reproductive health.

Waters said the board lost credibility with its constituents as a result of its actions. She said she's heard of teachers and principals wanting to walk out on their jobs.

"People are really tired. They are also just seeing how much of our meetings are focused on minutia and sort of political activity and not focused on the kids," she said.

A number of Charleston-area politicians and community members expressed frustration and shock following the meeting.

State Rep. J.A. Moore said that the five members of the board that voted to suspend Gallien "have a clear agenda of racism and disruptiveness, and things which have nothing to do with our kids getting the best education possible."

He called their action a "political stunt" and speculated it had right-wing national undertones.

"Their agenda seems to be focused on this national movement of disrupting education, and we've seen it, quite frankly, all over the state and country," Moore said.

*Charleston school board meeting about superintendent sparks tension among board members*

*State Rep. Deon Tedder* called the board's action to place Gallien on leave "shameful" *in a tweet*.

Jody Stallings, a Charleston County teacher, said the superintendent being placed on leave was all anyone wanted to talk to him about the day after the board meeting.

"They all want to know 'what did he do?' to be suspended. Of course, I'm in the dark like everyone else, which is usually the way it is in Charleston - we still don't know the reasons for Dr. Postlewait's leaving," Stallings said, referring to the superintendent in Charleston who resigned suddenly in December 2021.

Calhoun, another of the trustees, reiterated his feelings of frustration that he shared during the board meeting. He called the board "the laughing stock of South Carolina" because of how dysfunctional he felt meetings have become.

He said there was no justification for not making Simmons permanent and said the other five members who voted against her couldn't share why they did so.

"The only people who lose in all of this are the students, the teachers, the staff," Calhoun said.

He hopes the investigation into Gallien will help the board "get this mess behind this." But he also said he welcomes the inspector general to investigate the board for not following its policies.

"I don't know if it's gonna take the community to sue us," Calhoun said. "I don't know if it's gonna take Gallien to sue us. I don't know who's going to have to do it, but somebody has to come in and do something about this. Because this is absolutely ridiculous."

The group of five board members who voted to place Gallien on leave did not respond to requests for comment.

Dunmeyer-Roberson and Tempel also did not respond to requests for comment.



**Load-Date:** September 26, 2023

---

End of Document