# EXHIBIT 5

# Charleston school board member asked to resign amid transgender talk, alleged threat

Post & Courier (Charleston, SC)

March 29, 2023 Wednesday

Copyright 2023 The Post and Courier All Rights Reserved

**Section:** A; news/crime; news/local state news; news; Pg. 1

**Length:** 1104 words

**Byline:** Sara Gregory ; , *sgregory@postandcourier.com*
**Highlight:** A woman said CCSD Board member Ed Kelley shared personnel information about a transgender teacher at a Moms for Liberty meeting.

## Body

Ed Kelley has been asked to resign from the Charleston County school board after a woman alleged he publicly stated during a recent conservative group chapter meeting that if his child's teacher came out as transgender, he would show up at the educator's doorstep with a gun.

Kelley reportedly made the comments this month during a Moms for Liberty meeting, at which he is said to have shared that a district teacher asked students to call him "Mr." instead of "Ms.," local resident Adrienne Lett told the school board on March 27.

Kelley told the Moms for Liberty group on March 16 in Mount Pleasant that he threatened to have Superintendent Don Kennedy fired if he didn't place the teacher on administrative leave, Lett said.

At the board meeting, Lett asked Kelley to step down from his elected position.

"Threatening the livelihoods of district employees is unacceptable conduct by a board member," said Lett, who is a member of the LGBTQ community.

Kelley agreed to speak with The Post and Courier after the meeting, which ended a minute before midnight. He later provided a statement instead.

"The topic of the accusations leveraged against me were discussed in executive session tonight," Kelley wrote in a text message. "Therefore, I'm prohibited by policy to discuss it outside of the Board."

Lett did not record Kelley's remarks at the Moms for Liberty meeting. The group's president, Tara Wood, did not respond to a request for comment. Other sources who spoke to The Post and Courier corroborated parts of what Lett said she heard Kelley say during that event.

Colleen Condon, president of the Alliance for Full Acceptance, said a teacher reached out to them on March 9 after being placed on administrative leave. Condon said the teacher was suspended after asking students to use the prefix "Mr." and the pronouns he and him.

The two haven't spoken since then and Condon didn't know whether the teacher was still on leave.

A district spokesman confirmed that a staff member is on paid administrative leave in response to questions about the teacher referenced in Kelley's reported comments. Andy Pruitt said the employee was placed on leave beginning March 9. He said the district wanted to make clear that it does not discriminate.

"The decision is not punitive as we often place employees on administrative leave while we gather all the facts," Pruitt said in a statement.

Pruitt gave the following statement in response to questions about whether pressure was put on Kennedy: "Neither CCSD officials nor Mr. Kennedy know about any directive to take action against the teacher or of any threat to Mr. Kennedy's employment," he wrote.

The account of Kelley's comments came as the board considers a policy he proposed that would ban educators from talking with students about sexual orientation or gender. The proposed policy would block teachers from asking students for pronouns or sharing their own, and it would require that employees use the gender documented on their employment paperwork, even if it doesn't correspond with their identity.

When Kelley introduced the policy on March 13, he said he couldn't disclose where the draft language came from. It involved a personnel matter, he said. The purpose was to limit discussions about people's pronouns "simply from a distractions standpoint," Kelley said.

Opponents have said such a ban would violate federal discrimination law. It also sends a hurtful message to the LGBTQ community, said Chase Glenn, executive director of the Alliance for Full Acceptance.

Lett, a civil engineer, told The Post and Courier that she considers herself an advocate for public education and does not agree with the views held by Moms for Liberty, which backed Kelley's 2022 campaign. She attended the group's March 16 meeting after seeing it advertised online. She said she identified herself as a non-member when she arrived.

Lett is seen in a photo of attendees the group posted on Instagram. She filmed parts of the meeting, which The Post and Courier reviewed, but said she was told to stop and did so before Kelley spoke.

She said that Kelley told the group that he learned about an issue involving a transgender teacher from the parent of a second grade student. The child told her dad that her teacher was now a man and cried, asking if she was going to turn into a boy, too.

Lett said Kelley praised the parent for staying composed.

"Kelley said that if that happened to one of his children, he would show up at that teacher's house with a gun," Lett said. "That definitely made me do a double-take."

According to Lett, Kelley relayed that he then went to Kennedy and said that if the teacher came to school presenting as a man, the superintendent would be fired immediately. Kelley told the group the teacher was on unpaid administrative leave.

Lett said Kelley's remarks left her afraid. She decided to share them at the school board meeting because she believed his remarks to Moms for Liberty should be known publicly since they related to policies being considered by the board.

Board Chairwoman Pam McKinney stopped Lett's speech after she named Kelley and told Lett that speakers were not allowed to reference individuals by name. Lett proceeded to give her remarks by referring to Kelley only as a board member.

Lett shared her account of Kelley's remarks on social media first. Allan Morris, a parent of two CCSD students and a resident of Kelley's district, said that was how he learned of them.

Before that, Morris, who campaigned for Kelley's opponent, said he had heard from other people that a transgender teacher had been placed on leave. He declined to say where he heard that information.

Morris, in a March 26 letter written to all school board members, called for Kelley's resignation. He said he was appalled by Kelley's alleged comments about carrying a firearm to an educator's doorstep and worried it would put the teacher in harm's way.

"Inciting violence, I don't know what the objective there was," Morris said.

Several people, including students, on March 27 publicly opposed the proposed policy.

Luke Interrante, a Wando High School student, said school is the only safe space for some queer teens and that the policy would take that away.

A junior at Lucy Beckham High School said LGBTQ students and staff deserve to be treated with dignity and respect.

"My friends and I are just trying to get through high school like everyone else," said Penn Doucher, the Lucy Beckham student. "We deserve to feel safe and supported in our schools."



**Load-Date:** April 1, 2023

---

End of Document