# EXHIBIT 6

# CCSD board member Bailey under fire for purported comments on gay children, Black parents

Post & Courier (Charleston, SC)

October 10, 2023 Tuesday

Copyright 2023 The Post and Courier All Rights Reserved

**Section:** A; news/crime; news/local state news; news; Pg. 1

**Length:** 1578 words

**Byline:** Hillary Flynn, Maura Turcotte and Eva Herscowitz ; , *hflynn@postandcourier.com*, ; , *eherscowitz@postandcourier.com*, ; , *mturcotte@postandcourier.com*

**Highlight:** Charleston County Board Member Carlotte Bailey said there is no such thing as gay children in leaking video recordings of a private meeting with a community activist posted to Facebook on Oct. 7.

## Body

A community activist has released video recordings that purportedly capture Charleston County school board member Carlotte Bailey stating that there is no such thing as gay children and that Black parents are mostly to blame for racial achievement gaps in the schools.

Activist Elvin Speights made the recordings and posted them on Facebook on Oct. 6. He attended a morning press conference at North Charleston City Hall on Oct. 9 with two other community leaders to condemn Bailey's alleged remarks and ask for her resignation.

Bailey did not respond to multiple calls, text messages and emails seeking comment.

In the videos, the woman Speights identified as Bailey is heard saying that being gay was "not God's desire."

*Ousted CCSD health advisory committee members speak out, claim school board retaliation*

"There's no such thing as gay children; those children are confused about who they are and what they are," she said. "Those children, if they're not of legal age to vote, and you're not of a legal age to vote until you're 18, cannot make conscious decisions about what gender they are."

Speights said he recorded Bailey during an Oct. 3 meeting that she requested at North Palm Church in North Charleston. He said he recorded her remarks for his "own protection."

The Post and Courier reviewed the recordings prior to the press conference. Though most of the video footage captures the church's ceiling, Speights provided screenshots of text messages that he said showed the two of them arranging the meeting. He also provided a video that wasn't posted on social media showing a woman who looks like Bailey sitting across from him at the table.

In the recordings, the woman says that discussions about sexuality have no place in the classroom, which should be for teaching children English language arts, math and other academic subjects. The woman also said that she opposed Pride month and that people in the LGBTQ community are "trying to make something that's personal a civil right."

She also spoke about the racial achievement gaps between Black children in the district and their White peers. She said Black children are behind academically because most Black families have a "different concept of the value of education." She said Black parents often don't help their children with their homework after school or read to them.

Bailey is a Black woman.

"They didn't help the child practice their name, but you expect your child to know how to write their name and you're not helping them at home?" the woman said in the recording.

*Eric Gallien, Charleston County's suspended school superintendent, sues district*

At one point, she clarified in the recording that she wasn't talking about all Black parents. She said Black students' academic struggles aren't caused by systemic racism, but by their families.

The comments come after the school board voted 5-4 to *suspend Superintendent Eric Gallien* after serving only three months on the job. They voted to put Gallien, who is Black, on paid academic leave on Sept. 25 after discussing a complaint an employee made about him in executive session, meaning the talks were not open to the public.

Bailey voted in favor of Gallien's suspension.

At the same meeting, Bailey joined the majority in voting to completely *overhaul the district's health advisory committee*, which reviewed the health and sexual education curriculum. Ousted committee members have told The Post and Courier that they had worked to create an inclusive curriculum that was "medically accurate." One member said the previous curriculum favored heterosexuality and abstinence, and presented anything else as "unusual."

When the board voted to suspend Gallien, the crowd shouted at them and accused them of racism. Over the following days, the board was condemned by Charleston lawmakers on both sides of the aisle who accused the board of violating open meeting laws and *asked for a state investigation.*

On Oct. 3, *Gov. Henry McMaster said the school district needed to follow the law* but added he didn't think the issue reached the point where an investigation was required.

*Gov. McMaster addresses CCSD turmoil: 'School district needs to follow the law'*

*Gallien sued the district* on Oct. 5 for breach of contract. He noted in the lawsuit that Bailey and the other members who voted for his suspension were endorsed by the *conservative parents'-rights groups Moms for Liberty*. The group has vocally opposed LGBTQ education in schools and critical race theory.

