# EXHIBIT 11

# [Charleston school board may add a meeting prayer and give trustees more access to schools]

Post & Courier (Charleston, SC)

January 11, 2023 Wednesday

Copyright 2023 The Post and Courier All Rights Reserved

**Section:** A; news/crime; news/local state news; news; Pg. 4

**Length:** 595 words

**Byline:** Devna Bose ; , dbose@postandcourier.com
**Highlight:** The bulk of the Charleston County School District board's most recent meeting was spent discussing various policy amendments.

## Body

Charleston County School District board members want to pray before meetings and be given the same visitation rights as parents to local schools.

The bulk of the board's Jan. 9 committee of the whole meeting was spent discussing various policy amendments, including one inviting a community faith leader to open board meetings with prayer.

The amendment originally said faith leaders could not invoke "Jesus Christ" in any form or a patron saint, but board members Carlotte Bailey and Leah Whatley said it discriminated against Christians.

Interim co-general counsel Alice Paylor recommended striking that portion.

"You don't want somebody talking about Buddha and all of that stuff," Paylor said.

Carol Tempel, a member of the school board, replied that the board needs to recognize the diversity of CCSD's families, staff and faculty.

The amendment was changed so that faith leaders couldn't invoke any specific deity. They can only use blanket references like God or "The Almighty," and the prayer must be nonsectarian.

The board also discussed expanding their school visitation rights. The previous policy said they could only make official visits to schools under board authorization, but some members said they should have more ability to visit CCSD schools since they are charged with leading the district.

The amendment makes school visits more casual, allowing members to visit any CCSD school so long as they coordinate with the principal to find a day that works best for the school's schedule to minimize disruption.

The board reviewed another policy amendment that clarified how the general counsel should work with the board and district, putting in writing what the general counsel can and can't do. This discussion comes after CCSD staff attorney Mercedes Pinckney-Reese's termination in November.

Pinckney-Reese detailed concerns about new interim co-general counsels Paylor and Margaret Seymour in a Nov. 24 letter to the school board and superintendent five days before her termination. She claimed they commandeered her staff and funneled cases to their law firm, and she specifically accused Paylor of unprofessional, bullying behavior.

The amendment says the general counsel doesn't have the authority to hire or fire CCSD employees or authorize payments single-handedly.

The board also considered changing policy to streamline communication within the district.

They spent about an hour of the three-hour meeting discussing the amendment that would change the amount of time it should take Superintendent Don Kennedy or members of his administration team to respond to their requests for information.

Outside of policy amendments, the board also considered Greg Mathis Charter School's request for a district building and discussed creating a three-person ad hoc committee to handle the superintendent search.

During committee of the whole meetings, board members vote on "initial approval" for items, which later go for "final approval" in regular board meetings. Because the board unanimously approved expanding board members' school access and the way the board chair is elected, those items will be on the next regular board meeting's consent agenda and do not require further discussion.

Most committee of the whole members voted in favor of the amendments for holding prayer before meetings and clarifying the general counsel's role, but they were not unanimously approved. These amendments will likely be discussed again during the regular board meeting, which will be at 5:15 p.m. Jan. 23.



**Load-Date:** January 14, 2023

---

**End of Document**