# EXHIBIT B

TUCSON

Quick Links +

30 WX Alerts

ADVERTISEMENT

KGUN 9 > NEWS > LOCAL NEWS

# UPDATE: TUSD teacher had child exploitation files on his phone




Photo by: KGUN 9





By: KGUN 9 News Staff
*Posted 7:23 PM, Mar 26, 2026 and last updated 2:36 PM, Mar 27, 2026*

**UPDATE (12:19 p.m., March 27):**

Tucson Police Department was first notified about Timothy Sonier by the National Center for Missing and Exploited Children, according to the interim complaint. The center was tipped off when the cloud service Synchronoss reported that Sonier, one of its users, had uploaded at least one image/video of suspected cl




**THE HUDDLE - KGUN 9 SPORTS SHOW**



**Community Inspired Journalism**

Law enforcement reviewed the tip and found that it met the criteria for sexual exploitation of a minor, the complaint said.

ADVERTISEMENT




A Synchronoss warrant was obtained and Timothy Sonier was identified as the suspect user, the complaint said. The case was transferred to the Tucson Police Department since Sonier resided in Tucson.

Review of the Synchronoss contents revealed images and video of child sex abuse materials, the complaint said. Also, a screen shot was observed in a message that "depicted a transaction of $20 with child sexual abuse material just below the transaction indicating that child sexual abuse material was purchased/sold," the complaint said.

Sonier was arrested at Dodge Traditional Magnet School on Thursday. Post Miranda, he admitted to having child sexual abuse material on his phone, in a secure folder, to which he provided the passcode.

More than 10 videos/images of sexual abuse material were found in the folder, the complaint said.

Bond was set at $50,000.

——————————————————————

A Tucson middle school teacher and high school coach has been arrested following a multi-agency investigation into suspected child sexual abuse

material.

According to a news release from Tucson Police Department, the case began in December 2025 when the Las Vegas Metropolitan Police Department received a report from the National Center for Missing and Exploited Children about an individual uploading suspected child sexual abuse material.

Investigators later determined the suspect was in the Tucson area and transferred the case to Tucson authorities, the news release said.

Detectives with TPD's Human Exploitation and Trafficking Unit worked with the department's Forensic Electronic Media Unit and Homeland Security Investigations to identify the suspect as 48-year-old Timothy James Sonier, the news release said.

Police say Sonier is a teacher at Dodge Traditional Magnet School and also serves as a coach at Salpointe Catholic High School, the news release said.

On March 26, investigators served search warrants at Sonier's eastside Tucson home and at Dodge Traditional Magnet School, where he was initially contacted.

Authorities seized several electronic devices, and a forensic review led to probable cause to charge him with 10 counts of sexual exploitation of a minor.

Investigators say no known local victims have been identified at this time.

**In response to the arrest, Tucson Unified School District issued the following statement:**

*The Tucson Unified School District is aware of the recent arrest of one of our employees.*

*The safety and well-being of our students remain our highest priority. We are deeply concerned by the nature of this law enforcement situation and are cooperating fully with the Tucson Police Department in their investigation.*

*The employee has been detained by Tucson Police Department Detectives and has also been immediately placed on administrative leave by the district pending the results and outcome of the legal process associated with this ongoing law enforcement investigation. Hiring documents show that the employee successfully passed a criminal background check and continued to maintain a valid fingerprint clearance card as required by the Arizona*

*Department of Public Safety throughout his time as an employee of the district.*

*We want to reassure our community that this is an isolated incident that does not reflect the policies, values, or standards of behavior that we expect from our staff members. We are committed to maintaining a safe and supportive learning environment for all students.*

*Due to the ongoing nature of this investigation and legal matter, we are unable to provide further details. We ask for your understanding and patience as we work through this situation. We have full confidence in the law enforcement professionals of the Tucson Police Department to conduct a thorough investigation.*

**The Diocese of Tucson, which operates Salpointe Catholic High School, released the following statement:**

*The Diocese of Tucson is aware that Timothy James Sonier, an athletic coach at Salpointe Catholic High School was arrested and charged with ten counts of sexual exploitation of a minor.*

*The diocese takes these allegations very seriously and is cooperating fully with law enforcement as they conduct their investigation.*

*Salpointe Catholic High School has notified the students and families who have had direct interaction with the suspect.*

*The safety and well-being of all students remain our highest priority. To ensure that the diocese fully supports the students, counselors will be made immediately available to the student body and school staff.*

*The Diocese of Tucson requires that all employees and volunteers complete a rigorous background check before ministering or working in the diocese.*

*To preserve the integrity of the investigation and to respect the privacy of all individuals involved, the diocese will not be making any further comment at this time.*

*If you have any information about possible sexual abuse, the diocese urges you to contact local law enforcement.*

*The Diocese of Tucson asks everyone to hold in prayer all those affected at this difficult time.*

The investigation is ongoing. Anyone with information is urged to call 88-CRIME.

Report a typo




## Marketplace
Sell Your Items - Free to List

Visit Full Marketplace



**Nintendo Switch V2 32GB Console Neon**

$165

MELISSA R. | sellwild.com



**iPad Air 13" (M3) Like New**

$650

NICK P. | sellwild.com




**Nintendo Switch Joy-Con Comfort Grip**

$22

SAM T. | sellwild.com




**Versace Palazzo**

$495

JULIE M. | sellwild.com

Powered by Sellwild