# EXHIBIT D

7 Weather Alerts In Effect ✕

ADVERTISEMENT

# Former Tucson USD teacher sentenced for sexual exploitation of minor




James Hyrum Badger will spend 7 1/2 years in prison and will be on probation for 20 years. He also received nearly a year of credit for time served.

By 13 News Staff

*Published: Jan. 8, 2025 at 1:49 PM CST | Updated: Dec. 8, 2025 at 6:26 PM CST*

Share | Add as a preferred source on Google

TUCSON, Ariz. (13 News) - A former Tucson Unified School District teacher was sentenced for sexual exploitation of a minor on Monday, Dec. 8.

James Hyrum Badger will spend 7 1/2 years in prison and will be on probation for 20 years. He also received nearly a year of credit for time served.

Badger, 46, was originally facing 10 counts of sexual exploitation of a minor but reached a plea deal on only two counts.

In January 2025, Badger was arrested following a months-long investigation by the Tucson Police Department's Internet Crimes Against Children Unit.

ADVERTISEMENT

According to investigators, Badger downloaded at least 10 child porn photos, and some of the victims were girls under the age of 15.

The Tucson Unified School District issued a statement following Badger's arrest, saying, "Tucson Unified School District is aware of the recent arrest of a faculty member. The safety and well-being of our students is our highest priority. We are deeply concerned by this situation and are cooperating fully with (the) Tucson Police Department in their investigation."

"Hiring documents show that the employee cleared the required background check and currently holds a valid IVP fingerprint card with the state of Arizona."

"We want to reassure our community that this alleged incident does not reflect the policies, values, or standards of behavior that we expect from our staff members. We are committed to maintaining a safe and supportive learning environment for all students."

ADVERTISEMENT

"Due to the ongoing nature of this criminal and legal matter, we are unable to provide further details. We ask for your understanding and patience as we work through this situation. We have full confidence in the police to conduct a thorough investigation and ensure due process is followed."

You can submit your ***breaking news or weather images here.***

*Copyright 2025 13 News. All rights reserved.*