# EXHIBIT H

Be pain-free before the holidays - with no meds - at the Pain Institute.
The Pain Institute
520-999-9000 • PISApain.com
Now Open in Oro Valley!
OUR TEAM OF PAIN MANAGEMENT PHYSICIANS

tucson.com

PRESENTED BY
CASINO DEL SOL

TOP STORY

# Tucson police: 2 TUSD employees didn't report student sexual offense

Carmen Duarte Arizona Daily Star Mar 15, 2017 Updated Jun 25, 2020

1 of 3



Bernadette Rosthenhausler, L, and Linda Archuleta.

Tucson Police Department

Prefer us on Google

Carmen Duarte Arizona Daily Star

A vice principal and counselor at Roberts-Naylor K-8 School were arrested Tuesday, accused of failing to report a student's sexual offense, police said.

Vice Principal Bernadette Rosthenhausler, 45, and counselor Linda Archuleta, 60, were booked into the Pima County jail on suspicion of failure to report a reportable offense, a felony, according to a Tucson Police Department Facebook post.

Roberts-Naylor K-8 School is within the Tucson Unified School District.

On March 1, officers received a report from a parent about a possible inappropriate sexual contact between a boy and girl at the school, 1701 S. Columbus Boulevard, police said.

When officers arrived at the school, they learned the incident took place in a classroom when the teacher left the classroom "for a moment".


## People are also reading…

1. Arizona doctor to pay $36M in fraud scheme restitution
2. U of A cancer researcher dies of same disease she fought to cure
3. Faculty leader blasts U of A's recent million-dollar-plus legal settlements
4. Ex-Arizona basketball player Kerr Kriisa pleads guilty to wire fraud


During that time, a boy "made sexual contact" with a girl, said police. The student reported the incident to the teacher, and the teacher immediately reported it to Rosthenhausler, who began an internal investigation, police said.

Child-sexual-assault detectives learned that the incident was reported both to Rosthenhausler and Archuleta, but never was reported to police or the state Department of Child Safety as required by law.

TUSD is conducting "its own investigation into recent allegations involving mandatory reporting of an incident between students" at the school, said Stefanie Boe, a district spokeswoman.

Boe said the district is "fully cooperating" with the police investigation.

"Student safety is of the utmost importance and Tucson Unified School District is taking this matter seriously," Boe said. "Given the privacy rights of the students and staff involved we cannot comment further at this time."

Detectives said their investigation is continuing and police ask anyone with information to call 88-CRIME.

Contact reporter Carmen Duarte at **cduarte@tucson.com** or 573-4104. On Twitter: @cduartestar

**Around The Web**



**Kansas: Retirees on SS Are Due a Large Surprise This Week**



**Neurologists Beg Seniors With Neuropathy: Stop Doing This Now**



**Warning Signs of a Swelling Prostate That Men Over 60 Often Ignore**



**How to Beat Spinal Stenosis: The Hidden Cause Most Doctors Miss**



**The Stories That Matter, All in One Place**



**New SS Changes Announced in Kansas**



**1 Simple Trick to Cut Your Electric Bill (Try Tonight)**



**Waking Up Stiff and Tired? It May Be Time to Rethink Your Pillow**



**I Bought This Hummingbird Lamp for My Mom. Now She Won't Turn It Off.**

***Subscribe to stay connected to Tucson.*** *A* ***subscription*** *helps you access more of the local stories that keep you connected to the community.*

## Be the first to know

Get local news delivered to your inbox!