WILLIAMS & CONNOLLY LLP
Ashley W. Hardin, *pro hac vice*
J. Andrew Keyes, *pro hac vice*
Neelum J. Wadhwani (SBN 247948)
680 Maine Avenue SW
Washington, DC 20024
Tel.: (202) 434-5000
ahardin@wc.com
akeyes@wc.com
nwadhwani@wc.com

*Attorneys for Defendants YouTube, LLC and Google LLC*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br><br>*Tucson Unified School District v. Meta Platforms, Inc., et al.*<br><br>Case No.: 4:24-cv-01382 | MDL No. 3047<br><br>Case No. 4:22-md-03047-YGR-PHK<br><br>**DECLARATION OF ASHLEY W. HARDIN IN SUPPORT OF DEFENDANTS' MOTION TO PRECLUDE PLAINTIFF FROM RELYING ON LATE-DISCLOSED SCHOOL DISTRICT WITNESSES** |

I, Ashley W. Hardin, declare and state as follows:

1. I am an attorney admitted to practice in the District of Columbia and the Commonwealth of Virginia, and admitted to practice pro hac vice in the above-entitled action. I am a partner with the law firm of Williams & Connolly LLP, counsel for Defendants YouTube, LLC, and Google LLC. I make this declaration in support of Defendants' Motion to Preclude Plaintiff from Relying on Late-Disclosed School District Witnesses. This declaration is based on my own personal knowledge and, if called to testify as to the truth of the matters set forth herein, I could and would competently testify thereto. I offer this declaration without waiving, or intending to waive, the attorney-client privilege or work-product protection.

2. Attached as Exhibit A is a true and correct copy of Plaintiff's Answers to Defendants' Interrogatories to Tucson Unified School District (Set 1) dated June 6, 2024.

3. Attached as Exhibit B is a true and correct copy of the Agenda for Regular Board Meeting of Tucson Unified School District's Governing Board dated May 13, 2014, available online at https://govboard.tusd1.org/Portals/TUSD1/GovBoard/docs/actions/05-13-14R.pdf.

4. Attached as Exhibit C is a true and correct copy of Tucson Unified School District's Administrative Appointments dated May 28, 2019, available online at https://govboard.tusd1.org/Portals/TUSD1/GovBoard/docs/adminappts/admin05-28-19.pdf.

5. Attached as Exhibit D is a true and correct copy of a letter from Austin Brane to Defendants' counsel dated May 22, 2024, with attachment. The attachment lists Tucson Unified School District employees who were sent a litigation hold notice in connection with this litigation. Defendants have redacted the names of employees other than Roberto Estrella and Tamara Ray. The identities of the employees are not relevant to the issues raised in this motion.

6. Attached as Exhibit E is a true and correct copy of Plaintiff's Third Amended Answers to Defendants' Interrogatories to Tucson Unified School District (Set 1) dated April 4, 2025, with redactions required under Federal Rule of Civil Procedure 5.2(a)(3).

7. Attached as Exhibit F is a true and correct copy of a letter from Michael M. Weinkowitz to Defendants' counsel dated July 21, 2023.

8. Attached as Exhibit G is a true and correct copy of a letter from Michael M. Weinkowitz to Defendants' counsel dated July 24, 2024.

9. Attached as Exhibit H is a true and correct copy of an email from Previn Warren to Defendants' counsel dated October 15, 2026, with the subject line "RE: Tucson and Charleston witness lists."

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on October 16, 2026 in Washington, D.C.

Dated: October 16, 2026

By: */s/ Ashley W. Hardin*
Ashley W. Hardin, *pro hac vice*

*Attorney for Defendants YouTube, LLC, and Google LLC*