# EXHIBIT B

TUCSON UNIFIED SCHOOL DISTRICT
GOVERNING BOARD
AGENDA FOR REGULAR BOARD MEETING*

TIME: May 13, 2014
4:30 p.m.

PLACE: Board Room
Morrow Education Center
1010 E. Tenth Street
Tucson, Arizona 85719

CALL TO ORDER

ACTION ITEM

4:30 p.m. 1. Schedule an executive meeting at this time to consider the following matters: APPROVED Moved:Hicks; Seconded:Foster. Passed Unanimously (Voice vote).

A. Personnel issues pursuant to A.R.S. §38-431.03 (A)(1); legal advice/instruction to attorney pursuant to A.R.S. §38-431.03 (A)(3) and (A)(4)

1) Administrative appointments, reassignments and transfers

B. Legal Advice/Instruction to Attorney pursuant to A.R.S. §38-431.03 (A)(3) and (A)(4)

1) Complaint Investigation

C. Discussions or consultations with designated representatives of the public body in order to consider its position and instruct its representatives pursuant to A.R.S. §38-431.03 Subsection (A)(5)

1) Negotiations with employee organizations

D. Discussions or consultations with designated representatives of the public body in order to consider its position and instruct its representatives regarding negotiations for the purchase, sale or lease of real property pursuant to A.R.S. §38-431.03 Subsection (A)(7)

1) Wrightstown
2) Broadway Properties

RECESS REGULAR MEETING

RECONVENE REGULAR MEETING – appx. 6:00 p.m.

Board Room
Morrow Ed Center
1010 E. Tenth Street

PLEDGE OF ALLEGIANCE

INFORMATION ITEMS

2. Superintendent's Student Advisory Council (SSAC) Report
INFORMATION ONLY

3. Superintendent's Report INFORMATION ONLY

4. Board Member Activity Reports INFORMATION ONLY

ACTION ITEMS

5. Administrative appointments, reassignments, and transfers – Assistant Principal, Miller Elementary School
APPROVED – MARICELLA CARRANZA Moved:Foster; Seconded:Juarez. Passed Unanimously (Voice vote).

6. Administrative appointments, reassignments, and transfers – Assistant Principal, Hollinger K-8 School APPROVED – MARISELA CAMPILLO Moved:Foster; Seconded:Juarez. Passed Unanimously (Voice vote).

7. Administrative appointments, reassignments, and transfers – Assistant Principal, Roberts Naylor K-8 School APPROVED – JESUS VASQUEZ Moved:Juarez; Seconded:Foster. Passed Unanimously (Voice vote).

8. Administrative appointments, reassignments, and transfers – Assistant Principal, C.E. Rose K-8 School APPROVED – DORA SALDAMANDO Moved:Juarez; Seconded:Foster. Passed Unanimously (Voice vote).

9. Administrative appointments, reassignments, and transfers – Assistant Principal, Gridley Middle School APPROVED – DINAH MCGLORY Moved:Hicks; Seconded:Juarez. Passed Unanimously (Voice vote).

10. Administrative appointments, reassignments, and transfers – Assistant Principal, Palo Verde High Magnet School
APPROVED – JENNIFER MILLER Moved:Hicks; Seconded:Juarez. Passed Unanimously (Voice vote).

11. Administrative appointments, reassignments, and transfers – Principal, Ochoa Magnet Elementary School APPROVED – LYDIA GONZALES Moved:Juarez; Seconded:Foster. Passed Unanimously (Voice vote).

12. Administrative appointments, reassignments, and transfers – Principal, Warren Elementary School APPROVED – LESLIE ANN MASON Moved:Hicks; Seconded:Foster. Passed Unanimously (Voice vote).

13. Administrative appointments, reassignments, and transfers – Principal, Booth-Fickett Math/Science Magnet School
APPROVED – CHARLES BERMUDEZ Moved:Hicks; Seconded:Juarez. Passed Unanimously (Voice vote).

14. Administrative appointments, reassignments, and transfers – Principal, Safford K-8 Magnet School APPROVED – STEVE GABALDON Moved:Foster; Seconded:Juarez. Passed Unanimously (Voice vote).

