# EXHIBIT C

## ADMINISTRATIVE APPOINTMENTS

| Name | New Assignment | Previous Assignment |
| --- | --- | --- |
| **Flori Huitt** | **Assistant Superintendent<br>Curriculum and Instruction** | **Curriculum and Instruction<br>Support Specialist<br>Amphitheater Public Schools<br>Tucson, AZ** |
| **Tamara Ray** | **Principal<br>Santa Rita High School** | **Principal<br>San Luis High School<br>Yuma Union High School<br>District #70<br>Yuma, AZ** |
| **Sabrina Salmon** | **Principal<br>Mary Meredith K-12 School** | **Assistant Director<br>Exceptional Education<br>TUSD** |

sll 05-28-19
Admin-Ap\05-28-19