# EXHIBIT D

Wagstaff & Cartmell

May 22, 2024

**VIA E-MAIL**

Andrew Campbell
Faegre Drinker Biddle & Reath LLP
300 North Meridian Street, Suite 2500
Indianapolis, Indiana 46204
andrew.campbell@faegredrinker.com

**Re:** ***In re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation*, JCCP 5255 and MDL No. 3047 – Defendants' Informal Request for Preservation Information for Tucson Unified School District**

Dear Counsel,

In response to your informal request for information concerning preservation, please find attached a list of Tucson Unified School District employees who were sent a litigation hold notice in connection with this litigation. The notices were sent on January 29, 2024.

Best Regards,

**Austin Brane**

| Name | Position |
|---|---|
| [redacted] | Assistant Principal - High School |
| | Director - Food Services |
| | Principal - Elementary |
| | Principal - Elementary |
| | Assistant Principal - Elementary School |
| | Assistant Supt - Regional |
| | Principal - High |
| | Principal - Elementary |
| | Assistant Principal - High School |
| | Associate General Counsel |
| | Assistant Supt - Leadership & Student Success |
| | Director - Interim |
| | Assistant Principal - K-8 School |
| | Assistant Principal - Middle School |
| | Director - Fine Arts |
| | Assistant Principal - K-8 School |
| | Principal - Elementary |
| | Assistant Principal - High School |
| | Director - Native American Student Services |
| | Principal - Elementary |
| | Principal - Elementary |
| | Principal - Elementary |
| | Assistant Principal - High School |
| | Assistant Principal - High School |
| | Principal - High |
| | Assistant Supt - ED&I |
| | Principal - Elementary |
| | Principal - Elementary |
| | Principal - Elementary |
| | Assistant Principal - K-8 School |
| | Principal - K-8 |
| | Principal - K-8 |
| | Assistant Principal - Middle School |
| | Principal - K-8 |
| | Principal - Elementary |
| | Principal - Elementary |
| | Principal - Elementary |
| | Principal - Elementary |
| | Principal - Elementary |
| | Assistant Principal - Middle School |
| | Assistant Principal - Middle School |
| | Principal - K-8 |
| | Principal - Elementary |
| | Principal - Elementary |

| | |
|---|---|
| [redacted] | Assistant Principal - High School |
| | Principal - Elementary |
| | Principal - Elementary |
| | Director - Communications & Media Relations |
| Estrella, Roberto A | Principal - High |
| [redacted] | Principal - Elementary |
| | Assistant Principal - High School |
| | Director - Mexican American Student Services |
| | Chief Human Capital Officer |
| | Principal - Elementary |
| | Director - Information Systems |
| | Principal - Middle |
| | Assistant Principal - High School |
| | Director - Health Services |
| | Assistant Principal - Elementary School |
| | Principal - Middle |
| | Principal - High |
| | Principal - Elementary |
| | Assistant Principal - Middle School |
| | Director - Family & Community Outreach |
| | Principal - Middle |
| | Director - School Safety & Security |
| | Executive Director - Technology Services |
| | Assistant Supt - Regional |
| | Principal - K-8 |
| | Principal - Elementary |
| | Principal - Elementary |
| | Chief Financial Officer |
| | Assistant Principal - High School |
| | Director - Interim |
| | Assistant Supt - Curriculum & Instruction |
| | Principal - Interim |
| | Principal - High |
| | Principal - K-8 |
| | Assistant Principal - High School |
| | Principal - K-8 |
| | Director - Financial Services |
| | Principal - Elementary |
| | Assistant Principal - High School |
| | Director - Purchasing Services |
| | Director - Community School and Pre-K Programs |
| | Principal - K-8 |
| | Principal - K-8 |
| | Assistant Supt - Regional |
| | Principal - Interim |
| | Principal - Elementary |
| | Director, Senior Grants & Federal Programs |

