# EXHIBIT E

Thomas P. Cartmell (*pro hac vice*)
Jonathan P. Kieffer (*pro hac vice*)
Austin Brane, SBN 286227
**WAGSTAFF & CARTMELL LLP**
4740 Grand Avenue, Suite 300
Kansas City, MO 64112
Tel: (816) 701-1100
tcartmell@wcllp.com
jpkieffer@wcllp.com
abrane@wcllp.com

*Attorneys for Plaintiff* (additional counsel on signature page)

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION, | Case No. 4:22-MD-03047-YGR<br><br>MDL No. 3047 |
| This Document Relates to:<br><br>Tucson Unified School District v. Meta Platforms Inc., et al.<br><br>Case No.: 4:24-cv-1382 | **PLAINTIFF'S THIRD AMENDED ANSWERS TO DEFENDANTS' INTERROGATORIES TO TUCSON UNIFIED SCHOOL DISTRICT (SET 1)** |

PROPOUNDING PARTY: DEFENDANTS
RESPONDING PARTY: TUCSON UNIFIED SCHOOL DISTRICT
SET NO.: ONE (1)
DATE OF SERVICE: April 4, 2025

Pursuant to Federal Rules of Civil Procedure 26 and 33 and the Local Rules of this judicial district, the Tucson Unified School District ("Plaintiff"), hereby provides these third amended answers and objections to the Defendants' Interrogatories to Tucson Unified School District (Set 1) (the "**Interrogatories**").

## PRELIMINARY STATEMENT

Plaintiff has undertaken a reasonable effort to provide the information requested by these Interrogatories to the extent the requested information is not subject to objection, but Plaintiff has not yet received complete discovery from Defendants, and Plaintiff has not completed its investigation of the facts relating to this Action. Discovery is ongoing and additional information may be obtained that may alter these responses. The following responses and objections are based upon information that has been collected and reviewed to date for the purpose of these Interrogatories and are not prepared from any personal knowledge of any single individual. Accordingly, all the following responses are given without prejudice to, and with the express reservation of, Plaintiff's right to supplement or modify its responses and objections to address additional information, and to rely upon any and all such information and documents at trial or otherwise.

## OBJECTIONS TO DEFINITIONS

The following applies to each Interrogatory.

1. Plaintiff objects to Defendants' definition of "Alleged Harm" on the grounds that it calls for a legal conclusion or Expert Opinion. Further, as discovery is just beginning, and the factual record is not yet complete, additional injury and harm may need to be supplemented during fact discovery or expert discovery.

2. Plaintiff objects to Defendants' definition of "Relevant Time Period" as it is overbroad, calls for a legal conclusion or Expert Opinion, and is inconsistent with the relevant time

frame thus far established in this litigation. "Relevant Time Frame" shall mean, as agreed by the Parties, from August 1, 2014 to April 1, 2024 or the date of collection, whichever is earlier. Plaintiff reserves the right to change or modify the Relevant Time Frame based on further investigation or fact and/or expert discovery.

3. Plaintiff objects to Defendants' definition of "Plaintiff," "You," and "Your," as overly broad, unduly burdensome, and seeking the production of information that is not relevant to the claims or defenses of any party, not proportional to the needs of the case, and not reasonably accessible to Plaintiff upon reasonable diligence. Furthermore, the definition of these terms is over broad to the extent it would require Plaintiff to respond to these Interrogatories for people "purporting to act on its behalf" and to the extent it purports to include any of the persons identified in their personal capacities rather than as officers and employees of Plaintiff. Plaintiff objects further to this definition as seeking Privileged Information because the definition includes Plaintiff's attorneys.

4. Plaintiff's answers are made without waiving its right to object (on the grounds of relevance, hearsay, materiality, competency, or any other ground) to the use of its responses in any subsequent stage or proceeding in this action or any other action.

5. If Plaintiff, in response to any Interrogatory, inadvertently produced information that is or could be the subject of the objections stated herein, such production is not intended to be, nor is it deemed to be, a waiver of the objections with respect to such information provided or withheld.

**RESPONSES TO INTERROGATORIES**

**INTERROGATORY NO. 1:**

Identify every Person likely to have discoverable information related to Plaintiff's claims, including Persons (a) likely to have personal knowledge that supports or contradicts a position or claim that You have taken or intend to take in this Action, or (b) upon whom You intend to rely in proving Your claims, and for each such Person, and for each such Person, describe that personal knowledge.

