# EXHIBIT H

**From:** Warren, Previn <pwarren@motleyrice.com>
**Sent:** Thursday, October 15, 2026 11:54 AM
**To:** Pistilli, Christian; Austin Brane; Tom P. Cartmell; Hazam, Lexi J.; mweinkowitz@classlawgroup.com; Oliver, Lance
**Cc:** tmh_sd_trial@shb.com; SOCIALMEDIASD@SKADDENLISTS.COM; DL - MR CCSD Team
**Subject:** RE: Tucson and Charleston witness lists

Counsel,

On yesterday's meet and confer with Tucson, it became clear that Tucson intends to bring to trial witnesses who were neither disclosed on their Rule 26 disclosures nor previously the subject of discovery. It also became clear that Meta tacitly endorsed this, insofar as Meta itself had identified four trial witnesses who were also "late disclosed." While I am in receipt of Chris's email from a couple hours ago, it does not change the fundamental fact that parties on both sides seem to think there is sufficient time to add a modest number of trial witnesses to their lists.

So, with that in mind, Charleston will take the same approach. We are hereby identifying Gerilyn Leland as a trial witness. She is an eighth grade social studies teacher at Cario Middle School. She is expected to testify about the impact of Defendants' platforms on her classroom and the students she teaches. Given that Charleston's trial may happen as late as June, we think there is ample time for you to receive Ms. Leland's custodial file and take her deposition, should you wish to do so, and we will be in touch with logistics regarding the same.

If the Defendants would like to meet and confer about this, we are of course happy to do so. We believe any motion in limine seeking to exclude this witness should be filed tomorrow, given that the arguments around timeliness will presumably be repeats of what you will be filing in the Tucson case. With that said, if you would like a modest extension of time for such a motion, we would likely consent to the same.

Thanks,
Previn

MotleyRice LLC
ATTORNEYS AT LAW

**Previn Warren** (he / him)
**Attorney at Law**

401 9th St. NW, Suite 630, Washington, DC 20004
**o.** 202.386.9610 **c.** 202.578.6281
pwarren@motleyrice.com

---

**From:** Pistilli, Christian <cpistilli@cov.com>
**Sent:** Thursday, October 15, 2026 8:18 AM
**To:** Austin Brane <abrane@wcllp.com>; Warren, Previn <pwarren@motleyrice.com>; Tom P. Cartmell <tcartmell@wcllp.com>; Hazam, Lexi J. <lhazam@lchb.com>; mweinkowitz@classlawgroup.com; Oliver, Lance <loliver@motleyrice.com>

**Cc:** tmh_sd_trial@shb.com; SOCIALMEDIASD@SKADDENLISTS.COM
**Subject:** Tucson and Charleston witness lists

CAUTION:EXTERNAL

Tucson & Charleston Counsel—

This is to inform you that Meta hereby withdraws Kate Gotimer, Brad Ruderman, Jessica Walton, and Michel Protti from Defendants' September 14, 2026, preliminary witness lists (Tucson ECF No. 30 and Charleston ECF No. 37).

Best,
Chris

**Christian Pistilli**
Pronouns: He/Him/His

Covington & Burling LLP
One CityCenter, 850 Tenth Street, NW
Washington, DC 20001-4956
T +1 202 662 5342 | cpistilli@cov.com
www.cov.com

COVINGTON

Confidential & Privileged

Unless otherwise indicated or obvious from its nature, the information contained in this communication is attorney-client privileged and confidential information/work product. This communication is intended for the use of the individual or entity named above. If the reader of this communication is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error or are not sure whether it is privileged, please immediately notify us by return e-mail and destroy any copies--electronic, paper or otherwise--which you may have of this communication.