UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br><br>*Tucson Unified School District v. Meta Platforms, Inc., et al.*<br><br>Case No.: 4:24-cv-01382 | MDL No. 3047<br><br>Case No. 4:22-md-03047-YGR-PHK<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO PRECLUDE PLAINTIFF FROM RELYING ON LATE-DISCLOSED SCHOOL DISTRICT WITNESSES** |

Upon consideration of Defendants' Motion to Preclude Plaintiff from Relying on Late-Disclosed School District Witnesses, the opposition and reply thereto, the arguments of counsel, and all other matters presented to the Court, the Court finds that Plaintiff Tucson Unified School District is precluded from calling Roberto Estrella and Tamara Ray as witnesses at trial, and that Defendants' Motion should be **GRANTED.**

**IT IS SO ORDERED.**

DATED: ________________

______________________________
Honorable Yvonne Gonzalez Rogers
United States District Judge