Thomas P. Cartmell (*pro hac vice*)
Jonathan P. Kieffer (*pro hac vice*)
Austin Brane, SBN 286227
**WAGSTAFF & CARTMELL LLP**
4740 Grand Avenue, Suite 300
Kansas City, MO 64112
Tel: (816) 701-1100
tcartmell@wcllp.com
jpkieffer@wcllp.com
abrane@wcllp.com

*Attorneys for Plaintiff* (additional counsel on signature page)

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION,

This Document Relates to:

*Tucson Unified School District v. Meta Platforms Inc., et al.*

Case No. 4:24-cv-01382

Case No. 4:22-MD-03047-YGR

MDL No. 3047

**DECLARATION OF AUSTIN BRANE IN SUPPORT OF PLAINTIFF'S MOTION IN LIMINE 1, TO EXCLUDE REFERENCES TO ALLEGATIONS OF MISCONDUCT BY INDIVIDUALS ASSOCIATED WITH TUCSON UNIFIED SCHOOL DISTRICT**

Judge: Hon. Yvonne Gonzalez Rogers

Magistrate Judge: Hon. Peter H. Kang

I, Austin Brane, declare that I am an attorney who has entered an appearance in this coordinated proceeding. I have personal knowledge of the matters contained in this Declaration and, if called upon as a witness, could and would testify thereto. I am over the age of 18 and fully competent to give this declaration.

1. Attached to this Declaration as Exhibit A is a true and correct copy of a news article posted online by the Arizona Daily Star on December 16, 2023, and updated on January 20, 2025. The author is Jessica Votipka. The title is: *Tucson teacher fired for not reporting he was charged with hitting, injuring student*.

2. Attached to this Declaration as Exhibit B is a true and correct copy of a news article posted online by KGUN-9, a television station, on March 27, 2026. The title is: *Update: TUSD teacher had child exploitation files on his phone*.

3. Attached to this Declaration as Exhibit C is a true and correct copy of a news article posted online by KGUN-9, a television station, on May 30, 2024. The title is: *TUSD virtual teacher arrested on suspicion of sexual exploitation of a minor*.

4. Attached to this Declaration as Exhibit D is a true and correct copy of a news article posted online by 13 News, a television station, on December 8, 2025. The title is: *Former Tucson USD teacher sentenced for sexual exploitation of minor*.

5. Attached to this Declaration as Exhibit E is a true and correct copy of a news article posted online by Fox 17-Nashville, a television station, on May 16, 2022. The author is Alec Schemmel. The title is: *Counselor arrested for sexual misconduct with student organized school's first drag show*.

6. Attached to this Declaration as Exhibit F is a true and correct copy of a news article posted online by KGUN-9, a television station, on November 4, 2019. The title is: *Family Says TUSD let sex abuser move school to school*.

7. Attached to this Declaration as Exhibit G is a true and correct copy of an article posted on an online blog written by the law firm Schmidt, Sethi & Akmajian, on February 17, 2017. The title is: *Sexual Abuse on a TUSD Bus*.

8. Attached to this Declaration as Exhibit H is a true and correct copy of a news article

posted online by the Arizona Daily Star on March 15, 2017 and updated on June 25, 2020. The author is Carmen Duarte. The title is: *Tucson police: 2 TUSD employees didn't report student sexual offenses*.

9. Attached to this Declaration as Exhibit I is a true and correct copy of a news article posted online by Tucson News Now on December 16, 2016. The title is: *Documents show 'failure' to immediately report alleged sexual abuse involving Cholla teacher.*

I declare that the foregoing is true and correct under penalty of perjury, under the laws of the United States of America and the State of California.

*/s/ Austin Brane*

**Attorney for Plaintiff TUSD**

**Dated:** October 16, 2026

Respectfully Submitted,

**WAGSTAFF & CARTMELL LLP**

*/s/ Austin Brane*
Thomas P. Cartmell (*pro hac vice*)
Jonathan P. Kieffer (*pro hac vice*)
Austin Brane, SBN 286227
**WAGSTAFF & CARTMELL LLP**
4740 Grand Avenue, Suite 300
Kansas City, MO 64112
Tel: (816) 701-1100
tcartmell@wcllp.com
jpkieffer@wcllp.com
abrane@wcllp.com
mcutler@wcllp.com

Kirk J. Goza (*pro hac vice*)
Brad Honnold (*pro hac vice*)
**GOZA & HONNOLD LLC**
9500 Nall Ave., Ste 400
Overland Park, KS 66207
Tel. (913) 451-3433
kgoza@gohonlaw.com
bhonnold@gohonlaw.com

Joseph G. VanZandt (*pro hac vice*)
Davis Vaughn (*pro hac vice*)
Jennifer Emmel (*pro hac vice*)
Clinton Richardson (*pro hac vice*)
Seth Harding (*pro hac vice*)
**BEASLEY ALLEN CROW**
**METHVIN PORTIS & MILES, LLC**
234 Commerce Street
Montgomery, AL 36103
Tel: 334-269-2343
Joseph.VanZandt@BeasleyAllen.com
Davis.Vaughn@BeasleyAllen.com
Jennifer.Emmel@BeasleyAllen.com
Clinton.Richardson@BeasleyAllen.com
Seth.Harding@BeasleyAllen.com

***Counsel for Plaintiff Tucson Unified School District***

**ATTESTATION**

I, Austin Brane, hereby attest, pursuant to N.D. Cal. Civil L.R. 5-1, that the concurrence to the filing of this document has been obtained from each signatory hereto.

**Dated:** October 16, 2026

By: /s/*Austin Brane*

**Austin Brane**

**CERTIFICATE OF SERVICE**

I hereby certify that I filed the foregoing on October 16, 2026, using the Court's ECF filing system, thereby sending notice of the filing to all counsel of record.

By: /s/*Austin Brane*

**Austin Brane**