# EXHIBIT C

TUCSON

Quick Links +

30 WX Alerts

ADVERTISEMENT

KGUN 9 > NEWS > LOCAL NEWS

# TUSD virtual teacher arrested on suspicion of sexual exploitation of a minor




Photo by: Faith Abercrombie

By: KGUN 9 News Staff

*Posted 4:33 PM, May 30, 2024 and last updated 5:55 PM, May 30, 2024*

A 46-year-old Tucson man was arrested Wednesday on suspicion of sexual exploitation of a minor.

Tucson Police Department's Internet Crimes Against Children Unit received a report from the National Center for Missing and Exploited Children about a man suspected of uploading child sexual abuse material, according to a news release from TPD.

Working with the TPD/Forensic Electronic Media Unit, Arizona Attorney General's Office, the FBI and Homeland Security Investigations, detectives were able to locate the suspect who uploaded the images, the news release said.




THE HUDDLE - KGUN 9 SPORTS SHOW



Community Inspired Journalism

ADVERTISEMENT

ADVERTISEMENT




Detectives identified the suspect as Leonard Jackson Drake. Investigators learned Drake was a virtual teacher who taught online classes for Tucson Unified School District, the news release said. TUSD was notified of the investigation.

On Wednesday, investigators served a search warrant on Drake's home. Detectives interviewed the suspect and recovered several electronic devices during the search. Drake was charged on suspicion of ten counts of sexual exploitation of a minor and transported to Pima County Jail.

In response to the arrest, TUSD issued the following statement:

ADVERTISEMENT

*"Tucson Unified School District is aware of the recent arrest of a faculty member.*

*The safety and well-being of our students is our highest priority. We are deeply concerned by this situation and are cooperating fully with Tucson Police Department in their investigation.*

*The employee is currently not working during the summer and will not be allowed to return to work during the ongoing investigation. Hiring documents show that the employee cleared a background check and continues to maintain a valid fingerprint card as required by the Arizona Department of Public Safety.*

*We want to reassure our community that this is an isolated incident, and it does not reflect the policies, values, or standards of behavior that we expect from our staff members. We are committed to maintaining a safe and supportive learning environment for all students.*

*Due to the ongoing nature of this criminal and legal matter, we are unable to provide further details. We ask for your understanding and patience as we work through this situation. We have full confidence in the police to conduct a thorough investigation and ensure due process is followed."*

The investigation is ongoing.

Report a typo

Recommended For You




**Watch countless free episodes**
Download now to binge thousands of exclusive...
Paid Content: Promoted by FlickReels

**Angel Reese's Mom Shares The Racist Messages Caitlin Clar...**
Paid Content: Blavity

**Older Homes in Missouri May Qualify For New Bathrooms**
How to Plan Your Next Bathroom Upgrade Witho...
Paid Content: 24HourBathRemodel

**'I'm Out Of $30M': Chris Rock On The Part He Didn't Get**
Paid Content: Afrotech

**Logan Ryan Made Nearly $80M While In NFL And 'Never...**
Paid Content: Afrotech



**Trump Admin Removes MLK Day, Juneteenth As...**
Paid Content: Blavity



**Why Trump's Appointment Of Erika Kirk Is Raisin...**
Paid Content: Blavity

**A'ja Wilson Says The Caitlin Clark Hype Erased WNB...**
Paid Content: Blavity

**Trump Calls Black Journalist Rachel Scott 'One Of The...**
Paid Content: Blavity



**White Woman Charged With Involuntary...**
Paid Content: Blavity



**Take advantage of the deal in Mexico**
Trade routine for...
Paid Content: Iberostar