# EXHIBIT A

# (Filed under Seal)