# EXHIBIT C

# (Filed under Seal)