**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION | Case No. 4:22-MD-03047-YGR<br><br>MDL No. 3047 |
| This Document Relates to:<br><br>*Charleston County School District v. Meta Platforms Inc., et al.*<br><br>Case No.: 4:23-cv-4659 | **DECLARATION OF JESSICA C. COLOMBO IN SUPPORT OF PLAINTIFF'S MOTION IN LIMINE #4**<br><br>Judge: Hon. Yvonne Gonzalez Rogers<br>Magistrate Judge: Hon. Peter H. Kang |

I, Jessica C. Colombo, declare:

1. I am an attorney at the law firm of Motley Rice LLC, and serve as counsel for the Plaintiff in this action. I have personal knowledge of the facts set forth in this Declaration, and, if called as a witness, could and would testify competently to them. I submit this declaration in support of Plaintiff Charleston County School District's Motion in Limine #4, to Exclude Evidence Related to Constituent Boards.

2. Attached hereto as **Exhibit 1** is a true and correct copy of an April 17, 2025 *Charleston City Paper* article titled "Charleston constituent school boards to become thing of past" authored by the City Paper Staff.

3. Attached hereto as **Exhibit 2** is a true and correct copy of a February 9, 2025 *Post and Courier* article titled "Hicks: Charleston County constituent school boards, the bell may (finally) toll for thee…" authored by Brian Hicks.

4. Attached hereto as **Exhibit 3** is a true and correct copy of excerpts of the May 19, 2025 Deposition of Anita Huggins.

5. Attached hereto as **Exhibit 4** is a true and correct copy of an April 30, 2025 *Post and Courier* article titled "Gov. McMaster signs bill to abolish Charleston County constituent school boards" authored by Valeria Nava.

Dated: October 16, 2026

Respectfully Submitted,

**MOTLEY RICE LLC**

By: *<u>/s/ Jessica C. Colombo</u>*
Jessica C. Colombo
20 Church Street, 17th Floor
Hartford, CT 06103
Tel: (860) 882-1681
jcolombo@motleyrice.com

*Counsel for Plaintiff*