**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION

This Document Relates to:

*Charleston County School District v. Meta Platforms Inc., et al.*

Case No.: 4:23-cv-4659

Case No. 4:22-MD-03047-YGR

MDL No. 3047

**[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION IN LIMINE #4, TO EXCLUDE EVIDENCE RELATED TO CONSTITUENT BOARDS**

Judge: Hon. Yvonne Gonzalez Rogers

Magistrate Judge: Hon. Peter H. Kang

The Court, having considered Plaintiff's Motion in Limine #4, the record, and the applicable law, hereby **GRANTS** Plaintiff's motion in limine as follows:

**IT IS HEREBY ORDERED** that Plaintiff's Motion in Limine #4, to Exclude Evidence Related to Constituent Boards, is **GRANTED**. The challenged evidence concerning constituent boards is not relevant under Federal Rules of Evidence 401 and 402 because it does not bear on any claim or defense in the case. Additionally, any probative value of the evidence is substantially outweighed by the risk of undue prejudice, jury confusion, and undue delay under Rule 403. To the extent that the evidence would invite an inference about Plaintiff's character based on unrelated past conduct, it is also inadmissible under Rule 404. Accordingly, Defendants are precluded from offering evidence or argument about: (1) the history of constituent boards, including their roots in segregation; (2) allegations that constituent boards made disciplinary decisions that were motivated by race or racial animus; (3) allegations that constituent boards made disciplinary decisions that had a racially disparate impact; or (4) allegations that constituent boards were sites of unrest or drama among constituent board members.

**IT IS SO ORDERED.**

Dated: ______________________

______________________________
HON. YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT JUDGE