# EXHIBIT 1

CHARLESTON CITY PAPER

NEWS

# Charleston constituent school boards to become thing of past

CP by **City Paper Staff**
April 17, 2025



Credit: Unsplash

MORNING HEADLINES | Gov. Henry McMaster is expected to sign a bill soon that would **eliminate Charleston's eight constituent school boards**.

The S.C. House unanimously passed the measure earlier this year and it went to the governor's office Wednesday after a third approval by the state Senate.

The county's constituent boards, set up in 1967 during desegregation, include elected community members in regions of the county that consider student transfer requests, draw attendance zones and handle disciplinary matters. They are the legacy of a unique governing structure set up here that doesn't exist anywhere else in the nation.

Advocates say constituent boards allow community members elected by people in their area to have more concern and flexibility than school officials. Proponents of ending the boards say the school district is better suited to administer constituent board functions consistently.

In other headlines today:

**Charleston Planning Commission says no to new hotel proposal.** The Charleston Planning Commission voted 5-4 to reject a developer's plan to put a new hotel on upper Meeting Street, well outside of the city's current accommodations district. On Wednesday, the *City Paper* reported that the Historic Charleston Foundation was **opposed to the measure**.

**Lowcountry animal shelter euthanasia rates compared.** Regional shelters save about 80% of the animals they receive. But "no kill" advocates would like to see some could do better.

**Jurors hear details of sheriff's deputy collision that killed 3.** An S.C. Highway Patrol official testified to the results of a state investigation of the accident that took three lives on Mothers' Day 2022. Former Charleston County Sheriff's Deputy Emily Pelletier has been charged with three counts of reckless homicide in connection with the tragedy.

**Charleston area groups build wire reefs to protect marine life**. Volunteers are building and deploying wire reefs in the Charleston area to protect marine wildlife. Recycled oyster shells are key to the project's success.

**S.C. House and Senate reach agreement on private school vouchers.** Despite Democratic objections, the S.C. House and Senate look ready to move forward with **compromise legislation** to provide 15,000 Palmetto State families with $7,500 vouchers to cover private school tuition.

**Clock is ticking on liquor liability legislation.** With bars and restaurants across the state continuing to close due to sky- high liquor liability premiums, the S.C. House and Senate are divided over two very different proposed solutions.

© 2026 Charleston City Paper

Powered by Newspack