# EXHIBIT 2

# Hicks: Charleston County constituent school boards, the bell may (finally) toll for thee ...

Post & Courier (Charleston, SC)

February 9, 2025 Sunday

Copyright 2025 The Post and Courier All Rights Reserved

**Section:** A; opinion/commentary; Pg. 13

**Length:** 833 words

**Byline:** Brian Hicks ; , *bhicks@postandcourier.com*

## Body

Folks have been trying to get rid of Charleston County's constituent school boards for nearly 60 years.

That is, ever since the day they were created.

But these boards, originally designed to keep local schools blissfully segregated, have been nothing if not resilient. The Justice Department, the NAACP and a long line of state lawmakers all failed to shut them down.

Today, critics argue the eight boards are just another source of political infighting and inconsistent standards for Charleston County students. They're not entirely wrong.

Basically, the constituent boards are collectively one big pain in the school district.

So state Rep. Joe Bustos, chairman of the county's legislative delegation, called for disbanding the boards.

"They don't do anything the district couldn't do otherwise, and they're costing us $500,000 a year," Bustos explains. "We are the only county in the state - or the country - that has constituent school boards, and most people want to see 'em gone."

Anyone who's followed this half-century of melodrama might expect Bustos' legislation, filed last week, to end like all past attempts. But there are a couple of big differences now.

First, most people nowadays don't even know Charleston has constituent school boards, so there likely won't be widespread protest. No one defended constituent boards at a recent delegation meeting, but a few showed up to complain about them.

Second, and more importantly, Bustos has wide bipartisan support.

That all could spell doom for the constituent boards.

This matters because it could mean the district would draw attendance lines for schools - as opposed to people elected by very few voters, under a school governance system created by the grandchildren of the people who brought us the Civil War.

Since this is likely to become a thing, some history is in order.

More than a decade after the U.S. Supreme Court declared segregated schools unconstitutional, Charleston County's various school districts were finally "consolidated." But at the same time, the old boards were transformed into "constituent school boards."

These elected bodies were given power over personnel appointments in their schools and - most importantly - the authority to set attendance zones.

Which meant no student could transfer from a school in one part of town to another without the blessing of two separate constituent boards.

See how that works?

Supporters argued that, with a main school board elected countywide, constituent boards were the only way to ensure community input. But the feds and NAACP said it was simply a ruse to keep schools segregated.

Lawsuits from the two kicked around for nearly a decade, but ultimately failed. And here we are.

A few years back, the delegation changed the Charleston County School Board to a single-member district system, which coincidently neutered the original argument for constituent school boards.

And the school district has wrestled some control from these boards over the years. They no longer pick their own principals and teachers, and their disciplinary rulings can be appealed to the countywide school board.

The district's position on constituent boards has been positively Swiss: It has no official position. But it's safe to say no one at 75 Calhoun would be despondent if they were nuked ... especially since district officials told lawmakers they could set up a single panel to hear all discipline and transfer cases.

Which would make decisions more uniform. Hint, hint.

Now, all this isn't to say there aren't some good people serving on these constituent school boards. Many of these public servants take their jobs seriously and genuinely want what's best for Charleston County students.

Unfortunately, they're outnumbered by people with partisan agendas, outsized ambition and wildly different standards for doing business.

You know, politicians.

Here's an example: Not too long ago, a student carried a gun into a Charleston County school. He gave it to another student, who posed for photographs brandishing the gun on campus.

The constituent board with jurisdiction over this case decided the kid who brought the gun should be expelled, but for whatever reason the one carrying it around was allowed to stay ... despite federal law that dictates both should've been gone.

Yeah, the district had to step in.

Bustos is using that example pretty effectively in his arguments to colleagues. And Republicans and Democrats mostly agree it's time to end the constituent boards, although veteran state Rep. Wendell Gilliard says they shouldn't rush major change without weighing the consequences.

"I just want us to be fair," Gilliard says. "We need to listen to both sides."

That is a fine policy in every decision, and he's not wrong. But most of his colleagues have heard enough.

And finally, after more than half a century, the constituent school boards' luck may have run out.



**Load-Date:** February 7, 2025

End of Document