# EXHIBIT 3

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN RE: SOCIAL MEDIA ADOLESCENT )
ADDICTION/PERSONAL INJURY ) MDL No.
PRODUCTS LIABILITY LITIGATION ) 4:22-md-3047-YGR
________________________________)
THIS DOCUMENT RELATES TO: )
)
CHARLESTON COUNTY SCHOOL )
DISTRICT V. META PLATFORMS INC.,)
ET AL. )
CASE NO.: 4:23-CV-04659 )
________________________________)

Confidential - Pursuant to Protective Order

VIDEOTAPED DEPOSITION OF ANITA W. HUGGINS
Volume 2, Pages 172 - 319
Monday, May 19, 2025
Motley Rice
28 Bridgeside Boulevard
Mount Pleasant, South Carolina
12:12 p.m. Eastern

Reported by: Karen Kidwell, RMR, CRR
Job No.: 7375377

APPEARANCES:
For MDL Plaintiffs:
MOTLEY RICE LLC
BY: JADE A. HAILESELASSIE, ESQ.
jhaileselassie@motleyrice.com
TAMMY CAULEY RIVERS, ESQ.
tcrivers@motleyrice.com
28 Bridgeside Boulevard
Mount Pleasant, South Carolina 29464
843.216.9670

For the Defendants Meta Platforms, Inc., f/k/a Facebook, Inc.; Facebook Holdings, LLC; Facebook Operations, LLC; Facebook Payments, Inc.; Facebook Technologies, LLC; Instagram, LLC; Siculus, Inc.; and Mark Elliot Zuckerberg:
SHOOK, HARDY & BACON L.L.P.
BY: EBEN S. FLASTER, ESQ. (Via Zoom)
eflaster@shb.com
WILLIAM S. WALBERG, ESQ. (via Zoom)
wwalberg@shb.com
Two Commerce Square
2001 Market Street, Suite 3000
Philadelphia, Pennsylvania 19103
215.278.2555

For the Defendant Snap:
KIRKLAND & ELLIS, LLP
BY: CLAIRE MARIE KUHN, ESQ. (via Zoom)
clairemarie.kuhn@kirkland.com
200 Clarendon Street
Boston, Massachusetts 02116
617.385.7500

APPEARANCES CONTINUED:

For the Defendants Alphabet Inc., Google LLC, and YouTube LLC:

WILLIAMS & CONNOLLY LLP
BY: J. ANDREW KEYES, ESQ.
akeyes@wc.com
ARMANI J. MADISON, ESQ.
amadison@wc.com
680 Maine Street SW
Washington, DC 20024
202.434.5584

For the Defendants TikTok, Ltd.; TikTok, LLC; TikTok, Inc.; ByteDance Ltd.; and ByteDance, Inc.:

KING & SPALDING LLP
BY: ALESSANDRA M. GIVENS, ESQ. (Via Zoom)
agivens@kslaw.com
50 California Street, Suite 3300
San Francisco, California 94111
415.318.1200

Also Present:

Matt Walters, Videographer
Jon Knowles, Exhibit Technician

I N D E X


| WITNESS/EXAMINATION | Page |
|---|---|
| ANITA W. HUGGINS | |
| Continuing By Mr. Keyes | 177 |
| By Ms. Kuhn | 302 |


E X H I B I T S


| Number | Description | Page |
|---|---|---|
| Exhibit 5 | Plaintiff Fact Sheet - School Districts, Bates MR_CCSD_597789-828 | ....182 |
| Exhibit 6 | Plaintiff Fact Sheet - School Districts (Supplemental), Bates MR_CCSD_016524-532 | ...185 |
| Exhibit 7 | Plaintiff's First Amended Answers to Defendants' Interrogatories to Charleston County School District (Set 1) | ........187 |
| Exhibit 8 | Plaintiff Charleston County School District's Supplemental Answer to Defendants' Interrogatory Nos. 1 and 3 (Set 1) | ......189 |
| Exhibit 9 | Plaintiff's Answers to Defendants' Interrogatories to Charleston County School District (Set 2) | ...........191 |
| Exhibit 10 | Screenshot from ccsdschools.com, Why is Testing Important? | ..................235 |

is not an agenda item. It will be part of the superintendent's report.

BY MR. KEYES:

Q. Okay. And what are you proposing as the CCSD plan to replace what used to be constituent boards?

MS. HAILESELASSIE: Object to form.

THE WITNESS: So the constituent boards, by state law, currently -- until June 30th -- have three roles. One, to draw attendance lines for school attendance; two, to manage student transfers; and three, to handle student discipline appeals.

And so staff and I will discuss a proposal -- so the legislative delegation introduced a bill, which was later signed by the governor, to abolish the constituent boards in the Charleston County School District. It's the only district in the nation that has constituent boards linked back to segregation.

And the proposal will shift the approval of attendance lines from the constituent board to the Board of Trustees, which was always appealable to the Board of Trustees anyway. So, meaning if the constituent board made a decision

BY MR. KEYES:

Q. And did the South Carolina governor also sign the law because of agreement that the constituent boards had perpetuated segregation in South Carolina?

MS. HAILESELASSIE: Object to form. Foundation.

THE WITNESS: I -- so his signature suggests that he agrees with the bill, not necessarily that he agrees with the thoughts held by members of the legislative delegation, from my -- I can't testify to that. But I would -- I would suggest that his signature suggests, certainly, that he agrees that the constituent boards in the Charleston County School District should be abolished.

BY MR. KEYES:

Q. And were -- was there any other school district in South Carolina that had constituent boards or constituent school districts?

MS. HAILESELASSIE: Object to form. Foundation.

THE WITNESS: We are currently the only district in the nation that has constituent boards.