Previn Warren
MOTLEY RICE LLC
401 9th Street NW Suite 630
Washington, DC 20004
Tel: 202-386-9610
pwarren@motleyrice.com
*Counsel for Plaintiff Charleston County School District*

[Additional counsel listed on signature page]

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION | Case No. 4:22-MD-03047-YGR<br>MDL No. 3047 |
| This Document Relates to:<br>*Charleston County School District v. Meta Platforms Inc., et al.*<br>Case No.: 4:23-cv-4659 | **PLAINTIFF'S MOTION IN LIMINE #5, TO EXCLUDE EVIDENCE, TESTIMONY, OR ARGUMENT CONCERNING DEFENDANTS', THEIR EXECUTIVES', OR THEIR EMPLOYEES' "GOOD DEEDS" OR "CORPORATE PHILANTHROPY"**<br>Judge: Hon. Yvonne Gonzalez Rogers<br>Magistrate Judge: Hon. Peter H. Kang |

Charleston County School District ("CCSD") hereby joins in full Motion in Limine #5 filed by Tucson Unified School District ("TUSD"), which seeks to exclude evidence, testimony, or argument concerning Defendants', their executives', or their employees' "good deeds" or "corporate philanthropy." In the interest of brevity, to conserve judicial resources, and because the arguments CCSD seeks to advance are identical to those TUSD has put forward, CCSD incorporates them by reference and respectfully refers the Court to TUSD's motion.

Dated: October 16, 2026

Respectfully Submitted,
**MOTLEY RICE LLC**

By: *<u>/s/ Previn Warren</u>*

Previn Warren
Nelson Drake
401 9th Street NW Suite 630
Washington, DC 20004
Tel: 202-386-9610
pwarren@motleyrice.com
ndrake@motleyrice.com

Esther Berezofsky
210 Lake Drive East, Suite 101
Cherry Hill, NJ 08002
Tel: 856-667-0500
Fax: 856-667-5133
eberezofsky@motleyrice.com

Lance Oliver
Sara O. Couch
Marlon Kimpson
Jade Haileselassie
28 Bridgeside Boulevard
Mt. Pleasant, SC 29464
Telephone: 843-216-9000
loliver@motleyrice.com
scouch@motleyrice.com
mkimpson@motleyrice.com
jhaileselassie@motleyrice.com

*Counsel for Plaintiff*

**ATTESTATION**

I, Previn Warren, hereby attest, pursuant to N.D. Cal. Civil L.R. 5-1, that the concurrence to the filing of this document has been obtained from each signatory hereto.

Dated: October 16, 2026

By: /s/ Previn Warren