Thomas P. Cartmell (*pro hac vice*)
Jonathan P. Kieffer (*pro hac vice*)
Austin Brane, SBN 286227
Michael P. Cutler, SBN 270663
**WAGSTAFF & CARTMELL LLP**
4740 Grand Avenue, Suite 300
Kansas City, MO 64112
Tel: (816) 701-1100
tcartmell@wcllp.com
jpkieffer@wcllp.com
abrane@wcllp.com

*Attorneys for Plaintiff* (additional counsel on signature page)

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br><br>*Tucson Unified School District v. Meta Platforms, Inc., et. al.*,<br><br>Case No.: 4:24-cv-1382 | MDL No. 3047<br><br>Case No. 4:22-MD-03047-YGR<br><br>**TUCSON UNIFIED SCHOOL DISTRICT'S MOTION TO FILE PLAINTIFF'S MOTION IN LIMINE NO. 3 UNDER SEAL**<br><br>Judge: Hon. Yvonne Gonzalez Rogers<br>Magistrate Judge: Hon. Peter H. Kang |

Pursuant to the Court's Order Setting Sealing Procedures (ECF No. 341), Tucson Unified School District ("TUSD") respectfully submits this motion to file Plaintiff's Motion in Limine No. 3 to Exclude References to Tucson Unified School District's Desegregation Litigation and exhibits under seal. The reasons for sealing (if any) will be addressed in a forthcoming omnibus stipulation or omnibus motion. Below is a list of documents to be filed under seal:

| **Document** | **Party Information** |
|---|---|
| Cutler Decl. Ex. A<br>Expert Report of Dr. Michele Moore<br>July 11, 2025 (Sealed) | The document contains information designated as confidential by Defendants. |
| Cutler Decl. Ex. B<br>Deposition of Ricardo Hernandez (Not Sealed) | Not filed under seal. |
| Cutler Decl. Ex. C<br>Expert Report of Dr. Diana Wildermuth<br>July 11, 2025 (Sealed) | The document contains information designated as confidential by Defendants. |
| Cutler Decl. Ex. D<br>Deposition of Gabriel Trujillo (Not Sealed) | Not filed under seal. |
| Cutler Decl. Ex. E<br>Deposition of Anna Schwartz-Warmbrand (Not Sealed) | Not filed under seal. |
| Cutler Decl. Ex. F<br>Transcript of Proceedings held on March 18, 2026, in *Breathitt Cnty. Bd. of Educ. v. Meta Platforms, Inc.*, No. 4:23-cv-01804-YGR (N.D. Cal.) (Not Sealed) | Not filed under seal. |

Dated: October 16, 2026

Respectfully Submitted,

**WAGSTAFF & CARTMELL LLP**

*/s/ Austin Brane*
Austin Brane

Thomas P. Cartmell (*pro hac vice*)
Jonathan P. Kieffer (*pro hac vice*)
Austin Brane, SBN 286227
Michael P. Cutler, SBN 270663
**WAGSTAFF & CARTMELL LLP**
4740 Grand Avenue, Suite 300
Kansas City, MO 64112
Tel: (816) 701-1100
tcartmell@wcllp.com
jpkieffer@wcllp.com
abrane@wcllp.com
mcutler@wcllp.com

Kirk J. Goza (*pro hac vice*)
Brad Honnold (*pro hac vice*)
**GOZA & HONNOLD LLC**
9500 Nall Ave., Ste 400
Overland Park, KS 66207
Tel. (913) 451-3433
kgoza@gohonlaw.com
bhonnold@gohonlaw.com

Joseph G. VanZandt (*pro hac vice*)
Davis Vaughn (*pro hac vice*)
Jennifer Emmel (*pro hac vice*)
Clinton Richardson (*pro hac vice*)
Seth Harding (*pro hac vice*)
**BEASLEY ALLEN CROW**
**METHVIN PORTIS & MILES, LLC**
234 Commerce Street
Montgomery, AL 36103
Tel: 334-269-2343
Joseph.VanZandt@BeasleyAllen.com
Davis.Vaughn@BeasleyAllen.com
Jennifer.Emmel@BeasleyAllen.com
Clinton.Richardson@BeasleyAllen.com
Seth.Harding@BeasleyAllen.com

***Counsel for Plaintiff Tucson Unified School District***

**ATTESTATION**

I, Austin Brane, hereby attest, pursuant to N.D. Cal. Civil L.R. 5-1, that the concurrence to the filing of this document has been obtained from each signatory hereto.

**Dated:** October 16, 2026

By: /s/*Austin Brane*

**Austin Brane**

**CERTIFICATE OF SERVICE**

I hereby certify that I filed the foregoing on October 16, 2026, using the Court's ECF filing system, thereby sending notice of the filing to all counsel of record.

By: /s/*Austin Brane*

**Austin Brane**