Thomas P. Cartmell (*pro hac vice*)
Jonathan P. Kieffer (*pro hac vice*)
Austin Brane, SBN 286227
Michael P. Cutler, SBN 270663
**WAGSTAFF & CARTMELL LLP**
4740 Grand Avenue, Suite 300
Kansas City, MO 64112
Tel: (816) 701-1100
tcartmell@wcllp.com
jpkieffer@wcllp.com
abrane@wcllp.com

*Attorneys for Plaintiff* (additional counsel on signature page)

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION, | Case No. 4:22-MD-03047-YGR<br>MDL No. 3047 |
| This Document Relates to:<br>*Tucson Unified School District v. Meta Platforms, Inc., et al.*<br>Case No.: 4:24-cv-01382 | **DECLARATION OF MICHAEL CUTLER IN SUPPORT OF PLAINTIFF'S MOTION IN LIMINE #3**<br>Judge: Hon. Yvonne Gonzalez Rogers<br>Magistrate Judge: Hon. Peter H. Kang |

I, Michael Cutler, declare that I am an attorney who has entered an appearance in this coordinated proceeding. I have personal knowledge of the matters contained in this Declaration and, if called upon as a witness, could and would testify thereto. I am over the age of 18 and fully competent to give this declaration.

1. Attached to this Declaration as Exhibit A is a true and correct copy of the July 11, 2025 Expert Report of Dr. Michele Moore.
2. Attached to this Declaration as Exhibit B is a true and correct copy of excerpts of the April 8, 2025 Deposition of Ricardo Hernandez.

3. Attached to this Declaration as Exhibit C is a true and correct copy of the July 11, 2025 Expert Report of Dr. Diana Wildermuth.

4. Attached to this Declaration as Exhibit D is a true and correct copy of excerpts of the May 8, 2025 Deposition of Gabriel Trujillo.

5. Attached to this Declaration as Exhibit E is a true and correct copy of excerpts of the May 13, 2025 Deposition of Anna Schwartz-Warmbrand.

6. Attached to this Declaration as Exhibit F is a true and correct copy of excerpts of the Transcript of Proceedings held on March 18, 2026, in *Breathitt Cnty. Bd. of Educ. v. Meta Platforms, Inc.*, No. 4:23-cv-01804-YGR (N.D. Cal.), ECF No. 73.

I declare that the foregoing is true and correct under penalty of perjury, under the laws of the United States of America and the State of California.

*/s/ Michael Cutler*

**Attorney for Plaintiff TUSD**

**Dated:** October 16, 2026

Respectfully Submitted,

**WAGSTAFF & CARTMELL LLP**

*/s/ Michael P. Cutler*

Thomas P. Cartmell (*pro hac vice*)
Jonathan P. Kieffer (*pro hac vice*)
Austin Brane, SBN 286227
Michael P. Cutler, SBN 270663
**WAGSTAFF & CARTMELL LLP**
4740 Grand Avenue, Suite 300
Kansas City, MO 64112
Tel: (816) 701-1100
tcartmell@wcllp.com
jpkieffer@wcllp.com
abrane@wcllp.com
mcutler@wcllp.com

Kirk J. Goza (*pro hac vice*)
Brad Honnold (*pro hac vice*)
**GOZA & HONNOLD LLC**
9500 Nall Ave., Ste 400
Overland Park, KS 66207
Tel. (913) 451-3433
kgoza@gohonlaw.com
bhonnold@gohonlaw.com

Joseph G. VanZandt (*pro hac vice*)
Davis Vaughn (*pro hac vice*)
Jennifer Emmel (*pro hac vice*)
Clinton Richardson (*pro hac vice*)
Seth Harding (*pro hac vice*)
**BEASLEY ALLEN CROW**
**METHVIN PORTIS & MILES, LLC**
234 Commerce Street
Montgomery, AL 36103
Tel: 334-269-2343
Joseph.VanZandt@BeasleyAllen.com
Davis.Vaughn@BeasleyAllen.com
Jennifer.Emmel@BeasleyAllen.com
Clinton.Richardson@BeasleyAllen.com
Seth.Harding@BeasleyAllen.com

***Counsel for Plaintiff Tucson Unified School District***

**ATTESTATION**

I, Austin Brane, hereby attest, pursuant to N.D. Cal. Civil L.R. 5-1, that the concurrence to the filing of this document has been obtained from each signatory hereto.

**Dated:** October 16, 2026

By: /s/*Austin Brane*

**Austin Brane**

**CERTIFICATE OF SERVICE**

I hereby certify that I filed the foregoing on October 16, 2026, using the Court's ECF filing system, thereby sending notice of the filing to all counsel of record.

By: /s/*Austin Brane*

**Austin Brane**