# EXHIBIT E

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

******************************

IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION

Case No. 4:22-MD-03047-YGR

MDL No. 3047

******************************

This Document Relates To:

Tucson Unified School District
v. Meta Platforms Inc., et a
Case No. 4:24-cv-1382

******************************

CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER

VIDEOTAPED DEPOSITION OF
ANNA SCHWARTZ WARMBRAND

Held At: JW Marriott Tucson
Starr Pass Resort & Spa
3800 W. Starr Pass Blvd
Tucson, Arizona

May 13th, 2025
9:27 a.m.

Reported By:
MAUREEN O. POLLARD, CA CSR #14449, RDR

aggregate disparities in discipline could also affect students' performance in school?

MR. CUTLER: Object to form.

THE WITNESS: I don't monitor academic data in the way that I do discipline, so I can't really speak to that space in the same way.

BY MR. RICE:

Q. So earlier we were discussing TUSD's desegregation plan, correct?

A. Yes.

MR. RICE: Let's mark as Exhibit 13 Tab 32.

(Whereupon, Tucson-Warmbrand-13 was marked for identification.)

BY MR. RICE:

Q. And Tab 32 is the TUSD Unitary Status Plan?

A. Yes.

Q. And so, Ms. Warmbrand, have you seen this plan before?

A. Yes.

Q. And this is the plan TUSD agreed to with plaintiffs in desegregation litigation to implement desegregation in the district,

correct?
A. Yes.
Q. And until recently, TUSD was under this Court-ordered desegregation plan, correct?
A. Yes.
Q. Was improving racial disparity in student discipline part of the unitary status plan?
A. Yes.
Q. And what was the goal of the unitary status plan with respect to racial disparities in student discipline?
MR. CUTLER: Object to form.
THE WITNESS: The goal is that one ethnicity doesn't show consistent disproportionality in incidents.
BY MR. RICE:
Q. And --
A. Particularly African American and Hispanic students. It actually isn't applicable to our Native students, our Asian students, or any other ethnicity actually.
Q. And at the time -- TUSD entered into this consent decree in 2014. Does that sound correct?

MR. CUTLER: Objection.
THE WITNESS: Whatever it says on the document. I believe I was in a different district at the time.
BY MR. RICE:
Q. If we turn to page 43 --
MR. CUTLER: Take as long as you want to review the whole document if you need. He's going to turn to specific pages of a 60-page document and ask you questions.
THE WITNESS: Yes.
BY MR. RICE:
Q. By 43, I mean the -- excuse me.
MR. CUTLER: You can look at the whole thing if you'd like.
BY MR. RICE:
Q. So you see on page 43 there's a section on student discipline?
A. Yes.
Q. Could you just read the first paragraph under Overview?
A. This is so nice, hold on. It's coming up. It's so pretty right there.
"The Parties acknowledge that the

administration of student discipline can result in unlawful discrimination when students are disproportionately impacted or treated differently by virtue of their race or ethnicity. The Parties further acknowledge that the punitive use of serious disciplinary sanctions for low-level offenses creates the potential for negative educational and long-term outcomes for affected students."

Q. And then further down in the second paragraph under 2, the unitary status plan states, "The District shall reduce racial and ethnic disparities in the administration of school discipline," correct?

A. Yes.

Q. And so at the time TUSD entered into this consent degree, there were racial and ethnic disparities in the administration of school discipline in TUSD, correct?

MR. CUTLER: Object to form. Foundation.

THE WITNESS: I wasn't employed in this position at this time, so if it states so in this document, then that would be the basis of your response.

CERTIFICATE OF COURT REPORTER

I, MAUREEN O'CONNOR POLLARD, Registered Diplomate Reporter, CSR No. 14449 for the State of California, the officer before whom the foregoing deposition was taken, do hereby certify that the foregoing transcript is a true and correct record of the testimony given; that said testimony was taken by me stenographically and thereafter reduced to typewriting under my direction; and that I am neither counsel for, related to, nor employed by any of the parties to this case and have no interest, financial or otherwise, in its outcome.

Dated this 13th day of May, 2025.

________________________

MAUREEN O'CONNOR POLLARD

CSR No. 14449