Thomas P. Cartmell (*pro hac vice*)
Jonathan P. Kieffer (*pro hac vice*)
Austin Brane, SBN 286227
**WAGSTAFF & CARTMELL LLP**
4740 Grand Avenue, Suite 300
Kansas City, MO 64112
Tel: (816) 701-1100
tcartmell@wcllp.com
jpkieffer@wcllp.com
abrane@wcllp.com

*Attorneys for Plaintiff* (additional counsel on signature page)

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION,

This Document Relates to:

*Tucson Unified School District v. Meta Platforms Inc., et al.*

Case No. 4:24-cv-01382

Case No. 4:22-MD-03047-YGR

MDL No. 3047

**DECLARATION OF AUSTIN BRANE IN SUPPORT OF PLAINTIFF'S MOTION IN LIMINE 5, TO EXCLUDE EVIDENCE, TESTIMONY, OR ARGUMENT CONCERNING DEFENDANTS', THEIR EXECUTIVES', OR THEIR EMPLOYEES' "GOOD DEEDS" OR "CORPORATE PHILANTHROPY"**

Judge: Hon. Yvonne Gonzalez Rogers

Magistrate Judge: Hon. Peter H. Kang

I, Austin Brane, declare that I am an attorney who has entered an appearance in this coordinated proceeding. I have personal knowledge of the matters contained in this Declaration and, if called upon as a witness, could and would testify thereto. I am over the age of 18 and fully competent to give this declaration.

1. Attached to this Declaration as <u>Exhibit A</u> is a true and correct copy of excerpts of the Agreed Order on Parties' Motions in Limine and Motions to Strike, entered on July 7, 2026, in *State of Tennessee ex rel. Skrmetti v. Meta Platforms, Inc.*, No. 23-1364-IV (Tenn. Ch. Ct.), including the first page and pages 10–11.

2. Attached to this Declaration as Exhibit B is a true and correct copy of excerpts of Defendants' Opposition to the State's Motion to Strike Defenses and Exclude Evidence, filed on May 15, 2026, in *Skrmetti*, including the first page and pages 32–33.

3. Attached to this Declaration as Exhibit C is a true and correct copy of excerpts of the trial transcript in *Skrmetti*, including pages 753–757 and 783–784 from July 27, 2026 (Meta's opening statement), pages 5241–5242 and 5398–5402 from August 17, 2026 (testimony of Antigone Davis), and pages 5594–5595 from August 18, 2026 (testimony of Antigone Davis).

4. Attached to this Declaration as Exhibit D is a true and correct copy of excerpts of the February 9, 2026 trial transcript in *State of New Mexico ex rel. Torrez v. Meta Platforms, Inc.*, No. D-101-CV-2023-02838 (N.M. Dist. Ct.), including pages 1159, 1165–1166, 1178, and 1188–1189 (Meta's opening statement).

5. Attached to this Declaration as Exhibit E is a true and correct copy of a post on Google's blog dated April 1, 2026, titled "Google.org and Highlights for Children have helped 1 million students navigate the digital world," available at https://blog.google/company-news/outreach-and-initiatives/google-org/highlights-be-internet-awesome/.

6. Attached to this Declaration as Exhibit F is a true and correct copy of excerpts of the February 18, 2026 trial transcript in *Social Media Cases*, JCCP No. 5255 (Cal. Super. Ct. L.A. Cnty.), including pages 2042–2046 (testimony of Mark Zuckerberg).

I declare that the foregoing is true and correct under penalty of perjury, under the laws of the United States of America and the State of California.

*/s/ Austin Brane*

**Attorney for Plaintiff TUSD**

**Dated:** October 16, 2026

Respectfully Submitted,

**WAGSTAFF & CARTMELL LLP**

*/s/ Austin Brane*
Thomas P. Cartmell (*pro hac vice*)
Jonathan P. Kieffer (*pro hac vice*)
Austin Brane, SBN 286227
Michael P. Cutler, SBN 270663
**WAGSTAFF & CARTMELL LLP**
4740 Grand Avenue, Suite 300
Kansas City, MO 64112
Tel: (816) 701-1100
tcartmell@wcllp.com
jpkieffer@wcllp.com
abrane@wcllp.com
mcutler@wcllp.com

Kirk J. Goza (*pro hac vice*)
Brad Honnold (*pro hac vice*)
**GOZA & HONNOLD LLC**
9500 Nall Ave., Ste 400
Overland Park, KS 66207
Tel. (913) 451-3433
kgoza@gohonlaw.com
bhonnold@gohonlaw.com

Joseph G. VanZandt (*pro hac vice*)
Davis Vaughn (*pro hac vice*)
Jennifer Emmel (*pro hac vice*)
Clinton Richardson (*pro hac vice*)
Seth Harding (*pro hac vice*)
**BEASLEY ALLEN CROW**
**METHVIN PORTIS & MILES, LLC**
234 Commerce Street
Montgomery, AL 36103
Tel: 334-269-2343
Joseph.VanZandt@BeasleyAllen.com
Davis.Vaughn@BeasleyAllen.com
Jennifer.Emmel@BeasleyAllen.com
Clinton.Richardson@BeasleyAllen.com
Seth.Harding@BeasleyAllen.com

***Counsel for Plaintiff Tucson Unified School District***

I, Austin Brane, hereby attest, pursuant to N.D. Cal. Civil L.R. 5-1, that the concurrence to the filing of this document has been obtained from each signatory hereto.

**Dated:** October 16, 2026

By: /s/*Austin Brane*

**Austin Brane**

**CERTIFICATE OF SERVICE**

I hereby certify that I filed the foregoing on October 16, 2026, using the Court's ECF filing system, thereby sending notice of the filing to all counsel of record.

By: /s/*Austin Brane*

**Austin Brane**