# EXHIBIT A

E-FILED
7/7/2026 1:11 PM
CLERK & MASTER
DAVIDSON CO. CHANCERY CT.

IN THE CHANCERY COURT OF DAVIDSON COUNTY, TENNESSEE
FOR THE TWENTIETH JUDICIAL DISTRICT AT NASHVILLE

FILED
2026 JUL -8 PM 1:57
CLERK & MASTER
DAVIDSON CO. CHANCERY CT.

| | | |
|---|---|---|
| STATE OF TENNESSEE, ex rel. JONATHAN SKRMETTI, ATTORNEY GENERAL and REPORTER, | ) | |
| Plaintiff, | ) | |
| v. | ) | Case No. 23-1364-IV |
| META PLATFORMS, INC. and INSTAGRAM, LLC, | ) | |
| Defendants. | ) | |

FTP ~~[PROPOSED]~~ AGREED ORDER ON PARTIES' MOTIONS IN LIMINE AND MOTIONS TO STRIKE

## META'S MOTIONS IN LIMINE

**Meta's MIL No. 1.** The Court Should Exclude Undisclosed Deceptive and Unfair Practices

The Court denies this Motion. The State is limited to the statements, omissions, and practices contained in the supplemental discovery responses served on June 12, 2026.

**Meta's MIL No. 2.** The Court Should Require the Admission of Documents through Witnesses with Personal Knowledge

The Court denies this Motion. But it notes that this is an issue that is going to come up at trial and will be addressed on a case-by-case basis.

**Meta's MIL No. 3.** The Court Should Preclude the State from Introducing Evidence, Testimony, or Argument that Content on Instagram Caused Harm

The Court denies this Motion. It will resolve this issue on case-by-case basis.

**State's MIL No. 13.** The Court Should Exclude Evidence, Testimony, or Argument About Expert Witnesses' Personal Social Media Use or Mental-Health Histories

The Court grants-in-part and denies-in-part this Motion. Meta cannot discuss this evidence during jury selection or opening statements. But the Court may allow this to proceed on a question-by-question basis during trial.

**State's MIL No. 14.** The Court Should Preclude Any Argument That a Finding of Liability Exposing Meta to Civil Penalties Would Prevent It from Paying Salaries or Benefits, or from Spending Money on Safety and Wellness Initiatives

The Court grants this Motion as uncontested. Meta may not argue that a finding of liability exposing it to civil penalties will prevent it from paying salaries or benefits or from spending money on safety and wellness initiatives.

**State's MIL No. 15.** The Court Should Exclude Evidence, Testimony, or Argument Concerning Meta's, its Executives', or its Employees' "Good Deeds" or "Corporate Philanthropy" Outside Tennessee

The Court grants this Motion. Meta may not discuss these facts during jury selection or opening statements, but Meta may raise this issue again during trial, outside the presence of the jury, if it believes something the State has done entitles Meta to respond with the type of evidence addressed in this Motion.

**State's MIL No. 16.** The Court Should Exclude Evidence, Testimony, or Argument Concerning Wagstaff & Cartmell's Involvement in Other Social Media Litigation

The Court grants this Motion as uncontested.

**State's MIL No. 17.** The Court Should Exclude Evidence, Testimony, or Argument About Alleged Instagram Safety Tools or Features that were Not Identified in Discovery

The Court reserves ruling on this Motion as it relates to evidence at trial. Meta may not mention safety features not previously disclosed to the State during jury selection or its opening statement. Meta should supplement its interrogatory responses on this issue by July 7, 2026, and any safety measures developed after July 7, 2026, likely cannot be discussed during trial, but the Court will assess such features on a case-by-case basis as presented outside the view of the jury in the first instance.

**State's MIL No. 18.** The Court Should Preclude Non-Live Testimony from Meta's Current Employees for Purposes of Meta's Case in Chief

The Court denies this Motion. Meta may play depositions of its unavailable current employee witnesses, including "apex" witnesses. There is no provision of law the Court is aware of that would require Meta either to bring these witnesses live or not be able to have them testify through video deposition.

**IT IS SO ORDERED** this 7th day of July 2026.

Russell T. Perkins

Chancellor Russell T. Perkins

**APPROVED FOR ENTRY:**