# EXHIBIT D

MARICOPA REPORTING

# Day Three of Trial Proceedings

**Date:** February 9, 2026

**Case:** State of New Mexico, Ex Rel., Torrez v. Meta Platforms, Inc.,
**Case** #:D-101-CV-2023-02838

Maricopa Reporting, Inc.
https://www.maricopareporting.com/
Phone: (480) 597-4744
scheduling@MaricopaReporting.com

STATE OF NEW MEXICO

COUNTY OF SANTA FE

FIRST JUDICIAL DISTRICT COURT

STATE OF NEW MEXICO, EX REL., RAUL TORREZ, ATTORNEY GENERAL,

Plaintiff,

v.

META PLATFORMS, INC.,

Defendant.

No. D-101-CV-2023-02838

~~~~~~~~~~~~~~~~~~~~~~~~~~~

BEFORE HONORABLE BRYAN BIEDSCHEID

DAY 3 TRIAL PROCEEDINGS

(PAGES 991 THROUGH 1440)

FEBRUARY 9, 2026

8:21 A.M.

REPORTED BY:
Sommer E. Greene, RPR, CRR
Certified Court Reporter
Certificate No. 541

MARICOPA REPORTING, INC.
701 Camino de la Familia
Suite 214
Santa Fe, New Mexico
(480) 597.4744
~~~~~~~~~~~~~~~~~~~~~~~~~~~

So, first, Meta has built cutting-edge technology to scan Facebook and Instagram for bad content. This includes automated tools that are getting better and better at identifying stuff like suicide and child exploitation content, and I want to give you one example. 13:51:27 13:51:29 13:51:32 13:51:35 13:51:39 13:51:42

Meta actually invented photo and video matching tools designed to find pictures of child exploitation so Meta can delete them and report them to law enforcement. Meta actually gave this technology away for free to other tech companies so that they could also use it to help get rid of this gross content because this stuff is disturbing. 13:51:49 13:51:52 13:51:53 13:51:55 13:52:03 13:52:07 13:52:08

And the problem is that these criminals who use this content and trade it, they go to all the different apps and they do it there. So Meta invented this fancy technology and gave it away for free to the other apps to help catch the bad guys. 13:52:11 13:52:12 13:52:15 13:52:18 13:52:21

Second, as I mentioned before, Meta has those 40,000 people who work on protecting safety and security, enough to sell out University Stadium. This includes former law enforcement personnel and child safety experts who Meta has hired to help protect kids on the app. It also includes thousands of people reviewing content to decide whether it 13:52:24 13:52:27 13:52:31 13:52:33 13:52:37 13:52:43 13:52:46

years ago NCMEC gave Meta a 215-page book called 13:59:12
Children Protected As a Result of Facebook Reports to 13:59:15
the CyberTipline. CyberTipline is basically the 13:59:21
NCMEC reporting. 13:59:22

The book included stories of 115 children 13:59:24
who were saved and more than 40 predators prosecuted 13:59:26
thanks to tips from Meta. Ms. Davis will explain 13:59:30
that this information confirmed from Meta that it was 13:59:32
successfully helping protect kids on its apps. 13:59:37

For example, Meta gave NCMEC a tip about 13:59:42
a child predator in Quay County, New Mexico, and in 13:59:45
response to this tip, New Mexico authorities arrested 13:59:51
a 29-year-old man and charged him with multiple 13:59:52
felonies relating to child exploitation of girls 13:59:52
between 14 and 17. He pled guilty and was sentenced 13:59:59
to 10 years in prison. This is an example of Meta 14:00:01
helping teens in the real world. 14:00:03

Meta also works with first responders to 14:00:06
protect people who are having suicidal thoughts. 14:00:09
Ms. Davis, the global head of safety, will testify 14:00:14
that Meta has asked first responders to do what they 14:00:16
call wellness checks for more than 12,000 people who 14:00:20
are at risk of suicide in the United States. 14:00:25

I want to give you one example. 14:00:28

A man in Indiana was streaming a Facebook 14:00:30

video holding a gun saying he intended to die by suicide. He was talking on the phone saying goodbye to his family, including his child. Meta's automated systems flagged this for Meta's security team who called emergency responders to let them know about this and also warn them that the man had a gun. 14:00:33 14:00:36 14:00:39 14:00:44 14:00:46 14:00:50

Fortunately, law enforcement was able to locate the man before he harmed himself and transported him to a hospital for medical care. 14:00:53 14:00:55 14:00:57

