# EXHIBIT E

# Google.org and Highlights for Children have helped 1 million students navigate the digital world.

Apr 01, 2026

Today, along with Highlights for Children, we announced that our joint initiative to fuel nationwide online safety education successfully reached one million U.S. second-to-fifth-grade students.

With funding from Google.org, Highlights developed and deployed "Be Internet Awesome" classroom kits to 10,000 schools nationwide. The classroom kits provide educators and families with fun and engaging educational puzzles and games designed to guide students toward safe, healthy and positive online experiences. The initiative focuses on fundamental digital literacy, teaching kids how to be thoughtful and responsible digital citizens, and expands our existing support of Highlights.

We believe every child should be able to learn, explore and grow safely online, and we are committed to leading the way in providing students with the tools and training to build productive relationships with technology.




## Posted in:

Google.org

Families

## Related stories

Skip to main content



Google.org

17 organizations using AI to accelerate scientific breakthroughs

By Maggie Johnson



Health

Applying technology to understand and treat disease

By Yossi Matias & Pushmeet Kohli



Google.org

Supporting AI readiness in higher education

By News from Google Team

Google

Privacy Terms Help More of Google Global (English)