Thomas P. Cartmell (*pro hac vice*)
Jonathan P. Kieffer (*pro hac vice*)
Austin Brane, SBN 286227
**WAGSTAFF & CARTMELL LLP**
4740 Grand Avenue, Suite 300
Kansas City, MO 64112
Tel: (816) 701-1100
tcartmell@wcllp.com
jpkieffer@wcllp.com
abrane@wcllp.com

*Attorneys for Plaintiff* (additional counsel on signature page)

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION, | Case No. 4:22-MD-03047-YGR |
| | MDL No. 3047 |
| This Document Relates to: *Tucson Unified School District v. Meta Platforms Inc., et al.* Case No.: 4:24-cv-01382-YGR | **DECLARATION OF MICHAEL CUTLER IN SUPPORT OF PLAINTIFF'S MOTION IN LIMINE #2** Judge: Hon. Yvonne Gonzalez Rogers Magistrate Judge: Hon. Peter H. Kang |

I, Michael Cutler, declare that who has entered an appearance in this coordinated proceeding. I have personal knowledge of the facts set forth in this Declaration, and, if called as a witness, could and would testify competently to them. I am over age 18 and fully competent to give this declaration.

1. Attached hereto as Exhibit A is a true and correct copy of Plaintiff's Amended Answers to Defendants' Third Set of Interrogatories.

2. Attached hereto as Exhibit B is a true and correct copy of excerpts of the May 8, 2025 Deposition of Gabriel Trujillo.

3. Attached hereto as Exhibit C is a true and correct copy of excerpts of the April 8, 2025 Deposition of Ricardo Hernandez.

4. Attached hereto as Exhibit D is a true and correct copy of excerpts of the May 7, 2025 Deposition of Rebecca Carrier.

5. Attached hereto as Exhibit E is a true and correct copy of excerpts of the May 13, 2025 Deposition of Anna Schwartz Warmbrand.

I declare that the foregoing is true and correct under penalty of perjury, under the laws of the United States of America and the State of California.

*s/ Michael P. Cutler*

**Attorney for Plaintiff TUSD**

Dated: October 16, 2026

Respectfully Submitted,

**WAGSTAFF & CARTMELL LLP**

*/s/ Michael P. Cutler*

Thomas P. Cartmell (*pro hac vice*)
Jonathan P. Kieffer (*pro hac vice*)
Austin Brane, SBN 286227
Michael P. Cutler, SBN 270663
**WAGSTAFF & CARTMELL LLP**
4740 Grand Avenue, Suite 300
Kansas City, MO 64112
Tel: (816) 701-1100
tcartmell@wcllp.com
jpkieffer@wcllp.com
abrane@wcllp.com
mcutler@wcllp.com

Kirk J. Goza (*pro hac vice*)
Brad Honnold (*pro hac vice*)
**GOZA & HONNOLD LLC**
9500 Nall Ave., Ste 400
Overland Park, KS 66207
Tel. (913) 451-3433
kgoza@gohonlaw.com
bhonnold@gohonlaw.com

Joseph G. VanZandt (*pro hac vice*)
Davis Vaughn (*pro hac vice*)
Jennifer Emmel (*pro hac vice*)
Clinton Richardson (*pro hac vice*)
Seth Harding (*pro hac vice*)
**BEASLEY ALLEN CROW**
**METHVIN PORTIS & MILES, LLC**
234 Commerce Street
Montgomery, AL 36103
Tel: 334-269-2343
Joseph.VanZandt@BeasleyAllen.com
Davis.Vaughn@BeasleyAllen.com
Jennifer.Emmel@BeasleyAllen.com
Clinton.Richardson@BeasleyAllen.com
Seth.Harding@BeasleyAllen.com

***Counsel for Plaintiff Tucson Unified School District***

## ATTESTATION

I, Austin Brane, hereby attest, pursuant to N.D. Cal. Civil L.R. 5-1, that the concurrence to the filing of this document has been obtained from each signatory hereto.

**Dated:** October 16, 2026

By: /s/*Austin Brane*

**Austin Brane**

## CERTIFICATE OF SERVICE

I hereby certify that I filed the foregoing on October 16, 2026, using the Court's ECF filing system, thereby sending notice of the filing to all counsel of record.

By: /s/*Austin Brane*

**Austin Brane**