# EXHIBIT B

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

*******************************

IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION

Case No. 4:22-MD-03047-YGR

MDL No. 3047

*******************************

This Document Relates To:

Tucson Unified School District
v. Meta Platforms Inc., et a
Case No. 4:24-cv-1382

*******************************

Confidential - Pursuant to Protective Order

VIDEOTAPED DEPOSITION OF
GABRIEL TRUJILLO

Held At: JW Marriott Tucson
Starr Pass Resort & Spa
3800 W. Starr Pass Blvd
Tucson, Arizona

May 8th, 2025
9:11 a.m.

Reported By:

MAUREEN O. POLLARD, CA CSR #14449, RDR

Videotaped Deposition of GABRIEL TRUJILLO, held at JW Marriott Tucson Starr Pass Resort & Spa, 3800 W. Starr Pass Blvd., Tucson, Arizona, commencing at 9:11 a.m., on the 8th of May, 2025, before Maureen O'Connor Pollard, Registered Diplomate Reporter, Realtime Systems Administrator, California CSR #14449.

\- - -

does anybody else take notes?
MR. CUTLER: Object to form.
THE WITNESS: I don't -- I'm not at those meetings. I just receive the briefings. But to my knowledge nobody is really taking any notes. It's more just pulling up information that would be in Synergy, presenting identifying trends, making recommendations.
BY MS. DEGTYAREVA:
Q. And then at the quarterly meetings, the leadership meetings that you have with Ms. Schwartz Warmbrand where she gives you the briefing, do you take notes at those meetings?
A. No.
Q. Do you have anybody else who is taking notes at the meeting?
A. No, no.
Q. Are there meeting minutes created?
A. No.
Q. So let's take a look at this presentation from May 17th of 2017. And if we take a look at the second page, it says MTSS Documentation Reports.
What are those?

A. Multi-Tiered Systems of Support. '17 was actually the first year we ever introduced the concept of MTSS. So this is very dated information, so I just want to make sure that that context is on the record. This is eight years ago.

But Multi-Tiered Systems of Support is a framework for student intervention where you assemble a team at the school level; representative of the classroom teacher, the school counselor, an administrator, representative from the special education department, and then you have your parent.

And the job of that team is to look at each student that might be struggling with behavior, attendance, or grades, and to make a plan for the student. Does the student need tutoring? Does the student need an attendance plan? Does the student need an alternative schedule? Is the student struggling with transportation? Is the student struggling with an undiagnosed disability? We have a special education representative. Do we need to do a test?

The district shifted to that

framework in '17. We're quite good at it now, but back in '17 at the time of this document we were actually just barely getting it off the ground. So it was a pivot away from the only intervention that you got was maybe just the dean of discipline suspending you, and the move from that to now a whole team is looking at you hopefully before you get into trouble.

We're looking at reports, we're already looking at kids that are missing multiple days, we're already looking at kids struggling with tardiness, we're starting to look at kids that are failing multiple classes and putting them in front of this team. That's sort of the MTSS idea in a nutshell.

Q. And this started in 2017?

A. This started in '16, '17 in earnest, yes.

Q. What are the documentation reports?

A. Again, this is really outdated now.

Q. So in 2017 --

A. In 2017 --

Q. -- what were the MTSS documentation reports?

A. Like in 2017 we didn't have a

Q. What are ESSER positions?

A. The Elementary and Secondary School Economic Recovery Act, as part of the American rescue plan, provided COVID era funds for academic interventions for students suffering the effects of online learning, to help schools and districts deal with learning loss and delayed learning.

It also allowed school districts to spend money on capital equipment or facilities upgrades that will help to mitigate the spread of COVID-19.

Q. Going on to the next page, ending in 233, the priority listed here is Desegregation, right?

A. Yes.

Q. So addressing student social media use is not one of the priorities identified in these slides, correct?

A. As an expenditure priority? This is budget stuff. No.

Q. So addressing social media use is not identified as a budget priority?

A. No.

Q. What are TUSD's primary funding

Q. So if you look at slide 3, you'll see top it says ESSER - Eligibility Requirements, right?
A. Yes.
Q. And at the top there's a quote, "'For the Prevention, Preparation, & Response to the Coronavirus Pandemic.'"
Right?
A. Yes.
Q. Is that sort of a summary of the eligibility requirement?
A. That's language from the actual ESSER regulation, yes.
Q. Now, one of the things mentioned on this slide that ESSER funds could be used for is mental health support and social emotional learning, right?
A. Yes.
Q. If we go on to slide 5, this is titled ESSER Decision Making.
Do you see that?
A. Yes.
Q. And it lists core 5 areas where ESSER funds can be used at TUSD, right?
A. Yes.

Q. And so one of the areas that TUSD would spend ESSER funds on included hiring social workers?
A. Yes.
Q. It included hiring counselors, right?
A. Yes.
Q. It included hiring MTSS staff?
A. Yes.
Q. It included funding that social emotional learning department, right?
A. Not that department, that I'm aware of, no.
Q. So in --
A. We don't pay for social emotional learning department out of ESSER.
Q. In number 5 there's a reference to "SEL." Do you know what that stands for?
A. Maybe the curriculum, but not the actual staffing.
Q. So there was some funding related to the social emotional learning department?
A. Yes.
MR. CUTLER: Object to form, foundation.

BY MS. DEGTYAREVA:

Q. And that funding related to social emotional learning department, some of that money came from ESSER, right?

MR. CUTLER: Object to form.

THE WITNESS: Some.

MS. DEGTYAREVA: Okay. Let's take a look at Tab 48, and we'll mark this as Exhibit 44.

(Whereupon, Tucson-Trujillo-44 was marked for identification.)

BY MS. DEGTYAREVA:

Q. Do you recognize this document?

A. Yes.

Q. So this is a list of the ESSER-funded positions in TUSD, right?

A. Yes.

Q. And it's dated January 14th, 2022?

A. Yes.

Q. And if you go down the list, you'll see that as of January 2022, TUSD had funded for counselors 15.8 full-time equivalents using ESSER funding, is that right?

A. Yes.

Q. And then as of January '22, for