# EXHIBIT C

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

******************************

IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION

Case No. 4:22-MD-03047-YGR

MDL No. 3047

******************************

This Document Relates To:

Tucson Unified School District v. Meta Platforms Inc., et a
Case No. 4:24-cv-1382

******************************

VIDEOTAPED 30(b)(6) DEPOSITION OF
TUCSON UNIFIED SCHOOL DISTRICT
BY AND THROUGH
RICARDO HERNANDEZ

Held At: JW Marriott Tucson
Starr Pass Resort & Spa
3800 W. Starr Pass Blvd
Tucson, Arizona

April 8th, 2025
9:04 a.m.

Reported By:
MAUREEN O. POLLARD, CA CSR #14449, RDR

Videotaped 30(b)(6) Deposition of Tucson Unified School District, by and through RICARDO HERNANDEZ, held at JW Marriott Tucson Starr Pass Resort & Spa, 3800 W. Starr Pass Blvd., Tucson, Arizona, commencing at 9:04, on the 8th of April, 2025, before Maureen O'Connor Pollard, Registered Diplomate Reporter, Realtime Systems Administrator, California CSR #14449.

different curricula, TUSD is claiming $70,982 for the costs associated with Awareity, correct?

A. Correct.

Q. And Awareity is an incident reporting system?

A. Yes.

Q. Has TUSD studied the number of incidents relating to defendants' platforms reported in Awareity?

MR. CUTLER: Object to form. Calls for speculation.

THE WITNESS: I can't say there has been a district study for that, no.

BY MR. RICE:

Q. Has there been any particular study that you're aware of?

MR. CUTLER: Object to form.

THE WITNESS: No.

BY MR. RICE:

Q. And then TUSD is also claiming approximately $577,000 for the costs associated with Talkspace in 2022, correct?

A. Correct.

Q. And TUSD funded Talkspace with COVID relief funding from the federal government,

correct?
A. That's right.
MR. RICE: Let's go to tab 10, which I'll mark as Exhibit 7.
(Tucson-30(b)(6)-Hernandez-7 was marked for identification.)
MR. CUTLER: Should have brought my reading glasses. I'm glad we've got the screen here.
BY MR. RICE:
Q. Exhibit 7 is TUSD's adopted budget for fiscal year 2025, correct, Mr. Hernandez?
A. Correct.
Q. And this is TUSD's most recent budget?
A. No.
Q. What is TUSD's -- what's the most recent budget?
A. There was a revision in the month of December.
Q. Okay. But this is substantively --
A. Correct.
Q. -- the same budget, correct?
A. Yeah. This is substantively the same, yeah.

Q. And one of the goals of the budget is to show what TUSD spends money on, correct?
A. What it intends to spend it on.
Q. What it intends to spend it on?
A. Yes.
Q. And then if we go to page 3, which is titled Maintenance and Operation Fund.
Do you see that?
A. Yes.
Q. And does this page show TUSD's expenditures?
A. Yes. Well, it shows our budgeted expenditures, not our actual expenditures.
Q. And where would we go to look and see the actual expenditures?
A. The district produces an annual financial report in the month of October that will say this is what they budgeted, these were the outlays.
Q. And where does the budget show spending on counselors?
A. That would be wrapped into -- so the way these forms are provided by the Auditor General's Office, they don't break out specific categories, so an auditor -- or, I'm sorry, a

counselor would be considered support services.

So those FTEs in line 2 that say "2100 Students," line 2, and there's 351 FTEs, those would include counselors among other positions that have the same function in our chart of accounts.

Q. Okay. And where would social workers be budgeted?

A. Same category, "2100 Students."

Q. And what about health services?

A. Same.

Q. And that would include -- would it include nurses?

A. Yes.

Q. And then what about the exceptional education department?

A. So if you go down towards the middle of the page, there's a subheading that says "200 and 300 Special education." Those are all the categories of special education that not only include special ed in, I guess, the traditional sense, but also includes our gifted learners, our English language learners. That's just the way -- and then our career and technical education programs. That's just the way that

this budget has to be compiled according to the auditor general.

Q. Okay. And what about the social emotional learning department, where would that be located in the budget?

A. So the social emotional learning department is not funded by maintenance and operations, it's funded by federal funding. So there is a page in the budget that has the listing of all our federal funds.

Again, these are the FTEs in this federal fund, and this is the amount of money that's spent on that federal fund. Social emotional learning is specifically funded from Title IV, and, you know, their expenses would be compiled in there along with the expenses of anything else that we're funding in Title IV.

So that would be page 6 of 8. Hang on. They also don't make these legible, so...

Q. So could you identify the line that would include --

A. The line would be line 3, "160 ESEA Title IV."

Q. And then you said that this -- all of the funding for the social emotional learning

department would be funding that TUSD receives from the federal government?

A. The majority, yeah. But that's what we would be using it for, right.

Q. Is that a grant that TUSD applies for, or is it -- could you explain how that --

A. It's an entitlement, so it's part of Every Student Succeeds Act. So we receive an entitlement just like we get -- you know, most school districts get Title I. We get Title I, II, III, and IV.

And so there are specific activities that each one of the entitlements is required to provide, and the social emotional learning department specifically fits within Title IV.

Q. And then what determines the funding for a particular year, then, for the social emotional learning department?

A. Student counts generally tend to be.

Q. Are there any other factors that the federal government looks to in determining to fund the social emotional learning department?

A. They don't specifically fund the social emotional learning department, they fund Title IV and they have activities in it. Beyond

CERTIFICATE OF COURT REPORTER

I, MAUREEN O'CONNOR POLLARD, Registered Diplomate Reporter, CSR No. 14449 for the State of California, the officer before whom the foregoing deposition was taken, do hereby certify that the foregoing transcript is a true and correct record of the testimony given; that said testimony was taken by me stenographically and thereafter reduced to typewriting under my direction; and that I am neither counsel for, related to, nor employed by any of the parties to this case and have no interest, financial or otherwise, in its outcome.

Dated this 8th day of April, 2025.

_______________________

MAUREEN O'CONNOR POLLARD
CSR No. 14449