# EXHIBIT D

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

******************************

Case No. 4:22-MD-03047-YGR

IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION

MDL No. 3047

******************************

This Document Relates To:

Tucson Unified School District v. Meta Platforms Inc., et a
Case No. 4:24-cv-1382

******************************

Confidential - Pursuant to Protective Order

VIDEOTAPED DEPOSITION OF
REBECCA S. CARRIER

Held At: JW Marriott Tucson
Starr Pass Resort & Spa
3800 W. Starr Pass Blvd
Tucson, Arizona

May 7th, 2025
9:06 a.m.

Reported By:
MAUREEN O. POLLARD, CA CSR #14449, RDR

Videotaped Deposition of REBECCA S. CARRIER, held at JW Marriott Tucson Starr Pass Resort & Spa, 3800 W. Starr Pass Blvd., Tucson, Arizona, commencing at 9:06 a.m., on the 7th of May, 2025, before Maureen O'Connor Pollard, Registered Diplomate Reporter, Realtime Systems Administrator, California CSR #14449.

- - -

A. Yes.
Q. Okay. And because that number of schools with on-site mental health service providers increased, the number of referrals to those on-site mental health service providers also increased?
A. Yes.
Q. Now, I want to talk a little bit about how mental health services for students are funded in TUSD.
Okay?
A. All right.
Q. And so when TUSD has these relationships with these outside mental health service providers, is TUSD still providing funding for those services?
A. No.
Q. Where does the funding come from?
A. So since our partnership started in 2019, there have been four different funding sources.
The first, which is -- the first is AHCCCS, which is the state's -- the state-provided insurance. The second one was a federal Mental Health Block Grant. The third

one comes from an Arizona revised statute. I'm trying to remember what it is. But it's commonly referred to as Jake's Law.

Q. Okay.

A. And the fourth was money that the state got for COVID relief.

Q. Okay.

A. Only one of those funding sources remains.

Q. Okay. So let's break those down.

So you said AHCCCS, and the name for the acronym escapes me, but AHCCCS is an acronym for a state agency that provides medical insurance?

A. Yes.

Q. And then you said there is Jake's Law, which is Arizona funding for mental health?

A. Yes.

Q. There is --

A. Not anymore.

Q. That does not exist anymore.

When did Jake's Law stop being funded?

A. 2023, I believe.

Q. Okay. And then there's a federal

Mental Health Block Grant?
A. Yes.
Q. Do you know the name of that block grant?
A. My understanding is that's the name of the -- it's Mental Health Block Grant.
Q. Okay. And then there was COVID money that the state received from the federal government?
A. For -- yes.
Q. Okay. And you said only one of those remains.
Which one remains?
A. The AHCCCS.
Q. AHCCCS.
Does TUSD also fund mental health services using any ESSER funding, or did it?
A. So ESSER funding had been used to -- had been used to add school counselors and social workers and MTSS coordinators. ESSER funding was the -- the initial primary funding source for the social emotional learning department director and coordinator and curriculum.
Q. Okay. But ESSER funding has now

expired?

A. ESSER funding has expired.

Q. And ESSER funding was never used for these behavioral service -- behavioral health or mental health service providers?

A. It was not used for anything that served, like, individual students.

Q. Okay. And then are Medicaid reimbursements used for any of the mental or behavioral health services?

A. I don't know. Not for the counseling department.

Q. Does -- do the mental health services TUSD provides, are any of those funded by the JUUL litigation settlement?

A. Peripherally in that -- so we're kind of using mental health and behavioral health interchangeably.

And so if we're looking at behavioral health, then yes, the JUUL funding. There's five community health workers that work with individual students with substance-use issues that stem from that, whether it's behaviors or mental health or...

Q. Okay. And in terms of the mental

CERTIFICATE OF COURT REPORTER

I, MAUREEN O'CONNOR POLLARD, Registered Diplomate Reporter, CSR No. 14449 for the State of California, the officer before whom the foregoing deposition was taken, do hereby certify that the foregoing transcript is a true and correct record of the testimony given; that said testimony was taken by me stenographically and thereafter reduced to typewriting under my direction; and that I am neither counsel for, related to, nor employed by any of the parties to this case and have no interest, financial or otherwise, in its outcome.

Dated this 7th day of May, 2025.

Maureen O. Pollard

________________________

MAUREEN O'CONNOR POLLARD

CSR No. 14449