# EXHIBIT E

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

******************************

Case No.
IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION 4:22-MD-03047-YGR

MDL No. 3047

******************************

This Document Relates To:

Tucson Unified School District v. Meta Platforms Inc., et a
Case No. 4:24-cv-1382

******************************

CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER
VIDEOTAPED DEPOSITION OF
ANNA SCHWARTZ WARMBRAND

Held At: JW Marriott Tucson
Starr Pass Resort & Spa
3800 W. Starr Pass Blvd
Tucson, Arizona

May 13th, 2025
9:27 a.m.

Reported By:
MAUREEN O. POLLARD, CA CSR #14449, RDR

A. Yeah, that's me.
Q. So, Ms. Warmbrand, this is your rèsumè, correct?
A. Yes, it is.
Q. And everything here is truthful?
A. Yes.
Q. And with respect to your role as director of student relations, do you have any role with respect to TUSD's desegregation efforts?
A. My budget is partially funded through deseg allocation dollars. So when we had a unitary status plan, there were parts of my job responsibilities that were dictated by that in the desegregation order.
As that is no longer in place currently. That isn't as applicable as it was before.
Q. When the desegregation order was in place, what were your responsibilities with respect to the unitary status plan?
A. My responsibilities currently still remain the same, because we are no longer under that unitary status plan as of mid January, and we have been directed not to change any of our

CERTIFICATE OF COURT REPORTER

I, MAUREEN O'CONNOR POLLARD, Registered Diplomate Reporter, CSR No. 14449 for the State of California, the officer before whom the foregoing deposition was taken, do hereby certify that the foregoing transcript is a true and correct record of the testimony given; that said testimony was taken by me stenographically and thereafter reduced to typewriting under my direction; and that I am neither counsel for, related to, nor employed by any of the parties to this case and have no interest, financial or otherwise, in its outcome.

Dated this 13th day of May, 2025.

______________________

MAUREEN O'CONNOR POLLARD

CSR No. 14449