UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION | MDL No. 3047<br>Case No. #4:24-cv-01382-YGR |
| This Document Relates to:<br>*Tucson Unified School District v. Meta Platforms Inc., et al.*<br>Case No.: #4:24-cv-01382-YGR | **[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION IN LIMINE #2 TO EXCLUDE REFERENCE TO TUSD'S SOURCES OF FUNDING AND HOW TUSD WOULD SPEND A JURY AWARD**<br>Judge: Hon. Yvonne Gonzalez Rogers<br>Magistrate Judge: Hon. Peter H. Kang |

Having considered Plaintiff's motion in limine No. 2, the record, and the applicable law, the Court hereby **GRANTS** Plaintiff's motion in limine as follows:

**IT IS HEREBY ORDERED** that Plaintiff's motion in limine No. 2, to exclude references to TUSD'S sources of funding and how TUSD would spend a jury award, is **GRANTED**.

Defendants are precluded from offering evidence, testimony, or argument (1) that TUSD's reliance on external funding, or its failure to pursue other funding, reduces Defendants' liability or TUSD's damages; and (2) about how TUSD would spend a jury award.

Evidence and argument about the sources TUSD used to fund its staff, services, and programming is not relevant. How TUSD paid to respond to the alleged harms does not bear on whether Defendants caused them. Nor does TUSD's use of external funds negate its claimed losses, because staff time and resources devoted to responding to the alleged harms were diverted from TUSD's educational mission regardless of the funding source. Evidence of funding TUSD did not pursue would require a mini-trial over grant requirements and applications, wasting time and confusing the issues. Likewise, evidence or argument about how TUSD would spend a jury award has no bearing on the measure of compensatory damages and risks, thereby inviting the jury to speculate. To whatever extent any of this evidence has probative value, that value is substantially outweighed by the danger of unfair prejudice, confusion of the issues, misleading the jury, and undue delay. Fed. R. Evid. 401, 402, 403.

**IT IS SO ORDERED.**

Dated: ______________________

______________________________
HON. YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT JUDGE