Thomas P. Cartmell (*pro hac vice*)
Jonathan P. Kieffer (*pro hac vice*)
Austin Brane, SBN 286227
Michael P. Cutler, SBN 270663
**WAGSTAFF & CARTMELL LLP**
4740 Grand Avenue, Suite 300
Kansas City, MO 64112
Tel: (816) 701-1100
tcartmell@wcllp.com
jpkieffer@wcllp.com
abrane@wcllp.com
mcutler@wcllp.com

*Attorneys for Plaintiff* (additional counsel on signature page)

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION,<br><br>This Document Relates to:<br><br>*Tucson Unified School District v. Meta Platforms Inc., et al.*<br><br>Case No. 4:24-cv-1382 | Case No. 4:22-MD-03047-YGR<br><br>MDL No. 3047<br><br>**DECLARATION OF AUSTIN BRANE IN SUPPORT OF PLAINTIFF'S MOTION IN LIMINE NO. 4, TO EXCLUDE EVIDENCE, TESTIMONY, AND ARGUMENT CONCERNING ISOLATED INCIDENTS OF ALLEGED RACISM BY TUSD STAFF OR STUDENTS DIRECTED AT OR NEAR TUSD STUDENTS**<br><br>Judge: Hon. Yvonne Gonzalez Rogers<br><br>Magistrate Judge: Hon. Peter H. Kang |

I, Austin Brane, declare that I am an attorney who has entered an appearance in this coordinated proceeding. I have personal knowledge of the matters contained in this Declaration and, if called upon as a witness, could and would testify thereto. I am over the age of 18 and fully competent to give this declaration.

1. Attached to this Declaration as Exhibit A is a true and correct copy of Exhibit 12 from the deposition of Dr. Gabriel Trujillo (SM_TUSD_00498580).

2. Attached to this Declaration as Exhibit B is a true and correct copy of Exhibit 25 from the deposition of Richard Sanchez (SM_TUSD_00225235).

3. Attached to this Declaration as Exhibit C is a true and correct copy of Exhibit 8 from the deposition of Brian Lambert (SM_TUSD_00195950).

4. Attached to this Declaration as Exhibit D is a true and correct copy of Exhibit 11 from the deposition of Dr. Gabriel Trujillo (SM_TUSD_00367602).

5. Attached to this Declaration as Exhibit E is a true and correct copy of Exhibit 13 from the deposition of Dr. Gabriel Trujillo (SM_TUSD_00498582).

6. Attached to this Declaration as Exhibit F is a true and correct copy of Exhibit 23 from the deposition of Vanessa Aguayo (SM_TUSD_00192840).

7. Attached to this Declaration as Exhibit G is a true and correct copy of Exhibit 29 from the deposition of Julie Shivanonda (SM_TUSD_00434590).

I declare that the foregoing is true and correct under penalty of perjury, under the laws of the United States of America and the State of California.

*/s/ Austin Brane*

**Attorney for Plaintiff TUSD**

Dated: October 16, 2026

Respectfully Submitted,

**WAGSTAFF & CARTMELL LLP**

*/s/ Austin Brane*
Austin Brane

Thomas P. Cartmell (*pro hac vice*)
Jonathan P. Kieffer (*pro hac vice*)
Austin Brane, SBN 286227
Michael P. Cutler, SBN 270663
**WAGSTAFF & CARTMELL LLP**
4740 Grand Avenue, Suite 300
Kansas City, MO 64112
Tel: (816) 701-1100
tcartmell@wcllp.com
jpkieffer@wcllp.com
abrane@wcllp.com
mcutler@wcllp.com

Kirk J. Goza (*pro hac vice*)
Brad Honnold (*pro hac vice*)
**GOZA & HONNOLD LLC**
9500 Nall Ave., Ste 400
Overland Park, KS 66207
Tel. (913) 451-3433
kgoza@gohonlaw.com
bhonnold@gohonlaw.com

Joseph G. VanZandt (*pro hac vice*)
Davis Vaughn (*pro hac vice*)
Jennifer Emmel (*pro hac vice*)
Clinton Richardson (*pro hac vice*)
Seth Harding (*pro hac vice*)
**BEASLEY ALLEN CROW**
**METHVIN PORTIS & MILES, LLC**
234 Commerce Street
Montgomery, AL 36103
Tel: 334-269-2343
Joseph.VanZandt@BeasleyAllen.com
Davis.Vaughn@BeasleyAllen.com
Jennifer.Emmel@BeasleyAllen.com
Clinton.Richardson@BeasleyAllen.com
Seth.Harding@BeasleyAllen.com

***Counsel for Plaintiff Tucson Unified School District***

I, Austin Brane, hereby attest, pursuant to N.D. Cal. Civil L.R. 5-1, that the concurrence to the filing of this document has been obtained from each signatory hereto.

**Dated:** October 16, 2026

By: /s/*Austin Brane*

**Austin Brane**

## CERTIFICATE OF SERVICE

I hereby certify that I filed the foregoing on October 16, 2026, using the Court's ECF filing system, thereby sending notice of the filing to all counsel of record.

By: /s/*Austin Brane*

**Austin Brane**