# EXHIBIT A

Message

**From:** Trujillo, Gabriel [Gabriel.Trujillo@tusd1.org]
**Sent:** 4/29/2022 11:49:15 AM
**To:** Taylor, Martha [Martha.Taylor@tusd1.org]; Brown, Kinasha [Kinasha.Brown@tusd1.org]
**Subject:** FW: Unadressed Racism in TUSD
**Attachments:** Sabino-EDI (1) (1).docx

*FYI*


**Gabriel Trujillo, Ed.D. | Superintendent**
Tucson Unified School District
1010 E 10th Street, Tucson, AZ. 85719
Phone: 225-6282 | Fax: 225-6419
gabriel.trujillo@tusd1.org
**Delivering Excellence in Education Every Day**
**Grow • Reach • Succeed**

This is where
Students love to Learn
Teachers love to Teach
and People love to Work
We are Tucson Unified

TUCSON UNIFIED
SCHOOL DISTRICT


---

**From:** Lorraine Richardson <lhrichardson2000@yahoo.com>
**Date:** Tuesday, April 26, 2022 at 5:41 PM
**To:** Kelly Langford <kellangfo@aol.com>, "vicki.balentine@gmail.com" <vicki.balentine@gmail.com>, "rebeccamontano@aol.com" <rebeccamontano@aol.com>
**Cc:** Rubin Salter <rsjr3@aol.com>, "Trujillo, Gabriel" <Gabriel.Trujillo@tusd1.org>, "Kenosiakinasha.brown@tusd1.org" <kenosiakinasha.brown@tusd1.org>, "Ross, Robert" <Robert.Ross@tusd1.org>
**Subject:** Unadressed Racism in TUSD

**CAUTION [EXTERNAL EMAIL]:** This email originated from outside of the TUSD organization. Do not click on links or open attachments or reply unless you recognize the sender and know the content is safe.

Dear Monitoring Committee:

I am writing at the direction of Mr. Salter to request a meeting with you to discuss the ongoing and escalating racism in Tucson Unified School District. The purpose of the meeting would be to discuss some specific issues as well as the overall disregard of the Unitary Status Plan.

The first issue concerns the activity at three schools - Sabino High School, Sahuaro High School and Magee Middle School. In August, several community members met with the principal at Sabino to discuss the establishment of a Turning Points USA Club at the school and several incidents of overt racism. As a result of complaints from parents, students and the community, the Department of Equity, Diversity and Inclusiveness conducted a campus review. The attached report outlines the findings. What we would like to know is what action was taken to alleviate the situation.

The situation at Sahuaro High school is also ongoing and last week on April 20, 2022, the principal, Bobby Estrella, held a parent meeting to address the situation. We would like to know what kind of support and assistance TUSD is providing the school.

On April 25, 2022, a group of students at Magee Middle School staged a protest to bring attention to mistreatment by teachers and staff. Again, the principal is working with parents and staff to address the issues, and we would like to know how the District plans to assist and support the students and administration.

EXHIBIT 12
WIT: Trujillo
DATE: 5/8/25
Maureen O. Pollard, RDR

The next concern is the appointment of the new principal at Borman Elementary. Although the School Site Committee interviewed all applicants and recommended current assistant principal, Veronica Bonner, the District initially decided not to include her in the final interview process. It was not until outcry from the school community that they included Ms. Bonner in the final interview process. However, despite the fact she came in second in the process, Dr. Trujillo recommended a different candidate. In spite of letters from the Site Council, teachers, the retiring principal and the General of Davis Monthan, on April 22, 2022, the Board voted to appoint Brian Huss, assistant principal at Pistor Middle School to the position. The District went out of its way to deny this African American woman, the position, in spite of her successful three year tenure as Assistant Principal and the support of the Borman Community.

A final issue concerns an Intent to Terminate an African American bus monitor. On March 10, 2022 a student on the bus had fallen asleep and when the students were dropped off at Magee, He had fallen asleep and was lying down in the back and the driver and monitor did not realize he was still on the bus. After a quick stop at a convenience store to use the bathroom, they discovered that he was still on the bus and took him to Magee. At the most, he was unsupervised for five minutes. The driver reported the incident to Transportation and the two of them were interviewed and the monitor was placed on administrative leave with pay, pending an investigation. Additionally, her District email was shut down. On March 20, 2022, the bus monitor was interviewed by Officer Torress of School Safety and he told her that she would hear from her supervisor on Monday, April 4, 2022. This did not happen and on April 7, 2022, she wrote an appeal and took it to Employee Relations. They told her they couldn't accept the grievance and said she needed to take it to her supervisor. Finally, on April 18, 2022, more than thirty school days after the incident, she received a letter of Intent to Terminate with a meeting set for April 25, 2022.

The letter stated that as a result of the investigation and a review of the tapes from several days, they had decided to move for termination rather than initiating progressive discipline. There was no clarification of why an investigation of an incident on March 10, 2022 resulted in the review of video from several days prior to the incident. Nor was the monitory given the opportunity to review the tapes. When this was brought to their attention, the Termination Meeting was suspending so that she and her representative can review the tapes., because the monitor had not been given the opportunity to review the tapes being used against her. We have several concerns about this situation. First the reason to expand the investigation of an incident on March 10, 2022 to a review of video tapes from several days is not clear. The decision to forgo progressive discipline for an employee who has had no prior disciplinary issues is disturbing. We are concerned that it might be retaliatory due to a previous complaint to Employee Relations about on-going harrassment.

These situations are just a snapshot of the mistreatment of African American students and staff in TUSD and we would like to meet as soon as possible. You may contact me by email or at 520-577-7452 to set up a meeting.

Sincerely,

Lorraine H Richardson, PhD

***Lorraine H. Richardson***

| | |
|---|---|
| **Prod Begin** | SM_TUSD_00498580 |
| **Prod End** | |
| **ALL - All Custodians** | Brown, Kinasha;Trujillo, Gabriel |
| **ALL - Author** | Trujillo, Gabriel |
| **FILE - Date Modified** | 3/9/2024 |
| **FILE - File Name** | 00000000AF4BBED3FE4A214DB84053157A434DDE64832800.MSG |
| **ALL - Title** | |
| **ALL - All Paths** | Brown, Kinasha \| \Exchange\Kinasha.Brown@tusd1.org-3.pst\Kinasha.Brown@tusd1.org (Primary)\Top of Information Store\Inbox\Archived January - December 2022;Brown, Kinasha \| \Exchange3\Kinasha.Brown@tusd1.org-3.pst\Kinasha.Brown@tusd1.org (Primary)\Top of Information Store\Inbox\Archived January - December 2022;Trujillo, Gabriel \| \Exchange\Gabriel.Trujillo@tusd1.org-11.pst\Gabriel.Trujillo@tusd1.org (Primary)\Top of Information Store\Sent Items |