# EXHIBIT B

TUCSON UNIFIED
SCHOOL DISTRICT

**Office of Regional Assistant Superintendent**
**1010 E. 10th Street ♦ Tucson, AZ 85719 ♦ (520) 225-6330 ♦ (520) 225-6178 (fax)**

September 10, 2020

Mailed- Delivered
Sent Via Email (9.10.20)

Dr. Anne Dudley, Teenage Parent Partnership High School (TAPP) Principal
1060 W San Nicolas Circle
Tucson, AZ 85704

Re: Notice of Intent to Impose Discipline—Suspension without Pay

Dear Dr. Dudley:

Pursuant to Policy GCOC of the Governing Board Policy, please be advised that I have scheduled a meeting for September 17, 2020, at 11:30 a.m. via Zoom (Zoom invite will be sent to you). At this meeting, I intend to impose a suspension of ten (10) days without pay. You are entitled to representation at our meeting.

The Suspension without Pay is being issued as a result of the following unprofessional conduct:

On August 19, 2020, I received a "forwarded" email from my administrative assistant, which was sent to her by Ms. Erin Murphy. Ms. Murphy email also included Dr. Gabriel Trujillo and Tucson Unified Governing Board members. In Ms. Murphy email, she is alleging that on August 19, 2020 you held a faculty Zoom meeting and used the n-word (N*****). Her claim is that you used the "six letter, two syllable racist slur, not the sanitized "n-word". On August 24, 2020 you were provided an opportunity to respond to these allegations. You reported on August 28, 2020

The meeting in question was called to address specific staff concerns and TUSD policy about proper responses to student use of racially inflammatory language on campus. I have previously provided you the PowerPoint slides used during the meeting. I did say the "n-word" during the meeting. The word was said out loud as an example of a racial word that should not be used on campus. Prior to using the word, I stated "I am going to say the word." It was not directed toward anyone, it was not used to harm anyone, and it does not define or express my feelings about anyone on the TAP campus, in our community or in the larger world.

My intention was not to upset, harm or offend, but to clarify that as an administrator I would work with staff to mitigate racial slurs or other harmful words towards anyone on campus. I have never used a racial slur or innuendo toward anyone in my professional or personal life and my stating the "six letter, two syllable, not the sanitized "n-word," was purely a statement that we would not be using it on campus. Unfortunately, students do utter the word on occasion, and I wanted staff to be prepared to deal with such a situation.

I am now aware that the use of the word, even in this context may have been harmful to members of my staff, and for that I apologize and sincerely express my commitment to work to repair any harm I may have caused.

EXHIBIT 25
WIT: Sanchez
DATE: 5/16/25
Maureen O. Pollard, RDR

After considering your comments and all the evidence, I have determined that the evidence is sufficient to find that your behavior specifically violates Governing Board Policy/Regulation

GBEA (Staff Ethics)

- "All employees of the District are expected to maintain high standards in their school relationships. These standards must be idealistic and at the same time practical, so that they can apply reasonably to all staff members. The employees acknowledge that the schools belong to the public they serve for the purpose of providing educational opportunities to all. However, every employee assumes responsibility for providing leadership in the school and community. This responsibility requires the employee to maintain standards of exemplary conduct. It must be recognized that the employee's actions will be viewed and appraised by the community, associates, and students. To these ends, the Board adopts the following statements of standards."
- Supports the principle of due process and protects the civil and human rights of all individuals.
- Maintains just, courteous, and proper relationships with students, parents, staff members and others.
- Implements the Governing Board's policies and administrative rules and regulations.

Staff Conduct (GBEB-R1):

- Physical or verbal abuse of, or threat of harm to, anyone.
- Use of profane or abusive language, symbols, or conduct. Conduct or speech that violates commonly accepted standards of the District and that, under present circumstances, has no redeeming social value.

(Copy attached).

I therefore intend to impose a ten (10)-day Suspension without Pay at this time. Pursuant to Policy GCOC, I have determined that your misconduct was so severe as to warrant skipping on or more steps of progressive discipline and moving for immediate suspension without pay.

Please be advised that retaliation or harassment is strictly prohibited and is grounds for a separate disciplinary investigation. To avoid any such allegation, I recommend that you not speak to the complainant about this subject.

Sincerely,

*Richard H. Sanchez*

Richard Sanchez, Regional Assistant Superintendent

ACKNOWLEDGMENT OF RECEIPT: DATE:

________________________________

Dr. Anne Dudley, TAPP-Principal

Enclosures: as stated
cc: Executive Director, Human Resources
Assistant Superintendent or Chief

| | |
|---|---|
| **Prod Begin** | SM_TUSD_00225235 |
| **Prod End** | SM_TUSD_00225236 |
| **ALL - All Custodians** | Sanchez, Richard |
| **ALL - Author** | twarren |
| **FILE - Date Modified** | 9/10/2020 |
| **FILE - File Name** | Notice of Intent to Impose Discipline (Dudley).doc |
| **ALL - Title** | |
| **ALL - All Paths** | Sanchez, Richard \| \Sanchez, Richard\Exchange\Exchange-3.pst\Richard.Sanchez@tusd1.org (Primary)\Recoverable Items\Purges |