# EXHIBIT C

EXHIBIT
8

Kinasha Brown, Assistant Superintendent for Equity, Diversity & Inclusiveness,
and Brian Lambert, Regional Assistant Superintendent Silverbell Region,
and Interscholastic Department Tucson Unified School District
1010 East 10th
Tucson, AZ 85710

**Subject:** Request for Immediate Appeal of Unwarranted and Discriminatory Suspension of SII SII Tucson High Magnet School

Ms. Brown and Mr. Lambert:

This letter is to appeal the unwarranted and discriminatory interscholastic suspension of my son- SII from participating on the Tucson High Magnet School Varsity Basketball team for one month. As I hope to make clear in this letter, the imposed suspension is unjustified and discriminatory based on race. As an African American student SII belongs to a protected racial class; one which has for decades suffered at the hand of severe over-representation in the area of discipline within TUSD. SII is a good student and a starter on the THMS varsity basketball team. He is respectful and has not been disciplined by school officials until the current situation. I request that an immediate disciplinary hearing be conducted to afford my son **due process** and allow for the exposure of the facts so that the interscholastic suspension is immediately reversed. In providing oversight of the Civil Rights and Interscholastic areas, you may find it appropriate to reverse the unwarranted suspension based on the facts presented below without needing a hearing.

<u>Background/Facts:</u> The THMS Varsity Basketball team played Buena H.S. on November 29, 2022, on their campus. During the game, the Buena H.S. team members and several Buena H.S. spectators taunted the THMS Varsity Team players by screaming racially dehumanizing slurs (monkey/ape). I witnessed the conduct firsthand, as did the THMS staff and players. I sat close to spectators who were uttering racist taunts, which forced me to move to another area. No staff member from Buena H.S. intervened to stop the racial taunting. My son did not respond to the taunting during the game.

After the game, SII made a statement in response to the taunting while in the locker room. He said, "Who is the "N"- b_ _ _ _ now?" His action was <u>videotaped</u> by <u>another</u> student, who subsequently posted it on TikTok. **Let me stress that SII did not post the video.** He understands that his verbiage was inappropriate and has sincerely apologized for his actions. I believe the student who posted the video received a one-day suspension.

On December 1, 2022, I received a letter informing me that SII was suspended from playing on the THMS Varsity Team for one month. **The letter provides NO information about SII s due process rights, including the procedure to appeal said disciplinary action.** I did contact Ms. Desire Wheeler, Interscholastic Director, via telephone and inquired about the process to appeal

the suspension. Ms. Wheeler told me to write and mail a letter to appeal the suspension. I asked if an email was sufficient, and I was told to mail a letter. (Of course, since Tucson mail is routed to Phoenix for distribution by zip code, the mailing process is time-consuming and unsuitable to support a timely due process.) I will email and hand-deliver my correspondence. I was not provided with written TUSD Board-sanctioned policies or procedures relative to interscholastic disciplinary action and the appeal process. I have not found any on the TUSD website. **The absence of such information violates SII's due process rights (as well as any other athlete suspended from participating in their sport).**

The Inconsistency in Consequences for the Use of Profanity/Racial and Gender Slurs:
I am not defending my son's inappropriate verbiage while he was in the locker room after the November 29th basketball game. The slurs he used in his posed sarcastic inquiry are not acceptable. However, the circumstance must be examined within the full context, considering his due process rights and the lack of consistency in dealing with such verbiage within TUSD. SII apologized for the language he used, and it was most sincere. What I challenge is the superficial examination of the matter (no investigation), the lack of policy/procedure information that has been provided to SII and me- resulting in the **absence of his due process rights**, and the flippant "direction" with which I was provided to appeal the suspension by writing a letter and mailing it without any further specifications.

