# EXHIBIT D

Message

**From:** Trujillo, Gabriel [Gabriel.Trujillo@tusd1.org]
**Sent:** 9/10/2022 11:28:39 AM
**To:** Rincon, Josephine [Josephine.Rincon@tusd1.org]; Alvarez, Mark [Mark.Alvarez@tusd1.org]
**Subject:** Re: Truancy and Racism Challenges at Pueblo High School

*Good afternoon and thank you for bringing these concerns to our attention,*
*First I will begin by noting that the district is no longer under court supervision and is in fully unitary status. Though Dr. Richardson's support and advocacy for African American students at Pueblo is appreciated and valued, she does so as a community member and respected leader in the African American community and not as a Plaintiff's Representative. Secondly, the concerns you have noted about truancy are within the jurisdiction and authority of the Pueblo High School administration. Mr. Rosthenhausler should be given an opportunity to meet with you regarding these concerns. Additionally, he has every opportunity to request additional resources through Mr. Alvarez and myself. Lastly, and most seriously, you are noting instances of the racial harassment and bullying of the school's Dean. Now having knowledge of this alleged incident, I will be asking our Student Relations Director Mrs. Anna Warmbrand Schwartz, along with a representative of the Equity Diversity and Inclusion Department, to investigate the incident you have noted. This investigation will include an interview with Mr. Hoskins as well as a formal notification to Mr. Rosthenhausler that an alleged violation of the Governing Board's non-discrimination Policy AC has potentially occurred.*

**Gabriel Trujillo, Ed.D. | Superintendent**
Tucson Unified School District
1010 E 10th Street, Tucson, AZ. 85719
Phone: 225-6282 | Fax: 225-6419
gabriel.trujillo@tusd1.org
**Delivering Excellence in Education Every Day**
**Grow • Reach • Succeed**

This is where
Students love to Learn
Teachers love to Teach
and People love to Work
We are Tucson Unified

TUCSON UNIFIED SCHOOL DISTRICT

---

**From:** "Rincon, Josephine" <Josephine.Rincon@tusd1.org>
**Date:** Thursday, September 1, 2022 at 10:19 AM
**To:** "Trujillo, Gabriel" <Gabriel.Trujillo@tusd1.org>, "Alvarez, Mark" <Mark.Alvarez@tusd1.org>
**Subject:** Truancy and Racism Challenges at Pueblo High School

September 1, 2022

Dear Dr. Trujillo and Mr. Alvarez:

I am writing to seek your support and guidance regarding an incident I witnessed yesterday at Pueblo High School. About 20 minutes into my planning period, I heard a loud angry voice say, "N*#!@!" about two times. Assuming that this was some sort of a conflict between two students, I rushed out of my room to address the situation. To my surprise it was a student -surrounded by five other students- who was verbally assaulting our dean with this blatant racism. I asked one of my students in the group, "What is going on here? And why are

EXHIBIT 11
WIT: Trujillo
DATE: 5/8/25
Maureen O. Pollard, RDR

you not in class?" The group ignored me and continued walking down the hallway. Mr. Hoskins, our new dean, courageously followed them. I immediately emailed Ms. Martinez for support.

When I processed the situation with Mr. Hoskins, he was understandably upset, not for himself but for the Black students on our campus. If this group had the audacity to bully a respected adult, they wouldn't hesitate to harass one of our Black students. When I asked if this kind of interaction had happened before, Mr. Hoskins shared that students make racist remarks (in anger) at him almost daily and run away.

About 10 minutes later when Mr. Hoskins and I went to check the hallway again, we came across the same group (now 30 minutes out of class). I texted Mr. Rosthenhausler the following, but he has not replied:

"Please come up and clear the hallways. Two of us tried to clear the hallways at the beginning of the period. One of the two was the new dean. In his efforts to clear the hallway he was verbally assaulted with all sorts of awful racist names. The kids walked away, basically getting away with their racism. Then they came back again. Our new CSP tried to sweep them away. Here they are again in the hallway loud and laughing. We have a real problem on this campus."

