# EXHIBIT E

# Department of Equity, Diversity, and Inclusiveness (EDI)

## Culture and Climate Support Report

Department of Equity, Diversity, and Inclusiveness (EDI) will provide leadership, assistance, resources, and supports for all TUSD schools to enhance and ensure policies and practices aligned to best practice EDI principles.

***Department of EDI Mission:***

To serve our students and families to the highest potential, ensuring the learning, development, and academic success for every student. We will achieve our mission by pursuing diversity through desegregation, integration, and equity of opportunity districtwide, and by eliminating the manifestations of racism, discrimination, and prejudice.

***Department of EDI Vision:***

Anchoring our work in our core values, we will model, advocate, support and develop integrative systems of programs and practices to ensure equitable learning opportunities and school communities of care and support in which every TUSD student experiences a world class education and succeeds.

***Introduction:***

Sabino High School is nestled in north Pima County along the Santa Catalina mountains. The campus has the feel of a college preparatory school, with a full complement of Advanced Placement (AP) classes. Sabino has garnered a National Blue-Ribbon Award.
Advanced Placement classes allow students to test for college credit upon completion of the course. Sabino High School offers 17 AP classes, includingWorld History, US History, Macroeconomics, Microeconomics, Biology and Chemistry,and AP Computer Science among others. The Career and Technical Education department offers Graphic Design, Digital Communications, Computer Science, and Sports Medicine ([ HYPERLINK "https://sabinohs.tusd1.org/" ]).

On August 22, 2021, the Department received a community complaint regardingTPUSA club activities at Sabino High School. The complaint highlighted that, because of the activity, a student was experiencing emotional trauma.

A second community complaint was received on August 25, 2021,regarding TPUSA club activities at Sabino High School. The second complaint did not speak to student experience at Sabino but did express a concern regarding TPUSA political activities and how such could affect property values in the community.

***The Process:***

- In response to the community complaints, members of the EDI teamvisited Sabino High School toinvestigate the allegations of both complaints and reach out to Sabino administration as an ally in providing EDI supports to the campus.

EXHIBIT 13
WIT: Trujillo
DATE: 5/8/25
Maureen O. Pollard, RDR

- The EDI team met with Sabino administration to collaboratively develop a plan to gauge culture and climate using an inclusive approach.
- Four student forums were scheduled: 2 (September 10) and 2 (September 14).
- For calibration, facilitators were provided with a set of pre-determined open-ended questions to facilitate organic conversations.Members of the EDI team served as transcribers during the student forums.
- September 20, 2021, the EDI team met to debrief and review the notes collectively to draft recommendations to share with Sabino High School and executive administration.
- September 29, 2021, report presented to Superintendent and Regional Superintendent for Sabino High School.

***Findings:***

- Students and teachers have experienced a culture and climate where racist remarks, jokes, and gestures are the "norm" among students. Derogatory remarks, jokes, and gestures are directed toward race, gender, and sexuality.
- Social media used as a platform for TPUSA ideology.
- Political activity by student group, specifically TPUSA,is intimidating to some students.
- Generalized instances of discriminative behavior by student'smember of TPUSA
- Counseling services are fragmented and do not address social-emotional needs.
- Social class divisions: students received varied support based onenrollment in AP, Honor, and regular classes.
- Some students gave concrete examples of positive teacher relationships.
- Some students see classroom management as an issue: describing behavior as disrespectful, disruptive (mask issue), offensive, and no rules or expectations.
- Inconsistent enforcement of rules: dress code, behavior, and classroom management.

***Recommendations:***

- Prioritization and implementationresearch-basedCulture and Climate program focused on inclusion.
- Engage Sabinoadministrators, teacher and staff in EDI training and provide resources to support and sustain:
  - Allyismtraining for teachers and staff
  - Implicit bias training for teachers and staff
  - Learning for Justice webinars and resources
- Normalizing culture of respect and rapport, that values the diversity of individuals race, gender, and sexuality.
- Create and engage multiple opportunities for diverse student engagement activities (e.g. student forums, festivals,freshman and upperclassman meet and greet).
- Develop trainings for student club sponsors, which includes club conduct, behavior expectations, and support principles of diversity and inclusion.
- Promote mental health supports provided by district (Talk Space)

***Statement regarding TPUSA Student Club:***

In the spirit of inclusion, at a time when many groups and young people are trying to find and use their voices proactively, EDI can support student clubs that represent the interests of our student populations and value the diversity of individual's race, gender and sexuality. The EDI team does not support any political activity, practice or policy that discriminates and/or ostracizes against any individual or group of people based on race, gender and sexuality. However, EDI believes it is the responsibility of the administration of Sabino High School to create an inclusive environment that respects all persons. Additionally, the administration of Sabino High School has a professional obligation to students, teachers, and staff to determine whether TPUSA will be allowed as a club on campus.EDI strongly and emphatically recommends training for all student club sponsors to ensure that all clubs support diversity and inclusion and enhance a school's climate or culture.

| | |
|---|---|
| **Prod Begin** | SM_TUSD_00498582 |
| **Prod End** | |
| **ALL - All Custodians** | Brown, Kinasha;Trujillo, Gabriel |
| **ALL - Author** | Brown, Kinasha |
| **FILE - Date Modified** | 4/25/2022 |
| **FILE - File Name** | Sabino-EDI (1) (1).docx |
| **ALL - Title** | |
| **ALL - All Paths** | Brown, Kinasha \| \Exchange\Kinasha.Brown@tusd1.org-3.pst\Kinasha.Brown@tusd1.org (Primary)\Top of Information Store\Inbox\Archived January - December 2022;Brown, Kinasha \| \Exchange3\Kinasha.Brown@tusd1.org-3.pst\Kinasha.Brown@tusd1.org (Primary)\Top of Information Store\Inbox\Archived January - December 2022;Trujillo, Gabriel \| \Exchange\Gabriel.Trujillo@tusd1.org-11.pst\Gabriel.Trujillo@tusd1.org (Primary)\Top of Information Store\Sent Items |