# EXHIBIT F

EXHIBIT 23
WIT: Aguayo
DATE: 3.5.26
Kate E. Roundy, CR 50582

Message

**From:** Carrier, Rebecca [Rebecca.Carrier@tusd1.org]
**Sent:** 11/6/2020 11:07:09 AM
**To:** Doty, Russell [Russell.Doty@tusd1.org]
**CC:** Aguayo, Vanessa [Vanessa.Aguayo@tusd1.org]
**Subject:** Re: Racism And Homophobia In Our Schools

Thank you!

Rebecca Carrier
Tucson Unified School District
District Coordinator
School Counseling Department

Sent from my iPhone. Please forgive any typos.

---

**From:** Doty, Russell <Russell.Doty@tusd1.org>
**Sent:** Friday, November 6, 2020 11:06:48 AM
**To:** Carrier, Rebecca <Rebecca.Carrier@tusd1.org>
**Cc:** Aguayo, Vanessa <Vanessa.Aguayo@tusd1.org>
**Subject:** Re: Racism And Homophobia In Our Schools

We were on this. TUSD leadership has been informed.
Thank you,
Russell

---

**From:** Carrier, Rebecca <Rebecca.Carrier@tusd1.org>
**Sent:** Friday, November 6, 2020 10:56 AM
**To:** Doty, Russell <Russell.Doty@tusd1.org>
**Cc:** Aguayo, Vanessa <Vanessa.Aguayo@tusd1.org>
**Subject:** Fw: Racism And Homophobia In Our Schools

Good Morning Mr. Doty,

Vanessa Aguayo both received a copy of the email below. Can you please update us on the status of the situation? I think a phone call or zoom would be the most appropriate forum. I'm not sure how many others were copied on this email and I understand if you have had several inquiries. My cell phone number is (520)444-5830

Respectfully,

**Rebecca Carrier**
Tucson Unified School District
District Coordinator
School Counseling Department
Pronouns: she/her/hers

"When many little people in many little places do many little things, then the whole world changes"
-Michael Franti

Delivering Excellence in Education Every Day "Grow – Reach – Succeed"

Confidentiality Notice : This email message, including all attachments, is for the sole use of the intended recipient(s) and may contain confidential student and/or employee information. Unauthorized use or disclosure is prohibited under the federal Family Education Rights & Privacy Act (20 U.S.C. § 1232g, 34 CFR Part 99). If you are not the intended recipient, you may not use, disclose, copy or disseminate this information. Please contact the sender immediately by reply email or by contacting (520) 225-6211 and destroy all copies of the original message, including attachments.

---

**From:** SII
**Sent:** Friday, November 6, 2020 12:24 AM
**To:** Russel.doty@tusd1.org <Russel.doty@tusd1.org>
**Subject:** Racism And Homophobia In Our Schools

**CAUTION [EXTERNAL EMAIL]:** This email originated from outside of the TUSD organization. Do not click on links or open attachments or reply unless you recognize the sender and know the content is safe.

To whom it may concern,

Tonight I was added to a group chat among students at Sabino, who seemed to be having a "political" debate. As I'm sure we all know, the past few months have been incredibly revealing in terms of the "political" and social beliefs of highschool students, especially since the start of this year's election. I would like to make it clear that I understand political beliefs will always be controversial, and that they cannot be reason for punishment. However, I am writing to you today out of concern for the culture of racism, sexism, and extreme homophobia that the Sabino campus has bred.

Here is a list of the students that I am referring to. (they do not all attend sabino)

SII
SII (Salpointe)
SII
SII (Salpointe)

These students all made racist, xenophobic, homophibic, and sexist comments. While i unfortunately do not have as many screenshots as i would like (due to the nature of the app) i have attached just a few examples. The more pressing issue, however, is that collectively these students threatened violence against multiple lgbtq

members of the group and stated that we should "watch our backs because we're lucky they don't come to school and shoot every Black Lives Matter supporter they see." Another more specific example is SII SII and SII s repeated use of homophobic and ableist slurs. As well as SII s decision to make light of a fellow student's sexual assault, calling him a "fag" and further shaming and humiliating him. In the span of the hour and a half i was in this group chat, i witnessed more blatant racism and homophobia than i ever expected to. i read the words "Black Lives Don't Matter" more times than i should ever have to. These are the students that represent our district. These are baseball and softball players, these are girls on the dance team. These are former members of our student council. This is what people hear when they ask me what school I go to. There have always been jokes about the privileged white student body Sabino has, but in the past year, we have come to be known among teens as one of the most racist schools in TUSD.

In all honesty, I completely understand that this incident alone may not be severe enough to result in any legal consequences, but it's time I at least try. TUSD is simply not doing its job when it comes to teaching students tolerance. Instead we incorporate a few black authors into our curriculum and call it a day. We give these students a gentle redirection and then a pass to continue their ignorant behavior, while black students are suspended and expelled for far less. we rely on TPD to "keep students in line" and neglect to realize how easily the behavior could have been prevented. This is not the first time I have experienced a micro aggression at the hands of tusd students (or faculty for that matter). This is not the first time I have had to report a threat of violence to the school safety tip line. This is not the first time I have reached out to administrators about foul behavior and been silenced. as a woman of color, i am terrified of what will happen when these students graduate, and I am beyond embarrassed to tell people I go to a school in a district that is doing next to nothing about it.

We need these students to be held accountable. More importantly, We need some kind of assurance that we are being listened to, and that the adults in charge will do something to stop this from happening again, we need to feel safe on and off our campuses.

Thank you all for taking your time to read this. I am open to having conversations with you to help shed some more light on the situation. And I am hopeful that when I return to campus, I can return to one with a culture of acceptance and respectfulness.

SII

--

SII

| | |
|---|---|
| DocID : | SM_TUSD_00192840 |
| DOCID - BegAttach : | SM_TUSD_00192840 |
| FILE - Date Modified : | 12/8/2020 12:00:00 AM |
| Doc Date : | 11/6/2020 12:00:00 AM |
| DOCID - EndAttach : | SM_TUSD_00192842 |
| ALL - Record Type : | Email |
| PROD VOLUME : | TUSD_Vol08 |
| Confidentiality : | CONFIDENTIAL |
| FILE - Has Hidden Data : | |
| ALL - All Custodians : | Carrier, Rebecca |
| PROD_MDL_Redaction_Type : | |
| ALL - All Paths : | Carrier, Rebecca\|\Exchange\Rebecca.Carrier@tusd1.org.pst\Rebecca.Carrier@tusd1.org (Primary)\Top o... |
| Has Redactions : | Y |
| ALL - Author : | Carrier, Rebecca |
| FILE - File Extension : | MSG |
| FILE - File Name : | 00000000BE6A8EF4CFC1A243B685DD7F83E4238EC4662100.MSG |
| Page Count : | |
| ALL - Number of Attachments : | 0 |
| All - Attach Name : | |
| ALL - File Size : | |
| EM - Subject : | Re: Racism And Homophobia In Our Schools |
| EM - From : | Carrier, Rebecca [Rebecca.Carrier@tusd1.org] |
| Time Zone Field : | (UTC-07:00) Mountain |

Due to size limitations, not all document information was included on this page.