# EXHIBIT G

# TUSD Student Equity
# Parent Complaint
# 2019-20 School Year

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **DATE:** | 8/23/19 | **TIME:** | 0745 | **SCHOOL:** | Magee | | |
| **CALLER:** | anonymous | | | **HOME PH:** | | **WORK PH:** | |
| **STUDENT:** | anonymous | | | **GRADE:** | 6th | **CELL PH:** | |
| **TAKEN BY:** | Charlotte Brown | | | | | | |

**A written response to the concern is required for documentation purposes. Please include details regarding the situation and resolution measures that have been attempted or will be taken. Write your response in the resolution section below by clicking on the reply button on this e-mail message. If we can be of further assistance, please let us know.**

**COMPLAINANT NARRATIVE:**

**Parent called today with the following complaint:**
**The parent received a phone call yesterday evening from teacher Ramona Cantu, apologizing for using the N-word in class: "Eenie, Meenie, miney moe, catch a ni**ger by the toe". This parent is outraged and demands swift and appropriate action taken against this teacher. She has stated that she will contact the news media if this isn't handled appropriately. She has already posted a complaint on Facebook.**

**REFERRED TO (Please respond to caller within 24 hours):**
Holly L. Hammel

**RESOLUTION (Describe action taken, including resolution, and return this form via e-mail to sender):**

Disclaimer: This communication contains confidential information. If you are not the intended recipient, please notify the sender immediately by return e-mail and delete this message.

M:

EXHIBIT 3261 29
WIT: Shivanand
DATE: 4/9/25
Maureen O. Pollard, RDR

| | |
|---|---|
| **Prod Begin** | SM_TUSD_00434590 |
| **Prod End** | |
| **ALL - All Custodians** | Hammel, Holly |
| **ALL - Author** | Amanda Acevedo |
| **FILE - Date Modified** | 8/23/2019 |
| **FILE - File Name** | PC-Magee-Anonymous.docx |
| **ALL - Title** | OFFICE OF ACADEMIC EXCELLENCE |
| **ALL - All Paths** | Hammel, Holly\|\Hammel, Holly\Exchange\Exchange-4.pst\Holly.Hammel@tusd1.org (MainArchive)\Top of Information Store\Inbox |