**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION | Case No. 4:22-MD-03047-YGR<br><br>MDL No. 3047 |
| This Document Relates to:<br><br>*Tucson Unified School District v. Meta Platforms Inc., et al.*<br><br>Case No.: 4:24-cv-1382 | **[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION IN LIMINE NO. 4 TO EXCLUDE EVIDENCE, TESTIMONY, AND ARGUMENT CONCERNING ISOLATED INCIDENTS OF ALLEGED RACISM BY TUSD STAFF OR STUDENTS DIRECTED AT OR NEAR TUSD STUDENTS**<br><br>Judge: Hon. Yvonne Gonzalez Rogers<br><br>Magistrate Judge: Hon. Peter H. Kang |

Having considered Plaintiff's motion in limine No. 4, the record, and the applicable law, the Court hereby **GRANTS** Plaintiff's motion in limine as follows:

**IT IS HEREBY ORDERED** that Plaintiff's motion in limine No. 4, to exclude evidence, testimony, and argument concerning isolated incidents of alleged racism by TUSD staff or students directed at or near TUSD students, is **GRANTED**. The evidence is irrelevant under Federal Rule of Evidence 401 and 402, and any probative value of the evidence is substantially outweighed by the risk of undue prejudice, confusion of the issues, and undue delay under Federal Rule of Evidence 403. Defendants are precluded from offering evidence or argument concerning the following incidents and the underlying events or responses thereto:

1) the alleged use of racial slurs by an opposing basketball team's players and fans in 2022;
2) the use of racial slur directed at TUSD staff member in 2022;
3) the forming of Turning Points USA club at Sabino High School in 2022;
4) allegations of racial discrimination in the hiring of a new Borman Elementary School principal in 2022;
5) allegations of racial discrimination in discipline of a TUSD school bus monitor in 2022;
6) the use of racist and derogatory language in group chat involving Sabino High School students in 2020;
7) the allegation of a teacher using a racial slur on staff training videoconference in 2020;
8) the allegation of a teacher using racial slur in class in 2019.

**IT IS SO ORDERED.**

Dated: ______________________

______________________________
HON. YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT JUDGE