JONATHAN H. BLAVIN (State Bar No. 230269)
Jonathan.Blavin@mto.com
MUNGER, TOLLES & OLSON LLP
560 Mission Street, 27th Floor
San Francisco, CA 94105-3089
Telephone: (415) 512-4000
Facsimile: (415) 512-4077

E. MARTIN ESTRADA (SBN 223802)
Martin.Estrada@mto.com
L. ASHLEY AULL (SBN 257020)
Ashley.Aull@mto.com
VICTORIA A. DEGTYAREVA (SBN 284199)
Victoria.Degtyareva@mto.com
MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue, 50th Floor
Los Angeles, CA 90071
Tel.: (213) 683-9100

*Attorneys for Defendant Snap Inc.*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION

This Document Relates to:

*Tucson Unified School District v. Meta Platforms Inc., et al.*
Case No. 4:24-cv-01382-YGR

MDL No. 3047

Case No. 4:22-md-03047-YGR-PHK

**DECLARATION OF JONATHAN H. BLAVIN IN SUPPORT OF DEFENDANTS' NOTICE OF MOTION AND MOTION IN LIMINE TO EXCLUDE EVIDENCE, ARGUMENT, OR REFERENCE TO THE NCOSE "DIRTY DOZEN" OR THORN REPORTS (MIL NO. 2)**

**<u>Hearing:</u>**

| | |
|---|---|
| Date: | November 13, 2026 |
| Time: | 2:00 PM |
| Place: | Courtroom 1, 4th Floor |
| Judge: | Yvonne Gonzalez Rogers |

**DECLARATION OF JONATHAN H. BLAVIN**

I, Jonathan H. Blavin, declare:

1. I am an attorney at the law firm of Munger, Tolles & Olson LLP and one of the counsel of record representing Defendant Snap Inc. ("Snap") in the above-captioned matter. I am admitted to practice before all of the courts of the State of California and this Court. I have personal knowledge of the facts stated in this declaration, and if called upon to do so, could and would competently testify thereto.

2. I submit this declaration in support of Defendants' Notice of Motion and Motion to Exclude Evidence, Argument, or Reference to the NCOSE "Dirty Dozen" or Thorn Reports as to Plaintiff Tucson Unified School District ("Tucson"), filed concurrently with this declaration.

3. Attached as **Exhibit 1** is a true and correct copy of the Order Granting Defendants' Motion in Limine to Exclude Evidence, Argument, or Reference to the NCOSE "Dirty Dozen" (MIL No. 2), issued in the Superior Court of California, JCCP No. 5255, dated September 29, 2026.

4. Attached as **Exhibit 2** is a true and correct copy of NCOSE's *The 2026 Dirty Dozen List*, obtained from and available at <https://endsexualexploitation.org/dirty-dozen-list-2026/>.

5. Attached as **Exhibit 3** is a true and correct copy of NCOSE's *The 2017 Dirty Dozen List*, obtained from and available at <https://endsexualexploitation.org/dirtydozen-2017/>.

6. Attached as **Exhibit 4** is a true and correct copy of NCOSE's *The 2019 Dirty Dozen List*, obtained from and available at <https://endsexualexploitation.org/dirtydozen-2019/>.

7. Attached as **Exhibit 5** is a true and correct copy of a screen capture of the webpage titled "The Dirty Dozen List – Snapchat," obtained from and available at <https://endsexualexploitation.org/snapchat/>.

8. Attached as **Exhibit 6** is a true and correct copy of Exhibit 23 in the Deposition of Evan Spiegel.

9. Attached as **Exhibit 7** is a true and correct copy of a screen capture of Thorn's home webpage, obtained and available at <https://www.thorn.org/>.

10. Attached as **Exhibit 8** is a true and correct copy of a screen capture of the webpage titled "Thorn Research Library," obtained and available at <https://www.thorn.org/research/library>.

11. Attached as **Exhibit 9** is a true and correct copy of a report by Thorn, dated April 2022 and titled *Online Grooming: Examining Risky Encounters Amid Everyday Digital Socialization*, obtained from and available at <https://www.thorn.org/research/library/online-grooming-examining-risky-encounters-amid-everyday-digital-socialization>

12. Attached as **Exhibit 10** is a true and correct copy of a report by Janis Wolak & David Finkelhor, dated June 2016 and titled *Sextortion: Findings From an Online Survey about Threats to Expose Sexual Images*, obtained from and available at <https://www.unh.edu/ccrc/sites/default/files/media/2022-02/sextortion-report-final-june-2016.pdf>.

13. Attached as **Exhibit 11** is a true and correct copy of a report by Thorn, dated 2017 and titled *Sextortion: Summary Findings from a 2017 Survey of 2,097 Survivors*, obtained from and available at <https://www.thorn.org/wp-content/uploads/2019/12/Sextortion_Wave2Report_121919.pdf>.

14. Attached as **Exhibit 12** is a true and correct copy of a report by Thorn, dated July 2022 and titled *The Role of Caregivers: Safeguarding & Enhancing Youth Resilience Against Harmful Sexual Encounters Online*, obtained from and available at <https://info.thorn.org/hubfs/Research/Thorn-RoleOfCaregivers-2022-FullReport.pdf>.

15. Attached as **Exhibit 13** is a true and correct copy of a report by Thorn, titled *Trends in Financial Sextortion: An Investigation of Sextortion Reports in NCMEC CyberTipline Data*, obtained from and available at <https://www.thorn.org/research/library/financial-sextortion/>.

16. Attached as **Exhibit 14** is a true and correct copy of excerpts of the Deposition Transcript of Gabriel Trujillo, dated May 8, 2025.

17. Attached as **Exhibit 15** is a true and correct copy of excerpts of the Deposition Transcript of Clarinda Rubio, dated September 17, 2025.

18. Attached as **Exhibit 16** is a true and correct copy of a draft letter, dated August 10, 2018 with the subject line "Written Reprimand," produced by Tucson in this action and bearing Bates numbers SM_TUSD_00353291-SM_TUSD_000353293.

19. Attached as **Exhibit 17** is a true and correct copy of an email thread, dated March 7, 2022 with the subject line "Trak-It Report Ref. Tucson High," produced by Tucson in this action and bearing the Bates numbers SM_TUSD_00416759-SM_TUSD_00416760.

20. Attached as **Exhibit 18** is a true and correct copy of excerpts of the Deposition Transcript of Rebecca Carrier, dated May 7, 2025.

I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct.

Executed on October 16, 2026.

By: *\/s/ Jonathan H. Blavin*
JONATHAN H. BLAVIN