# EXHIBIT 2

THE DIRTY DOZEN LIST

MAINSTREAM CONTRIBUTORS TO SEXUAL EXPLOITATION

NATIONAL CENTER ON SEXUAL EXPLOITATION



# What is the Dirty Dozen List?





**The Dirty Dozen List** is an annual campaign that calls out twelve mainstream entities for facilitating, enabling, and even profiting from sexual abuse and exploitation. Since its inception in 2013, the Dirty Dozen List has galvanized thousands of individuals like YOU to call on corporations, government agencies, and organizations to change problematic policies and practices. This campaign has yielded major victories at Google, Netflix, TikTok, Hilton Worldwide, Verizon, Walmart, US Department of Defense, and many more.



Watch the full 2026 DDL Reveal

# THE LIST




Learn More




Learn More




Learn More




Learn More




Learn More




Learn More









Learn More

Learn More

Learn More




Learn More




Learn More




Learn More

# The Watch List

The 2026 Dirty Dozen Watch List puts these companies on notice and cautions the public.

## character.ai

Character.AI has faced mounting lawsuits alleging that its chatbots exposed minors to severe harms including sexual abuse and grooming conversations, isolation, and mental health harms even rising to suicide. Character.AI has begun to settle some lawsuits, and asserts it is adding enhanced moderation, age-based models, and limits on minors' interactions to improve safety. NCOSE remains alert and watches to see the efficacy of these tools.

## reddit

Reddit continues to allow large volumes of user-generated communities that facilitate the spread of pornography and image based sexual abuse, including "revenge porn," "leaked" (aka stolen) OnlyFans content, probable CSAM sharing, and more. Reddit's moderation and enforcement systems are woefully insufficient. NCOSE recommends investigations and lawsuits be levied against this company as they have yet to make meaningful progress despite years of advocates calling on them to do better.

## ROBLOX

Predators have routinely used Roblox to groom children, expose them to sexually graphic material, and coerce them into sextortion, child sexual abuse material, or other sexual abuse. Recently, Roblox has strengthened age verification metrics to require users to complete facial age estimation or ID checks to access the chat feature and is attempting to limit communication to denoted age-based groups to reduce interactions between minors and adults. Given Roblox's history of harm, NCOSE remains highly alert and concerned about this company, and continues to watch and examine the efficacy of these features.

## Spotify

Spotify can expose minors to hardcore pornographic videos uploaded as "podcasts" and audio pornography, and in addition, Spotify chose to roll out direct messaging for anyone who "claims" to be 16 and older. Direct messaging (DM) is a feature that creates a high-risk environment for grooming, abuse, and sexual exploitation. NCOSE is concerned that Spotify's assurances of age-gating DMs misleads the public as it merely relies on self-attestation, and warns that minors are at risk on Spotify especially since many caregivers are unaware of these new features.





# VICTORIES




VICTORY! Meta Agrees to $17.1 Billion Settlement & Major Platform Changes

**Read More »**




Internet Safety Month Victories: App Store Accountability Act, Apple + Android

**Read More »**




VICTORY! Meta and YouTube Lose High-Profile Social Media Addiction Trial

**Read More »**




BREAKING! Jury Finds Meta Liable for Child Harm and Sexual Exploitation

**Read More »**




Victory! Senate Passes DEFIANCE Act to Combat Sexual Deepfakes

**Read More »**




Hundreds of Rape and Incest Games Removed from Steam: A Gamer's Perspective

**Read More »**

**More Victories**



# UPDATES




NCOSE Has Tracked Snapchat's Safety Record for Years. And it's Still Dangerous.

**Read More »**




Why the Wall Street Journal is Wrong About Tech Accountability

**Read More »**




Progress! New Google Play Policy Shows App Store Accountability Act is Working

**Read More »**




The Dark Reality Behind TikTok: CSAM Trading, Sex Trafficking, and a Pipeline to OnlyFans

**Read More »**




House Passes Dangerous KIDS Act

**Read More »**



NCOSE Stands with Survivor Parents on Social Media Victims Remembrance Day

**Read More »**



**More Updates**




# SHARE



Spread the word to hold Big Tech accountable. Use these free resources to post on social media or share via email. Your voice can create change!

FREE Media Kit




# PAST DIRTY DOZEN LISTS




2025




2024




2023




2022




2021




2020




2019




2018




2017




2016




2015




2014

NATIONAL CENTER ON SEXUAL EXPLOITATION