# EXHIBIT 3

ADVOCACY LITIGATION LEGISLATION PARENT CENTER

GIFT PLANNING DONATE

NATIONAL CENTER ON SEXUAL EXPLOITATION

SEARCH...




The Dirty Dozen List is an annual campaign calling out twelve mainstream entities for facilitating or profiting from sexual abuse and exploitation. Since its inception in 2013, the Dirty Dozen List has galvanized thousands of individuals like YOU to call on corporations, government agencies, and organizations to change specific policies to instead promote human dignity. This campaign has yielded major victories, including significant changes at Google, Netflix, TikTok, Hilton Worldwide, Verizon, Walmart, US Department of Defense, and many more.

NCOSE announced the 2017 Dirty Dozen List on February 22 via a live online press conference. You can watch a recording of the press conference below.

NO AMNESTY FOR PIMPS & TRAFFICKERS

AMAZON

AMERICAN LIBRARY ASSOCIATION

BACKPAGE

COMCAST

EBSCO

HBO

ROKU

SNAPCHAT

TWITTER

YOUTUBE




VICTORY! Meta Agrees to $17.1 Billion Settlement & Major Platform Changes




Internet Safety Month Victories: App Store Accountability Act, Apple + Android




VICTORY! Meta and YouTube Lose High-Profile Social Media Addiction Trial




BREAKING! Jury Finds Meta Liable for Child Harm and Sexual Exploitation




Victory! Senate Passes DEFIANCE Act to Combat Sexual Deepfakes




Hundreds of Rape and Incest Games Removed from Steam: A Gamer's Perspective

More Victories




Senate Leadership Must Bring KOSA for a Vote Now




NCOSE Has Tracked Snapchat's Safety Record for Years. And it's Still Dangerous.




VICTORY! Meta Agrees to $17.1 Billion Settlement & Major Platform Changes




Big Tech Reckoning: Meta's $17 Billion Settlement




Meta to Pay $567 Million to Fund Online Youth Safety




Why Senate Must Pass KOSA: TikTok's Algorithm Experiment Fed Teen Suicide Content

More Updates

See The Full 2021 Dirty Dozen List

## CONTACT US

202.393.7245
PUBLIC@NCOSE.COM

## QUICKLINKS

- HOME
- ABOUT
- ISSUES
- RESOURCES
- ACTION CENTER
- PRIVACY POLICY
- LAW CENTER
- RESEARCH INSTITUTE
- INTERNATIONAL
- PRESS
- BLOG
- SITEMAP

SUBSCRIBE

First Name

Last Name

Email

Send