# EXHIBIT 4

ADVOCACY LITIGATION LEGISLATION PARENT CENTER

GIFT PLANNING DONATE

NATIONAL CENTER ON SEXUAL EXPLOITATION

SEARCH...




The Dirty Dozen List is an annual campaign calling out twelve mainstream entities for facilitating or profiting from sexual abuse and exploitation. Since its inception in 2013, the Dirty Dozen List has galvanized thousands of individuals like YOU to call on corporations, government agencies, and organizations to change specific policies to instead promote human dignity. This campaign has yielded major victories, including significant changes at Google, Netflix, TikTok, Hilton Worldwide, Verizon, Walmart, US Department of Defense, and many more.

## THE LIST





































## Contenders for the Dirty Dozen

THE WATCH LIST

The Dirty Dozen Watch List serves dual purposes. In some instances, it puts entities on notice that they may soon find themselves named as a major contributor to sexual exploitation unless they demonstrate significant and sustained efforts to add
an organization on the Watch List, NCOSE is affirming an entity's positive step towards addressing its role in sexual exploitation. However, because some such steps represent only small progress in terms of the entity's total contribution to sexual
intent to carry through with its progress, placement on the Watch List also signals our lingering concerns about their commitment to ending sexual exploitation.













VICTORY! Meta Agrees to $17.1 Billion Settlement & Major Platform Changes




Internet Safety Month Victories: App Store Accountability Act, Apple + Android




VICTORY! Meta and YouTube Lose High-Profile Social Media Addiction Trial




BREAKING! Jury Finds Meta Liable for Child Harm and Sexual Exploitation




Victory! Senate Passes DEFIANCE Act to Combat Sexual Deepfakes




Hundreds of Rape and Incest Games Removed from Steam: A Gamer's Perspective

More Victories




Senate Leadership Must Bring KOSA for a Vote Now




NCOSE Has Tracked Snapchat's Safety Record for Years. And it's Still Dangerous.




VICTORY! Meta Agrees to $17.1 Billion Settlement & Major Platform Changes




Big Tech Reckoning: Meta's $17 Billion Settlement






Meta to Pay $567 Million to Fund Online Youth Safety

Why Senate Must Pass KOSA: TikTok's Algorithm Experiment Fed Teen Suicide Content

More Updates

See The Full 2021 Dirty Dozen List

## CONTACT US

202.393.7245

PUBLIC@NCOSE.COM

## QUICKLINKS

HOME
ABOUT
ISSUES
RESOURCES
ACTION CENTER
PRIVACY POLICY
LAW CENTER
RESEARCH INSTITUTE
INTERNATIONAL
PRESS
BLOG
SITEMAP

## SUBSCRIBE

First Name
Last Name
Email
Send