# EXHIBIT 5




## Why is Snapchat on the 2026 Dirty Dozen List?

Snapchat is a tool of choice for sextortionists, sex traffickers, and child abusers — and the company knows it. Internal documents and whistleblower accounts reveal that reports of abuse have often gone ignored, critical safety fixes were dismissed to protect engagement metrics, and features like My AI have promoted statutory rape. The technology exists to stop this, yet Snap chooses to look the other way.

**Internal documents and whistleblower accounts suggest that Snapchat has consistently deprioritized user safety in favor of growth and engagement metrics.**

# The Problem



Snapchat remains a prime tool for sextortionists, sex traffickers, and child abusers to accomplish their crimes. And it's no surprise.

Internal documents and whistleblower accounts suggest that Snapchat has consistently deprioritized user safety in favor of growth and engagement metrics.

- A June 2025 Thorn report found the top platform identified by sextortion victims was **Snapchat (37%).**
- According to documents from a lawsuit by the state of New Mexico, internal data from Snapchat shows they were receiving around **10,000 user-reports of sextortion per month. Yet many reports apparently went unresolved or uninvestigated.**
- A former Snapchat employee said **Snapchat doesn't take safety seriously, commenting "I left because of that.** It was an ethical reason why I left…[Snapchat] started out as a sexting app, and they want to keep that. That kind of stuff keeps all these young kids on the platform."
- Snapchat's "My AI" chatbot was exposed for inadequate safety testing, as internal engineering managers warned the AI "can be tricked into saying just about anything" and after it was launched it was caught dispensing

dangerous advice to minors, such as how to conceal alcohol and drugs or pursuing **sexual encounters with adults**.

- According to the NM lawsuit, safety enhancements flagged as critical by internal teams have been often dismissed by upper management due to concerns over **"disproportionate admin costs"** or potential impacts on user retention.
- In some documented cases, even accounts with dozens of reports (such as "75 complaints mentioning nudes, minors, and extortion") remained active for long periods.

Snapchat's intentional features and design choices have made it a hub for exploiters. The platform's disappearing messages feature, marketed as a privacy tool, has been weaponized by predators to coerce minors into sending explicit content, which is then saved or screenshotted for blackmail. Snap's own research reportedly confirmed:

> "One-third of teen girls and 30% of teen boys reported being exposed to unwanted contact on Snapchat in 2022. Internal surveys from Snap revealed that over half of Gen Z users or their friends had experienced catfishing, and many were victims of sextortion. Rather than confront and address these alarming realities, Snap chose to ignore user reports. Alarmingly, one internal investigation concluded that 70% of victims had not reported their abuse because they knew no action would be taken by Snap; indeed, of the 30% that did report, *none* were addressed."

**Progress Remains Slow and Ineffective**

While Snapchat has introduced some safety measures, such as warnings for messages from strangers and restrictions on friend requests, these solutions fall far short of addressing the platform's systemic issues. Many of these features rely on users recognizing risks and taking action, which is unrealistic for minors who may not fully understand the dangers or feel pressured to not report abuse. Age verification remains weak, allowing underage users to access the platform and predators to pose as young peers. Parental controls are limited and optional, leaving many families without the tools needed to protect their children and leaving children without the privilege of involved and tech-savvy guardians completely on their own. Even reporting tools, though improved, depend on victims overcoming shame and fear to report abuse—an unlikely scenario for many and one that only occurs after a degree of harm has already happened — which is why Snapchat should be doing more prevention to stop the harm from taking place to begin with.

> "Snap knowingly incorporates design features that facilitate and enable the distribution of drugs and the sexual exploitation of children, including the distribution of CSAM, child sex trafficking, child pornography, and child predatory activities. These features include ephemeral content, personalization algorithms, Snap Map, and My AI."
> — complaint filed by the Utah Department of Commerce / Utah Office of the Attorney General against Snapchat / Snap, Inc.

**It's Time to Be Honest**

The systemic and historic problems at Snapchat are no accident. The unsafe nature of this platform is because of **Snapchat's business model and design philosophy**. Make no mistake: this is a platform that, in its very architecture, appears to **intentionally allow the creation and sharing of sexually explicit material, including of minors**. It appears that if Snap truly prioritized child safety, it would immediately deploy existing technologies to **block explicit content creation and sharing**, cutting off the tools predators rely on. Yet it hasn't. Every day,

sextortion, child sexual abuse material, and images used to blackmail and traffic children continue to proliferate — a direct result of deliberate design choices.

