# EXHIBIT 6

NATIONAL CENTER ON SEXUAL EXPLOITATION

*Established 1962*

**PATRICK A. TRUEMAN, Esq.**
*President and CEO*

**DAWN E. HAWKINS**
*Sr. Vice President & Executive Director*

**LISA L. THOMPSON**
*Vice President & Director of Education and Outreach*

**ROBERT W. PETERS, Esq.**
*President Emeritus*

*BOARD MEMBERS*

**ROBERT L. CAHILL, Jr.**
*Chairman of the Board*
*Former Managing Partner, Conklin Cahill & Co*

**RHONDA GRAFF**
Secretary
*Former Aerospace Program Manager/ Industrial Engineer*

**KEN SUKHIA, Esq.**
*Treasurer Trial and Appellate Lawyer, Sukhia Law Group, PLC*

**HADLEY ARKES, Ph.D.**
*Ney Professor of Jurisprudence, Amherst College*

**TED BAEHR**
*Chairman, Christian Film & Television Commission*

**RON DEHAAS**
*Founder & CEO, Covenant Eyes*

**ROBERT GEORGE, Ph.D.**
*McCormick Professor of Jurisprudence, Princeton University*

**DONALD L. HILTON, M.D.**
*Neurosurgeon*

**MARY ANNE LAYDEN, Ph.D.**
*Director, Sexual Trauma and Psychopathology Program, University of Pennsylvania*

**MOST REVEREND PAUL S. LOVERDE**
*Bishop, Diocese of Arlington, VA*

**MARGARET RUCKS**
*Managing Director, Rucks Family Foundation*

**SHIRLEY SEYFRIED**
*National Regent, Catholic Daughters of the Americas*

**MELEA STEPHENS, L.P.C., M.M.F.T.**
*Marriage and Family Therapist*

**PATRICK A. TRUEMAN, Esq.**
*Former Chief, Child Exploitation and Obscenity Section, U.S. Department of Justice*

**JOHN J. WALSH, Esq.**
*Attorney at Law*

**ELIZABETH YORE**
*Former General Counsel, National Center for Missing and Exploited Children*

February 22, 2017

Mr. Evan Spiegel
Mr. Bobby Murphy
Snap Inc.
63 Market Street
Venice, CA 90291-3603

**RE: 2017 Dirty Dozen List Notification**

Dear Messrs. Spiegel and Murphy:

The National Center on Sexual Exploitation exists to make society aware of the many harms of pornography and other forms of sexual exploitation; to equip individuals and families to overcome or protect against those harms; and, to advocate that all laws defending the right to be free from sexual exploitation are vigorously enforced.

We are writing to express our deep concern regarding the cyberbullying and distribution of pornography—including self-produced child pornography—and other sexually explicit content facilitated via your photo-sharing app. We are also very concerned about the monetization of sexual content on Snapchat that has been enabled via the Snapcash app. Additionally, Snapchat's "Discover" feature has allowed publishers to distribute a torrent of graphic sexual content that cannot be blocked by end users. While we welcome and are encouraged by recent changes intended to address the problems with Discover, we are troubled that these changes have not sufficiently addressed the problem.

Today, the National Center on Sexual Exploitation (NCOSE) will publicly announce its annual "Dirty Dozen List," which catalogs top mainstream promoters of sexual exploitation and pornography in America. We write to inform you that Snapchat will appear on this list for a second consecutive year. With placement on the Dirty Dozen List, Snapchat/Snapcash shares a shameful spotlight with the ilk of Backpage.com, one of the biggest facilitators of sexual exploitation in the nation.

Thus, we ask that you implement aggressive measures to quickly address these issues on your platform. We ask you to do this as a matter of conscience, to avoid the normalization and perpetuation of sexual abuse and exploitation.

Official Snap, Inc., Terms of Service state that users must agree they "will not post content that contains pornography, graphic violence, threats, hate speech, or incitements to violence,"[1] and that users are not permitted to "buy, sell, rent, or lease access to your Snapchat account, Live, Snaps, a Snapchat username, or a friend link without our written permission."[2] However, it is abundantly clear that these rules are not being followed or adequately

---

[1] Snap, Inc., "Snap Inc. Terms of Service" (January 10, 2017), https://www.snap.com/en-US/terms/ (accessed February 19, 2017).
[2] Ibid.



