# EXHIBIT 7

THORN

Donate →

# Will you help protect childhood joy?

You have the power to protect children from sexual abuse.

Support Child Safety → Explore Solutions →



THORN

Donate

# The internet makes it easier to harm kids

Children are being exploited online. Grooming ?, sextortion ?, and the documentation of their abuse (child sexual abuse material, or CSAM ?) is spreading faster than ever. **Learn more about the issue**.

We're building a digital safety net to protect children.

Explore Our Impact

**REDUCED REVICTIMIZATION.**

13,100,000+

files of suspected sexual abuse material flagged for removal

**ACCELERATED VICTIM IDENTIFICATION.**

1,046

law enforcement agencies using Thorn tools

**SCALED CHILD PROTECTION.**

1.4 trillion

total files processed to detect sexual abuse material



THORN

Donate

# the world protects children

We don't have to scroll past while harm happens. Everyone has a role to play to protect kids. **Thorn's solutions** empower you to become an active partner in building a safer internet.

**EXPLORE SOLUTIONS FOR:**

Platforms

Parents

Teens & Young Adults

Victim Identification



**Looking for more ways to help?**
Your donation accelerates the speed of hope and safety.

Donate Now

# Why Thorn?

"Thorn makes it simple for businesses to set up and operate a robust child safety program. Slack has long relied on Thorn to help keep our services safe in a responsible and privacy-protective way."

**RISA STEIN, DIRECTOR OF PRODUCT MANAGEMENT, INTEGRITY AT SLACK**

"Thorn's work is essential. Us pa
feel helpless knowing children
vulnerable to predators and tha
glad to be a small part of their e

**SAMIA, THORN DONOR**

THORN

Donate →




THE ISSUE

OpenAI Forum: Using AI to Protect Children Online

Read Article




NEWS

Bringing critical child safety conversations to Capitol Hill

Read Article




TECHNOLOGY FOR GOOD

When every moment matters, Context Labels help accelerate child safety

Read Article

REPORT

New technology leads to new online behaviors for kids. Find out what young people told us about their daily digital lives in our annual Youth Perspectives Report.

Read the Report →

2025 IMPACT REPORT

GUIDE







## One bold goal drives our work

We're on a mission to transform how children are protected from sexual abuse and exploitation in the digital age. How?

## We help find children faster

## We reduce the spread of CSAM

THORN

Donate

We conduct novel research

We build cutting-edge detection tools and safety technologies

More on Who We Are

THE THORN PLEDGE

"I believe every child has the right to a joyful childhood, free from the harms of sexual abuse."

Read the Full Pledge

EMAIL*

FIRST NAME*

LAST NAME*

I agree to receive emails from Thorn about Thorn's mission and how I can help.*

I have read and agree to Thorn's **Privacy Policy**.*

THORN

Donate

This site is protected by reCAPTCHA and the Google **Privacy Policy** and **Terms of Service** apply.

THORN

Issue
Solutions
Who We Are
Support Us
Research Center
Blog
Work for Thorn
Newsroom
Contact Us
Donate
FAQs

Thorn is a registered 501(c)(3) organization.
EIN: 27-0943677

**STAY UP TO DATE ON THE ISSUE AND ALL THINGS THORN.**

EMAIL*

Email

FIRST NAME

First name

LAST NAME

Last name

☐ I agree to receive emails from Thorn about Thorn's mission and how I can help.*

☐ I have read and agree to Thorn's **Privacy Policy**.*

Put me on the list

© 2026 Thorn. All rights reserved. • Trust Center • Sitemap • Privacy Policy • Accessibility

powered by aws