# EXHIBIT 8

THORN

Donate

REPORTS

# Research Library

Search

YEAR OF PUBLICATION
Select

YEAR OF DATA COLLECTION
Select

TOPIC
Select

MONITORING
Select

POPULATION
Select

JULY 2026

## Youth Perspectives on Online Safety, 2025



Each year, Thorn surveys 1,000 young people, aged 9-17, about their attitudes and experiences related to a variety of online risks. In 2025, our findings show that their digital worlds remain complex, with many young people navigating potentially harmful online experiences alongside new technologies.

See Report

## Advancing Response to Sadistic Online Exploitation in Networked Youth Environments



This research examines how sadistic online exploitation (SOE) challenges child safety systems and identifies opportunities to strengthen the coordination of response to better protect young people. The study draws on interviews with more than 30 practitioners across 8 countries.

See Report →

SEPTEMBER 2025

## Youth Perspectives on Online Safety, 2024: an Annual Report of Youth Attitudes and Experiences

Thorn's annual report of Youth Perspectives on Online Safety represents the sixth year of data collection on youth behaviors and attitudes toward online safety topics.

Download Full Report →

JUNE 2025

## Sexual Extortion & Young People: Navigating Threats in Digital Environments

Drawing on a survey of 1,200 young people aged 13-20, this research explores the prevalence and nature of sexual extortion involving young people, examining how technology has transformed traditional dynamics of digital abuse.

THORN

Donate

APRIL 2025

## Commodified Sexual Interactions Involving Minors: New data on evolving dynamics in technology-facilitated child sexual exploitation

Drawing on a survey of 1,200 young people aged 13-20, this research explores the prevalence and nature of commodified sexual interactions involving minors, examining how technology has transformed traditional dynamics of commercial sexual exploitation to include diverse forms of compensation beyond monetary exchange.

See Report

MARCH 2025

## Deepfake Nudes & Young People: Navigating a New Frontier in Technology-facilitated Nonconsensual Sexual Abuse and Exploitation

Drawing on a survey of 1,200 young people aged 13-20, this research explores their awareness of deepfake nudes, lived experiences with them, and their involvement in creating such content.

See Report

DECEMBER 2024

## Evolving Technologies Horizon Scan

significantly impact online child safety in the next 5-10 years.

Download Report

AUGUST 2024

## Youth Perspectives on Online Safety, 2023

Thorn's annual report of Youth Perspectives on Online Safety represents the fifth year of data collection on youth behaviors and attitudes toward online safety topics. This year expands to include emerging threats such as AI-generated CSAM ("deepfake nudes") and sextortion.

Download Report

JUNE 2024

## Trends in Financial Sextortion: An investigation of sextortion reports in NCMEC CyberTipline data

In partnership with the National Center for Missing & Exploited Children (NCMEC), this research examines more than 15 million reports made to the CyberTipline from 2020 to 2023 to pinpoint cases of sextortion and examine the evolving scale and nature of financially motivated sextortion. Importantly, while sextortion can affect all ages, this report focuses explicitly on the sextortion of minors.

See Report

THORN

Donate



## Ready to defend children?

Make a one-time or monthly donation today.

Donate Now

THORN

Issue

Solutions

Who We Are

Support Us

Research Center

Blog

Work for Thorn

Newsroom

Contact Us

Donate

FAQs

Thorn is a registered 501(c)(3) organization.
EIN: 27-0943677

**STAY UP TO DATE ON THE ISSUE AND ALL THINGS THORN.**

THORN

Donate

I agree to receive emails from Thorn about Thorn's mission and how I can help.*

I have read and agree to Thorn's **Privacy Policy**.*

Put me on the list

© 2026 Thorn. All rights reserved. • Trust Center • Sitemap • Privacy Policy • Accessibility

powered by aws