JONATHAN H. BLAVIN (State Bar No. 230269)
Jonathan.Blavin@mto.com
MUNGER, TOLLES & OLSON LLP
560 Mission Street, 27th Floor
San Francisco, CA 94105-3089
Telephone: (415) 512-4000
Facsimile: (415) 512-4077

E. MARTIN ESTRADA (SBN 223802)
Martin.Estrada@mto.com
L. ASHLEY AULL (SBN 257020)
Ashley.Aull@mto.com
VICTORIA A. DEGTYAREVA (SBN 284199)
Victoria.Degtyareva@mto.com
MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue, 50th Floor
Los Angeles, CA 90071
Tel.: (213) 683-9100

*Attorneys for Defendant Snap Inc.,*

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION

This Document Relates to:

*Tucson Unified School District v. Meta Platforms Inc., et al.*

Case No. 4:24-cv-01382-YGR

MDL No. 3047

Case No. 4:22-md-03047-YGR-PHK

**DECLARATION OF JONATHAN H. BLAVIN IN SUPPORT OF DEFENDANTS' MOTION *IN LIMINE* TO EXCLUDE CERTAIN OPINION TESTIMONY BY DR. BRYCE WARD (MIL NO. 1)**

**Hearing:**
Date: November 13, 2026
Time: 2:00 PM
Place: Courtroom 1, 4th Floor
Judge: Hon. Yvonne Gonzalez Rogers

**DECLARATION OF JONATHAN H. BLAVIN**

I, Jonathan H. Blavin, declare:

1. I am an attorney at the law firm of Munger, Tolles & Olson LLP and one of the counsel of record representing Defendant Snap Inc. ("Snap") in the above-captioned matter. I am admitted to practice before all of the courts of the State of California and this Court. I have personal knowledge of the facts stated in this declaration, and if called upon to do so, could and would competently testify thereto.

2. I submit this declaration in support of Defendants' Notice of Motion and Motion in Limine to Exclude Certain Opinion Testimony by Dr. Bryce Ward, filed concurrently with this declaration.

3. Attached as **Exhibit 1** is a true and correct copy of the Expert Report of Dr. Bryce Ward for Tucson Unified School District dated May 19, 2025.

4. Attached as **Exhibit 2** is a true and correct copy of the affidavit of Brian Lambert dated May 12, 2025.

5. Attached as **Exhibit 3** is a true and correct copy of the affidavit of Dr. Sabrina Salmon, dated May 13, 2025.

6. Attached as **Exhibit 4** is a true and correct copy of the affidavit of Holly Hammel, dated May 13, 2025.

7. Attached as **Exhibit 5** is a true and correct copy of the affidavit of Julie Shivanonda, dated May 13, 2025.

8. Attached as **Exhibit 6** is a true and correct copy of cited excerpts of the August 15, 2025 deposition of Dr. Bryce Ward.

9. Attached as **Exhibit 7** is a true and correct copy of cited excerpts of the June 30, 2025 deposition of Julie Shivanonda.

I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct.

Executed on October 16, 2026.

By: */s/ Jonathan H. Blavin*
JONATHAN H. BLAVIN