UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br>Diane Fitzgerald and Kerry Fitzgerald, individually and as parents and general guardians of their minor son C. F.<br><br>Member Case No.: 4:26-cv-06756-YGR | Case No. 4:22-md-03047-YGR<br><br>MDL No. 3047<br><br>**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE ; ORDER**<br>**(CIVIL LOCAL RULE 11-3)** |

I, Enrique G. Serna, an active member in good standing of the bar of the State of Texas, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Plaintiffs Diane Fitzgerald and Kerry Fitzgerald, individually and as parents and general guardians of their minor son C. F. in the above-entitled action. My local co-counsel in this case is N/A – not required (see ECF No. 2, ¶ 5(b)), an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California. Local co-counsel's bar number is: N/A.

| | |
|---|---|
| Serna & Associates PLLC<br>9901 Interstate 10<br>Suite 800<br>San Antonio, Texas 78230<br>MY ADDRESS OF RECORD | N/A – not required (see ECF No. 2, ¶ 5(b))<br><br>LOCAL CO-COUNSEL'S ADDRESS OF RECORD |
| (210) 865-5800<br>MY TELEPHONE # OF RECORD | N/A<br>LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD |
| enrique@serna-associates.com<br>MY EMAIL ADDRESS OF RECORD | N/A<br>LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 00789617 (State Bar of Texas).

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application. (Exhibit A – State Bar of Texas certificate dated October 10, 2026, issued under my full name, Enrique Gerardo Serna Martinez.)

I have been granted *pro hac vice* admission by the Court 0 times in the 12 months preceding this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules. I declare under penalty of perjury that the foregoing is true and correct.

Dated: October 16, 2026

/s/ Enrique G. Serna
APPLICANT
Enrique G. Serna

**ORDER GRANTING APPLICATION**
**FOR ADMISSION OF ATTORNEY PRO HAC VICE**

IT IS HEREBY ORDERED THAT the application of Enrique G. Serna is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: October 19, 2026

HON. YVONNE GONZALEZ ROGERS
UNITED STATES CHIEF DISTRICT JUDGE

# STATE BAR OF TEXAS

*Office of the Chief Disciplinary Counsel*

October 10, 2026

Re: Enrique Gerardo Serna Martinez, State Bar Number 00789617

To Whom It May Concern:

This is to certify that Enrique Gerardo Serna Martinez was licensed to practice law in Texas on May 06, 1994, and is an active member in good standing with the State Bar of Texas. "Good standing" means that the attorney is current on payment of Bar dues; has met Minimum Continuing Legal Education requirements; and is not presently under either administrative or disciplinary suspension from the practice of law.

This certification expires 30 days from the date, unless sooner revoked or rendered invalid by operation of rule or law.

Sincerely,

Seana Willing
Chief Disciplinary Counsel
SW/web

P.O. BOX 12487, CAPITOL STATION, AUSTIN, TEXAS 78711-2487, 512.427.1350; FAX: 512.427.4253