Hon. Suzanne H. Segal (Ret.)
SIGNATURE RESOLUTION, LLC
633 West 5th Street, Suite 1000
Los Angeles, California 90071
judgesegal@signatureresolution.com

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION | Case No.: 22-md-3047-YGR<br>Multi-District Litigation ("MDL") No. 3047 |
| This Document Relates to:<br>All Actions | **SPECIAL MASTER AFFIDAVIT** |

On October 16, 2026, District Judge Yvonne Gonzalez Rogers issued an order (the "Order") tentatively appointing Judge Suzanne H. Segal (Ret.). as a Special Master pursuant to Federal Rule of Civil Procedure 53. The parties provided the Order to Judge Segal on October 16, 2026. Judge Segal is required to review the available information to confirm that she is not required to disqualify herself. Rule 53 requires that a Special Master file an affidavit under Federal Rule of Civil Procedure 53(b)(3)(A). Judge Segal has reviewed the pleadings and the docket. Judge Segal has determined, pursuant to Rule 53(a)(2), that she does not have a relationship to the parties, attorneys, action, or court that would require disqualification of a judge under 28 U.S.C. Section 455. I declare under penalty of perjury that the foregoing is true and correct.

Dated: October 21, 2026

DocuSigned by:
Hon. Suzanne Segal (Ret.)
2B739185DE71459...

Hon. Suzanne Segal (Ret.)