WILLIAMS & CONNOLLY LLP
Ashley W. Hardin, *pro hac vice*
J. Andrew Keyes, *pro hac vice*
Neelum J. Wadhwani (SBN 247948)
680 Maine Avenue SW
Washington, DC 20024
Tel.: (202) 434-5000
ahardin@wc.com
akeyes@wc.com
nwadhwani@wc.com

*Attorneys for Defendants YouTube, LLC and Google LLC*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br><br>*Charleston County School District v. Meta Platforms, Inc., et al.*<br><br>Case No.: 4:23-cv-04659 | MDL No. 3047<br><br>Case No. 4:22-md-03047-YGR-PHK<br><br>**DECLARATION OF ASHLEY W. HARDIN IN SUPPORT OF DEFENDANTS' MOTION TO PRECLUDE CHARLESTON COUNTY SCHOOL DISTRICT FROM RELYING ON A LATE-DISCLOSED SCHOOL DISTRICT WITNESS** |

I, Ashley W. Hardin, declare and state as follows:

1. I am an attorney admitted to practice in the District of Columbia and the Commonwealth of Virginia, and admitted to practice pro hac vice in the above-entitled action. I am a partner with the law firm of Williams & Connolly LLP, counsel for Defendants YouTube, LLC and Google LLC. I make this declaration in support of Defendants' Motion to Preclude Charleston County School District from Relying on a Late-Disclosed School District Witness. This declaration is based on my own personal knowledge and, if called to testify as to the truth of the matters set forth herein, I could and would competently testify thereto. I offer this declaration without waiving, or intending to waive, the attorney-client privilege or work-product protection.

2. Attached as Exhibit A is a true and correct copy of an email from Jade Haileselassie to Defendants' counsel dated December 20, 2024, with the subject line "Re: Charleston County School District - Non-custodial Sources." The email lists Charleston County School District ("Charleston") employees whom Charleston identified as individuals with knowledge. Defendants have redacted the names of the employees because their identities are not relevant to the issues raised in this motion.

3. Attached as Exhibit B is a true and correct copy of an email from Previn Warren to Defendants' counsel dated October 15, 2026, with the subject line "RE: Tucson and Charleston witness lists."

4. Attached as Exhibit C is a true and correct copy of a letter from Michael M. Weinkowitz to Defendants' counsel dated July 21, 2023.

5. Attached as Exhibit D is a true and correct copy of a letter from J. Andrew Keyes to Charleston's counsel dated June 10, 2024. The letter includes the names of Charleston employees who were sent a litigation hold notice in connection with this litigation, and the names of Charleston employees whom Charleston identified as individuals with knowledge. Defendants have redacted the names of the employees because their identities are not relevant to the issues raised in this motion.

6. Attached as Exhibit E is a true and correct copy of a letter from J. Andrew Keyes to Charleston's counsel dated June 26, 2024. The letter includes the names of Charleston employees

who were identified in Charleston's Plaintiff Fact Sheet. Defendants have redacted the names of the employees because their identities are not relevant to the issues raised in this motion.

7. Attached as Exhibit F is a true and correct copy of a letter from Michael M. Weinkowitz to Defendants' counsel dated July 24, 2024.

8. Attached as Exhibit G is a true and correct copy of the May 18, 2025 Expert Report of Robert L. Klein for Charleston County School District.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on October 22, 2026, in Washington, D.C.

Dated: October 22, 2026

By: *<u>/s/ Ashley W. Hardin</u>*
Ashley W. Hardin, *pro hac vice*

*Attorney for Defendants YouTube, LLC and Google LLC*