# EXHIBIT A

**From:** SocialMediaSD <SOCIALMEDIASD@SKADDENLISTS.COM> on behalf of Haileselassie, Jade <jhaileselassie@MOTLEYRICE.COM>
**Sent:** Friday, December 20, 2024 7:40 PM
**To:** SOCIALMEDIASD@SKADDENLISTS.COM
**Subject:** Re: Charleston County School District - Non-custodial Sources

Hello Chaloea,

We have substantially completed production of documents today for all seventeen of the previously agreed custodians, including [redacted] Production Volume CCSD027 was served this afternoon and a second production, CCSD028, containing under 1,000 documents, is expected to be uploaded to the FTP by Monday at the latest.

Across these custodians, there are approximately 6,000 documents under redaction review. In addition, a subset of documents is undergoing additional review with an expected production of fewer than 2,000 documents next week or early the following week. Finally, Review360 and MUNIS documents are included in CCSD027 with the Custodian of Charleston County School District. The remaining non-custodial sources require further redaction review. Given the holidays, we expect to be able to produce all of the foregoing remaining documents by January 15 at the latest but will produce as available until complete.

In addition, we recently identified seven individuals with knowledge and will be amending the Plaintiff's Fact Sheet to reflect the following names and positions:

[redacted] (Counselor, Haut Gap Middle School)
[redacted] (Guidance, Baptist Hill High School)
[redacted] (High School, Principal, St. John's High School)
[redacted] (Principal, West Ashley High School)
[redacted] (High School, Principal, Lucy Beckham High School)
[redacted] (Principal, 7th and 9th Grade Principal, CE Williams - South)
[redacted] (Middle School, 6th Grade Principal, CE Williams - North)

We anticipate your request and, given the timing, have already initiated collection of their custodial files with the intent to deliver them, one at a time, individually as completed, within the next sixty days.

Best Wishes for the Holidays,
Jade

MotleyRice LLC
ATTORNEYS AT LAW

**Jade Haileselassie** (she / her)
Attorney at Law

28 Bridgeside Blvd., Mt. Pleasant, SC 29464
o. 843.216.9043 f. 843.216.9450
jhaileselassie@motleyrice.com