# EXHIBIT D

LAW OFFICES
WILLIAMS & CONNOLLY LLP®

J. ANDREW KEYES
(202) 434-5584
akeyes@wc.com

680 MAINE AVENUE SW
WASHINGTON, DC 20024
202.434.5000
WWW.WC.COM

EDWARD BENNETT WILLIAMS (1920-1988)
PAUL R. CONNOLLY (1922-1978)

June 10, 2024

Via Email

Esther Berezofsky
Motley Rice, LLC
210 Lake Dr. East
Cherry Hill, NJ 08002
eberezofsky@motleyrice.com

Re: MDL No 3047 – Litigation Hold Recipient Lists – Charleston County School District

Dear Ms. Berezofsky:

We are in receipt of Plaintiff Charleston County School District's correspondence related to its litigation holds, dated May 14, 2024 and June 5, 2024. I write to express continued concerns with the scope and implementation of Charleston's litigation holds in this matter.

Defendants sent Charleston a Preservation Letter on August 18, 2023, three days after Charleston filed its Complaint. Charleston acknowledged receipt of the Preservation Letter on August 21, 2023. *See* Aug. 21, 2023, Email from J. Haileselassie to J. Petrosinelli & A. Hardin re Charleston County School District Complaint – Service on Google. However, Charleston's Litigation Hold List, provided to Defendants on May 14, 2024, shows that Charleston did not implement a *single* litigation hold until September 12, 2023, at which time it placed one individual ([redacted] – Legal Office) on hold. On October 16 and 17, 2023, Charleston added two more individuals to the litigation hold: [redacted] (Executive Director of Assessment and Evaluation) and [redacted] (CFO). This limited litigation hold was insufficient to meet Charleston's preservation obligations, as outlined in Defendants' Preservation Letter. Charleston's assertion that these *three* notices encompass all of the "appropriate and key personnel responsible for the requested data," *see* Letter from E. Berezofsky to C. Pistilli dated June 5, 2024 re Litigation Hold Recipient List, is belied by the information provided in Charleston's April 1, 2024 PFS and June 6, 2024 Interrogatory Responses, as outlined further below.

It was not until May 8, 2024—over a month after Charleston submitted a PFS identifying specific individuals with relevant knowledge and six days after Defendants sent a letter

requesting a list of individuals on litigation hold list—that Charleston expanded the scope of its litigation holds and added 26 additional individuals with relevant knowledge.

Notably, there are 11 individuals listed in Charleston's PFS (dated April 1, 2024) as having relevant knowledge who have *never* received a litigation hold.[1] There are also two individuals named in Charleston's Interrogatory Responses (dated June 6, 2024), who likewise have *never* received a litigation hold.[2] This is particularly alarming as Charleston's Interrogatory Reponses list those individuals with "primary, material knowledge" about the allegations in this case.

We request a meet and confer to discuss Charleston's failure to meet its preservation obligations as soon as possible. Please provide your availability for a meet and confer on Thursday, June 13, 2024.

Sincerely,

**WILLIAMS & CONNOLLY LLP**

/s/ J. Andrew Keyes
JOSEPH G. PETROSINELLI, *pro hac vice*
jpetrosinelli@wc.com
ASHLEY W. HARDIN, *pro hac vice*
ahardin@wc.com
J. ANDREW KEYES, *pro hac vice*
akeyes@wc.com
680 Maine Avenue, SW
Washington, DC 20024
Tel.: (202) 434-5000

*Attorneys for Defendants Google LLC and YouTube LLC*

[1] Those individuals are: [redacted]

[2] Those individuals are [redacted]. Charleston's Interrogatory Responses state that these individuals have "primary, material knowledge" about "[t]he impact of social media use on" Charleston's high schools and middle schools. *See* Charleston's Response to Interrogatory No. 1.