# EXHIBIT E

LAW OFFICES
WILLIAMS & CONNOLLY LLP®

J. ANDREW KEYES
(202) 434-5584
akeyes@wc.com

680 MAINE AVENUE SW
WASHINGTON, DC 20024
(202) 434-5000
WWW.WC.COM

EDWARD BENNETT WILLIAMS (1920-1988)
PAUL R. CONNOLLY (1922-1978)

June 26, 2024

Via Email

Esther Berezofsky
Motley Rice LLC
210 Lake Dive East
Suite 101
Cherry Hill, NJ 08002
eberezofsky@motleyrice.com

Jade Haileselassie
Motley Rice LLC
28 Bridgeside Blvd.
Mt. Pleasant, SC 29464
jhaileselassie@motleyrice.com

Re: *In Re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation*, MDL No. 3047
*Charleston County School District v. Meta Platforms Inc., et al.*,
Case No.: 4:23-cv-04659
Initial Custodian List

Dear Esther and Jade:

I write on behalf of Defendants YouTube, LLC; Google LLC; Alphabet Inc; Meta Platforms, Inc. f/k/a Facebook, Inc.; Facebook Holdings, LLC; Facebook Operations, LLC; Facebook Payments, Inc.; Facebook Technologies, LLC; Instagram, LLC; Siculus, Inc.; Mark Elliot Zuckerberg; TikTok Inc.; ByteDance Inc.; and Snap Inc.

We have reviewed Charleston County School District's ("CCSD") June 21, 2024 "Initial Custodian List." We agree that the custodial files of the 16 CCSD employees on that list should be collected and reviewed for documents that are responsive to Defendants' discovery requests. However, the list is materially incomplete because it (1) omits individuals that CCSD previously identified as witnesses with knowledge of information relevant to the litigation, and

(2) fails to include witnesses that hold relevant positions within CCSD's middle and high schools.

Please confirm by no later than Tuesday, July 2, 2024 that CCSD will supplement the list of document custodians to include the following individuals whom CCSD identified as "people with knowledge" in response to Plaintiff Fact Sheet Question No. 18 *and* every individual who worked at any CCSD middle or high school from August 1, 2014 to present as (i) a principal or (ii) a mental, behavioral, emotional or social health psychologist, counselor or therapist.

- [redacted], Assistant Superintendent (2017-2018 to 2018-2019)
- [redacted], Assistant Superintendent (2019-2020 to 2021-2022)
- [redacted], CFO (2023-2024)
- [redacted], Director of Student Support Services (2017-2018 to 2021-2022); Director of School Support (2017-2018 to 2021-2022)
- [redacted], Procurement (2023-2024 to present)
- [redacted], Superintendent (2023-2024)
- [redacted], Superintendent (2021-2022 to 2022-2023); CFO (2017-2018 to 2020-2021)
- [redacted], Director of Technology (2017-2018 to present)
- [redacted], Superintendent (2017-2018 to 2021-2022)
- [redacted], Director of School (2017-2018 to 2018-2019)
- [redacted], Procurement (2017-2018 to 2022-2023)
- [redacted], CFO (2022 to 2023)

If CCSD is not willing to include any of these individuals as custodians for purposes of identifying, collecting, reviewing and producing responsive documents within CCSD's possession, custody or control, please (a) explain the basis for CCSD's position and (b) provide your availability for a meet and confer next week so that the parties can promptly resolve or escalate this dispute in view of the accelerated schedule that Plaintiffs requested in this action.

* * *

Defendants reserve the right to request the collection and review of additional custodial files as we receive and review CCSD's production of responsive documents, gather additional facts over the course of discovery, and to the extent CCSD later seeks damages for the period prior to August 1, 2017.

Sincerely,

J. Andrew Keyes