# EXHIBIT A

Message

**From:** [redacted] [/O=THEFACEBOOK/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=[redacted]]
**Sent:** 3/10/2023 8:56:36 PM
**To:** [redacted] [redacted]@meta.com]; Anya Drabkin [[redacted]@meta.com]; [redacted] [redacted]@meta.com]; [redacted]@meta.com]; [redacted] [[redacted]@meta.com]
**Subject:** Message summary [{"otherUserFbId":null,"threadFbId":6149505601759615}]

[redacted] (3/10/2023 09:21:03 PST):
>Friends, EDS just sent an email to Nick giving him heads up that we will escalate. Please keep an eye on this thread in case I have questions to respond to Nick.

[redacted] (3/10/2023 09:22:07 PST):
>OK! Regarding the email you just sent ... is that about ANY well-being research or is referring to MYST specifically?

[redacted] (3/10/2023 09:23:48 PST):
>let's do MYST, and if we have time do all well-being research from the last 18 months?

[redacted] (3/10/2023 09:24:30 PST):
>this is the email she sent to Nick.
>
>Nick, heads up that we are bringing an escalation to you and Jen next week on teen well-being research. Legal is trying to block or redesign the Youth Social Emotional Trends study we are running in partnership with the University of Chicago (detail below). The legal team's PRIV
PRIV
>
>
>
>I just fundamentally disagree with that logic and the legal team's approach – we will bring two issues to you next week:
>
>We need to do this research to understand and improve our products. Not doing the research is actually riskier and worse for both our users and our company.
>Legal is revisiting the same issues over and over again. It's unproductive and incredibly expensive to do this – we need durable, categorical legal guidance that allows us to operate freely without treating each study as a unique decision.
>
>
>We'll send a pre-read framing up the full issue next week. Please let us know if you need anything in advance.
>
>
>
>
>
>Meta & Youth Social Emotional Trends is a study developed in partnership with NORC that will follow a cohort of ~1,500 U.S. teens (13-17 years old) over a period of 6 months to understand their Facebook and Instagram use (e.g., late night use, interactions with friends, as measured by log data) in relation to their social and emotional lives (e.g., social support, anxiety). The primary purpose of this study is to help Meta make evidence-based product decisions for its youngest users.

[redacted] (3/10/2023 09:41:37 PST):
>Started this shell document for us to starting adding to per [redacted]/EDS's request on aggregating legal decisions related to MYST >> https://docs.google.com/document/d/1mWi-uozUuXFneo-tp9AZ1KxHlPFxxhFtkNmeEqp3kw4/edit#heading=h.y17s5rsqcesk

[redacted] (3/10/2023 10:12:52 PST):
>One more thing: who here wants to work with [redacted] in the legal team! PRIV
PRIV

[redacted] (3/10/2023 10:27:45 PST):
>Happy to be point on this

[redacted] (3/10/2023 10:29:50 PST):
>Thank you [redacted] I'm going to be fairly involved so you can ask for support from me and I'm sure [redacted] too if you need it!

[redacted] (3/10/2023 12:11:12 PST):
>OHHH I WANT TO!!!!

[redacted] (3/10/2023 12:11:24 PST):
[redacted] partner!?

[redacted] (3/10/2023 12:18:28 PST):
>ok friends. I have been on and off chatting with Curtiss about MYST. He has some questions and concerns about how the study is currently designed, but moreover he has some ideas about how we can make it stronger, given NORC's capabilities. I asked him to send us written feedback. And he also volunteered Lauren and Bryce to spend some time with us to brainstorm and workshop.
>
>while this has been a whole saga, since now we have all eyes on the study, I will take any constructive feedback I can get, and am thankful that we have all your working on it, and we will be getting some time from our colleagues in DSS as well.

Anya Drabkin (3/10/2023 12:46:54 PST):
>Hi [redacted]. Of course am curious to see Curtiss' feedback. I want to also be clear that Lauren has been fully read in and provided close review of the study at every stage. Bryce also has provided feedback multiple times. I am sure there are ways we can improve the study (as with any study!). Any methodological change will of course require PXFN, IRB, and LaMa review - all of which are non-trivial. Our product partners are eager for this study to be done yesterday. Are Curtiss' concerns that we will not get rigorous product insights?

[redacted] (3/10/2023 12:54:08 PST):
>Yes please!

[redacted] (3/10/2023 12:56:36 PST):
>let's wait for his feedback. I think he has ideas about what we can do to contextualize findings better.