# EXHIBIT B

# MYST Research Sync

## Agenda & Materials

**Goal:** This doc contains pre-read materials, email for [redacted] to send to mtg. attendees, and agenda items for the MYST Research Sync mtg scheduled for 2/24/23 at 9:15 AM PST.

**Contents:**
Email Draft [includes link to pre-read]
Detailed Agenda

**Email from [redacted] to "MYST Research Sync" Mtg. Attendees** [email sync attendees directly]:

Hi All,

Looking forward to meeting tomorrow to identify the best path forward for the Meta & Youth Social Emotional Trends study. If possible, prior to the meeting, please read through this doc, which outlines the concerns in detail. We will then use our time together to get to a solution. Below, please find the agenda for our meeting. Let me know if you have any questions or would like to add any items.

**Agenda**

1. Brief Intros from research lead/legal lead [5 min]
2. Goal of Meeting [redacted], 1 min]
    a. Fully understand feedback on survey questions, unpack how we can reduce risks of running the study longitudinally, and understand implications for well-being research generally
3. High-level overview of what we want to work through during this meeting [[redacted], 5 min]:
    a. Feedback on sensitive questions
    b. Longitudinal methods
    c. Recruitment
    d. Implications for research more generally
4. Discussion 1: Sensitive questions [Anya, 1 min]
    a. Fully understand feedback
5. Discussion 2: Longitudinal methods [Anya, 10 min]
    a. Unpack concerns and ways to reduce risk
6. Discussion 3: How risky is the scale of recruitment? Is this a blocker or just a concern we're calling out? [Anya, 5 min]
    a. Discuss ways to reduce risk
7. Implications for well-being research beyond this study [[redacted], 5 min]
8. Next steps [[redacted], 5 min]

Best,

[redacted]

**Detailed Agenda** [To Use during mtg.]

1. Brief Intros from research lead/legal lead [5 min]
2. Goal of Meeting [redacted], 1 min]
    a. Fully understand feedback on survey questions, unpack how we can reduce risks of running the study longitudinally, and understand implications for well-being research generally
3. High-level overview of what we want to work through during this meeting [redacted], 5 min]:
    a. Sensitive questions
    b. Longitudinal methods
    c. Recruitment
    d. Implications for WB research
4. Discussion 1: Longitudinal methods (10 min)
    a. Our understanding of feedback is that legal will not approve a longitudinal study of any kind. Is that right?
    b. Pressure testing:
        i. If we were to accept all feedback, would legal approve?
        ii. If the study only included questions about social support/positive outcomes, would legal approve?
        iii. If we include more positively-oriented questions, would legal approve?
5. Discussion 3: Recruitment
    a. Blocker? What about including a screen-out question that assesses participation in active litigation?
6. Discussion 1: Sensitive questions [Anya, 5 min]
    a. Status on feedback [essentially we can work with it, but pressure test a few]
        i. Control Questions
        ii. ABCD/IPR
        iii. NAC
        iv. Mindset
7. Discussion 4: Implications for WB research
    a. Can we do a longitudinal study if we used 3rd-party logging?
    b. Can we do a longitudinal study that's not FB/IG use specifically, but still
    c. Can we do a longitudinal study that doesn't include log data?
8. Next steps
    a. Need for escalation - VP-level exec to accept the risks

Notes

•