# EXHIBIT E

# Well-being Meeting Sound-check Notes

Upcoming

## April 5th

1. WB Roadmap
    a. 4 w/work scoped for 1 person
    b. Think about one other person ~~ what is the person we bring on full time
    c. Take the priorities and make the "final" roadmap // make a call after the layoffs [managing with [redacted] and [redacted]]
2. WB tracking
    a. Stand this up for adults // should go forward with the survey we are working
        i. No budget until end of april // can't process open POs
        ii. Can kristin do this in advance? // run this by curtiss -- we've resolved staffing and have continued to push
            1. In the meantime, we can't push forward
            2. Do you have a PO /// just cc lauren and curtiss
    b. Not for teens

## March 21

1. Legal escalations email: [ HYPERLINK

PRIV

2. Add you to a YWB messaging chat with [redacted] and respond to [redacted]'s query? [ HYPERLINK "https://docs.google.com/document/d/1cjMZPikwhITWfGcoFov6n1jW-8V0I9vkY7enLP1yHg8/edit" \h ]
3. Discussion: [ HYPERLINK "https://docs.google.com/document/d/1ZzJsBgc949K1vECrxt2v0aDM7C9A7Z90wO8s8EWLync/edit" \h ]
4. How do you want to move forward with Kristin and phase 1?
5. Here is our draft HPM / process with circulation set - link. Feedback? We want to send it on Wednesdays every other week. [ HYPERLINK "https://docs.google.com/document/d/12WzmDO79fOASG1gd57tiW9W5sSIKJ4PxUkHWvEsVcSo/edit" \h ]
6. Trends that [redacted] asked for from [redacted] ([ HYPERLINK "https://docs.google.com/document/d/1sE9LVRhO2XsqrWTQklH7O6OJQrZbDdy5fWeemstjSYw/edit" \h ])

March 8

1. Staffing (convo yesterday)
   a. Reach out to katie?
2. Curtiss' vision for the Haidt assignment

***Curtiss' goal for this work:** how do we get the academic community to disavow Haidt.*

- *Can't co-opt them, so how do we enrage them*

*Curtiss doesn't think that RRMT is the right audience. Thinks we need to focus on the media.*
*So the media finds him not credible.*
*Need to align across Policy, Comms, and Legal about who the right audience is. Thinks it's the media.*

- *Need to have this discussion with them. Especially re the 1-pagers.*
- *What are we actually trying to accomplish here?*

*Not thinking about this as a loud strategy. A Below-the-line campaign, a bracketing*
*Doesn't think that the argument, "the debate is unsettled". That plays into Haidt's*
*Not necessarily a research question, but we can talk with them and work with them (the academics).*
*Ideas:*

- *Get Gellman to write a take-down piece.*
- *Who can turn heads in the press.*

3. Bryce's opportunistic critics proposal
4. [redacted] from comms
   a. Already talked to [redacted] Already working on reactively. Happy to roll into whatever comms is doing, so it won't be separate sets of asks
   b. [redacted] is going to reinforce our request for [redacted] and [redacted] to get asks in 1 place
5. Email that came about tomorrow
6. RRMT and Survey

[ HYPERLINK "https://www.internalfb.com/meeting?id=TUVFVEIORzphbmV0dGdAbWV0YS5jb206VmhJOHV

JcFhySElJd0VncHlmanlKOTVwbUlYNEN5K0tZVk13amxJV3VOTyt0YUlWWkZzcWtZRVpFelEr
SEhFMDZqYWNVMEFROVlKWDJVRkg1Wk5GUlRoNEFrSFdrQlN2K0YrejIwU0NTQ1dOWFBy
aHI0ME9NQTZWVUluVlJ2dFFtYmM0SGxDRDlBVnowR3I5cG9zYnN4M2JPWHc2a0p4UlhkYk
NBS3BOdEVQYXkySi9ld3ZpNEc4bE1hdjlaT0dyTFM0NU1rdWhyR1lySk5SOGs2SEhBdz09" \h
]

Tuesday, March 7, 2023·10:05 AM - 10:30 AM

1. Lauren: getting inundated with WB asks – tracker, small group [redacted] how do we respond to the Heidt substack post where he reviewed a bunch of articles, this is a P0, [redacted] is leaving.
2. Can we pivot to the Haidt ask in the next 2 weeks - we would depri that
    a. Katie inundated this week 50% time
    b. John Bullock segmentation – turn other academics against Haidt – lot of strong methodologists to say things more forcefully – there is an immediate ask but we don't know how long this will last. Long term and short term game. – Multi district litgation is next 2 yrs and his arguments will be featured there
    c. Jean Twenge –
    d. Two streams
        i. Haidt
        ii. Scientific arguments
3. What is the need?
    a. Scope of the ask is undefined – review 400 page? Bryce this is not the right approach
    b. Will blown up from comms and legal
4. Warrom situation
5. [redacted]
    a. [redacted]- is good for the strategy
    b. [redacted] would step
6. Lauren: we should be scoping to Haidt
    a. Align the stakeholder
7. Bryce
    a. Pressure what curtiss is getting – Yes SMALL GROUP
    b. Feeling pressure that there is NO STRATEGY
    c. Policy – Comms – mix it up with Haidt [redacted] wants this
    d. Curtiss wants an academic strategy – BUT STAKEHOLDER ARE NOT ALIGNED…
8. Lauren
    a. We bring in [redacted] ASAP
    b.
9. [redacted]
    a. Give [redacted] an opportunity to weigh in
        i. HINE
        ii. Loud comms focused ?
10. xxx
    a. Start circulating a 1 pager,.
    b. What is the strategy should be

    c. Whisper strategy – turn academics against Haidt, why shoiuild this be the strategy
    d. Go to [redacted] [redacted], [redacted] – Will eventually go to Ginsberg
11. Strategic paths
    a. Media and academic elite facing strategy, have that percolate into the media.
12. Bryce - undermining H does nto go far enough, are yu still left with WHAT THEN?!
    a. When you talk about the Youth crisis – what else are you talking about
13. Lauren
    a. How debunking Haidt can happen
14. [redacted]
    a. All the parenting strategy
    b. Parents make the decisions…
15. Next steps
    a. [redacted] to talk to [redacted]
    b. [redacted] – After the [redacted] convo tomorrow - if this is not going to go

