UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates To:<br><br>*ALL ACTIONS* | MDL No. 3047<br><br>Case No.: 4:22-md-03047-YGR<br><br>**[PROPOSED] ORDER GRANTING SEALING STIPULATION REGARDING PI/SD PLAINTIFFS' REPLY TO META'S STATUS REPORT (ECF 3554)**<br><br>Judge: Hon. Yvonne Gonzalez Rogers<br>Magistrate Judge: Hon. Peter H. Kang |

The Court has considered the Parties' Sealing Stipulation Regarding PI/SD Plaintiffs' Reply to Meta's Status Report, filed October 23, 2026. Pursuant to Civil Local Rules 7-11 and 79-5 and the Court's Order Setting Sealing Procedures (ECF No. 341), and for the reasons set forth in the accompanying Sealing Stipulation, the Court rules as follows on the Parties' undisputed redactions:

| **Filing** | **Portion to be Redacted/Sealed** | **Action to be Taken** | **Court Order** |
|---|---|---|---|
| PI/SD Plaintiffs' Reply to Meta's Status Report, Exhibit A (ECF 3554-2) | Names of non-executive employees and other PII appearing at META3047MDL-050-00353504 – 3505 (PDF pp. 2-3) | Redact specified portions. | |
| PI/SD Plaintiffs' Reply to Meta's Status Report, Exhibit B (ECF 3554-3) | Names of non-executive employees, and other PII appearing at META3047MDL-306-00004228 – 4229 (PDF pp. 2-3) | Redact specified portions. | |
| PI/SD Plaintiffs' Reply to Meta's Status Report, Exhibit C (ECF 3554-4) | Names of non-executive employees and other PII appearing at META3047MDL-320-00000801 – 0802 (PDF pp. 2-3) | Redact specified portions. | |
| PI/SD Plaintiffs' Reply to Meta's Status Report, Exhibit E (ECF 3554-6) | Names of non-executive employees and other PII appearing at META3047MDL-320-00000630 – 0650 (PDF pp. 2-22) | Redact specified portions. | |

**IT IS SO ORDERED.**

DATED:

______________________________

HON. YVONNE GONZALEZ ROGERS
CHIEF UNITED STATES DISTRICT JUDGE