Nathaniel L. Foote, Esquire (Bar No. 318998)
Admitted Pro Hac Vice
Andreozzi + Foote
4503 N. Front St.
Harrisburg, PA 17110
Telephone: 717-525-9124
Facsimile: 717-525-9143
Email: teame@vca.law
*Attorney for Plaintiff*

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates To:<br><br>*Ardelia Scholl,*<br>*Plaintiff*<br>*v.*<br>*Meta Platforms, Inc.; Instagram, LLC; and Facebook Operations, LLC,*<br>*Defendants.* | MDL No. 3047<br><br>Case No.: 4:22-md-03047-YGR<br><br>**NOTICE OF VOLUNTARY DISMISSAL**<br><br>Judge: Hon. Yvonne Gonzalez Rogers<br>Magistrate Judge: Hon. Peter H. Kang |

Pursuant to the Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff, Ardelia Scholl hereby gives notice of the voluntary dismissal of the entire action against Defendants, Meta Platforms, Inc., Instagram, LLC, and Facebook Operations, LLC, without prejudice and without costs to any party.

No defendant has served an Answer or Motion for Summary Judgment in this action. Accordingly, Plaintiff is entitled to dismiss without a court order under Rule 41(a)(1)(A)(i).

Date: October 27, 2026

/s/ Nathaniel L. Foote
Nathaniel L. Foote, Esquire
Bar No. 318998
*Attorney for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 27th day of October 2026, I electronically filed the foregoing Notice of Voluntary Dismissal with the Clerk of Court using the CM/ECF filing system which will send notification of such filing to all counsel of record registered to receive electronic service in this action.

/s/ Nathaniel L. Foote
Nathaniel L. Foote, Esquire
Bar No. 318998
*Attorney for Plaintiff*