# EXHIBIT 1

**Meta's Statement Summarizing Background of Re-Review (Oct. 23, 2026)**
*Pursuant to Re-Review Protocol (ECF 3599) ¶ 1(c) (at pp. 2:23–25, 3:6–12)*

In the *Social Media* MDL and coordinated JCCP, Meta initially produced over 2 million documents and withheld roughly 130,000 as attorney-client privileged and/or work product. This production was on a highly accelerated schedule, responding to over 1,000 RFPs in a 9-10 month period.

After discovery closed in April 2025, and following privilege challenges from a different, related-action plaintiff, Meta voluntarily undertook a re-review of all fully withheld documents. Meta notified Plaintiffs of this ongoing re-review in July 2025; it concluded in December 2025. As a result of this re-review, Meta fully downgraded or produced with redactions ~65,000 previously withheld documents.

During the August 2026 MDL trial, the MDL Court provided guidance on its view of the proper scope of privilege under Ninth Circuit law for advice from in-house counsel. *See* E-Binder, Tabs 67–69. The Court also de-privileged a redacted document (*see* Tabs 70–73) for which both the JCCP and MDL Courts had previously upheld Meta's privilege redactions (*see* Tabs 43, 45, 56, 60–61). Given the Court's new guidance, Meta provided notice on August 31 (Tab 74) that it would voluntarily re-review the ~120,000 redacted documents in its productions, which now total 2.68 million documents. During hearings held September 22 and October 9, the Court granted Plaintiffs' request to identify sets of 300 and 1,000 documents, respectively, for "priority" re-review, including both fully withheld and redacted documents. Tabs 77, 78, 80. Meta completed its review (i) of the 300-document set on October 7, *see* Tab 79; (ii) of the 1,000-document set on October 19; and (iii) of the 284 redacted documents on the JCCP Plaintiffs' upcoming trial exhibit list on October 20. Meta will be producing to Your Honor for *in camera* review on Monday, October 26 the 785 total documents from those three sets over which Meta continues to assert privilege in whole or in part. Meta will complete the balance of its re-review by December 30.

As reflected in its two proactive, voluntary re-reviews of its privileged documents, Meta is sharply focused on ensuring it has applied its claims of privilege and work product in accordance with Ninth Circuit law. This was a voluminous document review and production that would ultimately go not only to the MDL and JCCP Plaintiffs, but also to plaintiffs in 16 state-court actions, not all of which embrace the same waiver and clawback principles reflected in the MDL Rule 502(d) Order (Tab 1). Defensible judgment calls were necessarily made with a particular focus on waiver risk, and with ample opportunity for Plaintiffs to challenge them; this re-review is aimed at refining Meta's privilege and work product calls to ensure they conform with the MDL Court's articulated interpretation and application of the law.