# EXHIBIT 3

Dear Judge Segal,

Pursuant to the re-review protocol entered by the MDL Court (ECF 3599), Meta and the Personal Injury and School District ("PISD") Plaintiffs jointly submit this binder containing the following materials, organized in chronological order:

1. Transcripts of hearings before the MDL and JCCP Courts where Meta's assertions of privilege and/or work product were addressed;

2. Written rulings and orders of those Courts on those issues;

3. The Parties' underlying briefing on those issues;

4. The filings giving rise to this re-review;

5. The Orders that governed Meta's productions of documents in the MDL and coordinated JCCP proceedings (i.e., Rule 502(d) Order, Privilege Log Protocol, and Protective Order).

In the Table of Contents below, the Parties have marked with an asterisk any transcript or order where the MDL District Judge discussed the privilege issues, as requested by the Special Master. In addition, the Table of Contents is color-coded to easily differentiate the materials corresponding to each of three primary categories of privilege disputes that arose between MDL and/or JCCP Plaintiffs and Meta in the litigation, as well as the materials from the coordinated JCCP:

- Dispute concerning four documents ("Documents 1–4") for which MDL and JCCP Plaintiffs challenged Meta's privilege redactions based on the crime-fraud exception to attorney-client privilege [highlighted in blue]

- Dispute concerning Meta's claims of privilege with respect to the deposition and trial testimony of former Meta employee Jason Sattizahn [highlighted in green]

- Dispute concerning Meta's privilege redactions in a slide deck that Plaintiffs wished to use in the deposition of Meta employee Miki Rothschild [highlighted in orange]

- Transcripts, rulings, and filings from the coordinated JCCP [highlighted in yellow].

For ease of review, the Parties have included in the binder the under-seal versions of any filings (rather than the versions with Confidential or Highly Confidential-Competitor information redacted); the binder is therefore designated by Meta as Highly Confidential under the governing Protective Order. Moreover, Meta has included in the binder any documents that were previously submitted to the Court *in camera* in connection with resolving a privilege dispute, subject to the non-waiver provisions of the re-review protocol. Meta is simultaneously providing Plaintiffs with a copy of the binder that replaces any *in camera* materials with the privilege-redacted versions.

Respectfully Submitted,

Ashley Simonsen, *Counsel for Meta*
Lexi Hazam, *Counsel for MDL PISD Plaintiffs*

# Table of Contents

| Tab | Date Filed | ECF Number | Document or Description of Transcript |
|---|---|---|---|
| 1 | 04/25/2023 | ECF 248 | Federal Rule of Evidence 502(d) Clawback Order |
| 2 | 04/02/2024 | ECF 740 | Stipulation and Order Regarding Protected Counsel Communications and Governing Privilege Log Protocol |
| 3 | 10/11/2024 | ECF 1209 | Stipulated Third Modified Protective Order |
| 4 | 11/21/2024 | N/A (MDL Hearing Transcript Excerpt) | Transcript of hearing re: dispute in connection with the deposition of Meta employee Miki Rothschild |
| 5 | 11/25/2024 | ECF 1376-1 (sealed)<br>ECF 1375 (redacted) | Joint Letter Brief re Privilege Determination in Connection with Deposition of Miki Rothschild (Plaintiffs / Meta) |
| 6 | 11/25/2024 | ECF 1376-2 | Declaration of Julian Lamm |
| | | ECF 1376-3 | Declaration of Rachany T. Son |
| | | ECF 1376-4 | Declaration of Michael X. Imbroscio |
| | | ECF 1376-5 (sealed)<br>ECF 1376-6 (redacted) | Defendants' Exhibit A |
| | | ECF 1376-7 (sealed)<br>ECF 1376-8 (redacted) | Defendants' Exhibit B |
| | | ECF 1376-9 (sealed)<br>ECF 1376-10 (redacted) | Defendants' Exhibit C |
| | | ECF 1376-11 | Declaration of Thomas P. Cartmell |
| | | ECF 1376-12 | Plaintiffs' Exhibit A |
| | | ECF 1376-13 | Plaintiffs' Exhibit B |
| | | ECF 1376-14 | Plaintiffs' Exhibit C |
| | | ECF 1376-15 | Plaintiffs' Exhibit D |
| | | ECF 1376-16 | Plaintiffs' Exhibit E |
| | | ECF 1376-17 | Plaintiffs' Exhibit F |
| | | ECF 1376-18 | Plaintiffs' Exhibit G |
| | | ECF 1376-19 | Plaintiffs' Exhibit H |
| | | ECF 1376-20 | Plaintiffs' Exhibit I |
| | | ECF 1376-21 | Plaintiffs' Exhibit J |
| | | ECF 1376-22 | Plaintiffs' Exhibit K |
| 7 | 11/25/2024 | *Provided in camera* | Unredacted versions of Defendants' Exhibits A-C |

