Thomas P. Cartmell (*pro hac vice*)
Jonathan P. Kieffer (*pro hac vice*)
Austin Brane, SBN 286227
Michael P. Cutler, SBN 270663
**WAGSTAFF & CARTMELL LLP**
4740 Grand Avenue, Suite 300
Kansas City, MO 64112
Tel: (816) 701-1100
tcartmell@wcllp.com
jpkieffer@wcllp.com
abrane@wcllp.com
mcutler@wcllp.com

*Attorneys for Plaintiff* (additional counsel on signature page)

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION, | Case No. 4:22-MD-03047-YGR<br><br>MDL No. 3047 |
| This Document Relates to:<br><br>*Tucson Unified School District v. Meta Platforms Inc., et al.*<br><br>Case No. 4:24-cv-1382 | **DECLARATION OF AUSTIN BRANE IN SUPPORT OF PLAINTIFF TUCSON UNIFIED SCHOOL DISTRICT'S OPPOSITION TO DEFENDANTS' MOTION TO PRECLUDE PLAINTIFF FROM RELYING ON LATE-DISCLOSED SCHOOL DISTRICT WITNESSES**<br><br>Judge: Hon. Yvonne Gonzalez Rogers<br>Magistrate Judge: Hon. Peter H. Kang |

I, Austin Brane, declare that I am an attorney who has entered an appearance in this coordinated proceeding on behalf of Plaintiff Tucson Unified School District ("Tucson" or the "District"). I have personal knowledge of the matters contained in this Declaration and, if called upon as a witness, could and would testify thereto. I am over the age of 18 and fully competent to give this declaration. I submit this declaration in support of Tucson's Opposition to Defendants' Motion to Preclude Plaintiff from Relying on Late-Disclosed School District Witnesses (ECF No. 3581). In doing so, I do not waive, and do not intend to waive, the attorney-client privilege or work-product protection.

1. During fact discovery, Tucson designated as document custodians, among others, Dr. Michael Konrad, the current principal of Pueblo Gardens K-8 School; Shawna Rodriguez, who served as principal of Tucson High Magnet School through the 2021–22 school year and is now Deputy Superintendent; Brian Lambert, a former principal of Hollinger K-8 School who is now Regional Assistant Superintendent for the Silverbell Region; and Richard Sanchez, a former principal of Mansfeld Middle Magnet School who is now Regional Assistant Superintendent for the Arroyo Region. Several other Tucson document custodians also held school-site roles during the relevant period.

2. Tucson produced custodial documents for each of these custodians, including documents from their school-site roles. Defendants deposed Ms. Rodriguez, Mr. Lambert, and Mr. Sanchez, and questioned them about their work in Tucson's schools.

3. Frank Armenta served as principal of Cholla High School from the 2009–10 school year through the 2021–22 school year and thereafter as an Assistant Superintendent of the District. Tucson designated Mr. Armenta as a document custodian and identified him in its answers to Defendants' Interrogatory No. 1. Tucson anticipated listing Mr. Armenta as a trial witness, including to testify about his experience as a high school principal.

4. Mr. Armenta left his employment with the District at the end of the 2025–26 school year. He was not deposed in this action. He resides in Arizona.

5. Attached to this Declaration as Exhibit A is a true and correct copy of the transcript of the June 13, 2025 Case Management Conference in this MDL.

6. Roberto Estrella is the principal of Sahuaro High School, a position he has held since the 2013-14 school year. Tamara Ray is the principal of Santa Rita High School, a position she has held since the 2019-20 school year. Tucson identified both on its Preliminary Trial Witness List filed September 14, 2026. ECF No. 3492 at 3.

7. Plaintiff's counsel's first conversations with Mr. Estrella and Ms. Ray occurred on June 25, 2026.

8. Defendants' Preliminary Trial Witness List, also filed September 14, 2026, identified Meta employees Kate Gotimer and Brad Ruderman as live trial witnesses. ECF No. 3497 at 7–8. To my knowledge, neither Ms. Gotimer nor Mr. Ruderman was designated as a document custodian or deposed in this MDL.

9. Between September 14, 2026 and the morning of October 14, 2026, Defendants did not raise with Tucson's counsel any objection to Tucson's identification of Mr. Estrella or Ms. Ray. Defendants did not identify a motion directed to these witnesses on the list of motions in limine they exchanged with Tucson on October 7, 2026.

10. On the morning of October 14, 2026, Defendants' counsel asked to add the issue to a meet and confer already scheduled for that day concerning motions in limine.

11. During the October 14 conferral, Defendants' counsel stated that Defendants intended to move to exclude Mr. Estrella and Ms. Ray. I offered on Tucson's behalf to produce the custodial files of Mr. Estrella and Ms. Ray and to make both available for deposition. Defendants' counsel declined to schedule depositions but asked that Tucson prepare the witnesses' custodial files, and Tucson agreed to do so.

12. Tucson's collection and review of the custodial files of Mr. Estrella and Ms. Ray is ongoing. Tucson expects to complete production of both custodial files by

Thanksgiving 2026. Tucson will make Mr. Estrella and Ms. Ray available for depositions in the first half of December 2026.

