# EXHIBIT B

# EXPERT REPORT
# OF
# DR. MICHELE MOORE
# FOR
# TUCSON UNIFIED SCHOOL DISTRICT

**July 11, 2025**

## TABLE OF CONTENTS

EXECUTIVE SUMMARY OF OPINIONS .......... 1
QUALIFICATIONS .......... 2
REVIEW OF THE NATURE OF THE ALLEGATIONS .......... 5
ASSIGNMENT .......... 6
I. TUSD Lacks Effective Leadership and Consistent Procedures .......... 6
A. The School Decision-Making Process .......... 6
1. Leadership .......... 6
2. School Boards .......... 7
3. Community Input & Norms .......... 8
B. TUSD's Dysfunctional Leadership .......... 8
II. TUSD Has Failed To Properly Manage Its Finances .......... 10
III. Students Are Impacted By A Variety Of Life Challenges .......... 17
IV. Racism and Desegregation .......... 23
V. COVID-19 PANDEMIC .......... 25
VI. No Root Cause Analysis Identifies Social Media As A Problem .......... 26
VII. Dr. Hoover's 15-Year Plan Is Not Realistic .......... 29
VIII. Mr. Klein's Report Is Unreliable .......... 32
IX. Dr. Ward's Estimates Are Not Realistic Because They Rely On Uncredible Data .......... 32
X. Dr. Osborne's Report Is Misleading .......... 35
Appendix A: CV .......... 39
Appendix B: School Funding Basics .......... 48
A. Distribution of Staff in Schools .......... 48
B. School Funding Revenues .......... 48
C. School Funding Expenditures .......... 48
D. Medicaid Reimbursements for Schools .......... 49
E. Budget Process in School Districts .......... 50
Appendix C: Materials Considered .......... 52

## EXECUTIVE SUMMARY OF OPINIONS

1. **Opinion 1:** TUSD is experiencing many challenges, independent of social media, which are compounded by a lack of strong leadership from its Central Office.

2. **Opinion 2:** TUSD has been experiencing funding challenges, including caused by declining enrollment, declining funding, and certain high expenses in the District. These challenges require the District to reallocate and realign their operations. The District has failed to appropriately calibrate.

3. **Opinion 3:** The student population of TUSD has life challenges that can cause distractions, mental health issues, behavioral challenges, and other problems. For example, the District has a high crime rate, high level of poverty, a population with a high percentage of individuals who immigrated to the United States, a high rate of chronic health conditions, high rates of ACES (adverse childhood experiences), and a highly mobile population. The District also has long-standing challenges related to racism and desegregation. The magnitude of these issues is illustrated by the desegregation litigation, *Mendoza v. Tucson Unified School District*, and the 2023-24 "No Slur" campaign.

4. **Opinion 4:** The TUSD community (including students, teachers, and other staff) experienced significant impacts from COVID-19. COVID affected, among other things, social emotional wellbeing and student behavior. Moreover, as we are now five years beyond COVID, the funding made available as a result of the pandemic has now ended. The District has failed to either prepare for or adjust to the end of this large source of money even though the impact of the pandemic continues to this day.

5. **Opinion 5:** The District's internal documents, created outside of litigation, demonstrate that the TUSD community is focused on these and other issues—not social media. Internal documents also illustrate an inconsistent approach to cellphone policies between school buildings. These different approaches resulted in different levels of success in regard to managing student cellphone use.

6. **Opinion 6:** TUSD has no data of the type that would be needed to perform a root cause analysis of the allegations in their lawsuit. For example, the District does not have the quantified information needed to estimate how much time students spend using social media and how much time teachers and other staff spend addressing students' social media use. Notably, during the time period at issue in this lawsuit, rates of mental health diagnosis among students have not increased according to the District's internal documentation.

7. **Opinion 7:** Dr. Hoover's 15-year plan is not appropriate for TUSD. Her plan ignores the reality of both the District's operational structure, operations, and student-staff interactions. Her plan ignores the fundamental challenges that TUSD has faced that are

unrelated to the claim that social media use is impacting the school district. Moreover, her plan duplicates programs already in place, replaces existing programs with similar programs, and seeks to apply a one-size-fits-all approach that does not take into account the unique circumstances of TUSD. She seeks to add unnecessary bureaucracy, in the form of six additional district directors, in a way that does not directly benefit students. I outline below in more detail the reasons and ways that I disagree with various facets of Dr. Hoover's proposal, and think it would make student wellbeing worse, not better.

8. **Opinion 8:** Mr. Klein's survey contains numerous methodological flaws. I understand that a survey expert will address those in more detail, but the number of teachers who responded to the survey was too small to be informative; it reflects the reality that teachers are busy teaching, rather than responding to surveys.

9. **Opinion 9:** Similarly, Dr. Ward misunderstands how teachers and building leaders spend time on task. Dr. Ward's failure to grapple with school personnel's distinct roles is apparent even in the data Dr. Ward cites in purported support of his claims. For example, Dr. Ward reports that both a high school principal and assistant high school principal are spending 22% of their time on social media issues. These two individuals have very different jobs and very different responsibilities. It is not realistic to think that they would both spend identical amounts of time on social media related issues, raising suspicion as to the reliability of this statistic. Even more suspicious, Dr. Ward relies on a claim that Tucson's Director of Social Emotional Learning spends 100% of their time on social media issues. These are just two examples of the flaws in Dr. Ward's report, and I outline further issues with it below.

10. **Opinion 10:** Each of Dr. Osborne's five opinions are unsubstantiated and contradicted by the evidence in the case of TUSD for a variety of reasons, discussed further below. In addition, Dr. Osborne discusses schools in terms of a "common good" as if the traditional public school remains the only option, and thus imbues them with the power to speak on behalf of the community. This is an outdated perspective that no longer reflects reality, as demonstrated by the presence of 80 charter schools and more than 50 private K-12 schools in the Tucson metro area.

## QUALIFICATIONS

11. I am a clinical faculty member at Indiana University, Bloomington. I have an appointment in the Educational Leadership and Policy Studies Department. I teach courses to doctoral and master's students in, among other topics, principalship, teacher evaluation, building level administration, advanced school district finance, and public school accounting and budgeting. My duties at the university include working with school boards to provide executive search services for their next superintendent. I have been a clinical assistant

professor since 2021, and before that I worked as an adjunct faculty member. I also am well versed in school organizational structures and operations.

12. Part of my duties require that I supervise those students who are completing internships for their building principal and superintendent licenses. Since 2021, I have worked with over 100 students throughout the United States and several in international settings. My work as the academic supervisor for their internships has provided me with a unique opportunity to become familiar with many districts throughout the country. I am thoroughly knowledgeable about school system processes, structures, and strategic plans.

13. In addition, I have made numerous presentations to various state and superintendent groups, regularly discussing school finance and acting as a resource for local districts and officials. I am well versed in understanding the fiscal impacts of school budgeting and financial decisions as well as the procedural and structural functioning of schools through my time as a school superintendent and consultant.

14. Indiana University's master's in educational leadership is a Top Five Nationally Recognized Online Master's Program, and my work includes acting as advisor for all master's students in the program. This work represents about 100 students that I am advising each semester in addition to the 25 students a semester that I supervise in their practicums. I also coordinate the entire educational leadership program for Indiana University School of Education, supporting not only building level but also superintendent level licensure students, developing new programming and courses, and working with the university accreditation efforts through the Council for the Accreditation of Educator Preparation. I am well versed in the National Education Leadership Preparation Standards and am able to discuss the expected leadership behaviors of both district and building level administrators.

15. In addition to teaching, I operate a consulting company that advises school districts on various subjects, including school finance, budgeting, and fiscal accountability. I regularly consult with school districts conducting facility reviews and operational studies. This work includes analysis of school financial metrics with an emphasis on the practical application of recommendations utilizing current funding streams for districts.

16. I engage with 28 school superintendents through my work leading the Southern Hills Superintendent Study Council which is sponsored by Indiana University. In that role, I have organized professional development for the monthly superintendent meetings for the group for the last four years. In addition, I mentor several school CFOs around the state as well as new superintendents. In total, I have mentored more than a dozen superintendents and school business leaders over the last six years.

17. I am an expert in teacher contract mediation and am annually called in to mediate teacher collective bargaining contracts which are at impasse. My work in this area requires that I have an extensive knowledge of school operations, processes, and systems as well as the overall financial organization. I have successfully mediated all contracts where I was the state-appointed mediator or financial consultant. In addition, I provide consulting to districts in financial distress who are monitored by the Indiana Distressed Unit Appeals Board.

18. In 2023, I wrote the revision of the Budgeting and Financial Oversight for School Board Members Resource Guide, 4th edition, for the Indiana School Boards Association and am currently writing the 5th edition.

19. I regularly present to various educational entities, including the Indiana School Boards Association, Indiana Association of School Business Officials, and the Indiana School Nutrition Association. I also provide mediation and financial consulting services to the Indiana Employment Relations Board and am well versed in teacher contracts and the impacts of decision making on school budgets.

20. Prior to joining the Indiana University faculty, I spent over 20 years working with or in K-12 schools. From 2014 to 2019, I served as the school superintendent of the Martinsville, Indiana School District. This school district served approximately 4,500 students and its one high school was "A" rated. In this position, I had ultimate responsibility for all school district policies and operations, including instructional learning, facilities management, construction, and technology infrastructure. I was responsible for the school district budget of more than $20 million and for the appropriate allocation of those resources to achieve the mission of the district – educating students. In addition, I led the effort to upgrade district-wide technology including grade-level Chromebook implementation and e-learning. For six months after stepping down as the Martinsville Superintendent, I served as the interim superintendent at the Shelby Eastern School District in Shelbyville, Indiana.

21. In addition, I spent two years as a CFO and executive director of a school service center for 23 school districts (both suburban and urban) in and around Indianapolis. These experiences provided a deep understanding of the fiscal impacts of school budgeting and financial decisions as well as the procedural and structural functioning of school districts. Among other things, I obtained a strong understanding of the importance of budgeting and program selection and how strategic planning is an integral part of that process.

22. From 1998 through 2012, I taught various classes at Monrovia High School, including computer applications and business law. During this period, I saw first-hand, the growth of students possessing cell phones and then smartphones.

23. Prior to teaching, I worked as an auditor for the Indiana State Board of Accounts auditing governmental entities including K-12 schools and as a Certified Public Accountant, having passed the CPA exam in April 1993.

24. I received my B.S. in Finance with distinction from the Kelley School of Business at Indiana University in 1991. I subsequently earned an M.A. in Education with an emphasis on educational technology from the University of Indianapolis and an Educational Doctoral Degree from Indiana University, Bloomington, with a major in Educational Leadership.

25. Additional information about my qualifications is in Appendix A: CV.

26. My hourly rate is $350 per hour. My compensation is not dependent on the outcome of this litigation. I have not been deposed as an expert in the past four years.

27. My analysis is ongoing and I reserve the right to supplement and amend my opinions based on new information and materials.

**REVIEW OF THE NATURE OF THE ALLEGATIONS**

28. I have reviewed the Master Complaint, internal and external documents for the Tucson Unified School District (the "District" or "TUSD"), depositions from the District, and expert reports. The full list of materials I considered in support of the opinions in this report are contained in Appendix C. The District is not seeking to recover damages to students but is claiming to have suffered losses itself in the form of opportunity costs, increased staffing needs, increased burden on existing staff, professional development and training costs, and costs incurred due to things like increased student mental health issues, behavioral problems, and vandalism.

29. The allegations in the Master Complaint, pg. 311, parts a-b, d-g, i, k, m, and r list direct increases to the school district annual expenditures for the following:

- New hires of counselors and mental health professionals
- New hires of student discipline officers such as assistant principals or deans
- New hires to facilitate the processes of assigning students to counselors and mental health providers
- New hires to engage with parents
- New contracted services for learning supports
- Property damages repair costs due to social media challenges
- Costs associated with creating new educational materials
- Teaching professional development costs
- Prevention tool costs to limit student access to social media

30. The allegations in the Master Complaint, pg. 311, parts c, h, j, l, and o list expenditures that can be reflected by a reallocation of resources or time spent in a workday for staff including:

- Staff time spent confiscating cell phones
- Staff time spent investigating social media threats
- Staff time spent updating mental health curriculum
- Staff time spent developing new teaching plans
- Staff time spent updating handbooks and policies

31. In reviewing these allegations, the District is incorrectly attributing these issues to social media. I disagree with TUSD's allegations, as outlined below.

**ASSIGNMENT**

32. I was asked to evaluate the allegations as they relate to leadership, management, operations, and financial condition of Tucson Unified School District, based on my education, training, and experience in the fields of education, accounting, and finance.

## I. TUSD Lacks Effective Leadership and Consistent Procedures

### A. The School Decision-Making Process

33. School districts make policy decisions using a three-legged stool model involving Leadership (both Central Office and Building), School Boards, and Community Input and Norms. Each of these three pieces are briefly discussed below:

#### 1. Leadership

34. The goal of all leadership structures is to work together to achieve the mission of the district – educating students. Leadership consists of a Central Office (led by a superintendent) and building level leadership (led by a principal). Larger school districts often have multiple layers of leadership, including multiple assistant superintendents, directors, and coordinators. An effective superintendent strategically identifies the district's mission and leads all the schools towards the achievement of clearly identified goals. Effective principals nurture an emotionally supportive climate for teachers and students while in pursuit of the district goals.

35. Leadership is expected to meet national standards, such as the National Education Leadership Preparation Standards (NELP) and the Professional Standards for Educational Leadership (PSEL). Both the NELP and PSEL standards describe how district and building leaders should engage in their professional work, addressing mission and vision, teaching and learning, community relations, operations, equity, and professional ethics.

36. For example, Standard 6 of NELP outlines how effective district level leaders should engage in the allocation of resources and create operations systems:

> *Component 6.1 Program completers understand and demonstrate the capacity to **develop,** communicate, implement, and evaluate data-informed and equitable management, communication, technology, governance, and **operation systems at the district level to support schools in realizing the district's mission and vision**.*
>
> *Component 6.2 Program completers understand and demonstrate the capacity to **develop,** communicate, implement, and evaluate a **data-based district resourcing plan and support schools in developing their school-level resourcing plans.***[1] (Emphasis added.)

37. Based on model leadership preparation standards, school district level leaders such as superintendents and assistant superintendents are charged with developing operating systems in their school districts that are tied to the district's mission and vision. In addition, those same leaders are charged with creating district resourcing plans (which include budgets) that support the schools and ultimately the individual students in those schools. All of this is guided by statutory approvals from local governing boards as outlined by state laws.

38. School leaders, as indicated in the National Leadership Preparation Standards, are charged with creating budgets and allocating resources that are in alignment with their school district's mission and goals. A review of the school district financial audit for 2023 and the district's budget reveals that it does not address the issue of social media use by students.[2] The 2023 Comprehensive Audit provides an overview of the district challenges and the declining enrollment and COVID pandemic are discussed as major drivers of financial challenges in the district. Both of these issues are discussed further in Section II, below.

### 2. School Boards

39. Local school boards are elected or appointed. They are responsible for providing oversight for the operations of the school district, including approving the basic guiding principles under which the school districts operate, as well as school budgets. Budget and planning

---

[1] *National Education Leadership Preparation (NELP) Program Recognition Standards - District Level,* NATIONAL POLICY BOARD FOR EDUCATIONAL ADMINISTRATION (2018) [hereinafter referred to as NELP District-Level Standards], available at https://www.npbea.org/wp-content/uploads/2021/08/NELP-DISTRICT-Standards.pdf.

[2] April 8, 2025 30(b)(6) Deposition of Ricardo Hernandez [hereinafter referred to as Hernandez 30(b)(6) Dep.], Ex. 10 (SM_TUSD_00312988),]; *Id.,* Ex. 7.

documents, also approved by the board, reflect the priorities of the school district.[3] The board is also usually responsible for hiring and firing the school superintendent. In addition, the local board will approve school payments (referred to as claims) and the hiring of personnel based on the recommendation of central office leadership. School boards ideally provide a check and balance to the central office leadership.

#### 3. Community Input & Norms

40. In addition to the central office and school board, the local community also plays a role in the decision-making process. The level of engagement between communities and the other two legs of the stool is determined in part by the size of the district and how active parents and community leaders are. In my experience, smaller districts tend to have more engaged communities as the school district is often the cultural and social hub of the community. Larger districts with many high schools will tend to operate more autonomously. However, community norms play a sizeable impact on school board elections, something that has increased in recent years with candidates running on platforms that align with national political views across districts of all sizes.

41. The involvement of these three groups—Leadership, School Boards, and Community Input & Norms—demonstrates the potential complexity of the decision-making process. School leaders are making decisions that must be overseen by a locally elected school board and conform to community norms (or at least not diverge too far from them to cause a strong community response). This process thus requires school leadership to operate strategically and recognize the possible response from the other two legs.

### B. TUSD's Dysfunctional Leadership

42. TUSD's Central Office Leadership has not provided a consistency of experience for students. Students have a different experience based upon which school they attend due to fragmented leadership. Although some schools appear to have their act together, others are consistently failing to prevent or remediate when students engage in destructive behaviors such as absenteeism, drug and alcohol use, fighting, and defiance.[4]

43. This lack of consistency has been seen with the Central Office's failure to implement district-wide cell phone policies. In 2019-20, a pilot program regarding cell phone storage

---

[3] *See* Appendix B.

