# EXHIBIT D

# EXPERT REPORT
# OF
# MATTHEW G. SPRINGER, Ph.D.
# FOR
# TUCSON UNIFIED SCHOOL DISTRICT

**July 11, 2025**

# TABLE OF CONTENTS

I. Introduction and Executive Summary of Opinions ... 1
II. Qualifications ... 2
III. Compensation and Prior Testimony ... 5
IV. Materials Considered and Relied Upon ... 5
V. Analysis and Opinions ... 6
A. Long-term trends in student learning outcomes, classroom dynamics, school environment, and staff job satisfaction refute TUSD's allegations regarding the detrimental effect of student social media use. ... 6
1. Trends in Student Proficiency ... 9
2. Trends in High School Graduation Rates ... 17
3. Trends in Classroom Behavior ... 20
4. Trends in Staff Job Satisfaction ... 22
5. Trends in Reports of Student Bullying ... 24
B. Plaintiff's experts fail to consider the complex array of factors that research has identified as being associated with students' mental health and well-being ... 28
C. Claims by Plaintiff's experts lack a foundation in rigorous scientific methods. ... 32
1. Dr. Hoover's literature review fails to conform to established best practices. ... 33
2. Dr. Hoover fails to provide sufficient detail regarding the empirical methods employed to support her proposed plan. ... 38
3. Mr. Klein's methodology is fundamentally flawed, undermining Dr. Ward's calculations. ... 42
4. Dr. Ward's time percentage allocation for non-teaching staff lacks a factual basis. ... 45
5. Mr. Meyers fails to employ a reliable methodology in assigning percentages of vendor invoices to the Defendant's alleged improper actions. ... 46
D. Dr. Hoover's plan is marked by inefficient uses of funding, unnecessary expenditures, and a potential for unintended negative consequences. ... 49

## I. Introduction and Executive Summary of Opinions

1. I have been retained to evaluate Tucson Unified School District's ("TUSD" or "Plaintiff") claims regarding the alleged negative impact of Defendants' platforms (TikTok, Instagram, Facebook, Snapchat, and YouTube) on its finances and the well-being of the students it serves as well as review expert reports and financial analyses prepared by Plaintiff purporting to address mitigating the alleged adverse effects of social media on school district operations and student health.

2. Drawing on my experience in education finance and policy, as well as my background as an educator and the evidence provided to me, I have developed the following opinions to a reasonable degree of scientific certainty.

3. **Opinion 1:** Analyses of long-term trends in student learning outcomes, classroom dynamics, school environment, and staff job satisfaction refute TUSD's allegations regarding the detrimental effect of student social media use.

4. **Opinion 2:** Several reports by Plaintiff's experts, notably Dr. Hoover's reports dated May 16, 2025 (Hoover Report I) and May 18, 2025 (Hoover Report II), fail to consider the complex array of factors that research has identified as being associated with students' mental health and well-being. Instead, these expert reports attribute the entirety of the alleged declines solely to students' engagement with social media.

5. **Opinion 3:** The reports by Plaintiff's experts, notably Dr. Hoover, Mr. Klein, Dr. Leslie, Mr. Meyers, Dr. Osborne, and Dr. Ward, lack a foundation in rigorous scientific methods, raising concerns about the reliability of evidence and conclusions presented.

6. **Opinion 4:** The plan proposed by Dr. Hoover and budgeted by Dr. Leslie is characterized by an inefficient use of funding, unnecessary expenditures, and potential for unintended negative consequences.

## II. Qualifications

7. I am a managing partner at Basis Policy Research (Basis), an applied research and technical assistance firm specializing in education, child welfare, and housing policy and programs. I also serve as an adjunct professor in the School of Data Science and Society at the University of North Carolina at Chapel Hill. My primary specialization is education finance and policy with a focus on studying educational innovations and policies designed to enhance student educational opportunities.

8. Before returning to Basis in 2024, a firm I helped found in 2009, I was the Robena and Walter E. Hussman, Jr. Distinguished Professor of School Reform at the University of North Carolina at Chapel Hill (UNC) where I also chaired the Education Policy and Organizational Leadership area (2019 – 2023) and led the Ph.D. program in Policy, Leadership, and School Improvement (2019 – 2022). While at UNC, I taught courses on science in hyperpartisan times, politics and policymaking in America's schools, research and scholarship in education, and incentives and accountability, and chaired or served on numerous committees, including the University's Committee on Academic Freedom and Free Speech and the School of Education's Faculty Executive Council.

9. From 2006 to 2018, I served as a public policy and education professor at Vanderbilt University's Peabody College of Education and Human Development. While at Vanderbilt, I taught a variety of policy and research methods courses, including Introduction to Public Policy, Introduction to Policy Analysis, and Causal Inference in Public Policy Research. I also

founded and directed the federally funded National Center on Performance Incentives and led the establishment of a research-practice-policy partnership between the Tennessee Department of Education and Vanderbilt University.

10. I have received several recognitions and awards for my research, teaching, and service in education finance and policy, including the Award for Excellence in Research (Vanderbilt, 2007), Benefactor of the Commons Award (Vanderbilt, 2008), Faculty Excellence Award for Research and Service to the Field (Vanderbilt, 2017), the Johnston Teaching Excellence Award (UNC, 2019), and the Distinguished Teaching Award for Post-Baccalaureate Instruction (UNC, 2023). My research has also been recognized by the American Educational Research Association, the largest national education research society, and the National Education Finance Academy, an organization that serves scholars, policymakers, and practitioners in the fields of school finance, economics of education, education law, and education policy.

11. I have published more than 40 peer-reviewed academic journal articles in top economic, education, and policy journals, including *AERA Open*, *American Educational Research Journal*; *Economics of Education Review*; *Education Economics*; *Educational Evaluation and Policy Analysis*; *Education Finance and Policy*; *Educational Researcher*; *Educational Research Review*; *Journal of Research on Educational Effectiveness*; *Journal of Policy Analysis and Management, Journal of Political Economy: Microeconomics,* and *Urban Education*. I have also written or edited seven books, including the textbook, *Modern Education Finance and Policy*, as well as numerous book chapters, policy reports, and other articles.

12. With over two decades of experience in leading large-scale research, evaluation, and technical assistance projects within the education sector, I have served as Principal Investigator or Co-Principal Investigator on projects totaling more than $70 million in external funding. This work has been supported at the federal level by the U.S. Department of Education (USDOE), the USDOE's Institute of Education Sciences, the U.S. Department of Health and Human Services' Centers for Medicaid and Medicare, and its National Institute of Child Health and Human Development, along with numerous foundations and local and state education agencies, including the John M. Belk Endowment, Michael and Susan Dell Foundation, New York Department of Education, North Carolina Collaboratory, North Carolina Department of Public Instruction, Smith Richardson Foundation, Tennessee Department of Education, and Texas Education Agency. My funded research typically relies on large longitudinal databases from school districts, state education agencies, national assessment firms, and federal repositories, which are then supplemented with novel survey instruments or qualitative data collection activities to better understand the mechanisms of program and policy problems and impacts.

13. I regularly provide consultation to public leaders, government agencies, and international organizations, including entities such as the U.S. Department of Education, the U.S. Government Accountability Office, and the Organization for Economic Cooperation and Development. I have also consulted internationally with the governments of China, Mexico, and the United Kingdom. I currently serve on the Society for Research on Educational Effectiveness Board of Directors and on the editorial boards of the American Educational Research Journal and Educational Researcher, two of the leading peer-reviewed scientific journals focused on education.

14. I earned my B.A. with honors in psychology and education from Denison University in 1998 and my PhD from Vanderbilt University in 2006, where I specialized in education finance and policy. Additional information about my expertise can be found on my curriculum vita, which is attached to this report as Appendix A.

## III. Compensation and Prior Testimony

15. My firm charges $500 per hour for my services and $250 per hour for those of my research assistants.

16. In the past five years, I have testified as an expert by deposition in one case: In Re Delaware Public Schools Litigation, Delaware Court of Chancery, C.A. No. 2018-0029-VCL. I have provided expert reports for the above-referenced Delaware case and in New Yorkers for Students' Educational Rights, et al. v. State of New York.

17. My analyses are ongoing, and I retain the right to supplement and amend my opinion as necessary.

## IV. Materials Considered and Relied Upon

18. I reviewed various case materials in preparing this report, including the reports of Dr. Hoover, Mr. Klein, Dr. Leslie, Mr. Meyers, Dr. Osborne, and Dr. Ward. The full list of materials considered is attached to this report as Appendix B.

## V. Analysis and Opinions

### A. Long-term trends in student learning outcomes, classroom dynamics, school environment, and staff job satisfaction refute TUSD's allegations regarding the detrimental effect of student social media use.

19. Expert reports by Dr. Hoover, Dr. Leslie, Dr. Osborne, and Dr. Ward claim or accept the claim that there have been significant adverse effects from social media on student learning and wellbeing, the classroom and school environments, and staff job satisfaction. In Hoover Report I, for example, all six opinions claim adverse or damaging effects of "student social media use on school districts, schools, the school environment, student well-being and learning."[1] Dr. Hoover also notes that "research suggests that social media use can have a notable impact on teachers' morale and job satisfaction,"[2] and that, in one instance, social media caused a TUSD teacher to quit.[3] Similarly, Dr. Osborne argues that social media "hinder learning objectives and negatively impact teacher morale"[4] and anecdotally reduce "teacher's ability to manage instruction" and "administrator's responsibility to maintain and environment conducive to learning."[5]

20. As a starting point, these claims fail to identify or even purport to identify any causal link between Defendants' at-issue conduct and these alleged adverse effects. Plaintiff's experts do not distinguish between effects of: (a) the *content* found on Defendants' platforms (or features that I understand that the Court has ruled are not at issue) from the at-issue features

[1] May 16, 2025 Expert Report of Dr. Shannon Hoover [hereinafter referred to as Hoover Report] at ¶ 5.
[2] *Id*. at ¶ 58.
[3] *Id*. at ¶ 59.
[4] May 16, 2025 Expert Report of Brian Osborne [hereinafter referred to as Osborne Report], at ¶ 66.
[5] *Id*. at ¶ 71.

of Defendants' platforms (or Defendants' alleged failure to warn)[6] and (b) social media generally and the alleged effects of Defendants' platforms specifically. Additionally, they do not distinguish between: (a) harm related to "addicted" or compulsive use of Defendants' platforms (as opposed to adolescents using the platforms in a non-"addicted" manner) and (b) harms allegedly caused by any individual Defendants' platform. This shows the Plaintiff's experts have drawn no connection between the alleged harms that have supposedly occurred and the conduct at issue in this lawsuit. Likewise, and as I note throughout this report, Dr. Hoover's comprehensive school mental health plan is untethered to the at-issue features or the Defendants' platforms.

21. Beyond this critical failing, evidence does not even support what Plaintiff's claim about the alleged harms of social media generally. I show this by examining longitudinal data on TUSD from three sources: the Education Data Center's (EDC) State Assessment Data Repository (SADR); the Arizona Department of Education's Accountability and Research Data; and TUSD's School Quality Survey. To analyze these data, I rely on descriptive analysis, which

---

[6] As I understand it, "at-issue" features include, among other things, alleged failures (1) "to implement robust age verification processes to determine users' ages . . . [2] to implement default protective limits to the length and frequency of use sessions . . . [3] to label content that has been edited, such as by applying filter . . . [and 4] to create adequate processes for users to report suspected CSAM to defendants' platforms." Order Granting in Part and Denying in Part Defendants' Motion to Dismiss the School District and Local Government Entities' Master Complaint, *In Re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation*, October 24, 2024 ("Motion to Dismiss Order"), pp. 13–14. In addition, I understand that even though the Court has dismissed claims that the Defendants designed or implemented certain features to promote compulsive and addictive use of their platforms, it is permitting Plaintiffs to pursue claims that Defendants failed to warn about the risk of addiction from certain of these features, including, among other things: "[1] Failing to put default protective limits to the length and frequency of sessions . . . [2] [n]ot providing a beginning and end to a user's "Feed" . . [3] [l]imiting content to short-form and ephemeral content, and allowing private content . . . [4] [u]se of algorithms to promote addictive engagement [and 5] [t]he timing and clustering of notifications of *defendants'* content to increase addictive use." Id. at 14.

plays a critical role in the scientific process for identifying and describing trends and variation in populations.[7]

22. This analysis reveals five key findings that directly challenge the assertions and undermine claims of causal harm put forth by Plaintiff's experts:

- First, trends in student learning as reflected in TUSD 8th and 11th grade student proficiency rates do not indicate the significant declines in student achievement that have been claimed.
- Second, TUSD high school graduation rates further reinforce this conclusion, demonstrating consistent completion rates over time.
- Third, when examining perceptions of classroom behavior among TUSD students, staff, and parents, my analyses reveal no significant declines in the overall classroom environment, suggesting that the classroom learning environment has not been negatively harmed by the use of social media among students.
- Fourth, staff job satisfaction with TUSD remains mostly consistent over time, as indicated by staff contentment with their current positions, their satisfaction with the school environment, and their desire to continue working in TUSD.[8]

---

[7] See, for instance, Loeb, S., Dynarski, S., McFarland, D. Morris, P, Reardon, S., and Reber, S. (2017). Descriptive analysis in education: A guide for researchers. Washington, DC: *United States Department of Education's Institute of Education Sciences*. Retrieved from https://files.eric.ed.gov/fulltext/ED573325.pdf; Finnigan, K. (2025). Research Use. In Live Handbook of Education Policy Research, in D. Harris (Ed.), *Association for Education Finance and Policy*. Retrieved from https://livehandbook.org/miscellaneous/research-use/.

[8] Even if an association were found between increased social media use and any of these outcomes, it would still be insufficient to establish causation. Instead, there would need to be evidence from a rigorous experimental or quasi-experimental study that effectively rules out potential confounders and addresses threats to both internal and external validity.

- Lastly, student, staff, and parent perceptions of bullying and harassment in schools have not shown any negative changes over time, once again, suggesting that the generalized claims made by the Plaintiff's experts regarding social media are absent.

**1. Trends in Student Proficiency**

23. To report on trends in student learning over time, I use data from both the EDC's SADR and the Arizona School Report Cards. SADR is a comprehensive state assessment database that includes assessment data from all states for grades 3 through 8, spanning the 2009-10 through 2023-24 school years.[9] SADR is well-designed for examining trends in student learning because it contains student proficiency rates by grade in a single repository, along with the tests administered each academic year over an extended period. In contrast, state departments of education typically report a more limited number of years in their repositories (*e.g.*, Arizona reports proficiency rates back to the 2017-18 school year in a single repository, though these data cannot be downloaded into a single file).

24. SADR is a reliable data resource that undergoes a rigorous review and verification process. For academic outcomes, such as the percentage of students meeting or exceeding state-defined benchmarks, EDC maps variables and data labels onto a standardized set of descriptors and then vets its data for unexpected values, comparing outliers against a sample within the state.[10]

---

[9] At the beginning of the 8th grade period, schools were impacted considerably by the Great Recession of 2008. One study reported that per pupil spending dropped by around seven percent and for each $1,000 decline in per-pupil spending test scores dropped by 0.038 standard deviations and college-going rates dropped by 1.24 percentage points (Jackson, Wigger, and Xiong, 2020). Another calculated that roughly 300,000 employees lost their jobs (Evans, Schwab, and Wagner, 2019). Jackson, C.K., Wigger, C., and Xiong, H. (2021). Do school spending cuts matter? Evidence from the Great Recession. *American Economic Journal: Economic Policy*, 13(2), 304-335. Evans, W.N., Schwab, R.M., and Wagner, K.L. (2017). The Great Recession and Public Education. *Education Finance and Policy*, 9, 1-50.

[10] Education Data Center. (2025). State Assessment Data Repository (Version 2.1). Retrieved June 23, 2025 from https://www.zelma.ai/data.

Once this is complete, EDC researchers perform a series of consistency checks to ensure, for example, that summed subgroups equal the total number of students. Finally, the EDC appends codebooks, changelogs, and technical documentation to its data for public access, ensuring that the cleaning and verification processes are transparent and replicable for researchers. For these analyses, I focus on 8th grade proficiency rates in math and ELA in TUSD as well as state and national averages.

25. The Arizona School Reports Cards is comprehensive, state-mandated data collection and reporting mechanism that captures information on all public schools and districts across the state. Data from the School Report Cards are updated annually and contain detailed information on academic performance, one-year lagged graduation rates, student demographics, and school characteristics. I focus on assessment data for grade 11 spanning the 2017-18 through 2023-24 school years. I do not use data prior to 2018 because, as best I can tell, these data are not publicly available. Additionally, school districts in Arizona had considerable flexibility on the standardized assessment they administered to 11th graders, and the primary assessments used changed on multiple occasions (more so than I documented in 8th grade). The AZ School Report Cards do not report statewide averages for the 11th grade assessments.

26. Grades 8 and 11 were selected for two reasons. First, Plaintiff's claims, such as in Mr. Klein's survey, focus on social media use in middle and high school students. Thus, I report data for each of these groups. Second, grade 11 is the only high school year in which TUSD students consistently take standardized math and English Language Arts (ELA) assessments.

27. To show the results of my descriptive analysis, I report a series of figures that plot the percentage of students in TUSD who meet or exceed the state-defined proficiency benchmark

in math or ELA over time. In these figures, the y-axis represents the percentage of 8th or 11th grade students proficient or above, and the x-axis indicates the school year in which students took the statewide standardized assessment. For the 8th grade sample, I also report the name of the statewide standardized assessment administered. I make note of the test administered because when standardized assessments are revised or changed (e.g., content, format, or administration procedures), there's potential for scores to shift.[11]

28. These testing effects are most evident when the 8th grade assessment was switched from the Arizona Instrument to Measure Standards (AIMS) to the Arizona Measurement of Educational Readiness to Inform Teaching (AzMERIT) between the 2013-14 and 2014-15 school years.[12] I do not see a pronounced testing effect between AzMERIT and the new iteration, AzM2, because they are also essentially the same standardized test used in the state as detailed in Camdium's technical report on the assessments.[13] Additionally, there is no noticeable drop in proficiency rates in 8th grade when the state began administering Arizona's

---

[11] The volatility of test scores to changes in assessments is well-documented. See, for example, Linn, R. L., Graue, M. E., and Sanders, N. M. (1990). Comparing state and district test results to national norms: The validity of the claims that Everyone is above average.' *Educational Measurement: Issues and Practice*, 9(3): 5-14; Linn R.L. (2000). Assessment and Accountability. *Educational Researcher*, 29(2), 4-16; Koretz, D.M. (2002). Limitations in the Use of Achievement Tests as Measures of Educators' Productivity. *Journal of Human Resources*, 38 (2002), pp.752-77; Daniel Koretz, Alignment, high stakes, and the inflation of test scores (2005). Yearbook of the *National Society for the Study of Education*, 104(2), 99-118.

[12] American Institutes for Research (2015). Recommending AzMERIT Performance Standards: Technical Report. Washinton, DC: Author. Retrieved from https://www.azed.gov/sites/default/files/2016/12/spring-2015-azmerit-standard-setting_091415.pdf?id=5846d5b4aadebe0cf0337f5e.

[13] Cambium Assessment and Arizona Department of Education (2021). Annual Technical Report: Arizona Statewide Assessment in English Language Arts and Mathematics: 2020-2021 School Year. Arlington, VA: Cambium Assessment. Retrieved from https://www.azed.gov/sites/default/files/2022/02/SY2020-21_AzMERIT_Annual%20Technical%20Report.pdf. Notably, data are unavailable during the pandemic, a period when one would have expected a drop in test scores.

Academic Standards Assessment (AASA) in the 2021-22 school year because the AASA assessment remained aligned with the same standards and had the same cut score as detailed in Pearson's technical report on the assessment.[14]

29. I also report the percentage of 8th grade students in Arizona who meet or exceed the proficiency benchmark (as noted, statewide data is unavailable for 11th grade proficiency rates). Including the statewide average provides a helpful reference point for interpreting these data and situating them within the context of the allegations made by TUSD and its experts. As a final reference point, Table 1 reports the year in which a major social media platform was introduced in the United States, helping to anchor when one might expect the harms that Plaintiff alleges to start appearing. Use of these platforms increased over time, and at least at some point after their introduction, one would expect to see an impact if one actually took place.

**Table 1. Year social media platforms became officially available**

| Year | Platform |
|---|---|
| 2004 | Facebook |
| 2005 | YouTube |
| 2006 | Twitter (now X)[15] |
| 2010 | Instagram |
| 2011 | Snapchat |
| 2016 | TikTok |

30. Figures 1 and 2 display the average percentage of students meeting or exceeding the statewide proficiency benchmark in grade 8 in math and English Language Arts (ELA), respectively. As shown, there is no evidence of a noteworthy decline in academic proficiency in math or ELA,

[14] Pearson (2022). AASA: Arizona ELA & Mathematics Assessment 2022 Technical Report. New York, NY: Author. Retrieved from https://www.azed.gov/sites/default/files/2023/09/AASA_2022_Technical_Report.pdf.
[15] X is not a party to this lawsuit, but as it is a popular social media site and, as noted by Plaintiff's experts address social media generally, it is included for reference.

either statewide or TUSD before the pandemic, which runs counter to claims that the rise of social media has led to worsening academic outcomes for students. Test scores remained generally stable or possibly improved slightly from 2015 to 2019, a period during which TikTok came online and more teens engaged with Instagram and Snapchat.[16]

31. I interpret the increase in the percentages of students meeting or exceeding the proficiency threshold from 2014-15 through 2018-19 conservatively, because student test performance can improve slightly with each subsequent administration of a particular test as students become more familiar with the test. The gap in proficiency rates between the statewide and TUSD average remained mostly stable in Math and increased slightly in ELA over this period. And, as I will show in the following four subsections, other important measures of student performance (4-year graduation rates), classroom environment (student classroom behavior), and school environment (student bullying and harassment; staff job satisfaction) either improved or mainly remained flat over the same period. If the claims made by the Plaintiff's experts were, in fact, true, then we would expect to have seen evidence of a decline across these numerous measures.

32. Figures 1 and 2 also show a noticeable disruption in the testing trends for TUSD from the 2018-19 school year to the 2021-22 school year, as well as for Arizona from 2018-19 to 2020-21. During this period, TUSD experienced a slight drop in 8th grade math proficiency rates (18% to 12%). This decline in student performance can be attributed to pandemic-related

[16] See, for example, Vogels, E.A., Gelles-Watnick, R., and Massarat, N. (2022). Teens, social media, and technology 2022. Washington, DC: *Pew Research Center*, Retrieved from https://www.pewresearch.org/wp-content/uploads/sites/20/2022/08/PI_2022.08.10_Teens-and-Tech_FINAL.pdf.

disruptions to learning and align with findings from nationwide analyses,[17] as well as widespread media reports on learning loss.[18] Notably, the drop emerged when students returned to school from the pandemic and was not evident before this period. Student learning in TUSD was not on a downward trajectory before the pandemic, despite the considerable increase in social media usage among youth during that time.[19] This not only suggests that most learning challenges shown during this period are directly linked to the disruptions caused by the pandemic, but it also aligns with findings from nationwide analyses,[20] as well as widespread media reports on learning loss.[21]

---

[17] Dewey, D. C., Fahle, E., Kane, T. J., Reardon, S. F., and Staiger, D. O. (2025). Pivoting from pandemic recovery to long-term reform: A district-level analysis. Cambridge, MA: Center for Education Policy Research at Harvard University. Retrieved from https://educationrecoveryscorecard.org/wp-content/uploads/2025/02/Pivoting-from-Pandemic-Recovery-to-Long-Term-Reform-A-District-Level-Analysis.pdf; Halloran, C., Hug, C., Jack, R., and Oster, E. (2023). Post Covid-19 test score recovery: Initial evidence from state testing data. NBER Working Paper No. w31113. Retrieved from DOI: 10.3386/w31113.

[18] See, for example, The Editorial Board Opinion. The startling evidence of learning loss is in, *The New York Times*, November 18, 2023;Barnum, M. Learning loss hits the U.S. hard. It's as bad or worse across the world. *The Wall Street Journal*, December 5, 2023.

[19] See, for example, Vogels, E.A., Gelles-Watnick, R., and Massarat, N. (2022). Teens, social media, and technology 2022. Washington, DC: Pew Research Center, Retrieved from https://www.pewresearch.org/wp-content/uploads/sites/20/2022/08/PI_2022.08.10_Teens-and-Tech_FINAL.pdf.

