# EXHIBIT H

# *STATE OF TENNESSEE, et al.*

v.

# *META PLATFORMS, et al.*

Trial

**Day Twenty**

*August 20, 2026*

HARPETH
COURT REPORTERS

(615) 933-6786
www.harpethcourtreporters.com

IN THE CHANCERY COURT OF DAVIDSON COUNTY, TENNESSEE
FOR THE TWENTIETH JUDICIAL DISTRICT, AT NASHVILLE

STATE OF TENNESSEE, ex rel.
JONATHAN SKRMETTI, ATTORNEY GENERAL
and REPORTER,

Plaintiff,

vs. Case No. 23-1364-IV

META PLATFORMS, INC., and
INSTAGRAM LLC,

Defendants.

TRIAL TRANSCRIPT

(Pages 6166 to 6526)

Day 20

Before Chancellor Russell T. Perkins

August 20, 2026

8:20 a.m.

Reported by:
Harpeth Court Reporters
Franklin, Tennessee
JULIE LYLE, RPR, LCR
EMILY SIPE, RPR, LCR

(The jury entered the courtroom.)

THE COURT: For the State.

MR. CARTMELL: Yes, Your Honor, at this time, thank you very much for your patience and indulgence from the Court. At this time the State of Tennessee rests its case.

THE COURT: Thank you, sir. You may call your first witness.

MR. HUFF: Good afternoon, Your Honor, may it please the court.

THE COURT: Yes.

MR. HUFF: Kevin Huff on behalf of Meta, counsel. Ladies and Gentlemen, I'm glad to be back in front of you. I did burst a blood vessel in my eye, which is why I'm wearing glasses, but I'm not contagious. Meta looks forward to presenting our defense, and Meta calls Tessa Lyons as its first witness.

TESSA LYONS-LAING

was called as a witness, and after having been first duly sworn, testified as follows:

MR. HUFF: May I proceed, Your Honor?

THE COURT: You may.

DIRECT EXAMINATION

BY MR. HUFF:
**Q. Good afternoon, Ms. Lyons, can you please introduce yourself to the jury.**
A. Hi. My name is Tessa Lyons and I am vice president of product at Instagram.
**Q. How long have you worked at Meta?**
A. I worked at Meta since 2014.
**Q. How would you describe your role as vice president of product at Instagram?**
A. As the vice president of product I'm responsible for building the Instagram app. The products that people use on Instagram are ones that I and my teams have developed and built.
**Q. So, Ms. Lyons, can you tell the jury what you were supposed to be doing this week?**
A. I was supposed to be on holiday with my family. I have a 5 year old, a 3 year old, and a 1 year old. So my husband is managing them this week while I'm here. He might have the harder job.
**Q. So why are you here today?**
A. I'm here because I spent the last 12 years of my career working at Meta. I'm a parent, and I'm someone who cares a lot about the issues at stake in this case. I really care that the product I built is good for the world and good for teens, and I felt