Thomas P. Cartmell (*pro hac vice*)
Jonathan P. Kieffer (*pro hac vice*)
Austin Brane, SBN 286227
Michael P. Cutler, SBN 270663
**WAGSTAFF & CARTMELL LLP**
4740 Grand Avenue, Suite 300
Kansas City, MO 64112
Tel: (816) 701-1100
tcartmell@wcllp.com
jpkieffer@wcllp.com
abrane@wcllp.com
mcutler@wcllp.com

*Attorneys for Plaintiff* (additional counsel on signature page)

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION,<br><br>This Document Relates to:<br><br>*Tucson Unified School District v. Meta Platforms Inc., et al.*<br><br>Case No. 4:24-cv-1382 | Case No. 4:22-MD-03047-YGR<br><br>MDL No. 3047<br><br>**DECLARATION OF AUSTIN BRANE IN SUPPORT OF PLAINTIFF TUCSON UNIFIED SCHOOL DISTRICT'S OPPOSITION TO DEFENDANTS' MOTION IN LIMINE TO EXCLUDE EVIDENCE, ARGUMENT, OR REFERENCE TO THE NCOSE "DIRTY DOZEN" OR THORN REPORTS (MIL NO. 2)**<br><br>Judge: Hon. Yvonne Gonzalez Rogers<br>Hearing: November 13, 2026, 2:00 p.m. |

I, Austin Brane, declare that I am an attorney who has entered an appearance in this coordinated proceeding on behalf of Plaintiff Tucson Unified School District ("TUSD" or the "District"). I have personal knowledge of the matters contained in this Declaration and, if called upon as a witness, could and would testify thereto. I am over the age of 18 and fully competent to give this declaration. I submit this declaration in support of TUSD's Opposition to Defendants' Motion in Limine to Exclude Evidence, Argument, or Reference to the NCOSE "Dirty Dozen" or Thorn Reports (MIL No. 2) (ECF No. 3592). In doing so, I do not waive, and do not intend to waive, the attorney-client privilege or work-product protection.

1. Attached to this Declaration as Exhibit A is a true and correct copy of the Declaration of Anna Schwartz Warmbrand, TUSD's Director of Student Relations.
2. Attached to this Declaration as Exhibit B is a true and correct copy of excerpts of the transcript of the May 8, 2025 deposition of TUSD Superintendent Gabriel Trujillo.
3. Attached to this Declaration as Exhibit C is a true and correct copy of excerpts of the transcript of the March 3, 2026, deposition of Shawna Rodriguez.
4. Attached to this Declaration as Exhibit D is a true and correct copy of excerpts of the transcript of the May 7, 2025, deposition of Rebecca Carrier, TUSD's School Counseling Department Coordinator.
5. Attached to this Declaration as Exhibit E is a true and correct copy of excerpts of the Expert Report of Brooke Istook, dated May 16, 2025.
6. Attached to this Declaration as Exhibit F is a true and correct copy of excerpts of the Thorn report titled "Self-Generated Child Sexual Abuse Material: Attitudes and Experiences," published in August 2020.

I declare that the foregoing is true and correct under penalty of perjury, under the laws of the United States of America and the State of California.

*/s/ Austin Brane*

**Attorney for Plaintiff Tucson Unified School District**

Dated: October 29, 2026 Respectfully Submitted,

**WAGSTAFF & CARTMELL LLP**

*/s/ Austin Brane*
Austin Brane

Thomas P. Cartmell (*pro hac vice*)
Jonathan P. Kieffer (*pro hac vice*)
Austin Brane, SBN 286227
Michael P. Cutler, SBN 270663
**WAGSTAFF & CARTMELL LLP**
4740 Grand Avenue, Suite 300
Kansas City, MO 64112
Tel: (816) 701-1100
tcartmell@wcllp.com
jpkieffer@wcllp.com
abrane@wcllp.com
mcutler@wcllp.com

Kirk J. Goza (*pro hac vice*)
Brad Honnold (*pro hac vice*)
**GOZA & HONNOLD LLC**
9500 Nall Ave., Ste 400
Overland Park, KS 66207
Tel. (913) 451-3433
kgoza@gohonlaw.com
bhonnold@gohonlaw.com

Joseph G. VanZandt (*pro hac vice*)
Davis Vaughn (*pro hac vice*)
Jennifer Emmel (*pro hac vice*)
Clinton Richardson (*pro hac vice*)
Seth Harding (*pro hac vice*)
**BEASLEY ALLEN CROW**
**METHVIN PORTIS & MILES, LLC**
234 Commerce Street
Montgomery, AL 36103
Tel: 334-269-2343
Joseph.VanZandt@BeasleyAllen.com
Davis.Vaughn@BeasleyAllen.com
Jennifer.Emmel@BeasleyAllen.com
Clinton.Richardson@BeasleyAllen.com
Seth.Harding@BeasleyAllen.com

*Counsel for Plaintiff Tucson Unified School District*

**ATTESTATION**

I, Austin Brane, hereby attest, pursuant to N.D. Cal. Civil L.R. 5-1, that the concurrence to the filing of this document has been obtained from each signatory hereto.

Dated: October 29, 2026

By: */s/Austin Brane*

**Austin Brane**

**CERTIFICATE OF SERVICE**

I hereby certify that I filed the foregoing on October 29, 2026, using the Court's ECF filing system, thereby sending notice of the filing to all counsel of record.

By: */s/Austin Brane*

**Austin Brane**