# EXHIBIT A

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br>*Tucson Unified School District v. Meta Platforms Inc., et al.*<br>Case No. 4:24-cv-01382-YGR | MDL No. 3047<br>Case No. 4:22-md-03047-YGR-PHK<br><br>**DECLARATION OF ANNA SCHWARTZ WARMBRAND** |

I, Anna Schwartz Warmbrand, declare as follows:

1. I am the Director of Student Relations for the Tucson Unified School District ("TUSD" or the "District"). I have held that position since 2022. I have worked in public education for 26 years, including nine at TUSD, as a school teacher, principal, and district administrator. I make this declaration based on my personal knowledge and on information I have learned in the course of my duties at TUSD. If called as a witness, I could and would testify competently to these facts.

2. As Director of Student Relations, I oversee the District's behavior-management systems, including its disciplinary systems, Positive Behavior Support Intervention systems, all character education related programming, including support and intervention systems for students engaging in substance abuse and misuse, and the District's intergovernmental agreement with the juvenile courts to support court-involved youth.

3. Through my office's review and management of discipline cases, including cases involving sexual offenses, I know that incidents involving sexual images of TUSD students occur consistently across the District's middle and high schools.

4. These incidents are not only a cell-phone or text-message problem. In the TUSD cases I have managed or reviewed, the sexual images were most often posted, sent, or threatened to be posted on social media platforms, including Instagram and Snapchat. The incidents include students sharing a classmate's image without consent; students threatening to post a classmate's image; and accounts created to post images of students without consent.

5. When a sexual image of a student is shared, the District's response typically involves the site administrator's investigation, including taking statements from the students involved and preparing a chronology; notifying families; a mandatory report to law enforcement; notice to the Title IX office and, where it applies, a Title IX process; disciplinary proceedings for students who shared the image, which can include long-term suspension hearings; supportive measures and a safety plan for the student depicted; and counseling support.

6. In the TUSD cases I have managed or reviewed, the students depicted, and students who have been threatened with having their images shared, frequently experience shame, fear, anxiety, and isolation; some stop coming to school or withdraw from friends and activities; and some express thoughts of self-harm. When a student shows signs of that kind of risk, the school's counseling team conducts a suicide-risk screening and a safety plan is put in place, and the supportive measures the District provides, including through the Title IX process, must take that risk into account. These effects can last for weeks or months, which extends the District's response.

7. The student depicted often misses class or school, is afraid to return to campus, or needs a schedule change, and the incidents often lead to bullying, conflict, and fights among students that the school must also address.

8. When these incidents occur, the District is unable to find out how far an image has spread on a social media platform, or alert the platform that a sexual image of one of our students

is on its service. To my knowledge, TUSD has no way to report a sexual image of a student to Instagram, Facebook, Snapchat, or TikTok on behalf of the District without logging in to a personal account on that platform, and none of these platforms has given TUSD a dedicated channel for doing so.

9. When families ask how to report a sexual image of their child to the platform, we tell them that the District has no effective means to report the image and encourage them to contact law enforcement.

10. In my experience, when the school and the family have no effective way to promptly report a sexual image of a student to the platform, the incident lasts longer; more students see the image; the harm to the student depicted is greater; more discipline cases follow from the sharing; and the District spends more time responding.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on October 28, 2026, at Tucson, Arizona.

Anna Schwartz Warmbrand
Director of Student Relations
Tucson Unified School District