# EXHIBIT B

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

******************************

IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION

Case No. 4:22-MD-03047-YGR

MDL No. 3047

******************************

This Document Relates To:

Tucson Unified School District
v. Meta Platforms Inc., et a
Case No. 4:24-cv-1382

******************************

Confidential - Pursuant to Protective Order

VIDEOTAPED DEPOSITION OF
GABRIEL TRUJILLO

Held At: JW Marriott Tucson
Starr Pass Resort & Spa
3800 W. Starr Pass Blvd
Tucson, Arizona

May 8th, 2025
9:11 a.m.

Reported By:

MAUREEN O. POLLARD, CA CSR #14449, RDR

I'm bringing a weapon to school.
Sometimes these cross over into individual threats. A hearing officer may decide that a student -- like in the previous example, a hearing officer might decide -- where a student says, I'm bringing a gun to school because I'm going to shoot student A, a hearing officer might go with school threat versus the individual threat.
So this one does kind of cross over. Any time you mention the school or the intention to bring a weapon to school, even though it's to take action on an individual, it does technically still qualify for a school threat, and can even qualify for threatening an educational institution.
Q. This category of School Threat, that can include online threats, it can include threats in person, right?
A. Yes.
Q. The next category here is Sexual Offenses. What types of things would go into that category?
A. To be honest, I don't want to make anybody feel uncomfortable, I've been working in

schools for 28 years, predominantly as a high school principal and even as a superintendent. I've seen cases of sexual activity on campus. Most of the time it's young people being young people. It's couples engaging in sexual relations. Could be in some part of the campus, could be in a vehicle. Part of working with high school students, you do see that, okay, from time to time.

You'll also get sexual offenses where there's sexually inappropriate commentary from student to student. There is possession of sexually inappropriate images or materials, could largely be what's on a student device, could be students showing sexually inappropriate videos or images of a pornographic nature to another unsuspecting student.

Those are some of the more common things that we will run into. Most predominantly it's going to be at the high school. We rarely, if any, ever see any of this kind of stuff at the elementary or even the middle school.

There will be some incidences of indecent exposure that could also be a part of

this. Some of those incidents most likely will occur in our classrooms with students with disabilities where these types of offenses tend to be a little bit more prevalent.

Q. Let's look at another exhibit.

MS. DEGTYAREVA: This is going to be Tab 41, and we'll mark it as Exhibit 40.

(Whereupon, Tucson-Trujillo-40 was marked for identification.)

BY MS. DEGTYAREVA:

Q. Do you recognize this document?

A. Yes.

Q. And it's titled TUSD Discipline Committee?

A. Yes.

Q. What is the TUSD Discipline Committee?

A. Well, this information is dated. It's eight years ago. We no longer have a discipline committee, we have a student behavior management task force/committee.

So conceptually the same, but it's evolved and they take on more responsibility now as a student behavior management committee for the district.

CERTIFICATE OF COURT REPORTER

I, MAUREEN O'CONNOR POLLARD, Registered Diplomate Reporter, CSR No. 14449 for the State of California, the officer before whom the foregoing deposition was taken, do hereby certify that the foregoing transcript is a true and correct record of the testimony given; that said testimony was taken by me stenographically and thereafter reduced to typewriting under my direction; and that I am neither counsel for, related to, nor employed by any of the parties to this case and have no interest, financial or otherwise, in its outcome.

Dated this 10th day of May, 2025.

Maureen O. Pollard

________________________

MAUREEN O'CONNOR POLLARD

CSR No. 14449