# EXHIBIT C

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION, | ) Case No. 4:22-MD-03047-YGR ) ) MDL No. 3047 |
| ________________________________ | ) ) |
| This Document Relates to: | ) ) |
| Tucson Unified School District v. Meta Platforms Inc., et al. | ) ) ) |
| Member Case No.: 4:24-cv-01382 | ) ) |
| ________________________________ | ) |

VIDEOTAPED DEPOSITION OF SHAWNA RODRIGUEZ
Tucson, Arizona
March 3, 2026
9:05 a.m.

REPORTED BY:
Kate E. Roundy, RPR
Arizona Certified Reporter
Certificate No. 50582

Job No. MDLG 7813514

Q. 30 to 40 in the earlier years when you started in --
A. When I --
Q. -- 2021?
A. That's correct.
Q. And then how about for 2025?
A. I would say in our current year, again due to our adju- -- or our revision of our cell phone policy as a result of the governor and us having a law, I would say that improves and that's probably 20 to 30 percent.
Q. When you're giving these estimates, what are you including when you're thinking of social-media-related concerns?
A. Speaking to the middle school or --
Q. For all of these --
A. -- all --
Q. -- categories.
A. So I would say a lot of it can be students that are engaging in verbal -- you know, verbal exchanges through conflict. School threats is something that consumes a lot of time.
Inappropriate pictures may be something, also, that has come up. And just use -- time out of classroom use, disruption.
I would say those are pretty much the main -- the

main distractions -- or infractions, rather -- tier 1 infractions that we see.

Q. Moving to high school principals, for 2025, what percentage of time would you estimate they spend on social-media-related concerns?

A. So I would say for high school you're going to definitely have more in the -- in the range of -- for a principal, they should always be apprised by their assistant principal. But often -- just in case, you know, everyone in the room isn't aware, you do have assistant principals that often handle a lot of the discipline or infractions.

But just collective -- collectively administration, I would say within 40 percent -- 40 percent of the day or the work.

Q. And what estimate would you give for when you started in 2021?

A. 2021, oh, I would say 40 to 50 percent. I would definitely say in a higher range.

Q. And would you expect that percentage to have large variation among the regions in TUSD?

A. For high school?

Q. For high school.

A. I would say some variation just contingent on demographic, geographic, but I wouldn't -- I wouldn't say

STATE OF ARIZONA )
) ss.
COUNTY OF MARICOPA )

BE IT KNOWN that the foregoing deposition was taken by me pursuant to stipulation of counsel; that I was then and there a Certified Court Reporter of the State of Arizona, and by virtue thereof authorized to administer an oath; that the witness before testifying was duly sworn by me to testify to the whole truth; pursuant to request, notification was provided that the notice was provided that the transcript was available for signature by the deponent; that the questions propounded by counsel and the answers of the witness thereto were taken down by me in shorthand and thereafter transcribed into typewriting under my direction; that the foregoing pages are a full, true, and accurate transcript of all proceedings and testimony had and adduced upon the taking of said deposition, all done to the best of my skill and ability.

I FURTHER CERTIFY that I am in no way related to nor employed by any of the parties hereto nor am I in any way interested in the outcome hereof.

DATED at Phoenix, Arizona, 5th day of March 2026.

______________________________

Kate E. Roundy, RPR
Certified Reporter #50582