# EXHIBIT D

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

******************************

Case No.
IN RE: SOCIAL MEDIA ADOLESCENT 4:22-MD-03047-YGR
ADDICTION/PERSONAL INJURY
PRODUCTS LIABILITY LITIGATION
MDL No. 3047
******************************

This Document Relates To:

Tucson Unified School District
v. Meta Platforms Inc., et a
Case No. 4:24-cv-1382
******************************

Confidential - Pursuant to Protective Order

VIDEOTAPED DEPOSITION OF
REBECCA S. CARRIER

Held At: JW Marriott Tucson
Starr Pass Resort & Spa
3800 W. Starr Pass Blvd
Tucson, Arizona

May 7th, 2025
9:06 a.m.

Reported By:
MAUREEN O. POLLARD, CA CSR #14449, RDR

FERPA violation.
Q. When you opine that social media has an impact on students' mental health, how do you determine what is caused by social media and not by one of the many other factors that impact mental health?
A. Well, as far as data goes, there is national data that supports the correlating growth between diagnoses of anxiety, depression, suicidal ideation that correlate with the growth of social media, but I'm sure you have all that information.
I am -- I have spent time with so many students and so many teachers, and I see and hear the effects that social media is having. I see what happens when kids are told to -- You should just kill yourself.
I see what happens when kids are getting targeted through Snapchat and other platforms where predators are able to have access to them and they just don't necessarily know better than to give out some identifying information.
I've seen TikTok challenges that break the law and put students in danger.

CERTIFICATE OF COURT REPORTER

I, MAUREEN O'CONNOR POLLARD, Registered Diplomate Reporter, CSR No. 14449 for the State of California, the officer before whom the foregoing deposition was taken, do hereby certify that the foregoing transcript is a true and correct record of the testimony given; that said testimony was taken by me stenographically and thereafter reduced to typewriting under my direction; and that I am neither counsel for, related to, nor employed by any of the parties to this case and have no interest, financial or otherwise, in its outcome.

Dated this 7th day of May, 2025.

Maureen O. Pollard

________________________

MAUREEN O'CONNOR POLLARD

CSR No. 14449