# EXHIBIT E

**EXPERT REPORT OF BROOKE ISTOOK**

**May 16, 2025**

online as a result of either coercion or exploration, putting themselves at risk of further exploitation and growing the amount of child sexual abuse material proliferating on the internet. We adopted an innovative and safe rapid research methodology with kids ages 9-17 across the United States in order to understand kids' experiences online, how kids themselves feel about these issues, what motivates their online behaviors, what vulnerabilities exist and areas of resilience. The purpose of the research was to inform Thorn's programmatic efforts and expand the tech industry's understanding of these issues. We shared our insights with both mission partners and tech companies to encourage their Trust and Safety teams' efforts to address and mitigate harm to youth on their platforms.

17. Since 2019, Thorn has conducted multiple research initiatives to gain deeper insights into the experiences, challenges, and risks young people encounter in online spaces. Their past studies have explored youth perspectives on online grooming, sharing explicit images, nonconsensual redistribution, and the ways young people navigate—or struggle to navigate—disclosing their online sexual experiences. They also conducted studies with parents and caregivers to understand their challenges in supporting and safeguarding youth online. Research reports include:

a. Self-Generated Child Sexual Abuse Material: Attitudes and Experiences
b. Responding to Online Threats: Minors' Perspectives on Disclosing, Reporting, and Blocking
c. The Role of Caregivers: Safeguarding & Enhancing Youth Resilience Against Harmful Sexual Encounters Online
d. American Parents' Perceptions of Child Explicit Image Sharing (Peer reviewed)
e. Self-Generated Child Sexual Abuse Material: Youth Attitudes and Experiences in 2020
f. Online Grooming: Examining Risky Encounters Amid Everyday Digital Socialization

g. Self-Generated Child Sexual Abuse Material: Youth Attitudes and Experiences in 2021

h. Responding to Online Threats: Minors' Perspectives on Disclosing, Reporting, and Blocking in 2021

i. Youth Perspectives on Online Safety, 2022: an Annual Report of Youth Attitudes and Experiences

j. Trends in Financial Sextortion: An investigation of sextortion reports in the National Center for Missing & Exploited Children (NCMEC) CyberTipline data

k. Youth Perspectives on Online Safety, 2023

l. Sending, receiving, and nonconsensually sharing nude or near-nude images by youth (Journal of Adolescence)

m. Sextortion Summary findings from a 2017 survey of 2,097 survivors

n. Sextortion: Findings from a Survey of 1,631 Victims

18. Out of this research, we launched NoFiltr, a youth-centered resource and behavior change campaign on TikTok, Instagram and YouTube to educate and empower young people with resources to safely navigate sexual exploration and risky encounters in their connected world. We also launched Thorn for Parents, a resource to help parents better safeguard their children by having early, frequent, and judgment-free conversations with their children about digital safety.

19. My background, education, and experience are further detailed in the curriculum vitae attached hereto as Exhibit A. I have attached a fee schedule as Exhibit C and testimonial history as Exhibit D. My compensation does not depend on the outcome of this case or whether my opinions support one party or another or neither.

**IV. Assignment**

20. I was asked to provide opinions about the scope and nature of online sexual harms to children, the risks of those harms to children on defendants' platforms and to the schools and

The undersigned hereby certifies their understanding that they owe a primary and overriding duty of candor and professional integrity to help the Court on matters within their expertise and in all submissions to, or testimony before, the Court. The undersigned further certifies that their report and opinions are not being presented for any improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation.

Dated: May 16, 2025

Brooke Istook