# EXHIBIT F

August 2020

# Self-Generated Child Sexual Abuse Material: Attitudes and Experiences

Complete findings from 2019 qualitative and quantitative research among 9–17 year olds and caregivers.

Research conducted by Thorn in partnership with Benenson Strategy Group

THORN

Benenson Strategy Group

# Table of Contents

3 Overview

4 Research Design

7 The New Normal

8 The Digital Landscape

16 Profiles: Sharers and Re-sharers

20 The SG-CSAM Culture

24 The NCII Culture

34 The Role of Caregivers and Community

43 Looking Ahead

45 Final Thoughts

# Overview

TERMINOLOGY

## SG-CSAM:

Explicit imagery of a child that appears to have been taken by the child in the image. This imagery can result from both consensual or coercive experiences. Kids often refer to consensual experiences as "sexting" or "sharing nudes."

Self-generated child sexual abuse material (SG-CSAM) is a rapidly growing area of child sexual abuse material (CSAM) in circulation online and being consumed by communities of abusers. Importantly, SG-CSAM - explicit imagery of a child that appears to have been taken by the child in the image - presents unique investigative challenges for law enforcement and a distinct threat to its victims.

The pathways leading to the production of this imagery are varied, ranging from consensual sexting among peers to coercive grooming by a stranger online, and it may be impossible for investigators to know the circumstances under which SG-CSAM was produced from looking at the picture alone.

Regardless of the pathway, the resulting images are still CSAM. Their distribution threatens the well-being of the child in the image, and they can be used by offenders to groom future victims.

However, the distinction of why the images were produced is a critical one. The experiences leading kids to produce SG-CSAM because they have been groomed by an online offender are fundamentally different than those leading them to "share nudes" with a partner or peer, and require different tactics to safeguard the victims.

In 2019, Thorn set out to examine attitudes and experiences around SG-CSAM. We heard from more than 1,000 kids, aged 9–17, and 400 caregivers. Early conversations indicated that grooming and sexting are viewed very differently by kids. While grooming appears to be an acknowledged threat against which kids work to protect themselves and their peers, sexting is decidedly more grey and becoming an increasingly popular behavior.

This study has focused largely on the dynamics and potential harms of sexting. Three important themes have emerged:

1. **Producing, sharing, and re-sharing is increasingly common, with many kids viewing "sharing nudes" or "sexting" as normal among peers.**
2. **Experiences vary depending on the presence of consent and coercion, and the harm of initially consensual experiences can escalate rapidly when images are non-consensually re-shared beyond the intended recipient.**
3. **Reactions to kids seeking help with this issue often range from inaction to blame; this is compounding the harm of negative online experiences and further isolating kids in trouble.**

# The New Normal

**REPORT HIGHLIGHTS**

**1 in 5**

Of girls (aged 13-17) agreed that they have shared their own nudes

**1 in 10**

Of boys (aged 13-17) reported that they have shared their own nudes

**40%**

Agreed that "it's normal for people my age to share nudes with each other"

Producing and sharing SG-CSAM is becoming increasingly common. According to survey participants, nearly 1 in 5 teenage girls aged 13–17 and 1 in 10 teenage boys that same age report that they have shared their own nudes (overall, 11% of kids aged 9–17 report having shared their own nudes). Further, when exploring attitudes related to this behavior, 27% of kids aged 9–17 and nearly 40% of kids aged 13–17 agreed that "it's normal for people my age to share nudes with each other."

While self-reported data about sharing nudes will likely always underrepresent the true scale of this behavior, it is clear kids are talking about it as a form of sexual exploration and romantic flirtation. With the online world now being so closely woven into kids' lived experiences, this is not likely to change soon.

And while many kids shared positive sentiments about their experiences sharing SG-CSAM — such as empowerment and trust — as intimate relationships and flirtations online become normalized, there is increased space for malicious actors to exploit the situation. The exchange of SG-CSAM online makes kids vulnerable to abuse from adults who may seek to groom them and vulnerable to exploitation and harassment by peers who may obtain and leak their images. More needs to be done to understand both lines of risks. The focus of this body of research will consider the latter: how kids are vulnerable to re-shared SG-CSAM and what can be done to protect them.

