Thomas P. Cartmell (*pro hac vice*)
Jonathan P. Kieffer (*pro hac vice*)
Austin Brane, SBN 286227
**WAGSTAFF & CARTMELL LLP**
4740 Grand Avenue, Suite 300
Kansas City, MO 64112
Tel: (816) 701-1100
tcartmell@wcllp.com
jpkieffer@wcllp.com
abrane@wcllp.com

*Attorneys for Plaintiff* (additional counsel on signature page)

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION | MDL No. 3047 |
| | Case No. 4:22-MD-03047-YGR |
| This Document Relates to: | **PLAINTIFF TUCSON UNIFIED SCHOOL DISTRICT'S UPDATED PRELIMINARY TRIAL WITNESS LIST** |
| *Tucson Unified School District v. Meta Platforms, Inc., et. al.* | Judge: Hon. Yvonne Gonzalez Rogers |
| Case No.: 4:24-cv-1382 | |

Plaintiff Tucson Unified School District submits this updated preliminary witness list pursuant to Dkt. No. 3265 and the Court's Standing Order re: Pretrial Instructions in Civil Cases.

Plaintiff provides this list on a preliminary basis and reserves the right to amend, supplement, add, or remove witnesses based on Defendants' witness lists, the Court's rulings, trial strategy, and developments at trial. Plaintiff further reserves the right to present testimony either live or by video deposition and to modify the manner of presentation as trial approaches or during trial. Plaintiff also reserves the right to call witnesses for impeachment, authentication, rebuttal, or surrebuttal, including witnesses not listed here whose testimony becomes necessary based on Defendants' evidence or arguments. Plaintiff further reserves the right to present witnesses and evidence during any punitive damages or abatement phase of trial. The scope descriptions below generally identify topics about which each witness may testify and are not intended to limit the full scope of any witness's testimony at trial. Plaintiff reserves the right to supplement, modify, or revise these descriptions as appropriate.

| WITNESS | LIVE / DESIGNATION | SCOPE | PARTY CALLING |
|---|---|---|---|
| 1. Vanessa Aguayo | Live | Ms. Aguayo is the program coordinator for elementary and K-8 school counseling at TUSD. She is expected to testify regarding the impact of the use of Defendants' social media platforms on the District, including its effects on students' mental, emotional, social, and behavioral health, student counseling and referrals for mental health and other services in the District, support of student mental and emotional well-being, and the corresponding burdens on District discipline, safety, operations, and resources. | Plaintiff |
| 2. Kevin Amidan | Live | Mr. Amidan is Principal at Sabino High School in TUSD. He is expected to testify regarding the impact of the use of Defendants' social media platforms on Sabino High School and the District generally, including its effects on students' mental, emotional, social, and behavioral health and the corresponding | Plaintiff |

| WITNESS | LIVE / DESIGNATION | SCOPE | PARTY CALLING |
|---|---|---|---|
| | | burdens on District discipline, safety, operations, and resources. | |
| 3. Heather Bates | Live | Ms. Bates is an ELA teacher at Tucson High Magnet School. She is expected to testify regarding the impact of students' use of Defendants' social media platforms on Tucson High, in particular the classroom environment. | Plaintiff |
| 4. Rebecca Carrier* | Live | Ms. Carrier is the program coordinator for middle and high school counseling at TUSD. She is expected to testify regarding the impact of the use of Defendants' social media platforms on the District, including its effects on students' mental, emotional, social, and behavioral health, student counseling and referrals for mental health and other services in the District, support of student mental and emotional well-being, and the corresponding burdens on District discipline, safety, operations, and resources. | Plaintiff |
| 5. Roberto Estrella | Live | Mr. Estrella is Principal at Sahuaro High School in TUSD. He is expected to testify regarding the impact of the use of Defendants' social media platforms on Sahuaro High School and the District generally, including its effects on students' mental, emotional, social, and behavioral health and the corresponding burdens on District discipline, safety, operations, and resources. | Plaintiff |
| 6. Holly Hammel | Live | Ms. Hammel is a Regional Assistant Superintendent at TUSD. She is expected to testify regarding the impact of the use of Defendants' social media platforms on the schools in her region and on the District generally, including its effects on students' mental, emotional, social, and behavioral health, District and school-level cell phone policies and measures adopted in response to student social media use, and the corresponding burdens on District discipline, safety, operations, and resources. | Plaintiff |

