**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION | Case No. 4:22-MD-03047-YGR<br>MDL No. 3047 |
| This Document Relates to:<br>*Charleston County School District v. Meta Platforms Inc., et al.*<br>Case No.: 4:23-cv-4659 | **DECLARATION OF PREVIN WARREN IN SUPPORT OF PLAINTIFF CHARLESTON COUNTY SCHOOL DISTRICT'S OPPOSITION TO DEFENDANTS' MOTION TO PRECLUDE A LATE DISCLOSED WITNESS**<br>Judge: Hon. Yvonne Gonzalez Rogers<br>Magistrate Judge: Hon. Peter H. Kang |

I, Previn Warren, declare:

1. I am a partner in the law firm of Motley Rice LLC, and serve as Co-Lead Counsel for the Personal Injury and School District Plaintiffs in this action. I have personal knowledge of the facts set forth in this Declaration, and, if called as a witness, could and would testify competently to them. I submit this declaration in support of Plaintiff Charleston County School District's Opposition to Defendants' Motion to Preclude a Late-Disclosed Witness.

2. On October 14, 2026 at 2:00 PM EST, I attended a meet and confer between counsel for Tucson Unified School District and counsel for the Defendants. On this meet and confer, Defendants asked Tucson to withdraw two trial witnesses it claimed were late-disclosed. Defendants asked Tucson what their justification was for the late disclosure. In response, Tucson asked Defendants what Meta's justification was for the late disclosure of four trial witnesses. Neither Tucson nor Meta agreed to withdraw their late-disclosed witnesses on this call.

3. Immediately after this exchange, I interjected and noted that, given both sides were apparently comfortable identifying late-disclosed trial witnesses, Charleston County School District would be doing the same, and that it intended to supplement its initial witness list with a single individual. The next day, I sent the email attached to Defendants' motion at Exhibit B, identifying Gerilyn Leland as a trial witness. *See* Dkt. 3603-3.

Dated: October 29, 2026

Respectfully Submitted,

**MOTLEY RICE LLC**

By: *<u>/s/ Previn Warren</u>*
Previn Warren
401 9th Street NW Suite 630
Washington, DC 20004
Tel: 202-386-9610
pwarren@motleyrice.com

*Co-Lead Counsel*