WILLIAMS & CONNOLLY LLP
Ashley W. Hardin, *pro hac vice*
J. Andrew Keyes, *pro hac vice*
Neelum J. Wadhwani (SBN 247948)
680 Maine Avenue SW
Washington, DC 20024
Tel.: (202) 434-5000
ahardin@wc.com
akeyes@wc.com
nwadhwani@wc.com

*Attorneys for Defendants YouTube, LLC and Google LLC*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION

This Document Relates to:

*Charleston County School District v. Meta Platforms, Inc., et al.*

Case No.: 4:23-cv-04659

MDL No. 3047

Case No. 4:22-md-03047-YGR-PHK

**DECLARATION OF ASHLEY W. HARDIN IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION IN LIMINE NO. 3 TO EXCLUDE EVIDENCE RELATED TO CCSD BOARD OF TRUSTEES CONTROVERSIES**

I, Ashley W. Hardin, declare and state as follows:

1. I am an attorney admitted to practice in the District of Columbia and the Commonwealth of Virginia, and admitted to practice *pro hac vice* in the above-entitled action. I am a partner with the law firm of Williams & Connolly LLP, counsel for Defendants YouTube, LLC and Google LLC. I make this declaration in support of Defendants' Opposition to Plaintiff's Motion in Limine No. 3 To Exclude Evidence Related to CCSD Board of Trustees Controversies. This declaration is based on my own personal knowledge and, if called to testify as to the truth of the matters set forth herein, I could and would competently testify thereto. I offer this declaration without waiving, or intending to waive, the attorney-client privilege or work-product protection.

2. Attached as **Exhibit A** is a true and correct copy of a letter from Michael M. Weinkowitz to Defendants' counsel dated July 21, 2023.

3. Attached as **Exhibit B** is a true and correct copy of a document Plaintiff Charleston County School District produced in this litigation, a letter signed by the CCSD Elementary Learning Community, bearing Bates stamps MR_CCSD_012045 to MR_CCSD_012047.

4. Attached as **Exhibit C** is a true and correct copy of excerpts from the transcript of the May 19, 2025 Deposition of Superintendent Anita W. Huggins.

5. Attached as **Exhibit D** is a true and correct copy of a document Plaintiff Charleston County School District produced in this litigation, titled "CCSD Board of Trustees Written Public Comment Submission Form (Responses)," bearing Bates stamps MR_CCSD_013378 to MR_CCSD_013392.

6. Attached as **Exhibit E** is a true and correct copy of a document Plaintiff Charleston County School District produced in this litigation, a letter signed by professional educators, bearing Bates stamps MR_CCSD_317117 to MR_CCSD_317123.

7. Attached as **Exhibit F** is a true and correct copy of excerpts of a document Plaintiff Charleston County School District produced in this litigation, titled "Clemson University Inclusion & Equity Report," bearing Bates stamps MR_CCSD_006803 to MR_CCSD_006824.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on October 29, 2026, in Washington, D.C.

Dated: October 29, 2026

By: */s/ Ashley W. Hardin*
Ashley W. Hardin, *pro hac vice*

*Attorney for Defendants YouTube, LLC and Google LLC*