JONATHAN H. BLAVIN (State Bar No. 230269)
Jonathan.Blavin@mto.com
MUNGER, TOLLES & OLSON LLP
560 Mission Street, 27th Floor
San Francisco, CA 94105-3089
Telephone: (415) 512-4000
Facsimile: (415) 512-4077

E. MARTIN ESTRADA (SBN 223802)
Martin.Estrada@mto.com
L. ASHLEY AULL (SBN 257020)
Ashley.Aull@mto.com
VICTORIA A. DEGTYAREVA (SBN 284199)
Victoria.Degtyareva@mto.com
MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue, 50th Floor
Los Angeles, CA 90071
Telephone.: (213) 683-9100
Facsimile.: (213) 687-3702

*Attorneys for Defendant Snap Inc.*

*[Additional parties and counsel listed on signature pages]*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*Tucson Unified School District v. Meta Platforms, Inc., et al.*<br>Case No. 4:24-cv-01382-YGR | MDL No. 3047<br><br>Case No. 4:22-md-03047-YGR-PHK<br><br>**TEMPORARY SEALING MOTION (DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION IN LIMINE NO. 2 TO EXCLUDE REFERENCES TO TUSD'S SOURCES OF FUNDING AND HOW TUSD WOULD SPEND A JURY AWARD**<br><br>**<u>Hearing:</u>**<br>Date: November 13, 2026<br>Time: 2:00 PM<br>Place: Courtroom 1, 4th Floor<br>Judge: Hon. Yvonne Gonzalez Rogers |

Pursuant to the Court's Order Setting Sealing Procedures (Dkt. No. 341), undersigned Defendants file this Temporary Sealing Motion requesting to file under seal limited portions of Defendants' Opposition to Plaintiff's Motion in Limine No. 2 to Exclude References to TUSD's Sources of Funding and How TUSD Would Spend a Jury Award, and the exhibits to the Declaration of Jonathan H. Blavin filed in support. Pursuant to that Order, the reasons for sealing (if any) will be addressed in a forthcoming omnibus stipulation or omnibus motion. By stating below that Plaintiffs may consider material to be confidential, Defendants are not taking a position regarding whether the material is in fact confidential.

| Docket No. | Document | Whether Document Contains a Party's Confidential Information |
|---|---|---|
| 3628-1 | Defendants' Opposition to Plaintiff's Motion in Limine No. 2 to Exclude References to TUSD's Sources of Funding and How TUSD Would Spend a Jury Award | Temporarily filing with redactions because document contains information that Plaintiff Tucson Unified School District may consider to be confidential.[1] |
| 3628-2 | Declaration of Jonathan H. Blavin | Not redacted or sealed |
| 3628-3 | Exhibit 1: cited excerpts of the May 8, 2025 deposition of Gabriel Trujillo | Temporarily filing under seal because document contains information that Plaintiff Tucson Unified School District may consider to be confidential. |
| 3628-4 | Exhibit 2: Exhibit 26 to the April 9, 2025, 30(b)(6) deposition of Julie Shivanonda | Temporarily filing under seal because document contains information that Plaintiff Tucson Unified School District may consider to be confidential. |
| 3628-5 | Exhibit 3: cited excerpts of the April 9, 2025, 30(b)(6) deposition of Julie Shivanonda | Temporarily filing under seal because document contains information that Plaintiff Tucson Unified School District may consider to be confidential. |

[1] Provisionally proposed redactions are in BLUE highlighting.

| Docket No. | Document | Whether Document Contains a Party's Confidential Information |
|---|---|---|
| 3628-6 | Exhibit 4: Exhibit 16 to the March 5, 2025, deposition of Vanessa Aguayo | Temporarily filing under seal because document contains information that Plaintiff Tucson Unified School District may consider to be confidential. |
| 3628-7 | Exhibit 5: Exhibit 24 to the April 9, 2025, 30(b)(6) deposition of Julie Shivanonda | Temporarily filing under seal because document contains information that Plaintiff Tucson Unified School District may consider to be confidential. |
| 3628-8 | Exhibit 6: Exhibit 44 to the May 8, 2025 deposition of Gabriel Trujillo | Not redacted or sealed |
| 3628-9 | Exhibit 7: Exhibit 45 to the May 8, 2025 deposition of Gabriel Trujillo | Temporarily filing under seal because document contains information that Plaintiff Tucson Unified School District may consider to be confidential. |
| 3628-10 | Exhibit 8: Exhibit 46 to the May 8, 2025 deposition of Gabriel Trujillo | Temporarily filing under seal because document contains information that Plaintiff Tucson Unified School District may consider to be confidential. |
| 3628-11 | Exhibit 9: Exhibit 47 to the May 8, 2025 deposition of Gabriel Trujillo | Temporarily filing under seal because document contains information that Plaintiff Tucson Unified School District may consider to be confidential. |
| 3628-12 | Exhibit 10: cited excerpts of the April 8, 2025, deposition of Ricardo Hernandez | Not redacted or sealed |
| 3628-13 | Exhibit 11: Plaintiff's Second Amended Answers to Defendants' Interrogatories to Tucson Unified School District (Set 3), dated May 16, 2025 | Not redacted or sealed |

| Docket No. | Document | Whether Document Contains a Party's Confidential Information |
|---|---|---|
| 3628-14 | Exhibit 12: Exhibit 48 to the May 8, 2025 deposition of Gabriel Trujillo | Temporarily filing under seal because document contains information that Plaintiff Tucson Unified School District may consider to be confidential. |
| 3628-15 | Exhibit 13: Exhibit 1 to the June 30, 2025 deposition of Julie Shivanonda | Not redacted or sealed |

