JONATHAN H. BLAVIN (State Bar No. 230269)
Jonathan.Blavin@mto.com
MUNGER, TOLLES & OLSON LLP
560 Mission Street, 27th Floor
San Francisco, CA 94105-3089
Telephone: (415) 512-4000
Facsimile: (415) 512-4077

E. MARTIN ESTRADA (SBN 223802)
Martin.Estrada@mto.com
L. ASHLEY AULL (SBN 257020)
Ashley.Aull@mto.com
VICTORIA A. DEGTYAREVA (SBN 284199)
Victoria.Degtyareva@mto.com
MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue, 50th Floor
Los Angeles, CA 90071
Telephone.: (213) 683-9100
Facsimile.: (213) 687-3702

*Attorneys for Defendant Snap Inc.*

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION

THIS DOCUMENT RELATES TO:

*Tucson Unified School District v. Meta Platforms, Inc., et al.*
Case No. 4:24-cv-01382-YGR

MDL No. 3047

Case No. 4:22-md-03047-YGR-PHK

**DECLARATION OF JONATHAN H. BLAVIN IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION IN LIMINE NO. 2 TO EXCLUDE REFERENCES TO TUSD'S SOURCES OF FUNDING AND HOW TUSD WOULD SPEND A JURY AWARD**

**Hearing:**

| | |
|---|---|
| Date: | November 13, 2026 |
| Time: | 2:00 PM |
| Place: | Courtroom 1, 4th Floor |
| Judge: | Yvonne Gonzalez Rogers |

**DECLARATION OF JONATHAN H. BLAVIN**

I, Jonathan H. Blavin, declare:

1. I am an attorney at the law firm of Munger, Tolles & Olson LLP and one of the counsel of record representing Defendant Snap Inc. ("Snap") in the above-captioned matter. I am admitted to practice before all of the courts of the State of California and this Court. I have personal knowledge of the facts stated in this declaration, and if called upon to do so, could and would competently testify thereto.

2. I submit this declaration in support of Defendants' Opposition to Plaintiff's Motion in Limine No. 2 to Exclude References to TUSD's Sources of Funding and How TUSD Would Spend a Jury Award.

3. Attached as **Exhibit 1** is a true and correct copy of cited excerpts of the May 8, 2025 deposition of Gabriel Trujillo.

4. Attached as **Exhibit 2** is a true and correct copy of Exhibit 26 to the April 9, 2025, 30(b)(6) deposition of Julie Shivanonda.

5. Attached as **Exhibit 3** is a true and correct copy of cited excerpts of the April 9, 2025, 30(b)(6) deposition of Julie Shivanonda.

6. Attached as **Exhibit 4** is a true and correct copy of Exhibit 16 to the March 5, 2025, deposition of Vanessa Aguayo.

7. Attached as **Exhibit 5** is a true and correct copy of Exhibit 24 to the April 9, 2025, 30(b)(6) deposition of Julie Shivanonda.

8. Attached as **Exhibit 6** is a true and correct copy of Exhibit 44 to the May 8, 2025 deposition of Gabriel Trujillo.

9. Attached as **Exhibit 7** is a true and correct copy of Exhibit 45 to the May 8, 2025 deposition of Gabriel Trujillo.

10. Attached as **Exhibit 8** is a true and correct copy of Exhibit 46 to the May 8, 2025 deposition of Gabriel Trujillo.

11. Attached as **Exhibit 9** is a true and correct copy of Exhibit 47 to the May 8, 2025 deposition of Gabriel Trujillo.

12. Attached as **Exhibit 10** is a true and correct copy of cited excerpts of the April 8, 2025, deposition of Ricardo Hernandez.

13. Attached as **Exhibit 11** is a true and correct copy of Plaintiff's Second Amended Answers to Defendants' Interrogatories to Tucson Unified School District (Set 3), dated May 16, 2025.

14. Attached as **Exhibit 12** is a true and correct copy of Exhibit 48 to the May 8, 2025 deposition of Gabriel Trujillo.

15. Attached as **Exhibit 13** is a true and correct copy of Exhibit 1 to the June 30, 2025 deposition of Julie Shivanonda.

I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct.

Executed on October 29, 2026, at San Francisco, California.

By: *_/s/ Jonathan H. Blavin_*
JONATHAN H. BLAVIN