# EXHIBIT 6

**ESSER Funded Positions**
**Updated 1.14.22**

| Position Status | Open |
|---|---|

| Position Description | Filled FTE | Salary | Vacant FTE | Salary | Total FTE | Total Salary |
|---|---|---|---|---|---|---|
| 6/5th Position | 12.20 | 479,339 | 1.80 | 84,250 | 14.00 | 563,589 |
| Behavior Specialist | 3.00 | 106,552 | 4.00 | 111,581 | 7.00 | 218,133 |
| Counseling Intern | 1.50 | 19,066 | | | 1.50 | 19,066 |
| Counselor | 6.80 | 145,137 | 9.00 | 466,845 | 15.80 | 611,983 |
| Curriculum Service Provider | 9.40 | 428,597 | 7.50 | 403,845 | 16.90 | 832,443 |
| Custodian I | 1.50 | 24,140 | 1.50 | 43,723 | 3.00 | 67,863 |
| Director - Social Emotional Learning | 1.00 | 66,155 | | | 1.00 | 66,155 |
| HR Analyst | 1.00 | 42,310 | | | 1.00 | 42,310 |
| HR Associate | 1.00 | 40,173 | | | 1.00 | 40,173 |
| Inst Tech Liaison | 3.00 | 61,361 | 4.00 | 97,745 | 7.00 | 159,105 |
| Instruct Data Intervent Spec | 2.00 | 82,384 | 1.00 | 53,846 | 3.00 | 136,230 |
| Instructional Specialist | 5.72 | 115,033 | 5.78 | 147,390 | 11.50 | 262,423 |
| Instructional Specialist - Gen Subj | 1.41 | 29,216 | 0.31 | 18,636 | 1.72 | 47,852 |
| Library Assistant | 1.75 | 15,704 | 0.50 | 13,658 | 2.25 | 29,362 |
| Library Media Specialist | 2.00 | 74,978 | | | 2.00 | 74,978 |
| Multi-Tiered System of Support Facilitator (MTSS) | 13.50 | 630,164 | 11.00 | 619,235 | 24.50 | 1,249,399 |
| Office Manager | 1.00 | 40,159 | | | 1.00 | 40,159 |
| Program Coordinator - College & Career Readiness | 0.50 | 22,399 | 1.00 | 50,479 | 1.50 | 72,878 |
| Program Coordinator - Enrollment | 1.00 | 58,196 | 3.00 | 180,000 | 4.00 | 238,196 |
| Program Coordinator - Grants | 2.00 | 132,885 | 1.00 | - | 3.00 | 132,885 |
| Program Coordinator, Senior - TUVA | 1.00 | 72,067 | | | 1.00 | 72,067 |
| Project Technical Specialist | 1.00 | 45,226 | | | 1.00 | 45,226 |
| Registrar | 1.00 | 27,048 | | | 1.00 | 27,048 |
| Restorative Practice Facilitator | 1.00 | 29,485 | | | 1.00 | 29,485 |
| School Community Liaison | 3.90 | 75,293 | 7.75 | 204,750 | 11.65 | 280,042 |
| Social Worker | 4.50 | 207,193 | 20.95 | 1,117,631 | 25.45 | 1,324,824 |
| Student Family Support Liaison | 1.00 | 29,854 | | | 1.00 | 29,854 |
| Student Success Specialist | 5.00 | 140,352 | 3.00 | 81,851 | 8.00 | 222,203 |
| Teacher | 24.00 | 997,877 | 9.25 | 468,444 | 33.25 | 1,466,322 |
| Teacher - ELD | 2.00 | 81,600 | 1.00 | 53,846 | 3.00 | 135,446 |
| Teacher - Elementary | 1.00 | 29,689 | | | 1.00 | 29,689 |
| Teacher - Fine Arts | 1.00 | 44,300 | | | 1.00 | 44,300 |
| Teacher - Kinder | 2.00 | 69,850 | | | 2.00 | 69,850 |
| Teacher - Math Interventionist | 2.60 | 75,164 | 9.00 | 467,207 | 11.60 | 542,371 |
| Teacher - OMA Arts Integration | | | 0.50 | 26,923 | 0.50 | 26,923 |
| Teacher - Reading Interventionist | 5.00 | 209,860 | 3.00 | 161,538 | 8.00 | 371,398 |
| Teacher - RTI | 27.25 | 1,028,186 | 12.40 | 651,406 | 39.65 | 1,679,592 |
| Teacher - Secondary | 7.00 | 295,406 | 1.00 | 3,374 | 8.00 | 298,780 |
| Teacher Asst | 63.49 | 961,629 | 52.55 | 1,207,555 | 116.05 | 2,169,184 |
| Teacher Asst - Bilingual | 2.63 | 9,421 | 0.25 | 6,090 | 2.88 | 15,511 |
| **Grand Total** | **227.64** | **7,043,450** | **172.04** | **6,741,849** | **399.69** | **13,785,299** |

EXHIBIT 44
WIT: Trujillo
DATE: 5/8/25
Maureen O. Pollard, RDR

**ESSER Funded Positions**
**Updated 1.14.22**

Position Statu: Open

| DAC | Description | Filled FTE | Salary | Vacant FTE | Salary | Total FTE | Total Salary |
|---|---|---|---|---|---|---|---|
| **Alice Vail Middle School 1555** | | **1.00** | **42,771** | **1.50** | **40,446** | **2.50** | **83,217** |
| | 6/5th Position | 1.00 | 42,771 | | | 1.00 | 42,771 |
| | School Community Liaison | | | 0.50 | 13,455 | 0.50 | 13,455 |
| | Student Success Specialist | | | 1.00 | 26,991 | 1.00 | 26,991 |
| **Banks Elementary School 1120** | | **4.75** | **104,763** | **3.25** | **125,642** | **8.00** | **230,405** |
| | Instructional Specialist | | | 1.00 | 26,928 | 1.00 | 26,928 |
| | Multi-Tiered System of Support Facilitator (MTSS) | 1.00 | 48,622 | | | 1.00 | 48,622 |
| | Social Worker | | | 1.00 | 53,846 | 1.00 | 53,846 |
| | Teacher | | | 0.50 | 26,923 | 0.50 | 26,923 |
| | Teacher Asst | 3.75 | 56,141 | 0.75 | 17,945 | 4.50 | 74,086 |
