# EXHIBIT 10

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

******************************

IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION

Case No. 4:22-MD-03047-YGR

MDL No. 3047

******************************

This Document Relates To:

Tucson Unified School District v. Meta Platforms Inc., et a
Case No. 4:24-cv-1382

******************************

VIDEOTAPED 30(b)(6) DEPOSITION OF
TUCSON UNIFIED SCHOOL DISTRICT
BY AND THROUGH
RICARDO HERNANDEZ

Held At: JW Marriott Tucson
Starr Pass Resort & Spa
3800 W. Starr Pass Blvd
Tucson, Arizona

April 8th, 2025
9:04 a.m.

Reported By:
MAUREEN O. POLLARD, CA CSR #14449, RDR

Videotaped 30(b)(6) Deposition of Tucson Unified School District, by and through RICARDO HERNANDEZ, held at JW Marriott Tucson Starr Pass Resort & Spa, 3800 W. Starr Pass Blvd., Tucson, Arizona, commencing at 9:04, on the 8th of April, 2025, before Maureen O'Connor Pollard, Registered Diplomate Reporter, Realtime Systems Administrator, California CSR #14449.

APPEARANCES:

ON BEHALF OF THE PLAINTIFFS:

WAGSTAFF & CARTMELL
4740 Grand Avenue, Suite 300
Kansas City, Missouri 64112
816-701-1145
BY: MICHAEL P. CUTLER, ESQ.
mcutler@wcllp.com

ON BEHALF OF META PLATFORMS, INC. f/k/a FACEBOOK, INC.; FACEBOOK HOLDINGS, LLC; INSTAGRAM, LLC; FACEBOOK PAYMENTS, INC.; FACEBOOK OPERATIONS, LLC; FACEBOOK TECHNOLOGIES, LLC; SICULUS, INC.; and MARK ELLIOT ZUCKERBERG:

SHOOK, HARDY & BACON LLP
2555 Grand Boulevard
Kansas City, Missouri 64108
816-474-6550
BY: DANA STRUEBY, ESQ.
dstrueby@shb.com
BY: COURTNEY C. BURRESS, ESQ. (Zoom)
cburress@shb.com

ON BEHALF OF DEFENDANTS TIKTOK, LTD.; TIKTOK, LLC; TIKTOK INC.; BYTEDANCE LTD.; and BYTEDANCE INC.:

KING & SPALDING LLP
1180 Peachtree Street
NE Suite 1600
Atlanta, Georgia 30309
404-572-2819
BY: TACARA HARRIS, ESQ. (Zoom)
tharris@kslaw.com

APPEARANCES (Continued):

ON BEHALF OF SNAP, INC.:

MUNGER, TOLLES & OLSON
350 South Grand Avenue, 50th Floor
Los Angeles, California 90071-3426
213-683-9516
BY: VICTORIA A. DEGTYAREVA, ESQ.
victoria.degtyareva@mto.com
BY: ROWLEY RICE, ESQ.
rowley.rice@mto.com
BY: JULIA KONSTANTNINOVSKY, ESQ. (Zoom)
julia.konstantninovsky@mto.com
and
MUNGER, TOLLES & OLSON
601 Massachusetts Avenue NW
Suite 500E
Washington, DC 20001
202-220-1126
BY: STEPHANY REAVES, ESQ. (Zoom)
stephany.reaves@mto.com

ON BEHALF OF ALPHABET INC., GOOGLE LLC, and YOUTUBE, LLC:

WILLIAMS & CONNOLLY LLP
630 Maine Avenue, S.W.
Washington, DC 20024
202-434-5380
BY: ARMANI MADISON, ESQ. (Zoom)
amadison@wc.com

Also Present:
Videographer and Trial Tech: Dan Lawlor

BY MR. RICE:
Q. And Exhibit 8 is a document Bates-numbered SM_TUSD_00382275.
Mr. Hernandez, have you seen this document before?
A. This document predates my tenure at the district.
Q. But you can see it's a 2016 memorandum regarding the fiscal year 2017 budget, correct?
A. Correct.
Q. And do you see that the purpose of the memorandum is to provide information to assess the district's fiscal year 2017 budget?
A. Specifically the 910(G) budget, not the overall district budget.
Q. And what is the 910(G) budget?
A. That's a budget that's authorized specifically for the use on the district's former desegregation case.
Q. Okay. And then if we turn to page 4, could you read the second-from-the-last paragraph?
A. "We continue to leverage the power of social media with Facebook, Twitter,

language issue. It was also segregating students to prevent them from speaking English and not providing them services, or preventing them from speaking Spanish and then not providing them services to becoming more proficient.

So ultimately those two cases ended up combining into what is now Fisher-Mendoza. And yeah, that's how we got there.

Q. Did the work that TUSD did to comply with the Desegregation Order involve programming and training in the counselling department?

A. Yes.

Q. Could you describe what that was?

A. It's specifically geared at trying to ensure that we put students in Mexican and African -- of Mexican and African American descent on a path towards a postsecondary experience, be they put them on a college track or put them on a career track.

And so it's making sure that we're focusing on services that addresses the needs of those students in terms of making sure that they're graduating on time, and that once they graduated they have a plan for after graduation.

CERTIFICATE OF COURT REPORTER

I, MAUREEN O'CONNOR POLLARD, Registered Diplomate Reporter, CSR No. 14449 for the State of California, the officer before whom the foregoing deposition was taken, do hereby certify that the foregoing transcript is a true and correct record of the testimony given; that said testimony was taken by me stenographically and thereafter reduced to typewriting under my direction; and that I am neither counsel for, related to, nor employed by any of the parties to this case and have no interest, financial or otherwise, in its outcome.

Dated this 8th day of April, 2025.

Maureen O. Pollard

________________________

MAUREEN O'CONNOR POLLARD

CSR No. 14449