JONATHAN H. BLAVIN (State Bar No. 230269)
Jonathan.Blavin@mto.com
MUNGER, TOLLES & OLSON LLP
560 Mission Street, 27th Floor
San Francisco, CA 94105-3089
Telephone: (415) 512-4000
Facsimile: (415) 512-4077

E. MARTIN ESTRADA (SBN 223802)
Martin.Estrada@mto.com
L. ASHLEY AULL (SBN 257020)
Ashley.Aull@mto.com
VICTORIA A. DEGTYAREVA (SBN 284199)
Victoria.Degtyareva@mto.com
MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue, 50th Floor
Los Angeles, CA 90071
Telephone.: (213) 683-9100
Facsimile.: (213) 687-3702

*Attorneys for Defendant Snap Inc.*

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*Tucson Unified School District v. Meta Platforms, Inc., et al.*<br>Case No. 4:24-cv-01382-YGR | MDL No. 3047<br><br>Case No. 4:22-md-03047-YGR-PHK<br><br>**DECLARATION OF JONATHAN H. BLAVIN IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION IN LIMINE NO. 1 TO EXCLUDE REFERENCES TO ALLEGATIONS OF MISCONDUCT BY INDIVIDUALS ASSOCIATED WITH TUCSON UNIFIED SCHOOL DISTRICT**<br><br>**<u>Hearing:</u>**<br>Date: November 13, 2026<br>Time: 2:00 PM<br>Place: Courtroom 1, 4th Floor<br>Judge: Yvonne Gonzalez Rogers |

# DECLARATION OF JONATHAN H. BLAVIN

I, Jonathan H. Blavin, declare:

1. I am an attorney at the law firm of Munger, Tolles & Olson LLP and one of the counsel of record representing Defendant Snap Inc. ("Snap") in the above-captioned matter. I am admitted to practice before all of the courts of the State of California and this Court. I have personal knowledge of the facts stated in this declaration, and if called upon to do so, could and would competently testify thereto.

2. I submit this declaration in support of Defendants' Opposition to Plaintiff's Motion in Limine No. 1 to Exclude References to Allegations of Misconduct by Individuals Associated with Tucson Unified School District, filed concurrently with this declaration.

3. Attached as **Exhibit 1** is a true and correct copy of an email thread, dated May 15, 2022 with the subject line "How to Address Questions/Discussions about the former counselor/employee & Friday's Press Release," produced by Tucson in this action and bearing Bates numbers SM_TUSD_00170327–SM_TUSD_00170328.

4. Attached as **Exhibit 2** is a true and correct copy of cited excerpts of the June 30, 2025 deposition of Julie Shivanonda.

I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct.

Executed on October 29, 2026, at San Francisco, California.

By: *_/s/ Jonathan H. Blavin_*
JONATHAN H. BLAVIN