# EXHIBIT 2

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION | ) | Case No. 4:22-MD-03047-YGR |
| THIS DOCUMENT RELATES TO: Tucson Unified School District v. Meta Platforms Inc., et al., Case No. 4:24-cv-01382 | ) | MDL No. 3047 |

MONDAY, JUNE 30, 2025

CONFIDENTIAL - ATTORNEYS' EYES ONLY - PURSUANT TO PROTECTIVE ORDER

\- - -

Remote videotaped deposition of Julie Shivanonda, held at the location of the witness in Tucson, Arizona, commencing at 9:00 a.m. Pacific Time, on the above date, before Carrie A. Campbell, Registered Diplomate Reporter, Certified Realtime Reporter, Illinois, California & Texas Certified Shorthand Reporter, Missouri, Kansas, Louisiana & New Jersey Certified Court Reporter.

\- - -

A P P E A R A N C E S :

WAGSTAFF & CARTMELL LLP
BY: AUSTIN BRANE
abrane@wcllp.com
4740 Grand Avenue, Suite 300
Kansas City, Missouri 64112
(816) 701-1100
Counsel for Plaintiffs

MUNGER TOLLES & OLSON LLP
BY: ROWLEY RICE
Rowley.Rice@mto.com
FAYE PAUL TELLER
Faye.Teller@mto.com
JULIA KONSTANTNINOVSKY
julia.konstantninovsky@mto.com
350 South Grand Avenue, 50th Floor
Los Angeles, California 90071
(213) 683-9100
Counsel for Snap, Inc.

SHOOK HARDY & BACON LLP
BY: COURTNEY C. BURRESS
cburress@shb.com
DANA L. STRUEBY
dstrueby@shb.com
2555 Grand Boulevard
Kansas City, Missouri 64108
(816) 474-6550
Counsel for Meta Platforms, Inc., f/k/a Facebook, Inc.; Facebook Holdings, LLC; Facebook Operations, LLC; Facebook Payments, Inc.; Facebook Technologies, LLC; Instagram, LLC; Siculus, Inc.; and Mark Elliot Zuckerberg

KING & SPALDING LLP
BY: MICHAEL SHAGRIN
mshagrin@kslaw.com
1185 Avenue of the Americas, 34th Floor
New York, New York 10036
(212) 556-2100
Counsel for TikTok, Ltd.; TikTok, LLC; TikTok, Inc.; ByteDance Ltd.; and ByteDance Inc.

WILLIAMS & CONNOLLY LLP
BY: DANIEL WHITELEY
dwhiteley@wc.com
680 Maine Avenue, SW
Washington, DC 20024
(202) 434-5547
Counsel for Alphabet Inc., Google LLC, and YouTube, LLC

ALSO PRESENT:

MIKE FRONZAGLIA, trial technician, Precision Trial Solutions

V I D E O G R A P H E R :
JAMES VONWIEGEN,
Golkow Litigation Services

- - -

drafting the declaration, no.

QUESTIONS BY MR. RICE:

Q. You estimate that the percentage of time spent by your position as SEL director is 100 percent.

Correct?

A. That is correct.

Q. And the social/emotional learning department supports every student at TUSD.

Correct?

A. Correct.

Q. And that would include TUSD students who don't use social media.

Correct?

A. Correct.

Q. And it -- does the SEL department work with students in kindergarten or first grade?

A. Yes.

Q. Does the department work with issues -- does the SEL department work with students who are concerned about issues that are not related to social media?

A. We are concerned with all

issues that relate to the social, emotional and mental health and well-being of all of our students and all of our staff. And within our community, we know that social media is pervasive, and the majority of the issues that we do deal with have some sort of tie or connection, whether it be familial use of social media or direct use of social media or being around other classmates and their use of social media.

But I would argue to say that, yes, 100 percent of our work will -- you could find some causation of the work that we do in terms of social media use.

Q. Your department works with students who have serious physical disabilities.

Correct?

A. Physical disabilities?

So we focus on social, emotional, mental health and well-being. So if they have a physical disability that impacts their social and mental, absolutely. Physical well-being may be more so on our nursing staff side of the house.

CERTIFICATE

I, CARRIE A. CAMPBELL, Registered Diplomate Reporter, Certified Realtime Reporter and Certified Shorthand Reporter, do hereby certify that prior to the commencement of the examination, Julie Shivanonda, was duly sworn by me to testify to the truth, the whole truth and nothing but the truth.

I DO FURTHER CERTIFY that the foregoing is a verbatim transcript of the testimony as taken stenographically by and before me at the time, place and on the date hereinbefore set forth, to the best of my ability.

I DO FURTHER CERTIFY that I am neither a relative nor employee nor attorney nor counsel of any of the parties to this action, and that I am neither a relative nor employee of such attorney or counsel, and that I am not financially interested in the action

______________________________
CARRIE A. CAMPBELL,
NCRA Registered Diplomate Reporter
Certified Realtime Reporter
California Certified Shorthand Reporter #13921
Missouri Certified Court Reporter #859
Illinois Certified Shorthand Reporter #084-004229
Texas Certified Shorthand Reporter #9328
Kansas Certified Court Reporter #1715
New Jersey Certified Court Reporter #30XI00242600
Louisiana Certified Court Reporter #2021012
Notary Public
Dated: July 2, 2025