WILLIAMS & CONNOLLY LLP
Ashley W. Hardin, *pro hac vice*
J. Andrew Keyes, *pro hac vice*
Neelum J. Wadhwani (SBN 247948)
680 Maine Avenue SW
Washington, DC 20024
Tel.: (202) 434-5000
ahardin@wc.com
akeyes@wc.com
nwadhwani@wc.com

*Attorneys for Defendants YouTube, LLC and Google LLC*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br><br>*Charleston County School District v. Meta Platforms, Inc., et al.*<br><br>Case No.: 4:23-cv-04659 | MDL No. 3047<br><br>Case No. 4:22-md-03047-YGR-PHK<br><br>**TEMPORARY SEALING MOTION (DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION IN LIMINE NO. 2 TO EXCLUDE CERTAIN RACE-RELATED INCIDENTS AND MOTION IN LIMINE NO. 4 TO EXCLUDE EVIDENCE RELATED TO CONSTITUENT BOARDS)**<br><br>Judge: Hon. Yvonne Gonzalez Rogers<br>Magistrate Judge: Hon. Peter H. Kang |

Pursuant to the Court's Order Setting Sealing Procedures (ECF No. 341), undersigned Defendants file this Temporary Sealing Motion regarding Defendants' Opposition to Plaintiff's Motion in Limine No. 2 To Exclude Certain Race-Related Incidents and Motion in Limine No. 4 To Exclude Evidence Related to Constituent Boards. Pursuant to that Order, the reasons for sealing (if any) will be addressed in a forthcoming omnibus stipulation or omnibus motion. By stating below that Plaintiff Charleston County School District may consider material to be confidential, Defendants are not taking a position regarding whether the material is in fact confidential.

| Docket No. | Document | Whether Document Contains a Party's Confidential Information |
|---|---|---|
| 3632-1 | Defendants' Opposition to Plaintiff's Motion in Limine No. 2 To Exclude Certain Race-Related Incidents and Motion in Limine No. 4 To Exclude Evidence Related to Constituent Boards **(Sealed)** | Unredacted version. Cites information from exhibits designated confidential by Plaintiff. |
| 3632-2 | Declaration of Ashley W. Hardin **(Not under seal)** | Not redacted or sealed. |
| 3632-3 | **Exhibit A** Excerpts of the Expert Report of Robert G. Nelson for Charleston County School District **(Sealed)** | Temporarily filing under seal because document contains information that the parties may consider to be confidential. |
| 3632-4 | **Exhibit B** Excerpts of the May 19, 2025 Deposition of Anita W. Huggins, Superintendent **(Sealed)** | Temporarily filing under seal because document contains information that the parties may consider to be confidential. |
| 3632-5 | **Exhibit C** MR_CCSD_006803 **(Sealed)** | Designated confidential by Plaintiff. |
| 3632-6 | **Exhibit D** MR_CCSD_460907 **(Sealed)** | Designated confidential by Plaintiff. |
| 3632-7 | **Exhibit E** MR_CCSD_779239 **(Sealed)** | Temporarily filing under seal because document contains information that the parties may consider to be confidential. |

| Docket No. | Document | Whether Document Contains a Party's Confidential Information |
|---|---|---|
| 3632-8 | **Exhibit F**<br>Excerpts of the September 15, 2026 Deposition of Anna Dassing<br>**(Sealed)** | Temporarily filing under seal because document contains information that the parties may consider to be confidential. |
| 3632-9 | **Exhibit G**<br>MR_CCSD_664528<br>**(Sealed)** | Designated confidential by Plaintiff. |

Dated: October 29, 2026

Respectfully Submitted,

*/s/ Ashley W. Hardin*

ASHLEY W. HARDIN, *pro hac vice*
ahardin@wc.com
J. ANDREW KEYES, *pro hac vice*
akeyes@wc.com
NEELUM J. WADHWANI (SBN 247948)
nwadhwani@wc.com
WILLIAMS & CONNOLLY LLP
680 Maine Avenue SW
Washington, DC 20024
Tel.: (202) 434-5000

*Attorneys for Defendants YouTube, LLC and Google LLC*

/s/ Ashley M. Simonsen
Ashley M. Simonsen (Bar No. 275203)
COVINGTON & BURLING LLP
1999 Avenue of the Stars
Los Angeles, California 90067
Telephone: (424) 332-4800
Facsimile: (424) 332-4749
Email: asimonsen@cov.com

Phyllis A. Jones (*pro hac vice*)
Paul W. Schmidt (*pro hac vice*)
Christian J. Pistilli (*pro hac vice*)
COVINGTON & BURLING LLP
One City Center
850 Tenth Street, NW
Washington, DC 20001-4956
Telephone: (202) 662-6000
Facsimile: (202) 662-6291
Email: pajones@cov.com
Email: pschmidt@cov.com
Email: cpistilli@cov.com

