WILLIAMS & CONNOLLY LLP
Ashley W. Hardin, *pro hac vice*
J. Andrew Keyes, *pro hac vice*
Neelum J. Wadhwani (SBN 247948)
680 Maine Avenue SW
Washington, DC 20024
Tel.: (202) 434-5000
ahardin@wc.com
akeyes@wc.com
nwadhwani@wc.com

*Attorneys for Defendants YouTube, LLC and Google LLC*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br><br>*Charleston County School District v. Meta Platforms, Inc., et al.*<br><br>Case No.: 4:23-cv-04659 | MDL No. 3047<br><br>Case No. 4:22-md-03047-YGR-PHK<br><br>**DECLARATION OF ASHLEY W. HARDIN IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION IN LIMINE NO. 2 TO EXCLUDE CERTAIN RACE-RELATED INCIDENTS AND MOTION IN LIMINE NO. 4 TO EXCLUDE EVIDENCE RELATED TO CONSTITUENT BOARDS** |

I, Ashley W. Hardin, declare and state as follows:

1. I am an attorney admitted to practice in the District of Columbia and the Commonwealth of Virginia, and admitted to practice *pro hac vice* in the above-entitled action. I am a partner with the law firm of Williams & Connolly LLP, counsel for Defendants YouTube, LLC and Google LLC. I make this declaration in support of Defendants' Opposition to Plaintiff's Motion in Limine No. 2 To Exclude Certain Race-Related Incidents and Plaintiff's Motion in Limine No. 4 To Exclude Evidence Related to Constituent Boards. This declaration is based on my own personal knowledge and, if called to testify as to the truth of the matters set forth herein, I could and would competently testify thereto. I offer this declaration without waiving, or intending to waive, the attorney-client privilege or work-product protection.

2. Attached as **Exhibit A** is a true and correct copy of excerpts from the Expert Report of Dr. Robert G. Nelson for Charleston County School District.

3. Attached as **Exhibit B** is a true and correct copy of excerpts from the transcript of the May 19, 2025 Deposition of Superintendent Anita W. Huggins.

4. Attached as **Exhibit C** is a true and correct copy of excerpts of a document Plaintiff Charleston County School District produced in this litigation, titled "Clemson University Inclusion & Equity Report," bearing Bates stamps MR_CCSD_006803 to MR_CCSD_006854.

5. Attached as **Exhibit D** is a true and correct copy of a document Plaintiff Charleston County School District produced in this litigation, titled 2019-2020 School Year Discipline Hearing Data - 1st Quarter, bearing Bates stamps MR_CCSD_460907 to MR_CCSD_460908.

6. Attached as **Exhibit E** is a true and correct copy of an excerpt of Plaintiff's Third Amended Fact Sheet for Charleston County School District, bearing Bates stamps MR_CCSD_779239 to MR_CCSD_779278.

7. Attached as **Exhibit F** is a true and correct copy of excerpts from the transcript of the September 15, 2026 Deposition of Principal Anna E. Dassing.

8. Attached as **Exhibit G** is a true and correct copy of a document Plaintiff Charleston County School District produced in this litigation, a communication from Anna Dassing to Anita

Huggins titled "Re: Summary of Spirit Week events for LBHS Fall 2021," bearing Bates stamps MR_CCSD_664528 to MR_CCSD_664529.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on October 29, 2026, in Washington, D.C.

Dated: October 29, 2026

By: */s/ Ashley W. Hardin*
Ashley W. Hardin, *pro hac vice*

*Attorney for Defendants YouTube, LLC and Google LLC*