Ashley M. Simonsen (Bar No. 275203)
COVINGTON & BURLING LLP
1999 Avenue of the Stars
Los Angeles, California 90067
Telephone: (424) 332-4800
Facsimile: (424) 332-4749
Email: asimonsen@cov.com

*Attorney for Defendants Meta Platforms, Inc. f/k/a Facebook, Inc. and Instagram, LLC*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION

This Document Relates To:

*Tucson Unified School District v. Meta Platforms, Inc. et al.*, Case No.: 4:24-cv-01382

MDL No. 3047

Case No.: 4:22-md-03047-YGR

**DECLARATION OF ASHLEY M. SIMONSEN IN SUPPORT OF DEFENDANTS' JOINT OPPOSITION TO PLAINTIFF'S MOTION IN LIMINE NO. 4**

Judge: Hon. Yvonne Gonzalez Rogers
Magistrate Judge: Hon. Peter H. Kang

# DECLARATION OF ASHLEY M. SIMONSEN

I, Ashley M. Simonsen, declare as follows:

1. I am a partner with the law firm Covington & Burling LLP and counsel of record for Defendants Meta Platforms, Inc. and Instagram, LLC (collectively, "Meta"). I submit this Declaration in support of Defendants' Joint Opposition to Plaintiff's Motion in Limine No. 4 to Exclude Evidence, Testimony, and Argument Concerning Isolated Incidents of Alleged Racism by TUSD Staff or Students Directed At or Near TUSD Students filed concurrently with this Declaration. I have personal knowledge of the following facts, and, if called as a witness, I could and would testify competently thereto.

2. Attached hereto as **Exhibit A** is a true and correct copy of excerpts of the transcript of the May 8, 2025, deposition of Gabriel Trujillo.

3. Attached hereto as **Exhibit B** is a true and correct copy of excerpts of the transcript of the April 9, 2025, deposition of Julie A. Shivanonda.

4. Attached hereto as **Exhibit C** is a true and correct copy of excerpts of the transcript of the May 7, 2025, deposition of Rebecca S. Carrier.

5. Attached hereto as **Exhibit D** is a true and correct copy of an excerpt of Exhibit 14 to the May 8, 2025, deposition of Gabriel Trujillo.

6. Attached hereto as **Exhibit E** is a true and correct copy of Exhibit 23 to the May 13, 2025, deposition of Anna Schwartz Warmbrand.

7. Attached hereto as **Exhibit F** is a true and correct copy of excerpts of the transcript of the June 30, 2025, deposition of Julie A. Shivanonda.

I declare under penalty of perjury under the law of the State of California that the foregoing is true and correct.

Executed on October 29, 2026, in Los Angeles, California.

*/s/ Ashley M. Simonsen*

Ashley M. Simonsen