# Exhibit A

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

*******************************

Case No.
IN RE: SOCIAL MEDIA ADOLESCENT 4:22-MD-03047-YGR
ADDICTION/PERSONAL INJURY
PRODUCTS LIABILITY LITIGATION
MDL No. 3047

*******************************

This Document Relates To:

Tucson Unified School District
v. Meta Platforms Inc., et a
Case No. 4:24-cv-1382

*******************************

Confidential - Pursuant to Protective Order
VIDEOTAPED DEPOSITION OF
GABRIEL TRUJILLO

Held At: JW Marriott Tucson
Starr Pass Resort & Spa
3800 W. Starr Pass Blvd
Tucson, Arizona

May 8th, 2025
9:11 a.m.

Reported By:

MAUREEN O. POLLARD, CA CSR #14449, RDR

before, Mr. Hoskins shared that students make racist remarks (in anger) at him almost daily and run away," right?
A. That's inconsistent with the information Mr. Hoskins provided the district administration, but for the purpose of whether I see this in the e-mail, yes.
Q. All right. So according to Ms. Rincon --
A. According to Ms. Rincon, that is her interpretation, which differs from what Mr. Hoskins communicated to us.
But for the purposes of what I'm seeing here, yes, that's what it says.
Q. And I apologize, Dr. Trujillo, if I could just ask you to let me finish --
A. Of course.
Q. -- my entire question --
A. Yes.
Q. -- and then provide your answer.
A. Yes.
Q. So according to Ms. Rincon, Mr. Hoskins told her that the students make racist remarks in anger at him almost daily and run away?

A. According to Ms. Rincon's perception of the situation and what's here, yes.
Q. Now, if it were true that there was an environment where students were making daily racist remarks, would you agree that being in that type of environment could be harmful to the mental health --
A. Noting that that kind of environment --
MR. CUTLER: Object to form, object to foundation, requires speculation.
Go ahead.
THE WITNESS: Yeah. Noting that that type of environment was not validated in our investigation, supposing that environment was prevalent, yes.
BY MS. DEGTYAREVA:
Q. In your investigation, did Mr. Hoskins confirm that there was this incident where students yelled the N word at him in a loud angry voice?
A. Mr. Hoskins confirmed that incident but denied that it's a daily occurrence, where multiple students are berating him with the N word or that the N word is prevalent daily basis

at Pueblo High School. But he did confirm that singular incident, yes.

Q. Did Mr. Hoskins tell you that this was the only time somebody had made a racist remark to him?

A. Mr. Hoskins did not refer to any frequency other than this singular event in the course of our investigation into this.

Q. And would you agree that even if the racist remark is used just once at somebody, that can impact mental health?

A. Yes.

Q. Now, towards the bottom of the second page, this is three paragraphs from the bottom --

A. Yes.

Q. -- Ms. Rincon goes on to say, "The reality is that Pueblo does not have enough adult supervision for a campus of 2,000 students. We still don't have working cameras to help those tasked with securing the hallways."

Do you see that?

A. Yes.

Q. Would you agree that if a high

school did not have enough adult supervision for its students, that would be a concern?
A. Define -- I would have to define "enough adult supervision." I disagree with the statement that's here in this e-mail. There are cameras in working order. In fact, there's a new video surveillance system at Pueblo.
Supposing that Pueblo in a hypothetical situation did not have enough adult supervision, then yes.
Q. Dr. Trujillo, Ms. Rincon you said is a teacher at Pueblo High School?
A. Yes.
Q. So at this time she was at the high school on a daily basis?
A. Yes.
Q. She was able to observe what was happening in the high school?
A. Not across the entire campus, no.
Q. Where she was, she was able to observe?
A. In her singular room in her top floor of the building, yes.
Q. And how often would you visit the specific high school?

A. I visit Pueblo High School almost ten times a year.
Q. So ten times a year versus every single day for Ms. Rincon?
MR. CUTLER: Object to form, argumentative.
THE WITNESS: Ten times a year where I do comprehensive walk-throughs of all the facilities in every major building, versus somebody who works on the second floor in a room, yeah.
BY MS. DEGTYAREVA:
Q. Every single day, right?
A. Every single day, yes.
Q. And Ms. Rincon was raising a concern about having enough adult supervision on the campus?
A. Correct. Yes.
Q. And Ms. Rincon was raising a concern about not having working cameras that would help --
A. Yes.
Q. -- adults secure the hallways, right?
A. Yes.

