# Exhibit B

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

******************************

IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION

Case No. 4:22-MD-03047-YGR

MDL No. 3047

******************************

This Document Relates To:

Tucson Unified School District v. Meta Platforms Inc., et a
Case No. 4:24-cv-1382

******************************

CONTINUED VIDEOTAPED 30(b)(6)
DEPOSITION OF
TUCSON UNIFIED SCHOOL DISTRICT
by and through
JULIE A. SHIVANONDA

Held At: JW Marriott Tucson
Starr Pass Resort & Spa
3800 W. Starr Pass Blvd
Tucson, Arizona

April 9th, 2025
9:07 a.m.

Reported By:
MAUREEN O. POLLARD, CA CSR #14449, RDR

Exhibit 28 tab 31.
(Tucson-30(b)(6)-Shivanonda-28 was marked for identification.)
A. I will say from our experience, when we get law enforcement involved it's easier to get things taken down. If we ask, they don't get taken down.
BY MS. DEGTYAREVA:
Q. Just to be clear, the text messages we were just looking at were text messages, correct?
A. Yes, they appear to be.
Q. Now, take a look at the exhibit we just marked, 28, and let me know when you're ready.
A. Okay.
(Witness reviewing document.)
A. Okay.
Q. This is a presentation from TUSD's Equity, Diversity, and Inclusiveness department?
A. It appears to be, yes.
Q. And the presentation wanted to launch a No Slur Initiative for the school year of 2023-2024, right?
A. Correct.

Q. So taking a look at Slide 3, on the left-hand side, can you please read what's written in that box on the left?

A. "Post pandemic students and staff in the TUSD community have consistently reported experiencing and/or witnessing verbal trauma including racial epithets and microaggressions."

Q. Do you have any reason to doubt the findings of the EDI department that there was a consistent pattern of verbal trauma?

MR. CUTLER: Object to form.

THE WITNESS: I do not.

BY MS. DEGTYAREVA:

Q. And a consistent pattern of racial epithets?

A. I do not.

MR. CUTLER: Object to form.

BY MS. DEGTYAREVA:

Q. And microaggressions?

A. I do not.

MS. DEGTYAREVA: Let's mark as Exhibit 29 tab 41.

(Tucson-30(b)(6)-Shivanonda-29 was marked for identification.)

///

BY MS. DEGTYAREVA:
Q. Okay. Just one page. Here you go (handing).
Okay. So taking a look at the document in front of you, this is a parent complaint from the 2019-2020 school year?
A. It appears to be.
Q. And it's from -- the date is August 23, 2019?
A. Yes.
Q. And if you look at the complaint narrative, the parent is complaining about a teacher using the N word in class, correct?
A. Yes.
Q. You would agree that the use of a racial slur by a teacher in a class could harm student mental health?
A. Yes.
Q. It can be disruptive to the learning environment?
A. It could.
MS. DEGTYAREVA: Let's mark as Exhibit 30 tab 39.
(Tucson-30(b)(6)-Shivanonda-30 was marked for identification.)

BY MS. DEGTYAREVA:
Q. Take a look at this document, please.
(Witness reviewing document.)
A. Okay.
Q. This is a report from the Department of Equity, Diversity, and Inclusiveness at TUSD, right?
A. Correct.
Q. And if you look under Introduction, the second and third paragraphs under Introduction, so the report explains that it's about some complaints regarding Turning Point USA student club at Sabino High School?
A. Yes, that is what it is talking about.
Q. And then in response to the complaints, if you turn to page ending in 808, the EDI department held some student forums and met with Sabino administration, right?
A. Yes, that is what it says.
Q. Looking at the findings, can you please read the first bullet point there?
A. "Students and teachers have experienced a culture and climate where racist

remarks, jokes, and gestures are the 'norm' among students. Derogatory remarks, jokes, and gestures are directed toward race, gender, and sexuality."

Q. And then can you please read the fourth bullet point?

A. "Generalized instances of discriminative behavior by student members of TPUSA on Sabino campus."

Q. Do you agree that experiencing a culture where racist remarks were the norm might harm a students's mental health?

A. Yes, and unfortunately we do see that quite frequently across all of our community, especially as it's used on social media indicated in bullet number two.

Q. All right. So the comments that people are posting on social media where, in the TUSD schools, the norm is racist remarks, jokes, and gestures, that could also harm students' mental health?

MR. CUTLER: Object to form.

THE WITNESS: Can you repeat the question?

///

BY MS. DEGTYAREVA:

Q. You reference social media here. Are you talking about racist remarks, jokes, and gestures that TUSD students might post on social media? Is that correct?

MR. CUTLER: Object to form. Misstates testimony.

You can answer.

THE WITNESS: Yes, we do see quite a bit of racist posts and jokes posted across multi social media platforms.

BY MS. DEGTYAREVA:

Q. And you would agree that a culture where racist remarks were the norm, again whether that's on social media, in person, or really anywhere, that could be disruptive to the learning environment?

A. Absolutely.

Q. Does TUSD have data on exactly how many of its students have experienced some form of racism on TUSD's campuses?

A. That would be pretty difficult to ascertain. Again, not everything is reportable and documented. If it rises to the level of potential harassment, that may be documented

within the discipline platform, we might be able to collect that data.

Again, in MTSS the teachers are noting observational data of remarks that students are making, we could potentially. But no, I don't believe that we would have any definitive data that would be able to point to a specific number of how many students have been engaged in any sort of racial discrimination.

Q. Are you familiar with TUSD's desegregation litigation?

A. I am.

Q. Are you familiar with the unitary status plan?

A. I am.

Q. Can you please explain what that is?

A. So the Tucson Unified School District has been under a desegregation order 50 or 60 years. The original complaint was around discriminatory practices within the district, especially with students of Hispanic descent or African-American descent, and so that has driven a lot of the practices that the district has had to employ to ensure that they are eradicating those discrimination practices.

Q. So for 50 or 60 years TUSD was basically under court supervision to make sure that it would have eradicated discriminatory practices across the district?

A. Correct, and we were released from court supervision two years ago.

Q. Actually you were released from court supervision earlier this year in January of 2025, right?

A. We -- the official, the Ninth Circuit Court of Appeals upheld that ruling, but we have been out from direct court supervision, now this is the second school year.

Q. And does TUSD agree that another thing that can negatively impact students' academic performance is if the student is chronically absent?

A. Yes.

Q. Because if a student is chronically absent, they have less access to the educational opportunities in the classroom, right?

A. Correct.

Q. Chronic absenteeism can also lead to higher dropout rates, right?

A. Correct.

CERTIFICATE OF COURT REPORTER

I, MAUREEN O'CONNOR POLLARD, Registered Diplomate Reporter, CSR No. 14449 for the State of California, the officer before whom the foregoing deposition was taken, do hereby certify that the foregoing transcript is a true and correct record of the testimony given; that said testimony was taken by me stenographically and thereafter reduced to typewriting under my direction; and that I am neither counsel for, related to, nor employed by any of the parties to this case and have no interest, financial or otherwise, in its outcome.

Dated this 9th day of April, 2025.

Maureen O. Pollard

______________________

MAUREEN O'CONNOR POLLARD

CSR No. 14449