# Exhibit C

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

******************************

IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION

Case No. 4:22-MD-03047-YGR

MDL No. 3047

******************************

This Document Relates To:

Tucson Unified School District
v. Meta Platforms Inc., et a
Case No. 4:24-cv-1382

******************************

Confidential - Pursuant to Protective Order

VIDEOTAPED DEPOSITION OF
REBECCA S. CARRIER

Held At: JW Marriott Tucson
Starr Pass Resort & Spa
3800 W. Starr Pass Blvd
Tucson, Arizona

May 7th, 2025
9:06 a.m.

Reported By:
MAUREEN O. POLLARD, CA CSR #14449, RDR

they see.' Another more specific example is" -- redacted students -- "repeated use of homophobic and ableist slurs."

And at the bottom of that paragraph it says, "There have always been jokes about the privileged white student body Sabino has, but in the past year, we have come to be known among teens as one of the most racist schools in TUSD."

Do you see that portion?

A. I do.

Q. What was TUSD's response to learning that there were students who felt like they were being threatened with violence because of their identities?

MR. CUTLER: Object to form, foundation.

THE WITNESS: My practice is to make sure that the site administrators are aware that this is happening so that they can make the appropriate decisions as far as discipline, law enforcement involvement, etcetera.

BY MS. REAVES:

Q. The school administrators at that

principal or assistant principal level who are supposed to be addressing these issues?
MR. CUTLER: Object to form.
THE WITNESS: Yes.
BY MS. REAVES:
Q. And then at the bottom, starting in the middle of the last paragraph, here the student says, "This is not the first time I have experienced a micro aggression at the hands of TUSD students (or faculty for that matter). This is not the first time I have had to report a threat of violence to the school safety tip line. This is not the first time I have reached out to administrators about foul behavior and been silenced. As a woman of color, I am terrified of what will happen when these students graduate, and I am beyond embarrassed to tell people I go to school in a district that is doing next to nothing about it."
Do you see that?
A. Yes.
Q. I understand your testimony that you don't remember this particular incident, but it's fair to say that a student who is embarrassed to attend TUSD because, according to

that student, TUSD is doing next to nothing about racism, sexism, homophobia, that student isn't having a positive experience at school, right?

MR. CUTLER: Object to form, foundation, incomplete hypothetical, vague, calls for speculation.

THE WITNESS: That's what the e-mail implies.

BY MS. REAVES:

Q. And students who are experiencing racism, sexism, homophobia at school and feel that the administrators at school don't address it, that can impact a student's performance at school?

MR. CUTLER: Object to form, foundation, incomplete hypothetical, calls for speculation.

THE WITNESS: It could. In this particular instance, it looks to me like this issue was greatly amplified through use of -- I believe it said Instagram, including threats of violence.

This was likely a school resources. I'm guessing that every single one of

these students needed discipline.
Possibly law enforcement was involved.
And of course this is a cultural
issue that needs to be addressed at the
site and district level, but the time that
school staff had to spend addressing the
result that the Instagram post created was
probably significant, just based on what
I'm reading in this e-mail.
BY MS. REAVES:
Q. Okay. Just to be clear, the
number -- the word "Instagram" is not in this
post?
A. Oh. What does it say at the
beginning? I -- let me check this.
Q. It starts with, "Tonight I was at a
group chat among students at Sabino."
Do you see that at the beginning?
A. Yes.
Q. Okay. And when you talk about
Sabino --
MR. CUTLER: I think she was looking
for something to say something. I know
you want to cut her off.
Were you wanting to clarify

something?
THE WITNESS: No.
BY MS. REAVES:
Q. So I think what you were talking about is the idea that the forum where some of this sexist, racist, homophobic content was being communicated was in this group chat, is that right?
A. Yes.
Q. Okay. But the student is complaining about the content of those communications in the group chat, right?
A. Yes.
Q. Okay. And the student is complaining about the school district's response to that content?
A. Yes.
Q. Are you familiar with the term "dead-naming"?
A. Yes.
Q. You agree that -- well, dead-naming refers to using, when you're talking to or referring to a person who is transgender or gender nonconforming, using a name assigned at birth or some other name rather than the one

CERTIFICATE OF COURT REPORTER

I, MAUREEN O'CONNOR POLLARD, Registered Diplomate Reporter, CSR No. 14449 for the State of California, the officer before whom the foregoing deposition was taken, do hereby certify that the foregoing transcript is a true and correct record of the testimony given; that said testimony was taken by me stenographically and thereafter reduced to typewriting under my direction; and that I am neither counsel for, related to, nor employed by any of the parties to this case and have no interest, financial or otherwise, in its outcome.

Dated this 7th day of May, 2025.

Maureen O. Pollard

________________________
MAUREEN O'CONNOR POLLARD
CSR No. 14449