# Exhibit D

GU0

# NO SLUR INITIATIVE

Kickoff SY23-24

EXHIBIT 14
WIT: Trujillo
DATE: 5/8/25
Maureen O. Pollard, RDR

**Slide 1**

---

**GU0** Overall recommendation - provide a little bit more information, particularly about the 2 elements that are EDI - the "awareness" campaign and the Allyship training.
Guest User, 2022-11-14T15:14:58.044

# Equity, Diversity, and Inclusiveness

EDI Mission:

We serve our students and families to the highest potential, ensuring the learning, development, and academic success for every student.

Focus on Inclusion:

We champion inclusion of all regardless of race, gender, sexuality, or learning style by actively diminishing manifestations of discrimination and prejudice.

Our work aligns with TUSD's district plan:

We will provide purposeful professional development that is focused on providing all TUSD employees with the knowledge and skills necessary to implement safe and cohesive spaces for learning and growing.

# Our Community

Post pandemic students and staff in the TUSD community have consistently reported experiencing and/or witnessing verbal trauma including racial epithets and microaggressions.

To support schools struggling to address and eliminate these experiences for students and families, the EDI team has developed the No Slur initiative as a systematic approach to decrease these instances.

GU0

# Program Structure

The No Slur Initiative is a multifaceted approach for classroom, school, and district level practices and activities that create safe and inclusive environments.

- Multi-departmental, all-employee engagement
- Messaging: awareness campaign
- SEL lessons through Counseling
- Multicultural classroom lessons accessible to teachers
- No Slur Allyship professional learning for all employees

**Slide 4**

---

**GU0** It seems like there are 2 major pieces- the "awareness" campaign and the No Slur Allyship PD (SEL and multicultural lessons are already being done). Both of these activities/interventions need to have a slide each of what they look like, especially the Allyship PL.

Guest User, 2022-11-14T15:12:30.755

GU0

# Interdisciplinary Approach

## Operations

- Finance- Add funding to school budgets to support 1,000 – No Slur Initiative –budget line
- Communication – Design and Marketing, awareness campaign, develop information page. Develop PSA/Dr. T Video
- Technology – add PSA video/acknowledgement at registration
- Transportation – Post posters, training bus drivers on No-Slur expectations, add transportation code of conduct or rules.
- Office Manager/Administrative Assistant No Slur Allyship Training
- School Safety No Slur Allyship Training

## Legal

- Board Policy, TEA

**Slide 5**

---

**GU0** should there be something under the Legal-Board Policy, TEA banner
Guest User, 2022-11-14T15:07:37.175

# Interdisciplinary Approach

GU0

## Curriculum and Instruction

- Professional Development – Required training for all depts (by 2024?) develop Ally 101 training framework (Ally 101, and train the trainer)
- Social Emotional – Counseling lesson (department creates and shares timeline for delivery)
- Multicultural Department (S. Osiago) - Create the lesson for teachers

## A&E Team

- Data points: minor incidents, school quality survey

**Slide 6**

---

**GU0** What is meant by Incidences? instances of "slurs". This is very unclear of what exactly is being looked at
Guest User, 2022-11-14T15:10:30.107

**GU0 0** Also, is there a new "school climate" survey or is this the "school quality survey"?
Guest User, 2022-11-14T15:13:55.884

# Interdisciplinary Approach

## EDI Team

- Regionals – Actively engage in promoting no slur initiative ( principal meetings, newsletters) – integrate No Slur monitoring in school visits. Have regional schools add to information page to Student Handbook
- Student Relations – Training, reflected code of conduct, develop a behavior matrix school for no slur campaign (minor), ILA to present
- FACE –Parent Training (Ally 101/No Slur Initiative), Integrate into New Family Mixers,
- Student Support – Parent Training, No Slur announcements, Integrate during EDI Month (Art, poetry contest, short film festival)

# Funding Plan

The No Slur Initiative will be split funded between Title IV and 910 G funds.

A Performance Impact Analysis (PIA) will be needed to secure the 910G Funding.



# Funding Plan

| SY 22-23 - (year 1) | Amount | SY 23 –24 - (year 2) | Amount | SY 24 – 25 - (year 3) | Amount |
|---|---|---|---|---|---|
| Printing Supplies | 20,000.00 | Printing Supplies | 10,000.00 | Printing supplies | 10,000.00 |
| Marketing and Communicati on Plan | 45,000.00 | Initiative Allocation (per site) | 1,000.00 | Initiative Allocation (per site) | 1,000.00 |
| Total | 65,000 | | 99,000 | | 99,000 |

# Monitoring & Measures of Effectiveness

EDI & REGIONAL SUPERINTENDENT WALK THROUGHS

SCHOOL CLIMATE SURVEY

INCIDENCE REPORTING

# Timeline

| | |
|---|---|
| **End of December:** | Presentations to leadership teams: ILA, ALT, Counseling, EDI, OLT |
| | Establish subcommittees |
| | Communications to schools and families, reserve space on app |
| **Spring 2023:** | GB PIA Approval |
| | Funding Plan Implemented |
| | No Slur Allyship Training (PLTs, department-specific as requested) |
| | Develop SEL and classroom lessons |
| | Family engagement: FRCs, Student Support Departments |
| **Summer 2023:** | Marketing materials printed, distribute by fall |

# NO SLUR INITIATIVE

Kickoff SY23-24

# PRODUCED IN NATIVE FORMAT