# Exhibit E

DATE: September 14, 2021

WHAT: EDI Month at Sabino HS (Student Focus Groups "Your Voice Matters")

TIME: 11:30am - 12:29pm

WHERE: Room 205, Sabino HS

In Attendance: Jennifer Contreras, Marty Roth (CSP, MTSS Facilitator), Rachel Ruder, Sharon Williams

Jennifer read the Do's & Don'ts Rules of the Focus Group

10 students were in attendance

**Question 1. What is your experience at Sabino?**

Teachers are great, student body is not so great. There are some students you want to punch in the face. Friends are welcoming, certain individuals upset her, they are rude, disrespectful to students, teachers about random stuff. You want to stand up for individuals who are being mistreated but scared to do so.

Students bring politics into things, masks, vaccines, flags on trucks. They say things like "COVID isn't real".

Students not mindful of everyone around them, they cough on other students on purpose.

Students using language slurs like the "N, F, R words"

Flags on cars like Trump Flags/Blue Lives Matter flags people bash other students who disagree with them.

They ask your opinion, then they bash you when you express your views. If they can express themselves, why can't we.

Teachers aren't supportive enough. They don't say "you can't say that". Other teachers ignore the derogative slurs.

Lots of racist slurs are being said, they say that they are joking but it is not funny. They should think about other people.

Teachers try to stay neutral. Some teachers say masks are stupid. White teacher who is biracial said "I don't want to be Mexican."

Another student said that he doesn't listen to the rhetoric, he doesn't let it get to him.



EXHIBIT 23
WIT: S Wormband
DATE: 5/13/25
Maureen O. Pollard, RDR

**Question 2. Sabino is a place for all, what ideas do you have to ensure all students feel valued and included?**

Sabino should have programs that include inclusivity.

Clubs should have serious open dialogue

Mental Health Clubs are a priority

Should have more curriculum towards mental health and should be Integrated into student body

Teachers not controlling students in the classroom, saying racist stuff in class. Teachers need to be educated on racism, culture

The only inclusiveness is African American History, no Mexican American History curriculum or information. Students are oblivious/naïve to history of other ethnic groups. There should be Culturally Responsive Curriculum. It should be valued, included and a place for all at Sabino.

**Question 3. Do you feel like you have an ally or people who support you on campus?**

Jennifer gave an example of saying the phrase "I love you" and the different meanings it has.

Best friend is her ally, some students you can go to, but others you cannot and definitely not share any personal things with them.

Friends yes, Administration no, only Chemistry teacher can be trusted, rest of staff can't go to, not safe.

No, people and teachers trusted in before with some info, once connection was lost with these people, they betrayed her.

Support from friends but not from faculty.

Students must seek it out

Have support groups, trust certain people with certain things. Doesn't have to be a counselor but would like one trusted person on staff.

If it is an academics issue can go to teachers, but not mental health.

Can go to teachers for academic things but can't go to anyone with mental health.

Sabino needs a separate mental health counselor during school when situations occur at school.

Students are judged if they have mental issued, teachers don't mention mental health, like it Is taboo. Students are afraid to speak up.

Have friends to talk to

Have a support system from certain friends, other than that no one else at school

Can't get support from teachers because he is new, but does get it from friends

Do not get support from Faculty, only from close friends

Trying to seek mental health help outside of school is expensive

Mental health integration is so important at school.

Mental Health Integration is very taboo at Sabino.

**Question 4. Is there anything else someone would like to share about their experience at Sabino?**

There are lots of LGBTQ issues at Sabino

Needs to address student body, doesn't want to go to bathroom because they are scared

In class people talk about their "partners", others are scared to join in the conversations because they are not included.

Don't understand why Sabino can have a Turning Point USA club which is racist and homophobic but can't have an LGBTQ club

Turning Point USA goes to conventions, and other students are very upset because the club is racist, homophobic. Turning Point can have representation, but other groups can't

Students have very negative feelings about Turning Point USA. Group is very polarizing because of what they believe, student felt very scared of this group and upset about their presence on campus.

Gender Fluid student must go way across campus to the Nurses Office to use the bathroom

Not enough incorporation of pronouns, but don't want to get into arguments with others

Racial Identity: Teachers don't create safe space, put student in front of class to speak in her Middle Eastern language three times. Then other students felt free to approach her to speak her language. She felt this was very racist of the teachers to do this to her and felt disrespected.

Gender Fluid students: others don't respect him. Needs to be more representation in the Student Body, more STUGO representation, more student body say other than STUGO. Student Body doesn't even know the power they hold.

Certain groups treat Gender Fluid students bad, kicked person out of bathroom. Very abusive language and treatment.

Students threaten to beat up Trans students and joked about killing a student. Not funny even if they were joking or not.

Teachers have one-sided view: History teachers don't explain what happened on 9/11, what America did after that and what was the viewpoint from the Middle East. Students should be taught the whole spectrum

9/11 being taught in public school system doesn't talk about all the bad stuff America did. Students want the whole truth, they are naïve to true history, don't even understand 9/11.

Sabino not safe place as a LGBTQI, afraid to come out because scared to get jumped so the student lies about sexuality. Very homophobic environment, very irritating.

Limited self as bi and even then, people are mean and show hate.

Turning Point USA: doesn't feel that there should be a political group at Sabino, don't like what they say and spew out of there mouths. The club associates with Turning Point International, approval to allow club at Sabino is failure on STUGO. Leaders from STUGO must have had to kiss a—to let them be in existence on campus.

No politically charged clubs should be allowed at Sabino. It's taboo to talk about BLM, so its very hypocritical to allow Turning Point on campus

Spew in school anti BLM things, not fair. Turning Point associates themselves with school, on social media it says that Sabino supports them. **Sabino student body DOES NOT support Turning Point Club.**

Students are refrained from making one sided political club, having one on campus is not good. Turning Point has a lot of political propaganda.

Students Emailed Principal that Turning Point has pictures of members with "Socialism Sucks" posters. Student knows Principal opened the email, but she didn't do anything about it. Not sure who stopped students from picketing regarding non-mask issue in the beginning of the school year.

Students very upset about Dress Code

| | |
|---|---|
| **Prod Begin** | SM_TUSD_00047045 |
| **Prod End** | SM_TUSD_00047048 |
| **ALL - All Custodians** | Brown, Kinasha;Schwartz-Warmbrand, Anna |
| **ALL - Author** | Williams, Sharon |
| **FILE - Date Modified** | 9/16/2021 0:00 |
| **FILE - File Name** | Sabino HS Student Focus Group Session Two 9.14.2021.docx |
| **ALL - Title** | |
| **ALL - All Paths** | Brown, Kinasha \| \Exchange\Kinasha.Brown@tusd1.org-4.pst\Kinasha.Brown@tusd1.org (Primary)\Top of Information Store\Sent Items;Brown, Kinasha \| \Exchange3\Kinasha.Brown@tusd1.org-3.pst\Kinasha.Brown@tusd1.org (Primary)\Top of Information Store\Sent Items;Schwartz-Warmbrand, Anna \| \Exchange\Anna.SchwartzWarmbrand@tusd1.org.pst\Anna.Schwartz Warmbrand@tusd1.org (Primary)\Top of Information Store\Inbox |