# Exhibit F

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN RE: SOCIAL MEDIA )
ADOLESCENT ADDICTION/PERSONAL )
INJURY PRODUCTS LIABILITY ) Case No.
LITIGATION ) 4:22-MD-03047-YGR
_____________________________ )
THIS DOCUMENT RELATES TO: ) MDL No. 3047
Tucson Unified School District )
v. Meta Platforms Inc., et al., )
Case No. 4:24-cv-01382 )

MONDAY, JUNE 30, 2025

CONFIDENTIAL - ATTORNEYS' EYES ONLY -
PURSUANT TO PROTECTIVE ORDER

- - -

Remote videotaped deposition of Julie Shivanonda, held at the location of the witness in Tucson, Arizona, commencing at 9:00 a.m. Pacific Time, on the above date, before Carrie A. Campbell, Registered Diplomate Reporter, Certified Realtime Reporter, Illinois, California & Texas Certified Shorthand Reporter, Missouri, Kansas, Louisiana & New Jersey Certified Court Reporter.

- - -

MR. BRANE: Object to form.
THE WITNESS: If we needed to get down into the data -- the issue, though, is that we as a school district, as an education, we don't have the time, the capacity or the resources to get as fine and granular as what you're looking for.
The reality is, is I was heading into a school just a couple of weeks ago to do training with the teachers and the staff, and walking in the front door, there were ten staff running out the front door to address a fight that was occurring right in front, with 25 students outside whipping their cell phones out and recording the entire fight. And that happens, all day, every day, on school campuses.
Do we have the time to sit down and say, oh, here's the percentage of social media, that's just not the reality. We know that it's pervasive through all of the work that we're

doing, through the conversations that we're doing, through the discipline data that we have. We know that there is a high level of percentage that the discipline and the issues that we are seeing are caused through social media.

Are we able to sit down and look at specific data? Yes and no. We can probably parse that out. But the reality is, is that's not the way that the school district works. We are not able to get that granular on a regular basis.

We just know that it is ongoing, it's pervasive, and it takes up the majority of all of our staff and stakeholders' time.

QUESTIONS BY MR. RICE:

Q. And you didn't sit down and view that specific data in drafting this declaration.

Correct?

MR. BRANE: Object to form.

THE WITNESS: Not as I was

drafting the declaration, no.
QUESTIONS BY MR. RICE:
Q. You estimate that the percentage of time spent by your position as SEL director is 100 percent.
Correct?
A. That is correct.
Q. And the social/emotional learning department supports every student at TUSD.
Correct?
A. Correct.
Q. And that would include TUSD students who don't use social media.
Correct?
A. Correct.
Q. And it -- does the SEL department work with students in kindergarten or first grade?
A. Yes.
Q. Does the department work with issues -- does the SEL department work with students who are concerned about issues that are not related to social media?
A. We are concerned with all

issues that relate to the social, emotional and mental health and well-being of all of our students and all of our staff. And within our community, we know that social media is pervasive, and the majority of the issues that we do deal with have some sort of tie or connection, whether it be familial use of social media or direct use of social media or being around other classmates and their use of social media.

But I would argue to say that, yes, 100 percent of our work will -- you could find some causation of the work that we do in terms of social media use.

Q. Your department works with students who have serious physical disabilities.

Correct?

A. Physical disabilities?

So we focus on social, emotional, mental health and well-being. So if they have a physical disability that impacts their social and mental, absolutely. Physical well-being may be more so on our nursing staff side of the house.

But again, we also collaborate and look at the whole child.
Q. But you support the social/emotional well-being of the students who have physical disabilities.
Correct?
A. Correct.
Q. And you support the social/emotional well-being of students who are struggling with an issue in their home, like a death in a family or their parents' divorce.
Correct?
A. Yes, absolutely.
Q. And you support the social/emotional well-being of students who are struggling with poverty.
Correct?
A. Correct.
Q. And if a student is homeless, you support their social/emotional well-being then.
Correct?
A. Correct.
Q. And if a student has substance

abuse issues, you still support their social/emotional learning.

Correct?

A. Correct.

Q. Of the students you support, have you ever analyzed how many of the students are dealing with issues related to social media?

MR. BRANE: Object to form.

THE WITNESS: Again, a direct granular analysis, not -- some big scope, not necessarily.

However, again, as I've mentioned, there's connections with social media in all of those forms and facets. So whether a student is struggling with anxiety due to things happening at home, then what they're also encountering at school with their peers who are engaging with social media, that also has that connection there.

The families that are dealing with homelessness, we've also identified connections with social

CERTIFICATE

I, CARRIE A. CAMPBELL, Registered Diplomate Reporter, Certified Realtime Reporter and Certified Shorthand Reporter, do hereby certify that prior to the commencement of the examination, Julie Shivanonda, was duly sworn by me to testify to the truth, the whole truth and nothing but the truth.

I DO FURTHER CERTIFY that the foregoing is a verbatim transcript of the testimony as taken stenographically by and before me at the time, place and on the date hereinbefore set forth, to the best of my ability.

I DO FURTHER CERTIFY that I am neither a relative nor employee nor attorney nor counsel of any of the parties to this action, and that I am neither a relative nor employee of such attorney or counsel, and that I am not financially interested in the action



_____________________________

CARRIE A. CAMPBELL,
NCRA Registered Diplomate Reporter
Certified Realtime Reporter
California Certified Shorthand Reporter #13921
Missouri Certified Court Reporter #859
Illinois Certified Shorthand Reporter #084-004229
Texas Certified Shorthand Reporter #9328
Kansas Certified Court Reporter #1715
New Jersey Certified Court Reporter #30XI00242600
Louisiana Certified Court Reporter #2021012
Notary Public
Dated: July 2, 2025