JONATHAN H. BLAVIN (State Bar No. 230269)
Jonathan.Blavin@mto.com
MUNGER, TOLLES & OLSON LLP
560 Mission Street, 27th Floor
San Francisco, CA 94105-3089
Telephone: (415) 512-4000
Facsimile: (415) 512-4077

E. MARTIN ESTRADA (SBN 223802)
Martin.Estrada@mto.com
L. ASHLEY AULL (SBN 257020)
Ashley.Aull@mto.com
VICTORIA A. DEGTYAREVA (SBN 284199)
Victoria.Degtyareva@mto.com
MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue, 50th Floor
Los Angeles, CA 90071
Telephone: (213) 683-9100
Facsimile: (213) 687-3702

*Attorneys for Defendant Snap Inc.*

*[Additional parties and counsel listed on signature pages]*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION

THIS DOCUMENT RELATES TO:

*Tucson Unified School District v. Meta Platforms, Inc., et al.*
Case No. 4:24-cv-01382-YGR

MDL No. 3047

Case No. 4:22-md-03047-YGR-PHK

**TEMPORARY SEALING MOTION (DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION IN LIMINE NO. 3 TO EXCLUDE REFERENCES TO TUSD'S DESEGREGATION LITIGATION)**

**Hearing:**
Date: November 13, 2026
Time: 2:00 PM
Place: Courtroom 1, 4th Floor
Judge: Hon. Yvonne Gonzalez Rogers

Pursuant to the Court's Order Setting Sealing Procedures (ECF No. 341), undersigned Defendants file this Temporary Sealing Motion requesting to file under seal limited portions of Defendants' Motion to Exclude References to TUSD's Desegregation Litigation, and the exhibits to the Declaration of Jonathan H. Blavin filed in support. Pursuant to that Order, the reasons for sealing (if any) will be addressed in a forthcoming omnibus stipulation or omnibus motion. By stating below that Plaintiffs may consider material to be confidential, Defendants are not taking a position regarding whether the material is in fact confidential.

| Docket No. | Document | Whether Document Contains a Party's Confidential Information |
|---|---|---|
| 3635-1 | Defendants' Opposition to Plaintiff's Motion in Limine No. 3 to Exclude References to TUSD's Desegregation Litigation | Temporarily filing with redactions because document contains information that Plaintiff Tucson Unified School District may consider to be confidential.[1] |
| 3635-2 | Declaration of Jonathan H. Blavin | Not redacted or sealed |
| 3635-3 | Exhibit 1: Exhibit 1 in the Deposition of Shawna Rodriguez | Temporarily filing with redactions because document contains information that Plaintiff Tucson Unified School District may consider to be confidential. |
| 3635-4 | Exhibit 2: DRAFT Proposed TUSD Desegregation Stipulation | Not redacted or sealed |
| 3635-5 | Exhibit 3: Excerpts of the Deposition Transcript of Ricardo Hernandez, dated April 8, 2025 | Not redacted or sealed |
| 3635-6 | Exhibit 4: Exhibit 13 in the Deposition of Anna Schwartz-Warmbrand | Not redacted or sealed |

[1] Provisionally proposed redactions are in BLUE highlighting.

| Docket No. | Document | Whether Document Contains a Party's Confidential Information |
|---|---|---|
| 3635-7 | Exhibit 5: Excerpts of the Deposition Transcript of Anna Schwartz-Warmbrand, dated May 13, 2025 | Temporarily filing with redactions because document contains information that Plaintiff Tucson Unified School District may consider to be confidential. |
| 3635-8 | Exhibit 6: Excerpts of the Deposition Transcript of Julie Shivanonda, dated April 9, 2025 | Not redacted or sealed |
| 3635-9 | Exhibit 7: Exhibit 4 in the Deposition of Joseph Hallums | Not redacted or sealed |
| 3635-10 | Exhibit 8: Exhibit 8 in the Deposition of Ricardo Hernandez | Temporarily filing with redactions because document contains information that Plaintiff Tucson Unified School District may consider to be confidential. |
| 3635-11 | Exhibit 9: Exhibit 42 in the Deposition of Gabriel Trujillo | Temporarily filing with redactions because document contains information that Plaintiff Tucson Unified School District may consider to be confidential. |
| 3635-12 | Exhibit 10: Exhibit 15 in the Deposition of Sabrina Salmon | Not redacted or sealed |
| 3635-13 | Exhibit 11: Excerpts of the Deposition Transcript of Rebecca Carrier, dated May 7, 2025 | Temporarily filing with redactions because document contains information that Plaintiff Tucson Unified School District may consider to be confidential. |
| 3635-14 | Exhibit 12: Excerpts of the Deposition Transcript of Gabriel Trujillo, dated May 8, 2025 | Not redacted or sealed |

| Docket No. | Document | Whether Document Contains a Party's Confidential Information |
|---|---|---|
| 3635-15 | Exhibit 13: Exhibit 24 to the Deposition of Anna Schwartz-Warmbrand | Not redacted or sealed |
| 3635-16 | Exhibit 14: Exhibit 35 to the Deposition of Julie Shivanonda | Temporarily filing with redactions because document contains information that Plaintiff Tucson Unified School District may consider to be confidential. |
| 3635-17 | Exhibit 15: Draft Counter-Proposed Desegregation Stipulation from Plaintiff TUSD | Not redacted or sealed |
| 3635-18 | [Proposed] Order Denying Plaintiff's Motion in Limine No. 3 to Exclude References to TUSD's Desegregation Litigation | Not redacted or sealed |

