JONATHAN H. BLAVIN (State Bar No. 230269)
Jonathan.Blavin@mto.com
MUNGER, TOLLES & OLSON LLP
560 Mission Street, 27th Floor
San Francisco, CA 94105-3089
Telephone: (415) 512-4000
Facsimile: (415) 512-4077

E. MARTIN ESTRADA (SBN 223802)
Martin.Estrada@mto.com
L. ASHLEY AULL (SBN 257020)
Ashley.Aull@mto.com
VICTORIA A. DEGTYAREVA (SBN 284199)
Victoria.Degtyareva@mto.com
MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue, 50th Floor
Los Angeles, CA 90071
Tel.: (213) 683-9100

*Attorneys for Defendant Snap Inc.*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br><br>*Tucson Unified School District v. Meta Platforms Inc., et al.*<br>Case No. 4:24-cv-01382-YGR | MDL No. 3047<br><br>Case No. 4:22-md-03047-YGR-PHK<br><br>**DECLARATION OF JONATHAN H. BLAVIN IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFF'S *MOTION IN LIMINE* NO. 3 TO EXCLUDE REFERENCES TO TUSD'S DESEGREGATION LITIGATION**<br><br>**<u>Hearing:</u>**<br>Date: November 13, 2026<br>Time: 2:00 PM<br>Place: Courtroom 1, 4th Floor<br>Judge: Yvonne Gonzalez Rogers |

# DECLARATION OF JONATHAN H. BLAVIN

I, Jonathan H. Blavin, declare:

1. I am an attorney at the law firm of Munger, Tolles & Olson LLP and one of the counsel of record representing Defendant Snap Inc. ("Snap") in the above-captioned matter. I am admitted to practice before all of the courts of the State of California and this Court. I have personal knowledge of the facts stated in this declaration, and if called upon to do so, could and would competently testify thereto.

2. I submit this declaration in support of Defendants' Opposition to Plaintiff Tucson's Motion in Limine No. 3 to Exclude References to TUSD's Desegregation Litigation, filed concurrently with this declaration.

3. Attached as **Exhibit 1** is a true and correct copy of Exhibit 1 to the Deposition of Shawna Rodriguez.

4. Attached as **Exhibit 2** is a true and correct copy of a draft Proposed TUSD Desegregation Stipulation.

5. Attached as **Exhibit 3** is a true and correct copy of Excerpts of the Deposition Transcript of Ricardo Hernandez, dated April 8, 2025.

6. Attached as **Exhibit 4** is a true and correct copy of Exhibit 13 to the Deposition of Anna Schwartz-Warmbrand.

7. Attached as **Exhibit 5** is a true and correct copy of Excerpts of the Deposition Transcript of Anna Schwartz-Warmbrand, dated May 13, 2025.

8. Attached as **Exhibit 6** is a true and correct copy of Excerpts of the Deposition Transcript of Julie Shivanonda, dated April 9, 2025.

9. Attached as **Exhibit 7** is a true and correct copy of Exhibit 4 to the Deposition of Joseph Hallums.

10. Attached as **Exhibit 8** is a true and correct copy of Exhibit 8 to the Deposition of Ricardo Hernandez.

11. Attached as **Exhibit 9** is a true and correct copy of Exhibit 42 to the Deposition of Gabriel Trujillo.

12. Attached as **Exhibit 10** is a true and correct copy of Exhibit 15 to the Deposition of Sabrina Salmon.

13. Attached as **Exhibit 11** is a true and correct copy of Excerpts from the Deposition Transcript of Rebecca Carrier, dated May 7, 2025.

14. Attached as **Exhibit 12** is a true and correct copy of Excerpts from the Deposition Transcript of Gabriel Trujillo, dated May 8, 2025.

15. Attached as **Exhibit 13** is a true and correct copy of Exhibit 24 to the Deposition of Anna Schwartz-Warmbrand.

16. Attached as **Exhibit 14** is a true and correct copy of Exhibit 35 to the Deposition of Julie Shivanonda.

17. Attached as **Exhibit 15** is a true and correct copy of a draft counter-Proposed Desegregation Stipulation from TUSD.

I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct.

Executed on October 29, 2026, at San Francisco, California.

By: *<u>/s/ Jonathan H. Blavin</u>*
JONATHAN H. BLAVIN