# EXHIBIT 3

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

******************************

IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION

Case No. 4:22-MD-03047-YGR

MDL No. 3047

******************************

This Document Relates To:

Tucson Unified School District v. Meta Platforms Inc., et a
Case No. 4:24-cv-1382

******************************

VIDEOTAPED 30(b)(6) DEPOSITION OF
TUCSON UNIFIED SCHOOL DISTRICT
BY AND THROUGH
RICARDO HERNANDEZ

Held At: JW Marriott Tucson
Starr Pass Resort & Spa
3800 W. Starr Pass Blvd
Tucson, Arizona

April 8th, 2025
9:04 a.m.

Reported By:
MAUREEN O. POLLARD, CA CSR #14449, RDR

A. Yes.
Q. And then TUSD received approximately 267.8 million from the Elementary and Secondary School Emergency Relief program?
A. Right, correct.
Q. And then if we go to page 3001, item D lists the Desegregation Order.
Do you see that?
A. Yes.
Q. And TUSD was under a court-supervised desegregation plan for much of the past 30 years, correct?
A. Longer than that. 40 years, but yeah.
Q. 40 years?
A. Yeah.
Q. And during those 40 years, would you agree that the desegregation plan had a significant impact on TUSD's budget?
A. Yes, it did.
Q. What types of expenditures did TUSD need to make to comply with the desegregation plan?
A. I mean, there were numerous. So the district was required to provide funding for

programming that related to, essentially, eliminating the vestiges of segregation, African American and Mexican American students, in the schools.

So that went as far as enhancing transportation services to those students, creating magnet programs to attract students from -- of, you know, specifically African American and Mexican American descent to schools where they are predominantly low in numbers, providing teacher training to make sure teachers understood, essentially, how to educate students of differentiating backgrounds, modifying discipline structures to make sure that we're not focusing on suspensions and expulsions predominantly for African American and Mexican American students.

We -- the code of conduct, what had to be modified to address those issues, family engagement planning, making sure that parents and family members, especially of Mexican American and African American students, were engaged in the education of those students and how do we make sure that, you know, that we incorporate them into our schools.

There was a focus on hiring and retention of teachers, making sure that, essentially, we're hiring teachers especially of Mexican American and African American descent, because we find that students tend to be more responsive to students who, essentially, look like them. So developing a nice diverse recruitment program.

We established two multicultural departments initially with the Desegregation Order. The Mexican American Student Services department and the African American Student Services department were established under this court order to provide focused services to those students and their families.

We focused on funding extracurricular activities with some of these, that includes both facilities and access to students, because we found that, you know, that essentially providing access to students of Mexican and African American descent with students of different ethnic or racial backgrounds allowed them to have more of an integrated kind of educational environment through interscholastics.

And then obviously we paid a bunch of legal fees.

That's 40 years in a nutshell.

Q. You mentioned the Mexican American Student Services department and the African American Student Services department.

Could you say more about what TUSD did with those departments to comply with the desegregation order?

A. So those two departments were created specifically to focus around programming that geared towards those.

So, in particular, like I'll focus on Mexican American Student Services, their focus is to make sure that they're advocates for those students, right, that they work with teachers on culturally relevant curriculum development and integration in the classrooms.

They also focus on discipline with those students, right, what is it that these individual kids need in order to be more successful in the classroom. So they develop programs and supplemental services for those.

They've created advisory groups, both for students and for parents, so that

there's more engagement in regards to just not only the classroom but just overall their experiences as families and students of the district. So that mirrors a lot with what African American Student Services provides.

In addition, there's recognition programming. There are college visits that they do. So they provide a lot of ancillary support to create kind of just a sense of community for both our Mexican American and African American students.

Q. Could you summarize why TUSD was placed under the Desegregation Order?

A. So the settlement basically dealt with the fact that TUSD purposefully segregated students of African American descent into schools that were just specifically for African American students, right. So there was this -- the allegation was that the district specifically geared its enrollment procedures to essentially avoid mixing African American students with other students.

When it comes to Mexican American students, it wasn't just the issue of their racial or ethnic background, but it was also a

language issue. It was also segregating students to prevent them from speaking English and not providing them services, or preventing them from speaking Spanish and then not providing them services to becoming more proficient.

So ultimately those two cases ended up combining into what is now Fisher-Mendoza. And yeah, that's how we got there.

Q. Did the work that TUSD did to comply with the Desegregation Order involve programming and training in the counselling department?

A. Yes.

Q. Could you describe what that was?

A. It's specifically geared at trying to ensure that we put students in Mexican and African -- of Mexican and African American descent on a path towards a postsecondary experience, be they put them on a college track or put them on a career track.

And so it's making sure that we're focusing on services that addresses the needs of those students in terms of making sure that they're graduating on time, and that once they graduated they have a plan for after graduation.

Q. Did any of the work that TUSD did to comply with the Desegregation Order involve social workers?
A. No. Not specifically social workers, no.
Q. Did any of the work that TUSD did to comply with the desegregation order involve behavioral interventions?
A. Yes, they would have.
Q. Could you describe that?
A. Yeah. So the student relations department is a department that was created under the deseg order. And their focus is on creating behavior intervention models and focusing on being responsive to students around disruptive behaviors, around the needs of students and as to why, essentially, they're being disruptive in class, and creating strategies to help those students become academically successful by addressing those pieces. Specifically focusing on making sure that there isn't a predominant higher suspension/expulsion rate or discipline rate for students of African American and Mexican American descent.

Q. What about restorative practice facilitators?

A. So, yeah, the RPFs also fall within the guise of the student relations department. And that is most for training with teachers, and it's creating, essentially, a positive behavior intervention system, a PBIS essentially, to create -- to be more constructive about discipline, to -- you know, versus just kind of focusing on the punishment, if you will, focusing on what is actually happening, what are the factors that are affecting these students, and then addressing those factors so that you can kind of, essentially, create a positive, you know, behavioral intervention.

Q. And then the MTSS, was that related to the Desegregation Order?

A. No, they were not.

Q. Going back to Exhibit 10, your letter to the community.

When you wrote this letter describing TUSD's financial condition, you did not list social media as one of the factors affecting the district's condition, correct?

A. Yeah, I didn't list social media or

CERTIFICATE OF COURT REPORTER

I, MAUREEN O'CONNOR POLLARD, Registered Diplomate Reporter, CSR No. 14449 for the State of California, the officer before whom the foregoing deposition was taken, do hereby certify that the foregoing transcript is a true and correct record of the testimony given; that said testimony was taken by me stenographically and thereafter reduced to typewriting under my direction; and that I am neither counsel for, related to, nor employed by any of the parties to this case and have no interest, financial or otherwise, in its outcome.

Dated this 8th day of April, 2025.

________________________
MAUREEN O'CONNOR POLLARD
CSR No. 14449