# EXHIBIT 4

**UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA**

| | |
|---|---|
| ROY and JOSIE FISHER, et al., Plaintiffs,<br><br>UNITED STATES OF AMERICA, Plaintiff-Intervenor,<br><br>vs.<br><br>ANITA LOHR, et al., Defendants,<br><br>and<br><br>SIDNEY L. SUTTON, et al., Defendants-Intervenors. | No. CIV 74-90 TUC DCB (lead case)<br><br>UNITARY STATUS PLAN |
| MARIA MENDOZA, et al., Plaintiffs,<br><br>UNITED STATES OF AMERICA, Plaintiff-Intervenor,<br><br>vs.<br><br>TUCSON UNIFIED SCHOOL DISTRICT NO. ONE, et al., Defendants. | *Typographical Corrections made on [ ], 2014*<br><br>No. CIV 74-204 (TUC) (DCB) (consolidated case) |

EXHIBIT 13
WIT: S. Wambard
DATE: 5/13/25
Maureen O. Pollard, RDR

**TABLE OF CONTENTS**

**Page**


**I. INTRODUCTION ...... 4**
- A. Overview ...... 4
- B. Procedural History ...... 4
- C. Legal Standard ...... 5
- D. General Provisions ...... 5

**II. STUDENT ASSIGNMENT ...... 7**
- A. Overview ...... 7
- B. Definitions ...... 7
- C. Student Assignment Personnel ...... 7
- D. Attendance Boundaries, Feeder Patterns, and Pairing and Clustering ...... 8
- E. Magnet Programs ...... 9
- F. Open Enrollment ...... 10
- G. Application and Selection Process for Magnet Schools and Programs and for Open Enrollment ...... 11
- H. Transfers and Inter-District Enrollment ...... 12
- I. Outreach and Recruitment ...... 12
- J. Professional Development ...... 13
- K. Reporting ...... 13

**III. TRANSPORTATION ...... 14**
- A. General Provisions ...... 14
- B. Monitoring ...... 15
- C. Reporting ...... 15

**IV. ADMINISTRATORS AND CERTIFICATED STAFF ...... 15**
- A. Overview ...... 15
- B. Personnel ...... 16
- C. Outreach and Recruitment ...... 16
- D. Hiring ...... 18
- E. Assignment of Administrators and Certificated Staff ...... 19
- F. Retention ...... 20
- G. Reductions in Force ...... 21
- H. Evaluation ...... 22
- I. Professional Support ...... 22


\DC - 064279/000001 - 3684981 v1
\\DC - 064279/000001 - 3684981 v3

| | | | |
|---|---|---|---|
| | J. | Professional Development | 23 |
| | K. | Reporting | 25 |
| **V.** | **QUALITY OF EDUCATION** | | **27** |
| | A. | Access to and Support in Advanced Learning Experiences | 27 |
| | B. | OELAS Extension | 31 |
| | C. | Dual Language Programs | 31 |
| | D. | Exceptional/Special Education | 32 |
| | E. | Student Engagement and Support | 32 |
| | F. | Maintaining Inclusive School Environments | 40 |
| | G. | Reporting | 41 |
| **VI.** | **DISCIPLINE** | | **43** |
| | A. | Overview | 43 |
| | B. | District-Wide Policies and Practices | 43 |
| | C. | Personnel | 45 |
| | D. | Parental and Community Engagement | 45 |
| | E. | Professional Development | 46 |
| | F. | Monitoring | 47 |
| | G. | Reporting | 48 |
| **VII.** | **FAMILY AND COMMUNITY ENGAGEMENT** | | **49** |
| | A. | Overview | 49 |
| | B. | Personnel | 49 |
| | C. | Family and Community Engagement Services | 50 |
| | D. | Translation and Interpretation Services | 51 |
| | E. | Reporting | 52 |
| **VIII.** | **EXTRACURRICULAR ACTIVITIES** | | **52** |
| | A. | Equitable Access to Extracurricular Activities | 52 |
| | B. | Monitoring | 52 |
| | C. | Reporting | 53 |
| **IX.** | **FACILITIES AND TECHNOLOGY** | | **53** |
| | A. | Facilities Conditions | 53 |
| | B. | Technology and Technology Conditions | 54 |
| | C. | Reporting | 54 |
| **X.** | **ACCOUNTABILITY AND TRANSPARENCY** | | **55** |
| | A. | Evidence-Based Accountability | 55 |
| | B. | Budget | 56 |
| | C. | Notice and Request for Approval | 58 |

Case 4:74-cv-00090-DCB Document 1713 Filed 11/06/14 Page 4 of 62

D. Unitary Status Plan Web Page ....................58
E. Role of Special Master and Plaintiffs ....................58
F. Reporting ....................60
**XI. FINAL TERMINATION ....................60**
A. The Court shall maintain jurisdiction over this case until the District: ....................60
**XII. EFFECT OF PRIOR ORDERS ....................60**
**XIII. SUBMISSION OF REQUEST FOR ATTORNEYS' FEES AND EXPENSES TO THE DISTRICT ....................60**

# I. INTRODUCTION

## A. Overview

The Fisher Plaintiffs, the Mendoza Plaintiffs, the United States (collectively, the "Plaintiffs"), and the Tucson Unified School District No. 1 ("TUSD," or the "District") (collectively, "the Parties") enter into this Consent Order ("Order") to resolve the longstanding desegregation case against the District. This Order consists of the Unitary Status Plan jointly proposed by the Parties, reached after months of negotiations.

## B. Procedural History

1. In May 1974, the National Association for the Advancement of Colored People ("NAACP") sued the Tucson Unified School District No. 1 on behalf of the African American students in the District, charging the District with segregating and otherwise discriminating against its African American students ("Fisher Plaintiffs"). In October 1974, the Mexican American Legal Defense and Educational Fund ("MALDEF") filed a later-consolidated lawsuit containing similar allegations on behalf of Mexican American students ("Mendoza Plaintiffs"). *Mendoza v. United States*, 623 F.2d 1338, 1341 (9th Cir. 1980), *cert. denied*, 450 U.S. 912 (1981); *Fisher v. Lohr*, CIV 74-90-TUC-WCF (D. Ariz.). In 1976, the United States intervened. The case was tried by this Court in January 1977, and Findings of Fact and Conclusions of Law were entered on June 4, 1978. The Parties subsequently reached a settlement, including a comprehensive desegregation plan that was filed with this Court, on August 11, 1978. The Stipulation of Settlement was approved by the Court by Order dated August 31, 1978.

2. On January 18, 2005, the District filed a Petition for Unitary Status, which this Court granted in April 2008, terminating court oversight pending acceptance of a Post-Unitary Status Plan ("PUSP") "fashioned by a joint committee of the parties and experts." September 14, 2011 Order ("Sept. 2011 Order") at 2. On December 18, 2009, this Court approved the PUSP and ended federal judicial oversight of the District. The Plaintiffs appealed, and on July 19, 2011, the United States Court of Appeals for the Ninth Circuit reversed this Court's decision, ordering continued jurisdiction by this Court until the District has met its burden to achieve unitary status. *See generally Fisher v. TUSD*, 652 F.3d 1131 (9th Cir. 2011).

3. On September 14, 2011, this Court ordered the appointment of a Special Master to develop a Unitary Status Plan ("USP" or "Plan") for the District. Sept. 2011 Order at 3. On January 6, 2012, the Special Master was appointed and directed to work with the Parties on a plan containing "specific substantive programs and provisions to be implemented by the TUSD to address all outstanding *Green* factors and all other ancillary

factors." January 6, 2012 Order Appointing Special Master ("Jan. 2012 Order") at 5. This Order constitutes that Plan.[1]

## C. Legal Standard

1. "The duty and responsibility of a school district once segregated by law is to take all steps necessary to eliminate the vestiges of the unconstitutional *de jure* system." *Freeman v. Pitts*, 503 U.S. 467, 485 (1992). A school district under a desegregation order is obligated to: (1) fully and satisfactorily comply with the court's desegregation decree(s) for a reasonable period of time; (2) eliminate the vestiges of the prior *de jure* segregation to the extent practicable; and (3) demonstrate a good-faith commitment to the whole of the court's decrees and to the applicable provisions of the law and the Constitution. *See id.* at 491-92; *Bd. of Educ. of Oklahoma City Pub. Sch., Indep. Sch. Dist. No. 89 v. Dowell*, 498 U.S. 237, 248-50 (1991). The affirmative duty to desegregate is a continuing responsibility, and "[p]art of the affirmative duty . . . is the obligation not to take any action that would impede the process of disestablishing the dual system and its effects." *Dayton Bd. of Educ. v. Brinkman*, 443 U.S. 526, 537-38 (1979).

2. The measure of a school district's progress toward unitary status "is the effectiveness, not the purpose," of its actions. *Brinkman*, 443 U.S. at 537-38; *see also Swann v. Charlotte-Mecklenburg Bd. of Educ.*, 402 U.S. 1, 25 (1971). A district must show both past compliance with its desegregation obligations and a commitment to the future operation of its school system in a nondiscriminatory manner. *See Dowell*, 498 U.S. at 247. To that end, a district must demonstrate its "affirmative commitment to comply in good faith with the entirety of a desegregation plan." *Freeman*, 503 U.S. at 499.

## D. General Provisions

1. In addition to all specific reporting requirements identified herein, for all new or amended plans, policies, procedures, or other significant changes contemplated pursuant to this Order, the District shall solicit the input of the Special Master and the Plaintiffs and submit such items for review before they are put into practice or use. Unless otherwise stipulated by the Parties and/or agreed to by the Special Master, or otherwise specified in this Order, Plaintiffs shall review such items and each provide comments, as appropriate, to the District and the Special Master within thirty (30) days of receipt. The Special Master and the Parties shall work towards voluntary resolution of any disputes. If any disagreements cannot be resolved within thirty (30) days from the date Plaintiffs provide their comments to the District, the Special Master shall report such disagreements to the Court together with his recommendation concerning

[1] Because this document is intended by the Parties as a consent order, it shall be referred to interchangeably as a Plan and an Order.



CONFIDENTIAL SM_TUSD_00429086

how the disagreement(s) should be resolved. The Special Master's report shall include as attachments all submissions made to him by the Parties with respect to the item(s) in issue. The Court may order additional briefing as it deems appropriate.

2. The District shall ensure that, in every data collection and analysis contemplated herein, student data shall be reported and disaggregated at minimum by race, ethnicity and where indicated, English language status. Unless otherwise specified, student enrollment data shall be reported as of the fortieth (40th) day of each school year and shall be reported to the Plaintiffs and the Special Master each school year by November 1 of that year.

3. Definitions are set forth in Appendix A.

4. All appendices to this Order are integral parts hereof and carry the same force as if they were included in the text.

5. The District's Annual Report shall be due on October 1 of each year for the pendency of this Order.

6. The Parties and the Special Master shall review all of the reporting requirements set forth in this Order, and to the extent appropriate, revise these requirements to facilitate the monitoring of the District's compliance with this Order and reporting to the Plaintiffs and the Special Master.

7. The Parties and the Special Master shall review all of the hiring, assignment and professional development deadlines and, to the extent appropriate, revise these deadlines to ensure the recruitment, hiring, and assignment of a strong pool of candidates, and the involvement of the newly hired and/or assigned employees in the creation of professional development plans. If the Parties and the Special Master cannot agree on revised time lines, the dispute shall be presented to the Court as set forth in Section I(D)(1).

8. The District, by and through the Superintendent or through other delegations of authority as appropriate, may establish the organizational relationships and lines of responsibility for the various offices and positions provided for in this Order, but the District may not eliminate any such offices or positions without seeking amendment to the Order through the Court.

9. The parties acknowledge that any data or information that includes personally identifiable student or personnel data will be provided by the District in accordance with application federal and state law, including the Family Educational Rights and Privacy Act, 20 U.S.C. § 1232g.

Case 4:74-cv-00090-DCB Document 1713 Filed 11/06/14 Page 8 of 62

## II. STUDENT ASSIGNMENT

### A. Overview

1. Students of all racial and ethnic backgrounds shall have the opportunity to attend an integrated school. The District shall use four strategies for assigning students to schools, to be developed by the District in consultation with the Plaintiffs and the Special Master: attendance boundaries; pairing and clustering of schools; magnet schools and programs; and open enrollment. The District shall develop and implement a coordinated process of student assignment incorporating all of these strategies, as appropriate.

2. The District shall continue to assign students to schools based on the attendance area in which the parents of the student reside. Parents may apply to a District school other than their child's attendance area school by completing a magnet or open enrollment application. Subject to possible school consolidations or closures or to any other changes contemplated herein, students may continue at the school in which they are currently enrolled from the effective date of this Order through the completion of the highest grade offered at that school.

### B. Definitions

1. Racially Concentrated School. A racially concentrated school is any school in which any racial or ethnic group exceeds 70% of the school's total enrollment, and any other school specifically defined as such by the Special Master in consultation with the Parties.

2. Integrated School. An integrated school is any school in which no racial or ethnic group varies from the district average for that grade level (Elementary School, Middle School, K-8, High School) by more than +/- 15 percentage points, and in which no single racial or ethnic group exceeds 70% of the school's enrollment.

3. Attached as Appendix C is a list of District schools with the enrollment of each school for the 2012-2013 school year, disaggregated by race and ethnicity, to provide information concerning which schools met the above definitions in the 2012-2013 school year.

### C. Student Assignment Personnel

1. Director of Student Assignment. By January 15, 2013, the District shall hire or designate a director-level employee who shall supervise the implementation of all student assignment strategies set forth in this Order. This employee shall coordinate all student assignment activities, working with the desegregation department and all other relevant departments and

schools, including but not limited to those involved with magnet schools and programs, open enrollment, transportation and facilities.

2. Magnet Strategy and Operations. The District shall hire or designate a director-level employee who shall be responsible for developing and implementing a comprehensive magnet school and program strategy for the District to enhance the integrative and educational quality of magnet schools and programs, and who shall periodically, at minimum on an annual basis, assess these schools and programs. The employee shall consult with magnet school experts, to be identified by the Parties and the Special Master by February 1, 2013, in the development and refinement of the magnet school strategy and Plan for the District (*see* Section (II)(E)(3)).

The District shall also hire or designate an individual or individuals to assist in the effective implementation and operation of the magnet schools and programs, including working with school-based personnel and developing and administering an admissions process to ensure integration of magnet schools and programs.

**D. Attendance Boundaries, Feeder Patterns, and Pairing and Clustering**

1. All schools in the District shall have an attendance boundary unless the District has specifically designated a school to have no attendance boundary.

2. The District shall review and/or redraw its attendance boundaries when it opens a new school; closes, repurposes or consolidates a school; alters the capacity of a school; or designates a school without an attendance boundary. The Parties anticipate that such changes may result in the redrawing of some attendance boundaries. When the District draws attendance boundaries, it shall consider the following criteria: (i) current and projected enrollment; (ii) capacity; (iii) compactness of the attendance area; (iv) physical barriers; (v) demographics (*i.e.*, race, ethnicity, growth projections, socioeconomic status); and (vi) effects on school integration. In applying these criteria, the District shall propose and evaluate various scenarios with, at minimum, the Plaintiffs and the Special Master in an effort to increase the integration of its schools.

3. By April 1, 2013, the District shall review its current attendance boundaries and feeder patterns and, as appropriate, amend such boundaries and patterns and/or provide for the pairing and/or clustering of schools to promote integration of the affected schools.

4. If a non-magnet school is oversubscribed for two or more consecutive years, the District shall review the attendance boundary for that school to determine if any changes should be made to ensure, among other things,

Case 4:74-cv-00090-DCB Document 1713 Filed 11/06/14 Page 10 of 62

an appropriate balance between students who reside within the attendance boundary and students who applied through open enrollment to attend the school, and allow for pairing or clustering with nearby schools to better accommodate the demand for the oversubscribed school.

5. All attendance boundary and other changes to student assignment patterns shall be subject to the notice and request for approval process set forth in Section (X)(C).

**E. Magnet Programs**

1. The District shall continue to implement magnet schools and programs as a strategy for assigning students to schools and to provide students with the opportunity to attend an integrated school. A magnet school or program is one that: focuses on a magnet theme, such as a specific academic area, a particular career or a specialized learning environment; attracts students of diverse racial and ethnic backgrounds; and encourages students to choose a school other than their attendance boundary school to participate in the magnet theme offered at that program or school. Subject to its decisions, if any, to withdraw or relocate magnet school status or programs, the District shall allow all students currently enrolled in a magnet school or program to remain in that program until they complete the highest grade offered by that school.

2. The student assignment goal for all magnet schools and programs shall be to achieve the definition of an integrated school set forth above (*see* Section (II)(B)(2)). The District, through its Family Center(s) and other recruitment strategies set forth in this Order, shall recruit a racially and ethnically diverse student body to its magnet schools and programs to ensure that the schools are integrated to the greatest extent practicable.

3. Magnet School Plan. By April 1, 2013, the District shall develop and provide to the Plaintiffs and the Special Master a Magnet School Plan, taking into account the findings of the 2011 Magnet School Study and ensuring that this Plan aligns with its other student assignment strategies and recruitment efforts. In creating the Plan, the District shall, at a minimum: (i) consider how, whether, and where to add new sites to replicate successful programs and/or add new magnet themes and additional dual language programs,[2] focusing on which geographic area(s) of the District are best suited for new programs to assist the District in meeting its desegregation obligations; (ii) improve existing magnet schools and programs that are not promoting integration and/or educational quality; (iii) consider changes to magnet schools or programs

[2] At present, the following campuses have Dual Language programs: Davis Bilingual Magnet School, Grijalva Elementary School, Hollinger Elementary School, Manzo Elementary School, McCorkle Pre-K-8, Mission View Elementary School, Pistor Middle School, Pueblo Magnet High School, Roskruge K-8 Magnet School, Wakefield Middle School, and White Elementary School.

that are not promoting integration and/or educational quality, including withdrawal of magnet status; (iv) determine if each magnet school or school with a magnet program shall have an attendance boundary; (v) determine admissions priorities/criteria for each magnet school or program and a process for review of those criteria; and (vi) ensure that administrators and certificated staff in magnet schools and programs have the expertise and training necessary to ensure successful implementation of the magnet.

Pursuant to these considerations, the Magnet School Plan shall, at a minimum, set forth a process and schedule to: (vii) make changes to the theme(s), programs, boundaries, and admissions criteria for existing magnet schools and programs in conformity with the Plan's findings, including developing a process and criteria for significantly changing, withdrawing magnet status from, or closing magnet schools or programs, that are not promoting integration or educational quality; (viii) add additional magnet schools and/or programs for the 2013-2014 school year as feasible and for the 2014-2015 school year that will promote integration and educational quality within the District, including increasing the number of dual language programs; (ix) provide necessary training and resources to magnet school and program administrators and certificated staff; (x) include strategies to specifically engage African American and Latino families, including the families of English language learner ("ELL") students; and, (xi) identify goals to further the integration of each magnet school which shall be used to assess the effectiveness of efforts to enhance integration.

4. The District shall, to the extent practicable, implement elements of the Plan in the 2013-2014 school year, and shall fully implement the Plan in the 2014-2015 school year.

5. Federal Magnet School Funding. It is the understanding of the Parties that, should federal magnet school funding pursuant to the Magnet Schools Assistance Program ("MSAP") become available to assist school districts to implement magnet schools and programs for the 2013-2014 through 2016-2017 school years, the District shall apply for MSAP funding to assist it in implementing the Magnet School Plan required by this Order.

**F. Open Enrollment**

1. Any District student may apply to attend any school, pursuant to the process set forth in Section (G) below. The goal of the open enrollment process is to provide educational choices to families throughout the District, while enhancing the integration of the District's schools.



CONFIDENTIAL 

Case 4:74-cv-00090-DCB Document 1713 Filed 11/06/14 Page 12 of 62

## G. Application and Selection Process for Magnet Schools and Programs and for Open Enrollment

1. Application. Beginning in the 2013-2014 school year, parent(s) of all students shall submit an application to enroll their child in school and submit an application by the deadline established by the District (the "Application Deadline"). Parents of students who wish to attend a school other than their attendance boundary school and/or to attend a magnet school or program must indicate these choice(s) on their application. The District shall create a single application that allows for parent(s) to apply for magnet programs and schools and/or open enrollment schools, designating the choice order of their selection(s). The District shall allow parent(s) to submit such applications at all District schools, at the District Office, at the Family Center(s), and online. If there are fewer applications for a grade in an open enrollment school or in a magnet school or program than there are available seats in that grade and program, the District shall admit all students whose parent(s) submit an application for that grade and/or program by the Application Deadline.

2. Oversubscribed Schools.

   a. Magnet schools/programs. The District shall, as part of the Magnet School Plan, develop an admissions process – *i.e.*, weighted lottery, admission priorities – for oversubscribed magnet schools and programs that takes account of the following criteria:

      - Students residing within a designated preference area. (No more than 50% of the seats available shall be provided on this basis.)
      - Siblings of students currently attending the magnet school or program.
      - Any students from Racially Concentrated Schools, whose enrollment will enhance integration at the magnet school or program.
      - Students residing in the District.

   b. Open enrollment schools. All students who reside within the school's attendance boundary shall be admitted. If space then remains in the school or program and it is oversubscribed, the District shall develop an admissions process – *i.e.,* weighted lottery, admission priorities – for oversubscribed schools and programs that takes account of the following criteria:

      - Siblings of students currently attending the school.



CONFIDENTIAL SM_TUSD_00429092

- Students from Racially Concentrated schools, whose enrollment will enhance integration at the receiving school.
- Students who enhance integration at the receiving school.

