# EXHIBIT 6

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

******************************

IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION

Case No. 4:22-MD-03047-YGR

MDL No. 3047

******************************

This Document Relates To:

Tucson Unified School District v. Meta Platforms Inc., et a
Case No. 4:24-cv-1382

******************************

CONTINUED VIDEOTAPED 30(b)(6)
DEPOSITION OF
TUCSON UNIFIED SCHOOL DISTRICT
by and through
JULIE A. SHIVANONDA

Held At: JW Marriott Tucson
Starr Pass Resort & Spa
3800 W. Starr Pass Blvd
Tucson, Arizona

April 9th, 2025
9:07 a.m.

Reported By:
MAUREEN O. POLLARD, CA CSR #14449, RDR

A. Yes, there appears to be.
Q. And then the parent threatens to bring a weapon to the school?
A. Yes, it does.
Q. Does TUSD agree that racial discrimination can impact students' mental health?
A. Yes. And we have strict governing board policies around racial and other types of discrimination and harassment policies, yes.
Q. And racial discrimination, including the use of racial slurs, can be disruptive to the learning environment?
A. Yes, it can.
Q. It can impact academic performance?
A. Yes, absolutely.
Q. Now, the repeated racial slurs we just saw in these text messages, those aren't an isolated incident at TUSD, right?
MR. CUTLER: Object to form.
THE WITNESS: There are -- yes, there are several instances of racial slurs that are used in a multitude of contexts across the district.
MS. DEGTYAREVA: Let's mark as

within the discipline platform, we might be able to collect that data.

Again, in MTSS the teachers are noting observational data of remarks that students are making, we could potentially. But no, I don't believe that we would have any definitive data that would be able to point to a specific number of how many students have been engaged in any sort of racial discrimination.

Q. Are you familiar with TUSD's desegregation litigation?

A. I am.

Q. Are you familiar with the unitary status plan?

A. I am.

Q. Can you please explain what that is?

A. So the Tucson Unified School District has been under a desegregation order 50 or 60 years. The original complaint was around discriminatory practices within the district, especially with students of Hispanic descent or African-American descent, and so that has driven a lot of the practices that the district has had to employ to ensure that they are eradicating those discrimination practices.

CERTIFICATE OF COURT REPORTER

I, MAUREEN O'CONNOR POLLARD, Registered Diplomate Reporter, CSR No. 14449 for the State of California, the officer before whom the foregoing deposition was taken, do hereby certify that the foregoing transcript is a true and correct record of the testimony given; that said testimony was taken by me stenographically and thereafter reduced to typewriting under my direction; and that I am neither counsel for, related to, nor employed by any of the parties to this case and have no interest, financial or otherwise, in its outcome.

Dated this 9th day of April, 2025.



________________________

MAUREEN O'CONNOR POLLARD

CSR No. 14449