# EXHIBIT 10

EXHIBIT
15
TUSD-Salmon 5/23/25 dd

Tuesday, March 4, 2025
AGENDA FOR REGULAR BOARD MEETING
TUCSON UNIFIED SCHOOL DISTRICT
GOVERNING BOARD

Multipurpose Room
Duffy Community Center
5145 E. Fifth Street
Tucson, AZ 85711

THE MEETING WILL BEGIN AT 4:00 P.M. TO VOTE TO GO INTO EXECUTIVE SESSION AND RECONVENE IN OPEN SESSION AT 5:30 P.M.

PUBLIC ACCESS FOR EACH MEETING WILL BEGIN 15 MINUTES PRIOR TO THE VOTE TO GO INTO EXECUTIVE SESSION.

-One or more Governing Board members will/may participate by telephonic or video communications.

-Names and details, including available support documents, may be obtained during regular business hours at the TUSD Governing Board Office.

-Upon request, TUSD will provide a certified interpreter to interpret Governing Board meetings whenever possible. Please contact Translations/Interpretations Services at 520-225-4858 at least 72 hours prior to the event. Every effort will be made to honor requests for interpretation services made with less than 72 hours notice.

-Previa peticion, TUSD proporcionara un interprete certificado para interpretar la agenda de las reuniones de la Mesa Directiva o de proporcionar los servicios de interpretacion en la reunions de la Mesa Directiva cuando sea posible. Favor de contactar los Servicios de Traduccion/Interpretacion al telefono 520-225-4858 cuando menos 72 horas antes del evento. Se hara todo lo posible para proporcionar los servicios de interpretacion realizados con menos de 72 horas de anticipacion.

-If authorized by a majority vote of the members of the Governing Board, any matter on the open meeting agenda may be discussed in executive session for the purpose of obtaining legal advice thereon, pursuant to A.R.S. 38-431.03 (A)(3). The executive session will be held immediately after the vote and will not be open to the public.

-The order of items on this agenda may be modified during the meeting at the discretion of the Board President or upon a motion to amend the order of business which is approved by the Board.

# 1. SCHEDULED EXECUTIVE SESSION - 4:00 p.m.

| | |
|---|---|
| Subject : | 1.1 Roll Call |
| Meeting : | Mar 4, 2025 - AGENDA FOR REGULAR BOARD MEETING |
| Category : | 1. SCHEDULED EXECUTIVE SESSION - 4:00 p.m. |
| Type : | Procedural |
| Subject : | 1.2 Motion to Convene Executive Meeting |
| Meeting : | Mar 4, 2025 - AGENDA FOR REGULAR BOARD MEETING |
| Category : | 1. SCHEDULED EXECUTIVE SESSION - 4:00 p.m. |

| | |
|---|---|
| Type : | Action |
| Recommended Action : | Motion to go into executive meeting at this time to consider one or more of the following matters: |

# Public Content

**Student Matters**

Student matters pursuant to A.R.S.§§15-342andA.R.S. §38-431.03(A)(2) (consideration of records exempt by law from public inspection); legal advice/instruction to attorney pursuant to A.R.S. §38-431.03Subsections (A)(3) and (A)(4)

**Personnel Matters**

Personnel issues pursuant to A.R.S. §38-431.03(A)(1); legal advice/instruction to attorney pursuant to A.R.S. §38-431.03(A)(3) and (A)(4); and consideration of records exempt by law from public inspection (A)(2)

**Discussion/Consultation with Attorney(s)**

Discussion or consultation for legal advice with the attorney or attorneys of the Governing Board pursuant to A.R.S. §38-431.03 (A)(3) and/or discussion or consultation with the attorneys of the Governing Board in order to consider its position and instruct its attorneys regarding the Governing Boards position regarding pending litigation pursuant to A.R.S. §38-431.03(A)(4)

**Negotiations for the Purchase, Sale or Lease of Real Property**

Discussions or consultations with designated representatives of the public body in order to consider its position and instruct its representatives regarding negotiations for the purchase, sale or lease of real property pursuant to A.R.S. §38-431.03Subsection (A)(7); Legal advice/instruction to attorney pursuant to A.R.S.§38-431.03(A)(3) and (A)(4)

**Negotiations with Employee Groups**

Discussions or consultations with designated representatives of the public body in order to consider its position and instruct its representatives pursuanttoA.R.S. §38-431.03Subsections (A)(5); legal advice/instruction to attorney pursuant to A.R.S. §38-431.03(A)(3) and (A)(4)

## Motion & Voting

Motion to go into executive meeting at this time to consider one or more of the following matters:

Motion by Jennifer Eckstrom, second by Natalie Luna Rose.
Final Resolution: Motion Passed
Yes: Ravi Shah, Natalie Luna Rose, Jennifer Eckstrom
Not Present at Vote: Sadie Shaw, Val Romero

| | |
|---|---|
| Subject : | 1.3 Student Matters |
| Meeting : | Mar 4, 2025 - AGENDA FOR REGULAR BOARD MEETING |
| Category : | 1. SCHEDULED EXECUTIVE SESSION - 4:00 p. m. |
| Type : | |

# Public Content

PURPOSE: The purpose of this executive session will be to discuss student matters:

1) Hearing Officer Recommendation (1)

DESCRIPTION/JUSTIFICATION: N/A

BOARD POLICY CONSIDERATIONS: N/A

LEGAL CONSIDERATIONS:Student matters pursuant to A.R.S.§§15-342andA.R.S. §38-431.03(A)(2) (consideration of records exempt by law from public inspection); legal advice/instruction to attorney pursuant to A.R.S. §38-431.03Subsections (A)(3) and (A)(4)

INTERNAL PRESENTER(S): Robert S. Ross, Jr., General Counsel and Michael Areinoff, Associate General Counsel

