# EXHIBIT A

| Primary Plaintiff Name(s) | Plaintiff's Firm | Docket No. | PFS and SUP-PFS Due Date | PFS Submitted | SUP-PFS Submitted |
|---|---|---|---|---|---|
| Audubon Public School District | Frantz Law Group | 25-CV-01129 | 5/8/2025 | No | No |
| Beaver County School District | Frantz Law Group | 4:24-cv-04754 | 11/4/2024 | No | No |
| Beggs Public Schools | Frantz Law Group | 25-CV-01523 | 5/14/2025 | No | No |
| Bellevue Community Schools | Frantz Law Group | 25-CV-01135 | 5/6/2025 | No | No |
| Cambridge Central School | Frantz Law Group | 25-CV-01156 | 5/7/2025 | No | No |
| Canyon-Owyhee School Service Agency | Frantz Law Group | 25-CV-01794 | 5/21/2025 | No | No |
| Chazy Union Free School District | Frantz Law Group | 25-CV-01290 | 5/11/2025 | No | No |
| Checotah Public Schools | Frantz Law Group | 25-CV-05028 | 9/11/2025 | No | No |
| Delanco Township School District | Frantz Law Group | 25-CV-01798 | 5/21/2025 | No | No |
| Dunellen Board of Education | Frantz Law Group | 25-CV-01109 | 5/8/2025 | No | No |
| Esmeralda County School District | Frantz Law Group | 25-CV-01977 | 5/26/2025 | No | No |
| Garden Valley School District | Frantz Law Group | 25-CV-01973 | 5/26/2025 | No | No |
| Hinds County School District | Frantz Law Group | 25-CV-01938 | 5/26/2025 | No | No |
| Honeoye Central School District | Frantz Law Group | 25-CV-01133 | 5/5/2025 | No | No |
| Jefferson-Lewis-Hamilton-Herkimer-Oneida Board of Cooperative Educational Services | Frantz Law Group | 25-CV-01128 | 5/7/2025 | No | No |
| Kimberly Area School District | Frantz Law Group | 24-CV-07676 | 2/3/2025 | No | No |
| Lassen Union High School District | Frantz Law Group | 25-CV-01761 | 5/20/2025 | No | No |
| Liberty Local School District | Frantz Law Group | 25-CV-01138 | 5/7/2025 | No | No |
| Littleton Elementary School District #65 | Frantz Law Group | 25-CV-01247 | 5/6/2025 | No | No |
| Madison School District #321 | Frantz Law Group | 24-CV-07671 | 3/6/2025 | No | No |
| Naches Valley School District | Frantz Law Group | 25-CV-01127 | 5/5/2025 | No | No |
| New Buffalo Area Schools | Frantz Law Group | 25-CV-05031 | 9/11/2025 | No | No |
| Oakfield, School District of | Frantz Law Group | 25-CV-01555 | 5/19/2025 | No | No |
| Oakland Board of Education | Frantz Law Group | 25-CV-01343 | 5/11/2025 | No | No |
| Pittsgrove Public Schools | Wilentz, Goldman & Spitzer | 25-CV-02152 | 7/3/2025 | No | No |
| Project Impact STEM Academy | Frantz Law Group | 25-CV-01334 | 5/11/2025 | No | No |
| River Valley School District (WI) | Frantz Law Group | 25-CV-01488 | 5/15/2025 | No | No |
| Shamong Township School District | Frantz Law Group | 25-CV-01582 | 5/15/2025 | No | No |
| Somerville Public School District | Wilentz, Goldman & Spitzer | 25-CV-04983 | 9/10/2025 | No | No |
| St. Francis School District | Frantz Law Group | 25-CV-01586 | 5/19/2025 | No | No |
| Stevens Point Area Public School District | Frantz Law Group | 25-CV-01593 | 5/15/2025 | No | No |
| Tallapoosa County Board of Education | Beasley Allen | 25-CV-00186 | 4/6/2025 | No | No |
| Tomahawk, School District of | Frantz Law Group | 25-CV-01558 | 5/20/2025 | No | No |
| Two Rivers Public Schools | Frantz Law Group | 25-CV-01614 | 5/15/2025 | No | No |