Beth Bilsborrow
Weitz & Luxenberg P.C.
700 Broadway
New York, NY 10003
212-558-5500
BBilsborrow@weitzlux.com
*Attorney for Plaintiffs*

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates To:<br><br>*J.M., individually and as next friend of J.M., a Minor Child,*<br>*Plaintiffs,*<br>*v.*<br>*Instagram, LLC et al;*<br>*Defendants.* | MDL No. 3047<br><br>Case No.: 4:22-MD-03047-YGR<br><br>**APPLICATION FOR PRO HAC VICE ADMISSION** |

J.M., on behalf of J.M., a Minor Child, by and through their counsel, Beth Bilsborrow, moves and applies to the Court for an Order to admit Beth Bilsborrow to practice before this Court in this case pursuant to Local Rule 11-3. In support of this application, Ms. Bilsborrow submits and certifies under oath the following:

1. That I am an active member in good standing of the New York State bar; my bar number is 5105333;
2. That I agree to abide by the Standards of Professional Conduct set forth in Civil L.R. 11-4, and to become familiar with the Local Rules and Alternative

Dispute Resolution Programs of this Court and, where applicable, with the Bankruptcy Local Rules;

3. That I have obtained local counsel in this matter.

4. That Local Counsel's information is as follows:

Devin Bolton (SBN 290037)
DBolton@weitzlux.com
1880 Century Park East
Suite 700
Los Angeles, CA 90067
P: (310) 786-9927

5. That I have not previously been granted pro hac vice admission by the Court in the 12 months preceding this application.

Attached as Exhibit 1 is a true and correct copy of a certificate of good standing issued by the State of New York Bar Association.

Dated this 3rd day of November 2026.

/s/ Beth Bilsborrow
Beth Bilsborrow
*Attorney for Plaintiffs*

ORDER GRANTING APPLICATION

FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Beth Bilsborrow for admission pro hac vice in MDL No. 3047, In re Social Media Adolescent Addiction/Personal Injury Products Liability Litigation, is GRANTED, subject to the terms and conditions of Civil L.R. 11-3.

All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: ____________________

_____________________________________________

UNITED STATES DISTRICT/MAGISTRATE JUDGE