Beth Bilsborrow
Weitz & Luxenberg P.C.
700 Broadway
New York, NY 10003
212-558-5500
BBilsborrow@weitzlux.com
*Attorney for Plaintiffs*

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION

This Document Relates To:

*J.M., individually and as next friend of J.M., a Minor Child,*
*Plaintiffs,*
*v.*
*Instagram, LLC et al;*
*Defendants.*

MDL No. 3047

Case No.: 4:22-MD-03047-YGR

**APPLICATION FOR PRO HAC VICE ADMISSION; ORDER**

J.M., on behalf of J.M., a Minor Child, by and through their counsel, Beth Bilsborrow, moves and applies to the Court for an Order to admit Beth Bilsborrow to practice before this Court in this case pursuant to Local Rule 11-3. In support of this application, Ms. Bilsborrow submits and certifies under oath the following:

1. That I am an active member in good standing of the New York State bar; my bar number is 5105333;
2. That I agree to abide by the Standards of Professional Conduct set forth in Civil L.R. 11-4, and to become familiar with the Local Rules and Alternative

Dispute Resolution Programs of this Court and, where applicable, with the Bankruptcy Local Rules;

3. That I have obtained local counsel in this matter.

4. That Local Counsel's information is as follows:

Devin Bolton (SBN 290037)
DBolton@weitzlux.com
1880 Century Park East
Suite 700
Los Angeles, CA 90067
P: (310) 786-9927

5. That I have not previously been granted pro hac vice admission by the Court in the 12 months preceding this application.

Attached as Exhibit 1 is a true and correct copy of a certificate of good standing issued by the State of New York Bar Association.

Dated this 3rd day of November 2026.

/s/ Beth Bilsborrow
Beth Bilsborrow
*Attorney for Plaintiffs*

ORDER GRANTING APPLICATION

FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Beth Bilsborrow for admission pro hac vice in MDL No. 3047, In re Social Media Adolescent Addiction/Personal Injury Products Liability Litigation, is GRANTED, subject to the terms and conditions of Civil L.R. 11-3.

All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: November 3, 2026

HON. YVONNE GONZALEZ ROGERS
UNITED STATES CHIEF DISTRICT JUDGE

# Appellate Division of the Supreme Court of the State of New York Third Judicial Department

I, Robert D. Mayberger, Clerk of the Appellate Division of the Supreme Court of the State of New York, Third Judicial Department, do hereby certify that

Beth Ann Bilsborrow

was duly licensed and admitted to practice as an Attorney and Counselor at Law in all the courts of this State on **January 24, 2013**, has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counselors at Law on file in this office, is duly registered with the Office of Court Administration, and according to the records of this Court is currently in good standing as an Attorney and Counselor-at-Law.

In Witness Whereof, I have hereunto set my hand in the City of Albany on October 29, 2026.

Robert D Mayberger

Clerk of the Court

CertID-00315889

State of New York
Supreme Court, Appellate Division
Third Judicial Department
Admissions Office
P.O. Box 7350, Capitol Station
Albany, NY 12224-0350

Robert D. Mayberger
Clerk of the Court

AD3AdmissionsOffice@nycourts.gov
http://www.nycourts.gov/ad3/admissions
(518) 471-4778

Anthony A. Moore
Director of Attorney
Admissions

To Whom It May Concern:

An attorney admitted to practice by this Court may request a certificate of good standing, which is the only official document this Court issues certifying to an attorney's admission and good standing.

An attorney's registration status, date of admission and disciplinary history may be viewed through the attorney search feature on the website of the Unified Court System.

New York State does not register attorneys as active or inactive.

An attorney may request a disciplinary history letter from the Attorney Grievance Committee of the Third Judicial Department.

Bar examination history is available from the New York State Board of Law Examiners.

Instructions, forms and links are available on this Court's website.

Robert D Mayberger

Robert D. Mayberger
Clerk of the Court

Revised January 2022