UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br>Multiple Individual Plaintiffs | Case No. 4:22-md-03047-YGR<br>MDL No. 3047<br>**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE; ORDER**<br>(CIVIL LOCAL RULE 11-3) |

I, Thomas M. Wilmoth, an active member in good standing of the bar of Middle District of North Carolina, hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: multiple plaintiffs in the above-entitled action. My local co-counsel in this case is N/A per Order (ECF 2), an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California. Local co-counsel's bar number is: N/A.

| | |
|---|---|
| Law Offices of James Scott Farrin<br>555 S. Mangum Street, Suite 800<br>Durham, North Carolina 27701 | N/A per Order Setting Initial Conf (ECF 2) |
| MY ADDRESS OF RECORD | LOCAL CO-COUNSEL'S ADDRESS OF RECORD |
| 919-688-4991 | |
| MY TELEPHONE # OF RECORD | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD |
| twilmoth@farrin.com | |
| MY EMAIL ADDRESS OF RECORD | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 41684 (NC).

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I have been granted pro hac vice admission by the Court zero (0) times in the 12 months preceding this application.

United States District Court
Northern District of California

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules. I declare under penalty of perjury that the foregoing is true and correct.

Dated: October 1, 2026

Thomas M. Wilmoth
APPLICANT

ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Thomas M. Wilmoth is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: November 4, 2026

HON. YVONNE GONZALEZ ROGERS
UNITED STATES CHIEF DISTRICT JUDGE

United States District Court
Northern District of California

AO 136 (Rev. 10/13) Certificate of Good Standing

# UNITED STATES DISTRICT COURT

for the

Middle District of North Carolina

## CERTIFICATE OF GOOD STANDING

I, Lawrence H. Cunningham, Clerk of this Court,

certify that Thomas Matthew Wilmoth, Bar # 041684,

was duly admitted to practice in this Court on 09/20/2013, and is in good standing as a member

of the Bar of this Court.

Dated at Greensboro, North Carolina on 09/30/2026

*(Location)* *(Date)*

Lawrence H. Cunningham
Clerk

/s/ Stacy S Crawford
Deputy Clerk

September 30, 2026
Date