Lexi J. Hazam (SBN 224457)
lhazam@lchb.com
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956-1000

Previn Warren (*pro hac vice*)
pwarren@motleyrice.com
MOTLEY RICE LLC
401 9th Street NW, Suite 630
Washington, DC 20004
Telephone: (202) 386-9610

*Plaintiffs' Co-Lead Counsel*

Jennie Lee Anderson (SBN 203586)
jennie@andrusanderson.com
ANDRUS ANDERSON LLP
1970 Broadway, Suite 1070
Oakland, CA 94612
Telephone: (415) 986-1400

*Plaintiffs' Liaison Counsel*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION

This Document Relates to:

*S.A., individually and as next friend of minor P.A. v. Meta Platforms, Inc. et al.*, 4:26-cv-05914-YGR;

*S.L., individually and as next friend of minor J.L. v. Meta Platforms, Inc. et al.*, 4:26-cv-05944-YGR;

*K.D., individually and as next of friend to minor Plaintiff, T.H. v. Meta Platforms, Inc., et al.*, 4:26-cv-07040-YGR;

*C.L., individually and as next of kin to minor Plaintiff J.L. v. Meta Platforms, Inc., et al.*, 4:26-cv-07310-YGR;

*T.J., individually and as next of friend to minor Plaintiff, Z.W. v. Meta Platforms, Inc., et al.*, 4:26-cv-08133-YGR;

*M.D., individually and as next of friend to minor Plaintiff, R.D. v. Meta Platforms, Inc., et al.*, 4:26-cv-08135-YGR;

*A.A., individually and as next of friend to minor Plaintiff, A.A. v. Meta Platforms, Inc.,*

Case No. 4:22-MD-03047-YGR

MDL No. 3047

**ADMINISTRATIVE MOTION TO FILE UNDER SEAL EXHIBITS TO THE DECLARATION OF JENNIE LEE ANDERSON IN SUPPORT OF PLAINTIFFS' TWENTIETH CONSOLIDATED *EX PARTE* APPLICATION FOR APPOINTMENT OF GUARDIANS *AD LITEM***

*et al*., 4:26-cv-08274-YGR;

*G.E., individually and as next of friend to minor Plaintiff, L.G. v. Meta Platforms, Inc., et al*., 4:26-cv-08278-YGR;

*J.C., individually and as next of friend to minor Plaintiff, D.H. v. META PLATFORMS, INC*., et al., 4:26-cv-08350-YGR;

*R.F., individually and as next of friend to minor Plaintiff, S.S. v. META PLATFORMS, INC*., et al., 4:26-cv-08352-YGR;

*T.T., individually and as next of friend to minor Plaintiff, T.P. v. META PLATFORMS, INC*., et al., 4:26-cv-08355-YGR;

*M.B., individually and as next friend of minor T.B. v. META PLATFORMS, INC., et al*., 4:26-cv-08356-YGR;

*K.D., individually and as next of friend to minor Plaintiff, J.S. v. META PLATFORMS, INC*., et al, 4:26-cv-08402-YGR;

*L.J., individually and as next of friend to minor Plaintiff, A.E. v. META PLATFORMS, INC*., et al., 4:26-cv-08405-YGR;

*M.H., individually and as next of friend to minor Plaintiff, B.H. v. META PLATFORMS, INC*., et al., 4:26-cv-08501-YGR;

*K.G., individually and as next of friend to minor Plaintiff, R.G. v. META PLATFORMS, INC*., et al, 4:26-cv-08952-YGR;

*B.M., individually and as next of friend to minor Plaintiff, K.G. v. Meta Platforms, Inc., et al*., 4:26-cv-09297-YGR;

*A.P., individually and as next friend to A.P., a minor v. Meta Platforms, Inc., f/k/a Facebook, Inc. et al*, 4:26-cv-09445-YGR;

*A.G. individually and as next friend to I.G., a minor v. Instagram LLC et al*, 4:26-cv-09964-YGR;

*H.B., individually and as next of friend to minor Plaintiff, C.J. v. Meta Platforms, Inc., et al*., 4:26-cv-10009-YGR;

*S.P.C., individually and as next friend to G.P., a minor v. Meta Platforms, Inc., f/k/a Facebook, Inc. et al*, 4:26-cv-10011-YGR;

