Lexi J. Hazam (SBN 224457)
lhazam@lchb.com
LIEFF CABRASER HEIMANN
& BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956-1000

Previn Warren (*pro hac vice*)
pwarren@motleyrice.com
MOTLEY RICE LLC
401 9th Street NW, Suite 630
Washington, DC 20004
Telephone: (202) 386-9610

*Plaintiffs' Co-Lead Counsel*

Jennie Lee Anderson (SBN 203586)
jennie@andrusanderson.com
ANDRUS ANDERSON LLP
1970 Broadway, Suite 1070
Oakland, CA 94612
Telephone: (415) 986-1400

*Plaintiffs' Liaison Counsel*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION

Case No. 4:22-MD-03047-YGR

MDL No. 3047

This Document Relates to:

*S.A., individually and as next friend of minor P.A. v. Meta Platforms, Inc. et al.*, 4:26-cv-05914-YGR;

*S.L., individually and as next friend of minor J.L. v. Meta Platforms, Inc. et al.*, 4:26-cv-05944-YGR;

*K.D., individually and as next of friend to minor Plaintiff, T.H. v. Meta Platforms, Inc., et al.*, 4:26-cv-07040-YGR;

*C.L., individually and as next of kin to minor Plaintiff J.L. v. Meta Platforms, Inc., et al.*, 4:26-cv-07310-YGR;

*T.J., individually and as next of friend to minor Plaintiff, Z.W. v. Meta Platforms, Inc., et al.*, 4:26-cv-08133-YGR;

*M.D., individually and as next of friend to minor Plaintiff, R.D. v. Meta Platforms, Inc., et al.*, 4:26-cv-08135-YGR;

*A.A., individually and as next of friend to*

**DECLARATION OF JENNIE LEE ANDERSON IN SUPPORT OF PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL EXHIBITS TO THE DECLARATION OF JENNIE LEE ANDERSON IN SUPPORT OF PLAINTIFFS' TWENTIETH CONSOLIDATED *EX PARTE* APPLICATION FOR APPOINTMENT OF GUARDIANS *AD LITEM***

*minor Plaintiff, A.A. v. Meta Platforms, Inc., et al*., 4:26-cv-08274-YGR;

*G.E., individually and as next of friend to minor Plaintiff, L.G. v. Meta Platforms, Inc., et al*., 4:26-cv-08278-YGR;

*J.C., individually and as next of friend to minor Plaintiff, D.H. v. META PLATFORMS, INC*., et al., 4:26-cv-08350-YGR;

*R.F., individually and as next of friend to minor Plaintiff, S.S. v. META PLATFORMS, INC*., et al., 4:26-cv-08352-YGR;

*T.T., individually and as next of friend to minor Plaintiff, T.P. v. META PLATFORMS, INC*., et al., 4:26-cv-08355-YGR;

*M.B., individually and as next friend of minor T.B. v. META PLATFORMS, INC., et al*., 4:26-cv-08356-YGR;

*K.D., individually and as next of friend to minor Plaintiff, J.S. v. META PLATFORMS, INC*., et al, 4:26-cv-08402-YGR;

*L.J., individually and as next of friend to minor Plaintiff, A.E. v. META PLATFORMS, INC*., et al., 4:26-cv-08405-YGR;

*M.H., individually and as next of friend to minor Plaintiff, B.H. v. META PLATFORMS, INC*., et al., 4:26-cv-08501-YGR;

*K.G., individually and as next of friend to minor Plaintiff, R.G. v. META PLATFORMS, INC*., et al, 4:26-cv-08952-YGR;

*B.M., individually and as next of friend to minor Plaintiff, K.G. v. Meta Platforms, Inc., et al*., 4:26-cv-09297-YGR;

*A.P., individually and as next friend to A.P., a minor v. Meta Platforms, Inc., f/k/a Facebook, Inc. et al*, 4:26-cv-09445-YGR;

