Lexi J. Hazam (SBN 224457)
lhazam@lchb.com
LIEFF CABRASER HEIMANN
& BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956-1000

Previn Warren (*pro hac vice*)
pwarren@motleyrice.com
MOTLEY RICE LLC
401 9th Street NW, Suite 630
Washington, DC 20004
Telephone: (202) 386-9610

*Plaintiffs' Co-Lead Counsel*

Jennie Lee Anderson (SBN 203586)
jennie@andrusanderson.com
ANDRUS ANDERSON LLP
1970 Broadway, Suite 1070
Oakland, CA 94612
Telephone: (415) 986-1400

*Plaintiffs' Liaison Counsel*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION

This Document Relates to:

*S.A., individually and as next friend of minor P.A. v. Meta Platforms, Inc. et al.*, 4:26-cv-05914-YGR;

*S.L., individually and as next friend of minor J.L. v. Meta Platforms, Inc. et al.*, 4:26-cv-05944-YGR;

*K.D., individually and as next of friend to minor Plaintiff, T.H. v. Meta Platforms, Inc., et al.*, 4:26-cv-07040-YGR;

*C.L., individually and as next of kin to minor Plaintiff J.L. v. Meta Platforms, Inc., et al.*, 4:26-cv-07310-YGR;

*T.J., individually and as next of friend to minor Plaintiff, Z.W. v. Meta Platforms, Inc., et al.*, 4:26-cv-08133-YGR;

*M.D., individually and as next of friend to minor Plaintiff, R.D. v. Meta Platforms, Inc., et al.*, 4:26-cv-08135-YGR;

Case No. 4:22-MD-03047-YGR

MDL No. 3047

**EXHIBITS 38-75 TO THE DECLARATION OF JENNIE LEE ANDERSON IN SUPPORT OF PLAINTIFFS' TWENTIETH *EX PARTE* APPLICATION FOR APPOINTMENT OF GUARDIANS *AD LITEM***

*A.A., individually and as next of friend to minor Plaintiff, A.A. v. Meta Platforms, Inc., et al.*, 4:26-cv-08274-YGR;

*G.E., individually and as next of friend to minor Plaintiff, L.G. v. Meta Platforms, Inc., et al.*, 4:26-cv-08278-YGR;

*J.C., individually and as next of friend to minor Plaintiff, D.H. v. META PLATFORMS, INC.*, et al., 4:26-cv-08350-YGR;

*R.F., individually and as next of friend to minor Plaintiff, S.S. v. META PLATFORMS, INC.*, et al., 4:26-cv-08352-YGR;

*T.T., individually and as next of friend to minor Plaintiff, T.P. v. META PLATFORMS, INC.*, et al., 4:26-cv-08355-YGR;

*M.B., individually and as next friend of minor T.B. v. META PLATFORMS, INC., et al.*, 4:26-cv-08356-YGR;

*K.D., individually and as next of friend to minor Plaintiff, J.S. v. META PLATFORMS, INC.*, et al, 4:26-cv-08402-YGR;

*L.J., individually and as next of friend to minor Plaintiff, A.E. v. META PLATFORMS, INC.*, et al., 4:26-cv-08405-YGR;

*M.H., individually and as next of friend to minor Plaintiff, B.H. v. META PLATFORMS, INC.*, et al., 4:26-cv-08501-YGR;

*K.G., individually and as next of friend to minor Plaintiff, R.G. v. META PLATFORMS, INC.*, et al, 4:26-cv-08952-YGR;

*B.M., individually and as next of friend to minor Plaintiff, K.G. v. Meta Platforms, Inc., et al.*, 4:26-cv-09297-YGR;

*A.P., individually and as next friend to A.P., a minor v. Meta Platforms, Inc., f/k/a Facebook, Inc. et al*, 4:26-cv-09445-YGR;

*A.G. individually and as next friend to I.G., a minor v. Instagram LLC et al*, 4:26-cv-09964-YGR;

*H.B., individually and as next of friend to minor Plaintiff, C.J. v. Meta Platforms, Inc., et al.*, 4:26-cv-10009-YGR;

*S.P.C., individually and as next friend to G.P., a minor v. Meta Platforms, Inc., f/k/a Facebook, Inc. et al*, 4:26-cv-10011-YGR;

*C.B., individually and as next friend of B.B., a minor v. Meta Platforms, Inc., f/k/a Facebook, Inc. et al*, 4:26-cv-10020-YGR;

*C.P., individually and as next of friend to minor Plaintiff, B.M. v. Meta Platforms, Inc., et al.*, 4:26-cv-10058-YGR;

*K.W., individually and as next of friend to minor Plaintiff, G.S. v. Snap Inc., et al.*, 4:26-cv-10062-YGR;

*M.B., individually and as next of friend to minor Plaintiff, M.B. v. Meta Platforms, Inc., et al.*, 4:26-cv-10081-YGR;

*C.E., individually and as next of friend to minor Plaintiff, J.B. v. Meta Platforms, Inc., et al.*, 4:26-cv-10160-YGR;

