**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION

This Document Relates to:

*S.A., individually and as next friend of minor P.A. v. Meta Platforms, Inc. et al.*, 4:26-cv-05914-YGR;

*S.L., individually and as next friend of minor J.L. v. Meta Platforms, Inc. et al.*, 4:26-cv-05944-YGR;

*K.D., individually and as next of friend to minor Plaintiff, T.H. v. Meta Platforms, Inc., et al.*, 4:26-cv-07040-YGR;

*C.L., individually and as next of kin to minor Plaintiff J.L. v. Meta Platforms, Inc., et al.*, 4:26-cv-07310-YGR;

*T.J., individually and as next of friend to minor Plaintiff, Z.W. v. Meta Platforms, Inc., et al.*, 4:26-cv-08133-YGR;

*M.D., individually and as next of friend to minor Plaintiff, R.D. v. Meta Platforms, Inc., et al.*, 4:26-cv-08135-YGR;

*A.A., individually and as next of friend to minor Plaintiff, A.A. v. Meta Platforms, Inc., et al.*, 4:26-cv-08274-YGR;

Case No. 4:22-MD-03047-YGR

MDL No. 3047

**[PROPOSED] ORDER GRANTING PLAINTIFFS' TWENTIETH CONSOLIDATED *EX PARTE* APPLICATION AND APPOINTING GUARDIANS *AD LITEM***

*G.E., individually and as next of friend to minor Plaintiff, L.G. v. Meta Platforms, Inc., et al.*, 4:26-cv-08278-YGR;

*J.C., individually and as next of friend to minor Plaintiff, D.H. v. META PLATFORMS, INC.*, et al., 4:26-cv-08350-YGR;

*R.F., individually and as next of friend to minor Plaintiff, S.S. v. META PLATFORMS, INC.*, et al., 4:26-cv-08352-YGR;

*T.T., individually and as next of friend to minor Plaintiff, T.P. v. META PLATFORMS, INC.*, et al., 4:26-cv-08355-YGR;

*M.B., individually and as next friend of minor T.B. v. META PLATFORMS, INC., et al.*, 4:26-cv-08356-YGR;

*K.D., individually and as next of friend to minor Plaintiff, J.S. v. META PLATFORMS, INC.*, et al, 4:26-cv-08402-YGR;

*L.J., individually and as next of friend to minor Plaintiff, A.E. v. META PLATFORMS, INC.*, et al., 4:26-cv-08405-YGR;

*M.H., individually and as next of friend to minor Plaintiff, B.H. v. META PLATFORMS, INC.*, et al., 4:26-cv-08501-YGR;

*K.G., individually and as next of friend to minor Plaintiff, R.G. v. META PLATFORMS, INC.*, et al, 4:26-cv-08952-YGR;

*B.M., individually and as next of friend to minor Plaintiff, K.G. v. Meta Platforms, Inc., et al.*, 4:26-cv-09297-YGR;

*A.P., individually and as next friend to A.P., a minor v. Meta Platforms, Inc., f/k/a Facebook, Inc. et al*, 4:26-cv-09445-YGR;

*A.G. individually and as next friend to I.G., a minor v. Instagram LLC et al*, 4:26-cv-09964-YGR;

*H.B., individually and as next of friend to minor Plaintiff, C.J. v. Meta Platforms, Inc., et al.*, 4:26-cv-10009-YGR;

*S.P.C., individually and as next friend to G.P., a minor v. Meta Platforms, Inc., f/k/a*

*Facebook, Inc. et al*, 4:26-cv-10011-YGR;

*C.B., individually and as next friend of B.B., a minor v. Meta Platforms, Inc., f/k/a Facebook, Inc. et al*, 4:26-cv-10020-YGR;

*C.P., individually and as next of friend to minor Plaintiff, B.M. v. Meta Platforms, Inc., et al.*, 4:26-cv-10058-YGR;

*K.W., individually and as next of friend to minor Plaintiff, G.S. v. Snap Inc., et al.*, 4:26-cv-10062-YGR;

*M.B., individually and as next of friend to minor Plaintiff, M.B. v. Meta Platforms, Inc., et al.*, 4:26-cv-10081-YGR;

*C.E., individually and as next of friend to minor Plaintiff, J.B. v. Meta Platforms, Inc., et al.*, 4:26-cv-10160-YGR;

