Lauren E. Chrisman – *admitted pro hac vice*
Russell W. Lewis, IV (SBN CA 350821)
Basil E. Adham – *admitted pro hac vice*
**JOHNSON LAW GROUP**
3712 Autry Park Dr. Suite 400
Houston, Texas 77019
Telephone: (713) 626-9336
Facsimile: (713) 583-9460
SMA_Court@JohnsonLawGroup.com

*Counsel for Plaintiffs Kyla Plair, Risa Ross, and Jessica Sweeney*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

**IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION**

This Document Relates to:

*Kyla Plair v. Meta Platforms, Inc., et al.* – 4:26-CV-08562; *Risa Ross v. Meta Platforms, Inc., et al.* – 4:26-CV-08519; *Jessica Sweeney v. Meta Platforms, Inc., et al.* – 4:26-CV-08511

Case No. 4:22-MD-03047-YGR

MDL No. 3047

**NOTICE OF CHANGE OF FIRM ADDRESS**

Please take notice that effective October 26, 2026, the address of the Houston office of Johnson Law Group, counsel for Plaintiffs, changed as follows:

JOHNSON LAW GROUP

3712 Autry Park Dr. Suite 400

Houston, TX 77019

The Firm and attorneys' phone numbers, facsimile numbers, and e-mail addresses have not been affected by this change. Please update your service lists accordingly for this matter.

**DATED:** November 5, 2026

Respectfully submitted,

By: */s/ Russell W. Lewis, IV*
Lauren E. Chrisman – *admitted pro hac vice*
Russell W. Lewis, IV (SBN CA 350821)
Basil E. Adham – *admitted pro hac vice*
**JOHNSON LAW GROUP**
3712 Autry Park Dr. Suite 400
Houston, Texas 77019
Telephone: (713) 626-9336
Facsimile: (713) 583-9460
SMA_Court@JohnsonLawGroup.com

*Counsel for Plaintiffs Kyla Plair, Risa Ross, and Jessica Sweeney*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 5th day of November, 2026, I electronically transmitted the foregoing document to the Clerk's office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the attorneys who are registered with the Court's electronic filing system. Furthermore, I have caused a copy of this document to be served via MDL Centrality.

*/s/ Russell W. Lewis, IV*
Russell W. Lewis, IV