# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br>ALL CASES | **CASE No. 4:22-MD-03047-YGR**<br>**MDL No. 3047**<br><br>**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE; ORDER**<br>**(CIVIL LOCAL RULE 11-3)** |

I, Bonnie E. Spencer, an active member in good standing of the bar of Texas, hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: Plaintiffs in the above-entitled action. My local co-counsel in this case is Waived per Dkt. No. 2 Order, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California. Local co-counsel's bar number is: Not Applicable.

| | |
|---|---|
| 4635 Southwest Freeway, Suite 900, Houston, Texas 77027<br>My address of record | Waived per Dkt. No. 2 Order<br>Local co-counsel's address of record |
| 713-961-7770<br>My telephone # of record | Not Applicable<br>Local co-counsel's telephone # of record |
| bonniespencer@spencer-law.com<br>My email address of record | Not Applicable<br>Local co-counsel's email address of record |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 06366100.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I have been granted pro hac vice admission by the Court 0 times in the 12 months preceding this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules. I declare under penalty of perjury that the foregoing is true and correct.

Dated: 11/04/2026

*/s/ Bonnie E. Spencer*
Bonnie E. Spencer
SBOT # 06366100
FID # 7343
THE SPENCER LAW FIRM
Executive Plaza West
4635 Southwest Freeway, Suite 900
Houston, Texas 77027
Tel: (713) 961-7770
Fax: (713) 961-5336
Email: bonniespencer@spencer-law.com

**ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY PRO HAC VICE**

IT IS HEREBY ORDERED THAT the application of Bonnie E. Spencer is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: November 5, 2026

The Honorable Yvonne Gonzalez Rogers
United States Chief District Judge

# STATE BAR OF TEXAS

*Office of the Chief Disciplinary Counsel*

July 31, 2026

Re: Bonnie E. Spencer, State Bar Number 06366100

To Whom It May Concern:

This is to certify that Bonnie E. Spencer was licensed to practice law in Texas on November 24, 1980, and is an active member in good standing with the State Bar of Texas. "Good standing" means that the attorney is current on payment of Bar dues; has met Minimum Continuing Legal Education requirements; and is not presently under either administrative or disciplinary suspension from the practice of law.

This certification expires 30 days from the date, unless sooner revoked or rendered invalid by operation of rule or law.

Sincerely,

Seana Willing
Chief Disciplinary Counsel
SW/web