Heidi Doerhoff Vollet, *Pro Hac Vice*
MO Bar #49964
COOK VETTER DOERHOFF
& LANDWEHR, P.C.
231 Madison Street
Jefferson City, MO 65101
Telephone: 573-635-7977
Facsimile: 573-635-7414
*hvollet@cvdl.net*

*Attorney for Plaintiffs*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates To:<br><br>Member Cases:<br><br>Cape Girardeau Public Schools (26-9593)<br>Columbia Public Schools (26-9595)<br>Doniphan R-1 School District (26-9596)<br>Fox C-6 School District (26-9597)<br>Francis Howell R-III School District (26-9598)<br>Raymore-Peculiar R-II School District (26-9605)<br>Union R-XI School District (26-9606)<br>North Kansas City 74 School District (26-10340)<br>Ozark R-VI School District (26-10504)<br>De Soto #73 School District (26-10950)<br>Fort Zumwalt School District (26-10952)<br>St. Louis Public Schools (26-11197)<br>Blue Springs R-IV School District (26-11682)<br>Raytown C-2 School District (26-11685)<br>Jefferson City School District (26-11954)<br>Windsor C-1 School District (26-12175)<br><br>*Plaintiffs*,<br><br>v.<br><br>Meta Platforms, Inc., *et al.*<br>*Defendants.* | Case No. 4:22-md-03047-YGR<br><br>MDL No. 3047<br><br>**APPLICATION FOR PRO HAC VICE ADMISSION; [PROPOSED] ORDER**<br><br>Judge: Hon. Yvonne Gonzalez Rogers |

Heidi Doerhoff Vollet moves and applies to the Court for an Order to admit her to practice before this Court in this case pursuant to Civil Local Rule 11-3. In support of this application, Ms. Vollet submits and certifies under oath the following:

1. That I am an active member in good standing of the Missouri State Bar and of the United States District Court for the Eastern District of Missouri and the United States District Court for the Western District of Missouri;

2. That I agree to abide by the Standards of Professional Conduct set forth in Civil L.R. 11-4, and to become familiar with the Local Rules and Alternative Dispute Resolution Programs of this Court and, where applicable, with the Bankruptcy Local Rules;

3. That pursuant to the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, Rule 2.1(c), I am not required to have local counsel designated as co-counsel; and

4. That I have not been granted pro hac vice admission by this Court in the 12 months preceding this application.

Attached hereto as Exhibit A is a true and correct copy of a certificate of good standing issued by the Supreme Court of Missouri.

Dated: November 5, 2026

Respectfully submitted,

/s/ Heidi Doerhoff Vollet
*Attorney for Plaintiff*
*Francis Howell R-III School District*

# *The Supreme Court of Missouri*

## *Certificate of Admission as an Attorney at Law*

I, Betsy Ledgerwood, Clerk of the Supreme Court of Missouri, do hereby certify that the records of this office show that on 4/18/2001,

*Heidi Doerhoff Vollet*

was duly admitted and licensed to practice as an Attorney and Counselor at Law in the Supreme Court of Missouri and all courts of record in this state, and is, on the date indicated below, a member in good standing of this Bar.

IN TESTIMONY WHEREOF, I hereunto set my hand and affix the seal of the Supreme Court of Missouri at my office in Jefferson City, Missouri, this 20th day of August, 2026.

Betsy Ledgerwood

Clerk of the Supreme Court of Missouri

**[PROPOSED] ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**

IT IS HEREBY ORDERED THAT the application of Heidi Doerhoff Vollet is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

DATED: ______________________, 2026

______________________________
HON. YVONNE GONZALEZ ROGERS
CHIEF UNITED STATES DISTRICT JUDGE