[*Parties and Counsel Listed on Signature Pages*]

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION<br><br>THIS FILING RELATES TO:<br><br>ALL SCHOOL ACTIONS | MDL No. 3047<br><br>Case No. 4:22-md-03047-YGR (PHK)<br><br>Honorable Yvonne Gonzalez Rogers<br><br>**JOINT STIPULATION AND ~~[PROPOSED]~~ ORDER TO SHOW CAUSE WHY PLAINTIFFS' CLAIMS SHOULD NOT BE DISMISSED FOR FAILURE TO SERVE PLAINTIFF FACT SHEETS** |

**JOINT STIPULATION**

Plaintiff School Districts ("SD Plaintiffs") and Defendants Meta Platforms, Inc. f/k/a Facebook, Inc., Facebook Holdings, LLC, Facebook Operations, LLC, Facebook Payments, Inc., Facebook Technologies, LLC, Instagram, LLC, and Siculus, Inc. ("Meta"); TikTok Inc., ByteDance Inc., ByteDance Ltd., TikTok Ltd., and TikTok LLC ("TikTok"); Snap Inc. ("Snap"); and YouTube, LLC and Google LLC ("YouTube") (each a "Defendant," and collectively the "Defendants") jointly stipulate and agree, subject to the Court's approval, to an Order to Show Cause for the dismissal of SD Plaintiffs that have failed to serve Plaintiff Fact Sheets ("PFSs") and/or Supplemental Plaintiff Fact Sheets ("SUP-PFSs") as required under ECF Nos. 731 and 3185. In support thereof, the Parties state as follows:

**WHEREAS**, the Stipulated Implementation Order Governing School District Plaintiff Fact Sheet and Supplemental Plaintiff Fact Sheet (ECF 731) ("PFS Implementation Order") requires SD Plaintiffs to serve completed PFSs and SUP-PFSs within 90 days of their case being filed or transferred to the MDL, whichever is later. PFS Implementation Order ¶ 4, 6.

**WHEREAS**, the Joint Stipulation and Order Regarding Order to Show Cause Procedure for Untimely Plaintiff Fact Sheets and Supplemental Plaintiff Fact Sheets (ECF 3185) ("OSC Procedure Order"), entered by the Court on June 23, 2026, required certain SD Plaintiffs identified in Exhibit A to that filing to substantially complete and serve their PFSs and/or SUP-PFSs within 60 days after entry of that Order, that is, by August 24, 2026.

**WHEREAS**, on August 25, 2026, Defendants notified Plaintiffs' leadership counsel and counsel for the individual SD Plaintiffs that a subset of the identified SD Plaintiffs had not submitted their required PFS and/or SUP-PFS.

**WHEREAS**, the SD Plaintiffs responded to that list on September 24, 2026 as required under the OSC Procedure Order, and the Parties subsequently met and conferred in good faith regarding the remaining non-submitting SD Plaintiffs.

**WHEREAS**, the Parties agree that the SD Plaintiffs listed on Exhibit A to the present stipulation have not submitted their required PFS and/or SUP-PFS.

**NOW THEREFORE**, the Parties jointly stipulate and agree, subject to Court approval, that:

1. A hearing on this Order to Show Cause Why Plaintiffs' Claims Should Not Be Dismissed for Failure to Serve Plaintiff Fact Sheets ("Order to Show Cause") shall be set for November 13, 2026 at 2:00 pm PT or at such other time convenient for the Court.

2. Any SD Plaintiff listed on Exhibit A that objects to dismissal of its claims shall file a written objection no later than November 6, 2026. If no objections are filed by that date, the Parties agree that the Court may, in its discretion, vacate the hearing and decide this issue on the papers.

3. Any SD Plaintiff listed on Exhibit A that does not serve a completed and verified PFS and/or SUP-PFS by the date of the hearing (or date of issuance of a Court order if no hearing is conducted) shall be dismissed with prejudice for failure to comply with Court-ordered discovery and the Order to Show Cause, subject to the Court's determination.

4. Following the hearing (or issuance of a Court order if no hearing is conducted), the Parties will submit a proposed order dismissing with prejudice the claims of all SD Plaintiffs that the Court determines remain subject to dismissal, attaching a master non-submittal list.

