# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br>ALL CASES | **CASE No. 4:22-MD-03047-YGR**<br>**MDL No. 3047**<br><br>**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**<br>**(CIVIL LOCAL RULE 11-3)** |

I, David L. Augustus, an active member in good standing of the bar of Texas, hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: Plaintiffs in the above-entitled action. My local co-counsel in this case is Waived per Dkt. No. 2 Order, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California. Local co-counsel's bar number is: Not Applicable.

| | |
|---|---|
| 4635 Southwest Freeway, Suite 900, Houston, Texas 77027<br>My address of record | Waived per Dkt. No. 2 Order<br>Local co-counsel's address of record |
| 713-961-7770<br>My telephone # of record | Not Applicable<br>Local co-counsel's telephone # of record |
| daugustus@spencer-law.com<br>My email address of record | Not Applicable<br>Local co-counsel's email address of record |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 24036159.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I have been granted pro hac vice admission by the Court 0 times in the 12 months preceding this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules. I declare under penalty of perjury that the foregoing is true and correct.

Dated: 11/06/2026

*/s/ David L. Augustus*

David L. Augustus
SBOT # 24036159
FID # 33221
THE SPENCER LAW FIRM
Executive Plaza West
4635 Southwest Freeway, Suite 900
Houston, Texas 77027
Tel: (713) 961-7770
Fax: (713) 961-5336
Email: daugustus@spencer-law.com

**ORDER GRANTING APPLICATION**
**FOR ADMISSION OF ATTORNEY PRO HAC VICE**

IT IS HEREBY ORDERED THAT the application of David L. Augustus is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: ________________

______________________________
The Honorable Yvonne Gonzalez Rogers
United States District Judge