WILLIAMS & CONNOLLY LLP
Ashley W. Hardin, *pro hac vice*
J. Andrew Keyes, *pro hac vice*
Neelum J. Wadhwani (SBN 247948)
680 Maine Avenue SW
Washington, DC 20024
Tel.: (202) 434-5000
ahardin@wc.com
akeyes@wc.com
nwadhwani@wc.com

*Attorneys for Defendants YouTube, LLC and Google LLC*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br><br>*Tucson Unified School District v. Meta Platforms, Inc., et al.*<br><br>Case No.: 4:24-cv-01382 | MDL No. 3047<br><br>Case No. 4:22-md-03047-YGR-PHK<br><br>**DECLARATION OF ASHLEY W. HARDIN IN SUPPORT OF DEFENDANTS' SECOND MOTION TO PRECLUDE TUCSON UNIFIED SCHOOL DISTRICT FROM RELYING ON ADDITIONAL LATE-DISCLOSED SCHOOL DISTRICT WITNESSES** |

I, Ashley W. Hardin, declare and state as follows:

1. I am an attorney admitted to practice in the District of Columbia and the Commonwealth of Virginia, and admitted to practice *pro hac vice* in the above-entitled action. I am a partner with the law firm of Williams & Connolly LLP, counsel for Defendants YouTube, LLC and Google LLC. I make this declaration in support of Defendants' Second Motion to Preclude Tucson Unified School District from Relying on Additional Late-Disclosed School District Witnesses. This declaration is based on my own personal knowledge and, if called to testify as to the truth of the matters set forth herein, I could and would competently testify thereto. I offer this declaration without waiving, or intending to waive, the attorney-client privilege or work-product protection.

2. Attached as **Exhibit A** is a true and correct copy of a letter from Michael M. Weinkowitz to Defendants' counsel dated July 21, 2023.

3. Attached as **Exhibit B** is a true and correct copy of an email from Austin Brane to Defendants' counsel dated April 25, 2025, with the subject line "Re: SD Plaintiffs' Amended Responses to Interrogatory No. 1 - Request for H.2." The email lists Tucson Unified School District employees. Defendants have redacted the names of employees other than Kevin Amidan. The identities of the other employees are not relevant to the issues raised in this motion.

4. Attached as **Exhibit C** is a true and correct copy of a letter from Austin Brane to Defendants' counsel dated May 22, 2024, with attachment. The attachment lists Tucson Unified School District employees who were sent a litigation hold notice in connection with this litigation. Defendants have redacted the names of employees other than Frank Armenta. The identities of the other employees are not relevant to the issues raised in this motion.

5. Attached as **Exhibit D** is a true and correct copy of an excerpt of Plaintiff's Third Amended Answers to Defendants' Interrogatories to Tucson Unified School District (Set 1), dated April 4, 2025. The document lists Tucson Unified School District employees who "may have material knowledge of Plaintiff's allegations in this action." Defendants have redacted the names of employees other than Kevin Amidan, Frank Armenta, and Michael Konrad. The identities of the other employees are not relevant to the issues raised in this motion.

6. Attached as **Exhibit E** is a true and correct copy of a letter from Austin Brane to Defendants' counsel dated June 27, 2024, with attachment. The attachment lists Tucson Unified School District employees who were identified as custodians in connection with this litigation. Defendants have redacted the names of the employees, as their identities are not relevant to the issues raised in this motion.

7. Attached as **Exhibit F** is a true and correct copy of a letter from Lauren Bell to Plaintiff's counsel dated July 22, 2024. The letter lists names of Tucson Unified School District employees. Defendants have redacted the names of the employees, as their identities are not relevant to the issues raised in this motion.

8. Attached as **Exhibit G** is a true and correct copy of a letter from Austin Brane to Defendants' counsel dated March 3, 2025.

9. Attached as **Exhibit H** is a true and correct copy of the MDL Bellwether School District Plaintiffs' Preliminary Witness List, dated September 24, 2025. Defendants have redacted the witness lists of the other bellwether school districts as the identities of those individuals are not relevant to the issues raised in this motion.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on November 6, 2026, in Washington, D.C.

Dated: November 6, 2026

By: *<u>/s/ Ashley W. Hardin</u>*
Ashley W. Hardin, *pro hac vice*

*Attorney for Defendants YouTube, LLC and Google LLC*