# EXHIBIT B

**From:** SocialMediaSD <SOCIALMEDIASD@SKADDENLISTS.COM> on behalf of Austin Brane <00000334b3cfe0e0-dmarc-request@SKADDENLISTS.COM>
**Sent:** Friday, April 25, 2025 6:47 PM
**To:** SOCIALMEDIASD@SKADDENLISTS.COM
**Subject:** Re: SD Plaintiffs' Amended Responses to Interrogatory No. 1 - Request for H.2.

Bailey,

Thank you for the time yesterday to discuss these issues. As we have communicated throughout, we disagree that our supplemental interrogatory responses were untimely. And we disagree that any additional discovery is needed. None of the individuals included in the supplemental responses introduce any new issues, claims, or legal theories. Defendants have ample discovery from these three districts, including over 300,000 documents and, once completed, 135 hours of deposition testimony. But, as always, we are willing to discuss a resolution that avoids Court intervention. Candidly, we are concerned that Defendants are not interested in a resolution but, rather, will refuse any offer of compromise in hopes of causing delays in the schedule. Hopefully, that concern is unfounded.

As discussed, we are willing to agree not to rely on some of these individuals in hopes of resolving the dispute. Below are two lists, the first being the list of individuals that we would agree to not rely on and the second the individuals that we reserve the right to rely on. For the latter, we would agree to add district staff as custodians and produce their documents in short order. We would agree to produce each of these individuals, staff and students, for deposition prior to May 23.

As discussed, we are willing to work towards a stipulation regarding the scope of student testimony, if any, to resolve concerns about the students putting their medical condition or history at issue. We will not agree to produce medical records, provide authorizations for medical records, or image phones for any students. Those requests are, in our view, a transparent attempt to harass and intimidate these potential witnesses. Although I imagine you already have them, we can agree to confirm the students' usernames on Defendants' platforms.

I am available Monday at 2:00 ET or generally available after the Larsen deposition on Tuesday to discuss further.

| **Will Not Rely On** | **Reserve the Right to Rely On** |
|---|---|
| Kevin Amidan | [redacted] |
| [redacted] | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

Regards,
Austin