# EXHIBIT E

June 27, 2024

**VIA E-MAIL**

Rowley J. Rice
Munger, Tolles & Olson LLP
350 South Grand Avenue
Los Angeles, CA 90071
rowley.rice@mto.com

**Re: *In re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation*, MDL No. 3047 –Tucson Unified School District ESI Collection and Review**

Dear Counsel,

In accordance with the Order Governing the Production of Electronically Stored Information and Hard Copy Documents ("ESI Protocol"), plaintiff Tucson Unified School District is providing its intended search methodology for identifying and collecting documents in this matter. Plaintiff's search methodology does not change Plaintiff's objections and responses to Defendants' requests for production or otherwise expand the scope of what Plaintiff is agreeing to produce in response to those requests. Plaintiff reserves the right to amend or change its search methodology. If Plaintiff does so, it will communicate that change to Defendants consistent with the ESI Protocol.

Plaintiff's document custodians and non-custodial sources it intends to search are attached. In addition to targeted searches for known responsive documents, as appropriate, Plaintiff intends to utilize Technology Assisted Review ("TAR"), specifically Relativity Active Learning 2.0. Plaintiff reserves the right to utilize search terms in combination with TAR. If Plaintiff does so, it will disclose the search terms.

Best Regards,

**Austin Brane**

**Plaintiff Tucson Unified School District**

**Custodians and Relevant Non-Custodial Sources of Discovery – June 27, 2024**

<u>Custodians</u>

| Last | First | Title |
|---|---|---|
| [redacted] | [redacted] | Program Coordinator |
| [redacted] | [redacted] | Regional Asst Superintendent |
| [redacted] | [redacted] | Program Coordinator |
| [redacted] | [redacted] | Director, School Safety |
| [redacted] | [redacted] | Regional Asst Superintendent |
| [redacted] | [redacted] | CFO |
| [redacted] | [redacted] | Regional Asst Superintendent |
| [redacted] | [redacted] | Regional Asst Superintendent |
| [redacted] | [redacted] | Director, Student Relations |
| [redacted] | [redacted] | Director, Social Emotional Learning |
| [redacted] | [redacted] | Superintendent |

<u>Relevant Non-Custodial Sources</u>

| Source | Description |
|---|---|
| Synergy | Student Information System. Wide range of student and district records, including violations of student code of conduct, dispositions, and interventions. |