# EXHIBIT H

[*Submitting Counsel on Signature Page*]

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION /PERSONAL INJURY PRODUCTS LIABILITY LITIGATION** | **MDL No. 3047** |
| | **Case No. 4:22-MD-03047-YGR** |
| **<u>This Document Relates to:</u>** | **MDL BELLWETHER SCHOOL DISTRICT PLAINTIFFS' PRELIMINARY WITNESS LIST** |
| *Breathitt County Board of Education v. Meta*, et al., Case No. 23-cv-01804 | |
| *Tucson Unified School District v. Meta, et al.*, Case No. 24-cv-01382 | |
| *Charleston County School District v. Meta*, et al., Case No. 23-cv-04659 | |
| *Irvington Public Schools v. Meta, et al.*, Case No. 23-cv-01467 | |
| *Dekalb County School District v. Meta, et al.*, Case No. 23-cv-05733 | |
| *Board of Education Harford County v. Meta, et al.*, Case No. 23-cv-03065 | |

Pursuant to Case Management Order No. 27, Dkt. 2274, and the parties' stipulation, as memorialized at Dkt 2256, the MDL Bellwether School District ("SD") Plaintiffs hereby identify the witnesses they may call to testify live at trial during their case in chief, for the cases identified as bellwethers by the Court in Case Management Order No. 24 and 27. As reflected in the below, each bellwether plaintiff presents unique facts and circumstances. This necessarily affects the number of witnesses that may be called to testify live in any given case.

By agreement of the parties, as reflected in Dkt. 2256 at footnote 2, SD Plaintiffs defer identification of witnesses whose testimony may be presented via videotaped deposition and reserve their rights to name any such witnesses at a later point.

## I. Case-Specific Witnesses

### a. Breathitt County Board of Education

[redacted]

### b. Charleston County School District

[redacted]

**c. DeKalb County School District**

[redacted]

**d. Irvington Public Schools**

[redacted]

**e. Board of Education of Harford County**

[redacted]

**f. Tucson Unified School District**

1. Vanessa Aguayo
2. Rebecca Carrier
3. Joseph Hallums
4. Holly Hammel
5. Flori Huitt
6. Brian Lambert
7. Shawna Rodriguez

8. Clarinda Rubio
9. Sabrina Salmon
10. Richard Sanchez
11. Julie Shivanonda
12. Gabriel Trujillo
13. Anna Schwartz Warmbrand
14. Any witness identified in Section II *infra* or on Defendants' preliminary witness list

**II. <u>Common Witnesses</u>**

**a. <u>Retained Experts</u>**

[redacted]

**b. Fact Witnesses**

[redacted]

[redacted]

*By: Lexi Hazam*

LEXI J. HAZAM
**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone: 415-956-1000
lhazam@lchb.com

PREVIN WARREN
**MOTLEY RICE LLC**
401 9th Street NW Suite 630
Washington DC 20004
T: 202-386-9610
pwarren@motleyrice.com

*Co-Lead Counsel*

MICHAEL M. WEINKOWITZ
**LEVIN SEDRAN & BERMAN, LLP**
510 Walnut Street
Suite 500
Philadelphia, PA 19106
Telephone: 215-592-1500
mweinkowitz@lfsbalw.com

*Co-Chair of Local Government Entity Committee and Plaintiff Leadership Committee Member*

MELISSA L. YEATES
**KESSLER TOPAZ MELTZER CHECK, LLP**
280 King of Prussia Road
Radnor, PA 19087
Telephone: 610-667-7706
myeates@ktmc.com

*Co-Chair of Local Government Entity Committee and Plaintiff Leadership Committee Member*

LEXI J. HAZAM
PATRICK I. ANDREWS
JASON L. LICHTMAN
KELLY K. MCNABB
**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone: 415-956-1000
lhazam@lchb.com
pandrews@lchb.com

jlichtman@lchb.com
kmcnabb@lchb.com

PHILIP C. FERNANO
BRENT P. CERYES
MATTHEW P. LEGG
**BAIRD MANDALAS BROCKSTEDT & FEDERICO, LLC**
2850 Quarry Lake Drive, Suite 220
Baltimore, MD 21209
Telephone: 410-421-7777
pfederico@bmbfclaw.com
bceryes@bmbfclaw.com
mlegg@bmbfclaw.com

