UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION

This Document Relates to:

*Tucson Unified School District v. Meta Platforms, Inc., et al.*

Case No.: 4:24-cv-01382

MDL No. 3047

Case No. 4:22-md-03047-YGR-PHK

**[PROPOSED] ORDER GRANTING DEFENDANTS' SECOND MOTION TO PRECLUDE TUCSON UNIFIED SCHOOL DISTRICT FROM RELYING ON ADDITIONAL LATE-DISCLOSED SCHOOL DISTRICT WITNESSES**

The Court, having considered Defendants' Second Motion to Preclude Tucson Unified School District from Relying on Additional Late-Disclosed School District Witnesses, the papers filed in support of and in opposition to the Motion, the record, the arguments of counsel, and the applicable law, hereby **GRANTS** Defendants' Motion as follows:

**IT IS HEREBY ORDERED** that Defendants' Second Motion to Preclude Tucson Unified School District from Relying on Additional Late-Disclosed School District Witnesses is **GRANTED**.

1. Plaintiff Tucson Unified School District ("Tucson") first identified Kevin Amidan, Dr. Michael Konrad, and Heather Bates as trial witnesses on October 29, 2026, when it filed an updated preliminary trial witness list (ECF No. 3622), six weeks after preliminary trial witness lists were due. Tucson's disclosure of these witnesses was untimely under Federal Rules of Civil Procedure 16(b), 26(a), and 26(e).

2. Under Federal Rule of Civil Procedure 37(c)(1), a party that fails to timely identify a witness may not use that witness at trial unless the failure was substantially justified or is harmless. Tucson's failure was neither.

3. Under Federal Rule of Civil Procedure 16(b)(4), a scheduling order may be modified only for good cause. Tucson has not shown good cause to depart from the Court's schedule.

4. Tucson is precluded from calling Kevin Amidan, Dr. Michael Konrad, or Heather Bates as witnesses at trial and from otherwise relying on them or their testimony for any purpose.

5. Tucson may not add further witnesses to its trial witness list absent leave of the Court.

**IT IS SO ORDERED.**

DATED: ________________

____________________________________

Honorable Yvonne Gonzalez Rogers
United States District Judge