Chantal Khalil Levy
Weitz & Luxenberg, P.C.
700 Broadway
New York, NY 10003
212-558-5864
ckhalil@weitzlux.com

*Attorney for Plaintiffs*

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION

This Document Relates To:

*J.M., individually and as next friend of J.M., a Minor Child,*
*Plaintiffs,*
*v.*

*Instagram, LLC et al,*
*Defendants.*

MDL No. 3047

Case No.: 4:22-MD-03047-YGR

**APPLICATION FOR PRO HAC VICE ADMISSION**

J.M., on behalf of J.M., a Minor Child, by and through their counsel, Chantal Khalil Levy, moves and applies to the Court for an Order to admit Kristen Grimes to practice before this Court in this case pursuant to Local Rule 11-3. In support of this application, Ms. Levy submits and certifies under oath the following:

1. That I am an active member in good standing of the New York State bar; my bar number is 5426572;
2. That I agree to abide by the Standards of Professional Conduct set forth in Civil L.R. 11-4, and to become familiar with the Local Rules and Alternative Dispute Resolution Programs of this Court and, where applicable, with the Bankruptcy Local Rules;
3. That I have obtained local counsel in this matter.
4. Local Counsel's information is as follows:

   Devin Bolton (SBN 290037)
   Weitz & Luxenberg, P.C.
   1880 Century Park East, Suite 700
   Los Angeles, CA 90067
   P: (310) 786-9927
   DBolton@weitzlux.com

5. I have not previously been granted pro hac vice admission by the Court in the 12 months preceding this application.

Attached as Exhibit 1 is a true and correct copy of my certificate of good standing issued by the State of New York Bar Association.

Dated: November 7, 2026

Respectfully submitted,

/s/ Chantal Khalil Levy
Chantal Khalil Levy

*Attorney for Plaintiffs*