**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**CIVIL MINUTES**

| | | |
|---|---|---|
| **Date:** November 9, 2026 | **Time:** 6 minutes | **Judge:** YVONNE GONZALEZ ROGERS |
| **Case No.**: 23-cv-04659-YGR<br>24-cv-01382-YGR | **Case Name:** Charleston County School District v. Meta Platforms Inc et al<br>Tucson Unified School District v. Meta Platforms, Inc. et al | |

**Attorney for Plaintiff Charleston County School District:** Lexi Hazam, Lance Oliver and Previn Warren; via Zoom
**Attorney for Plaintiff Tucson Unified School District:** Tom Cartmell; via Zoom
**Attorney for Defendant:** Paul Schmidt (Meta), Beth Wilkinson (Meta), Martin Estrada (Snap), Daniel Petrocelli (Tiktok), Steve Brody (Tiktok), Ashley Hardin (YouTube) and Andy Keyes (YouTube); via Zoom

**Deputy Clerk:** Edwin Angelo A. Cuenco **Court Reporter:** Recorded via Zoom (3:30 p.m. to 3:36 p.m.)

**PROCEEDINGS**

Pretrial Conference – Held via Zoom.

The Court met with the parties on the current status of their cases in view of the Court's calendar. Parties are ordered to meet and confer to work on a settlement or go to trial.

All hearings previously set for November 13, 2026, are vacated; with the pending motions set for hearing to be decided on the papers.

Written order to issue.