Hon. Suzanne H. Segal (Ret.)
SIGNATURE RESOLUTION, LLC
633 West 5th Street, Suite 1000
Los Angeles, California 90071
judgesegal@signatureresolution.com

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION | Case No.: 22-md-3047-YGR<br><br>Multi-District Litigation ("MDL") No. 3047 |
| This Document Relates to:<br><br>All Actions | **REPORT NO. 1 OF SPECIAL MASTER** |

On October 16, 2026, District Judge Yvonne Gonzalez Rogers issued an order (the "Order") regarding the Special Master appointment. The Court issued a protocol governing the Special Master's review of documents or redactions from documents that Meta asserted privilege over. The Special Master has followed the protocol and has reviewed the first group of documents. The first group of documents included 751 documents. The Special Master's rulings on Meta's privilege assertions are represented under category "D" of the Index which is labeled "Special Master Ruling or Comments." The Index is attached as Exhibit A. Upon completion of her review, the Special Master notified all parties of her rulings.

.

Dated: November 9, 2026

DocuSigned by:
Hon. Suzanne Segal (Ret.)
2B739185DE71459...

Hon. Suzanne Segal (Ret.)
Special Master