# EXHIBIT A
# Filed Temporarily Under Seal