Ashley M. Simonsen (Bar No. 275203)
COVINGTON & BURLING LLP
1999 Avenue of the Stars
Los Angeles, California 90067
Telephone: (424) 332-4800
Facsimile: (424) 332-4749
Email: asimonsen@cov.com

*Attorney for Defendant Meta Platforms, Inc. f/k/a Facebook, Inc.*

*[Additional counsel listed on signature pages]*

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION

This Document Relates To:

ALL ACTIONS

MDL No. 3047

Case No.: 4:22-md-03047-YGR

**META'S TEMPORARY SEALING MOTION RE EXHIBIT A TO REPORT NO. 1 OF THE SPECIAL MASTER**

Judge: Hon. Yvonne Gonzalez Rogers
Magistrate Judge: Hon. Peter H. Kang

Pursuant to the Court's Order Setting Sealing Procedures (ECF No. 341), and at the request of the Special Master to have Report No. 1 of Special Master and Exhibit A thereto filed on the docket, Defendant Meta Platforms, Inc. ("Meta") files this Temporary Sealing Motion re Exhibit A to Report No. 1 of the Special Master. Pursuant to the Order at ECF No. 341, the reasons for sealing (if any) will be addressed in a forthcoming omnibus stipulation or omnibus motion.

| **Docket Entry** | **Document** | **Whether document contains a Party's Confidential Information** |
|---|---|---|
| ECF No. 3677.1 | Report No. 1 of the Special Master | N/A (document filed publicly) |
| ECF No. 3677.2 | Exhibit A to Report No. 1 of the Special Master (Index of 751 Documents for Special Master Review (Week 1) with Special Master's Ruling or Comments) | Temporarily filed under seal because document contains information that Meta may consider to be confidential. |

DATED: November 11, 2026

Respectfully submitted,

By: */s/ Ashley M. Simonsen*

Ashley M. Simonsen (State Bar. No. 275203)
COVINGTON & BURLING LLP
1999 Avenue of the Stars
Los Angeles, CA 90067
Telephone: + 1 (424) 332-4800
Email: asimonsen@cov.com

Paul W. Schmidt, *pro hac vice*
Timothy C. Hester, pro hac vice
COVINGTON & BURLING LLP
One City Center
850 Tenth Street, NW
Washington, DC 20001-4956
Telephone: + 1 (202) 662-5324
Facsimile: + 1 (202) 778-5324
Email: pschmidt@cov.com
Email: thester@cov.com

*Attorneys for Defendant Meta Platforms, Inc. f/k/a Facebook, Inc.*