Thomas P. Cartmell (*pro hac vice*)
Jonathan P. Kieffer (*pro hac vice*)
Austin Brane, SBN 286227
Michael P. Cutler, SBN 270663
**WAGSTAFF & CARTMELL LLP**
4740 Grand Avenue, Suite 300
Kansas City, MO 64112
Tel: (816) 701-1100
tcartmell@wcllp.com
jpkieffer@wcllp.com
abrane@wcllp.com
mcutler@wcllp.com

*Attorneys for Plaintiff* (additional counsel on signature page)

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION

This Document Relates to:

*Tucson Unified School District v. Meta Platforms, Inc., et. al.,*

Case No.: 4:24-cv-1382

MDL No. 3047

Case No. 4:22-MD-03047-YGR

**DECLARATION OF AUSTIN BRANE IN SUPPORT OF PLAINTIFF TUCSON UNIFIED SCHOOL DISTRICT'S OPPOSITION TO DEFENDANTS' SECOND MOTION TO PRECLUDE PLAINTIFF FROM RELYING ON ADDITIONAL LATE-DISCLOSED SCHOOL DISTRICT WITNESSES**

Judge: Hon. Yvonne Gonzalez Rogers
Magistrate Judge: Hon. Peter H. Kang

I, Austin Brane, declare that I am an attorney who has entered an appearance in this coordinated proceeding on behalf of Plaintiff Tucson Unified School District ("Tucson" or the "District"). I have personal knowledge of the matters contained in this Declaration and, if called upon as a witness, could and would testify thereto. I am over the age of 18 and fully competent to give this declaration. I submit this declaration in support of Tucson's Opposition to Defendants' Second Motion to Preclude Tucson Unified School District from Relying on Additional Late-Disclosed School District Witnesses (ECF No. 3665). In doing so, I do not waive, and do not intend to waive, the attorney-client privilege or work-product protection.

1. Kevin Amidan is the principal of Sabino High School. Tucson identified Mr. Amidan in its answer to Interrogatory No. 1 in Plaintiff's Third Amended Answers to Defendants' Interrogatories to Tucson Unified School District (Set 1), served April 4, 2025. Although Tucson's April 25, 2025 offer not to rely on Mr. Amidan did not resolve Defendants' 2025 motion, Tucson did not pursue Mr. Amidan as a witness at that time. Tucson did not amend its answer to Interrogatory No. 1 to remove Mr. Amidan because, as Tucson told Defendants at the time, he has knowledge responsive to that Interrogatory and therefore should remain in Tucson's response. Tucson has not served any later amendment to its answer to Interrogatory No. 1 that removes Mr. Amidan.

2. The parties' agreed relevant time frame of August 1, 2014 through April 1, 2024 spans the 2014–15 through 2023–24 school years. During the 2014–15 through 2017–18 school years, Dr. Michael Konrad held a district-level position, including as Middle School Director. Beginning with the 2018–19 school year, Dr. Konrad moved back to a principal position and has served as a K-8 principal since. Tucson designated Dr. Konrad as a document custodian, and Tucson produced his custodial documents during fact discovery, including documents from his time as a principal.

3. Heather Bates is an English Language Arts teacher at Tucson High Magnet School. During fact discovery, Tucson produced 520 documents that hit on the search terms "Heather w/2 Bates" and her email address.

4. On November 4, 2026, counsel for Tucson and counsel for Defendants met and conferred regarding Tucson's October 29, 2026 Updated Preliminary Trial Witness List (ECF No. 3622). During that conference, I offered on Tucson's behalf to produce the custodial files of Mr. Amidan and Ms. Bates and to make Mr. Amidan, Dr. Konrad, and Ms. Bates available for deposition. I also stated that Tucson would consider reasonable requests for additional discovery relating to these witnesses and asked Defendants' counsel to send an email outlining the discovery Defendants believed they needed.

5. Defendants did not send any such email or otherwise specify the additional discovery they believed they needed. Instead, Defendants' counsel responded that Defendants would move to strike the witnesses.

6. During the November 4 conference, I asked whether Defendants would agree not to add any witnesses to their own trial witness list. None of Defendants' counsel would commit to doing so.

7. Tucson has collected Ms. Bates's complete custodial file and will produce relevant, non-privileged documents from that file using the parameters the parties agreed to during discovery. Ms. Bates has been placed on a litigation hold.

8. Dr. Konrad is available to sit for deposition the week of December 7, 2026. Tucson plans to produce the custodial files of Mr. Amidan and Ms. Bates in the first half of December 2026 and will make Mr. Amidan and Ms. Bates available for depositions later in December 2026 or in early January 2027.

9. Attached to this Declaration as Exhibit A is a true and correct copy of an excerpt of Tucson's Second Amended Plaintiff Fact Sheet, dated June 28, 2024, including its response to Question 20, which identifies Dr. Konrad by his then-title of Middle School Director as a person with knowledge for the 2017–2018 school year.

10. Attached to this Declaration as Exhibit B is a true and correct copy of the Stipulation Regarding Additional Witnesses on Preliminary Trial Witness Lists and Related Discovery, dated November 11, 2026, entered into by Plaintiffs in the Tucson

Unified School District and Charleston County School District bellwether actions and TikTok Ltd., TikTok LLC, TikTok Inc., ByteDance Ltd., and ByteDance Inc.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on November 11, 2026, in Kansas City, Missouri.

Dated: November 11, 2026

Respectfully Submitted,

**WAGSTAFF & CARTMELL LLP**

/s/ *Austin Brane*
Austin Brane

*Attorney for Plaintiff Tucson Unified School District*

## ATTESTATION

I, Austin Brane, hereby attest, pursuant to N.D. Cal. Civil L.R. 5-1, that the concurrence to the filing of this document has been obtained from each signatory hereto.

Dated: November 11, 2026

By: /s/ *Austin Brane*
Austin Brane

## CERTIFICATE OF SERVICE

I hereby certify that I filed the foregoing on November 11, 2026, using the Court's ECF filing system, thereby sending notice of the filing to all counsel of record.

By: /s/ *Austin Brane*
Austin Brane