DANIEL M. PETROCELLI (S.B. #97802)
dpetrocelli@omm.com
SABRINA H. STRONG (S.B. #200292)
sstrong@omm.com
O'MELVENY & MYERS LLP
1999 Avenue of the Stars
8th Floor
Los Angeles, California 90067-6035
Telephone: +1 310 553 6700
Facsimile: +1 310 246 6779

STEPHEN D. BRODY
sbrody@omm.com
O'MELVENY & MYERS LLP
1625 Eye Street, NW
Washington, DC 20006-4061
Telephone: +1 202 383 5300
Facsimile: +1 202 383 5414

*Attorneys for Defendants ByteDance Ltd., ByteDance Inc., TikTok Ltd., TikTok LLC, and TikTok Inc.*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br><br>*Tucson Unified School District v. Meta Platforms, Inc., et al.*<br><br>Case No.: 4:24-cv-01382<br><br>*Charleston County School District v. Meta Platforms, Inc., et al.*<br><br>Case No.: 4:23-cv-04659 | Case No. 4:22-md-03047-YGR-PHK<br><br>MDL No. 3047<br><br>**NOTICE OF DEFENDANTS BYTEDANCE LTD., BYTEDANCE INC., TIKTOK LTD., TIKTOK LLC, AND TIKTOK INC. REGARDING AMENDED WITNESS LISTS**<br><br>Judge: Hon. Yvonne Gonzalez Rogers<br>Magistrate Judge: Hon. Peter H. Kang |

Defendants ByteDance Ltd., ByteDance Inc., TikTok Ltd., TikTok LLC, and TikTok Inc. (collectively, the "TikTok Defendants") respectfully submit this notice concerning the parties' trial witness lists in the actions brought by Plaintiffs Tucson Unified School District ("Tucson") and Charleston County School District ("Charleston"). The TikTok Defendants hereby withdraw their joinder in the Defendants' Motion to Preclude Plaintiff from Relying on Late-Disclosed School District Witnesses [Tucson] (ECF No. 3581) and the Defendants' Motion to Preclude Charleston County School District from Relying on a Late-Disclosed School District Witness (ECF No. 3603).[1] The witnesses who are subject to those motions (the "Plaintiffs' Added Witnesses") should be allowed to testify at trial, and doing so would not result in unfair prejudice on the basis of timeliness, and as such, preclusion is not warranted in the present circumstances.

The TikTok Defendants further intend to amend their preliminary witness list (ECF No. 3497) to add Adam Presser, the CEO of non-party TikTok U.S. Data Security Joint Venture LLC ("TikTok USDS JV"), which since January 2026 has overseen the operation of the TikTok platform in the United States. Plaintiffs have consented to the addition of Adam Presser to the TikTok Defendants' preliminary witness list. The TikTok Defendants have agreed to produce Mr. Presser's custodial file and make him available for deposition in the three months before the February 2027 Tucson trial date. As with the Plaintiffs' Added Witnesses, adding Mr. Presser in these circumstances will not result in unfair prejudice warranting preclusion (and any such prejudice can be cured) and will not disrupt trial. *See Amarel v. Connell*, 102 F.3d 1494, 1515 (9th Cir. 1996).

---

[1] The TikTok Defendants did not join in the Defendants' Second Motion to Preclude Tucson Unified School District from Relying on Additional Late-Disclosed School District Witnesses (ECF No. 3665).

Dated: November 12, 2026

Respectfully Submitted,


*/s/ Daniel M. Petrocelli*
DANIEL M. PETROCELLI (SB #97802)
dpetrocelli@omm.com
SABRINA H. STRONG (SB #200292)
sstrong@omm.com
O'MELVENY & MYERS LLP
1999 Avenue of the Stars, 8th Floor
Los Angeles, CA 90067
Telephone: (310) 553-6700

STEPHEN D. BRODY (*pro hac vice*)
sbrody@omm.com
O'MELVENY & MYERS LLP
1625 Eye Street, NW
Washington, D.C. 20006
Telephone: (202) 383-5300

GEOFFREY M. DRAKE, *pro hac vice*
gdrake@kslaw.com
TACARA D. HARRIS, *pro hac vice*
tharris@kslaw.com
KING & SPALDING LLP
1180 Peachtree Street, NE, Suite 1600
Atlanta, GA 30309
Telephone: (404) 572-4600
Facsimile: (404) 572-5100

DAVID P. MATTERN, *pro hac vice*
dmattern@kslaw.com
KING & SPALDING LLP
1700 Pennsylvania Avenue, NW
Suite 900
Washington, D.C. 20006
Telephone: (202) 737-0500
Facsimile: (202) 626-3737

BAILEY J. LANGNER (SBN 307753)
blangner@kslaw.com
KING & SPALDING LLP
50 California Street, Suite 3300
San Francisco, CA 94111
Telephone: (415) 318-1200
Facsimile: (415) 318-1300

*Attorneys for Defendants TikTok Inc., ByteDance Inc., ByteDance Ltd., TikTok Ltd., and TikTok LLC*

# CERTIFICATE OF SERVICE

I hereby certify that on November 12, 2026, I electronically filed the foregoing document using the CM/ECF system, which will send notification of such filing to all counsel of record registered in the CM/ECF system.

/s/ *Daniel M. Petrocelli*

Daniel M. Petrocelli