Patricia Campbell, Pro Hac Vice
MO Bar #60917
WAGSTAFF &CARTMELL
4740 Grand Avenue, Suite 300
Kansas City, MO 64112
Telephone: 816-701-1100
Facsimile: 816-531-2372
tcampbell@wcllp.com

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates To:<br>ALL CASES | MDL No. 3047<br><br>Case No.: 4:22-md-3047-YGR<br><br>APPLICATION FOR PRO HAC VICE ADMISSION; ~~[PROPOSED]~~ ORDER<br><br>Judge: Hon. Yvonne Gonzalez Rogers<br>Magistrate Judge: Hon. Peter H. Kang |

Patricia Campbell moves and applies to the Court for an Order to admit her to practice before this Court in this case pursuant to Civil Local Rule 11-3 representing Plaintiffs. In support of this application, Ms. Campbell submits and certifies under oath the following:

1. That I am an active member in good standing of the Missouri State Bar , the Kansas State Bar, the United States District Court for the Western District of Missouri and the United States District Court for the District of Kansas;

2. That I agree to abide by the Standards of Professional Conduct set forth in Civil L.R. 11-4, and to become familiar with the Local Rules and Alternative Dispute Resolution Programs of this Court and, where applicable, with the Bankruptcy Local Rules;

3. That pursuant to this Court's October 11, 2022, Order, I am not required to have local counsel designated as co-counsel; and

4. That I have not been granted pro hac vice admission by this Court in the 12 months preceding this application.

Attached hereto are a true and correct copy of certificates of good standing issued by the Supreme Court of Missouri and the Supreme Court of Kansas.

Dated: November 9, 2026

Respectfully submitted,

/s/ Patricia Campbell
*Attorney for Plaintiffs*

**~~[PROPOSED]~~ ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**

IT IS HEREBY ORDERED THAT the application of Patricia Campbell is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

DATED: November 12, 2026

HON. YVONNE GONZALEZ ROGERS
CHIEF UNITED STATES DISTRICT JUDGE

# *The Supreme Court of Missouri*

# *Certificate of Admission as an Attorney at Law*

I, Betsy Ledgerwood, Clerk of the Supreme Court of Missouri, do hereby certify that the records of this office show that on 9/17/2008,

## *Patricia Lynn Campbell*

was duly admitted and licensed to practice as an Attorney and Counselor at Law in the Supreme Court of Missouri and all courts of record in this state, and is, on the date indicated below, a member in good standing of this Bar.

IN TESTIMONY WHEREOF, I hereunto set my hand and affix the seal of the Supreme Court of Missouri at my office in Jefferson City, Missouri, this 24th day of November, 2025.

Clerk of the Supreme Court of Missouri

# The Supreme Court of Kansas

## Certificate of Good Standing

I, **Douglas T. Shima**, Clerk of the Supreme Court of the State of Kansas, do hereby certify that the Supreme Court of Kansas is the highest court of law, and the court of last resort within the State of Kansas, and has exclusive jurisdiction over and control of the admission of applicants to the bar of this state.

I do further certify that on April 24, 2009,

Patricia Lynn Campbell

was duly admitted to practice as an attorney and counselor of the Supreme Court and all other courts of the State of Kansas and is, on the date indicated below, a member in good standing of the Kansas Bar.

Witness my hand and the seal of the Supreme Court, hereto affixed at my office in Topeka, Kansas, this 21st day of November, 2025.

Active Status

Douglas T. Shima

*Clerk of the Supreme Court of Kansas*