Previn Warren
MOTLEY RICE LLC
401 9th Street NW Suite 630
Washington, DC 20004
Tel: 202-386-9610
pwarren@motleyrice.com

*Attorneys for Plaintiff Charleston County School District*
*[Additional parties and counsel listed on signature pages]*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION,

This Document Relates to:

*Charleston County School District v. Meta Platforms Inc., et al.*

Case No.: 4:23-cv-4659

Case No. 4:22-MD-03047-YGR

MDL No. 3047

**OMNIBUS STIPULATION RE SEALING (PLAINTIFF'S MOTIONS IN LIMINE)**

Judge: Hon. Yvonne Gonzalez Rogers

Magistrate Judge: Hon. Peter H. Kang

Pursuant to Civil Local Rules 7-11 and 79-5, this Court's Order Setting Sealing Procedures ("Sealing Protocol") (ECF 341), Plaintiff Charleston County School District and Defendants Meta Platforms, Inc. f/k/a Facebook, Inc and Instagram, LLC; ("Meta"); TikTok Inc., ByteDance Inc., ByteDance Ltd., TikTok Ltd., and TikTok LLC ("TikTok"); Snap Inc. ("Snap"); and YouTube, LLC and Google LLC ("YouTube") (each a "Defendant," and collectively the "Defendants") submit this Omnibus Stipulation Regarding Sealing Material filed in connection with Plaintiff's Motions in Limine No. 3, to Exclude Evidence Related to CCSD Board of Trustees Controversies (ECF 3579), Defendants' Opposition to Plaintiff's Motion in Limine No. 3 to Exclude Evidence Related to CCSD Board of Trustees Controversies (ECF 3625), and Defendants' Opposition to Plaintiff's Motion in Limine No. 2 to Exclude Certain Race-Related Incidents and Motion in Limine No. 4 to Exclude Evidence Related to Constituent Boards (ECF 3631).

The parties have agreed that none of the documents need to be maintained under seal, and thus no action is required by the Court. The following documents filed under temporary seal (ECF 3578, 3626, and 3632) previously are attached hereto as:

- **Ex. 1**: Plaintiff's Motion in Limine #3, to Exclude Evidence Related to CCSD Board of Trustees Controversies (ECF 3578-1)
- **Ex. 2**: Exhibit 9 to the Decl. of Jessica C. Colombo in Support of Plaintiff's Motion in Limine #3, excerpts of the Expert Report of Robert G. Nelson, Ed.D for Charleston County School District (ECF 3578-11)
- **Ex. 3**: Defendants' Opposition to Plaintiff's Motion in Limine #3 (ECF 3626-1)
- **Ex. 4**: Exhibit B to the Declaration of Ashley Hardin in Support of Defendants' Opposition to Plaintiff's Motion in Limine #3, bates MR_CCSD_012045 (ECF 3626-4)
- **Ex. 5**: Exhibit C to the Declaration of Ashley Hardin in Support of Defendants' Opposition to Plaintiff's Motion in Limine #3, excerpts from the transcript of the May 19, 2025 deposition of Superintendent Anita W. Huggins (ECF 3626-5)
- **Ex. 6**: Exhibit D to the Declaration of Ashley Hardin in Support of Defendants'

Opposition to Plaintiff's Motion in Limine #3, bates MR_CCSD_013378 (ECF 3626-6)

