# EXHIBIT 2

# EXHIBIT 9

HIGHLY CONFIDENTIAL

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION

THIS DOCUMENT RELATES TO:

SCHOOL DISTRICT CASES

MDL No. 3047

Civil Case No. 4:22-md-03047-YGR:

Honorable Yvonne Gonzalez Rogers

**EXPERT REPORT OF ROBERT G. NELSON, Ed.D FOR CHARLESTON COUNTY SCHOOL DISTRICT**

solutions to address teacher retention at CCSD schools.[154] The vast majority of respondents mentioned teacher pay and/or too much work and a lack of flexibility in the role as the key issues.[155] Not a single teacher of the 610 respondents mentions social media.

82. As discussed in Section [X] above, teacher shortages and high rates of turnover exacerbate other issues that school districts struggle with, including CCSD.[156] High rates of teacher and principal turnover, especially at lower performing schools, were identified as a key "theme" behind the lack of equity across CCSD schools.[157] This is supported by CCSD budget analyses showing an average turnover rate of nearly 24% at CCSD's lowest performing elementary schools, compared to a rate of 10% at CCSD's best performing elementary schools.[158] Teacher shortages have forced CCSD to reassign other staff to fill in when teacher vacancies are too high.[159] In the wake of COVID-19, for instance, nearly 43% of CCSD counselors, psychologists, and social workers reported that the impact of shortages represented a "top challenge" for them during the school year—requiring them to cover classes in some instances.[160]

5. *Evidence from CCSD shows that its own mismanagement and decisions have led to the issues that it incorrectly attributes to social media in this case.*

83. CCSD's dysfunctional leadership and its inconsistent approach to student discipline—including its lack of leadership on student cell phone policies—have also been surfaced by stakeholders as hampering student achievement, impacting student mental health, and as driving teacher and staff frustrations and retention issues.

84. Issues with the functioning of CCSD's Board are evident throughout the relevant period. In a study commissioned by the Board, researchers found—after more than 500 hours of interviews and site visits with stakeholders in CCSD—that "the word most frequently used to describe the Board was 'dysfunctional.'"[161] The report continued:

> Members [of the Board] aggravate their already-high levels of distrust and animosity by engaging in stark incivility and lack of decorum, both in and outside of meetings. Their constituencies bring these conflicts into the wider civic arena. Parents, educators, and ordinary

---

[154] Teacher Retention Survey, January 24, 2023, MR_CCSD_005750.

[155] *E.g.*, Teacher Retention Survey, January 24, 2023, MR_CCSD_005750 at 51 ("Pay. If we are treated like we have been over the past few years, increased pay is the ONLY thing that will keep the best teachers around. There are enough job opportunities for us outside of education at the pay rate we are at now, so there is no incentive to stay."), 58 ("[W]e are competing with a workforce that is increasingly seeking remote opportunities… Teaching allows very little flexibility in time that the modern professional is seeking."), at 60 ("NEVER schedule Professional Development. It is always belittling and a waste of time. Always. I have never had a PD scheduled by CCSD that was beneficial in the slightest. In addition pay is literally the main issue. I want to teach. I cannot afford it. I heard a CCSD official say 'what can we fix OTHER than pay?' No. That is literally it. That is the problem. Pay us more. It is soooooo simple."), 61 ("Provide more time for teachers to actually do their jobs while at work so that we aren't wasting all our time at home preparing for the next day. Create better solutions for managing student behavior; at times it seems that there are often no meaningful consequences for students who break the rules. Pay us enough to make ends meet; Charleston is a very expensive place to live and the job does not feel worthwhile when we can't even get ahead financially.")

[156] *E.g.*, Board of Trustees Budget Workshop, February 27, 2017, MR_CCSD_604998, at pp. 35–36 (linking student achievement and the need to address teacher shortages).

[157] Inclusion and Equity Report: How Much Do We Care?, Clemson, MR_CCSD_006803, at 830.

[158] FY20 Budget Update Committee of the Whole, April 8, 2019, MR_CCSD_023048, at p. 12.

[159] Memorandum RE: Important Teacher Hiring Updates, July 20, 2022, MR_CCSD_323226.

