# EXHIBIT 4

# EXHIBIT B

Filed Under Seal

September 28, 2023

Dear Members of the Charleston County School Board of Trustees,

We, the undersigned School Principals, are writing to express our profound dismay at the recent actions of the Board of Trustees at the school board meeting on September 25, 2023. These actions include: (1) placing the Superintendent, Dr. Eric Gallien, on paid administrative leave; (2) voting not to hire one of the key employees, Michelle Simmons, responsible for the increase in Spring 2023 test scores as the district's Chief Academic Officer; and (3) dismantling the Health Advisory Board.

Members of your board made these decisions without sharing cause or a solid plan moving forward. Additionally, you orchestrated these actions without seeking the expertise of those doing the work of leading at the school level, the principals. We find this unconscionable in light of the progress the school district is celebrating.

As School Principals, our directive is to serve ALL Charleston County School District children to the best of our ability. In this service, we require, at the very minimum, reasonable assurance that the continuity of resources, policies, and leadership roles is reliable. When decisions are consistently made without transparency or consultation with school leaders, there is a tangible and long-lasting negative impact on the ability of principals to support student learning effectively. We cannot sustain the carefully coordinated schoolhouse systems when the district's strategic plan becomes a moving target.

In today's challenging educational landscape, continuity and experience are crucial. Changing leadership amid our current initiatives will undoubtedly disrupt the momentum we are experiencing. We urge the board to set aside partisan politics and do what is right for children, teachers, staff, families, and communities. We teach our children to engage in civil discourse, and we should expect the same of ourselves. Always be mindful that the children are watching.

Furthermore, your actions without consultation, explanation of any sort, or a plan going forward create mass confusion, distrust, and unnecessary anxiety in our students, parents, faculty, and staff. Please believe us when we say our collective jobs are hard enough without this. In fact, we believe

we would be held accountable were any of us to act in the manner that this Board of Trustees did.

As a learning community, we respectfully request that consistency and transparency in our organization be a priority. We ask that Dr. Eric Gallien's paid administrative leave be reversed and Michelle Simmons be hired as the Chief Academic Officer by the October 9th Board Meeting. Additionally, we ask that the members of the Health Advisory Board who were removed before their terms expired be reinstated.

Our community expects more of you, and our children most definitely deserve more.

Signed CCSD Elementary Learning Community

James E. Dallas, Ellington Elementary School
Anna Mims, Mt. Zion Elementary School
Rachel Young, Montessori Community School
Beth Dillenkoffer, James Simons Montessori School
Monica Smalls, Chicora Elementary
Latrice Smalls, E. L. Frierson
Lebanaye Smalls, Pepperhill Elementary
Stephanie Mitchell, Matilda F. Dunston Elementary
Judith Condon, Angel Oak Elementary
Kim Jackson, Mt. Pleasant Academy
Natasha Jones, W.B. Goodwin Elementary
Melissa Brubaker, North Charleston Elementary
Jonetta Gregory, James Island Elementary
Brian Agnew, Drayton Hall Elementary
Meredith Wallace, Murray-LaSaine Montessori
Susan King, Sullivan's Island Elementary
Ashley Dorsey, James B. Edwards Elementary
Michelle Conner, Mamie P. Whitesides Elementary
Elizabeth Kackley, Oakland Elementary
Megan Williams, Springfield Elementary
Ashland Temoney, Minnie Hughes Elementary
Amber Sainz, Julian Mitchell Elementary
Janice Malone, Sanders-Clyde Elementary
Kevin Conklin, Belle Hall Elementary
Jamie McCarthy, Lambs Elementary School
Paul Pallagi, Pinehurst Elementary School

Janet Brown, Ladson Elementary School
Karen Felder, Jennie Moore Elementary School
Tiffany Henderson, Charles Pinckney Elementary
Shawntay White, Buist Academy
Dottie Brown, Memminger Elementary
Ian James, Midland Park Primary
Stephen Thomas, St. Andrew's School of Math and Science
Shannon McAlister, Stiles Point Elementary School
Michael Antonelli, Carolina Park Elementary School
Jason Sims, Laurel Hill Primary School
Timothy P. Sullivan, Ashley River Creative Arts Elementary School
Johnathon Wideman, A.C. Corcoran Elementary School
Loretta Hart, Mary Ford Early Learning and Family Center
Katchia Gethers, Hunley Park Elementary
LaToya Smith, North Charleston Creative Arts Elementary