# EXHIBIT 6

# EXHIBIT D

Filed Under Seal

| First Name: | Last Name: | Topic of Comment: | Public Comment: |
|---|---|---|---|
| Lynn | Cloud | Please increase teacher pay. We desperately need to keep the wonderful teachers we have. | Please increase our teachers pay schedule. They work so hard and we want to keep the talent we have. |
| Kerise | Broome | increased teacher pay | As a veteran teacher of 26 years, I ask you to approve this. Low teacher pay has increased class sizes which creates many issues for all teachers and students. |
| Robin | Vande Werken | Policy GBEB | This country was founded on the principles of separation of Church and State. In no way is it appropriate for school board meetings to begin with prayer. Religious individuals may pray at any time, in any setting, on their own. There is no need for mandated, explicitly named Christian prayers, and it directly violates the principles of separation of Church and State. Additionally, it is inappropriate to preemptively change policy in anticipation of a state bill that has not yet passed. This is a waste of time. Imagine if we preemptively adopted policies for all bills on the docket- that makes no sense and wastes precious time and resources. Regarding the subject matter; preventing CCSD employees from discussing preferred pronouns with any student or employee will directly harm students and employees alike. We have enough of a problem with teachers leaving the profession here as it is, we should not be compounding the issue by telling teachers they may not discuss their own pronouns with students. We will be failing our students, according to our own pillars of excellence and strategic priorities, if this bill passes. I implore you not to waste our time and resources preemptively addressing bills that have not yet passed state legislature and instead spend your time trying to fix existing problems. |
| Carri | Tanner | Charleston County School District Teacher Compensation | As parents of children in the Charleston County School District, we fully support a $58,000 starting salary at the Bachelor's/STEP 0 level on the 190 Day Teacher Salary Schedule.<br><br>We also fully support an increase in the current schedule from STEP 30 to STEP 40 in an effort to retain all of our experienced teachers. |
| Dinah | Heinrich | Teacher salary | I am asking for:<br>1) A $58,000 starting salary at the Bachelor's/STEP 0 level on the 190-Day Teacher Salary Schedule. This new starting salary will increase salaries across all Degree Levels/STEPs on the teacher schedule up to STEP 30.<br>2) Increase the current schedule from STEP 30 to STEP 40 in an effort to retain all of our experienced educators |
| Katharine | Reilly | teacher salary raise | Teachers in Charleston County are underpaid. I believe this attributes to fairly high levels of turn-over and job dissatifaction. Underpaid teachers are also less likely to spend as much personal time outside of work planning exemplary and engaging lessons. Charleston Counthy does not have the same cost-of-living as the majority of South Carolina and that should also be taken into account. |
| Brian | Reilly | 4. TEACHER PAY INCREASE | Focus more on retaining experienced staff vs. the common focus on getting an influx of inexperienced teachers. Newbies are generally going to have the most turnover as opposed to the teachers who've weathered the storms over the years. According to one article on Vox.com (https://www.vox.com/policy-and-politics/2022/8/18/23298916/teacher-shortages-debate-local-national), about 44% of new teachers (nationally) leave the profession within 5 years. Based upon that point, work harder to keep existing staff as there's simply not much data to support the new teachers as of late being better prepared for their roles, nor stronger. |
| Kara | Chisholm | Leah Whatley should apologize or resign | I was appalled to see board member Leah Whatley's behavior at the most recent COW meeting. Ms. Whatley seems to think she is queen of the school board and can call for security any time things aren't going her way. She also made a rude remark about another board member to try to make herself look better. Disgusting and embarrassing. As an elected board member, Ms. Whatley represents the citizens in her district and at a minimum should be professional and respectful at board meetings. Ms. Whatley should apologize to everyone present at that meeting, all of the board members, and her constituents. If she cannot conduct herself with an ounce of decorum, she does not deserve the seat. |
| Kevin | Markham | Teacher compensation | I support the Teacher Compensation Task Force's proposal to bring step 0 up to $58,000 next school year. If you want to retain and recruit the best you have to pay them. |
| Kristen | Markham | Teacher Compensation Task Force | I support the Teacher Compensation Task Force's proposal to raise teacher pay at step 0 to $58,000, making all other steps also increase by $15,000 on next school year's budget. |
| Margaret | Sarvis-Colburn | Year round school | I would like to see an option for year round school. It is proven children have a significant loss of learning while out for summer break and this would alleviate that loss. School is meant to prepare children for the "real world" and in that "real world" you don't get a summer vacation. Summer camps are so scarce that people are camping out overnight just to register their children. This economy has us forced to have a 2 parent working home, we need to start behaving like one. |

| First Name: | Last Name: | Topic of Comment: | Public Comment: |
|---|---|---|---|
| Amanda | Black | Teacher Compensation | Hello,<br><br>I would first like to thank you for your service to our schools! I am Amanda Black, and my family lives in Mount Pleasant, SC. We have a 1st and 3rd grader at James B Edwards Elementary in the Charleston Country School District. I am emailing regarding the Teacher Compensation Task Force recommendation for the teacher salary schedule increases for School Year 2023-2024. I fully support their recommendations and believe this is an incredibly important issue to our family, our sweet elementary school, and our community. Our teachers have been instrumental in the growth and development of our two children, and I believe we must do all we can to ensure teacher retention and recruiting within the school district. The cost of housing in Charleston has increased over the past 6 years that we have lived in the community. I know that it is hitting our teachers and administrators exceptionally hard. Our family has been so blessed with amazing teachers and staff for our children, including our 7-year-old son with Autism Spectrum Disorder (ASD). He was diagnosed last year and has had incredible support from his general education teacher, special education teacher, and autism itinerant. I believe their compensation should be increased.<br><br>Please consider the Teacher Compensation Task Force recommendations for the teacher salary schedule increases for School Year 2023-2024:<br><br>1) A $58,000 starting salary at the Bachelor's/STEP 0 level on the 190 Day Teacher Salary Schedule. This new starting salary will increase salaries across all Degree Levels/STEPs on the teacher schedule up to STEP 30.<br><br>2) Increase the current schedule from STEP 30 to STEP 40 in an effort to retain all of our experienced teachers.<br><br>Thank you again for your service, time, and consideration! I would appreciate a reply and have included my contact information below.<br><br>Kind Regards,<br>Amanda Black |
| Nancy | Moore | I support additional funding for teacher compensation. In every area of economic life, we expect to "get what you pay for" EXCEPT in the most important service of our community, the education of our future. | Teacher Compensation |
| Megan | Sweeney | Teacher Salary Raises | As a teacher with over 14 years teaching experience in both New York State and Charleston, SC, I am unable to sustain the cost of living with my current salary at CCSD. I have a Master's Degree plus 18 credits in my field of education. I am currently teaching full time and work two additional jobs just to TRY to make ends meet. I was raised to be an educated, independent woman. Unfortunately this is not the case. I am 44 years old and must rely on a roommate and additional income to offset the cost of living in an area close to where I teach. I knew that I would never be wealthy financially entering the field of education, however I never knew that I would not be able to support myself financially. I consider myself a professional but I do not feel like teachers are respected or treated as professionals. As the cost of living rises, my financial struggles are spiraling out of control. I have student loans I am unable to pay off. I have medical conditions that need treatment and with the increase of insurance and co-pays and medication costs, I have taken out loans just to pay off some of my medical debt. My medications prices have nearly doubled as well. If I am unable to take care of my health, I will be unable to teach to the best of my ability. Teaching is and always has been my passion. Sadly if things do not rapidly change, I will have to leave the profession. In a county that struggles with teacher retention, I encourage you to please consider increasing teacher salaries. |
| Adriana | Jarrard | Teacher Compensation | I am a Kindergarten teacher and if I did not have my husband's income along with mine I would not be able to make ends meet. Living in Charleston is expensive and the cost of living goes up but teacher salaries do not go up. It is about time we get a deserved raise.<br><br>I have been teaching for 17 years and I love what I do, but I would not be able to teach if I didn't have another steady income in my household. Please strongly consider the Teacher Compensation Task Force recommendations for salary increases and to please increase the current schedule from STEP 30 to STEP 40 in an effort to retain all of our experienced teachers. |
| Suzanne | Vallez-Sheldon | Charleston County School District Teacher Compensation | This is my 6th year teaching and I am already burnt out. I am frustrated with the burdens of absolutely loving my job and my students but not being able to afford basic necessities living in the Charleston area. Groceries, gas and rent have gone up exponentially and with our lack of pay raise I have been forced to seek second and third side jobs. This year I went through my National Boards to not only become the best teacher I could be but also to have additional money come in every month. It is absolutely ridiculous and disgusting that teachers all over our state are leaving their passion because they cannot afford to support their families with the money we make. This is the first year out of six where I am questioning my ability to stay in this profession because I will have to continue to burn myself on both ends just to stay in this career. I got my Early Childhood and Elementary degree and have known I have wanted to be a teacher since high school. I was a Teacher Cadet and received the Teaching Fellows Scholarship. My mother, aunt, uncle and grandma were all teachers and they all warned me about becoming a teacher due to the lack of pay. I think that it is truly telling that 2 generations of teachers are discouraging a 3rd generation future teacher because they know the struggle of providing for a family on a teacher salary. |

