# EXHIBIT 7

# EXHIBIT E

Filed Under Seal

09 October 2023

Dear members of the Charleston County School District Board of Trustees,

We, the undersigned professional educators, are writing an open letter to express our concern and disdain for the actions of the CCSD Board of Trustees throughout 2023, but particularly the September 25, 2023, meeting. Professional Educators, including Teachers, Teacher Assistants, School Counselors, Secretaries, Administrators, and all support staff, have a calling and a profound and unselfish duty to educate every student who enters our school building regardless of our beliefs. We have an oath to serve students selflessly, and we do it without question and sometimes at the expense of our self-care. No one has to ask an educator to care because it is natural.

As a Charleston County School Board Trustee, you should have a duty to support, uphold, and provide equitable decision-making for all of your constituents, not just a few. We ask for transparency and specific information regarding the suspension of Dr. Eric Gallien, the non-confirmation of Ms. Michelle Simmons as Chief Academic Officer, and the appointment of 12 new Health Advisory Committee members by the October 9th Committee of the Whole Meeting. Ms. Michelle Simmons and her team were just praised in the previous Board meeting for historic gains in CCSD, and then she did not receive confirmation for the Chief Academic Officer position. In addition, we request an apology from Mr. Kelly relating to his statements regarding Dr. Gallien's termination of General Counsel. Furthermore, we ask that the student member of the Health Advisory Committee, in addition to the other terminated members, be reinstated immediately.

Educators must develop plans based on standards, state objectives, and appropriately aligned curricula to help students engage, learn, and comprehend through various assessments. All of this is done with multiple district and school-based supports coupled with parental and community engagement. We ask that you, the CCSD Board of Trustees, follow a similar plan when making critical decisions involving CCSD students, faculty and staff, and families.

CCSD Educators have been committed to the alignment of the motto "*Students are the Heart of our Work,"* whereas the members of the board have held politics at the heart of their work. We, the undersigned, are new and veteran educators who want to continue to be who our students need us to be, and we want to reflect values that are collective and equitable with the support of the Charleston County Board of Trustees.

Thank you for your continued non-partisan service to the students, families, faculty, and staff of Charleston County School District.

1. Tasha Joyner, Project Prevent Program Officer, Black Educators Affinity Group (BEAG) Lead
2. Kalila Wilson, Assistant Principal Daniel Jenkins Academy, BEAG Participant, Wando HS c/o '97
3. Barbara Heyward, Lead Teacher/ School Testing Coordinator- Military Magnet Academy

4. Eyamba Williams, CCSD Online Learning School Counselor, BEAG Participant, North Charleston HS c/o '94
5. Sonya Gayles, Behavior Specialist
6. Dr. Shavonna Coakley, Executive Director of DoSS, NCHS c/o '95, current CCSD Parent
7. Alichia Leavy
8. Delores Bellinger, Literacy Assistant, Pepperhill Elementary School, BEAG Participant, Bonds-Wilson HS c/o '76
9. Bernard Scott
10. Roberta L Smith, Assistant Principal, Student Support Services
11. Tracy Shelton, 5th Grade Science and Social Studies, North Charleston Creative Arts Elementary
12. Marla J. Mitchell, Classroom Educator at Military Magnet Academy, BEAG Participant
13. Arriyanna Whitaker; BEAG Participant, Wando HS Teacher
14. Kimberly LaBoard Ed S. School Psychologist, St. Johns HS alumni
15. Richardine Chaplin
16. Latricia Heyward, Math Teach, C.E. Williams North
17. Kisha Harvey, Professional School Counselor, Murray LaSaine Montessori
18. Kiara Brown-Simmons, CCSD Educator, BEAG Participant, Garrett Academy C/O '13
19. Dr. Michele Garris, Director of School Counseling, Burke High School, BEAG Participant
20. Twila Wilson, Psychologist Supervisor
21. Natoshia Green, Administrative Assistant Acceleration Schools, BEAG Participant, James Island Charter High School c/o '16
22. Angela Shervington, Teacher of Exceptional Children, North Charleston Elementary, BEAG Participant
23. Georgetta Simmons, Professional School Counselor, R. B. Stall High School, BEAG Participant
24. Chelita Walters, Behavior Interventionist Daniel Jenkins Academy, CCSD Parent
25. Wendy Anderson, Assistant Principal Laing Middle School, BEAG Participant
26. Regina Duggins, Military Magnet Academy 11th & 12th Grade Case Manager/Resource Teacher
27. Brendan Glaze, Principal - Deer Park Middle School; BEAG Participant
28. Tarikia White, CTE Teacher at Daniel Jenkins Academy, BEAG Participant
29. Wandalyn T. Jones, Academic Interventionist, Cooper River Center For Advanced Studies
30. Varnette Maxwell, Teacher Assistant, Thomas. Cario Middle School