At that same Sept. 25 meeting, the board voted 5-4 against making Interim Chief Academic Officer Michelle Simmons' job permanent. Bailey again was among the five who voted against giving the job to Simmons.

The woman in the recordings elaborated on the reasons behind the decision. She said Black community leaders called her trying to influence her vote.

In an interview with The Post and Courier, Speights said Bailey reached out to him wanting to meet. He said he recorded the conversation because he was worried that she would accuse him of making threats or trying to bribe her, and he wanted to protect himself. Bailey was not aware she was being recorded, he said.

At the Oct. 9 press conference, he said that her "homophobic, racist beliefs were unsettling."

He was joined by Regina Duggins, founder and board member of Charleston Black Pride, a nonprofit that works to create opportunities for and celebrate LGBTQIA people of color, and Thomas Dixon, founder of The Coalition, a community group focused on civic engagement and violence prevention in North Charleston.

A group of around 10 parents was in attendance. One, wearing a shirt supportive of LGBTQ students, stood behind the speakers.

"Her presence on the Charleston County School District Board of Trustees is no longer needed, wanted, accepted or tolerated," Dixon said.

Darlene Roberson, a school board member who voted against putting Gallien on paid administrative leave, emailed The Post and Courier saying Bailey's alleged comments were, at minimum, toxic and offensive.

"Ms. Bailey consistently places herself in the position of a moral judge or moral authority rather than being concerned about the job she was elected to do, which is to represent the interests of her constituents on the CCSD Board of Trustees," Roberson said. "It is dangerous and counterproductive for her to continuously interject her personal moral beliefs into governance and decision-making."

She said Bailey is allowed to have personal religious and moral beliefs, but imposing those viewpoints on her constituents as a school board member is not what she was elected for.

Carol Tempel, another school board member who opposed putting Gallien on suspension, said Bailey's alleged comments do not align with her views of educational justice for all students and their families.

"Categorizing parents' interest in their child's education by race is egregious and racist," she said.

The Charleston County House Delegation also gathered on Oct. 9 in North Charleston City Hall's council chambers to speak on the school board's recent action.

The Charleston-area state lawmakers took in testimony for about three and a half hours from a number of community members. But as state Rep. Leon Stavrinakis explained at the meeting's start, they couldn't change any of the school board's decisions.

The speakers included current school board members Courtney Waters, Tempel and Roberson, as well as local religious leaders, community organizers, former educators and parents. A student, Brooks Wetmore, daughter of state Rep. Spencer Wetmore, also spoke during the public comment.

Many were clad in green attire, a move planned by public school activists who opposed the five Moms for Liberty-backed board members' actions.

Nearly everyone criticized the board's decisions, including placing Gallien on leave. Just one speaker bucked the tide, saying people with different viewpoints than the majority in the room deserved to have their opinions heard, as well.

Many dismissed the five board members as extremists who don't represent the majority of the Charleston community. Speaker after speaker called for Gallien's reinstatement, the immediate approval of Simmons as the district's chief academic officer and the reinstatement of the district's health advisory committee.

Many of the speakers also asked for the governor to have the inspector general's office launch an investigation into the board.

Concerns about the school board's chaotic leadership impacting the local economy came up, as did fears that current students will not want to stay in Charleston upon finishing school. Others pointed to the Charleston school board's actions as fitting into a statewide and nationwide trend of far-right school boards undermining school leaders' powers.

Many also connected the five board members' actions to the area's long history of racism.

"This is not new. They've got new players. This is an old playbook," said the Rev. Nelson B. Rivers, a local civil rights leader.

Stavrinakis said Gallien had also been invited to speak, but he instead sent a letter to the delegation. Board Chair Pam McKinney also sent a letter to the lawmakers.

At the meeting's close, members of the House Delegation discussed holding another meeting to send a letter McMaster to ask for an investigation into the school board.





**Load-Date:** October 9, 2023

---

**End of Document**