15. Administrative appointments, reassignments, and transfers – Principal, Sahuaro High School APPROVED – ROBERTO ESTRELLA Moved:Juarez; Seconded:Hicks. Passed Unanimously (Voice vote).

16. Administrative appointments, reassignments, and transfers – Principal, Catalina High Magnet School APPROVED – KATHRYN SHAW Moved:Hicks; Seconded:Foster. Passed Unanimously (Voice vote).

17. Administrative appointments, reassignments, and transfers – Assistant Principal, Sabino High School APPROVED – JILL RONSMAN Moved:Juarez; Seconded:Hicks. Passed Unanimously (Voice vote).

CALL TO THE AUDIENCE *(Pursuant to Governing Board Policy No. BDAA, at the conclusion of the Call to the Audience, the Governing Board President will ask if individual members wish to respond to criticism made by those who have addressed the Board, wish to ask staff to review a matter, or wish to ask that a matter be put on a future agenda. No more than one board member may address each criticism.)*

INFORMATION ITEMS

18. Presentation of the Proposed Unitary Status Plan (USP) Budget Timeline for School Year 2014-2015 INFORMATION ONLY

19. Presentation of Efficiency Audit Findings INFORMATION ONLY

CONSENT AGENDA** Items 20(a-v) APPROVED. Moved:Hicks, Seconded:Juarez. Passed Unanimously (Voice vote).

20. a) Salaried Critical Need and Replacement Hires APPROVED

b) Hourly Critical Need and Replacement Hires APPROVED

c) Substitute New Hires APPROVED

d) Salaried Separations APPROVED

e) Hourly Separations APPROVED

f) Substitute Separations APPROVED

g) Requests for Leave of Absence for Certified Personnel APPROVED

h) Requests for Leave of Absence for Classified Personnel APPROVED

i) Adoption of Supplementary Materials for High Schools for School Year 2014-2015 – Silent Spring APPROVED

j) Approval of Supplemental Materials for Dietz K-8 for Classroom Libraries APPROVED

k) Lunch Price Increases for Paying Lunch Program Participants for the SY2014-2015 as Required by Public Law 111-296 "Section 205 "Equity in School Lunch Pricing" for the National School Lunch Program APPROVED

l) National School Lunch Program Agreement between St. Ambrose Catholic School and Tucson Unified School District effective August 7, 2014 through May 29, 2014, with the Authorization for the Food Services Director to execute the Agreement APPROVED

m) Cost Reimbursable Agreement with Flowing Wells Unified School District for Tucson Unified School District to Provide Science Curriculum and Professional Development Resources to the Teachers and Students of Flowing Wells Unified School District, July 1, 2014 through June 30, 2017 APPROVED

n) Agreement between Tucson Unified School District and University Physicians Healthcare for Physician Professional Services, July 1, 2014 through June 30, 2015, with Authorization for the Director of School Health Services to Execute the Agreement APPROVED

o) Intergovernmental Agreement between University of Arizona's College of Education and Tucson Unified School District for the Administrative Internship Program (AIP), with Authorization for the Superintendent to Execute the Agreement APPROVED

p) Intergovernmental Agreement between the Arizona Board of Regents on behalf of the University of Arizona for the Visiting Professor Program for the 2014-2015 Academic Year, with Authorization for the Superintendent to Execute the Agreement (Donna M. Rishor) APPROVED

q) Intergovernmental Agreement between the Arizona Board of Regents on behalf of the University of Arizona for the Visiting Professor Program for the 2014-2015 Academic Year, with Authorization for the Superintendent to Execute the Agreement (Joline M. Riddle) APPROVED

r) Approval to Increase Request for Proposal (RFP) No. 14-18-18 Temporary Staffing Services APPROVED

s) Award of Request for Proposals (RFP) No. 15-22-19 Yearbook and Related Services APPROVED–INTER-STATE STUDIO & PUBLISHING CO., JOSTENS, LIFETOUCH YEARBOOKS, TAYLOR PUBLISHING COMPANY DBA BALFOUR PUBLISHING AND WALSWORTH YEARBOOKS.