| | |
|---|---|
| [redacted] | Principal - Elementary |
| [redacted] | Director - Culturally Responsive Pedagogy |
| [redacted] | Assistant Principal - K-8 School |
| [redacted] | Assistant Principal - High School |
| [redacted] | Risk Manager |
| [redacted] | Principal - Project MORE |
| [redacted] | Principal - Elementary |
| [redacted] | Assistant Principal - High School |
| [redacted] | Assistant Principal - High School |
| [redacted] | Assistant Principal - High School |
| [redacted] | Principal - Elementary |
| [redacted] | Director - Facilities Management |
| [redacted] | Principal - Middle |
| [redacted] | Assistant Principal - K-8 School |
| [redacted] | Assistant Principal - Elementary School |
| [redacted] | Director - Employee Relations |
| [redacted] | Principal - High |
| [redacted] | Principal - Mary Meredith K-12 |
| [redacted] | Principal - Middle |
| [redacted] | Principal - K-8 |
| [redacted] | Director - Alternative Education |
| [redacted] | Principal - Middle |
| [redacted] | Director - Interim |
| [redacted] | Principal - Elementary |
| [redacted] | Assistant Principal - Middle School |
| [redacted] | Principal - Middle |
| [redacted] | Assistant Principal - K-8 School |
| [redacted] | Assistant Principal - High School |
| [redacted] | Assistant Principal - High School |
| [redacted] | Principal - Elementary |
| [redacted] | Assistant Principal - K-8 School |
| [redacted] | Principal - High |
| [redacted] | Assistant Principal - High School |
| Ray, Tamara Lynn | Principal - High |
| [redacted] | Principal - High |
| [redacted] | Assistant Principal - K-8 School |
| [redacted] | Principal - Elementary |
| [redacted] | Assistant Principal - High School |
| [redacted] | Principal - Elementary |
| [redacted] | Assistant Supt - Regional |
| [redacted] | Principal - Elementary |
| [redacted] | Principal - Elementary |
| [redacted] | Principal - Interim |
| [redacted] | General Counsel |
| [redacted] | Principal - K-8 |
| [redacted] | Principal - High |
| [redacted] | Assistant Principal - High School |

| | |
|---|---|
| [redacted] | Principal - Elementary |
| [redacted] | Director - Advanced Learning Exp |
| [redacted] | Principal - Elementary |
| [redacted] | Director, Senior - Exceptional Education |
| [redacted] | Director - Diversity Recruitment/Inclusion P |
| [redacted] | Assistant Supt - Regional |
| [redacted] | Principal - Middle |
| [redacted] | Director - Language Acquisition |
| [redacted] | Principal - Middle |
| [redacted] | Principal - Elementary |
| [redacted] | Principal - Elementary |
| [redacted] | Director - Student Relations |
| [redacted] | Assistant Principal - Middle School |
| [redacted] | Director - Social Emotional Learning |
| [redacted] | Principal - TUVA K12 |
| [redacted] | Assistant Principal - Middle School |
| [redacted] | Principal - K-8 |
| [redacted] | Principal - K-8 |
| [redacted] | Principal - Elementary |
| [redacted] | Director - African American Student Services |
| [redacted] | Principal - Elementary |
| [redacted] | Assistant Principal - Middle School |
| [redacted] | Principal - K-8 |
| [redacted] | Assistant Principal - High School |
| [redacted] | Assistant Principal - Elementary School |
| [redacted] | Assistant Principal - High School |
| [redacted] | Superintendent |
| [redacted] | Assistant Principal - High School |
| [redacted] | Principal - Elementary |
| [redacted] | Assistant Principal - Middle School |
| [redacted] | Principal - Middle |
| [redacted] | Principal - K-8 |
| [redacted] | Principal - Elementary |
| [redacted] | Assistant Principal - K-8 School |
| [redacted] | Principal - High |
| [redacted] | Director - Interscholastics |
| [redacted] | Principal - Elementary |
| [redacted] | Principal - Elementary |
| [redacted] | Chief Operations Officer |
| [redacted] | Director - Transportation |