**RESPONSE:**

Plaintiff objects to this Interrogatory as overly broad, unduly burdensome, and disproportionate to the needs of the case to the extent it purports to require Plaintiff to identify "every Person" whether employed by Plaintiff or third parties, or any other Person who may have any knowledge concerning the claims in the action. Plaintiff objects further to this Interrogatory to the extent it calls for the mental impressions of counsel, the identity of non-testifying experts, the premature disclosure of the identity of testifying experts, or otherwise seeks information protected from disclosure by the attorney-client privilege or work product doctrine. Plaintiff will make appropriate expert disclosures pursuant to deadlines set by the Court and in accordance with the Federal Rules of Civil Procedure.

Subject to and without waiving the foregoing objections, Plaintiff states, based on the information currently available to it, that the following persons currently or formerly employed by Plaintiff may have material knowledge of Plaintiff's allegations in this action and can be contacted through Plaintiff's counsel:

| Last Name | First | Job Title | Subject Matter |
|---|---|---|---|
| Aguayo | Vanessa | Program Coordinator | Impact of students' use of social media on school property and impact on district operations, including addressing student mental health needs and student engagement. |
| Alvarez | Mark | Assistant Superintendent | Impact of students' use of social media on school operations, including discipline and student engagement. |
| Amidan | Kevin | Principal, Sabino High School | Prevalence and impact of student social media use. |
| Armenta | Frank | Assistant Superintendent | Impact of students' use of social media on school operations, including discipline and student engagement. |
| Begay-James | Roxanne | Director, Native American Student Services | Impact of students' use of social media on school operations, including discipline and student and family engagement for Native American Students. |

| | | | |
|---|---|---|---|
| Brown | Kinasha | Assistant Superintendent | Impact of students' use of social media on school and district operations, including discipline, student mental health needs and student and family engagement. |
| Carrier | Rebecca | Program Coordinator | Impact of students' use of social media on school and district operations, including addressing student mental health needs and student engagement. |
| Coleman | Jeffrey | Director, School Safety | Student discipline incidents and disruptive student behavior. |
| Escamilla | Karla | Director, Communications & Media Relations | Issues impacting the district, including stakeholder concerns. |
| Federico Brummer | Maria | Director, Mexican American Student Services | Impact of students' use of social media on school operations, including discipline and student and family engagement for Latino Students. |
| Gaw | Dr. Joseph | Director, Health Services | Impact of student use of social media in schools, including mental and physical health needs. |
| Grijalva | Lacey | Director, Family and Community Outreach | Student and family engagement. |
| Hallums | Joseph | Director, School Safety | Student discipline incidents and disruptive student behavior. |
| Hamadeh | Rabih | Exec. Director, Technology Services | Impact of student use of social media on school and district technology systems, including bandwidth needs and efforts to safeguard students. |
| Hammel | Holly | Assistant Superintendent | Knowledge of students' use of social media on school operations, including discipline and student engagement. |
| H[redacted] | M[redacted] | Tucson High Magnet School Junior | Prevalence and impact of student social media use. |
| Hernandez | Ricardo | Chief Financial Officer | Financial impact of students' use of social media in schools; district budget. |
| Huitt | Dr. Flori | Assistant Superintendent | Impact of students' use of social media on school and district operations, including student engagement and impact on curriculum. |

| | | | |
|---|---|---|---|
| Konrad | Michael | Principal | Impact of students' use of social media on school operations, including discipline and student engagement. |
| Lambert | Brian | Assistant Superintendent | Impact of students' use of social media on school operations, including discipline and student engagement. |
| Lane | Josephine | Principal, Wakefield Middle School | Prevalence and impact of student social media use. |
| Lansa | Jonathan | Director, Title I | Use of grant monies to meet student social-emotional needs. |
| Lowery | Nicole | Risk Manager | Incidents in the district involving property damage. |
| Meier | Gregory | Director, Facilities Management | Damage to district property. |
| Osiago | Susan | Director, Asian Pacific American Refugee Student Services | Impact of students' use of social media on school operations, including discipline and student and family engagement for APARS Students. |
| Rodriguez | Shawna | Assistant Superintendent | Impact of student social media use on district operations, including disruptive student behavior. |
| Rose | Ernest | Assistant Superintendent | Impact of students' use of social media on school operations, including discipline and disruptive behavior. |
| Rubio | Clarinda | Dean of Students, Tucson High Magnet School | Prevalence and impact of student social media use. |
| Salmon | Dr. Sabrina | Director, Exceptional Education | Impact of student social media use on district, including students with various disabilities and the impact social media has had on their learning. |
| Sanchez | Richard | Assistant Superintendent | Impact of students' use of social media on school operations, including discipline and student engagement. |
| Schwartz-Warmbrand | Anna | Director, Student Relations | Impact of students' use of social media on school operations, including student support. |
| Shivanonda | Julie | Director, Social Emotional Learning | Impact of students' use of social media on school and district operations, including addressing student mental health needs and student support services. |