These are just two of the many, many examples of Meta trying to protect users in the real world. And I bet you haven't ever heard about any of this in the press. 14:01:00 14:01:03 14:01:06 14:01:09

The State claims that Meta doesn't care about its users and puts profit over people. When the State says that, I want you to remember these kinds of stories. 14:01:11 14:01:13 14:01:19 14:01:20

So why does Meta go to all these lengths to get rid of bad content and help people? 14:01:22 14:01:24

The first is, it's the right thing to do. Meta was founded on the mission to connect people all over the world. That's what Meta wants. 14:01:27 14:01:29 14:01:32

Disturbing content is the opposite of what Meta wants. It wants people to have positive experiences. 14:01:38 14:01:39 14:01:42

report it to NCMEC. 14:15:02

By the way, the State's lawyer said that 14:15:04
he didn't want to be cherry-picking. That's 14:15:06
cherry-picking right there. 14:15:09

The bottom line is that when Meta becomes 14:15:10
aware of child sexual abuse material on its 14:15:13
platforms, it reports it to NCMEC as quickly as 14:15:16
possible. Meta's statements were true. 14:15:18

Now, the State also talked about NCMEC. 14:15:21
You heard about that. And one thing that you should 14:15:28
know is NCMEC publicly praised Meta stating that Meta 14:15:32
goes, quote, Above and beyond to make sure there are 14:15:37
no portions of their network where this type of 14:15:40
activity occurs. NCMEC also said that, quote, Some 14:15:43
other massive companies report fewer tips than Meta 14:15:46
because, quote, They choose not to look. 14:15:51

Meta does look. This NCMEC statement 14:15:54
shows why Meta believes that it is the best in the 14:15:54
business at detecting and reporting this type of 14:16:00
material. 14:16:01

Let's discuss another category that the 14:16:01
State alleged and talked about earlier today. 14:16:08

The State claims that Meta lied when it 14:16:10
said that it, quote, Requires people to be at least 14:16:14
13 years old to sign up for Facebook and Instagram. 14:16:15

personnel. Meta has entire teams of people whose job is to work with law enforcement to go after predators in the real world. 14:27:26 14:27:31 14:27:34

One of these teams is called i3. That stands for integrity, investigations, and intel. Meta thinks of this team like the special force handling the toughest situations. 14:27:36 14:27:40 14:27:44 14:27:47

The i3 team includes former federal law enforcement officers who conduct investigations on Instagram and Facebook looking for child predators and child exploitation content. This team has taken down dozens of pedophile networks and removed nearly 200,000 accounts. 14:27:48 14:27:51 14:27:53 14:27:57 14:28:01 14:28:04

For example, in 2017, the i3 team reported 88 child safety cases to law enforcement and was actively investigating 100 more. 14:28:06 14:28:10 14:28:13

As a result of i3's work, kids were saved from dangerous situations, including right next door in Arizona. 14:28:17 14:28:21 14:28:23

Another example, in 2021, the i- -- I'm sorry, yeah, 2021, the i3 team disrupted a network of 45,000 people who were sharing child sexual abuse material on a different company's app. i3 found out about that and reported them to NCMEC, who then forwarded it on to law enforcement. 14:28:24 14:28:29 14:28:33 14:28:38 14:28:42 14:28:44

Meta's proactive investigations help 14:28:46
protect teens on Meta's apps and in the real world. 14:28:51
You will hear testimony from industry 14:28:55
experts that Meta's efforts to protect children are 14:28:57
the best in the business. 14:29:00
Even the former New Mexico Attorney 14:29:02
General told New Mexicans in 2018 that the State has 14:29:06
successfully partnered with Facebook and Instagram to 14:29:10
combat child exploitation in New Mexico. 14:29:12
We wish the State would partner with us 14:29:15
rather than sue us. 14:29:18
Now, I want to talk about another topic 14:29:19
briefly that plaintiff's counsel brought up, called 14:29:22
end-to-end encryption, which secures messages on 14:29:26
Facebook Messenger app. 14:29:30
The State suggests that Meta launched 14:29:30
encryption because it doesn't care about safety, but 14:29:36
the evidence will show that's wrong. 14:29:37
Meta launched encryption on Facebook 14:29:39
Messenger because it provided privacy and security 14:29:45
benefits and the privacy benefits are why encryption 14:29:48
is standard among popular messaging apps. 14:29:48
If you use iMessage that's end-to-end 14:29:52
encrypted. If you use Signal, that's end-to-end 14:29:55
encrypted. 14:29:58