Moreover, there is a drastic inconsistency in dealing with students and staff who use the same terms SII uttered after the basketball game in the locker room. **For example, currently, the "N" word is regularly uttered in classrooms and on the campus by students (likely inclusive of athletes) at THMS, and teachers and staff mostly ignore the misconduct. This situation seems widespread throughout TUSD schools, and I know of no instance when a suspension has been a consequence.** Students used the same racial slur toward an African American teacher at Pueblo High School this school year without any disciplinary consequence. **Last school year, a THMS coach referred to a male student as a "b " and also used a defaming homophobic slur. The incident was videotaped and widely circulated. The coach remained in his position for months until the video found its way to individuals who complained that the same coach had been terminated from Sunnyside School District for similar behavior. It was months after the incident, and it is said he resigned.** How can THMS students be expected to believe that using slurs is inappropriate when one of the coaches (role models) did so without swift consequence?

I in no way condone the use of any of these terms or any other terms that dehumanize individuals based on race, ethnicity, gender, sexual orientation, religion, etc. However, when the consequences for using such terms are as drastically inconsistent as in TUSD, the application of consequences is apt to be unequal and discriminatory, such as in the case of SII Also, the absence of due process further lends itself to unequal and discriminatory treatment, which I believe is the case in what has taken place with SII

SII is a good student and an excellent athlete. What has occurred with him has been demoralizing in many ways. The basketball season is brief, and an unreasonable and unwarranted amount of time out of the game will adversely impact SII significantly. I urge you to deal with

this matter immediately. I expect that you will both move quickly to address this situation. You may contact me at SII Thank you for your serious consideration of this matter.

Sincerely,

SII

Copies:
Dr. Gabriel Trujillo, Superintendent- Gabriel.Trujillo@tusd1.org;
Mark Alvarez, Assistant Superintendent- mark.alvarez@tusd1.org;
Robert S. Ross General Counsel, Jr.- Robert.Ross@tusd1.org; –
Desire Wheeler, Interscholastics Director - Desire.Wheeler@tusd1.org;
Elizabeth Rivera THMS Principal Elizabeth.Rivera@tusd1.org,
Eric Langford THMS Head Basketball Coach coachlangfordbb@gmail.com,
Assistant Kinasha Brown, Superintendent for Equity, Diversity & Inclusiveness
kinasha.brown@tusd1.org
Brian Lambert

TUCSON UNIFIED
SCHOOL DISTRICT

INTERSCHOLASTICS DEPARTMENT
Desire Wheeler, Director
3645 East Pima Street
Tucson, Az 85716
(520) 232-8650
(520) 232-8656 FAX

December 1, 2022

To the Parent/Guardian of SII

I am writing to inform you that your son, SII violated the TUSD Student-Athlete Code of Conduct. Prior to athletic participation, all athletes and parents must read and sign the TUSD Athletic Code of Conduct which provides an attestation of adherence; we are in receipt of your signed copies. After reviewing the video that was posted on the social media platform Tik Tok, it has been decided that SII s actions displayed poor sportsmanship and the use of multiple words of profanity. Per the Athlete Code of Conduct, "an athlete is expected to conduct themselves on any online social media as he/she is expected to behave in person."

Due to this incident, SII will serve a 1-month suspension from all games in December. He will be allowed to practice with the team. Please know that during the suspension period, he is not allowed to travel nor suit up for any games. As a new athlete to TUSD, he is also required to attend a series of workshops that are facilitated by Positive Coaching Alliance.

If you have any questions or concerns, please contact me at 520-232-8650.

Desire Wheeler
Director of Interscholastics
Tucson Unified School District
520-232-8650

INTERSCHOLASTICS

Gmail Ms. Kisha <dreambuildersofaz@gmail.com>

## video

**Rivera, Elizabeth** <Elizabeth.Rivera@tusd1.org> Thu, Dec 1, 2022 at 9:34 AM
To: SII "Miller, Stephanie" <Stephanie.Miller@tusd1.org>, "Langford, Eric" <Eric.Langford@tusd1.org>

Good morning, SII

We can discuss further when we see you at 1:00 pm today.
The decision for consequences on the athletic side doesn't come from the school. It is a district and Interscholastic decision.
The school consequence is a Level II in TUSD code of conduct for misuse of telecommunication device while at a school sponsored event on the internet & locker room, and the profanity.

Interscholastic has a code of conduct regarding sportsmanship. TUSD Interscholastic Dept has the authority to issue athletes a consequence for violations separate from the school consequence.