In the American legal system there are words that are considered "fighting words" and the "n" word is one of them. If these and other students get the message that they can speak this way, I am very concerned that this could deeply divide our campus and have a violent outcome. Furthermore, any kind of rationale from an adult like, "This is just how kids speak today...It is in their music and shows" completely undermine the gains TUSD made under the Desegregation Order.

Later in the day during professional development, I learned that the same group of students walked into a second-year teacher's class and loudly interrupted instruction. When she asked them to leave, they laughed at her and one of the students taunted her and said, "What are you going to do about it? What are you going to do?"

To be clear these six students weren't the only students walking around the hallway. This wasn't a rare day of students wandering around the school during class. And this wasn't the first time our administration has been called to secure the hallways. These claims are evident in the vandalism, the daily smell of "pot" in the bathrooms, and four false fire pulls.

The reality is that Pueblo does not have enough adult supervision for a campus of 2,000 students. We still don't have working cameras to help those tasked with securing the hallways. In violation of the original Desegregation Order the percent of "new to the profession" teachers is too high. Three out of four of Pueblo's administrators are new to leadership. Given this context, the current site plan to address truancy is ineffective. The students know there isn't enough adult supervision, and too many students are taking advantage of the situation. Recently TUSD purchased a social emotional curriculum to address challenges of this sort. But if students continue wandering the hallway during class, it won't reach the students who are most in need of this training.

To be clear Mr. Hoskins has no knowledge of this letter. I am writing because my loyalty is to our students and parents who depend on us to create a physically and psychologically safe learning environment. If Mr. Rosthenhausler wishes to speak with me regarding this letter, I will gladly do so with one of the Desegregation Lawsuit Plaintiff Advocates and an AFT representative present.

But instead of any kind of a meeting with me, Mr. Rosthenhausler should find and hold the students involved in today's incident accountable. Per TUSD Policy their behavior was a level three violation. I would also

recommend that these students attend an anti-racism workshop after school which I am sure can be arranged through TUSD's Equity Department, Mexican American Studies or even the new social emotional curriculum.

I understand and support the goal of Pueblo's administrators being in classrooms all day. But getting order in the hallways during class must be the priority right now. At this point, Pueblo needs a different hallway security plan or we will lose teachers. Today Ms. Martinez sent an email stating that she and Mr. Rosthenhausler would be in the hallways all day. That is good start, but we need an adult presence in every hallway for the next two weeks. Especially because we don't have working cameras, this is overdue and necessary to convey a clear and consistent message that students are expected to be in class. AND if they choose to ignore adults, become belligerent, or run away, they will be held accountable. Part of this plan must also include several strategies to maintain security in the hallways and meet TUSD's attendance goals. For example, we ought to be reaching out to groups like AmeriCorps or creating a Parent Patrol to help with hallway supervision or restorative workshops after school.

Pueblo has serious challenges, but we are fortunate in that Dr. Richardson, a Desegregation Order Plaintiff Advocate, knows our community and campus very well and would be an excellent source to help Mr. Rosthenhausler work through the pervasive racism and truancy that undermine our school.

Sincerely,
Josephine Rincón

| | |
|---|---|
| **Prod Begin** | SM_TUSD_00367602 |
| **Prod End** | |
| **ALL - All Custodians** | Alvarez, Mark;Trujillo, Gabriel |
| **ALL - Author** | Trujillo, Gabriel |
| **FILE - Date Modified** | 9/10/2022 |
| **FILE - File Name** | 000000005C9768629487374CBD3822230A9B871FC4512D00.MSG |
| **ALL - Title** | Re: Truancy and Racism Challenges at Pueblo High School |
| **ALL - All Paths** | Alvarez, Mark\|\Alvarez, Mark\Exchange\Exchange-13.pst\Mark.Alvarez@tusd1.org (Primary)\Top of Information Store\Inbox;Trujillo, Gabriel\|\Exchange\Gabriel.Trujillo@tusd1.org-12.pst\Gabriel.Trujillo@tusd1.org (Primary)\Top of Information Store\Sent Items |