**The tech to stop this exists. Snap's failure to act is a conscious and knowing decision that leaves children exposed to grave harm.**




# Proof: Evidence of Exploitation

*WARNING: Any pornographic images have been blurred, but are still suggestive. There may also be graphic text descriptions shown in these sections. POSSIBLE TRIGGER.*

- Sextortion on Snapchat
- About Sextortion: A Serious Danger for Children and Adults
- Sex Trafficking and Child Sexual Abuse Material (CSAM) on Snapchat
- New Mexico and Nevada Sue Snapchat for Enabling Exploitation, Deceptive or Ineffective Safety Tools, and More
- Utah Sues Snapchat for its "My AI" Bot Promoting Statutory Rape, and Other Features Facilitating Sextortion and Exploitation

## Requests for Improvement

NCOSE holds that Snapchat is too dangerous for children and believes the minimum age for users should be at least 16, if not older. In addition to this, we recommend Snap make the following changes immediately.

Automatically detect and block sexually explicit images

More Details →

Proactively identify, remove, and block accounts and bots that are posting and promoting pornographic content

More Details →

Fix age verification loopholes

More Details →

Halt minors access to friend-finding mechanics beyond existing phone contacts

More Details →

Improve moderation and reporting effectiveness and consistency

More Details →

Expand Family Center functions

More Details →

## Fast Facts

Apple App Store: 13+; Google Play: T (Teen) Bark : 16+; Common Sense Media: 16+; Snapchat Policy: 13+

A 2025 Pew Research survey found 55% of U.S. teens have ever used Snapchat and 46% use it daily.

#1 app flagged for grooming and #1 app flagged for risky contacts by Bark in 2025

Snapchat (37%) was identified as the #1 platform used to communicate threats among young people who had experienced sexual extortion as a minor.

A 2025 survey in the UK found Snapchat (29%) was the #3 platform where children were exposed to pornography. Among those who had seen AI-generated pornography, 13% reported seeing it on Snapchat.





# Resources

- Report suspected child sexual exploitation to the National Center on Missing and Exploited Children (NCMEC) Cyber Tipline
- NCMEC's Take It Down service: Resource for minors to remove their sexually explicit content from online platforms
- App Danger Project: Snapchat
- Stop Non-Consensual Intimate Image Abuse (StopNCII) – Resource for adults to remove image-based sexual abuse from online platforms
- Bark: Is Snapchat Safe? A Snapchat App Review for Parents
- Protect Young Eyes: Snapchat App and Parental Control Review

# Recommended Reading

**The Telegraph:**

Snapchat 'is app of choice for sexual predators'

**Sky News:**

Survivor of online child abuse shares story as 'deeply shocking' rise in crimes revealed

Read More

Read More

**CBS News:**

Chicago area man sentenced to 37 years in prison for sexually exploiting nearly 100 girls

Read More

**The Hour:**

CT resident who lured child for sex act has history of using Snapchat to find victims, warrant says

Read More

**Alaska Beacon:**

Alaska lawmaker's chief of staff arrested on sex trafficking and child exploitation charges

Read More

**USA Today:**

These teenage boys were blackmailed online – and it cost them their lives

Read More

# Updates




NCOSE Has Tracked Snapchat's Safety Record for Years. And it's Still Dangerous.

**Read More »**




The 2026 Dirty Dozen List is Here!

**Read More »**




Social Media on Trial



Read More »

Zuckerberg, Mosseri & Top Tech Execs Testify in Social Media Addiction Trials

Read More »




David & Goliath: How You've Moved Behemoth Corporations in 2024

Read More »




Progress with Roblox. Pam Bondi AG Nomination. Pivotal Court Case … And More!

Read More »

# Videos

Playlist 8 Videos



Unmasking the Sextortic 59:16


Parents of 17-Year-Old 'S 2:07



Mom Sues Snapchat Cla 17:20



Snapchat upload leads to 3:14


Serial Snapchat groomer j 3:35



Unveiling Sextortion's In 23:17



# Share!

**Help educate others and demand change by sharing this on social media or via email!**



Spread the word to hold Big Tech accountable. Use these free resources to post on social media or share via email. Your voice can create change!

FREE Media Kit




NATIONAL CENTER ON SEXUAL EXPLOITATION