Δ π EXHIBIT 23
Deponent Spiegel
Date 4/11/25 Rptr. [illegible]
WWW.DEPOBOOKPRODUCTS.COM

enforced. Ultimately, it is the responsibility and duty of Snap, Inc., to ensure that its terms of use are not hollow suggestions, but true rules that govern use of its apps. While third-party users certainly bear responsibility for how they use the app, corporations such as yours bear great social responsibility to do their utmost to ensure that their services are not used for harmful ends. Snap, Inc., has not lived up to this responsibility.

**Cyberbullying/Sexting**

Within the last decade, cyberbullying has emerged as a pernicious new form of bullying that breaks the spirits of our nation's children. It has been deemed a public health issue[3] and is a matter of serious concern to our organization.

As you are certainly aware, cyberbullying may involve sending harassing messages (via text or Internet), posting disparaging comments on social networking sites, posting humiliating pictures, and other behaviors.[4] A meta-analysis of 80 studies examining bullying rates reported a mean prevalence rate of cyberbullying of 15% among 12-18 year olds.[5] Recent studies have shown that cyberbullying may have greater adverse impacts on youth development, most likely because of the greater power imbalance created by the fact that victims of cyberbullying often do not (and may not ever) know their bully's identity.[6]

We are especially concerned by evidence which shows that some cyberbullying activity involves sexual harassment and coercion. It is our view that much of the activity referred to under the guise of "sexting" actually represents cyber-based sexual abuse. For instance, offline sexual coercion has been "significantly associated with sending and being asked for a naked image, as well as receiving a naked image without giving permission."[7] Researchers have also documented "aggravated" forms of "sexting" that may involve adults soliciting sexual images from minors, as well as criminal or abusive behavior by minors such as extortion, or the creation and sending of images without the knowledge of the minors pictured.[8]

What is more, the Cyberbullying Research Center has documented the emergence of "cyberbullicides"—suicides resulting directly or indirectly from Internet-based harassment.[9] While such incidents are still relatively uncommon, they represent a troubling trend, particularly in light of research that has demonstrated that peer harassment (most often as a target, but also as a perpetrator) contributes to depression, decreased self-worth, hopelessness, and loneliness—precursors to suicidal thoughts and behavior.[10]

---

[3] Charisse L. Nixon, "Current Perspectives: The Impact of Cyberbullying on Adolescent Health," *Adolescent Health, Medicine, and Therapeutics* 5, (2014): 143–158.
[4] Ibid.
[5] Kathryn L. Modecki, Jeannie Minchin, Allen G. Harbaugh, Nancy G. Guerra, and Kevin Runions, "Bullying Prevalence across Contexts: A Meta-analysis Measuring Cyber and Traditional Bullying," Journal of *Adolescent Health* 55 (2014): 602–611.
[6] Elizabeth L. Mirsky and Hatim A. Omar, "Cyberbullying in Adolescents: The Prevalence of Mental Disorders and Suicidal Behavior," *International Journal of Child and Adolescent Health* 8, no. 1 (2015): 37–39.
[7] HyeJeong Choi, Joris Van Ouytsel, and Jeff R. Temple, "Association between Sexting and Sexual Coercion among Female Adolescents," *Journal of Adolescence* 53, (2016): 164–168.
[8] Janis Wolak and David Finkelhor, "Sexting: A Typology," (Crimes Against Children Research Center, 2011)
[9] Sameer Hinduja and Justin W. Patchin, "Cyberbullying Research Summary: Cyberbullying and Suicide," (Cyberbullying Research Center, 2010).
[10] Ibid.

At least one such teen suicide, that of Tovanna Holtan, is attributable to a video uploaded to Snapchat. Ms. Holtan was recorded while bathing, and the video was subsequently uploaded by a friend to Snapchat where viewers began taking screenshots and posting the images on other social media platforms. Unable to withstand the harassment that followed, Ms. Holtan—at age 15—took her own life.[11] Tragedies such as these underscore the seriousness of bullying in general, and cyber-based sexual abuse in particular.