[ HYPERLINK
"https://www.internalfb.com/meeting?id=TUVFVEIORzphbmV0dGdAbWV0YS5jb206VmhJOHVJcFhySElJd0VncHlmanlKOTVwbUlYNEN5K0tZVk13amxJV3VOTyt0YUlWWkZzcWtZRVpFelErSEhFMDZqYWNVMEFROVlKWDJVRkg1Wk5GUlRoNEFrSFdrQlN2K0YrejlwU0NTQ1dOWFByaHl0ME9NQTZWVUluVlJ2dFFtYmM0SGxDRDlBVnowR3I5cG9zYnN4M2JPWHc2a0p4UlhkYkNBS3BOdEVPdnN3aGQ4OWQybGtNMENNRmV6V3FRRGx1aG4xR1ZWVWZ5cWdDVWJmM3ZiUT09" ]Event category

Monday, January 23, 2023·11:00 AM - 11:30 AM

1. We are looking at the DSS overall roadmap
2. Curtiss Lauren's discussion on Friday
    a. YWB strategy is in our remit - anything on how the company shows up
    b. NO random message testing == [redacted] PA marketing
    c. NO creative testing – Joel can do that
    d. YES
        i. Foundational
        ii. Who do we partner with
        iii. Making connections what is the strategy in the space –
        iv. Gamma yes reactive
        v. IC 7 scope partner with the PA folks make connections policy product and marketing have the seat at the table
3. Bryce
    a. Do both delegate and execute on YWB
    b. Forecasting ???
4. Discussion
    a. Litigation PRIV

b. IC8 - lauren's experience original research piece dried up, it was tricky making sure we are leading the work and monitoring the resources
c. How does Meta show up publicly – Bryce needs to be putting this together as a puzzle, how does that land, how does responses to NAS land
d. [redacted] external messaging for Well being – could be project balance - product feels they don't know what PA does
    i. When it comes to PA research DSS owns that… Curtiss is not going to defer to [redacted] – Lauren is hoping this can be complimentary in the best of ways, how what we can do externally is more of a bridge than a competition
    ii. Curtiss would tell [redacted] and EDS that they cannot engage in the PA space
    iii. Steph should send EDS engage in this? – BOTH to Bryce and [redacted]
e. Bryce – trust and connections stay on H1 is Lauren's asks –
f. Bryce's take
    i. Direct focus on both is needed
    ii. Re-evaluate in H1…
g. Managing up to [redacted] – helping her stay on track – about well being measurement … Curtiss reached out on the YWB measure PA leads – very tactical and technical in the weeds and age cuts Lauren has not seen the presentation
    i. WHERE DOES THE RESPONSIBILITY campaign live?

5. Decision
    a. Stay the course on YWB
        i. Strategy [redacted] Tucker stakeholders
            1. **PA Does this impact our Topline – develop the campaign**
            2. **Legal/comm PRIV**
            **PRIV**
            3. **IS GAMMA THE THIRD BUCKET? (is there anything additional there)**

LAUREN AGREES
(def inform CSI [redacted] making sure that they know)
EDS prob went to [redacted] and [redacted] not understanding what PA is doing…
attend the [redacted] and [redacted] standup… be there in Lauren's stead
Repurpose what we have…
Check back in with [redacted] what the research she signed up for…(rank, what can we answer already, if we cannot what can we do)
Alliance – is more strategy CSN is less strategy

        ii. [redacted] as FTE –
    b. For Forecasting: TBD on Wed more convos at the DSS level…

Jan 3

1. [feedback] Do we want to adjust this meeting to weekly; have a status check-in Mid-Jan and a final end Jan; or move to purely ad hoc?
    a. ***Weekly for now slowly ramp down get roadmapping down***
2. **Measurement**: there is a larger empirical deck with [redacted] and a smaller, summary deck integrated with CSN messaging
    a. [FYI] we socialized with [redacted] and [redacted] ~~ they are proposing a complete re-tooling of the whole set of YWB metrics (excluding external perception -- which they've made clear DSS owns) //
        i. Per KX, they are looking to have logged or other sorts of metrics and want to move away from "industry relative" measures (which comports with our approach).
        ii. We have provided feedback; overall, this approach integrates better with our proposed approach; this will require some tweaking to some of our final context slides.

- *Was not the original ask relative?*
- *We have the relative measure but it's not good for tracking*
    - *Companies Clusters together*
    - *Delta is not between companies but the populations goal could be to bring the populations closer together.*
- *What does retooling the background mean?*
    - [redacted]*s chart we can't change*
- ***Next steps: Share their deck/doc with Lauren***

    b. [FYI] Three outstanding tasks on research decks in process: (1) reference the new background / research POCs for the other areas consistent with [redacted] and [redacted]'s work; (2) finalize and document hypotheses re parent positivity (outline with Lauren on 12/21 below); (3) outline in more detail ROI for evaluating Meta only. **Timing:** Plan to share updated drafts by EOW
    c. [Feedback / discussion] Socialization & meetings -- is this on our plate?
        i. Do we want / need to set up a new review with Adam?
            1. *Adam's admin* [redacted] *Friday Dec 16th - nothing came through yet*
            2. *Gamma announcement*
            3. *Methods issues - currently age is coded into the question -we have ran the qs without the age in the stem - but we have a different panel, patterns are same, Ipsos is more + than YG, which is consistent with other studies.*
                a. *Call out whether we scope into the budget or not*
                b. *Call out this was designed before we read into Gamma and Salsa, we cannot guarantee how those will impact sentime or how we track*
                    i. *Decision now cross the bridge later*
                    ii. *Start to track with ages specified - costly etc. ??*
                    ***Next steps: Think more about this for the Adam preso***

**Commented [1]:** move to weekly

***Also flag this to the XFN,*** [redacted] ***etc… do not launch before we get this clarified***
***Bryce will circulate the draft deck ~~+ email~~ first***
***Lauren will give Curtiss and*** [redacted] ***heads up***
*Run parallel randomize who gets one with and without ages…?*

ii. Do we want / need to smooth over with LIndsay Elin's team before hand?