| Tab | Date Filed | ECF Number | Document or Description of Transcript |
|---|---|---|---|
| 8 | 12/11/2024 | N/A (MDL Hearing Transcript) | Transcript of hearing re: dispute in connection with the deposition of Meta employee Miki Rothschild mentioned |
| 9 | 12/20/2024 | ECF 1478 (sealed)<br>ECF 1620 (redacted) | Order Resolving Dispute re Privilege Determination (Rothschild documents) |
| 10 | 12/20/2024 | ECF 1478-1 | Exhibit A to Order |
| | | ECF 1478-2 | Exhibit B to Order |
| | | ECF 1478-3 | Exhibit C to Order |
| 11 | 10/8/2025 | ECF 2312 | Joint Status Report on Results of Meet-and-Confer on Additional and Unanticipated Discovery on Disclosed Witnesses |
| 12 | 10/23/2025 | ECF 2332 | Plaintiffs' Statement of Recent Decision (10/23/25 DC Order) |
| 13 | 10/23/2025 | ECF 2332-1 | Exhibit A on Statement of Recent Decision |
| 14 | 10/24/2025 | N/A (MDL Hearing Transcript Excerpts) | *Transcript of hearing re: D.C. crime-fraud ruling; Meta privilege-log re-review |
| 15 | 11/14/2025 | ECF 2448 | Joint Stipulation and Order Setting Briefing Schedule on Meta's Motion for a Protective Order in Connection with the Deposition of Jason Sattizahn |
| 16 | 11/17/2025 | ECF 2454 | Joint Letter Brief Regarding Disputes Over Privilege Issues In Connection With The Deposition Of Jason Sattizahn |
| 17 | 11/20/2025 | ECF 2475-1 (sealed)<br>ECF 2474 (redacted) | Joint Letter Brief Regarding Whether Certain Meta Documents Are Protected by Attorney-Client Privilege |
| 18 | 11/20/2025 | ECF 2475-2 | Exhibit A to Joint Letter Brief |
| | | ECF 2475-3 | Exhibit B to Joint Letter Brief |
| | | ECF 2475-4 | Exhibit C to Joint Letter Brief |
| | | ECF 2475-5 | Exhibit D to Joint Letter Brief |
| | | ECF 2475-6 | Exhibit E to Joint Letter Brief |
| | | ECF 2475-7 | Exhibit F to Joint Letter Brief |
| | | ECF 2475-8 | Exhibit G to Joint Letter Brief |
| | | ECF 2475-9 (sealed)<br>ECF 2475-10 (redacted) | Exhibit H to Joint Letter Brief |
| | | ECF 2475-11 (sealed)<br>ECF No. 2475-12 (redacted) | Exhibit I to Joint Letter Brief |
| | | ECF 2475-13 (sealed)<br>ECF No. 2475-14 (redacted) | Exhibit J to Joint Letter Brief |