13. Attached to this Declaration as Exhibit B is a true and correct copy of the Expert Report of Dr. Michelle Moore for Tucson Unified School District, dated July 11, 2025, served by Defendants in this action.

14. Attached to this Declaration as Exhibit C is a true and correct copy of the Expert Report of Darius Lakdawalla, Ph.D., dated July 11, 2025, served by Defendants in this action.

15. Attached to this Declaration as Exhibit D is a true and correct copy of the Expert Report of Matthew Springer, Ph.D., dated July 11, 2025, served by Defendants in this action.

16. Attached to this Declaration as Exhibit E is a true and correct copy of Trial Exhibit DX1063 from the trial in *State of Tennessee et al. v. Meta Platforms, Inc. et al.*, Case No. 23-1364-IV (Davidson County Chancery Court), which is an October 14, 2025 Newsroom release titled "Instagram Teen Accounts Will Be Inspired by Movie Ratings for Ages 13+" by Meta that was offered by Meta in that trial.

17. Attached to this Declaration as Exhibit F is a true and correct copy of Trial Exhibit 7816 from the trial in *Karen Glenn obo K.G.M. v. Meta Platforms, Inc. et al.*, Case No. 23SMCV03371 (Los Angeles County Superior Court), which is an August 2025 print off of a webpage from Meta's Help Center, titled "Our tools, features and resources to help support teens and parents" and includes platform or policy changes through April 2025, that was offered by Meta in that trial.

18. Based on searches of Tucson's productions to date, Tucson has produced 1,447 documents that include Mr. Estrella and 1,263 documents that include Ms. Ray.

19. On March 17, 2026, the Meta Defendants served their Disclosure of Non-Retained Expert Witness Pursuant to Fed. R. Civ. P. 26(a)(2)(C), identifying Dr. Bryce Bartlett, a Director of Research at Meta. To my knowledge, Meta had not previously identified Dr. Bartlett as a witness in Tucson's, or any school district plaintiff's,

case, including in its initial disclosures or interrogatory responses. Attached to this Declaration as Exhibit G is a true and correct copy of that disclosure.

20. Dr. Bartlett was deposed in a deposition noticed and led by the Utah Attorney General's office. Counsel for Tucson attended the deposition so that Tucson would not need to notice a separate deposition of Dr. Bartlett if Meta included him on a future witness list.

21. Meta's first witness at the trial in *State of Tennessee et al. v. Meta Platforms, Inc. et al.*, Case No. 23-1364-IV (Davidson County Chancery Court) was Tessa Lyons, who was called on August 20, 2026. Meta first identified Ms. Lyons as a witness on April 10, 2026. Jury selection in that trial began on July 20, 2026. To my knowledge, Ms. Lyons was neither designated as a document custodian nor deposed in that action. Attached to this Declaration as Exhibit H is a true and correct copy of excerpts of the August 20, 2026 trial transcript in that action.

I declare that the foregoing is true and correct under penalty of perjury, under the laws of the United States of America and the State of California.

*/s/ Austin Brane*

**Attorney for Plaintiff Tucson Unified School District**

Dated: October 29, 2026

Respectfully Submitted,

**WAGSTAFF & CARTMELL LLP**

*/s/ Austin Brane*
Austin Brane

Thomas P. Cartmell (*pro hac vice*)
Jonathan P. Kieffer (*pro hac vice*)
Austin Brane, SBN 286227
Michael P. Cutler, SBN 270663
**WAGSTAFF & CARTMELL LLP**
4740 Grand Avenue, Suite 300
Kansas City, MO 64112
Tel: (816) 701-1100
tcartmell@wcllp.com
jpkieffer@wcllp.com
abrane@wcllp.com
mcutler@wcllp.com

Kirk J. Goza (*pro hac vice*)
Brad Honnold (*pro hac vice*)
**GOZA & HONNOLD LLC**
9500 Nall Ave., Ste 400
Overland Park, KS 66207
Tel. (913) 451-3433
kgoza@gohonlaw.com
bhonnold@gohonlaw.com

Joseph G. VanZandt (*pro hac vice*)
Davis Vaughn (*pro hac vice*)
Jennifer Emmel (*pro hac vice*)
Clinton Richardson (*pro hac vice*)
Seth Harding (*pro hac vice*)
**BEASLEY ALLEN CROW**
**METHVIN PORTIS & MILES, LLC**
234 Commerce Street
Montgomery, AL 36103
Tel: 334-269-2343
Joseph.VanZandt@BeasleyAllen.com
Davis.Vaughn@BeasleyAllen.com
Jennifer.Emmel@BeasleyAllen.com
Clinton.Richardson@BeasleyAllen.com
Seth.Harding@BeasleyAllen.com

*Counsel for Plaintiff Tucson Unified School District*

**ATTESTATION**

I, Austin Brane, hereby attest, pursuant to N.D. Cal. Civil L.R. 5-1, that the concurrence to the filing of this document has been obtained from each signatory hereto.

Dated: October 29, 2026

By: *<u>/s/Austin Brane</u>*

**Austin Brane**

**CERTIFICATE OF SERVICE**

I hereby certify that I filed the foregoing on October 29, 2026, using the Court's ECF filing system, thereby sending notice of the filing to all counsel of record.

By: *<u>/s/Austin Brane</u>*

**Austin Brane**