[4] *See, e.g.*, 2024-05-22 Am PFS Ex - 20231002-1006 Superintendent Summary ; 2024-05-22 Am PFS Ex - 20230803-0811 Superintendent Summary; 2024-05-22 Am PFS Ex - Deans and ISI February 2024; 2024-05-22 Am PFS Exs. - EDI Presentation for Directors 04.25.23 to 12.12.23 (17 presentations showing primarily the same schools on list each week).

devices (such as Yondr pouches) was launched in one TUSD school with math and language arts teachers. Even though almost all of the teachers thought the program was a success,[5] the Central Office never implemented the policy district wide.[6] Other teachers asked to have the policy extended to their area, but nothing was done.[7] Central Office leadership had the opportunity to implement what was viewed as an effective and relatively inexpensive way to deal with the issue of cell phones in the classroom, but it failed to do so. (Notably, as records indicate, the issue with cell phones involved issues other than social media, such as students ordering from food delivery services and using their phones to meet to fight or deal drugs).[8]

44. When the district cell phone policy was finally updated in the summer of 2022,[9] no mention was made of Yondr pouches or any other cell phone storage device. Once again the leadership failed to expand the successful pilot program. Absent this failure of leadership, TUSD could have avoided the very problems which it now alleges in this lawsuit.[10]

45. The 2021 Wallace Foundation Report on the impact of principals on their schools was a two-decade long study that is considered a major contributor to understanding of principal leadership.[11] This study affirmed that principal leadership matters, particularly in building a positive school climate and managing personnel and resources. The study further found the positive effect that principals can have on student achievement, chronic school absenteeism, exclusionary discipline, school climate, and positive teacher working

---

[5] *See, e.g.,* April 8-9, 2025 30(b)(6) Deposition of Julie Shivanonda, [hereinafter referred to as Shivanonda 30(b)(6) Dep.], at 152:25-158:16.

[6] Shivanonda 30(b)(6) Dep., Ex. 13 (SM_TUSD_00006965).

[7] *Id*. Ex. 12 (SM_TUSD_00363931).

[8] *Id*. Ex. 11 (SM_TUSD_00319608), at 319609.

[9] 2024-04-01 PFS Ex – JICJ.

[10] Holly Hammel, Assistant Superintendent in Tucson, also discussed at her deposition how school leadership can promote a culture of no cellphone use. She cited Secrist Middle School where there is little to no cell phone use by students. *See* May 14, 2025 Deposition of Holly Hammel [hereinafter referred to as May 14 Hammel Dep.] 90:1-13 ("I have one school, Secrist Middle School, where you will never see a cellphone on campus…. [T]hey have done an amazing job of limiting all cellphones…. They made it part of their culture years ago.").

[11] Jason A. Grissom et al., *How Principals Affect Students and Schools: A Systematic Synthesis of Two Decades of Research*, The Wallace Foundation [hereinafter referred to as Wallace 2021] (2021), available at https://wallacefoundation.org/sites/default/files/2023-09/How-Principals-Affect-Students-and-Schools.pdf.

conditions.[12] In contrast, Tucson's leadership failed to exercise the required leadership in response to the issues they now allege in this lawsuit.

46. When teachers asked for Yondr pouches, the leadership failed to act. The problem was not, as Dr. Osborne claimed, with social media but with ineffective school-based leadership which did not tackle the many issues the schools were actually facing, and that failing prevented them from developing a positive learning environment. Distractions have always been a part of the schooling process, and cell phones and social media are just new forms of potential distractions. When I first started teaching in the late 1990's, for example, students were still passing notes among themselves during class. This could have become a huge problem if school leadership had not been supportive and created school policies to discourage students from engaging in this negative behavior.

## II. TUSD Has Failed To Properly Manage Its Finances

47. TUSD has experienced significant funding challenges during the relevant time period. Two significant drivers of those funding challenges are: (i) student enrollment decline over the last twenty years[13] and (ii) the COVID-19 pandemic.[14] In addition, the District has incurred substantial costs related to (iii) desegregation and (iv) school safety, both unrelated to social media.

### A. TUSD Failed to Appropriately Address Its Shrinking School Population

48. An Efficiency Report from 2015 showed that over the prior 14 years, the District had lost approximately 14,000 students and yet their administrative and operational costs (which normally includes items such as overhead, food, central office, busses, utilities, and insurance) increased while their instructional costs decreased.[15] By fiscal year 2024, the

---

[12] Wallace 2021, at 90–91.

[13] Second Amended TUSD Plaintiff Fact Sheet, June 28, 2024, at 5–7; Presentation to the TUSD School Board on Exceptional Education Systems and Structures (March 4, 2025) [hereinafter referred to as Exceptional Education Presentation] at 3, available at https://go.boarddocs.com/az/tucsonusd/Board.nsf/goto?open&id=DE7RKQ6E6838; Hernandez 30(b)(6) Dep., Ex. 10 (SM_TUSD_00312988).

[14] Hernandez 30(b)(6) Dep., Ex. 10 (SM_TUSD_00312988), at 312999.

[15] Hernandez 30(b)(6) Dep., Ex. 5 (listing students attending TUSD schools as 59,267 in 2001 and 45,970 in 2015).

enrollment dropped again, by approximately 7,900 students.[16] Between 2001 and 2024, enrollment declined by more than 35%. Despite this massive enrollment decline, the District decided to double the number of central office top administrators, going from four assistant superintendents to eight, adding bureaucratic layers of administration at the central office level that did not directly interface with students.[17] At the same time, TUSD cut instructional expenditures, meaning that direct supports to children in the classroom likely were impacted.

49. This increase in administrative and operational spending points to a lack of central office leadership and a siloed approach to addressing issues. It also may reflect a change in values as more administrators led to a reduction in teachers who are the best and most effective people in a student's life.[18] A seminal work on school finance paints a model of what an ideal staffing level looks like for a school given the greatest impacts on students and their learning.[19] Specifically, authors Odden and Picus show a model school administrative staffing level of one principal per 500 students.[20] This model is vastly different from the staffing model that exists in Tucson where the administrative bureaucracy takes precedence.

50. An additional inefficiency is apparent in the FY 2025 Annual Expenditure Budget. The District's administrative-staff-to-student ratio is 1:197.7.[21] To put this into perspective, the US average administrative-staff-to-student ratio is close to 1:250.[22] Moreover, TUSD has

---

[16] *Tucson Unified School District Spending Analysis—Fiscal Year 2024,* Arizona Auditor General [hereinafter TUSD FY24 Spending Analysis] (2024), available at https://sdspending.azauditor.gov/District/Tucson%20Unified%20School%20District (noting the number of students attending in fiscal year 2024 as 38,010).

[17] *Compare* 2016-17 Tucson Unified School District Organizational Chart (SM_TUSD_00071525), *with* 2024-2025 Tucson Unified School District Organizational Chart (SM_TUSD_00071533).

[18] Isaac M. Opper, *Teachers Matter – Understanding Teachers' Impact on Student Achievement*, Rand Corporation (2019), available at https://www.rand.org/pubs/research_reports/RR4312.html.

[19] Allan Odden & Lawrence Picus, *School Finance: A Policy Perspective,* Fourth Edition, McGraw-Hill (2008) at 80–81.

[20] *Id.* at 80.

[21] Hernandez 30(b)(6) Dep., Ex. 7 at pg. 13.

[22] *School Administrators: An Occupational Overview*, AFL-CIO DEP'T FOR PRO. EMPS. (2024), available at https://www.dpeaflcio.org/factsheets/school-administrators-an-occupational-overview.

a higher level of staffing than other schools in Arizona, including its peer districts, according to the efficiency measure used by the Arizona Auditor General. The Arizona Auditor General measures efficiency by "students per administrative position."[23] In fiscal year 2024, the Arizona Auditor General reported that TUSD had 40 students per administrative position.[24] By comparison, the state average in Arizona is 60 students per administrative position, and the statewide average for TUSD's peer districts is 67 students per administrative position.[25] This makes the cost for TUSD's staffing model for administrators millions of dollars per year higher than its peers with similar student populations (based on a student population of 39,927).

51. The significance of an over-emphasis on administrative staff is made more clear by reviewing the amount spent on administrative salaries and benefits when compared to the amount spent to compensate instructional staff. TUSD spends $37 million on administrative salaries and benefits compared to $111 million on instructional staff.[26] Further, the District has recently undergone a hiring freeze and staff reduction but only reduced one assistant superintendent position.[27] This further points to the district's preservation of administrative positions at the expense of instructional staff.

52. The declining student population has also resulted in excess building capacity. As of fiscal year 2024, the District has building capacity for a student population of more than 68,000 students,[28] but they have an enrollment of 39,927 students as reported by the District for the SY 2023-24.[29] Said differently, the District is at approximately 59% of capacity in their buildings. This not only means that the District is inefficient, but it also creates opportunities and locations for students to engage in misbehavior because staffing levels are insufficient to provide adequate monitoring of students, especially during crucial times such as passing periods and before and after school in hallways.

---

[23] TUSD FY24 Spending Analysis.

[24] *Id.*

[25] *Id.*

[26] Hernandez 30(b)(6) Dep., Ex. 7 at pg. 12.

[27] *FY2026 Position Reductions by Department* (dated Apr. 29, 2025), available at https://go.boarddocs.com/az/tucsonusd/Board.nsf/goto?open&id=DFZPK764F47F.

[28] *Annual Comprehensive Financial Report for the Fiscal Year ended June 30, 2024*, TUCSON UNIFIED SCHOOL DISTRICT at 137, available at https://www.tusd1.org/_theme/files/financial-services/Tucson%20USD%20ACFR%2024.pdf (listing capacity for elementary schools, high schools, and other school buildings).

[29] 16Second Amended TUSD Plaintiff Fact Sheet, at pg. 5.

53. Additionally, TUSD's approach to running student health clinics has also substantially (and needlessly) increased their costs.[30] The District decided to pursue a staffing model for registered nurses (RNs) in the schools instead of lower-cost options such as medical assistants. Specifically, RNs under this proposal would see a base pay of $30.54 an hour[31] compared to medical assistants who earned $17.49 an hour.[32] This conscious decision does not appear to be supported by the health conditions report.[33] The report for the 2023-24 school year lists stomach aches (22,089), vomiting (10,402), headaches (25,509), overall pain (35,966), and immunization referral (11,166) as the bulk of the nursing codes used in schools.[34] The next highest coding after these was for menstrual cycles at 6,723.[35] All of these conditions are routinely handled in many school districts across the country with either medical assistants or licensed practical nurses. None require RNs for service delivery.

54. TUSD also made a decision to significantly increase their nursing hours by 2.5 hours per week and their base pay from $40,375 to $46,427.81 changing from a Bell-to-Bell Model to a 40-hour-a-week model and increasing their RN rates of pay by moving RNs to the markedly higher occupational therapist/physical therapist salary schedule.[36] These staffing model decisions by TUSD increased costs and are a result of increasing employees work hours and pay rates, not as a result of social media.

55. The systemic failure by TUSD to address declines in both student population and funding has created a school-based culture that is focused on maintaining administrative bloat at the expense of children's experience in the classroom.

**B. TUSD Did Not Appropriately Plan For the End of COVID-Era Funding**

56. In the midst of the COVID pandemic, the federal government provided billions of dollars

---

[30] April 22, 2025 Deposition of Joseph Gaw [hereinafter referred to as Gaw Dep.], Ex. 16 (Health Services Budget Proposal for AY2024-2025) (SM_TUSD_00119692).

[31] *Id.*, Ex. 4 (SM_TUSD_00129605), at 129612.

[32] *Teacher Salary Schedule 2024-2025*, Tucson Unified School District Website, available at https://www.tusd1.org/article-20220921-hr-compensation.

[33] Gaw Dep., Ex. 13 (Clinical Code Totals for July 1, 2025 to June 30, 2015) (SM_TUSD_00493973), at 493992-3.

[34] *Id.*

[35] *Id.*

[36] Gaw Dep., Ex. 4 (Registered Nurse Salary Modification) (SM_TUSD_00129605), at 129611-2.

to schools across the nation. The Elementary and Secondary School Emergency Relief Fund (ESSER) was created in March 2020, providing school districts with $13.2 billion dollars. Nine months later, another $54 billion was provided to K-12 schools. A third round of ESSER funding was allocated in March 2021, ultimately totaling $122 billion for state and local schools. These funds were "provided to [State Education Agencies (SEAs) and Local Education Agencies (LEAs)] to help safely reopen and sustain the same operation of schools and address the impact of the coronavirus pandemic on the Nation's students."[37]

57. These funds created an unprecedented influx of cash into local school districts. Given the flexibility in use of the funds, many districts took one of two approaches to using this windfall: (1) spend the money on one-time and fixed expenditures, such as HVAC systems, roofing, computer devices, network and infrastructure improvements for online learning, or (2) hire or reallocate employee costs.[38]

58. The latter of these options meant that when these funds dried up—as they have—schools needed to find new revenue sources to cover these costs. Many school districts nonetheless elected to use the COVID money to increase staffing. According to the *Elementary and Secondary School Emergency Relief Fund Fiscal Year 2023 Annual Performance Report,* "As of October 2024, local public schools have added 643,000 jobs since 2021, including 43% more social workers and 23% more nurses working in America's schools to meet the needs of all students."[39] TUSD used ESSER funding to fund Behavior Specialists (5), Behavior Intervention Monitor (1), Counselors (4.3), MTSS Facilitators (21.5), Restorative

---

[37] U.S. Dept. of Education, *Elementary and Secondary Emergency Relief Fund Formula Grants*, available at https://www.ed.gov/grants-and-programs/formula-grants/response-formula-grants/covid-19-emergency-relief-grants/elementary-and-secondary-school-emergency-relief-fund.

[38] The National Conference of State Legislatures (NCSL) has created an ESSER tracker by state with the funding allocations and details on the expenditures. *See* NCSL, *Elementary and Secondary Emergency Relief Fund Tracker*, available at https://www.ncsl.org/in-dc/standing-committees/education/elementary-and-secondary-school-emergency-relief-fund-tracker.

[39] *Elementary and Secondary School Emergency Relief Fund Fiscal Year 2023 Annual Performance Report*, U.S. DEP'T OF EDUC. (Jan. 17, 2025) at 17, available at https://api.covid-relief-data.ed.gov/collection/api/v1/public/docs/ESSERFiscalYear2023AnnualPerformanceReport.pdf; Hernandez 30(b)(6) Dep., Ex. 10 (SM_TUSD_00312999), at 312302; *Id.,* Ex. 9 (SM_TUSD_00099873), at 99882; 2024-04-01 PFS Ex – 2021-10-26 Counseling Department Board Presentation, at 7.

Practices Facilitator (1), Social Worker (5.3), School Community Liaison (6.15), and Student Family Liaison (1) for a total of 45.25 positions funded with ESSER dollars.[40]

59. I co-authored an analysis of the impending fiscal cliff for the University Council for Educational Administration (UCEA).[41] This article outlined several steps that districts were going to face and encouraged school districts to look at right sizing their staffing especially in face of declining student enrollments post-COVID.

60. Other publications make a similar point. For example, *District Administration* recently highlighted a blog about how districts need to budget differently following the end of ESSER funds.[42] This article stressed how districts that budgeted staffing are finding themselves in the position of having to make hard choices with the loss of these dollars.

61. The 2023-24 Audit of TUSD attests that the District received $267.8 million in ESSER funds, the most of any district in Arizona.[43] With those funding streams expended by September 2024, schools that used the funding to support existing staffing costs, the hiring of new positions, or for recurring expenditures are finding themselves in the position of facing a "fiscal cliff." According to the 2023-24 internal financial audit, among other things, Tucson used ESSER grant money to off-set their loss of funding caused by lower enrollment.[44] As such, TUSD is one of many districts nationwide that will experience a "fiscal cliff."

62. This loss of funding is requiring many schools to reallocate resources and to seek new ways to fund their programs. Central office leadership is charged with strategically making decisions that will move the district towards the school's mission and vision. Part of that process includes analyzing and addressing gaps in the current programming. As outlined above though, TUSD has failed to meaningfully address the cause of their declining funding, which is caused in large part by decreased enrollment.

---

[40] September 13, 2022, *ESSER I, II, III Financial Summary,* TUSD GOVERNING BOARD, at 7, available at https://www.tusd1.org/article-20221012-esser.

[41] Chad Lochmiller & Michele Moore, *ESSER Liquidation Extension and Its Implications for Educational Leaders*, UCEA Quality Leadership Matter Blog (2024).

[42] Micah Ward, *ESSER is ending: Here's how to do K12 budgeting differently*, DISTRICT ADMINISTRATION (Sept. 17, 2024), available at https://districtadministration.com/briefing/esser-is-ending-heres-how-to-do-k12-budgeting-differently/.

[43] Hernandez 30(b)(6) Dep., Ex. 10 (SM_TUSD_00312988), at 312999.

[44] *Id.*

### C. The District Spent Millions of Dollars Desegregating Its Schools

63. Some of TUSD's largest expenditures over the last 50 years were the result of the desegregation order, which required TUSD to rectify the effect of its segregative practices.[45] Ricardo Hernandez, TUSD's Chief Financial Officer, testified that the desegregation plan had a significant impact on the budget.[46] Related expenditures included transportation services, magnet programs, teacher training, modifying discipline structures and the Code of Conduct, family engagement planning, a diversity hiring program, hiring and retaining diverse teachers, creating two multi-cultural departments, extracurricular activities, and "a bunch of legal fees."[47]

64. For years, the State of Arizona helped TUSD cover millions of dollars of desegregation costs.[48] The Arizona Supreme Court later ruled that the state is not responsible for court-ordered expenses related to the desegregation case, meaning the state does not have to reimburse Pima County for taxes levied to pay for TUSD's desegregation programs.[49] TUSD Superintendent Dr. Trujillo said this ruling could affect approximately $68 million a year in the school's budget.[50]

### D. Unlike Other Districts, TUSD Operates And Funds A Standalone Police Department

65. School safety is another significant category of TUSD's expenditures. Joseph Hallums, Director of School Safety for TUSD, testified that the Department of School Safety's budget has been approximately $4.2 million per year since 2021.[51] Unlike other schools in Arizona, TUSD does not fund its Department of School Safety with any grants, including grants from the Department of Education, because the Tucson Police Department lacks sufficient personnel to assign to schools.[52] TUSD does not contract with a local law

---

[45] *Fisher v. Tucson Unified School Dist.*, 652 F.3d 1131, 1134 (9th Cir. 2011).

[46] Hernandez 30(b)(6) Dep., at 72:17-75:3.

[47] *Id.*

[48] Craig Smith, *TUSD desegregation funds at risk*, KGUN (July 23, 2024), https://www.kgun9.com/news/local-news/tusd-desegregation-funds-at-risk (last visited Oct. 16, 2024).

[49] *Id.*

[50] *Id.*

[51] Hallums Deposition, at 42:2-43:21.