[20] Dewey, D. C., Fahle, E., Kane, T. J., Reardon, S. F., and Staiger, D. O. (2025). Pivoting from pandemic recovery to long-term reform: A district-level analysis. Cambridge, MA: Center for Education Policy Research at Harvard University. Retrieved from https://educationrecoveryscorecard.org/wp-content/uploads/2025/02/Pivoting-from-Pandemic-Recovery-to-Long-Term-Reform-A-District-Level-Analysis.pdf; Halloran, C., Hug, C., Jack, R., and Oster, E. (2023). Post Covid-19 test score recovery: Initial evidence from state testing data. NBER Working Paper No. w31113. Retrieved from DOI: 10.3386/w31113.

[21] See, for example, The Editorial Board Opinion. The startling evidence of learning loss is in, *The New York Times*, November 18, 2023 and Barnum, M. Learning loss hits the U.S. hard. It's as bad or worse across the world. *The Wall Street Journal*, December 5, 2023.

Figure 1. Percentage of Students Scoring Proficiency or Above
8th Grade – Math




Figure 2. Percentage of Students Scoring Proficiency or Above
8th Grade – ELA




33. Figure 3 reports on similar trends in math proficiency rates for 11th grade students starting in the 2017-18 school year, the first year in which data is publicly available and when there started to be greater consistency in the assessment administered by school districts.[22] As shown, the alleged decline in student learning is not present. Student proficiency rates

[22] Note that Figure 3 combines the 2019-20 and 2020-21 school years into a single data point to minimize the size of the gap in relation to school years with proficiency rate data. TUSD reported the AzMERIT test data in 2017-18 and then ACT data starting in the 2018-19 school year.

improved by 3 percentage points from 2017-18 to 2018-19 school years and these rates were remarkably unchanged when students returned from the pandemic. Following the pandemic, these rates decreased by 1 percentage point between the 2022 and 2023 school years and 2 percentage points between 2023 and 2024. They never dipped below the 2018 baseline.

34. Figure 4 reports on the same trends for ELA proficiency rates. These rates improved by 6 percentage points from the 2018 to 2019 school years and then dropped by 4 percentage points when students returned from the pandemic.[23] ELA proficiency rates remained unchanged between the 2021-22 and 2022-23 school years and then decreased by 1 percentage point in 2023-24. Collectively, these data show relatively consistent rates over time, despite the presence of social media. Additionally, they generally align with testimony from TUSD's superintendent that the letter grades from the Arizona Department of Education associated with TUSD schools have improved from the 2016-17 to 2023-24, despite the presence of social media.

[23] Note that Figure 4 combines the 2019-20 and 2020-21 school years into a single data point to minimize the size of the gap in relation to five school years with proficiency rate data.







### 2. Trends in High School Graduation Rates

35. Student graduation rates serve as another important measure as they reflect a student's readiness for future academic and professional pursuits, as well as the development of key lifelong skills.[24] Research also shows that high school graduation is associated with the

[24] Belfield, C. R., & Levin, H. M. (2007). *The price we pay: economic and social consequences of inadequate education*. Washington, DC: *The Brookings Institution*.

likelihood to vote and volunteer,[25] along with other long-term life outcomes, including earnings, health, mortality, crime rates, and use of social safety net programs.[26] Examining graduation rates in the context of Plaintiff's allegation not only provides another measure of student performance but also allows me to examine student performance trends at the high school level over a longer period than 11th grade proficiency rate data was available.

36. For my analysis of graduation rate, I use data from the Arizona Department of Education's Accountability and Research Data Division.[27] I focus on trends for the 4-year graduation rate, which is calculated by tracking individual students as a cohort from their expected year of graduation. More specifically, it represents the percentage of students who graduate within four years of entering high school. This approach to calculating graduation rates adheres to non-regulatory federal guidelines established under the Obama administration's Every Student Succeeds Act (ESSA) and follows recommended federal business rules and calculation methodologies that have been refined over the years.[28]

---

[25] See, for example, DiPaoli, J. L., Fox, J. H., Ingram, E. S., Maushard, M., Bridgeland, J. M., & Balfanz, R. (2015). *Building a Grad Nation: progress and challenge in ending the high school dropout epidemic*. Washington, DC: *America's Promise Alliance*; Bureau of Labor Statistics (2016). Volunteering in the United States - 2015. Washington, DC: Author. Retrieved from https://www.bls.gov/news.release/pdf/volun.pdf; Dietz, N. and Grimm, R.T. (2023). Understanding generosity: A look at what influences volunteering and giving in the United States. University of Maryland's School of Public Policy Do Good Institute. Retrieved from https://dogood.umd.edu/sites/default/files/2023-10/UnderstandingGenerosityReport_DoGoodInstitute_11.2023.pdf.
[26] In the edited volume by Belfield and Levin (2007), see chapters written by Rouse (consequences for the labor market), Muennig (consequences in health status and costs), Moretti (crime and the costs of criminal justice), and Walfogel, Garfinkel, and Kelly (welfare and the costs of public assistance).
[27] Retrieved from https://www.azed.gov/accountability-research/data/
[28] For federal guidance, see US Department of Education (2017). Every Student Succeeds Act high school graduation rate non-regulatory guidance. Washington, DC: Author. Retrieved from https://www.ed.gov/sites/ed/files/policy/elsec/leg/essa/essagradrateguidance.pdf. https://azreportcards.azed.gov/state-reports. For historical take on challenges in calculating

37. Figure 5 displays the 4-year graduation rate by plotting the average graduation rate for TUSD students and students statewide from the 2011-12 school year through the 2023-24 school year (2011-12 is the earliest year for which data were available). The x-axis reports the school year and the y-axis is the percentage of students who graduate within four years of entering high school.

Figure 5. Four Year Graduation Rates




38. The TUSD 4-year graduation rate remained fairly level from the 2011-12 through 2023-24 school years, varying within a 6-percentage-point window from about 80% to 86%. TUSD's 4-year graduation rate peaks in 2015 (85.9%) after functionally plateauing until the pandemic, when it falls and continues to decline until 2022. In recent post-pandemic years, however, TUSD has begun recovering its 4-year graduation rate and, as of the 2023-24 school year, approximately 82% of students obtained their diplomas, nearing the pre-pandemic rates of 84%. Notably, TUSD's graduation rate is higher than the Arizona average over the entire 11-year period.

---

graduation rates, see Roy, J. and Mishel, L. (2006). Rethinking high school graduation rates and trends. Washington, DC. *Economic Policy Institute*. Retrieved from https://files.epi.org/page/-/old/books/rethinking_hs_grad_rates/rethinking_hs_grad_rates-FULL_TEXT.pdf.

### 3. Trends in Classroom Behavior

39. To examine whether social media has negatively impacted the classroom environment, I turn to publicly available data from TUSD's SQS, a district-wide instrument administered annually by the Assessment and Evaluation Department, an information source that Plaintiff's experts do not report on. For each question on the SQS, respondents are offered four possible response categories: strongly agree, agree, disagree, and strongly disagree. For my descriptive analysis, I focus on a question that asks students, staff, and parents to respond to the following prompt: *Students behave during this class*. I then combine the "strongly agree" and "agree" categories and plot the percentage of respondents who "strongly agree" or "agree" with each statement for the 2011-12 through 2023-24 school years. Combining similar positive (or negative) categories is a common practice in the analysis of survey data, particularly for reporting and visualizing findings, highlighting overall trends and broad patterns, and facilitating the communication of key findings.[29]

[29] The School Quality Survey data complements the first two data sources – SADR and the AZ School Report Cards – by offering insights into the conditions and practices that the plaintiff reports as being negatively impacted by social media. Most items on the survey have been implemented consistently for more than two decades, allowing for trend analysis and examination of changes in stakeholder perceptions over time. My analysis starts in 2011-12 school years as this is the first school year that data are publicly available on TUSD's website. The survey is typically administered online in January of each school year with separate versions for students (k-2), students (3-12), staff, and parents. Staff and parents receive an email with a link to the instrument, while students log in to complete the survey during the school day. The parent survey is also translated into multiple languages. TUSD does not disclose response rates for the SQS; however, the total number of respondents is available, enabling me to calculate approximate response rates over time. I do not know how many students, staff, and parents were invited to participate. Student response rates fluctuated between 43.9% and 66.8%, depending on the year and specific questions asked. Staff response rates varied from 54% to over 80%, based on the assumption that the district employed approximately 4,000 teachers and staff from 2012 to 2017, 3,750 from 2018 to 2021, and 3,500 from 2022 to 2024. During this period, the CCD reported that TUSD employed between

40. If student social media use significantly disrupts classroom dynamics, making it challenging for teachers to teach effectively, students to focus on instruction, and subsequently imperiling student learning as alleged by Plaintiff's experts,[30] one would naturally expect this reality to be captured on student, staff, and/or parent perceptions of student behavior in the classroom environment. However, as reported in Figure 6, there is no evidence that student, staff, and parent perceptions of student behavior during class have changed at all. There is, therefore, no evidence that social media has caused a deterioration in student conduct as measured by the SQS. Across all three respondent groups, the percentage of respondents agreeing or strongly agreeing that "students behave in this class" has remained stable or improved in recent years.

41. Staff and parent perceptions also show generally increasing agreement from the 2021-22 through 2023-24 school years.[31] These trends indicate that, contrary to claims made by Plaintiff's experts, there is no evidence of a widespread or worsening problem with student behavior in 3rd through 12th grade classrooms based on the perspectives of students, staff, or parents over time.[32]

---

2,402 and 2,700 elementary and secondary teachers, thus I consider these rates conservative. I do not calculate a parent response rate given the number of intervening factors to consider, e.g., number of children, survey accessibility, and number of parents or guardians of student responding, etc. In terms of number of parents that responded to questions, there was a peak of 13,872 responses in 2011-12 and a low of 5,290 in 2023-24 school year. This decline significantly outpaced decreases in overall enrollment. Even though survey participation among parents is considerably lower, and a parent's understanding of the survey topics may be incomplete, I include parent data as it offers another data point into key issues alleged by the Plaintiff's experts, with the understanding of its limitations.

[30] Hoover Report at ¶¶ 35-57; Osborne report at ¶¶ 4, 71, 82, 97.

[31] Parent survey data is not reported in 2018-19 school year.

[32] Although the sharp increases in the percentages of students, staff, and parents who agree or strongly agree that students behave in class seem to align with the pandemic, the SQS is usually administered in January of each academic year and Governor Ducey did not close schools until




### 4. Trends in Staff Job Satisfaction

42. Plaintiff's experts claim that the persistent need to address social media-related disruptions in the classroom can lead to frustration, reduced job satisfaction, and teacher burnout. For example, based on her experience and as supported by Plaintiff's expert reports, Dr. Hoover states that the harms associated with students' engagement with social media include "increased distraction from instruction and decreased academic focus and learning" and "diminished teaching effectiveness."[33] She also asserts that, due to social media, students have "poor interpersonal skills" that "hinder teamwork, limit participation, and cause frustration among teachers and student peers."[34] Moreover, "the emotional demands of managing social media-related challenges contribute to teacher burnout."[35] Dr. Osborne makes similar claims about teacher "burnout" and decreased teacher morale, due to social media.[36]

March of that year. Unfortunately, I could not find any publicly available information regarding the timing of the 2019-20 (or 2020-21) administration. Therefore, I focused my discussion on the general trends that are present, while also acknowledging this apparent anomaly. The wording of the questions did not change.

[33] Hoover Report at ¶ 4.

[34] *Id*. at ¶ 51.

[35] *Id.* at ¶62.

[36] Osborne Report, at ¶¶ 4, 66.

43. To investigate these claims, I once again turn to data from TUSD's SQS and, specifically, focus on the following three items on the staff survey, which uses the same "strongly agree" to "strongly disagree" response categories:

- *Overall, I am very satisfied with my school*
- *I am satisfied with my current position at TUSD*
- *I want to continue employment with the District*[37]

44. As displayed in Figure 6, there is no support for the claims made by Plaintiff's experts. From 2011-12 to 2023-24, overall school satisfaction and current position satisfaction among staff have remained consistently high, with agreement rates ranging from 85.5% to 94.2%.[38] Dissatisfaction rates have stayed low, often below 14%, and have even declined in recent years. Furthermore, the percentage of staff members indicating their intention to continue employment has remained exceptionally strong, consistently above 94%. These stable trends demonstrate that the alleged social media-related challenges have not led to widespread frustration or a decline in job satisfaction among TUSD staff. Stability and even improvement in job satisfaction contradict the claim that social media disruptions are eroding staff satisfaction or the overall learning climate in TUSD schools.

[37] The 2011-12 SQS did not have questions about staff satisfaction with their current position or their intent to return to the district.

[38] Once again, there is a slight spike in responses during the 2019-20 school year. Given that it occurs in the same year the pandemic shutdown schools, and I was unable to locate reliable information on the exact timing of the administration, I focus on the overall trend, which is remarkably positive and consistent over time, despite the introduction of social media.

Figure 7. Percentage of Staff Agreeing or Strongly Agreeing on Three Measures of Job Satisfaction




45. A counter-narrative may suggest that dissatisfied educators holding more negative views are exiting at greater rates and replaced by people who are more satisfied, thereby creating a positive (upward) bias in the statistics reported in Figure 6. However, this theory is implausible unless people leave in the same year they become dissatisfied; otherwise, we might see a sawtooth pattern in these trends. Moreover, as reported in TUSD's 2023-24 Annual Workforce Report, since at least the 2019-20 school year, there have been (a) consistently stable attrition trends among classroom teachers; (b) employee turnover rates lower than the statewide average; and (c) decreases in the percentage of vacant positions.[39]

### 5. Trends in Reports of Student Bullying

46. Plaintiff's experts claim that social media usage has resulted in bullying, cyberbullying, and online harassment.[40] For example, Hoover states that "Social media can have a pervasive

[39] Tucson Unified School District (2024). Annual Workforce Report 2023-2024. Tucson, AZ: Author. Retrieved from https://www.tusd1.org/_theme/files/human-resources/24-25/Digital%20Copy%20of%20Final%20Published%20HR%20Annual%20Workforce%20Report%202024.pdf.

[40] Hoover Report at ¶¶ 34, 61, 79, 82; Expert Report of Dr. Shannon Hoover for TUSD [hereinafter TUSD Hoover Report], May 18, 2025, at ¶¶ 48, 50; Tucson Unified School District Expert Report of Dr. Bryce Ward [hereinafter Ward Report], May 19, 2025, at fn 18.

negative impact on schools and the school environment, leading to…heightened incidents of cyberbullying that often spill over into school dynamics."[41] Similarly, Osborne alleges that "bullying episodes" are "facilitated" and amplified by the apps.[42] Because of this, Dr. Hoover recommends that anti-cyberbullying and restorative practice programming be adopted as part of her approximately $1.25 billion plan.

47. To examine the legitimacy of this claim, I focus on the following items from the student, staff, and parent survey,[43] which use the same "strongly agree" to "strongly disagree" response categories:

- Student: *This year I have rarely been the victim of bullying or harassment.*
- Staff: *This school year I have rarely observed or had reported to me students engaging in bullying or harassing behavior.*
- Parent: *I rarely hear that students bully or harass others at this school.*

48. As reported in Figure 7, there is general stability in bullying perceptions across student, staff, and parent groups over the 13 years for which I have access to data,[44] despite an increase in the number of social media platforms (see Table 1) and social media usage among teens during the same period, when platforms like Instagram, TikTok, and Snapchat gained

---

[41] Hoover Report at ¶ 34; TUSD Hoover Report at ¶¶ 46, 48, 50, 76.
[42] Osborne Report at ¶¶ 34, 68.
[43] Because the survey questions ask about bullying and harassment, as opposed to specifically cyberbullying and harassment, the question is likely to capture a more complete picture on the prevalence of in person and online bullying and harassment in schools.
[44] Similar to Figures 5 and 6, there is a spike in the percentage of respondents agreeing or strongly agreeing with there being a low incidence of student bullying and harassment. As previously noted, I focus on the overall trends because these spikes occur in same school year schools were closed for the pandemic and I was unable to find information on the exact timing of the survey being administered.

popularity.[45] This figure show that, when schooling is in person, between 70-73% of student respondents agreed or strongly agreed that they had rarely been the victim of bullying or harassment; between 65-70% of staff report that they have rarely observed or had reported to them students engaging in bullying or harassing behavior; and between 74-77% of parents agreed or strongly agreed that they rarely hear that students bully or harass others at school.[46]

Figure 8. Percentage of Students, Staff, and Parents Agreeing or Strongly Agreeing with Low Incidence of Student Bullying or Harassment




49. Following the return to in-person schooling in the 2020-21 school year, perceptions of bullying returned to pre-pandemic levels across all groups, although there is a slight uptick in the percentage of staff who rarely observed or had reported to them students engaging in bullying or harassing behavior. This pattern suggests that bullying and harassment have remained relatively stable for over a decade, and that the introduction of social media has not exacerbated the issue.

---

[45] See, for example, Vogels, E.A., Gelles-Watnick, R., and Massarat, N. (2022). Teens, social media, and technology 2022. Washington, DC: Pew Research Center, Retrieved from https://www.pewresearch.org/wp-content/uploads/sites/20/2022/08/PI_2022.08.10_Teens-and-Tech_FINAL.pdf.

[46] No parent data is reported for the 2018-19 school year.

50. Finally, I note that TUSD has not provided strong evidence that it has spent significant time focusing on student social media use.[47] TUSD's strategic plan, budget, and board documents do not identify social media as a priority.[48] In addition, as explained in Dr. Hoover's report, TUSD's initiatives to support student well-being primarily targeted longstanding issues like mental health, suicide prevention, and substance use. When social media is mentioned in connection with these efforts, it is often accompanied by qualifiers such as "to a more limited extent" (Hoover II ¶ 31) and "not exclusively focused on social media" (Hoover II ¶ 32). This suggests that while TUSD has occasionally mentioned social media in district-wide initiatives, it has not prioritized it as a focal concern. One would expect that if TUSD and its students truly faced a crisis of the alleged magnitude, the district would have a more focused and robust response to address it.

---

[47] See, for example, the April 1, 2024, April 22, 2024, May 22, 2024, June 1, 2024 and June 28, 2024 Plaintiff Fact Sheets and exhibits attached thereto submitted by TUSD.

[48] For example, TUSD published a statement addressing student violence, bullying, intimidation, and harassment on March 12, 2013 (2024-04-01 PFS Ex - Exhibit 32- JICK E2), which was then revised and adopted July 14, 2015 (2024-04-01 PFS Ex - Exhibit 32- JICK). However, based on my review of the documents, it seems that this statement has not been updated or incorporated into any formal discussions or policies, which one would expect to have occurred given the allegations raised against Plaintiffs. Moreover, in the 2023 Student Code of Conduction, the only social media platform referenced in the Harassment and Threat, Intimidation section is Twitter/X, which is not a party to this lawsuit (2024-04-01 PFS Ex - Exhibit 32 Student Code of Conduct 2023). This is very surprising given that Superintendent Trujillo testified that "Every single threat that we've had that's emanated from social media has either been TikTok, Snapchat, or – the other is Instagram." Moreover, Dr. Shivanonda states that the newest iteration of the code of conduct manual matches the type of disciplinary issues the district sees over time (Dep. 43: 16 to 44: 22), which, at least in 2023, only included Twitter/X.

### B. Plaintiff's experts fail to consider the complex array of factors that research has identified as being associated with students' mental health and well-being

51. Student mental health and well-being have been increasingly recognized as being associated with the rapidly changing social and economic climate in the United States,[49] as well as more localized issues that may be driving both increased social media usage and declines in students' well-being. These factors include socioeconomic status, access to healthcare, educational environment, and social support networks.[50] However, Dr. Hoover's reports largely overlook these potential confounders, despite the fact that they are a significant issue in Pima County, the county in which TUSD is located, and should have been accounted for in any recommendations or analyses by the Plaintiffs.[51]

---

[49] See, for example, Gautam, N., Dessie, G. Rahman, M.M., and Khanam, R. (2023). Socioeconomic status and health behavior in children and adolescents: A systematic literature review. *Frontiers in Public Health. Retrieved from* doi: 10.3389/fpubh.2023.1228632.

[50] See, for example, Viner, R.M., Ozer, E.M., Denny, S., Marmot, M., Resnick, M., Fatusi, A., and Currie, C. (2012). Adolescence and the social determinants of health. *Lancet*, 379(9826), 1641-1652. Retrieved from doi: 10.1016/S0140-6736(12)60149-4; Lynch JW, Kaplan GA, Shema SJ. (1997). Cumulative impact of sustained economic hardship on physical, cognitive, psychological, and social functioning. *New England Journal of Medicine*, 337, 1889-1895; Braveman P, Egerter S, Williams DR. (2011). The social determinants of health: coming of age. *Annual Review of Public Health*, 32, 381-98.

[51] It is also important to acknowledge that student mental health and wellbeing is not a new issue. During her Presidential Address at the American Economic Association annual meeting, Janet Currie described the notion that the child mental health crisis is a new and unprecedented phenomenon as a myth. She explained that some of the factors causing the appearance of a "new" child mental health crisis include: (a) increases in diagnoses of specific mental health challenges such as anxiety and depression; (b) broadening definitions of anxiety and depression; (c) hospitals requiring clinicians to record self-harm starting in 2015 when prior to it many reported the cause of these types of injuries as "undetermined;" (d) declines in mental health stigma; required screenings for depression among girls 12 years and older following a 2011 recommendation; and (e) and reporting incentives that enabled hospital to charge Medicare more if a mental health diagnosis was attached starting in 2007. Curry, J. (2025). Presidential Address: Investing in Children to Address the Child Mental Health Crisis. *American Economic Review*, 115(5), 1369-1399. I am also aware Dr. Hutt provides a thorough assessment of more school-specific contributing factors, including increased use of socio-emotional learning curriculum and

52. To further report on the socio-economic context in TUSD, I turned to data from the American Community Survey (ACS). The ACS is a nationwide survey administered by the U.S. Census Bureau. It reports extensive demographic, social, and economic data from a representative sample of U.S. households. Specifically, I focused on variables for median household income, the percentage of children in school living below the poverty line, and the percentage of children receiving supplemental security income. I focus on these variables because recent meta-analyses show that income and family economics can contribute to mental health and well-being among both adolescents and adults.[52] I limit the time frame to 2010-2023.

53. Second, I downloaded data on a measure of family conflict from the Arizona Youth Survey (AYS), which is modeled after the nationally recognized Risk and Protective Factor model from the Communities That Care survey.[53] The AYS is delivered on a biannual basis to a representative sample of 8th-, 10th-, and 12th-grade students across Arizona. Because these data are gathered and disseminated biannually, and data prior to 2018 is restricted access, I report on trends across 2018, 2020, 2022, and 2024. I centered my analysis of AYS data on family conflict, which estimates the risk factor for a child based on their responses to three questions around insults and arguments in their home, because it captures an environmental factor that may affect adolescent health and wellbeing that is not available on the ACS.

---

initiatives; normalizing issues related to mental health and wellbeing, and raising awareness so that students are more comfortable sharing about it.

[52] See, for example, Gautam, N., Dessie, G. Rahman, M.M., and Khanam, R. (2023). Socioeconomic status and health behavior in children and adolescents: A systematic literature review. *Frontiers in Public Health. Retrieved from* doi: 10.3389/fpubh.2023.1228632.

[53] Hawkins, J. D., Catalano, R. F., and Miller, J. Y. (1992). Risk and protective factors for alcohol and other drug problems in adolescence and early adulthood: implications for substance abuse prevention. *Psychological Bulletin*, 112(1):64–105.

Collectively, these data offer critical insight into the economic and social well-being of students in Pima County.

54. Both the ACS and AYS report data at the county level, thus I focus on Pima County, which includes the TUSD community. Pima County contains additional districts, but TUSD is the largest district in the county and comprises a sizeable proportion of the overall student population.[54] In addition, relative to the county average, median income of Tucson residents is lower ($55,708 vs $69,759), the percentage of the population with a bachelor's degree or above is lower (31.3% vs. 36.8%), and poverty rates are higher (18.6% vs 13.7%).[55] This means that my analysis of economic status and family conflict will, by virtue of the data, reflect conservative estimates of socioeconomics characteristics of students enrolled in TUSD.