> *"We all do it. It is ok."*
>
> – Cis Boy, 15-17, White, Northeast

**REPORT HIGHLIGHTS**

**1 in 5**

Of kids (aged 13–17) said it is okay to share a nude as long as you send over an app that doesn't save it

**1 in 4**

LGBTQ+ kids said it is okay to share a nude as long as you send over an app that doesn't save it

*Seeking Untraceability and Temporality:* Kids seeking out platforms that provide secrecy online - often for perceived untraceability and to avoid consequences - is a common thread across the online platforms kids use to share SG-CSAM. Encrypted apps are much more popular among kids who have shared SG-CSAM than kids overall. Among kids who have shared their own SG-CSAM, 24% use encrypted apps at least once a day. Seventeen percent of kids who have seen others' SG-CSAM use encrypted apps at least once a day. And, 21% of kids who have re-shared SG-CSAM use encrypted apps at least once a day.

Most — but not all — kids agreed that once something is posted online, it is no longer under their control and is "out there forever." To get around the perceived permanency of posting content online, many are looking to platforms where content disappears after a period of time or those which allow them to share live and "without record." Of those surveyed, 1 in 5 kids aged 13–17 and 1 in 4 LGBTQ+ kids said it is okay to share a nude as long as you sent it over an app that doesn't save it.

Among kids who have shared their own SG-CSAM, 71% use video chats at least once a day. Seventy-one percent of kids who have seen others' SG-CSAM use video chats at least once a day as well.

> *"On Snap, if you regret it, you can just delete it. On Facebook, you can just delete the post."*
>
> – Cis Girl, 9–12, Latinx/African American, Northeast

> *"I would do that kind of thing [sharing nudes] over Facetime [so they can't be redistributed]."*
>
> – Cis Boy, 15–17, White, Midwest

Fig 3 | **Popularity among sharers/re-sharers by platform type** *(At least once per day)*

| | AGED 9-12 | | AGED 13-17 | | | | |
|---|---|---|---|---|---|---|---|
| PLATFORM TYPE | GIRLS | BOYS | GIRLS | BOYS | SHARED OWN SG-CSAM | SHOWN SG-CSAM | RE-SHARED SG-CSAM* |
| Encrypted apps* | 7% | 10% | 9% | 9% | 24% | 17% | 21% |
| Video game users/watchers | 30% | 52% | 24% | 45% | 35% | 40% | 40% |
| Group chats | 16% | 14% | 19% | 23% | 25% | 31% | 29% |
| Video chats | 51% | 36% | 62% | 52% | 71% | 71% | 58% |

[Q21] How often do you use/check/play each of the following?

Note: *Base size is < 100. Percentages may total more than 100% because question was select multiple.

# The NCII Culture

**REPORT HIGHLIGHTS**

**1 in 5**

Kids say they have seen non-consensually shared SG-CSAM

**1 in 3**

LGBTQ+ kids aged 13-17 say they have seen non-consensually shared SG-CSAM

The circulation of non-consensual intimate images (NCII) is widespread among young people: 1 in 5 kids say they have seen non-consensually shared SG-CSAM, and the number grows to nearly 1 in 3 among those aged 13–17 and LGBTQ+ kids.

The portion of kids who report having themselves non-consensually re-shared others' nude photos or videos is much lower, about 1 in 10.

There is a strong possibility that, given the sensitivity and concerns of consequences, these numbers are under-reported. Tellingly, across demographics there is a sizable portion of kids who preferred not to say whether or not they have seen or re-shared SG-CSAM. With this in mind, it is likely that closer to 40% of kids aged 13–17 have been shown or sent nudes of someone their age without that person's consent, and 15%-20% of kids aged 13–17 have themselves re-shared non-consensual SG-CSAM.

Yes
Prefer not to say
No

[Q65 Figure 18] Have you ever been shown or sent a nude photo or video of someone at your school or someone else your age in your community without that person's knowledge? [Q68 Figure 19] Have you ever shared a nude photo or vvideo of someone else without that person's knowledge online?

Note: Fig 18 percentages may not total to 100% due to rounding.

Fig 18 | **Have you ever been shown or sent a nude photo or video of someone your age without that person's knowledge?**




Fig 19 | **Have you ever shared a nude photo or video of someone else without that person's knowledge online?**