| WITNESS | LIVE / DESIGNATION | SCOPE | PARTY CALLING |
|---|---|---|---|
| 7. Flori Huitt | Live | Dr. Huitt is the Assistant Superintendent for Curriculum and Instruction at TUSD. She is expected to testify regarding the impact of the use of Defendants' social media platforms on the District, including its effects on students' mental, emotional, social, and behavioral health, classroom instruction and instructional time, District curriculum and social emotional learning programming, professional development and training provided to District teachers and staff, and the corresponding burdens on District discipline, safety, operations, and resources. | Plaintiff |
| 8. Dr. Michael Konrad | Live | Dr. Konrad is Principal at Pueblo Gardens PreK-8 School in TUSD. He is expected to testify regarding the impact of the use of Defendants' social media platforms on Pueblo Gardens and the District generally, including its effects on students' mental, emotional, social, and behavioral health and the corresponding burdens on District discipline, safety, operations, and resources. | Plaintiff |
| 9. Brian Lambert | Live | Ms. Lambert is a Regional Assistant Superintendent at TUSD. He is expected to testify regarding the impact of the use of Defendants' social media platforms on the schools in his region and on the District generally, including its effects on students' mental, emotional, social, and behavioral health, District and school-level cell phone policies and measures adopted in response to student social media use, and the corresponding burdens on District discipline, safety, operations, and resources. | Plaintiff |
| 10. Tamara Ray | Live | Ms. Ray is Principal at Santa Rita High School in TUSD. She is expected to testify regarding the impact of the use of Defendants' social media platforms on Santa Rita High School and the District generally, including its effects on students' mental, emotional, social, and behavioral health and the corresponding | Plaintiff |

| WITNESS | LIVE / DESIGNATION | SCOPE | PARTY CALLING |
|---|---|---|---|
| | | burdens on District discipline, safety, operations, and resources. | |
| 11. Shawna Rodriguez* | Live | Ms. Rodriguez is the Deputy Superintendent at TUSD, a former Regional Assistant Superintendent, and the former Principal of Tucson High Magnet School. She is expected to testify regarding the impact of the use of Defendants' social media platforms on the schools in her former region, on Tucson High Magnet School, and on the District generally, including its effects on students' mental, emotional, social, and behavioral health, District and school-level cell phone policies and measures adopted in response to student social media use, and the corresponding burdens on District discipline, safety, operations, and resources. | Plaintiff |
| 12. Clarindo Rubio* | Live | Ms. Rubio is the Dean of Students at Tucson High Magnet School in TUSD and has worked in the District for approximately 28 years. She is expected to testify regarding the impact of the use of Defendants' social media platforms on Tucson High Magnet School and the District generally, including its effects on students' mental, emotional, social, and behavioral health, student behavior and discipline, the identification of and support for at-risk students, and the corresponding burdens on District discipline, safety, operations, and resources. | Plaintiff |
| 13. Dr. Sabrina Salmon | Live | Dr. Salmon is the Senior Director of Exceptional Education at TUSD. She is expected to testify regarding the impact of students' use of Defendants' social media platforms on TUSD students and the District, including its effects on students' mental, emotional, social, and behavioral health, and measures adopted in response to student social media use, and the corresponding burdens on TUSD's student support programs. | Plaintiff |

| WITNESS | LIVE / DESIGNATION | SCOPE | PARTY CALLING |
|---|---|---|---|
| 14. Julie Shivanonda* | Live | Ms. Shivanonda is the former Director of Social Emotional Learning and School Counseling at TUSD and served as the District's Rule 30(b)(6) designee in this litigation. She is expected to testify regarding the impact of the use of Defendants' social media platforms on the District, including its effects on students' mental, emotional, social, and behavioral health, student counseling and referrals for mental health and other services in the District, social emotional learning and substance abuse prevention programming, support of student mental and emotional well-being, and the corresponding burdens on District discipline, safety, operations, and resources. | Plaintiff |
| 15. Dr. Gabriel Trujillo | Live | Dr. Trujillo is the TUSD Superintendent. He is expected to testify regarding TUSD policies, priorities, resources, and the impact of the use of Defendants' social media platforms on the District generally, including its effects on students' mental, emotional, social, and behavioral health and the corresponding burdens on District discipline, safety, operations, and resources. | Plaintiff |
| 16. Anna Schwartz-Warmbrand* | Live | Ms. Schwartz-Warmbrand is the Director of Student Relations at TUSD. She is expected to testify regarding the impact of the use of Defendants' social media platforms on the District, including its effects on students' mental, emotional, social, and behavioral health, student behavior and discipline, incidents of bullying, harassment, intimidation, and school threats involving Defendants' platforms, the District's behavior management, restorative practice, and positive behavior intervention systems, and the corresponding burdens on District discipline, safety, operations, and resources. | Plaintiff |