DATED: October 29, 2026

Respectfully submitted,

By: /s/ Jonathan H. Blavin

JONATHAN H. BLAVIN (State Bar No. 230269)
Jonathan.Blavin@mto.com
MUNGER, TOLLES & OLSON LLP
560 Mission Street, 27th Floor
San Francisco, CA 94105
Tel: (415) 512-4000

E. MARTIN ESTRADA (SBN 223802)
Martin.Estrada@mto.com
L. ASHLEY AULL (SBN 257020)
Ashley.Aull@mto.com
VICTORIA A. DEGTYAREVA (SBN 284199)
Victoria.Degtyareva@mto.com
MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue, 50th Floor
Los Angeles, CA 90071
Tel.: (213) 683-9100

ALLISON BROWN (*pro hac vice)*
alli.brown@kirkland.com
KIRKLAND & ELLIS LLP
2005 Market Street, Suite 1000
Philadelphia, PA 19103
Tel.: (215) 268-5000

JESSICA DAVIDSON (*pro hac vice)*
jessica.davidson@kirkland.com
JOHN J. NOLAN (*pro hac vice)*
jack.nolan@kirkland.com
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, NY 10022
Tel.: (212) 446-4800

*Attorneys for Defendant Snap Inc.*

/s/ Ashley W. Hardin

ASHLEY W. HARDIN (*pro hac vice)*
ahardin@wc.com
J. ANDREW KEYES (*pro hac vice)*
akeyes@wc.com
NEELUM J. WADHWANI (SBN 247948)
nwadhwani@wc.com
WILLIAMS & CONNOLLY LLP
680 Maine Avenue, SW
Washington, DC 20024
Tel.: (202) 434-5000

*Attorneys for Defendants YouTube, LLC and Google LLC*

/s/ *Christian J. Pistilli*
ASHLEY M. SIMONSEN (State Bar No. 275203)
asimonsen@cov.com
COVINGTON & BURLING LLP
1999 Avenue of the Stars
Los Angeles, California 90067
Telephone: (424) 332-4800

PHYLLIS A. JONES (*pro hac vice*)
pajones@cov.com
PAUL W. SCHMIDT (*pro hac vice*)
pschmidt@cov.com
CHRISTIAN J. PISTILLI (*pro hac vice*)
cpistilli@cov.com
COVINGTON & BURLING LLP
One City Center
850 Tenth Street, NW
Washington, DC 20001-4956
Tel.: (202) 662-6000

BETH A. WILKINSON (*pro hac vice*)
RAKESH KILARU (*pro hac vice*)
JOLEE PORTER (*pro hac vice*)
MATTHEW R. SKANCHY (*pro hac vice*)
WILKINSON STEKLOFF LLP
2001 M Street, NW, 10th Floor
Washington, D.C. 20036
Telephone: (202) 847-4010
Facsimile: (202) 847-4005
bwilkinson@wilkinsonstekloff.com
rkilaru@wilkinsonstekloff.com
jporter@wilkinsonstekloff.com
mskanchy@wilkinsonstekloff.com

MOIRA K. PENZA (pro hac vice)
WILKINSON STEKLOFF LLP
130 W 42nd Street, 24th Floor
New York, NY 10036
Telephone: (212) 294-8925
Facsimile: (202) 847-4005
mpenza@wilkinsonstekloff.com

*Attorneys for Defendants Meta Platforms, Inc. f/k/a Facebook, Inc.; Facebook Holdings, LLC; Facebook Operations, LLC; Meta Payments Inc. f/k/a Facebook Payments Inc.; Meta Platforms Technologies, LLC f/k/a Facebook Technologies, LLC; Instagram, LLC; and Siculus LLC f/k/a Siculus, Inc.*

*/s/ Geoffrey M. Drake*
GEOFFREY M. DRAKE (*pro hac vice)*
gdrake@kslaw.com
TACARA D. HARRIS (*pro hac vice)*
tharris@kslaw.com
KING & SPALDING LLP
1180 Peachtree Street, NE, Suite 1600
Atlanta, GA 30309
Tel.: (404) 572-4600

DAVID P. MATTERN (*pro hac vice)*
dmattern@kslaw.com
KING & SPALDING LLP
1700 Pennsylvania Avenue, NW
Suite 900
Washington, D.C. 20006
Tel.: (202) 737-0500

BAILEY J. LANGNER (State Bar No. 307753)
*blangner@kslaw.com*
KING & SPALDING LLP
50 California Street, Suite 3300
San Francisco, CA 94111
Tel.: (415) 318-1200

*/s/ Daniel M. Petrocelli*
DANIEL M. PETROCELLI (SB #97802)
dpetrocelli@omm.com
SABRINA H. STRONG (SB #200292)
sstrong@omm.com
O'MELVENY & MYERS LLP
1999 Avenue of the Stars, 8th Floor
Los Angeles, CA 90067
Telephone: (310) 553-6700

STEPHEN D. BRODY (*pro hac vice*)
sbrody@omm.com
O'MELVENY & MYERS LLP
1625 Eye Street, NW
Washington, D.C. 20006
Telephone: (202) 383-5300

*Attorneys for Defendants*
*TikTok Inc., ByteDance Inc., TikTok Ltd., ByteDance Ltd., and TikTok LLC*

**ATTESTATION**

I, Jonathan H. Blavin, hereby attest, pursuant to N.D. Cal. Civil L.R. 5-1, that the concurrence to the filing of this document has been obtained from each signatory hereto.

DATED: October 29, 2026

By: */s/ Jonathan H. Blavin*
Jonathan H. Blavin