| **Blenman Elementary School 1125** | | **3.81** | **80,882** | **2.81** | **41,564** | **6.63** | **122,446** |
| | Teacher | 1.00 | 28,800 | | | 1.00 | 28,800 |
| | Teacher Asst | 2.81 | 52,082 | 2.81 | 41,564 | 5.63 | 93,646 |
| **Bloom Elementary School 1128** | | **3.00** | **139,846** | **0.50** | **26,923** | **3.50** | **166,769** |
| | Multi-Tiered System of Support Facilitator (MTSS) | 1.00 | 49,206 | | | 1.00 | 49,206 |
| | Teacher | | | 0.50 | 26,923 | 0.50 | 26,923 |
| | Teacher - RTI | 2.00 | 90,640 | | | 2.00 | 90,640 |
| **Bonillas Basic Curriculum Magnet School 1131** | | **2.00** | **75,600** | | | **2.00** | **75,600** |
| | Teacher - RTI | 2.00 | 75,600 | | | 2.00 | 75,600 |
| **Booth-Fickett Math/Science Magnet School 1510** | | | | **2.00** | **80,830** | **2.00** | **80,830** |
| | Teacher - RTI | | | 1.00 | 53,847 | 1.00 | 53,847 |
| | Teacher Asst | | | 1.00 | 26,983 | 1.00 | 26,983 |
| **Borman Elementary School 1140** | | **4.95** | **131,317** | **2.50** | **84,313** | **7.45** | **215,629** |
| | 6/5th Position | 0.20 | 8,633 | | | 0.20 | 8,633 |
| | Curriculum Service Provider | 1.00 | 52,211 | | | 1.00 | 52,211 |
| | Custodian I | | | 0.50 | 14,564 | 0.50 | 14,564 |
| | Social Worker | | | 1.00 | 53,915 | 1.00 | 53,915 |
| | Teacher Asst | 3.75 | 70,473 | 1.00 | 15,834 | 4.75 | 86,307 |
| **Borton Magnet Elementary School 1143** | | **0.50** | **16,133** | **3.50** | **157,683** | **4.00** | **173,816** |
| | Counseling Intern | 0.50 | 16,133 | | | 0.50 | 16,133 |
| | Multi-Tiered System of Support Facilitator (MTSS) | | | 1.00 | 53,846 | 1.00 | 53,846 |
| | School Community Liaison | | | 1.00 | 23,068 | 1.00 | 23,068 |
| | Teacher - Math Interventionist | | | 1.00 | 53,846 | 1.00 | 53,846 |
| | Teacher - OMA Arts Integration | | | 0.50 | 26,923 | 0.50 | 26,923 |
| **C.E. Rose K-8 School 1371** | | | | **2.25** | **54,576** | **2.25** | **54,576** |
| | Teacher Asst | | | 2.25 | 54,576 | 2.25 | 54,576 |
| **Carrillo Magnet School 1161** | | **3.38** | **99,259** | **1.69** | **66,407** | **5.06** | **165,666** |
| | Multi-Tiered System of Support Facilitator (MTSS) | 1.00 | 38,849 | | | 1.00 | 38,849 |
| | Social Worker | | | 1.00 | 53,846 | 1.00 | 53,846 |
| | Teacher | 1.00 | 37,745 | | | 1.00 | 37,745 |
| | Teacher Asst | 1.38 | 22,666 | 0.69 | 12,561 | 2.06 | 35,226 |
| **Catalina High School 2610** | | **2.00** | **54,770** | **1.50** | **80,769** | **3.50** | **135,539** |
| | Behavior Specialist | 1.00 | 34,222 | | | 1.00 | 34,222 |
| | Counselor | | | 1.00 | 53,846 | 1.00 | 53,846 |
| | Inst Tech Liaison | 1.00 | 20,548 | | | 1.00 | 20,548 |
| | Social Worker | | | 0.50 | 26,923 | 0.50 | 26,923 |
| **Cavett Elementary School 1167** | | **1.88** | **35,201** | **2.44** | **100,562** | **4.31** | **135,763** |
| | Counselor | | | 0.50 | 26,923 | 0.50 | 26,923 |
| | Teacher - RTI | | | 1.00 | 53,846 | 1.00 | 53,846 |
| | Teacher Asst | 1.88 | 35,201 | 0.94 | 19,793 | 2.81 | 54,994 |
| **Cholla High School 2615** | | **2.00** | **56,831** | **1.00** | **53,846** | **3.00** | **110,677** |
| | School Community Liaison | 1.00 | 26,976 | | | 1.00 | 26,976 |
| | Social Worker | | | 1.00 | 53,846 | 1.00 | 53,846 |
| | Student Family Support Liaison | 1.00 | 29,854 | | | 1.00 | 29,854 |
| **Collier Elementary School 1170** | | | | **4.50** | **242,307** | **4.50** | **242,307** |

| DAC | Description | Filled FTE | Salary | Vacant FTE | Salary | Total FTE | Total Salary |
|---|---|---|---|---|---|---|---|
| Collier Elem Counselor | | | | 0.50 | 26,923 | 0.50 | 26,923 |
| | Curriculum Service Provider | | | 1.00 | 53,846 | 1.00 | 53,846 |
| | Multi-Tiered System of Support Facilitator (MTSS) | | | 1.00 | 53,846 | 1.00 | 53,846 |
| | Teacher - Math Interventionist | | | 1.00 | 53,846 | 1.00 | 53,846 |
| | Teacher - Reading Interventionist | | | 1.00 | 53,846 | 1.00 | 53,846 |
| **Community Schools 5059** | | | | **2.00** | **107,692** | **2.00** | **107,692** |
| | Curriculum Service Provider | | | 1.00 | 53,846 | 1.00 | 53,846 |
| | Social Worker | | | 1.00 | 53,846 | 1.00 | 53,846 |
| **Cragin Performing Arts Magnet ES 1179** | | **3.00** | **70,884** | **1.00** | **26,926** | **4.00** | **97,810** |