Beth A. Wilkinson (*pro hac vice*)
Rakesh Kilaru (*pro hac vice)*
Jolee Porter (*pro hac vice*)
Matthew R. Skanchy (*pro hac vice*)
WILKINSON STEKLOFF LLP
2001 M Street, NW, 10th Floor
Washington, D.C. 20036
Telephone: (202) 847-4010
Facsimile: (202) 847-4005
bwilkinson@wilkinsonstekloff.com
rkilaru@wilkinsonstekloff.com
jporter@wilkinsonstekloff.com
mskanchy@wilkinsonstekloff.com

Moira K. Penza (*pro hac vice*)
WILKINSON STEKLOFF LLP
130 W 42nd Street, 24th Floor
New York, NY 10036
Telephone: (212) 294-8925
Facsimile: (202) 847-4005
mpenza@wilkinsonstekloff.com

*Attorneys for Defendants Meta Platforms, Inc. f/k/a Facebook, Inc. and Instagram, LLC*

*/s/ Jonathan H. Blavin*
JONATHAN H. BLAVIN (SBN 230269)
Jonathan.Blavin@mto.com
MUNGER, TOLLES & OLSON LLP
560 Mission Street, 27th Floor
San Francisco, CA 94105
Tel: (415) 512-4000

E. MARTIN ESTRADA (SBN 223802)
Martin.Estrada@mto.com
L. ASHLEY AULL (SBN 257020)
Ashley.Aull@mto.com
VICTORIA A. DEGTYAREVA (SBN 284199)
Victoria.Degtyareva@mto.com
MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue, 50th Floor
Los Angeles, CA 90071
Tel.: (213) 683-9100
Facsimile: (213) 687-3702

ALLISON BROWN, *pro hac vice*
alli.brown@kirkland.com
KIRKLAND & ELLIS LLP
2005 Market Street, Suite 1000
Philadelphia, PA 19103
Tel.: (215) 268-5000

JESSICA DAVIDSON, *pro hac vice*
jessica.davidson@kirkland.com
JOHN J. NOLAN, *pro hac vice*
jack.nolan@kirkland.com
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, NY 10022
Tel.: (212) 446-4800

*Attorneys for Defendant Snap Inc.*

/s/ Geoffrey M. Drake
GEOFFREY M. DRAKE, *pro hac vice*
gdrake@kslaw.com
TACARA D. HARRIS, *pro hac vice*
tharris@kslaw.com
KING & SPALDING LLP
1180 Peachtree Street, NE, Suite 1600
Atlanta, GA 30309
Telephone: (404) 572-4600
Facsimile: (404) 572-5100

DAVID P. MATTERN, *pro hac vice*
dmattern@kslaw.com
KING & SPALDING LLP
1700 Pennsylvania Avenue, NW
Suite 900
Washington, D.C. 20006
Telephone: (202) 737-0500
Facsimile: (202) 626-3737

BAILEY J. LANGNER (SBN 307753)
blangner@kslaw.com
KING & SPALDING LLP
50 California Street, Suite 3300
San Francisco, CA 94111
Telephone: (415) 318-1200
Facsimile: (415) 318-1300

/s/ Daniel M. Petrocelli
DANIEL M. PETROCELLI (SB #97802)
dpetrocelli@omm.com
SABRINA H. STRONG (SB #200292)
sstrong@omm.com
O'MELVENY & MYERS LLP
1999 Avenue of the Stars, 8th Floor
Los Angeles, CA 90067
Telephone: (310) 553-6700

STEPHEN D. BRODY (*pro hac vice*)
sbrody@omm.com
O'MELVENY & MYERS LLP
1625 Eye Street, NW
Washington, D.C. 20006
Telephone: (202) 383-5300

*Attorneys for Defendants TikTok Inc., ByteDance Inc., ByteDance Ltd., TikTok Ltd., and TikTok, LLC*

**ATTESTATION**

I, Ashley W. Hardin, hereby attest, pursuant to N.D. Cal. Civil L.R. 5-1, that the concurrence to the filing of this document has been obtained from each signatory hereto.

Dated: October 29, 2026

*/s/ Ashley W. Hardin*
Ashley W. Hardin, *pro hac vice*

*Attorney for Defendants YouTube, LLC and Google LLC*

# CERTIFICATE OF SERVICE

I hereby certify that, in accordance with ECF No. 341, on October 29, 2026, this motion and all attachments thereto were served to the following email addresses:

PSCServiceMDL3047@motleyrice.com

MetaNoticeofService@cov.com

SnapNoticeofService@mto.com

TikTokNoticeofService@faegredrinker.com

YouTubeServiceConfidentialDocs@wsgr.com

pwarren@motleyrice.com

eberezofsky@motleyrice.com

jflowers@motleyrice.com

scouch@motleyrice.com

jhaileselassie@motleyrice.com

Dated: October 29, 2026

*/s/ Ashley W. Hardin*
Ashley W. Hardin, *pro hac vice*

*Attorney for Defendants YouTube, LLC and Google LLC*