Q. The unitary status plan, is that referring to the consent decree --
A. Yes.
Q. -- in the desegregation litigation?
A. Yes.
Q. Now, she raises several issues in the e-mail, and looking at the second paragraph she says, "The first issue concerns the activity at three schools," right?
A. Yes.
Q. So that includes Sabino High School, Subuaro High School, and Magee Middle School, right?
A. Yes.
Q. And regarding the incident at Sabino High School, she talks about the establishment of a Turning Points USA Club at the school and several incidents of overt racism, right?
A. Yes.
Q. Do you know what a Turning Points USA Club is?
A. Yes.
Q. What is that?
A. It is a club that is largely conservative, it seeks to promote conservatism

amongst high school aged kids, and political awareness, tending to be on the right side of the political spectrum.

Q. So Dr. Richardson goes on to say, "As a result of complaints from parents, students and the community, the Department of Equity, Diversity, and Inclusiveness conducted a campus review. The attached report outlines the findings." Right?

A. Yes.

Q. Are you familiar with the review that was conducted by the EDI department?

A. Yes.

Q. And have you reviewed that, the report of the findings previously?

A. It's been a long time, yeah, it's been a couple of years, but that -- yeah, back at that time, yes.

Q. Let's take a look at that.

MS. DEGTYAREVA: This is Tab 16, and it is going to be marked as Exhibit 13.

(Whereupon, Tucson-Trujillo-13 was marked for identification.)

BY MS. DEGTYAREVA:

Q. So you see this document says at the

top Department of Equity, Diversity, and Inclusiveness (EDI) Culture and Climate Support Report?

A. Yes.

Q. Do you recognize this document?

A. Yes.

Q. Is this the report that outlines the conclusions of the EDI department after its review of the complaints related to Sabino High School?

A. Yes.

Q. So let's turn to the second page of this document, it's ending in Bates 583. And do you see the section titled Findings?

A. Yes.

Q. Okay. Can you please read the first bullet point under Findings?

A. "Students and teachers have experienced a culture and climate where racist remarks, jokes, and gestures are the 'norm' among students. Derogatory remarks, jokes, and gestures are directed towards race, gender, and sexuality."

Q. Do you have any reason to doubt the EDI department's findings?

A. No.
Q. Do you agree that a culture where racist remarks are the norm could impact students mental health?
A. Yes.
Q. It could be disruptive to the learning environment?
A. Yes.
Q. It could affect academic performance?
A. Yes.
Q. Let's take another -- let's take a look at another document from the EDI department.
MS. DEGTYAREVA: So this is going to be Tab 17, and we'll mark it as Exhibit 14.
THE WITNESS: Okay.
(Whereupon, Tucson-Trujillo-14 was marked for identification.)
BY MS. DEGTYAREVA:
Q. So if you take a look at the first page of this document, it says "No Slur Initiative."
Do you see that?

A. Yes.
Q. It says "Kickoff school year 23-24," right?
A. Yes.
Q. So this is for school year 2023 through 2024?
A. Yes.
Q. This is after the district was no longer under the unitary status plan consent decree?
A. Yes.
Q. And then if you turn to the third page of the document, you'll see that it's from the Equity, Diversity, and Inclusiveness Department, right?
A. Yes.
Q. And then going on to the page after that, under Our Community --
A. Yes.
Q. -- it says, "Post pandemic students and staff in the TUSD community have consistently reported experiencing and/or witnessing verbal trauma including racial epithets and microaggressions," right?
A. Yes.

Q. Do you have any reason to doubt this statement from the EDI department that post pandemic students and staff have experienced verbal trauma?
A. No.
Q. And racial epithets?
A. No.
Q. And microaggressions?
A. No.
Q. Now, do you agree that -- you can set that document aside.
A. What?
Q. You can set this document aside.
A. Okay.
Q. Do you agree that another thing that can negatively impact a student's academic performance is if the student is chronically absent?
A. Yes.
Q. If the student is chronically absent, they don't have access to the educational opportunities in the classroom?
A. Yes.
Q. And chronic absenteeism can lead to higher dropout rates?

CERTIFICATE OF COURT REPORTER

I, MAUREEN O'CONNOR POLLARD, Registered Diplomate Reporter, CSR No. 14449 for the State of California, the officer before whom the foregoing deposition was taken, do hereby certify that the foregoing transcript is a true and correct record of the testimony given; that said testimony was taken by me stenographically and thereafter reduced to typewriting under my direction; and that I am neither counsel for, related to, nor employed by any of the parties to this case and have no interest, financial or otherwise, in its outcome.

Dated this 10th day of May, 2025.

Maureen O. Pollard

________________________

MAUREEN O'CONNOR POLLARD

CSR No. 14449