DATED: October 29, 2026

Respectfully submitted,

By: /s/ Jonathan H. Blavin

JONATHAN H. BLAVIN (State Bar No. 230269)
Jonathan.Blavin@mto.com
MUNGER, TOLLES & OLSON LLP
560 Mission Street, 27th Floor
San Francisco, CA 94105
Tel: (415) 512-4000

E. MARTIN ESTRADA (SBN 223802)
Martin.Estrada@mto.com
L. ASHLEY AULL (SBN 257020)
Ashley.Aull@mto.com
VICTORIA A. DEGTYAREVA (SBN 284199)
Victoria.Degtyareva@mto.com
MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue, 50th Floor
Los Angeles, CA 90071
Tel.: (213) 683-9100

ALLISON BROWN (*pro hac vice)*
alli.brown@kirkland.com
KIRKLAND & ELLIS LLP
2005 Market Street, Suite 1000
Philadelphia, PA 19103
Tel.: (215) 268-5000

JESSICA DAVIDSON (*pro hac vice)*
jessica.davidson@kirkland.com
JOHN J. NOLAN (*pro hac vice)*
jack.nolan@kirkland.com
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, NY 10022
Tel.: (212) 446-4800

*Attorneys for Defendant Snap Inc.*

/s/ Ashley W. Hardin

ASHLEY W. HARDIN (*pro hac vice)*
ahardin@wc.com
J. ANDREW KEYES (*pro hac vice)*
akeyes@wc.com
NEELUM J. WADHWANI (SBN 247948)
nwadhwani@wc.com
WILLIAMS & CONNOLLY LLP
680 Maine Avenue, SW
Washington, DC 20024
Tel.: (202) 434-5000

*Attorneys for Defendants YouTube, LLC and Google LLC*

/s/ *Christian J. Pistilli*
ASHLEY M. SIMONSEN (State Bar No. 275203)
asimonsen@cov.com
COVINGTON & BURLING LLP
1999 Avenue of the Stars
Los Angeles, California 90067
Telephone: (424) 332-4800

PHYLLIS A. JONES (*pro hac vice*)
pajones@cov.com
PAUL W. SCHMIDT (*pro hac vice*)
pschmidt@cov.com
CHRISTIAN J. PISTILLI (*pro hac vice*)
cpistilli@cov.com
COVINGTON & BURLING LLP
One City Center
850 Tenth Street, NW
Washington, DC 20001-4956
Tel.: (202) 662-6000

BETH A. WILKINSON (*pro hac vice*)
MATTHEW R. SKANCHY (*pro hac vice*)
WILKINSON STEKLOFF LLP
2001 M Street, NW, 10th Floor
Washington, D.C. 20036
Telephone: (202) 847-4010
Facsimile: (202) 847-4005
bwilkinson@wilkinsonstekloff.com
mskanchy@wilkinsonstekloff.com

MOIRA K. PENZA (*pro hac vice*)
WILKINSON STEKLOFF LLP
130 W 42nd Street, 24th Floor
New York, NY 10036
Telephone: (212) 294-8925
Facsimile: (202) 847-4005
mpenza@wilkinsonstekloff.com

*Attorneys for Defendants Meta Platforms, Inc. f/k/a Facebook, Inc.; Facebook Holdings, LLC; Facebook Operations, LLC; Meta Payments Inc. f/k/a Facebook Payments Inc.; Meta Platforms Technologies, LLC f/k/a Facebook Technologies, LLC; Instagram, LLC; and Siculus LLC f/k/a Siculus, Inc.*

*/s/ Bailey J. Langner*
GEOFFREY M. DRAKE (*pro hac vice)*
gdrake@kslaw.com
TACARA D. HARRIS (*pro hac vice)*
tharris@kslaw.com
KING & SPALDING LLP
1180 Peachtree Street, NE, Suite 1600
Atlanta, GA 30309
Tel.: (404) 572-4600

DAVID P. MATTERN (*pro hac vice)*
dmattern@kslaw.com
KING & SPALDING LLP
1700 Pennsylvania Avenue, NW
Suite 900
Washington, D.C. 20006
Tel.: (202) 737-0500
BAILEY J. LANGNER (State Bar No. 307753)
*blangner@kslaw.com*
KING & SPALDING LLP
50 California Street, Suite 3300
San Francisco, CA 94111
Tel.: (415) 318-1200

*/s/ Daniel M. Petrocelli*
DANIEL M. PETROCELLI (SB #97802)
dpetrocelli@omm.com
SABRINA H. STRONG (SB #200292)
sstrong@omm.com
O'MELVENY & MYERS LLP
1999 Avenue of the Stars, 8th Floor
Los Angeles, CA 90067
Telephone: (310) 553-6700

STEPHEN D. BRODY (*pro hac vice*)
sbrody@omm.com
O'MELVENY & MYERS LLP
1625 Eye Street, NW
Washington, D.C. 20006
Telephone: (202) 383-5300

*Attorneys for Defendants*
*TikTok Inc., ByteDance Inc., TikTok Ltd., ByteDance Ltd., and TikTok LLC*

**ATTESTATION**

I, Jonathan H. Blavin, hereby attest, pursuant to N.D. Cal. Civil L.R. 5-1, that the concurrence to the filing of this document has been obtained from each signatory hereto.

DATED: October 29, 2026 By: */s/ Jonathan H. Blavin*

Jonathan H. Blavin