**H. Transfers and Inter-District Enrollment**

1. During the 2012-2013 school year, the District shall track transfers of any District students to and from District schools, charters, private schools, home schooling and public school districts outside of the District. This data shall be compiled and presented to the Parties and the Special Master by February 1, 2013. The Parties shall, no later than March 1, 2013, propose and discuss options to address the impact, if any, of such transfers on the District's desegregation obligations.

**I. Outreach and Recruitment**

1. By April 1, 2013, the District shall review and revise its strategies for the marketing to and recruitment of students to District schools to provide information to African American and Latino families and community members throughout the District about the educational options available in the District. These revised strategies shall include, but not be limited to:

   a. Holding marketing and recruitment fairs for students and parents in several geographically diverse District locations;

   b. Creating or amending an informational guide describing offerings at each school site. The guide shall be distributed via mail and email to all District families; posted on the website in all Major Languages; and available in hard copy at all school sites, the Family Center(s), and the District Office;

   c. Pursuant to Section (VII), developing Family Center(s) to assist with enrollment, attendance, and program questions and concerns;

   d. Engaging with community groups to share information and involve local stakeholder organizations in the enrollment process, as coordinated through the director of student assignment and the family engagement coordinator pursuant to Section (VII);

   e. Hiring or contracting for appropriate technology to manage the assignment process; and

   f. Developing a web-based interface for families to learn about schools and submit application(s) online.

Case 4:74-cv-00090-DCB Document 1713 Filed 11/06/14 Page 14 of 62

The District shall disseminate this information in all Major Languages through Family Center(s), the District's website and other media as appropriate.

2. By April 1, 2013, as more fully set forth below in Section (VII), the District shall develop a plan to expand its existing Family Center(s) and/or develop new one(s).

**J. Professional Development**

1. By October 1 of the 2013-2014 school year, the District shall ensure that all administrators, certificated staff, and any other staff involved in the student assignment and/or enrollment process receive training on the new student assignment process and procedures, and other pertinent terms of this Order and their purpose. Such training shall be specific to the roles and obligations of the specific group of administrators or staff being trained. All newly-hired District personnel involved in the student assignment and/or enrollment process shall complete the training by the beginning of the fall semester of the academic year subsequent to the academic year during which they were hired.

**K. Reporting**

1. The District shall provide, as part of its Annual Report:

   a. A disaggregated list or table with the number and percentage of students at each school and District-wide, comparable to the data at Appendix C;

   b. Disaggregated lists or tables of all students attending schools other than their attendance boundary schools, by grade, sending school and receiving school, and whether such enrollment is pursuant to open enrollment or to magnet programs or schools;

   c. Copies of all job descriptions and explanations of responsibilities for all persons hired or assigned to fulfill the requirements of this Section, identified by name, job title, previous job title (if appropriate), others considered for the position, and credentials;

   d. A copy of the 2011 and any subsequent Magnet School Studies;

   e. A copy of the Magnet School Plan, including specific details regarding any new, amended, closed or relocated magnet schools or programs and all schools or programs from which magnet status has been withdrawn, copies of the admissions process developed for oversubscribed magnet schools and programs, and a description of the status of the Plan's implementation;

f. Copies of any plans for improvement for magnet schools or programs developed by the District pursuant to this Order;

g. Copies of any applications submitted to the Magnet Schools Assistance Program;

h. A copy of the admissions process developed for oversubscribed schools;

i. Copies of all informational guides developed pursuant to the requirements of this Section, in the District's Major Languages;

j. A copy of the enrollment application pursuant to the requirements of this Section, in the District's Major Languages;

k. A copy of any description(s) of software purchased and/or used to manage the student assignment process;

l. A copy of the data tracked pursuant to the requirements of this Section regarding intra-District student transfers and transfers to and from charters, private schools, home schooling and public school districts outside of the District;

m. A copy of the outreach and recruitment plan developed pursuant to the requirements of this Section;

n. Any written policies or practices amended pursuant to the requirements of this Section;

o. A link to all web-based materials and interfaces developed pursuant to the requirements of this Section; and

p. A list or table of all formal professional development opportunities offered in the District over the preceding year pursuant to the requirements of this Section, by opportunity description, location held, and number of personnel who attended by position.

## III. TRANSPORTATION

### A. General Provisions

1. The District shall utilize transportation services as a critical component of the integration of its schools.

2. The District shall make decisions concerning the availability of transportation services, including, but not limited to, transportation services to support student participation in extracurricular activities, in a manner that promotes the attendance of District students at integrated and

Case 4:74-cv-00090-DCB Document 1713 Filed 11/08/14 Page 18 of 62

magnet schools and programs. District transportation administrators shall be included in planning and monitoring activities related to student assignment and integration.

3. The District shall provide free transportation, except as provided in Paragraph (4) below, to: (a) District students enrolled in magnet programs and schools; and (b) District students enrolled in non-magnet programs and schools that are racially concentrated when such transfers increase the integration of the receiving school. Such transportation may be provided by District vehicles or by public transportation vouchers, whichever is appropriate.

4. The District shall not be required to provide free transportation to students who live within the "walking zone" of the school in which they are enrolled, subject to exceptions set forth in the District's Transportation Policy EEA.

5. The District shall provide prospective and enrolled families with information regarding the availability of free transportation at school sites, at the Family Center(s), at the District Office, and on the website.

6. If the District contracts with a private party for the provision of transportation services, the District shall not permit the private party to discriminate on the basis of race or ethnicity in the provision of any of the services that the private party provides.

### B. Monitoring

1. By July 1, 2013, the District shall identify and implement any changes necessary to enable it to include the transportation each student receives in each student's data dashboard entry.

### C. Reporting

1. The District shall include data in its Annual Report regarding student use of transportation, disaggregated by school attended and grade level (elementary, middle, and high school).

## IV. ADMINISTRATORS AND CERTIFICATED STAFF

### A. Overview

1. The District shall seek to enhance the racial and ethnic diversity of its administrators and certificated staff through its recruitment, hiring, assignment, promotion, pay, demotion, and dismissal practices and procedures.

**B. Personnel**

1. The District shall hire or designate an individual in the human resources department who shall coordinate and review the District's outreach, recruitment, hiring, assignment and retention efforts and any reductions in force. It is anticipated that this individual shall work in conjunction with the District personnel recruiter, the director of human resources, the director of desegregation and other District personnel who are responsible for the District's personnel management. This individual shall regularly review the applicant pool to ensure that African American and Latino candidates, candidates with demonstrated success in engaging African American and Latino students, and candidates with Spanish language bilingual certifications, are included and being considered for selection by school sites and at the District level.

2. By April 1, 2013, the District shall hire or designate a director-level employee to coordinate personnel recruitment efforts. This employee shall coordinate with the employee in the human resources department designated in Paragraph (1) above and shall be responsible for: (a) managing the development of the recruitment plan with the recruitment team, and (b) organizing and monitoring District recruitment efforts pursuant to the requirements of this Section.

3. By April 1, 2013, the District shall hire or designate a director-level employee to coordinate professional development and support efforts. This employee shall work in conjunction with the individual responsible for coordinating culturally responsive pedagogy and instruction and other District personnel as appropriate to develop and implement the professional development and support efforts contemplated in this Order. This employee shall be responsible for: (a) hiring or designating appropriate trainers for professional development opportunities; (b) ensuring that all required professional development is available at multiple times and in diverse geographic locations across the District; (c) coordinating and/or providing all District-level professional development; (d) assisting school sites in ensuring that all administrators and certificated staff receive required and necessary professional development; (e) managing the continued development of the New Teacher Induction Program, including organizing the hiring or designation of Mentors and their assignment to school site(s); (f) developing and implementing the support program for underperforming and/or struggling teachers; and (g) developing and implementing the leadership program for African American and Latino administrators.

**C. Outreach and Recruitment**

1. The District shall conduct recruitment for all employment vacancies on a nondiscriminatory basis.

Case 4:74-cv-00090-DCB Document 1713 Filed 11/06/14 Page 18 of 62

2. The District has hired an outside expert to undertake a Labor Market Analysis to determine the expected number of African American and Latino administrators and certificated staff in the District, based on the number of African American and Latino administrators and certificated staff in the State of Arizona, in a four-state region, a six-state region and the United States.

3. By April 1, 2013, the District shall develop and implement a plan to recruit qualified African American and Latino candidates for open administrator and certificated staff positions. The plan shall be developed by the District recruiter with the input of a racially and ethnically diverse recruitment team comprised of school-level and district-level administrators, certificated staff and human resources personnel. The plan shall address any and all disparities identified in the Labor Market Analysis.

   a. The District recruiter, with input from the recruitment team, shall take the following steps to implement the recruitment plan, and shall modify it annually based on a review of the previous year's recruiting data and the effectiveness of past recruiting practices in attracting qualified African American and Latino candidates and candidates with Spanish language bilingual certifications. The recruitment plan shall:

      i. Establish a nationwide recruiting strategy, based at minimum on the outcome of the Labor Market Analysis, which shall include specific techniques to recruit African American and Latino candidates and candidates with Spanish language bilingual certifications from across the country, including through: (i) advertising job vacancies on national websites and publications, including career websites, national newspapers, education publications, and periodicals targeting African American and Latino communities; (ii) recruiting at Historically Black Colleges and Universities ("HBCUs"), through the Hispanic Association of Colleges and Universities ("HACU"), and at other colleges and universities with teacher preparation programs serving significant numbers of African American and/or Latino students, including providing vacancy announcements to campus career services offices; and (iii) attending local and state-wide job, diversity, and education fairs and/or expos;

      ii. Create a process to invite retired African American and Latino administrators and certificated staff to be considered for open positions for which they are qualified;

iii. Incorporate strategies for building and utilizing partnerships with local employers that recruit nationally to promote TUSD employment opportunities to their prospective employees and their families;

iv. Develop local programs to identify and support local high school, college and university students to interest them in teaching careers, including, for college and university students, exploring and promoting opportunities for teaching in the District; and

v. Encourage and provide support for African American and Latino non-certificated staff (*e.g.*, paraprofessionals) who are interested in pursuing certification.

**D. Hiring**

1. The District shall ensure that interview committees for the hiring of administrators and certificated staff include African American and/or Latino members. For school site-level hiring, the principal shall submit to the District human resources department the names and race/ethnicity of the members of each interview panel. For District-level hiring, the individual who selects the hiring panel shall also submit this information to the District human resources department.

2. The District shall maintain a centralized electronic database of all applicants for administrative and certificated staff positions, including each applicant's name, race and ethnicity (as provided by the applicant), highest degree attained, and all certifications (*e.g.*, bilingual certification, special education certification), and shall maintain each applicant's information in the database for a period of at least three years, unless the applicant requests that his or her application be withdrawn. The District shall maintain an active certificated staff and administrator pool and shall encourage applicants to apply for individual positions and to apply for the pool. All applicants in the pool shall be considered for all available vacancies for which they qualify.

3. Each interview committee, at both the site level and district level, shall utilize a standard interview instrument with core uniform questions to be asked of each candidate that applies for that position and a scoring rubric.

4. The District shall identify why individuals who are offered positions do not accept them, to the extent such applicants respond to such post-offer inquiries.

Case 4:74-cv-00090-DCB Document 1713 Filed 11/06/14 Page 20 of 62

### E. Assignment of Administrators and Certificated Staff

1. All District schools shall seek to have a racially and ethnically diverse staff. The District shall track and report information on school-based administrators and certificated staff by race and ethnicity (as provided by the employee). Attached as Appendix D is data setting forth the racial/ethnic composition of TUSD teachers and principals by school level for the 2009-2012 school years.

2. The District shall identify significant disparities (*i.e.*, more than a 15 percentage point variance) between the percentage of African American or Latino certificated staff or administrators at an individual school and district-wide percentages for schools at the comparable grade level (Elementary School, Middle School, K-8, High School). The assessment of significant disparities shall also take into account the percentage of African American and Latino students on each school campus. The District shall assess the reason(s) for the disparities and shall review and address, to the extent relevant and practicable, its hiring and assignment practices, including enforcing hiring policies and providing additional targeted training to staff members involved in hiring and assignment.

3. To address any disparities as identified pursuant to Section (IV)(E)(2) above, or to address resource needs at a particular campus (*e.g.*, voluntary reassignment of bilingual personnel to campuses with increased numbers of ELL students or to dual language programs), the District may also reassign personnel between schools. To facilitate such reassignments, the District shall notify all current certificated staff at every school in the District of the opportunity to apply to voluntarily transfer as described in this section. The District shall give all interested personnel a reasonable period in which to apply for a transfer. The District shall include these voluntary transfer applications in every pool of candidates submitted to each school to the extent they are qualified personnel whose transfer would enhance the racial and ethnic diversity of the certificated staff at the school.

4. The District shall make efforts to assign and attract a diverse administrative team to any school with more than one site-based administrator. Such administrators shall be selected from a pool that includes African American and/or Latino candidates.

5. Through the human resources department coordinator identified in Section (IV)(B)(1) above, the District shall make efforts to increase the number of experienced teachers and reduce the number of beginning teachers hired by Racially Concentrated schools or schools in which students are achieving at or below the District average in scores on state tests or other relevant measures of academic performance, and to avoid assigning first-year principals to Racially Concentrated schools or schools serving



CONFIDENTIAL SM_TUSD_00429100

students who are achieving below the District average in scores on state tests or other relevant measures of academic performance. Exceptions to this provision may be permitted by the Superintendent on a case-by-case basis.

6. By July 1, 2013, the District shall develop a pilot plan to support first-year teachers serving in schools where student achievement is below the District average. This plan shall include the criteria for identifying the schools in which the program will be piloted in the 2013-2014 school year and for evaluation by the Office of Accountability and Research. The plan shall include professional development targeted toward the specific challenges these teachers face.

**F. Retention**

1. The District shall adopt measures intended to increase the retention of African American and Latino administrators and certificated staff, including, but not limited to, doing and/or taking into account the following:

   a. Commencing with the effective date of this Order, on an ongoing basis, evaluating whether there are disparities in the attrition rates of African American and Latino administrators or certificated staff compared to other racial and ethnic groups. If disparities are identified, the District shall, on an ongoing basis, assess the reason(s) for these disparities and develop a plan to take appropriate corrective action. If a remedial plan to address disparate attrition is needed, it shall be developed and implemented in the semester subsequent to the semester in which the attrition concern was identified;

   b. Surveying teachers each year using instruments to be developed by the District and disaggregating survey results by race, ethnicity, and school site to assess teachers' overall job satisfaction and their interest in continuing to work for the District. These surveys shall be anonymous; and

   c. Conducting biannual focus groups of representative samples of District certificated staff to gather perspectives on the particular concerns of these staff in hard-to-fill positions (*e.g.*, ELL and special education teachers) and/or who have been hired to fulfill a need specifically identified in this Order.[3]

[3] This shall refer to individuals hired pursuant to Sections (II), (IV), (V), (VI), and (VII).

Case 4:74-cv-00090-DCB Document 1713 Filed 11/06/14 Page 22 of 62

## G. Reductions in Force[4]

1. By February 1, 2013, the District shall develop a plan ("RIF Plan") which takes into account the District's desegregation obligations for any reductions in force ("RIF") or other employment actions requiring the dismissal of administrators and/or certificated staff members who have been hired to fulfill a need specifically identified in this Order.[5] The RIF Plan, and any future modifications, shall be communicated to all personnel in writing and posted on the District's website. No reductions in force may take place sooner than 30 days after the RIF Plan is communicated to all personnel. If reductions in force are necessary before February 1, 2013, due to school closures or other significant changes in schools' capacities, the District shall communicate informally regarding the substance of the new RIF Plan to administrators and certificated staff members before any such RIFs take place.

2. Administrators and certificated staff members who have been hired to fulfill a need specifically identified in this Order[6] and who are meeting performance and conduct standards shall not be subject to a RIF for at least three full school years after they have been hired. Principals who are selecting candidates for RIFs shall consider administrators and certificated staff members' evaluations in making their selections.

3. After a reduction in force, the District shall place the names of those administrators and certificated staff who have been subject to RIF and who wish to be considered for reemployment in the District on a list of candidates for future employment. In the event that the District has future job openings, it shall review this list and determine whether these administrators or certificated staff are qualified for the vacant positions. If so, the District shall contact them to determine if they are interested in the position, and if so, the District shall place them in the pool of job candidates.[7]

4. No vacancy created as a result of the RIF of an African American or Latino administrator or certificated staff member may be filled until such displaced administrator or certificated staff member who is qualified has had an opportunity to fill the vacancy and has failed to accept an offer to do so.

5. The District shall ensure that any reductions in force or employment actions requiring the demotion or dismissal of administrators or

---

[4] The provisions of this Section do not apply to persons dismissed for cause.
[5] This shall refer to individuals hired pursuant to Sections (II), (IV), (V), (VI), and (VII).
[6] This shall refer to individuals hired pursuant to Sections (II), (IV), (V), (VI), and (VII).
[7] This provision shall not be interpreted or applied to provide lesser rights than certificated staff members or administrators may have pursuant to separate agreements with the District.

certificated staff shall not be made due to the race or ethnicity of the demoted or dismissed individual.

**H. Evaluation**

1. By July 1, 2013, the District shall review, amend as appropriate, and adopt teacher and principal evaluation instruments to ensure that such evaluations, in addition to requirements of State law and other measures the District deems appropriate, give adequate weight to: (i) an assessment of (I) teacher efforts to include, engage, and support students from diverse racial, ethnic, cultural, and linguistic backgrounds using culturally responsive pedagogy and (II) efforts by principals to create school conditions, processes, and practices that support learning for racially, ethnically, culturally and linguistically diverse students; (ii) teacher and principal use of classroom and school-level data to improve student outcomes, target interventions, and perform self-monitoring; and (iii) aggregated responses from student and teacher surveys to be developed by the District, protecting the anonymity of survey respondents. These elements shall be included in any future teacher and principal evaluation instruments that may be implemented. All teachers and principals shall be evaluated using the same instruments, as appropriate to their position.

**I. Professional Support**

1. By July 1, 2013, the District shall amend its New Teacher Induction Program ("NTIP") to provide new teachers (*i.e.*, teachers in their first two years of teaching) with the foundation to become effective educators. The NTIP shall, at a minimum: (a) build beginning teachers' capacity to be reflective and collaborative members of their professional learning communities (*see* Paragraph 4 below); and (b) engage thoughtfully with students from diverse racial, ethnic, cultural, and linguistic backgrounds using culturally responsive pedagogy. The District shall hire or designate an appropriate number of New Teacher Mentors based on the best practices for such mentoring/coaching in the field. These Mentors shall not have direct teaching assignments.

2. By July 1, 2013, the District shall develop a plan for and implement strategies to support underperforming or struggling teachers regardless of their length of service. Teachers shall be referred to the program by school- or District-level administrators based on evidence (*e.g.*, from student surveys, administrator observations, discipline referrals, and/or annual evaluations) that the teacher requires additional professional development and mentor support. The support program shall utilize research-based practices such as those embodied in Peer Assistance and Review programs.

Case 4:74-cv-00090-DCB Document 1713 Filed 11/06/14 Page 24 of 62

3. By July 1, 2013, the District shall develop and implement a plan for the identification and development of prospective administrative leaders, specifically designed to increase the number of African American and Latino principals, assistant principals, and District Office administrators. The plan shall propose methods for "growing your own," including the possibility of financial support to enable current African American and Latino employees to receive the required certifications and educational degrees needed for such promotions.

4. Commencing no later than October 1, 2013, the District shall provide appropriate training for all school site principals to build and foster professional learning communities ("PLCs") among teachers at their schools so that effective teaching methods may be developed and shared. This training shall include strategies to: (a) build regular structured time into teachers' schedules to co-plan and collaborate, observe each other's classrooms and teaching methods, and provide constructive feedback so that best practices for student success can be shared; (b) develop within- and across-school networks to encourage teachers with experience and success in using culturally responsive pedagogy to engage students to mentor and coach their peer teachers; (c) engage in collaborative problem solving based on analyses of student performance; and (d) encourage and provide space, resources, and support for constructive student-teacher, teacher-teacher, and teacher-family interactions.

**J. Professional Development**

1. By April 1, 2013, the District shall develop a plan to ensure that all administrators and certificated staff are provided with copies of this Order and are trained on its elements and requirements prior to the commencement of the 2013-2014 school year.

2. By June 1, 2013, the District shall designate, hire, or contract for appropriate trainers for all certificated staff, administrators and paraprofessionals to provide the professional development necessary to effectively implement the pertinent terms of this Order. These trainers shall work in conjunction with the District's director of culturally responsive pedagogy and instruction and coordinator of professional development to develop appropriate trainings, and shall conduct these professional development sessions throughout the 2013-2014 school year and thereafter. All newly-hired or promoted certificated staff, administrators and paraprofessionals in the District, or individuals who did not attend the first session(s) of professional development described here, shall do so the next time the trainings are held, or in the beginning of the fall semester of the academic year subsequent to the academic year during which they were hired or promoted or missed such training, whichever is sooner. At that time such personnel also shall receive a copy of this Order and the training referenced above (*see* Paragraph 1 above).