EXTERNAL PRESENTER(S): N/A

| | |
|---|---|
| Subject : | 1.4 Personnel Matters |
| Meeting : | Mar 4, 2025 - AGENDA FOR REGULAR BOARD MEETING |
| Category : | 1. SCHEDULED EXECUTIVE SESSION - 4:00 p.m. |
| Type : | Discussion |

# Public Content

PURPOSE: The purpose of this executive session will be to discuss the following:

1) Administrative Appointment(s), Reassignment(s) and Transfer(s):

a) Interim Chief Operations Officer

b) Principal, Wheeler Elementary School

2) Dismissal of Alternative Education Advisory Committee Member

DESCRIPTION/JUSTIFICATION: N/A

BOARD POLICY CONSIDERATIONS: N/A

LEGAL CONSIDERATIONS:Personnel issues pursuant to A.R.S. §38-431.03(A)(1); legal advice/instruction to attorney pursuant to A.R.S. §38-431.03(A)(3) and (A)(4); and consideration of records exempt by law from public inspection (A)(2)

*Any officer, appointee, or employee being discussed in a personnel executive session may request that the discussion occur in the public meetingA.R.S. §38-431.03(A)(1)

INTERNAL PRESENTER(S): Dr. Gabriel Trujillo, Superintendent

EXTERNAL PRESENTER(S): N/A

| | |
|---|---|
| Subject : | 1.5 Discussion or Consultation with Attorney(s) |
| Meeting : | Mar 4, 2025 - AGENDA FOR REGULAR BOARD MEETING |
| Category : | 1. SCHEDULED EXECUTIVE SESSION - 4:00 p. m. |
| Type : | Discussion |

# Public Content

PURPOSE: The purpose of this executive session will be to discuss legal advice and provide instruction to the Governing Board's attorneys regarding:

1) Legal advice regarding authorization for campus access

2) Proposed Settlement of Due Process Matter

DESCRIPTION/JUSTIFICATION: N/A

BOARD POLICY CONSIDERATIONS(S): N/A

LEGAL CONSIDERATIONS:Discussion or consultation for legal advice with the attorney or attorneys of the Governing Board pursuant to A.R.S. §38-431.03(A)(3) and/or discussion or consultation with the attorneys of the Governing Board in order to consider its position and instruct its attorneys regarding the Governing Boards position regarding pending litigation pursuant to A. R.S. §38-431.03(A)(4)

INTERNAL PRESENTER(S): Robert S. Ross, Jr., General Counsel and Michael Areinoff, Associate General Counsel

EXTERNAL PRESENTER(S): N/A

| | |
|---|---|
| Subject : | 1.6 Negotiations for the Purchase, Sale or Lease of Real Property |
| Meeting : | Mar 4, 2025 - AGENDA FOR REGULAR BOARD MEETING |
| Category : | 1. SCHEDULED EXECUTIVE SESSION - 4:00 p.m. |
| Type : | Discussion |

# Public Content

PURPOSE:The purpose of this executive session is to consider its position regarding negotiations for the purchase, sale or lease of real property:

1) Property Disposition Plan

DESCRIPTION/JUSTIFICATION:N/A

BOARD POLICY CONSIDERATIONS:N/A

LEGALCONSIDERATIONS:Discussions or consultations with designated representatives of the public body in order to consider its position and instruct its representatives regarding negotiations for the purchase, sale or lease of real property pursuant to A.R.S. §38-431.03 Subsection (A)(7); Legal advice/instruction to attorney pursuant to A.R.S. §38-431.03 (A)(3) and (A)(4)

INTERNAL PRESENTER(S):Bryant Nodine, Operations Program Manager; Damon Ballesteros, Senior Project Manager; Ricky Hernandez, Chief Financial Officer

EXTERNAL PRESENTER(S): N/A

| | |
|---|---|
| Subject : | 1.7 Negotiations with Employee Groups |
| Meeting : | Mar 4, 2025 - AGENDA FOR REGULAR BOARD MEETING |
| Category : | 1. SCHEDULED EXECUTIVE SESSION - 4:00 p.m. |
| Type : | Discussion |

# Public Content

PURPOSE: The purpose of this executive session will be to consider its position and instruct its representatives regarding:

1) Negotiations Update

DESCRIPTION/JUSTIFICATION: N/A

BOARD POLICY CONSIDERATIONS: N/A

LEGAL CONSIDERATIONS:Discussions or consultations with designated representatives of the public body in order to consider its position and instruct its representatives pursuanttoA.R.S. §38-431.03Subsections (A)(5); legal advice/instruction to attorney pursuant to A.R.S. §38-431.03(A)(3) and (A)(4)

INTERNAL PRESENTER(S): Maricela Meza, Director, Employee Relations and RickyHernández, Chief Financial Officer

EXTERNAL PRESENTER(S): N/A

| | |
|---|---|
| Subject : | 1.8 Adjourn Executive Meeting and Reconvene Regular Meeting |
| Meeting : | Mar 4, 2025 - AGENDA FOR REGULAR BOARD MEETING |
| Category : | 1. SCHEDULED EXECUTIVE SESSION - 4:00 p.m. |
| Type : | Action |
| Recommended Action : | Motion and vote to adjourn executive meeting and reconvene regular meeting. |

# Public Content

## 2. CALL TO ORDER - 5:30 p.m.

| | |
|---|---|
| Subject : | 2.1 Roll Call |
| Meeting : | Mar 4, 2025 - AGENDA FOR REGULAR BOARD MEETING |
| Category : | 2. CALL TO ORDER - 5:30 p.m. |
| Type : | Procedural |
| Subject : | 2.2 Land Acknowledgement Statement |
| Meeting : | Mar 4, 2025 - AGENDA FOR REGULAR BOARD MEETING |
| Category : | 2. CALL TO ORDER - 5:30 p.m. |
| Type : | Procedural |
| Subject : | 2.3 Pledge of Allegiance |
| Meeting : | Mar 4, 2025 - AGENDA FOR REGULAR BOARD MEETING |
| Category : | 2. CALL TO ORDER - 5:30 p.m. |
| Type : | Procedural |