*C.B., individually and as next friend of B.B., a minor v. Meta Platforms, Inc., f/k/a Facebook, Inc. et al*, 4:26-cv-10020-YGR;

*C.P., individually and as next of friend to minor Plaintiff, B.M. v. Meta Platforms, Inc., et al.*, 4:26-cv-10058-YGR;

*K.W., individually and as next of friend to minor Plaintiff, G.S. v. Snap Inc., et al.*, 4:26-cv-10062-YGR;

*M.B., individually and as next of friend to minor Plaintiff, M.B. v. Meta Platforms, Inc., et al.*, 4:26-cv-10081-YGR;

*C.E., individually and as next of friend to minor Plaintiff, J.B. v. Meta Platforms, Inc., et al.*, 4:26-cv-10160-YGR;

*Qiana Millon-Anderson, individually and on behalf of Minor C.A. v. Instagram, LLC et al.*, 4:26-cv-10208-YGR;

*W.H., individually and as next of friend to minor Plaintiff, L.E. v. Meta Platforms, Inc., et al.*, 4:26-cv-10212-YGR;

*Candace Ladner, individually and on behalf of Minor J.L. v. Meta Platforms, Inc. et al.*, 4:26-cv-10250-YGR;

*Scott Cambre, individually and on behalf of Minor B.C. v. Snap Inc. et al.*, 4:26-cv-10275-YGR;

*M.E., individually and as next of friend to minor Plaintiff, O.E. v. Meta Platforms, Inc., et al.*, 4:26-cv-10383-YGR;

*S.D., individually and as next friend to M.D., a minor v. Meta Platforms, Inc., f/k/a Facebook, Inc. et al.*, 4:26-cv-10403-YGR;

*R.J., individually and as next friend to R.J., a minor v. Meta Platforms, Inc., f/k/a Facebook, Inc. et al.*, 4:26-cv-10408-YGR;

*A.S., individually and as next of friend to minor Plaintiff, D.S. v. Meta Platforms, Inc., et al.*, 4:26-cv-10522-YGR;

*D.B, individually and as next of friend to minor Plaintiff, L.W. v. Meta Platforms, Inc., et al.*, 4:26-cv-10530-YGR;

*K.C., individually and as next of friend to minor Plaintiff, J.C. v. Meta Platforms, Inc., et al.*, 4:26-cv-10594-YGR;

*A.M., individually and as next of friend to minor Plaintiff, S.M. v. Meta Platforms, Inc., et al.*, 4:26-cv-10596-YGR;

*C.R., individually and as next of friend to minor Plaintiff, C.R. v. Meta Platforms, Inc., et al.*, 4:26-cv-10599-YGR;

*A.W., individually and as next of friend to minor Plaintiff, P.W. v. Meta Platforms, Inc., et al.*, 4:26-cv-10604-YGR;

*R.S., individually and as next of friend to minor Plaintiff, P.S. v. Meta Platforms, Inc., et al.*, 4:26-cv-10607-YGR;

*Bryan Carter, individually and on behalf of Minor E.C. v. Meta Platforms, Inc. et al.*, 4:26-cv-10625-YGR;

*Tequila Dominick, individually and on behalf of Minor S. D. v. Instagram, LLC et al.*, 4:26-cv-10632-YGR;

*Sharon Roberts Ford individually and on behalf of Minor I.Z v ByteDance Ltd. et al.*, 4:26-cv-10690-YGR;

*Ashlie Pujol individually and on behalf of Minor L.P. v. Meta Platforms, Inc. et al.*, 4:26-cv-10705-YGR;

*J.M., individually and as next friend of J.M., a minor v. Instagram LLC et al*, 4:26-cv-10780-YGR;

*M.J., individually and as next friend of minor J.J. v. Meta Platforms, Inc., et al.*, 4:26-cv-10819-YGR;

*C.R., individually and as next friend of minor B.R. v. Meta Platforms, Inc., et al.*, 4:26-cv-10820-YGR;

*C.P., individually and as next of friend to minor Plaintiff, M.P. v. Meta Platforms, Inc.,*

*et al*., 4:26-cv-10828-YGR;