*A.G. individually and as next friend to I.G., a minor v. Instagram LLC et al*, 4:26-cv-09964-YGR;

*H.B., individually and as next of friend to minor Plaintiff, C.J. v. Meta Platforms, Inc., et al*., 4:26-cv-10009-YGR;

*S.P.C., individually and as next friend to G.P., a minor v. Meta Platforms, Inc., f/k/a Facebook, Inc. et al*, 4:26-cv-10011-YGR;

*C.B., individually and as next friend of B.B., a minor v. Meta Platforms, Inc., f/k/a Facebook, Inc. et al*, 4:26-cv-10020-YGR;

*C.P., individually and as next of friend to minor Plaintiff, B.M. v. Meta Platforms, Inc., et al.*, 4:26-cv-10058-YGR;

*K.W., individually and as next of friend to minor Plaintiff, G.S. v. Snap Inc., et al.*, 4:26-cv-10062-YGR;

*M.B., individually and as next of friend to minor Plaintiff, M.B. v. Meta Platforms, Inc., et al.*, 4:26-cv-10081-YGR;

*C.E., individually and as next of friend to minor Plaintiff, J.B. v. Meta Platforms, Inc., et al.*, 4:26-cv-10160-YGR;

*Qiana Millon-Anderson, individually and on behalf of Minor C.A. v. Instagram, LLC et al.*, 4:26-cv-10208-YGR;

*W.H., individually and as next of friend to minor Plaintiff, L.E. v. Meta Platforms, Inc., et al.*, 4:26-cv-10212-YGR;

*Candace Ladner, individually and on behalf of Minor J.L. v. Meta Platforms, Inc. et al.*, 4:26-cv-10250-YGR;

*Scott Cambre, individually and on behalf of Minor B.C. v. Snap Inc. et al.*, 4:26-cv-10275-YGR;

*M.E., individually and as next of friend to minor Plaintiff, O.E. v. Meta Platforms, Inc., et al.*, 4:26-cv-10383-YGR;

*S.D., individually and as next friend to M.D., a minor v. Meta Platforms, Inc., f/k/a Facebook, Inc. et al.*, 4:26-cv-10403-YGR;

*R.J., individually and as next friend to R.J., a minor v. Meta Platforms, Inc., f/k/a Facebook, Inc. et al.*, 4:26-cv-10408-YGR;

*A.S., individually and as next of friend to minor Plaintiff, D.S. v. Meta Platforms, Inc., et al.*, 4:26-cv-10522-YGR;

*D.B, individually and as next of friend to minor Plaintiff, L.W. v. Meta Platforms, Inc., et al.*, 4:26-cv-10530-YGR;

*K.C., individually and as next of friend to minor Plaintiff, J.C. v. Meta Platforms, Inc., et al.*, 4:26-cv-10594-YGR;

*A.M., individually and as next of friend to minor Plaintiff, S.M. v. Meta Platforms, Inc., et al.*, 4:26-cv-10596-YGR;

*C.R., individually and as next of friend to minor Plaintiff, C.R. v. Meta Platforms, Inc., et al.*, 4:26-cv-10599-YGR;

*A.W., individually and as next of friend to minor Plaintiff, P.W. v. Meta Platforms, Inc., et al.*, 4:26-cv-10604-YGR;

*R.S., individually and as next of friend to minor Plaintiff, P.S. v. Meta Platforms, Inc., et al.*, 4:26-cv-10607-YGR;

*Bryan Carter, individually and on behalf of Minor E.C. v. Meta Platforms, Inc. et al.*, 4:26-cv-10625-YGR;

*Tequila Dominick, individually and on behalf of Minor S. D. v. Instagram, LLC et al.*, 4:26-cv-10632-YGR;

*Sharon Roberts Ford individually and on behalf of Minor I.Z v ByteDance Ltd. et al.*, 4:26-cv-10690-YGR;