*Qiana Millon-Anderson, individually and on behalf of Minor C.A. v. Instagram, LLC et al.*, 4:26-cv-10208-YGR;

*W.H., individually and as next of friend to minor Plaintiff, L.E. v. Meta Platforms, Inc., et al.*, 4:26-cv-10212-YGR;

*Candace Ladner, individually and on behalf of Minor J.L. v. Meta Platforms, Inc. et al.*, 4:26-cv-10250-YGR;

*Scott Cambre, individually and on behalf of Minor B.C. v. Snap Inc. et al.*, 4:26-cv-10275-YGR;

*M.E., individually and as next of friend to minor Plaintiff, O.E. v. Meta Platforms, Inc., et al.*, 4:26-cv-10383-YGR;

*S.D., individually and as next friend to M.D., a minor v. Meta Platforms, Inc., f/k/a Facebook, Inc. et al.*, 4:26-cv-10403-YGR;

*R.J., individually and as next friend to R.J., a minor v. Meta Platforms, Inc., f/k/a Facebook, Inc. et al.*, 4:26-cv-10408-YGR;

*A.S., individually and as next of friend to minor Plaintiff, D.S. v. Meta Platforms, Inc., et al.*, 4:26-cv-10522-YGR;

*D.B, individually and as next of friend to minor Plaintiff, L.W. v. Meta Platforms, Inc., et al.*, 4:26-cv-10530-YGR;

*K.C., individually and as next of friend to minor Plaintiff, J.C. v. Meta Platforms, Inc., et al.*, 4:26-cv-10594-YGR;

*A.M., individually and as next of friend to minor Plaintiff, S.M. v. Meta Platforms, Inc., et al.*, 4:26-cv-10596-YGR;

*C.R., individually and as next of friend to minor Plaintiff, C.R. v. Meta Platforms, Inc., et al.*, 4:26-cv-10599-YGR;

*A.W., individually and as next of friend to minor Plaintiff, P.W. v. Meta Platforms, Inc., et al.*, 4:26-cv-10604-YGR;

*R.S., individually and as next of friend to minor Plaintiff, P.S. v. Meta Platforms, Inc., et al.*, 4:26-cv-10607-YGR;

*Bryan Carter, individually and on behalf of Minor E.C. v. Meta Platforms, Inc. et al.*, 4:26-cv-10625-YGR;

*Tequila Dominick, individually and on behalf of Minor S. D. v. Instagram, LLC et al.*, 4:26-cv-10632-YGR;

*Sharon Roberts Ford individually and on behalf of Minor I.Z v ByteDance Ltd. et al.*, 4:26-cv-10690-YGR;

*Ashlie Pujol individually and on behalf of Minor L.P. v. Meta Platforms, Inc. et al.*, 4:26-cv-10705-YGR;

*J.M., individually and as next friend of J.M., a minor v. Instagram LLC et al*, 4:26-cv-10780-YGR;

*M.J., individually and as next friend of minor J.J. v. Meta Platforms, Inc., et al.*, 4:26-cv-

10819-YGR;

*C.R., individually and as next friend of minor B.R. v. Meta Platforms, Inc., et al.*, 4:26-cv-10820-YGR;

*C.P., individually and as next of friend to minor Plaintiff, M.P. v. Meta Platforms, Inc., et al.*, 4:26-cv-10828-YGR;

*C.F., individually and as next friend of minor A.V. v. Meta Platforms, Inc., et al.*, 4:26-cv-10829-YGR;

*C.S., individually and as next of friend to minor Plaintiff, C.S. v. Meta Platforms, Inc., et al*, 4:26-cv-10831-YGR;

*E.H., as next friend to G.H., a minor v. Meta Platforms, Inc., f/k/a Facebook, Inc. et al*, 4:26-cv-10854-YGR;

*A.A., a minor represented by proposed Guardian Ad Litem, Erica Adkins v. Google, LLC, et al.*, 4:26-cv-10875-YGR;

*L.M., filed on behalf of Minor Plaintiff, M.W. v. Meta Platforms, Inc., et al.*, 4:26-cv-10991-YGR;

*L.C., individually and as next friend to T.D., a minor v. Instagram LLC et al*, 4:26-cv-11243-YGR;

*S.D., individually and as next friend to S.N., a minor v. Instagram LLC et al*, 4:26-cv-11475-YGR;

*M.K., individually and as next friend to V.U., a minor v. Meta Payments Inc. fka Facebook Payments, Inc. et al*, 4:26-cv-11484-YGR;

*S.A., individually and as next friend to A.G, a minor . Meta Platforms, Inc. fka Facebook, Inc. et al*, 4:26-cv-11492-YGR;

*E.C., individually and as next friend of A.D., a minor v. ByteDance, Ltd et al.*, 4:26-cv-11493-YGR;

*S.P., individually and as next friend to S.P., a minor v. Meta Platforms, Inc. fka Facebook, Inc. et al*, 4:26-cv-11497-YGR;