*Qiana Millon-Anderson, individually and on behalf of Minor C.A. v. Instagram, LLC et al.*, 4:26-cv-10208-YGR;

*W.H., individually and as next of friend to minor Plaintiff, L.E. v. Meta Platforms, Inc., et al.*, 4:26-cv-10212-YGR;

*Candace Ladner, individually and on behalf of Minor J.L. v. Meta Platforms, Inc. et al.*, 4:26-cv-10250-YGR;

*Scott Cambre, individually and on behalf of Minor B.C. v. Snap Inc. et al.*, 4:26-cv-10275-YGR;

*M.E., individually and as next of friend to minor Plaintiff, O.E. v. Meta Platforms, Inc., et al.*, 4:26-cv-10383-YGR;

*S.D., individually and as next friend to M.D., a minor v. Meta Platforms, Inc., f/k/a Facebook, Inc. et al.*, 4:26-cv-10403-YGR;

*R.J., individually and as next friend to R.J., a minor v. Meta Platforms, Inc., f/k/a Facebook, Inc. et al.*, 4:26-cv-10408-YGR;

*A.S., individually and as next of friend to minor Plaintiff, D.S. v. Meta Platforms, Inc., et al.*, 4:26-cv-10522-YGR;

*D.B, individually and as next of friend to*

*minor Plaintiff, L.W. v. Meta Platforms, Inc., et al.*, 4:26-cv-10530-YGR;

*K.C., individually and as next of friend to minor Plaintiff, J.C. v. Meta Platforms, Inc., et al.*, 4:26-cv-10594-YGR;

*A.M., individually and as next of friend to minor Plaintiff, S.M. v. Meta Platforms, Inc., et al.*, 4:26-cv-10596-YGR;

*C.R., individually and as next of friend to minor Plaintiff, C.R. v. Meta Platforms, Inc., et al.*, 4:26-cv-10599-YGR;

*A.W., individually and as next of friend to minor Plaintiff, P.W. v. Meta Platforms, Inc., et al.*, 4:26-cv-10604-YGR;

*R.S., individually and as next of friend to minor Plaintiff, P.S. v. Meta Platforms, Inc., et al.*, 4:26-cv-10607-YGR;

*Bryan Carter, individually and on behalf of Minor E.C. v. Meta Platforms, Inc. et al.*, 4:26-cv-10625-YGR;

*Tequila Dominick, individually and on behalf of Minor S. D. v. Instagram, LLC et al.*, 4:26-cv-10632-YGR;

*Sharon Roberts Ford individually and on behalf of Minor I.Z v ByteDance Ltd. et al.*, 4:26-cv-10690-YGR;

*Ashlie Pujol individually and on behalf of Minor L.P. v. Meta Platforms, Inc. et al.*, 4:26-cv-10705-YGR;

*J.M., individually and as next friend of J.M., a minor v. Instagram LLC et al*, 4:26-cv-10780-YGR;

*M.J., individually and as next friend of minor J.J. v. Meta Platforms, Inc., et al.*, 4:26-cv-10819-YGR;

*C.R., individually and as next friend of minor B.R. v. Meta Platforms, Inc., et al.*, 4:26-cv-10820-YGR;

*C.P., individually and as next of friend to minor Plaintiff, M.P. v. Meta Platforms, Inc., et al.*, 4:26-cv-10828-YGR;

*C.F., individually and as next friend of minor A.V. v. Meta Platforms, Inc., et al.*, 4:26-cv-10829-YGR;

*C.S., individually and as next of friend to minor Plaintiff, C.S. v. Meta Platforms, Inc., et al*, 4:26-cv-10831-YGR;

*E.H., as next friend to G.H., a minor v. Meta Platforms, Inc., f/k/a Facebook, Inc. et al*, 4:26-cv-10854-YGR;

*A.A., a minor represented by proposed Guardian Ad Litem, Erica Adkins v. Google, LLC, et al.*, 4:26-cv-10875-YGR;

*L.M., filed on behalf of Minor Plaintiff, M.W. v. Meta Platforms, Inc., et al.*, 4:26-cv-10991-YGR;

*L.C., individually and as next friend to T.D., a minor v. Instagram LLC et al*, 4:26-cv-11243-YGR;

*S.D., individually and as next friend to S.N., a minor v. Instagram LLC et al*, 4:26-cv-11475-YGR;