DATED: October 30, 2026 Respectfully submitted,

By: */s/ Michael M. Weinkowitz*
MICHAEL M. WEINKOWITZ
**GIBBSMURA**
One Commerce Square
2005 Market Street
32nd Floor
Philadelphia PA 19103
MWeinkowitz@classlawgroup.com

*/s/ Melissa L. Yeates*
MELISSA L. YEATES
**KESSLER TOPAZ MELTZER & CHECK, LLP**
280 King of Prussia Road
Radnor, PA 19087
myeates@ktmc.com

*Co-Chairs of School District Committee*
*Plaintiffs Leadership Committee*

PREVIN WARREN
**MOTLEY RICE LLC**
401 9th Street NW Suite 630
Washington DC 20004
Telephone: 202-386-9610
pwarren@motleyrice.com

LEXI J. HAZAM
**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone: 415-956-1000
lhazam@lchb.com

*Co-Lead Counsel*

**COVINGTON & BURLING LLP**

By: */s/ Ashley M. Simonsen*
Ashley M. Simonsen, SBN 275203
COVINGTON & BURLING LLP
1999 Avenue of the Stars
Los Angeles, CA 90067
Telephone: (424) 332-4800
Facsimile: + 1 (424) 332-4749
Email: asimonsen@cov.com

Phyllis A. Jones, *pro hac vice*
Paul W. Schmidt, *pro hac vice*
COVINGTON & BURLING LLP
One City Center
850 Tenth Street, NW
Washington, DC 20001-4956
Telephone: + 1 (202) 662-6000
Facsimile: + 1 (202) 662-6291
Email: pajones@cov.com

*Attorneys for Defendants Meta Platforms, Inc. f/k/a Facebook, Inc.; Facebook Holdings, LLC; Facebook Operations, LLC; Meta Payments Inc. f/k/a Facebook Payments Inc.; Meta Platforms Technologies, LLC f/k/a Facebook Technologies, LLC; Instagram, LLC; and Siculus LLC f/k/a Siculus, Inc.*

**KING & SPALDING LLP**

By: */s/ Bailey J. Langner*
GEOFFREY M. DRAKE, *pro hac vice*
gdrake@kslaw.com

TACARA D. HARRIS, *pro hac vice*
tharris@kslaw.com
KING & SPALDING LLP
1180 Peachtree Street, NE, Suite 1600
Atlanta, GA 30309-3521
Telephone: (404) 572-4600

DAVID P. MATTERN, *pro hac vice*
dmattern@kslaw.com
KING & SPALDING LLP
1700 Pennsylvania Avenue, NW, Suite 900
Washington, DC 20006-4707
Telephone: (202) 737-0500

BAILEY J. LANGNER (SBN 307753)
blangner@kslaw.com
KING & SPALDING LLP
50 California Street, Suite 3300
San Francisco, CA 94111
Telephone: (415) 318-1200

**O'MELVENY & MYERS LLP**

Daniel M. Petrocelli (SBN 97802)
dpetrocelli@omm.com
Sabrina H. Strong (SBN 200292)
sstrong@omm.com
1999 Avenue of the Stars, 8th Floor
Los Angeles, CA 90067
Telephone: (310) 553-6700

Stephen D. Brody, *pro hac vice*
sbrody@omm.com
1625 Eye Street
Washington, DC 20006
Telephone: (202) 383-5300

*Attorneys for Defendants TikTok Inc., ByteDance Inc., TikTok Ltd., ByteDance Ltd., and TikTok LLC*

**MUNGER, TOLLES & OLSON LLP**

By: */s/ Jonathan H. Blavin*
Jonathan H. Blavin, SBN 230269
MUNGER, TOLLES & OLSON LLP
560 Mission Street, 27th Floor
San Francisco, CA 94105
Telephone: (415) 512-4000
Facsimile: (415) 512-4077
Email: jonathan.blavin@mto.com

Victoria A. Degtyareva (SBN 284199)
MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue, 50th Floor
Los Angeles, CA 90071
Telephone: (213) 683-9100
Facsimile: (213) 687-3702
Email: rose.ehler@mto.com
Email: victoria.degtyareva@mto.com

*Attorneys for Defendant Snap Inc.*

**WILLIAMS & CONNOLLY LLP**

By: *<u>/s/ Ashley W. Hardin</u>*
Ashley W. Hardin
ahardin@wc.com
J. Andrew Keyes, *pro hac vice*
akeyes@wc.com
Neelum J. Wadhwani (SBN 247948)
nwadhwani@wc.com
680 Maine Avenue, SW
Washington, DC 20024
Telephone.: 202-434-5000
Fax: 202-434-5029