*Attorneys for Plaintiffs Board of Education Harford County and Spartanburg 6 School District*

THOMAS P. CARTMELL
JONATHAN P. KIEFFER
AUSTIN BRANE
**WAGSTAFF & CARTMELL LLP**
4740 Grand Avenue, Suite 300
Kansas City, MO 64112
Tel: (816) 701-1100
tcartmell@wcllp.com
jpkieffer@wcllp.com
abrane@wcllp.com

JOSEPH G. VANZANDT
DAVIS VAUGHN
JENNIFER EMMEL
CLINTON RICHARDSON
SETH HARDING
**BEASLEY ALLEN CROW METHVIN PORTIS & MILES, LLC**
234 Commerce Street
Montgomery, AL 36103
Tel: 334-269-2343
Joseph.VanZandt@BeasleyAllen.com
Davis.Vaughn@BeasleyAllen.com
Jennifer.Emmel@BeasleyAllen.com
Clinton.Richardson@BeasleyAllen.com
Seth.Harding@BeasleyAllen.com

*Attorneys for Plaintiffs Dekalb County School District and Tucson Unified School District*

RONALD E. JOHNSON, JR.
SARAH EMERY
**HENDY JOHNSON VAUGHN**
2380 Grandview Drive
Ft. Mitchell, KY 41017
Office (859) 578-4444
Fax (859) 567-9066
rjohnson@justicestartshere.com
semery@justicestartshere.com

*Attorneys for Plaintiff Breathitt County Board of Education*

PREVIN WARREN
**MOTLEY RICE LLC**
401 9th Street NW Suite 630
Washington, DC 20004
Tel: 202-386-9610
pwarren@motleyrice.com

ESTHER BEREZOFSKY
**MOTLEY RICE LLC**
210 Lake Drive East, Suite 101
Cherry Hill, NJ 08002
Tel: 856-667-0500
Fax: 856-667-5133
eberezofsky@motleyrice.com

SARA O. COUCH
JADE HAILESELASSIE
**MOTLEY RICE LLC**
28 Bridgeside Boulevard
Mt. Pleasant, SC 29464
Telephone: 843-216-9000
jflowers@motleyrice.com
scouch@motleyrice.com
jhaileselassie@motleyrice.com

*Attorneys for Plaintiff Charleston County School District*

JAMES E. CECCHI
MICHAEL A. INNES
DAVID G. GILFILLAN
**CARELLA, BYRNE, CECCHI, BRODY & AGNELLO, P.C.**
5 Becker Farm Road
Roseland, New Jersey 07068
T: 973.994.1700
F: 973.994.1744

ZACHARY S. BOWER
**CARELLA, BYRNE, CECCHI, BRODY & AGNELLO, P.C.**
2222 Ponce De Leon Blvd.
Miami, Florida 33134

**SEEGER WEISS LLP**
CHRISTOPHER A. SEEGER
JENNIFER SCULLION
CHRISTOPHER L. AYERS
55 Challenger Road, 6th Floor
Ridgefield Park, NJ 07660
Tel. (973) 639-9100
cseeger@seegerweiss.com
jscullion@seegerweiss.com
cayers@seegerweiss.com

*Attorneys for Plaintiffs Irvington Public Schools*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing was served via electronic mail on September 24, 2025, to Counsel for Defendants:

MetaNoticeofService@cov.com

SnapNoticeofService@mto.com

TikTokNoticeofService@faegredrinker.com

SERVICE-YOUTUBE-INRESOCIALMEDIAM@LIST.WSGR.COM

mdl3047coleadfirms@listserv.motleyrice.com

pscservicemdl3047@motleyrice.com

/s/ *Michael M. Weinkowitz*
Michael M. Weinkowitz