- **Ex. 7**: Exhibit E to the Declaration of Ashley Hardin in Support of Defendants' Opposition to Plaintiff's Motion in Limine #3, bates MR_CCSD_317117 (ECF 3626-7)
- **Ex. 8**: Exhibit F to the Declaration of Ashley Hardin in Support of Defendants' Opposition to Plaintiff's Motion in Limine #3, bates MR_CCSD_006803 (ECF 3626-8)
- **Ex. 9**: Defendants' Opposition to Plaintiff's Motions in Limine #2 and 4 (ECF 3632-1)
- **Ex. 10**: Exhibit A to the Declaration of Ashley Hardin in Support of Defendants' Opposition to Plaintiff's Motions in Limine #2 and 4, excerpts of the Expert Report of Robert G. Nelson, Ed.D for Charleston County School District (ECF 3632-3)
- **Ex. 11**: Exhibit B to the Declaration of Ashley Hardin in Support of Defendants' Opposition to Plaintiff's Motions in Limine #2 and 4, excerpts from the transcript of the May 19, 2025 deposition of Superintendent Anita W. Huggins (ECF 3632-4)
- **Ex. 12**: Exhibit C to the to the Declaration of Ashley Hardin in Support of Defendants' Opposition to Plaintiff's Motions in Limine #2 and 4, bates MR_CCSD_006803 (ECF 3632-5)
- **Ex. 13**: Exhibit D to the Declaration of Ashley Hardin in Support of Defendants' Opposition to Plaintiff's Motions in Limine #2 and 4, bates MR_CCSD_460907 (ECF 3632-6)
- **Ex. 14**: Exhibit E to the Declaration of Ashley Hardin in Support of Defendants' Opposition to Plaintiff's Motions in Limine #2 and 4, Plaintiff's Third Amended Fact Sheet for Charleston County School District, bates MR_CCSD_779239 (ECF 3632-7)
- **Ex. 15**: Exhibit F to the Declaration of Ashley Hardin in Support of Defendants' Opposition to Plaintiff's Motions in Limine #2 and 4, excerpts from the transcript

of the September 15, 2026 deposition of Anna E. Dassing (ECF 3632-8)

- **Ex. 16**: Exhibit G to the Declaration of Ashley Hardin in Support of Defendants' Opposition to Plaintiff's Motions in Limine #2 and 4, bates MR_CCSD_664528 (ECF 3632-9)

Dated: November 12, 2026

Respectfully Submitted,

**MOTLEY RICE LLC**

By: *<u>/s/ Jessica C. Colombo</u>*

Jessica C. Colombo
20 Church Street, 17th Floor
Hartford, CT 06103
Tel: 860-882-1681
Fax: 860-882-1682
jcolombo@motleyrice.com

Previn Warren
401 9th Street NW Suite 630
Washington, DC 20004
Tel: 202-386-9610
pwarren@motleyrice.com

Esther Berezofsky
210 Lake Drive East, Suite 101
Cherry Hill, NJ 08002
Tel: 856-667-0500
Fax: 856-667-5133
eberezofsky@motleyrice.com

Lance Oliver
Sara O. Couch
Jade Haileselassie
28 Bridgeside Boulevard
Mt. Pleasant, SC 29464
Telephone: 843-216-9000
jflowers@motleyrice.com
scouch@motleyrice.com
jhaileselassie@motleyrice.com

*Counsel for Plaintiff*

*<u>/s/ Ashley W. Hardin</u>*

ASHLEY W. HARDIN, *pro hac vice*
ahardin@wc.com

J. ANDREW KEYES, *pro hac vice*
akeyes@wc.com
NEELUM J. WADHWANI (SBN 247948)
nwadhwani@wc.com
WILLIAMS & CONNOLLY LLP
680 Maine Avenue SW
Washington, DC 20024
Tel.: (202) 434-5000

*Attorneys for Defendants YouTube, LLC and Google LLC*

*/s/ Ashley M. Simonsen*
Ashley M. Simonsen (Bar No. 275203)
COVINGTON & BURLING LLP
1999 Avenue of the Stars
Los Angeles, California 90067
Telephone: (424) 332-4800
Facsimile: (424) 332-4749
Email: asimonsen@cov.com

Phyllis A. Jones (*pro hac vice*)
Paul W. Schmidt (*pro hac vice*)
Christian J. Pistilli (*pro hac vice*)
COVINGTON & BURLING LLP
One City Center
850 Tenth Street, NW
Washington, DC 20001-4956
Telephone: (202) 662-6000
Facsimile: (202) 662-6291
Email: pajones@cov.com
Email: pschmidt@cov.com
Email: cpistilli@cov.com