[160] CCSD: Mental Wellness: The voices of students and Staff, December 13, 2021, MR_CCSD_008730, at 35.

[161] Inclusion and Equity Report: How Much Do We Care?, Clemson, MR_CCSD_006803, at 822.

> citizens, as well as members of the media, look on aghast at the spectacle. Meanwhile the students suffer. This report is not the first [to] make these observations about the CCSD system's governance structure . . . The virtually unanimous perspective from these multiple credible sources, and the opportunities for helping students that have been lost due to dissension and delay, underscore the vital importance of taking bold, effective action now.

85. Problems with CCSD's Board have only grown in recent years. In November 2022, an almost entirely new board was elected with significant third-party, partisan interest.[162] The majority of members (five of nine) were backed by Moms for Liberty—a controversial group that has been characterized as a "far-right organization" that "grew out of opposition to public health regulations for COVID-19, opposes LGBTQ+ and racially inclusive school curriculum, and has advocated book bans."[163] Since assuming majority control of CCSD's Board, Moms for Liberty-backed candidates have made many controversial decisions. These members have held secret meetings to oust the district superintendent;[164] and hired a replacement superintendent without consulting all board members;[165] refused to fire or punish a Board member who said there is "no such thing as gay children" and blamed Black parents for CCSD's longstanding achievement gap,[166] attempted to ban most discussions around sexual orientation or gender from the classroom,[167] and voted to begin all board meetings with Christian prayer.[168]

86. In my experience, this level of dysfunction and mismanagement at the highest levels of CCSD can be expected to harm student outcomes and the school community.[169] This is not how a normal, effective school boards operate. Effective school boards are accountability driven, have shared values that are student focused, and are collaborative—with the community, other district leaders, and with each other.[170] A Board that is focused on infighting and on issues that do not go to the core responsibilities of the school will often exacerbate, rather than resolve, issues with student achievement and school climate. According to CCSD community members, the decisions and the behavior of CCSD's Board have had exactly this impact. For instance, many community members expressed frustration with the Board's decision to allow Christian prayer during board meetings, its decision to restrict discussions around sexual orientation and gender, and the extreme

---

[162] Devna Bose, *Charleston voters elect almost-entirely new Charleston County School Board* (Nov. 8, 2022), https://www.postandcourier.com/politics/election2022/charleston-voters-elect-almost-entirely-new-charlestoncountyschool-board/article_3d8a5d78-546f-11ed-bb06-d3ffa56fbc7c.html.

[163] Moms for Liberty, SPLC, https://www.splcenter.org/resources/extremist-files/moms-liberty/.

[164] Andy Brack, *The Broken Bunch: The money behind the school board*, Charleston City Paper (Oct. 13, 2023), https://charlestoncitypaper.com/2023/10/13/the-money-behind-the-school-board/.

[165] Jace Woodrum, *What happened with the Charleston County School Board Election*, ACLU South Carolina (Nov. 14, 2024), https://www.aclusc.org/en/news/what-happened-charleston-county-school-board-election.

[166] Hillary Flynn, *CCSD board declines to remove embattled member Carlotte Bailey from leadership positions*, Post and Courier (Oct. 23, 2023), https://www.postandcourier.com/news/ccsd-board-member-carlotte-bailey-allegedly-decries-support-trans-students/article_c713d868-6e9e-11ee-9e5d-4398a1dab813.html.

[167] Jace Woodrum, *What happened with the Charleston County School Board Election*, ACLU South Carolina (Nov. 14, 2024), https://www.aclusc.org/en/news/what-happened-charleston-county-school-board-election.

[168] Jace Woodrum, *What happened with the Charleston County School Board Election*, ACLU South Carolina (Nov. 14, 2024), https://www.aclusc.org/en/news/what-happened-charleston-county-school-board-election.

[169] It was reported that, since Moms for Liberty-backed candidates assumed a Board majority, "dysfunction in meetings, enmity between trustees and chaos among members of the public concerned about what's happening to education [in CCSD] has soared exponentially." Andy Brack, *The Broken Bunch: The money behind the school board*, Charleston City Paper (Oct. 13, 2023), https://charlestoncitypaper.com/2023/10/13/the-money-behind-the-school-board/.