| First Name: | Last Name: | Topic of Comment: | Public Comment: |
|---|---|---|---|
| Marilyn | Blizard | Disapprove prayer at meetings. | Dear School Committee,<br><br>Please step away from further time spent on a prayer to start your meetings.<br><br>This is a place where a religious act is not appropriate.<br><br>Please note my disapproval.<br><br>Sincerely,<br><br>Marilyn Blizard |
| SARA | RUTLEDGE | GBEB Policy | The GBEB policy proposal harms teacher retention and recruitment. The policy addition would force LGBTQ+ people to hide part of their identity to be employed by CCSD. Good teachers will leave because the policy makes them "less than" others. Potential new hires will take jobs in more welcoming districts. Before this policy is even voted on, it is having a chilling effect. When our district is facing significant staffing shortages and high turnover, let's try everything we can to keep good teachers and welcome new ones. Improving student outcomes is your #1 charge as a school board. Support policies that help keep and recruit teachers. Abandon the anti-LGBTQ GBEB policy change. |
| Jennifer | Wakefield | Teacher Compensation | As a public school teacher and single mom, it has become increasingly difficult to live in Charleston and teach. In June at my renewal, my rent went up for the apartment I've lived in for almost 4 years by $300. To compare, my yearly step increase increased the amount of money I bring home by less than $100. This June, my rent is increasing by another $300. I will not be able to renew at that rate as I am already at the maximum that I can afford. In my entire life, I have never been scared about being able to afford somewhere to live near my place of work. I am scared now. If I am forced to move far from my school, is it worth driving here, at this salary? Will I continue working at my school, or even as a teacher? I have a master's degree. I work over 40 hours a week. I shouldn't be worried about affording somewhere to live. I'm tired of hearing CCSD doesn't have the money. You do. You have so many people working at the district that are unnecessary. We even have a woman who is paid by CCSD, but is housed at my school, that no one knows exactly what she does or why she's here. How many wasteful positions like that exist in CCSD? How much money is spent on fancy programs and recycled educational jargon? It's time for CCSD to make some cuts to pay their teachers a living wage because without us, your jobs wouldn't exist. |
| Alma Dell | Smith | School Board separation of church and state | I object to any form of prayer at the School Board meetings. While I am deeply spiritual, I am not Christian. Religion has no place in governmental activities. I feel alienated and disrespected when someone offers prayers that do not include my practice of spirit. A moment of silence to collect ones thoughts before proceeding would be ok. Thank you.<br>Alma Dell Smith<br>James Island |
| Evelyn | Oliveira | Prayer before meetings | Prayer before meetings undermines the separation of church and state which protects both the church and the state from being overtaken by zealotry. My faith is very important to me, and my Christian faith calls me to ask the school board why it thinks God will hear the prayers before meetings when our most vulnerable communities and schools continue to struggle with no change in sight. My faith calls me to wonder why we have some of the top performing schools in our state filled with mostly white children while our black and brown children languish. If faith is so important to the board, vote to put faith into action rather than filling the air with words not pleasing to God. |
| Barbara | Brant-Williams | Opening prayer for CCSD meetings | Please try to be inclusive in your public meetings. That means, no particular religious prayers need to be used to open the meeting. There are many people of many faiths or no faith and you need to be respectful to everyone. Have a moment of silence if you'd like, but remember, not everybody has the same viewpoints as you do. Use the time to get to the real work that is always necessary with the school board. |
| Diane | Poandl | Prayer before school board meetings | I would like to respectfully address prayer before school board meetings. I am a deeply faithful Christian woman and there are many practices and places that are available tome in my faith journey. However I want to show respect for all those who are not religious but are valued parents of CCSD children. Perhaps a moment of silence before getting down to the work of serving all parents and children might be a better option. |
| Nancy | Benjamin | Prayer for school Board meetings | Please vote NO on prayer at school board meetings. This is a public business meeting. It should be inclusive of ALL people, ALL faiths and those without religious beliefs. People can pray at home, in their car, in their house of worship, in nature, etc.. But prayer, although well-intentioned, does not belong at a school board meeting for ALL our teachers, staff, students and parents. It is exclusive not inclusive. Our schools are inclusive and so should all our practices and policies be. Thank you. |
| Jill | Wright | Prayer Before CCSD School Board Meetings | As a Charleston citizen and parent to two children attending CCSD schools, I am writing to ask that the board NOT require or allow prayer at CCSD school board meetings. This is not an appropriate place or time to pray. If the board would like to center itself and invite deep focus on the work at hand, a moment of silence can accomplish this while honoring the wide variety of belief systems represented within our public schools and our Charleston community. |
| Zenda | Douglas | Prayer in public meetings | Public school board meetings are government meetings. Our U.S. government is founded upon the separation of Church and State. It is inappropriate and hugely disrespectful to include prayers from any religion at these meetings including the Christian one that is most prevalent. Our population includes school parents, students, teachers and employees from many different religions as well as no religion. The school board should not be delivering the message through public prayer that these meetings are guided by a given religious faith. Prayer is always available to every individual who desires it and there is an abundance of places and churches where the religious can gather to pray. School board meetings are not the place for public prayer. |
| Carl | Blum | Please no prayers | Please no prayer, or prayers by every religion. |

| First Name: | Last Name: | Topic of Comment: | Public Comment: |
|---|---|---|---|
| Spencer | Laing | Prayer request | I would like to respectfully request the we being school board meetings with prayer that includes everyone, not just one religion. One recommendation would be a general moment of silence. School board meetings should acknowledge and respect everyone. Thank you very much for your time and consideration. |
| Peter | Steele | Prayer in school board meetings | I understand that CCSD is considering starting board meetings with a prayer. If this is true, I ask that you respect all members of the community -- as well as the spirit of the first amendment to the US Constitution -- and choose NOT to hold prayers when doing the public's business. If you feel that you must pray, why not let each person do so silently. If you feel that you must pray aloud, I urge you to include prayers that are meaningful to and respectful of Jews, Muslims, Buddhists, Taoists, Humanists, Wiccans, agnostics, atheists, and members of any other belief -- or non-belief -- system, which might include Christians.<br><br>My (Christian) church is working hard to guide and assist an Afghan refugee family in their struggle to become Americans. Five children in this Muslim family attend Charleston County public schools. Please don't do anything to exclude them from the family of Americans. Instead, do what you can -- as Jesus is reported to have done in Matthew 19:14 -- to welcome all children.<br><br>Thank you for your consideration. |
| Susan | Turner | Prayer at School Board Meetings | I write to respectfully request that the CCSD school board show respect for the diverse population of Charleston by opening meetings without prayer. Our neighbors and friends include many who do not share the same faith and those who do not have a faith. I ask that the school board model the behavior that we expect of children in our schools by respecting all community members. If constituents wish to pray before a meeting, there are many houses of worship in Charleston, the Holy City. School board meetings need to devote time to the issues facing our schools rather than on demonstrations of faith, which can be done privately before or even during any meeting. As a long time resident of Charleston, I ask you to reconsider the issue of prayer before meetings. |
| Freida | McDuffie | Prayer before School Board meetings | As a public school advocate I am against any requirement for prayer to begin school board meetings. That would be discriminatory & not be in tune with separation of state and church. Board members can make private silent prayers at any time they wish but should not dictate what others must do. |
| Pat | Hay | Prayer at board meetings | Please celebrate our pluralism by having a moment of silence to begin meetings; then get right to doing good work. Thank you |
| lynne | eickholt | beginning school board meetings with prayer is a bad idea...some people are not religious or do not practice a theistic religion such as humanists....school board meetings are for everyone, not just those who pray to a god. | starting meetings with a prayer is a bad idea ....some are not religious or do not have a theistic belief, such as humanists...school board meetings are for everyone, not just those who worship a god. |
| Laura | Cassell | Recommended Salary | With our current pay affording food, housing, and other essentials can be rough. What is more worrisome is the idea of starting a family and in order to come back to work having to pay for day care. With almost your entire paycheck going to support day care is a reason enough to consider my options of staying home or finding a part time somewhere else. Lucky for me, I do have a husband with a job can assist but not every CCSD employee has that. I believe our salary should be reconsidered in order to adjust to the increase in cost of living here in Charleston. If you want to keep amazing teachers in our district or bring more fantastic teachers in, improving our step pay is a great way to start. |
| Jeremy | Rutledge | comment on respect for pluralism (no prayer, we're not all religious) | Please do not begin public school board meetings with religious observances (prayers). This is deeply disrespectful of CCSD students, families, and staff who are not religious. It also welcomes a lawsuit, which would be an unnecessary waste of time and money. For those who wish to pray, there are any number of religious communities in Charleston where we may do so. We may also do so privately. Yet public school meetings are not religious meetings; they are for all of us, including those who are not religious. Please respect our diversity and simply begin meetings with silence and/or a deep breath. Then let's turn to the business at hand and attend to the many needs of our students and teachers. |
| Amy Lauren | Scott | School Board Prayer | I'm writing to oppose prayers before public school board meetings. Our Charleston County Schools are for all students, and our school board and its meetings should be open to all parents and communities members. Part of being inclusive is respecting everyone's religious preferences, or lack of religious preferences. I think that a moment of silence is much more appropriate so that people can choose to pray if they wish (and to whatever deity they wish) or to simply reflect and mentally prepare for the meeting. |
| mary | merz | Prayer at board meetings | Please do not have a prayer at the public board meetings. A moment of silence could be used instead to insure all needs. |
| Carri | Tanner | Teacher Compensation | I support the efforts of the CCSD Teacher Compensation Task Force to pay teachers a $58,000 starting salary at the Bachelor's/STEP 0 level on the 190 Day Teacher Salary Schedule, and to increase the current schedule from STEP 30 to STEP 40 in an effort to retain all of our experienced teachers. |