31. Kanika Manigault, RP Coordinator, BEAG Participant, Wando HS c/o '96
32. Adrian King, Temporary Virtual Placement, Department of School Support
33. Shnickqua Mustipher, Assistant Principal, Carolina Park Elementary, BEAG Participant, St. Andrews High School c/o 96
34. Jermaine Joyner, Principal St. John's High School, CCSD Graduate (North Charleston HS c/o 2000)
35. Justin Watkins, Chorus Director, BEAG Participant, West Ashley High School c/o '06
36. Ebony Nesbitt, District Climate Coach, BEAG Participant
37. Cathy Drayton, Senior Administrative Support Assistant-Sullivan's Island Elementary School
38. Tirieka Brown, School Psychologist, BEAG Participant, Academic Magnet HS c/o '97
39. Colleen Adams, Teacher Assistant @ RB Stall High School
40. Henry C. Thompson II, EdS, NCSP, LPES (School Psychologist II), BEAG Participant, Burke HS c/o 97
41. Tanesha Simmons, Student Concerns Specialist @ St. Johns High School, St. Johns HS c/o 01
42. Anita D. Robinson, School Counselor, Military Magnet Academy, BEAG Participant
43. Robin Jones, BEAG Sponsor/Executive Director
44. Sanicqua Robinson, Mental Health and Wellness Coach, BEAG Participant, St. John's High c/o 1998
45. Dr. Kori Price, Climate Coach; BEAG Member, Stall HS c/o 98
46. Latasha Edwards, Climate Coach
47. Kenyetta Bailey, Educator, Burke High School
48. Lakia Johnson-Drayton, CCSD Assistant Director; BEAG Participant
49. Elah Hudson, Coordinator, School Counseling Services, Wando HS c/o '02
50. Cynthia Spann, CTE Teacher CE Williams Middle School-South
51. Dana Brown, Teacher
52. Lakeisha Pratt, Teacher Assistant; St.Johns High/Baptist Hill
53. Stephanie Smalls, School Counselor, BEAG Participant
54. Marquita High, Teacher Mt. Zion Elem, CCSD Graduate
55. Ericka L. Goss, EL Community - Head Start, St. Andrews c/o '96
56. Brandi Blake, ED for Intercultural Development
57. Jeehan Dinwiddie, Early Learning, BEAG Member
58. Nurin Willis; African American Studies Teacher, RB Stall High School, BEAG Participant
59. Penny J. Cromwell, Secretary/Bookkeeper Charleston Progressive Academy