t) Acceptance of the Summary of Student Activity Funds for the Period of July 1, 2013 through March 31, 2014 APPROVED

u) Ratification of salary and non-salary vouchers for the period beginning April 1, 2014 and Ending April 30, 2014 APPROVED

v) Memorandum of Understanding between University of Arizona's College of Education and Tucson Unified School District for the Masters of Education in Educational Leadership (EDL) and Principal Certification Program with Authorization for the Superintendent to Execute the Agreement APPROVED

RECESS REGULAR MEETING

PUBLIC HEARING – Final Revision of FY 2013-2014 Tucson Unified School District Annual Expenditure Budget, in accordance with A.R.S. §15-905

1. Presentation of the budget revision by TUSD staff.
2. Any *person* can ask for an explanation of the budget
3. Further Explanation of the budget by TUSD staff if necessary.

Public Participation at Board Meetings**

Members of the public may speak during the Call to the Audience portion of the agenda. The Board President shall be responsible for recognizing speakers and for maintaining proper order by setting such limitations as may be appropriate.

Any person desiring to speak shall complete the Call to the Audience card. When addressing the Board, an individual shall state his/her full name and address before going into the subject matter.

Individuals are encouraged to be brief, with a maximum time limit of 3 minutes.

Individuals attending the meeting and/or speaking before the Board shall observe rules of propriety, decorum and good conduct, and refrain from impertinent or slanderous remarks.

These rules also apply to Public Hearings.

**REF: Governing Board Policy No. BDAA – *Procedures for Governing Board Members*

RECONVENE REGULAR MEETING

ACTION ITEMS

21. Final Revision of Fiscal Year 2013-2014 Tucson Unified School District Annual Expenditure Budget, in accordance with A.R.S. §15-905
APPROVED Moved:Hicks; Seconded:Foster. Passed Unanimously (Voice vote).

22. Partial Payment of Court Ordered Attorney Fees in the Fisher/Mendoza Lawsuit APPROVED – $500,000 Moved:Foster; Seconded:Juarez. Passed Unanimously (Voice vote).

23. Governing Board Policy JFB – *Enrollment and School Choice*
ITEM PULLED

24. Arizona School Boards Association (ASBA) Political Agenda Priorities and Selection of the Board's Official Representative to the Delegate Assembly
APPROVED – LEGISLATIVE PRIORITIES (SEE BOARD OFFICE FOR DETAILS.)

APPROVED – KRISTEL ANN FOSTER SELECTED TO REPRESENT THE GOVERNING BOARD AT THE ASBA DELEGATE ASSEMBLY.

Moved:Hicks; Seconded:Juarez. Passed Unanimously (Voice vote).

STUDY/ACTION ITEM

25. Agreement with Pepper Viner Investment Company II, LLC, for the Purchase of the Former Wrightstown Elementary School, with Authorization for the Acting Director for Planning and Student Assignment to Execute the Agreement ITEM PULLED

10:00 p.m. FUTURE AGENDA ITEMS

ADJOURNMENT

*One or more Governing Board members will/may participate by telephonic or video communications.

**Names and details, including available support documents, may be obtained during regular business hours at the TUSD Governing Board Office.

- Persons with a disability may request a reasonable accommodation, such as a sign language interpreter, by contacting the Director of Staff Services to the Governing Board at 225-6070. Requests should be made as early as possible to arrange the accommodation.
- Upon request, TUSD will provide a certified interpreter to interpret Governing Board meetings whenever possible. Please contact Translations/Interpretations Services at 225-4672at least 72 hours prior to the event. Every effort will be made to honor requests for interpretation services made with less than 72 hours' notice.
- Previa petición, TUSD proporcionará un intérprete certificado para interpretar la agenda de las reuniones de la Mesa Directiva o de proporcionar los servicios de interpretación en la reuniones de la Mesa Directiva cuando sea posible. Favor de contactar los Servicios de Traducción/Interpretación al teléfono 225-4672 cuando menos 72 horas antes del evento. Se hará todo lo posible para proporcionar los servicios de interpretación realizados con menos de 72 horas de anticipación.
- If authorized by a majority vote of the members of the Governing Board, any matter on the open meeting agenda may be discussed in executive session for the purpose of obtaining legal advice thereon, pursuant to A.R.S. 38-431.03 (A)(3). The executive session will be held immediately after the vote and will not be open to the public.