| | | | |
|---|---|---|---|
| Startt | Kevin | Director, Purchasing | District finances and purchasing. |
| Stefan | Nikki | Director, Health Services | Impact of student use of social media in schools, including mental and physical health needs. |
| Stephens | Tina | Director, Title I | Use of grant monies to meet student social-emotional needs. |
| Strozier | Tonya | Director, African American Student Services | Impact of students' use of social media on school operations, including discipline and student engagement and family for African-American Students. |
| Trujillo | Dr. Gabriel | Superintendent | Impact of students' use of social media on school and district operations, including discipline and student and parent engagement. |
| Weatherless | Renee | Chief Financial Officer | Financial impact of students' use of social media in schools; district budget. |
| Young | Blaine | Chief Operations Officer | Impact of social media use on district operational needs. |

**INTERROGATORY NO. 2:**

For each Defendant, state the years during which You claim such Defendant engaged in conduct for which You seek damages, as well as the time period for any abatement or other equitable relief.

**RESPONSE:**

Plaintiff objects to the Interrogatory as premature to the extent it seeks information about subjects of ongoing discovery, including expert discovery. Plaintiff's investigation is ongoing, Plaintiff has not received sufficient discovery from Defendants, and the factual record is incomplete. Plaintiff objects to the Interrogatory to the extent it calls for expert opinion. Plaintiff objects further because the Interrogatory is compound, consisting of multiple subparts relating to 1) years of Defendants' relevant harmful conduct for which damages are sought and 2) the time period for abatement or other equitable relief.

Subject to and without waiving the foregoing objections, Plaintiff states, based on the information currently available, that Defendants have engaged in conduct over the following time

frames which has led to the Plaintiff's damages and/or requires abatement or other equitable relief. For the Meta Defendants, at least back to 2004. For the TikTok Defendants, at least back to 2012. For the YouTube Defendants, at least back to 2005. For Defendant Snap Inc., at least back to 2011. Based on the information currently available, Plaintiff anticipates seeking damages from at least the 2016-2017 academic year. Plaintiff reserves the right to amend and/or supplement its response to this Interrogatory as more information becomes available. Plaintiff states further that it will make appropriate expert disclosures concerning damages and abatement or other equitable relief in accordance with the deadlines set by the Court and the Federal Rules of Civil Procedure.

**INTERROGATORY NO. 3:**

Separately identify and describe (including the date, location, nature and extent, and cost of repair or replacement) every instance of vandalism, property damage, or criminal action You contend occurred as a result of Online Media & communications Services.

**RESPONSE:**

Plaintiff objects to this Interrogatory as overly broad, unduly burdensome, and disproportionate to the needs of the case to the extent it purports to require Plaintiff to identify and describe every instance of vandalism, property damage, or criminal action that occurred as a result of social media regardless of whether Plaintiff intends to claim such damage as damages in this action. Plaintiff objects further to the Interrogatory as vague and ambiguous because the phrase "property damage" is subject to multiple interpretations and may call for a legal conclusion. Plaintiff objects further to the Interrogatory as premature to the extent it seeks expert opinion and because discovery is ongoing. Plaintiff's investigation is ongoing, Plaintiff has not received sufficient discovery from Defendants, and the factual record is incomplete. Plaintiff objects further because the Interrogatory is compound, consisting of multiple subparts relating to 1) vandalism, 2) property damage, or 3) criminal action.