I would appreciate you reporting the racial slurs made toward SII to the Buena administration, and athletic department.
It is absolutely necessary for them to know as soon as possible. If you need assistance in this, we can make the report today when you are in the office. I will need all the details from SII and jersey number if it was another athlete who made the slurs. It is also important that he notify his coach immediately during the game so it is documented and followed up by his coach and our Athletic Director.

I look forward to seeing you today and working through this challenging situation.

**Elizabeth A. Rivera, Principal**
**Tucson High Magnet School**
**400 N 2nd Ave**
**Tucson, AZ 85705**
**520-225-5004**



**From:** SII
**Sent:** Wednesday, November 30, 2022 10:54 PM
**To:** Rivera, Elizabeth <Elizabeth.Rivera@tusd1.org>; Miller, Stephanie <Stephanie.Miller@tusd1.org>; Langford, Eric <Eric.Langford@tusd1.org>
**Subject:** Re: video

Download full resolution images
Available until Dec 30, 2022

I heard that the discussion tomorrow is possibly regarding SII and SII being suspended games for the TikTok post and I will request that Tucson High Administrators rethink the message that you are wanting to send to your student athletes, their parents and the community at large. I understand that consequence was being reprimanded by the coach. The boys were given their warning today and explained about social media posts. SII has posted a public apology as I advised and he now understands not to post anymore silliness that can be misconstrued. So now to excessively over punish the two darker skinned black children appears discriminatory and highly abusive because this is a teaching moment not a targeting agenda. These boys do not get into any trouble, they are polite and respectful. So to take a competitive event where athletes, parents, coaches, fans and refs curse on a regular and say for one isolated event where the student section was taunting SII calling him names and even called him a Monkey. For you to take such a heated exchange and based on a curse phrase to suspend athletes is disheartening and sends the wrong message. I am not excusing anything done, as an ex professional athlete I've sadly done worse in the heat of battle. We have to use teaching moments for improvement and grace not being overly severe for a normal gesture of a heated war that they banned together and won. I would hate to feel the need to protect my son against the very school he threatened his eligibility to play for. This is the time that you ensure the warning is understood and you encourage the freedom of expression in a positive manner. Their expression was not fighting, it was not threatening, it was a celebration that got silly and exposed... so do I need to now call Buena's principal and report their fans for calling my son a Monkey. I found it highly offensive and the other derogatory things being said? To be still discussing this after the warning and public apology is too much stress and drama. To single kids out is discriminatory because there are other means of fair and equitable treatment and I demand it in this case. I was on board this afternoon after speaking to Ms Rivera who explained to me that this was a simple talking to. I offered the public apology and agreed to let the coach handle it. But to hear of game suspensions I am not on board with this and now I'm

questioning my decision to let my son play for a program that would NOT exhaust all positive possibilities to positively issue a consequence after targeting only the black athletes when clearly the whole team was celebrating. I hope I am wrong and have misconstrued the information I got. I like to be a fan and will be the first holding my son accountable for his actions. I will also be the one standing up for his rights and fair treatment. I hope this gets resolved fairly and without legal involvement.
Thank you.

Respectfully

SII

Sent from my iPhone

On Nov 30, 2022, at 9:31 AM, Rivera, Elizabeth <Elizabeth.Rivera@tusd1.org> wrote:

[Quoted text hidden]



Click to Download
v12044gd0000ce3d8tjc77ufgc5aom10.MP4
0 bytes

| | |
|---|---|
| **Prod Begin** | SM_TUSD_00195950 |
| **Prod End** | SM_TUSD_00195955 |
| **ALL - All Custodians** | Schwartz-Warmbrand, Anna |
| **ALL - Author** | |
| **FILE - Date Modified** | 12/6/2022 |
| **FILE - File Name** | REDACTED request to TUSD urgent.pdf |
| **ALL - Title** | |
| **ALL - All Paths** | Schwartz-Warmbrand, Anna \| \SharePoint\Schwartz Warmbrand, Anna.zip\anna_schwartzwarmbrand_tusd1_org\Documents\EDI PLC and Straegic PLan |