Even aside from such extreme cases, sexting generally has been linked to risky behaviors, as well as sexual abuse and violence. Italian researchers report that of the 536 participants aged 13 to 18 (who were part of a larger study of sexting behaviors), 79.5% reported having sexted at least once, 53.5% reported that they had received sexts at least once, 76.9% reported that they had sent sexts at least once, and 8.2% publicly posted a sext as least once.[12] This is terribly disconcerting, as in some instances such sexting could constitute self-produced child pornography. Importantly, extending previous similar findings, the researchers found that of the total 1334 person sample studied (aged 13 to 30):

- 33.13% sexted during substance use at least once;
- 3.30% had been forced to sext by a partner at least once;
- 2.10% had been forced to sext by friends at least once;
- 1.95% had sent sexts to strangers;
- 12.59% had sent sexts about someone else [sometimes referred to as "secondary sexting"] without her/his consent at least once.[13]

Further, their results confirmed a relationship between sexting and dating violence: "Specifically, moderate and high users of sexting are more likely to be perpetrators of dating violence, including online, than low users of sexing."[14] Sexting has also been linked to smoking, substance use, alcohol abuse, and binge drinking.[15]

Such findings should deeply concern Snap, Inc. With more than 200 million active users worldwide, rates like those reported above have huge implications, especially so when nearly a quarter of its users have not graduated from high school.[16] Moreover, it is a sad fact that Snapchat's reputation is indelibly marred by its association with sexting. Because of the ability of Snapchat photos to expire within 10 seconds, it has become the major sexting vehicle. As one writer put it, "For millennials, Snapchat is almost entirely synonymous with sexting."[17]

---

[11] Demetria Lucas D'Oyley, "A Nude Snapchat Video and Cyberbullying Lead to Teen's Suicide," The Root (June 10, 2016) www.theroot.com/a-nude-snapchat-video-and-cyberbullying-lead-to-teen-s-1790855620 (accessed February 19, 2017).
[12] Mara Morelli, personal communication, February 20, 2017.
[13] Mara Morelli, Dora Bianchi, Roberto Baiocco, Lina Pezzuti, and Antonio Chirumbolo, "Sexting, Psychological Distress and Dating Violence among Adolescents and Young Adults," *Psicothema* 28, no. 2 (2016): 137–142, http://www.psicothema.com/pdf/4303.pdf, (accessed February 19, 2017).
[14] Ibid.
[15] Ibid.
[16] Christina Newberry, "Top Snapchat Demographics that Matter to Social Media Marketers," Hootsuite (August 24, 2016), https://blog.hootsuite.com/snapchat-demographics/ (accessed February 19, 2017).
[17] Rachel Thompson, "Snapchat Has Revolutionized Sexting, But Not Necessarily for the Better," Mashable (February 7, 2017), http://mashable.com/2017/02/07/snapchat-sexting-revolution/#HjM_MAF.Vaq7 (accessed February 19, 2017).

As the screenshots below demonstrate, the Internet is well-supplied with forums for finding individuals on Snapchat wishing to exchange sexts with strangers.[18]

Snapchat sexting

All Images Videos News Books More Settings Tools

About 434 000 results (0.50 seconds)

**Snapchat Sexting - Snapchat Usernames**
www.**sexting**username.com/forums/**snapchat-sexting**/ ▾
Sext with other **Snapchat Sexting** users. Talk Dirty with the Sexting Snapchat Forum. In this forum you can find other Snapchat Usernames for Sexting!
sweetElenaxx NaughtyLuna1 F - SnapAmberXX Sup guys? bout to get naked

**HOTTEST Snapchat Sexting & Nudes | KikSnapMe.com**
www.kiksnapme.com/category/**snapchat**/**snapchat-sexting**/ ▾
THOUSANDS of **snapchat** usernames that are interested in dirty **snapchat** chat & swapping Nudes. Meet new people and SHARE your fantasies!
Females Babybabybaby93 Katiexbells Scottceltic1

**Sexting Username - Snapchat Usernames**
**sexting**-username.com/ ▾
If you're looking for your **sexting** friend, this is the right place to be.