3. [FYI] - **Campaign briefing** ~ sprinting over the next two weeks with briefing and pre-reads for campaign with [redacted] pod engagement ~~ briefing due Feb 1
    a. *Does Gamma change the campaign?*
    b. ***Next steps: Bryce will look over the doc and talk to*** [redacted]
4. [Feedback] **Reactive Messaging**
    a. Any feedback on the plan per SRT by EOW ([ HYPERLINK "https://review.internmc.facebook.com/intern/review/research/research-review/view/?id=539845951196225" \h ])
    b. We need to figure out whether we need to do something different with the vendor
5. [FYI] **NAS** set up by [redacted] -- I'll suggest a meeting earlier with me, [redacted], [redacted], and Eden to divide as needed.
    a. **Next steps: Lauren will attend the Haugen and another thing,**
    b. **have a google doc where we keep notes and add** [redacted] **- if** [redacted] **wants updates she can draw from there.**

12/21

1. [FYI] CSN - multiple readouts with policy and the crew. Apparently there was some review with [redacted] (can find more from [redacted]).
    a. [Feedback] Two questions that keep coming up are: (1) what about parents / why so different (in US at least); (2) will there be teen backlash.
    b. **Is it worth developing a short summary 2-3 pages or a short deck 5-7 slides that summarizes these issues, probably answers, and outlines the expected ROI on additional teen-focused market research? [I would anticipate working with ICGR --** [redacted] **--** [redacted] **&** [redacted] **, and Consumer MI to scope out additional research and this would shape and hand off]**
2. [FYI] Measurement --
    a. EDS review early next year (maybe1/6) - multiple measurement approaches potential from [redacted] & [redacted]. We'll try to integrate.
    b. We'll update the report for Adam -- the basic restructuring is by competitive surface, and we're not going to report out the industry-leveled colors, but ID that there is an unknown threshold -- we'll come up with some alternatives that are reasonable to align on..
    c. Report - Restructuring of the deck. [redacted] will be building out the content today, I believe -- we discussed a couple times this week, and I've reviewed preliminaries in an ANP ([ HYPERLINK "https://docs.google.com/presentation/d/1AWf0CiT0EStItajRm_4m4vmYUWaoR

**Commented [2]:** look at the documents

**Commented [3]:** [redacted] of Corporate Comms

**Commented [4]:** bip v. idealistic
explore these hypotheses and outline them

**Commented [5]:** desk research + hypotheses

to show empirically is show kids that use or don't use (don't allow)

secondary research -- on heterogeneity to size that population

**Commented [6]:** Other hypothesis is that they are a little younger

D9d_6CCskE_7bY/edit" \l "slide=id.g1ba0afd56bf_0_0" \h ]). Summary for your FYI

Usage of products increases perception of Aligned Interests for Meta, while being a parent of a teen also has positive impact in US and France

Older respondents less likely to perceive positive impact though no age differences in Germany

Trends for Instagram are similar though parents of teens only perceive positive impacts in the US and Germany.

**Impact of Various Factors on Change in Odd Ratio that Respondent's Perception that Meta or Instagram is Mostly Aligned or Somewhat Aligned with the Interests of Parents with regard to Youth Well-being?**

| | US | | UK | | Germany | | France | |
|---|---|---|---|---|---|---|---|---|
| | Meta | Instagram | Meta | Instagram | Meta | Instagram | Meta | Instagram |
| Usage* | +120% | +297% | +80% | +149% | +157% | +229% | +60% | +261% |
| Parent of Teen (13-17) | +160% | +111% | (no difference) | (no difference) | (no difference) | +116% | +59% | (no difference) |
| High-Income, News-Engaged | +52% | (no difference) | (no difference) | (no difference) | (no difference) | (no difference) | (no difference) | (no difference) |
| Age Compared to 18-29 years old | | | | | | | | |
| *Age 30-34* | (no difference) | (no difference) | (no difference) | (no difference) | (no difference) | (no difference) | -41% | -49% |
| *Age 45-64* | -58% | (no difference) | -57% | (no difference) | (no difference) | (no difference) | -55% | (no difference) |
| *Age 65 or older* | -56% | (no difference) | -63% | (no difference) | (no difference) | (no difference) | -70% | (no difference) |

*Usage for Meta is the impact of each additional Meta product (up to 5: Instagram, Facebook, Messenger, WhatsApp, and Meta Quest/VR).
These are statistically significant results based on odds-ratios of logistic regression models – full models in appendix

DSS

3. [FYI] Reactive -- DG will be ready this week, and submitted to SRT.
    a. Biggest Risk is the add'l NDA process.
    b. Plan is to manage it by id'ing blockers. Will try to get timeframe.
    c. We have an email from legal on the parameters between understand and strategy -- I'll put this in the A/C Priv folder.

**Commented [7]:** give [redacted] a heads up

Whatever you do loop Curtiss & [redacted]
Don't set a precedent

4. [FYI] Alliance -- wrapped / Bryan sent an email to Curtiss yesterday ~11
5. [FYI] [redacted] and I will figure out how to get good notes at NAS
6. [FYI] Meeting with [redacted], [redacted] and [redacted] on External Work Playbook

12/19

**Longer Discussion**: What do we do with these meetings? Come up with a plan of attack.

1. Reactive (with [redacted]) - need to get this NDA-thing figured out. I'm worried it may block us on Quadrant's end.
    a. **If** blocked - then just let everyone know // we are ready to go
2. Readout to [redacted] and [redacted] -- I can eval flexibility for the afternoons if that helps
    a. Main goal is [redacted]s feedback on playbook (CSN 7 is a nice to have)
3. Alliance - pretty much complete
    a. Went well. What the follow-ups?