| Tab | Date Filed | ECF Number | Document or Description of Transcript |
|---|---|---|---|
| | | ECF 2475-15 | Exhibit K to Joint Letter Brief |
| | | ECF 2475-16 | Exhibit L to Joint Letter Brief |
| | | ECF 2475-17 | Exhibit M to Joint Letter Brief |
| | | ECF 2475-18 | Exhibit N to Joint Letter Brief |
| | | ECF 2475-19 | Exhibit O to Joint Letter Brief |
| 19 | 11/20/2025 | *Provided in camera*<br><br>ECF 2647-1 (sealed with privilege redactions)<br><br>ECF 2661-1 (redacted with privilege redactions) | Declaration Regarding Privilege Dispute Re: Four Meta Documents and Crime Fraud Exception to Attorney-Client Privilege (A.D.) |
| | | *Provided in camera*<br><br>ECF 2647-2 (sealed with privilege redactions)<br><br>ECF 2661-2 (redacted with privilege redactions) | Declaration Regarding Privilege Dispute Re: Four Meta Documents and Crime Fraud Exception to Attorney-Client Privilege (F.K.S.) |
| | | *Provided in camera*<br><br>ECF 2647-3 (sealed with privilege redactions)<br><br>ECF 2661-3 (redacted with privilege redactions) | Declaration Regarding Privilege Dispute Re: Four Meta Documents and Crime Fraud Exception to Attorney-Client Privilege (R.S.) |
| | | *Provided in camera*<br><br>ECF 2647-4 (sealed with privilege redactions)<br><br>ECF 2661-4 (redacted with privilege redactions) | Document 1 Regarding Privilege Dispute Re: Four Meta Documents and Crime Fraud Exception to Attorney-Client Privilege |

| Tab | Date Filed | ECF Number | Document or Description of Transcript |
|---|---|---|---|
| | | *Provided in camera*<br><br>ECF 2647-5 (sealed with privilege redactions)<br><br>ECF 2661-5 (redacted with privilege redactions) | Document 2 Regarding Privilege Dispute Re: Four Meta Documents and Crime Fraud Exception to Attorney-Client Privilege |
| | | *Provided in camera*<br><br>ECF 2647-6 (sealed with privilege redactions)<br><br>ECF 2661-6 (redacted with privilege redactions) | Document 3 Regarding Privilege Dispute Re: Four Meta Documents and Crime Fraud Exception to Attorney-Client Privilege |
| | | *Provided in camera*<br><br>ECF 2647-7 (sealed with privilege redactions)<br><br>ECF 2661-7 (redacted with privilege redactions) | Document 4 Regarding Privilege Dispute Re: Four Meta Documents and Crime Fraud Exception to Attorney-Client Privilege |
| 20 | 11/24/2025 | ECF 2483 | Joint Stipulation and Order Regarding Exhibits to Joint Letter Brief Regarding Whether Certain Meta Documents Are Protected by Attorney-Client Privilege (ECF 2474) |
| 21 | 12/01/2025 | N/A (MDL Hearing Transcript) | Transcript of hearing re ECF 2454 (Sattizahn deposition) and ECF 2475 (crime-fraud as to Documents 1–4) |
| 22 | 12/01/2025 | ECF 2524 | Civil Minutes (Kang, J.) |
| 23 | 12/05/2025 | N/A (JCCP) | Declaration of Mary Lou Soller (Ex. M to Index of Evidence ISO Opp. to Plaintiffs' Mot. to Compel Unredacted Documents) |
| 24 | 12/04/2025 | ECF 2505 | [Proposed] Order Resolving Joint Letter Brief Regarding Disputes Over Privilege Issues in Connection with the Deposition of Jason Sattizahn (ECF 2454) |
| 25 | 12/04/2025 | ECF 2505-1 | Exhibit 1 |
| 26 | 12/08/2025 | ECF 2527 | Order Resolving Joint Letter Brief Regarding Disputes Over Privilege Issues in Connection With the Deposition of Jason Sattizahn (ECF 2454) |
| 27 | 12/17/2025 | ECF 2581 (sealed)<br>ECF 2600-5 (redacted) | Order Re Further Information Re Meta's Motion for Protective Order |