[52] Hallums Deposition, at 39:5-23; 44:9-46:24.

**CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER**

enforcement agency and "run[s] our own security department."[53] Mr. Hallums testified that TUSD officers carry firearms, drive patrol cars, carry handcuffs, and report in a structure similar to a police department.[54] Essentially, TUSD's Department of School Safety is a standalone department that is not connected to local law enforcement authorities and has been paid for by TUSD since at least 2016.[55]

## III. Students Are Impacted By A Variety Of Life Challenges

66. Like everyone else, students' lives are complex and involve many factors. There are a variety of life experiences that adversely impact children, and TUSD students sadly have outsized experiences with a number of them. Social media is not the driving factor in students' lives, particularly in comparison to other life challenges that students face.

67. *High crime rate*. Exposure to violence can negatively impact education opportunities, including, for example, decreased engagement in schools and poor performance.[56] Tucson and Arizona have higher crime rates than the national average, and Tucson has a higher crime rate than Arizona for most violent crimes. *See* Table 1.

[53] *Id.*

[54] *Id.*

[55] *See* SM_TUSD_00102460.

[56] *See* Agustina Laurito et al., *School Climate and the Impact of Neighborhood Crime on Test Scores*, 5(2) THE RUSSELL SAGE FOUNDATION JOURNAL OF THE SOCIAL SCIENCES : RSF 141 (Mar. 2019).

**Table 1**[57]




68. TUSD Superintendent Dr. Trujillo in his deposition confirmed that nine schools are located in the most criminally dangerous neighborhoods in Tucson.[58] Joseph Hallums, the Director of Safety and Security at TUSD, further confirmed that the City of Tucson experienced an increase in violent crime (among other issues) as a result of the pandemic and that violent crime directly impacted TUSD schools and students.[59] And district representative Julia Shivanonda testified on behalf of the district that crime in the community can impact student mental health, cause behavioral issues, and impact academic performance.[60]

69. *High level of poverty*. Poverty can have wide-ranging impacts on children. For example, a child who is housing or food insecure will not have the same school experience as a child who is not facing those challenges. Households in Tucson are, on average, poorer than in the nation as a whole. The median household income in Tucson is $54,546, as compared

---

57 Data Source: Federal Bureau of Investigation via MAP, available at https://mapazdashboard.arizona.edu/quality-place/public-safety/public-safety.

58 May 8, 2025 Deposition of Gabriel Trujillo [hereinafter Trujillo Dep.], at 69:5-18.

59 May 12, 2025 Deposition of Joseph Hallums [hereinafter Hallums Dep.], at 189:20-190:12; *see also Id*. Ex. 25 (SM_TUSD_00099823) at 99825.

60 Shivanonda 30(b)(6) Dep. at 256:2-257:12.

to the US average of $80,610.[61] Moreover, a high percentage of students in the TUSD struggle with the challenges of poverty. According to the Arizona Department of Education, the poverty rate in the District was 19.94% as of 2020.[62] This was nearly twice the national poverty rate of 11.4% in 2020.[63]

70. Superintendent Trujillo confirmed this high poverty rate in the District, testifying that 82% of the student population in TUSD receive free/reduced lunches,[64] and further that this poverty can impact student mental health.[65] Although most districts are able to offer free breakfasts and lunches to students, there is a significant gap in food availability for students in poverty especially during school breaks, in the evenings, and on weekends. Children in poverty can face hunger intermittently throughout the year, especially when school is not in session.

71. *High rate of chronic health conditions*. Chronic health conditions, both in students and those close to them, can impact their school experiences related to learning, behavior, and social-emotional welfare. A grant application completed by Julie Shivanonda outlines the high rates of health conditions among those living in the District where 40% of students experience chronic health conditions.[66]

72. *ACEs (adverse childhood experiences)*. Adverse childhood experiences can adversely impact student learning, behavior, and social-emotional welfare. According to the Arizona

---

[61] *Income in the United States: 2023*, UNITED STATES CENSUS BUREAU (released Sept. 10, 2024); *Quick Facts: Tucson, AZ*, UNITED STATES CENSUS BUREAU (2019-2023), available at https://www.census.gov/quickfacts/fact/table/tucsoncityarizona/INC110223.

[62] *2020 Census Poverty Data by Local Education Agency*, ARIZONA DEPT. OF EDUC., available at https://www.azed.gov/sites/default/files/2021/12/Arizona%20Census%202020.pdf. The Arizona Auditor General reported a similar figure for 2023, noting that the poverty rate in the district that year was 19%*; see also*TUSD FY24 Spending Analysis.

[63] *Income, Poverty and Health Insurance Coverage in the United States 2020*, UNITED STATES CENSUS BUREAU (released Sept. 14, 2021).

[64] Trujillo Dep., at 59:20-60:3.

[65] Trujillo Dep., at 64:3-6; *see also* Shivanonda 30(b)(6) Dep. at 256:2-6.

[66] Gaw Dep., Ex. 2 (SM_TUSD_00590576) at -590592.

Department of Health Services, between 2014 and 2016, Arizona ranked as one of the top ten states with the worst child wellbeing outcomes.[67]

- Forty-three percent of children in Arizona aged 0-17 years experienced one or more ACEs.[68] The top three ACEs were experiencing family divorce or separation (24.9%), hard to cover the basics on family's income (17%), and living with someone with an alcohol/drug problem (10.8%).[69] In TUSD, Superintendent Dr. Trujillo believed that TUSD was consistent with the state average. He explained that a significant number of students came from single-parent households, and/or live with someone in the household who has a substance abuse problem.[70] District representative Julia Shivanonda further testified on behalf of the district that family trauma and substance abuse impact student mental health, cause behavioral issues, and impact academic performance.[71]

- Arizona had a higher prevalence of ACEs in all nine ACEs assessed in the National Survey of Children's Health compared to the national prevalence.[72]

- Children who were third or more generation (all parents in the household are born in the US) had the highest percentage of experiencing one or more ACEs (45%).[73]

---

[67] *Adverse Childhood Experiences in Arizona*, ARIZONA DEP'T OF HEALTH SERVICES (May 2021), [hereinafter referred to as ACEs Report] available at https://www.azdhs.gov/documents/prevention/womens-childrens-health/assessment-evaluation/aces-brief-az-may-2021.pdf.

[68] *ACEs Report,* at 3.

[69] *Id.*

[70] Trujillo Dep., at 59:5-11; *Id.* At 62:9-63:2.

[71] Shivanonda 30(b)(6) Dep. at 257:13-22.

[72] *ACEs Report,* at 3.

[73] *Id.*

- Forty-five percent of Hispanic children in Arizona experience one to two ACEs,[74] which is relevant here given that TUSD's student population is more than 65 percent Hispanic.[75]

- Other racial and ethnic populations at TUSD are also disproportionately affected by ACEs. Black children had the highest prevalence of two or more ACEs (34%) followed by multiracial children (26%), and Native American children had the highest prevalence of experiencing one ACE (78%).[76] TUSD has a student population that is 6.7% African American, 3.7% Native American, and 4.0% multiracial.[77]

- Children who had no insurance coverage in the past 12 months had the highest prevalence of experiencing one or more ACE (44%).[78] TUSD has a significant student population without health coverage. Joseph Gaw confirmed in his deposition that about 25% of the students do not have health insurance and receive their primary care from the TUSD's school nurses.[79]

73. Superintendent Trujillo also confirmed the impact of another ACE on District students: He noted in his deposition that, "most likely the most common type of adverse childhood experience we were familiar with in the district are those of domestic violence, of physical abuse."[80]

74. *Students who have immigrated.* Meeting the needs of students who have moved from another country can require a school district to spend resources in terms of staff time and funding, potentially even more so if the students are undocumented. Students who have immigrated can experience a host of challenges, some of which may be considered an ACE. The District's internal documents reflect that they have identified an "increase in refugee students with various educational needs."[81] This was confirmed at Superintendent

---

[74] *Id.* at 13.

[75] *2023-24 School Year Enrollment by Federal Ethnicity*, TUSD DATA REPORTS [hereinafter referred to as TUSD Ethnicity Report], available at *tusddatareports.azurewebsites.net/EnrollmentByFederalEthnicity.html*.

[76] *ACEs Report.* at 13.

[77] *TUSD Ethnicity Report*.

[78] *ACEs Report,* at 3.

[79] Gaw Dep., at 115:4-24.

[80] Trujillo Dep., at 66:15-18.

[81] Exceptional Education Presentation, at 3.

Trujillo's deposition when he testified that the District has substantial numbers of refugee and undocumented students.[82]

75. *Highly mobile population*. A growing body of research has discussed how student mobility puts students at risk for a host of challenges:

- Negative developmental outcomes.[83]
- More likely to demonstrate lower average academic achievement.[84]
- More likely to experience grade retention and more likely to drop out of school.[85]
- At risk for social problems and psychological difficulties including less social competence and low self-esteem.[86]
- Truancy and suspension from school.[87]

76. In 2022-23, students in the District had an average of 35.21% mobility rate.[88] Said differently, one out of every three students moved during the school year. This high mobility rate matters for TUSD and requires the District to work at having a seamless experience for students as they move from school to school. This seamless experience is important so that students do not experience different expectations in student conduct codes, policies, and procedures when they move schools. Lack of consistency creates confusion and makes it more likely that students do not follow the discipline codes as the

[82] Trujillo Dep., at 57:15-58:16.

[83] Diana H. Gruman, et al., *Longitudinal effects of student mobility on three dimensions of elementary school engagement*, Child Development, 2008; 79:1833–1852.

[84] David Kerbow, *Patterns of urban student mobility and local school reform*, Journal for the Education of Students Placed at Risk, 1996; 1:147–169.

[85] Scott J. South, et al., *Student mobility and school dropout*, Social Science Research, 2007; 36:68–94.

[86] *Id.*

[87] John W. Fantuzzo, et al., *Homelessness, school mobility, and educational well-being in a large urban school system*, Presentation at the Workshop on the Impact of Mobility and Change on the Lives of Young Children, Schools, and Neighborhoods, The National Academies (June 29-30, 2009).

[88] 2023-2024 Catalina High School Achievement Action Plan at 3, available at https://deseg.tusd1.org/_theme/files/plans/24-25/CatalinaSAAP-23-24.pdf.

rules vary by setting. This is not, however, the practice in TUSD, as each individual school retains autonomy over many aspects of a student's school experience.[89]

77. For the student who moves schools, this causes a wide range of issues. The student experiences different curriculums, different pacing of schoolwork, and different learning processes. It also sets up different expectations on student behavior. For example, one school might allow students to carry cell phones on them while another will require the phones to be left in lockers. This lack of consistency produces potential conflict between the student and the school administrators and teachers as the student is continually having to relearn expectations with each new school setting. When a third of students are mobile, a district is setting itself up for continual conflict if—as in the TUSD—students are constantly having to relearn student expectations, acceptable behaviors, and discipline practices. District employee Rebecca Carrier reiterated the challenges that students with high mobility face.[90]

## IV. Racism and Desegregation

78. TUSD has long experienced issues related to race. This is important because an educational environment that does not treat students equally and respectfully has negative impacts on their ability to learn and willingness to engage. TUSD's population is majority minority. As of the 2023-24 school year, 65.4% of the student body was Hispanic, 18% White/Anglo, 6.7% African American, 3.7% Native American, and 4.0% multiracial.[91]

79. The District was sued in 1974 by African American and Latino plaintiffs. A consent decree was entered in 1978, resulting in the District being under the supervision of a federal district court and ordered to remedy the effects of past discrimination. In 2022, it was found that the school district had entered "unitary status," meaning that the District "transition[ed] to

---

[89] Shivanonda 30(b)(6) Dep., at 207:22–214:4 (discussing how discipline practices are school based in the district).

[90] May 7, 2025 Rebecca Carrier 30(b)(1) Deposition [hereinafter Carrier Dep.], at 86:23–87:8.

[91] *2023-24 School Year Enrollment by Federal Ethnicity*, TUSD DATA REPORTS, available at *tusddatareports.azurewebsites.net/EnrollmentByFederalEthnicity.html*.

a unitary, nonracial system of public education" and was no longer subject to federal oversight.[92] The recency of this finding is notable.[93]

80. As part of the desegregation order, the District established four different directors supporting ethnic minority groups (Director of African-American Student Services, Director of Asian-Pacific American Refugee Student Services, Director of Mexican-American Student Services, and Director of Native American Student Services), plus the District also has an additional director in Human Resources who directs diversity and inclusion programs.[94] Although the District is no longer subject to the order, it appears to have maintained these existing director positions, indicating a continuing need for additional support for these students.

81. Further, despite the fact that the District was found to have entered unitary status, it instituted a No Slur Initiative in 2023-24.[95] This initiative was necessitated because of students' use of slurs and microaggressions. These issues appeared related to interpersonal student conduct predominantly in the physical school environment. This initiative is only one example of the District having racial issues and tensions, and the No Slur Initiative is consistent with previous attempts to address these long-standing problems.

82. A 2021 culture and climate audit for Sabino High School, one of the District's Blue Ribbon Schools (that is, a top nationally recognized school by the federal government), found that the Turning Point USA club at TUSD was fostering emotional trauma among students. The audit found that behavioral norms within this club included racist jokes and gestures.[96]

83. This issue is also apparent in the multiple emails and complaints the District received from parents about students being targeted based on their race or ethnicity.[97] One egregious

---

[92] TUSD Annual Report for the 2023-2024 Academic School Year under the Unitary Status Plan and Post Unitary Status Reporting and Accountability Plan at 1*; Mendoza v. Tucson Unified School District*,125 F.4th 1262, 1266.

[93] Also notable is the fact that District documents related to expense reductions for fiscal year 2026 indicate that several of the planned personnel reductions are for positions that appear related to the desegregation order. As such, it is unclear whether these job cuts result in actual fiscal savings, or whether they are a reflection of the move to unitary status and a loss of that funding source. *See, e.g.*, *FY2026 Position Reductions by Department*27.

[94] 2024-2025 Tucson Unified School District Organizational Chart (SM_TUSD_00071533).

[95] Shivanonda 30(b)(6) Dep., Ex. 28 (SM_TUSD_00102427).

[96] Shivanonda 30(b)(6) Dep., Ex. 30 (SM_TUSD_00228807), at 228808.

[97] *See id*. for a DEI audit with further examples.

example involved a parent complaint in 2019 that a sixth-grade teacher used the n-word in class.[98]

## V. COVID-19 PANDEMIC

84. COVID impacted the TUSD community, just as it impacted the entire nation. In a powerful recitation on the impacts to the District, its Director of Social Emotional Learning and Development, Julie Shivanonda, made a video about the District coming out of the pandemic. She focused on the need for a social-emotional learning curriculum.[99] According to Ms. Shivanonda, coming back from remote learning to in-person learning meant that the students needed to relearn how to connect, be in the same space with others, be respectful of others, and share. She also reported that these supports applied to staff, as well as students. In deposition, a number of district administrators and personnel confirmed that COVID impacted students' mental health, behavioral health, and overall wellbeing.[100]

85. The import of the COVID pandemic has also been noted by school administrators when making requests for additional funding to address COVID-related impacts on student mental health. Director of Health Services Dr. Joseph Gaw's 2024-25 Budget Request for the TUSD Health Services Department noted an increased need for research, monitoring, and intervention and schools *due to the COVID* pandemic and its attendant increase on mental-health conditions in school-aged children: "As a result of the pandemic, children and adolescents less than or equal to 18 years of age, depression (31%), anxiety (31%), and sleep disturbance (42%) have prevailed in our school-aged youth."[101] No mention is made in this budget request about any harms from students' use of social media.

86. Moreover, it appears that a number of budget line items paid for with ESSER funds overlap with expenses sought by TUSD in this litigation, including paying for student programming such as Talkspace and additional staffing including social workers, counselors, and MTSS staff.[102] This further indicates that the need for these additional expenses stemmed from COVID, not social media.

---

[98] Shivanonda 30(b)(6) Dep., Ex. 29 (SM_TUSD_00434590) (noting that the teacher said "Eenie, meenie, mynie, mo- catch a n---- by the toe").

[99] Shivanonda 30(b)(6) Dep., Ex. 41 (SM_TUSD_00470923).

[100] Trujillo Dep., at 89:15-90:2; Gaw Dep., at 116:24-117:18, Hallums Dep., at 188:5-8.

[101] Gaw Dep., Ex. 16 (SM_TUSD_00119692) at -19694 (citing J. Deng et al., *Prevalence of Mental Health Symptoms in Children and Adolescents During the COVID-19 Pandemic: A Meta-Analysis*, 1520 Annals of the New York Academy of Science 53 (2022)).

[102] Hernandez Dep., at 51:20-52:2 and Trujillo Dep., at 264:1-266:19.

## VI. No Root Cause Analysis Identifies Social Media As A Problem

87. TUSD has not performed a root cause analysis. At an even more fundamental level, the District's assertions of increasing mental health needs are inconsistent with their own internal documents. For example, between 2015 and 2023, the percentage of TUSD students with a reported mental health condition *was flat*. As noted in the Health Conditions Report, 4,536 out of 45,802 students (10 percent) were reported to have a mental health condition in 2015 compared to 4,091 out of 40,759 students (still 10 percent) in 2023.[103]

88. Moreover, as the District has discussed the cause of students' issues, they have discussed a variety of topics, *but not social media*. For example:

- In 2016, a grant application discussed ACEs as the source of student issues, depression, and anxiety.[104]
- A 2023 email from Katie Straub, a school nurse, listed causes of students' psychosocial issues, including food insecurity, dental cavities, chronic absenteeism, and poor grades.[105]
- A 2024 Deans' Training stated as one of its goals to better train teachers so that they can reduce disciplinary issues by properly responding to them.[106] The challenge was that teachers' own behavior was creating defiance and disrespect in students because the teachers were failing to de-escalate situations. This scenario occurred most often with new teachers and untrained teachers.