55. From 2010 to 2023, the median household income in Pima County has consistently remained below both the state and national averages. When adjusted for inflation, household income declined from approximately $64,000 in 2010 to a low of $59,500 in 2016. It began to rise thereafter, reaching nearly $68,000 in 2023. Despite this upward trend, the disparity between Pima County's median household income and that of Arizona increased, growing from about $4,800 to nearly $9,000 by 2023.

56. From 2010 to 2023, the percentage of youth receiving Supplemental Security Income (SSI) in Pima County rose from 27% in 2010 to a peak of 36% in 2015. Since then, this percentage

---

[54] Based on public school search data from the National Center for Education Statistics, TUSD enrolled approximately 40,000 k-12 students during the 2023-24 school year with the remaining 15 districts in Pima County enrolling around 75,000 students. Redington and Empire Elementary Districts did not have data available. Retrieved from https://nces.ed.gov/ccd/districtsearch/.

[55] In making these comparisons, note that TUSD is not conterminous with the Tucson metro area. U.S. Census Bureau (2023). American Community Survey 1-year estimates. Retrieved from Census Reporter Profile tool, https://censusreporter.org/.

has steadily declined, reaching a low of 29.2% in 2023. While this decrease has narrowed the gap between Pima County and the U.S. average—reducing the difference from 8.4 percentage points in 2012 to 4.5 percentage points in 2023—the disparity with the Arizona average has remained. Since 2018, for example, the percentage of students in Pima County receiving SSI has consistently been 4.1 to 5.2 percentage points higher than the state average.

57. When analyzing the percentage of schoolchildren living below the poverty line, Pima County poverty rates were relatively stable from 2010 to 2015, followed by a steady decline to a low of 20.1% in 2023. Similar to previous analyses, however, the data indicates that students in Pima County face higher levels of poverty compared to both the Arizona and national averages. Additionally, even though the gap between Pima County and the national average decreased from a peak of 7 percentage points in 2016, the disparity with the Arizona average has remained consistently between 3.5 and 4.2 percentage points since that time.[56]

58. As a final point of comparison, I examine the percentage of children in Pima County identified as high risk due to family conflict. This percentage fluctuates between 40% and 45%, with peaks occurring during the two survey years most affected by the pandemic—2020 and 2022. While fewer children in Pima County were at high risk because of family conflict when compared to the statewide average in 2018 (39.6% vs 43.4%), this gap closed in 2022 when both the Pima County and statewide average reached 44%.

59. In conclusion, I find that substantial percentages of students in Pima County—and therefore TUSD—have persistently experienced social and/or economic hardship, at rates almost

---

[56] To calculate this rate, I divided the number of children in school living in poverty each year by the total number of children in school, including those not living in poverty. I observe that the percentage of Pima County children in school living in poverty is relatively stable over time, beginning at roughly 26% in 2012, peaking at 28% in 2016, then slowly falling to 20% by 2023.

always exceeding the Arizona and U.S. averages. This is consistent with the testimony of TUSD's administrators and its internal documents, which characterize TUSD's community as high poverty and struggling with homelessness, substance use, and criminally dangerous neighborhoods.[57] It is also consistent with the high percentage of students in TUSD schools eligible for free or reduced-price lunches.[58] Yet Dr. Hoover fails to consider these types of factors that potentially confound claims about the relationship between social media and student mental health and wellbeing, focusing exclusively on social media writ large, not the actual topic at issue in this litigation, i.e., specific features of Defendants' platforms.

**C. Claims by Plaintiff's experts lack a foundation in rigorous scientific methods.**

60. To reach high levels of validity and reliability, studies of the sort conducted by Dr. Hoover and Mr. Klein should adhere to rigorous scientific methods. A structured approach to inquiry means that the researchers carefully consider their research questions, data collection, measurement and analytic methods, results, and conclusions drawn from those results.[59] By following a scientific framework, researchers can minimize bias, account for confounding variables, and ensure that their findings and recommendations are grounded in empirical evidence rather than anecdotal experiences, personal beliefs, flawed data and interpretations, or weak analytic methods.[60]

---

[57] May 14, 2025 Deposition of Brian Lambert [hereinafter referred to as Lambert Dep.], Ex. 7; April 8-9, 2025 Depositionof Julie Shivanonda[hereinafter April 8-9 Shivanonda Dep.] Ex. 24; May 8, 2025 Deposition of Gabriel Trujillo [hereinafter Trujillo Dep.]at 53:10-13, 59:20-60:10.

[58] See, for example, the Arizona Department of Education's Free and Reduced-Price Percentage Report. Retrieved from, https://www.azed.gov/hns/frp.

[59] See, for example, National Research Council. (2002). Scientific research in education. Committee on Scientific Principles for Education Research. Shavelson, R.J., and Towne, L., Editors. Center for Education. Division of Behavioral and Social Sciences and Education. Washington, DC: *National Academy Press*.

[60] *Id*.

61. Employing a robust scientific method also allows for the replication and verification of results, which is an essential component to building a solid body of knowledge.[61] When researchers can independently test and reassess the work of peers, it fosters a deeper understanding of complex issues, such as the interplay between social media and students and its effects on students, teachers, and schools. Conversely, neglecting to follow a rigorous scientific approach can lead to erroneous findings, misinformed decision-making, and potentially harmful outcomes associated with that decision-making.[62] Adhering to scientific standards is not merely a preference for scientists; it is an ethical imperative that ensures conclusions and recommendations are both safe and effective.

#### 1. Dr. Hoover's literature review fails to conform to established best practices.

62. Literature reviews that do not follow a systematic process can lead to significant questions and issues regarding the comprehensiveness of findings and reliability of recommendations. Furthermore, identifying articles for review based on convenience, personal preference, or some predetermined outcome rather than objective criteria can misinform researchers, practitioners, policymakers, and other interested parties who rely on these reviews for guidance. Conversely, literature reviews that follow a systematic process using predefined protocols can help ensure that findings presented are both trustworthy and valuable for advancing knowledge in the field and making evidence-informed decisions.

63. Despite the importance of this, Dr. Hoover does not appear to have made any effort to comprehensively gather and systematically review existing studies documenting the impact

[61] *Id.*
[62] *Id.*

of students' social media use on student learning, classroom and school environments, and other important student and teacher outcomes. Nor does she cover any literature related to specific at-issue features of Defendant's platform. Her expert reports contain only a few general references in the literature review methods discussion.[63] For example, the report states that "Opinions in this report were also informed by the scientific literature on the subject matter, using literature review methods that are a regular and ongoing part of my practice," and that she "routinely utilize(s) academic search engines (e.g., PubMed, PsychInfo, Google Scholar) to identify relevant scientific literature using different combinations of key words…"[64] However, there is no mention of the standard practices researchers follow to minimize the risk of bias and possibility of reaching misleading conclusions.

64. To illustrate why this is problematic, consider the fact that research studies on education for example tend to report a range of effects that vary depending on contextual features, specific subgroups of students, and the specific analytic methods used to identify and quantify those effects. To thoroughly review the literature and provide valid and reliable recommendations, researchers need to carefully identify and interpret the range of effects within the literature, rather than selecting a single estimate to make generalized statements. Such approaches help consumers of these reviews understand how effects might vary based on contextual factors, student subgroup attributes, and analytic methods, rather than assuming that effects are the same everywhere. High-quality reviews may also incorporate information on the quality of the underlying studies and compare results obtained from studies with the highest levels of

[63] Hoover Report at ¶¶ 25, 27-28; TUSD Hoover Report at ¶¶ 24, 26, 28.
[64] TUSD Hoover Report at ¶ 26.

rigor to those from lower quality studies. Dr. Hoover's report provides no information on the level of quality or rigor for studies she considered or selected for the literature review.

65. To demonstrate how lack of adherence to standard scientific practices can influence researcher conclusions and recommendations, consider the following statements made by Dr. Hoover, the studies she references in support of them, and how it is misleading to use them to justify an approximately $1.25 billion "comprehensive" and "strategic" plan. First, Dr. Hoover reports that higher social media use "reduces time spent on activities that promote academic success, leading to decreased focus and productivity."[65] In support of this claim, she cites a single study based on survey data from 523 college students across five Chinese universities. To recruit these college students, the Chinese research team posted advertisements through an online bulletin board system, which is described as "virtual communities where students can post information, make comments, or communicate with one another."[66]

66. In the context of this litigation, generalizing from this single study is highly problematic. This lone study focuses on a student population that is vastly different from the one served by TUSD. Beyond the obvious fact that the study involved *college* students in *China* as opposed to elementary, middle, and high school students in the United States, the study participants were significantly different from TUSD students. TUSD students typically live with their parents, guardians, or caregivers, whereas more than 40 million Chinese college students reside in dorms away from their childhood homes.[67] The study also targeted participants from

---

[65] Hoover Report at ¶ 41.
[66] Lei, Z. (2023). Social media multitasking and college students' academic performance: a situation–organism–behavior–consequence perspective. *Psychology in the Schools*, 60(9), 3151-3168.
[67] Tingting, Y. (2024). Why are Chinese college students shunning dorm living? *The World of Chinese*, September 13. Retrieved from https://www.theworldofchinese.com/2024/09/chinese-college-students-shunning-dorm-life/.

a population of students who were likely more engaged in social media usage than the average student because they were active users on an online bulletin board system. Additionally, the sample of respondents consisted of only 523 self-selected college students. It is problematic to generalize findings from this study to all students in Chinese universities, much less to generalize them to elementary, middle, and high school students in Pima County, Arizona, as she attempts to do.

67. If Dr. Hoover had reviewed this study using a scientific process, it likely would have been excluded for multiple reasons. The study was conducted outside the United States, focused on college students, and was of low quality. Given these concerns, and other methodological issues that a thorough review of the article would have discovered (e.g., the measure of student performance was self-reported), its use is problematic. It also demonstrates how the absence of formal review procedures can lead to misleading claims and mischaracterize the state of the scientific literature, regardless of the researcher's intent.[68]

68. This is not an isolated example. For instance, Dr. Hoover writes "A significant concern regarding social media use among K-12 students is its impact on sleep patterns. Many students engage with social media late into the night, disrupting their sleep and negatively affecting their academic performance."[69] In support of these claims, she cites a study based on survey data from 67 students in Indonesia. Perhaps, more alarming, the study finds no relationship between the duration of screen time and student motivation levels to attain academic objectives, nor with social media distracting students from academic tasks. Beyond her

---

[68] For a comprehensive treatment of citation errors and other types of misinformation in science, see West, J.D. and Bergstrom, C.T. (2021). Misinformation in and about science. *PNAS,* 118(15). Retrieved from https://www.pnas.org/doi/10.1073/pnas.1912444117.
[69] Hoover Report at ¶ 63.

generalizing from a highly problematic and likely irrelevant study based upon the students involved, Dr. Hoover is citing work that directly contradicts her claims.[70]

69. Another significant and related issue with Dr. Hoover's review and analysis of the effects of social media on the classroom and school environments, student mental health, and student learning is the scarcity of citations. Citing sources is a foundational practice in literature reviews and equally fundamental to substantiating evidence-informed claims. Absence of citations would lead an informed reader to question the credibility and validity of any resultant claims, especially those advocating for a comprehensive school mental health system exceeding $1 billion.

70. To illustrate the lack of citations, consider when Dr. Hoover writes about social skill deficits negatively impacting the classroom environment and teacher-student bond. She claims:

> Social skill deficits and decreased quantity and quality of face-to-face interactions contributes to a fragmented and less collaborative classroom environment. Collaborative activities in school, including classroom reflections and group projects, rely on effective communication. Poor interpersonal skills hinder teamwork, limit participation, and cause frustration among teachers and student peers. Reduced conflict-resolution skills due to limited face-to-face interaction may also make it harder to navigate disputes that inevitably arise in the school context. Teachers report finding it more challenging to connect with students who lack basic communication skills or who are disengaged due to social media use, weakening the teacher-student bond essential for a positive learning environment (Hoover I ¶ 51).

There are remarkably no citations to academic studies or references to the source(s) of this information, further indicating the lack of evidentiary support for Dr. Hoover's opinions (not to

[70] Nafisah, A. (2024). The effect of social media on students' school life in Indonesia. *Acta Pedagogia Asiana*, 3(2), 80-90. For a comprehensive treatment of citation errors and other types of misinformation in science, see West, J.D. and Bergstrom, C.T. (2021). Misinformation in and about science *PNAS,* 118(15). Retrieved from https://www.pnas.org/doi/10.1073/pnas.1912444117.

mention her foundational failure to attempt to link purported harms to Defendants' at-issue features).

**2. Dr. Hoover fails to provide sufficient detail regarding the empirical methods employed to support her proposed plan.**

71. In the prior subsection, I highlighted the problematic nature of Dr. Hoover's review of the scientific literature on the effects of social media use on students. In this subsection, I highlight equally problematic scientific deficiencies in her study procedures that lead, in part, to claims that "the damaging effects of student social media use on school districts, schools, the school environment, student well-being and learning can be addressed, in part, through a comprehensive school mental health system."[71] Specifically, I provide four examples of Dr. Hoover's report lacking adequate transparency regarding her methods and resultant serious concerns about the validity of her claims as they relate to her approximately $1.25 billion plan for TUSD schools.

72. First, Dr. Hoover does not provide details on key aspects of her study in her report that inform her conclusions regarding the proposed development of her plan. For example, there is lack of information regarding how many people she interviewed and the selection process of key informants, including the number of informants chosen for interviews, the criteria used for their selection, whether they are representative of TUSD's teaching population, how many selected informants declined or missed interviews, and the specifics of the interview protocol.[72] In a rigorous study, a researcher would report on the process by which informants were identified, evaluated, and selected, the number of informants interviewed, and evidence

[71] Hoover Report at ¶ 6.
[72] A communication on June 6, 2025 from Melissa Yeates (partner, Kessler Topaz) documented that Dr. Hoover met with only two district level personnel from TUSD, Julie Shivanonda (the Director of SEL) and Anna Schwartz-Warmbrand (the Director of Student Relations).

that a small number or subset of these participants did not disproportionately influence or drive study findings,[73] all to show and ensure that these interviews were indeed a valid and reliable source of information to support broader claims and recommendations. This is standard practice in qualitative research, and discussion of it is absent from Dr. Hoover's report and her conclusions and recommendations.

73. Second, there is a lack of information regarding the interview protocol and how Dr. Hoover subsequently analyzed data from the interviews. Without this information, it becomes challenging to assess whether the questions were crafted to accurately capture a diverse array of reactions and opinions from participants, whether they succeeded in doing so in practice, and whether the researcher adhered to a systematic and organized analysis plan when interpreting the interview data to avoid selective quoting and biased reporting of informants' statements (e.g., did she use inductive and/or deductive strategies to develop a coding scheme and/or employ qualitative software practices to support coding and triangulate themes across human and/or machine coding). The absence of this critical detail makes it impossible to ascertain whether insights from key informants can and should be taken into consideration or if they might represent just the views of a specific vocal group with firm opinions on student use of social media. Taken together, these omissions seriously undermine the credibility of the information on which Dr. Hoover bases her claims.

74. Third, the quality of evidence from the additional information sources Dr. Hoover employs to support components of the comprehensive mental health system is not connected to the

---

[73] Qualitative researchers frequently employ purposive sampling techniques to gather data from individuals who possess the most relevant knowledge on a specific topic, enabling comprehensive analysis of the topic. Nonetheless, it is essential for researchers to meticulously describe their sample, articulate the rationale behind their selection, and discuss how these choices may impact the reported findings.

alleged problem that she is addressing. For example, consider the specific ratios between staff and students that Dr. Hoover recommends, such as one school counselor per 250 students, one school psychologist per 500 students, and one school-based therapist per 750 students. The 1:250 ratio originates from the American School Counselor Association (ASCA), but this recommendation has been in place since *1965*, decades before any of Defendants' platforms existed and even before the invention of the internet.[74] Further, TUSD's internal documents discussing TUSD's counseling vacancies do not discuss any connection to social media.[75] The 1:500 recommendation comes from the National Association of School Psychologists (NASP), which dates back to at least 2010,[76] and Dr. Hoover does not contend it was in any way tied to social media, let alone to Defendants' at-issue features. Dr. Hoover does not indicate where the one school-based therapist per 750 students originates.

75. To my knowledge, there is also no rigorous causal research supporting specific optimal ratios of school counselors and school psychologists to students in middle and high schools. Empirical evidence generally shows that school counselors can positively affect students, and that many school-aged students experience behavioral or social-emotional concerns that could

---

[74] The ASCA has maintained a recommended student-to-school-counselor ratio of 1:250 since 1965 and has not proposed any changes to this ratio in response to social media influences. For more details, refer to the ASCA media release titled *ASCA Releases Updated Student-to-School-Counselor Ratio Data*, dated January 4, 2023.

[75] April 8-9 Shivanonda Dep., Ex. 36.

[76] In March 2010, NASP adopted the Model for Comprehensive and Integrated School Psychological Services, also known as their 2010 Practice Model. The model recommended a ratio between 1:500 and 1:700 when "psychologists are providing comprehensive and preventative services" (p. 10) and that should not exceed 1:1000, more generally. National Association of School Psychologists (N.D.). Model for Comprehensive and Integrated School Psychological Services. Retrieved from https://www.nasponline.org/standards-and-certification/nasp-practice-model/about-the-nasp-practice-model.

benefit from the support of a school psychologist.[77] However, an optimal ratio as defined by a rigorous causal investigation has not yet been established.[78]

76. Finally, Dr. Hoover proposes the Defendants pay for all the school counselors proposed by her plan, ignoring the fact that TUSD has long had a number of counselors and is not claiming that it hired any before the at-issue features on Defendants' platforms. I see no logical reason for Defendants to pay for counselors that were hired for reasons unrelated to the claims at issue in this litigation. Moreover, neither Dr. Hoover nor any of Plaintiff's experts offer any opinion on how many additional counselors are needed because of the at-issue features on Defendants' platforms. Accordingly, Dr. Hoover's plan once again lacks any connection to the actual issues in this litigation.

[77] See, for example, Carrell, S. E. and Carrell, S. A. (2006). Do lower student to counselor ratios reduce school disciplinary problems? *Contributions to Economic Analysis & Policy*, 5(1), 1-24; Carrell, S. E. and Koekstra, M. (2014). Are school counselors an effective education input? *Economics Letters*, 125(1), 66-69; Merikangas, K. R., He, J. P., Burstein, M., Swanson, S. A., Avenevoli, S., Cui, L., … Swendsen, J. (2010). Lifetime prevalence of mental disorders in US adolescents: Results from the National Comorbidity Survey Replication—Adolescent Supplement (NCSA). *Journal of the American Academy of Child & Adolescent Psychiatry*, 49(10), 980–989. Retrieved from https://doi. Org/10.1016/j.jaac.2010.05.017; and Perou, R., Bitsko, R. H., Blumberg, S. J., Pastor, P., Ghandour, R. M., Gfroerer, J. C., … Parks, S. E. (2013). Mental health surveillance among children—United States, 2005–2011. *Morbidity and mortality weekly report*, 62(2), 1-35. Retrieved from https://www.cdc.gov/mmwr/preview/mmwrhtml/su6202a1.htm.

[78] In a recent meta-analysis, Kearney and colleagues noted that "the variation within school counselor ratio literature has provided little clarity for school leaders and policy makers as to the 'optimal' ratio of students to counselors" (p. 418). Additionally, while these researchers find a small association between lower counselor ratios and outcomes of interest, they are unable to weigh-in on the optimal ratio given methodological concerns and limitations with existing research. Kearney, C., Akos, P., Domina, T., and Young, Z. (2021). Student-to-school counselor ratios: A meta-analytic review of the evidence. *Journal of Counseling and Development*, 99(4), 418-428.

**3. Mr. Klein's methodology is fundamentally flawed, undermining Dr. Ward's calculations.**

77. In his expert report, Dr. Ward calculates "the amount of money districts expended while teachers, counselors, and/or administrators addressed issues caused by social media in the school environment."[79] However, the estimates produced by Dr. Ward from these calculations are flawed for several reasons.[80] First, Dr. Ward's calculations rely on the assumption that Mr. Klein's survey results offer a reasonable approximation of time lost during the average instructional day.[81] Even a cursory examination of the data reveals significant deficiencies that undermine its validity in estimating both past and future harm. Notably, a mere 7.4 out of every 100 educators participated in the survey, resulting in just 56 usable survey responses, which raises serious concerns about the representativeness of the respondents to the overall TUSD teacher population. This alone casts serious doubt on the accuracy of the findings and underscores the high probability of misleading conclusions derived from an unrepresentative sample of teachers.[82]

78. Second, Dr. Ward uses the mean versus median to measure teacher time loss, which drastically inflates the reported estimates. Dr. Ward should have used the median because it is less sensitive to extreme values and skewed distributions making it a more robust and chosen

---

[79] Ward Report at ¶ 5.
[80] I'm also aware that Dr. Stern provides a comprehensive review of Mr. Klein's time-use survey.
[81] Ward Report at ¶ 32.
[82] There are additional concerns regarding the instrument itself. Notably, the main question of interest in the survey features two response categories centered on social media. This structure may prime respondents to select social media as a cause of classroom disruption (e.g., they see it once and then select it on the second go around) as well as potentially signal that the survey is related to social media litigation. If respondents perceive this connection, they may also be more inclined to report that social media significantly disrupts class time, especially considering their employer is suing these companies. Time use surveys can also be highly problems because humans' ability to recall how we spend our time retrospectively is inherently flawed.

measure in studies with small sample sizes.[83] As shown in Table 2 of Dr. Ward's report, the median time lost for three of the five middle school data points – specifically from "a decade ago," "just before lockdown due to Covid-19," and "just after in person classes resume following Covid-19" – is zero.[84] That is, among all valid teacher responses in those levels of schooling by period, the "median respondent" reported no instructional time was lost due to social media disruptions.

79. During the two middle school periods where the median time loss exceeds zero, the values are 2.5 minutes for the last school year and 7.5 minutes for the current school year. In contrast, Dr. Ward's mean values (based on Mr. Klein's data) are 7 times larger for the previous school year (17.5 minutes) and 2.36 times larger for the current school year (17.7 minutes). In high school, the median values range between five and 55 minutes, whereas Dr. Ward's estimates range between 11.9 to 74 minutes and 1.64 to 2.38 times larger. Clearly, using the more appropriate measure would have yielded very different cost estimates.

**Table 2. Comparing Estimates of the Mean vs Median Time Lost**

| Level | Period | Mean Time Loss (minutes) | Median Time Loss (minutes) | Sample Size |
|---|---|---|---|---|
| Middle School | 2014 | 7.5 | 0.0 | 4 |
| | Pre-COVID | 8.6 | 0.0 | 7 |
| | Return | 18.7 | 0.0 | 7 |
| | Last year | 17.5 | 2.5 | 10 |
| | Current | 17.7 | 7.5 | 22 |
| High School | 2014 | 11.9 | 5.0 | 8 |
| | Pre-COVID | 32.7 | 17.5 | 12 |
| | Return | 74.0 | 35.0 | 15 |
| | Last year | 73.6 | 45.0 | 18 |

[83] Agresti, A. And Finlay, B. (2008). Statistical methods for the social sciences. Upper Saddle River, NJ: Prentice Hall.
[84] May 18 2025 Tucson Unified School District Expert Report of Robert Klein [hereinafter Klein Report] at F 8-9.

| | | | |
|---|---|---|---|
| Current | 49.5 | 30.0 | 32 |

80. Third, in Table 3, I report the total losses from the bottom-right quadrant in Table 5 of Dr. Ward's report in relation to the number of valid teacher observations from the time-use survey. The purpose of this comparison is simple; determine how many valid survey responses existed about that school year when Dr. Ward calculated past compensatory damages. As shown, the teacher time-use survey does not provide any data on the mean share of time lost for the 2016-17, 2017-18, 2018-19, and 2021-22 school years.[85] Nevertheless, the total alleged compensatory damages in those years amounted to nearly $14 million.

81. For the four school years in which teacher projections of time loss are available (2019-20 through 2023-24), the percentage of valid observations relative to the total number of survey invitations sent to teachers ranges from 0.019% to 0.056%. And these values are percentages, not proportions. However, Mr. Ward attributes $13,921,426 in alleged damage based on a sample of just 19 to 56 teacher respondents, depending on the school year.