| WITNESS | LIVE / DESIGNATION | SCOPE | PARTY CALLING |
|---|---|---|---|
| 17. John Chandler, Ph.D.* | Live | Dr. Chandler is a digital monetization expert. He will testify about how the Defendants' social media apps monetize their users, including children, and that Defendants exploited these market factors by focusing on capturing and holding children's attention on their platforms. | Plaintiff |
| 18. Dimitri Christakis, M.D., M.Ph.D* | Live | Dr. Christakis is a pediatrician and epidemiologist who serves as the Editor-in-Chief of JAMA Pediatrics. His testimony will include an analysis of the scientific literature establishing a causal link between social media use and a number of mental health conditions in children, including sleep disorders, depression, anxiety, suicide, suicidal ideation, attentional capacity and reduced school performance. His testimony will also address certain harmful features of Defendants' platforms, and how social media has harmed the school environment. | Plaintiff |
| 19. Tim Estes | Live | Mr. Estes is an expert on safe and secure digital platforms. He is expected to testify about the safety of Defendants' platforms and the technological solutions Defendants could have, and should have, implemented, including effective age verification, parental controls, and warning systems, to greatly reduce the harms and risks to children. | Plaintiff |
| 20. Gary Goldfield, Ph.D., C. Psych. | Live | Dr. Goldfield is a Senior Scientist with the Healthy Active Living & Obesity Research Group and a Professor of Pediatrics at the University of Ottawa. He will testify about the relationship between social media use and mental health among children and youth, what drives social media use, the particular vulnerability of children and youth to mental health risks presented by social media, and individual characteristics that can increase one's vulnerability to risks presented by social media. | Plaintiff |

| WITNESS | LIVE / DESIGNATION | SCOPE | PARTY CALLING |
|---|---|---|---|
| 21. Colin Gray, Ph.D. | Live | Dr. Gray holds a Ph.D. in Instructional Systems Technology. He is expected to testify about dark patterns in social media use, and the extent to which each Defendant acted consistently or inconsistently with industry standards, guidelines, and principles for same. | Plaintiff |
| 22. Sharon A. Hoover, Ph.D.* | Live | Dr. Hoover is a psychologist and an expert on mental health in schools and in building and sustaining comprehensive school mental health systems, as to which she has advised schools nationwide. Her testimony will address the negative impact of student social media use on school districts, schools, the school environment, and student mental health, wellbeing and learning, including offering a comprehensive, district-led strategic plan to address this negative impact. | Plaintiff |
| 23. Brooke Istook* | Live | Ms. Istook is a digital child safety expert. She will address flaws in the design of Defendant Snap's social media app and the feasibility of safer alternative designs, with regards to child sexual abuse material (CSAM) in particular. | Plaintiff |
| 24. Robert W. Johnson* | Live | Mr. Johnson is an economist who Plaintiffs will call if there is a punitive damages phase. He is expected to testify on Defendants' financials, wealth, and ability to pay a punitive damages award. | Plaintiff |
| 25. Robert Klein* | Live | Mr. Klein is a survey expert. Mr. Klein is expected to testify regarding a survey he conducted of TUSD teachers that calculated the amount of instruction time diverted due to student use of Defendants' social media platforms. | Plaintiff |
| 26. Anna Lembke, M.D.* | Live | Dr. Lembke is the Director of Addiction Medicine at Stanford University School of Medicine. Her testimony will address the science of addiction, why adolescents' brains make them prone to addiction, and how addiction to social media can adversely affect youth mental health, particularly in vulnerable kids. | Plaintiff |

| WITNESS | LIVE / DESIGNATION | SCOPE | PARTY CALLING |
|---|---|---|---|
| | | Her testimony will also explain the addictive design characteristics and features of Defendants' social media platforms, including Defendants' failure to warn about the addictive nature of their platforms. | |
| 27. Douglas Leslie, Ph.D.* | Live | Dr. Leslie is an economist with experience in health economics and health services research. Dr. Leslie is expected to testify regarding the cost of the district led comprehensive strategic plan Dr. Hoover has crafted to address the harms Defendants' platforms have caused to TUSD. | Plaintiff |
| 28. Stuart Murray, MSc., DClinPsych, Ph.D. | Live | Dr. Murray is the Franklin Mint Professor of Psychiatry and Biobehavioral Sciences at the University of California, Los Angeles (UCLA). Dr. Murray will testify about the impact of social media use by children and adolescents on their mental health, particularly body image and disordered eating. Dr. Murray will testify about the connection between certain design characteristics of social media and an increased risk of eating disorders and body dysmorphia. | Plaintiff |
| 29. Jeffrey Myers | Live | Mr. Meyers is a forensic accountant. Mr. Meyers is expected to testify regarding the past costs incurred by TUSD due to Defendants' social media platforms. Specifically, Mr. Meyers will calculate the out-of-pocket costs TUSD incurred to address student use of Defendants' social media platforms. | Plaintiff |
| 30. Arvind Narayanan, Ph.D.* | Live | Dr. Narayanan is a computer scientist. His testimony will explain how algorithms work and that Defendants' recommendation algorithms are optimized to maximize user engagement and not for safety. | Plaintiff |
| 31. Seth Noar, Ph.D.* | Live | Dr. Noar is an expert in health communication and warnings. His testimony will address research as to effective warnings, the impact of | Plaintiff |