| | Instructional Specialist | 0.50 | 11,318 | | | 0.50 | 11,318 |
| | Teacher - Math Interventionist | 1.00 | 25,980 | | | 1.00 | 25,980 |
| | Teacher - Reading Interventionist | 0.50 | 16,320 | | | 0.50 | 16,320 |
| | Teacher Asst | 1.00 | 17,266 | 1.00 | 26,926 | 2.00 | 44,192 |
| **Curriculum and Instruction 5042** | | **1.00** | **66,155** | | | **1.00** | **66,155** |
| | Director - Social Emotional Learning | 1.00 | 66,155 | | | 1.00 | 66,155 |
| **Davidson Elementary School 1185** | | **2.88** | **81,479** | | | **2.88** | **81,479** |
| | Curriculum Service Provider | 1.00 | 47,341 | | | 1.00 | 47,341 |
| | Instructional Specialist | 0.88 | 16,018 | | | 0.88 | 16,018 |
| | Teacher - RTI | 1.00 | 18,120 | | | 1.00 | 18,120 |
| **Davis Bilingual Elementary Magnet School 1191** | | | | **1.75** | **80,936** | **1.75** | **80,936** |
| | Counselor | | | 0.50 | 21,000 | 0.50 | 21,000 |
| | Teacher | | | 1.00 | 53,846 | 1.00 | 53,846 |
| | Teacher Asst - Bilingual | | | 0.25 | 6,090 | 0.25 | 6,090 |
| **Dietz K-8 School 1197** | | | | **3.00** | **57,425** | **3.00** | **57,425** |
| | Teacher Asst | | | 3.00 | 57,425 | 3.00 | 57,425 |
| **Dodge Traditional Magnet Middle School 1502** | | **3.00** | **130,109** | | | **3.00** | **130,109** |
| | 6/5th Position | 3.00 | 130,109 | | | 3.00 | 130,109 |
| **Doolen Middle School 1505** | | **1.00** | **21,286** | | | **1.00** | **21,286** |
| | Inst Tech Liaison | 1.00 | 21,286 | | | 1.00 | 21,286 |
| **Drachman Montessori Magnet School 1203** | | **8.88** | **144,133** | | | **8.88** | **144,133** |
| | 6/5th Position | 1.00 | 43,020 | | | 1.00 | 43,020 |
| | Multi-Tiered System of Support Facilitator (MTSS) | 1.00 | 46,721 | | | 1.00 | 46,721 |
| | Teacher Asst | 6.88 | 54,392 | | | 6.88 | 54,392 |
| **Dunham Elementary School 1211** | | **1.50** | **18,535** | **4.50** | **193,206** | **6.00** | **211,742** |
| | Library Assistant | 0.75 | 5,304 | | | 0.75 | 5,304 |
| | Multi-Tiered System of Support Facilitator (MTSS) | | | 1.00 | 53,846 | 1.00 | 53,846 |
| | Social Worker | | | 1.00 | 53,846 | 1.00 | 53,846 |
| | Teacher | | | 1.00 | 53,846 | 1.00 | 53,846 |
| | Teacher Asst | 0.75 | 13,231 | 1.50 | 31,668 | 2.25 | 44,899 |
| **Erickson Elementary School 1215** | | **1.75** | **5,172** | **3.38** | **137,201** | **5.13** | **142,374** |
| | Social Worker | | | 1.00 | 53,846 | 1.00 | 53,846 |
| | Teacher | | | 0.50 | 26,923 | 0.50 | 26,923 |
| | Teacher - Math Interventionist | | | 1.00 | 53,846 | 1.00 | 53,846 |
| | Teacher Asst | 1.75 | 5,172 | 0.88 | 2,586 | 2.63 | 7,759 |
| **Ford Elementary School 1218** | | **2.50** | **77,870** | **1.50** | **56,224** | **4.00** | **134,094** |
| | Multi-Tiered System of Support Facilitator (MTSS) | | | 0.50 | 26,929 | 0.50 | 26,929 |
| | Social Worker | | | 0.25 | 13,462 | 0.25 | 13,462 |
| | Teacher | 1.00 | 53,846 | | | 1.00 | 53,846 |
| | Teacher Asst | 1.50 | 24,024 | 0.75 | 15,834 | 2.25 | 39,858 |
| **Fruchthendler Elementary School 1225** | | **5.84** | **137,949** | **2.28** | **54,974** | **8.12** | **192,923** |
| | Counselor | 1.00 | 18,844 | | | 1.00 | 18,844 |
| | Curriculum Service Provider | 0.40 | 18,030 | | | 0.40 | 18,030 |
| | Instructional Specialist | 3.09 | 60,111 | 0.78 | 12,750 | 3.87 | 72,861 |
| | Teacher - Math Interventionist | 0.60 | 26,784 | | | 0.60 | 26,784 |
| | Teacher Asst | 0.75 | 14,179 | 1.50 | 42,224 | 2.25 | 56,403 |
| **Gale Elementary School 1228** | | **4.25** | **131,226** | **1.75** | **74,041** | **6.00** | **205,266** |
| | Counselor | | | 0.50 | 26,923 | 0.50 | 26,923 |
| | Curriculum Service Provider | | | 0.50 | 26,923 | 0.50 | 26,923 |
| | Library Media Specialist | 1.00 | 32,178 | | | 1.00 | 32,178 |
| | School Community Liaison | 1.00 | 18,236 | | | 1.00 | 18,236 |

| DAC | Description | Filled FTE | Salary | Vacant FTE | Salary | Total FTE | Total Salary |
|---|---|---|---|---|---|---|---|
| Gale Elemer | Social Worker | 0.50 | 20,500 | | | 0.50 | 20,500 |
| | Teacher - Reading Interventionist | 1.00 | 48,300 | | | 1.00 | 48,300 |
| | Teacher Asst | 0.75 | 12,012 | 0.75 | 20,194 | 1.50 | 32,206 |
| **Grants and Federal Programs 5094** | | **3.00** | **178,112** | **1.00** | **-** | **4.00** | **178,112** |
| | Program Coordinator - Grants | 2.00 | 132,885 | 1.00 | - | 3.00 | 132,885 |