3. The District shall ensure that all administrators, certificated staff, and paraprofessionals receive ongoing professional development, organized through the director of culturally responsive pedagogy and instruction and the coordinator of professional development, that includes the following elements:

   a. The District's prohibitions on discrimination or retaliation on the basis of race and ethnicity;

   b. Practical and research-based strategies in the areas of: (i) classroom and non-classroom expectations; (ii) changes to professional evaluations; (iii) engaging students utilizing culturally responsive pedagogy, including understanding how culturally responsive materials and lessons improve students' academic and subject matter skills by increasing the appeal of the tools of instruction and helping them build analytic capacity; (iv) proactive approaches to student access to ALEs; (v) the District's behavioral and discipline systems, including Restorative Practices, Positive Behavior Interventions and Supports, and amendments to the Guidelines for Student Rights and Responsibilities; (vi) recording, collecting, analyzing, and utilizing data to monitor student academic and behavioral progress, including specific training on the inputting, accessing, and otherwise using the District's existing and amended data system(s); (vii) working with students with diverse needs, including ELL students and developing a district-wide professional development plan for all educators working with ELL students; and (viii) providing clear, concrete, and accessible strategies for applying tools gained in professional development to classroom and school management, including methods for reaching out to network(s) of identified colleagues, mentors, and professional supporters to assist in thoughtful decision-making; and

   c. Any other training contemplated herein.

   This professional development shall be offered on a regular basis, both integrated into instructional days and in dedicated professional development time during the summer or school year, as appropriate.

4. For administrators and certificated staff identified pursuant to their evaluations as in need of improvement, the District shall provide additional targeted professional development designed to enhance the expertise of these personnel in the identified area(s) of need.

5. The District shall provide all personnel involved in any part of the hiring process with annual training on diversity, the competitive hiring process, the District's non-discrimination policies, state and federal non-

Case 4:74-cv-00090-DCB Document 1713 Filed 11/06/14 Page 26 of 62

discrimination law (including EEOC guidelines), the District's recruitment plan, and use of the District's interview protocols. Such training shall be in addition to each such employee's annual professional development requirement.

6. Through the director of culturally responsive pedagogy and instruction, the District shall facilitate opportunities for administrators and certificated staff who consistently demonstrate best practices in their classrooms or schools to coach, mentor, and collaborate with their peers and provide opportunities for other personnel to observe these best practices.

**K. Reporting**

1. The District shall provide, as part of its Annual Report:

a. Copies of all job descriptions and explanations of responsibilities for all persons hired or assigned to fulfill the requirements of this Section, identified by name, job title, previous job title (if appropriate), others considered for the position, and credentials;

b. A copy of the Labor Market Analysis, and any subsequent similar studies;

c. A copy of the recruitment plan and any related materials;

d. The following data and information, disaggregated by race and ethnicity:

i. For all administrator and certificated staff vacancies advertised and/or filled immediately prior to and during the preceding school year, a report identifying the school at which the vacancy occurred; date of vacancy; position to be filled (*e.g.*, high school math teacher, second grade teacher, principal, etc.); number of applicants; number of applicants interviewed, by race (where given by applicant); date position was filled; person selected; and for any vacancy that was not filled, the reason(s) the position was not filled;

ii. Lists or tables of interview committee participants for each open position, by position title and school site;

iii. Lists or tables of all administrators and certificated staff delineated by position, school, grade level, date hired, and total years of experience (including experience in other districts), and all active certifications, with summary tables for each school and comparisons to District-wide figures;

iv. Lists or tables of administrators or certificated staff who chose voluntary reassignment, by old and new position; and

v. Lists or tables of administrators and certificated staff subject to a reduction in force, by prior position and outcome (*i.e.*, new position or dismissal);

e. Copies of the District's interview instruments for each position type and scoring rubrics;

f. Any aggregated information regarding why individuals offered positions in the District chose not to accept them, reported in a manner that conforms to relevant privacy protections;

g. The results of the evaluation of disparities in hiring and assignment, as set forth above, and any plans or corrective action taken by the District;

h. A copy of the pilot plan to support first year teachers developed pursuant to the requirements of this Section;

i. As contemplated in (IV)(F)(1)(a), a copy of the District's retention evaluation(s), a copy of any assessments required in response to the evaluation(s), and a copy of any remedial plan(s) developed to address the identified issues;

j. As contemplated in (IV)(F)(1)(b), copies of the teacher survey instrument and a summary of the results of such survey(s);

k. Descriptions of the findings of the biannual focus groups contemplated in (IV)(F)(1)(c);

l. A copy of the RIF plan contemplated in (IV)(G)(1);

m. Copies of the teacher and principal evaluation instruments and summary data from the student surveys contemplated in (IV)(H)(1);

n. A description of the New Teacher Induction Program, including a list or table of the participating teachers and Mentors by race, ethnicity, and school site;

o. A description of the teacher support program contemplated in (IV)(I)(2), including aggregate data regarding the numbers and race or ethnicity of teachers participating in the program;

p. A copy of the leadership plan to develop African American and Latino administrators; and

q. For all training and professional development provided by the District pursuant to this section, information on the type of opportunity, location held, number of personnel who attended by position; presenter(s), training outline or presentation, and any documents distributed.

## V. QUALITY OF EDUCATION

### A. Access to and Support in Advanced Learning Experiences

1. Overview. The purpose of this section shall be to improve the academic achievement of African American and Latino students in the District and to ensure that African American and Latino students have equal access to the District's Advanced Learning Experiences.

2. General Provisions.

a. By April 1, 2013, the District shall hire or designate a District Office employee to be the Coordinator of Advanced Learning Experiences ("ALEs"). ALEs shall include Gifted and Talented ("GATE") programs, Advanced Academic Courses ("AACs"), and University High School ("UHS"). AACs shall include Pre-Advanced Placement ("Pre-AP") courses, which were formerly referred to as "Honors," "Accelerated," or "Advanced," and any middle school course offered for high school credit; Advanced Placement ("AP") courses; Dual-Credit courses; and International Baccalaureate ("IB") courses. The ALE Coordinator shall have responsibility for: reviewing and assessing the District's existing ALEs, developing an ALE Access and Recruitment Plan, assisting appropriate District departments and schools sites with the implementation of the ALE Access and Recruitment Plan, and developing annual goals, in collaboration with relevant staff, for progress to be made in improving access for African American and Latino students to ALE programs. These goals shall be shared with the Plaintiffs and the Special Master and shall be used by the District to evaluate effectiveness.

b. By July 1, 2013, the ALE Coordinator shall complete an assessment of existing ALE programs, resources, and practices in the District and by school site. This assessment shall include: (i) a review of the ALEs offered at each school; the number of students enrolled in each ALE program at each school (disaggregated by grade level, race, ethnicity, ELL status); and the resources available in each school for ALEs (*e.g.*, part-time or full-time personnel assigned, annual budget); and (ii) a determination of what, if any, gaps in ALE access exist and what, if any, barriers there are for students at each school site to enroll in and

successfully complete ALEs offered at each school site. The assessment shall include an analysis of the data and information gathered and findings, including whether African American and Latino students, including ELL students, have equitable access to ALEs, and recommendations resulting from the analysis, including recommendations regarding additional data that the District's data system should gather to track students' ALE access and participation.

c. By October 1, 2013, the ALE Coordinator shall develop the ALE Access and Recruitment Plan, which shall include strategies to identify and encourage African American and Latino students, including ELL students, to enroll in ALEs; to increase the number of African American and Latino students, including ELL students, enrolling in ALEs; and to support African American and Latino students, including ELL students, in successfully completing ALEs. In developing this Plan, the ALE Coordinator shall take into account the findings and recommendations of the assessment of existing ALE programs, resources, and practices in the District and best practices implemented by other school districts.

d. To recruit and encourage African American and Latino students, including ELL students, to apply for and enroll in ALEs, the ALE Access and Recruitment Plan shall include, but not be limited to, the following strategies:

i. Developing accessible materials (*e.g.*, informational booklets and DVDs, web pages, mailers) describing the District's ALE offerings by content, structure, requirements, and location;

ii. Coordinating with the relevant administrator(s) at the Family Center(s) and in the District Office to distribute such materials to parents;

iii. Holding community meetings and informational sessions regarding ALEs in geographically diverse District locations, coordinated with the Family Center(s), Multicultural Student Services, and any other relevant District departments;

iv. Providing professional development to administrators and certificated staff to identify and encourage African American and Latino students, including ELL students, to enroll in ALEs; and

Case 4:74-cv-00090-DCB Document 1713 Filed 11/06/14 Page 30 of 62

v. Ensuring that there is equitable access to ALEs, including by: (I) assessing the feasibility of testing all students at appropriate grade levels and using multiple measures for selection to GATE and UHS; (II) increasing access to academic preparation programs such as AVID; and (III) eliminating barriers to ALE enrollment, including, as appropriate, providing weighted grades for pre-AP and AP students, offering free or reduced AP exam fees for low-income students, offering to waive other participation fees for any ALEs, integrating AAC sessions into summer academies, and creating structures for peer mentoring and pairing, and the provision of resources for ALEs.

e. The Plan shall include a complaint process to allow students and/or parent(s) to file complaints regarding practices that have the intent or effect of excluding students from enrollment, identification, admission, placement, or success in ALEs. The District shall disseminate information regarding this complaint process at all school sites, through the Family Center(s), at the District Office, and on the website.

f. By January 1, 2014, the District shall implement the ALE Access and Recruitment Plan.

3. Gifted and Talented Education ("GATE") Services

a. In developing the ALE Access and Recruitment Plan, the ALE Coordinator shall use the results of the assessment and analyses required by Section (V)(A)(2)(b) to:

i. Increase the number and percentage of African American and Latino students, including ELL students, receiving GATE services by improving screening procedures for GATE services and placement in GATE services to ensure that students are identified, tested, and provided with GATE services in a fair and nondiscriminatory manner that does not have an adverse impact on any student based on his/her race, ethnicity or English language proficiency;

ii. Increase the number and quality of GATE offerings, as appropriate, to provide equal access and equitable opportunities for all students, including assessing the feasibility of adding or expanding GATE dual language programs;

iii. Assess whether the implementation of GATE services at school sites (*e.g.*, self-contained, pull-out, clustering, or

resource-driven models) should be modified to increase access to GATE services and to avoid within-school segregation; and

iv. Require all GATE teachers to be gifted-endorsed or to be in the process of obtaining gifted endorsement.

4. Advanced Academic Courses ("AACs")

a. In developing the ALE Access and Recruitment Plan, the ALE Coordinator or designee shall use the results of the assessments and analyses as required by Section (V)(A)(2)(b) to:

i. Increase the number and percentage of African American and Latino students, including ELL students, enrolled in AACs by improving identification, recruitment, and placement to ensure that students have access to AACs in a fair and nondiscriminatory manner;

ii. Increase the number of AAC offerings, as appropriate, to provide equal access and equitable opportunities for all students to participate in these courses, including expanding the number of AP courses offered at District high schools and the number of grades in which such courses are offered;

iii. Improve the quality of Pre-AP and AP courses by making these courses subject to audit by the College Board; and

iv. Provide professional development to train all AAC teachers using appropriate training and curricula, such as that provided by the College Board.

5. University High School ("UHS") Admissions and Retention

a. By April 1, 2013, the District shall review and revise the process and procedures that it uses to select students for admission to UHS to ensure that multiple measures for admission are used and that all students have an equitable opportunity to enroll at University High School. In conducting this review, the District shall consult with an expert regarding the use of multiple measures (*e.g.*, essays; characteristics of the student's school; student's background, including race, ethnicity and socioeconomic status) for admission to similar programs and shall review best practices used by other school districts in admitting students to similar programs. The District shall consult with the Plaintiffs and the Special Master during the drafting and prior to implementation of the revised admissions procedures. The District shall pilot these admissions

procedures for transfer students seeking to enter UHS during the 2013-2014 school year and shall implement the amended procedures for all incoming students in the 2014-2015 school year.

b. The District shall administer the appropriate UHS admission test(s) for all 7th grade students. With a signed form from a parent, a student may opt out if they do not wish to compete for entrance to UHS. Before testing each year, the District shall send explanatory materials to 7th grade families to explain the purpose of the testing and requirements for enrolling at UHS. Such materials also shall be distributed through the Family Center(s) and made available on the District's website.

c. The District shall require all counselors in all middle schools to review UHS admissions requirements with all students in 6th and the beginning of 7th grade and provide all students with application materials so that students may be aware of and prepare for the required tests in the spring of 7th grade and application in 8th grade; and

d. In addition to the outreach required by the ALE Access and Recruitment Plan, the District shall: conduct specific UHS-related outreach to students and parents about the program's offerings; encourage school personnel, including counselors and teachers, through professional development, recognition, evaluation and other initiatives, to identify, recruit and encourage African American and Latino students, including ELL students, to apply; and provide assistance for African American and Latino students, including ELL students, to stay in and to be successful at UHS.

**B. OELAS Extension**

1. During the 2012-2013 school year, the District shall pursue an Arizona Department of Education Office of English Language Acquisition Services ("OELAS")-approved reading block extension to provide access to rigorous mainstream courses and address the literacy needs of ELLs.

**C. Dual Language Programs**

1. Dual Language programs are positive and academically rigorous programs designed to contribute significantly to the academic achievement of all students who participate in them and which provide learning experiences comparable to the advanced learning experiences described above. The District shall build and expand its Dual Language programs in order to provide more students throughout the District with opportunities to enroll in these programs, including by encouraging new and current certificated staff with dual language certifications to teach in such programs and by

focusing recruitment efforts on appropriately certified teachers (*see* Section (IV)(C)(3)(a)(i)).

**D. Exceptional/Special Education**

1. The District shall develop appropriate criteria for data gathering and reporting to enable it to conduct meaningful review of its referral, evaluation and placement policies and practices on an annual basis to ensure that African American and Latino students, including ELL students, are not being inappropriately referred, evaluated or placed in exceptional (special) education classes or programs.

**E. Student Engagement and Support**

1. Overview

a. The objective of this Section is to improve the academic achievement and educational outcomes of the District's African American and Latino students, including ELL students, using strategies to seek to close the achievement gap and eliminate the racial and ethnic disparities for these students in academic achievement, dropout and retention rates, discipline (described in Section (VI)), access to Advanced Learning Experiences (described in Section (V)(1)) and any other areas where disparities and potential for improvement may be identified as a result of studies required by this Order. The District shall utilize transformative strategies that are designed to change the educational expectations of and for African American and Latino students. Through the strategies in this Section, the District shall improve African American and Latino student engagement in the academic curriculum, shall adopt culturally responsive teaching methods that encourage and strengthen the participation and success of African American and Latino students, and shall provide African American and Latino students with the necessary student support services that will allow them to improve their educational outcomes. The services and programs in this Section shall be adequately funded to meet the objectives herein.

b. To carry out the objective of this Section, the District shall implement the following strategies: (i) student support services that focus on academic intervention and dropout prevention; (ii) socially and culturally relevant curriculum, including courses of instruction centered on the experiences and perspectives of African American and Latino communities; (iii) professional development and training for administrators and certificated staff to teach socially and culturally relevant curriculum and engage African American and Latino students; (iv) establishment of support

Case 4:74-cv-00090-DCB Document 1713 Filed 11/06/14 Page 34 of 62

services for African American and Latino students including college mentoring programs; and (v) support for parent and community participation to improve the educational outcomes of African American and Latino students.

2. <u>Academic and Behavioral Supports Assessment and Plan</u>

a. By April 1, 2013, the District shall hire or designate an employee to be the academic and behavioral supports coordinator ("ABSC"), responsible for the review and assessment of the District's existing academic and behavioral support programs, resources, and practices, including, but not limited to, those currently provided through the District's student services departments. The ABSC's review and assessment shall focus on the District's efforts to provide individualized assistance and mentoring to students with academic or behavioral challenges and to students at risk of dropping out.

b. By July 1, 2013, the ABSC shall develop: (i) an assessment of existing programs, resources, and practices, disaggregated by school site(s), grades served, number of student s served, ELL status, and resources (*e.g.*, part-time or full-time personnel assigned, annual budget); (ii) an analysis, based on the data identified in this Section, of any additional resources or programs that may be needed, by grade and school site; (iii) an analysis of the school sites with the highest concentration of students in need of such programs and resources; (iv) annual goals, in collaboration with relevant staff, for increasing graduation rates for African American and Latino students, which shall be shared with the Parties and the Special Master and used by the District to evaluate the effectiveness of its efforts; and (v) procedures to ensure follow up when Mojave automatically flags a student for attention. By October 1, 2013, the ABSC shall develop a plan, in collaboration with the personnel identified below in this Section, incorporating research-based strategies to focus and increase resources for academic and behavioral support programs and dropout prevention services to ensure equitable access to such programs, concentrate resources on school site(s) and in areas where student and school data indicate there is the greatest need, and reduce the dropout rate and increase the graduation rate in each high school.

i. <u>Dropout Prevention and Retention Plan</u>. The District's dropout prevention and retention plan shall include, but not be limited to:

I. Developing yearly goals for lowering dropout rates, increasing graduation rates, and reducing retentions

in grade for African American and Latino students, including ELLs, in each high school, taking into account the recent dropout, graduation and retention rates for each group. Graduation rates, disaggregated by a number of factors including race, ethnicity and ELL status, for the 2008 -2011 school years are set forth in Appendix H;

II. Hiring or designating a dropout coordinator to work with the ABSC to implement the strategies identified herein to reduce dropout, increase graduation, and focus school and District resources on working with students whose patterns of attendance, classroom performance, or other individual challenges indicate a serious risk of dropping out;

III. Developing and implementing strategies to identify African American and Latino students, including ELL students, most at risk of being retained in grade and providing identified students with extra time and resources to accelerate their learning (*e.g.*, additional time for instruction in and after school, summer programs and individualized support, including participation and literacy programs). Particular attention shall be given to reducing the retention rate of students in grades 3 and 8;

IV. The engagement, as appropriate, of language-accessible social workers, health clinics, and school staff, or volunteers to assist in providing supports to these students;

V. Summer credit recovery programs rather than grade retention whenever possible;

VI. Ninth grade academies to ease the transition to high school;

VII. Special efforts to involve at-risk students and their families in school programs and to improve academic skills;

VIII. Positive alternatives to suspension; and

IX. Consultation with national experts on dropout prevention.

Case 4:74-cv-00090-DCB Document 1713 Filed 11/06/14 Page 38 of 62

c. By January 1, 2014, the ABSC shall implement the dropout prevention and retention plan, including having ensured that all personnel who provide academic and behavioral support are assigned to school(s) or area(s) based on the above-contemplated need analysis.

3. Data

a. By July 1, 2013, the District shall develop and/or amend its academic and behavioral intervention policies and strategies to facilitate the supports and interventions described in this section. Such amendment shall include, but not be limited to, changes to the data dashboard system to ensure that students who (i) fall below a particular academic threshold, (ii) go above a certain threshold of absences, or (iii) receive a certain threshold number of disciplinary consequences or referrals, are flagged and referred to the student services resources identified herein. By that date, the District shall make any necessary changes to Mojave to ensure that students are automatically flagged by the data tracking system when they cross these thresholds.

4. Personnel

a. Director of Support Services for African American Student Achievement. The District shall hire or designate an individual who shall coordinate the development and implementation of support and academic intervention services for African American students. This employee shall also coordinate efforts to work directly with students to improve academic achievement, provide mentorship and guidance, reduce dropout and increase the college-going rate. The director of support services for African American student achievement shall have experience in mentoring and advocacy on behalf of African American students, the development and implementation of successful academic intervention models and their evaluations, and dropout prevention.

b. Director of Support Services for Latino Student Achievement. The District shall hire or designate an individual who shall coordinate the development and implementation of support and academic intervention services for Latino students. This employee shall also coordinate efforts to work directly with students to improve academic achievement, provide mentorship and guidance, reduce dropout and increase the college-going rate. The director of support services for Latino student achievement shall have experience in mentoring and advocacy on behalf of Latino students, the development and implementation of successful

academic intervention models and their evaluation, and dropout prevention.

c. Director of Culturally Responsive Pedagogy and Instruction ("CRPI Director"). The District shall hire or designate an individual who shall supervise the implementation of courses of instruction that focus on the cultural and historical experiences and perspectives of African American and Latino communities. The CRPI director shall also supervise, develop and implement a professional development plan for administrators, certificated staff, and paraprofessionals, as appropriate, on how best to deliver these courses of instruction and to engage African American and Latino students. The CRPI director shall have experience developing and teaching curriculum focused on the African American and/or Latino social, cultural, and historical experience at the secondary level.

d. Director of Multicultural Curriculum. The District shall hire or designate an individual to supervise the development and integration of multicultural curriculum in courses at all grade levels. This employee shall work with the African American and Latino student support services staff, the CRPI director, and other relevant District Office staff to develop and implement strategies to engage African American and Latino students, including but not limited to, curriculum and pedagogy responsive to the African American and Latino social, cultural, and historical experience.

5. Professional Development

a. By the start of the 2013-2014 school year, the District shall provide all administrators and certificated staff, particularly those who are teaching courses of instruction centered on the experiences and perspectives of African American and/or Latino communities, with training on how to create supportive and inclusive learning environments for African American and Latino students with an emphasis on curriculum, pedagogy and cultural responsiveness. The trainings shall focus on learner-based approaches that emphasize students' cultural assets, backgrounds, and individual strengths. By May 1, 2013, the CRPI director shall coordinate hiring or designating individuals, as necessary, who can assist him/her in providing ongoing support and training to administrators, certificated staff, and paraprofessionals.

6. Engaging Latino and African American Students

a. The District shall adopt the following strategies to increase academic achievement and engagement among African American and Latino students:

i. The District shall continue to develop and implement a multicultural curriculum for District courses which integrates racially and ethnically diverse perspectives and experiences. The multicultural curriculum shall provide students with a range of opportunities to conduct research and improve critical thinking and learning skills, create a positive and inclusive climate in classes and schools that builds respect and understanding among students from different racial and ethnic backgrounds, and promote and develop a sense of civic responsibility among all students. All courses shall be developed using the District's curricular review process and shall meet District and state standards for academic rigor. The courses shall be offered commencing in the 2013-2014 school year.

ii. By the beginning of the 2013-2014 school year, the District shall develop and implement culturally relevant courses of instruction designed to reflect the history, experiences, and culture of African American and Mexican American communities. Such courses of instruction for core English and Social Studies credit shall be developed and offered at all feasible grade levels in all high schools across the District, subject to the District's minimum enrollment guidelines. All courses shall be developed using the District's curricular review process and shall meet District and state standards for academic rigor. The core curriculum described in this section shall be offered commencing in the fall term of the 2013-2014 school year. The District shall pilot the expansion of courses designed to reflect the history, experiences, and culture of African American and Mexican American communities to sixth through eighth graders in the 2014-2015 school year, and shall explore similar expansions throughout the K-12 curriculum in the 2015-2016 school year.