# Public Content

| | |
|---|---|
| Subject : | 2.4 Agenda Adjustments |
| Meeting : | Mar 4, 2025 - AGENDA FOR REGULAR BOARD MEETING |
| Category : | 2. CALL TO ORDER - 5:30 p.m. |
| Type : | Action |
| Recommended Action : | Motion to approve or modify the agenda as presented. |

# Public Content

The order of items on this agenda may be modified during the meeting at the discretion of the Board President or upon a motion to amend the order of business which is approved by the Board.

## 3. SUPERINTENDENT'S REPORT

| | |
|---|---|
| Subject : | 3.1 Superintendent's Report |
| Meeting : | Mar 4, 2025 - AGENDA FOR REGULAR BOARD MEETING |
| Category : | 3. SUPERINTENDENT'S REPORT |
| Type : | Study/Information |

# Public Content

PURPOSE: Dr. Trujillo will present his report.

- Superintendent's Report
- SY 25-26 Budget Basics

DESCRIPTION/JUSTIFICATION: N/A

BOARD POLICY CONSIDERATIONS: N/A

LEGAL CONSIDERATIONS: N/A

INTERNAL PRESENTERS: Dr. Gabriel Trujillo, Superintendent

EXTERNAL PRESENTERS: N/A

### File Attachments

2025-03-04 Superintendent's Report SLIDES.pdf (3,555 KB)
2025-03-04 FY 26 Budget Basics.pdf (413 KB)

## 4. CALL TO THE AUDIENCE

| | |
|---|---|
| Subject : | 4.1 Guidelines to Address the Board |
| Meeting : | Mar 4, 2025 - AGENDA FOR REGULAR BOARD MEETING |
| Category : | 4. CALL TO THE AUDIENCE |
| Type : | Call to the Audience |

# Public Content

The following procedures related to the Call to the Audience portion of Board meetings will be observed:

- Members of the public who wish to address the Board shall complete a Request to Address Board form and submit electronically, to the Board Office by noon the day of the meeting or physically to Board Staff at the meeting before the close of Call to the Audience.
- Submission must include name of speaker, topic of comments and should indicate which agenda item your comments relate to.
- Submission must indicate whether individuals will address the Board in person or will submit written comments to be read into the record (email written comments togoverningboard@tusd1.org)by noon the day of the meeting.

At this time during the meeting, members of the audience may address the Board in regard to items of concern. Each audience member is allowed three minutes with a total time allotment for this item of 45minutes.

## 5. CONSENT AGENDA

| | |
|---|---|
| Subject : | 5.1 Approval of Consent Agenda Items 5.2 through 5.6 |
| Meeting : | Mar 4, 2025 - AGENDA FOR REGULAR BOARD MEETING |
| Category : | 5. CONSENT AGENDA |

| | |
|---|---|
| Type : | Action (Consent) |
| Recommended Action : | Dr. Trujillo recommends approval of the Consent Agenda items 5.2 through 5.6. |

# Public Content

PURPOSE:

DESCRIPTION/JUSTIFICATION:

BOARD POLICY CONSIDERATIONS:

LEGALCONSIDERATIONS:

INTERNAL PRESENTER(S):

EXTERNAL PRESENTER(S):

### Consent

Our adopted rules of Parliamentary Procedure, Roberts Rules, provide for a consent agenda listing several items for approval of the Board by a single motion. Most of the items listed under the consent agenda have gone through staff review and recommendation. Documentation concerning these items has been provided to all board members and the public in advance to assure an extensive and thorough review. Items may be removed from the consent agenda at the request of any board member.

## Motion & Voting

Dr. Trujillo recommends approval of the Consent Agenda items 5.2 through 5.6.

Ravi Shah requested to pull item 5.3 to address separately.

Resolution: Consent agenda items 5.2 and 5.4 through 5.6 were approved. Item 5.3 was pulled and addressed separately.

Motion by Jennifer Eckstrom, second by Ravi Shah.
Final Resolution: Motion Passed
Yes: Sadie Shaw, Val Romero, Ravi Shah, Natalie Luna Rose, Jennifer Eckstrom

| | |
|---|---|
| Subject : | 5.2 Approval of Talent Acquisition, Transfers, Separations, Changes, Payouts, and Leaves of Absence |
| Meeting : | Mar 4, 2025 - AGENDA FOR REGULAR BOARD MEETING |
| Category : | 5. CONSENT AGENDA |
| Type : | Action (Consent) |
| Fiscal Impact : | Yes |
| Budgeted : | Yes |
| Budget Source : | Varies depending on the funding source of each position. |

Recommended Action : Motion to approve the Talent Acquisition personnel lists.

# Public Content

PURPOSE:A duty of the Tucson Unified School District Governing Board is to require the Superintendent to maintainan adequate staff to promote efficiency and economy in the District's operations. This item is intended to provideemployee lists in the following categories:

**TALENT ACQUISITION:**
Certified - School and Department
Classified - School and Department

Substitutes

**SEPARATIONS:**
Certified - School and Department
Classified - School and Department

**TRANSFERS:**
Certified and Classified

**PAY CHANGES:**
Certified and Classified

**ADDED DUTY & STIPENDS:**

Certified and Classified

**PAYOUTS:**

Certified and Classified

**LEAVES OF ABSENCE:**
Certified and Classified

DESCRIPTION/JUSTIFICATION: N/A

BOARD POLICY CONSIDERATIONS: N/A

LEGALCONSIDERATIONS: N/A

INTERNAL PRESENTER(S): Jon Fernandez, Chief Human Capital Officer

EXTERNAL PRESENTER(S): N/A

## File Attachments

2025-03-04 - Talent Acquisition (Personnel List) for PUBLIC.pdf (82 KB)

### Consent

Our adopted rules of Parliamentary Procedure, Roberts Rules, provide for a consent agenda listing several items for approval of the Board by a single motion. Most of the items listed under the consent agenda have gone through staff review and recommendation. Documentation concerning these items has been provided to all board members and the public in advance to assure an extensive and thorough review. Items may be removed from the consent agenda at the request of any board member.