*C.F., individually and as next friend of minor A.V. v. Meta Platforms, Inc., et al*., 4:26-cv-10829-YGR;

*C.S., individually and as next of friend to minor Plaintiff, C.S. v. Meta Platforms, Inc., et al*, 4:26-cv-10831-YGR;

*E.H., as next friend to G.H., a minor v. Meta Platforms, Inc., f/k/a Facebook, Inc. et al*, 4:26-cv-10854-YGR;

*A.A., a minor represented by proposed Guardian Ad Litem, Erica Adkins v. Google, LLC, et al.*, 4:26-cv-10875-YGR;

*L.M., filed on behalf of Minor Plaintiff, M.W. v. Meta Platforms, Inc., et al.*, 4:26-cv-10991-YGR;

*L.C., individually and as next friend to T.D., a minor v. Instagram LLC et al*, 4:26-cv-11243-YGR;

*S.D., individually and as next friend to S.N., a minor v. Instagram LLC et al*, 4:26-cv-11475-YGR;

*M.K., individually and as next friend to V.U., a minor v. Meta Payments Inc. fka Facebook Payments, Inc. et al*, 4:26-cv-11484-YGR;

*S.A., individually and as next friend to A.G, a minor . Meta Platforms, Inc. fka Facebook, Inc. et al*, 4:26-cv-11492-YGR;

*E.C., individually and as next friend of A.D., a minor v. ByteDance, Ltd et al.*, 4:26-cv-11493-YGR;

*S.P., individually and as next friend to S.P., a minor v. Meta Platforms, Inc. fka Facebook, Inc. et al*, 4:26-cv-11497-YGR;

*B.D., individually and as next friend to N.D., a minor v. Meta Platforms, Inc., f/k/a Facebook, Inc. et al.*, 4:26-cv-11550-YGR;

*C.D., individually and as next friend to H.B., a minor v. Meta Platforms, Inc. fka Facebook, Inc. et al*, 4:26-cv-11580-YGR;

*K.R., individually and as next friend to J.T.,*

| | |
|---|---|
| *a minor v. Meta Platforms, Inc. fka Facebook, Inc. et al.*, 4:26-cv-11583-YGR;<br><br>*S.J., individually and as next friend of J.T., a minor v. ByteDance Ltd. et al*, 4:26-cv-11655-YGR;<br><br>*J.M., individually and as next friend of L.M., a minor v. ByteDance Ltd. et al*, 4:26-cv-11659-YGR;<br><br>*F.W., individually and as next friend of L.W., minor v. ByteDance Ltd. et al*, 4:26-cv-11686-YGR;<br><br>*S.R., individually and as next friend of A.R., a minor v. Instagram LLC et al*, 4:26-cv-11785-YGR;<br><br>*A.G., individually and as next friend to M.G., a minor v. Meta Platforms, Inc. et al*, 4:26-cv-11820-YGR;<br><br>*H.F., individually and as next friend of E.F., a minor v. Instagram, LLC et al.*, 4:26-cv-11920-YGR;<br><br>*S.R. individually and as next friend of G.R., a minor v. ByteDance, Ltd. et al*, 4:26-cv-11925-YGR;<br><br>*M.M. individually and as next friend E.M., a minor v. Meta et al.*, 4:26-cv-11977-YGR;<br><br>*J.B. individually and as next friend C.O., a minor v. ByteDance, LTD et al.*, 4:26-cv-12043-YGR;<br><br>*A.T. individually and as next friend A.T., a minor v. Meta et al.*, 4:26-cv-12045-YGR;<br><br>*C.S. individually and as next friend Y.S., a minor v. Meta et al.*, 4:26-cv-12047-YGR;<br><br>*B.M. individually and as next friend A.M.L, a minor v. Instagram LLC et al*, 4:26-cv-12052-YGR;<br><br>*G.D. individually and as next friend O.D., a minor v. Meta et al.*, 4:26-cv-12056-YGR. | |

Pursuant to Civil Local Rules 7-11 and 79-5(c), Plaintiffs respectfully move for administrative relief to file under seal the individual *Ex Parte* Applications for Appointment of Guardians *Ad Litem* ("Applications") described in Plaintiffs' Twentieth Consolidated *Ex Parte* Application for Appointment of Guardians *Ad Litem* ("*Ex Parte* Application") and attached as Exhibits 1-75 to the Declaration of Jennie Lee Anderson in Support of Plaintiffs' Twentieth Consolidated *Ex Parte* Application for Appointment of Guardians *Ad Litem* ("Anderson Declaration").