*Ashlie Pujol individually and on behalf of Minor L.P. v. Meta Platforms, Inc. et al.*, 4:26-cv-10705-YGR;

*J.M., individually and as next friend of J.M., a minor v. Instagram LLC et al*, 4:26-cv-10780-YGR;

*M.J., individually and as next friend of minor J.J. v. Meta Platforms, Inc., et al.*, 4:26-cv-10819-YGR;

*C.R., individually and as next friend of minor B.R. v. Meta Platforms, Inc., et al.*, 4:26-cv-10820-YGR;

*C.P., individually and as next of friend to minor Plaintiff, M.P. v. Meta Platforms, Inc.,*

*et al.*, 4:26-cv-10828-YGR;

*C.F., individually and as next friend of minor A.V. v. Meta Platforms, Inc., et al.*, 4:26-cv-10829-YGR;

*C.S., individually and as next of friend to minor Plaintiff, C.S. v. Meta Platforms, Inc., et al*, 4:26-cv-10831-YGR;

*E.H., as next friend to G.H., a minor v. Meta Platforms, Inc., f/k/a Facebook, Inc. et al*, 4:26-cv-10854-YGR;

*A.A., a minor represented by proposed Guardian Ad Litem, Erica Adkins v. Google, LLC, et al.*, 4:26-cv-10875-YGR;

*L.M., filed on behalf of Minor Plaintiff, M.W. v. Meta Platforms, Inc., et al.*, 4:26-cv-10991-YGR;

*L.C., individually and as next friend to T.D., a minor v. Instagram LLC et al*, 4:26-cv-11243-YGR;

*S.D., individually and as next friend to S.N., a minor v. Instagram LLC et al*, 4:26-cv-11475-YGR;

*M.K., individually and as next friend to V.U., a minor v. Meta Payments Inc. fka Facebook Payments, Inc. et al*, 4:26-cv-11484-YGR;

*S.A., individually and as next friend to A.G, a minor . Meta Platforms, Inc. fka Facebook, Inc. et al*, 4:26-cv-11492-YGR;

*E.C., individually and as next friend of A.D., a minor v. ByteDance, Ltd et al.*, 4:26-cv-11493-YGR;

*S.P., individually and as next friend to S.P., a minor v. Meta Platforms, Inc. fka Facebook, Inc. et al*, 4:26-cv-11497-YGR;

*B.D., individually and as next friend to N.D., a minor v. Meta Platforms, Inc., f/k/a Facebook, Inc. et al.*, 4:26-cv-11550-YGR;

*C.D., individually and as next friend to H.B., a minor v. Meta Platforms, Inc. fka Facebook, Inc. et al*, 4:26-cv-11580-YGR;

*K.R., individually and as next friend to J.T., a*

*minor v. Meta Platforms, Inc. fka Facebook, Inc. et al.*, 4:26-cv-11583-YGR;

*S.J., individually and as next friend of J.T., a minor v. ByteDance Ltd. et al*, 4:26-cv-11655-YGR;

*J.M., individually and as next friend of L.M., a minor v. ByteDance Ltd. et al*, 4:26-cv-11659-YGR;

*F.W., individually and as next friend of L.W., minor v. ByteDance Ltd. et al*, 4:26-cv-11686-YGR;

*S.R., individually and as next friend of A.R., a minor v. Instagram LLC et al*, 4:26-cv-11785-YGR;

*A.G., individually and as next friend to M.G., a minor v. Meta Platforms, Inc. et al*, 4:26-cv-11820-YGR;

*H.F., individually and as next friend of E.F., a minor v. Instagram, LLC et al.*, 4:26-cv-11920-YGR;

*S.R. individually and as next friend of G.R., a minor v. ByteDance, Ltd. et al*, 4:26-cv-11925-YGR;

*M.M. individually and as next friend E.M., a minor v. Meta et al.*, 4:26-cv-11977-YGR;

*J.B. individually and as next friend C.O., a minor v. ByteDance, LTD et al.*, 4:26-cv-12043-YGR;

*A.T. individually and as next friend A.T., a minor v. Meta et al.*, 4:26-cv-12045-YGR;

*C.S. individually and as next friend Y.S., a minor v. Meta et al.*, 4:26-cv-12047-YGR;

*B.M. individually and as next friend A.M.L, a minor v. Instagram LLC et al*, 4:26-cv-12052-YGR;

*G.D. individually and as next friend O.D., a minor v. Meta et al.*, 4:26-cv-12056-YGR.