*B.D., individually and as next friend to N.D., a minor v. Meta Platforms, Inc., f/k/a Facebook, Inc. et al.*, 4:26-cv-11550-YGR;

*C.D., individually and as next friend to H.B., a minor v. Meta Platforms, Inc. fka Facebook, Inc. et al*, 4:26-cv-11580-YGR;

*K.R., individually and as next friend to J.T., a minor v. Meta Platforms, Inc. fka Facebook, Inc. et al.*, 4:26-cv-11583-YGR;

*S.J., individually and as next friend of J.T., a minor v. ByteDance Ltd. et al*, 4:26-cv-11655-YGR;

*J.M., individually and as next friend of L.M., a minor v. ByteDance Ltd. et al*, 4:26-cv-11659-YGR;

*F.W., individually and as next friend of L.W., minor v. ByteDance Ltd. et al*, 4:26-cv-11686-YGR;

*S.R., individually and as next friend of A.R., a minor v. Instagram LLC et al*, 4:26-cv-11785-YGR;

*A.G., individually and as next friend to M.G., a minor v. Meta Platforms, Inc. et al*, 4:26-cv-11820-YGR;

*H.F., individually and as next friend of E.F., a minor v. Instagram, LLC et al.*, 4:26-cv-11920-YGR;

*S.R. individually and as next friend of G.R., a minor v. ByteDance, Ltd. et al*, 4:26-cv-11925-YGR;

*M.M. individually and as next friend E.M., a minor v. Meta et al.*, 4:26-cv-11977-YGR;

*J.B. individually and as next friend C.O., a minor v. ByteDance, LTD et al.*, 4:26-cv-12043-YGR;

*A.T. individually and as next friend A.T., a minor v. Meta et al.*, 4:26-cv-12045-YGR;

*C.S. individually and as next friend Y.S., a minor v. Meta et al.*, 4:26-cv-12047-YGR;

| |
|---|
| *B.M. individually and as next friend A.M.L, a minor v. Instagram LLC et al*, 4:26-cv-12052-YGR;<br><br>*G.D. individually and as next friend O.D., a minor v. Meta et al.*, 4:26-cv-12056-YGR. |

# EXHIBIT 38

# EXHIBIT FILED UNDER SEAL

# EXHIBIT 39

# EXHIBIT FILED UNDER SEAL

# EXHIBIT 40

# EXHIBIT FILED UNDER SEAL

# EXHIBIT 41

# EXHIBIT FILED UNDER SEAL

# EXHIBIT 42

# EXHIBIT FILED UNDER SEAL

# EXHIBIT 43

# EXHIBIT FILED UNDER SEAL

# EXHIBIT 44

# EXHIBIT FILED UNDER SEAL

# EXHIBIT 45

# EXHIBIT FILED UNDER SEAL

# EXHIBIT 46

# EXHIBIT FILED UNDER SEAL

# EXHIBIT 47

# EXHIBIT FILED UNDER SEAL

# EXHIBIT 48

# EXHIBIT FILED UNDER SEAL

# EXHIBIT 49

# EXHIBIT FILED UNDER SEAL

# EXHIBIT 50

# EXHIBIT FILED UNDER SEAL

# EXHIBIT 51

# EXHIBIT FILED UNDER SEAL

# EXHIBIT 52

# EXHIBIT FILED UNDER SEAL

# EXHIBIT 53

# EXHIBIT FILED UNDER SEAL

# EXHIBIT 54

# EXHIBIT FILED UNDER SEAL

# EXHIBIT 55

# EXHIBIT FILED UNDER SEAL

# EXHIBIT 56

# EXHIBIT FILED UNDER SEAL

# EXHIBIT 57

# EXHIBIT FILED UNDER SEAL

# EXHIBIT 58

# EXHIBIT FILED UNDER SEAL

# EXHIBIT 59

# EXHIBIT FILED UNDER SEAL

# EXHIBIT 60

# EXHIBIT FILED UNDER SEAL

# EXHIBIT 61

# EXHIBIT FILED UNDER SEAL

# EXHIBIT 62

# EXHIBIT FILED UNDER SEAL

# EXHIBIT 63

# EXHIBIT FILED UNDER SEAL

# EXHIBIT 64

# EXHIBIT FILED UNDER SEAL

# EXHIBIT 65

# EXHIBIT FILED UNDER SEAL

# EXHIBIT 66

# EXHIBIT FILED UNDER SEAL

# EXHIBIT 67

# EXHIBIT FILED UNDER SEAL

# EXHIBIT 68

# EXHIBIT FILED UNDER SEAL

# EXHIBIT 69

# EXHIBIT FILED UNDER SEAL

# EXHIBIT 70

# EXHIBIT FILED UNDER SEAL

# EXHIBIT 71

# EXHIBIT FILED UNDER SEAL

# EXHIBIT 72

# EXHIBIT FILED UNDER SEAL

# EXHIBIT 73

# EXHIBIT FILED UNDER SEAL

# EXHIBIT 74

# EXHIBIT FILED UNDER SEAL

# EXHIBIT 75

# EXHIBIT FILED UNDER SEAL