*M.K., individually and as next friend to V.U., a minor v. Meta Payments Inc. fka Facebook Payments, Inc. et al*, 4:26-cv-11484-YGR;

*S.A., individually and as next friend to A.G, a minor . Meta Platforms, Inc. fka Facebook, Inc. et al*, 4:26-cv-11492-YGR;

*E.C., individually and as next friend of A.D., a minor v. ByteDance, Ltd et al.*, 4:26-cv-11493-YGR;

*S.P., individually and as next friend to S.P., a minor v. Meta Platforms, Inc. fka Facebook, Inc. et al*, 4:26-cv-11497-YGR;

*B.D., individually and as next friend to N.D., a minor v. Meta Platforms, Inc., f/k/a Facebook, Inc. et al.*, 4:26-cv-11550-YGR;

*C.D., individually and as next friend to H.B., a minor v. Meta Platforms, Inc. fka Facebook, Inc. et al*, 4:26-cv-11580-YGR;

*K.R., individually and as next friend to J.T., a minor v. Meta Platforms, Inc. fka Facebook, Inc. et al.*, 4:26-cv-11583-YGR;

*S.J., individually and as next friend of J.T., a minor v. ByteDance Ltd. et al*, 4:26-cv-11655-YGR;

*J.M., individually and as next friend of L.M., a minor v. ByteDance Ltd. et al*, 4:26-cv-11659-YGR;

*F.W., individually and as next friend of L.W., minor v. ByteDance Ltd. et al*, 4:26-cv-11686-YGR;

*S.R., individually and as next friend of A.R., a minor v. Instagram LLC et al*, 4:26-cv-11785-YGR;

*A.G., individually and as next friend to M.G., a minor v. Meta Platforms, Inc. et al*, 4:26-cv-11820-YGR;

*H.F., individually and as next friend of E.F., a minor v. Instagram, LLC et al.*, 4:26-cv-11920-YGR;

*S.R. individually and as next friend of G.R., a minor v. ByteDance, Ltd. et al*, 4:26-cv-11925-YGR;

*M.M. individually and as next friend E.M., a minor v. Meta et al.*, 4:26-cv-11977-YGR;

*J.B. individually and as next friend C.O., a minor v. ByteDance, LTD et al.*, 4:26-cv-12043-YGR;

*A.T. individually and as next friend A.T., a minor v. Meta et al.*, 4:26-cv-12045-YGR;

*C.S. individually and as next friend Y.S., a minor v. Meta et al.*, 4:26-cv-12047-YGR;

*B.M. individually and as next friend A.M.L, a minor v. Instagram LLC et al*, 4:26-cv-12052-YGR;

*G.D. individually and as next friend O.D., a minor v. Meta et al.*, 4:26-cv-12056-YGR.

**[PROPOSED] ORDER**

The Court is in receipt of Plaintiffs' Twentieth Ex *Parte* Application for Appointment of Guardians *Ad Litem* (hereinafter, "Twentieth *Ex Parte* Application").

Pursuant to this Court's Order Regarding Appointment of Guardians *Ad Litem* (ECF No. 122), *Ex Parte* Applications for Appointment of Guardians *Ad Litem* ("Applications") submitted by parents and/or legal guardians were deemed presumptively approved upon filing because there was no apparent conflict between the applicants' parental responsibility and their obligation to assist the Court in "achieving a just and speedy determination of the action." ECF No. 122 ¶ 4 (citing *J.M. v. Liberty Union High Sch. Dist.*, No. 16-cv-05225-LB, 2016 WL 4942999, at *1 (N.D. Cal. Sept.16, 2016)).

On November 4, 2026, Applications were submitted by the parents and/or legal guardians to serve as guardians *ad litem* for the individual minor plaintiffs in the following cases:

- *S.A., individually and as next friend of minor P.A. v. Meta Platforms, Inc. et al.*, 4:26-cv-05914-YGR (Exhibit 1);
- *S.L., individually and as next friend of minor J.L. v. Meta Platforms, Inc. et al.*, 4:26-cv-05944-YGR (Exhibit 2);
- *K.D., individually and as next of friend to minor Plaintiff, T.H. v. Meta Platforms, Inc., et al.*, 4:26-cv-07040-YGR (Exhibit 3);
- *C.L., individually and as next of kin to minor Plaintiff J.L. v. Meta Platforms, Inc., et al.*, 4:26-cv-07310-YGR (Exhibit 4);
- *T.J., individually and as next of friend to minor Plaintiff, Z.W. v. Meta Platforms, Inc., et al.*, 4:26-cv-08133-YGR (Exhibit 5);
- *M.D., individually and as next of friend to minor Plaintiff, R.D. v. Meta Platforms, Inc., et al.*, 4:26-cv-08135-YGR (Exhibit 6);
- *A.A., individually and as next of friend to minor Plaintiff, A.A. v. Meta Platforms, Inc., et al.*, 4:26-cv-08274-YGR (Exhibit 7);
- *G.E., individually and as next of friend to minor Plaintiff, L.G. v. Meta Platforms, Inc., et al.*, 4:26-cv-08278-YGR (Exhibit 8);
- *J.C., individually and as next of friend to minor Plaintiff, D.H. v. META PLATFORMS, INC.*, et al., 4:26-cv-08350-YGR (Exhibit 9);

- *R.F., individually and as next of friend to minor Plaintiff, S.S. v. META PLATFORMS, INC.*, et al., 4:26-cv-08352-YGR (Exhibit 10);
- *T.T., individually and as next of friend to minor Plaintiff, T.P. v. META PLATFORMS, INC.*, et al., 4:26-cv-08355-YGR (Exhibit 11);
- *M.B., individually and as next friend of minor T.B. v. META PLATFORMS, INC., et al.*, 4:26-cv-08356-YGR (Exhibit 12);
- *K.D., individually and as next of friend to minor Plaintiff, J.S. v. META PLATFORMS, INC.*, et al, 4:26-cv-08402-YGR (Exhibit 13);
- *L.J., individually and as next of friend to minor Plaintiff, A.E. v. META PLATFORMS, INC.*, et al., 4:26-cv-08405-YGR (Exhibit 14);
- *M.H., individually and as next of friend to minor Plaintiff, B.H. v. META PLATFORMS, INC.*, et al., 4:26-cv-08501-YGR (Exhibit 15);
- *K.G., individually and as next of friend to minor Plaintiff, R.G. v. META PLATFORMS, INC.*, et al, 4:26-cv-08952-YGR (Exhibit 16);
- *B.M., individually and as next of friend to minor Plaintiff, K.G. v. Meta Platforms, Inc., et al.*, 4:26-cv-09297-YGR (Exhibit 17);
- *A.P., individually and as next friend to A.P., a minor v. Meta Platforms, Inc., f/k/a Facebook, Inc. et al*, 4:26-cv-09445-YGR (Exhibit 18);
- *A.G. individually and as next friend to I.G., a minor v. Instagram LLC et al*, 4:26-cv-09964-YGR (Exhibit 19);
- *H.B., individually and as next of friend to minor Plaintiff, C.J. v. Meta Platforms, Inc., et al.*, 4:26-cv-10009-YGR (Exhibit 20);
- *S.P.C., individually and as next friend to G.P., a minor v. Meta Platforms, Inc., f/k/a Facebook, Inc. et al*, 4:26-cv-10011-YGR (Exhibit 21);
- *C.B., individually and as next friend of B.B., a minor v. Meta Platforms, Inc., f/k/a Facebook, Inc. et al*, 4:26-cv-10020-YGR (Exhibit 22);
- *C.P., individually and as next of friend to minor Plaintiff, B.M. v. Meta Platforms, Inc., et al.*, 4:26-cv-10058-YGR (Exhibit 23);
- *K.W., individually and as next of friend to minor Plaintiff, G.S. v. Snap Inc., et al.*, 4:26-cv-10062-YGR (Exhibit 24);
- *M.B., individually and as next of friend to minor Plaintiff, M.B. v. Meta Platforms, Inc., et al.*, 4:26-cv-10081-YGR (Exhibit 25);