*Attorneys for Defendants YouTube, LLC and Google LLC*

**Pursuant to the Stipulation, IT IS SO ORDERED.**

DATE: November 5, 2026

Hon. Yvonne Gonzalez Rogers

# EXHIBIT A

| Primary Plaintiff Name(s) | Plaintiff's Firm | Docket No. | PFS and SUP-PFS Due Date | PFS Submitted | SUP-PFS Submitted |
|---|---|---|---|---|---|
| Audubon Public School District | Frantz Law Group | 25-CV-01129 | 5/8/2025 | No | No |
| Beaver County School District | Frantz Law Group | 4:24-cv-04754 | 11/4/2024 | No | No |
| Beggs Public Schools | Frantz Law Group | 25-CV-01523 | 5/14/2025 | No | No |
| Bellevue Community Schools | Frantz Law Group | 25-CV-01135 | 5/6/2025 | No | No |
| Cambridge Central School | Frantz Law Group | 25-CV-01156 | 5/7/2025 | No | No |
| Canyon-Owyhee School Service Agency | Frantz Law Group | 25-CV-01794 | 5/21/2025 | No | No |
| Chazy Union Free School District | Frantz Law Group | 25-CV-01290 | 5/11/2025 | No | No |
| Checotah Public Schools | Frantz Law Group | 25-CV-05028 | 9/11/2025 | No | No |
| Delanco Township School District | Frantz Law Group | 25-CV-01798 | 5/21/2025 | No | No |
| Dunellen Board of Education | Frantz Law Group | 25-CV-01109 | 5/8/2025 | No | No |
| Esmeralda County School District | Frantz Law Group | 25-CV-01977 | 5/26/2025 | No | No |
| Garden Valley School District | Frantz Law Group | 25-CV-01973 | 5/26/2025 | No | No |
| Hinds County School District | Frantz Law Group | 25-CV-01938 | 5/26/2025 | No | No |
| Honeoye Central School District | Frantz Law Group | 25-CV-01133 | 5/5/2025 | No | No |
| Jefferson-Lewis-Hamilton-Herkimer-Oneida Board of Cooperative Educational Services | Frantz Law Group | 25-CV-01128 | 5/7/2025 | No | No |
| Kimberly Area School District | Frantz Law Group | 24-CV-07676 | 2/3/2025 | No | No |
| Lassen Union High School District | Frantz Law Group | 25-CV-01761 | 5/20/2025 | No | No |
| Liberty Local School District | Frantz Law Group | 25-CV-01138 | 5/7/2025 | No | No |
| Littleton Elementary School District #65 | Frantz Law Group | 25-CV-01247 | 5/6/2025 | No | No |
| Madison School District #321 | Frantz Law Group | 24-CV-07671 | 3/6/2025 | No | No |
| Naches Valley School District | Frantz Law Group | 25-CV-01127 | 5/5/2025 | No | No |
| New Buffalo Area Schools | Frantz Law Group | 25-CV-05031 | 9/11/2025 | No | No |
| Oakfield, School District of | Frantz Law Group | 25-CV-01555 | 5/19/2025 | No | No |
| Oakland Board of Education | Frantz Law Group | 25-CV-01343 | 5/11/2025 | No | No |
| Pittsgrove Public Schools | Wilentz, Goldman & Spitzer | 25-CV-02152 | 7/3/2025 | No | No |
| Project Impact STEM Academy | Frantz Law Group | 25-CV-01334 | 5/11/2025 | No | No |
| River Valley School District (WI) | Frantz Law Group | 25-CV-01488 | 5/15/2025 | No | No |
| Shamong Township School District | Frantz Law Group | 25-CV-01582 | 5/15/2025 | No | No |
| Somerville Public School District | Wilentz, Goldman & Spitzer | 25-CV-04983 | 9/10/2025 | No | No |
| St. Francis School District | Frantz Law Group | 25-CV-01586 | 5/19/2025 | No | No |
| Stevens Point Area Public School District | Frantz Law Group | 25-CV-01593 | 5/15/2025 | No | No |
| Tallapoosa County Board of Education | Beasley Allen | 25-CV-00186 | 4/6/2025 | No | No |
| Tomahawk, School District of | Frantz Law Group | 25-CV-01558 | 5/20/2025 | No | No |
| Two Rivers Public Schools | Frantz Law Group | 25-CV-01614 | 5/15/2025 | No | No |