Beth A. Wilkinson (*pro hac vice*)
Rakesh Kilaru (*pro hac vice)*
Jolee Porter (*pro hac vice*)
Matthew R. Skanchy (*pro hac vice*)
WILKINSON STEKLOFF LLP
2001 M Street, NW, 10th Floor
Washington, D.C. 20036
Telephone: (202) 847-4010
Facsimile: (202) 847-4005
bwilkinson@wilkinsonstekloff.com
rkilaru@wilkinsonstekloff.com
jporter@wilkinsonstekloff.com

mskanchy@wilkinsonstekloff.com

Moira K. Penza (*pro hac vice*)
WILKINSON STEKLOFF LLP
130 W 42nd Street, 24th Floor
New York, NY 10036
Telephone: (212) 294-8925
Facsimile: (202) 847-4005
mpenza@wilkinsonstekloff.com

*Attorneys for Defendants Meta Platforms, Inc. f/k/a Facebook, Inc. and Instagram, LLC*

*/s/ Jonathan H. Blavin*
JONATHAN H. BLAVIN (SBN 230269)
Jonathan.Blavin@mto.com
MUNGER, TOLLES & OLSON LLP
560 Mission Street, 27th Floor
San Francisco, CA 94105
Tel: (415) 512-4000

E. MARTIN ESTRADA (SBN 223802)
Martin.Estrada@mto.com
L. ASHLEY AULL (SBN 257020)
Ashley.Aull@mto.com
VICTORIA A. DEGTYAREVA (SBN 284199)
Victoria.Degtyareva@mto.com
MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue, 50th Floor
Los Angeles, CA 90071
Tel.: (213) 683-9100
Facsimile: (213) 687-3702

ALLISON BROWN, *pro hac vice*
alli.brown@kirkland.com
KIRKLAND & ELLIS LLP
2005 Market Street, Suite 1000
Philadelphia, PA 19103
Tel.: (215) 268-5000

JESSICA DAVIDSON, *pro hac vice*
jessica.davidson@kirkland.com
JOHN J. NOLAN, *pro hac vice*
jack.nolan@kirkland.com
KIRKLAND & ELLIS LLP

601 Lexington Avenue
New York, NY 10022
Tel.: (212) 446-4800

*Attorneys for Defendant Snap Inc.*

*/s/ Geoffrey M. Drake*
GEOFFREY M. DRAKE, *pro hac vice*
gdrake@kslaw.com
TACARA D. HARRIS, *pro hac vice*
tharris@kslaw.com
KING & SPALDING LLP
1180 Peachtree Street, NE, Suite 1600
Atlanta, GA 30309
Telephone: (404) 572-4600
Facsimile: (404) 572-5100

DAVID P. MATTERN, *pro hac vice*
dmattern@kslaw.com
KING & SPALDING LLP
1700 Pennsylvania Avenue, NW
Suite 900
Washington, D.C. 20006
Telephone: (202) 737-0500
Facsimile: (202) 626-3737

BAILEY J. LANGNER (SBN 307753)
blangner@kslaw.com
KING & SPALDING LLP
50 California Street, Suite 3300
San Francisco, CA 94111
Telephone: (415) 318-1200
Facsimile: (415) 318-1300

*/s/ Daniel M. Petrocelli*
DANIEL M. PETROCELLI (SB #97802)
dpetrocelli@omm.com
SABRINA H. STRONG (SB #200292)
sstrong@omm.com
O'MELVENY & MYERS LLP
1999 Avenue of the Stars, 8th Floor
Los Angeles, CA 90067
Telephone: (310) 553-6700

STEPHEN D. BRODY (*pro hac vice*)
sbrody@omm.com

O'MELVENY & MYERS LLP
1625 Eye Street, NW
Washington, D.C. 20006
Telephone: (202) 383-5300

*Attorneys for Defendants TikTok Inc., ByteDance Inc., ByteDance Ltd., TikTok Ltd., and TikTok, LLC*

**FILER'S ATTESTATION**

I, Jessica C. Colombo, hereby attest, pursuant to N.D. Cal. Civil L.R. 5-1, that the concurrence to the filing of this document has been obtained from each signatory hereto.

DATED: November 12, 2026

By: */s/ Jessica C. Colombo*
Jessica C. Colombo