[170] *Eight Characteristics of Effective School Boards: Full Report*, Center for Public Education, January 28, 2011, https://houstongps.org/wp-content/uploads/2020/10/Eight-characteristics-of-effective-school-boards_-full-report-1.pdf.

behavior of its Board members—including the impact of these decisions on students, teachers, and the school climate at CCSD.[171]

87. CCSD has also lacked consistency and leadership when it comes to managing student behavior and cell phone usage. District leaders are responsible for creating policies that are in the best interest of students, and ineffective policies can harm student achievement and the school community. For instance, an ineffective disciplinary policy can distract teachers and harm students. These concerns regarding CCSD's disciplinary policy—known as the "Progressive Discipline Plan" (PDP)—were raised throughout the relevant period.[172] In a Charleston Teacher Alliance survey created to get teachers "views on current issues within CCSD," almost half of all teachers thought CCSD's disciplinary policies needed "a major overhaul."[173] Teachers expressed frustration that the PDP "d[id] not do enough to maintain order and focus in the classroom," and that it "degrad[ed] student behavior by lowering the expectations."[174] Similarly, numerous respondents mentioned discipline as a key issue in a 2023 teacher retention survey. By way of example, one respondent highlighted that "[t]he Progressive Discipline Plan does not hold students accountable and allows for repeated classroom disruptions. Teachers will not remain in their jobs when they are being disrespected and underpaid."[175] Another asked for leaders to "[c]orrect the Progressive Discipline Plan to protect the physical and mental well-being of teachers and offer consequences for fighting, selling drugs, or being in the possession of tobacco. Students that cause significant disturbances to other students and are not given consequences to deter their behavior – they affect the academics of all other students in their classes."[176] This feedback demonstrates the failure of CCSD leadership to manage student behavior at a district-wide level. This mismanagement contributes to student and school community harms that are attributable to district leadership—not social media platforms.

88. Similarly, CCSD has failed to implement effective policies to deal with cell phones in its district—particularly given its claims in this case. Whether banning cell phones is the right decision for a school can vary from district-to-district, and even from school-to-school. However, if disruptions from in-class cell phone usage (which I note is much broader than social media usage) is causing a school district hundreds of millions of dollars in harm—as is alleged in this case—then district leadership is responsible for implementing policies to address this harm. Instead, CCSD leadership maintained a policy that it now claims was harming its students until the state mandated otherwise.[177] And CCSD's excuse for not implementing a cell phone ban

---

[171] *E.g.*, CCSD Board of Trustees Written Public Comment Submission Form (Responses), March 27, 2023, MR_CCSD_013378, at 78 ("There is no need for mandated, explicitly named Christian prayers, and it directly violates the principles of separation of Church and State . . . . Regarding the subject matter; preventing CCSD employees from discussing preferred pronouns with any students or employees will directly harm students and employees alike. We have enough of a problem with teachers leaving the profession here as it is, we should not be compounding the issue by telling teachers they may not discuss their own pronouns with students. We will be failing our students, according to our own pillars of excellence and strategic priorities, if this bill passes. I implore you not to waste our time and resources preemptively addressing bills that have not yet passed state legislature [sic] and instead spend your time trying to fix existing problems."), at 84 ("Making [CCSD] a place where you can't discuss sexuality or gender identity and can't refer to students by their preferred pronouns will cause harm to those students. As a mental health professional and the parent of a transgender child, I have seen the trauma that these kids experience just by existing. The school district should not participate in compounding that trauma. I am not exaggerating when I say that this is a life or death situation."), at 85 ("Requesting the resignation of Ed Kelly from the CCSD School board. His disregard for teachers public safety [sic]. His threatening to show up to a teacher's home with a gun [sic]. Puts everyone In harm's Way [sic].")

[172] *E.g.*, Inclusion and Equity Report: How Much Do We Care?, Clemson, MR_CCSD_006803, at 33 ("Many parents in low-performing schools are upset that a few misbehaving students are allowed to interfere with the education process.")

[173] Charleston Teacher Alliance Winter 2018 Report, March 12, 2018, MR_CCSD_192881.

[174] Charleston Teacher Alliance Winter 2018 Report, March 12, 2018, MR_CCSD_192881.