| First Name: | Last Name: | Topic of Comment: | Public Comment: |
|---|---|---|---|
| Wm. | Epes | For your immediate attention and consideration: Charleston County School Board has no business bringing religion into public school business. Elected officials must not pander to voters on matters of personal principle. For my many loving friends who are Christians, here's a warning to revisit (Matt 6:1): "Beware of practicing your piety before others in order to be seen by them..." For my many loving friends of non-religious background and practice, government is not a house of worship. It is not the place for prayer. I invite all of us in faith to keep the God (or no god) of our own knowing out of all government. There are plenty of theocracies in the world. The United States is not a theocracy. Neither is South Carolina. Thank you. -- Wm. Epes, Mt. Pleasant, SC | For your immediate attention and consideration:<br><br>Charleston County School Board has no business bringing religion into public school business. Elected officials must not pander to voters on matters of personal principle.<br>For my many loving friends who are Christians, here's a warning to revisit (Matt 6:1): "Beware of practicing your piety before others in order to be seen by them..."<br>For my many loving friends of non-religious background and practice, government is not a house of worship. It is not the place for prayer.<br>I invite all of us in faith to keep the God (or no god) of our own knowing out of all government. There are plenty of theocracies in the world. The United States is not a theocracy. Neither is South Carolina.<br>Thank you.<br>-- Wm. Epes, Mt. Pleasant, SC |
| Rev. Rebecca | Hinds | No prayer in CCSD meetings | Dear School Board,<br><br>I am writing to you as a person of faith, a pastor, and a parent of a child in the school district to ask you to refrain from praying in public school board meetings.<br><br>Don't get me wrong, I understand and respect the power of prayer. I pray privately in my own home, with my family, and in my house of worship. But I also understand and respect that not everyone does this or is even religious. I do not impose my beliefs or personal practices on others, and I implore you to do the same.<br><br>Because unlike me, you hold a public office and represent everyone in the district. This includes people of all faith traditions and no tradition at all (non-religious people, humanists, atheists, agnostics, etc.).<br><br>At best, praying before or during your meetings will alienate people and distract us all from the real work of improving our schools and student outcomes.<br><br>But, of course, this may be the least of your concerns if anyone decides to bring forth a lawsuit. None of us want this.<br><br>Please do not waste any more time or energy on this topic.<br><br>Sincerely,<br>Rev. Rebecca Hinds |
| Joan | Avioli | Well qualified teachers deserve a professional level salary so that they can afford decent living conditions in the area of their schools. | I support increasing the salary base for well qualified teachers now. |
| Peggy | Pearl | prayer at school board meetings | I am concerned that the Charleston School Board is considering prayer before meetings. Of course, I believe any person can pray privately, but to offer a public prayer, as if we all believe the same things, is wrong-headed.<br>Our community is pluralistic. There are people of many faiths and people of no faith amongst us. It is unwise to open your meeting with a divisive act.<br>I suggest that, if you want to ensure an optimal outcome and direct the attention of everyone to the meeting, that you begin with a moment of silence, so people can become present. Then if you wish to state the intentions of the meeting, you would also empower people.<br>Offering a prayer is not the best choice, as it inevitably divides the group.<br>Please be mindful of the diverse approaches to faith that members of our Charleston community hold, and remember that many are not religious at all.<br>Seek to make the Charleston School Board meetings a model of what education should be: open and supportive to people of all persuasions.<br>Thank you. |
| Keannette | Perez | Lets leave prayer out of public school board meeting. Prayer isn't inclusive to all people. If board members want to pray before meetings they can at their will similar to how professional athletes. There is many places for prayer but a public school board meeting isn't one. | Comment is for vote against prayer at board meetings. |
| Jennifer | Wolf | Charleston County School District Teacher Compensation | In approval of recommendations related to Charleston County School District Teacher Compensation adjustments and increases |
| William | Thompson | Prayer in school and school board meetings. | Prayer should not be included in public school teaching or school board meetings. Please stick to the business of education. |

| First Name: | Last Name: | Topic of Comment: | Public Comment: |
|---|---|---|---|
| andy | oates | teacher compensation | Please consider the Teacher Compensation Task Force recommendations to the teacher salary schedule increases for School Year 2023-2024: 1) A $58,000 starting salary at the Bachelor's/STEP 0 level on the 190 Day Teacher Salary Schedule. This new starting salary will increase salaries across all Degree Levels/STEPs on the teacher schedule up to STEP 30. 2) Increase the current schedule from STEP 30 to STEP 40 in an effort to retain all of our experienced teachers. |
| Sydney | Seidel | Prayer at School Board Meetings | Please drop conversations surrounding adding prayer to School Board Meeting agendas. The US Constitution allows for Freedom of Religion as well as Freedom from Religion. Also, as elected officials to the Charleston County School Board, you should be spearheading student facing initiatives and not spending so much time discussing something divisive. |
| Bonnie | Cleaveland | Public prayer policy BC | In the January 23 Board of Trustees meeting, Mr. Kelley asserted that the public prayer policy is intended to bring policy in line with practice, since prayers were a "longstanding practice." This is not true. At best, Mr. Kelley did not do his due diligence. At worst, he misrepresents history in order to make the public prayer policy appear traditional and ongoing.<br><br>A vote for this policy is a vote to create a new policy allowing public prayer to open Charleston County School District Board of Trustees meetings.<br><br>I searched within the text of COW and BOT meetings in the three school years prior to this one to find the words "pray, prayer, invocation, and moment of silence" without case sensitivity. It's possible that I missed downloading a file, since each one had to be downloaded individually.<br><br>COW meetings had no opening prayer or moment of silence in any of the school years (2021-2022, 2020-2021, 2019-2020). The Board of Trustees typically opened meetings with a moment of silence, but never with prayer.<br><br>There were several mentions of prayer during the course of business at two other meetings. At the April 27, 2020 meeting, the minutes indicate that, "Rev. Mack offered prayers and condolences for loss of the following members of the CCSD family: Jackson Long, James Island Charter High School student; Lanelle Reed, Daniel Jenkins Academy student; and Isaac Legare, teacher at St. John's High School." At the February 28, 2022 meeting, "Rev. Mack asked everyone to join in thought and prayer for the Ukranian people at this difficult time."<br><br>Please vote no on the amendment to policy BC. |
| Linda | Cline | I am an atheist and hope you will consider respecting all ccsd families who may also be, by not including prayer in school board meetings. There really is no place for it where public school is concerned. Please consider respect for all of us. | Please do not offer prayer in school board meetings. There are atheists in ccsd who feel disrespected and it is no place for it. |
| Shannon | Shelly | Prayer at School Board Meetings | I write today as a concerned parent. I know that prayer at the school board meetings is on the agenda to be discussed. As these meetings are public meetings, there is zero reason that prayer of any kind should be involved. Not all people practice religion, nor does everyone practice the same religion, so out of respect for the community at large, please leave prayer out of it. There is much to be discussed at school board meetings that of late, are running well past the four-hour mark. Why add something else? We have plenty of churches in this town and people may pray as much as they like on their own time.<br><br>Please, leave out the prayers from these public meetings, remembering that this country was founded on the separation of church and state.<br><br>Thank you. |
| Ana | Gilpatrick | Item 11. Leave prayer out of public meetings | Item 11: Please leave prayer out of public meetings. |
| Shannon | Slade | Employee Code of Conduct policy | I strongly oppose CCSD's use of its Employee Code of Conduct policy to attack and silence queer students and teachers and ask that CCSD remove proposed changes to the Employee Code of Conduct policy that restrict gender identity and expression. To not allow students to express their gender identity in the classroom, and in addition to force teachers to 'out' students who identify outside of what is on their birth certificate, is an act of violence. Not only will misgendering students or not using their chosen names and pronouns prevent them from focusing on learning, but it has also been shown to lead to increased youth homelessness, rates of depression and suicide. (https://williamsinstitute.law.ucla.edu/wp-content/uploads/LGBT-Housing-Apr-2020.pdf; https://www.thetrevorproject.org/survey-2021/?section=Introduction) |
| Ashley | Peele | Focus on the issues | CCSD's Board of Trustees should focus on educational issues and not on ways to censure and erase LGBTQ+ kids from our school system. There are real issues at hand affecting our students and I can tell you that 99% of parents are more concerned that their kids are going to get a quality education that will prepare them for college/the workforce than they are about teachers supporting vulnerable LGBTQ+ kids. Teachers know best how to support their students. Let them focus on that while the CCSD Board focuses on academic outcomes. My neighborhood schools are failing and when I have to take my kids to a different district, it won't be because teachers were using preferred pronouns, it will be because CCSD BoT has failed to provide quality education opportunities for my children. |