60. Timothy Hughes, CCSD Exceptional Child Therapist
61. Lynn Feldman
62. Nycole Huger
63. Dr. Sandra S Williford, Assistant Principal Stono Park Elementary School, BEAG Participant
64. Shatoya Grey, Student Data Specialist, BEAG Participant
65. Tonya McIntyre, Director of Community Outreach, BEAG Participant, St. John's Class of 1989
66. Angela M. Washington, Business Manager-Financial Services
67. Tiffany Pettigrew, Budget Technican Burke HS c/o '95
68. Jessica Smith, Wando Class of '01, School Counselor
69. Barbara Dinkins, Upper Elementary Teacher; Montessori Community School
70. Cheryl Walden, Community Engagement Specialist - CCSD Liberty Hill STEM Initiative, BEAG Participant
71. Ronnie Jacobs, CCSD Project PREVENT Support Services Coach, BEAG Particpant
72. Kimberly Richards, Principal, Stono Park Elementary
73. Dr. Katchia Gethers, Principal, Hunley Park Elementary
74. Tara Thomas Pinckney, English teacher, 2023-2024 Teacher of the Year
75. TeRaya Dingle, Instructional Coach Montessori Community School, BEAG Participant
76. Sidonye Coaxum, Instructional Coach James Island Elementary School
77. Deon Richardson, Athletic Director, Burke HS
78. Michele Johnson, Licensed Diversity Equity and Inclusion Practitioner~ CofC Equity in Education Instructor~ Literacy and Instructional Coach Burke High School ~ Low Country Black Community Network ~ BEAG Participant~ James Island High School c/o '96
79. Kiva Sanders, St. Johns High School Focus Facilitator, St. Johns High C/O '05 Graduate
80. Antoinette Green, CCSD Career & Technology Education Support Team, STEM Career Specialist
81. Helen Muhammad, BEAG Participant, Charleston Progressive Academy
82. Georgetta Brown, Student Data Specialist: Septima P Clark Academy
83. John Patrick Shell Ed.S
84. Johnathon Wideman, Principal at A.C. Corcoran Elementary School
85. Quenetta G. White, Interim Executive Director of the Elementary Learning Community, BEAG Participant
86. Dr. Berton Griffin, Morningside Middle School, Computer Science Teacher; BEAG Participant
87. Robert Grant, Assistant Principal SOA, BEAG Participant
88. Tonya Smalls, School Counselor, James Island Elementary School

89. Wadetta Manigault , CD Assistant, Charleston Progressive Academy
90. LaShawna Rivers-Harris, BEAG Participant
91. Willa McGirth-Singleton, Master Reading Teacher, Sanders Clyde Elementary School, Wando HS c/o 1985
92. Ashland Temoney, Principal of Minnie Hughes Elementary, Garrett Academy HS c/o '03
93. Rosetta G. Swinton, Family Service Specialist
94. Kim Foxworth, CCSD Parent and employee.
95. Rochelle Gadsden, Behavior Specialist
96. Dr. Leslie Sinclair, Behavior Interventionist Burke High School, BEAG Participant
97. Shanequa Palmer, Clinical Counselor, BEAG Participant, Wando High C/o 2008
98. Diane Ford, Early Head Start Teacher
99. Dionne Wright, SPED Lead Teacher- Burke High/ Simmons Pinckney Middle; BEAG Participant
100. Jubilee Leung 4th Grade Teacher EB Ellington
101. Lakevia Mills, CCSD Instructional Specialist, BEAG Participant
102. Tineaka L. Robinson, CCSD Sr. Administrative Assistant; BEAG Participant, Graduate of NCHS c/o 93, Parent of current CCSD Scholar
103. Carlaise A. Gadsden, Department of Exceptional Children; Instructional Specialist; BEAG Participant, Baptist Hill HS c/o 2000
104. Dr. Danielle Dates, Assistant Principal Baptist Hill Middle High School, BEAG Participant
105. Von'Travis Crawford, Assistant Principal Morningside Middle School, Stall HS c/o '08
106. Bridgette Butler, Teacher, BEAG Participant
107. Salondra Griggs,  Interventionist, Special Education Compliance
108. Wanda F. Smith, Budget Technician, III, Dept. of Federal Programs
109. Micheal A. Breedlove, Teacher/Coach Stall High School, BEAG Member
110. LaShel Graham, School Counselor, James Island Charter High School
111. Sharon Wade, SPED Teacher Sanders-Clyde Creative Arts School, BEAG Participant
112. Tariq Ravenell, CCSD Mental Health & Wellness Coach
113. DeAudre Frazier, Teacher Assistant; James Simons Montessori
114. Jacqueline Gathers Early Headstart
115. April Singletary, North Charleston Elementary Teacher's Assistant
116. Shana A. Maxwell, Assistant Principal Moultrie Middle; BEAG Participant
117. Ashley Gamble
118. Nairobi C. Orr, CCSD Educator for 17 years, North Charleston High School Alumni c/o