Subject to and without waiving the foregoing objections, Plaintiff states that over the last several years, Plaintiff has incurred significant damage to its property resulting from Defendants promoting, developing, or participating in the creation of social media platforms which promote

addictive and compulsive use by Plaintiffs' students. This includes damage to district bathrooms, such as soap, toilet paper, and towel dispensers damaged or stolen, sinks pulled from the wall, damaged bathroom doors, blocked bathroom drains, and damaged toilets. Outside of the bathroom, the property damage incurred by Plaintiff resulting from students' use of social media includes damage to fire extinguishers, school signs, drinking fountains, locker rooms, lighting, classroom tables and desks, and an outdoor stage. These and related issues involving student social media use have forced Plaintiff to lock bathrooms during certain times of the day. Such incidents include, but are not limited to:

| Date | School Site | Description | Expense |
|---|---|---|---|
| 12/11/2018 | Alice Vail Middle School | Exit sign in central hall vandalized | $173.61 |
| 12/5/2017 | Banks Elementary School | Outside cafeteria door and mechanical door vandalized, spray foam inserted in locks. | $84.91 |
| 11/5/2018 | Blenman Elementary School | Broken toilet | $89.74 |
| 10/3/2017 | Bloom Elementary | Windows were broken. | $162.64 |
| 10/6/2017 | Booth-Fickett K8 | Portable vandalized, damaged ceiling tiles, exposed wires, cement spread on floor, paint and graffitti on the walls | - |
| 10/25/2018 | Booth-Fickett K8 | Holes in the walls of cafeteria. | $12.30 |
| 2/5/2019 | Booth-Fickett K8 | Classroom door vandalized, unable to secure room. | $38.58 |
| 10/31/2018 | C.E. Rose Elementary School | Repair drywall due to vandalism. | $306.72 |
| 11/16/2018 | C.E. Rose Elementary School | Ceiling light vandalized. Repair cover. | $63.97 |
| 10/6/2017 | Cholla High School | Replace glass display case that was vandalized. | $114.19 |
| 12/21/2017 | Cholla High School | Gym snack bar fire alarm cover vandalized | - |
| 1/10/2018 | Cholla High School | Girls PE lockeroom door damaged. | - |
| 1/19/2018 | Cholla High School | Elliot Gym lobby case damaged. Need locks replaced. | - |
| 1/25/2018 | Cholla High School | Girls PE locker room entry/exit door damaged by vandalism | - |
| 2/16/2018 | Cholla High School | Girls restroom sinks vandalized | - |

| | | | |
|---|---|---|---|
| 2/16/2018 | Cholla High School | Boys restroom toilet stalls vandalized | - |
| 3/16/2018 | Cholla High School | Reinstall cabinet door on lab desk that was vandalized | - |
| 3/21/2018 | Cholla High School | Gym lobby glass display case broken-vandalized. | - |
| 3/21/2018 | Cholla High School | Reinstall thermostat vandalized in hallway | - |
| 10/9/2018 | Cholla High School | Replace ceiling tiles that were knocked out of place by vandalism. | - |
| 10/25/2018 | Cholla High School | Reinstall ceiling tiles in A&C pods vandalized. | - |
| 10/25/2018 | Cholla High School | Replace pencil sharpener and repair damaged desk due to vandalism | - |
| 10/29/2018 | Cholla High School | Girls restroom finish sealing around sinks that were reinstalled due to vandalism. | $7.39 |
| 11/13/2018 | Cholla High School | Theater entry/exit door handle vandalzied. | - |
| 11/15/2018 | Cholla High School | Girls PE locker room bathroom partition broken by vandalism. | - |
| 11/27/2018 | Cholla High School | Boys locker room toilet partition vandalized | - |
| 11/27/2018 | Cholla High School | Mens restroom toilet partitions vandalized | - |
| 11/27/2018 | Cholla High School | PE boys custodial closet door vandalized | - |
| 11/29/2018 | Cholla High School | Broken basketball rim, loops to hang net vandalized | - |
| 11/29/2018 | Cholla High School | Boys restroom toilet partition destroyed by vandalism. | - |
| 12/19/2018 | Cholla High School | Boys restroom vandalized | - |
| 1/9/2019 | Cholla High School | Fire alarm pull station in hall damaged due to vandalism. | - |
| 1/24/2019 | Cholla High School | Portable podium has been damaged. | - |
| 2/13/2019 | Cholla High School | Commons area electrical receptacle vandalized | - |
| 3/13/2019 | Cholla High School | Sound system cabinet vandalized. | - |
| 3/29/2019 | Cholla High School | Exit sign vandalized - C pod | $22.05 |
| 3/29/2019 | Cholla High School | Exit sign vandalized - A pod | $22.05 |