**Dirty Snapchat Usernames | Find dirty snapchat girls !**
**snapchat**-usernames.com/usernames/dirty ▾
Find here a lot of dirty snapchat usernames who just want to sext and swap nudes, don't ... and post your snapchat username if you want to meet horny snapchat girl and guy! ... All Usernames · Dirty Usernames · **Snapchat Sexting** · Kik Friends

**BEST Sexting on Snapchat | KKusernames.com**
https://www.kkusernames.com/**snapchat-sexting**/ ▾
HUGE database of girls and guys who wants some dirty **SNAPCHAT** talk! FREE submissions! ... You're viewing all **SNAPCHAT** users interested in **sexting** ...

**Images for Snapchat sexting**




[18] Ibid.

Messrs. Spiegel and Murphy
Page 5
February 22, 2017



These issues—cyberbullying, cyber-based sexual abuse, and sexting—are impacting an entire generation of American youth, and much more needs to be done to prevent their deepening harms. Thus, it is inexcusable that in its Community Guidelines, Snapchat's attempt to address serious issues such as those outlined above includes the cavalier guidance to, "Keep it legal. Don't use Snapchat for any illegal shenanigans."[19] In fact, in its Terms of Service, Snapchat provides more robust language about copyright infringement that it does the dangers of exchanging sexts and pornography via its app. Moreover, the notion that Snapchat wishes to distance itself from its sexting roots appears disingenuous when one considers that with the "Memories" feature users can store "private" snaps via a tool called "My Eyes Only," which hides "sensitive" snaps with a pin-code lock.[20] The video Snapchat released when it launched Memories certainly implies that hiding sexts is why this feature was developed.

**Prostitution/Sex Trafficking**

In addition to Snapchat's troubling association with the normalization of sexting, with the advent of Snapcash, Snap, Inc., has facilitated the *monetization* of sexting—that is, prostitution. Pornography performers and strippers are using Snapchat to send videos and photos of themselves naked for a fee.[21] Moreover, for young people already accustomed to oversharing the private details of their lives with the public, conditioned to accept sexting as the new standard in dating and relationships, and well-acquainted with Internet pornography, the step towards prostitution via the commodification of sexts and sex is a small one. In this light, the case involving two teenagers who set up their own high school prostitution ring utilizing Facebook, Snapchat, and Kik Messenger, is not so surprising.[22]

As reported by the McAfee Institute, "Ever since the implementation of snap cash (sic), Google Wallet, and other payment options, more people are buying adult entertainment on snap chat. It's almost like a live porn hub. It is a pretty simple operation. There are plenty of ways to search for people that are selling nudes, videos, and chat on snap chat."[23] Another writer expressed it this way: "With Snapcash, the creators of Snapchat, Evan Spiegel, Bobby Murphy and Reggie Brown, are essentially promoting prostitution."[24] Examples abound. Here are a few:

[19] Snapchat Support, "Community Guidelines," https://support.snapchat.com/en-US/a/guidelines (accessed February 19, 2017).

[20] Salvador Rodriguez, "Snapchat Finally Acknowledges the Existence of Sexing with 'Memories,'" Inc.com, (n.d.), http://www.inc.com/salvador-rodriguez/snapchat-memories-sexting.html (accessed February 19, 2017).

[21] Nick Bilton, "Strippers Go Undercover on Snapchat," The New York Times (February 25, 2015), https://www.nytimes.com/2015/02/26/style/strippers-go-undercover-on-snapchat.html (accessed February 19, 2017).

[22] Isabel Mascarenas and Danica Lawrence, "Police: Teen Girl Sets Up High School Prostitution Ring," *WTSP-TV*, Tampa-St. Petersburg, Fla., http://www.usatoday.com/story/news/nation/2014/11/25/high-school-prostitution/70114384/ (accessed February 20, 2017).

[23] McAfee Institute, "Locating Prostitution on Snapchat," (n.d.), http://blog.mcafeeinstitute.com/locating-prostitution-snapchat/ (accessed February 19, 2017).

[24] Anthony Catezone, "Column: Snapchat: Leading the Way in Promoting New Age Prostitution," Daily Eastern News, (November 20, 2014), http://www.dailyeasternnews.com/2014/11/20/column-snapchat-leading-the-way-in-promoting-new-age-prostitution/ (accessed February 19, 2017).