**Commented [8]:** @[redacted]@fb.com -
send email // [redacted] & [redacted] are PMing

b. Forward a quick synopsis of the meeting & follow-ups to curtiss (purely for making sure he is aware -- focus on L/E).

4. Measurement - completing analyses (confirmed that these figures are accurate re WA awareness (90% // 75%) and positivity ~~ ask yougov and think through)
   a. High heterogeneity
   b. Focus in on the most important audiences
5. CSN & Measurement //
   a. Adam Readout
   b. Readout in the next couple of days with [redacted], Lauren, and some IG PMs
   c. Readout
6. Follow-up with Lindsay Elin by Jan (will focus on "persuasive partners" along with any open questions) // Europe & US

**Commented [9]:** don't send fully-baked results
see if they have any concerns and these are WIP

**Commented [10]:** send the list of the people lauren

**Commented [11]:** They key for us is keeping communication open so that she isn't surprised. // Hearing her concerns is not a bad thing.

**Commented [12]:** don't promise any research
a lot of things are up in the air & may require reprio
we're going to pause this

## 12/07

1. Focus on the report coming out for the summit (I am still reading, but the whole first paragraph is about the UN and empowering children)t: [ HYPERLINK "https://docs.google.com/document/d/13shwqHiEcDpGRiaVMn8AufOXjY0d4MKo4Xl_nmro8gA/edit" \h ]

   "With the application of the UN's Convention on the Rights of the Child (UNCRC) to the digital realm, regulators and advocates have called on technology companies to factor in parental supervision to support the "Best Interests of the Child" standard, which encourages organizations to promote youth autonomy while considering the rights and duties of guardians.

   At Meta, one of the ways that we aim to meet the unique needs of teens and their guardians is to listen to them and incorporate their perspectives into the process of designing digital experiences, with a particular focus on supporting privacy, safety and wellbeing.

   Over the past few years, we've reflected on external guidance and frameworks developed by the UN, governmental bodies, and children's rights groups around how to develop age-appropriate digital experiences for young people, and we have consulted with experts, young people, and guardians to refine our understanding of how to apply this guidance to social media experiences. We've distilled six considerations to developing digital experiences for people under 18 into our "Best Interests of the Child" Framework to guide our team throughout the design process."

   My comment (is this strong enough?): "I've just skimmed the report, but based on research we've done for core supporting narratives, I have some concerns using this for a US policy audience. In particular, there is the potential for backlash among republican-leaning individuals based on utilization of concepts like empowering teens and references to the UN and Europe as the sourcing entity for the concepts."

a. [ HYPERLINK "https://docs.google.com/document/d/1y3XA2SmudghHVugxLKZbRwyw1fhIHJSDYZms48Vw8Nw/edit?disco=AAAAln9SFdU" \h ]
b. [ HYPERLINK "https://docs.google.com/presentation/d/1VeqJaRI0bDwHEMqYt6a7HCWxw-IpJiy04EBwowBKkBc/edit?disco=AAAAIIqnCak" \h ]

FLAG for stephanie in thread:

1. Based on policy readout Vaishnavi & so on -- we have some concerns. Just brought aware. I just have concerns. Doesn't match the CSNs or the prep work.
2. See that faith approved it; it doesn't align with CSN or match.
3. Ping thread with [redacted] and [redacted] // with Lindsay Elin

2. AG: updates on Plan for Playbook?
   a. Lauren meeting with funda 12/8; will propose setting up an hour for CSN, playbook, and A&R all together
   b. If [redacted]'s back, we do [redacted] [redacted] and [redacted]

## 12/05

1. **Alliance Workstream**
   a. [FYI] **Antigone emailed me and [redacted] their roadmap asking for eval from a research perspective, notes on where research would be useful, and to id for capacity**. I'll take a look at this and send a note to you both (adding [redacted] -- she asked for feedback by tomorrow 12/6
      i. Bryce got an email from Antigone integrated youth plan
      ii. Lauren needs to read this quick thoughts
         1. Lookback?
         2. [redacted] tools … maybe we can plug in
         3. Agrees there is no direct research ask but we can buttress the Alliance
         4. Bryce can make a grid what res may be helpful and [redacted]'s team can help out

   b. [FYI] **Combined alliance deck should be ready for review later this week.**
2. **Measurement workstream**
   a. [fyi] review with sam today 11am ([ HYPERLINK "https://docs.google.com/document/d/1H7JF20q9pOIjZFdrYCG5CFfmqvXwMTzBEjGA0kx7WZo/edit" \l "heading=h.aplp3rvnlw63" \h ])
   b. [fyi] working on the adam deck -- should be in a situation to circulate tomorrow
   c. [fyi] pre-meeting with [redacted] later this week
3. **Externalization playbook**

**Commented [13]:** aligns with pa

a. [review] Ready for your review, Lauren ([ HYPERLINK "https://docs.google.com/document/d/1i56H4H7kYWgBX221fBACpayV4IULR3GXfxZNdVaqaOY/edit" \h ])
b. [question] How/when do we want to get funda's feedback? Shall we run this by [redacted]?
    i. [lauren] give [redacted] a heads up // not a long term (same with [redacted])// questions we are not going what the research is, no more research