| Tab | Date Filed | ECF Number | Document or Description of Transcript |
|---|---|---|---|
| 28 | 12/18/2025 | ECF 2594-1 (sealed) ECF 2600-2 (redacted) | Declaration Of Ashley M. Simonsen in Response to December 17, 2025 Order Re Further Information Re Meta's Motion for Protective Order |
| | | ECF 2594-2 (sealed) | Exhibit A-1 |
| | | ECF 2594-3 (sealed) ECF 2600-3 (redacted) | Exhibit A-2 |
| | | ECF 2594-4 (sealed) ECF 2600-4 (redacted) | Exhibit A-3 |
| | | ECF 2594-5 (sealed) | Exhibit A-4 |
| 29 | 12/18/2025 | N/A (JCCP Hearing Transcript Excerpt) | Transcript of JCCP conference re Meta's fall 2025 re-review of withheld documents on its privilege log |
| 30 | 12/19/2025 | ECF 2597 | Plaintiffs' Unopposed Administrative Motion for Leave to File Supplemental Authority |
| 31 | 12/19/2025 | ECF 2597-2 | Exhibit A [Transcript of the D.C. Superior Court's December 12, 2025 status conference in *District of Columbia v. Meta*] |
| 32 | 12/26/2025 | ECF 2609 | In Chambers Text-Only Order (Kang, J.) |
| 33 | 12/26/2025 | ECF 2611-1 (sealed) | Declaration of Austin Brane in Response to December 17, 2025 Order Re Further Information Re Meta's Motion for Protective Order |
| | | ECF 2611-2 | Exhibit A-1 to the Declaration of Austin Brane |
| | | ECF 2611-3 | Exhibit A-2 to the Declaration of Austin Brane |
| | | ECF 2611-4 | Exhibit A-3 to the Declaration of Austin Brane |
| | | ECF 2611-5 | Exhibit A-4 to the Declaration of Austin Brane |
| 34 | 12/31/2025 | ECF 2618 | Stipulation and Proposed Order Concerning Procedure for Meta's Privilege Objections to the Transcript of Deposition of Jason Sattizahn |
| 35 | 12/31/2025 | ECF 2617 | Clerk's Notice (Kang, J.) |
| 36 | 12/31/2025 | ECF 2620 | Meta's Notice of Filing of Email Dated December 30, 2025 in Further Support of Joint Letter Brief Regarding Whether Certain Meta Documents Are Protected By Attorney-Client Privilege (ECF 2474) and in Response to Plaintiffs' Declaration Dated December 26, 2025 (ECF 2611-1) |
| 37 | 01/02/2026 | ECF 2621 | Plaintiffs' Notice of Filing of Email Dated December 24, 2025, Seeking Permission to File Declaration of Austin Brane in Response to December 17, 2025 Order Re Further Information Re Meta's Motion for Protective Order |
| 38 | 01/05/2026 | ECF 2622 | Joint Notice of D.C. Superior Court's January 5, 2026 Order Denying Meta's Motion for Reconsideration Regarding Four Documents at Issue in Pending Joint Letter Brief (ECF 2474) |