89. Furthermore, as discussed above, budgets and planning documents reflect school district priorities. If it was true that TUSD were experiencing major issues with social media (or anything else), such issues would be reflected in those materials. However, these types of materials are silent about social media.[107]

---

[103] Gaw Dep., Ex. 12 (SM_TUSD_00493994) (stating that 4,536 students had a mental health diagnosis in 2015 and 4,091 students had a mental health diagnosis in 2023); *see also* Gaw Dep., Ex. 11 (SM_TUSD_00007064); *see also* Plaintiff Fact Sheet for Student enrollment for 2022-23 school year; Hernandez Dep., Ex. 10 (SM_TUSD_00312988) at -00313127.).

[104] Shivanonda 30(b)(6) Dep., Ex. 24 (SM_TUSD_00359040).

[105] Gaw Dep., Ex. 3 (SM_TUSD_00116971).

[106] 2024-05-22 Am PFS Ex - Deans and ISI January 2024, at 7.

[107] Hernandez 30(b)(6) Dep., Ex. 7; *Id.*, Ex. 10 (SM_TUSD_00312988).

90. It is notable that the District's internal documents, created outside of litigation, do not focus on social media (much less any of the features of social media at issue in this case) as the cause of students' issues. Instead, they focus on a variety of other subjects and rarely even mention social media. Numerous district employees also testified about the effects of factors other than social media that can and have impacted student mental health in the District.[108] As noted throughout this report, TUSD faces many issues, ranging from poor leadership to a declining student population to numerous challenges its students face. Neither social media generally—nor platform features —appears to be playing a significant role in any of these difficulties.

91. Furthermore, TUSD in many ways encourages student use of social media through its own extensive use of social media to help it achieve District goals. Like many school districts, TUSD has Facebook, Instagram, YouTube, and X/Twitter accounts and allows the use of YouTube as part of its instructional curriculum (an allowance that teachers take advantage of).[109] TUSD permitted students and staff to access YouTube at school, even on district-issued devices.[110] TUSD also uses social media for community outreach. There are many examples (including recent) of the District encouraging its students to engage with social media through its own posts about students, their accomplishments and demonstrations of their work.[111] The District used Meta platforms in particular as a resource for students and staff, especially during the COVID pandemic.[112] TUSD also uses Facebook, Instagram, and Twitter as parent-notification pages,[113] including using school Facebook accounts to

---

[108] *See* Sections III-V, above.

[109] For example in one document, Tucson's Chief Technology Officer requests information on Tucson's "standard process for leveraging YouTube for instructional videos," with a response providing tips and explaining that "[w]e always suggest to Teachers how valuable a tool YouTube can be in a classroom and certainly even more valuable in today's Covid-19 world." *See* SM_TUSD_00340033.

[110] SM_TUSD_00116466.

[111] Shivanonda 30(b)(6) Dep., Exs. 15-18.

[112] *See* SM_TUSD_00003517 (10/21/20 email exchange regarding hybrid return for counselors and social workers, staff concerns/frustration with proctoring rather than counseling, and Facebook group for TUSD counselors and social workers to share things with each other); SM_TUSD_00058257 (messages about student mental health in COVID, someone mentions that they created a teacher Instagram during COVID and "my middle schoolers were much more honest and open messaging me on there").

[113] *See* SM_TUSD_00464074 (Welcome PowerPoint for Vessey Elementary Parents; last slide encourages following IG, FB, and Twitter for parent notifications).

host Facebook live events,[114] update parents/guardians on school safety threats,[115] and push out changes in school policies.[116] The District further uses social media for marketing purposes. For example, March 8, 2023, Julie Shivanonda requested help setting up Meta accounts for the Social-Emotional Learning Department "to share the work that we do in TUSD."[117] This extensive use of social media can be observed,[118] and continues to this day.[119]

92. To the extent social media-related issues arise at TUSD, these problems appear to relate primarily to content and wrongful conduct by third parties.[120] The school district has numerous documented instances where social media was merely the conduit for bad behavior including coordinating fights, arranging meet-ups between romantic partners, and ordering food.[121] Brian Lambert echoed this in his deposition where he noted that TikTok was used as the medium for racial discriminatory behavior which actually occurred in a school locker room after an athletic game.[122] Rebecca Carrier admitted in her deposition

---

[114] SM_TUSD_00142656 (Excel spreadsheet with survey results of Cholla High School teachers, with four responses citing the weekly Facebook Live events as something the leadership has done to foster a positive culture and climate); SM_TUSD_00284325 (5/11/21 Enrollment Recovery Task Force update PowerPoint presentation. Notes that TUSD is using social media sponsored ads and using Facebook Live parent and community forums for special programs like AP and Honors).

[115] *See* SM_TUSD_00215141 (email about shooting rumor at a high school, mentions that a warning about the threat was posted on school Facebook page); SM_TUSD_00406714 (email chain regarding school shooting threat on Snapchat that mentions putting update on Facebook).

[116] *See* SM_TUSD_00158893 (Parent complains about a school's new no student cell phone policy, and a TUSD staff member replies that the new policy was posted on the Facebook page.)

[117] *See* SM_TUSD_00133119.

[118] Shivanonda30(b)(6) Dep., at 180:13-186:6, 376:14--386:15; *see also* SM_TUSD_00179470, SM_TUSD_00128838, and SM_TUSD_00183309.

[119] *See, e.g.*, Tucson Unified School District (TUSD) Facebook page, https://www.facebook.com/tucsonunified/ (last accessed Jul. 10, 2025).

[120] *See, e.g.,* Schwartz-Warmbrand Dep. at 40:18-41:21, 46:9-48:12; May 14, 2025 Deposition of Brian Lambert [hereinafter referred to as May 14 Lambert Dep.], at 89:7-91:22; Shivanonda 30(b)(6) Dep. at 129:7-133:23; Carrier Dep. at 167:22-168:10.

[121] Shivanonda 30(b)(6) Dep., Ex. 11, at pg. 2.

[122] May 14 Lambert Dep., at pg. 90.

that students have engaged in vandalism and misbehavior since well before social media.[123]

## VII. Dr. Hoover's 15-Year Plan Is Not Realistic

93. I have reviewed the expert witness report of Dr. Sharon Hoover. In it she draws several conclusions that in my expert opinion show that she is an academic researcher, rather than a leader working in schools and dealing with the realities of day-to-day school operations.

94. The 15-year time frame proposed by Dr. Hoover is unrealistic. Most school leadership and boards serve for a much shorter time frame. School superintendent turnover for the most recently released school year 2023-24 was 20%. EdWeek noted that turnover not only is observed in central office leadership, its effects trickle down to teachers and schools. The article documented that "[t]urnover at the helm of school systems can slow those efforts as new leaders often introduce new strategies and require time to acclimate to the role, education leadership experts say."[124] Average tenure for Urban School Superintendents in the latest report issued by the Council of Great City Schools showed that no category of school superintendent had an average tenure over 7.5 years.[125]

95. School Board Members are also elected or appointed for four-year terms in most states. A 2018 Survey Conducted by the National School Boards Association (NSBA) showed that the average board member served for about 8 years, almost half the time suggested by Dr. Hoover's report.[126]

123 Carrier Dep., at pg. 202; *see also* SM_TUSD_00190143 (11/22/23 email from a parent regarding Instagram posts where people voted whether her son should commit suicide); SM_TUSD_00416759 (3/7/22 email allegations of sexual impropriety against teacher Bruno Loya, who sent messages to a student via Instagram); SM_TUSD_00407629 (9/11/23 email exchange regarding suspension of 11th grade student for 1-3 days for posting on Instagram that he thinks he is going to blow up the school); SM_TUSD_00303063 (email regarding student who received threats on Facebook from more than two students about beating her up; another student threatened her and posted pictures that she had sent him on Facebook)

124 See Has Superintendent Turnover Gotten Any Better? What New Data Show, Evie Blad, Education Week (Sept. 2024), available at: https://www.edweek.org/leadership/has-superintendent-turnover-gotten-any-better-what-new-data-show/2024/09#:~:text=1.,past%2C%20the%20ILO%20report%20said.

125 Holland et al., *Urban District Superintendents: Characteristics, Tenure, and Salaries*, Ninth Report (Mar. 2025)

126 See *Today's School Boards & Their Priorities for Tomorrow*, National School Boards Association (2018), at pg. 14-15.

96. It is also impossible to predict how social media and technology will evolve in the next 15-years. I taught business and math in the high school setting for 14-years beginning in 1998. When I first began teaching business classes in 2000, our department taught freshmen keyboarding classes. Over the next 14-years, keyboarding classes changed from being taught to freshmen to then eighth graders, then to sixth graders, and finally early in my tenure as a superintendent, (the 2014 or 2015 school year) we began teaching keyboarding to second and third graders. We had found that since students were taking standardized testing as early as second grade, they needed to be able to input data via a keyboard. This example shows how over a 15-year period, education changed dynamically in response to previously unknown needs.

97. Dr. Hoover's recommendation for staffing includes the addition of six new directors at the district level. This recommendation merely increases the bureaucratic organizational structure in the district and further confuses what is already a convoluted organizational structure. The district already employs Julie Shivanonda as the Director of Social Emotional Learning and Development Department and Dr. Joseph Gaw as the Director of Health Services. Additionally, the District employs five administrators overseeing several schools, all at the central office level.[127] Adding additional central office positions in an already cluttered organizational structure will merely provide confusion for building leadership and teaching staff. It is unclear how these additional staff members' roles would be different from the roles currently filled by Ms. Shivanonda and Dr. Gaw. Dr. Hoover's Report does not consider these current positions nor how the District's current operational structure would fit into the recommendations. Further, she provides no basis to believe that the recommendations would actually lead to cultural and process changes that the District requires. Instead, these recommendations appear to increase the District's bureaucracy with little to no impact on students. The recommendations are also an example of Dr. Hoover's one-size-fits-all approach that fails to consider the unique circumstances of TUSD, such as declining enrollment, declining funding, and the challenges faced by its students.

98. Dr. Hoover's report notes that the counselor-to-student ratio for Tucson is 1:500, but recommends hiring counselors to decrease the ratio to 1:250.[128] This recommendation cites to the American School Counselor Association.[129] Yet TUSD already has a better counselor-to-student ratio than Arizona as a whole, with the latter having an average ratio

---

[127] 2024-2025 Tucson Unified School District Organizational Chart (SM_TUSD_00071533).

[128] Amended Expert Report of Dr. Shannon Hoover for TUSD [hereinafter referred to as Amended Hoover Report for TUSD], June 20, 2025, at p. 10 ¶ 56.

[129] *Id.*

of 1:645.[130] Moreover, as acknowledged by the American School Counselor Association, the national average for school counselor ratios is well above their recommended 1:250 ratio—and is instead 1:376.[131]

99. Dr. Hoover also recommends that the District take advantage of two governmental resources, Stopbullying.gov and Schoolsafety.gov.[132] Both are free resources and do not represent any additional costs to the District. Common Sense Media programming for digital citizenship was also recommended.[133] This programming includes an array of lesson plans and curriculum and is also free for school districts and teachers to use. Paying for training to use these resources is unnecessary as these websites provide free resources for teachers and administrators.

100. Dr. Hoover also provides recommendations that the District implement a new "interoperable data system that enables school and community providers to identify students with social media-related mental health concerns, triage them to appropriate services, and coordinate and monitor psychosocial and academic progress over time."[134] Yet another of TUSD's experts, Jeffrey Meyers, notes that the District already spends funds on Talkspace Network LLC (a virtual mental health service) and Awareity Technology (a school safety reporting platform).[135] The District also already uses the Character Strong LLC software, a social-emotional learning and mental health curriculum.[136]

101. It is unclear in my professional opinion why Dr. Hoover would recommend that the District issue a Request for Proposals for data infrastructure when it currently is already using Awareity Software, a nationally recognized software used by many school districts, for safe school reporting tracking and monitoring. In addition, Dr. Hoover provides no

---

[130] *Student-to-School-Counselor Ratio 2023-2024*, AMERICAN SCHOOL COUNSELOR ASSOCIATION, available at https://www.schoolcounselor.org/getmedia/f2a319d5-db73-4ca1-a515-2ad2c73ec746/Ratios-2023-24-Alpha.pdf.

[131] *Student-to-School-Counselor Ratios*, AMERICAN SCHOOL COUNSELOR ASSOCIATION, available athttps://www.schoolcounselor.org/about-school-counseling/school-counselor-roles-ratios#:~:text=How%20have%20the%20student%2Dto,Education%20Civil%20Rights%20Data%20Collection).

[132] Amended Hoover Report for TUSD, at p. 31 ¶ 122.

[133] *Id.* at p.26-27 ¶¶ 105, 109.

[134] Amended Hoover Report for TUSD, at p. 40 ¶ 139.

[135] Expert Report of Jeffrey Meyers for TUSD [hereinafter referred to as Meyers Report for TUSD], May 19, 2025, at p. 5.

[136] Carrier Dep., at 131:9–132:15.

explanation why the current system, Character Strong curriculum, could not be used instead of implementing a new curriculum. Her report fails to explain how her recommendations would improve what the District already has in place.

102. Lastly, Dr. Hoover recommends a Multi-Tiered System of Supports (MTSS) and an evaluation system to monitor student wellbeing. The District already uses an MTSS in schools and has done so since 2017.[137] In addition, the District has used a Positive Behavioral Interventions and Supports system since implementing the program sometime between 2012-2014.[138] It is unclear how implementing a new system would be better than what the District currently uses, and Dr. Hoover offers no opinion about the effectiveness of the existing systems and training.

## VIII. Mr. Klein's Report Is Unreliable

103. Robert Klein surveyed currently employed teachers in TUSD during April and May of 2025. He asked that teachers self-report minutes lost during the school day to social media going back more than a decade. I understand that another expert will be addressing the many methodological problems with Mr. Klein's approach.

104. One issue that merits emphasis here is that the survey had an extremely low response rate and asked for unreliable estimates. Only 12 teachers provided input into the survey about the amount of time lost in 2014, more than a decade ago—that represents less than 0.4 percent of teachers employed during the 2014 timeframe. The response for the most recent school year was not materially better: only 54 teachers—or 2 percent—responded with information about SY 2024-25.[139] As a result, I would expect that the responses to Mr. Klein's survey are not representative, both based on the limited number of respondents and also, in my experience, only the most upset staff take time to complete these types of surveys given their busy schedules.

## IX. Dr. Ward's Estimates Are Not Realistic Because They Rely On Uncredible Data

105. Dr. Ward provided estimates of time lost for various employees in the District. His estimates for many of these employees were based on (i) Dr. Klein's survey results (discussed above), and (ii) testimony by central office mid-level managers such as Director of Student Services and Guidance Consultants. This second-hand evidence included

---

[137] Trujillo Dep., at 228:1–229:18.

[138] May 14 Lambert Dep., at 18:9-22.

[139] Expert Report of Robert Klein for TUSD, *Social Media and Teacher Time Survey – Methodology and Results*, May 18, 2025, at 12; Gaw Dep., Ex. 10 (June 28, 2024 Second Amended TUSD Plaintiff Fact Sheet) at 8.

declarations from Brian Lambert (Assistant Superintendent), Holly Hammel (Assistant Superintendent), Dr. Sabrina Salmon (Director of Exceptional Education), and Julie Shivanonda (Director of Social Emotional Learning). These estimates do not reflect an understanding of building level time spent on task. The estimates also ignore the fact that very few (if any) school district employees maintain contemporaneous records about how they spend their time, such that they could accurately provide such information.

106. For example, the report states that high school principals in 2025 spent 22% of their workday on social media issues. This is not realistic given my experience working in schools for decades and supervising administrative interns in the field. Building level leaders engage in a wide variety of systems level management and their time is spent on many tasks such as evaluating teachers, meetings in central office, attending after school events, and dealing with HR issues. It is not believable that a high school principal would spend 22% of their time on social media given the high-level administrative functions and management priorities.

107. An even more incredible data point in Dr. Ward's report is that the Director of Social Emotional Learning spends 100% of her time on issues related to social media. In order for this to be correct, she would deal with no issues related to anything other than social media. Said differently, this would mean that she is not dealing with issues created by poverty, crime, family discord, COVID-19, or any other non-social media issue. This cannot possibly reflect her actual duties. Ms. Shivanonda testified that her responsibilities are many and varied, including overseeing (1) school counselors, (2) program manager for substance abuse prevention, (3) program coordinator for substance abuse prevention, and (4) five community health workers.[140] She noted that the social-emotional learning program that she oversees supports students who do not use social media (such a kindergartners, for example) and students who experience other adversities such as poverty, homelessness, substance abuse, or disability.[141] Further, it cannot be that Ms. Shivanonda is spending 100% of her time addressing issues related to social media while also overseeing other employees who do not spend 100% of their time dealing with social media.[142]

108. Ms. Shivanonda's declaration about the percentage of time that other TUSD employees spent addressing the effect of social media is likewise unreliable. Dr. Ward relied on Ms. Shivanonda to provide those figures for certain categories of employees back to 2016; however, Ms. Shivanonda has only been in her current role since 2021 and testified that

[140] Shivanonda 30(b)(6) Dep., at 11:4-10.

[141] Shivanonda 30(b)(6) Dep., Ex. 42, at pg. 5.

[142] May 13, 2025 Declaration of Julie Shivanonda, at ¶ 18.

she did not oversee individuals in those job roles—including counselors, behavioral specialists, and behavior intervention monitors—prior to that time, nor has Ms. Shivanonda ever supervised or overseen restorative practice facilitators.[143]

109. The other declarations that Dr. Ward relied on similarly lack reliability. Holly Hammel testified that counsel provided the initial percentages related to time spent addressing social media by school site administrators, then Ms. Hammel revised those figures without relying on any data or interviewing any TUSD staff.[144] Further, although she provided estimates for a much broader swath of employees (that is school site administrators across the district), Ms. Hammel admitted that she can only speak to her experiences in the 17 schools in her region in terms of estimating numbers, not all 80+ schools across TUSD.[145] Ms. Hammel's testimony further makes clear that when estimating the percentages, she made mathematical errors or generalizations that overinflated the numbers—i.e., by estimating that 20 percent of an 8-hour day amounts to 2 hours (it is really 1.6 hours) and that 10 percent amounts to 1 hour (rather than 0.8 hours).[146]

110. Dr. Ward also relied on the declaration of Brian Lambert to establish district-wide percentages for school site administrators. But like Ms. Hammel, Mr. Lambert did not rely on any data, documentation, calculations, or staff interviews to arrive at the weighted percentages he estimated.[147] And Mr. Lambert similarly testified that he was limiting his responses to his region only, not all of TUSD, despite providing estimates for a larger class of TUSD employees.[148]

111. Finally, Dr. Ward relied on the declaration of Dr. Sabrina Salmon to establish the amount of time spent by various social worker, psychologist, and exceptional education behavioral intervention specialist positions. However, Dr. Salmon did not rely on any specific documentation or staff surveys to calculate these percentages.[149] Although Dr. Salmon reviewed certain data in Synergy about the number of students with behavioral goals or

---

[143] June 30, 2025 Deposition of Julie Shivanonda, at 47:18-51:2.