**Table 3. Total Teacher Mean Time Share Loss and Survey Responses by Year**

| School Year | Mean Share | Valid Survey Responses | Valid Survey Responses as a % of Total Survey Invitations |
|---|---|---|---|
| 2016-17 | 2,037,164 | 0 | 0 |
| 2017-18 | 2,472,399 | 0 | 0 |
| 2018-19 | 2,948,106 | 0 | 0 |
| 2019-20 | 3,311,300 | 19 | 0.019 |
| 2020-21 | 7,158,076 | 22 | 0.022 |
| 2021-22 | 6,463,757 | 0 | 0 |
| 2022-23 | 7,037,407 | 28 | 0.028 |
| 2023-24 | 6,766,218 | 56 | 0.056 |

[85] Recall the time use survey asks respondents about: "a decade ago (i.e., since 2014)"; "just before lockdown due to Covid-19"; "just after in-person classes resumed following Covid-19"; "last school year (i.e., 2023-2024)"; and "current school year (i.e., 2024-2025)."

82. There are also significant concerns regarding Dr. Ward's framing of opportunity costs. For example, his calculations imply that without social media, students would refrain from engaging in any other forms of misbehavior that might necessitate classroom intervention. He also presumes that all the "found" time resulting from this scenario would be exclusively devoted to productive educational activities. Furthermore, it is essential to recognize that addressing student misbehavior is an integral part of a teacher's role; thus, when teachers respond to students passing notes or using their cell phones, financial resources are not diverted. Teacher salaries remain unaffected when they take on the responsibilities of discipline and guidance regardless of what is the cause of a disturbance. Consequently, the "opportunity cost" that Dr. Ward attributes to teacher salaries (including benefits) as a percentage of time spent dealing with social media (and not the at-issue features) does not align with how economists or school finance experts would analyze this issue.

#### 4. Dr. Ward's time percentage allocation for non-teaching staff lacks a factual basis.

83. To calculate lost opportunity costs for non-teaching staff, Mr. Ward relies on percentages of time estimated by four TUSD administrators: Ms. Holly Hammel (regional assistant superintendent), Mr. Brian Lambert (regional assistant superintendent), Ms. Julie Shivanonda (director of Social & Emotional Learning), and Dr. Sabrina Salmon (director of Exceptional Education). Each of these individuals relied on their personal recollections and experience and, as far as I can tell from my review of materials, they did not consult any documents or conduct any formal numerical analysis, interviews, or surveys to determine or support their

time estimates, even though there are regular meetings for doing so.[86] This is particularly problematic for many reasons. First, both Ms. Shivanonda and Dr. Salmon were not in supervisory roles for the entire time period for which they were offering their opinions. Further, Mr. Lambert and Ms. Hammel agreed that their estimates were specific to the schools they supervise and not necessarily generalizable across TUSD.[87]

84. Further, in some cases the estimates relied on by Mr. Ward included personal recollections of incidents relating to social media platforms other than Defendants' platforms or of problems resulting from technology more generally.[88] For example, Dr. Salmon, TUSD's director of Exceptional Education, further testified that her time estimates included time spent on "disability specific needs," which are tied to a student's qualifying disability—not the student's use of social media.[89]

85. As a result of these flaws, the affidavits cannot be used to reliably estimate the percentages of lost time that TUSD administrators spent on issues relating to Defendants' platforms.

#### 5. Mr. Meyers fails to employ a reliable methodology in assigning percentages of vendor invoices to the Defendant's alleged improper actions.

86. As part of my review of relevant case materials, I examined the report produced by Mr. Meyers and more specifically the data and methods used to calculate past damages. These calculations are characterized by an unusually high degree of consistency in the percentage

[86] May 13, 2025 Affidavit of Holly Hammel [hereinafter referred to as Hammel Affidavit]; May 12, 2025 Affidavit of Brian Lambert [hereinafter Lambert Affidavit]; May 13, 2025 Affidavit of Julie Shivanonda [hereinafter referred to as Shivanonda Affidavit]; May 13, 2025 Affidavit of Dr. Sabrina Salmon [hereinafter referred to as Salmon Affidavit].
[87] Hammel Affidavit; Lambert Affidavit at 21:11-22:8.
[88] April 8-9 Shivanonda Dep. at 16:17-17:4; Salmon Dep. at 154:11-12.
[89] Salmon Dep. at 164:10-165:5.

of vendor costs attributed to the alleged improper actions of the Defendants. For example, in instances where only one invoice existed (i.e., Amazon Capital Services, Inc. and Yondr/Focally), TUSD personnel attributed 100% of the contract to the Defendants. Even at a very basic level, this appears problematic because those lone Yondr/Focally and Amazon invoices were for cell phone storage lockers or cell phone pouches. Yet, students use cell phones for activities other than Defendants' platforms, such as text messaging, communicating with parents or guardians, searching the internet, and playing games. TUSD has no data regarding the percentage of time students spend on Defendants' platforms compared to other activities.[90] TUSD's documents also show that TUSD implemented Yondr to address issues beyond social media, including issues such as time away from class to order food through Uber Eats or Grub Hub.[91] It is implausible to claim that 100% of those incurred costs are due to the four Defendants' platforms, let alone their at-issue features.

87. In cases where a vendor submitted multiple invoices, TUSD personnel assigned a uniform value of 40% to all 34 invoices submitted by Awareity, Character Strong, Talkspace Networks, and School Threat Assessment Consulting between August 8, 2019, and August 23, 2024.[92] Applying a uniform percentage for allocation belies the diverse range of services from the vendors contracted by the district, many of which have nothing to do with Defendants' platforms, let alone the at-issue features. Despite the variety of ways these vendor services may be used, Mr. Meyers and TUSD have not identified any basis or calculations to support

---

[90] April 8-9 Shivanonda Dep. at 85:9-86:21.
[91] *Id*. at 150:11-151:20; April 8-9 Shivanonda Dep., Ex. 11.
[92] Mr. Meyers relies upon "the Allocation Percent(s) detailed by Tucson in discovery responses to determine the amount of Vendor Costs attributable to the alleged improper actions of Defendants and incurred during the period FYE 2016-17 through FYE 2024-25" (Expert Report of Jeffrey Meyers, May 19, 2025 ¶ 22).

the arbitrary 40% estimate. This is a significant flaw as documents and deposition testimony do not show a clear connection between these vendors' services and Defendants' platforms.[93]

88. For example, Awareity billed TUSD for licenses, training, and the implementation of their prevention platform system, along with various tools and modules designed to enhance school safety and crisis management. Most of Awareity's platform, as best as I could discern from their website, focuses on emergency communication, incident reporting, crisis management, and real-time monitoring, with a focus on addressing major incidents and tragedies within schools and the broader community. By way of example, the K-12 industry section of the website prominently features the Marjorie Stoneman Douglas High School shooting and provides video resources entitled "Sandy Hook Was Preventable" and "Inappropriate Relationship (Student/Teacher)."

89. Furthermore, the scope of work section of Awareity's contract with TUSD, states that "Currently, the District's systems and resolution processes, used to engage and address stakeholder (parent, patrons, employees, etc.) concerns, are siloed, lack efficiencies, and lack transparency and consistency in customer service. The District is seeking a unified system to improve customer service and strengthen the Tucson Unified School District brand." This is very different than a system designed to support TUSD with social media related concerns in classrooms and schools. Moreover, the statement of work noted that "the system should have built in reporting for routine reporting needs but also allow for custom reporting, based on district need.[94] However, the individual TUSD designated to testify on its behalf, Dr.

[93] The only exception to this characterization is in one instance where the school in partnership with the district sought restitution from the parents for a broken chair that they attributed to a "viral social media challenge" (SM_TUSD_00185580).
[94] See SM_TUSD_00448636.

Shivanonda, reported that TUSD uses Awareity for reporting, but has never analyzed Awareity to identify the percentage of reports related to social media.[95] Similarly, TUSD documents relating to the implementation of Character Strong (a social emotional learning curriculum) do not mention social media or Defendants' platforms.[96] Character Strong also extensively uses social media to promote its curriculum through Facebook, Instagram, and TikTok accounts.[97]

### D. Dr. Hoover's plan is marked by inefficient uses of funding, unnecessary expenditures, and a potential for unintended negative consequences.

90. The school mental health system proposed by Dr. Hoover and costed-out by Dr. Leslie is best characterized by an inefficient use of funding, unnecessary expenditures, and potential for unintended consequences. In proposing new staffing at both the district- and school-levels, the 15-year plan and cost estimates largely overlook existing resources, educators, and responsibilities. For instance, at the school level, the plan suggests hiring 5 new specialists at each school (family engagement specialist, educational technology specialist, crisis intervention specialist, life skills specialist, and a peer coordinator) and, in addition to these positions, the plan budgets for school counselors (1 per 250 students), school-based mental health clinicians (1 per 500 students), school psychologists (1 per 500 students), school-based therapists (1 per 750 students), digital literacy specialists (1 per 500 students), and mental health literacy specialists (1 per 500 students) (ratios that TUSD has never implemented in practice). In a high school with 1500 students, this means that Dr. Hoover recommends that there will be 25 new, full-time positions solely dedicated to addressing student's use of social

---

[95] April 8-9 Shivanonda Dep. at 94:25-97:13.
[96] See, for example, April 8-9 Shivanonda Dep. at 352:23-53:7; April 8-9 Shivanonda Dep. Ex. 42.
[97] April 8-9 Shivanonda Dep. at 367:11-368:19; April 8-9 Shivanonda Dep., Exs. 50-51.

media, without having considered whether they might be duplicative of the roles and responsibilities of existing personnel. She also does not consider how her plan would create student-to-support staff ratios that are significantly smaller than those recommended by ASCA and NASP.

91. This lack of meaningful consideration given to existing employee roles and responsibilities also contradicts the recommendations put forth by the National Association of School Psychologists (NASP).[98] NASP encourages schools to reconsider how they deploy school psychologists to better meet the mental health and academic needs of students.[99] Students' mental health and academic needs evolve over time. The apparatus to address these needs is largely in place, meaning the proposed strategic plan fails to acknowledge and account for opportunities to focus and/or redeploy existing human capital assets and resources to meet them.[100] Indeed, a recent study using Massachusetts data found that the association between counselor interventions and student outcomes may be attributed to better professional

[98] Dr. Hoover argues existing school staff and programming are being stretched too thin, thereby requiring new staff and professional development to implement the comprehensive school mental health system. Hoover Report at ¶¶ 5, 7, 75-76. In support of this argument, she writes: "Key informants stressed that any solutions must be backed by 'people and money!' They cautioned against overburdening existing staff, warning that without additional investment, the district risks 'hemorrhaging our staff.'" TUSD Hoover Report at ¶ 58). In addition to the absence of information on "key informants" as noted earlier in my report, it does not appear that Dr. Hoover completed any systematic analyses of existing TUSD staff and how existing personnel could be reallocated to address the alleged claims.

[99] See, for example, the Comprehensive Role of School Psychologists section of NASP's website. Retrieved from https://www.nasponline.org/research-and-policy/policy-priorities/critical-policy-issues/comprehensive-role-of-school-psychologists#:~:text=There%20is%20growing%20recognition%20across,Comprehensive%20Role%20of%20School%20Psychologists.

[100] Considering existing staffing arrangements is also critical given reports of current labor market shortages. See, for example, Morrison, J.Q., Davies, S.C., Noltemeyer, (2020). An analysis of the workforce pipeline in school psychology. *Contemporary School Psychology*, 26(1), 14-21.

development for existing counselors and not to a reduction in the student-to-counselor ratio, at least with regard to high school and college outcomes.[101] Dr. Hoover's neglect of existing resources leads to her suggesting requiring more than an additional $83.33 million per year after adjusting for inflation.[102]

92. The calculations employed by Dr. Leslie to cost-out Dr. Hoover's comprehensive school mental health system contain at least three important errors. First, he frames the cumulative training and development costs as an opportunity cost. This is not, by definition, a true opportunity cost as training and development costs are estimates for new employees only. Moreover, extant training on student well-being and health could be used to meet those needs at no additional cost. As noted earlier, for example, needs related to student well-being and health change and evolve over time, and TUSD likely has mechanisms in place to meet these needs. Their extant programs should adapt over time as opposed to layering more and more on top of what already exists.

93. Second, Dr. Leslie estimates the additive costs of training and development by multiplying the training hours per new hire by the positions average hourly rates. However, this results in double counting given this time is already accounted for in the cumulative costs of new position estimates reported in Table 1 of Dr. Leslie's report. Since Dr. Hoover should have considered existing staff for her plan, the subsequent cost estimates should be focused on the actual professional development costs if they were beyond existing resources and mechanisms available in TUSD.

---

[101] Mulhern, C. (2023). Beyond teachers: Estimating individual counselors' effects on educational attainment. *American Economic Review*, 113(11): 2846-2893.

[102] To arrive at this annual cost, I simply divided the $1.2 billion in inflation-adjusted dollars needed to fulfill Dr. Hoover's plan by 15.

94. Third, Dr. Leslie explicitly states that his estimates are conservative in that they assume no growth in student enrollment over a 15-year horizon.[103] Yet, over the last 15 years, total enrollment in TUSD has declined by nearly 30 percent.[104] In addition, with the expansion of Arizona's Empowerment Scholarship Program in 2022, alongside federal efforts by the Trump administration to expand vouchers,[105] this long-standing decline in enrollment will likely continue. Accordingly, these estimates are not conservative but instead do not reflect the enrollment reality in TUSD.

95. The proposed strategic plan also overlooks potential unintended consequences. By allocating substantial time and resources to addressing alleged social media-related issues, there is a risk of compromising the long-standing purpose of education, such as imparting knowledge and skills, fostering personal and social development, preparing individuals for life and work, and an opportunity for upward mobility.[106] Well-intentioned educational interventions have been shown in some circumstances to cause unintended consequences, such as grade retention policies increasing the student dropout rates,[107] high-stakes test-based accountability systems

---

[103] Tucson Unified School District Expert Report of Dr. Douglas Leslie [hereinafter Leslie Report] at ¶ 18.

[104] Based on total enrollment in the 2008-09 and 2023-24 school years as reported by the National Center for Education Statistics' Common Core of Data. Retrieved from https://nces.ed.gov/ccd/elsi/.

[105] The recently enacted "One Big Beautiful Bill" includes the Educational Choice for Children Act, which features a provision for a national school voucher program. This program is partially funded by a dollar-for-dollar tax credit of up to $1,700 for donations made to scholarship-granting organizations. These funds can then be utilized by scholarship recipients to cover private school tuition, books, tutoring, and other educational expenses (One Big Beautiful Bill Act, Pub. L. No. 119-21, H.R. 1, 119th Cong. (2025).

[106] Labaree, D.F. (1997). Public goods, private goods: The American struggle over educational goals. *American Educational Research Journal*, 34(1). Retrieved from https://doi.org/10.3102/00028312034001039.

[107] See, for example, Jacob, B.A. and Lefgren, L. (2009). The Effect of Grade Retention on High School Completion. *American Economic Journal: Applied Economics*, 1(3), 33-58. DOI:

shifting attention away from non-tested grades and subjects,[108] and educational tracking being negatively associated with overall student well-being and academic performance.[109]

96. To close, Dr. Hoover argues a 15-year intervention is "both a reasonable and necessary duration."[110] She unreasonably assumes that (a) the harms from the at-issue features on Defendants' platforms will remain an issue that schools need to address through the 2039-40 school year (even though her plan fails to address Defendants' platforms specifically or the at-issue features), a contention that fails to acknowledge the rapid developments in artificial intelligence, the convergence of technologies that redefine human-computer interaction (e.g., brain-computer interfaces, augmented reality technology and virtual reality technology), or something that we might not even know of yet; (b) 6 cohorts of 3rd grade students will receive 10 years of interventions that lack a firm evidentiary basis to mitigate harms that do not appear to be present in TUSD; and (c) social media companies should be responsible for children who have yet to enter the TUSD, and even more so, for students who have not yet been born. It is perhaps more concerning that Dr. Hoover justifies the 15-year duration based on a Surgeon General Report on smoking among youth focused on interventions with little human interaction (e.g., mass media campaigns, community interventions, and state-level legislative and regulatory strategies), a very different form of action than the one she sets forth.[111]

---

10.1257/app.1.3.33 and replication package, https://www.openicpsr.org/openicpsr/project/113566/version/V1/view.

[108] For a comprehensive review of the negative effects of accountability and testing, see Koretz, D. (2017). The Testing Charade: Pretending to Make Schools Better. Chicago, IL: *University of Chicago Press*.

[109] Legette, K. (2018). School tracking and youth self-perceptions: Implications for academic and racial identity. *Child Development*, 89(4), 1311-1327. Oakes, J. (2005). Keeping track: How school structure inequality. New Haven, CT: *Yale University Press*.

[110] Hoover Report at ¶¶ 7, 106, 109; TUSD Hoover Report at ¶ 6.

[111] The Surgeon General Report recommended a multicomponent intervention strategy and identifies school-based programs as one of seven initiatives, including "sustained programs

The undersigned hereby certifies their understanding that they owe a primary and overriding duty of candor and professional integrity to help the Court on matters within their expertise and in all submissions to, or testimony before, the Court. The undersigned further certifies that their report and opinions are not being presented for any improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation.

______________________________
Matthew G. Springer

---

combining mass media campaigns; price increases including those that result from tax increases; regulatory initiatives such as those that ban advertising to youth, restrictions on youth access to tobacco, and establishment of smoke-free public and workplace environments; and statewide, community-wide, and school-based programs and policies" (p. 811).

# Appendix A

April 2025

# CURRICULUM VITAE

**MATTHEW G. SPRINGER**
Basis Policy Research
108 West Margaret Lane
Hillsborough, NC 27278
(615) 970-0190 cell
Email: mgspringer@basispolicyresearch.com

| | |
|---|---|
| Specialization: | Education Policy; Accountability and Incentives; Finance; Causal Inference |
| Rankings: | h-index: 39; i10-index: 54 |

## EDUCATION

| | |
|---|---|
| 2006 | Vanderbilt University, Peabody College, Nashville, Tennessee. Ph.D. Major Field: Education Finance and Policy. Dissertation: "No Child Left Behind and Achievement Tradeoffs." |
| 1998 | Denison University, Granville, Ohio. Major Fields: Education and Psychology. Degree Awarded: B.A. with honors. State-certified psychology and sociology teacher. |

## PROFESSIONAL EXPERIENCE

| | |
|---|---|
| 2024 – present | Managing Partner, Basis Policy Research. Hillsborough, NC |
| 2024 – present | Adjunct Professor, School of Data Science and Society. University of North Carolina – Chapel Hill |
| 2018 – 2024 | Robena and Walter E. Hussman, Jr. Distinguished Professor of School Reform.<br><br>Chair, Education Policy and Organizational Leadership (2019 – 2023); Coordinator, Ph.D. in Policy, Leadership, and School Improvement (2019 – 2022).<br><br>School of Education at the University of North Carolina – Chapel Hill |
| 2006 – 2018 | Associate Professor of Public Policy and Education (2016 – 2018); Assistant Professor of Public Policy and Education (2010 – 2016); Research Assistant Professor of Public Policy and Education (2006 – 2010). Department of Leadership, Policy, and Organizations.<br><br>Peabody College of Education and Human Development at Vanderbilt University. |
| 2010 – 2014 | Founding Director. Tennessee Consortium for Research, Evaluation, and Development [Tennessee Education Research Alliance]. |
| 2006 – 2012 | Founding Director. National Center on Performance Incentives. |

| | |
|---|---|
| 2005 – 2006 | Assistant Director for Policy Research. Peabody Center for Education Policy. |
| 2005 – 2006 | Project Director. National Center on School Choice. |
| 2001 – 2002 | Associate Dean of Students, Service-Learning Director, and teacher. Darrow School. New Lebanon, New York. |
| 1998 – 2001 | Assistant Dean of Students, Service-Learning Director, and teacher. Darrow School. New Lebanon, New York. |

## HONORS AND AFFILIATIONS

| | |
|---|---|
| 2023 | Distinguished Teaching Award for Post-Baccalaureate Instruction. University of North Carolina – Chapel Hill |
| 2019 | Johnston Teaching Excellence Award. University of North Carolina – Chapel Hill |
| 2019 | Chancellor's Entrepreneurship Program. University of North Carolina – Chapel Hill |
| 2017 | Faculty Excellence Award for Research and Service to the Field. Peabody College of Vanderbilt University |
| 2017 | Outstanding Article of the Year Award. National Education Finance Academy. |
| 2007 – 2017 | Faculty Fellow. Vanderbilt University's Experimental Education Research Training Program. |
| 2012 | Outstanding Policy Report. American Education Research Association |
| 2006 – 2012 | Research Fellow. National Center on School Choice. |
| 2010 – 2012 | Education Policy Fellow. The George W. Bush Institute. |
| 2008 | Benefactor of the Commons Award. Vanderbilt University. |
| 2007 | Award for Excellence in Research. Vanderbilt University's Learning Sciences Institute. |
| 2005 | Outstanding Educator Honoree. Peabody College, Vanderbilt University. |
| 2002 – 2005 | Research Fellowship. Peabody College, Vanderbilt University. |
| 1998 – 2002 | Founding Director. Program for Service-Learning and the Environment. Awarded CSEE's Outstanding Service-Learning Program Award. |
| 1998 | Inducted into the National Education Honor Society. |

## PUBLICATIONS:

*alphabetical ordering of authorship; graduate student at the start of the project

***Journal Articles***

43. Cohen-Vogel, L., Little, M., Brooks, C., Gragson, A., Domina, T., **Springer, M.G.**, Drake, T., and Cadilla, V. Is 2nd Grade the Zone of Instructional Development for Teachers? A Sequential Mixed Methods Study of Teacher Assignment. *R&R, Educational Evaluation and Policy Analysis*

42. Bleiberg, J., Brunner, E., Harbatkin, E., Kraft, M., **Springer, M.G.** (in press). The Effect of Teacher Accountability Reform on Student Outcomes. *Journal of Political Economy*: *Microeconomics*.

41. Rodriguez, L., Nguyen, T. and **Springer, M.G**. (in press). Revisiting Teacher Quality Gaps: Urbanicity and Disparities in Access to High-Quality Teachers. *Urban Education*.

40. *Nguyen, T. and **Springer, M.G**. (in press). A Conceptual Framework of Teacher Turnover: A Systematic Review of Empirical Literature and Insights from the Employee Turnover Literature. *Educational Review*.

39. **Springer, M.G.** (2023). You Get What You Pay For? Why We Need to Invest in Strategic Compensation Reform. *Peabody Journal of Education*, 98(1), 66-82.

38. Rodriguez, L.A., Gegenheimer, K., and **Springer, M.G**. (2023). An Examination of Tenure and Teacher Perceptions of Evaluation: Evidence from Tennessee. *Journal of Educational Human Resources*, 41(2), 251-292.

37. *Hunter, S., and **Springer, M.G**. (2022). Critical Feedback Characteristics, Teacher Human Capital, and Early-Career Teacher Performance: A Mixed Methods Analysis. *Educational Evaluation and Policy Analysis*, 44(3), 380-403.

36. Pham, L., Nguyen, T., and **Springer, M.G**. (2021). Teacher Merit Pay: A Meta-Analysis. *American Educational Research Journal,* 58(3), 527-566.

35. Fang, C., Brooks, C.H., **Springer, M.G.**, Han, L., and Shi, Y. (2021). The Effect of Participation in a Performance Pay Program on Teacher Opinions toward Performance Pay in Rural China. *Education Economics*, 29(6), 597-623.

34. ***Springer, M.G**. and Taylor, L.L (2021). The Effect of Incentive Pay on Teacher Mobility: Evidence from Tennessee. *Journal of Educational Human Resources*, 39(2), 101-164.

33. Nguyen, T., Pham, L., Crouch, M., and **Springer, M.G.** (2020). The Correlates of Teacher Turnover: An Updated and Expanded Meta-Analysis. *Educational Research Review*, 31, 1-17.

32. Pearman, A., **Springer, M.G.**, Lipsey, M., Lachowicz, M., Swain, W.A., Farran, D. (2020). Teachers, Schools, and Pre-K Effect Persistence: An Examination of the Sustaining Environments Hypothesis. *Journal for Research on Educational Effectiveness*, 13(4), 547-573.

31. Rodriguez, L.A., Swain, W.A. and **Springer, M.G.** (2020). Sorting through Performance Evaluations: The Effect of Performance Ratings on Teacher Labor Market. *American Educational Research Journal*, 57(6), 2339-2377.