| WITNESS | LIVE / DESIGNATION | SCOPE | PARTY CALLING |
|---|---|---|---|
| | | warnings on kids, and the feasibility of including effective warnings on Defendants' social media apps. | |
| 32. Brian G. Osborne, Ed.D. | Live | Dr. Osborne, an expert in public education and a former school superintendent, is expected to testify regarding the negative impacts of Defendants' platforms on school operations and climate, and the cumulative effect of the burdens caused by Defendants' platforms on schools. | Plaintiff |
| 33. Jean Twenge, Ph.D.* | Live | Dr. Twenge is a professor of psychology at San Diego State University and researches generational differences and technology. She will testify about the relationship between social media use and mental health among adolescents, including analysis of time series studies on trends in adolescent mental health; correlational studies showing that the more hours a day an adolescent uses social media, the more likely they are to be depressed or unhappy; longitudinal studies showing that adolescents' social media use at an initial time leads to depression at a later time; and experimental studies that show a causal path from social media use to lower psychological well-being. | Plaintiff |
| 34. Bryce Ward Ph.D.* | Live | Dr. Ward is an economist with experience in econometric analysis and applied microeconomics. Specifically, Dr. Ward will testify about the value of the diverted teacher instruction time reported in the Klein survey, and the value of time counselors, school administrators, and IT staff testify they have had to divert to address student use of Defendants' social media platforms. | Plaintiff |
| 35. Cristos Goodrow* | Live | VP of Engineering for YouTube. Goodrow is expected to testify regarding Google/YouTube's growth and engagement goals; products, designs, and features related to growth and engagement; knowledge of harms/risks of | Plaintiff |

| WITNESS | LIVE / DESIGNATION | SCOPE | PARTY CALLING |
|---|---|---|---|
| | | those goals/features on user and strategies to address those harms/risks; strategies and tools regarding age verification (including age assurance and age inference). | |
| 36. James Beser* | Live | Senior Director of Product Management for Youth. Beser is expected to testify regarding Google/YouTube's growth and engagement goals; products, designs, and features related to growth and engagement; knowledge of harms/risks of those goals/features on user and strategies to address those harms/risks; strategies and tools regarding age verification (including age assurance and age inference). | Plaintiff |
| 37. Connor Barrett* | By Designation | Global Product Activation Manager for YouTube. Barrett is expected to testify regarding Google/YouTube's products, design, features, and strategies particularly relating to user complaints about the products, including Shorts, and YouTube's awareness of users' top concerns and issues around youth use of products, the addictive nature of Shorts, and the mental effects of using Shorts and what, if anything, YouTube did with that feedback. | Plaintiff |
| 38. Katie Kurtz* | By Designation | Global Head of Youth & Learning for YouTube. Kurtz is expected to testify regarding Google/YouTube's products, designs, features, and strategies to promote/increase use of YouTube in Schools, the details and results of such efforts, knowledge and understanding of the harms/risks of such effort and the strategies to address those harms/risks. | Plaintiff |
| 39. Neal Mohan | Live | CEO of YouTube. Mohan is expected to testify regarding Google/YouTube's growth and engagement goals; products, designs, and features related to growth and engagement; knowledge of harms/risks of those goals/features on user and strategies to address those harms/risks; strategies and tools | Plaintiff |

| WITNESS | LIVE / DESIGNATION | SCOPE | PARTY CALLING |
|---|---|---|---|
| | | regarding age verification (including age assurance and age inference). | |
| 40. Reid Watson | By Designation | Group Product Manager for YouTube. Watson was the PM responsible for YouTube's digital wellbeing features at launch and is expected to testify regarding Google/YouTube's products, designs, features, and strategies to address harms/risks caused by YouTube, including digital wellbeing tools. | Plaintiff |
| 41. Caitlin Neidermeyer | By Designation | Former Policy Manager for YouTube. Neidermeyer is expected to testify regarding Google/YouTube's knowledge regarding harms/risks resulting from YouTube's recommendation system, autoplay, infinite scroll/infinite playback, video filters, notifications, and YouTube Shorts. | Plaintiff |
| 42. Raj Iyengar | By Designation | Product Manager at YouTube with responsibilities for Youth. Iyengar is expected to testify regarding Google/YouTube's products, designs, features, and strategies regarding harms/risks caused by YouTube, including digital wellbeing tools, parental controls, and the types of Google accounts available to youth users to access the YouTube Platform. | Plaintiff |
| 43. John Hebda | By Designation | Senior Director, Product Strategy & Operations, Claims & Compliance at YouTube. Hebda is expected to testify regarding Google/YouTube's process for setting and measuring progress towards company objectives and key results (OKRs) related to youth and engagement. | Plaintiff |
| 44. Adi Jain | By Designation | Product Manager at YouTube with responsibilities in child safety. Jain is expected to testify regarding Google/YouTube's efforts to detect, prevent, and remove children under the age of consent (under 13) from using YouTube without parental consent. | Plaintiff |
| 45. Tom Saffell | By Designation | Lead Product Manager for the Infrastructure Team for YouTube. Saffell | Plaintiff |