| | Project Technical Specialist | 1.00 | 45,226 | | | 1.00 | 45,226 |
| **Gridley Middle School 1511** | | | | **1.50** | **76,923** | **1.50** | **76,923** |
| | Social Worker | | | 0.50 | 26,923 | 0.50 | 26,923 |
| | Teacher - RTI | | | 1.00 | 50,000 | 1.00 | 50,000 |
| **Grijalva Elementary School 1231** | | **1.88** | **34,710** | **1.00** | **53,846** | **2.88** | **88,556** |
| | Teacher - RTI | | | 1.00 | 53,846 | 1.00 | 53,846 |
| | Teacher Asst | 1.88 | 34,710 | | | 1.88 | 34,710 |
| **Henry Elementary School 1238** | | **1.75** | **78,403** | **2.25** | **107,693** | **4.00** | **186,096** |
| | Curriculum Service Provider | 0.50 | 25,023 | | | 0.50 | 25,023 |
| | Multi-Tiered System of Support Facilitator (MTSS) | | | 0.50 | 26,923 | 0.50 | 26,923 |
| | Social Worker | 0.50 | 20,500 | | | 0.50 | 20,500 |
| | Teacher | | | 0.75 | 40,385 | 0.75 | 40,385 |
| | Teacher - Math Interventionist | | | 1.00 | 40,385 | 1.00 | 40,385 |
| | Teacher - RTI | 0.75 | 32,880 | | | 0.75 | 32,880 |
| **Holladay Magnet Elementary School 1239** | | **1.00** | **28,800** | **1.00** | **16,913** | **2.00** | **45,713** |
| | Inst Tech Liaison | | | 1.00 | 16,913 | 1.00 | 16,913 |
| | Teacher - RTI | 1.00 | 28,800 | | | 1.00 | 28,800 |
| **Hollinger K-8 School 1233** | | **3.00** | **97,524** | **1.00** | **18,120** | **4.00** | **115,644** |
| | Restorative Practice Facilitator | 1.00 | 29,485 | | | 1.00 | 29,485 |
| | Teacher - Elementary | 1.00 | 29,689 | | | 1.00 | 29,689 |
| | Teacher - RTI | 1.00 | 38,351 | | | 1.00 | 38,351 |
| | Teacher Asst | | | 1.00 | 18,120 | 1.00 | 18,120 |
| **Howell Elementary School 1245** | | **2.25** | **58,900** | **3.25** | **134,599** | **5.50** | **193,499** |
| | Curriculum Service Provider | | | 1.00 | 53,846 | 1.00 | 53,846 |
| | Teacher - Math Interventionist | 1.00 | 22,400 | | | 1.00 | 22,400 |
| | Teacher - Reading Interventionist | 0.50 | 20,900 | | | 0.50 | 20,900 |
| | Teacher Asst | 0.75 | 15,600 | 2.25 | 80,753 | 3.00 | 96,353 |
| **Hudlow Elementary School 1251** | | **1.00** | **38,800** | **1.00** | **53,846** | **2.00** | **92,646** |
| | Social Worker | | | 1.00 | 53,846 | 1.00 | 53,846 |
| | Teacher - RTI | 1.00 | 38,800 | | | 1.00 | 38,800 |
| **Human Resources 5068** | | **2.00** | **82,483** | | | **2.00** | **82,483** |
| | HR Analyst | 1.00 | 42,310 | | | 1.00 | 42,310 |
| | HR Associate | 1.00 | 40,173 | | | 1.00 | 40,173 |
| **Innovation Tech High School 2683** | | | | **1.00** | **26,927** | **1.00** | **26,927** |
| | School Community Liaison | | | 1.00 | 26,927 | 1.00 | 26,927 |
| **Johnson Primary School 1266** | | **3.15** | **83,011** | **1.00** | **53,846** | **4.15** | **136,857** |
| | School Community Liaison | 0.15 | 3,227 | | | 0.15 | 3,227 |
| | Social Worker | | | 1.00 | 53,846 | 1.00 | 53,846 |
| | Teacher - Reading Interventionist | 1.00 | 43,800 | | | 1.00 | 43,800 |
| | Teacher Asst | 2.00 | 35,984 | | | 2.00 | 35,984 |
| **Kellond Elementary School 1275** | | | | **7.00** | **242,306** | **7.00** | **242,306** |
| | Behavior Specialist | | | 1.00 | 26,910 | 1.00 | 26,910 |
| | Curriculum Service Provider | | | 1.00 | 53,846 | 1.00 | 53,846 |
| | Teacher - Reading Interventionist | | | 1.00 | 53,846 | 1.00 | 53,846 |
| | Teacher Asst | | | 4.00 | 107,704 | 4.00 | 107,704 |
| **Lawrence 3-8 School 1277** | | **2.50** | **82,743** | | | **2.50** | **82,743** |
| | Social Worker | 0.50 | 22,300 | | | 0.50 | 22,300 |
| | Teacher - RTI | 2.00 | 60,443 | | | 2.00 | 60,443 |
| **Lineweaver Elementary School 1281** | | **3.30** | **142,128** | **2.30** | **114,239** | **5.60** | **256,367** |
| | Counselor | | | 1.00 | 53,846 | 1.00 | 53,846 |
| | Curriculum Service Provider | 1.00 | 50,587 | | | 1.00 | 50,587 |
| | Multi-Tiered System of Support Facilitator (MTSS) | 0.50 | 28,504 | | | 0.50 | 28,504 |
| | Social Worker | | | 1.00 | 53,846 | 1.00 | 53,846 |
| | Teacher - RTI | 1.00 | 56,300 | | | 1.00 | 56,300 |
| | Teacher Asst | 0.80 | 6,736 | 0.30 | 6,547 | 1.10 | 13,283 |

| DAC | Description | Filled FTE | Salary | Vacant FTE | Salary | Total FTE | Total Salary |
|---|---|---|---|---|---|---|---|
| **Lynn/Urquides Elementary School 1287** | | | | **8.19** | **171,535** | **8.19** | **171,535** |