7. Services to Support African American Student Achievement:

a. The District shall continue to fund and sustain Support Services for African American Student Achievement to improve the academic achievement and educational outcomes of African American students, using strategies to reduce disparities for African

American students in academic achievement, high school dropout rates, retention, special education placement, discipline, access to Advanced Learning Experiences (described in Section (V)(A)), and any other areas where disparities may be identified as a result of studies required by this Plan.

b. The District shall develop and implement a process for providing a series of academic interventions and supports for African American students who are struggling and/or otherwise disengaged from school (*e.g.*, students who are one or more grade levels behind academically, struggling to meet academic standards either as reflected in class grades or on state-level assessments, or experiencing ongoing and escalating behavioral issues).

c. The District shall establish academic intervention teams to provide targeted support to African American students. The academic intervention teams shall consist of academic specialists (*e.g.*, pull-out reading and math teachers, academic and behavioral coaches, and paraprofessionals) and shall be assisted by staff from Support Services for African American Student Achievement.

d. The District shall hold quarterly events at each school or for clusters of schools serving African American students, as appropriate, to provide families with information about students' academic progress and college preparation (including how students can enroll in and succeed in ALEs), and to engage in activities focused on the matriculation and retention rates of African American students.

e. The District shall collaborate with local colleges and universities and identify college students, including District alumni, to provide learning support and guidance to African American students through mentoring, teaching assistance and other methods.

f. All African American student support services staff who are part of the academic intervention teams shall be trained, prior to working with students to implement specific academic intervention plans. All African American student support services staff shall also be trained on the use of data systems used to monitor the academic and behavioral progress of African American students.

g. As soon as possible after the approval of the USP by the Court, the District shall appoint a Task Force that will develop a comprehensive plan for significantly improving the academic performance of African American students. The members of this Task Force shall include representatives of Support Services for African American Student Achievement, African American



CONFIDENTIAL SM_TUSD_00429119

teachers and administrators, and experts in the education of African American students. African Americans shall comprise at least a majority of the Task Force's membership.

h. The Task Force shall consult with prominent experts who can identify research-based practices that have been shown to enhance the learning outcomes of African American students. The Task Force shall consider options for reducing the achievement gap for African American students and improving African American student educational outcomes.

i. The Task Force recommendations shall build on the Plan's provisions designed to enhance African American students' academic achievement. The Task Force shall make its report to the Superintendent, the Plaintiffs, and the Special Master no later than June 1, 2013. The recommendation shall include a plan for annual reporting and monitoring, and cost estimates of any proposals made.

8. <u>Services to Support Latino Student Achievement</u>

a. The District shall continue to fund and sustain Support Services for Latino Student Achievement to improve the academic achievement and educational outcomes of Latino students, including English language learners, using strategies including participation in AVID and, if granted, the Arizona Department of Education's Office of English Language Acquisition Services ("OELAS")-approved reading block extension, to reduce disparities for Latino students in academic achievement, high school dropout rates, retention, special education placement, discipline, access to Advanced Learning Experiences (described in Section (V)(A)) and any other areas where disparities may be identified as a result of studies required by this Plan.

b. The District shall develop and implement a process for providing a series of academic interventions and supports for Latino students who are struggling and/or otherwise disengaged from school (*e.g.*, students who are one or more grade levels behind academically, struggling to meet academic standards either as reflected in class grades or on state-level assessments, or experiencing ongoing and escalating behavioral issues).

c. The District shall establish academic intervention teams to provide targeted support to Latino students. The academic intervention teams shall consist of academic specialists (*e.g.*, pull-out reading and math teachers, academic and behavioral coaches, and

paraprofessionals) and shall be assisted by staff from Support Services for Latino Student Achievement.

d. The District shall hold quarterly events (*e.g.*, "Parent Encuentros") at each school serving Latino students to provide families with information about students' academic progress and how to prepare students for continuation to post-secondary education, (including how students can enroll in and succeed in ALEs), and to engage in activities focused on the matriculation and retention rates of Latino students.

e. The District shall collaborate with local colleges and universities and identify college students, including District alumni, to provide learning support and guidance to Latino students through mentoring, teaching assistance and other methods.

f. All Latino student support services staff who are part of the academic intervention teams shall be trained prior to working with students to implement specific academic intervention plans. All Latino support services staff shall also be trained on the use of data systems used to monitor the academic and behavioral progress of Latino students.

**F. Maintaining Inclusive School Environments**

1. The District shall not assign students to classrooms or services in a manner that impedes the District from meeting its desegregation obligations. The District shall review its referral, evaluation and placement policies and practices, as well as relevant disaggregated enrollment data, and shall take appropriate action to remedy any classroom assignment or placement of students that results in the racial or ethnic segregation of students.

2. By July 1, 2013, the District shall take steps to build and sustain the supportive and inclusive school environments described herein, including, but not limited to: (a) adopting or amending policies to reflect commitments to inclusion and non-discrimination in all District activities and disseminating those policies throughout the District; (b) piloting and implementing strategies to develop students' intercultural proficiency; and (c) amending policies and practices to protect all members of school communities from discriminatory harassment and bullying, by amending Governing Board Policy JICFB to: (i) state that all students, regardless of their background, are entitled to an educational environment free from harassment and discrimination; (ii) reaffirm that the District shall appropriately and immediately respond to and stop all conduct that may constitute harassment; (iii) ensure that the District fully investigates reported conduct that may constitute harassment; (iv) respond to complaints of discrimination promptly and appropriately; (v) state that all

complaints shall be kept confidential to the extent practicable; (vi) explain how to report allegations of harassment and discrimination; (v) identify to whom at each school and in the District Office such allegations should be reported; (vii) set forth formal complaint procedures; and (viii) inform students and their parents of their rights to file complaints. The District may work with the West Regional Equity Network to develop such policies.

3. By July 1, 2013, the District shall require each school principal to develop strategies to highlight the historic and ongoing contributions of diverse ethnic, racial, and linguistic groups in a manner that is evident throughout each school, including public displays, classroom environments and libraries.

**G. Reporting**

1. The District shall provide, as part of its Annual Report:

    a. A report, disaggregated by race, ethnicity and ELL status, of all students enrolled in ALEs, by type of ALE, teacher, grade, number of students in the class or program, and school site;

    b. The information set forth in Appendices E, F, and G, for the school year of the Annual Report set forth in a manner to permit the parties and the public to compare the data for the school year of the Annual Report with the baseline data in the Appendices and data for each subsequent year of activity under the Order;

    c. Copies of all assessments, analyses, and plans developed pursuant to the requirements of this Section;

    d. Copies of all policies and procedures amended pursuant to the requirements of this Section;

    e. Copies of all job descriptions and explanations of responsibilities for all persons hired or assigned to fulfill the requirements of this Section, identified by name, job title, previous job title (if appropriate), others considered for the position, and credentials;

    f. Copies of all recruitment and marketing materials developed pursuant to the requirements of this Section in the District's Major Languages, with a list or table of all location(s) in the District in which such materials are available;

    g. Copies of the new and/or amended admissions and testing criteria, policies, and application form(s) for University High School together with a report of all students who applied to University High School for the school year covered by the Annual Report

showing whether or not they were admitted and if they enrolled, disaggregated by race, ethnicity, and ELL status;

h. Descriptions of changes made to ALE programs pursuant to the requirements of this Section, by ALE type and school site, if made at the site level, including, but not limited to, copies of any new testing and/or identification instruments and descriptions of where and how those instruments are used and copies of any new or amended policies and training materials on ALE identification, testing, placement, and retention;

i. Copies of any new or amended complaint processes for students and/or parents related to ALE access together with a report disaggregated by race, ethnicity, ELL status, grade level, school and program of all students and/or parents who made a complaint and the outcome of the complaint process;

j. Lists or tables of any certificated staff who received additional certification(s) pursuant to the requirements of this Section;

k. Copies of relevant communications regarding the OELAS extension and the result(s) of such communications;

l. A report listing each dual language program in the District including the school, grade(s) and language in which the program is offered and setting forth the efforts made to encourage new and certificated staff with dual language certifications to teach in such programs and the results of such efforts.

m. Copies of flyers, materials, and other information advertising for and distributed at any outreach meetings or events held pursuant to the requirements of this Section;

n. A report on all amendments and revisions made to the data dashboard system and copies of all policies and procedures implemented to ensure that action is taken when a student is automatically flagged for attention by the system;

o. A disaggregated report on all students retained in grade at the conclusion of the most recent school year;

p. Description of the college mentoring program, including the school sites where college mentors have been engaged and the type of support they are providing;

q. A description of the process for providing academic intervention for struggling African American and Latino students;

r. A description of the academic intervention teams that have been established, what roles they have in improving student academic success and what schools they are in;

s. Copies or descriptions of materials for the quarterly events for families described in this Section, including where the events were held and the number of people in attendance at each event

t. For all training and professional development required by this Section, information by type of training, location held, number of personnel who attended by position, presenter(s), training outline or presentation, and any documents distributed ; and

u. A report setting forth the number and percentage of students receiving exceptional (special) education services by area of service/disability, school, grade, type of service (self-contained, resource, inclusion, etc.), ELL status, race and ethnicity.

# VI. DISCIPLINE

## A. Overview

1. The Parties acknowledge that the administration of student discipline can result in unlawful discrimination when students are disproportionately impacted or treated differently by virtue of their race or ethnicity. The Parties further acknowledge that the punitive use of serious disciplinary sanctions for low-level offenses creates the potential for negative educational and long-term outcomes for affected students.

2. The District shall not consider its student behavior policies and discipline practices in isolation, but as part of the District's overall goal of creating an inclusive and supportive environment in District schools. The District shall commit to ensuring that students remain as often as practicable in the classroom settings where learning happens. In accordance with the Guidelines for Student Rights and Responsibilities, discussed below, and to the extent practicable based on the student behavior at issue, a variety of graduated positive behavior techniques shall be used with the aim of preventing students from being excluded for any amount of time from the classroom or school.

The District shall reduce racial and ethnic disparities in the administration of school discipline. Data setting forth discipline in TUSD for the 2011-2012 school year by race/ethnicity is attached in Appendix I.

## B. District-Wide Policies and Practices

1. <u>Restorative Practices and Positive Behavioral Interventions and Supports</u>

a. The District shall continue and strengthen implementation of the following comprehensive, school-wide approaches to classroom management and student behavior:

i. "Restorative Practices," a framework to give those affected by conflict the tools and principles needed to resolve problems and build relationships. Restorative Practices focus upon the emotional and social disturbance created by conflict and provide a process for holding students accountable for their actions while building a supportive school environment; and

ii. "Positive Behavior Intervention and Supports" ("PBIS"), a set of strategies and structures to assist schools to establish a positive school culture by constructively teaching school rules and social-emotional skills; positively reinforcing appropriate student behavior; using effective classroom management strategies to provide early intervention for misbehavior; and developing a continuum of graduated and appropriate consequences for more serious and continuous misbehavior.

2. Guidelines for Student Rights and Responsibilities

a. By April 1, 2013, the District shall, in consultation with an external consultant experienced in implementing the behavior approaches described above, evaluate and revise the Guidelines for Student Rights and Responsibilities ("GSRR") to: (i) limit exclusionary consequences to instances in which student misbehavior is ongoing and escalating, and the District has first attempted and documented the types of intervention(s) used in PBIS and/or Restorative Practices, as appropriate; (ii) require the administration of consequences that are non-discriminatory, fair, age-appropriate, and correspond to the severity of the student's misbehavior; (iii) require that consequences are paired with meaningful instruction and supportive guidance (*e.g.*, constructive feedback and re-teaching) to offer students an opportunity to learn from their behavior and continue to participate in the school community; and (iv) require that law enforcement officers, including School Resource Officers, School Safety Officers, and other law enforcement and security personnel who interact with students, are not involved in low-level student discipline. Plaintiffs and the Special Master shall receive copies of the revised GSRR for review and comment pursuant to Section (I)(D)(1). None of these revisions shall prevent school personnel from protecting student safety as appropriate.

Case 4:74-cv-00090-DCB Document 1713 Filed 11/06/14 Page 46 of 62

b. By July 1, 2013, the District shall, in consultation with relevant experts, evaluate and revise, as appropriate, its due process protections for student discipline (*i.e.*, Governing Board Policy JK-R1 through JK-R4-E4 and JKA through JKAB), to ensure that students and parents are provided with a fair, impartial, and language-accessible proceeding which complies with applicable state and federal law before exclusionary discipline or punishment is imposed, as well as an opportunity to appeal. Should the District determine that changes are needed to its due process protections for student discipline, it shall propose changes to these policies. Plaintiffs and the Special Master shall be provided with copies of the proposed changes for review and comment before they are finalized pursuant to Section (I)(D)(1).

c. All District schools shall implement the revised GSRR. Any disciplinary actions shall be aligned to the GSRR standards, and comport with Restorative Practices and PBIS.

**C. Personnel**

1. By April 1, 2013, the District shall hire or designate an employee to serve as the District's restorative and positive practices coordinator ("RPPC"). The RPPC shall be responsible for working with school sites to assist in the ongoing implementation of Restorative Practices and the implementation of PBIS, including: (a) developing model behavioral assessments and interventions; and (b) assisting school sites in developing systems and structures to use data for self-monitoring practices.

2. By April 1, 2013, all District schools shall hire or designate an employee to serve as a restorative and positive practices site coordinator ("RPPSC"). A school's learning support coordinator may be designated to serve as the RPPSC for the school. The RPPSCs shall be responsible for assisting instructional faculty and staff to: (a) effectively communicate school rules; (b) reinforce appropriate student behavior; and (c) use constructive classroom management and positive behavior strategies. The RPPSCs shall also be responsible for (d) evaluating their school site's behavior and discipline practices to ensure that they are language-accessible, and (e) working with site staff and the District-level RPPC to develop corrective action plans for administrators or certificated staff as necessary.

**D. Parental and Community Engagement**

1. The revised GSRR, all related documents and the informational programs described in the paragraph below, shall be provided to all parents of students enrolled in the District, and shall be available in all of the District's Major Languages at all school sites, the District Office, the Family Centers and on the District's website. The District shall provide



CONFIDENTIAL SM_TUSD_00429126

timely translation of these documents and informational programs for families who speak lower-incidence languages.

2. The District shall develop and deliver an informational program to assist students and parents in understanding their roles and responsibilities under PBIS, Restorative Practices and the GSRR; shall host student assemblies at each school to communicate positive core values and behavioral expectations, and to explain in an age-appropriate manner the GSRR, PBIS and Restorative Practices; and shall hold informational sessions for parents at least twice per school year at each school, which shall include information regarding PBIS, Restorative Practices and the GSRR, due process and appeal procedures, and guidance on how parents can make complaints about student discipline.

**E. Professional Development**

1. The District shall ensure that all schools provide the necessary training and hire the requisite RPPSCs as described in (IV)(C)(2) to implement Restorative Practices and PBIS by the beginning of the 2013-2014 school year. All newly-hired RPPSCs and other relevant personnel shall complete the training by the beginning of the fall semester of the academic year subsequent to the academic year during which they were hired.

2. By July 1, 2013, the District shall hire or designate trainers to assist all administrators and certificated staff to implement Restorative Practices, PBIS and the standards established in the revised GSRR. The trainings shall take place before the commencement of the 2013-2014 school year.

3. By October 1, 2013, the District shall communicate to teachers their roles and responsibilities in creating and supporting positive classroom environments and schools. These responsibilities shall include: (a) defining, teaching, modeling, and consistently applying positive behavior approaches inside and outside the classroom; (b) acknowledging and reinforcing appropriate and positive student behavior; (c) providing constructive feedback to students when behavior concerns arise, and using such positive feedback and skill-building to address all low-level misbehaviors; (d) working with relevant school and District personnel to ensure that appropriate intervention techniques have been attempted before referring a student to the school site discipline administrator(s); (e) participating in trainings to build and sustain a positive school climate and to reduce and address racial and ethnic disparities in the administration of school discipline; (f) regularly entering, uploading, reading, and responding to data via Mojave; (g) utilizing data in collaboration with school site and District administrators to monitor student behavior; and (h) responding appropriately to data outcomes, particularly where data show disparities in the administration of consequences on any prohibited basis,

Case 4:74-cv-00090-DCB Document 1713 Filed 11/06/14 Page 48 of 62

including participating with supervisors in the development of corrective action plans.

4. If an individual teacher is failing to adhere to the District's student discipline policies or practices as required under this Order, or is engaging in discrimination in such practices, or administering student discipline in a racially or ethnically disparate manner, the District shall require the principal to take appropriate corrective action.

5. By October 1, 2013, the District shall communicate to administrators their roles and responsibilities in collaborating with faculty and staff to create and support inclusive classroom environments and schools and that a primary goal of this effort is to ensure that TUSD students are not subject to discriminatory disciplinary practices based on their race, ethnicity or ELL status. These responsibilities shall include: (a) ensuring that PBIS, Restorative Practices and the GSRR are communicated, advocated, and modeled to the school community; (b) providing training and support for administrators and certificated staff on Restorative Practices and PBIS; (c) ensuring effective recording, collecting, and utilization of student behavior and discipline data; (d) regularly (*i.e.*, at least monthly) evaluating classroom- and school-level behavior and discipline data to assist in decision-making at all levels, from individual student needs to needs for the school site; (e) assembling teams with appropriate certificated staff and parent(s) to address next steps for a student engaging in ongoing and escalating misbehavior in spite of appropriate interventions; (f) consistently and fairly applying the GSRR to ongoing and escalating student misbehavior; and (g) ensuring that parent(s) are included in all major decisions related to student behavior and discipline.

**F. Monitoring**

1. By April 1, 2013, the District shall identify any changes in the data reporting system necessary to meet all of the reporting and evaluation requirements of this Order and the revised GSRR, including tracking school-site-based discipline by teacher and identifying necessary changes to the input codes and consequences. All changes shall be made by July 1, 2013.

2. The District shall collect, review, and analyze discipline data from each school on at least a quarterly basis. The data shall include the number of students receiving any exclusionary discipline consequence (*i.e.*, detention, in-school suspensions, out-of-school suspensions, referrals to alternative placement, referrals for expulsion, and referrals to law enforcement), disaggregated by grade, teacher, school, ELL status, gender, and race and ethnicity. Based on this analysis, the District shall work with the RSPPC and school administrators to develop corrective action plan(s) to ensure that exclusionary discipline consequences are not meted out in a

manner that impermissibly targets or has a disparate effect on students of a particular race or ethnicity. If the data collected and reviewed suggests that any teacher or administrator at the school site is imposing discipline in a racially or ethnically disproportionate manner or otherwise contrary to District policy, the District shall, in conjunction with the principal, consider and take appropriate corrective action, including retraining or disciplinary action.

3. If the data collected and reviewed indicates that a school has been successful in managing student discipline, the District RPPC shall examine the steps being taken at the school to determine whether the approach adopted by the school should be adopted by other schools within the District, and if the RPPC determines the approach should be replicated, the District RPPC will share the strategies and approach with the District to consider replication at other schools.

4. The District shall require principals to meet on a regular basis (*i.e.*, at least monthly) with the school-site discipline team (to be comprised of the RPPSC , school administrators, and selected teachers and school resource officers) to review the school site's discipline data, discuss any school-wide corrective action plans or action items, and explore ideas for improvement.

5. The District shall develop a framework and schedule for creating any necessary corrective action plans described herein and implementing them in a timely manner (*i.e.*, within a semester of their development, or between the spring and fall semesters as appropriate).

6. All data on student discipline, as required by this Section, shall be posted on the District website as part of TUSDStats, subject to the requirements of FERPA.

## G. Reporting

1. The District shall provide, as part of its Annual Report:

   a. Copies of the analysis contemplated above in (VI)(F)(2), and any subsequent similar analyses. The information provided shall include the number of appeals to the Governing Board or to a hearing officer from long term suspensions or expulsions, by school, and the outcome of those appeals. This information shall be disaggregated by race, ethnicity and gender;

   b. Data substantially in the form of Appendix I for the school year of the Annual Report together with comparable data for every year after the 2011-2012 school year;

Case 4:74-cv-00090-DCB Document 1713 Filed 11/06/14 Page 50 of 62

c. Copies of any discipline-related corrective action plans undertaken in connection with this Order;

d. Copies of all behavior and discipline documents, forms, handbooks, the GSRR, and other related materials required by this Section, in the District's Major Languages;

e. Copies of any Governing Board policies amended pursuant to the requirements of this Order;

f. Copies of any site-level analyses conducted by the RPPSCs; and

g. Details of each training on behavior or discipline held over the preceding year, including the date(s), length, general description of content, attendees, provider(s)/instructor(s), agenda, and any handouts.

## VII. FAMILY AND COMMUNITY ENGAGEMENT

### A. Overview

1. Family and community engagement is a critical component of student success. The District shall adopt strategies, including, but not limited to, those identified in this section, to increase family and community engagement in schools, including: (a) developing and implementing an outreach plan to families; (b) providing information to families about the services, programs and courses of instruction available in the District and included in this Order; (c) learning from families how best to meet the needs of their children; and (d) collaborating with local colleges and universities and community groups to provide information and guidance designed to improve the educational outcomes of African American and Latino students, including ELL students, and provide relevant information to their families.