## Motion & Voting

Dr. Trujillo recommends approval of the Consent Agenda items 5.2 through 5.6.

Ravi Shah requested to pull item 5.3 to address separately.

Resolution: Consent agenda items 5.2 and 5.4 through 5.6 were approved. Item 5.3 was pulled and addressed separately.

Motion by Jennifer Eckstrom, second by Ravi Shah.
Final Resolution: Motion Passed
Yes: Sadie Shaw, Val Romero, Ravi Shah, Natalie Luna Rose, Jennifer Eckstrom

| | |
|---|---|
| Subject : | 5.3 Approval of Expenditures in excess of $250,000, for Benchmark Phonics Using SAVE Cooperative Contract 21-28M |
| Meeting : | Mar 4, 2025 - AGENDA FOR REGULAR BOARD MEETING |
| Category : | 5. CONSENT AGENDA |
| Type : | Action |
| Fiscal Impact : | Yes |
| Dollar Amount : | $717,419.91 |
| Budgeted : | Yes |
| Budget Source : | Unrestricted Capital Outlay - Move On When Reading |
| Recommended Action : | Motion to approve expenditures in excess of $250,000, for Benchmark Phonics Using SAVE Cooperative Contract 21-28M, as presented. |

# Public Content

PURPOSE:The Curriculum and Professional Development Department requests approval of the purchase of the Benchmark Phonics Program for all K-5 classrooms as a Tier 1 Supplement to the Benchmark Advanced Literacy Adoption.

DESCRIPTION/JUSTIFICATION:Built on research aligned to the current Science of Reading research. It provides a systematic Scope and Sequence with built in review and repetition to ensure mastery. It provides explicit and multimodal instruction in phonics. This new resource is designed to support teachers in delivering high-quality phonics instruction to all students. Alignment to our current ELA adoption is provided.

Benchmark Phonics was approved by the Governing Board as a supplemental curriculum on May 23, 2023.

The total amount of the purchase is $717,419.91, $350,000 of it will be paid in FY25, while the remaining balance of $367,419.91 will be paid in FY26.

The Purchasing Department has conducted due diligence on the cooperative contracts being used to obtain quotes for this procurement and has determined that the competitive process that was performed under each contract is in compliance with AZ Administrative Code (AAC) R7-2-1041 - Competitive Sealed Proposals. The use of a cooperative contract by the District is authorized by AAC R7-2-1191 - Cooperative Purchasing Authorized and by District Governing Board Policy DJE - Purchasing Procedures. Prior to engaging the selected vendor and Microsoft, all documents will be reviewed by Purchasing, Legal, and Technology Services.

BOARD POLICY CONSIDERATIONS:Governing Board Policy DJE - Purchasing Procedures

LEGALCONSIDERATIONS: N/A

INTERNAL PRESENTER(S): Dr. Flori Huitt, Assistant Superintendent, Curriculum & Instruction; Heidi Aranda, Senior Director, Curriculum and Professional Development; and Ricky Hernandez, Chief Financial Officer.

EXTERNAL PRESENTER(S): N/A

### File Attachments

73537 - Tucson USD BP Estimate Feb 12 2025.pdf (119 KB)
2025-03-04 Benchmark Phonics Overview.pdf (33,293 KB)

## Motion & Voting

Motion to approve expenditures in excess of $250,000, for Benchmark Phonics Using SAVE Cooperative Contract 21-28M, as presented.

Motion by Jennifer Eckstrom, second by Ravi Shah.
Final Resolution: Motion Passed
Yes: Sadie Shaw, Val Romero, Ravi Shah, Natalie Luna Rose, Jennifer Eckstrom

| | |
|---|---|
| Subject : | 5.4 Approval of Proposed Due Process Settlement Agreement |
| Meeting : | Mar 4, 2025 - AGENDA FOR REGULAR BOARD MEETING |
| Category : | 5. CONSENT AGENDA |
| Type : | Action (Consent) |
| Fiscal Impact : | Yes |
| Dollar Amount : | $22,000.00 |
| Budgeted : | Yes |
| Budget Source : | Litigation Recovery Fund |
| Recommended Action : | Motion to authorize Superintendent to execute the proposed settlement agreement resolving Due Process claim with the Office of Administrative Hearings, Case #25C-DP-037-ADE. |

# Public Content

PURPOSE: To resolve a confidential student matter currently in dispute before the Office of Administrative Hearings, Case #25C-DP-037-ADE.

DESCRIPTION/JUSTIFICATION: To resolve the issues involved in Office of Administrative Hearing Case #25C-DP-037-ADE, the District and the other parties in these matters, reached a potential settlement of the matters. The agreement is subject to Governing Board approval. Because of the legal and student issues involved, the settlement agreement is confidential. The settlement will result in the dismissal of action with prejudice.

The settlement agreement has been provided to the Governing Board under a separate confidential cover document and discussed in a legal advice executive session.

The financial portion of the settlement will not exceed $22,000.

Note: The Trust will reimburse the District up to $11,000.