The Applications for which sealing is sought are:

- *S.A., individually and as next friend of minor P.A. v. Meta Platforms, Inc. et al.*, 4:26-cv-05914-YGR (Exhibit 1);
- *S.L., individually and as next friend of minor J.L. v. Meta Platforms, Inc. et al.*, 4:26-cv-05944-YGR (Exhibit 2);
- *K.D., individually and as next of friend to minor Plaintiff, T.H. v. Meta Platforms, Inc., et al.*, 4:26-cv-07040-YGR (Exhibit 3);
- *C.L., individually and as next of kin to minor Plaintiff J.L. v. Meta Platforms, Inc., et al.*, 4:26-cv-07310-YGR (Exhibit 4);
- *T.J., individually and as next of friend to minor Plaintiff, Z.W. v. Meta Platforms, Inc., et al.*, 4:26-cv-08133-YGR (Exhibit 5);
- *M.D., individually and as next of friend to minor Plaintiff, R.D. v. Meta Platforms, Inc., et al.*, 4:26-cv-08135-YGR (Exhibit 6);
- *A.A., individually and as next of friend to minor Plaintiff, A.A. v. Meta Platforms, Inc., et al.*, 4:26-cv-08274-YGR (Exhibit 7);
- *G.E., individually and as next of friend to minor Plaintiff, L.G. v. Meta Platforms, Inc., et al.*, 4:26-cv-08278-YGR (Exhibit 8);
- *J.C., individually and as next of friend to minor Plaintiff, D.H. v. META PLATFORMS, INC.*, et al., 4:26-cv-08350-YGR (Exhibit 9);
- *R.F., individually and as next of friend to minor Plaintiff, S.S. v. META PLATFORMS, INC.*, et al., 4:26-cv-08352-YGR (Exhibit 10);
- *T.T., individually and as next of friend to minor Plaintiff, T.P. v. META PLATFORMS, INC.*, et al., 4:26-cv-08355-YGR (Exhibit 11);
- *M.B., individually and as next friend of minor T.B. v. META PLATFORMS, INC., et al.*, 4:26-cv-08356-YGR (Exhibit 12);

- *K.D., individually and as next of friend to minor Plaintiff, J.S. v. META PLATFORMS, INC.*, et al, 4:26-cv-08402-YGR (Exhibit 13);
- *L.J., individually and as next of friend to minor Plaintiff, A.E. v. META PLATFORMS, INC.*, et al., 4:26-cv-08405-YGR (Exhibit 14);
- *M.H., individually and as next of friend to minor Plaintiff, B.H. v. META PLATFORMS, INC.*, et al., 4:26-cv-08501-YGR (Exhibit 15);
- *K.G., individually and as next of friend to minor Plaintiff, R.G. v. META PLATFORMS, INC.*, et al, 4:26-cv-08952-YGR (Exhibit 16);
- *B.M., individually and as next of friend to minor Plaintiff, K.G. v. Meta Platforms, Inc., et al.*, 4:26-cv-09297-YGR (Exhibit 17);
- *A.P., individually and as next friend to A.P., a minor v. Meta Platforms, Inc., f/k/a Facebook, Inc. et al*, 4:26-cv-09445-YGR (Exhibit 18);
- *A.G. individually and as next friend to I.G., a minor v. Instagram LLC et al*, 4:26-cv-09964-YGR (Exhibit 19);
- *H.B., individually and as next of friend to minor Plaintiff, C.J. v. Meta Platforms, Inc., et al.*, 4:26-cv-10009-YGR (Exhibit 20);
- *S.P.C., individually and as next friend to G.P., a minor v. Meta Platforms, Inc., f/k/a Facebook, Inc. et al*, 4:26-cv-10011-YGR (Exhibit 21);
- *C.B., individually and as next friend of B.B., a minor v. Meta Platforms, Inc., f/k/a Facebook, Inc. et al*, 4:26-cv-10020-YGR (Exhibit 22);
- *C.P., individually and as next of friend to minor Plaintiff, B.M. v. Meta Platforms, Inc., et al.*, 4:26-cv-10058-YGR (Exhibit 23);
- *K.W., individually and as next of friend to minor Plaintiff, G.S. v. Snap Inc., et al.*, 4:26-cv-10062-YGR (Exhibit 24);
- *M.B., individually and as next of friend to minor Plaintiff, M.B. v. Meta Platforms, Inc., et al.*, 4:26-cv-10081-YGR (Exhibit 25);
- *C.E., individually and as next of friend to minor Plaintiff, J.B. v. Meta Platforms, Inc., et al.*, 4:26-cv-10160-YGR (Exhibit 26);
- *Qiana Millon-Anderson, individually and on behalf of Minor C.A. v. Instagram, LLC et al.*, 4:26-cv-10208-YGR (Exhibit 27);
- *W.H., individually and as next of friend to minor Plaintiff, L.E. v. Meta Platforms, Inc., et al.*, 4:26-cv-10212-YGR (Exhibit 28);