I, Jennie Lee Anderson, do hereby declare and state as follows:

1. I am a partner with the law firm of Andrus Anderson LLP. I am duly admitted to practice before the courts of the State of California and in the Northern District of California. I am the Court-appointed Liaison Counsel for Plaintiffs *In re Social Media Adolescent Addiction/Personal Injury Products Litigation*, Case No. 4:22-MD-03047, and a counsel of record for the Plaintiff in *Rodriguez v. Meta Platforms, Inc., et al.*, Case No. 4:22-cv-00401. I make this declaration of my own personal knowledge and, if called as a witness, I could and would testify competently to the matters stated below.

2. I make this declaration in support of Plaintiffs' Administrative Motion to File Under Seal Exhibits to the Declaration of Jennie Lee Anderson in Support of Plaintiffs' Twentieth Consolidated *Ex Parte* Application for Appointment of Guardians *Ad Litem* ("Administrative Motion to Seal").

3. For the reasons set forth in Plaintiffs' administrative motion to seal filed on February 28, 2023 (ECF No. 147) and the Administrative Motion to Seal filed herewith, Plaintiffs seek to seal the Exhibits attached to the Declaration of Jennie Lee Anderson in Support of Plaintiffs' Twentieth Consolidated *Ex Parte* Application for Appointment of Guardians *Ad Litem* ("Anderson Declaration").

4. True and correct copies of the following Exhibits to the Anderson Declaration are as follows and attached hereto:

- *S.A., individually and as next friend of minor P.A. v. Meta Platforms, Inc. et al.*, 4:26-cv-05914-YGR (Exhibit 1);
- *S.L., individually and as next friend of minor J.L. v. Meta Platforms, Inc. et al.*, 4:26-cv-05944-YGR (Exhibit 2);
- *K.D., individually and as next of friend to minor Plaintiff, T.H. v. Meta Platforms, Inc., et al.*, 4:26-cv-07040-YGR (Exhibit 3);
- *C.L., individually and as next of kin to minor Plaintiff J.L. v. Meta Platforms, Inc., et al.*, 4:26-cv-07310-YGR (Exhibit 4);
- *T.J., individually and as next of friend to minor Plaintiff, Z.W. v. Meta Platforms, Inc., et al.*, 4:26-cv-08133-YGR (Exhibit 5);