- *C.E., individually and as next of friend to minor Plaintiff, J.B. v. Meta Platforms, Inc., et al.*, 4:26-cv-10160-YGR (Exhibit 26);
- *Qiana Millon-Anderson, individually and on behalf of Minor C.A. v. Instagram, LLC et al.*, 4:26-cv-10208-YGR (Exhibit 27);
- *W.H., individually and as next of friend to minor Plaintiff, L.E. v. Meta Platforms, Inc., et al.*, 4:26-cv-10212-YGR (Exhibit 28);
- *Candace Ladner, individually and on behalf of Minor J.L. v. Meta Platforms, Inc. et al.*, 4:26-cv-10250-YGR (Exhibit 29);
- *Scott Cambre, individually and on behalf of Minor B.C. v. Snap Inc. et al.*, 4:26-cv-10275-YGR (Exhibit 30);
- *M.E., individually and as next of friend to minor Plaintiff, O.E. v. Meta Platforms, Inc., et al.*, 4:26-cv-10383-YGR (Exhibit 31);
- *S.D., individually and as next friend to M.D., a minor v. Meta Platforms, Inc., f/k/a Facebook, Inc. et al.*, 4:26-cv-10403-YGR (Exhibit 32);
- *R.J., individually and as next friend to R.J., a minor v. Meta Platforms, Inc., f/k/a Facebook, Inc. et al.*, 4:26-cv-10408-YGR (Exhibit 33);
- *A.S., individually and as next of friend to minor Plaintiff, D.S. v. Meta Platforms, Inc., et al.*, 4:26-cv-10522-YGR (Exhibit 34);
- *D.B, individually and as next of friend to minor Plaintiff, L.W. v. Meta Platforms, Inc., et al.*, 4:26-cv-10530-YGR (Exhibit 35);
- *K.C., individually and as next of friend to minor Plaintiff, J.C. v. Meta Platforms, Inc., et al.*, 4:26-cv-10594-YGR (Exhibit 36);
- *A.M., individually and as next of friend to minor Plaintiff, S.M. v. Meta Platforms, Inc., et al.*, 4:26-cv-10596-YGR (Exhibit 37);
- *C.R., individually and as next of friend to minor Plaintiff, C.R. v. Meta Platforms, Inc., et al.*, 4:26-cv-10599-YGR (Exhibit 38);
- *A.W., individually and as next of friend to minor Plaintiff, P.W. v. Meta Platforms, Inc., et al.*, 4:26-cv-10604-YGR (Exhibit 39);
- *R.S., individually and as next of friend to minor Plaintiff, P.S. v. Meta Platforms, Inc., et al.*, 4:26-cv-10607-YGR (Exhibit 40);
- *Bryan Carter, individually and on behalf of Minor E.C. v. Meta Platforms, Inc. et al.*, 4:26-cv-10625-YGR (Exhibit 41);

- *Tequila Dominick, individually and on behalf of Minor S. D. v. Instagram, LLC et al.*, 4:26-cv-10632-YGR (Exhibit 42);
- *Sharon Roberts Ford individually and on behalf of Minor I.Z v ByteDance Ltd. et al.*, 4:26-cv-10690-YGR (Exhibit 43);
- *Ashlie Pujol individually and on behalf of Minor L.P. v. Meta Platforms, Inc. et al.*, 4:26-cv-10705-YGR (Exhibit 44);
- *J.M., individually and as next friend of J.M., a minor v. Instagram LLC et al*, 4:26-cv-10780-YGR (Exhibit 45);
- *M.J., individually and as next friend of minor J.J. v. Meta Platforms, Inc., et al.*, 4:26-cv-10819-YGR (Exhibit 46);
- *C.R., individually and as next friend of minor B.R. v. Meta Platforms, Inc., et al.*, 4:26-cv-10820-YGR (Exhibit 47);
- *C.P., individually and as next of friend to minor Plaintiff, M.P. v. Meta Platforms, Inc., et al.*, 4:26-cv-10828-YGR (Exhibit 48);
- *C.F., individually and as next friend of minor A.V. v. Meta Platforms, Inc., et al.*, 4:26-cv-10829-YGR (Exhibit 49);
- *C.S., individually and as next of friend to minor Plaintiff, C.S. v. Meta Platforms, Inc., et al*, 4:26-cv-10831-YGR (Exhibit 50);
- *E.H., as next friend to G.H., a minor v. Meta Platforms, Inc., f/k/a Facebook, Inc. et al*, 4:26-cv-10854-YGR (Exhibit 51);
- *A.A., a minor represented by proposed Guardian Ad Litem, Erica Adkins v. Google, LLC, et al.*, 4:26-cv-10875-YGR (Exhibit 52);
- *L.M., filed on behalf of Minor Plaintiff, M.W. v. Meta Platforms, Inc., et al.*, 4:26-cv-10991-YGR (Exhibit 53);
- *L.C., individually and as next friend to T.D., a minor v. Instagram LLC et al*, 4:26-cv-11243-YGR (Exhibit 54);
- *S.D., individually and as next friend to S.N., a minor v. Instagram LLC et al*, 4:26-cv-11475-YGR (Exhibit 55);
- *M.K., individually and as next friend to V.U., a minor v. Meta Payments Inc. fka Facebook Payments, Inc. et al*, 4:26-cv-11484-YGR (Exhibit 56);
- *S.A., individually and as next friend to A.G, a minor . Meta Platforms, Inc. fka Facebook, Inc. et al*, 4:26-cv-11492-YGR (Exhibit 57);