[175] Teacher Retention Survey, January 24, 2023, MR_CCSD_005750, at 61.

[176] Teacher Retention Survey, January 24, 2023, MR_CCSD_005750, at 64.

[177] 30(b)(6) Deposition of Anita Huggins, Superintendent at CCSD, May 13, 2025, pp. 48–51.

sooner is no excuse at all. Superintendent Anita Huggins, for example, testified that CCSD felt it was unable to implement a cell phone ban without the "cover" of a state law—despite its belief "for many years" that a ban would have a positive impact on students.[178] In other words, CCSD's leadership spent years subjecting students and teachers to alleged harms that it could have, but was afraid to, minimize. But school leaders are responsible for developing policies that are in the best interest of their students, and harm caused by CCSD's neglect of this responsibility are its own. CCSD cannot now blame social media platforms for problems that they were afraid to solve.

### B. Evidence from CCSD shows that social media was not an issue significantly impacting students and the school community.

#### 1. *Evidence from CCSD shows that social media was not considered to be an issue significantly impacting CCSD and was not surfaced by district leaders or stakeholders.*

89. As discussed in Sections II and III above, if there is a significant concern that is harming students or the school environment, there are a variety of avenues where indications of the concern will surface, and where schools will then develop, allocate funding for, and implement evidence-based plans for addressing the concern. My review of these materials from CCSD—including its annual reports, budgeting materials, needs assessments, requests for funding, RFPs to community partners and consultants, surveys, emails, and other documents produced in this case—demonstrate a lack of concern over social media as a problem in the school district. This is especially true considering the magnitude of the harm claimed.

90. Although I identified many prevalent issues surfaced by CCSD leaders and stakeholders throughout the relevant period in Section IV.A. above, I have not identified any documents where CCSD leaders or stakeholders surfaced social media as a concern impacting students and/or the school community, let alone any documented plan by CCSD to address social media-related harms. Indeed, even when directly asked whether social media was impacting CCSD, district representatives' views on the issue were far from a clear "yes." For instance, when a staff member at a local newspaper asked whether the school was dealing with issues of vandalism connected to social media, CCSD replied that they were "not aware" of any social-media inspired disruptions and that they did not keep data on whether incidents were social media related.[179] In another instance occurring in 2023, a local reporter asked if CCSD had "any school counselors" who would "want to weigh in if they've experienced students reaching out for help with mental health."[180] Fronde Stille, the director of guidance and counseling services at CCSD, replied that she does not "have data to show students seeking counseling support specifically because of social media" and that her view was that "social media is both positive and negative."[181] Lisa Allison—the current executive director of student support services at CCSD—agreed with Fronde about social media's positives and negatives and CCSD's inability to "track" this information at the district level. According to Lisa Allison, the only way to track this information would be through "testimonials" from school-level counselors, which "wouldn't necessarily represent a trend other than at that school."[182] Lisa Allison also testified in this case that CCSD does not track this information and, in fact,

---

[178] 30(b)(6) Deposition of Anita Huggins, Superintendent at CCSD, May 13, 2025, pp. 54–55, 57.

[179] *See* Email from Michael Reidenbach (CCSD) to Andrew Pruitt (CCSD), RE: questions for story – 10/27 deadline, October 26, 2021, MR_CCSD_219625, at 25–26.

[180] Email from Fronde Stille (CCSD) to Andrew Pruitt (CCSD), Re: Charleston City Paper inquiry re: social media's effect on kids, MR_CCSD_048970, at 71.

[181] Email from Fronde Stille (CCSD) to Andrew Pruitt (CCSD), Re: Charleston City Paper inquiry re: social media's effect on kids, MR_CCSD_048970, at 71.

[182] Email from Fronde Stille (CCSD) to Andrew Pruitt (CCSD), Re: Charleston City Paper inquiry re: social media's effect on kids, MR_CCSD_048970, at 71.

**Certification**

The undersigned hereby certifies their understanding that they owe a primary and overriding duty of candor and professional integrity to help the Court on matters within their expertise and in all submissions to, or testimony before, the Court. The undersigned further certifies that their report and opinions are not being presented for any improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation.

Dated: July 11, 2025

Robert G. Nelson