| First Name: | Last Name: | Topic of Comment: | Public Comment: |
|---|---|---|---|
| Joseph | Dodson | Proposed changes to employee conduct | The proposed employee conduct changes included in the March 13th meeting are discriminatory and infringe on employees' civil rights. Forcing teachers to use only pronouns which correspond to the sex on their legal documents is unnecessary. What is the intent of this change? Should we also require to use the legal name? What if Mathew goes by Matt? Please make clear the prior issues that have led to this proposal. There are none. This change is meant to discriminate. The intent is not based on educational purposes. The other proposed change to no longer allow employees to discuss topics regarding sexual orientation, gender identity, or pronouns without prior consent could essentially out a student. This alienation of LGBTQ students is harmful and adds to depression and suicidal thoughts. I see no educational benefit to these policies. A teacher's job is hard enough. They should not have to worry about negative consequences if a student decides to say they are gay. The basis of these changes is personal beliefs and based upon discrimination. I would like to understand the problem these changes are trying to resolve along with examples of previous occurrences. There are none. This is hate. There is a separation of church and state for a reason. Sadly, the liberty moms have taken over the board and are using this as a means to push their ignorant, hateful beliefs. |
| Alfred | Peeler | New CCSD code of conduct for teachers discussions | My name is Alfred Peeler, and my son is a first grade student at SASMS. As a parent I have been watching this board pursue reactionary policies to turn our school system into an unwelcoming and downright hostile space for LGBTQ teachers, students and staff with great concern and disgust. The idea that so many members of our community will be forced to hide who they are from their peers and their students or face reprisal is terrifying, and speaks to a more general reactionary turn stifling engagement and community in this school system. I do not want the oppressive aims of Mothers for Liberty and their facile ilk turning my son's school into a bastion of intolerance and threats. I do not want their misanthropic spite controlling our curriculum or treating our neighbors as second class. There is no science, rationale or goal behind these trends that hold up to scrutiny. Nobody of good will and good faith can attach to them any shred of integrity. There is no place in decent society for this antagonistic garbage masquerading as whatever it's pretending to be! They are either simply the product of reactionary hate or the means to larger project of repression. The policies authors should be ashamed of themselves. |
| Stephanie | Spears | CCSD Gender Issues Ban | CCSD's newly proposed Employee Code of Conduct policy in regards to communication between students and teachers about sexuality or gender identity is at best misguided and at worst discriminatory. Also, requiring parental consent for Guidance Counselors to discuss any topics relating to gender identity or sexuality with students presents a dangerous situations for many students with unsupportive home situations. |
| Tracy | Wright | LGBTQI+ issues | Making the Charleston County School District a place where you can't discuss sexuality or gender identity and can't refer to students by their preferred pronouns will cause harm to those students. As a mental health professional and the parent of a transgender child, I have seen the trauma that these kids experience just by existing. The school district should not participate in compounding that trauma. I am not exaggerating when I say that this is a life or death situation. |
| Michele | Kern | Gender identity and CCSD | It is truly ignorant to think that these topics will not be a part of everyday conversations. Why not provide a safe and brave space where individuals can freely be who they are and have open discussions. This is the only way to truly combat homophobia. Remaining in the dark and ignorant regarding these topics is not helpful. It continues to bring harm to our youth. If you hold a different viewpoint that is fine. But there needs to be openness and space for everyone to interact together in healthy ways. Youth will suffer greatly by forbidding them to discuss vulnerable topics with those they trust. |
| Kimberly | Morgan | Our LGBTQ+ students deserve to be protected and have space to explore who they are in a safe environment. I am new to Charleston so I want to know this board will do everything to support/protect the youth as they become young adults in their own right. | Our LGBTQ+ students deserve to be protected and have space to explore who they are in a safe environment. |
| Kayla | Kantola | LGBTQ policy | Ed Kelley's proposed policy is deeply concerning to me. As a James Island homeowner & tax payer, I will not stand for the erasure of LGBTQ+ people from our schools, or policies that would force school districts to "out" students to their parents. |
| Anthony | Hale | Proposed changes to employee conduct | The proposed changes to employee conduct included in the March 13th meeting should be dropped. This board was elected to solve issues for Charleston County Schools. What issues are they trying to solve with these discriminatory policies? Are the proposed changes a response to problems in Charleston County or instead copied from a national playbook? The counties and states across the south are ranked as the worst schools in the nation. Are these the real issues that need to be addressed? Our school board is spending its time promoting a political agenda as opposed to addressing real issues for Charleston County. Improving test scores, access to early education, teacher recruitment, retention, and inequity in schools are all issues the board should be addressing. Instead, we are debating if a child can talk to their teacher about sexual choice and sexual preference. Again, what is the problem we are solving? The vague language is targeting the LGBTQ community. The board should be clear on its intentions. A female student talking to her teacher about her male boyfriend is a violation of this policy. Heterosexuality is also a 'preference'. We will vote this board out. We will elect a board that cares about the students of Charleston County, not a board focused on promoting a national agenda. |
| Sydney | van Bulck | Ed Kelly's threat towards an employee | It has come to my attention that at a recent Moms For Liberty meeting Ed Kelly discussed an issue surrounding a current employee's personnel situation. Allegedly, he also stated,"if it had been his daughter's teacher that he would have shown up at the teacher's home with a gun." This is a serious allegation, and fully unacceptable of someone who is in a leadership position within our school district. If this is true, I would expect an immediate response and resignation. |
| Matthew | Granger | Ed Kellys comments from the last meeting | Ed Kelly needs to stand infron of that teacher personally infront everyone and apologize for the threat that he made against them. He had no right to make a comment that he did. |
| Amanda | Dowd | Ed Kelly needs to resign | Ed Kelly is transphobic, targeted and threatened a CCSD employee with hate and violence. He needs to resign. Full stop. |
| Ellis | Chang | none; attending to observe | none |

| First Name: | Last Name: | Topic of Comment: | Public Comment: |
|---|---|---|---|
| Lisa | Izzo | Resignation request for Ed Kelly | Dear Charleston County School Board Members,<br><br>With a position on a school board comes the responsibility to lead with best of your ability. As a public servant you should be responsible for your words and actions. If a Charleston County student said " I would have gone to a teachers house and bought a gun with me " that child would most likely face disciplinary action.<br><br>It has come to my attention that one of your members Ed Kelly spoke at a recent Moms For Liberty meeting where he discussed an issue surrounding a current employee's personnel situation. Allegedly, he also stated,"if it had been his daughter's teacher that he would have shown up at the teacher's home with a gun." This is a serious allegation, and fully unacceptable of someone who is in a leadership position within our school district. If this is true, I would expect an immediate response and resignation.<br><br>*Please be reminded that Gun violence is the number one cause of death for children in our country .<br>Mr Kelly's remarks are dangerous and he should hold no position that directly impacts the education and well being of children.<br><br>Best regards ,<br>Lisa Izzo<br>Charleston Moms Demand Action<br>Students Demand Action |
| Lindsey | Brown | Requesting resignation of Ed Kelly from the CCSD School board | Requesting the resignation of Ed Kelly from the CCSD School board. His disregard for teachers public safety. His threatening to show up to a teacher's home with a gun. Puts everyone In harm's Way. |
| Lisa | Ross | opening CCSD board meetings with prayer | I am completely opposed with starting Board of Trustees meetings with a prayer. This group needs to represent all children and all families in the district. Even nonsectarian references to God or "The Almighty" is just not appropriate in this context.<br><br>I would expect an opening prayer if this were a religious school, but it isn't. Even if the prayers you have in mind represent the majority, please remember they would exclude many people.<br><br>The two minutes of silence at the beginning of the school board meetings is a beautiful reminder of the plurality of beliefs and diversity of families who are part of this school district. It is a respectful way to come together. It offers a reminder of the importance of serving on the school board and doing what is best to educate all children in the district. ALL children from ALL families.<br><br>This is a public school district. Voting to start these meetings with a prayer is a very divisive move at a time when public education has become more complicated than it needs to be.<br><br>**<br>If this is item 11 a on the agenda, why is there no item 11 on the listing below? |
| Diana | Fossum | Formal request for Ed Kelly's public apology and resignation | It has come to my attention that at a recent Moms For Liberty meeting Ed Kelly discussed an issue surrounding a current employee's personnel situation. Allegedly, he also stated,"if it had been his daughter's teacher that he would have shown up at the teacher's home with a gun." This is a serious allegation, and fully unacceptable of someone who is in a leadership position within our school district. If this is true, I would expect an immediate response and resignation. |
| Becca | Nexsen | Teacher compensation | Teachers need to be valued and compensated for their irreplaceable value otherwise they will keep leaving the profession. |