1999

119. Jinene Foye
120. Cathy Heyward
121. Leilani Worrell, School Counselor @ Burke High School
122. Latonya Smalls
123. Tei F. Summerville, Family Service Advocate, BEAG Participant, St. Andrews Parish HS c/o '85
124. Keisha Johnson, Exceptional Students Educator, Hunley Park Elementary, BEAG Participant
125. Tatum Hamilton
126. Rodrick Bellamy, Teacher, Northwoods Middle, BEAG Participant
127. Karron E Griffin, CCSD Expanded Learning Kaleidoscope Site Coordinator @ Oakland Elem, Garrett Academy of Tech c/o '96
128. Tiffani L. Brown, SPED Teacher, Simmons-Pinckney Middle, Burke HS c/o '98
129. Rozita Wylder, Educator-Military Magnate Academy, BEAG Participant, Educator-Garrett Academy-26 years, RB Stall High c/o '81.
130. Viola G. Hampton, Teacher
131. Archie S. Temoney, Jr. Asst. Principal James Island Charter High School; BEAG Participant; CCSD Parent
132. Marques Johnson , Mental Health and Wellness Systems Coordinator (SSS) , BEAG Participant
133. Dr. Nashayla Whitten, Instructional Coach Minnie Hughes Elementary, BEAG Participant
134. Stephanie Coleman, School Counselor, Stall High School
135. LaToya Smith, Interim Principal North Charleston Creative Arts Elementary
136. Tameika Tisdale
137. Gillettie Bennett, Educator - Military Magnet Academy, Wando c/o '79
138. Anisat President, CTE Teacher, BEAG Participant, CE Williams North
139. Tammy Dunmeyer, CCSD Parent Advocate at Chicora Elementary, BEAG Participant, St. John's HS c/o 91
140. Angela Broughton,BEAG participant, Ladson Elementary
141. Tameika Tisdale, Career Specialist CTE, BEAG Participant, Burke HS c/ o '94
142. Stephanie Small, Ed.D; Educator, CE Williams Middle School
143. Toinesia Edge
144. Auntinette Murphy, Teacher of Exceptional Children, North Charleston Elementary School,

BEAG Participant

145. Saamone Green, Teacher Mt.Zion Elementary, West Ashley HS c/o ‘13
146. Linda Gale Jenkins, BS, MEd, MAT; SC, US and African American History Teacher at the Military Magnet Academy, BEAG Member, BHHS c/o '83
147. Carletta Mustafaa ELA Teacher Simmons-Pinckney Middle
148. Lacii Paul-Amador
149. Zoraida Wright, Educator, Daniel Jenkins Academy
150. Marjorie W White, Reading Intervention Teacher, SPMS, BEAG Participant
151. Omega Hamilton, Teacher's Assistant R.B. Stall High School
152. Sonya Jones
153. Elizabeth Bowens, Parent Advocate Administrator, North Charleston High School
154. Evahn Green Assistant Principal C E Williams School
155. Ashley White Drayton Hall Elementary Reading Intervention
156. Natasha Fields, School Counseling Director, BEAG Participant
157. L. Michelle Mitchell, MDiv., MSW, LMSW, DEC Exceptional Child Therapist
158. Ander Worthy, Middle School ELA Instructional Specialist
159. Kathleen W. Johnson, Third Grade Teacher, Jane Edwards Elementary School
160. Dr. Joe Williams