| | | | |
|---|---|---|---|
| 4/3/2019 | Cholla High School | Ceiling tiles in gym damaged due to vandalism. | - |
| 10/22/2019 | Cholla High School | Boys PE locker room handle and mounting plate damaged. | - |
| 10/31/2019 | Cholla High School | Fire extinguisher cabinets vandalized. | $51.44 |
| 11/6/2019 | Cholla High School | vandalized fire alarm strobe to be replaced or reinstall | - |
| 11/19/2019 | Cholla High School | Boys restroom toilet partition destroyed by vandalism | - |
| 11/21/2019 | Cholla High School | Boys custodial closet in restroom damaged by vandalism | $348.98 |
| 11/27/2019 | Cholla High School | Boys restroom sink broken by vandalism | $100.00 |
| 11/27/2019 | Cholla High School | Boys restroom paper towel and sink dispensers vandalized | - |
| 12/10/2019 | Cholla High School | Entry/exit-door to locker room vandalized | - |
| 1/7/2020 | Cholla High School | Repair hole in ceiling above drinking fountain due to vandalism next to boys restroom. | - |
| 1/8/2020 | Cholla High School | Entry/exit door to classroom damaged by vandalism. | - |
| 2/7/2020 | Cholla High School | Auditorium vandalized-audio system damaged | $90.44 |
| 8/10/2020 | Cholla High School | Urinal and sink vandalized. | $1,898.37 |
| 9/30/2021 | Cholla High School | Boys restroom urinals vandalized with rocks. | - |
| 10/1/2021 | Cholla High School | 30 soap dispensers vandalized, need replacements. | $16.20 |
| 12/7/2021 | Cholla High School | Sink in girls restroom vandalized, need to replace. | $51.68 |
| 6/24/2022 | Cholla High School | Boys restroom vandalized. | $77.52 |
| 2/13/2023 | Cholla High School | Boys restroom doors in south gym vandalized, unable to open. | $135.25 |
| 2/17/2023 | Cholla High School | Boys south gym restroom vandalized. | $213.03 |
| 3/2/2023 | Cholla High School | South Gym boys restroom vandalized. | $321.50 |
| 11/12/2019 | Cragin Elementary School | Bathroom vandalized, graffitti, wall and ceiling patching coming up. Patch and repaint. | $51.24 |
| 11/19/2019 | Dodge Magnet Middle School | Door to boys restroom broken | $51.44 |
| 12/13/2019 | Doolen Middle School | Drop down ceiling damaged due to vandalism | $209.02 |
| 2/25/2020 | Doolen Middle School | Thermostat in boys restroom pulled off | $90.15 |

| | | | |
|---|---|---|---|
| | | wall | |
| 9/15/2021 | Doolen Middle School | Soap dispenser vandalized | |
| 2/28/2018 | Gridley Middle School | Sinks in boys restroom damaged | $212.03 |
| 10/30/2019 | Gridley Middle School | Boys restroom stall kicked in. | $73.77 |
| 2/13/2019 | Henry Elementary School | Drinking fountain vandalized, filled with sand. | $88.39 |
| 1/12/2022 | Hollinger K-8 | Restroom vandalized. Toilet paper and paper towel dispenser taken off wall, possibly kicked. | $49.20 |
| 6/19/2023 | Hudlow Elementary School | Boys and girls restroom vandalized. | $389.36 |
| 11/13/2017 | Magee Middle School | Student jumped on water fountain, broke off wall. | $48.76 |
| 10/25/2018 | Magee Middle School | Damaged toilet, spraying water. | 51.68 |
| 10/20/2021 | Magee Middle School | Students poured glue, bottle of paint, paintbrushes, and papertowels down sinks. | $51.68 |
| 11/22/2021 | Magee Middle School | Soap dispenser vandalized | $49.18 |
| 3/28/2022 | Magee Middle School | Boys restroom toilet broken | $225.59 |
| 9/16/2021 | Magee Middle School | Soap dispenser vandalized. | $30.78 |
| | Magee Middle School | soap dispenser vandalized | |
| | Magee Middle School | clogged toilet from vandalism | |
| 1/30/2020 | Mansfeld Middle School | Student broke fire sprinkler head on second floor. Water flowing to first floor. | $180.04 |
| 3/29/2019 | Mary Meredith K-12 | Front access control door vandalized | $165.39 |
| 9/30/2021 | Mission View Elementary School | Boys restroom soap dispenser vandalized, need replacement. | $30.75 |
| 12/6/2019 | Morgan Maxwell K8 | Soap dispenser vandalized | - |
| 11/24/2021 | Morgan Maxwell K-8 | Girls restroom sinks vandalized. Replace 4 sink handles. | $801.74 |
| 12/16/2021 | Morgan Maxwell K-8 | Boys restroom sink handle broken off. | $179.20 |
| 10/4/2017 | Pistor Middle School | Exit sign near cafeteria bathroom vandalized, ripped off wall. | $239.49 |
| 10/4/2017 | Pistor Middle School | Related to WO 58839-unsure if sprinkler damaged due to exit sign being ripped from wall. | $18.20 |
| 1/9/2018 | Pistor Middle School | Damaged bathroom repainted. | $157.11 |
| 12/3/2021 | Pistor Middle School | 4 hand soap dispensers broken (2 boys and 2 girls restroom). Need replacement. | $49.18 |
| 11/5/2018 | Project More High School | Need replacement window vandalized by student. | $138.28 |
| | Pueblo Gardens K8 | Soap dispenser vandalized | |
| | Pueblo Gardens K8 | Soap dispenser vandalized | |
| | Pueblo Gardens K8 | Student chairs vandalized (approximately | |