[redacted]
Come see me to get access to my #premium #adult #snapchat must have #snapcash




lil sex kitten [redacted] Jan 8
add me on snapchat [redacted] for more info #snapcash #cashfornudes




[redacted]
You can see more than this if you get my #premiumsnapchat #snapchat #snapcash




Emmaleigh
Nudes 4 snap cash? Whose down #snapcash #sugardaddy

[redacted]
If you are looking for a 1 on 1 show snapchat me seandiezel #snapcash #paypal



[redacted] Feb 14
lonely on valentine's day? i got you 😍 😘 add me on snapchat peachbby69
#snapchat #snapcash #money #ass #sex #sugardaddy #sugarbaby

[redacted] Feb 11
Buy my sc for 10! buy it through fb payments.
buy @prince0hearts sc for 10!
#snapcash #snapchat #camgirl #Fetish #bdsm #nudes #vids #spank
pic.twitter.com/mFqbH0Sduk

[redacted] Feb 10
soo anyone looking to send $2,575 my way so i can take a school trip to Costa Rica spring break? #snapcash #paypal #creditcardnumber

[redacted] Feb 10
#Snapcash : eastt0w3stc0ast pic.twitter.com/pdqCS5842Q

[redacted]
When you & your whole department just found out about #SnapCash and now y'all makin nudes a hustle ...

[redacted] Feb 9
#snapcash this #horny couple 😍 pic.twitter.com/7Ql13AkXbj

[redacted] Feb 9
#cum watch me get busted open ;) For #donations on #snapcash

[redacted]
#snapcash for feet pics Dm me

The transition of prostitution from primarily street-based and brothel-based venues to the Internet is well-known, and has given rise to terms like *virtual prostitution*, *Internet red-light district*, and *online brothels*. Researchers have remarked on the significant role the Internet plays in marketing for prostitution, as follows:

> Fifty years ago pimps coerced women to solicit on the street where they were advertised to the relatively limited marketplace of sex buyers who evaluated the women's physical appearances and made selections on the street corner. Prostitution is now a business that is advertised on the

> Internet, expanding the reach of pimps to a wider market of potential sex buyers. Women can be sold for 15 minutes or for a week for johns' sexual use, selected and purchased online like a rental car. . . .
>
> The Internet and computer technology have been developed and exploited by sex businesses to offer prostitution to men across the globe. Internet websites provide contact information, specifics on sexual acts that will be performed, pornography of the woman to be sold for sex, coded prices, and reviews by sex buyers. Technology, smartphones and other digital devices make it possible to conduct business, advertise, and increase earnings from women who have for the most part been trafficked or coerced by a combination of joblessness, poverty, racism, and sexism into sex businesses. Bitcoin, an unregulated online currency that unlike credit cards provides the anonymity of cash, is being used to pay for web access to sites containing extremely violent or illegal images of real women and children, including online auctions of them. Adapted by traffickers, pimps, and pornographers, the global reach of the Internet has facilitated sex buyers' access to prostituted women and children, thereby increasing sex trafficking. The Internet has facilitated prostitution's shift from the street to indoor locations: to massage parlors, residential brothels, hotels, call girl or escort prostitution (more accurately described as cell phone prostitution), and strip club or gentlemen's club prostitution. . . .[25]

Clearly Snapchat and Snapcash can now be counted among the technological advances propelling the move of prostitution from beyond the street corner to the Internet and smartphone, and the normalization of prostitution on a massive scale. This fact is greatly concerning as any act of prostitution is a form of sexual coercion. Legal scholar Catherine McKinnon has explained it this way, "In these transactions, the money ***coerces*** the sex rather than guaranteeing consent to it, making prostitution a practice of serial rape."[26] Even more disconcerting is the potential role Snapchat/Snapcash may be playing in the facilitation of sex trafficking.

Sex trafficking involves the exploitation of an individual in the commercial sex industry where the victim is expected to provide commercial sex acts on demand. Commercial sex acts are any sex acts on account of which anything of value (e.g. money, clothes, shelter, food, drugs, etc.) is given to or received by any person.