4. **NAS presentation preparation**
    a. [question] Updates from leadership?
        i. [Lauren] - hasn't heard anything yet //
    b. [feedback/question] should we email KX or do you want to; here is a prelim outline ([ HYPERLINK "https://docs.google.com/document/d/1XPUqj9-YywOJfUeUMS1Xnvqa7OuvxYJbOY1z_MvDBiA/edit" \h ])
        i. Lauren will take a look look at categories, 10 m Lauren will comment then send to KX no need to resolve
    c. [question] [redacted] has capacity -- shall we add her in at this time?
        i. Let's wait for Curtiss we may stil prep the presentation we may need to get the draft ready even if we don't have green light from leadership EOD today we will have more signal whether it's worth looping in [redacted]
5. **Other**
    a. [*forgot to add to email*] - age verification alignment with [redacted] and [redacted] -- forthcoming integrated deck
    b. Review of Panel for later this week
    c. Following up on digital citizenship with [redacted]
    d. Chatted with [redacted] and [redacted] about the market for cross-app comment moderation; is this something to outline a one-pager? (No rush; but I can start a list of things we would/could invest in like this that have relation to WB or integrity and business)

11/30

1. **Alliance Workstream**
    **a.** [QUESTION] **Okay to schedule a readout of the mixed-methods deck** with Antigone/[redacted]Liza/[redacted] end of the month? [working draft for reference, [ HYPERLINK "https://docs.google.com/presentation/d/1gJIxPdVrmQCd6Xat4p3B3IL9T2WMeD_-KpKo43nuFrU/edit" \h ]]
    **b.** Lauren to take a look next week once the Brussels data are in there.
2. **Measurement workstream**
    **a.** [fyi] sending follow-up email to curtiss this morning; working on deck for Adam and will send to review and feedback by 12/6
    **b.** [fyi] reviewing detailed tracking plan with [redacted] on Monday -- will share the plan on the WB tracker for your viz [[ HYPERLINK "https://docs.google.com/document/d/1H7JF20q9pOIjZFdrYCG5CFfmqvXwMTzBEjGA0kx7WZo/edit" \h ]] ~~ cc lauren on the emails

c. Other places it's being measured:
    i. MI consumer is going to add the aligned with parents question to their tracker -- [redacted] strongly wants to align with the company-level tracking
    ii. [redacted] added to MI public affairs tracking
3. **Externalization Playbook**
    a. Waiting on feedback from Anya -- can send for you to review today
4. **NAS presentation preparation**
    a. Updates?
5. **Reactive ask**
    a. No word from Liza on additional work
6. **Other**
    a. Finalizing some analysis on parent's outlook/behavior/gatekeeping growth. Will have 2 slides (including some of [redacted]'s work) as appendix to the adam deck

**Commented [14]:** we should flag this for curtiss to flag for [redacted]

**Commented [15]:** add this to the email --- seems counter to your advice
how do we suggest // plan on it

11/28

6. **Reactive Ask**
    a. [FYI] no known updates
7. **Measurement workstream**
    a. [FYI] Check-in with curtiss (will email [ HYPERLINK "https://docs.google.com/presentation/d/1RzYZ7KLX9Quvfl1Yb9m-JwLVvt8BSSbj9Ot-pe17EsU/edit" \l "slide=id.p" \h ])
    b. [FYI] Yougov made an error in randomization for the data they delivered Tues; they were re-fielding; I expect additional status this morning.
        i. [redacted] caught this- yay!
        ii. Refielded over the thanksgiving holiday
        iii. No major delay as the result
        iv. Flag this for Curtiss
    c. Adam
        i. Tailored approach for how we get to Adam
        ii. Rollout plan we are waiting for access…
        iii. Flag for Curtiss: two weeks (re: email) we are working on getting this on the cal, we will have plan etc, do you agree that this is the right time?
        iv. Kristin also reached out to both Lauren and Curtiss
8. **Alliance Workstream**
    a. [FYI] Brussels groups running this week
9. **Playbook**
    a. [FYI] same as below -- almost ready for review; getting feedback from Anya
        i. Feedback from Lauren and [redacted] - nowish – [redacted] will send to [redacted] first
        ii. Likely iterative feedback from [redacted] get thison the calendar when she is back and wrap EO half

## 11/21

1. **Reactive Ask**
    a. *[Update]* Sent to Liza ([ HYPERLINK "https://docs.google.com/document/d/1wekRODXJSYenBLo7hudwt_DXx8VVpxpSjMBP_ibioos/edit" \l "heading=h.933m75bmfncm" \h ]); sent to Liza
    b. *[Question]* I haven't seen a leadership update -- will ping Liza on the thread
2. **Measurement workstream**
    a. *[FYI]* Data collecting - no analysis yet; dates updated in link below.
    b. *[FYI]* Will send a pre-read on Sun for Curtiss review on Mon ~~ will be some version of this ([ HYPERLINK "https://docs.google.com/presentation/d/1e5UpSRDmh40z2w17AJuYnnSxB100mfDyizd6samZdbM/edit" \h ])
    c. *[FYI]* Still coordinating
        i. MI consumer & MI PA. We may want to review with Josh Ginsberg
        ii. Product Judy and a DS have been tasked with KX to "understand sentiment". We will want to review with KX
3. **Alliance Workstream**
    a. [FYI] DC focus groups complete; brussels next week
4. **Playbook**
    a. [FYI] good draft; almost ready for review; getting feedback from Anya
5. **Other**
    a. [FYI] A number of PMs are interested in the "parent" view ([ HYPERLINK "https://docs.google.com/presentation/d/11LS3pJLmShM-iLM8iqY5W2JgGEA-vJE-vwkuglYaNWw/edit" \h ]). [redacted] has shared high level. We're planning to clean up, review with [redacted] Lauren/(maybe EDS), and share with IG PMs early Dec.
    b. Will include [redacted] and [redacted]

## Earlier

Note: elaborating ~~ put this in a couple of slides

Commented [16]: put these in some slides

1. YWB == parents are most trusted / parents know best
2. Parents are a big opportunity b/c they are most positive
    a. Hypotheses == face validity b/c of x,y,z
3. To get aligned with parents:
    a. Safe
    b. There for them
    c. Good experiences
4. Best play at hitting all 3 things is product proof points, so messaging focuses on product prroof points, but this persuades people they are aligned

Don't have to go out and say == that rings hollow, what works is being up front on demonstrating these things. Show safe / positive experiences.