| Tab | Date Filed | ECF Number | Document or Description of Transcript |
|---|---|---|---|
| 39 | 01/05/2026 | ECF 2622-1 | Attachment (D.C. Superior Court's Order Denying Meta's Opposed Motion For Reconsideration of October 23, 2025 Order) |
| 40 | 01/06/2026 | ECF 2623 | In-Chambers Text Only Order (Kang, J.) |
| 41 | 01/08/2026 | N/A (JCCP) | Attachment 4 to Meta and [JCCP] Plaintiffs' Joint Notice of Supplemental Authority and Update in Connection With Plaintiffs' Motion to Compel Unredacted Documents |
| 42 | 01/09/2026 | ECF 2627 | Joint Supplemental Letter Brief Regarding the Impact of the D.C. Superior Court's January 5, 2026, Order on the Parties' Dispute Over Whether Certain Meta Documents Are Protected by Attorney-Client Privilege (ECF 2474 (2506-1)) |
| 43 | 01/12/2026 | ECF 2629 (sealed) ECF 2633-1 (redacted) ECF 3107 (redacted) (refiled) | Order Resolving Dispute Re: Four Meta Documents and Crime Fraud Exception to Attorney-Client Privilege |
| 44 | 01/14/2026 | N/A (JCCP Hearing Transcript Excerpt) | Transcript of hearing on JCCP Plaintiffs' Motion to Compel Production of Unredacted Documents (crime-fraud motion) |
| 45 | 01/15/2026 | N/A (JCCP) | Ruling re Plaintiffs' Motion to Compel Production of Unredacted Documents |
| 46 | 01/27/2026 | ECF 2674 | Meta's Notice of Compliance With January 12, 2026, Order Resolving Dispute Re: Four Meta Documents and Crime Fraud Exception to Attorney-Client Privilege (ECF 2633-1) |
| 47 | 01/27/2026 | ECF 2675-1 (sealed) ECF 2674-1 (redacted) | Exhibit A |
| 48 | 02/02/2026 | N/A (JCCP) | Ruling on Meta's Motion to Exclude Certain Trial Testimony by Former Employee Jason Sattizahn |
| 49 | 02/07/2026 | ECF 2714 | Stipulation and Order Resolving Scope and Timing of "Myst Study Documents" Subject to Production Under January 12, 2026, Order Resolving Dispute Re: Four Meta Documents and Crime Fraud Exception to Attorney-Client Privilege (ECF 2633-1) |
| 50 | 03/11/2026 | ECF 2838 | Agenda and Joint Statement for March 18, 2026, Case Management Conference [containing Plaintiffs' request for sanctions re privilege downgrade productions and Meta's response] |
| 51 | 03/26/2026 | ECF 2881-1 (sealed) ECF 2879 (redacted) | Joint Letter Brief Regarding State AGs' Motion to Compel Unredacted Copy of "Document 4" Addressed in Court's Prior Crime-Fraud Ruling and Underlying Slide Deck |
| 52 | 03/25/2026 | 2881-2 | Declaration Of Jason Slothouber in Support of Joint Letter Brief Regarding State AGs' Motion to Compel Unredacted Copy of "Document 4" Addressed in Court's Prior Crime-Fraud Ruling and Underlying Slide Deck |

| Tab | Date Filed | ECF Number | Document or Description of Transcript |
|---|---|---|---|
| | | ECF 2884-1 (sealed)<br>ECF 2881-3 (redacted) | Exhibit A to Declaration of Jason Slothouber |
| | | ECF 2881-4 (sealed) | Exhibit B to Declaration of Jason Slothouber |
| | | ECF 2881-5 (sealed) | Exhibit C to Declaration of Jason Slothouber |
| | | ECF 2881-6 (sealed) | Exhibit D to Declaration of Jason Slothouber |
| | | ECF 2884-2 (sealed)<br>ECF 2881-7 (redacted) | Exhibit E to Declaration of Jason Slothouber |
| | | ECF 2881-8 | Exhibit F to Declaration of Jason Slothouber |
| 53 | 04/14/2026 | ECF 2949 | [Corrected] Stipulation and [Proposed] Order Resolving (1) Three Motions to Strike and/or Preclude Breathitt Trial Witnesses and (2) Plaintiffs' Motion for Relief Re Meta's Privilege Downgrades |
| 54 | 04/14/2026 | ECF 2949-1 | Exhibit A [JCCP Sattizahn Ruling] |
| 55 | 04/17/2026 | ECF 2965 | CMO No. 34 [granting above stipulation] |
| 56 | 05/18/2026 | ECF 3053 (sealed)<br>ECF 3096 (redacted) | Order Resolving [March 26, 2026] Dispute Re: Meta Document No. 4 and Crime Fraud Exception to Attorney-Client Privilege |
| 57 | 06/01/2026 | ECF 3091 | State Attorneys General's Motion for Relief From Nondispositive Pretrial Order of Magistrate [Exhibits omitted as identical to Exhibits to ECF 2881-1] |
| 58 | 06/02/2026 | ECF 3095 | Stipulation and Order Extending Timeline for Production of All Non-Duplicative 7/7/23 Intraday Versions of Slide Deck Under May 18, 2026 Order Resolving Dispute Re: Meta Document No. 4 and Crime Fraud Exception to Attorney-Client Privilege (ECF 3074) |
| 59 | 06/08/2026 | ECF 3112 | Meta's Notice of Compliance With May 18, 2026 Order Resolving Dispute Re: Meta Document No. 4 and Crime Fraud Exception to Attorney-Client Privilege (ECF 3096) |
| 60 | 06/26/2026 | N/A (MDL Hearing Transcript Excerpt) | *Transcript of hearing re: denial of State AGs' Motion for Relief From Nondispositive Pretrial Order of Magistrate |
| 61 | 06/29/2026 | ECF 439 (State AG docket) | *Pretrial Order No. 3 Re: Pretrial Conference |
| 62 | 08/13/2026 | N/A (MDL Hearing Transcript Excerpt) | *Transcript of MDL AG trial re: privileged trial exhibits; Sattizahn trial testimony |
| 63 | 08/18/2026 | ECF 3419 (redacted)<br><br>*Unredacted brief submitted in camera* | Meta's Motion to Preclude Testimony on Attorney-Client Privileged Communications by Jason Sattizahn |
| 64 | 08/18/2026 | ECF 3419-1 | Declaration of Ashley M. Simonsen |
| | | ECF 3419-2 | Exhibit 1 to Declaration of Ashley M. Simonsen |
| | | ECF 3419-3 | Exhibit 2 to Declaration of Ashley M. Simonsen |