[144] June 24, 2025 Deposition of Holly Hammel [hereinafter referred to as June 24 Hammel Dep.], at 168:13-24; 169:20-170:23; 175:3-11.

[145] *Id.* at 183:19-184:3, 185:10-24.

[146] *Id.* at 174:6-8.

[147] July 1 Deposition of Brian Lambert [hereinafter referred to as July 1 Lambert Dep.], at 18:6-19:21.

[148] *Id.* at 21:11-22:8.

[149] May 23, 2025 Deposition of Sabrina Salmon [hereinafter referred to as Salmon Dep.], at 165:17-166:21.

IEP counseling minutes, that information tracks services provided to students with special education needs; it is not specific to defendants' platforms.[150] Further, although Dr. Salmon provided estimated percentages for the years 2016 to present for these positions, she was not the director of exceptional education nor the assistant director of exceptional education during the 2019-2020 school year and confirmed that she did not conduct any research to inform her opinions for that school year.[151]

## X. Dr. Osborne's Report Is Misleading

112. Dr. Brian Osborne, Professor of Practice, provides five opinions in his expert report. Each are unsubstantiated and contradicted by the evidence in the case of TUSD for a variety of reasons.

113. *First*, as discussed above, TUSD documentation does not reflect the identification of social media as an issue impacting student mental health or as the cause of significant disruption at TUSD. Specifically, TUSD does not have any data to prove that social media is an issue impacting student mental health.[152] Neither does TUSD have any data proving that social media is the cause of significant disruption in the District.[153] *See also* Section VI.

114. *Second*, there is no indication that TUSD's leaders are unable to fulfill their core responsibilities because of problems associated with student social media use. On the contrary, to the extent that District leaders and building level leadership are unable to fulfill their duties, that is the result of fragmented and ineffective policies and inconsistent leadership across the District and various school sites. *See* Section 1.B.

115. *Third*, Dr. Osborne's claims that social media is negatively impacting educator morale and the school environment are not supported by TUSD's documentary evidence (including disciplinary records, mental health referrals, etc.). On the contrary, there is evidence that the exact same schools are having issues unrelated to social media including defiance, attendance and drug/alcohol violations.[154] Furthermore, a discipline training meeting held in October 2023 provided six scenarios to provide training for staff around serious

---

[150] *Id*. at 166:22-167:9; 168:10-169:23.

[151] *Id*. at 167:12-19.

[152] Shivanonda 30(b)(6) Dep. 71:12-72:17; Gaw Dep. 42:15-24, 86:19-24; Sanchez Dep. 69:6-70:24; 103:19-104:6, 148:1-152:4, 162:8-165:19.

[153] Alvarez Dep. 47:20-50:1; Sanchez Dep. 64:5-8, 64:21-67:19; Hallums Dep. 56:13-59:1, 88:7-90:13, 111:13-114:22; Hammel Dep. 46:1-5, 52:54:8; May 14 Lambert Dep. 36:18-38:18; 43:21-50:15; 55:14-21; Shivanonda 30(b)(6) Dep. 232:21-5.

[154] 2024-05-22 Am PFS Ex - Deans and ISI February 2024.

discipline issues. None of those six scenarios involved social media. It appears that much more serious issues including sexual harassment, fighting, and escalation were instead covered.[155] Finally, districtwide issues related to race and desegregation—such that there was a need for the NO Slur Initiative—also have the ability to negatively impact the school climate and morale among students and staff.[156] *See also* Section IV.

116. *Fourth*, promulgation and implementation of policies to deal with electronic device use and social media can be done effectively and without incurring excessive costs, but TUSD has chosen not to do this. *See* Section 1.B.

117. Dr. Osborne opines that implementing rules to limit social media in schools is operationally complex and often a source of conflict. Dr. Osborne misses the point. The job of school leadership is to lead proactively so that the school district can educate students. School leadership must not be reactive to external forces that infringe on their time. Instead, they must apply best practices to identify issues, plot a course to address those issues, and implement. For example, NELP Standard 1.1 states that "a district-level education leader must have the knowledge . . . to design, communicate, and evaluate a district mission and vision that reflects a core set of values and priorities and to lead district strategic planning and continuous improvement processes that engage diverse stakeholders in diagnosis, design, implementation, and evaluation."[157] In short, it is the job of District leadership to lead, and TUSD is not following this standard of leading a continuous improvement process.

118. As outlined in the Wallace study, effective principals should create a climate where all students and teachers feel valued and safe.[158] This study further shows the positive effect that principals can have on student achievement, other factors such as chronic school absenteeism, exclusionary discipline, school climate, and positive teacher working conditions.[159] Effective principals nurture an emotionally supportive climate for teachers and students as Anna Schwartz-Warmbrand, TUSD's Director of Student Relations, noted at her deposition: "School leadership always contributes to climate and culture."[160]

119. Principals also empower teachers. Building level leadership, in my opinion, does not

[155] 2024-05-22 Am PFS Ex - Deans and ISI -10-24-23D2, at pg. 10-15.

[156] Shivanonda 30(b)(6) Dep., Ex. 28.

appear to be proactively engaging in either of these tasks in the district. The issues that Dr. Osborn is attributing to social media are instead reflections of ineffective leadership at the building and district level.

120. *Finally*, Dr. Osborne references public education as a common good (i.e., one that everyone in the community uses), and therefore, school district leaders have a fundamental right to take action on behalf of communities. In my expert opinion, this is an outdated view of education in the United States. The rise of charter schools, private school vouchers, and microschools has changed the role of public education in the last decade with charter school enrollment continuing to rise each year especially in larger urban and suburban areas.[161] Public school districts no longer are a voice that represents the entire community, only a subset of the community.

121. In Arizona, approximately 20% of students attend charter schools, which is substantially higher than the national average of 7%.[162] In addition, based on United States Census Data, approximately 11.7% of Tucson students attend private school.[163] In the Tucson metro area, there are more than 80 charter schools and more than 50 private K-12 schools.[164] Indeed, TUSD Superintendent Dr. Trujillo acknowledged in his deposition that students who attend private schools cost the school district $37 million a year in funding.[165]

122. Public school districts are increasingly becoming just one of a myriad of options for parents and no longer represent the sole provider of educational programming for communities. Their role as the source of "the common good" is decreasing, and in today's consumer driven, market-based economy, schools are becoming one more product for parents to purchase. Their role as the source of norming and transmission of "common" expectations is no longer as relevant.

---

[161] Katherine Schaeffer, *U.S. public, private and charter schools in 5 charts*, PEW RESEARCH CENTER (June 6, 2024), available at https://www.pewresearch.org/short-reads/2024/06/06/us-public-private-and-charter-schools-in-5-charts/.

[162] *Fast Facts: Charter Schools*, NATIONAL CENTER FOR EDUCATION STATISTICS, available at https://nces.ed.gov/fastfacts/display.asp?id=30.

[163] *PreK-12 Enrollment (2023) in Tucson, Arizona*, MAKING ACTION POSSIBLE (UNIVERSITY OF ARIZONA), available at https://mapazdashboard.arizona.edu/education/prek-12-enrollment.

[164] *K-12 School Options in Tucson*, MY SCHOOLS TUCSON, available at https://myschoolstucson.org/school-options-in-tucson/.

[165] Trujillo Dep., at 296:12-24.

## XI. Conclusion And Certification

123. In summary, and as stated above, I disagree with Plaintiffs' experts, including Dr. Hoover, Mr. Klein, Dr. Ward, and Dr. Osborne.

124. I hold the opinions outlined in this report to a reasonable degree of scientific certainty.

125. I further reserve my right to supplement, amend and/or update this report based on, among other things, the receipt of additional information.

The undersigned hereby certifies their understanding that they owe a primary and overriding duty of candor and professional integrity to help the Court on matters within their expertise and in all submissions to, or testimony before, the Court. The undersigned further certifies that their report and opinions are not being presented for any improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation.

Michele Moore, EdD

___________________________________
Dr. Michele Moore

## Appendix A: CV

*Work Experience*

July 1, 2021 -present Indiana University
Bloomington, Indiana
*Clinical Assistant Professor*

- Teach master's and doctoral courses in the School of Education
- Current courses include School Finance, Building Level Practicum, Superintendent Internship & Advanced District Budgeting and Finance
- Other courses taught: School Personnel, School Facilities, District Instructional Frameworks, The Principalship

July 2019 -Present Hoosier School Services LLC
Mooresville, Indiana
*Owner*

- Provide consulting services to school districts in the areas of: school finance, budgeting, process reviews, school board training, superintendent & CFO mentoring/coaching/training, and how to manage declining enrollment.
- Provide contract reviews for IEERB
- Held interim superintendency at Shelby Eastern (July - December 2019)

January 2020 -June 2021 Indiana University
Bloomington, Indiana
*Adjunct Faculty Member*

- Teach courses in the School of Education for graduate students
- Courses scheduled include School Personnel Management, School Facilities, School Finance

May 2014-June 2019 MSD of Martinsville
Martinsville, Indiana
*Superintendent*

- Major facility upgrades at buildings including closing elementary school due to enrollment declines, moving five other offices and selling three buildings, consolidating middle schools into one building, two bond issues and one leasehold issue to upgrade 40- and 50-year-old buildings, most with original HVAC systems, major high school upgrade including complete remodel of science classrooms, new HS siding project, track and pool upgrades, and roofing project.

- Upgraded district wide technology including bandwidth, access points, and server to go 1:1, K-12 during 16-17 school year. During 17-18, the district focused on e-learning for students.
- Responsible for entire district budget of $30.2 million, used line-item budgeting to build budgets for general fund, transportation, and bus replacement, cut over $3 million from budget for four years to eliminate deficit financing and build cash balance to over 20% of general fund balance.
- Oversee human resources function at district including implementing PPACA healthcare rules, time clocks, job descriptions, RISE evaluation system, and district recognition programs like Teacher of the Year and Walk the Talk Awards
- Started STEM Academy at one elementary school; secured Dual Language Immersion Grant and in third year of program, worked with special education staff to implement, ESSA and reduce overall time students are pulled out; worked with Eleven Fifty Academy to bring coding to every school in district, supported start of an agriculture magnet elementary school and an elementary fine arts academy
- Several RFPs were conducted to get improved pricing for district, including a change to an insurance trust to save over $81,000
- Partnered with several organizations in Central Indiana to increase programming in district, active member of local community attending over 100 evening and weekend events throughout each school year
- Updated all policies, district was over 2 years behind in updates
- Bargained reopener on long term eight- year contract including transitioning contract to new compensation model and new evaluation system.
- Member of South Central Indiana School Insurance Trust, Build Your Future Indiana, Martinsville Chamber, I69 Stakeholder Committee, State Special Education Advisory Committee

October 2013- June 30, 2014, Central Indiana Educational Service Center
Indianapolis, Indiana
*Executive Director*

- Responsible for entire service center operations and management
  Divisions include Absence Management, Indiana Online Academy, Driver Education, 21 Century After School Programs at Pike Middle and Elementary Schools, Cooperative Purchasing, PATINS Assistive Technology Program, and Challenger Center of Indianapolis

- Oversee the following programs for State of Indiana
  Indiana Visiting Teacher Program (30 teachers placed throughout the state)
  ISESC Worker's Compensation Insurance Trust- Chairman of the Board
- Board member for Hoosier School Benefit Health Insurance Trust
- Work with 23- member school districts throughout the Central Indiana Area including coordinating and developing programs to benefit the schools and create greater economic efficiency.
- Conduct On Site Curriculum Program Reviews for member schools including a team member of over 100 classroom observations. Authored comprehensive program review for local school district including historical data review, classroom observation, and focus groups.

June 2012-October 2013 Central Indiana Educational Service Center
Indianapolis, Indiana
*Chief Financial Officer*

- Responsible for $9 million budget
- Perform all of the human resource management functions
- Instituted a series of cost cutting measures including renegotiating vendor contracts, changing processes, and implementing economic efficiencies to trim expenses.
- Work with business officials at 23 school districts represented by CIESC
- Created internal control procedures to ensure compliance with IRS and State Board of Accounts regulations

January – May 2012 Eminence School Corporation
Eminence, Indiana
*Superintendent Internship*

- Interned with Superintendent Murray Pride
- Develop Classified Staff Policy Manual
- Worked with other policy documents as needed by Superintendent Pride

1998-2012 Monroe-Gregg School District
Monrovia, Indiana
*Monrovia High School Business & Computer Teacher*

- Instructor of computer applications, business law, personal finance, advanced computer applications, and student publications
- Yearbook sponsor 2001-present
- Newspaper sponsor 1999-2004

1995-1999, 2007-2022 Moore Accounting
Mooresville, Indiana
*Owner*

- Owned and operated a local public accounting firm
- Specialized in accounting for individuals, not-for-profits and small businesses
- Experienced in personal financial consulting and stock portfolio management

1991-1995 Indiana State Board of Accounts
Indianapolis, Indiana
*Field Examiner*

- Audited financial records of schools, counties, cities, towns, and other local governmental units in Central Indiana
- Participated in audits of eight schools both small and large in Bartholomew, Johnson, Monroe, Hendricks, and Morgan counties

*<u>Education</u>*
2006 – 2011 Indiana University
Bloomington, Indiana

- Educational Doctorate Degree
- GPA: 3.98/4.0
- Major: Educational Leadership Minor: Curriculum Studies
- Dissertation Topic: *Succeeding at Failure: The Educational Experiences of Marginalized, Rural, White Males*

2006 – 2010 Indiana University
Bloomington, Indiana

- Educational Specialists' Degree
- GPA: 3.98/4.0
- Major: Educational Leadership Minor: Curriculum Studies

1998- 2003 University of Indianapolis
Indianapolis, Indiana

- Master of Arts Degree in Education
- Area of concentration: Curriculum and Instruction, emphasis on Educational Technology

1995- present Certified Public Accountant
Indianapolis, Indiana

- Passed CPA Exam on first attempt, April 1993
- Currently Inactive status as not providing auditing services

1988-1991 Indiana University, Kelley School of Business
Indianapolis, Indiana

- Bachelor of Science Degree with high distinction
- Area of concentration: Finance
- Minor: Economics

*Publications & Presentations*

- Moore, M. (2024) Presenter at Indiana School Boards Association Annual Conference. Topic: "What Does Financial Oversight Look Like?"
- Moore, M. (2024) Presenter at Indiana School Business Officials Certification Program. Topic: "Introduction to Leadership"
- Hamid, Moazz, Lubkienski, Chris, Moore, Michele (2023) School Transfers in Indiana Public School Corporations 2022-2023 October 2023. Center for Evaluation and Education Policy, Indiana University. Report #23-B.
- Hamid, Moazz, Lubkienski, Chris, Moore, Michele (2023) Changes in Student Enrollment in Indiana Public School Corporations, 2006-2022 and 2021-2022 to 2022-2023. Center for Evaluation and Education Policy, Indiana University. Report #23-A.
- Spradlin, T. & Moore, M. (2023) Presentation to ISBA members, "School Finance Update"
- Spradlin, T. & Moore, M. (2023). Revision to BUDGETING AND FINANCIAL OVERSIGHT FOR SCHOOL BOARD MEMBERS RESOURCE GUIDE, 4th Edition.
- Moore, M. (2023) Presenter at IAPSS Superintendent Bootcamp: Topic: "Getting Your First Superintendency"
- Moore, M. (2023) Presenter at Indiana School Nutrition Conference: Topic: "Human Resource Management" & "Program Accountability and Ethics"
- Moore, M. (2022) Panelist: Exploring Clinical Faculty Life, Organized by the University of Louisville
- Moore, M. (2022) Program Review Presentation at Earlywood Educational Services.
- Moore, M. (2022) ADM Report on Indiana Public School Districts for Southern Hills and Southeast Indiana Study Councils.