30. Swain, W.A., Rodriguez, L.A., **Springer, M.G.** (2019). Selective Teacher Retention Bonuses: Evidence from the Governor's Retention Bonus Program. *Economics of Education Review,* 68, 148-160.

29. *Koedel, C., Li, J., **Springer, M.G**., and Tan, L. (2019). Teacher Performance Ratings and Professional Improvement. *Journal of Research on Educational Effectiveness*, 12(1), 90-115.

28. Joshi, E., Doan, S., and **Springer, M.G.** (2018). Student-Teacher Race Match: New Evidence and Insight from Tennessee. *AERA Open*, 4(4), 1-25.

27. *Koedel, C., Li, J., **Springer, M.G**., Tan, L. (2017). The Impact of Performance Ratings on Job Satisfaction for Public School Teachers. *American Educational Research Journal*, 54(2), 241-278.

26. *Ballou, D. and **Springer, M.G.** (2017). Has NCLB Encouraged Educational Triage? Accountability and the Distribution of Achievement Gains. *Education Finance and Policy,* 12(1), 77-106.

25. **Springer, M.G.**, Swain, W., and Rodriguez, L. (2016). Effective Teacher Retention Bonuses: Evidence from Tennessee. *Educational Evaluation and Policy Analysis*, 38(2), 199-221.

24. ***Springer, M.G**. and Taylor, L.L. (2016). Designing Incentives for Public School Teachers: Evidence from a Texas Incentive Pay Program. *Journal of Education Finance,* 41(3), 344-381. [awarded Outstanding Article of the Year, National Education Finance Academy]

23. Swain, W., **Springer, M.G.**, Hofer, K.G. (2015). The Persistence of Pre-K Effects and Early Grade Teacher Quality: Evidence from the Tennessee-Voluntary Pre-K Experiment. *AERA Open,* 1(4), 1-17. [top 10 AERA Open article of 2015].

22. **Springer, M.G**., Rosenquist, B., and Swain, W. (2015). Monetary vs. Non-Monetary Incentives. Experimental Evidence from After-School Tutoring Student Attendance Interventions. *Journal of Research on Educational Effectiveness*, 8(4), 453-474.

21. Steele, J., Pepper, M.J., **Springer, M.G.**, and Lockwood, J.R. (2015). The Distribution and Mobility of Effective Teachers. *Economics of Education Review*, 48, 86-101.

20. *Ballou, D. and **Springer, M.G.** (2015). Using Student Test Scores to Measure Teacher Performance: Some Problems in the Design and Implementation of Evaluation Systems. *Educational Researcher,* 44(2), 77-86. [top 10 ER article of 2015].

19. Balch, R. and **Springer, M.G.** (2015). Performance Pay, Test Scores, and Student Learning Objectives. *Economics of Education Review, 44, 114-125.*

18. **Springer, M.G.**, Pepper, M., and Ghosh-Dastidar, B. (2014). Supplemental Educational Services and Student Test Scores: Evidence from a Large, Urban School District. *Journal of Education Finance*, 39(4), 370-403.

17. **Springer, M.G.**, Ballou, D., and Peng, A. (2014). Impact of the Teacher Advancement Program on Student Test Scores Gains. *Education Finance and Policy,* 9(2), 193-230.

16. Yuan, K., Le, V., McCaffrey, D.F., Marsh, J.A., Hamilton, L., Stecher, B., and **Springer, M.G.** (2013). Incentive Pay Programs Do Not Affect Teacher Motivation or Reported Practices: Results from Three Randomized Studies. *Educational Evaluation and Policy Analysis,* 35(1), 3-22. [top EEPA article of 2013; top 10 AERA article of 2013].

15. **Springer, M.G.**, Pane, J., Le, V., McCaffrey, D., Burns, S.F., Hamilton, L., and Stecher, B. (2012). Team Pay for Performance: Experimental Evidence from the Round Rock Pilot Project on Team Incentives. *Educational Evaluation and Policy Analysis.* 34(4), 367-390.

14. Han, B., McCaffrey, D., **Springer, M.G.**, and Gottfried, M. (2012). Teacher Effect Estimates and Decision Rules for Establishing Student-Teacher Linkages: What are the Implications for High-Stakes Personnel Policies in an Urban School District. *Statistics, Politics, and Policy*, 3(2), 1-22.

13. Ballou, D., **Springer, M.G.**, McCaffrey, D.F., Lockwood, J.R., Stecher, B., and Hamilton, L. (2012). POINT/CounterPOINT: The View from the Trenches of Education Policy Research. *Education Finance and Policy*, 7(2), 170-202.

12. *Podgursky, M. and **Springer, M.G.** (2011). Teacher Compensation Systems in the United States K-12 Public School System. *National Tax Journal.* 64(1), 165-192.

11. **Springer, M.G.**, Liu, K. and Guthrie, J.W. (2009). The Impact of School Finance Litigation on Resource Distribution: A Comparison of Court-Mandated Equity and Adequacy Reform. *Education Economics*, 17(4), 421 – 444.

10. *Podgursky, M., Smith, J.R., and **Springer, M.G.** (2008). A New Defendant at the Table: An Overview of Missouri School Finance and Recent Litigation. *Peabody Journal of Education*, 83(2), 174-197.

9. **Springer, M.G.** (2008). Accountability Tales: Do Schools Practice Educational Triage? *Education Next*, 8(1), 74-79.

8. **Springer, M.G.** (2008). The Influence of an NCLB Accountability Plan on the Distribution of Student Test Score Gains. *Economics of Education Review*, 27(5), 556-563.

7. *Podgursky, M. and **Springer, M.G.** (2007). Teacher Performance Pay: A Review. *Journal of Policy Analysis and Management*, 26(4), 909-950.

6. *Guthrie, J.W. and **Springer, M.G.** (2007). Courtroom Alchemy: Adequacy Advocates Turn Guesstimates into Gold. *Education Next*, 7(1), 20-27.

5. **Springer, M.G.**, Houck, E. Ceperley, P., and Hange, J. (2007). Revenue Generation and Resource Allocation and Deployment Practices in Smaller Learning Communities: Lessons Learned from Three High Schools. *Journal of Education Finance*, 32(4), 443-469.

4. *Podgursky, M. and **Springer, M.G.** (2006). K-12 Public School Finance in Missouri: An Overview. *Federal Reserve Bank of St. Louis Regional Economic Development*, 2(1), 31-50.

3. *Podgursky, M. and **Springer, M.G.** (2007). Credentials versus Performance: Review of the Teacher Performance Pay Research. *Peabody Journal of Education*, 82(4), 551-573.

2. Guthrie, J.W. and **Springer, M.G.** (2004). Returning to Square One: From *Plessy* to *Brown* and Back to *Plessy*. *Peabody Journal of Education*, 79(2), 5-32.

1. *Guthrie, J.W. and **Springer, M.G.** (2004). A Nation at Risk Revisited: "Wrong" Reasoning Sometimes Result in "Right" Rules? At What Cost? *Peabody Journal of Education*, 79(1), 7-35.

***Books***

7. *Berends, M., Primus, A., and **Springer, M.G.** (eds., 2019). *Handbook of Research on School Choice*. New York, NY: Taylor and Francis Group.

6. **Springer, M.G.** (ed., 2010). *Performance Incentives: Their Growing Impact on American K-12 Education*. Washington, DC: Brookings Institution Press.

5. Berends, M., **Springer, M.G.**, Ballou, D., and Walberg, H.J. (eds., 2009). *Handbook of Research on School Choice*. New York, NY: Taylor and Francis Group.

4. Guthrie, J.W., **Springer, M.G.**, Rolle, A.R., and Houck, E.A (2007). *Modern Education Finance and Policy.* Englewood Cliffs, NJ: Allyn & Bacon.

3. *Berends, M., **Springer, M.G.**, and Walberg, H. (eds., 2007). *Charter School Outcomes*. New York, NY: Taylor and Francis Group.

2. *Berends, M., Langevin, W., and **Springer, M.G.** (eds., 2007). *Policy, Politics, and Organization of School Choice*. Mahwah, NJ: Lawrence Erlbaum Associates.

1. *Guthrie, J.W. and **Springer, M.G.** (eds., 2005). *Rendering School Resources More Effective: Unconventional Responses to Long-Standing Issues*. Mahwah, New Jersey: Lawrence Erlbaum Associates.

***Book Chapters***

13. Brooks, C.H. and **Springer, M.G.** (in press). Identifying, Establishing, and Distributing the Economic Value of the Classroom Teacher. In Brown, G. and Makridis, C. The Economics of Equity in K-12 Education.

12. **Springer, M.G.**, Halpin, P., Springer, J., Stuit, D., Cohen-Vogel, L., and Brooks, C.H. (in press). The Case for Educational Matching Markets: Practical Resource Allocation Schemes for Addressing Inequities and Achievement Gaps. *Current Trends in Education Finance.*

11. *Brooks, C.H and **Springer, M.G**. (in press). Measuring Teacher Effectiveness: A Review of Historical Developments and Current Trends. *Handbook on Economics of Education.*

10. Gegenheimer, K. and **Springer, M.G.** (2019). Voucher Outcomes. In Berends, M., Primus, A., and Springer, M.G. *Handbook of Research on School Choice*. New York, NY: Taylor and Francis Group.

9. **Springer, M.G.**, Houck, E.A., and Guthrie, J.W. (2015). History and Scholarship of United States Education Finance and Policy. In H. Ladd and P. Goertz (eds.), *Handbook of Research on Education Finance and Policy*. Mahwah, NJ: Lawrence Erlbaum Associates, 3-23.

8. **Springer, M.G** (2011). *Establishing a Framework for Evaluation and Teacher Incentives: Considerations for Mexico*. Paris: Organisation for Economic Co-Operation and Development.

7. **Springer, M.G.** and Balch, R. (2010). Design Components of Incentive Pay Programs in the Education Sector. In S. Sclafani (ed.), *Teacher Incentives and Stimuli*. Paris: Organisation for Economic Co-Operation and Development.

6. Taylor, L.L., **Springer, M.G.**, and Ehlert, M. (2010). Characteristics and Determinants of Teacher-Designed Incentive Pay Programs: Evidence from Texas' Governor Educator Excellence Grant Program. In M.G. Springer (ed.), *Performance Incentives: Their Growing Impact on American K-12 Education*. Washington, DC: Brookings Institution Press.

5. **Springer, M.G.**, Pepper, M., Gardner, C. and Bower, C. (2009). Supplemental Education Services and No Child Left Behind. In M. Berends, M.G. Springer, D. Ballou, and H.J. Walberg (eds.), *Handbook of Research on School Choice*. Mahwah, NJ: Lawrence Erlbaum Associates.

4. **Springer, M.G.**, Houck, E.A., and Guthrie, J.W. (2007). History and Scholarship of United States Education Finance and Policy. In H. Ladd and T. Fiske (eds.), *Handbook of Research on Education Finance and Policy*. Mahwah, NJ: Lawrence Erlbaum Associates, 3-23.

3. **Springer, M.G.** and Guthrie, J.W. (2007). Adequacy's Politicization of the School Finance Legal Process. In M. West and P. Peterson (eds.), *School Money Trials: The Legal Pursuit of Educational Adequacy.* Washington, DC: Brookings Institution Press, 102 – 130. [cited in US Supreme Court decision on school finance].

2. **Springer, M.G.** and Guthrie, J.W. Finance Inequality (2006). In K. Borman, S. Cahill, and B. Cotner. *An American High School: An Encyclopedia*. Westport, CT: Greenwood Publishing.

1. Guthrie, J.W. and **Springer, M.G.** Administration (2006). In K. Borman, S. Cahill, and B. Cotner. *An American High School: An Encyclopedia*. Westport, CT: Greenwood Publishing.

***Policy Reports*** **(select)**

22. Worsham, R.E., Weng, A., Klasik, D., Lindsey, C., and **Springer, M.G** (2023). The College Advising Corps and Enrollment and Persistence. Education Futures Initiative Policy Report.

21. Worsham, R.E., Weng, A., Klasik, D., Lindsey, C., and **Springer, M.G.** (2023). The College Advising Corps and College Applications. Education Futures Initiative Policy Report.

20. Worsham, R.E., Weng, A., Klasik, D., Lindsey, C., and **Springer, M.G.** (2023). The College Advising Corps and Financial Aid. Education Futures Initiative Policy Report.

19. Klasik, D., Zahran, W., Worsham, R., and **Springer, M.G**. (2022). Evidence from the North Carolina Promise. Education Futures Initiative Policy Report.

18. **Springer, M.G.**, Bastian, K., and Brooks, C.D. (2020). The Unpacking is Underway: Current and Future Directions for Teacher Preparation Data Systems. Nashville, TN: National Institute for Excellence in Teaching.

17. Ballou, D., Canon, K., Ehlert, M., Wu, W.W., Doan, S., Taylor, L., **Springer, M.G.** (2016). Final Evaluation Report: Tennessee's Strategic Compensation Programs Findings from Implementation and Impact: 2010-2016. Nashville, TN: Tennessee Education Research Alliance.

16. Ehlert, M., Pepper, M.J., Parsons, E., Burns, S.F., and **Springer, M.G.** (2014). Educator Evaluation in Tennessee: Initial Findings from the 2013 First to the Top Survey. Nashville, TN: Tennessee Consortium on Research, Evaluation, and Development.

15. Pepper, M.J., Burns, S.F., and **Springer, M.G.** (2013). Educator Evaluation in Tennessee: Preliminary Findings from the 2012 First to the Top Survey. Nashville, TN: Tennessee Consortium on Research, Evaluation, and Development.

14. **Springer, M.G.**, Ballou, D., Hamilton, L., Le, V., Lockwood, J.R., McCaffrey, D., Pepper, M.J., and Stecher, B. (2013). *Teacher Pay for Performance: Experimental Evidence from the Project on Incentives in Teaching*. Nashville, TN: National Center on Performance Incentives.

13. Lewis, J., Greenslate, C.M., and **Springer, M.G.** (2013). A Review of the Tennessee Assessment Landscape: Current Practices, Perceptions, and Future Directions. Nashville, TN: Tennessee Consortium on Research, Evaluation, and Development.

12. Marsh, J.A., **Springer, M.G.**, McCaffrey, D.F., Yuan, K., Epstein, S., Koppich, J., Kalra, N. DiMartino, C. and *Peng, A. (2012). A Big Apple for Educators: New York City's Experiment with Schoolwide Performance Bonuses. Santa Monica, CA: RAND. [AERA Outstanding Policy Report Award].

11. Pepper, M.J., Burns, S.F., and **Springer, M.G.** (2012). A Review of Tennessee's Educational Data Systems. Nashville, TN: Tennessee Consortium on Research, Evaluation, and Development.

10. Canon, K., Greenslate, C., Lewis, J., Merchant, K, and **Springer, M.G.** (2012) Evaluation of Tennessee's Strategic Compensation Programs: Interim Findings on Development, Design, and Implementation. Nashville, TN: Tennessee Consortium on Research, Evaluation, and Development.

9. **Springer, M.G.**, Ballou, D., Hamilton, L., Le, V., Lockwood, J.R., McCaffrey, D., Pepper, M.J., and Stecher, B. (2010). *Teacher Pay for Performance: Experimental Evidence from the Project on Incentives in Teaching*. Nashville, TN: National Center on Performance Incentives.

8. **Springer, M.G.**, Stuit, D.A., and Peng, A. (2010). Volatility in School Performance Measures: A Primer. Washington, DC: United States Department of Education's Institute of Education Sciences.

7. **Springer, M.G.**, Lewis, J.L., Ehlert, M., Podgursky, M., Crader, G., Taylor, L., Gronberg, T., Jansen, D., Lopez, O., and Stuit, D. (2010). *District Awards for Teacher Excellence (D.A.T.E.) Program: Final Evaluation Report*. Austin, TX: Texas Education Agency.

6. **Springer, M.G.**, Lewis, J.L., Podgursky, M., Ehlert, M., Gronberg, T., Hamilton, L., Jansen, D., Stecher, B., Taylor, L.L., Lopez, O., Peng, A. (2009). *Texas Educator Excellence Grant (TEEG) Program: Year Three Evaluation Report*. Austin, TX: Texas Education Agency.

5. Lewis, J. and **Springer, M.G.** (2009). *Effective Technical Assistance Principles: Lessons from Three Performance Pay Programs*. Washington, DC: Center for American Progress.

4. **Springer, M.G.**, Lewis, J.L., Podgursky, M., Ehlert, M., Taylor, L.L., Lopez, O., and Peng, A. (2009). *Governor's Educator Excellence Grant (GEEG) Program: Year Three Evaluation Report*. Austin, TX: Texas Education Agency.

3. Lewis, J.L. and **Springer, M.G.** (2008). *Performance Incentives in Texas: Why Schools Chose Not to Participate*. Nashville, TN: National Center on Performance Incentives.

2. Jacob, B. and **Springer, M.G.** (2007). *Teacher Attitudes on Pay for Performance: A Pilot Study*. Tallahassee, Florida: Florida Education Association.

1. **Springer, M.G.** (2005). *Administrator Merit Pay Programs: Performance Indicators and Characteristics Associated with Successful Program Planning, Design, Adoption, and Implementation*. Austin, TX: Austin Independent School District, 1 – 29.

***Other Articles***

8. Springer, M.G. (2023). Advancing Science and Pushing Public Conversation: The Merit Pay Experience. U.S. Department of Education's Institute of Education Sciences 25th-anniversary blog series.

7. Hunter, S. and **Springer, M.G.** (2022). Feedback on Teacher Evaluation Misses the Mark. Brookings Institution Chalkboard.

6. Nguyen, T. and **Springer, M.G.** (2020). Teacher Attrition and Retention: What We Know, What We Can Do, and What More Do We Need. Brookings Institution Chalkboard.

5. **Springer, M.G.**, Rodriguez, L., Swain, W., and Taylor, L. (2019). What We've Learned about Teacher Compensation Reform in Tennessee. Nashville, TN: Tennessee Education Research Alliance, 1-10.

4. Rodriguez, L.A. and **Springer, M.G.** (2019). Transforming the Pool of Tenured Teachers in Tennessee. Nashville, TN: Tennessee Education Research Alliance, 1-9.

3. **Springer, M.G.** (2019). You Get What You Pay For? The Need for Strategic Compensation Reform. Santa Monica, CA: National Institute for Excellence in Teaching, 1-43.

2. **Springer, M.G.** and Gardner, C.D. (2010). Teacher Pay for Performance: Context, Status, and Direction. *Phi Delta Kappan*, 91(8), 8-15.

1. Podgursky, M., **Springer, M.G.** and Hutton, R. (2009). Teacher Training and Preparation in the United States. In P. Peterson, E. Baker, and B. McGaw (eds.), *International Encyclopedia of Education*. New York, NY: Elsevier.

***Manuscripts in Preparation***

Active

Brooks, C. and **Springer, M.G.** ESSER-ting your Preferences: Examining School Districts' Revealed Preferences for Addressing Pandemic Learning Loss. *R&R, Educational Evaluation and Policy Analysis*

Domina, T., Brooks, C., Cohen-Vogel, L., and **Springer, M.G**. Creating Classes: Elementary School Student Assignment and Instructional Quality. *Under Review*.

Domina, T., Williams, N., Smith, C., **Springer, M.G**, Powers, P., and Hutt, E. Framing the Pandemic: Tracking Educational Problem Formulation. *Under Review*.

Klasik, D., Zahran, W., Worsham, R., and **Springer, M.G**. Do Students Respond to a Sticker-Price Reduction? Evidence from the North Carolina Promise. *R&R, AERA Open*

*Halpin, P. and **Springer, M.G.** Classroom Rostering Practices and Student Outcomes: A Simulation Study.

Powers, P., Hutt, E., Domina, T., and **Springer, M.G.** An Examination of Budgeted and Actual ESSER Spending Patterns in North Carolina.

Worsham, R.E., Weng, A., Klasik, D., Lindsey, C., and **Springer, M.G.** College Going Behaviors, Enrollment, and Persistence: An Examination of a Near-Peer Mentoring Program. *Under Review*.

Retired

Candelaria, C.A., Crutchfield, A.N., and **Springer, M.G.** Student-Based Budgeting: A Case Study in Metro Nashville Public Schools.

Doan, S. and **Springer, M.G.** Value-Added and Teacher Accountability: Evidence from a Twin Study Design.

Rodriguez, L.A. and **Springer, M.G.** The Impact of Tenure Reform on Student and Teacher Outcomes.

Swain, W.A. and **Springer, M.G.** Children's Health Insurance and Educational Inequalities: Effect on Health Service Utilization and Attendance.

Woo, D., Nguyen, T., Weiss, A., Nader, J., and **Springer, M.G.** Examining the Relationship between School Sector, Satisfaction, and Turnover: Evidence from Multiple Waves of the Schools and Staffing Survey. *Under Review.*

## PROFESSIONAL PRESENTATIONS

***Papers Accepted for Presentation at Academic Conferences***

**Springer, M.G.**, Stuit, D.A., Halpin, P., Domina, T., Powell, J., Cohen-Vogel, L., Springer, J., and Estrera, E. (2025). A Pilot Project on an Evidence-Informed Classroom Assignment Intervention. *Association for Education Finance & Policy*. Denver, CO.

Powers, P., Hutt, E., Domina, T., and **Springer, M.G.** An Examination of Budgeted and Actual ESSER Spending Patterns in North Carolina. *Association for Public Policy Analysis and Management*. Washington, DC.

**Springer, M.G.**, Halpin, P., Brooks, C.H., Cohen-Vogel, L., and Domina, T. (2023). Classroom Rostering Practices and Student Outcomes: A Simulation Study. *Association for Education Finance & Policy*. Denver, CO.

**Springer, M.G.**, Halpin, P., Brooks, C.H., Cohen-Vogel, L., and Domina, T. (2022). Classroom Rostering Practices and Student Outcomes: A Simulation Study. *Society for Research on Educational Effectiveness*. Washington, DC.

**Springer, M.G.,** Brooks, C.H., Pham, L., Nguyen, T. (canceled COVID). Does Money Matter? A Meta-Analysis of School Spending and Student Outcomes. *Association for Public Policy Analysis & Management*. Washington, DC.

**Springer, M.G.,** Brooks, C.H., Pham, L., Nguyen, T. (2020). Does Money Matter? A Meta-Analysis of School Spending and Student Outcomes. *Association for Education Finance and Policy*. Fort Worth, Texas.

Hunter, S., and **Springer, M.G**. Critical Feedback Characteristics, Teacher Human Capital, and Early-Career Teacher Performance: A Mixed Methods Analysis (2019). *Association for Public Policy Analysis & Management*. Denver, CO.

Hunter, S., and **Springer, M.G**. Critical Feedback Characteristics, Teacher Human Capital, and Early-Career Teacher Performance: A Mixed Methods Analysis (2019). *Association for Education Finance & Policy*. Kansas City, MO.

Pham, L., Nguyen, T., and **Springer, M.G**. (2018). Teacher Merit Pay: A Meta-Analysis. *Association for Public Policy Analysis & Management*. Chicago, IL.

Pearman, A., **Springer, M.G.**, Lipsey, M., Lachowicz, M., Swain, W.A., Farran, D. (2018). Teachers, Schools, and Pre-K Effect Persistence: An Examination of the Sustaining Environments Hypothesis. *Association for Public Policy Analysis & Management*. Chicago, IL.

Pearman, A., **Springer, M.G.**, Lipsey, M., Lachowicz, M., Swain, W.A., Farran, D. (2018). Teachers, Schools, and Pre-K Effect Persistence: An Examination of the Sustaining Environments Hypothesis. *Society for Research on Educational Effectiveness*. Washington, DC.

***Springer, M.G**. and Taylor, L.L (2017). The Effect of Incentive Pay on Teacher Mobility: Evidence from Tennessee. *Association for Public Policy Analysis & Management*. Chicago, IL.

***Springer, M.G**. and Taylor, L.L (2017). The Effect of Incentive Pay on Teacher Mobility: Evidence from Tennessee. *Association for Education Finance & Policy*. Washington, DC.

Swain, W., **Springer, M.G.**, Hofer, K.G. (2016). The Persistence of Pre-K Effects and Early Grade Teacher Quality: Evidence from the Tennessee-Voluntary Pre-K Experiment. *Association for Public Policy Analysis & Management*. Washington, DC.