| WITNESS | LIVE / DESIGNATION | SCOPE | PARTY CALLING |
|---|---|---|---|
| | | is expected to testify regarding Google/YouTube's development, design, and implementation of age-verification, age-assurance and age-inference tools. | |
| 46. Jonathan Leavitt* | By Designation | Group Product Manager for YouTube for Shorts Discovery and Safety. Leavitt is expected to testify regarding Google/YouTube's development, design, and implementation of short-form content on the YouTube Platform, knowledge of harms/risks related to short-form content and strategies to address those harms/risks. | Plaintiff |
| 47. Jordan Furlong* | By Designation | Former Product Manager for Digital Wellbeing – Minor Safety for TikTok. Furlong is expected to testify about TikTok's advertising business model, efforts to address user addiction, and safety concerns. Furlong is anticipated to discuss numerous defendant documents. | Plaintiff |
| 48. Ryn Linthicum* | By Designation | Former Trust & Safety Global Issue Policy Lead – Mental Health & Wellbeing for TikTok. Linthicum is expected to testify about TikTok's efforts to keep kids safe on the platform, beauty filters, and rabbit holes. | Plaintiff |
| 49. Wenjia Zhu* | By Designation | Former head of IES recommendation team, and former Head of Product and Recommendation Teams for TikTok. Expected to testify that TikTok's recommendation algorithm was designed to prioritize growth, not safety. Zhu gave guidance that the Trust & Safety team should not reduce users' stay duration by more than 5%. | Plaintiff |
| 50. Adam Wang* | By Designation | Project Manager in the product strategy department and for the For You Feed focusing on aging up the platform, and Head of TikTok Live Streaming. Wang will likely testify about his roles in the Musical.ly to TikTok rebranding and subsequent growth strategies. Wang is anticipated to discuss numerous defendant documents. | Plaintiff |

| WITNESS | LIVE / DESIGNATION | SCOPE | PARTY CALLING |
|---|---|---|---|
| 51. Reagan Maher* | By Designation | Worked at TikTok from 2021-2024, holding positions including Former Head of Issue Product & Process, Product Exploitation Hunt Manager, and Head of Investigations and Insight within the USDS Safety department. Maher will likely testify about TikTok's awareness of underage users, including those under 13, and the risks of exploitation, grooming, and addiction for minors on TikTok LIVE, as well as the potential for transactional sexual content to be pushed to users due to the algorithm prioritizing engagement. | Plaintiff |
| 52. Drew Kirchhoff* | By Designation | Former TikTok and ByteDance employee. Kirchhoff was a Project Manager in Beijing, China, and a Data Scientist in Los Angeles and San Jose, California. Kirchhoff will likely testify about TikTok's early history and growth, focusing largely on the acquisition of musical.ly and the platform's initial popularity among younger users, particularly middle school and high school females. | Plaintiff |
| 53. Eric Han* | By Designation | Former Head of U.S. Safety for TikTok. Han is expected to testify about tensions between Core Product and Trust and Safety regarding implementation of new features, as well as regarding TikTok's and the algorithm's prioritization of engagement over user safety. | Plaintiff |
| 54. Rosie King* | By Designation | TikTok former Community Content Moderator. King is expected to testify that TikTok had insufficient and ineffective policies regarding how to respond to dangerous and harmful content on the platform, insufficient and ineffective mechanisms for users to report that content, and failed to use industry-standard safety tools and processes (for both CSAM reporting and response, and for other sorts of safety measures, like responses to risk-to-life incidents). | Plaintiff |

| WITNESS | LIVE / DESIGNATION | SCOPE | PARTY CALLING |
|---|---|---|---|
| 55. Matthew Tenenbaum* | By Designation | TikTok Senior Product Manager, Family Pairing and Age Assurance. Tenenbaum is likely to testify about Family Pairing and age verification. | Plaintiff |
| 56. Amy Classen* | By Designation | TikTok former Head of Product and Process, Minor Safety. Classen is expected to testify about age assurance, underage user detection, platform design and safety features, reporting mechanisms for inappropriate content, and TikTok's awareness of risks to minors including sexual exploitation, grooming, and compulsive usage. | Plaintiff |
| 57. Amber Burchell* | By Designation | Burchell has worked in various positions at TikTok, including as a user support associate, social media support senior associate, USDS user operations lead for young users and age assurance, and community risk control program manager. Burchell is likely to testify about age gating, and that TikTok did not proactively communicate potential risks associated with the platform, such as addiction, mental health issues, or increased risks of depression and self harm in teens, to users or their parents. | Plaintiff |
| 58. Natalie Medoff* | By Designation | Medoff will likely testify about their role as former Program Manager, Trust and Safety at TikTok and age assurance at TikTok. | Plaintiff |
| 59. Eric Ebenstein | Live | Senior Director of Public Policy. Ebenstein is expected to testify about TikTok's communications with school districts and TikTok's relationships with education-focused organizations like the National PTA. | Plaintiff |
| 60. Samantha Kersul* | By Designation | State Government Affairs Manager. Kersul is expected to testify as a 30(b)(6) designee about TikTok's communications with schools, parents, and teachers and TikTok's efforts to limit students' access to TikTok during the school day. | Plaintiff |