| | Teacher Asst | | | 8.19 | 171,535 | 8.19 | 171,535 |
| **Magee Middle School 1515** | | | | **3.00** | **84,148** | **3.00** | **84,148** |
| | Inst Tech Liaison | | | 1.00 | 26,928 | 1.00 | 26,928 |
| | Teacher - RTI | | | 1.00 | 53,846 | 1.00 | 53,846 |
| | Teacher - Secondary | | | 1.00 | 3,374 | 1.00 | 3,374 |
| **Maldonado Elementary School 1290** | | **2.88** | **26,405** | **1.00** | **53,846** | **3.88** | **80,251** |
| | Social Worker | | | 1.00 | 53,846 | 1.00 | 53,846 |
| | Teacher Asst | 2.88 | 26,405 | | | 2.88 | 26,405 |
| **Mansfeld Middle Magnet School 1520** | | **0.60** | **27,380** | **1.00** | **26,926** | **1.60** | **54,306** |
| | 6/5th Position | 0.60 | 27,380 | | | 0.60 | 27,380 |
| | Teacher Asst | | | 1.00 | 26,926 | 1.00 | 26,926 |
| **Manzo Elementary School 1293** | | **3.00** | **52,618** | **2.50** | **46,310** | **5.50** | **98,929** |
| | Counselor | 1.00 | 19,869 | | | 1.00 | 19,869 |
| | Instructional Specialist | 1.00 | 22,350 | | | 1.00 | 22,350 |
| | Library Assistant | 1.00 | 10,400 | | | 1.00 | 10,400 |
| | Teacher Asst | | | 2.50 | 46,310 | 2.50 | 46,310 |
| **Marshall Elementary School 1295** | | **1.50** | **59,263** | **0.50** | **53,846** | **2.00** | **113,109** |
| | Curriculum Service Provider | 0.50 | 25,023 | | | 0.50 | 25,023 |
| | Multi-Tiered System of Support Facilitator (MTSS) | | | 0.50 | 53,846 | 0.50 | 53,846 |
| | Teacher - Reading Interventionist | 1.00 | 34,240 | | | 1.00 | 34,240 |
| **Mary Belle McCorkle Academy of Excellence 1523** | | **1.00** | **42,311** | | | **1.00** | **42,311** |
| | Behavior Specialist | 1.00 | 42,311 | | | 1.00 | 42,311 |
| **Mary Meredith K-12 School 1195** | | **0.20** | **10,770** | | | **0.20** | **10,770** |
| | Social Worker | 0.20 | 10,770 | | | 0.20 | 10,770 |
| **Miles Exploratory Learning Center 1305** | | **3.00** | **91,021** | **1.00** | **50,000** | **4.00** | **141,021** |
| | Multi-Tiered System of Support Facilitator (MTSS) | 1.00 | 55,504 | | | 1.00 | 55,504 |
| | Teacher - RTI | | | 1.00 | 50,000 | 1.00 | 50,000 |
| | Teacher Asst | 2.00 | 35,517 | | | 2.00 | 35,517 |
| **Miller Elementary School 1308** | | | | **4.00** | **157,676** | **4.00** | **157,676** |
| | Curriculum Service Provider | | | 1.00 | 53,846 | 1.00 | 53,846 |
| | School Community Liaison | | | 0.75 | 23,076 | 0.75 | 23,076 |
| | Teacher Asst | | | 2.25 | 80,753 | 2.25 | 80,753 |
| **Mission View Elementary School 1311** | | **6.25** | **64,588** | | | **6.25** | **64,588** |
| | Teacher - Reading Interventionist | 1.00 | 46,300 | | | 1.00 | 46,300 |
| | Teacher Asst | 2.63 | 8,867 | | | 2.63 | 8,867 |
| | Teacher Asst - Bilingual | 2.63 | 9,421 | | | 2.63 | 9,421 |
| **Morgan Maxwell K-8 School 1521** | | **2.50** | **92,950** | | | **2.50** | **92,950** |
| | Custodian I | 0.50 | 12,180 | | | 0.50 | 12,180 |
| | Student Success Specialist | 1.00 | 26,924 | | | 1.00 | 26,924 |
| | Teacher | 1.00 | 53,846 | | | 1.00 | 53,846 |
| **Myers/Ganoung Elementary School 1317** | | **4.50** | **113,748** | | | **4.50** | **113,748** |
| | Custodian I | 1.00 | 11,960 | | | 1.00 | 11,960 |
| | School Community Liaison | 0.75 | 5,122 | | | 0.75 | 5,122 |
| | Social Worker | 0.50 | 22,300 | | | 0.50 | 22,300 |
| | Teacher - RTI | 1.50 | 62,277 | | | 1.50 | 62,277 |
| | Teacher Asst | 0.75 | 12,090 | | | 0.75 | 12,090 |
| **Native American Student Sevices 5038** | | | | **7.00** | **350,003** | **7.00** | **350,003** |
| | Behavior Specialist | | | 1.00 | 26,927 | 1.00 | 26,927 |
| | Multi-Tiered System of Support Facilitator (MTSS) | | | 3.00 | 161,538 | 3.00 | 161,538 |
| | Social Worker | | | 3.00 | 161,538 | 3.00 | 161,538 |
| **Ochoa Community School 1323** | | **2.00** | **92,473** | **0.50** | **26,923** | **2.50** | **119,396** |
| | Multi-Tiered System of Support Facilitator (MTSS) | 1.00 | 53,173 | | | 1.00 | 53,173 |
| | Social Worker | | | 0.50 | 26,923 | 0.50 | 26,923 |
| | Teacher - RTI | 1.00 | 39,300 | | | 1.00 | 39,300 |
| **Oyama Elementary School 1327** | | **3.50** | **80,249** | **1.00** | **34,489** | **4.50** | **114,738** |
| | Counselor | 1.00 | 19,357 | | | 1.00 | 19,357 |
| | Teacher - RTI | 1.00 | 36,640 | 1.00 | 34,489 | 2.00 | 71,129 |