### B. Personnel

1. By April 1, 2013, the District shall hire or designate a District Office employee to be the Family Engagement Coordinator ("FEC"), located at the Family Center or at another reasonable location. The FEC shall be responsible for the review and assessment of the District's existing family engagement and support programs, resources, and practices, focusing on African American and Latino students, including ELL students, and families, particularly students who are struggling, disengaged, and/or at risk of dropping out, shall participate in the development and implementation of the outreach and recruitment plan in (II)(I)(i) above, and shall develop and implement the plan described below.

**C. Family and Community Engagement Services**

1. District Family Center Plan

a. By July 1, 2013, the District shall develop a plan to expand its existing Family Center(s) and/or develop new one(s). The District Family Center ("DFC") Plan shall: (i) indicate where the Family Center(s) shall be located, including whether existing Family Centers or other related resources should be consolidated or relocated; (ii) provide for the creation and distribution of new or revised materials to provide families with information regarding enrollment options pursuant to Section (II) and regarding the availability of transportation; (iii) provide for the creation and distribution of new or revised materials to provide families with detailed information regarding Advanced Learning Experiences (including the informational sessions on ALEs, information on UHS and the complaint process related to ALEs); (iv) provide for the creation and distribution of new or revised materials to provide families with detailed information regarding student discipline policies and procedures, including the revised GSRR; (v) provide for the creation and distribution of new or revised materials to provide families with detailed information regarding the curricular and student support services offered in Section V(C) Student Engagement and Support, including information on Academic and Behavioral Support, dropout prevention services, African American and Latino Student Support Services, culturally relevant courses and policies related to inclusion and non-discrimination; (vi) provide for the creation and distribution of new or revised materials to provide families with information regarding educational options for their ELL children, including the availability of dual language programs and other programs designed for ELLs; (vii) include strategies for how teachers and principals can learn from families regarding how to meet the needs of their children; and (viii) detail how the Family Center(s) will be staffed, including language requirements for all staff and whether they will be under the supervision of the FEC.

b. By July 1, 2013, the FEC shall review and assess the District's existing family engagement and support programs, resources, and practices. This review and assessment shall focus on programs, resources and practices for African American and Latino students, including ELL students, and families, particularly those for (i) students who are struggling, disengaged, and/or at risk of dropping out and (ii) students who face additional challenges because of a



CONFIDENTIAL SM_TUSD_00429131

Case 4:74-cv-00090-DCB Document 1713 Filed 11/08/14 Page 52 of 62

lack of access to technology.[8] The review shall include information on the location of programs and resources, the personnel assigned to family and community engagement efforts, funding allocated, and the data systems in place to provide information on outreach to and engagement with families and communities.

c. By October 1, 2013, the FEC shall develop and implement a plan to track data on family engagement, and the District shall make necessary revisions to Mojave to allow such data to be tracked by student.

d. By January 1, 2014, the FEC shall develop and implement a plan to reorganize or increase family engagement resources, including consolidating additional resources at the Family Center(s), to both ensure equitable access to programs and services and to concentrate resources on school site(s) and in areas where data indicates the greatest need.

e. The District shall collaborate with local colleges and universities to provide parents with information about the college enrollment process and to disseminate such information at the Family Centers.

f. The District shall provide access at its Family Centers to computers for families to complete and submit open enrollment/magnet applications online.

g. The District shall disseminate the information identified above and in Section (II), in all Major Languages, on the District's website, and through other locations and media, as appropriate.

**D. Translation and Interpretation Services**

1. The District shall continue to budget for translation and interpretation services to be coordinated at the District level under the Office of Language Acquisition. For any additional translation or interpretation of any District documents or services, schools shall contact the Office of Language Acquisition to request written translations and/or oral interpretations in Spanish and other languages. The District shall continue to retain translators and interpreters in Major Languages spoken by students and parents in the District and shall address other languages on a case-by-case basis through outside agencies.

---

[8] Such programs, resources, and practices include, but are not limited to, efforts by the African American and Latino Student Services Departments, the School Community Services Department, the Family Centers, the Family and Community Outreach Department, the Parent and Child Education ("PACE") Program, the Parent-Teacher-Student Association, the School Community Partnership Council, the Wellness Centers, and any new or amended versions of the aforementioned programs.

E. **Reporting**

1. The District shall provide, as part of its Annual Report:

   a. Copies of all job descriptions and explanations of responsibilities for all persons hired or assigned to fulfill the requirements of this Section, identified by name, job title, previous job title (if appropriate), others considered for the position, and credentials;

   b. Copies of all assessments, analyses, and plans developed pursuant to the requirements of this Section; and

   c. Copies of all policies and procedures amended pursuant to the requirements of this Section.

   d. Analyses of the scope and effectiveness of services provided by the Family Center(s).

## VIII. EXTRACURRICULAR ACTIVITIES

A. **Equitable Access to Extracurricular Activities**

1. The District shall comply with the provisions below in order to provide students equitable access to extracurricular activities.

2. The District shall ensure that extracurricular activities provide opportunities for interracial contact in positive settings of shared interest and that students have equitable access to extracurricular activities regardless of racial or ethnic background or ELL status.

3. The District shall provide a range of extracurricular activities at each school. These extracurricular activities shall provide students opportunities to participate in sports activities at schools at which they are offered, to develop leadership skills, and to pursue curricular interests and programs (*i.e* science club or "Junior Achievement").

4. The District shall provide transportation to support student participation in extracurricular activities as specified in Section III of this Order.

5. If voluntary tutoring is provided after school hours, the provision of such support shall be equitable and transportation will be provided subject to the District's policies related to entitlement to transportation

B. **Monitoring**

1. By July 1, 2013, the District shall identify any changes necessary to Mojave to enable it to report on participation in extracurricular activities. The extracurricular activities to be reported on shall include, but not be

Case 4:74-cv-00090-DCB Document 1713 Filed 11/08/14 Page 54 of 62

limited to: (a) sports; (b) social clubs; (c) student publications; and (d) co-curricular activities such as science, math, and language clubs, or after school tutoring activities. The District shall make any necessary changes to Mojave by October 1, 2013.

**C. Reporting**

1. As part of its Annual Report, the District shall provide a report of student participation in a sampling of extracurricular activities at each school. The activities that are reported each year shall include at least two activities from each of the four categories described in section (B) above: sports at schools at which they are offered, social clubs, student publications (where offered) and co-curricular activities. The data in the report shall include District-wide data and data by school, disaggregated by race, ethnicity and ELL status. The Parties shall have the right to request additional data or information if the Annual Report indicates disparities or concerns.

## IX. FACILITIES AND TECHNOLOGY

**A. Facilities Conditions**

1. The District has developed a Facilities Conditions Index ("FCI"), which rates the condition of school buildings along multiple structural dimensions and provides a composite score for each school. By July 1, 2013, the District shall amend its FCI to include, at minimum, the following: (i) location, number and condition of portable classrooms, and (ii) existence and repair status of heating and cooling system (identifying evaporative or air conditioning). In addition, by July 1, 2014, the District shall develop an Educational Suitability Score ("ESS") for each school that evaluates: (i) the quality of the grounds, including playgrounds and playfields and other outdoor areas, and their usability for school-related activities; (ii) library condition; (iii) capacity and utilization of classrooms and other rooms used for school-related activities; (iv) textbooks and other learning resources; (v) existence and quality of special facilities and laboratories (*e.g.*, art, music, band and shop rooms, gymnasium, auditoriums, theaters, science and language labs); (vi) capacity and use of cafeteria or other eating space(s); and (vii) current fire and safety conditions, and asbestos abatement plans.

2. The District shall assess the conditions of each school site biennially using its amended FCI and the ESS.

3. Based on the results of the assessments using the FCI and the ESS, the District shall develop a multi-year plan for facilities repairs and improvements with priority on facility conditions that impact the health and safety of a school's students and on schools that score below a 2.0 on the FCI and/or below the District average on the ESS. The District shall

give the next priority to Racially Concentrated Schools that score below 2.5 on the FCI.

**B. Technology and Technology Conditions**

1. By July 1, 2013, the District shall develop a Technology Conditions Index ("TCI"), which rates technology and technology conditions in schools along multiple technological dimensions and provides a composite score for each school. The TCI shall include, at minimum, the following: (i) student access to computers and other learning devices (*e.g.*, smart boards); the location of computers and learning devices (lab or classroom or both); (ii) availability of wireless and broadband Internet in a school; (iii) availability of research-based educational software or courseware; and (iv) teacher proficiency in facilitating student learning with technology.

2. The District shall assess the technology in each school biannually using the TCI.

3. Based on the results of its assessment using the TCI, the District shall develop a multi-year Technology Plan that provides for enhancements and improvements to the District's technology, with priority given to basic maintenance and required repairs and to Racially Concentrated Schools that score below the District average on the TCI.

4. The District shall include in its professional development for all classroom personnel, as more fully addressed in Section (IV)(J)(3), training to support the use of computers, smart boards and educational software in the classroom setting.

**C. Reporting**

1. The District shall provide, as part of its Annual Report:

   a. Copies of the amended FCI, ESS and TCI;

   b. A summary of the results of the FCI, ESS, and TCI analyses conducted over the previous year;

   c. A report on the number and employment status (*e.g.*, full-time, part-time) of facility support staff at each school (*e.g.*, custodians, maintenance and landscape staff), and the formula for assigning such support;

   d. A copy of the multi-year facilities plan and multi-year technology plan, as modified and updated each year and a summary of the actions taken during that year pursuant to such plans; and

Case 4:74-cv-00090-DCB Document 1713 Filed 11/06/14 Page 58 of 62

e. For all training and professional development provided by the District, as required by this Section, information on the type of training, location held, number of personnel who attended by position, presenter(s), training outline or presentation, and any documents distributed.

## X. ACCOUNTABILITY AND TRANSPARENCY

### A. Evidence-Based Accountability

1. The evidence-based accountability system is a system to review program effectiveness and ensure that, to the extent practicable, program changes address racial segregation and improving the academic performance and quality of education for African American and Latino students, including ELLs.

2. By April 1, 2013, the District shall hire or designate a District Office employee to conduct a review and analysis of the current capacity of Mojave and any other District data collection and tracking system. Such review and analysis shall determine these data system(s)' ability to: (a) track individual student demographic, academic, and behavioral data pursuant to the requirements set forth in Appendix A; (b) be compatible with and run reports concurrently with the District's data system(s) for tracking personnel data and information; and (c) automatically produce alerts, flags, and other programmed signals to indicate when students do not meet pre-determined goals or expectations for academic performance or behavioral concerns. By July 1, 2013, the District shall complete such review and analysis, which shall include an estimated timeline and cost for making necessary adjustments to the District's data systems. By October 1, 2013, the District shall hire or contract for appropriate experts to add to or amend the District's data system(s) to allow it to perform the functions described in Section (X)(A)(1)-(5). By January 1, 2014, or as soon thereafter as is reasonably possible based on projections by the District and its experts, the District shall make such changes to its data systems to allow it to perform these functions. The completed amended system shall be known as the Evidence-Based Accountability System ("EBAS").

3. The District shall require all administrators, certificated staff, and where appropriate, paraprofessionals, to undertake the training on the EBAS required pursuant to Section (IV)(J)(3). All newly-hired District personnel for whom training is warranted under this section shall complete the training by the beginning of the fall semester of the academic year subsequent to the academic year during which they were hired.

4. The District shall evaluate relevant personnel on their ability to utilize the EBAS as contemplated pursuant to Section (IV)(H)(1).

5. Reporting

a. The District shall provide, as part of its Annual Report:

i. Copies of all job descriptions and explanations of responsibilities for all persons hired or assigned to fulfill the requirements of this Section, identified by name, job title, previous job title (if appropriate), others considered for the position, and credentials; and

ii. A description of changes made to Mojave to meet the requirements of this Section, including descriptions of plans to make changes to the system in the subsequent year.

**B. Budget**

1. The District shall propose a methodology and process for allocating funds that are available to it and its schools pursuant to A. R. S. § 15-910(G) and that accounts for the requirements of this Order (USP Expenditure Plan") prior to commencing the budget process for fiscal year 2013-2014. The District shall provide the Plaintiffs and the Special Master with a copy of the proposed Plan at least within 30 days before it is to be used for the purpose of preparing the District's 2013-2014 budget. The Plaintiffs shall have 20 days in which to provide comments on the Plan to the Parties and the Special Master. Within 10 days of receiving the Plaintiffs' comments, the Special Master shall communicate to the District and the Plaintiffs his suggestions, if any, for modifying the Plan.

2. The District shall allocate funds as necessary to support the implementation of this Order during the 2012-2013 school year.

3. The District shall use the USP Expenditure Plan to prepare a budget for the school district that shall include as part of that budget a separate section delineating the budget necessary to implement the terms of this Order (the "USP Budget"). The USP Budget shall include a specific accounting of how the funding allocated through A. R. S. § 15-910(G) is to be spent consistent with the specific requirements of this Order. In addition, the USP Budget shall include entries disclosing how all funds to be expended to implement this Order, regardless of funding source, flow to specific components of the Order.

4. In preparing the USP Budget, the Superintendent and the Chief Financial Officer shall work with the Plaintiffs, the Special Master, and a school budget operations expert to be agreed upon by the Parties and the Special Master[9] to assess the funding needs for this Order. The school budget

[9] If the Parties and the Special Master cannot agree on an individual to be appointed, the Parties shall submit their recommendations to the Court, who shall make the ultimate appointment.

Case 4:74-cv-00090-DCB Document 1713 Filed 11/06/14 Page 58 of 62

operations expert shall be paid by the District but shall report to the Plaintiffs and the Special Master. The District therefore shall have the right to consent to the expert's billing rate and to propose an annual cap on the expert's fee.[10] The USP Budget shall be submitted to the Plaintiffs and the Special Master at least 30 days before being submitted to the Governing Board. Within 20 days of its submission, the Plaintiffs may provide their comments on the budget to the Parties and the Special Master. During this period, the school budget operations expert will be available to the Plaintiffs to assist them in their review of the proposed budget. Within 10 days of receiving the Plaintiffs' comments, the Special Master shall communicate to the District and the Parties, his suggestions, if any, for modifying the proposed USP Budget. Upon receipt of any proposed modifications, the District may adjust the USP Budget as appropriate and submit the budget to the Governing Board for approval. Any recommendation of the Plaintiffs and the Special Master not included in the Superintendent's final USP Budget proposal shall be noted and separately provided to the Governing Board for consideration.

5. Within ten days of the USP Budget's approval by the Governing Board, if any of the Plaintiffs or the Special Master disagrees with the budget as approved, they may file objections with the Court and the Court shall resolve the objections on an expedited basis.

6. Upon approval, the District shall post a copy of the final USP Budget on the USP Web Page required by Section (X)(D)(1).

7. The District will provide the Plaintiffs and the Special Master with an audit report of each year's USP Budget. The audit report shall indicate whether the funds allocated in the USP Budget were spent in accordance with that budget and such other information as may be necessary to provide the Plaintiffs, the Special Master, and the public with full disclosure concerning how funds allocated to the USP Budget were spent. The audit shall be conducted by an outside accounting firm and shall be posted on the USP Web Page as required by Section (X)(D)(1). Each audit report shall be delivered by January 31 after the conclusion of the fiscal year that is the subject of the audit.

8. If, after two years following approval of this Order, a Party or the Special Master believes an activity required by this Order is not making the intended progress or is redundant, unnecessary, or unduly wasteful, the Special Master may recommend and the Parties may stipulate to a recommendation that the program be discontinued. The funds for the activity in question may be reallocated to more effective or promising areas under the Order as appropriate. Should any Party disagree with the

[10] If the Parties cannot agree, the Parties shall submit their dispute to the Special Master in the first instance. In the event any party disagrees with the Special Master's proposed resolution, the Parties shall submit their dispute to the Court.

recommendation for program termination, after first reviewing their objections with the other Parties and the Special Master, that Party may request the Court to order continued funding or to discontinue funding, whatever the case may be.

**C. Notice and Request for Approval**

1. The Parties shall continue to follow the Notice and Request for Approval procedure pursuant to the January 6, 2012 Order Appointing Special Master and the August 22, 2012 Order of this Court.

2. The January 6 Order of Appointment requires the District to provide the Special Master with notice and seek approval of certain actions regarding changes to the District's assignment of students and its physical plant. January 6 Order at 3. In addition to the items noted in the Appointment Order, the District shall also provide notice and a request for approval regarding the closing or opening of magnet schools or programs and attendance boundary changes as referenced above in Section (II)(E). In order to assess the District's plans in these regards, the District shall submit with each request for approval, a Desegregation Impact Analysis, ("DIA"), that will assess the impact of the requested action on the District's obligation to desegregate and shall specifically address how the proposed change will impact the District's obligations under this Order.

3. A copy of any DIA provided to the Special Master must also be provided to the Parties at the same time.

**D. Unitary Status Plan Web Page**

1. On the home page of http://www.tusd1.org/ or any subsequent District websites, the District shall include a prominent link to a Unitary Status Plan web page ("USP web page"). This page shall serve as a resource to the community, parents, District employees, parties, and students, by providing current information related to the various elements of the Plan. The USP web page shall be available by April 1, 2013. The USP web page shall also include updated links to the current Plan; the Annual Reports, as appropriate pursuant to FERPA and other privacy concerns; USP budgets; and budget audits. All public reports and information on the USP web page shall be available in both English and Spanish.

**E. Role of Special Master and Plaintiffs**

1. The Special Master shall have all oversight authority delegated to the Special Master in the January 6, 2012 Order Appointing Special Master, as well as any other oversight authority later similarly delegated.

2. Pursuant to the authority of the January 6 Order of Appointment, the Special Master may select an Implementation Committee of three

Case 4:74-cv-00090-DCB Document 1713 Filed 11/06/14 Page 60 of 62

independent expert advisors to aid him in monitoring and overseeing implementation of this Order. The Committee, which shall be chaired by the Special Master and be ethnically and racially diverse, shall act only through the Special Master and not as an independent entity. The Committee's members will be compensated on a per diem basis in an amount approved by the Court. The Special Master shall designate the Committee by April 1, 2013, and submit the names of individuals to the Court for approval. The parties may file objections with the Court to the appointment of individual Committee members or to proposed compensation rates.

3. Upon the provision by the District to the Special Master or the Parties of any items pursuant to (I)(D)(1), or after receipt of the Annual Report, the Plaintiffs may request additional information from the District should any Plaintiff determine that such additional information is necessary to assess whether the District is complying in good faith with its desegregation obligations and the terms of this Order. Any such requests shall be made no more than seven (7) days after the provision of items pursuant to I(D)(1) and no more than thirty (30) days after the provision of the Annual Report and shall be made to the Director of Desegregation with copies of the request to the Special Master and all Parties. Should the District believe that any request is unduly burdensome or otherwise inappropriate, the Special Master shall determine the feasibility of the request and the time for compliance. Such determinations of the Special Master may be appealed to the Court pursuant to the terms of the January 2012 Order.

4. In accordance with the requirements of the January 2012 Order Appointing Special Master, the Special Master shall submit an annual report to the Court on the status of this case. The Special Master's Annual Report shall be filed by December 1 of each year and shall include at a minimum the elements enumerated in Section (III) of the January 2012 Order.

5. In accordance with the requirements of the January 2012 Order Appointing Special Master, the Special Master shall submit a Final Unitary Status Report to the Court ninety (90) days prior to the scheduled termination of this Order. The content of the Final Report shall include at a minimum the required elements enumerated in the January 2012 Appointment Order at Section (IV).

6. The Special Master shall have the authority to bring to the Court's attention at any time instances of alleged noncompliance with this Order. All allegations of noncompliance shall be made in writing and submitted to the Court with copies provided to all Parties.

**F. Reporting**

1. At the time it files its Annual Report, the District shall report on the following regarding its notices and requests for approval submitted to the Special Master:

   a. The number and nature of requests and notices submitted to the Special Master in the previous year; broken out by those requesting (i) attendance boundary changes; (ii) changes to student assignment patterns; (iii) construction projects that will result in a change in student capacity of a school or significantly impact the nature of the facility such as creating or closing a magnet school or program; (iv) building or acquiring new schools; (v) proposals to close schools; and (vi) the purchase, lease and sale of District real estate.

## XI. FINAL TERMINATION

**A. The Court shall maintain jurisdiction over this case until the District:**

1. Complies in good faith with all of its obligations under this Order and all Orders of the Court entered in this matter; and

2. Has eliminated the vestiges of its past segregation to the extent practicable.

The Parties commit to negotiate in good faith any disputes that may arise, and the Parties may seek judicial resolution of any dispute pursuant to the process set forth in the January 6, 2012 Order Appointing Special Master and as permitted by law. The Parties may move, separately or jointly, for a declaration of partial unitary status at any time. A motion for the determination of complete unitary status shall not be filed prior to the end of the 2016-2017 school year. The applicable provisions of the Federal Rules of Civil Procedure and the local rules of this Court will apply to any such motion.

## XII. EFFECT OF PRIOR ORDERS

All Orders not inconsistent herewith remain in full force and effect.

## XIII. SUBMISSION OF REQUEST FOR ATTORNEYS' FEES AND EXPENSES TO THE DISTRICT

A. Plaintiffs, other than The United States, shall submit their requests for attorneys' fees and expenses to the District within 45 days of this Order's approval. The requests for fees and expenses shall be submitted consistent with the requirements of 42 U.S.C. § 1988. Thereafter, the District shall have 60 days to review the private plaintiffs' fee and expense requests and either accept, reject, or negotiate

an agreed-to amount. In the event the District and the private plaintiffs cannot agree on an award of fees and expenses, the plaintiffs shall file their requests for fees and expenses with the Court for resolution by the Court.