BOARD POLICY CONSIDERATIONS: N/A

LEGALCONSIDERATIONS: N/A

INTERNAL PRESENTER(S): Robert S. Ross, Jr., General Counsel

EXTERNAL PRESENTER(S): N/A

### Consent

Our adopted rules of Parliamentary Procedure, Roberts Rules, provide for a consent agenda listing several items for approval of the Board by a single motion. Most of the items listed under the consent agenda have gone through staff review and recommendation. Documentation concerning these items has been provided to all board members and the public in advance to assure an extensive and thorough review. Items may be removed from the consent agenda at the request of any board member.

## Motion & Voting

Dr. Trujillo recommends approval of the Consent Agenda items 5.2 through 5.6.

Ravi Shah requested to pull item 5.3 to address separately.

Resolution: Consent agenda items 5.2 and 5.4 through 5.6 were approved. Item 5.3 was pulled and addressed separately.

Motion by Jennifer Eckstrom, second by Ravi Shah.
Final Resolution: Motion Passed
Yes: Sadie Shaw, Val Romero, Ravi Shah, Natalie Luna Rose, Jennifer Eckstrom

| | |
|---|---|
| Subject : | 5.5 Approval to Dismiss a Committee Member on the Alternative Education Advisory Committee due to Unexcused Absences |
| Meeting : | Mar 4, 2025 - AGENDA FOR REGULAR BOARD MEETING |
| Category : | 5. CONSENT AGENDA |

| | |
|---|---|
| Type : | Action (Consent) |
| Fiscal Impact : | No |
| Recommended Action : | Motion to approve the dismissal of a committee member from the Alternative Education Advisory Committee due to unexcused absences. |

# Public Content

PURPOSE: To approve the dismissal of a Committee Member of the Alternative Education Advisory Committee (AEAC) due to unexcused absences.

DESCRIPTION/JUSTIFICATION: The AEAC charter states that the committee may request that the Governing Board dismiss a member who has three (3) consecutive unexcused absences or a total of five (5) absences in any 12-month period. At the AEAC meeting held on February 17, 2025, the committee, approved by majority vote, to dismiss community member due to 4 consecutive unexcused absences.

BOARD POLICY CONSIDERATIONS: N/A

LEGALCONSIDERATIONS: N/A

INTERNAL PRESENTER(S): Sadie Shaw, Governing Board Liaison

EXTERNAL PRESENTER(S): Gabriel Garcia, Alternative Education Advisory Committee Chair

### File Attachments

2024-09-10 AEAC Charter.pdf (89 KB)

### Consent

Our adopted rules of Parliamentary Procedure, Roberts Rules, provide for a consent agenda listing several items for approval of the Board by a single motion. Most of the items listed under the consent agenda have gone through staff review and recommendation. Documentation concerning these items has been provided to all board members and the public in advance to assure an extensive and thorough review. Items may be removed from the consent agenda at the request of any board member.

## Motion & Voting

Dr. Trujillo recommends approval of the Consent Agenda items 5.2 through 5.6.

Ravi Shah requested to pull item 5.3 to address separately.

Resolution: Consent agenda items 5.2 and 5.4 through 5.6 were approved. Item 5.3 was pulled and addressed separately.

Motion by Jennifer Eckstrom, second by Ravi Shah.
Final Resolution: Motion Passed
Yes: Sadie Shaw, Val Romero, Ravi Shah, Natalie Luna Rose, Jennifer Eckstrom

| | |
|---|---|
| Subject : | 5.6 Minutes of Tucson Unified School District Governing Board Meeting - February 25, 2025 |
| Meeting : | Mar 4, 2025 - AGENDA FOR REGULAR BOARD |

| | |
|---|---|
| | MEETING |
| Category : | 5. CONSENT AGENDA |
| Type : | Action (Consent), Minutes |
| Recommended Action : | Motion to approve the Minutes of the Governing Board Meeting held on February 25, 2025. |
| Minutes : | View Minutes for Feb 25, 2025 - AGENDA FOR SPECIAL BOARD MEETING |

# Public Content

PURPOSE:Toapprove the Minutes of the Governing Board Meeting held on February 25, 2025.

DESCRIPTION/JUSTIFICATION:N/A

BOARD POLICY CONSIDERATIONS:N/A

LEGALCONSIDERATIONS:N/A

INTERNAL PRESENTER(S):N/A

EXTERNAL PRESENTER(S):N/A

### Consent

Our adopted rules of Parliamentary Procedure, Roberts Rules, provide for a consent agenda listing several items for approval of the Board by a single motion. Most of the items listed under the consent agenda have gone through staff review and recommendation. Documentation concerning these items has been provided to all board members and the public in advance to assure an extensive and thorough review. Items may be removed from the consent agenda at the request of any board member.

## Motion & Voting

Dr. Trujillo recommends approval of the Consent Agenda items 5.2 through 5.6.

Ravi Shah requested to pull item 5.3 to address separately.

Resolution: Consent agenda items 5.2 and 5.4 through 5.6 were approved. Item 5.3 was pulled and addressed separately.

Motion by Jennifer Eckstrom, second by Ravi Shah.
Final Resolution: Motion Passed
Yes: Sadie Shaw, Val Romero, Ravi Shah, Natalie Luna Rose, Jennifer Eckstrom

## 6. ACTION ITEM(S)

| | |
|---|---|
| Subject : | 6.1 Administrative Appointments, Reassignments, and Transfers - Interim Chief Operations Officer |
| Meeting : | Mar 4, 2025 - AGENDA FOR REGULAR BOARD MEETING |
| Category : | 6. ACTION ITEM(S) |

| | |
|---|---|
| Type : | Action |
| Fiscal Impact : | Yes |
| Budgeted : | Yes |
| Budget Source : | 75% M & O and 25% Indirect |
| Recommended Action : | Motion to approve the selected candidate to serve as Interim Chief Operations Officer. |

# Public Content

PURPOSE:To approve the selected candidate to serve as Interim Chief Operations Officer.
DESCRIPTION/JUSTIFICATION: N/A
BOARD POLICY CONSIDERATIONS: N/A
LEGALCONSIDERATIONS: N/A
INTERNAL PRESENTER(S): Dr. Gabriel Trujillo, Superintendent, will be available to answer questions.
EXTERNAL PRESENTER(S): N/A

## Motion & Voting

Motion to approve the selected candidate to serve as Interim Chief Operations Officer.