- *Candace Ladner, individually and on behalf of Minor J.L. v. Meta Platforms, Inc. et al.*, 4:26-cv-10250-YGR (Exhibit 29);
- *Scott Cambre, individually and on behalf of Minor B.C. v. Snap Inc. et al.*, 4:26-cv-10275-YGR (Exhibit 30);
- *M.E., individually and as next of friend to minor Plaintiff, O.E. v. Meta Platforms, Inc., et al.*, 4:26-cv-10383-YGR (Exhibit 31);
- *S.D., individually and as next friend to M.D., a minor v. Meta Platforms, Inc., f/k/a Facebook, Inc. et al.*, 4:26-cv-10403-YGR (Exhibit 32);
- *R.J., individually and as next friend to R.J., a minor v. Meta Platforms, Inc., f/k/a Facebook, Inc. et al.*, 4:26-cv-10408-YGR (Exhibit 33);
- *A.S., individually and as next of friend to minor Plaintiff, D.S. v. Meta Platforms, Inc., et al.*, 4:26-cv-10522-YGR (Exhibit 34);
- *D.B, individually and as next of friend to minor Plaintiff, L.W. v. Meta Platforms, Inc., et al.*, 4:26-cv-10530-YGR (Exhibit 35);
- *K.C., individually and as next of friend to minor Plaintiff, J.C. v. Meta Platforms, Inc., et al.*, 4:26-cv-10594-YGR (Exhibit 36);
- *A.M., individually and as next of friend to minor Plaintiff, S.M. v. Meta Platforms, Inc., et al.*, 4:26-cv-10596-YGR (Exhibit 37);
- *C.R., individually and as next of friend to minor Plaintiff, C.R. v. Meta Platforms, Inc., et al.*, 4:26-cv-10599-YGR (Exhibit 38);
- *A.W., individually and as next of friend to minor Plaintiff, P.W. v. Meta Platforms, Inc., et al.*, 4:26-cv-10604-YGR (Exhibit 39);
- *R.S., individually and as next of friend to minor Plaintiff, P.S. v. Meta Platforms, Inc., et al.*, 4:26-cv-10607-YGR (Exhibit 40);
- *Bryan Carter, individually and on behalf of Minor E.C. v. Meta Platforms, Inc. et al.*, 4:26-cv-10625-YGR (Exhibit 41);
- *Tequila Dominick, individually and on behalf of Minor S. D. v. Instagram, LLC et al.*, 4:26-cv-10632-YGR (Exhibit 42);
- *Sharon Roberts Ford individually and on behalf of Minor I.Z v ByteDance Ltd. et al.*, 4:26-cv-10690-YGR (Exhibit 43);
- *Ashlie Pujol individually and on behalf of Minor L.P. v. Meta Platforms, Inc. et al.*, 4:26-cv-10705-YGR (Exhibit 44);