- *M.D., individually and as next of friend to minor Plaintiff, R.D. v. Meta Platforms, Inc., et al.*, 4:26-cv-08135-YGR (Exhibit 6);
- *A.A., individually and as next of friend to minor Plaintiff, A.A. v. Meta Platforms, Inc., et al.*, 4:26-cv-08274-YGR (Exhibit 7);
- *G.E., individually and as next of friend to minor Plaintiff, L.G. v. Meta Platforms, Inc., et al.*, 4:26-cv-08278-YGR (Exhibit 8);
- *J.C., individually and as next of friend to minor Plaintiff, D.H. v. META PLATFORMS, INC.*, et al., 4:26-cv-08350-YGR (Exhibit 9);
- *R.F., individually and as next of friend to minor Plaintiff, S.S. v. META PLATFORMS, INC.*, et al., 4:26-cv-08352-YGR (Exhibit 10);
- *T.T., individually and as next of friend to minor Plaintiff, T.P. v. META PLATFORMS, INC.*, et al., 4:26-cv-08355-YGR (Exhibit 11);
- *M.B., individually and as next friend of minor T.B. v. META PLATFORMS, INC., et al.*, 4:26-cv-08356-YGR (Exhibit 12);
- *K.D., individually and as next of friend to minor Plaintiff, J.S. v. META PLATFORMS, INC.*, et al, 4:26-cv-08402-YGR (Exhibit 13);
- *L.J., individually and as next of friend to minor Plaintiff, A.E. v. META PLATFORMS, INC.*, et al., 4:26-cv-08405-YGR (Exhibit 14);
- *M.H., individually and as next of friend to minor Plaintiff, B.H. v. META PLATFORMS, INC.*, et al., 4:26-cv-08501-YGR (Exhibit 15);
- *K.G., individually and as next of friend to minor Plaintiff, R.G. v. META PLATFORMS, INC.*, et al, 4:26-cv-08952-YGR (Exhibit 16);
- *B.M., individually and as next of friend to minor Plaintiff, K.G. v. Meta Platforms, Inc., et al.*, 4:26-cv-09297-YGR (Exhibit 17);
- *A.P., individually and as next friend to A.P., a minor v. Meta Platforms, Inc., f/k/a Facebook, Inc. et al*, 4:26-cv-09445-YGR (Exhibit 18);
- *A.G. individually and as next friend to I.G., a minor v. Instagram LLC et al*, 4:26-cv-09964-YGR (Exhibit 19);
- *H.B., individually and as next of friend to minor Plaintiff, C.J. v. Meta Platforms, Inc., et al.*, 4:26-cv-10009-YGR (Exhibit 20);
- *S.P.C., individually and as next friend to G.P., a minor v. Meta Platforms, Inc., f/k/a Facebook, Inc. et al*, 4:26-cv-10011-YGR (Exhibit 21);

- *C.B., individually and as next friend of B.B., a minor v. Meta Platforms, Inc., f/k/a Facebook, Inc. et al*, 4:26-cv-10020-YGR (Exhibit 22);
- *C.P., individually and as next of friend to minor Plaintiff, B.M. v. Meta Platforms, Inc., et al.*, 4:26-cv-10058-YGR (Exhibit 23);
- *K.W., individually and as next of friend to minor Plaintiff, G.S. v. Snap Inc., et al.*, 4:26-cv-10062-YGR (Exhibit 24);
- *M.B., individually and as next of friend to minor Plaintiff, M.B. v. Meta Platforms, Inc., et al.*, 4:26-cv-10081-YGR (Exhibit 25);
- *C.E., individually and as next of friend to minor Plaintiff, J.B. v. Meta Platforms, Inc., et al.*, 4:26-cv-10160-YGR (Exhibit 26);
- *Qiana Millon-Anderson, individually and on behalf of Minor C.A. v. Instagram, LLC et al.*, 4:26-cv-10208-YGR (Exhibit 27);
- *W.H., individually and as next of friend to minor Plaintiff, L.E. v. Meta Platforms, Inc., et al.*, 4:26-cv-10212-YGR (Exhibit 28);
- *Candace Ladner, individually and on behalf of Minor J.L. v. Meta Platforms, Inc. et al.*, 4:26-cv-10250-YGR (Exhibit 29);
- *Scott Cambre, individually and on behalf of Minor B.C. v. Snap Inc. et al.*, 4:26-cv-10275-YGR (Exhibit 30);
- *M.E., individually and as next of friend to minor Plaintiff, O.E. v. Meta Platforms, Inc., et al.*, 4:26-cv-10383-YGR (Exhibit 31);
- *S.D., individually and as next friend to M.D., a minor v. Meta Platforms, Inc., f/k/a Facebook, Inc. et al.*, 4:26-cv-10403-YGR (Exhibit 32);
- *R.J., individually and as next friend to R.J., a minor v. Meta Platforms, Inc., f/k/a Facebook, Inc. et al.*, 4:26-cv-10408-YGR (Exhibit 33);
- *A.S., individually and as next of friend to minor Plaintiff, D.S. v. Meta Platforms, Inc., et al.*, 4:26-cv-10522-YGR (Exhibit 34);
- *D.B, individually and as next of friend to minor Plaintiff, L.W. v. Meta Platforms, Inc., et al.*, 4:26-cv-10530-YGR (Exhibit 35);
- *K.C., individually and as next of friend to minor Plaintiff, J.C. v. Meta Platforms, Inc., et al.*, 4:26-cv-10594-YGR (Exhibit 36);
- *A.M., individually and as next of friend to minor Plaintiff, S.M. v. Meta Platforms, Inc., et al.*, 4:26-cv-10596-YGR (Exhibit 37);