- *E.C., individually and as next friend of A.D., a minor v. ByteDance, Ltd et al.*, 4:26-cv-11493-YGR (Exhibit 58);
- *S.P., individually and as next friend to S.P., a minor v. Meta Platforms, Inc. fka Facebook, Inc. et al*, 4:26-cv-11497-YGR (Exhibit 59);
- *B.D., individually and as next friend to N.D., a minor v. Meta Platforms, Inc., f/k/a Facebook, Inc. et al.*, 4:26-cv-11550-YGR (Exhibit 60);
- *C.D., individually and as next friend to H.B., a minor v. Meta Platforms, Inc. fka Facebook, Inc. et al*, 4:26-cv-11580-YGR (Exhibit 61);
- *K.R., individually and as next friend to J.T., a minor v. Meta Platforms, Inc. fka Facebook, Inc. et al.*, 4:26-cv-11583-YGR (Exhibit 62);
- *S.J., individually and as next friend of J.T., a minor v. ByteDance Ltd. et al*, 4:26-cv-11655-YGR (Exhibit 63);
- *J.M., individually and as next friend of L.M., a minor v. ByteDance Ltd. et al*, 4:26-cv-11659-YGR (Exhibit 64);
- *F.W., individually and as next friend of L.W., minor v. ByteDance Ltd. et al*, 4:26-cv-11686-YGR (Exhibit 65);
- *S.R., individually and as next friend of A.R., a minor v. Instagram LLC et al*, 4:26-cv-11785-YGR (Exhibit 66);
- *A.G., individually and as next friend to M.G., a minor v. Meta Platforms, Inc. et al*, 4:26-cv-11820-YGR (Exhibit 67);
- *H.F., individually and as next friend of E.F., a minor v. Instagram, LLC et al.*, 4:26-cv-11920-YGR (Exhibit 68);
- *S.R. individually and as next friend of G.R., a minor v. ByteDance, Ltd. et al*, 4:26-cv-11925-YGR (Exhibit 69);
- *M.M. individually and as next friend E.M., a minor v. Meta et al.*, 4:26-cv-11977-YGR (Exhibit 70);
- *J.B. individually and as next friend C.O., a minor v. ByteDance, LTD et al.*, 4:26-cv-12043-YGR (Exhibit 71);
- *A.T. individually and as next friend A.T., a minor v. Meta et al.*, 4:26-cv-12045-YGR (Exhibit 72);
- *C.S. individually and as next friend Y.S., a minor v. Meta et al.*, 4:26-cv-12047-YGR (Exhibit 73);

- *B.M. individually and as next friend A.M.L, a minor v. Instagram LLC et al*, 4:26-cv-12052-YGR (Exhibit 74);
- *G.D. individually and as next friend O.D., a minor v. Meta et al.*, 4:26-cv-12056-YGR (Exhibit 75).

Pursuant to this Court's Order Regarding Appointments of Guardian *Ad Litem*, the Court's presumptive approval of these Applications will become final if no objections are filed within fifteen (15) days of the filing of Plaintiffs' Twentieth *Ex Parte* Application. ECF No.122 ¶5.

Having received no objections on or before November 19, 2026, which is the fifteenth day after the filing of Plaintiffs' Twentieth *Ex Parte* Application, and good cause appearing, it is hereby ordered that that the applicants identified in the Applications for the cases listed above are appointed as guardians *ad litem* for the minor plaintiffs in those actions for the purposes of this litigation. These appointments, as well as all prior appointments of guardians *ad litem* in this case, shall remain in effect only until the minor reaches the age of majority.

**IT IS SO ORDERED.**

Dated: ______________

_______________________________________
Hon. Yvonne Gonzalez Rogers
UNITED STATES DISTRICT JUDGE