| First Name: | Last Name: | Topic of Comment: | Public Comment: |
|---|---|---|---|
| Jenna | Patrick | Ed Kelley's Resignation and Public Apology | Formal request for Ed Kelly's public apology and resignation<br><br>It has come to my attention that at a recent Moms For Liberty meeting Ed Kelly discussed an issue surrounding a current employee's personnel situation. Allegedly, he also stated,"if it had been his daughter's teacher that he would have shown up at the teacher's home with a gun." This is a serious allegation, and fully unacceptable of someone who is in a leadership position within our school district. If this is true, I would expect an immediate response and resignation.<br>A current teacher, parent and concerned citizen,<br>Jenna Patrick |
| Stephanie | Mignone | Policing pronouns and unintended consequences | Consider this: the GBEB policy on teacher pronouns actually MANDATES that a fully transitioned, mid/late career, well-established, outstanding teacher whose gender presentation aligns with the pronouns they use (ie a burly, bearded teacher called Mr Smith referred to as he/him) MUST announce that they require their students to use new pronouns that do not align with the teacher's presentation and then MAY NOT explain why or answer any questions students ask. If the policy is meant to avoid distracting scenarios such as this, it is actually doing just the opposite by REQUIRING them.<br>Of course, transgender and non-binary faculty will leave the district and/or the profession rather than put themselves through that, and allies will as well, and new teachers will avoid this district, and LGBTQ kids will become more suicidal.<br>If the goal is to drive non-binary and transgender teachers out the district, or at least to get a list of them to target later, then this is an effective strategy. |
| Leslie | Armstrong | Dangerous comments by school board member Ed Kelley | It has come to my attention that Ed Kelley made comments at a recent Moms for Liberty meeting that are not only inappropriate but dangerous and possibly criminal. I was told he said that if a specific school employee he had a problem with had been his own child's teacher, he would have shown up at her home with a gun. I strongly urge the board to investigate this matter thoroughly and, if true, force his resignation and report the incident to the law enforcement. |
| Ruth | Monsell | Gender issues | I implore the trustees to respect the rights and dignity of students and teachers who are non-binary, gay, or trans. These people have not made arbitrary choices but are simply trying to be the people they were born and be treated and educated and accommodated fairly. Let's keep the focus in our schools on embracing all, in justice and equality, while teaching science and truth. Thank you. |
| Dianna | Raczniak | Ed Kelley second reading of prayer and council proposal | I am now very frustrated with Mr. Kelley and his desires to have prayer in schools and even more frustrated that he wants to use school funds to hire an attorney "if" he gets sued for this proposal. That money could go to the teachers that are SO underpaid or to a school that has challenges of poverty in their areas or free lunches to any child that needs/wants it.<br><br>I believe prayer is a right afforded to all regardless of their faith system. I am opposed to prayer in schools because our schools have so many ethnic and religious groups that do not follow Mr. Kelley's values. Take for example, this past week my Muslim friends are celebrating Ramadan. Given Mr. Kelley's views, should we have the kids fast from sun rise to sun set to honor the Muslim faith?<br>Mr. Kelley has a very narrow view on the world and reality.<br>Prayer is a private, individual thing that should not not be forced on children of different belief systems. I for one would be in the schools in a minute if my children were forced to pray in schools.<br>I believe it would be in the best interest of our schools, teachers, children and communities that Mr. Kelley resign from the school board as he is not fit to hold this incredibly important position in our schools. |
| Angela | Wicke | Prayer at public school board meetings | Agenda Item 11: I am a parent of two CCSD students, a Christian mother, and completely opposed to prayer in a public school board meeting. This practice would ostracize those outside of the Christian faith and is in/and of itself wholly un-Christian. Prayer DOES NOT belong in our public offices. Keep church and state separate. |
| Janet | Maragioglio | Policy to restrict pronoun usage and gender discussion | I am the proud parent of a child who identifies as LGBTQ+ and uses they/them pronouns. Because of your actions, they and their friends currently do not feel safe or welcomed in school. As school board members, it is your duty to serve ALL students and teachers in Charleston County, not just the ones you agree with or who are like yourselves. If you adopt a policy that prohibits students and teachers from using someone's correct pronouns or name, or expressing their gender or sexual orientation, you are not upholding your duty. Everyone in our school system deserves to feel safe and included. More than half of trans and nonbinary students consider suicide. This is not because they have "psychological problems" as the maker of this policy stated, but because they are made to feel less than simply by existing, because they are made to feel that they are unacceptable. If one student experiences added trauma because of your policy and considers taking their life as a result, you are at fault and have blood on your hands. In the worst cases, your policy could create an unsafe environment for students who are already vulnerable. Teachers who are not out at work and students who are not out to their families could be outed if forced to use pronouns or gender assigned at birth. School is a place where all aspects of the human experience should be discussed and explored. Please don't put a policy in place that harms people. |
| Stacey | Bailey | Opposition to Christian prayer motion | I am writing to express my concern about the proposal to require Christian prayer of the board and for all those in attendance prior to board meetings. In order for our families and students to feel safe and included we shouldn't be prioritizing one faith over another nor should faith be involved in our public school system. |
| Enoch | Sherman | Agenda item Policy BC | I object to both Policy BC with changes accepted v1, and Policy BC v1.2 (COW Approved Draft). They seem to me to be a meaningless use of the Board's valuable time, and the only purpose for them is to create the impression that the Board is in favor of appealing to an imaginary, supernatural being for wisdom. This type of appeal is only appropriate in the private life of a member, and should not be a part of a public agenda. If, however, the board persists in this matter, the limitation to only the words God or "The Almighty" seems in itself to be preferential to only one belief system. If the wish were to be non preferential, why not allow names for the deity from other belief systems such as Islam (Allah), Jew (Yahweh), Pastafarianism (The Flying Spaghetti Monster), etc.? The board would avoid such dilemmas by rejecting this obvious attempt to insert religion into the board's activities. |

| First Name: | Last Name: | Topic of Comment: | Public Comment: |
|---|---|---|---|
| Lizabeth | Perez | Pronouns | Students in our district should feel affirmed and supported by our school district. Pronouns matter and our students and faculty mambers should be able to communicate what their preferred pronouns are and be referred to as such. So many LGBT youth are at high risk for suicide. Instead of ignoring the mental health crisis, we need to be positive role models for our students which includes affirming LGBT staff as well. |
| Cator | Sparks | Gender issues | Making (the) Charleston County School District a place where you can't discuss sexuality, gender identity, and pronouns and can't refer to teachers with their pronouns other than what's on their certified documents is a violation of the civil rights of all CCSD faculty. |
| Linda | Mayo-Perez | Policies that May cause harm | Dear CCSD Board:<br><br>I have every confidence that we can count on you to ensure that ALL students attending Charleston County public and charter schools are safe, respected for who they are and given the highest and best educational instruction and support. Thank you. |
| Lisa | Hayes | Example of Jesus | I think the board should spend their time debating things that will actually change the educational outcome for Charleston's children (teacher retention), and not dog-whistle issues that are hateful and unchristian. If you knew that you could do something that would make it a LOT less likely that a child would try to take his or her life, wouldn't you do what you could to support that child? There is no reason to pray before your meetings when the holiest thing you can do is love all children as God created them. Please move away from these non-issues and look for real ways to create positive change for more children in Charleston. Thank you |
| Whitney | Windsor | Policy BC | Policy BC (agenda item #11)<br>I would like to ask that the board vote against opening meetings with prayer. It is inappropriate and unnecessary. |
| Sharon | Cooper | Public comments | Ed Kelley |
| Kathryn | Bottonari | Prayer before board meeting | Re 11A. As a parent of 2 children in Charleston County schools, I respectfully disagree with the waste of time and resources being devoted to this matter of offering prayer before meetings. Please offer a moment of silence so that all can observe their own personal beliefs and move on to the matters at hand. This is abuse of power and waste of precious resources. |
| Katie | Hodgson | GBEB | The new anti-LGBTQ+ policies being proposed are discriminatory to teachers/staff, extremely detrimental to LGBTQ+ youth who have significantly higher rates of depression and suicide due to lack of acceptance, and creates a environment that fosters bullying and exclusion. Vote no on including this anti-LGBTQ+ policy. |
| Cathy | Calamas | Ed Kelly and Moms for Liberty | It has come to my attention that CCSD Board member Ed Kelly recently discussed a CCSD employee situation at a public gathering of a Moms for Liberty chapter. I am appalled by this breach of confidentiality , as well as his comments that he would have shown up at that employee's house with a gun if they had been his daughter's teacher. This is beyond disturbing and threatening violence should never be tolerated by staff, students or the Board. I call for his immediate resignation.<br>Sincerely, a concerned former parent of CCSD students,<br>Cathy Calamas |
| Jennie | Church | Teacher Compensation | My name is Jennie Church and I am completing my 18th year in the classroom. In addition to my teaching duties, I have spent the past 2 years pursuing a master's degree through the support of CCSD, USC, and SCDOE. Upon graduation, I will move up a salary band in addition to my yearly step increase. Even with this hard-earned pay increase, I will not make enough to live independently in Charleston County. Even after 18 years of loyal service to the state and an advanced degree, the inability to support myself (not including my children) is a travesty. To increase teacher morale and dedication, the board should act immediately to give loyal staff a retention bonus for the 2022-2023 school year (the $2,000 additional given to CCSD by the state and not passed directly to teachers would be a good start). Going forward, the board should demand a significant pay increase across all bands of teacher pay. Thank you for your attention to this matter. |
| Jennie | Church | Public Prayer | I was going to write in disagreement with the addition of public prayer to school board meetings but I had a change of heart. Instead, I offer a school board-specific prayer that can be used for all meetings going forward.<br><br>Our School Board,<br>who sit in power,<br>privilege be thy name.<br><br>Thy school year come,<br>thy will be done,<br>in North Charleston as it is in Mt. Pleasant.<br><br>Give us this day a livable wage<br>and forgive the teacher's outspokenness,<br>as we forgive those who are outspoken against us.<br><br>Lead us not to resignation,<br>but deliver us from erroneous testing.<br><br>For thine is the duty, power, and legacy forever.<br><br>Amen |