| | | | |
|---|---|---|---|
| | | 20) | |
| 11/19/2021 | Pueblo High School | 25 soap dispensers vandalzied and need replacement. | $53.30 |
| 11/2/2022 | Pueblo High School | Sink in girls restroom vandalized and broken. Need replacement. | |
| 4/18/2023 | Pueblo High School | Boys restroom gym vandalized. Need replacement parts. | $16.25 |
| 9/7/2022 | Rincon High School | Restroom vandalized, ADA sink torn off wall. | $51.68 |
| 10/30/2017 | Rincon/UHS | Panic bar vandalized. | - |
| 10/2/2019 | Rincon/UHS | Replace vandalized exterior drinking fountain, Material only/Labor will be inhouse - damaged beyond repair | - |
| 9/13/2021 | Roberts Naylor K-8 | Soap and towel dispensers damaged/removed from wall. | $228.15 |
| 12/18/2017 | Roberts/Naylor K8 | Exit sign near kinder hallway vandalized | $79.83 |
| 2/2/2018 | Roberts/Naylor K8 | Ceiling vents broken, used by students to hide items | $339.05 |
| 10/9/2018 | Roberts/Naylor K8 | Exit destroyed by vandalism. | $240.60 |
| 2/7/2020 | Sabino High School | Replace broken lens covers for hallway. | $18.11 |
| 2/28/2020 | Sabino High School | Boys restroom handicap stall vandalized | $104.51 |
| 11/8/2021 | Sabino High School | Boys locker room drinking fountain vandalized. Kicked off wall, need replacement. | $155.04 |
| | Sabino High School | Bathroom stall doors vandalized | |
| 10/1/2018 | Safford K-8 | Seats in auditorium vandalized. | $1,214.74 |
| 11/16/2018 | Safford K-8 | Classroom vandalized, broken locks. | $57.87 |
| 12/5/2018 | Safford K-8 | Vandalism to gate behind tech building. | $180.04 |
| 12/17/2018 | Safford K-8 | Door frame to mechanical room vandalized, room flooded | $38.76 |
| 12/17/2018 | Safford K-8 | Request for lock change due to ongoing vandalism to mechanical room. | - |
| 2/10/2020 | Sahuaro High School | Boys bathroom partition vandalized | $165.98 |
| 2/11/2020 | Sahuaro High School | Boys bathroom sinks vandalized. | $742.24 |
| 3/10/2022 | Sahuaro High School | 12 soap dispensers vandalized, need replacements | $30.86 |
| 2/10/2022 | Santa Rita High School | Boys restroom damage to paper towel dispensers, need two replaced. | $86.09 |
| 10/18/2018 | Secrist Middle School | Sanitary napkin dispenser vandalized, metal pieces sticking out. | $12.30 |
| 12/6/2018 | Secrist Middle School | Student vandalized microphone on stage. | $199.33 |