Because a person has no meaningful right to refuse sex in such a context, the principle nature of their exploitation is that of rape and the abrogation of their individual autonomy. The victim's experience of rape is substantially intensified by the serial sexual assaults perpetrated against them by untold numbers of people who pay money to their traffickers/pimps in order to sexually use them.

Whether or not the commercial sex buyer is aware that the individual they have purchased is trafficked or not, does not mitigate the victim's experience of their sexual encounter as one of rape. As individuals compelled to sell themselves, the individuals providing sex are not "consenting," thus the sex acts in which they are involved are inherently sexual assault and rape. As psychologist Wendy Freed has observed, "When an individual has been beaten into submission, and has become passive and accepting of what is

---

[25] Melissa Farley, Kenneth Franzblau, and M. Alexis Kennedy, "Online Prostitution and Trafficking," *Albany Law Review* 77, no. 3 (2013/2014): 101–157.

[26] Catherine McKinnon, "Trafficking, Prostitution, and Inequality," Harvard Civil Rights-Civil Liberties Law Review 46 (2011): 271–309, http://harvardcrcl.org/wp-content/uploads/2009/06/MacKinnon.pdf (accessed February 21, 2017).

done to her because she is a captive, then any sexual encounter she has is rape. Even if she has worked hard to attract the customer, because she has no right to refuse consent, she is being raped."[27]

Any pimp-controlled person is a victim of sex trafficking. Pimps and sex traffickers are functional equivalents. They utilize various means of force, fraud, or coercion for the purpose of inducing someone to perform commercial sex acts on demand. The consumers of the prostitution services being facilitated via Snapchat/Snapcash have no way of discerning whether or not the person offering nude photos, sex videos, or in-person sex exchanges for money is a victim of sex trafficking or not. Moreover, in instances where the individual offering nude photos, sex videos, or in-person sex exchanges for money is a minor, the elements of force, fraud, and coercion are not required for sex trafficking to occur. Minors cannot consent to their own sexual exploitation.

Tragically, even cases of sex trafficking have been linked to sexual predators lurking on Snapchat.[28] While this is by no means a common occurrence (at least as indicated by news reports), it is yet another indicator of the links between Snapchat/Snapcash and sexual harm.

We hope that facts like these will cause you as much concern as they do us. Of course we recognize that you cannot control the actions and outcomes of the individuals using your services. However, as the creators and guardians of Snapchat and Snapcash you are responsible for its culture. You are responsible for setting the tone of its online environment, for policing that environment, and doing your utmost to ensure that it is not a forum for wide-scale sexual abuse and exploitation. In this regard, we strongly believe you are falling far short of doing all that could be done to mitigate against the use of your apps in ways that foster and perpetuate sexual harms.

**Snapchat "Discover"**

Another case in point pertains to Snapchat's "Discover" feature. We have observed a torrent of hypersexualized and explicit sexual material being disseminated via Snapchat's publishing partners. Users of your services—who are permitted by your Terms of Service to be as young as 13-years-old—are not equipped by Snapchat with tools to block offensive and pornified material themselves.

So, when news of Snapchat's "crackdown" on click bait and sexual content broke last month, we were initially encouraged.[29] News reports indicated that Snapchat issued new guidelines to publishers that include restrictions on profanity, sexualized content, sex acts, and sex toys in tiles, as well as repeated use of clothed but sexualized bodies.[30] Some of Snapchat's publishers have not gotten the message, as this sample of screenshots from February 19, 2017, attests.

---

[27] Freed, W. (2003). From duty to despair: Brothel prostitution in Cambodia. In M. Farley (Ed.), *Prostitution, trafficking and traumatic stress* (pp. 133-146). Binghamton, NY: The Haworth Maltreatment and Trauma Press.
[28] Kate Briquelet, "Dad Saves Daughter from Snapchat Sex Traffickers," *The Daily Beast* (October, 10, 2016) http://www.thedailybeast.com/articles/2016/10/10/dad-saves-daughter-from-snapchat-sex-traffickers.html (accessed February 20, 2017). Maryam Shah, "Snapchat Meeting Led to Woman Being Forced into Sex Trade: Cops" *Toronto Sun* (July 20, 2016), http://www.torontosun.com/2016/07/20/snapchat-meeting-led-to-woman-being-forced-into-sex-trade-cops (accessed February 20, 2017).
[29] Kerry Flynn, "Snapchat Discover is cracking down on sex, clickbait and fake news," Mashable (January 23, 2017) http://mashable.com/2017/01/23/snapchat-discover-guidelines/#QEb2bon1H5qI (accessed February 20, 2017).
[30] Ibid.