11/16

6. **Reactive Ask**
    a. *[Update]* Revising Esther's outline per your comments ([ HYPERLINK "https://docs.google.com/document/d/1wekRODXJSYenBLo7hudwt_DXx8VVpxpSjMBP_ibioos/edit" \l "heading=h.933m75bmfncm" \h ]); will send to Liza.
7. **Measurement workstream**
    a. *[Discuss Why use "aligned Interests"?* Here is an overview: [ HYPERLINK "https://docs.google.com/presentation/d/1e5UpSRDmh40z2w17AJuYnnSxB100mfDyizd6samZdbM/edit" \l "slide=id.g18e61a585ce_0_3347" \h ].

Relative to other options, aligned interests is a proposed measure for three reasons: (1) it can measure messaging about both positives and negatives, it is closely related to the most persuasive products, and (3) it was more sensitive to different messages.

| Measure | Concept | Example Quant (survey Operationalization)* | Benefits and Disadvantages |
|---|---|---|---|
| YWB Measures. Measuring important aspects unique to YWB. | Aligned Interests | In your opinion, does Meta have the same or different interests as parents/guardians when it comes to youth well-being? **Bipolar: more similar to more different** | 1. On its face, it can measure messaging about benefits (which parents want to maximize) and fears (which parents want to minimize).<br>2. It is closely related to the most persuasive products, like parental supervision [link].<br>3. In a messaging experiment, it was the most sensitive to different messages [link]. |
| CSN Articulation Measures. Operationalizing key articulations of CSN-7. | Balance | In your opinion, how positive or negative is the overall impact of Meta on teen well-being? **Bipolar: positive to negative** | 1. The concept of "net benefit" require a respondent to think of both positive and negative impacts [link].<br>2. An approach requiring balance of positive versus negative fails in cases of high intensity news (*e.g.* in contexts related to SSI content) [link]. |
| Responsibility Measures. Evaluating sentiment about the execution of Meta's responsibility. | Serious | In your opinion, how serious do you think Meta is about addressing issues across its platforms? **Unipolar: not serious to serious** | In both cases, these require a presumption of something wrong on the platform that needs addressed or corrected. This is measuring how much. |
| | Effective | In your opinion, how effective do you think Meta is at solving the problems that exist across its platforms? **Unipolar: not effective to effective** | |

Project Beyond * Different measures were often used in different studies with some variation in exact language. We used similar concepts to measure in qualitative research, but these also varied in exact language.

DSS 10

   b. *[FYI] Validation Study -- this is primarily testing <u>industry relationship</u>*
      i. Edited based on test link yesterday - launching today;
      ii. Will take 2-3 days to field 2,000 in US & UK; a mid next week for DE/FR
      iii. Working on analysis
   c. *[FYI] Tracking*
      i. Set up a meeting with Instagram research tomorrow -- will keep you posted.
      ii. We have a 2d issue to review with Curtiss which is whether we should track relative to the industry.
   d. **Alliance Workstream**
      i. [FYI] DC focus groups this week
      ii. [FYI] [redacted] agreed to set up a readout
   e. **Playbook**

i. [FYI] no status update

11/14

1. **New Reactive Ask**
   a. [review] Are we good with the plan ([ HYPERLINK "https://docs.google.com/document/d/1vREmS_4hx-4W1-AtHMKryBJtUdHK6My_Rn1hVXpBYzY/edit" \l "heading=h.cxouaue7e5ak" \h ])?
   b. **NOTES: LJ & EDS AN UPDATE (COORDINATE WITH LIZA)**
   c. Also, check-in with Anya on the right studies:
      i. She wrote the one-pager
      ii. Working on myst
   d. Communicate to [redacted] & [redacted] / ccc [redacted] and [redacted]

2. **Measurement Workstream.**
   a. [review] Email to Curtiss w/draft to Adam ([ HYPERLINK "https://docs.google.com/document/d/1XOx00TndpZvUOZLrer_4y-w17m07KJOOWBFKPsIruXQ/edit" \h ])
   b. [FYI] Consolidating measures
      i. Meeting with IG again this week (Weds) to include aligned with parents
      ii. Re-upping inclusion in MI Policy [redacted] tracking to include aligned measure -- don't anticipate a problem
      iii. [redacted] is evaluating where/how to include in PA tracking
   c. [FYI] Validation study Waiting on test link -- expect to launch today/maybe tomorrow
3. **Alliance Workstream.**
   a. [FYI] Groups running Wednesday in US; Europe groups to follow.
   b. [FYI] I'm waiting on confirmation from Bryan that he's update the EU discussion guide and we can flag.
   c. [FYI] Have a copy of the update to Joel from [redacted] will update and flag if needed -- I think this will be straightforward
4. **Playbook.**
   a. [FYI] [redacted] and I have a working session today; will include feedback from Anya later this week and circulate for review by early next week
5. **Other**
   a. Thanksgiving next week; I'll me intermittent next week
   b. Lauren in Austin TH and FR this week
   c.

Pending on Anett's radar
1. Reactive plans [ HYPERLINK "https://docs.google.com/document/d/1vREmS_4hx-4W1-AtHMKryBJtUdHK6My_Rn1hVXpBYzY/edit" \l "heading=h.cxouaue7e5ak" \h ] - GREEN
2. Alliance [redacted] DG - Anett to read and get back to [redacted] – RED
3. External Measurement – GREEN
4. [redacted]'s updates – RED

**Commented [17]:** develop a cross-validation plan with an a priori measure

**Commented [18]:** add [redacted]

**Commented [19]:** bumped a week based on reactive

**Commented [20]:** we should chat about this - this is all good from my POV.

1) We included [redacted] in the work.
2) We plan to add to her review document relevant plans/items (we included some tracking documents, etc.)
3) We will include her on reviews
4) we sent an email confirming -- I can re-up, adding [redacted]