| Tab | Date Filed | ECF Number | Document or Description of Transcript |
|---|---|---|---|
| | | ECF 3419-4<br><br>*Unredacted exhibit submitted in camera* | Exhibit 3 to Declaration of Ashley M. Simonsen |
| | | ECF 3419-5<br><br>*Unredacted exhibit submitted in camera* | Exhibit 4 to Declaration of Ashley M. Simonsen |
| | | ECF 3419-6 | Exhibit 5 to Declaration of Ashley M. Simonsen |
| | | ECF 3419-7 | Exhibit 6 to Declaration of Ashley M. Simonsen |
| | | ECF 3419-8 | Exhibit 7 to Declaration of Ashley M. Simonsen |
| | | ECF 3419-9 | Exhibit 8 to Declaration of Ashley M. Simonsen |
| | | ECF 3419-10 | Exhibit 9 to Declaration of Ashley M. Simonsen |
| | | ECF 3419-11 | Exhibit 10 to Declaration of Ashley M. Simonsen |
| | | ECF 3419-12 | Exhibit 11 to Declaration of Ashley M. Simonsen |
| | | ECF 3419-13<br><br>*Unredacted exhibit submitted in camera* | Exhibit 12 to Declaration of Ashley M. Simonsen |
| | | ECF 3419-14<br><br>*Unredacted exhibit submitted in camera* | Exhibit 13 to Declaration of Ashley M. Simonsen |
| 65 | 08/18/2026 | ECF 3420<br><br>*Unredacted brief submitted in camera* | State AGs' Objections to Meta's Privilege Assertions Concerning Testimony of Jason D. Sattizahn |
| 66 | 08/18/2026 | *In camera submission* | Highlighted Transcript Excerpts of the Deposition of Jason Sattizahn |
| 67 | 08/20/2026 | N/A (MDL Trial Transcript) | *Transcript of MDL AG trial re rulings on Meta's Motion to Preclude Testimony on Attorney-Client Privileged Communications by Jason Sattizahn |
| 68 | 08/21/2026 | ECF 562 (State AG docket) | *Trial Order No. 2 Re Testimony of Sattizahn and Mody [Judge Gonzalez Rogers's Order on Meta's Motion to Preclude Testimony on Attorney-Client Privileged Communications by Jason Sattizahn] |
| 69 | 08/24/2026 | N/A (MDL Trial Transcript Excerpt) | *Transcript of MDL AG trial re Trial Order No. 2 Re Testimony of Sattizahn and State AGs' request for Meta privilege re-review |
| 70 | 08/25/2026 | N/A (MDL Trial Transcript) | *Transcript of MDL AG trial re Document 4 (redaction of in-house counsel's suggested headline language) |
| 71 | 08/26/2026 | N/A (MDL Trial Transcript Excerpt) | *Transcript of MDL AG trial re proposed consent decree and ruling re Document 4 |