- Moore, M. (2022) Presenter at Indiana School Nutrition Conference. Topic: "Human Resource Management."
- Moore, M. (2022) Presenter at Indiana School Nutrition Conference. Topic: "Planning for the Next Crisis"
- Moore, M. (2022) Presenter at Indiana Coalition for Public Education Panel: "Public School Funding and Taxation".
- Moore, M. (2022). Presenter at Indiana School Nutrition Conference. Topic: "Program Management and Accountability"
- Moore, M. (2021). Presenter at Indiana School Nutrition Conference. Topic: "Visionary Leadership"
- Moore, M. (2021). Presenter at Indiana School Nutrition Conference. Topic: "Program Accountability and Ethics"
- Moore, M. (2021). Presenter at Indiana School Nutrition Conference. Topic: "Planning for the Next Crisis"
- Moore, M. (2021). Presenter at Indiana School Nutrition Conference. Topic: "Facilities Planning and Management"
- Moore, M. (2020). Indiana School Nutrition Association Certified Course Writer: Course: "Program Management and Accountability"
- Moore, M. (2020). Indiana School Nutrition Association Certified Course Writer: Course: "Planning for the Next Crisis"
- Moore, M. (2020). Indiana School Nutrition Association Certified Course Writer: Course: "School Policy and Procedures"
- Moore, M. (2020). Indiana School Nutrition Association Certified Course Writer. Course Update: "Human Resource Management"
- Moore, M. (2019). Presenter at IAPSS/ISBA Joint Conference. Topic: "Growing Cash with Declining Enrollment"
- Moore (2019) Panelist at IASBO Annual Conference. Topic: "Connected Learning"
- Moore, M. & Niedermeyer, B. (2019) Presenters at IASBO Annual Conference. Topic: "Safety, SEL, & the Return to a New Normal"
- Moore, M. (2019). Presenter at Indiana School Nutrition Conference. Topic: "Human Resource Management"
- Moore, M. (2019). Presenter at Indiana School Nutrition Conference. Topic: School Safety and Crisis Management Planning.
- Moore, M. (2019). Indiana School Nutrition Association Certified Course Writer. Course: "Program Planning and Accountability"
- Moore, M. (2019). Indiana School Nutrition Association Certified Course Writer: Course: "Visionary Leadership"
- Moore, M. (2019). Indiana School Nutrition Association Certified Course Writer: Course: "Human Resources Management"

- Moore (2018). *The Journal: The Magazine of the Indiana School Boards Association, "Making Sense of Cents"*
- Moore, M. (2017) Presenter at Martha McCarthy Law Institute, Indiana University. Topic: Hot Topics 2016-2017
- Moore, M. (2016). Presenter at Martha McCarthy Law Institute, Indiana University. Topic: "Panel on the Fourth Amendment, Student/Employee Privacy and Technology and Ethics"
- Moore, M. (2015). IAPSS Aspiring Superintendents' Academy, Panelist: "Advice from Practicing Superintendents"
- Peer Reviewer for *International Journal of Education (2011-2014)*
- Moore, M. & Denton, L. (2007) Indiana Business and Marketing Education Conference Presenter, Topic: "Smalls Schools and Business Programs"

*Partnerships*

- Teacher Leader Pathway
    - Developed a nine-module canvas course for IU Expand including 46 videos representing educational leaders from across Indiana. Featured videos included Katie Jenner, Secretary of Education, CIESC Executive Director Andy Mellin, Dean of the SOE, 18 school superintendents, IAPSS executive director, IASP executive director, and the Indiana MS principal of the year.
    - Worked with a curriculum advisory panel of sitting superintendents and district curriculum leaders to develop the course content, which was five weeks of learning for each module, representing 45 weeks of content in total
    - The entire program was created within nine months from conceptualization to final Canvas content finalization.
    - IU partnerships included IU Expand, School of Education Dean's Office, and University Information Technology Services (UITS)
    - Led to a grant see Grants section below
- Southern Indiana MSED Cohort
    - Working with Bartholomew County, Monroe County, and Mooresville School Districts to develop a MSED Cohort for students to obtain principal licensure. This partnership helps to address the statewide need for principals in Indiana.
- University Search Team
    - Member of team with representatives from Ball State, Indiana State and Purdue Universities to recruit and vet superintendents for vacancies across the state.
    - Helps to fulfill the statewide need for superintendents in Indiana

    - Spend significant time training school boards throughout the state in best practices for hiring superintendents
- Indiana School Boards Association (ISBA)
    - Partnered with Executive Director Terry Spradlin from ISBA to create the update to the BUDGETING AND FINANCIAL OVERSIGHT FOR SCHOOL BOARD MEMBERS RESOURCE GUIDE 4th Edition.
    - This guide is provided to every school board member in Indiana (over 2000 members)
    - Provided professional development in School Finance to school board members in partnership with Mr. Spradlin after manual was published

*Grants & Contracts*

Indiana Department of Education (2023). $106,000 Title II funding for Pilot of Teacher Leader Pathway Program. Nine module pilot with 20 students will finish in April 2024.

*Interviews*

Indiana Public Broadcasting. "IU research shows 'winners and losers' in Indiana school enrollment" November 7, 2023. https://www.wvxu.org/2023-11-07/iu-research-shows-winners-and-losers-in-indiana-school-enrollment

*Memberships*

- Indiana Association of School Business Officials (IASBO)
  Chief School Business Official Designation
    - Committee member: Finance Committee (2012-2014)
- Phi Lambda Theta Education Honor Society
- Beta Gamma Sigma Business Honor Society
- Monrovia High School Alumni Association
- Indiana University Alumni Association
- Indiana Construction Roundtable Foundation (2014-2020)
- Central Indiana Educational Service Center (2014-2019), Board President (2017-2019)
- State Textbooks Adoption Committee Member (2005) Business Textbook Adoption

*Awards & Honors*

- Nominated for Trustee's Teaching Award (2023, 2024)
- Nominated for Excellence in Mentoring Award (2022)

- Nominated for Outstanding Partnership and Collaboration award (2022, 2023, 2024)
- Author of Blog, *School Cents (2019-2020), for* school treasurers and business managers
- Outstanding Business Professional of the Year—Martinsville Chamber of Commerce (2016)
- Dean F. Berkley Emerging Leader Award from Indiana University School of Education (2014)

## Appendix B: School Funding Basics

1. The fundamental purpose of schools is to educate students. Schools must achieve that purpose based on the available revenue streams.

2. School funding mechanisms vary by state as each state has its own laws governing how schools operate and are funded. There are three main subjects of relevance: (1) school staff distribution and cost allocations for each classification of employee hired (e.g., teachers, aides, principals), (2) school funding based on revenue sources, and (3) the allocation of school expenditures. The National Center for Education Statistics (NCES) provides a comprehensive database of this information by year. In addition, information about Medicaid Reimbursements to schools and CARES ACT funding distributions to school districts is of relevance.

### A. Distribution of Staff in Schools

3. Schools Districts employ several different categories of workers including Central Office Staff, Building Level Administrative Staff, Teachers, Guidance Counselors, Librarians, and Other Support Staff. The NCES analyzes and maintains a database of the number of employees in each of these categories.[166]

### B. School Funding Revenues

4. School districts in the United States receive funding from three main sources: the federal government, state government, and local government. Federal and state dollars are allocated to schools in a variety of ways such as Title I funds for students in poverty and special education funding based on the Individuals with Disabilities Act (IDEA), while local dollars are usually allocated through property taxes. The NCES publishes a *Digest of Education Statistics* each year which shows the funding allocation between these three sources by state.

### C. School Funding Expenditures

5. School Districts in the United States report their total expenditures made to support the schools within their boundaries. The NCES records annual spending both in the aggregate

[166] National Center for Education Statistics, *Digest of Education Statistics* [hereinafter referred to as Digest of Education Statistics] *(2023)* Table 213, available at https://nces.ed.gov/programs/digest/d23/tables/dt23_213.10.asp.

and by defined expenditure categories for all American schools.[167]

**D. Medicaid Reimbursements for Schools**

6. Medicaid reimbursement funding is available to school districts for health services provided to predominantly students with disabilities and students in poverty. Health services can include behavioral health. The Federal Government provides these reimbursement dollars to states via a matching program. These monies are passed through to districts based upon program specifications in each of the 50 states. The Medicaid reimbursement program's overall function is to meet the goal of "[p]roviding Medicaid-covered services and performing Medicaid administrative activities to improve student wellness."[168]

7. These funds are paid by the federal government, reimbursed to states which administer the program, and provide the funds to schools. Schools are usually required to submit time allocation study reports documenting their hours for these monies.

8. These reimbursement grant funds cover a wide range of positions and activities. In Indiana, for example, these reimbursements can be for medical services provided by nurses, physical therapists, occupational therapists, audiologists, social workers, psychologists and counselors among others.[169]

9. The Centers for Medicare and Medicaid Services (CMS) has created a guide called, "*Delivering Services in School Based Settings: A Comprehensive Guide to Medicaid Services and Administrative Claiming* (2023)." This guide addresses the process including relevant federal legal obligations such as IDEA, 504, and IEP compliance as well as the different methodologies that states may use in the administration process.[170]

---

[167] *Digest of Education Statistics*, Table 236.20, available at https://nces.ed.gov/programs/digest/d23/tables/dt23_236.20.asp.

[168] *Medicaid and School Based Services* (2024), available at https://www.medicaid.gov/resources-for-states/medicaid-state-technical-assistance/medicaid-and-school-based-services/index.html.

[169] Indiana's program is highlighted in this Indiana Department of Education Guide, *"IndianaMAC: School-based Medicaid Administrative Claiming (undated)"* available at https://www.in.gov/doe/files/IN-Outreach-Flyer_What-is-MAC.pdf.

[170] This guide may be found at: https://www.medicaid.gov/medicaid/financial-management/downloads/sbs-guide-medicaid-services-administrative-claiming.pdf

### E. Budget Process in School Districts

10. Each school district's budget process is governed by individual state laws which outline the process for how local budgets are advertised and approved. For illustrative purposes, I provide an example of the typical school budget decision making process for Indiana schools.

11. Indiana schools follow a calendar year budget with adoption of the budget taking place in the fall before the statutory deadline of October 31, 2024 for the 2025 calendar year.[171]

12. The decision-making process follows the statutory requirements as outlined by each state and codified in state law with most school districts having a CFO, Business Manager, or Superintendent[172] drafting the budget based on the previous year's budget with the local school board approving it in a public meeting after an advertisement period. A state agency, in Indiana's case, the Department of Local Government Finance (DLGF), reviews and approves that locally adopted budget.

13. A critical difference exists between a school budget and a school expenditure as those processes are different. The school-based budget is a document where the school outlines how it plans to spend money. As discussed, this document is approved by the local school board and usually another level of government (state, city, or county governing boards). The approved budget only allows expenditures to be made.

14. School district expenditures are the actual expenses that the school district incurs or the payments for goods and services. The actual school district expenditures are made usually through an approval process that starts with a purchase order for goods or services outside of routine employee payroll costs. These expenditures are reviewed and approved by building leaders, district leaders, and ultimately local school boards. Most states have a cumbersome process and a complex financial accounting system due to the specificity in state law governing the payment and purchasing of good and services. Local school boards approve the expenditures at their meetings with a "Claims Docket" which includes a detailed listing of all expenditures to be made by the district. This claims docket has many different names and is also at times referred to as a Claims Listing, Expenditure Report,

---

[171] *See* https://www.in.gov/dlgf/files/2025-memos/250206-Bolser-Memo-2025-Budget-Calendar.pdf for a comprehensive budget calendar sample for Indiana.

[172] Larger districts have a CFO, business manager, or assistant superintendent or budget team to prepare the initial budget and monitor it throughout the year whereas small districts rely upon the superintendent.

Check Register, Claims Register, or other detailed report of expenditures that need to be approved.

15. The initiation of an individual expenditure usually starts at the building level or at the district level depending on the expenditure. For example, purchasing drawing paper supplies for the art teacher is usually initiated by the individual school building through a PO, approved by the building principal, and then ultimately approved by the local school board at a public meeting before purchasing the art paper. In another example, the purchase of a new software, the software might be reviewed and vetted by the Director of Technology or in larger districts by the Technology Committee before a PO is issued and the purchase approved by the local school board in a public meeting. No matter the process, a description of that process should exist either in a school district purchasing handbook, in school board policy, or in an administrative guideline.

16. It is important to note that schools often make conscious decisions about structure that can significantly impact costs. A good example of this is class size maximums. Setting for example, maximums of 15 students per class in lower grades will result usually in more teachers and more sections of kindergarten. These decisions to have more sections can substantially increase staffing costs that a district has to pay.

## Appendix C: Materials Considered in Michele Moore's Report

### Articles and Other Publications

1. *2020 Census Poverty Data by Local Education Agency*, ARIZONA DEPT. OF EDUC., available at https://www.azed.gov/sites/default/files/2021/12/Arizona%20Census%202020.pdf.

2. *2023-2024 Catalina High School Achievement Action Plan, available at* https://deseg.tusd1.org/_theme/files/plans/24-25/CatalinaSAAP-23-24.pdf.

3. *Adverse Childhood Experiences in Arizona*, ARIZONA DEP'T OF HEALTH SERVICES (May 2021), available at https://www.azdhs.gov/documents/prevention/womens-childrens-health/assessment-evaluation/aces-brief-az-may-2021.pdf.

4. Agustina Laurito et al., *School Climate and the Impact of Neighborhood Crime on Test Scores*, 5(2) THE RUSSELL SAGE FOUNDATION JOURNAL OF THE SOCIAL SCIENCES: RSF 141 (Mar. 2019).

5. Allan Odden & Lawrence Picus, School Finance: A Policy Perspective Fourth Edition (2008) McGraw-Hill.

6. Chad Lochmiller & Michele Moore, ESSER Liquidation Extension and Its Implications for Educational Leaders, UCEA Quality Leadership Matter Blog (2024).

7. David Kerbow, Patterns of urban student mobility and local school reform, Journal for the Education of Students Placed at Risk, 1996.

8. Diana H. Gruman, et al., Longitudinal effects of student mobility on three dimensions of elementary school engagement, Child Development, 2008.

9. *Elementary and Secondary School Emergency Relief Fund Fiscal Year 2023 Annual Performance Report*, U.S. DEP'T OF EDUC. (Jan. 17, 2025), available at https://api.covid relief data.ed.gov/collection/api/v1/public/docs/ESSERFiscalYear2023AnnualPerformanceReport.pdf.

10. *Fast Facts: Charter Schools*, NATIONAL CENTER FOR EDUCATION STATISTICS, available at https://nces.ed.gov/fastfacts/display.asp?id=30.

11. Federal Bureau of Investigation via MAP, available at https://mapazdashboard.arizona.edu/quality-place/public-safety/public-safety.

12. Indiana Department of Local Government Finance, *2025 Budget Calendar*, available at: https://www.in.gov/dlgf/files/2025-memos/250206-Bolser-Memo-2025-Budget-Calendar.pdf

13. Isaac M. Opper, *Teachers Matter – Understanding Teachers' Impact on Student Achievement*, Rand Corporation (2019), available at https://www.rand.org/pubs/research_reports/RR4312.html.

14. *Income in the United States: 2023*, UNITED STATES CENSUS BUREAU (released Sept. 10, 2024).

15. *Income, Poverty and Health Insurance Coverage in the United States 2020*, UNITED STATES CENSUS BUREAU (released Sept. 14, 2021).

16. Indiana Department of Education Guide, "*IndianaMAC: School-based Medicaid Administrative Claiming (undated)*" available at https://www.in.gov/doe/files/IN-Outreach-Flyer_What-is-MAC.pdf.

17. J. Deng et al., *Prevalence of Mental Health Symptoms in Children and Adolescents During the COVID-19 Pandemic: A Meta-Analysis*, 1520 Annals of the New York Academy of Science 53 (2022)).

18. Jason A. Grissom et al., *How Principals Affect Students and Schools: A Systematic Synthesis of Two Decades of Research*, The Wallace Foundation (2021), available at https://wallacefoundation.org/sites/default/files/2023-09/How-Principals-Affect-Students-and-Schools.pdf.

19. John W. Fantuzzo, et al., *Homelessness, school mobility, and educational well-being in a large urban school system*, Presentation at the Workshop on the Impact of Mobility and Change on the Lives of Young Children, Schools, and Neighborhoods, The National Academies (June 29-30, 2009).

20. *K-12 School Options in Tucson*, MY SCHOOLS TUCSON, available at https://myschoolstucson.org/school-options-in-tucson/.

21. Katherine Schaeffer, *U.S. public, private and charter schools in 5 charts*, PEW RESEARCH CENTER (June 6, 2024), available at https://www.pewresearch.org/short-reads/2024/06/06/us-public-private-and-charter-schools-in-5-charts/.

22. *Medicaid and School Based Services* (2024) (available at https://www.medicaid.gov/resources-for-states/medicaid-state-technical-assistance/medicaid-and-school-based-services/index.html).

23. Micah Ward, *ESSER is ending: Here's how to do K12 budgeting differently,* DISTRICT ADMINISTRATION (Sept. 17, 2024), available at https://districtadministration.com/briefing/esser-is-ending-heres-how-to-do-k12-budgeting-differently/.

24. National Center for Education Statistics, Digest of Education Statistics (2023) (available at https://nces.ed.gov/programs/digest/2023menu_tables.asp).

25. *National Education Leadership Preparation (NELP) Program Recognition Standards - District Level*, NATIONAL POLICY BOARD FOR EDUCATIONAL ADMINISTRATION (2018), available at https://www.npbea.org/wp-content/uploads/2021/08/NELP-DISTRICT-Standards.pdf.

26. NCSL, *Elementary and Secondary Emergency Relief Fund Tracker*, available at https://www.ncsl.org/in-dc/standing-committees/education/elementary-and-secondary-school-emergency-relief-fund-tracker.

27. *PreK-12 Enrollment (2023) in Tucson, Arizona*, MAKING ACTION POSSIBLE (UNIVERSITY OF ARIZONA), available at https://mapazdashboard.arizona.edu/education/prek-12-enrollment.

28. *Quick Facts: Tucson, AZ*, UNITED STATES CENSUS BUREAU (2019-2023), available at https://www.census.gov/quickfacts/fact/table/tucsoncityarizona/INC110223.

29. *School Administrators: An Occupational Overview*, AFL-CIO DEP'T FOR PRO. EMPS. (2024), available at https://www.dpeaflcio.org/factsheets/school-administrators-an-occupational-overview.

30. Scott J. South, et al., *Student mobility and school dropout*, Social Science Research, 2007

31. *Student-to-School-Counselor Ratio 2023-2024*, AMERICAN SCHOOL COUNSELOR ASSOCIATION, available at https://www.schoolcounselor.org/getmedia/f2a319d5-db73-4ca1-a515-2ad2c73ec746/Ratios-2023-24-Alpha.pdf.

32. Student-to-School-Counselor Ratios, AMERICAN SCHOOL COUNSELOR ASSOCIATION, available athttps://www.schoolcounselor.org/about-school-counseling/school-counselor-roles-ratios#:~:text=How%20have%20the%20student%2Dto,Education%20Civil%20Rights%20Data%20Collection).

33. The Centers for Medicare and Medicaid Services (CMS), "*Delivering Services in School Based Settings: A Comprehensive Guide to Medicaid Services and Administrative Claiming (2023)*," available at: https://www.medicaid.gov/medicaid/financial-management/downloads/sbs-guide-medicaid-services-administrative-claiming.pdf

34. Tucson Unified School District School District Spending Analysis—Fiscal Year 2024, Arizona Auditor General (2024), available at https://sdspending.azauditor.gov/District/Tucson%20Unified%20School%20District.