Swain, W., **Springer, M.G.**, Hofer, K.G. (2016). The Persistence of Pre-K Effects and Early Grade Teacher Quality: Evidence from the Tennessee-Voluntary Pre-K Experiment. *Society for Research on Educational Effectiveness*. Washington, DC.

**Springer, M.G.**, Swain, W., and Rodriguez, L. (2016). Effective Teacher Retention Bonuses: Evidence from Tennessee. *Association for Education Finance & Policy*. Denver, CO.

**Springer, M.G.**, Swain, W., and Rodriguez, L. (2015). Effective Teacher Retention Bonuses: Evidence from Tennessee. *Association for Public Policy Analysis & Management*. Miami, FL.

Swain, W., **Springer, M.G.**, Hofer, K.G. (2015). The Persistence of Pre-K Effects and Early Grade Teacher Quality: Evidence from the Tennessee-Voluntary Pre-K Experiment. *Association for Education Finance & Policy*. Washington, DC.

**Springer, M.G**., Rosenquist, B., and Swain, W. (2014). Monetary vs. Non-Monetary Incentives. Experimental Evidence from After-School Tutoring Student Attendance Interventions. *American Educational Research Association*. Philadelphia, PA.

**Springer, M.G**., Rosenquist, B., and Swain, W. (2014). Monetary vs. Non-Monetary Incentives. Experimental Evidence from After-School Tutoring Student Attendance Interventions. *Association for Education Finance & Policy*. San Antonia, TX.

**Springer, M.G.**, Pane, J., Le, V., McCaffrey, D., Burns, S.F., Hamilton, L., and Stecher, B. (2012). Team Pay for Performance: Experimental Evidence from the Round Rock Pilot

Project on Team Incentives. *American Educational Research Association*, Washington, DC.

**Springer, M.G.**, Pane, J., Le, V., McCaffrey, D., Burns, S.F., Hamilton, L., and Stecher, B. (2012). Team Pay for Performance: Experimental Evidence from the Round Rock Pilot Project on Team Incentives. *Association for Public Policy Analysis & Management*. Baltimore, MD.

**Springer, M.G.**, Pane, J., Le, V., McCaffrey, D., Burns, S.F., Hamilton, L., and Stecher, B. (2012). Team Pay for Performance: Experimental Evidence from the Round Rock Pilot Project on Team Incentives. *Association for Education Finance & Policy*. Boston, MA.

**Springer, M.G.**, Ballou, D., Hamilton, L., Le, V., Lockwood, J.R., McCaffrey, D., Pepper, M.J., and Stecher, B. (2011). Teacher Pay for Performance: Experimental Evidence from the Project on Incentives in Teaching. *American Educational Research Association*. New Orleans, LA.

**Springer, M.G.**, Ballou, D., Hamilton, L., Le, V., Lockwood, J.R., McCaffrey, D., Pepper, M.J., and Stecher, B. (2011). Teacher Pay for Performance: Experimental Evidence from the Project on Incentives in Teaching. *Association for Public Policy Analysis & Management*. Washington, DC.

**Springer, M.G.**, Ballou, D., Hamilton, L., Le, V., Lockwood, J.R., McCaffrey, D., Pepper, M.J., and Stecher, B. (2011). Teacher Pay for Performance: Experimental Evidence from the Project on Incentives in Teaching. *American Education Finance Association*. Seattle, WA.

Podgursky, M. and **Springer, M.G.** (2010). Teacher Compensation Systems in the United States K-12 Public School System. *American Education Finance Association.* Richmond, VA.

Podgursky, M. and **Springer, M.G.** (2010). Teacher Compensation Systems in the United States K-12 Public School System. *Association for Public Policy Analysis & Management*. Washington, DC.

**Springer, M.G.** and Taylor, L.L. (2009). Optimal Incentives for Public Sector Workers: The Case of Teacher-Designed Incentive Pay in Texas. *American Education Finance Association*. Nashville, TN.

Ballou, D. and **Springer, M.G.** (2009). Achievement Tradeoffs and No Child Left Behind. *Association for Public Policy Analysis & Management*. Washington, DC

**Springer, M.G.**, Pepper, M., and Ghosh-Dastidar, B. (2009). The Estimated Effects of Supplemental Educational Services on Student Test Score Gains: Evidence from a Large, Urban School District. *American Education Finance Association*. Nashville, TN.

**Springer, M.G.**, Ballou, D., and Peng, A. (2008). Impact of Teacher Advancement Program on Student Test Score Gains: Findings from an Independent Appraisal. *American Education Finance Association*. Denver, CO.

**Springer, M.G.** (2008). The Estimated Effect of a Teacher Pay for Performance Program on Student Test Score Gains. *Association for Public Policy Analysis and Management*. Los Angeles, CA.

McCaffrey, D., Ballou, D., Lockwood, J.R., and **Springer, M.G.** (2008). A Two-Stage Randomization Scheme to Ease the Threat of Principal and Teacher Collusion Biasing

Estimates for a Teacher Pay for Performance Treatment. *Institute for Education Sciences National Research Conference*. Washington: DC.

Ballou, D. and **Springer, M.G.** (2008). Achievement Tradeoffs and No Child Left Behind. 33rd Annual Meeting of the American Education Finance Association. Denver, CO: April 11th.

**Springer, M.G.**, Pepper, M., Ghosh-Dastidar, B. (2008). The Impact of Supplemental Education Services on Student Test Score Gains: Evidence from a Large, Urban School District. *American Education Finance Association*. Denver, CO.

**Springer, M.G.**, Ballou, D., and Peng, A. (2007). Impact of Teacher Advancement Program on Student Test Score Gains: Findings from an Independent Appraisal. *Association for Public Policy Analysis and Management*. Washington, DC.

Podgursky, M., **Springer, M.G.**, Ghosh-Dastidar, B., and West, M. (2007). Diffusion of Pay for Performance Policy: Findings from Several Waves of the Schools and Staffing Survey. *Association for Public Policy Analysis and Management*. Washington, DC.

Langevin, W. and **Springer, M.G.** (2007). The Political Economy of Teacher Certification and Compensation. *Midwest Political Science Association*. Chicago, IL. Nominated for MPSA outstanding paper award.

**Springer, M.G.** and Ballou, D. (2006). Achievement Tradeoffs and No Child Left Behind. *American Educational Research Association*. Chicago, IL.

**Springer, M.G.**, Liu, K., and Guthrie, J.W. (2006). The Impact of Education Finance Litigation Reform on Resource Distribution: Is There Anything Special About Adequacy? *Association for Public Policy Analysis and Management*. Madison, WI.

**Springer, M.G.** and Liu, K. (2005). A 30-Year Analysis of the Impact of Court Mandated Reform on Resource Distribution. *American Education Finance Association*. Louisville, KY.

Houck, E.A. and **Springer, M.G.** (2005). The Past as Prologue: An Evaluation of Funding Adjustments Made in Wake of Leandro v. North Carolina. *American Education Finance Association*. Louisville, KY.

Guthrie, J.W. and **Springer, M.G.** (2004). Serrano and its Education Finance Progeny: Limits of Litigation. *Association for Policy Analysis and Management*. Atlanta, Georgia.

***Invited Presentations at Universities and Other Professional Organizations / Meetings***

**Springer, M.G.** (2024). Under Pr-ESSER: Revealed Preferences and Spending Patterns in Response to the Pandemic. Bush School of Government and Public Service.

**Springer, M.G.** (2023). Educator Licensure Reform. 2023 Education Policy Bootcamp and Holhauser Legislators Retreat. The Hunt Institute.

Worsham, R., Klasik, D., Lindsay, C., Weng, A., and **Springer, M.G** (2022). The Effect of the College Advising Corp on Students' College-Going Behavior. Presentation to the National College Advising Corps.

Worsham, R., Klasik, D., Lindsay, C., Weng, A., and **Springer, M.G** (2022). The Effect of the College Advising Corp on Students' College-Going Behavior. Presentation to the John M. Belk Endowment.

**Springer, M.G.** (2022). The Importance of Educator Effectiveness. *BEST-NC*. Cary, NC. (keynote).

**Springer, M.G.**, Halpin, P., Springer, J., Stuit, D., Cohen-Vogel, L., and Brooks, C.H. (2021). The Case for Educational Matching Markets: Practical Resource Allocation Schemes for Addressing Inequities and Achievement Gaps. *Current Trends in Education Finance* hosted by the University of Vermont and Tufts University (virtual).

**Springer, M.G.**, Bastian, K., and Brooks, C.D. (2020). The Unpacking is Underway: Current and Future Directions for Teacher Preparation Data Systems. *National Institute for Excellence in Teaching* (virtual).

**Springer, M.G.** (2019). Causal Research Designs for Studying Incentives in the Education Sector. Boston University's Wheelock College. Boston, MA.

Pham, L., Nguyen, T., and **Springer, M.G**. (2019). Teacher Merit Pay: A Meta-Analysis. *Governor's Commission on Student Success.* Raleigh, NC.

**Springer, M.G.** (2018). Causal Research Designs for Studying Incentives in the Education Sector. *National Institute for Excellence in Teaching*. Beverly Hills, CA.

**Springer, M.G.** (2018). You Get What You Pay For? The Need for Strategic Compensation Reform. *National Institute for Excellence in Teaching*. Santa Monica, CA.

**Springer, M.G.** (2018). Causal Research Designs for Studying Incentives in the Education Sector. *Prodigy*. Toronto, Canada.

Pham, L., Nguyen, T., and **Springer, M.G**. (2017). Teacher Merit Pay: A Meta-Analysis. *Vanderbilt University*. Nashville, TN.

Pham, L., Nguyen, T., and **Springer, M.G**. (2017). Teacher Merit Pay: A Meta-Analysis. *University of North Carolina*. Chapel Hill, NC.

Pearman, A., **Springer, M.G.**, Lipsey, M., Lachowicz, M., Swain, W.A., Farran, D. (2017). Teachers, Schools, and Pre-K Effect Persistence: An Examination of the Sustaining Environments Hypothesis. *University of North Carolina*. Chapel Hill, NC.

**Springer, M.G.** (2017). Causal Research Designs for Studying Incentives in the Education Sector. *Student First Coalition*. Nashville, TN.

*__Springer, M.G__. and Taylor, L.L (2016). The Effect of Incentive Pay on Teacher Mobility: Evidence from Tennessee. *BEST-NC*. Cary, NC.

*__Springer, M.G__. and Taylor, L.L (2016). The Effect of Incentive Pay on Teacher Mobility: Evidence from Tennessee. *National Education Finance Academy. Louisville, KY.*

**Springer, M.G.**, Swain, W., and Rodriguez, L. (2016). Effective Teacher Retention Bonuses: Evidence from Tennessee. National Education Association's Albert Shanker Institute. *Washington, DC.*

**Springer, M.G.**, Swain, W., and Rodriguez, L. (2016). Effective Teacher Retention Bonuses: Evidence from Tennessee. *Education Writers Association*. Nashville, TN.

**Springer, M.G.**, Swain, W., and Rodriguez, L. (2016). Effective Teacher Retention Bonuses: Evidence from Tennessee. *Vanderbilt University*. Nashville, TN.

Candelaria, C.A., Crutchfield, A.N., and **Springer, M.G.** (2015). Student-Based Budgeting: A Case Study in Metro Nashville Public Schools. *Nashville Public Schools*. Nashville, TN.

Swain, W., **Springer, M.G.**, Hofer, K.G. (2015). The Persistence of Pre-K Effects and Early Grade Teacher Quality: Evidence from the Tennessee-Voluntary Pre-K Experiment. *National Head Start Association*. Nashville, TN. Keynote.

***Springer, M.G**. and Taylor, L.L (2015). The Effect of Incentive Pay on Teacher Mobility: Evidence from Tennessee. *University of Arkansas*. Fayetteville, AR.

**Springer, M.G**., Rosenquist, B., and Swain, W. (2015). Monetary vs. Non-Monetary Incentives. Experimental Evidence from After-School Tutoring Student Attendance Interventions. *University of Colorado – Colorado Springs.* Colorado Springs, CO.

**Springer, M.G**., Rosenquist, B., and Swain, W. (2014). Monetary vs. Non-Monetary Incentives. Experimental Evidence from After-School Tutoring Student Attendance Interventions. *United States Department of Education*. Washington, DC.

**Springer, M.G.**, Ballou, D., Hamilton, L., Le, V., Lockwood, J.R., McCaffrey, D., Pepper, M.J., and Stecher, B. (2013). Teacher Pay for Performance: Experimental Evidence from the Project on Incentives in Teaching. *Vanderbilt University*. Nashville, TN.

**Springer, M.G.**, Ballou, D., Hamilton, L., Le, V., Lockwood, J.R., McCaffrey, D., Pepper, M.J., and Stecher, B. (2013). Teacher Pay for Performance: Experimental Evidence from the Project on Incentives in Teaching. *University of Michigan's Ford School of Public Policy*. Ann Arbor, MI.

**Springer, M.G.**, Ballou, D., Hamilton, L., Le, V., Lockwood, J.R., McCaffrey, D., Pepper, M.J., and Stecher, B. (2013). Teacher Pay for Performance: Experimental Evidence from the Project on Incentives in Teaching. *United States Department of Education*. Washington, DC.

**Springer, M.G.**, Pane, J., Le, V., McCaffrey, D., Burns, S.F., Hamilton, L., and Stecher, B. (2012). Team Pay for Performance: Experimental Evidence from the Round Rock Pilot Project on Team Incentives. *Vanderbilt University*. Nashville, TN.

Podgursky, M. and **Springer, M.G.** (2012). Teacher Compensation Systems in the United States K-12 Public School System. *Regional Education Lab – Midwest and Learning Point Associates*. Chicago, IL.

Podgursky, M. and **Springer, M.G.** (2011). Teacher Compensation Systems in the United States K-12 Public School System. *Harvard University's Kennedy School of Government*. Cambridge, MA.

**Springer, M.G.** (2011). *Establishing a Framework for Evaluation and Teacher Incentives: Considerations for Mexico*. *Organisation for Economic Co-Operation and Development*. Paris.

**Springer, M.G.** and Balch, R. (2010). Design Components of Incentive Pay Programs in the Education Sector. *Organisation for Economic Co-Operation and Development*. Mexico.

**Springer, M.G.** and Taylor, L.L. (2010). Optimal Incentives for Public Sector Workers: The Case of Teacher-Designed Incentive Pay in Texas. United States Government Accountability Office. Washington, DC.

McCaffrey, D.F., **Springer, M.G.**, and Stuit, D.A. (2009). Volatility in School Growth Measures and Implications for School Accountability. *Vanderbilt University Brown Bag Series*. Nashville, TN.

McCaffrey, D.F., **Springer, M.G.**, and Stuit, D.A. (2009). Volatility in School Growth Measures and Implications for School Accountability. *Institute of Education Sciences Brown Bag Series*. Washington, DC.

**Springer, M.G.** (2009). The Estimated Effect of a Teacher Pay for Performance Program on Student Test Score Gains. *Vanderbilt University Brown Bag Series*. Nashville, TN.

**Springer, M.G.** (2009). The Estimated Effect of a Teacher Pay for Performance Program on Student Test Score Gains. *United States Department of Education*. Washington, DC.

**Springer, M.G.** (2009). Teacher Compensation Reform: A Review of the Evidence. *Battelle For Kids Conference on Educator Compensation*. Houston, TX.

**Springer, M.G.** (2009). Teacher Compensation Reform: Context, Status, and Direction. *Regional Education Lab – Midwest and Learning Point Associates*. Chicago, IL.

Ballou, D. and **Springer, M.G.** (2009). Achievement Tradeoffs and No Child Left Behind. *Center for the Analysis of Longitudinal Data*. Washington, DC.

**Springer, M.G.** (2009). Design Components of Performance Incentive Programs in Education. *National Governors Association*. Nashville, TN.

**Springer, M.G.** (2009). Sustaining Teacher Performance Pay Program. *Nashville Forum on Teacher Compensation Reform*. Nashville, TN.

**Springer, M.G.**, Pepper, M.J., and Ghosh-Dastidar, B. (2009). The Estimated Effects of Supplemental Educational Services on Student Test Score Gains: Evidence from a Large, Urban School District. *U.S. Department of Education Summer Forum and Data Conference*. Washington, DC.

**Springer, M.G.** (2008). Performance Incentives for Teachers. *National Governors Association* (national webinar).

**Springer, M.G.** (2008). Teacher Compensation Reform: Exploring the Research and Policy Implications. *Differentiated Compensation in Education: A Symposium on Practical Applications and Lessons Learned*. Houston, TX.

**Springer, M.G.**, Podgursky, M., Lewis, J.L., Ehlert, M., Lopez, O., Patterson, C.H., and Taylor, L.L. (2008). Texas Educator Excellence Award Program: Year Two Evaluation Report. *Texas Education* Agency. Austin, TX.

**Springer, M.G.** (2008). Teacher Compensation Reform in Georgia and the United States: Context, Status, and Direction. *Georgia State University*. Atlanta, GA.

**Springer, M.G.** (2008). The Estimated Effect of a Teacher Pay for Performance Program on Student Test Score Gains. *Vanderbilt University Brown Bag Series*. Nashville, TN.

**Springer, M.G.** (2008). The Estimated Effect of a Teacher Pay for Performance Program on Student Test Score Gains. *University of Arkansas Seminar Series*. Fayetteville, AR.

**Springer, M.G.**, Pepper, M., Ghosh-Dastidar, B. (2008). Estimated Effect of Supplemental Education Services on Student Test Score Gains: Evidence from a Large, Urban School District. *Tennessee LEAD Conference*. Nashville, TN.

**Springer, M.G.**, Podgursky, M., Lewis, J.L., Ehlert, M., Lopez, O., Patterson, C.H., and Taylor, L.L. (2008). Governor's Educator Excellence Award Program: Year Two Evaluation Report. *Texas Education* Agency. Austin, TX.

**Springer, M.G.**, Ballou, D., and Peng, A. (2008). The Impact of the Teacher Advancement Program on Student Test Score Gains: Findings from an Independent Appraisal. *University of Munich and Harvard University Joint Conference on Educational Incentives*. Munich, Germany.

**Springer, M.G.**, Ballou, D., and Peng, A. (2008). Impact of the Teacher Advancement Program on Student Test Score Gains: Findings from an Independent Appraisal. *National Center on Performance Incentives' Research to Policy Forum*. Nashville, TN.

**Springer, M.G.** (2008). Teacher Compensation Reform Policy: Context, Status, and Direction. *Keynote address for Phi Delta Kappa: Trevecca Nazarene University*. Nashville, TN.

**Springer, M.G.**, Lewis, M., Ehlert, M., and Taylor, L. (2007). Texas Educator Excellence Grant Program: Year 1 Findings. *Texas Education Agency*. Austin, TX.

Podgursky, M., Smith, J.R., and **Springer, M.G**. (2007). A New Defendant at the Table: An Overview of Missouri School Finance and Recent Litigation. *University of Missouri*. Columbia, Missouri.

**Springer, M.G.** (2007). Teacher Compensation Reform in American K-12 Education. Oklahoma House of Representatives. Oklahoma City, Oklahoma.

**Springer, M.G.**, Podgursky, M., Lewis, J.L., Ehlert, M., Lopez, O., Patterson, C.H., and Taylor, L.L. (2007). Governor's Educator Excellence Award Program: Year One Evaluation Report. *Texas Education Agency*. Austin, TX.

**Springer, M.G.**, Podgursky, M., Lewis, J.L., Ehlert, M., Lopez, O., Patterson, C.H., and Taylor, L.L. (2007). Texas Educator Excellence Award Program: Interim Findings. *Texas Education Agency*. Austin, TX.

**Springer, M.G.** (2007). Using Compensation to Recruit, Reward, and Retain Effective Teachers. *Keynote: National Conference on State Legislatures*. Denver, CO.

**Springer, M.G.** (2007). Theoretical Arguments For and Against Performance-Based Teacher Compensation. National Comprehensive Center on Teacher Quality (national webinar).

**Springer, M.G.** (2006). No Child Left Behind and Unintended Consequences. *Vanderbilt University Public Policy Lecture*. Nashville, TN.

**Springer, M.G.** (2006). Statewide Technical Assistance on the Design and Implementation of the TX Governor's Educator Excellence Grant Pay for Performance Program. *Texas Education Agency*. Austin, TX.

Podgursky, M. and **Springer, M.G.** (2006). Credentials vs. Performance: Review of Teacher Performance Pay Research. *Kauffman Foundation*. Kansas City, MO.

**Springer, M.G.** and Guthrie, J.W. (2006). Charter School Finance and Budgeting. *Peabody Professional Institutes*. Nashville, TN.

Guthrie, J.W., Houck, E.A. and **Springer, M.G.** (2006). Nashville and its Schools. *Nashville Business Alliance and Ingram Industries*. Nashville, TN.

**Springer, M.G.** (2005). Understanding Budgets and How to Improve Productivity. Vanderbilt University. Nashville, Tennessee.

**Springer, M.G.** (2004). Modern Education Finance: How it Differs from the Old and the Analytic Changes it Implies. Vanderbilt University. Nashville, Tennessee.

Guthrie, J.W. and **Springer, M.G.** (2003). Education Finance's Likely Future. *Education Writers Association*. Nashville, Tennessee.