| WITNESS | LIVE / DESIGNATION | SCOPE | PARTY CALLING |
|---|---|---|---|
| 61. Sandeep Grover | Live | Grover is the Global Head of Trust & Safety at TikTok and has been at the company since 2022. He is expected to testify about TikTok's trust and safety policies and practices, the Trust and Safety Team's collaboration with various products teams, and TikTok's safety features. | Plaintiffs |
| 62. Suzy Loftus* | Live | Head of Trust and Safety for TikTok USDS, formerly the Global Head of Risk and Response Operations. She is likely to testify about TikTok's internal safety operations, including youth safety initiatives and parental controls, and TikTok's knowledge of excessive use by adolescence on the platform. | Plaintiff |
| 63. Evan Spiegel* | Live | Founder and CEO of Snap, Inc. and was involved in the development of Snapchat's key features related to growth and engagement, as well as the risks posed by Snapchat's features. Spiegel will also likely testify to Snapchat's age verification and assurance protocols, as well as the platform's popularity with teenagers and its use during school hours. | Plaintiff |
| 64. Jacqueline Beauchere* | By Designation | Snap, Inc.'s Senior Director, Global Head of Platform Safety. Consistent with her deposition, Beauchere will likely testify about the risk of harm to teen users posed by Snapchat, Snap's development of safety features, and the development of Family Center. | Plaintiff |
| 65. Jonathan Brody* | By Designation | Former Head of Product at Snap, Inc. Brody oversaw the core consumer product management organization. Brody is likely to testify to his tenure at Snap and the development and functionality of Snapchat's beauty filters and its Streaks feature. Brody will also testify to his knowledge of the risk of harm and addiction posed by these and other design features. | Plaintiff |
| 66. Claudia Chan* | By Designation | Current Snap employee and Product Manager for the Growth Team. Chan will testify about her role as responsible for | Plaintiff |

| WITNESS | LIVE / DESIGNATION | SCOPE | PARTY CALLING |
|---|---|---|---|
| | | activation, log-in, and the onboarding experience. She will likely testify to Snapchat's age verification requirements at account activation, as well as the deactivation and account deletion process. | |
| 67. Matthew Jackson* | By Designation | Snap, Inc.'s Head of Trust and Safety. Jackson will testify to Snapchat's CSAM reporting processes and Snap's ability to address such reports. | Plaintiff |
| 68. Juliet Shen* | By Designation | Head of Child Safety Product at Snap, Inc. Shen will likely testify to Snap's child safety features and its efforts to keep minor users safe on the Snapchat platform. | Plaintiff |
| 69. Peter Sellis* | By Designation | Former Snap, Inc. Vice President and the Head of Revenue Product. Sellis will likely testify to the growth of Snapchat and features responsible for that growth, teenagers' use of the platform, and Snapchat's capability to target student users at school. | Plaintiff |
| 70. Morgan Hammerstrom* | By Designation | Snap, Inc.'s Director of Product Research. Hammerstrom will likely testify to the company's efforts to research its platform features and their effect on Snapchat users. | Plaintiff |
| 71. Rachel Hochhauser (Rule 30(b)(6) witness) | By Designation | Designated as Snap's Rule 30(b)(6) witness for school district issues. Consistent with her deposition, she will testify to Snap's targeting of teenage users at school, the company's understanding of Snapchat's disruption of the school environment, and its efforts to mitigate the effect, if any, of Snapchat on the school day. | Plaintiff |
| 72. Jennifer Stout | By Designation | Vice President of Global Public Policy at Snap. Stout will likely testify to the safety of the Snapchat platform, risks posed to Snap's teenager users, and Snapchat's beauty filters and their impacts on teen users. | Plaintiff |
| 73. Abby Tran | By Designation | Product Manager at Snap who works with the Growth team. Tran will likely | Plaintiff |