| | Teacher Asst | 1.50 | 24,252 | | | 1.50 | 24,252 |
| **Palo Verde High Magnet School 2620** | | | | **3.00** | **161,538** | **3.00** | **161,538** |

| DAC | Description | Filled FTE | Salary | Vacant FTE | Salary | Total FTE | Total Salary |
|---|---|---|---|---|---|---|---|
| Palo Verde I | Counselor | | | 1.00 | 53,846 | 1.00 | 53,846 |
| | Teacher - ELD | | | 1.00 | 53,846 | 1.00 | 53,846 |
| | Teacher - Math Interventionist | | | 1.00 | 53,846 | 1.00 | 53,846 |
| **Pistor Middle School 1527** | | **1.00** | **38,800** | | | **1.00** | **38,800** |
| | Teacher | 1.00 | 38,800 | | | 1.00 | 38,800 |
| **Project More 2674** | | **2.50** | **114,138** | **3.40** | **162,556** | **5.90** | **276,694** |
| | 6/5th Position | | | 1.00 | 53,850 | 1.00 | 53,850 |
| | Instruct Data Intervent Spec | 1.00 | 44,900 | | | 1.00 | 44,900 |
| | Multi-Tiered System of Support Facilitator (MTSS) | 1.00 | 46,839 | | | 1.00 | 46,839 |
| | Program Coordinator - College & Career Readiness | 0.50 | 22,399 | | | 0.50 | 22,399 |
| | Student Success Specialist | | | 2.00 | 54,860 | 2.00 | 54,860 |
| | Teacher - RTI | | | 0.40 | 53,846 | 0.40 | 53,846 |
| **Pueblo Gardens K-8 1329** | | **6.00** | **168,969** | | | **6.00** | **168,969** |
| | Teacher - RTI | 2.00 | 94,640 | | | 2.00 | 94,640 |
| | Teacher Asst | 4.00 | 74,329 | | | 4.00 | 74,329 |
| **Pueblo High School 2630** | | **1.00** | **45,718** | | | **1.00** | **45,718** |
| | Curriculum Service Provider | 1.00 | 45,718 | | | 1.00 | 45,718 |
| **Rincon High School 2640** | | | | **1.00** | **53,846** | **1.00** | **53,846** |
| | Instruct Data Intervent Spec | | | 1.00 | 53,846 | 1.00 | 53,846 |
| **Roberts/Naylor K-8 School 1525** | | **2.40** | **62,568** | | | **2.40** | **62,568** |
| | 6/5th Position | 0.40 | 16,520 | | | 0.40 | 16,520 |
| | Teacher Asst | 2.00 | 46,048 | | | 2.00 | 46,048 |
| **Robins K-8 School 1351** | | **3.20** | **130,782** | **1.50** | **48,953** | **4.70** | **179,735** |
| | 6/5th Position | 1.20 | 52,760 | | | 1.20 | 52,760 |
| | Custodian I | | | 0.50 | 16,652 | 0.50 | 16,652 |
| | Multi-Tiered System of Support Facilitator (MTSS) | 1.00 | 51,098 | | | 1.00 | 51,098 |
| | Student Success Specialist | 1.00 | 26,924 | | | 1.00 | 26,924 |
| | Teacher - RTI | | | 1.00 | 32,301 | 1.00 | 32,301 |
| **Robison Elementary School 1353** | | **1.00** | **30,019** | **4.25** | **144,854** | **5.25** | **174,873** |
| | Behavior Specialist | 1.00 | 30,019 | | | 1.00 | 30,019 |
| | Counselor | | | 0.50 | 21,000 | 0.50 | 21,000 |
| | School Community Liaison | | | 0.75 | 16,156 | 0.75 | 16,156 |
| | Teacher - RTI | | | 1.00 | 53,846 | 1.00 | 53,846 |
| | Teacher Asst | | | 2.00 | 53,852 | 2.00 | 53,852 |
| **Roskruge Bilingual Middle Magnet School (K-8) 1595** | | **1.20** | **52,050** | **4.00** | **215,384** | **5.20** | **267,434** |
| | 6/5th Position | 1.20 | 52,050 | | | 1.20 | 52,050 |
| | Counselor | | | 1.00 | 53,846 | 1.00 | 53,846 |
| | Multi-Tiered System of Support Facilitator (MTSS) | | | 1.00 | 53,846 | 1.00 | 53,846 |
| | Teacher - Math Interventionist | | | 1.00 | 53,846 | 1.00 | 53,846 |
| | Teacher - Reading Interventionist | | | 1.00 | 53,846 | 1.00 | 53,846 |
| **Sabino High School 2645** | | **2.00** | **79,260** | **3.00** | **130,773** | **5.00** | **210,033** |
| | Counselor | | | 1.00 | 53,846 | 1.00 | 53,846 |
| | Curriculum Service Provider | 1.00 | 41,144 | | | 1.00 | 41,144 |
| | Multi-Tiered System of Support Facilitator (MTSS) | 1.00 | 38,116 | | | 1.00 | 38,116 |
| | School Community Liaison | | | 1.00 | 26,927 | 1.00 | 26,927 |
| | Teacher - Math Interventionist | | | 1.00 | 50,000 | 1.00 | 50,000 |
| **Safford K-8 1535** | | **2.00** | **96,646** | **0.50** | **28,615** | **2.50** | **125,261** |
| | Library Media Specialist | 1.00 | 42,800 | | | 1.00 | 42,800 |
| | Teacher | 1.00 | 53,846 | 0.50 | 28,615 | 1.50 | 82,461 |
| **Sahuaro High School 2650** | | **2.00** | **90,306** | **1.20** | **38,368** | **3.20** | **128,674** |
| | 6/5th Position | 1.00 | 45,200 | 0.20 | 7,600 | 1.20 | 52,800 |
| | Behavior Specialist | | | 1.00 | 30,768 | 1.00 | 30,768 |
| | Curriculum Service Provider | 1.00 | 45,106 | | | 1.00 | 45,106 |
| **Sam Hughes Elementary School 1257** | | **1.80** | **48,702** | **4.70** | **162,270** | **6.50** | **210,973** |