B. The District and the private plaintiffs expressly acknowledge that the submission of plaintiffs' fee and expense requests directly to the District under this provision, does not waive any legal claims or defenses that the parties may have, and all such legal claims or defenses can be raised with the Court in the event no agreement on fees and expenses can be reached.

**CONSENT ORDER APPENDICES**

TABLE OF CONTENTS

Page


I. APPENDIX A: DEFINITIONS .....2
II. APPENDIX B: AIMS .....8
III. APPENDIX C: INTEGRATION CRITERIA .....10
IV. APPENDIX D: DEMOGRAPHICS .....14
V. APPENDIX E: AAC DATA .....15
VI. APPENDIX F: GATE DATA .....17
VII. APPENDIX G: UHS DATA .....21
VIII. APPENDIX H: GRADUATION RATES .....23
IX. APPENDIX I: DISCIPLINE DATA .....24

## I. Appendix A: Definitions

1. "Administrator" refers to a certificated educator who directs and manages the daily operation of an individual school, including, but not limited to, principals and assistant principals; who directs and manages centralized district-wide student achievement based programs, including, but not limited to executive directors, directors, coordinators, and managers; and administrative and supervisory personnel employed by the District Office.

2. "Alternative Placement" refers to the transfer of a student from his/her regular classroom to an alternative school setting established by the Tucson Unified School District Governing Board.

3. "Advancement Via Individual Determination" and "AVID" refer to a college-readiness system designed to increase student academic preparedness, learning, and performance by giving support to students so that they can aim to attend college and achieve their fullest potential.

4. "Bilingual Certification" refers to a post-secondary credential recognized by the State of Arizona which qualifies the holder to provide instruction in two languages.

5. "Certificated Staff" refers to all personnel employed by the Tucson Unified School District who, at minimum, hold a professional certificate issued by a state licensing entity and are employed in a position for which such certificate is required by statute, rule of the professional educator standards board, or written policy or practice of the District.

6. "Clustering" refers to the technique of pairing when it is applied to three or more schools (*see* "Pairing").

7. "Core class" refers to a course offered for core (*i.e.*, graduation) credit in a particular subject area (*e.g.*, Social Studies, English), which a student may choose to take to receive credit toward that graduation requirement.

8. "Corrective Action Plan" refers to a phased plan of action and schedule for correcting deficiencies, nonconformity, or quality issues in various contexts, including policies, procedures, and personnel concerns. Such plans will include a description of what needs to be done, when, by whom, and the records or evidence required for the corrective action taken.

9. "Culturally Responsive Pedagogy" refers to educational approaches and practices which center on the experiences and perspectives of diverse communities; create supportive and inclusive learning environments; utilize learner-centered approaches that emphasize students' cultural assets, backgrounds, social conditions, and individual strengths; and engage families as partners.

10. "Disaggregated Report" refers to specific data reports required by this Order which shall include data by race, ethnicity, and, where indicated, English language status, unless otherwise specified or agreed to by the Parties.

11. "Dual-Credit Courses" refers to courses offered at local colleges or universities in which District students may enroll and receive both District and college credit.

12. "Dual Language Program" refers to instructional programs in which students are taught literacy and content in two languages for, at a minimum, one school level (*e.g.*, elementary school).

13. "EEOC" refers to the United States Equal Employment Opportunity Commission.

14. "Effective Date" refers to the date that this Consent Order is approved and entered by the Court.

15. "English Language Learner" and "ELL" refer to students who are not English language proficient and require assistance to equally and meaningfully participate in the District's instructional programs.

16. "Evidence-Based Accountability System" and "EBAS" refer to the universe of data to be included in Mojave pursuant to this Order, and to be used for monitoring the District's compliance with and success under this Order. EBAS shall include, but is not limited to, the following: student characteristics (*e.g.*, race, ethnicity, age, grade level, years attending District schools, disability status, ELL status, LEP family status, transportation needs), student academic access and achievement (*e.g.*, standardized test scores, grade point average, grade(s) retained, enrollment in ALE by ALE type); services and interventions received (*e.g.*, individualized education plan (IEP), services for students with disabilities, ELL services, reclassified ELLs); and student behavior (*e.g.*, tardies, absences, disciplinary infractions, positive behavioral interventions), and any other information concerning the administrators and certified staff who regularly engaged with the student, including but not limited to the student's regularly assigned teachers.

17. "Exclusionary Discipline" refers to any disciplinary consequence that removes a student from classroom instruction, including, but not limited to, in-school suspension, out-of-school suspension, placement in an alternative setting or program, and expulsion.

18. "Expulsion" refers to the permanent withdrawal of the privilege of attending a school unless the Governing Board reinstates the privilege of attending the school, imposed by the Governing Board for violations of the student code of conduct.

19. "Family Centers" refers to District-level center(s) designed to provide information to families about a number of subjects, including enrollment options, the availability of transportation, and the District's academic programs and offerings by location.

20. "Federal Magnet School Funding" refers to grant funding for magnet schools and programs as available under Section 5301 *et seq.* of the No Child Left Behind Act.



CONFIDENTIAL SM_TUSD_00429145

Case 4:74-cv-00090-DCB Document 1450-1 Filed 02/20/13 Page 4 of 25

21. "Feeder Patterns" refers to the flow from one school level to a higher school level (*e.g.*, elementary to middle school) that students take as they progress through their education. Such patterns are subject to change as new schools are built and zones or patterns are redrawn pursuant, *e.g.*, to the requirements of this Order.

22. "Family Educational Rights and Privacy Act" or "FERPA" refers to the federal law that protects the privacy of student education records, 20 U.S.C. 1232(g).

23. "Gifted and Talented Education" and "GATE" refer to educational services designed to meet the academic needs of gifted students and those who have potential for high achievement.

24. "Governing Board" refers to the governing entity organized pursuant to A.R.S. § 15-321 *et seq.* responsible for administering the Tucson Unified School District's public schools.

25. "Guidelines for Student Rights and Responsibilities" refers to the District-level policy for student behavior and discipline.

26. "In-School Suspension" and "ISS" refer to a consequence for violations of the student code of conduct that removes a student from the regular classroom to a different in-school setting during the course of the regular school day.

27. "International Baccalaureate Program" refers to the rigorous academic programs leading to an internationally recognized certificate.

28. "K-8 School" refers to schools with kindergarten through eighth grade classes in the Tucson Unified School District.

29. "Lower Incidence Languages" refers to less commonly spoken languages for ELLs in the District, including any language where there are fewer than 100 students with that language background.

30. "Magnet Schools and Programs" refers to a program within a school or a school which focuses on a theme or specific instructional approach, such as a specific academic area, a particular career or a specialized learning environment; attracts students of diverse racial and ethnic backgrounds; and encourages students to choose a school other than their attendance boundary school to participate in the magnet theme or instructional approach offered at that program or school.

31. "Major Languages" refers to the most commonly spoken languages other than English for ELLs in the District, including Spanish, and any other language that the District shall add whenever the number of students with that language background reaches 100 pursuant to Governing Board Policy KBF – R.

32. "Middle School" refers to schools with sixth through eighth grade classes in the Tucson Unified School District.

33. "Mojave" refers to the District-wide electronic student information system used for academic and behavioral data, or any similar system by any name used by the District for such academic and behavioral data.

34. "Multiple Measures" refers to the types of criteria that can be used for selection to a program or school within the District. These measures can include essays; characteristics of the student's school; and the student's background, including race, ethnicity and socioeconomic status.

35. "New Teacher Induction Program" refers to the instructional and support program offered in the District for newly hired teachers who have less than two years of teaching experience.

36. "New Teacher Mentor" refers to the individuals identified to provide assistance, support, and guidance for newly hired teachers who have less than two years of teaching experience.

37. "Ninth Grade Academics" refers to programs designed to provide incoming ninth grade students with additional resources and personalized academic support to facilitate their transition to high school.

38. "Non-exclusionary Discipline" and "Non-exclusionary alternatives" refer to disciplinary consequences that do not result in the removal of a student from his/her regular classroom.

39. "Open Enrollment" refers to the student assignment provision permitting any District student to apply to attend any school, pursuant to the process set forth in Section (II)(G) of the Order.

40. "Out-of-School Suspension" and "Suspension" refer to the temporary withdrawal of the privilege of attending a school for a specified period of time imposed for violations of the student code of conduct.

41. "Oversubscribed School" refers to a school where more students are seeking to enroll than available seats in that grade and/or a school that is above its overall student capacity.

42. "Pairing" refers to combining the attendance areas of two schools that have the same grade-level structure (*i.e.*, two elementary schools) and sending the students in certain grades (*i.e.*, K-2) to one of the schools and the students in the other grades (*i.e.*, 3-5) to the other school.

43. "Paraprofessional" refers to a trained aide who assists a certificated staff member.

Case 4:74-cv-00090-DCB Document 1450-1 Filed 02/20/13 Page 8 of 25

44. "Parent" refers to either or both biological or adoptive parent(s) of the student, the student's legal guardian, or other person(s) legally responsible for a student under state law.

45. "Peer Assistance and Review Programs" refers to an evidence-based practice which relies on expert teachers to help struggling teachers improve their practice.

46. "Portables" refers to all portable facilities and temporary buildings used by the District for instructional and non-instructional purposes.

47. "Positive Behavior Interventions and Supports" and "PBIS" refer to a system of evidence-based strategies and structures to assist schools and school personnel in establishing a positive school culture by constructively teaching school rules and social-emotional skills; positively reinforcing appropriate student behavior; using effective classroom management strategies to provide early intervention for misbehavior; and developing a continuum of graduated and appropriate consequences for more serious and continuous misbehavior.

48. "Preferred Attendance Area" refers to the geographic tools used to give students who live in close proximity to a school without attendance boundaries priority status in the admission process to such schools.

49. "Professional Learning Community" refers to formal and informal structures on school sites to: (a) build regular structured time into teachers' schedules to co-plan and collaborate, observe each other's classrooms and teaching methods, and provide constructive feedback so that best practices for student success can be shared; (b) develop within- and across-school networks to encourage teachers with experience and success in using culturally responsive pedagogy to engage students to mentor and coach their peer teachers; (c) engage in collaborative problem solving focused on analyses of student performance; and (d) encourage and provide space, resources, and support for constructive student-teacher, teacher-teacher, and teacher-family interactions.

50. "Reductions in Force" refers to the dismissal of administrators and/or certificated staff members not for cause, including, but not limited to, reorganization, reduced need, and funding restructuring.

51. "Restorative Practices" refers to an approach to student discipline that focuses on resolving conflict, repairing relationships, and assisting students to redress harms caused by their conduct.

52. "Retention" refers to the holding back of a student in grade.

53. "School site discipline team(s)" refers to the individual or group of faculty, staff, and administrators on each school site who are authorized to administer or assign disciplinary consequences at the school site.

54. "Special Education Certification" refers to a post-secondary credential recognized by the State of Arizona which qualifies the holder to provide instruction for Special Education-identified students.

55. "Special Master" refers to the individual acting in that capacity pursuant to the Order of Appointment filed January 6, 2012, or any individual the Court may appoint to that role pursuant to the terms of the January 6, 2012 Order.

56. "Summer Credit Recovery Programs" are short academic programs designed to assist students who are struggling academically to receive necessary academic credits.

57. "Tucson Unified School District" and "the District" refer to a political subdivision of the state with geographic boundaries organized for the purpose of the administration, support and maintenance of the public schools, operated pursuant to A.R.S. § 15-101 *et seq.*

58. "TUSDStats" refers to the District's information portal run by the Department of Accountability and Research which provides a publicly searchable statistics database as well as a secure reporting system for parents, teachers, and staff, or any similar system by any name used by the District for such data.

59. "Unitary Status Plan" refers to this Consent Order.

60. "Walking Zone" refers to the one and a half-mile (ES and K-8) and two and a half miles (MS and HS) areas surrounding a school site.



CONFIDENTIAL 

Case 4:74-cv-00090-DCB Document 1450-1 Filed 02/20/13 Page 8 of 25

## II. Appendix B: AIMS

**TUSD AIMS Scores SY 2009-2010 to SY 2011-2012**




| | White | Af Am | Hispanic | Nat Am | As Am | MultiRac | Total |
|---|---|---|---|---|---|---|---|
| **09-10** | 79 | 57.1 | 63.8 | 56.7 | 80.2 | -- | 67.6 |
| **10-11** | 81 | 56.8 | 67.1 | 57 | 78 | 76.2 | 69.9 |
| **11-12** | 80.3 | 57.6 | 68.6 | 55.1 | 79.4 | 75.7 | 70.5 |




| | White | Af Am | Hispanic | Nat Am | As Am | MultiRac | Total |
|---|---|---|---|---|---|---|---|
| **09-10** | 76.2 | 59.7 | 66.2 | 61.5 | 79.3 | -- | 68.7 |
| **10-11** | 61.7 | 33.8 | 43.4 | 35.9 | 64.1 | 55 | 47.5 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **11-12** | 61 | 36.4 | 44.5 | 32.2 | 60.4 | 55.4 | 48 |




| | White | Af Am | Hispanic | Nat Am | As Am | MultiRac | Total |
|---|---|---|---|---|---|---|---|
| **09-10** | 60.6 | 33.1 | 40.1 | 31.9 | 67.7 | -- | 45.6 |
| **10-11** | 62.1 | 31.4 | 42.2 | 32.8 | 64.8 | 54.1 | 46.6 |
| **11-12** | 62.6 | 33.9 | 45.3 | 32 | 67.9 | 55.9 | 48.8 |

Case 4:74-cv-00090-DCB Document 1450-1 Filed 02/20/13 Page 19 of 25

## III. Appendix C: Integration Criteria

**Schools Meeting the Order's Integration Criteria SY 2011-2012**

| High Schools | Racially Concentrated | Integrated | N(%) White | N(%) African American | N(%) Latino | N(%) Native American | N(%) Asian American | N(%) Multi-Racial |
|---|---|---|---|---|---|---|---|---|
| High School Total | | | 4,232 (28.7%) | 930 (6.3%) | 8,306 (56.4%) | 448 (3.0%) | 110 (11.8%) | 326 (2.2%) |
| Catalina Magnet | | • | 273 (23.5%) | 166 (14.3%) | 545 (46.9%) | 38 (3.3%) | 108 (9.3%) | 33 (2.8%) |
| Cholla Magnet | • | | 150 (9.5%) | 63 (4.0%) | 1,239 (78.4%) | 103 (6.5%) | 9 (0.6%) | 17 (1.1%) |
| Palo Verde | | • | 269 (29.0%) | 126 (13.6%) | 450 (48.4%) | 19 (2.0%) | 27 (2.9%) | 38 (4.1%) |
| Pueblo Magnet | • | | 59 (3.5%) | 31 (1.8%) | 1,513 (89.7%) | 71 (4.2%) | 8 (0.5%) | 5 (0.3%) |
| Rincon | | • | 300 (28.6%) | 84 (8.0%) | 543 (51.7%) | 17 (1.6%) | 84 (8.0%) | 22 (2.1%) |
| Sabino | | | 727 (66.3%) | 38 (3.5%) | 268 (24.5%) | 11 (1.0%) | 18 (1.6%) | 34 (3.1%) |
| Sahuaro | | | 983 (53.2%) | 130 (7.0%) | 614 (33.2%) | 20 (1.1%) | 50 (2.7%) | 52 (2.8%) |
| Santa Rita | | | 417 (43.7%) | 97 (10.2%) | 363 (38.0%) | 9 (0.9%) | 28 (2.9%) | 41 (4.3%) |
| Tucson Magnet | • | | 513 (16.3%) | 152 (4.8%) | 2,263 (72.0%) | 134 (4.3%) | 45 (1.4%) | 36 (1.1%) |
| | | | | | | | | |
| K-8 & Middle Schools | Racially Concentrated | Integrated | N(%) White | N(%) African American | N(%) Latino | N(%) Native American | N(%) Asian American | N(%) Multi-Racial |
| K8 & MS Total | | | 2,379 (20.1%) | 714 (6.0%) | 7,648 (64.6%) | 480 (4.1%) | 301 (2.5%) | 308 (2.6%) |
| Carson | | | 139 (30.8%) | 61 (13.5%) | 198 (43.8%) | 9 (2.0%) | 18 (4.0%) | 27 (6.0%) |
| Doolen | | | 209 (31.9%) | 64 (9.8%) | 281 (42.8%) | 18 (2.7%) | 54 (8.2%) | 30 (4.6%) |
| Gridley | | | 366 (53.8%) | 34 (5.0%) | 228 (33.5%) | 5 (0.7%) | 23 (3.4%) | 24 (3.5%) |
| Hohokam | | | 25 (8.5%) | 12 (4.1%) | 191 (65.0%) | 62 (21.1%) | 2 (0.7%) | 2 (0.7%) |
| Lawrence 3-8 | | | 12 (3.3%) | 0 (0.0%) | 156 (43.1%) | 193 (53.3%) | 1 (0.3%) | 0 (0.0%) |
| Magee | | | 323 (50.1%) | 45 (7.0%) | 222 (34.4%) | 5 (0.8%) | 21 (3.3%) | 29 (4.5%) |
| Mansfeld | • | | 71 (10.5%) | 30 (4.4%) | 537 (79.1%) | 21 (3.1%) | 13 (1.9%) | 7 (1.0%) |
| Maxwell | • | | 17 (5.7%) | 24 (8.1%) | 243 (81.5%) | 11 (3.7%) | 2 (0.7%) | 1 (0.3%) |
| McCorkle K-8 | • | | 53 (6.2%) | 7 (0.8%) | 760 (89.4%) | 24 (2.8%) | 3 (0.4%) | 3 (0.4%) |
| Miles K-8 | | | 141 (43.5%) | 13 (4.0%) | 147 (45.4%) | 7 (2.2%) | 4 (1.2%) | 12 (3.7%) |
| Roberts/Naylor K-8 | | • | 65 (10.5%) | 65 (10.5%) | 416 (67.4%) | 21 (3.4%) | 44 (7.1%) | 6 (1.0%) |
| Pistor | • | | 60 | 19 | 879 | 56 | 6 (0.6%) | 13 |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | (5.8%) | (1.8%) | (85.1%) | (5.4%) | | (1.3%) |
| Pueblo Gardens K-8 | • | | | 16 (3.6%) | 14 (3.2%) | 390 (88.4%) | 9 (2.0%) | 7 (1.6%) | 5 (1.1%) |
| Robins K-8 | | • | | 107 (21.1%) | 13 (2.6%) | 351 (69.4%) | 5 (1.0%) | 12 (2.4%) | 18 (3.6%) |
| Rose K-8 | • | | | 6 (0.9%) | 0 (0.0%) | 660 (98.4%) | 4 (0.6%) | 1 (0.1%) | 0 (0.0%) |
| Secrist | | | | 166 (45%) | 17 (4.6%) | 152 (41.2%) | 3 (0.8%) | 11 (3.0%) | 20 (5.4%) |
| Ft. Lowell/Townsend K-8 | | • | | 127 (26.5%) | 51 (10.6%) | 244 (50.8%) | 17 (3.5%) | 20 (4.2%) | 21 (4.4%) |
| Vail | | • | | 218 (31.9%) | 40 (5.8%) | 346 (50.6%) | 15 (2.2%) | 26 (3.8%) | 39 (5.7%) |
| Valencia | • | | | 50 (7.4%) | 12 (1.8%) | 577 (85.7%) | 26 (3.9%) | 4 (0.6%) | 4 (0.6%) |
| Wakefield | • | | | 5 (1.2%) | 1 (0.2%) | 396 (93.2%) | 23 (5.4%) | 0 (0.0%) | 0 (0.0%) |

| Elementary Schools | Racially Concentrated | Integrated | | N(%) White | N(%) African American | N(%) Latino | N(%) Native American | N(%) Asian American | N(%) Multi-Racial |
|---|---|---|---|---|---|---|---|---|---|
| Elementary Total | | | | 5,306 (22.0%) | 1,180 (4.9%) | 15,443 (64.1%) | 977 (4.1%) | 442 (1.8%) | 760 (3.2%) |
| Banks | | • | | 106 (29.0%) | 8 (2.2%) | 237 (64.9%) | 8 (2.2%) | 2 (0.5%) | 4 (1.1%) |
| Blenman | | | | 112 (26.4%) | 56 (13.2%) | 198 (46.7%) | 13 (3.1%) | 28 (6.6%) | 17 (4.0%) |
| Bloom | | | | 117 (40.9%) | 21 (7.3%) | 117 (40.9%) | 2 (0.7%) | 11 (3.8%) | 18 (6.3%) |
| Borman | | | | 265 (54.3%) | 54 (11.1%) | 109 (22.3%) | 0 (0.0%) | 14 (2.9%) | 46 (9.4%) |
| Brichta | • | | | 36 (10.3%) | 14 (4.0%) | 273 (78.2%) | 13 (3.7%) | 4 (1.1%) | 9 (2.6%) |
| Cavett | • | | | 9 (3.0%) | 22 (7.4%) | 259 (86.6%) | 5 (1.7%) | 2 (0.7%) | 2 (0.7%) |
| Collier | | | | 153 (63.0%) | 8 (3.3%) | 54 (22.2%) | 2 (0.8%) | 8 (3.3%) | 18 (7.4%) |
| Corbett | | • | | 116 (27.2%) | 40 (9.4%) | 230 (54.0%) | 2 (0.5%) | 10 (2.3%) | 28 (6.6%) |
| Cragin | | • | | 92 (26.2%) | 40 (11.4%) | 185 (52.7%) | 8 (2.3%) | 3 (0.9%) | 23 (6.6%) |
| Davidson | | • | | 90 (24.3%) | 34 (9.2%) | 206 (55.7%) | 9 (2.4%) | 17 (4.6%) | 14 (3.8%) |
| Dietz | | • | | 103 (29.5%) | 23 (6.6%) | 178 (52.0%) | 3 (0.9%) | 9 (2.3%) | 34 (9.7%) |
| Dunham | | | | 115 (55.8%) | 3 (1.5%) | 67 (32.5%) | 1 (0.5%) | 7 (3.4)% | 13 (6.3%) |
| Erickson | | | | 136 (27.9%) | 64 (13.1%) | 238 (48.9%) | 10 (2.1%) | 8 (1.6%) | 31 (6.4%) |
| Ford | | | | 149 (39.2%) | 22 (5.8%) | 170 (44.7%) | 3 (0.8%) | 10 (2.6%) | 26 (6.8%) |
| Fruchtendler | | | | 278 (68.6%) | 6 (1.5%) | 95 (23.5%) | 1 (0.2%) | 9 (2.2%) | 16 (4.0%) |
| Gale | | | | 237 (57.9%) | 11 (2.7%) | 122 (29.8%) | 2 (0.5%) | 11 (2.7%) | 26 (6.4%) |
| Grijalva | • | | | 24 (3.3%) | 13 (1.8%) | 660 (91.5%) | 19 (2.6%) | 2 (0.3%) | 3 (0.4%) |
| Hollinger | • | | | 16 (3.9%) | 1 (0.2%) | 377 (92.0%) | 15 (3.7%) | 0 (0.0%) | 1 (0.2%) |