Dr. Trujillo recommended approval of Juvenal Lopez to serve as the Interim Chief Operations Officer for the remainder of the 2024-2025 School year.

Motion by Jennifer Eckstrom, second by Ravi Shah.
Final Resolution: Motion Passed
Yes: Sadie Shaw, Val Romero, Ravi Shah, Natalie Luna Rose, Jennifer Eckstrom

| | |
|---|---|
| Subject : | 6.2 Administrative Appointments, Reassignments, and Transfers - Principal, Wheeler Elementary School |
| Meeting : | Mar 4, 2025 - AGENDA FOR REGULAR BOARD MEETING |
| Category : | 6. ACTION ITEM(S) |
| Type : | Action |
| Fiscal Impact : | Yes |
| Budgeted : | Yes |
| Budget Source : | M & O |
| Recommended Action : | Motion to approve the selected candidate to serve as Principal of Wheeler Elementary School. |

# Public Content

PURPOSE:To approve the selected candidate to serve as Principal of Wheeler Elementary School.
DESCRIPTION/JUSTIFICATION: N/A
BOARD POLICY CONSIDERATIONS: N/A
LEGALCONSIDERATIONS: N/A
INTERNAL PRESENTER(S): Dr. Gabriel Trujillo, Superintendent, will be available to answer questions.
EXTERNAL PRESENTER(S): N/A

## Motion & Voting

Motion to approve the selected candidate to serve as Principal of Wheeler Elementary School.

Dr. Trujillo recommended approval of Kari Baltes to serve as the Principal of Wheeler Elementary School.

Motion by Jennifer Eckstrom, second by Natalie Luna Rose.
Final Resolution: Motion Passed
Yes: Sadie Shaw, Val Romero, Ravi Shah, Natalie Luna Rose, Jennifer Eckstrom

| | |
|---|---|
| Subject : | 6.3 Approval to Procure Goods and Services for Carrillo K-5 Magnet School Rainwater Drainage Improvements |
| Meeting : | Mar 4, 2025 - AGENDA FOR REGULAR BOARD MEETING |
| Category : | 6. ACTION ITEM(S) |
| Type : | Action |
| Fiscal Impact : | Yes |
| Dollar Amount : | $168,000.00 |
| Budgeted : | Yes |
| Budget Source : | Bonds Funds |
| Recommended Action : | Motion to grant authority to the Purchasing Director, in conjuction with the Bond Program Manager to procure goods and services using approved TUSD and Cooperative Contracts for the Carrillo K-5 Magnet School Rainwater Drainage Improvements, not to exceed $140,000 + 20% Contingency, where single purchases may exceed $250,000 or for cumulative purchases with Cooperative Contract vendors in excess of $250,000. |

# Public Content

PURPOSE: To grant authority to the Purchasing Director, in conjunction with the Bond Program Manager to procure goods and services using approved TUSD and Cooperative Contracts for the Carrillo K-5 Magnet School Rainwater Drainage Improvements, not to exceed $140,000 + 20% Contingency, where single purchases may exceed $250,000 or for cumulative purchases with Cooperative Contract vendors in excess of $250,000.

DESCRIPTION/JUSTIFICATION: The Bond Oversight Committee approved the Carrillo K-5 Magnet School Rainwater Drainage Improvements project and determined the priority of the project, if not funded by the School Facilities Division (SFD) by March 10, 2025. The bond funds are a backup to ensure the equipment is purchased and the project is completed before the 2025 monsoon season. This project will require procurement of goods and services, which will need to be done in a timely manner to keep within the timeframes established by the Bond Program Department. Vendor quotes are currently being collected to begin work and place orders.

The purchase will be made using currently approved TUSD contracts or cooperative purchasing agreements with 1GPA, Omnia Partners, Mohave Educational Services Cooperatives, and others. The Purchasing Department will perform and document all due diligence on cooperative contracts used by the district. Governing Board approval is required for cooperative contract single purchases that may exceed $250,000, or for cumulative purchases using cooperative contract vendors in excess of $250,000.

The Carrillo K-5 Magnet School Rainwater Drainage Improvements was vetted and recommended by the Bond Oversight Committee at their meeting on February 13, 2025.

BOARD POLICY CONSIDERATIONS: Governing Board Policy DJE-R Purchasing Procedures

LEGALCONSIDERATIONS: N/A

INTERNAL PRESENTER(S):Dr. Charlotte Carter, Bond Program Manager; Ricky Hernández, Chief Financial Officer; and Damon Ballesteros, Senior Program Manager

EXTERNAL PRESENTER(S): N/A

### File Attachments

Proposed Carrillo Rainwater Drainage Improvements Description for GB 20250304.pdf (190 KB)

## Motion & Voting

Motion to grant authority to the Purchasing Director, in conjuction with the Bond Program Manager to procure goods and services using approved TUSD and Cooperative Contracts for the Carrillo K-5 Magnet School Rainwater Drainage Improvements, not to exceed $140,000 + 20% Contingency, where single purchases may exceed $250,000 or for cumulative purchases with Cooperative Contract vendors in excess of $250,000.