- *J.M., individually and as next friend of J.M., a minor v. Instagram LLC et al*, 4:26-cv-10780-YGR (Exhibit 45);
- *M.J., individually and as next friend of minor J.J. v. Meta Platforms, Inc., et al.*, 4:26-cv-10819-YGR (Exhibit 46);
- *C.R., individually and as next friend of minor B.R. v. Meta Platforms, Inc., et al.*, 4:26-cv-10820-YGR (Exhibit 47);
- *C.P., individually and as next of friend to minor Plaintiff, M.P. v. Meta Platforms, Inc., et al.*, 4:26-cv-10828-YGR (Exhibit 48);
- *C.F., individually and as next friend of minor A.V. v. Meta Platforms, Inc., et al.*, 4:26-cv-10829-YGR (Exhibit 49);
- *C.S., individually and as next of friend to minor Plaintiff, C.S. v. Meta Platforms, Inc., et al*, 4:26-cv-10831-YGR (Exhibit 50);
- *E.H., as next friend to G.H., a minor v. Meta Platforms, Inc., f/k/a Facebook, Inc. et al*, 4:26-cv-10854-YGR (Exhibit 51);
- *A.A., a minor represented by proposed Guardian Ad Litem, Erica Adkins v. Google, LLC, et al.*, 4:26-cv-10875-YGR (Exhibit 52);
- *L.M., filed on behalf of Minor Plaintiff, M.W. v. Meta Platforms, Inc., et al.*, 4:26-cv-10991-YGR (Exhibit 53);
- *L.C., individually and as next friend to T.D., a minor v. Instagram LLC et al*, 4:26-cv-11243-YGR (Exhibit 54);
- *S.D., individually and as next friend to S.N., a minor v. Instagram LLC et al*, 4:26-cv-11475-YGR (Exhibit 55);
- *M.K., individually and as next friend to V.U., a minor v. Meta Payments Inc. fka Facebook Payments, Inc. et al*, 4:26-cv-11484-YGR (Exhibit 56);
- *S.A., individually and as next friend to A.G, a minor . Meta Platforms, Inc. fka Facebook, Inc. et al*, 4:26-cv-11492-YGR (Exhibit 57);
- *E.C., individually and as next friend of A.D., a minor v. ByteDance, Ltd et al.*, 4:26-cv-11493-YGR (Exhibit 58);
- *S.P., individually and as next friend to S.P., a minor v. Meta Platforms, Inc. fka Facebook, Inc. et al*, 4:26-cv-11497-YGR (Exhibit 59);
- *B.D., individually and as next friend to N.D., a minor v. Meta Platforms, Inc., f/k/a Facebook, Inc. et al.*, 4:26-cv-11550-YGR (Exhibit 60);

- *C.D., individually and as next friend to H.B., a minor v. Meta Platforms, Inc. fka Facebook, Inc. et al*, 4:26-cv-11580-YGR (Exhibit 61);
- *K.R., individually and as next friend to J.T., a minor v. Meta Platforms, Inc. fka Facebook, Inc. et al.*, 4:26-cv-11583-YGR (Exhibit 62);
- *S.J., individually and as next friend of J.T., a minor v. ByteDance Ltd. et al*, 4:26-cv-11655-YGR (Exhibit 63);
- *J.M., individually and as next friend of L.M., a minor v. ByteDance Ltd. et al*, 4:26-cv-11659-YGR (Exhibit 64);
- *F.W., individually and as next friend of L.W., minor v. ByteDance Ltd. et al*, 4:26-cv-11686-YGR (Exhibit 65);
- *S.R., individually and as next friend of A.R., a minor v. Instagram LLC et al*, 4:26-cv-11785-YGR (Exhibit 66);
- *A.G., individually and as next friend to M.G., a minor v. Meta Platforms, Inc. et al*, 4:26-cv-11820-YGR (Exhibit 67);
- *H.F., individually and as next friend of E.F., a minor v. Instagram, LLC et al.*, 4:26-cv-11920-YGR (Exhibit 68);
- *S.R. individually and as next friend of G.R., a minor v. ByteDance, Ltd. et al*, 4:26-cv-11925-YGR (Exhibit 69);
- *M.M. individually and as next friend E.M., a minor v. Meta et al.*, 4:26-cv-11977-YGR (Exhibit 70);
- *J.B. individually and as next friend C.O., a minor v. ByteDance, LTD et al.*, 4:26-cv-12043-YGR (Exhibit 71);
- *A.T. individually and as next friend A.T., a minor v. Meta et al.*, 4:26-cv-12045-YGR (Exhibit 72);
- *C.S. individually and as next friend Y.S., a minor v. Meta et al.*, 4:26-cv-12047-YGR (Exhibit 73);
- *B.M. individually and as next friend A.M.L, a minor v. Instagram LLC et al*, 4:26-cv-12052-YGR (Exhibit 74);
- *G.D. individually and as next friend O.D., a minor v. Meta et al.*, 4:26-cv-12056-YGR (Exhibit 75).