- *C.R., individually and as next of friend to minor Plaintiff, C.R. v. Meta Platforms, Inc., et al.*, 4:26-cv-10599-YGR (Exhibit 38);

- *A.W., individually and as next of friend to minor Plaintiff, P.W. v. Meta Platforms, Inc., et al.*, 4:26-cv-10604-YGR (Exhibit 39);

- *R.S., individually and as next of friend to minor Plaintiff, P.S. v. Meta Platforms, Inc., et al.*, 4:26-cv-10607-YGR (Exhibit 40);

- *Bryan Carter, individually and on behalf of Minor E.C. v. Meta Platforms, Inc. et al.*, 4:26-cv-10625-YGR (Exhibit 41);

- *Tequila Dominick, individually and on behalf of Minor S. D. v. Instagram, LLC et al.*, 4:26-cv-10632-YGR (Exhibit 42);

- *Sharon Roberts Ford individually and on behalf of Minor I.Z v ByteDance Ltd. et al.*, 4:26-cv-10690-YGR (Exhibit 43);

- *Ashlie Pujol individually and on behalf of Minor L.P. v. Meta Platforms, Inc. et al.*, 4:26-cv-10705-YGR (Exhibit 44);

- *J.M., individually and as next friend of J.M., a minor v. Instagram LLC et al*, 4:26-cv-10780-YGR (Exhibit 45);

- *M.J., individually and as next friend of minor J.J. v. Meta Platforms, Inc., et al.*, 4:26-cv-10819-YGR (Exhibit 46);

- *C.R., individually and as next friend of minor B.R. v. Meta Platforms, Inc., et al.*, 4:26-cv-10820-YGR (Exhibit 47);

- *C.P., individually and as next of friend to minor Plaintiff, M.P. v. Meta Platforms, Inc., et al.*, 4:26-cv-10828-YGR (Exhibit 48);

- *C.F., individually and as next friend of minor A.V. v. Meta Platforms, Inc., et al.*, 4:26-cv-10829-YGR (Exhibit 49);

- *C.S., individually and as next of friend to minor Plaintiff, C.S. v. Meta Platforms, Inc., et al*, 4:26-cv-10831-YGR (Exhibit 50);

- *E.H., as next friend to G.H., a minor v. Meta Platforms, Inc., f/k/a Facebook, Inc. et al*, 4:26-cv-10854-YGR (Exhibit 51);

- *A.A., a minor represented by proposed Guardian Ad Litem, Erica Adkins v. Google, LLC, et al.*, 4:26-cv-10875-YGR (Exhibit 52);

- *L.M., filed on behalf of Minor Plaintiff, M.W. v. Meta Platforms, Inc., et al.*, 4:26-cv-10991-YGR (Exhibit 53);