| First Name: | Last Name: | Topic of Comment: | Public Comment: |
|---|---|---|---|
| Jennie | Church | School Board Member Behavior | Teachers and staff in Charleston County have been terminated for inappropriate comments made on social media accounts, through email, and voiced publicly. As representatives of the district, school board members should be held to the same standard of accountability. During a recent, public Moms for Liberty meeting, a current school board member was witnessed referring to private, district personnel matters. In addition, the board member stated that, if his daughter had the mentioned teacher, he would have shown up at their house with a gun.<br><br>A school board member should be held to the same accountability as a CCSD teacher and terminated and/or put on immediate leave until an impartial investigation is conducted. This behavior is unacceptable and must be held accountable immediately. |
| Jaye | Amarice | Prayer Before Meetings | Hello members of the board,<br><br>It's me again! As you vote tonight on the issue of prayer before school board meetings, please keep in mind that The Satanic Temple is willing to provide an invocation before your meetings to keep a sense of religious equality, to assist in adequately representing the diverse body of students you serve. If this idea is not agreeable to you, then I once again implore you to vote "no" on prayer before meetings, in favor of a moment of silence.<br><br>Jaye Amarice<br>Congregation Co-Head to The Satanic Temple: South Carolina<br>Minister of Satan |
| Victoria | Davis | The propsed ban on discussion gender and sexuality, and tbe changes to the Code of Co duct | The proposed changes that would limit the discussion of gender and sexuality issues, including respect of staff and students' chosen pronouns, are absurd and should not be adopted. These changes would jeopardize the rights, physical safety and well being of both students and CCSD staff.<br><br>School, for many children, is the only place where information relevant to personal and emotional development can be accessed. Please do not limit this access based on the bigoted opinions of a few. |
| Ryan | Byrne | 11A Policy BC Amendment | This relates to the proposed amendment to policy BC regarding opening the meeting with a prayer for board members. This policy is already contradictory as it specifies that the prayer be to God or The Almighty, then states it may not invoke one religion over others. By praying to God, there is immediate invocation of monotheistic religions over the major religions Buddhism and Hinduism. Prayer to a specific God also will alienate the quarter of all Americans who affiliate as atheists, agnostics, or do not practice religion. Our school board needs to be welcoming for parents, teachers, and students of all faiths and backgrounds. This proposal directly interferes with that goal.<br><br>From a more practical perspective, the fact that the board is spending several meetings on this topic is disconcerting. The community is divided over educational topics such as the EL curriculum, and, instead of working to solve this and numerous other crises, the board is creating more debate over a meaningless amendment.<br><br>Finally, the board needs to focus attention on following the current Policy BC. Last meeting, we saw Ms. Whatley impede the orderly conduct of the meeting by asking security to stifle open discussion amongst elected officials, a direct violation of democratic principles. |
| Mary | Davis | Policy against discussion of LGBTQ topics | I worked in a private school where this policy was enacted and saw first hand the damage it does. Overreaching policy like this does not protect kids from learning about different identities. What it does is teach kids who already feel different that they have to hide and feel shame, and make teachers who are LGBTQ fear for their security should someone ask them a personal question or notice a picture of them with their partner on their desk. The only results that come from a policy like this are increases in student depression and mass teacher exoduses from the profession. |
| Amanda | Gunnels | Safety and Respect of LGBTQ Staff and Students | Please stop attacking the Civil Rights of your staff members. The pronouns a staff member chooses to use have zero impact on their ability to provide our students with a safe learning environment and quality education. Second, why do you want to prevent child from being able to talk about their family at school? Suddenly, a child isn't allowed to mention they have two dads at home? Do you think it's wrong to be raised by gay parents? A teacher isn't allowed to mentioned their loving partner unless they are of the opposite sex? What if their family sees another family at the grocery store? Do they have to remain in the closet and lie? Its doesn't make any sense. Focus on what matters. Provide a safe, quality education for our children and leave families alone. |
| J | Gregory | I am against the Employee Code of Conduct policy proposed changes. | I am a LGBTQ+ ally. I vehemently disagree with the proposed changes to the Employee Code of Conduct policy, as this will negatively impact of all of the LGBTQ+ students, staff and administration people from CCSD schools. Please do not pass these changes. |
| JEREMY | RUTLEDGE | GBEB policy is discriminatory | The proposed GBEB policy is discriminatory, targeting a specific group of students and teachers. The policy will create a dangerous environment for transgender and nonbinary students, who are already at higher risk of self-harm. It is the responsibility of the CCSD Board to create and preserve a safe and healthy learning environment for ALL students and teachers. Vote down this discriminatory policy. |
| Jamie | George | Policy Board Meeting Protocol (Religious) | The addition of a mandated religious component to the beginning of the meetings is inappropriate. If a board member wishes to pray, that should not be done as part of the meeting. It is disrespectful to those who are not religious and is not consistent with the Board's stated policy goal of "an environment of personal respect..." |
| Annette | Sherman | Employee Code of Conduct policy | Public schools are intended to be a safe haven for ALL students, not just the straight, white, heterosexual ones who dress and act in traditional ways. Children who are different do not pose any danger; rather, they are part of the beauty of humanity and have much to teach us. Learning about their differences and discovering the reasons for those differences helps to assuage the fear surrounding these subjects. Transgendered children in particular are being discriminated against, and are in danger themselves. They are doing their best to live openly as their true selves. PLEASE, DO NOT ERASE THEM FROM OUR PUBLIC SCHOOLS. "Public" means "for the people as a whole". Our schools are for ALL of us, not just for some. |