| | | | |
|---|---|---|---|
| 6/6/2023 | Tucson High Magnet School | Restrooms on three floors vandalized- drain lines blocked w-cement causing water leakage. | $607.24 |
| 11/13/2017 | Tucson Magnet High School | Water fountains vandalized, removed from wall | $35.00 |
| 12/5/2017 | Tucson Magnet High School | Faucet in boys restroom vandalized. | $25.00 |
| 12/14/2017 | Tucson Magnet High School | Doors on west side of gym basement vandalized. | $60.00 |
| 2/14/2018 | Tucson Magnet High School | Girls restroom sink vandalized | $73.67 |
| 10/9/2018 | Tucson Magnet High School | The restroom vandalized. | $30.00 |
| 12/13/2018 | Tucson Magnet High School | Tech building doors broken due to vandalism | $130.00 |
| 9/21/2021 | Tucson Magnet High School | Soap dispenser vandalized | - |
| 12/1/2021 | Tucson Magnet High School | Boys restroom paper towel dispenser vandalized. Request for new, site to install | - |
| 2/16/2022 | Tucson Magnet High School | Damaged soap dispenser in boys restroom | $10.00 |
| 9/1/2022 | Tucson Magnet High School | Sink vandalized | - |
| 10/2/2023 | Tucson Magnet High School | Replace broken soap dispenser | $20.00 |
| 11/28/2023 | Tucson Magnet High School | Replace paper towel dispensers. | $20.00 |
| 2/20/2024 | Tucson Magnet High School | Broken sink repair | $25.84 |
| 2/29/2024 | Tucson Magnet High School | Paper towel dispenser replacement | $10.00 |
| 10/18/2017 | Tully Elementary | Replace broken toilet in boys restroom | $352.43 |
| 10/27/2021 | Vail Middle School | | $50.69 |
| 12/4/2017 | Valencia Middle School | Drinking fountain vandalized, broken water pipe | $48.76 |
| 9/24/2021 | Valencia Middle School | Boys restroom vandalized. Sinks pulled down from wall and broke sink faucets. | $669.22 |
| 10/26/2021 | Valencia Middle School | 10 soap dispensers vandalized, need replacements. | $251.46 |
| 11/17/2022 | Valencia Middle School | Toilet in boys restroom vandalized. Needs replacement. | $416.55 |
| 8/29/2022 | Valencia Middle School | Urinal vandalized | - |
| 1/7/2020 | Vesey Elementary School | Girls restroom toilet tank broken. | $25.84 |

The above list includes information Plaintiff was able to discern following a reasonably diligent investigation. Where information is not included, Plaintiff has been unable to confirm that information. Plaintiff has reason to believe that each of the above identified incidents was caused by Defendants' conduct. In addition to the expenses identified above, Plaintiff has expended significant human resources to address these harms. In many instances, no direct expense is tracked because the damage was remediated by Plaintiff's staff using existing maintenance inventory or did not require direct expense but, rather, staff time to remediate. In addition, these incidents prevent Plaintiff from full use and enjoyment of its property.

Dated: April 4, 2025

**WAGSTAFF & CARTMELL LLP**

*<u>/s/ Austin Brane</u>*
Austin Brane

Thomas P. Cartmell (*pro hac vice*)
Jonathan P. Kieffer (*pro hac vice*)
Austin Brane, SBN 286227
**WAGSTAFF & CARTMELL LLP**
4740 Grand Avenue, Suite 300
Kansas City, MO 64112
Tel: (816) 701-1100
tcartmell@wcllp.com
jpkieffer@wcllp.com
abrane@wcllp.com

Kirk J. Goza (*pro hac vice*)
Brad Honnold (*pro hac vice*)
**GOZA & HONNOLD LLC**
9500 Nall Ave., Ste 400
Overland Park, KS 66207
Tel. (913) 451-3433
kgoza@gohonlaw.com
bhonnold@gohonlaw.com

Joseph G. VanZandt (*pro hac vice*)
Davis Vaughn (*pro hac vice*)
Jennifer Emmel (*pro hac vice*)
Clinton Richardson (*pro hac vice*)
Seth Harding (*pro hac vice*)
**BEASLEY ALLEN CROW**
**METHVIN PORTIS & MILES, LLC**
234 Commerce Street
Montgomery, AL 36103
Tel: 334-269-2343

Joseph.VanZandt@BeasleyAllen.com
Davis.Vaughn@BeasleyAllen.com
Jennifer.Emmel@BeasleyAllen.com
Clinton.Richardson@BeasleyAllen.com
Seth.Harding@BeasleyAllen.com

***Counsel for Plaintiff***