[Note: Original Comedy Central story obscured the pelvic regions of persons pictured. February 19, 2017]




[Note: Images of hypersexualized, scantily clad persons. *The Daily Beast*, February 19, 2017)

Unfortunately, Snapchat's policy leaves publishers, which include the likes of *Cosmopolitan*, *The Daily Mail*, MTV, and Comedy Central (some of the worst offenders for piping a steady stream of hyper-sexualized, pornified content), to be the arbiters of what constitutes restricted content, versus empowering your users to make their own decisions about what kinds of content they wish to view. Yes, people could just choose not to use Snapchat, but for many of today's young social media users, that's not a choice they want to make. So by engaging with your platform they will in due course encounter hyper-sexualized and pornified content whether they wish to or not.

Objectification, hyper-sexualization, and pornography are pervasive influences on our culture damaging countless lives. Their role in shaping the attitudes and behaviors that fuel the crisis of sexual assault on college campuses, sexting scandals, revenge pornography, sex trafficking, child sexual abuse, compulsive pornography consumption, and more is clear.

Moreover, our nation is now suffering from a public health crisis fueled by the widespread distribution of pornified media and adult, hardcore pornography. The term "public health crisis" is used to broadly define both physical and social problems—from cigarette smoking to bullying—and it unequivocally applies to pornography because pornography is a serious, harmful problem that affects individuals and groups beyond their capacity to correct alone.

The same could be said of cigarettes and the tobacco industry in the 1950s. But as we learned through experience, a public health model that unites government officials, public education efforts, health professionals, and a concerned public, can greatly reduce the impact of a toxic industry. The porn industry of today is simply the big tobacco of the past.

Snap, Inc., is now faced with a decision concerning its role in this crisis. Will it play the part of Big Tobacco and continue allowing unfettered exchange of sexually explicit material that poisons human relationships, or will it accept its social responsibility to respond to this problem?

We welcome the steps Snap, Inc., has taken to address this problem. However, much further robust leadership and action is required to address the issues outlined above. Unfortunately, at present Snap's brand remains inextricably linked with Sex Tech and is party to sexual exploitation.

Major corporations such as Omni Hotels, Marriott International, Hilton Worldwide, Walmart, Facebook, and others have eliminated or are eliminating sexual exploitation from their business models. This is Snap's invitation to do likewise, and in so doing to assume a leadership position within the social media business sector.

All girls, boys, women, and men have a natural human dignity and thus a right to live lives free from sexual exploitation. Cyberbullying, sexting, pornography and prostitution are degrading, dehumanizing, exploitive, and a violation of this right. These are serial attacks on human dignity, identity, and worth. The world is now suffering from the effects of widespread sexual exploitation, and Snap has an historic opportunity to play an important role in stopping it.

We hope Snap Inc., will rise to this challenge and meet with us to discuss ways by which it can become a corporate leader in the fight for a world free from sexual exploitation.

Sincerely,

Patrick Trueman
President & CEO

Dawn Hawkins
Senior Vice President & Executive Director

# DOCUMENT SLIPSHEET

**Bates Number:** SNAP0028008-SNAP0028019

**BEGATTACH:** SNAP0028007

**ENDATTACH:** SNAP0028019

**Custodian:** SPIEGEL_EVAN

**Author:**

**Filename:** DD 2017_SNAP_NOTIFICATION LETTER_2-22-16_FINAL.PDF

**Create Date:** 2/22/2017 6:26 AM

**Last Modified Date:** 2/22/2017 12:00 AM

**TNAG BEGBATES:**

**TNAG ENDBATES:**

**MAAG BEGBATES:**

**MAAG ENDBATES:**

**File Path:** /DD 2017_SNAP_NOTIFICATION LETTER_2-22-16_FINAL.PDF