5. Playbook - GREEN

AG

1. Josh G missing the meeting on Monday

## 11/7/2022

1. **Measurement Workstream.**
    a. [review] Email to Curtiss ([ HYPERLINK "https://docs.google.com/document/d/1XOx00TndpZvUOZLrer_4y-w17m07KJOOWBFKPsIruXQ/edit" \h ])
    b. [review] Review the parents info with LB, [redacted] and [redacted] today ([ HYPERLINK "https://docs.google.com/presentation/d/11LS3pJLmShM-iLM8iqY5W2JgGEA-vJE-vwkuglYaNWw/edit" \l "slide=id.g18331ec3b9c_0_0" \h ])
    c. [fyi] Meet with IG today0
    d. [fyi] We've solicited reviews from PA ICs on tracking ([ HYPERLINK "https://docs.google.com/document/d/1H7JF20q9pOIjZFdrYCG5CFfmqvXwMTzBEjGA0kx7WZo/edit" \l "bookmark=id.97ptrrqd7ixj" \h ]). Next steps:
        i. Review with [redacted]
        ii. Set review with [redacted], [redacted], and [redacted] ([redacted] is working on some supplemental analysis as well)
    e. [fyi] Clear SRT review today/tomorrow
    f. [fyi] Begin Fielding by Weds
2. **Alliance workstream.**
    a. [review] Updated summary presentation for antigone ([ HYPERLINK "https://docs.google.com/presentation/d/1gJIxPdVrmQCd6Xat4p3B3lL9T2WMeD_-KpKo43nuFrU/edit" \h ])
    b. [fyi] Expect focus group guide today/tomorrow
3. **External research workstream**
    a. [fyi] additional work groups today
    b. [question] repurpose next-week's sound check for [redacted] to review status and some of the decision grids?

## 11/2/2022

Meetings

1. **PA Understand EU/UK** Wednesday, November 2, 2022·9:00 AM - 9:30 AM – Bryce is presenting the short version of the CSN7 deck
2. Lauren confirmed we can cancel a Monday meeting – since [redacted] saw the deck. Lauren to follow up.

Upcoming

3. Supplemental strategy
4. Other reviews also dragging on

Pending items

1. [redacted] alignment process - [redacted] & Bryce are working on this
2. [ HYPERLINK "https://docs.google.com/presentation/d/12tzCTR4ZvCJ9S53em_BNWyrEsFwQhZbA0IYLLBXmos8/edit" \l "slide=id.g13a469d3f53_0_93" \h ] (front-end needs some work; will add some thoughts this morning after working through it)
    a. I think part of this is actually coming from europe and the age design code -- see this [ HYPERLINK "https://docs.google.com/presentation/d/1RzQppZsAZ3BnKBgwXIjow4GIPZAJyt4M3HoD5EHBKVQ/edit" \l "slide=id.g1349a34bcab_0_692" \h ] - [redacted] has context on this
    b. Working
    c. Lauren looking back at notes from Curtiss, [redacted] said: [ HYPERLINK "https://docs.google.com/document/d/1fPTO3pJzOxmVkE3-WnVM1sksKn7DZdBsjql3CPSEAtU/edit" \l "bookmark=id.smoy87xh5w3g" \h ]– OK to keep empowerment - but emphasize that tools work, the message SHOULD NOT ALL BE just finding a community empowerment
    d. Liza should take a look at this script too – Lauren to follow up in a thread with [redacted] and [redacted]
3. Aligned with Anya --
    a. Will work on the playbook with her and give a highlight to [redacted] and [redacted] -- does that sound right?
    b. Tell [redacted] we are doing this!! Bryce to follow up
        i. Same ask
            1. KX wants to start externalizing everything – IYWB, metrics, – model is [redacted] s health playbook
            2. This should be [redacted] 's remit
            3. Lauren to send the Health playbook that [redacted] had put together we have not enacted this - it's just a model on how KX may be thinking about externalization
4. Measurement - working on high-level plan
5. Misc
    a. Antigone is coming back on Thurs and then flies to Australia

**Commented [21]:** @[redacted]@meta.com

## 10/31/2022

Proposed agenda

1. Measurement Workstream.

1. [Upcoming for review] Tracking options – a brief document that will outline tracking documents; circulated by Weds
2. [Upcoming for review] SRT Review – we'll circulate the plan for the validation study to Lauren today or tomorrow after making final edits based on [redacted]'s comments
3. [FYI] Public Affairs council review with [redacted] – I have a debrief tomorrow
4. [FYI] set 11/7 review with Curtiss in advance of 11/10 monthly Youth XFN – we'll circulate a draft pre-read for the review with Curtiss on Weds/Thurs – it will include both the upcoming study and the tracking options
5. [FYI] we'll do a little more analysis of the different constructs, while we wait for SRT to clear.
    i. Lauren won't read this yet
6. Process updates (+[redacted]
    i. High level email weekly?
    ii. Weekly biweekly
    iii. Players: [redacted]… Bryce to pull together
7. Curtiss wants to debrief on the YWB measurement meeting from this morning with Tucker (the one that [redacted] presented on)
    i. Lauren will debrief Bryce and [redacted]
8. [redacted] would like to put something on the weekly tracker – if [redacted] wants something now,
    i. Bryce – the higher level doc will hopefully bring this together

**2. LAUREN'S NOTES FROM DEBRIEF WITH CURTISS**

1. Everything went well in the preso. Good job
2. But what came up was policy talked about starting to do a bunch of briefings based on what the safety team (Antigone's team?!?!)—I'm not sure) that's not focused on being aligned with parents at all, but being a place where teens can find friends, be creative, and find their community. (lb--*this sounds like* [redacted]*s parents research to me, but I'm not sure)*
    i. Lindsey Elin's side of Policy has concerns that that message won't land with Policy Insiders at all
    ii. Lindsey wants to be sure the CSN work and insights are represented in the briefings.
    iii. Lindsey asked who from DSS can she reach out to and work with on our team to make sure policy
        1. Curtiss gave her Bryce and Lauren's name
    iv. Lauren can proactively reach out to Lindsey.
        1. Can I also get a copy of the briefing that they are using so we can start to slot in relevant research from CSNs into the briefing formats.
3. Who runs these briefing?
    i. Not sure. They talked about [redacted]