| Tab | Date Filed | ECF Number | Document or Description of Transcript |
|---|---|---|---|
| 72 | 08/26/2026 | ECF 3450 | *Trial Order No. 3 re Trial Proceedings, Timing of Juror Discharge, and Privilege Dispute [written ruling re Document 4] |
| 73 | 08/26/2026 | ECF 3450-1 | Attachment A to Trial Order No. 3 |
| | | ECF 3450-2 | Attachment B to Trial Order No. 3 |
| 74 | 08/31/2026 | ECF 3465 | Meta's Notice of Intent to Undertake Reassessment of Privilege Redactions |
| 75 | 09/02/2026 | ECF 3469 | PI/SD Plaintiffs' Response to Meta's Notice of Intent to Undertake Reassessment of Privilege Redactions |
| 76 | 09/09/2026 | N/A (JCCP Hearing Transcript) | Transcript of conference re Meta's intent to re-review privilege redactions |
| 77 | 09/22/2026 | N/A (MDL hearing transcript) | *Transcript of conference re Plaintiffs' request to identify 300 "most important" documents for Meta's re-review |
| 78 | 09/28/2026 | ECF 3534 | *Case Management Order No. 37 (Trial Plan, Case Management) |
| 79 | 10/08/2026 | ECF 3550 | Meta's Status Report re Results of Re-Review of Plaintiffs' 300 "Most Important" Documents |
| 80 | 10/09/2026 | N/A (MDL transcript) | *Transcript of conference re results of Meta's re-review of Plaintiffs' 300 "most important" documents |
| 81 | 10/09/2026 | ECF 3554-1 (sealed)<br>ECF 3553 (redacted) | PI/SD Plaintiffs' Reply to Meta's Status Report on Re-Review of 300 "Most Important" Documents |
| 82 | 10/09/2026 | ECF 3554-2 (sealed) | Exhibit A to Reply |
| | | ECF 3554-3 (sealed) | Exhibit B to Reply |
| | | ECF 3554-4 (sealed) | Exhibit C to Reply |
| | | ECF 3554-5 (sealed) | Exhibit D to Reply |
| | | ECF 3554-6 (sealed) | Exhibit E to Reply |
| 83 | 10/10/2026 | N/A (email correspondence with Court) | Email from Meta to Judge Gonzalez Rogers [confirming agreement to submit to independent special master oversight of re-review] |
| 84 | 10/15/2026 | ECF 3571 | Joint Report and Motion to Select and Appoint a Special Master to Oversee Meta Privilege Re-Review |
| 85 | 10/15/2026 | ECF 3571-1 | Exhibit A to Joint Report and Motion |
| | | ECF 3571-2 | Exhibit B to Joint Report and Motion |
| | | ECF 3571-3 | Exhibit C to Joint Report and Motion |
| | | ECF 3571-4 | Exhibit D to Joint Report and Motion |
| | | ECF 3571-5 | Exhibit E to Joint Report and Motion |
| 86 | 10/16/2026 | ECF 3574 | *Case Management Order No. 38 Appointing a Special Master |

| Tab | Date Filed | ECF Number | Document or Description of Transcript |
|---|---|---|---|
| 87 | 10/19/2026 | N/A (JCCP) | Joint Report for October 22, 2026 Hearing [containing JCCP Plaintiffs' request that Meta stipulate to admissibility of downgraded documents] |
| 88 | 10/20/2026 | ECF 3599 | *Order Approving Privilege Re-Review Protocol |
| 89 | 10/22/2026 | N/A (JCCP Hearing Transcript Excerpt) | Rough transcript of pretrial conference re results of Meta's re-review of 284 redacted documents on JCCP Plaintiffs' trial exhibit list and JCCP Plaintiffs' request that Meta stipulate to admissibility of downgraded documents |