35. U.S. Dept. of Education, *Elementary and Secondary Emergency Relief Fund Formula Grants*, available at https://www.ed.gov/grants-and-programs/formula-grants/response-formula-grants/covid-19-emergency-relief-grants/elementary-and-secondary-school-emergency-relief-fund.

36. Craig Smith, *TUSD desegregation funds at risk*, KGUN (July 23, 2024), https://www.kgun9.com/news/local-news/tusd-desegregation-funds-at-risk (last visited Oct. 16, 2024)

37. Has Superintendent Turnover Gotten Any Better? What New Data Show, Evie Blad, Education Week (Sept. 2024), available at: https://www.edweek.org/leadership/has-

superintendent-turnover-gotten-any-better-what-new-data-show/2024/09#:~:text=1.,past%2C%20the%20ILO%20report%20said

38. Holland et al., *Urban District Superintendents: Characteristics, Tenure, and Salaries*, Ninth Report (Mar. 2025)

39. *Today's School Boards & Their Priorities for Tomorrow*, National School Boards Association (2018)

**Court Decisions**

40. *Mendoza v. Tucson Unified School District*,125 F.4th 1262, 1266.

41. *Fisher v. Tucson Unified School Dist.*, 652 F.3d 1131, 1134 (9th Cir. 2011)

**Depositions and Exhibits**

42. April 22, 2025 Deposition of Joseph Gaw.

43. April 8, 2025 30(b)(6) Deposition of Ricardo Hernandez.

44. April 8-9, 2025 30(b)(6) Deposition of Julie Shivanonda.

45. July 1, 2025 Deposition of Brian Lambert.

46. June 24, 2025 Deposition of Holly Hammel.

47. June 30, 2025 Deposition of Julie Shivanonda.

48. May 12, 2025 30(b)(1) Deposition of Joseph Hallums.

49. May 13, 2025 Deposition of Anna Schwartz-Warmbrand.

50. May 14, 2025, Deposition of Brian Lambert.

51. May 14, 2025 Deposition of Holly Hammell.

52. May 15, 2025 Deposition of Mark Alvarez.

53. May 23, 2025 Deposition of Sabrina Salmon.

54. May 7, 2025 Deposition of Rebecca Carrier.

55. May 6, 2025, Deposition of Richard Sanchez.

56. May 8, 2025 Deposition of Gabriel Trujillo.

**Litigation Documents**

57. TUSD Second Supplemental Initial Disclosure Statement, November 15, 2024.

58. Plaintiff's Third Amended Responses to Defendants' Interrogatories to TUSD (Set 1), April 4, 2025.

59. Verification of Plaintiff's Third Amended Responses to Defendants' Interrogatories to TUSD (Set 1), April 22, 2025.

60. Plaintiff's Amended Responses to Defendants' Interrogatories to TUSD (Set 3), March 25, 2025.

61. Verification of Plaintiff's Responses to Defendants' Interrogatories to TUSD (Set 2), April 22, 2025.

62. Affidavit of Julie Shivanonda, May 13, 2025.

63. Second Amended TUSD Plaintiff Fact Sheet, June 28, 2024.

**Other Reports**

64. Amended Expert Report of Douglas L. Leslie for TUSD, June 20, 2025.

65. Amended Expert Report of Shannon Hoover for TUSD, June 20, 2025.

66. Expert Report of Brian Osborne, May 16, 2025.

67. Expert Report of Bryce Ward for TUSD, May 19, 2025.

68. Expert Report of Douglas L. Leslie for TUSD, May 19, 2025.

69. Expert Report of Jeffrey Meyers for TUSD, May 19, 2025.

70. Expert Report of Robert Klein for TUSD, May 18, 2025.

71. Expert Report of Sharon Hoover, May 16, 2025.

72. Expert Report of Sharon Hoover for TUSD, May 18, 2025.

**School District Specific Documents**

73. 20110823 JIH Student Interviews Searches and Arrests (CURRENT)

74. 20160712_FY 2017 TUSD Proposed Budget Meeting Agenda

75. 20170502_FY2017 TUSD Budget Edit Update Report REV_1

76. 20170712_FY2018 TUSD Budget PROPOSED

77. 20171003_FY2017 TUSD Annual Financial Report

78. 20171115_FY2017 TUSD CSF Narrative Results

79. 20180629_FY2019 TUSD Budget PROPOSED

80. 20180629_FY2019 TUSD Meeting Notification

81. 20180803_FY 2018 TUSD Budget Update Edit Report REV_2
82. 20180803_FY2018 TUSD Budget REV_2
83. 20181001_FY2018 TUSD Budget REV_3
84. 20181003_FY 2018 TUSD Budget Update Edit Report REV_3
85. 20181005_FY2018 TUSD Annual Financial Report Update
86. 20181115_FY 2018 TUSD Clasroom Site Funding Narrative
87. 2019_2020 Magnet School Budgets
88. 20190625 Exhibit GBQ-E - New - Eligible for Rehire - BdrMbrs Dr
89. 2019-06-25-Policy GBQ - New - Eligible for Rehire FIRST READING BdPresident Dr
90. 20190626_FY2020 TUSD Budget PROPOSED
91. 20190827 final GBQ (New) CLEAN COPY after 062519 BAI posting
92. 20190827 GBQ Eligibility for Rehire (New) TRACK CHANGES after 062519 BAI posting
93. 20190827 GBQ Eligible for Rehire (New) TRACK CHANGES posted with 062519 BAI
94. 20190827 GBQ-E Exhibit (New) CLEAN copy after 062519 BAI Posting
95. 20190827 GBQ-E Exhibit (New) Posted with 062519 BAI
96. 20190827 GDFB Current Employees Charged with a Crime - Report - FIRST READING
97. 2019-09-10 Cost Estimates and Capacity for a District Wide Surveillance System
98. 2019-09-24 Proposal to add Security Measures
99. 20191002 Alternate GDFB
100. 20191002 Amendment1_PolicyGBQ_CLEAN COPY Posted4Comment
101. 20191002 Amendment1_PolicyGBQ_TRACK CHANGES_Posted4Comment
102. 20191002 GBQ-E Exhibit (New) CLEAN copy Posted4PublicComment
103. 20191002 GDFB Current Employees Charged with a Crime SECOND READING POSTED4PUBLIC COMMENT
104. 20191002 SECOND READING CLEAN COPY GBQ (New) Posted4PublicComment
105. 20191002 SECOND READING TRACK CHANGES GBQ (New) Posted4PublicComment
106. 20191004_FY2019 TUSD Comp AFR DRAFT
107. 20191015_FY2019 TUSD Budget Edit Update Report

108. 2019-10-16 School Plant Funds Security Cameras and Access Control Presentation
109. 2019-11-12 - TUSD_2019 Legislative Update
110. 2019-12-10 - VERSION 3 Alternate GDFB
111. 2019-12-10 - VERSION 3 CLEAN COPY Alternate GDFB
112. 2019-12-10 - DOJ Grant for School Safety and Prevention Board Meeting
113. 2019-12-10 - GBEB-R2Draft - with Track Changes
114. 2019-12-10 - GDFB comments from public
115. 2019-9-10 Executive Summary for IFB 20-53-20
116. 2019-9-10-IFB 20-53-20 WHITE TRUCKS Department Recommendation
117. 2020-01-14 IGA For School Resource Officers SY 19-20 Board Presentation
118. 20200218 GBEB Staff Conduct - CLEAN COPY
119. 20200218 GBEB Staff Conduct - TRACK CHANGES
120. 20200219_FY2019 TUSD Annual Financial Report REVISED
121. 2020-03-10 - Every Town for Gun Safety
122. 2020-03-10 - Resolution TUSD Responsible Storage Notification
123. 20200325 POSTED -GBEB Staff Conduct - CLEAN COPY ELI comments
124. 20200325 POSTED -GBEB Staff Conduct - TRACK CHANGES ELI comments
125. 20200330 COMMENT - ECAA comments close 20210303
126. 2020-04-12 GB Covid19 Daily Cases SY21-22
127. 2020-06-16 TPD and PCSO Agreement and School Safety Overview
128. 2020-06-16 Training Material Supplement
129. 2020-06-23 SRO Power Point
130. 2020-07-14 SY 20-21 Teachers and Students Technology
131. 2020-08-11 Determination for Emergency Procurement of Internet Devices (SIGNED)
132. 2020-09-09 SRO Summary-TImeline
133. 20201009_FY2020 TUSD Annual Financial Report
134. 2020-11-17 SRO Committee Recommendation
135. 2020-1-14 C and I Show Cost Estimate
136. 2020-1-14 Camnet Cost Estimate
137. 2020-1-14 Example Quote C&I SHOW HARDWARE

138. 2020-1-14 Executive Summary IFB 19-57-C21
139. 2020-1-14 Site List Access Control and Security Cameras
140. 20201211_FY2021 TUSD Budget REV_1
141. 2021 Summer Program Enrollment - as of 05-21-21 at 11am
142. 20210112 ECAA - Security (Surveillance Cameras) - FIRST READING - NEW POLICY
143. 2021-01-19 COVID Expenditure Update
144. 2021-01-19 GB Study Session_EPSL
145. 2021-01-19 High School Hybrid 6 and 7 Period Day Schedule
146. 2021-01-19 Next Steps
147. 2021-01-19 Opening of Schools Discussion
148. 2021-02-09 FY22 Budget Projection
149. 2021-02-09 High School Hybrid 6 and 7 Period Day Schedule
150. 2021-02-09 Opening of Schools SPR 21
151. 2021-02-09 SPR 21 Opening of Schools Survey Results
152. 2021-02-09 SY 21-22 Benefit Renewal Proposal
153. 2021-02-23 Parent SRO survey graphics district
154. 2021-02-23 Resolution-Safety And Mental Health
155. 2021-02-23 Service Agreement TPD - TUSD School Safety Grant - Draft
156. 2021-02-23 SRO Board Presentation_Feb 23 2021_DK
157. 2021-02-23 SRO Committee Recommendation
158. 2021-02-23 SRO Staff Survey Graphs
159. 2021-02-23 SRO Student Survey Graphs
160. 2021-02-23 SSP Guidance Manual
161. 2021-03-09 Determination for Emergency Procurement of HEPA Air Purifiers
162. 20210330 ECAA - Security (Surveillance Cameras) Posted version
163. 2021-03-30 FY21 Expenditure Update Presentation February
164. 2021-03-30 FY21 February Expenditure Update Reports
165. 2021-03-30 GB Presentation TS Capital Plan
166. 2021-04-13 2021stipends-compensation slides MM
167. 2021-04-27 ESSER 042321b_FINALa-compressed

168. 2021-04-27 ESSER Funding Presentation
169. 20210514_FY2021 TUSD Budget REV_2
170. 2021-06-08 21-22 TUSD Remote Learning TUVA PPT for 6-8-21
171. 2021-06-08 ESSER - School Menu
172. 2021-06-08 ESSER II Proposals - Approved Items
173. 2021-06-08 ESSER II Proposals - By Dept
174. 2021-06-08 GB - ESSER II Proposals Cover MEMO
175. 2021-06-08 GB ESSER - 6
176. 20210623_FY2022 TUSD Budget PROPOSED.xls
177. 2021-07-20 City-TUSD IGA for B-ball Shade - Signed Fully Executed
178. 2021-07-20 City-TUSD IGA for B-ball Shade final
179. 2021-08-10 ESSER II - Capital - 8
180. 2021-08-10 ESSER III - GB Request - 8
181. 2021-08-10 GB ESSER - 8
182. 20210821_FY2022 TUSD Budget REV_1.xls
183. 2021-08-24 17345 - CV19 - HD - update language schools exposure letter DRAFT01
184. 2021-08-24 COVID Protocol Updates for SY21-22_8-24
185. 2021-08-24 Ex Ed Teacher & Ex Ed Teacher Assistant Vacancies
186. 2021-08-24 PM Bid breakdown - TUSD Water Bottle Stations
187. 20210825_FY2022 TUSD REV_1 Budget Edit Update Report.pdf
188. 2021-09-09 Curriculum Textbook Review Flyer Common Lit
189. 2021-09-09 ESSER III - GB Request - 9
190. 2021-09-09 Ex Ed Funding Request 9
191. 2021-09-09 GB ESSER - 9
192. 2021-09-09 PM Bid breakdown - TUSD Water Bottle Stations
193. 20210923_FY2021 TUSD Budget Rev_3
194. 20211001 FY2021 TUSD Covid Budget
195. 2021-10-05 ESSER III - GB Request - 10
196. 2021-10-05 GB ESSER - 10
197. 2021-10-05 GBMeeting_Oct5_ACS

198. 20211008_FY201 TUSD Annual Financial Report
199. 2021-11-09 COVID PPT ACS
200. 2021-11-09 Governing Board In-person Meeting Options
201. 2021-11-09 PCHD schools_presentation_1110421
202. 20211119_FY2021 TUSD Classroom Fund Narrative
203. 2021-12-07 A-30 Due Diligence Coop Contracts Compliance Checklist revised 8-7-12
204. 2021-12-07 Capital request
205. 2021-12-07 Deferred Maintenance Presentation - Capital Request
206. 2021-12-07 ESSER III - GB Request - 12
207. 2021-12-07 SEL Curriculum Board Presentation
208. 2021-12-7 Making Connections Classroom
209. 2022-01-11 Approved - Updated ESSER III - GB Request - 1
210. 2022-01-11 Approved - Updated GB ESSER - 1
211. 2022-01-11 ESSER III - GB Request - 1
212. 2022-01-11 GB ESSER - 1
213. 2022-01-24 Project Listing by School_011823
214. 2022-01-25 - Compression GB_FINAL
215. 2022-01-25 - Job Title_Pay Range_V2
216. 2022-01-25 2022-23 Proposed Stipends
217. 2022-01-25 Compensation Scenarios 1
218. 2022-02-08 - 2022-2023 Benefit Renewals
219. 2022-02-08 - 2022-2023 Benefit Renewals_Updated Version
220. 2022-02-08 ESSER II Approved Spending Plan FY22 - 1
221. 2022-02-08 ESSER III - GB Request - 2
222. 2022-02-08 ESSER III Governing Board Approval
223. 2022-02-08 FY22 ESSER II FTE - 1
224. 2022-02-08 GB ESSER I II III Overview PPT
225. 2022-04-12 Concentric Pooled Testing Dashboard
226. 2022-04-12 COVID PPT
227. 2022-04-12 ESSER III - GB Request

228. 2022-04-12 GB ESSER I II III Budget Capacity
229. 2022-04-12 GB ESSER Request
230. 2022-04-12 PCHD COVID Dashboard
231. 20220605_FY2023 TUSD Budget Meeting Notice
232. 2022-06-14 Curriculum Expenditures 2022-2023
233. 2022-06-14 School Safety Presentation
234. 20220615_FY2023 TUSD Budget PROPOSED
235. 20220712_FY2023 TUSD Budget ADOPTED
236. 2022-08-09 Contracted Teacher (MAXIM) Request GB
237. 2022-08-09 GB ESSER Request
238. 2022-08-09 GB_Parent School Quality Survey Results 21-22
239. 2022-08-09 GB_Staff School Quality Survey Results 21-22
240. 2022-08-09 GB_Student Quality Survey Results 21-22
241. 2022-09-13 GB ESSER I II III Budget Capacity
242. 20221006_FY2022 TUSD Adopted Budget Book.pdf
243. 20221007_FY202 TUSD Annual Financial Report.xls
244. 20221007_FY2022 TUSD Budget Edit Update Report.pdf
245. 2022-10-25 School Safety Site Assessment Presentation
246. 20221110_FY2022 TUSD Budget Edit Update Report CSFR.pdf
247. 20221110_FY2022 TUSD Classroom Site Fund Report.xls
248. 2022-12-06 GB ESSER I II III Budget Capacity
249. 2023-01-24 Ops Capital Planning Board Presentation
250. 2023-04-25 Quote -Summer 2023
251. 2023-04-25 TUSD Module Overviews -Summer 2023
252. 2023-07-11 2024EXPBUD_Adopted_signed(1)
253. 2023-07-11 FY24 Budget Book
254. 2023-07-25 GB ESSER I II III Overview
255. 2023-08-18 Community Schools and Preschool Programs w MRCs
256. 2023-08-18 School Safety Department_Final OIA Report_7
257. 2023-09-26 Operations Capital Presentation Sept 2023

258. 2023-09-26 School Plant Fund Financial Summary
259. 2023-11-14 GB ESSER I II III Overview
260. 2023-11-14 GB Meeting Presentation IGA Gun Locks
261. 2023-11-14 Gun Lock Agreement
262. 2023-24 School Year Enrollment by Federal Ethnicity, TUSD DATA REPORTS, available at tusddatareports.azurewebsites.net/EnrollmentByFederalEthnicity.html.
263. 2024 AFR FINAL
264. 2024-01-30 BAC Presentation to Board 2024
265. 2024-01-30 GB - ESSER III Final
266. 2024-01-30 One-Time Payment Financial Overview  Criteria
267. 2024-02-27 FY2025 ESSER Learning Loss Positions
268. 2024-03-05 Campus Safety Staffing Analysis
269. 2024-03-05 Custodial Staffing Analysis
270. 2024-03-05 FY25 Projected Costs for Custodians-Monitors
271. 20240327_FY 2023 TUSD Comprehensive AFR
272. 2024-04-01 PFS Ex - 2021-10-26 Counseling Department Board Presentation
273. 2024-04-01 PFS Ex - EJG
274. 2024-04-01 PFS Ex - Exb 17-OrgChart as of 12-20-2022
275. 2024-04-01 PFS Ex - Exhibit 32- JICK
276. 2024-04-01 PFS Ex - Exhibit 32- JICK E2
277. 2024-04-01 PFS Ex - Exhibit 32 Student Code of Conduct 2023
278. 2024-04-01 PFS Ex - Exhibit 43 - Hybrid schedule info 4th_Qtr_Learning_Option_Staff_Letter
279. 2024-04-01 PFS Ex - FINAL-DRAFT-AZ-Roadmap-for-Reopening-Schools_6_1_20-1
280. 2024-04-01 PFS Ex - GBGCB-R1
281. 2024-04-01 PFS Ex - Health Condition List 2019-2023
282. 2024-04-01 PFS Ex - IJNDB
283. 2024-04-01 PFS Ex - JICJ
284. 2024-04-01 PFS Ex - JICJ-R
285. 2024-04-01 PFS Ex - JICK