## EXTRAMURAL FUNDING

| | |
|---|---|
| 2024 – 2029 | Co-Principal Investigator. *National Center on Teacher Recruitment and Retention*. U.S. Department of Education's Institute of Education Sciences. $10,0000 over 5 years. (Dan Goldhaber, PI). [prime organization, American Institutes for Research's Center for the Analysis of Longitudinal Data in Education] |
| 2024 – 2026 | Principal Investigator. *Cross-Sector Research Pilot for Foster Care Practice and Policy*. North Carolina Collaboratory. $600,000 over 3 years. (S. Dyson, Co-PI). |
| 2024 – 2026 | Co-Principal Investigator. Research Ready Datasets for North Carolina's Longitudinal Data Service. North Carolina's Department of Information Technology. $250,000 over 3 years (M. Pepper, PI). |
| 2024 – 2026 | Principal Investigator. *An Evaluation of WCPSS' Project LEADERS Program.* Wake County Public School System. $500,000 over 3 years. (K. McQueen, M. Pepper, and L. Rau, Co-PIs). |
| 2025 | Co-Principal Investigator. Advanced Teacher Selection and Evaluation: A Mixed Methods Study of North Carolina's Advanced Teaching Role Program. North Carolina Department of Public Instruction. $1,300,000 over 1 year. (Shaun Kellog, PI). |
| 2024 – 2025 | Co-Principal Investigator. *Return on Investment and Data Warehousing Initiatives*. National College Advising Corps. $122,500 (J. Springer, PI). |
| 2024 | Co-Principal Investigator. Educator Selection and Evaluation: A Mixed-Methods Measurement Study of North Carolina's Advanced Teaching Roles Program. North Carolina Department of Education. $1,325,000 over 1 year. (S. Kellogg, PI). [prime organization, Friday Institute at North Carolina State University] |
| 2023 – 2025 | Principal Investigator. *Advancing Student-Teacher Assignment Practices*. Belk Foundation. $165,000 over 2 years. (P. Halpin, Co-PI). |
| 2023 – 2024 | Co-Principal Investigator. *Evidence-Based Strategies for Evaluating Programs and Policies*. North Carolina Department of Public Instruction. $465,000 over 2 years. (L. Sartain, PI). |

| | |
|---|---|
| 2022 – 2025 | Principal Investigator. *An Evaluation of North Carolina's Supplemental Salary Fund*. North Carolina Policy Collaboratory and the North Carolina Department of Public Instruction. $499,563 over 3 years (L. Pham, Co-PI). |
| 2022 – 2025 | Co-Principal Investigator. *The COVID-19 Pandemic and Patterns of Postsecondary Enrollment in North Carolina*. North Carolina Policy Collaboratory and the North Carolina Department of Public Instruction. $250,000 over 2 years. (D. Klasik, PI and Co-PIs S. Hemelt and S. Fuller). |
| 2022 – 2025 | Co-Principal Investigator. *Pandemic Priorities: An Analysis of ESSER Budgeting Across North Carolina*. North Carolina Policy Collaboratory and the North Carolina Department of Public Instruction. $754,000 over 2 years. (with E. Hutt, PI, and T. Domina, Co-PI). |
| 2021 – 2027 | Co-Principal Investigator. *UNC LEADS Principal Preparation Training Grant.* University of North Carolina's System Office. $4,290,000 over 6 years (M. Horner, PI). |
| 2021 – 2025 | Principal Investigator. *Equitable Rostering Solution: A Project on Evidence-Based Student-Teacher Assignment*. U.S. Department of Education's Institute of Education Sciences. $1,750,000 over 4 years. (with L. Cohen-Vogel, P. Halpin, and T. Domina). |
| 2021 - 2024 | Principal Investigator. *North Carolina Education Futures Initiative: Accelerating Attainment*. John M. Belk Endowment. $1,500,000 over 3 years (with A. Kelly). |
| 2021 - 2023 | Principal Investigator. *Evaluation of the College Advising Corps in North Carolina*. John M. Belk Endowment. $320,000 over 2 years. |
| 2021 - 2022 | Principal Investigator. *Paving the Way: The Case for Strategic Student-Teacher Assignment*. Belk Foundation. $190,000 over 2 years. |
| 2020 - 2027 | Co-Principal Investigator. *North Carolina Integrated Care for Kids*. Center for Medicaid and Medicare. $16 million over 7 years (C. Wong, PI; M. Steiner, Co-PI). [prime contractor Duke Medical Center] |
| 2020 | Principal Investigator. *North Carolina Education Futures Initiative: Planning Grant*. John M. Belk Endowment. $250,000 over 1 year (with A. Kelly). |
| 2020 – 2022 | Principal Investigator. Higher Education Project. Highland Vineyard Foundation. $200,000 (with B. Goldstein). |
| 2014 – 2018 | Co-Principal Investigator. *Follow-up through Middle School of a Randomized Study of Public Prekindergarten*. National Institute of Child Health and Development. $3,906,152 over 5 years. |
| 2011 – 2016 | Principal Investigator / Founding Director. *Tennessee Consortium for Research, Evaluation, and Development [Tennessee Education Research Alliance]*. U.S. Department of Education's Race to the Top Grant Program and the Tennessee Department of Education. $3,500,000. |

| | |
|---|---|
| 2010 – 2015 | Principal Investigator. *Evaluation of Tennessee's TIF Grant – Round III*. U.S. Department of Education's Teacher Incentive Fund Program / Tennessee Department of Education. $2,300,000 over 4 years. |
| 2009 – 2011 | Co-Principal Investigator. *Evaluation of New York City's School-Wide Performance Bonus Program*. Fund for New York City Schools. $600,000 (D. McCaffrey, PI; J. Marsh, Co-PI). [prime contractor RAND Corporation] |
| 2007 – 2011 | Principal Investigator. *Evaluation of the Texas Governor's Educator Excellence Award: Texas Educator Excellence Grant Program*. Texas Education Agency. $1,850,000 (M. Podgursky, Co-PI). |
| 2006 – 2011 | Principal Investigator / Founding Director. *National Center on Performance Incentives*. U.S. Department of Education's Institute of Education Sciences. $10,000,000 (J. Guthrie, D. Ballou, M. Podgursky, Co-PIs). |
| 2010 | Principal Investigator. *The Impact of Teacher Pay for Student Performance on Student Outcomes*. Nashville Alliance for Public Education. $1,000,000. |
| 2008 – 2010 | Principal Investigator. *Evaluation of the District Awards for Teaching Excellence Program*. Texas Education Agency. $725,000 (J. Lewis, Co-PI). |
| 2004 – 2010 | Co-Principal Investigator. *National Center on School Choice*. U.S. Department of Education. Institute of Education Sciences. $10,000,000 (M. Berends, PI; D. Ballou, E. Goldring, Co-PI). |
| 2008 – 2009 | Principal Investigator. *Evaluation of a Team-Level Pay for Performance Program*. Michael and Susan Dell Foundation. $380,000. |
| 2007 – 2009 | Principal Investigator. *Performance Incentives: Their Growing Impact on American K-12 Schools*. Smith Richardson Foundation. $180,000. |
| 2006 – 2009 | Principal Investigator. *Evaluation of the Texas Governor's Educator Excellence Award Program: Governor's Educator Excellence Grant Program*. Texas Education Agency. $530,000 (M. Podgursky, Co-PI). |
| 2006 – 2009 | Co-Principal Investigator. *No Child Left Behind and Achievement Tradeoffs*. Smith-Richardson Foundation. $284,000 (D. Ballou, PI). |
| 2005 | Principal Investigator. *Revenue Generation and Resource Allocation and Deployment Practices in Smaller Learning Communities: Lessons from Three High Schools*. U.S. Department of Education through a subcontract with Appalachian Educational Laboratory. approx. $25,000 (E. Houck, Co-PI). |

## TEACHING:

***University of North Carolina – Chapel Hill***

Science in Hyperpartisan Times (IDST – 132; undergraduate with C. Lundberg and J. Warren)

Politics and Policymaking in America's Schools (EDUC – 506; undergraduate)

Research and Scholarship in Education (EDUC – 805A, graduate)

Incentives and Accountability (EDUC – 840; graduate)

Educator Policy (EDUC – 840, graduate)

American Professoriate (IDST – 890; graduate with S. Barbour, M. Chapman, B. Goldstein, K. Guskiewicz)

***Vanderbilt University***

Introduction to Public Policy (HOD – 1800; undergraduate)

Introduction to Policy Analysis (LPO 2700; undergraduate)

Executive Leadership (HOD – 3900; undergraduate)

Causal Inference in Public Policy Research [Research Design and Data Analysis II] (LPO – 3800; graduate)

Ph.D. Proseminar (LPO – 3600; graduate)

Resource Allocation and Deployment / School Finance (LPO – 3600; graduate)

## SERVICE:

***Public / Professional***

| | |
|---|---|
| 2024 – present | Member. School of Education Dean Search Committee. University of North Carolina – Chapel Hill. |
| 2023 – present | Board of Directors. Society for Research on Educational Effectiveness |
| 2022 – present | Editorial Board, *American Educational Research Journal* |
| 2021 – present | Expert Witness. *Cruz-Guzman v. State of Minnesota et al.* (Minnesota) |
| 2020 – present | Editorial Board, *Educational Researcher* |
| 2023 – 2024 | Member. North Carolina State Superintendent of Public Instruction Working Group on the Future of Education. |
| 2023 – 2024 | Mentor, APPAM Mentor Matching Program |
| 2020 – 2021 | Expert Witness. *New Yorkers for Students Educational Rights v. State* (New York) |
| 2020 – 2021 | Society for Research on Educational Effectiveness proposal review committee |
| 2020 | Association for Education Finance & Policy proposal review committee |
| 2019 – 2020 | Expert Witness. *Delawareans for Educational Opportunity v. State* (Delaware) |
| 2019 | Member, Division L Lifetime Achievement Award Committee, American Educational Research Association |
| 2018 – 2020 | Mentor, APPAM Mentor Matching Program |
| 2011 – 2015 | Society for Research on Educational Effectiveness proposal review committee |

| | |
|---|---|
| 2018 | Program Committee, Association of Public Policy Analysis and Management |
| 2018 | Expert. *Florida Best and Brightest Litigation*. |
| 2015 – 2020 | Member, Policy Advisory Board, Texas Institute for Education Reform |
| 2015 – 2018 | Member, Board of Directors, Cal Turner Family Foundation. Nashville, TN. |
| 2011 – 2016 | Member, SCORE Prize Selection Committee. Nashville, TN. |
| 2011 – 2012, 2014 | American Education Research Association proposal review committee |
| 2013 | Expert testimony on teacher incentive pay systems. New York City Board of Education and United Federation of Teachers. |
| 2013 | Expert testimony on teacher evaluation system. State of New York. |
| 2012 – 2013 | Member, Technical Advisory Committee, RANDA Inc. |
| 2011 | Member, Value-Added Technical Advisory Committee. Florida Department of Education and Florida Education Association. |
| 2010 – 2012 | Member, Governor's Commission on the First to the Top Act. State of Tennessee. |
| 2009 – 2013 | Member, Technical Working Group, National Impact Evaluation of the Teacher Incentive Fund. U.S. Department of Education. |
| 2008 – 2012 | Member, Advisory Board. National Governors Association's Teacher Effectiveness Initiative. |
| 2008 – 2012 | Member, Board of Directors. Chalkboard Project for Education. |
| 2010 – 2012 | Member, Advisory Board. National Education Association's Institute for Local Innovation and Policy Leadership. |
| 2009 – 2011 | Member, Task Force on Teacher Effectiveness. Nashville Mayor and Director of Schools ASSET Reform Initiative. |
| 2009 – 2010 | Member, Program Committee, Division L - Policy and Politics (chair). American Education Research Association. |
| 2008 – 2009 | Technical Expert, *Committee for Educational Equality, et al. v. State of Missouri, et al*. |
| 2007 – 2010 | Member ERIC Content Expert on Policy and Management. U.S. Department of Education. |
| 2006 – 2009 | Member, Board of Directors. American Board for Certification of Teacher Excellence. |
| 2009 | Member, Technical Working Group on Growth Curve Models. U.S. Department of Education's Institute of Education Sciences. |
| 2007 – 2008 | Financial Analyst, *Moore v. State of Alaska*. |
| 2006 – 2008 | Financial Analyst, *Abbeville County School District, et al. v. State of South Carolina*. |

| | |
|---|---|
| 2008 | Member, Policy Working Group on Educator Incentives. U.S. Department of Education. |
| 2007 | Member, Program Committee. Association for Public Policy Analysis & Management. |
| 2007 | Financial Analyst, *Tyler Young, et. al. v. Daniel L. Williams, et. al. and Related Action*. |
| 2006 | Technical Advisor. Governor's Educator Excellence Award Programs. State of Texas. |
| 2005 | Member, Advisory Committee. Principal Pay for Performance Program. Austin Independent School District. |
| 2005 | Member, Program Committee. American Education Finance Association. |
| 2001 – 2003 | Member, Board of Directors. Berkshire Habitat for Humanity. |

***Departmental / University***

| | |
|---|---|
| 2023 – 2024 | Member, Post-Tenure Review Committee. School of Education. |
| 2022 – 2024 | Member, Committee on Academic Freedom and Free Speech. University. |
| 2022 – 2024 | Faculty Representative, Southern Association of Colleges and Schools Commission on Colleges. Fifth-Year Interim Review. University. |
| 2022 – 2023 | Chair, Tanner and Friday Teaching Award Committee. University. |
| 2022 – 2023 | Chair, Faculty Search Committee. Educational Leadership. School of Education. |
| 2019 – 2023 | Member, Faculty Executive Council, School of Education |
| 2019 – 2023 | Area Chair, Education Policy and Organizational Leadership, School of Education |
| 2020 – 2022 | Coordinator, Ph.D. in Policy, Leadership, and School Improvement |
| 2022 | Member, Faculty Search Committee. Curriculum, Culture, and Teacher Education |
| 2021 – 2022 | Member, Scholarship and award committee, School of Education |
| 2019 – 2021 | Member, Curriculum Committee, School of Education |
| 2019, 2020 | Member, Tanner and Friday Teaching Award Committee, University |
| 2018 | Member, Faculty Search Committee. Educational Leadership and Policy, School of Education |
| 2017 | Chair, Faculty Search Committee. K-12 Leadership and Policy, School of Education, Department |
| 2015 – 2018 | Coordinator, Education Policy track (undergraduate), Department |
| 2007 – 2018 | Member, Masters of Public Policy Admissions Committee, Department |
| 2016 – 2018 | Member, Ph.D. Steering Committee, Vanderbilt University |

| | |
|---|---|
| 2015 – 2017 | Coordinator, LPO Research Colloquium Series, Department |
| 2015 | Member, Faculty Search Committee. K-12 Leadership and Policy, Department |
| 2008 – 2010 | Member, Research Advisory Board. Vanderbilt's Learning Sciences Institute. Vanderbilt University. |
| 2007 – 2009 | Member, Advisory Board. Vanderbilt Institute for Clinical and Translational Research. Vanderbilt University |
| 2004 | Co-Chair, Program Planning Committee. National Conference on Revisiting *Brown v. Board of Education* hosted by Peabody College of Education and Human Development |
| 2004 | Member, Program Planning Committee. National Conference of Education Writers Association hosted by Peabody College of Education and Human Development |
| 2003 – 2006 | Associate Editor. *Peabody Journal of Education* |

***Dissertation Committees***

| | |
|---|---|
| Ph.D. | Chris Brooks (present, chair); Jacqueline Nader (anticipated graduation 2023); Jay Carter (present); Chris Needham (2022); Charles Midthun (2021); Sy Doan (2019); Emily Kern (2019); Luis Rodriguez (2018, chair); Tuan Nguyen (2018, co-chair); Michael Little (2018); Seth Hunter (2018); Brooks Rosenquist (2018); Richard Blissett (2017); Chris Redding (2017); Walker Swain (2017, chair); Nayan Bose (2015, Econ Dept.); Art Peng (2014); Ryan Balch (2012); Peter Goff (2012); Alex Kurz (2011, Special Education); Meisha Fang (2010); Keke Liu (2010); Karen Herbert (2010, UT-Austin); Coby Meyers (2009; co-chair); David Stuit (2009). |
| Ed.D. | Kendra Woods (anticipated graduation 2023); Jamillia Gillespie (anticipated graduation 2023); Stephen Rayfield (2023); Jaimi West (anticipated graduation 2023); Sarah Stephens (anticipated graduation 2023, chair); Jennifer Hall (anticipated 2023); Tim Rhue (2021); Susan Burns (2009); Cate Gardner (2009); Joyce Meeuwsen (2009). |

***Referee* (select)**

*AERA Open; American Economic Journal: Policy; American Economic Review; American Educational Research Journal*; *Asian Pacific Education Review*; *Developmental Psychology*; *Economics of Education Review*; *Economic Letters*; *Educational Researcher*; *Educational Administration Quarterly*; *Educational Evaluation and Policy Analysis*; *Education Finance & Policy*; *Education Next*; *Education Policy Analysis Archives*; Educational Testing Service; *Industrial & Labor Relations Review*; Institute of Education Sciences; *Journal of Education Finance*; *Journal of Educational and Behavioral Statistics*; *Journal of Human Capital*; *Journal of Human Resources*; *Journal of Policy Analysis & Management*; *Journal of Public Economics*; *Journal of Public Policy Administration & Review*; *Journal of School Choice*; National Comprehensive Center on Teacher Quality; *National Tax Journal*; *Peabody Journal of Education*; *Policy Studies Journal*; *Public Administration Review*; *Psychological Bulletin*; Public Policy

Institute of California; *Psychological Sciences*; Smith-Richardson Foundation; Social Sciences and Humanities Research Council – Canada; *Social Science Quarterly*; Society for the Advancement of Excellence in Education; *Urban Education Review*.

***Media Coverage* (select)**

ABC World News Tonight; Australian Teacher Magazine; Business Wire; CNN's Lou Dobbs Tonight; CNN Top of the Hour; Christian Science Monitor; Dallas Morning News; Denver Post; Education Week; Futurity; Hechinger Report, Houston Chronicle; Idaho Statesman; National Public Radio; Newsweek; New York Times; ScienceDaily; Stateline.org; Teacher Magazine; Tennessean; Time Magazine; The 74; US News and World Report, USA Today; Wall Street Journal.

# Appendix B

# Materials Considered in Matthew Springer's Report

## Articles and Other Publications

1. Agresti, A. And Finlay, B. (2008). Statistical methods for the social sciences. *Upper Saddle River, NJ: Prentice Hall*.

2. *American Institutes for Research* (2015). Recommending AzMERIT Performance Standards: Technical Report. Washinton, DC: Author. Retrieved from https://www.azed.gov/sites/default/files/2016/12/spring-2015-azmerit-standard-setting_091415.pdf?id=5846d5b4aadebe0cf0337f5e.

3. ASCA media release titled ASCA Releases Updated Student-to-School-Counselor Ratio Data, dated January 4, 2023.

4. Barnum, M. Learning loss hits the U.S. hard. It's as bad or worse across the world. *The Wall Street Journal*, December 5, 2023.

5. Belfield, C. R., & Levin, H. M. (2007). The price we pay: economic and social consequences of inadequate education. Washington, DC: *The Brookings Institution*.

6. Braveman P, Egerter S, Williams DR. (2011). The social determinants of health: coming of age. *Annual Review of Public Health*.

7. *Bureau of Labor Statistics* (2016). Volunteering in the United States - 2015. Washington, DC: Author. Retrieved from https://www.bls.gov/news.release/pdf/volun.pdf.

8. *Cambium Assessment and Arizona Department of Education* (2021). Annual Technical Report: Arizona Statewide Assessment in English Language Arts and Mathematics: 2020-2021 School Year. Arlington, VA: Cambium Assessment. Retrieved from https://www.azed.gov/sites/default/files/2022/02/SY2020-21_AzMERIT_Annual%20Technical%20Report.pdf.

9. Carrell, S. E. and Carrell, S. A. (2006). Do lower student to counselor ratios reduce school disciplinary problems? *Contributions to Economic Analysis & Policy*.

10. Carrell, S. E. and Koekstra, M. (2014). Are school counselors an effective education input? *Economics Letters*.

11. Comprehensive Role of School Psychologists section of NASP's website. Retrieved from https://www.nasponline.org/research-and-policy/policy-priorities/critical-policy-issues/comprehensive-role-of-school-psychologists#:~:text=There%20is%20growing%20recognition%20across,Comprehensive%20Role%20of%20School%20Psychologists.

12. Curry, J. (2025). Presidential Address: Investing in Children to Address the Child Mental Health Crisis. *American Economic Review*.

13. Daniel Koretz, Alignment, high stakes, and the inflation of test scores (2005). Yearbook of the *National Society for the Study of Education*.

14. Dewey, D. C., Fahle, E., Kane, T. J., Reardon, S. F., and Staiger, D. O. (2025). Pivoting from pandemic recovery to long-term reform: A district-level analysis. Cambridge, MA: *Center for Education Policy Research at Harvard University*. Retrieved from https://educationrecoveryscorecard.org/wp-content/uploads/2025/02/Pivoting-from-Pandemic-Recovery-to-Long-Term-Reform-A-District-Level-Analysis.pdf.

15. Dietz, N. and Grimm, R.T. (2023). Understanding generosity: A look at what influences volunteering and giving in the United States. *University of Maryland's School of Public Policy Do Good Institute*. Retrieved from https://dogood.umd.edu/sites/default/files/2023-10/UnderstandingGenerosityReport_DoGoodInstitute_11.2023.pdf.

16. DiPaoli, J. L., Fox, J. H., Ingram, E. S., Maushard, M., Bridgeland, J. M., & Balfanz, R. (2015). Building a Grad Nation: progress and challenge in ending the high school dropout epidemic. Washington, DC: *America's Promise Alliance*.

17. Education Data Center. (2025). *State Assessment Data Repository (Version 2.1)*. Retrieved June 23, 2025 from https://www.zelma.ai/data.

18. Evans, W.N., Schwab, R.M., and Wagner, K.L. (2017). The Great Recession and Public Education. *Education Finance and Policy*.

19. Finnigan, K. (2025). Research Use. In Live Handbook of Education Policy Research, in D. Harris (Ed.), *Association for Education Finance and Policy*. Retrieved from https://livehandbook.org/miscellaneous/research-use/.

20. Gautam, N., Dessie, G. Rahman, M.M., and Khanam, R. (2023). Socioeconomic status and health behavior in children and adolescents: A systematic literature review. *Frontiers in Public Health*. Retrieved from doi: 10.3389/fpubh.2023.1228632.

21. Halloran, C., Hug, C., Jack, R., and Oster, E. (2023). Post Covid-19 test score recovery: Initial evidence from state testing data. *NBER Working Paper No. w31113*. Retrieved from DOI: 10.3386/w31113.

22. Hawkins, J. D., Catalano, R. F., and Miller, J. Y. (1992). Risk and protective factors for alcohol and other drug problems in adolescence and early adulthood: implications for substance abuse prevention. *Psychological Bulletin*.

23. Jackson, C.K., Wigger, C., and Xiong, H. (2021). Do school spending cuts matter? Evidence from the Great Recession. *American Economic Journal: Economic Policy*.

24. Jacob, B.A. and Lefgren, L. (2009). The Effect of Grade Retention on High School Completion. *American Economic Journal: Applied Economics*, 1(3), 33-58. DOI: 10.1257/app.1.3.33 and replication package, https://www.openicpsr.org/openicpsr/project/113566/version/V1/view.

25. Kearney, C., Akos, P., Domina, T., and Young, Z. (2021). Student-to-school counselor ratios: A meta-analytic review of the evidence. *Journal of Counseling and Development*.

26. Koretz, D.M. (2002). Limitations in the Use of Achievement Tests as Measures of Educators' Productivity. *Journal of Human Resources*.

27. Koretz, D. (2017). The Testing Charade: Pretending to Make Schools Better. Chicago, IL: *University of Chicago Press*.

28. Labaree, D.F. (1997). Public goods, private goods: The American struggle over educational goals. *American Educational Research Journal*, 34(1). Retrieved from https://doi.org/10.3102/00028312034001039.

29. Legette, K. (2018). School tracking and youth self-perceptions: Implications for academic and racial identity. Child Development, 89(4), 1311-1327. Oakes, J. (2005). Keeping track: How school structure inequality. New Haven, CT: *Yale University Press*.

30. Lei, Z. (2023). Social media multitasking and college students' academic performance: a situation–organism–behavior–consequence perspective. *Psychology in the Schools*.

31. Linn R.L. (2000). Assessment and Accountability. *Educational Researcher*, 29(2).

32. Linn, R. L., Graue, M. E., and Sanders, N. M. (1990). Comparing state and district test results to national norms: The validity of the claims that Everyone is above average. *Educational Measurement: Issues and Practice*.

33. Loeb, S., Dynarski, S., McFarland, D. Morris, P, Reardon, S., and Reber, S. (2017). Descriptive analysis in education: A guide for researchers. Washington, DC: *United States Department of Education's Institute of Education Sciences*. Retrieved from https://files.eric.ed.gov/fulltext/ED573325.pdf.

34. Lynch JW, Kaplan GA, Shema SJ. (1997). Cumulative impact of sustained economic hardship on physical, cognitive, psychological, and social functioning. *New England Journal of Medicine*.

35. Merikangas, K. R., He, J. P., Burstein, M., Swanson, S. A., Avenevoli, S., Cui, L., Swendsen, J. (2010). Lifetime prevalence of mental disorders in US adolescents: Results from the National Comorbidity Survey Replication—Adolescent Supplement (NCSA). *Journal of the American Academy of Child & Adolescent Psychiatry*. Retrieved from https://doi: Org/10.1016/j.jaac.2010.05.017.

36. Morrison, J.Q., Davies, S.C., Noltemeyer, (2020). An analysis of the workforce pipeline in school psychology. *Contemporary School Psychology.*

37. Muka T., Glisic M., Milic J., Verhoog S., Bohlius J., Bramer W., Chowdhury, R., and Franco, O. H. (2023). A 24-step guide on how to design, conduct, and successfully publish a systematic review and meta-analysis in medical research. *European Journal of Epidemiology*.

38. Mulhern, C. (2023). Beyond teachers: Estimating individual counselors' effects on educational attainment. *American Economic Review*.

39. Nafisah, A. (2024). The effect of social media on students' school life in Indonesia. *Acta Pedagogia Asiana*.

40. *National Association of School Psychologists* (N.D.). Model for Comprehensive and Integrated School Psychological Services. Retrieved from https://www.nasponline.org/standards-and-certification/nasp-practice-model/about-the-nasp-practice-model.

41. *National Center for Education Statistics'* Common Core of Data. Retrieved from https://nces.ed.gov/ccd/elsi/.

42. National Research Council. (2002). Scientific research in education. Committee on Scientific Principles for Education Research. Shavelson, R.J., and Towne, L., Editors. Center for Education. Division of Behavioral and Social Sciences and Education. Washington, DC: *National Academy Press*.

43. One Big Beautiful Bill Act, Pub. L. No. 119-21, H.R. 1, 119th Cong. (2025).

44. Pearson (2022). AASA: Arizona ELA & Mathematics Assessment 2022 Technical Report. New York, NY: Author. Retrieved from https://www.azed.gov/sites/default/files/2023/09/AASA_2022_Technical_Report.pdf.