| WITNESS | LIVE / DESIGNATION | SCOPE | PARTY CALLING |
|---|---|---|---|
| | | testify to Snap's effort to increase growth, including through product features, and its utilization of notifications to further those efforts. Ms. Tran will also likely testify to Snap's knowledge of the risks and impact of notification of teen users. | |
| 74. Jeremy Voss | Live | Director of Product at Snap, Inc. who had primary responsibility for Snapchat Streaks. Voss will likely testify to the development of Streaks, Snap's research and understanding of the risks posed by Streaks, and actions the company took in response to this research. Mr. Voss will also likely testify to his knowledge of other features with which he worked during his tenure, including Snapscore. | Plaintiff |
| 75. Kyle Andrews | Live or By Designation | Kyle Andrews is a former Staff User Experience Researcher. He is expected to testify on the studies, surveys, and tests he ran on the experience of Meta's users, Meta's safety policies and features, and Meta's reactions to and use of survey data. | Plaintiff |
| 76. Arturo Bejar* | Live | Plaintiff non-retained expert and Meta fact witness. Arturo Bejar is the former Leader for Integrity and Care at Facebook, who then returned as an independent contractor with an expertise in child safety. Mr. Bejar will testify as to Meta's lack of systems to adequately protect children. He will also testify as to research he conducted at Meta related to user harms, including the reliability of his research, his interactions with Meta's leadership on his research findings, and the lack of response by Meta's leadership. His testimony will address testing he independently performed on Meta's safety features following his departure from Meta and testing performed in collaboration with other organizations. | Plaintiff |
| 77. Brian Boland* | Live | Boland will likely testify about his role as former Vice-President for partnership | Plaintiff |

| WITNESS | LIVE / DESIGNATION | SCOPE | PARTY CALLING |
|---|---|---|---|
| | | data at Meta, including that Meta prioritized profits over safety, transparency efforts or lack thereof, and Meta's internal research efforts. | |
| 78. Anneke Buffone* | Live | Buffone will likely testify about her role as a user-experience researcher at Meta, including internal research related to social media addiction, youth wellbeing and mental health, potential product changes to reduce harms to teens, and prioritization of user engagement over user safety. Buffone will also testify about Meta's policies relating to the creation, execution, and circulation of research related to mental health and wellbeing within Meta. | Plaintiff |
| 79. Robert Chen* | By Designation | Chen worked as a product lead at Meta. He will likely testify to Meta's efforts to attract children as users and the importance of young users to Meta's business strategy. | Plaintiff |
| 80. Nick Clegg | By Designation | Clegg is the former President of Global Affairs at Meta. He is likely to testify about Meta's knowledge of youth and wellbeing risks and efforts to research and address those risks at Meta. | Plaintiff |
| 81. Liza Crenshaw | Live or By Designation | Crenshaw is a public affairs manager at Meta. She is likely to testify to Meta's knowledge of and communications to the public about the risks its products posed to young users' mental health. | Plaintiff |
| 82. Antigone Davis | By Designation | Davis is the Global Head of Safety at Meta. She is likely to testify regarding Meta's internal research on User Safety and Meta's safety policies and procedures. | Plaintiff |
| 83. Elena Davis | By Designation | Davis is a social impact user experience researcher at Meta. She will likely testify about internal research into the relationship between its products and problematic use/addiction, social comparison, and user mental health. | Plaintiff |
| 84. Paul Alexander Dow | By Designation | Dow was a research science manager at Meta. He will likely testify about Meta's | Plaintiff |

| WITNESS | LIVE / DESIGNATION | SCOPE | PARTY CALLING |
|---|---|---|---|
| | | research on harms to young users, including social comparison. | |
| 85. Anya Drabkin | By Designation | Anya Drabkin is a User Experience researcher at Meta. She is expected to testify about research that Meta conducted related to youth mental health and well-being, development of safety features on Meta's platforms, and other facts and circumstances related to her employment. | Plaintiff |
| 86. Dayna Geldwert* | Live | Geldwert is a public policy executive at Meta. She is likely to testify on Meta's efforts to reach out to schools and education-related groups. | Plaintiff |
| 87. Margaret Gould Stewart* | By Designation | Stewart is the former Vice President of Product Design and Responsible Innovation at Meta. She is likely to testify to the facts and circumstances related to this role, Meta's use of filters on the app, and Meta's safety policies and procedures. | Plaintiff |
| 88. Vaishnavi Jayakumar* | Live or By Designation | Jayakumar was Head of Safety & Wellbeing at Instagram and later Head of Youth Policy at Meta. She is expected to testify about product features, child safety, teen mental health, and harassment of youth on Meta's platforms; Meta's child safety and wellbeing efforts; age verification; and under 13 accounts. | Plaintiff |
| 89. Shayli Jimenez* | By Designation | Jimenez is a Senior User Experience Researcher at Meta. She is expected to testify to her research on teen users, design and features geared towards teens, the apps habit enforcing design, and other facts and circumstances related to her employment. | Plaintiff |
| 90. Darius Kilstein | By Designation | Director of Data Science. Kilstein is expected to testify about teen user acquisition, engagement, and retention, core metrics, problematic use, social comparison and other mental health impacts, and corporate decision-making. | Plaintiff |
| 91. Alison Lee* | Live or By Designation | Lee is a former Senior Researcher, first in relevant integrity at Instagram and later | Plaintiff |