| | Counselor | 0.80 | 12,080 | | | 0.80 | 12,080 |
| | Instructional Specialist | | | 2.00 | 53,856 | 2.00 | 53,856 |
| | Library Assistant | | | 0.50 | 13,658 | 0.50 | 13,658 |
| | Multi-Tiered System of Support Facilitator (MTSS) | | | 1.00 | 53,846 | 1.00 | 53,846 |
| | School Community Liaison | | | 1.00 | 26,910 | 1.00 | 26,910 |
| | Social Worker | | | 0.20 | 14,000 | 0.20 | 14,000 |

| DAC | Description | Filled FTE | Salary | Vacant FTE | Salary | Total FTE | Total Salary |
|---|---|---|---|---|---|---|---|
| Sam Hughes | Teacher - RTI | 1.00 | 36,622 | | | 1.00 | 36,622 |
| **Santa Rita High School 2655** | | **1.40** | **45,634** | **2.60** | **76,656** | **4.00** | **122,290** |
| | 6/5th Position | 0.40 | 16,920 | 0.60 | 22,800 | 1.00 | 39,720 |
| | Instructional Specialist | | | 2.00 | 53,856 | 2.00 | 53,856 |
| | Student Success Specialist | 1.00 | 28,714 | | | 1.00 | 28,714 |
| **School and Community Development 5035** | | **1.00** | **58,196** | **1.00** | **60,000** | **2.00** | **118,196** |
| | Program Coordinator - Enrollment | 1.00 | 58,196 | 1.00 | 60,000 | 2.00 | 118,196 |
| **Secrist Middle School 1537** | | **3.80** | **61,846** | | | **3.80** | **61,846** |
| | 6/5th Position | 0.80 | 8,260 | | | 0.80 | 8,260 |
| | Inst Tech Liaison | 1.00 | 19,527 | | | 1.00 | 19,527 |
| | Teacher Asst | 2.00 | 34,059 | | | 2.00 | 34,059 |
| **Sewell Elementary School 1395** | | | | **4.00** | **175,106** | **4.00** | **175,106** |
| | Curriculum Service Provider | | | 1.00 | 53,846 | 1.00 | 53,846 |
| | Inst Tech Liaison | | | 1.00 | 26,976 | 1.00 | 26,976 |
| | School Community Liaison | | | 0.50 | 13,455 | 0.50 | 13,455 |
| | Teacher | | | 0.50 | 26,983 | 0.50 | 26,983 |
| | Teacher - Math Interventionist | | | 1.00 | 53,846 | 1.00 | 53,846 |
| **Soleng Tom Elementary School 1410** | | **3.91** | **80,011** | **1.31** | **72,382** | **5.22** | **152,393** |
| | Counselor | 1.00 | 23,197 | | | 1.00 | 23,197 |
| | Instructional Specialist - Gen Subj | 1.41 | 29,216 | 0.31 | 18,636 | 1.72 | 47,852 |
| | Multi-Tiered System of Support Facilitator (MTSS) | | | 0.50 | 26,923 | 0.50 | 26,923 |
| | Teacher - Math Interventionist | | | 0.50 | 26,823 | 0.50 | 26,823 |
| | Teacher Asst | 1.50 | 27,598 | | | 1.50 | 27,598 |
| **Steele Elementary School 1413** | | **2.88** | **97,628** | | | **2.88** | **97,628** |
| | Multi-Tiered System of Support Facilitator (MTSS) | 1.00 | 44,224 | | | 1.00 | 44,224 |
| | Teacher - RTI | 1.00 | 40,300 | | | 1.00 | 40,300 |
| | Teacher Asst | 0.88 | 13,104 | | | 0.88 | 13,104 |
| **Technology Services 5041** | | | | **2.00** | **120,000** | **2.00** | **120,000** |
| | Program Coordinator - Enrollment | | | 2.00 | 120,000 | 2.00 | 120,000 |
| **Teenage Parent High School (TAP) 2676** | | **0.90** | **20,527** | **2.00** | **80,822** | **2.90** | **101,349** |
| | 6/5th Position | 0.60 | 7,280 | | | 0.60 | 7,280 |
| | Behavior Specialist | | | 1.00 | 26,976 | 1.00 | 26,976 |
| | Curriculum Service Provider | | | 1.00 | 53,846 | 1.00 | 53,846 |
| | Social Worker | 0.30 | 13,247 | | | 0.30 | 13,247 |
| **Tolson Elementary School 1417** | | **2.50** | **71,146** | **1.50** | **74,846** | **4.00** | **145,992** |
| | Counselor | | | 0.50 | 21,000 | 0.50 | 21,000 |
| | Social Worker | | | 1.00 | 53,846 | 1.00 | 53,846 |
| | Teacher - RTI | 1.00 | 43,300 | | | 1.00 | 43,300 |
| | Teacher Asst | 1.50 | 27,846 | | | 1.50 | 27,846 |
| **Tucson High Magnet School 2660** | | **3.80** | **140,073** | **1.00** | **26,910** | **4.80** | **166,983** |
| | 6/5th Position | 0.80 | 28,437 | | | 0.80 | 28,437 |
| | School Community Liaison | | | 1.00 | 26,910 | 1.00 | 26,910 |
| | Social Worker | 1.00 | 53,846 | | | 1.00 | 53,846 |
| | Student Success Specialist | 2.00 | 57,791 | | | 2.00 | 57,791 |
| **Tucson Unified Virtual Academy 5086** | | **37.00** | **1,466,342** | **5.00** | **234,479** | **42.00** | **1,700,821** |
| | Counseling Intern | 1.00 | 2,933 | | | 1.00 | 2,933 |
| | Counselor | 1.00 | 32,178 | | | 1.00 | 32,178 |
| | Curriculum Service Provider | 2.00 | 78,414 | | | 2.00 | 78,414 |
| | Multi-Tiered System of Support Facilitator (MTSS) | 1.00 | 45,238 | | | 1.00 | 45,238 |