Case 4:74-cv-00090-DCB Document 1450-1 Filed 02/20/13 Page 12 of 25

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Henry | | | | 152 (48.4%) | 29 (9.2% | 115 (36.6%) | 3 (1.0%) | 5 (1.6%) | 10 (3.2%) |
| Howell | | • | | 78 (22.7%) | 33 (9.6%) | 205 (59.8%) | 10 (2.9%) | 9 (2.6%) | 8 (2.3%) |
| Hudlow | | | | 100 (34.2%) | 30 (10.3%) | 143 (49.0%) | 5 (1.7%) | 5 (1.7%) | 9 (3.1%) |
| Hughes | | | | 168 (43.5%) | 9 (2.1%) | 174 (45.1%) | 4 (1.0%) | 18 (4.7%) | 14 (3.6%) |
| Johnson | | | | 9 (2.3%) | 3 (0.8%) | 244 (61.0%) | 139 (34.8%) | 1 (0.3%) | 4 (1.0%) |
| Kellond | | | | 172 (41.7%) | 17 (4.1%) | 189 (45.9%) | 13 (3.2%) | 7 (1.7%) | 14 (3.4%) |
| Lineweaver | | | | 202 (37.4%) | 10 (1.9%) | 264 (48.9%) | 8 (1.5%) | 23 (4.3%) | 33 (6.1%) |
| Lynn | • | | | 19 (3.0%) | 8 (1.2%) | 603 (93.8%) | 8 (1.2%) | 2 (0.3%) | 3 (0.5%) |
| Lyons | | • | | 88 (31.8%) | 18 (6.5%) | 143 (51.6%) | 4 (1.4%) | 6 (2.2%) | 18 (6.5%) |
| Maldonado | • | | | 41 (8.2%) | 11 (2.2%) | 411 (81.1%) | 39 (7.7%) | 1 (0.2%) | 4 (0.8%) |
| Manzo | • | | | 12 (4.6%) | 3 (1.1%) | 224 (85.5%) | 13 (5.0%) | 9 (3.4%) | 1 (0.4%) |
| Marshall | | | | 142 (42.4%) | 16 (4.8%) | 148 (44.2%) | 3 (0.9%) | 7 (2.1%) | 19 (5.7%) |
| Menlo Park | • | | | 8 (3.3%) | 5(2.0%) | 225 (91.5%) | 7 (2.8%) | 0 (0.0%) | 1 (0.4%) |
| Miller | • | | | 50 (8.4%) | 9 (1.5%) | 491(82.7%) | 39 (6.6%) | 0 (0.0%) | 5 (0.8%) |
| Mission View | • | | | 4 (1.4%) | 5 (1.8%) | 255 (89.5%) | 19 (6.7%) | 0 (0.0%) | 2 (0.7 %) |
| Myers | | • | | 43 (10.0%) | 50 (11.6%) | 298 (69.3%) | 17 (4.0%) | 9 (2.1%) | 13 (3.0%) |
| Oyama | • | | | 26 (6.1%) | 22 (5.2%) | 340 (80.4%) | 31 (7.3%) | 3 (0.7%) | 1 (0.2%) |
| Schumaker | | | | 126 (37.5%) | 27 (8.0%) | 150 (44.6%) | 3 (0.9%) | 10 (3.0%) | 20 (6.0%) |
| Sewell | | | | 115 (35.9%) | 20 (6.3%) | 150 (46.9%) | 9 (2.8%) | 6 (1.9%) | 20 (6.3%) |
| Soleng Tom | | | | 258 (57.0%) | 14 (3.1%) | 138 (30.5%) | 1 (0.2%) | 18 (4.0%) | 24 (5.3%) |
| Steele | | | | 140 (39.3%) | 38 (10.7%) | 149 (41.9%) | 4 (1.1%) | 7 (2.0%) | 18 (5.1%) |
| Tolson | • | | | 31 (8.2%) | 12 (3.2%) | 318 (84.6%) | 8 (2.1%) | 3 (0.8%) | 4 (1.1%) |
| Van Buskirk | • | | | 10 (2.5%) | 7 (1.8%) | 356 (89.7%) | 20 (5.0%) | 2 (0.5%) | 2 (0.5%) |
| Vesey | • | | | 86 (12.9%) | 11 (1.6%) | 501 (75.0%) | 42 (6.3%) | 12 (1.8%) | 16 (2.4%) |
| Warren | • | | | 25 (8.5%) | 5 (1.7%) | 228 (77.8%) | 32 (10.9%) | 1 (0.3%) | 2 (0.7%) |
| Wheeler | | • | | 119 (35.8%) | 15 (4.5%) | 170 (51.2%) | 5 (1.5%) | 9 (2.7%) | 14 (4.2%) |
| White | • | | | 42 (6.1%) | 11 (1.6%) | 576 (84.1%) | 43 (6.3%) | 8 (1.2%) | 5 (0.7%) |
| Whitmore | | | | 131 (41.7%) | 16 (5.1%) | 135 (43.0%) | 3 (1.0%) | 9 (2.9%) | 20 (6.4%) |
| Wright | | • | | 76 (18.6%) | 61 (14.9%) | 203 (49.6%) | 13 (3.2%) | 39 (9.5%) | 17 (4.2%) |
| | | | | | | | | | |

| | Racially Concentrated | Integrated | N(%) White | N(%) African American | N(%) Latino | N(%) Native American | N(%) Asian American | N(%) Multi-Racial |
|---|---|---|---|---|---|---|---|---|
| University HS | | | 475 (50.8%) | 15 (1.6%) | 290 (31.0%) | 7 (0.7%) | 110 (11.8%) | 38 (4.1%) |
| Howenstine HS Magnet | | • | 24 (16.7%) | 11 (7.6%) | 98 (68.1%) | 3 (2.1%) | 2 (1.4%) | 6 (4.2%) |
| | | | | | | | | |
| Dodge MS Magnet | | • | 112 (26.8%) | 15 (3.6%) | 257 (61.5%) | 10 (2.4%) | 14 (3.3%) | 10 (2.4%) |
| Booth-Fickett K-8 Magnet | | • | 302 (25.3%) | 114 (9.6%) | 677 (56.7%) | 15 (1.3%) | 33 (2.8%) | 52 (4.4%) |
| Roskruge K-8 Magnet | • | | 20 (3.0%) | 7 (1.1%) | 567 (85.4%) | 62 (9.3%) | 4 (0.6%) | 4 (0.6%) |
| Safford K-8 Magnet | • | | 59 (6.6%) | 37 (4.2%) | 705 (79.4%) | 74 (8.3%) | 4 (0.5%) | 9 (1.0%) |
| Utterback Magnet | • | | 45 (6.6%) | 66 (9.7%) | 532 (78.0%) | 27 (4.0%) | 2 (0.3%) | 10 (1.5%) |
| | | | | | | | | |
| Bonillas ES Magnet | • | | 60 (14.3%) | 16 (3.8%) | 314 (74.8%) | 8 (1.9%) | 11 (2.6%) | 11 (2.6%) |
| Borton ES Magnet | | • | 121 (28.2%) | 13 (3.0%) | 254 (59.2%) | 13 (3.0%) | 8 (1.9%) | 20 (4.7%) |
| Carrillo ES Magnet | • | | 13 (4.1%) | 10 (3.2%) | 279 (88.9%) | 10 (3.2%) | 1 (0.3%) | 1 (0.3%) |
| Davis ES Magnet | • | | 33 (10.4%) | 5 (1.6%) | 270 (85.2%) | 7 (2.2%) | 0 (0.0%) | 2 (0.6%) |
| Drachman ES Magnet | • | | 19 (6.0%) | 34 (10.17%) | 245 (76.8%) | 13 94.1%) | 1 (0.3%) | 7 (2.2%) |
| Holladay ES Magnet | | • | 36 (12.8%) | 37 (13.2%) | 193 (68.7%) | 5 91.8%) | 0 (0.0%) | 10 (3.6%) |
| Ochoa Magnet | • | | 8 (3.2%) | 7 (2.8%) | 209 (83.9%) | 23 (9.2%) | 0 (0.0%) | 2 (0.8%) |
| Robison Magnet | • | | 26 (7.3%) | 13 (3.7%) | 303 (85.6%) | 1 (0.3%) | 4 (1.1%) | 7 (2.0%) |
| Tully ES Magnet | • | | 45 (10.1%) | 41 (9.2%) | 325 (72.9%) | 15 (3.4%) | 9 (2.0%) | 11 (2.5%) |

Case 4:74-cv-00090-DCB Document 1450-1 Filed 02/20/13 Page 14 of 25

## IV. Appendix D: Demographics

**Racial/Ethnic Composition of TUSD Teachers, Principals, and Students by School Level**
**SY 2009-2010 to 2011-2012**

| **TEACHERS** | Year | White % | African-American % | Hispanic / Latino % | Native American % | Asian American % |
|---|---|---|---|---|---|---|
| Total | 2009-10 | 68.3 | 3.6 | 24.1 | 0.9 | 1.3 |
| Total | 2010-11 | 67.8 | 3.5 | 23.9 | 1.1 | 1.4 |
| Total | 2011-12 | 66.9 | 3.3 | 24.4 | 1.0 | 1.8 |
| Elementary | 2009-10 | 64.5 | 2.4 | 29.1 | 1.3 | 1.5 |
| Elementary | 2010-11 | 65.2 | 2.8 | 28.2 | 1.5 | 1.5 |
| Elementary | 2011-12 | 62.4 | 3.0 | 30.1 | 1.2 | 1.6 |
| Middle | 2009-10 | 66.9 | 3.9 | 25.6 | 0.6 | 0.9 |
| Middle | 2010-11 | 67.2 | 3.2 | 25.9 | 0.7 | 1.2 |
| Middle | 2011-12 | 63.1 | 3.1 | 28.7 | 0.7 | 1.5 |
| High | 2009-10 | 73.6 | 4.3 | 17.6 | 0.8 | 1.6 |
| High | 2010-11 | 70.7 | 4.4 | 18.2 | 1.1 | 1.6 |
| High | 2011-12 | 72.2 | 3.9 | 17.1 | 0.9 | 2.1 |

| **PRINCIPALS** | Year | White % | African-American % | Hispanic / Latino % | Native American % | Asian American % |
|---|---|---|---|---|---|---|
| Total | 2011-12 | 56.4 | 4.5 | 39.1 | 0.0 | 0.0 |
| Elementary | 2011-12 | 57.1 | 4.3 | 38.6 | 0.0 | 0.0 |
| Middle | 2011-12 | 54.1 | 0.0 | 45.9 | 0.0 | 0.0 |
| High | 2011-12 | 52.2 | 8.7 | 39.1 | 0.0 | 0.0 |

| **STUDENTS** | Year | White % | African-American % | Hispanic / Latino % | Native American % | Asian American % |
|---|---|---|---|---|---|---|
| Total | 2011-12 | 24.1 | 5.6 | 61.3 | 3.8 | 2.6 |



CONFIDENTIAL SM_TUSD_00429156

## V. Appendix E: AAC Data

**AAC Enrollment SY 2011-2012**

| | *African-American* | *Hispanic/ Latino* | *Native American* | *White* |
|---|---|---|---|---|
| **TOTAL ENROLLMENT** | | | | |
| Total Enrollment (K-12) | 3448 (5.8%) | 36133 (60.7%) | 2310 (3.9%) | 14584 (24.5%) |
| HS (9-12) | 1140 (6.4%) | 9925 (55.6%) | 586 (3.3%) | 5258 (29.4%) |
| MS/K-8 Enrollment (6-8) | 786 (6.1%) | 8085 (63.2%) | 542 (4.2%) | 2758 (21.6%) |
| | | | | |
| **AAC ENROLLMENT** | | | | |
| Number and Percent of the AAC enrollment | 378 (4.6%) | 4220 (51.0%) | 210 (2.5%) | 2888 (34.9%) |
| Compared to total 6-12 group population | 20.5% | 24.4% | 19.7% | 37.4% |
| | | | | |
| **PRE-ADVANCED PLACEMENT (grades 6-10)** | | | | |
| Number and Percent of the Pre-AP enrollment | 246 (4.6%) | 2795 (52.2%) | 151 (2.8%) | 1795 (33.5%) |
| Compared to total 6-10 group population | 18.5% | 21.5% | 18.3% | 34.0% |
| | | | | |
| **ADVANCED PLACEMENT (grades 11-12)** | | | | |
| Number and Percent of the AP enrollment | 74 (4.0%) | 797 (42.7%) | 30 (1.6%) | 802 (43.0%) |
| Compared to total 11-12 group population | 20.5% | 24.4% | 19.7% | 37.4% |
| | | | | |
| **DUAL-CREDIT (grades 11-12)** | | | | |
| Number and Percent of the DC enrollment | 5 (2.7%) | 92 (50.0%) | 3 (1.6%) | 67 (36.4%) |
| Compared to total 11-12 group population | 1.0% | 2.2% | 1.2% | 2.8% |
| | | | | |
| **INTERNATIONAL BACCALAUREATE** | | | | |
| Number and Percent of the IB enrollment | 3 (2.7%) | 90 (81.8%) | 1 (0.9%) | 12 (10.9%) |
| Compared to Cholla 11-12 group population | 4.8% | 6.3% | 0.8% | 6.0% |

| | *Exceptional Education Students* | *English Language Learners* |
|---|---|---|
| **Total** | 70 (2.6%) | 18 (2.1%) |
| **Pre-AP (grades 6-10)** | 53 (2.9%) | 17 (2.0%) |
| **AP (grades 11-12)** | 14 (1.6%) | 0 (0.0%) |
| **DC (grades 11-12)** | 1 (0.1%) | 0 (0.0%) |
| **IB** | 2 (1.1%) | 1 (3.0%) |



CONFIDENTIAL SM_TUSD_00429157

Case 4:74-cv-00090-DCB Document 1450-1 Filed 02/20/13 Page 19 of 25

**AAC Achievement, Retention, Teachers SY 2010-11 and SY 2011-2012**

| | *African-American* | *Hispanic/ Latino* | *Native American* | *White* |
|---|---|---|---|---|
| **Percentage of students from each group earning a "C" or better in at least one core AAC [2011-12]** | | | | |
| Total | 217 (88.2%) | 2767 (87.1%) | 112 (77.2%) | 2143 (94.1%) |
| Pre-AP | 148 (88.1%) | 1956 (87.4%) | 81 (77.1%) | 1358 (93.6%) |
| AP | 56 (86.2%) | 560 (88.7%) | 19 (82.6%) | 704 (95.3%) |
| DC | 5 (100.0%) | 58 (80.6%) | 2 (100.0%) | 42 (85.7%) |
| IB | 8 (88.9%) | 192 (81.0%) | 8 (72.7%) | 25 (80.6%) |
| | | | | |
| **Percentage of students deemed "college ready" by the 8th grade ACT Explore exam** | | | | |
| AAC students | 69 (34.8%) | 776 (35.1%) | 51 (27.5%) | 362 (66.0%) |
| All students | 206 (16.0%) | 1901 (17.9%) | 131 (13.0%) | 721 (43.8%) |
| | | | | |
| **Percentage of students deemed "college ready" by the 11th grade ACT exam [10-11]** | | | | |
| AAC students | 14 (26%) | 176 (30%) | 7 (31%) | 351 (74%) |
| All students | 20 (13%) | 199 (15%) | 7 (11%) | 465 (51%) |
| | | | | |
| **Percentage of students earning a "3" or better on at least one AP exam [10-11]** | | | | |
| | 30 (53%) | 398 (60%) | 16 (55%) | 993 (74%) |
| | | | | |
| **Percentage of students earning a "C" or better in at least one 10-11 AAC enrolled in an AAC in a subsequent semester or subsequent year 11-12** | | | | |
| | 157 (68.9%) | 1896 (72.4%) | 88 (71.0%) | 1555 (78.5%) |
| | | | | |
| **Percentage of teachers teaching AACs** | | | | |
| | 5 (7.0%) | 63 (15.9%) | 2 (12.5%) | 238 (28.2%) |
| | | | | |

## VI. Appendix F: GATE Data

**GATE Data SY 2011-2012**

| | *African-American* | *Hispanic/ Latino* | *Native American* | *White* |
|---|---|---|---|---|
| **TOTAL ENROLLMENT** | | | | |
| Total Enrollment (K-12) | 3,448 (5.8%) | 36,133 (60.7%) | 2310 (3.9%) | 14,584 (24.5%) |
| HS Enrollment (9-12) | 1,140 (6.4%) | 9,925 (55.6%) | 586 (3.3%) | 5,258 (29.4%) |
| MS/K-8 Enrollment (6-8) | 786 (6.1%) | 8,085 (63.2%) | 542 (4.2%) | 2,758 (21.6%) |
| ES/K-8 Enrollment (K-5) | 1,522 (5.3%) | 18,123 (62.7%) | 1183 (4.1%) | 6,568 (22.7%) |
| | | | | |
| **GATE ENROLLMENT** | | | | |
| Compared to total group pop. at sites where offered | 155 (4.6%) | 2374 (6.9%) | 116 (5.6%) | 1832 (13.1%) |
| Compared to total group pop. of the District | 4.4% | 6.4% | 4.9% | 12.4% |
| | | | | |
| **CLUSTERING** (Enhanced Pull-Out) Offered at ten ES | | | | |
| Compared to group pop. at sites where offered | 47 (14.8%) | 342 (12.2%) | 15 (14.2%) | 240 (13.9%) |
| Compared to District | 1.3% | 0.9% | 0.6% | 1.6% |
| | | | | |
| **PULL-OUT** Offered at all ES and K-8s | | | | |
| Compared to group pop. at sites where offered | 29 (1.6%) | 861 (4.3%) | 41 (3.2%) | 696 (9.4%) |
| Compared to District | 0.8% | 2.3% | 1.7% | 4.7% |
| | | | | |
| **RESOURCE** Offered at 14 of 22 MS, and 9 of 12 HS | | | | |
| Compared to group pop. at sites where offered | 57 (3.2%) | 692 (4.6%) | 35 (4.1%) | 518 (7.3%) |
| Compared to District | 1.6% | 1.9% | 1.5% | 3.5% |
| | | | | |
| **SELF-CONTAINED** Offered at five ES and three MS | | | | |
| Compared to the group pop. at sites where offered | 23 (7.4%) | 479 (11.6%) | 21 (10.3%) | 386 (32.2%) |
| Compared to District | 0.7% | 1.3% | 0.9% | 2.6% |

| | *Exceptional Education Students* | *English Language Learners* |
|---|---|---|
| **Total** | 283 (3.0%) | 93 (1.9%) |
| **Clustering** | 93 (1.0%) | 66 (1.4%) |
| **Pull-Out** | 113 (1.2%) | 18 (0.4%) |
| **Resource** | 48 (0.5%) | 4 (0.1%) |
| **Self-Contained** | 29 (0.3%) | 5 (0.1%) |