Motion by Ravi Shah, second by Natalie Luna Rose.
Final Resolution: Motion Passed
Yes: Sadie Shaw, Val Romero, Ravi Shah, Natalie Luna Rose, Jennifer Eckstrom

| | |
|---|---|
| Subject : | 6.4 Acceptance of the FY24 Annual Comprehensive Financial Report (ACFR) for the Tucson Unified School District |
| Meeting : | Mar 4, 2025 - AGENDA FOR REGULAR BOARD MEETING |
| Category : | 6. ACTION ITEM(S) |
| Type : | Action |
| Fiscal Impact : | Yes |
| Recommended Action : | Motion to accept, via roll call vote, the Annual Comprehensive Financial Report (ACFR) for the fiscal year ended June 30, 2024, for the Tucson Unified School District. |

# Public Content

PURPOSE:To seek Governing Board action to accept the District's Annual Comprehensive Financial Report (ACFR) for the fiscal year ended June 30, 2024. Arizona Revised Statutes, Section 15-914, Paragraph H requires school district governing boards to publicly accept all audits and compliance questionnaires by roll call vote. Board policy also requires that the administration present the reports to the Board for examination and discussion.

DESCRIPTION/JUSTIFICATION:By law, all school districts that have an adopted Maintenance & Operations (M&O) budget in excess of $2 million, are required to contract for an annual financial statement audit and to complete a Uniform System of Financial Records (USFR) Compliance Questionnaire designed by the Arizona Auditor General's Office. In addition, school districts that spend more than $750,000 in federal funds must also contract for a Single Audit. In 20223, the District contracted with the independent accounting firm of HeinfeldMeech to complete the required annual audit reporting.

Mr. Hernández and Mr. Heinfeld from HeinfeldMeech will provide an update to the Board regarding this year's audited financial statements. Once accepted, copies will be published on the TUSD Financial Services webpage for the public.

The Board's Audit Committee reviewed this ACFR, on February 19, 2025, and is recommending acceptance by the Governing Board, as presented. Districts are also required to submit reports within 9 months after the prior fiscal year end (by March 31, 2025), to the Arizona Department of Education, the Arizona Auditor General's Office, and all other regulatory agencies.

BOARD POLICY CONSIDERATIONS:Governing Board Policy DIF

LEGALCONSIDERATIONS:A.R.S. §15-914, Paragraph H

INTERNAL PRESENTER(S): Ricky Hernández, Chief Financial Officer

EXTERNAL PRESENTER(S): Christopher Heinfeld, CPA, Audit Partner, HeinfeldMeech

## File Attachments

DRAFT Tucson USD ACFR 24 2.27.25.pdf (6,585 KB)
2025-03-04 Communication to Governance Presentation.pdf (417 KB)

| | |
|---|---|
| Subject : | 6.5 Approval of Contracts for Certificated Staff of the Tucson Unified School District for the 2025-2026 School Year |
| Meeting : | Mar 4, 2025 - AGENDA FOR REGULAR BOARD MEETING |
| Category : | 6. ACTION ITEM(S) |
| Type : | Action |
| Fiscal Impact : | Yes |
| Budgeted : | Yes |
| Budget Source : | Varies, depends on position. |
| Recommended Action : | Motion to approve contracts for certificated staff of the Tucson Unified School District for the 2025-2026 school year. |

# Public Content

PURPOSE:To request Governing Board approval of the contracts for the certificated staff of the Tucson Unified School District for the 2025-2026 school year.

DESCRIPTION/JUSTIFICATION:The purpose of this agenda item is to seek authorization and approval from the Governing Board for the issuance of contracts to all certificated staff for the 2025-2026 school year.

Issuing contracts to certificated staff for the 2025-2026 school year ensures that returning teachers and other certified staff have a guarantee of employment for next year. Since the District has agreed to negotiate with certificated staff and operate under a consensus agreement, the terms and conditions of the employment are set forth in the final negotiated agreement between TEA (Teacher Education Association) and the District. However, these terms and conditions are not referenced in the contracts as they have not been finalized.

BOARD POLICY CONSIDERATIONS: N/A

LEGALCONSIDERATIONS: N/A

INTERNAL PRESENTER(S):Jon Fernandez, Chief Human Capital Officer

EXTERNAL PRESENTER(S): N/A

## Motion & Voting

Motion to approve contracts for certificated staff of the Tucson Unified School District for the 2025-2026 school year.

Motion by Jennifer Eckstrom, second by Natalie Luna Rose.
Final Resolution: Motion Passed
Yes: Sadie Shaw, Val Romero, Ravi Shah, Natalie Luna Rose, Jennifer Eckstrom

# 7. STUDY/INFORMATION ITEM(S)

| | |
|---|---|
| Subject : | 7.1 Desegregation Budget Study Session #2: Mexican American Student Services, African American Student Services, and Alternative Education |
| Meeting : | Mar 4, 2025 - AGENDA FOR REGULAR BOARD MEETING |
| Category : | 7. STUDY/INFORMATION ITEM(S) |
| Type : | Study/Information |

# Public Content

PURPOSE: For the Governing Board to review, discuss, and provide direction on the proposed Desegregation fund budgets for the Mexican American Student Services and African American Student Services Departments, and the Alternative Education Department for fiscal year 2026.

DESCRIPTION/JUSTIFICATION:For fiscal year 2026, the districts Desegregation budgetary expenses are expected to exceed current budget capacity by almost $3 million. With the goal of balancing the Desegregation Budget for the 2025-2026 school year, each department fully or partially funded by Desegregation funds has been assigned the task of identifying cost reductions to be incorporated into the fiscal year 2026 budget. On January 13, 2025, Directors and Administrators of all affected departments were informed of the Desegregation Budget deficit, its impact on current programming, and the requirement to balance the budget, and that the budget building process for fiscal year 2026 be inclusive of all departmental team members and employees. The agenda item will allow the departmental leaders an opportunity to provide an overview of their respective departments roles and responsibilities, an overview of their respective departments proposed budget for the upcoming fiscal year, and the specific expenditure reductions being implemented in the proposed budget for fiscal year 2026. In accordance with

the Post Unitary Status Plan Reporting and Accountability Plan, budgetary reductions and their impact on programming will be subject to Performance Impact Analyses prior to Governing Board approval. The Governing Board will be voting to adopt its proposed Desegregation Budget for Fiscal Year 2026 on June 24, 2025.