This motion is accompanied by a [Proposed] Order and the Declaration of Jennie Lee Anderson in Support of Plaintiffs' Administrative Motion to File Under Seal Exhibits to the

Declaration of Jennie Lee Anderson in Support of Plaintiffs' Twentieth Consolidated *Ex Parte* Application for Appointment of Guardians *Ad Litem* ("Anderson Decl. ISO Admin Motion"), pursuant to Civil Local Rules 7-11 and 7-12. *See* Civ. L. R. 79-5(c).

This Court previously considered and finding good cause granted Plaintiffs' request to seal applications for guardian *ad litem* in this case. ECF No. 16.

Pursuant to Civil Local Rule 7-11, Liaison Counsel for Plaintiffs asked Defendants for a standing stipulation that Applications may be filed under seal. Liaison Counsel for Defendants confirmed that Defendants will so stipulate, but do not waive, and expressly reserve, their right to seek an order or orders in the future to unseal individual applications and/or require parents who wish to proceed pseudonymously going forward make a showing of good cause. Anderson Decl. ISO Admin. Mot. to Seal, ¶5.

For the reasons set forth above, Plaintiffs respectfully request that the Court enter the [Proposed] Order Granting Plaintiffs' Administrative Motion to File Under Seal Exhibits in Support of Plaintiffs' Twentieth *Ex Parte* Application for Appointment of Guardians *Ad Litem*.

Dated: November 4, 2026

Respectfully submitted,

*/s/ Jennie Lee Anderson*

JENNIE LEE ANDERSON (SBN 203586)
jennie@andrusanderson.com
**ANDRUS ANDERSON LLP**
1970 Broadway, Suite 1070
Oakland, CA 94612
Telephone: (415) 986-1400

***Plaintiffs' Liaison Counsel***

LEXI J. HAZAM (SBN 224457)
lhazam@lchb.com
**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956-1000

PREVIN WARREN (*pro hac vice*)
pwarren@motleyrice.com

**MOTLEY RICE LLC**
401 9th Street NW, Suite 630
Washington, DC 20004
Telephone: (202) 386-9610

***Plaintiffs' Co-Lead Counsel***

CHRISTOPHER A. SEEGER (*pro hac vice*)
cseeger@seegerweiss.com
**SEEGER WEISS, LLP**
55 Challenger Road, 6th Floor
Ridgefield Park, NJ 07660
Telephone: (973) 639-9100

***Counsel to the Co-Lead Counsel and Settlement Counsel***

JOSEPH G. VANZANDT
joseph.vanzandt@beasleyallen.com
**BEASLEY ALLEN CROW METHVIN PORTIS & MILES, P.C.**
234 Commerce Street
Montgomery, AL 36103
Telephone: (334) 269-2343

***Federal/State Liaison***

MATTHEW BERGMAN
matt@socialmediavictims.org
**SOCIAL MEDIA VICTIMS LAW CENTER**
821 Second Avenue, Suite 2100
Seattle, WA 98104
Telephone: (206) 741-4862

ANDRE MURA
amm@classlawgroup.com
**GIBBS MURA LLP**
1111 Broadway, Suite 2100
Oakland, CA 94607
Telephone: (510) 350-9717

MICHAEL M. WEINKOWITZ
mweinkowitz@classlawgroup.com
**GIBBS MURA LLP**
1111 Broadway, Suite 2100
Oakland, CA 94607
Telephone: (510) 929-4197

JAMES J. BILSBORROW
jbilsborrow@weitzlux.com
**WEITZ & LUXENBERG, PC**
700 Broadway
New York, NY 10003
Telephone: (212) 558-5500