- *L.C., individually and as next friend to T.D., a minor v. Instagram LLC et al*, 4:26-cv-11243-YGR (Exhibit 54);
- *S.D., individually and as next friend to S.N., a minor v. Instagram LLC et al*, 4:26-cv-11475-YGR (Exhibit 55);
- *M.K., individually and as next friend to V.U., a minor v. Meta Payments Inc. fka Facebook Payments, Inc. et al*, 4:26-cv-11484-YGR (Exhibit 56);
- *S.A., individually and as next friend to A.G, a minor . Meta Platforms, Inc. fka Facebook, Inc. et al*, 4:26-cv-11492-YGR (Exhibit 57);
- *E.C., individually and as next friend of A.D., a minor v. ByteDance, Ltd et al.*, 4:26-cv-11493-YGR (Exhibit 58);
- *S.P., individually and as next friend to S.P., a minor v. Meta Platforms, Inc. fka Facebook, Inc. et al*, 4:26-cv-11497-YGR (Exhibit 59);
- *B.D., individually and as next friend to N.D., a minor v. Meta Platforms, Inc., f/k/a Facebook, Inc. et al.*, 4:26-cv-11550-YGR (Exhibit 60);
- *C.D., individually and as next friend to H.B., a minor v. Meta Platforms, Inc. fka Facebook, Inc. et al*, 4:26-cv-11580-YGR (Exhibit 61);
- *K.R., individually and as next friend to J.T., a minor v. Meta Platforms, Inc. fka Facebook, Inc. et al.*, 4:26-cv-11583-YGR (Exhibit 62);
- *S.J., individually and as next friend of J.T., a minor v. ByteDance Ltd. et al*, 4:26-cv-11655-YGR (Exhibit 63);
- *J.M., individually and as next friend of L.M., a minor v. ByteDance Ltd. et al*, 4:26-cv-11659-YGR (Exhibit 64);
- *F.W., individually and as next friend of L.W., minor v. ByteDance Ltd. et al*, 4:26-cv-11686-YGR (Exhibit 65);
- *S.R., individually and as next friend of A.R., a minor v. Instagram LLC et al*, 4:26-cv-11785-YGR (Exhibit 66);
- *A.G., individually and as next friend to M.G., a minor v. Meta Platforms, Inc. et al*, 4:26-cv-11820-YGR (Exhibit 67);
- *H.F., individually and as next friend of E.F., a minor v. Instagram, LLC et al.*, 4:26-cv-11920-YGR (Exhibit 68);
- *S.R. individually and as next friend of G.R., a minor v. ByteDance, Ltd. et al*, 4:26-cv-11925-YGR (Exhibit 69);

- *M.M. individually and as next friend E.M., a minor v. Meta et al.*, 4:26-cv-11977-YGR (Exhibit 70);
- *J.B. individually and as next friend C.O., a minor v. ByteDance, LTD et al.*, 4:26-cv-12043-YGR (Exhibit 71);
- *A.T. individually and as next friend A.T., a minor v. Meta et al.*, 4:26-cv-12045-YGR (Exhibit 72);
- *C.S. individually and as next friend Y.S., a minor v. Meta et al.*, 4:26-cv-12047-YGR (Exhibit 73);
- *B.M. individually and as next friend A.M.L, a minor v. Instagram LLC et al*, 4:26-cv-12052-YGR (Exhibit 74);
- *G.D. individually and as next friend O.D., a minor v. Meta et al.*, 4:26-cv-12056-YGR (Exhibit 75).

5. Pursuant to Civil Local Rule 7-11, on June 15, 2023, Defendants agreed to a standing stipulation that the individual applications seeking appointment of guardians *ad litem* in this litigation may be filed under seal. Defendants also confirmed that, in so stipulating, Defendants do not waive, and expressly reserve, their right to seek an order or orders in the future to unseal individual applications and/or require parents who wish to proceed pseudonymously going forward make a showing of good cause.

I declare under penalty of perjury pursuant to the laws of the United States of America that the foregoing is true and correct.

Dated: November 4, 2026

Respectfully submitted,

*/s/Jennie Lee Anderson*

Jennie Lee Anderson

ANDRUS ANDERSON LLP
1970 Broadway, Suite 1070
Oakland, CA 94612
Telephone: (415) 986-1400
Facsimile: (415) 986-1474
jennie@andrusanderson.com

*Plaintiffs' Liaison Counsel*