| First Name: | Last Name: | Topic of Comment: | Public Comment: |
|---|---|---|---|
| N/A | Ireland | Teacher Compensation | This comment is in support of the Teacher Compensation Task Force's notion to increase teacher pay across all steps in CCSD and to extend the current salary schedule beyond 30 steps. Teachers struggle to live comfortably near the schools they work for in CCSD because teacher salaries have not kept up with the cost of living in the greater Charleston area. This problem is not unique to CCSD or Charleston, but can be seen firsthand in our immediate community. Many teachers either have to live far from the schools in which they teach in order to obtain affordable housing or they have to live with roommates, sacrificing privacy and comfort in order to be closer in proximity to their place of work. This is an insurmountable consideration for many teachers thinking about moving to the Charleston area and may even be a deterrent to those considering employment with CCSD. Given the circumstances, CCSD may be missing out on many well-qualified educators because they have chosen a different school district in another area of SC or even a different state with a better pay-to-cost-of-living ratio. Many teachers are forced to seek secondary employment with part-time jobs in the evenings and on the weekends in order to make ends meet. There is no reason that a trained and certified salaried employee should need a second job to support themselves. If CCSD wants to retain the amazing teachers they have and attract similar talent to open positions, raising teacher pay needs to be a top priority. Otherwise, current teachers and potential new hires may seek employment elsewhere or leave the teaching profession altogether in order to be able to afford the cost of living. |
| Jessica | Maynard | proposed GBEB policy updates | I write in opposition of the proposed GBEB policy regarding trans and non-binary students and teachers. Insofar as school attendance is compulsory, school should be a nurturing environment for all students, and the proposed policies do not further that goal. |
| Casey | Sullivan | GBEB policy | Allowing students, teachers, and staff to live their true self is beneficial to all parties. LGBTQ people are part of our communities. The Federal government gives protection to all of us. "Making (the) Charleston County School District a place where you can't discuss sexuality, gender identity, and pronouns and can't refer to teachers with their pronouns other than what's on their certified documents is a violation of the civil rights of all CCSD faculty. It seeks to silence any LGBTQ+ or questioning students."-We Are Family coordinator. As a school district we are tiring very closely to losing many well qualified teachers and staff as well as not allowing acceptance to the youth that will look up to us. |
| Ryan | Leveille | gender discrimination | The proposed GBEB policy, if adopted, will be discriminatory towards lgbt+ staff and students. Young lgbt+ people are already at elevated risk for depression and self-harm. This proposal would only exacerbate that problem within CCSD schools. Don't use students as an excuse to foist a myopic world-view upon the district. |
| Kasandra | Mckenna | Policy Regarding Using Teachers' Names and Pronouns | The US Department of Education for Civil Rights and the US Department of Justice, Civil Rights Division released a document to help schools, students and teachers identify and prevent discrimination based on gender. The following is an excerpt which details an example of a violation of civil rights against a student. "When he starts middle school, a transgender boy introduces himself as Brayden and tells his classmates he uses he/him pronouns. Some of his former elementary school classmates "out" him to others, and every day during physical education class … call him by his former name. —When he reports it to the administrators, they dismiss it, saying: "you can't expect everyone to agree with your choices." This example is used by the US Department of Education and further explains that students who experience this type of harassment should report it to administrators up to and including filing a formal complaint with the US Department of Justice. There is no legal or moral standing that diminishes this type of scenario to anything other than a violation of civil rights simply because it is an imposed policy on teachers instead of students. Calling a teacher by their pronouns and preferred names is the only way to uphold basic civil rights which are protected under United States Law. Employing an environment which encourages or even mandates that students dismiss a teachers preferred name and pronouns is employing a hostile environment to all students and especially to LGBTQi students who are already at high risk for experiencing violence, abuse, and suicidal ideation. It is teaching students who may be gender non-conforming that the school administration does not care to respect their basic civil rights and that their identity is not valid. Suzanne B. Goldberg on behalf of US The Department of Education states that "The Department of Education strives to ensure that all students -including LGBTQI+ students- have access to supportive, inclusive school environments that allow them to learn and thrive in all aspects of their educational experience." She continues, "Federal law prohibits discrimination based on…gender identity and we are here to help Schools, students and families ensure that these protections are enforced" This proposed policy directly counter acts all of these statements and laws, creating a non supportive environment for students. It does not only effect the teachers and administrators but it IS detrimental to the supportive environment that THIS school district and the United States Department of Education has worked so hard to uphold. There is no level of fear or standing of morality or belief system that makes this policy anything less than a violation of protected civil rights and a massive liability to the school district. |
| Kim | Kaplan | Prayer | Dear Board of Education members,<br>A slim majority amongst you has been trying for months to impose prayer before board meetings despite multiple letters and comments from students, parents, constituents and even clergy to not do so as it could be viewed as divisive and potentially dangerous to introduce religion in a public function.<br>Our public schools are for all children whether Christian, Buddhist, Muslim, Jewish, agnostic or Atheists.<br>You are elected to work on matters of Public Education not to promote a religious point of view.<br>Please, do not make prayer before board meetings an official business.<br>Thank you. |

| First Name: | Last Name: | Topic of Comment: | Public Comment: |
|---|---|---|---|
| Allison | Crawford | Teacher Compensation and Quality of living, rise of living expenses | I strongly support the salary base increase for CCSD Teachers. I have been teaching for six years and the decision to stay in the classroom year to year is never easy. I struggle with feelings of doubt, uneasiness, and often times being overwhelmed financially because my two monthly pay checks only cover basics like rent, car insurance, groceries, gas, and unexpected maintenance that arises. I am unable to save money like I would like to, saving for a house is unthinkable, and planning for common outings with friends or family is infrequent and stressful. As a single woman, I don't have dual income like married couples or people who have a partner to shoulder the cost of everyday living. Teaching is heavy with female educators and the standard of living has increased dramatically. For single female educators, we cannot maintain quality of life on a salary that does not in anyway meet monthly costs, groceries, and much more. I can guarantee if the salary is raised by 10k, you will not only retain excellent teachers, but CCSD will attract a surplus of teachers needed to fill the empty classrooms and replace proctors and virtual teachers who are trying their best, but remain highly ineffective in teaching our students. Not only will attitudes shift to reflect happy, motivated and loyal staff, but as a Board, you will have gained more respect by doing the right thing by the teachers, students, and community of CCSD. |
| Shari | Saffer | I've heard some rumors that although two options were released for the 23-24 calendar indicating an 8/23 start date, that the start date may in fact be earlier than 8/23. I'd like to point out that many parents have already planned for this summer and booked travel/camps/childcare based on the fact that two options were released and both indicated the start date would be on 8/23. Please consider these parents/teachers, if in fact, you are considering a start date adjustment. | I've heard some rumors that although two options were released for the 23-24 calendar indicating an 8/23 start date, that the start date may in fact be earlier than 8/23. I'd like to point out that many parents have already planned for this summer and booked travel/camps/childcare based on the fact that two options were released and both indicated the start date would be on 8/23. Please consider these parents/teachers, if in fact, you are considering a start date adjustment. |
| Sarah | Clere | Anti-LGBTQ proposal | My children go to school to get an education, not to be used as proxies in Mr. Kelley's version of the culture wars. I recently read in the Post and Courier that Charleston County Schools are facing a critical shortage of Special Education teachers. Instead of addressing this emergency, Mr. Kelley and other board members seem intent on manufacturing a false crisis. A parent supposedly contacted Mr. Kelley because his child had a bad dream, and Mr. Kelley has now proposed a sweeping policy--as a result of a child's bad dream. Is this a joke? Let's call this what it is, Mr. Kelley's attempt to use CCSD and our children as a means of enforcing his own viewpoints.<br><br>CCSD's policy proposal preventing nearly all discussion of gender and sexual orientation is unnecessary and harmful. How will teachers affirm the children of same sex couples? If a student brings up her two moms will the educator have to change the subject, thus telling the student there is something wrong with her family? How can you prevent bullying of LGBTQ students when their very identities are unmentionable? Proposed rules surrounding staff members' pronouns and transitioning would be an assault on in supposedly introduced the idea of sex to delicate young minds? Will CCSD prevent married heterosexual female teachers from taking their husband's surnames and using Mrs.? Will all name changes be prohibited? This policy is obviously ridiculous, but will unfortunately do real harm. How will I explain to my children that they have to use pronouns that do not match their teacher's identity? How will I explain to them that a person's individual rights and choices simply do not matter to CCSD? Now that's confusing and disruptive. |
| Misty | Walsh | Worried about Board member | I have read, in news articles, things Mr Kelley is saying in public about a private personnel matter. He doing so, he violated board policy on multiple levels. I believe he should resign. At a minimum Mr Kelley should be removed from writing policy. He is writing policy that could get the district sued. We want the board to always focus on the children. All of the extra policy that is being created is not in the interest of the children. |
| Sara | Rutledge | Prayer at meetings (against) | I am against prayer at school board meetings. We live in a pluralistic society; some people follow a faith and some do not. The place for prayer is in your home and own house of worship, not a public school board meeting. If you want to acknowledge a tragic event, have a moment of silence. That is inclusive of everyone in the public school community. That is your job as a school board member, to respect all students and families in our community. This is item 11 on the agenda but the menu choices go only up to 10. |
| Kristin | Farris | 3.27 Agenda Item: Compensation & Opening Prayer | I am first writing to share my support for an increased salary plan for teachers, as outlined in the presented pay plan proposal. Our family is new to CCSD (Kindergartener) and as we've talk to other parents and staff at differing schools, one aspect that has made or broken their experience with CCSD has been stability and experience within the school. This can only be achieved by retention; and compensation, I am sure we can all agree on, has a major impact on retention. I myself have considered shifting to school-based work or teaching but the reduction in pay would be too significant for our family to even consider. Our daughter has had the privilege to learn from a long-time CCSD teacher and her experience and knowledge has been invaluable to our child's learning experience and our family's ability to trust public schooling here in Charleston.<br>Secondly, I am writing to share my disagreement and concern with the ongoing proposal by only a few to open meetings with prayer. As representatives of an entire, diverse school district I find it offensive that meetings be reduced to one perspective of religion and spirituality. I have read previous public comments suggesting a moment of silence, a simple inclusion that would allow all members and attendees to have a moment of peace--however they choose--before entering in major discussions and decisions that impact all of our children or community members. However, it seems these comments have largely been ignored in favor of a few members' personal preferences. As noted above, I am a new parent of CCSD (West Ashley) and the fact that this continues to be pushed through for no practical reason has led me to believe that the current board does not best represent the County as a whole and shares little interest in focusing on the needs of students and teachers, only your own personal and political agendas. I expect a publicly funded school system (Board included) to be free from religious requirements, niche special interests, and personal agendas. I am quickly losing confidence in the board as it currently stands and fear the system as a whole is becoming an embarrassing spectacle like those that have garnered regional and national coverage. Please do better. |