**3.**

4. Science workstream

1. [FYI] We have an outline, goals, and approach – working on a roadmap
2. [FYI] [redacted] is added to the co-design sessions, and we have a meeting with Anya on the books
3. Anya left comments in the HPM - that they are doing all these Bryce will cross check with Anya to make sure we are aligned

5. Alliance workstream
    1. [FYI] [redacted] is working with XFN to develop an actionable report of the survey data
    2. [Upcoming for review] Focus groups in DC mid-Nov will be ready this week
6. Parents deck
    1. [FYI] we have an outline – [redacted] and [redacted] will work on putting it together.
    2. Lauren – [redacted] and [redacted] meeting (read out the CSN notes) may be good to have a few slides set the expectation – they are NOT a gateway to growth
        i. Parents are regulation, messaging play not a GROWTH play
        ii. Parent sentiment was going to be their goal
        iii. [redacted] – is somewhat aligned but [redacted] may not be
        iv. If this needs to be two separate measurement it's fine they want something in cross app tracker Cross Meta tracker – Bryce will add this to ALL THE TRACKER INVENTORY doc
7. Short, post-MR report
    1. [FYI] We'll put together a very short one-page summary re observed sentiment changes over MR (expect null)
8. CSN readouts – should be upcoming for PA reports this week per [redacted] and [redacted]. Will know more later today.

## 10/26/2022

1. [redacted] is presenting today 2:30PM
2. Find the deck from July [ HYPERLINK "https://docs.google.com/presentation/d/1dd455z_LNaBbVUYeAM7F-qJMxBqFw9iS66YkKVbkZA0/edit" \l "slide=id.g1281d55c3e4_0_956" \h ] THIS IS WHAT [redacted] HAS

Proposed agenda:

1. **Measurement workstream** –
    1. **Notes**: - can't just go in and say measure :: to that end, adding a slide on general context
    2. [FYI] Based on feedback from EDS and discussion with both of you, [redacted] and I are working on some revisions to the research plan and instrument. We'll plan to circulate 3pm or so on 10/26 for review and feedback.
    3. [Feedback] [redacted] will socialize and get feedback from the PA group [redacted] Liza, Joel K, [redacted]?? – [redacted] may not have connected these dots) at 10am tomorrow (preso with prelim discussion questions,[ HYPERLINK

**Commented [22]:** loop [redacted] in to this -- sync with [redacted] on how this works

"https://docs.google.com/presentation/d/1vTqIYS0V2_EVs0uxugJaBLTpeHfnrdxjn859TTBfc24/edit" \l "slide=id.g16f1848d8ed_0_0" \h ][ HYPERLINK "https://docs.google.com/presentation/d/1vTqIYS0V2_EVs0uxugJaBLTpeHfnrdxjn859TTBfc24/edit" \l "slide=id.g16f1848d8ed_0_0" \h ] – do these look right?)

Next steps-

- Synch will [redacted] is the first prio even if we have to delay fielding after her 2:30 meeting
- Ping [redacted] about the 10 am meeting – Bryce asked [redacted] to be added but we don't know if she is attending
    - Give her the heads up what is going to be presented
    - Lauren's input
        - DQ: tell them what you are doing on the competitor set, just ask does that seem right - we do need to get [redacted]s read in, just give an FYI [redacted] is doing this. 2a correct, 2b right
        - What is missing give the background on both decks [redacted] and this) - youth well being team is focused on 6 areas, they have plan for 5, we were asked over the summer to focus on ext perceptions, this is that work stream. We have aligned central WB, key leadership (EDS, Mosseri) that will be leading this, then go to slide 3 and say this is how we are doing this
        - Maybe cut – other teams are working – we are the PA research team there should only be one research team?
        - Slide 5 and 6 good
        - Add in the appendix – – add slide 4 and 6 from the deck that Lauren sent – in case Tucker asks we can show here's what we know [ HYPERLINK "https://docs.google.com/presentation/d/1tLZhyM6w_IxCBvfZ7akVP5NIXUPpoM7qiEf6rm6MXfs/edit" \l "slide=id.g1765a0d60d4_5_226" \h ]

2. **Externalization workstream –**
    1. [FYI] Expect some outlines from [redacted] in the next day or so with some proposed outlines emails on (1) the "playbook" and (2) how we might want to raise the one-pagers.
3. **Alliance workstream** –
    1. [FYI] Blocked on sharing data ([ HYPERLINK "https://www.internalfb.com/intern/tasks/?t=136101247" \h ]). The approach is to ID with lega PRIV Other options include:

        i. Re-submitting SRT (secondary analysis)

    We are hoping to share 1 stat

        ii. Escalating through Antigone's org

        iii. Proposing that they wait under NDA

- [Feedback] On [redacted]s draft of the alliance survey deck ([ HYPERLINK "https://docs.google.com/presentation/d/1gJIxPdVrmQCd6Xat4p3B3lL9T2WMeD_-KpKo43nuFrU/edit" \l "slide=id.g17123610faf_0_1" \h ]; one-pager for legal,[ HYPERLINK "https://docs.google.com/document/d/1Rx3lKvjbaXNjo2TY9YvEfQasJEJoJYpxz-AjKcrKI0w/edit" \h ][ HYPERLINK "https://docs.google.com/document/d/1Rx3lKvjbaXNjo2TY9YvEfQasJEJoJYpxz-AjKcrKI0w/edit" \h ]).
- [FYI] Waiting on discussion guide for review ~~ anticipate it in the next week or two; Focus groups scheduled mid-November

4. Other:
- [redacted] leads 1x a month Nov 10 2022 - we should plan a 10 min update
- Bryce will put us on the calendar + schedule reviews with Lauren and Curtiss

5. Looking out plan for Measurement
   - this is now a multi-phase process
   - Lauren agrees that if this is for PA this is what we should be doing