286. 2024-04-01 PFS Ex - JICK-E1
287. 2024-04-01 PFS Ex - JICK-E2
288. 2024-04-01 PFS Ex - JICK-R
289. 2024-04-01 PFS Ex - PowerPoint Presentation
290. 2024-04-23 Detail Proposed Project List
291. 2024-04-23 Procurement for Bond Priority Projects
292. 2024-04-23 Proposed Project List and Description
293. 2024-05-22 Am PFS Ex - 20230803-0811 Superintendent Summary
294. 2024-05-22 Am PFS Ex - 20230814-0825 Superintendent Summary
295. 2024-05-22 Am PFS Ex - 20231002-1006 Superintendent Summary
296. 2024-05-22 Am PFS Ex - 20240213 Superintendent Summary
297. 2024-05-22 Am PFS Ex - 20240229 Superintendent Summary
298. 2024-05-22 Am PFS Ex - 20240327 Superintendent Summary
299. 2024-05-22 Am PFS Ex - Deans and ISI -10-24-23D2
300. 2024-05-22 Am PFS Ex - Deans and ISI February 2024
301. 2024-05-22 Am PFS Ex - Deans and ISI January 2024
302. 2024-05-22 Am PFS Ex - Deans and ISI March 2024
303. 2024-05-22 Am PFS Ex - Deans ISI November 2023
304. 2024-05-22 Am PFS Ex - EDI Presentation for Directors 03.16.23
305. 2024-05-22 Am PFS Ex - EDI Presentation for Directors 03.28.23
306. 2024-05-22 Am PFS Ex - EDI Presentation for Directors 04.17.23
307. 2024-05-22 Am PFS Ex - EDI Presentation for Directors 04.25.23
308. 2024-05-22 Am PFS Ex - EDI Presentation for Directors 09.02.23
309. 2024-05-22 Am PFS Ex - EDI Presentation for Directors 09.12.23
310. 2024-05-22 Am PFS Ex - EDI Presentation for Directors 09.18.23
311. 2024-05-22 Am PFS Ex - EDI Presentation for Directors 1.17.23 Final
312. 2024-05-22 Am PFS Ex - EDI Presentation for Directors 1.24.23 Final
313. 2024-05-22 Am PFS Ex - EDI Presentation for Directors 1.31.23
314. 2024-05-22 Am PFS Ex - EDI Presentation for Directors 10.04.23
315. 2024-05-22 Am PFS Ex - EDI Presentation for Directors 10.25.23

316. 2024-05-22 Am PFS Ex - EDI Presentation for Directors 11.01.23
317. 2024-05-22 Am PFS Ex - EDI Presentation for Directors 11.08.23
318. 2024-05-22 Am PFS Ex - EDI Presentation for Directors 11.29.23
319. 2024-05-22 Am PFS Ex - EDI Presentation for Directors 12.09.23
320. 2024-05-22 Am PFS Ex - EDI Presentation for Directors 12.12.23
321. 2024-05-22 Am PFS Ex - 20230803-0811 Superintendent Summary
322. 2024-05-22 Am PFS Ex - Deans and ISI February 2024
323. 2024-05-22 Am PFS Ex - Other - 20240117 Superintendent Summary
324. 2024-06-01 SUP-PFS Ex - School District Supplemental Plaintiff Fact Sheet
325. 2024-06-28 Sec-Am PFS - Second Amended School District Plaintiff Fact Sheet - MDL
326. 2024-09-24 Confidentiality Statement
327. 2024-10-17 Safety Vehicles Presentation
328. 2024-10-17 Security Film Proposal Presentation
329. 2024-10-17 Security Gates and Fencing Presentation
330. 2024-10-29 Centegix Agreement
331. 2024-10-29 Centegix Quote
332. 2024-10-29 Tucson USD Board Presentation from CENTEGIX
333. 20241210 JIH Student Interviews Searches and Arrests (Revision) CLEAN COPY
334. 20241210 JIH Student Interviews Searches and Arrests (Revision) REDLINE
335. 2024-12-10 Security Film Proposal Presentation
336. 2025-01-21 - Mass Communication System Presentation
337. 20250225 Addendum 1 to TUSD IGA with PCJCC Data Sharing
338. 2025-04-15 Intergovernmental Agreement with PCJCC - Presentation
339. 2025EXPBUD_Adopted
340. 23-01-24 Bond Overview Presentation_Board Mtg
341. AC meeting_8
342. AdoptedBudget16-17
343. AdoptedBudget17-18
344. AdoptedBudget18-19
345. AdoptedBudget19-20

346. AdoptedBudget20-21
347. AdoptedBudget21-22
348. afr17
349. afr18
350. afr19
351. afr20
352. Annual Comprehensive Financial Report for the Fiscal Year ended June 30, 2024, TUCSON UNIFIED SCHOOL DISTRICT, available at https://www.tusd1.org/_theme/files/financial-services/Tucson%20USD%20ACFR%2024.pdf.
353. ARSI -S2S Initiative_Board Presentatation - 07
354. Attachment 1 - HIPAA Business Associate Agreement
355. Attachment 2 Affirmation of Central Registry Background Checks
356. Attachment 3 Data Sharing Agreement - DI24-002404 TUSD
357. BAI Approved Bond Q2 Projects and Narratives
358. BAI6
359. Be SMART Information
360. Be SMART Information Spanish
361. Budget Advisory Committee School Safety 10
362. BudgetBook19-20
363. cafr16
364. complete1516
365. complete1617
366. Cost Shared TPD SRO IGA 2019-20
367. Diamond Glass Works Glass Replacementt - Bond
368. DRAFT PCWIN TUSD Subscriber Agreement
369. DRAFT Public Safety Services Participant Agreement TUSD (00765486xCDD05) v2
370. Exhibit A - Arizona State Plan for Refugee Resettlement
371. Exhibit B TUSD v3
372. Final IGA between Arizona Department of Economic Security and Tucson Unified School District

373. FY18ProposedBudgetBook

374. FY19AdoptedBudgetBook

375. FY2021 Budget Book

376. FY2025 Budget Book_FINAL

377. FY2026 Position Reductions by Department (dated Apr. 29, 2025), available at https://go.boarddocs.com/az/tucsonusd/Board.nsf/goto?open&id=DFZPK764F47F.

378. FY21 Annual Financial Report Forms_with signatures

379. FY22 Adopted Budget Book

380. FY22-ACFR-Tucson-Unified

381. FY23_ACFR-Tucson-Unified_Revision #1

382. FY23-budget-adopted

383. FY23-budget-book

384. GB Approved Agenda - 24-056-TUSD1 - Replacement Window Glass

385. GB_Student_Parent SQS Results 2018-19_9-10-19 (003)

386. GBEB Staff Conduct - CURRENT POLICY

387. Methodology for Priority List for School Safety and Security Improvements

388. Model Secure Storage Notification Resolution 2023

389. PCWIN TUSD Membership Agreement CTN WIN 22-129

390. PCWIN TUSD Subscriber Maintenance IGA CTN WIN 22-130

391. Plaintiff Fact Sheet for Student enrollment for 2022-23 school year.

392. Presentation to the TUSD School Board on Exceptional Education Systems and Structures (March 4, 2025), available at https://go.boarddocs.com/az/tucsonusd/Board.nsf/goto?open&id=DE7RKQ6E6838.

393. Proposed Bond Project List and Description for BOC Approval Q3

394. Proposed Bond Project List and Description for BOC Approval Q3 & Q4 20241210

395. Proposed Bond Projects BOC Approved 20241106

396. Proposed Bond Projects for GB Approval Final 20241210

397. Resolution-SafetyAndMentalHealth - 1-28-2020

398. School-Level Reporting 19

399. Security Gates and Fencing Priorities and Considerations

400. SEL Day Proclamation
401. SEL Day Proclamation 2025
402. September 13, 2022, ESSER I, II, III Financial Summary, TUSD GOVERNING BOARD, at 7, available at https://www.tusd1.org/article-20221012-esser
403. Sole Source TPD - PCSD
404. Subscriber Fees
405. Superintendents Report 4
406. Supt's Report 9-26-23
407. Teacher Salary Schedule 2024-2025, Tuscon Unified School District Website, available at https://www.tusd1.org/article-20220921-hr-compensation.
408. Tucson Unified School District (TUSD) Facebook page, https://www.facebook.com/tucsonunified/ (last accessed Jul. 10, 2025).
409. Tucson Unified School District School District Spending Analysis—Fiscal Year 2024, Arizona Auditor General (2024), available at https://sdspending.azauditor.gov/District/Tucson%20Unified%20School%20District (noting the number of students attending in fiscal year 2024 as 38,010).
410. TUSD Annual Report for the 2023-2024 Academic School Year under the Unitary Status Plan and Post Unitary Status Reporting and Accountability Plan.
411. TUSD Board Minutes School Safety_Security
412. TUSD Financial Reports - 2015-2025
413. TUSD Intergovernmental Agreement with PCJCC 1
414. TUSD proposed BWC Policies 08262019
415. TUSD proposed CEW Policies 082620

SM_TUSD_00000044
SM_TUSD_00000049
SM_TUSD_00005291
SM_TUSD_00005314
SM_TUSD_00005336
SM_TUSD_00005356
SM_TUSD_00005750
SM_TUSD_00005774
SM_TUSD_00006012
SM_TUSD_00006027
SM_TUSD_00006142
SM_TUSD_00006295
SM_TUSD_00006454
SM_TUSD_00006502
SM_TUSD_00007696
SM_TUSD_00007750
SM_TUSD_00007989
SM_TUSD_00007996
SM_TUSD_00008011
SM_TUSD_00019984
SM_TUSD_00023023
SM_TUSD_00023065
SM_TUSD_00023094
SM_TUSD_00023095
SM_TUSD_00024313
SM_TUSD_00025017
SM_TUSD_00025024
SM_TUSD_00025026
SM_TUSD_00025167
SM_TUSD_00025169
SM_TUSD_00025173
SM_TUSD_00025190
SM_TUSD_00025323
SM_TUSD_00025404
SM_TUSD_00025405
SM_TUSD_00025862
SM_TUSD_00025889
SM_TUSD_00025891
SM_TUSD_00026830
SM_TUSD_00050942
SM_TUSD_00051092
SM_TUSD_00060886
SM_TUSD_00061011
SM_TUSD_00061011
SM_TUSD_00061244
SM_TUSD_00061471
SM_TUSD_00061491
SM_TUSD_00061512
SM_TUSD_00061753
SM_TUSD_00063891
SM_TUSD_00063902
SM_TUSD_00063914
SM_TUSD_00063924
SM_TUSD_00063935
SM_TUSD_00063944
SM_TUSD_00063951
SM_TUSD_00063977
SM_TUSD_00063978
SM_TUSD_00063979
SM_TUSD_00064001
SM_TUSD_00064002
SM_TUSD_00064022
SM_TUSD_00064061
SM_TUSD_00064090
SM_TUSD_00064119
SM_TUSD_00064177
SM_TUSD_00064205
SM_TUSD_00064291
SM_TUSD_00065843
SM_TUSD_00065862
SM_TUSD_00066302
SM_TUSD_00066317
SM_TUSD_00066421
SM_TUSD_00068114
SM_TUSD_00068118
SM_TUSD_00068289
SM_TUSD_00068902
SM_TUSD_00068944
SM_TUSD_00068965
SM_TUSD_00068983
SM_TUSD_00069063
SM_TUSD_00069154
SM_TUSD_00069556
SM_TUSD_00069773
SM_TUSD_00071523
SM_TUSD_00071524
SM_TUSD_00071525
SM_TUSD_00071526

| | | |
|---|---|---|
| SM_TUSD_00071527 | SM_TUSD_00106407 | SM_TUSD_00129038 |
| SM_TUSD_00071528 | SM_TUSD_00106679 | SM_TUSD_00134151 |
| SM_TUSD_00071529 | SM_TUSD_00111250 | SM_TUSD_00134154 |
| SM_TUSD_00071530 | SM_TUSD_00112359 | SM_TUSD_00134157 |
| SM_TUSD_00071531 | SM_TUSD_00112488 | SM_TUSD_00135577 |
| SM_TUSD_00071532 | SM_TUSD_00112565 | SM_TUSD_00138332 |
| SM_TUSD_00071533 | SM_TUSD_00112765 | SM_TUSD_00139046 |
| SM_TUSD_00071557 | SM_TUSD_00112991 | SM_TUSD_00139371 |
| SM_TUSD_00072193 | SM_TUSD_00112992 | SM_TUSD_00140470 |
| SM_TUSD_00072195 | SM_TUSD_00114221 | SM_TUSD_00142531 |
| SM_TUSD_00080510 | SM_TUSD_00114222 | SM_TUSD_00146102 |
| SM_TUSD_00081414 | SM_TUSD_00114253 | SM_TUSD_00146106 |
| SM_TUSD_00081417 | SM_TUSD_00114254 | SM_TUSD_00146136 |
| SM_TUSD_00081419 | SM_TUSD_00114507 | SM_TUSD_00149005 |
| SM_TUSD_00083606 | SM_TUSD_00116272 | SM_TUSD_00149007 |
| SM_TUSD_00091277 | SM_TUSD_00116512 | SM_TUSD_00149104 |
| SM_TUSD_00091478 | SM_TUSD_00119065 | SM_TUSD_00149605 |
| SM_TUSD_00091725 | SM_TUSD_00120266 | SM_TUSD_00150066 |
| SM_TUSD_00092012 | SM_TUSD_00122706 | SM_TUSD_00150069 |
| SM_TUSD_00092207 | SM_TUSD_00122708 | SM_TUSD_00150074 |
| SM_TUSD_00092251 | SM_TUSD_00125047 | SM_TUSD_00150091 |
| SM_TUSD_00097344 | SM_TUSD_00125808 | SM_TUSD_00161398 |
| SM_TUSD_00098353 | SM_TUSD_00128081 | SM_TUSD_00161446 |
| SM_TUSD_00099872 | SM_TUSD_00128084 | SM_TUSD_00162266 |
| SM_TUSD_00101144 | SM_TUSD_00128087 | SM_TUSD_00162288 |
| SM_TUSD_00101564 | SM_TUSD_00128094 | SM_TUSD_00162340 |
| SM_TUSD_00101569 | SM_TUSD_00128219 | SM_TUSD_00163110 |
| SM_TUSD_00101749 | SM_TUSD_00128224 | SM_TUSD_00165719 |
| SM_TUSD_00103737 | SM_TUSD_00128838 | SM_TUSD_00169552 |
| SM_TUSD_00104205 | SM_TUSD_00129036 | SM_TUSD_00169582 |

| | | |
|---|---|---|
| SM_TUSD_00169584 | SM_TUSD_00413762 | SM_TUSD_00414011 |
| SM_TUSD_00178494 | SM_TUSD_00413763 | SM_TUSD_00434727 |
| SM_TUSD_00179470 | SM_TUSD_00413775 | SM_TUSD_00438899 |
| SM_TUSD_00180593 | SM_TUSD_00413776 | SM_TUSD_00438911 |
| SM_TUSD_00183309 | SM_TUSD_00413781 | SM_TUSD_00480079 |
| SM_TUSD_00206477 | SM_TUSD_00413782 | SM_TUSD_00480080 |
| SM_TUSD_00223081 | SM_TUSD_00413783 | SM_TUSD_00480159 |
| SM_TUSD_00223086 | SM_TUSD_00413784 | SM_TUSD_00486309 |
| SM_TUSD_00223093 | SM_TUSD_00413785 | SM_TUSD_00486311 |
| SM_TUSD_00227083 | SM_TUSD_00413786 | SM_TUSD_00493945 |
| SM_TUSD_00285730 | SM_TUSD_00413787 | SM_TUSD_00499973 |
| SM_TUSD_00306399 | SM_TUSD_00413789 | SM_TUSD_00499974 |
| SM_TUSD_00306400 | SM_TUSD_00413790 | SM_TUSD_00519821 |
| SM_TUSD_00312988 | SM_TUSD_00413791 | SM_TUSD_00519823 |
| SM_TUSD_00342105 | SM_TUSD_00413854 | SM_TUSD_00519825 |
| SM_TUSD_00358449 | SM_TUSD_00413879 | SM_TUSD_00519827 |
| SM_TUSD_00358694 | SM_TUSD_00413880 | SM_TUSD_00578652 |
| SM_TUSD_00359615 | SM_TUSD_00413909 | SM_TUSD_00578654 |
| SM_TUSD_00365950 | SM_TUSD_00413910 | SM_TUSD_00578658 |
| SM_TUSD_00365951 | SM_TUSD_00413911 | SM_TUSD_00595153 |
| SM_TUSD_00365952 | SM_TUSD_00413912 | SM_TUSD_00595163 |
| SM_TUSD_00365953 | SM_TUSD_00413913 | SM_TUSD_00595164 |
| SM_TUSD_00365954 | SM_TUSD_00413914 | SM_TUSD_00102460 |
| SM_TUSD_00365955 | SM_TUSD_00413915 | SM_TUSD_00116466 |
| SM_TUSD_00365956 | SM_TUSD_00413916 | SM_TUSD_00340033 |
| SM_TUSD_00367993 | SM_TUSD_00413917 | SM_TUSD_00003517 |
| SM_TUSD_00385912 | SM_TUSD_00413918 | SM_TUSD_00058257 |
| SM_TUSD_00391790 | SM_TUSD_00413919 | SM_TUSD_00464074 |
| SM_TUSD_00407591 | SM_TUSD_00413937 | SM_TUSD_00142656 |
| SM_TUSD_00413761 | SM_TUSD_00413971 | SM_TUSD_00284325 |

SM_TUSD_00215141
SM_TUSD_00406714
SM_TUSD_00158893
SM_TUSD_00179470
SM_TUSD_00133119
SM_TUSD_00128838,
SM_TUSD_00183309
SM_TUSD_00416759
SM_TUSD_00407629
SM_TUSD_00303063