45. Perou, R., Bitsko, R. H., Blumberg, S. J., Pastor, P., Ghandour, R. M., Gfroerer, J. C., Parks, S. E. (2013). Mental health surveillance among children—United States, 2005–2011. *Morbidity and mortality weekly report*. Retrieved from https://www.cdc.gov/mmwr/preview/mmwrhtml/su6202a1.htm.

46. Roy, J. and Mishel, L. (2006). Rethinking high school graduation rates and trends. *Washington, DC. Economic Policy Institute*. Retrieved from https://files.epi.org/page/-/old/books/rethinking_hs_grad_rates/rethinking_hs_grad_rates-FULL_TEXT.pdf.

47. The Editorial Board Opinion. The startling evidence of learning loss is in, *The New York Times*, November 18, 2023.

48. Tingting, Y. (2024). Why are Chinese college students shunning dorm living? *The World of Chinese*, September 13. Retrieved from https://www.theworldofchinese.com/2024/09/chinese-college-students-shunning-dorm-life/.

49. Tucson Unified School District (2024). *Annual Workforce Report 2023-2024*. Tucson, AZ: Author. Retrieved from https://www.tusd1.org/_theme/files/human-resources/24-25/Digital%20Copy%20of%20Final%20Published%20HR%20Annual%20Workforce%20Report%202024.pdf.

50. U.S. Census Bureau (2023). American Community Survey 1-year estimates. Retrieved from *Census Reporter Profile tool*, https://censusreporter.org/.

51. US Department of Education (2017). Every Student Succeeds Act high school graduation rate non-regulatory guidance. Washington, DC: Author. Retrieved from https://www.ed.gov/sites/ed/files/policy/elsec/leg/essa/essagradrateguidance.pdf. https://azreportcards.azed.gov/state-reports.

52. Viner, R.M., Ozer, E.M., Denny, S., Marmot, M., Resnick, M., Fatusi, A., and Currie, C. (2012). Adolescence and the social determinants of health. Lancet. Retrieved from doi: 10.1016/S0140-6736(12)60149-4.

53. Vogels, E.A., Gelles-Watnick, R., and Massarat, N. (2022). Teens, social media, and technology 2022. Washington, DC: *Pew Research Center*, Retrieved from https://www.pewresearch.org/wp-content/uploads/sites/20/2022/08/PI_2022.08.10_Teens-and-Tech_FINAL.pdf.

54. West, J.D. and Bergstrom, C.T. (2021). Misinformation in and about science. PNAS. Retrieved from https://www.pnas.org/doi/10.1073/pnas.1912444117.

**Communications**

55. Communication on June 6, 2025 from Melissa Yeates (partner, Kessler Topaz).

**Depositions and Exhibits**

56. April 8, 2025 Deposition of Ricardo Hernandez.

57. April 8-9, 2025 Deposition of Julie Shivanonda.

58. April 22, 2025 Deposition of Joseph Gaw.

59. April 22, 2025 Depostion of Mark Alvarez.

60. May 6, 2025 Deposition of Richard Sanchez.

61. May 7, 2025 Deposition of Rebecca Carrier.

62. May 8, 2025 Deposition of Gabriel Trujillo.

63. May 12, 2025 Deposition of Joseph Hallums.

64. May 13, 2025 Deposition of Anna Schwartz-Warmbrand.

65. May 14, 2025 Deposition of Brian Lambert.

66. May 14, 2025 Deposition of Holly Hammel.

67. May 15, 2025 Deposition of Mark Alvarez.

68. May 23, 2025 Deposition of Sabrina Salmon.

69. July 1, 2025 Deposition of Brian Lambert.

70. June 24, 2025 Deposition of Holly Hammel.

71. June 30, 2025 Deposition of Julie Shivanonda.

**Litigation Documents**

72. Motion to Dismiss Order (Local Government and School District), In Re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation, October 24, 2024.

73. Order Granting in Part and Denying in Part Defendants' Motion to Dismiss the School District and Local Government Entities' Master Complaint, In Re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation, October 24, 2024 ("Motion to Dismiss Order").

74. Plaintiff's Third Amended Responses to Defendants' Interrogatories to TUSD (Set 1), April 4, 2025.

75. Plaintiff's Amended Responses to Defendants' Interrogatories to TUSD (Set 3), March 25, 2025.

76. TUSD Second Supplemental Initial Disclosure Statement, November 15, 2024.

77. Verification of Plaintiff's Responses to Defendants' Interrogatories to TUSD (Set 2), April 22, 2025.

78. Verification of Plaintiff's Third Amended Responses to Defendants' Interrogatories to TUSD (Set 1), April 22, 2025.

**Other Reports**

79. Amended Expert Report of Dr. Douglas Leslie for TUSD, June 20, 2025.

80. Amended Expert Report of Dr. Shannon Hoover for TUSD, June 20, 2025.

81. Expert Report of Bryce Ward for TUSD, May 19, 2025.

82. Expert Report of Douglas Leslie for TUSD, May 19, 2025.

83. Expert Report of Shannon Hoover for TUSD, May 18, 2025.

84. Expert Report of Jeffrey Meyers for TUSD, May 19, 2025.

85. Expert Report of Robert Klein for TUSD, May 18, 2025.

86. General Expert Report of Brian Osborne, May 16, 2025.

87. General Expert Report of Dr. Shannon Hoover, May 16, 2025.

**School District Specific Documents**

88. 20160712_FY 2017 TUSD Proposed Budget Meeting Agenda
89. 20170502_FY2017 TUSD Budget Edit Update Report REV_1
90. 20170712_FY2018 TUSD Budget PROPOSED
91. 20171003_FY2017 TUSD Annual Financial Report
92. 20171115_FY2017 TUSD CSF Narrative Results
93. 20180629_FY2019 TUSD Budget PROPOSED
94. 20180629_FY2019 TUSD Meeting Notification
95. 20180803_FY 2018 TUSD Budget Update Edit Report REV_2
96. 20180803_FY2018 TUSD Budget REV_2
97. 20181001_FY2018 TUSD Budget REV_3
98. 20181003_FY 2018 TUSD Budget Update Edit Report REV_3
99. 20181005_FY2018 TUSD Annual Financial Report Update
100. 20181115_FY 2018 TUSD Clasroom Site Funding Narrative
101. 2019_2020 Magnet School Budgets
102. 20190626_FY2020 TUSD Budget PROPOSED
103. 20191004_FY2019 TUSD Comp AFR DRAFT
104. 20191015_FY2019 TUSD Budget Edit Update Report
105. 20200219_FY2019 TUSD Annual Financial Report REVISED
106. 2020-04-12 GB Covid19 Daily Cases SY21-22
107. 2020-07-14 SY 20-21 Teachers and Students Technology
108. 2020-08-11 Determination for Emergency Procurement of Internet Devices (SIGNED)
109. 20201009_FY2020 TUSD Annual Financial Report
110. 20201211_FY2021 TUSD Budget REV_1
111. 2021 Summer Program Enrollment - as of 05-21-21 at 11am
112. 2021-01-19 COVID Expenditure Update
113. 2021-01-19 GB Study Session_EPSL
114. 2021-01-19 High School Hybrid 6 and 7 Period Day Schedule

115. 2021-01-19 Next Steps
116. 2021-01-19 Opening of Schools Discussion
117. 2021-02-09 FY22 Budget Projection
118. 2021-02-09 High School Hybrid 6 and 7 Period Day Schedule
119. 2021-02-09 Opening of Schools SPR 21
120. 2021-02-09 SPR 21 Opening of Schools Survey Results
121. 2021-02-09 SY 21-22 Benefit Renewal Proposal
122. 2021-03-09 Determination for Emergency Procurement of HEPA Air Purifiers
123. 2021-03-30 FY21 Expenditure Update Presentation February
124. 2021-03-30 FY21 February Expenditure Update Reports
125. 2021-03-30 GB Presentation TS Capital Plan
126. 2021-04-13 2021stipends-compensation slides MM
127. 2021-04-27 ESSER 042321b_FINALa-compressed
128. 2021-04-27 ESSER Funding Presentation
129. 20210514_FY2021 TUSD Budget REV_2
130. 2021-06-08 21-22 TUSD Remote Learning TUVA PPT for 6-8-21
131. 2021-06-08 ESSER - School Menu
132. 2021-06-08 ESSER II Proposals - Approved Items
133. 2021-06-08 ESSER II Proposals - By Dept
134. 2021-06-08 GB - ESSER II Proposals Cover MEMO
135. 2021-06-08 GB ESSER - 6
136. 20210623_FY2022 TUSD Budget PROPOSED.xls
137. 2021-07-20 City-TUSD IGA for B-ball Shade - Signed Fully Executed
138. 2021-07-20 City-TUSD IGA for B-ball Shade final
139. 2021-08-10 ESSER II - Capital - 8
140. 2021-08-10 ESSER III - GB Request - 8
141. 2021-08-10 GB ESSER - 8
142. 20210821_FY2022 TUSD Budget REV_1.xls
143. 2021-08-24 17345 - CV19 - HD - update language schools exposure letter DRAFT01

144. 2021-08-24 COVID Protocol Updates for SY21-22_8-24
145. 2021-08-24 Ex Ed Teacher & Ex Ed Teacher Assistant Vacancies
146. 2021-08-24 PM Bid breakdown - TUSD Water Bottle Stations
147. 20210825_FY2022 TUSD REV_1 Budget Edit Update Report.pdf
148. 2021-09-09 Curriculum Textbook Review Flyer Common Lit
149. 2021-09-09 ESSER III - GB Request - 9
150. 2021-09-09 Ex Ed Funding Request 9
151. 2021-09-09 GB ESSER - 9
152. 2021-09-09 PM Bid breakdown - TUSD Water Bottle Stations
153. 20210923_FY2021 TUSD Budget Rev_3
154. 20211001 FY2021 TUSD Covid Budget
155. 2021-10-05 ESSER III - GB Request - 10
156. 2021-10-05 GB ESSER - 10
157. 2021-10-05 GBMeeting_Oct5_ACS
158. 20211008_FY201 TUSD Annual Financial Report
159. 2021-11-09 COVID PPT ACS
160. 2021-11-09 Governing Board In-person Meeting Options
161. 2021-11-09 PCHD schools_presentation_1110421
162. 20211119_FY2021 TUSD Classroom Fund Narrative
163. 2021-12-07 A-30 Due Diligence Coop Contracts Compliance Checklist revised 8-7-12
164. 2021-12-07 Capital request
165. 2022-04-12 COVID PPT
166. 2022-04-12 ESSER III - GB Request
167. 2022-04-12 GB ESSER I II III Budget Capacity
168. 2022-04-12 GB ESSER Request
169. 2022-04-12 PCHD COVID Dashboard
170. 20220605_FY2023 TUSD Budget Meeting Notice
171. 2022-06-14 Curriculum Expenditures 2022-2023
172. 20220615_FY2023 TUSD Budget PROPOSED

173. 20220712_FY2023 TUSD Budget ADOPTED
174. 2022-08-09 Contracted Teacher (MAXIM) Request GB
175. 2022-08-09 GB ESSER Request
176. 2022-09-13 GB ESSER I II III Budget Capacity
177. 20221006_FY2022 TUSD Adopted Budget Book.pdf
178. 20221007_FY202 TUSD Annual Financial Report.xls
179. 20221007_FY2022 TUSD Budget Edit Update Report.pdf
180. 20221110_FY2022 TUSD Budget Edit Update Report CSFR.pdf
181. 20221110_FY2022 TUSD Classroom Site Fund Report.xls
182. 2022-12-06 GB ESSER I II III Budget Capacity
183. 2023-04-25 Quote -Summer 2023
184. 2023-04-25 TUSD Module Overviews -Summer 2023
185. 2023-07-25 GB ESSER I II III Overview
186. 2023-11-14 GB ESSER I II III Overview
187. 2024-01-30 GB - ESSER III Final
188. 2024-01-30 One-Time Payment Financial Overview  Criteria
189. 2024-02-27 FY2025 ESSER Learning Loss Positions
190. 20240327_FY 2023 TUSD Comprehensive AFR
191. 2024-04-01 PFS – Plaintiff Fact Sheet for TUSD, April 1, 2024.
192. 2024-04-01 PFS Ex - 2021-10-26 Counseling Department Board Presentation
193. 2024-04-01 PFS Ex - EJG
194. 2024-04-01 PFS Ex - Exb 17-OrgChart as of 12-20-2022
195. 2024-04-01 PFS Ex - Exhibit 32- JICK
196. 2024-04-01 PFS Ex - Exhibit 32- JICK E2
197. 2024-04-01 PFS Ex - Exhibit 32 Student Code of Conduct 2023
198. 2024-04-01 PFS Ex - Exhibit 43 - Hybrid schedule info 4th_Qtr_Learning_Option_Staff_Letter
199. 2024-04-01 PFS Ex - FINAL-DRAFT-AZ-Roadmap-for-Reopening-Schools_6_1_20-1
200. 2024-04-01 PFS Ex - GBGCB-R1
201. 2024-04-01 PFS Ex - Health Condition List 2019-2023

202. 2024-04-01 PFS Ex - IJNDB
203. 2024-04-01 PFS Ex - JICJ
204. 2024-04-01 PFS Ex - JICJ-R
205. 2024-04-01 PFS Ex - JICK
206. 2024-04-01 PFS Ex - JICK-E1
207. 2024-04-01 PFS Ex - JICK-E2
208. 2024-04-01 PFS Ex - JICK-R
209. 2024-04-01 PFS Ex - PowerPoint Presentation
210. 2024-05-22Am PFS – First Amended Plaintiff Fact Sheet for TUSD, April 22, 2024.
211. 2024-05-22 Am PFS Ex - 20230803-0811 Superintendent Summary
212. 2024-05-22 Am PFS Ex - 20230814-0825 Superintendent Summary
213. 2024-05-22 Am PFS Ex - 20231002-1006 Superintendent Summary
214. 2024-05-22 Am PFS Ex - 20240213 Superintendent Summary
215. 2024-05-22 Am PFS Ex - 20240229 Superintendent Summary
216. 2024-05-22 Am PFS Ex - 20240327 Superintendent Summary
217. 2024-05-22 Am PFS Ex - Deans and ISI -10-24-23D2
218. 2024-05-22 Am PFS Ex - Deans and ISI February 2024
219. 2024-05-22 Am PFS Ex - Deans and ISI January 2024
220. 2024-05-22 Am PFS Ex - Deans and ISI March 2024
221. 2024-05-22 Am PFS Ex - Deans ISI November 2023
222. 2024-05-22 Am PFS Ex - EDI Presentation for Directors 03.16.23
223. 2024-05-22 Am PFS Ex - EDI Presentation for Directors 03.28.23
224. 2024-05-22 Am PFS Ex - EDI Presentation for Directors 04.17.23
225. 2024-05-22 Am PFS Ex - EDI Presentation for Directors 04.25.23
226. 2024-05-22 Am PFS Ex - EDI Presentation for Directors 09.02.23
227. 2024-05-22 Am PFS Ex - EDI Presentation for Directors 09.12.23
228. 2024-05-22 Am PFS Ex - EDI Presentation for Directors 09.18.23
229. 2024-05-22 Am PFS Ex - EDI Presentation for Directors 1.17.23 Final
230. 2024-05-22 Am PFS Ex - EDI Presentation for Directors 1.24.23 Final

231. 2024-05-22 Am PFS Ex - EDI Presentation for Directors 1.31.23
232. 2024-05-22 Am PFS Ex - EDI Presentation for Directors 10.04.23
233. 2024-05-22 Am PFS Ex - EDI Presentation for Directors 10.25.23
234. 2024-05-22 Am PFS Ex - EDI Presentation for Directors 11.01.23
235. 2024-05-22 Am PFS Ex - EDI Presentation for Directors 11.08.23
236. 2024-05-22 Am PFS Ex - EDI Presentation for Directors 11.29.23
237. 2024-05-22 Am PFS Ex - EDI Presentation for Directors 12.09.23
238. 2024-05-22 Am PFS Ex - EDI Presentation for Directors 12.12.23
239. 2024-05-22 Am PFS Ex - Other - 20240117 Superintendent Summary
240. 2024-06-01 SUP-PFS - School District Supplemental Plaintiff Fact Sheet for TUSD, June 1, 2024
241. 2024-06-28 Sec-Am PFS - Second Amended Plaintiff Fact Sheet for TUSD, June 28, 2024
242. Annual Comprehensive Financial Report 2020-21
243. Annual Comprehensive Financial Report 2021-22
244. Annual Comprehensive Financial Report 2022-23
245. Annual Financial Report 2020-21
246. Annual Financial Report 2021-22
247. Annual Financial Report 2022-23
248. Annual Financial Report 2023-24
249. Audit 2001-02
250. Audit 2002-03
251. Audit 2003-04
252. Audit 2004-05
253. Audit 2005-06
254. Audit 2006-07
255. Audit 2007-08
256. Audit 2008-09
257. Audit 2009-10
258. Audit 2010-11

259. Audit 2011-12
260. Audit 2012-13
261. Audit 2013-14
262. Audit 2014-15
263. Audit 2015-16
264. Audit 2016-17
265. Audit 2017-18
266. Audit 2018-19
267. Audit 2019-20
268. Audit 2023-24
269. Budget 2021-22
270. Budget 2022-23
271. Budget 2023-24
272. Budget 2024-25
273. Discipline 2012-15
274. Discipline 2013-19
275. Discipline 2019-20
276. Discipline 2020-21
277. Discipline 2021-22
278. Discipline 2022-23
279. Discipline 2023-24
280. Enrollment 2010-11
281. Enrollment 2011-12
282. Enrollment 2012-13
283. Enrollment 2013-14
284. Enrollment 2014-15
285. Enrollment 2015-16
286. Enrollment 2016-17
287. Enrollment 2017-18

288. Enrollment 2018-19
289. Enrollment 2019-20
290. Enrollment 2020-21
291. Enrollment 2021-22
292. Enrollment 2022-23
293. Enrollment 2023-24
294. Enrollment 2024-25
295. Free and Reduced Lunch 2018-19
296. Free and Reduced Lunch 2019-20
297. Free and Reduced Lunch 2020-21
298. Free and Reduced Lunch 2021-22
299. Free and Reduced Lunch 2022-23
300. Free and Reduced Lunch 2023-24
301. Free and Reduced Lunch 2024-25
302. Incidents 2015-17
303. Incidents 2016-18
304. Incidents 2017-19
305. Magnet Schools Budgets
306. School District Spending 2016-17
307. School District Spending 2017-18
308. School District Spending 2018-19
309. School District Spending 2019-20
310. School District Spending 2020-21
311. School District Spending 2021-22
312. School District Spending 2022-23
313. School District Spending 2023-24
314. School-Level Reporting 19
315. Tucson, AZ Data

| | | |
|---|---|---|
| SM_TUSD_00005291 | SM_TUSD_00063978 | SM_TUSD_00071528 |
| SM_TUSD_00005314 | SM_TUSD_00063979 | SM_TUSD_00071529 |
| SM_TUSD_00005336 | SM_TUSD_00064001 | SM_TUSD_00071530 |
| SM_TUSD_00005356 | SM_TUSD_00064002 | SM_TUSD_00071531 |
| SM_TUSD_00005750 | SM_TUSD_00064022 | SM_TUSD_00071532 |
| SM_TUSD_00005774 | SM_TUSD_00064061 | SM_TUSD_00071533 |
| SM_TUSD_00006012 | SM_TUSD_00064090 | SM_TUSD_00091277 |
| SM_TUSD_00006027 | SM_TUSD_00064119 | SM_TUSD_00091478 |
| SM_TUSD_00006142 | SM_TUSD_00064177 | SM_TUSD_00091725 |
| SM_TUSD_00006295 | SM_TUSD_00064205 | SM_TUSD_00092012 |
| SM_TUSD_00006454 | SM_TUSD_00064291 | SM_TUSD_00092207 |
| SM_TUSD_00006454 | SM_TUSD_00066302 | SM_TUSD_00092251 |
| SM_TUSD_00006502 | SM_TUSD_00066317 | SM_TUSD_00099872 |
| SM_TUSD_00060886 | SM_TUSD_00066317 | SM_TUSD_00101144 |
| SM_TUSD_00061011 | SM_TUSD_00066421 | SM_TUSD_00101564 |
| SM_TUSD_00061011 | SM_TUSD_00066421 | SM_TUSD_00101569 |
| SM_TUSD_00061244 | SM_TUSD_00068902 | SM_TUSD_00101749 |
| SM_TUSD_00061471 | SM_TUSD_00068944 | SM_TUSD_00103737 |
| SM_TUSD_00061491 | SM_TUSD_00068965 | SM_TUSD_00106407 |
| SM_TUSD_00061512 | SM_TUSD_00068983 | SM_TUSD_00106679 |
| SM_TUSD_00061753 | SM_TUSD_00069063 | SM_TUSD_00120266 |
| SM_TUSD_00063891 | SM_TUSD_00069154 | SM_TUSD_00120266 |
| SM_TUSD_00063902 | SM_TUSD_00069154 | SM_TUSD_00138332 |
| SM_TUSD_00063914 | SM_TUSD_00069773 | SM_TUSD_00139046 |
| SM_TUSD_00063924 | SM_TUSD_00071523 | SM_TUSD_00139371 |
| SM_TUSD_00063935 | SM_TUSD_00071524 | SM_TUSD_00149104 |
| SM_TUSD_00063944 | SM_TUSD_00071525 | SM_TUSD_00149605 |
| SM_TUSD_00063951 | SM_TUSD_00071526 | SM_TUSD_00161398 |
| SM_TUSD_00063977 | SM_TUSD_00071527 | SM_TUSD_00161446 |

| | | |
|---|---|---|
| SM_TUSD_00169552 | SM_TUSD_00185587 | SM_TUSD_00595110 |
| SM_TUSD_00169582 | SM_TUSD_00186036 | SM_TUSD_00595111 |
| SM_TUSD_00169584 | SM_TUSD_00186037 | SM_TUSD_00595112 |
| SM_TUSD_00169584 | SM_TUSD_00208403 | SM_TUSD_00595113 |
| SM_TUSD_00185550 | SM_TUSD_00208405 | SM_TUSD_00595114 |
| SM_TUSD_00185551 | SM_TUSD_00208408 | SM_TUSD_00595115 |
| SM_TUSD_00185552 | SM_TUSD_00312988 | SM_TUSD_00595116 |
| SM_TUSD_00185553 | SM_TUSD_00367993 | SM_TUSD_00595117 |
| SM_TUSD_00185556 | SM_TUSD_00379779 | SM_TUSD_00595118 |
| SM_TUSD_00185557 | SM_TUSD_00385912 | SM_TUSD_00595119 |
| SM_TUSD_00185558 | SM_TUSD_00391790 | SM_TUSD_00595120 |
| SM_TUSD_00185559 | SM_TUSD_00391790 | SM_TUSD_00595121 |
| SM_TUSD_00185560 | SM_TUSD_00424792 | SM_TUSD_00595122 |
| SM_TUSD_00185561 | SM_TUSD_00448633 | SM_TUSD_00595123 |
| SM_TUSD_00185562 | SM_TUSD_00448636 | SM_TUSD_00595125 |
| SM_TUSD_00185563 | SM_TUSD_00448651 | SM_TUSD_00595126 |
| SM_TUSD_00185564 | SM_TUSD_00485215 | SM_TUSD_00595127 |
| SM_TUSD_00185565 | SM_TUSD_00486595 | SM_TUSD_00595130 |
| SM_TUSD_00185566 | SM_TUSD_00595073 | SM_TUSD_00595131 |
| SM_TUSD_00185567 | SM_TUSD_00595074 | SM_TUSD_00595133 |
| SM_TUSD_00185569 | SM_TUSD_00595079 | SM_TUSD_00595134 |
| SM_TUSD_00185570 | SM_TUSD_00595080 | SM_TUSD_00595135 |
| SM_TUSD_00185571 | SM_TUSD_00595093 | SM_TUSD_00595136 |
| SM_TUSD_00185572 | SM_TUSD_00595100 | SM_TUSD_00595137 |
| SM_TUSD_00185573 | SM_TUSD_00595101 | SM_TUSD_00595144 |
| SM_TUSD_00185574 | SM_TUSD_00595102 | SM_TUSD_00595145 |
| SM_TUSD_00185577 | SM_TUSD_00595105 | SM_TUSD_00599003 |
| SM_TUSD_00185579 | SM_TUSD_00595108 | |
| SM_TUSD_00185580 | SM_TUSD_00595109 | |