| WITNESS | LIVE / DESIGNATION | SCOPE | PARTY CALLING |
|---|---|---|---|
| | | in the central Meta team in Responsible AI. She is expected to testify about youth mental health and child safety research, features geared towards teens, feature development, and other facts and circumstances related to her employment. | |
| 92. Adam Mosseri* | Live or By Designation | Head of Instagram. Mosseri is expected to testify about core metrics, product features, user experience, youth and child safety, resource allocation, and communications. Mosseri is anticipated to discuss numerous defendant documents. | Plaintiff |
| 93. Aza Raskin | Live | Aza Raskin invented infinite scroll, a feature available on all of the Defendants' platforms. He will likely testify about infinite scroll, dark patterns in technology and in the Defendants' platforms, infinite scroll's effect on tech addiction, and other facts and circumstances related to his invention of this feature. | Plaintiff |
| 94. Michael Rothschild | By Designation | Meta's Senior Director of Product Management. Expected to testify about Meta's business model, the work of Meta's Well-being Team, and Meta's knowledge regarding children under the age of 13 on Instagram. | Plaintiff |
| 95. Lotte Rubaek* | Live | Rubaek was an Advisor on Meta's Board. Rubaek will testify to the facts and circumstances related to her role. | Plaintiff |
| 96. Jason Satizahn | Live or By Designation | Sattizahn will likely testify about his role as a former research scientist at Meta, including conducting and reporting on internal user surveys and research in the areas of problematic use/addiction, social comparison, user mental health, prioritization of engagement over safety, and lack of transparency. | Plaintiff |
| 97. Josh Simons | By Designation | Simons is a former visiting research scientist who contracted with and then was employed part-time at Meta. He is expected to testify about machine learning systems at Meta, ranking and | Plaintiff |

| WITNESS | LIVE / DESIGNATION | SCOPE | PARTY CALLING |
|---|---|---|---|
| | | recommendations; algorithms; and the advertising delivery system. | |
| 98. Ravi Sinha | Live or By Designation | Sinha is Meta's Head of Child Safety Policy. He is likely to testify to Meta's knowledge of, research into, policies regarding, and response to the risks Meta's products posed to the health and wellbeing of users, particularly young users. | Plaintiff |
| 99. Natalie Troxel | By Designation | Troxel was a Senior User Experience researcher at Meta. She will likely testify to her research on child safety and mental wellbeing, the company's reaction to this research, and actions taken in light of this research, as well as other facts and circumstances of her employment. | Plaintiff |
| 100. George Volichenko* | Live or By Designation | Meta Data Scientist, Mental Wellbeing Team. Expected to testify about Meta's decisions regarding implementation of safety features. | Plaintiff |
| 101. Tom Wynter* | Live or By Designation | Wynter will likely testify about his role as a user-experience researcher at Meta, including internal research and work related to youth wellbeing and mental health, potential product changes to reduce harm to teens, prioritization of user engagement over safety, research priorities, and communication strategies. | Plaintiff |
| 102. Mark Zuckerberg* | Live | Mark Zuckerberg is the co-founder of Facebook and the CEO and controlling shareholder of Meta Platforms, Inc, which also owns Instagram. He is expected to testify about the design of Meta's social media platforms; corporate decision making; resource allocation; communications; internal Meta research; child safety; CSAM and CSE; age verification; core and user metrics; under 13 accounts; youth mental health and addiction; vulnerability of young users; and teen user acquisition. Zuckerberg is anticipated to discuss numerous defendant documents. | Plaintiff |

RESPECTFULLY SUBMITTED

Dated: October 29, 2026

**WAGSTAFF & CARTMELL LLP**

*/s/ Thomas P. Cartmell*
Thomas P. Cartmell

Thomas P. Cartmell (*pro hac vice*)
Jonathan P. Kieffer (*pro hac vice*)
Austin Brane, SBN 286227
Michael P. Cutler, SBN 270663
**WAGSTAFF & CARTMELL LLP**
4740 Grand Avenue, Suite 300
Kansas City, MO 64112
Tel: (816) 701-1100
tcartmell@wcllp.com
jpkieffer@wcllp.com
abrane@wcllp.com
mcutler@wcllp.com

Kirk J. Goza (*pro hac vice*)
Brad Honnold (*pro hac vice*)
**GOZA & HONNOLD LLC**
9500 Nall Ave., Ste 400
Overland Park, KS 66207
Tel. (913) 451-3433
kgoza@gohonlaw.com
bhonnold@gohonlaw.com

Joseph G. VanZandt (*pro hac vice*)
Davis Vaughn (*pro hac vice*)
Jennifer Emmel (*pro hac vice*)
Clinton Richardson (*pro hac vice*)
Seth Harding (*pro hac vice*)
**BEASLEY ALLEN CROW METHVIN PORTIS & MILES, LLC**
234 Commerce Street
Montgomery, AL 36103
Tel: 334-269-2343
Joseph.VanZandt@BeasleyAllen.com
Davis.Vaughn@BeasleyAllen.com
Jennifer.Emmel@BeasleyAllen.com
Clinton.Richardson@BeasleyAllen.com
Seth.Harding@BeasleyAllen.com

***Counsel for Plaintiff Tucson Unified School District***