| | Office Manager | 1.00 | 40,159 | | | 1.00 | 40,159 |
| | Program Coordinator - College & Career Readiness | | | 1.00 | 50,479 | 1.00 | 50,479 |
| | Program Coordinator, Senior - TUVA | 1.00 | 72,067 | | | 1.00 | 72,067 |
| | Registrar | 1.00 | 27,048 | | | 1.00 | 27,048 |
| | Teacher | 17.00 | 677,148 | 4.00 | 184,000 | 21.00 | 861,148 |
| | Teacher - ELD | 2.00 | 81,600 | | | 2.00 | 81,600 |
| | Teacher - Fine Arts | 1.00 | 44,300 | | | 1.00 | 44,300 |
| | Teacher - Kinder | 2.00 | 69,850 | | | 2.00 | 69,850 |
| | Teacher - Secondary | 7.00 | 295,406 | | | 7.00 | 295,406 |
| **Tully Elementary Magnet School 1419** | | **4.00** | **85,537** | **3.00** | **60,559** | **7.00** | **146,096** |
| | Teacher - RTI | 1.00 | 30,222 | | | 1.00 | 30,222 |

| DAC | Description | Filled FTE | Salary | Vacant FTE | Salary | Total FTE | Total Salary |
|---|---|---|---|---|---|---|---|
| Tully Elemer | Teacher Asst | 3.00 | 55,315 | 3.00 | 60,559 | 6.00 | 115,874 |
| **University High School 2675** | | **1.00** | **38,126** | **3.50** | **160,302** | **4.50** | **198,428** |
| | Counselor | | | 1.00 | 53,846 | 1.00 | 53,846 |
| | Custodian I | | | 0.50 | 12,507 | 0.50 | 12,507 |
| | Multi-Tiered System of Support Facilitator (MTSS) | 1.00 | 38,126 | | | 1.00 | 38,126 |
| | Social Worker | | | 1.00 | 40,103 | 1.00 | 40,103 |
| | Teacher - RTI | | | 1.00 | 53,846 | 1.00 | 53,846 |
| **Utterback Middle School of the Arts 1550** | | **1.00** | **37,300** | | | **1.00** | **37,300** |
| | Teacher - RTI | 1.00 | 37,300 | | | 1.00 | 37,300 |
| **Valencia Middle School 1557** | | **1.00** | **37,484** | **2.00** | **107,692** | **3.00** | **145,176** |
| | Instruct Data Intervent Spec | 1.00 | 37,484 | | | 1.00 | 37,484 |
| | Teacher - RTI | | | 2.00 | 107,692 | 2.00 | 107,692 |
| **Van Buskirk Elementary School 1431** | | **0.75** | **11,232** | **2.00** | **73,085** | **2.75** | **84,317** |
| | Social Worker | | | 0.50 | 26,923 | 0.50 | 26,923 |
| | Teacher Asst | 0.75 | 11,232 | 1.50 | 46,162 | 2.25 | 57,394 |
| **Vesey Elementary School 1435** | | **1.00** | **18,408** | **1.00** | **26,926** | **2.00** | **45,334** |
| | Teacher Asst | 1.00 | 18,408 | 1.00 | 26,926 | 2.00 | 45,334 |
| **Wakefield Middle School 1560** | | **3.00** | **75,775** | **1.00** | **53,846** | **4.00** | **129,621** |
| | School Community Liaison | 1.00 | 21,731 | | | 1.00 | 21,731 |
| | Social Worker | | | 1.00 | 53,846 | 1.00 | 53,846 |
| | Teacher - RTI | 2.00 | 54,044 | | | 2.00 | 54,044 |
| **Warren Elementary School 1440** | | **3.50** | **102,377** | **1.00** | **53,846** | **4.50** | **156,223** |
| | Multi-Tiered System of Support Facilitator (MTSS) | 1.00 | 45,943 | | | 1.00 | 45,943 |
| | Social Worker | | | 0.50 | 26,923 | 0.50 | 26,923 |
| | Teacher - Math Interventionist | | | 0.50 | 26,923 | 0.50 | 26,923 |
| | Teacher - RTI | 1.00 | 37,440 | | | 1.00 | 37,440 |
| | Teacher Asst | 1.50 | 18,995 | 0.00 | - | 1.50 | 18,995 |
| **Wheeler Elementary School 1443** | | | | **5.25** | **185,228** | **5.25** | **185,228** |
| | Multi-Tiered System of Support Facilitator (MTSS) | | | 1.00 | 53,846 | 1.00 | 53,846 |
| | School Community Liaison | | | 0.25 | 7,866 | 0.25 | 7,866 |
| | Social Worker | | | 1.00 | 53,846 | 1.00 | 53,846 |
| | Teacher Asst | | | 3.00 | 69,670 | 3.00 | 69,670 |
| **White Elementary School 1449** | | **3.00** | **110,415** | **1.50** | **38,545** | **4.50** | **148,959** |
| | Inst Tech Liaison | | | 1.00 | 26,928 | 1.00 | 26,928 |
| | Social Worker | 1.00 | 43,731 | | | 1.00 | 43,731 |
| | Teacher - RTI | 1.00 | 46,300 | | | 1.00 | 46,300 |
| | Teacher Asst | 1.00 | 20,384 | 0.50 | 11,617 | 1.50 | 32,001 |
| **Whitmore Elementary School 1455** | | **3.50** | **62,162** | **1.25** | **14,008** | **4.75** | **76,169** |
| | Counselor | 1.00 | 19,613 | | | 1.00 | 19,613 |
| | Instructional Specialist | 0.25 | 5,237 | | | 0.25 | 5,237 |
| | Teacher Asst | 2.25 | 37,312 | 1.25 | 14,008 | 3.50 | 51,320 |
| **Wright Elementary School 1461** | | **2.00** | **83,713** | | | **2.00** | **83,713** |
| | Teacher | 1.00 | 53,846 | | | 1.00 | 53,846 |
| | Teacher - RTI | 1.00 | 29,867 | | | 1.00 | 29,867 |
| **Grand Total** | | **227.64** | **7,043,450** | **172.04** | **6,741,849** | **399.69** | **13,785,299** |