Case 4:74-cv-00090-DCB Document 1450-1 Filed 02/20/13 Page 18 of 25

**SY 2011-2012 GATE by School by Program by Race/Ethnicity**

| | *African-American* | *Hispanic/ Latino* | *Native American* | *White* |
|---|---|---|---|---|
| **Cluster** | | | | |
| Collier | 4 (25.0%) | 31 (36.9%) | 2 (50.0%) | 73 (33.5%) |
| Dietz | 12 (23.1%) | 38 (15.0%) | 2 (33.3% | 34 (23.0%) |
| Erickson | 8 (9.0%) | 48 (13.6%) | 2 (22.2%) | 32 (16.8%) |
| Ford | 8 (20.0%) | 37 (14.7%) | 2 (28.6%) | 51 (22.9%) |
| Gale | 2 (15.4%) | 22 (15.9%) | 0 (0.0%) | 30 (10.9%) |
| Hudlow | 4 (11.4%) | 34 (14.8%) | 1 (16.7%) | 22 (12.9%) |
| Lyons | 6 (21.4%) | 36 (16.7%) | 2 (66.7%) | 29(19.1%) |
| Miller | 0 (0.0%) | 71 (9.1%) | 5 (8.9%) | 11 (3.6%) |
| Robins | 1 (9.1%) | 89 (24.3%) | 2 (28.6%) | 32 (26.7%) |
| Whitmore | 8 (34.8%) | 38 (21.6%) | 2 (28.6%) | 51 (27.6%) |
| **Pullout** | | | | |
| Banks | 0 (0.0%) | 17 (5.5%) | 0 (0.0%) | 7 (4.5%) |
| Blenman | 1 (1.0%) | 23 (6.2%) | 1 (4.5%) | 9 (3.9%) |
| Bloom | 0 (0.0%) | 5 (2.9%) | 0 (0.0%) | 9 (3.7%) |
| Bonillas | 0 (0.0%) | 25 (6.5%) | 1 (6.7%) | 5 (5.7%) |
| Borman | 0 (0.0%) | 8 (6.0%) | 0 (0.0%) | 20 (5.6%) |
| Borton | 0 (0.0%) | 17 (6.0%) | 0 (0.0%) | 27 (21.4%) |
| Brichta | 1 (5.0%) | 22 (5.8%) | 1 (4.3%) | 4 (8.3%) |
| Carrillo | 1 (5.6%) | 20 (6.2%) | 1 (11.1%) | 0 (0.0%) |
| Cavett | 0 (0.0%) | 10 (2.8%) | 0 (0.0%) | 1 (10.0%) |
| Collier | 0 (0.0%) | 8 (9.6%) | 0 (0.0%) | 28 (12.8%) |
| Corbett | 0 (0.0%) | 12 (3.9%) | 0 (0.0%) | 18 (8.7%) |
| Cragin | 0 (0.0%) | 9 (3.1%) | 0 (0.0%) | 5 (3.2%) |
| Davidson | 0 (0.0%) | 8 (2.9%) | 0 (0.0%) | 3 (2.2%) |
| Davis | 1 (20.0%) | 42 (14.0%) | 0 (0.0%) | 14 (38.9%) |
| Dietz | 1 (1.9%) | 4 (1.6%) | 0 (0.0%) | 11 (7.4%) |
| Drachman | 0 (0.0%) | 18 (5.7%) | 0 (0.0%) | 9 (24.3%) |
| Dunham | 0 (0.0%) | 6 (5.5%) | 0 (0.0%) | 8 (6.7%) |
| Erickson | 1 (1.1%) | 12 (3.4%) | 0 (0.0%) | 11 (5.8%) |
| Ford | 1 (2.5%) | 6 (2.4%) | 1 (14.3%) | 21 (9.4%) |
| Fruchthendler | 0 (0.0%) | 18 (14.2%) | 0 (0.0%) | 75 (22.3%) |
| Gale | 2 (15.4%) | 11 (8.0%) | 2 (66.7%) | 40 (14.6%) |
| Grijalva | 0 (0.0%) | 32 (3.9%) | 1 (2.9%) | 1 (3.3%) |
| Hollinger | 0 (0.0%) | 23 (3.9%) | 0 (0.0%) | 1 (4.0%) |
| Henry | 2 (5.6%) | 9 (6.8%) | 0 (0.0%) | 19 (9.6%) |
| Holladay | 2 (6.5%) | 10 (4.7%) | 1 (11.1%) | 15 (25.9%) |
| Howell | 0 (0.0%) | 8 (2.8%) | 0 (0.0%) | 6 (4.0%) |
| Hudlow | 0 (0.0%) | 12 (5.2%) | 0 (0.0%) | 9 (5.3%) |
| Hughes | 0 (0.0%) | 28 (15.7%) | 0 (0.0%) | 58 (28.0%) |
| Johnson | 0 (0.0%) | 1 (0.3%) | 0 (0.0%) | 0 (0.0%) |
| Kellond | 0 (0.0%) | 10 (3.7%) | 0 (0.0%) | 32 (14.5%) |
| Lawrence | 0 (0.0%) | 16 (9.0%) | 9 (4.8%) | 0 (0.0%) |
| Lineweaver | 0 (0.0%) | 19 (6.6%) | 2 (20.0%) | 9 (4.3%) |
| Lynn/Urquides | 0 (0.0%) | 11 (1.2%) | 1 (4.5%) | 0 (0.0%) |
| Lyons | 0 (0.0%) | 6 (2.8%) | 2 (66.7%) | 9 (5.9%) |
| Maldonado | 0 (0.0%) | 27 (5.9%) | 5 (8.6%) | 2 (3.8%) |
| Manzo | 0 (0.0%) | 7 (2.5%) | 0 (0.0%) | 0 (0.0%) |

| | | | | |
|---|---|---|---|---|
| Marshall | 1 (4.8%) | 11 (5.6%) | 0 (0.0%) | 16 (8.7%) |
| Menlo Park | 0 (0.0%) | 8 (2.8%) | 0 (0.0%) | 1 (9.1%) |
| Miles – E.L.C. | 0 (0.0%) | 21 (12.6%) | 1 (12.5%) | 26 (18.2%) |
| Miller | 0 (0.0%) | 28 (3.6%) | 2 (3.6%) | 4 (4.9%) |
| Mission View | 0 (0.0%) | 8 (2.1%) | 0 (0%) | 0 (0.0%) |
| Myers-Ganoung | 0 (0.0%) | 7 (1.6%) | 0 (0.0%) | 2 (2.5%) |
| Ochoa | 0 (0.0%) | 7 (2.4%) | 3 (8.1%) | 0 (0.0%) |
| Oyama | 0 (0.0%) | 17 (3.1%) | 1 (2.5%) | 1 (2.3%) |
| Pueblo Gardens | 0 (0.0%) | 14 (3.0%) | 0 (0.0%) | 0 (0.0%) |
| Roberts | 0 (0.0%) | 2 (0.9%) | 0 (0.0%) | 0 (0.0%) |
| Robins | 0 (0.0%) | 30 (8.2%) | 0 (0.0%) | 21 (17.5%) |
| Robison | 0 (0.0%) | 9 (2.5%) | 0 (0.0%) | 1 (2.4%) |
| Rose | 0 (0.0%) | 27 (3.9%) | 0 (0.0%) | 1 (9.1%) |
| Schumaker | 2 (5.4%) | 14 (7.1%) | 0 (0.0%) | 16 (9.6%) |
| Sewell | 2 (7.4%) | 7 (3.6%) | 0 (0.0%) | 9 (6.6%) |
| Soleng Tom | 0 (0.0%) | 22 (13.8%) | 0 (0.0%) | 64 (20.0%) |
| Steele | 3 (7.3%) | 12 (5.9%) | 2 (20.0%) | 14 (7.1%) |
| Tolson | 0 (0.0%) | 21 (4.3%) | 1 (11.1%) | 3 (7.7%) |
| Tully | 1 (1.8%) | 12 (2.9%) | 3 (15.8%) | 4 (4.4%) |
| Van Buskirk | 1 (10.0%) | 15 (3.1%) | 0 (0.0%) | 0 (0.0%) |
| Vesey | 1 (3.8%) | 31 (4.5%) | 0 (0.0%) | 6 (4.7%) |
| Warren | 0 (0.0%) | 7 (2.5%) | 0 (0.0%) | 1 (3.4%) |
| Wheeler | 0 (0.0%) | 12 (5.9%) | 0 (0.0%) | 14 (8.0%) |
| White | 0 (0.0%) | 21 (3.0%) | 0 (0.0%) | 6 (8.5%) |
| Whitmore | 1 (4.3%) | 11 (6.3%) | 0 (0.0%) | 21 (11.4%) |
| Wright | 2 (1.8%) | 0 (0.0%) | 0 (0.0%) | 4 (3.3%) |
| Booth-Fickett Magnet | 2 (1.3%) | 24 (3.3%) | 0 (0.0%) | 15 (4.2%) |
| McCorkle PreK-8 | 0 (0.0%) | 23 (4.2%) | 2 (11.1%) | 1 (3.6%) |
| Naylor | 0 (0.0%) | 2 (0.4%) | 0 (0.0%) | 0 (0.0%) |
| Townsend | 2 (2.2%) | 5 (1.5%) | 0 (0.0%) | 6 (3.1%) |
| **Self-Contained** | | | | |
| Corbett | 1 (2.27%) | 28 (9.1%) | 0 (0.0%) | 74 (35.7%) |
| Hollinger | 0 (0.0%) | 66 (11.3%) | 0 (0.0%) | 12 (48.0%) |
| Lineweaver | 2 (16.7%) | 51 (17.7%) | 0 (0.0%) | 64 (30.9%) |
| Tully | 1 (1.8%) | 28 (6.7%) | 0 (0.0%) | 26 (28.6%) |
| White | 1 (7.7%) | 76 (11.0%) | 5 (9.6%) | 22 (31.0%) |
| Doolen | 9 (8.3%) | 35 (9.3%) | 4 (12.9%) | 82 (28.4%) |
| Pistor | 4 (17.4%) | 148 (14.2%) | 8 (16.7%) | 21 (30.4%) |
| Vail | 5 (8.5%) | 51 (11.4%) | 4 (30.8%) | 86 (35.2%) |
| **Resource** | | | | |
| Dodge Magnet | 2 (14.3%) | 26 (10.6%) | 0 (0.0%) | 26 (19.7%) |
| Carson | 2 (3.0%) | 24 (7.7%) | 0 (0.0%) | 22 (10.3%) |
| Doolen | 5 (4.6%) | 19 (5.0%) | 3 (9.7%) | 23 (8.0%) |
| Booth-Fickett Magnet | 2 (1.3%) | 25 (3.4%) | 0 (0.0%) | 25 (6.9%) |
| Gridley | 2 (4.9%) | 19 (7.3%) | 1 (5.9%) | 69 (15.8%) |
| Magee | 1 (1.5%) | 31 (10.7%) | 2 (18.2%) | 72 (17.5%) |
| Mansfeld | 5 (11.4%) | 123 (19.3%) | 7 (24.1%) | 27 (33.8%) |
| Maxwell | 4 (14.8%) | 45 (12.1%) | 0 (0.0%) | 4 (14.3%) |
| Pistor | 1 (4.3%) | 3 (0.3%) | 0 (0.0%) | 0 (0.0%) |
| Secrist | 3 (11.5%) | 23 (11.1%) | 0 (0.0%) | 32 (13.3%) |
| Townsend | 4 (4.4%) | 6 (1.9%) | 0 (0.0%) | 9 (4.7%) |
| Utterback Magnet | 0 (0.0%) | 0 (0.0%) | 0 (0.0%) | 1 (1.2%) |
| Roskruge Magnet | 1 (10.0%) | 42 (6.6%) | 3 (3.6%) | 4 (8.5%) |

Case 4:74-cv-00090-DCB Document 1450-1 Filed 02/20/13 Page 20 of 25

| | | | | |
|---|---|---|---|---|
| Catalina Magnet | 7 (3.3%) | 28 (3.3%) | 1 (1.7%) | 10 (2.4%) |
| Cholla Magnet | 1 (1.4%) | 72 (4.4%) | 6 (4.2%) | 11 (5.0%) |
| Palo Verde Magnet | 2 (1.1%) | 20 (3.3%) | 2 (7.7%) | 13 (3.4%) |
| Pueblo Magnet | 1 (2.1%) | 31 (1.6%) | 3 (3.2%) | 0 (0.0%) |
| Rincon | 7 (6.0%) | 42 (6.1%) | 1 (5.0%) | 31 (7.4%) |
| Sabino | 1 (1.9%) | 10 (3.5%) | 0 (0.0%) | 41 (4.4%) |
| Sahuaro | 1 (0.7%) | 25 (4.1%) | 0 (0.0%) | 51 (4.4%) |
| Santa Rita | 7 (5.3%) | 21 (3.9%) | 0 (0.0%) | 10 (1.8%) |
| Tucson Magnet | 5 (2.6%) | 96 (3.9%) | 6 (3.6%) | 59 (9.5%) |

# VII. Appendix G: UHS Data

**UHS Baseline Data SY 2011-2012**

| | *African-American* | *Hispanic/ Latino* | *Native American* | *White* |
|---|---|---|---|---|
| **TOTAL ENROLLMENT** | | | | |
| Total Enrollment (K-12) | 3448(5.8%) | 36133(60.7%) | 1513(2.5%) | 14584(24.5%) |
| High School Enrollment (9-12) | 1140(6.4%) | 9925(55.6%) | 596(3.3%) | 5258(29.4%) |
| | | | | |
| **UHS ENROLLMENT** | | | | |
| Compared to the total UHS pop. | 12(1.3%) | 274(29.4%) | 6(0.6%) | 489(52.5%) |
| Compared to the total high school pop. | 12(1.1%) | 274(2.7%) | 6(1.0%) | 489(9.3%) |
| Freshmen enrollment | 3(1.2%) | 71(27.6%) | 0(0.0%) | 139(54.7%) |
| Sophomore enrollment | 2(0.8%) | 92(34.8%) | 2(0.8%) | 129(48.9%) |
| | | | | |
| **RETENTION** | | | | |
| 2010-11 Freshmen enrollment | 2(0.8%) | 92(35.2%) | 2(0.8%) | 128(49.0%) |
| Sophomore enrollment | 2(0.8%) | 92(34.8%) | 2(0.8%) | 129(48.9%) |
| Percent change from freshman to soph. | 0.0 | 0.0 | 0.0 | +0.8% |
| 4-year graduation rates | 3(100.0%) | 52(100.0%) | 1(100.0%) | 107(100.0%) |
| | | | | |
| **ACHIEVEMENT** | | | | |
| Percentage of students deemed "college ready" by the 11th grade ACT exam | 2(100.0%) | 50(94.3%) | 2(100.0%) | 102(99.0%) |
| Percentage of students scoring a "3" or better on at least on AP exam | 8(88.9%) | 160(90.9%) | 3(50.0%) | 289(94.4%) |
| | | | | |

**UHS Freshman Applications by Race/Ethnicity – TUSD students**

| | 2009-2010 | | | 2010-2011 | | | 2011-2012 | | |
|---|---|---|---|---|---|---|---|---|---|
| | **Tested** | **Qualified** | **% of tested** | **Tested** | **Qualified** | **% of Tested** | **Tested** | **Qualified** | **% of tested** |
| **Anglo** | 252 | 113 | 45% | 235 | 121 | 52% | 196 | 78 | 40% |
| **Af-Am** | 53 | 5 | 9% | 28 | 3 | 11% | 39 | 5 | 13% |
| **Hisp** | 414 | 94 | 23% | 339 | 63 | 19% | 363 | 71 | 20% |
| **Nat Am** | 18 | 5 | 28% | 11 | 1 | 9% | 21 | 3 | 14% |
| **Asian** | 43 | 20 | 47% | 33 | 23 | 70% | 34 | 16 | 47% |

Case 4:74-cv-00090-DCB Document 1450-1 Filed 02/20/13 Page 22 of 25

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| **multiple** | 14 | 4 | 29% | 10 | 6 | 60% | 17 | 6 | 35% |
| **Total** | 794 | 241 | 30% | 656 | 217 | 34% | 670 | 179 | 27% |

**UHS SY 2008-2009 cohort freshman who graduated from UHS in four years**

| | Enrolled 40th day SY 2008-2009 as freshman | Four year UHS grad | % |
|---|---|---|---|
| White | 111 | 90 | 81.1 |
| Af Am | 4 | 2 | 50 |
| Hispanic | 54 | 47 | 87 |
| Nat Am | 2 | 1 | 50 |
| As Am | 29 | 24 | 82.6 |
| Multi Racial | 9 | 8 | 88.9 |

**Mobility Data for 2010- 2011 for UHS**

*Mobility Formula = 100*(Entries after First Day – Reentries + Withdrawals)/(First Day Enrollment + Entries after First Day)*

**District Mobility is Based on Level (Elementary, Middle, High)**

| Ethnicity | First Day Enrollment | Entries After First Day | Reentries | Withdrawals | Mobility | District Mobility |
|---|---|---|---|---|---|---|
| Anglo | 457 | 1 | 2 | 11 | 3.1 | 29.3 |
| Hispanic | 239 | 0 | 1 | 5 | 2.5 | 40.2 |
| Native American | 4 | 0 | 0 | 0 | 0.0 | 56.3 |
| Asian American | 115 | 0 | 1 | 3 | 3.5 | 25.3 |
| Multi-Racial | 17 | 0 | 0 | 0 | 0.0 | 42.1 |
| Total | 854 | 1 | 4 | 20 | 2.9 | 37.1 |



CONFIDENTIAL SM_TUSD_00429164

## VIII. Appendix H: Graduation Rates

**SY 2008-2009, SY 2009-2010, SY 2010-2011**

| | 2008-09 | 2009-10 | 2010-11 |
|---|---|---|---|
| | % | % | % |
| All | 83 | 84 | 82 |
| Hispanic or Latino | 80 | 81 | 79 |
| Black/African American | 78 | 82 | 76 |
| American Indian or Alaska Native | 72 | 63 | 64 |
| Asian | 95 | 95 | 84 |
| Native Hawaiian or Pacific Islander | ---- | ---- | 89 |
| White | 88 | 88 | 89 |
| Multiple Race | ---- | ---- | 84 |
| Exceptional Ed | 70 | 67 | 63 |
| ELL | 67 | 65 | 40 |
| Free and Reduced Meals | 79 | 77 | 40 |
| Female | 87 | 86 | 86 |
| Male | 79 | 81 | 78 |

Case 4:74-cv-00090-DCB Document 1450-1 Filed 02/20/13 Page 24 of 25

## IX. Appendix I: Discipline Data

**Discipline by Race/Ethnicity SY 2011-2012**

| | | W | AfAm | Hisp | NaAm | AsAm | PacIsl | MR | Total |
|---|---|---|---|---|---|---|---|---|---|
| | N | 6007 | 1412 | 16990 | 1113 | 435 | 109 | 829 | 26895 |
| Enroll | % | 22% | 5% | 63% | 4% | 2% | 0% | 3% | 100% |
| | N | 280 | 92 | 426 | 37 | 0 | 1 | 36 | 872 |
| In-school Discipline | % | 32% | 11% | 49% | 4% | 0% | 0% | 4% | 100% |
| | N | 63 | 44 | 132 | 8 | 0 | 0 | 12 | 259 |
| In-school Suspension | % | 24% | 17% | 51% | 3% | 0% | 0% | 5% | 100% |
| Short-Term (out of | N | 131 | 81 | 260 | 21 | 2 | 0 | 22 | 517 |
| School) Suspension | % | 25% | 16% | 50% | 4% | 0% | 0% | 4% | 100% |
| Long-Term (out of | N | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| School) Suspension | % | | | | | | | | |

| | | W | AfAm | Hisp | NaAm | AsAm | PacIsl | MR | Total |
|---|---|---|---|---|---|---|---|---|---|
| | N | 2618 | 755 | 7726 | 509 | 219 | 51 | 317 | 12195 |
| Enroll | % | 21% | 6% | 63% | 4% | 2% | 0% | 3% | 100% |
| | N | 1467 | 874 | 4131 | 314 | 37 | 17 | 256 | 7096 |
| In-school Discipline | % | 21% | 12% | 58% | 4% | 1% | 0% | 4% | 100% |
| | N | 387 | 216 | 1087 | 67 | 14 | 4 | 56 | 1831 |
| In-school Suspension | % | 21% | 12% | 59% | 4% | 1% | 0% | 3% | 100% |
| Short-Term (out of | N | 350 | 214 | 1250 | 108 | 8 | 4 | 58 | 1992 |
| School) Suspension | % | 18% | 11% | 63% | 5% | 0% | 0% | 3% | 100% |
| Long-Term (out of | N | 6 | 8 | 35 | 5 | 0 | 2 | 0 | 56 |
| School) Suspension | % | 11% | 14% | 63% | 9% | 0% | 4% | 0% | 100% |

| | | W | AfAm | Hisp | NaAm | AsAm | PacIsl | MR | Total |
|---|---|---|---|---|---|---|---|---|---|
| | N | 5011 | 1069 | 9234 | 540 | 440 | 94 | 373 | 16761 |
| Enroll | % | 30% | 6% | 55% | 3% | 3% | 1% | 2% | 100% |
| | N | 2009 | 939 | 6555 | 390 | 157 | 91 | 182 | 10323 |
| In-school Discipline | % | 19% | 9% | 63% | 4% | 2% | 1% | 2% | 100% |
| | N | 217 | 137 | 1070 | 65 | 7 | 9 | 25 | 1530 |
| In-school Suspension | % | 14% | 9% | 70% | 4% | 0% | 1% | 2% | 100% |
| Short-Term (out of | N | 296 | 162 | 699 | 45 | 9 | 7 | 32 | 1250 |
| School) Suspension | % | 24% | 13% | 56% | 4% | 1% | 1% | 3% | 100% |
| Long-Term (out of | N | 4 | 1 | 25 | 5 | 0 | 1 | 1 | 37 |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| School) Suspension | % | 11% | 3% | 68% | 14% | 0% | 3% | 3% | 100% |

| | |
|---|---|
| **Prod Begin** | SM_TUSD_00429081 |
| **Prod End** | |
| **ALL - All Custodians** | Trujillo, Gabriel |
| **ALL - Author** | GBarkley |
| **FILE - Date Modified** | 8/2/2017 0:00 |
| **FILE - File Name** | USP.pdf |
| **ALL - Title** | Microsoft Word - 74-90 Special Master.DOC |
| **ALL - All Paths** | Trujillo, Gabriel \| \Exchange\Gabriel.Trujillo@tusd1.org-11.pst\Gabriel.Trujillo@tusd1.org (Primary)\Top of Information Store\Inbox |