The budget proposals submitted by each Desegregation-funded department and a form to submit public comments on these budget proposals can be found at: https://www.tusd1.org/notice-20250131-deseg-budget-presentations.

BOARD POLICY CONSIDERATIONS:N/A

LEGALCONSIDERATIONS: N/A

INTERNAL PRESENTER(S): María Federico Brummer, Director, Mexican American Student Services; Dr. Tonya Strozier, Director, African American Student Services; and Dr. Yolanda Nuñez, Director, Alternative Education

EXTERNAL PRESENTER(S): N/A

## File Attachments

2025-03-04 MASS Deseg Presentation.pdf (16,548 KB)
AASSD Budget Presentation Final.pdf (4,559 KB)
2025-03-04 Alternative Education Deseg Presentation.pdf (1,174 KB)

| | |
|---|---|
| Subject : | 7.2 Tucson Unified School District Budget Study Session #1 |
| Meeting : | Mar 4, 2025 - AGENDA FOR REGULAR BOARD MEETING |
| Category : | 7. STUDY/INFORMATION ITEM(S) |
| Type : | Study/Information |

# Public Content

PURPOSE: The Governing Board and the community will be provided with a status update on the overall financial health of the district, and the financial projections through the 2029-30 fiscal year. As part of this study session, the administration will also review the cost analysis related to the Budget Advisory Committee's recommendation from Feb. 11, 2025, and an update on the status of the balances in the district's Digital Budget Book.

DESCRIPTION/JUSTIFICATION: The administration will inform the Governing Board and the community of its recurring financial commitments in areas of salary and compensation, capital, and employee benefits. Information regarding the district's projected revenue sources, current and projected carryforward balances, and and overall projection on any increases for Base Support Limit or Unrestricted Capital funding will be presented, as well. The agenda will include a cost analysis and background information on the expenditure priorities recommended by the Budget Advisory Committee to the Governing Board at the Feb. 11 Governing Board meeting. The presentation will include various strategies and actions the Governing Board and administration can take to help improve the district's overall financial health. Finally, the Board will receive information clarifying the so-called differences in the budget figures presented in the district's award-winning Digital Budget Book and the outdated Excel budget book.

BOARD POLICY CONSIDERATIONS: N/A

LEGALCONSIDERATIONS: N/A

INTERNAL PRESENTER(S):Ricky Hernández, Chief Financial Officer and Dr. Gabriel Trujillo, Superintendent

EXTERNAL PRESENTER(S): N/A

### File Attachments

2025-03-04 Financial State of the District.pdf (402 KB)

| | |
|---|---|
| Subject : | 7.3 Exceptional Education Service Enhancement SY 2025-2026 |
| Meeting : | Mar 4, 2025 - AGENDA FOR REGULAR BOARD MEETING |
| Category : | 7. STUDY/INFORMATION ITEM(S) |
| Type : | Study/Information |

# Public Content

PURPOSE: To provide an opportunity for the administration to present its reconfigured leadership model to the Governing Board.

DESCRIPTION/JUSTIFICATION:The agenda item will allow the administration to review the rationale for the changes, discuss its overall goals of better visibility and responsiveness to staff, student, family needs and requests at the school level, and to address assessment caseload challenges with EXED service providers. Any costs associated with the proposed model will be funded by the IDEA (Individuals with Disabilities Education Act) Grant allocated to the EXED Department.

BOARD POLICY CONSIDERATIONS: N/A

LEGALCONSIDERATIONS: N/A

INTERNAL PRESENTER(S):Dr. Sabrina Salmon, Senior Director, Exceptional Education; Dr. Flori Huitt, Assistant Superintendent, Curriculum and Instruction; Ricky Hernandez, Chief Financial Officer

EXTERNAL PRESENTER(S): N/A

### File Attachments

2025-03-04 Ex Ed Board Presentation.pdf (465 KB)

## 8. FUTURE MEETING DATES AND AGENDA ITEM(S)

| | |
|---|---|
| Subject : | 8.1 Future Meeting Dates and Agenda Item(s) |
| Meeting : | Mar 4, 2025 - AGENDA FOR REGULAR BOARD MEETING |
| Category : | 8. FUTURE MEETING DATES AND AGENDA ITEM(S) |
| Type : | Procedural |

# Public Content

The Board may consideradding, canceling and/or rescheduling future board meeting(s). In addition, a Board Member may propose future agenda item(s) with limited discussion. The discussion should center around the purpose of placing the item on the appropriate agenda for consideration and action as necessary. (Ref: Governing Board Policy BEDB)

# 9. ADJOURNMENT

| | |
|---|---|
| Subject : | 9.1 Adjourn Meeting |
| Meeting : | Mar 4, 2025 - AGENDA FOR REGULAR BOARD MEETING |
| Category : | 9. ADJOURNMENT |
| Type : | Procedural |

| | |
|---|---|
| **Prod Begin** | CNTRL_0004_0000473712 |
| **Prod End** | |
| **ALL - All Custodians** | TUSD Board Minutes |
| **ALL - Author** | |
| **FILE - Date Modified** | 4/21/2025 |
| **FILE - File Name** | 2025-03-04 AGENDA FOR REGULAR BOARD MEETING.pdf |
| **ALL - Title** | |
| **ALL - All Paths** | TUSD Board Minutes \| \2025 |