ELLYN HURD
ehurd@simmonsfirm.com
**SIMMONS HANLY CONROY LLP**
112 Madison Ave, Floor 7
New York, NY 10016
Telephone: (508) 560-6488

MELISSA L YEATES
myeates@ktmc.com
**KESSLER TOPAZ MELTZER AND CHECK LLP**
280 King of Prussia Road
Radnor, PA 19087
Telephone: (610) 667-7706

***Plaintiffs' Steering Committee Leadership***

EMMIE PAULOS
epaulos@levinlaw.com
**LEVIN PAPANTONIO RAFFERTY**
316 South Baylen Street, Suite 600
Pensacola, FL 32502
Telephone: (850) 435-7107

ROLAND TELLIS
rtellis@baronbudd.com
**BARON & BUDD, P.C.**
15910 Ventura Boulevard, Suite 1600
Encino, CA 91436
Telephone: (818) 839-2333

DIANDRA "FU" DEBROSSE ZIMMERMANN
fu@dicellolevitt.com
**DICELLO LEVITT**
505 20th St North, Suite 1500
Birmingham, Alabama 35203
Telephone: (205) 855.5700

HILLARY NAPPI
hnappi@hrsclaw.com
**HACH & ROSE LLP**

112 Madison Avenue, 10th Floor
New York, New York 10016
Telephone: (212) 213.8311

JAMES MARSH
jamesmarsh@marshlaw.com
**MARSH LAW FIRM PLLC**
31 Hudson Yards, 11th Floor
New York, NY 10001-2170
Telephone: (212) 372-3030

RUTH RIZKALLA
RRizkalla@carlsonattorneys.com
**CARLSON LAW FIRM**
100 E. Central Texas Expy
Killeen, TX 76541
Telephone: (254) 526-5688

RON A. AUSTIN
raustin@ronaustinlaw.com
**RON AUSTIN LAW**
400 Manhattan Blvd
Harvey, LA 70058
Telephone: (504) 227-8100

THOMAS PHILLIP CARTMELL
tcartmell@wcllp.com
**WAGSTAFF & CARTMELL LLP**
4740 Grand Avenue, Suite 300
Kansas City, MO 64112
Telephone: (816) 701-1100

SARAH NICOLE EMERY
semery@justicestartshere.com
**HENDY JOHNSON VAUGHN EMERY, PSC**
2380 Grandview Drive
Ft. Mitchell, KY 41017
Telephone: (859) 578-4444

RONALD E. JOHNSON, JR.
rjohnson@justicestartshere.com
**HENDY JOHNSON VAUGHN EMERY, PSC**
600 West Main Street, Suite 100
Louisville, KY 40202
Telephone: (859) 578-4444

JOSEPH H. MELTZER
jmeltzer@ktmc.com

**KESSLER TOPAZ MELTZER & CHECK, LLP**
280 King of Prussia Road
Radnor, PA 19087
Telephone: (610) 667-7706

AELISH MARIE BAIG
AelishB@rgrdlaw.com
**ROBBINS GELLER RUDMAN & DOWD LLP**
One Montgomery Street, Suite 1800
San Francisco, CA 94104
Telephone: (415) 288-4545

FELICIA JOHNSTON CRAICK
fcraick@kellerrohrback.com
**KELLER ROHRBACK LLP**
1201 Third Ave, Suite 3400
Seattle, WA 98101
Telephone: (206) 428-0553

KIRK JOHN GOZA
kgoza@gohonlaw.com
**GOZA & HONNOLD LLC**
9500 Nall Avenue, Suite 400
Overland Park, KS 66207-2950
Telephone: (913) 451-3433

MATTHEW P. LEGG
mlegg@lawbmf.com
**BROCKSTEDT MANDALAS FEDERICO LLC**
2850 Quarry Lake Drive, Suite 220
Baltimore, MD 21209
Telephone: (410) 421-7777

KHALDOUN A. BAGHDADI
kbaghdadi@walkuplawoffice.com
**WALKUP MELODIA KELLY & SCHOENBERGER**
650 California Street, 26th Floor
San Francisco, CA 94108-2615
Telephone: (415) 617-1269

***Plaintiffs' Steering Committee Membership***