| First Name: | Last Name: | Topic of Comment: | Public Comment: |
|---|---|---|---|
| Jordan | Sandlin | VOTE NO on Policy BC Prayer, board meeting violations, LGBTQ+ Title IX protections | I am writing as a concerned Charleston County School parent to express my opposition to Policy BC-prayer before meetings and Ed Kelley's proposed changes to exclude and silence LGBTQ+ students and staff. We expect the board to work on behalf of our children, teachers, and staff and not of their own personal agendas. There is a clear separation of church and state in our country and prayer has no place in our board meetings and in our schools, especially when only one religion, in this case Christianity, is being considered. On that same topic, I staunchly oppose Mr. Kelley's proposed changes that would harm our LGBTQ+ staff and students. These policy changes would further exclude teachers, staff, and students who all deserve an inclusive learning environment and the courtesy to use whichever pronouns they prefer. It's also dangerous to threaten Federal Title IX protections for those teachers and students. I'm extremely concerned about these policies from select board members who have not done their homework on meeting protocol and FOIA laws. I am appalled by the behavior of board members at the last meeting, especially Chair Leah Whatley's multiple threats to fellow board members and the entire audience to have security remove them. Clearly Ms. Whatley is not fit to serve as the chair and has not read the rules to understand who has the floor to speak. Vote NO on Policy BC and foster inclusive schools by protecting our LGBTQ+ community. I would also suggest board training on proper behavior and legal protocol so as not to violate FOIA in every meeting. |
| Shirley | Scott | Inequality | Charleston County School District talks about having equality in the district; however, there are many inequalities throughout the district. It was brought to my attention that all schools in Charleston County School District have a full time certified teacher librarian with the exception of the alternative schools like Liberty Hill Academy, Daniel Jenkins Academy, and Septima P. Clark Corporate Academy. While we all understand the purpose of these schools, it does not justified CCSD denying these students access to a full-time certified teacher librarian. In case you don't know the importance of having a teacher librarian please let me remind you. Librarians teach students how to learn and help teachers drive student success. School librarians work with every student in the school, teaching them to think critically, providing the resources and support learners need in school and beyond, and nurturing their creativity. So someone please tell me why we don't have a full-time librarian in these schools, when they desperately need it. |
| Marlin | Bennett | Inequality in the CCSD - Teacher Librarian | Charleston County School District talks about having equality in the district; however, there are many inequalities throughout the district. It was brought to my attention that all schools in Charleston County School District have a full time certified teacher librarian with the exception of the alternative schools like Liberty Hill Academy, Daniel Jenkins Academy, and Septima P. Clark Corporate Academy. While we all understand the purpose of these schools, it does not justified CCSD denying these students access to a full-time certified teacher librarian. In case you don't know the importance of having a teacher librarian please let me remind you. Librarians teach students how to learn and help teachers drive student success. School librarians work with every student in the school, teaching them to think critically, providing the resources and support learners need in school and beyond, and nurturing their creativity. So someone please tell me why we don't have a full-time librarian in these schools, when they desperately need it. |
| Patricia | White | Agenda Item 11B | Dear Board Members, I am writing to express my concern over today's agenda item 11B. Ed Kelley, the policy chair, does not need a separate attorney. The board already has counsel with whom he can consult for "policy creation and modification." Why is the policy chair requesting this? Is he trying to protect himself using our tax dollars knowing that the policy creation and modifications he has proposed as of late could open the board and CCSD to litigation? The district can't even pay our teachers appropriately, and he's asking us to pay for another attorney? I say no. He can pay for his own counsel if he is that concerned. Speaking of litigation, I am concerned that he might have already opened CCSD and the board to potential lawsuits by discussing a personnel issue outside of executive session. That is a violation of policy. This type of behavior makes it clear that Ed Kelley does not deserve the policy chair position. Please consider removing Ed Kelley as policy chair. He is modifying CCSD policies to suit his needs and those who continue to endorse him. Thank you, Patricia White |
| Jared | Hove | Policy GBEB/ Employee Conduct | I'm writing to express concern about the new additions to the policy on Employee Conduct (EBGB) presented at the COW meeting in March. As written, the additions seek to prevent and punish staff members who may not identify with the gender of their birth (or as identified on their I-9). It restricts discussion of gender identity at a time when young people increasingly interact with others who may not share their sexual orientation or gender identity. This shuts down productive conversation that can build understanding before it even has a chance to start. By using language like "sexual choice" the policy also presents complex issues, like gender identity, as a simple choice, like choosing an item from a menu. Science tells us this is untrue, inaccurate, and harmful. Taken in full, the additions to this policy create an environment seeking to exclude people and create an environment of mistrust and suspicion—an environment that will negatively impact students and educators. Let's support all students and educators and vote against the proposed additions to the policy. |
| Kristin | Farris | Revised School Year Calendar | I am writing in support of the Revised Option B 23-24 School Year scheduled. I feel it reflects community feedback, including the concerns of parents (including working parents who would've been impacted by mid-week early releases) and employees. Please approve this revised calendar to show your support and acknowledgement of the community feedback provided. |

| First Name: | Last Name: | Topic of Comment: | Public Comment: |
|---|---|---|---|
| Joy | Brown | Policy concerns | Dear Chairperson Pam McKinney and CCSD School Board Members,<br><br>I am writing to you again, deeply disturbed by the actions of another board member. I saw a news story where Mr. Ed Kelley referred to a confidential personnel matter. I am a parent of children at St. Andrew's School of Math and Science where I have served as PTA President and currently serve as co-chair of the SIC. I have heard rumors about terrifying comments Mr. Kelley has made, and while I don't generally pay attention to rumors, paired with his addressing the matter to Live 5 News, I am worried for the safety of students and staff at the school.<br><br>Mr. Kelley admitted at the March 13th COW meeting to discussing the matter with "two principals" to help draft policy GBEB. He has also mentioned working with outside counsel on the policy. Going to multiple outside people violates policy BCA re: maintaining the confidentiality appropriate to sensitive issues and information, especially those matters discussed in executive session. During his presentation of his draft of changes to Policy GBEB, Mr. Kelley referenced two stalled bills commenting, "Frankly, whether the state legislature leads the way or we do, this is the appropriate direction for us to take the district." The CCSD school board is charged with student outcomes, not setting legal precedent ahead of our lawmakers. This is especially concerning because if CCSD moves against federal law, we could lose federal funding. Policy BCA also mentions board members are tasked with placing children's interests above partisan or other political interests.<br><br>Mr. Kelley has an item on today's board meeting agenda that is questionable. Among the first policies he amended was Policy BDG. Here were are, one month after passing and Mr. Kelley seems to be asking for his own personal policy legal counsel?? The district is already spending a great deal of money on an outside contracted law firm, why is there a request for additional legal counsel that will come with additional cost? I am shocked at the frivolity displayed. Does the board have nothing better to do than spend money that should go to the students?<br><br>Mr. Kelley seems to be abusing his power as policy liaison to further his own personal agenda. He has acted outside his duties as an elected representative. I am again pleading that the school board puts aside political agendas and focuses on our schools and students. I have a list of concerns from fellow constituents and would love to work together to help move our school district forward.<br><br>Thank you for your time,<br>Joy Brown |
| Carrie | Henson | School is not a Church | I recently moved to the Charleston area from Alaska and am dismayed that the same type of sectarian nonsense is going on here that we just went through in AK. I can tell you right now that your current policy on prayer at public school board meetings will not hold up in court. The fact that the prayer is not open to anyone in the public of any denomination or none to give the prayer will not stand. You will be forced to open it up to any and all denominations and none, which means you will have to sit through Satanic prayers and Atheistic invocations, and if you have a problem with sitting through one of those prayers then you know what it feels like to be subjected to a viewpoint that does not agree with your values at a public meeting. Furthermore your policy is in conflict with itself. A prayer can not invoke the word God and still be considered nonsectarian. God is a reference to the sectarian religion of Christianity, just like invoking Allah would be Islam, and Satan would be Satanism.<br><br>Your policy already states that the expectation is of respect and courtesy. It is not respectful to push your own religious agenda on others at a public meeting. It is not courteous to offend others at a public meeting with your own religious beliefs. The new policy states that the prayer if for the board members for wisdom and discernment. I certainly hope that your value system was already in tact before you entered the meeting place and more importantly before you ran for the position of school board member. It is also not the place of a school board member to push a religious agenda that school children will be subjected to as well. It is the parents job to instill values in their children, not a school board member. Your hubris is astounding to think otherwise.<br><br>As someone who went through a two year legal battle over prayer at public meetings that cost the tax payers an exorbitant amount of money, I'm telling you, don't put yourself through that. Vote NO on this policy amendment. Your time and efforts are supposed to be focused on the children attending Charleston County Schools, not your own selfish agendas. |