# EXHIBIT 8

# EXHIBIT F

Filed Under Seal

Charleston County SCHOOL DISTRICT › excellence is our standard

Results • Access • Partnerships • Diversity

# Charleston County

# SCHOOL DISTRICT

# Inclusion and Equity Report:

# How Much Do We Care?

Clemson University

Division of Inclusion and Equity

Charles H. Houston Center

223 Brackett Hall, Clemson SC 29634

CLEMSON INCLUSION AND EQUITY

# Clemson University Inclusion and Equity Report:

## HOW MUCH DO WE CARE?

### A Comprehensive Look at Closing the Readiness Gap for the Children of Charleston County

*"We face a mounting imperative for our system of public education to ensure that all of our students can access [plentiful] opportunities. We must address the wide achievement gap for our students with the greatest needs; we must provide equitable access to programs and schools that prepare our students for success in 21st century local and global job markets and opportunities. Most important,* ***we must put student learning and well-being first in every decision we make. We must make students the heart of our work."***

*Charleston County School District Strategic Plan*



CONFIDENTIAL 

# Prologue

The Charleston County School District fails nearly half of its students. Those students who are already at or above grade level are well-served by the district. Those students who are not, are not. In effect, the district is comprised of two parallel school systems: one successful and predominately wealthy and White; the other rife with failure, mainly poor, with mostly Hispanic and African American students. The district's job, first and foremost, is to close this readiness gap. Its leaders, and the community, must be prepared to do whatever it takes to meet this challenge.

Here is the central question:

- What will we do to ensure that every child leaves our schools with the skills needed to thrive, and with a realistic prospect of leading a fulfilling, productive life?

This raises additional questions:

- Do we really care about all students, regardless of race, wealth, or background?
- Are we ready to put aside personal agendas and outdated attitudes?
- Do we have the courage and the commitment to make drastic changes?
- Are we willing to try, and to do, whatever it takes?
- In short, ***how much do we care?***

Many of the observations and recommendations in this report are not new. The district has spent significant sums of money on previous studies, only for their strong findings and recommendations to be ignored or rejected. The greatest concern of the authors is that this comprehensive report will suffer the same fate. Indeed, several people raised the valid question:

> *"Why spend more money – scarce money – on yet another study? Why should anyone believe that this time, things will be different?"*

Previous studies resemble this one because so little has changed in their wake. Nothing will change now if this study, too, is allowed to simply gather dust on a shelf. The authors sincerely hope that, this time, stakeholders will be incensed enough to demand bold change, and to hold people accountable if that change is timid, inadequate, or ineffective.

Taken together, this and other studies speak with a single voice. It is time – past time – to take informed, bold, and even disruptive measures. Mere tinkering and technical change will not do. And certainly, what has already been tried, and failed, won't magically work this time. At the same time, it is pointless to dismiss previous suggestions that were not given a fair chance.

We need to question our hidden assumptions, and raise our expectations. Too many of us seem to assume that some children simply cannot learn, and act as if some of our children matter more than others. Too many seem to believe that having several world-class schools makes up for having other

failing, even deplorable ones. Too many seem to believe that it is enough to provide a quality education for one's own children, while others languish. This must change.

Holding the Superintendent accountable for student achievement is both fair and necessary. But there can be no accountability unless and until she and other education leaders are given the authority to make critical decisions, and the resources to implement them.

Some mistakes will be made. Some necessary decisions will be unpopular. Some individuals and constituencies will feel threatened, offended, or angered. But the current situation is untenable. The time for studies is over. It is time to act.

## Snapshots of an inequitable education system:

- **Significantly less than half** of all 5th **and** 8th **grade students met or exceeded expectations** (standards) **for the 2017 SC Ready ELA** (averaging 41%) **and Math** (averaging 36%) **tests. In other words, more than half of the students moving up to middle and high schools are not prepared.** For African American students, the average percentage of students meeting or exceeding expectations for ELA and math were 19% and 16% respectively. Only about 24% of Hispanic students met or exceeded expectations.
- On average, **only 20% of students in the Charleston County School District scored "Ready" on all sections of the ACT tests. The ACT is given to students in their third year of high school and measures readiness for college.** The average percentage for White students was 47%, for Hispanic students, 12%, and an appalling 7% for African American students.
- Enrollment in **schools not offering Gifted and Talented** classes is predominantly African American. This is also true for schools not offering classes in physics and calculus. Thus, **the majority of students who ARE taking these classes so critical for college are White.**
- While graduation rates have improved over the years, and the median graduation rate for all schools in the district in 2017 was 81%. However, the rate varies considerably by school, and is substantially lower in predominately African American and Hispanic schools**. Meanwhile, elite, high-performing (and overwhelmingly White) charter and magnet schools see virtually all of their students graduate and go on to college.**

# Recommendations for Further Action

The following six areas are especially critical and are offered as issues where actions must be developed for inclusion in Charleston County School District Strategic Plan:

- **Close the Gaps in Performance and Achievement:**

  CCSD must address the stark divide between high-performing and low-performing schools due to the low achievement by children of color and poverty that exists at all academic levels of the system. Solutions to address the historically under-achievement by a high percentage of the district's children of color and poverty must involve the wider community.

- **Make School District Governance More Efficient, Accountable, and Credible:**

  CCSD must address the governance structure related to the constituent districts, which has deepened the district's divisions by race, poverty, and political status. Additionally, any actions undertaken by CCSD or its governance boards must include as a critical component the impact that any action taken will have on building or eroding of trust among all groups.

- **Reform the System to Ensure Access to Quality Schools:**

  CCSD must address the effectiveness of the district's magnet and choice programs in terms of determining if they are achieving the goals under which they were formed. The Board must be willing to take actions to open, close, merge, and redesign ineffective schools or programs. The district must also ensure equitable access to high-quality programs and courses for all students.

- **Engage Community Stakeholders:**

  CCSD must address the disconnect between the economic growth of the community as a desirable place to live and conduct business and the high number of areas where the schools do not mirror that message. Stakeholders from throughout the district must be engaged as partners with CCSD to ensure that public schools in the District contribute to a higher quality of life.

- **Restructure utilizing the 2020 School Improvement Referendum as a catalyst to achieve equitable opportunities for all students**

- **Follow through:**

  Recommendations in this and other reports should be promptly analyzed, prioritized, and implemented as appropriate.

# Actions for Consideration

As the District develops plans and actions to address the identified critical areas, there will have to be additional conversations with all segments of the CCSD stakeholders in the coming months. Those plans and actions will need to be added to the CCSD Strategic Plan and carried out with utmost urgency. The following are offered as possible actions to be discussed as steps to address these critical areas:

## I. Close the Gaps in Performance and Achievement

The Charleston County School District will:

- Dramatically raise the achievement of poor and minority students within the next five (5) years, annually measuring progress on ambitious goals and objective benchmarks.
- Identify, support, and incentivize principals and teachers who have a track record of success with low-performing student populations, and assign them to schools with high numbers of students whose educational achievement are below grade level.
- Provide principals with the resources, training, and other support needed for their success.
- Closely monitor the performance of students and schools and make timely changes to staff, facilities, or programs as needed to create the optimum conditions for success.

**Rationale:** After decades of studies, recriminations, and hand-wringing, the Charleston County School District continues to be divided between haves and have-nots in education. It is time to exert the will and effort to bring transformational change.

**Concrete Actions:**

1) Create a team of experts from within and outside the district tasked to determine the resources and management authority needed to improve the performance of students at identified challenging and distressed schools. The team's initial recommendations should be presented to the Board within three months of inception.
2) Set realistic but firm time frames for principals, teachers, and schools to show progress. This means giving them the time and the ability (resources, training, authority) to succeed, but also making them accountable if they do not. It also means establishing objective measures of success.



CONFIDENTIAL MR_CCSD_006809

a. Reward successful teachers and principals monetarily, and make them trainers and mentors for others. Identify master teachers and principals based on objective data.
b. Make timely changes to staffing or programs that are not having a positive impact on students' performance on success measures.
c. Close or repurpose schools that continue to fail their students based upon agreed upon measures.

3) Determine whether and how promising existing district schools can be replicated and scaled to serve additional students.
4) Research successful national and state public/private partnerships for school management and determine desirability and feasibility for possible implementation for a small-scale trial.
5) Require uniform data collection for all schools, and regularly publicize the results. Assess all actions and policies in light of the data.

## II. Make School District Governance More Efficient, Accountable, and Credible

The Charleston County School District will:

- Acknowledge that the district's stakeholders have widely differing views on whether the Board of Trustees is functional or dysfunctional.
- Recognize that the Constituent Districts perpetuate divisions of race and wealth, and work with elected leaders for appropriate statutory reforms.
- Establish greater accountability and oversight of the County and Constituent Boards.

**Rationale:** It is time to move beyond arguments about who bears responsibility for the Board's serious problems, and to take firm steps to solve them. Many if not most interviewees expressed dismay at the poor reputation and inappropriate conduct of some the Board members, as well as the rancor and in-fighting among Board members. These concerns are largely confirmed by videos of Board meetings. Restoring trust in district governance is crucial to future progress.

**Concrete Actions:**

1) Empower an independent group of qualified individuals (such as civic, business, and political leaders) to periodically review and publicly report on the conduct of Board meetings and members.
2) Adopt a rule that all Board members receive a minimum of four (4) hours of training, and institute financial or other consequences for non-compliance.
   - Training should include the proper role and authority of the Board and its members; the relationship of the Board to the Superintendent and other District staff; conflict of interest; rules of procedure; and rules of conduct.



CONFIDENTIAL MR_CCSD_006810

3) Designate a Parliamentarian to oversee procedures and conduct at Board meetings, in accordance with Board Rules.
4) Require that all Constituent Board members receive training before presiding over disciplinary cases. Use District or *pro bono* attorneys to ensure that hearings are orderly, follow the rules of evidence and procedure, and respect due process rights.

## III. Restructuring/ Building Referendum

The Charleston County School District will:

- Utilize the 2020 School Improvement Referendum as a catalyst for restructuring the school district to achieve equitable opportunities for all students.

**Concrete Actions:**

1) Define the program of instruction, by grade and school level, that all students in the Charleston County Schools should receive, and determine the funding necessary for delivery.
2) Identify optimal school enrollment ranges to ensure delivery of the defined program of instruction.
3) Explore options to draw or redraw attendance zones to minimize the wide range of differences in poverty levels that currently exists in the District.
    a. Where appropriate, adjust the schools' funding allocation structure to ensure that all students are adequately supported.
    b. Provide schools that are seriously underperforming in reading or math with intensive support such as extended learning time (pre-school, after-school, summer enrichment); highly capable teachers trained in evidence-based instructional practices; and other assistance such as parent engagement, counseling, tutoring, and medical services.
    c. Students performing at or above grade level should receive support to continue or accelerate their growth, such as personalized learning programs, enrichment opportunities, and access to Gifted and Talented programming and materials.

## IV. Reforming the System to Ensure Access to Quality Schools

The Charleston County School District will:

- Provide students from all parts of the district with access to quality educational programs, utilizing a mix of school enhancements, choice schools, magnet schools, effective virtual courses, and public/private partnerships to ensure that students of



CONFIDENTIAL MR_CCSD_006811

color, in poverty, and from rural communities have opportunities and support for success.

- Increase access and opportunity for students throughout the district to attend choice, existing magnet and charter schools.
- Ensure that application procedures, transportation, school or activity fees, and other similar issues are not a barrier for students to attend magnet and choice schools.

**Rationale:** It is time to acknowledge that choice and magnet schools, for all their merits, currently perpetuate inequity and disparate achievement. The goal should not be to cut resources or lower standards for these (or any) schools, but to open up high performing schools to students from all areas and backgrounds.

**Concrete Actions:**

1) Ensure that every school offers the classes and courses (*e.g.* advanced math) required for admission and success in magnet schools.
2) Review magnet schools' residency rules and other preferences (including siblings and testing barriers) that may hinder the application or enrollment of poor and minority students. Make needed changes to increase access.
3) Develop and implement a transportation solution for all students who attend magnet schools to ensure that the lack of transportation is not a barrier to attendance.
4) Implement user-friendly application procedures and forms (including paper forms), and offer advice and assistance to parents who wish to enroll their children in a magnet school.
5) Hold magnet and charter schools accountable for achievement and progress in the same manner as regular base schools.
6) Acknowledge the inequity of a system of charter and magnet schools that disproportionately serve the wealthy White population, and currently are largely inaccessible to minority and poor students.
7) Review and identify the outcomes and impacts of the system of choice schools on minority and low-income students and base schools.

## V. Engaging Community Stakeholders

The Charleston County School District will:

- Engage the community – businesses, faith communities, community agencies and organizations - to build alliances and partnerships to benefit the neediest schools and students.



CONFIDENTIAL 

- Work with community partners to ensure that all district schools have sufficient resources for after-school programs, enrichment, and extracurricular activities.
- Work with disparate groups and constituencies to reach a consensus on how best to promote the greater good, and to push shared futures.

**Rationale:** Many local leaders in business, as well as of community agencies and organizations, express a desire to support the school district and its students, but report feeling unwelcome in such efforts. Others point out that such efforts must be coordinated if they are to be helpful. Partnerships and cooperation will build stronger schools and communities.

**Concrete Actions:**

1) Participate in a system in which major businesses and employers adopt a challenged or distressed school to meet the needs of its students.
2) Similarly, facilitate a system in which local organizations and agencies adopt a challenged or distressed school to meet its students' needs.
3) Create or identify a non-profit organization(s) that will coordinate with the District to channel volunteers, funds, and other resources to poor or distressed schools.
4) Implement a comprehensive communication plan designed to articulate the benefits of and need for structural reform, foster transparency, and rebuild public confidence in the District's operations. This effort should include:
    a. Two-way communication between parents and school officials through public forums and listening sessions held on school facilities and at off-school sites.
    b. Regular interviews with print and broadcast media to share news and take questions.
    c. Outreach through increased school district officials' attendance at civic and service organization meetings, community events, and similar opportunities.

## VI. Follow Through

- Evaluate and prioritize recommendations in this Report.
- Create timelines and assign specific responsibility for implementing selected recommendations.
- Monitor their implementation, and evaluate success.
- Formulate additional recommendations.

**Rationale:** Recommendations in this report need to be promptly discussed, evaluated, and prioritized. Any loss of momentum now jeopardizes urgently needed change.

**Concrete Actions:**

1) Select and retain a group of independent outside consultants to assist the District in moving forward on recommendations in this report.
    a. The consultants must have proven experience and expertise in promoting diversity and inclusion in large systems, as well as the ability to facilitate dialogue in difficult or contentious relationships.
    b. The consultants should be independent of the district and free from obligations to local business or political leaders.
    c. The consultants should agree to an ambitious timeline to carry out their assigned tasks.
2) In consultation with community stakeholders, formulate additional recommendations to support the goals in the District's Strategic Plan.
3) Implement recommendations through a benchmarked action plan



CONFIDENTIAL MR_CCSD_006814

# Additional Items for Possible Action

The following is based on the team's observations, interviews, focus groups, school visits, and analysis of economic and education data (*See* Appendices A through D for specific sources and accompanying data). These recommendations supplement the priority items (above).

**Provide intervention and ultimately close programs and schools that fail to reach specified benchmarks for achievement and progress.**

- Set firm, ambitious goals for challenging and distressed schools to improve students' academic achievement, particularly in reading and mathematics.
- Using rigorous performance targets, provide intensive support and intervention in underperforming schools, including those with persistent lags.
- Revisit purposes, processes, and performance targets among existing magnet and charter schools to assess success, scalability, and potential replication.
- Innovate, fundraise, and allocate, with accountability, necessary resources for ensuring students' readiness for any and all options to programs throughout the system.
- Involve businesses, community groups, and elected municipal officials in supplementing transportation costs and other fees to raise understanding of and access to program and curriculum options.

**Redress Disparities in Curricula and Educational Experiences**

- Guarantee access to classes (e.g. algebra) that are prerequisites for admission to magnet schools.
- Guarantee access for all students to foreign language instruction.
- Offer extracurricular and enrichment activities accessible to all students (including transportation, equipment, fees, and other costs) at all schools.
- Establish rigorous, evidence-based, and innovative program and student success targets.

**Rationale:** Ensure that every student graduates with the competencies and hard and soft skills, in accordance with state mandates and the requirements of business, industry, and post-secondary institutions.



CONFIDENTIAL 

**Strengthen and Diversify Educational Leadership**

- Recruit, support, and retain highly committed educational leaders, rewarding those who demonstrate the ability to improve student learning.
- Assign principals and assistant principals where their skills and experience are most needed.
- Groom future principals and assistant principals through a leadership academy, professional development, and peer mentoring.
- Provide mentoring and other support to all principals and assistant principals in the first two years in the position, and one year for those serving in a new school.
- Provide mentoring and additional professional training to principals and assistant principals who face special challenges or whose schools are not on track to make expected progress.
- Remove or reassign educational leaders who do not meet performance standards within three years.

**Rationale:** Perhaps no other factor is more important to a school's success than the effectiveness of its leadership.

**Build and Strengthen the Teacher Corps**

- Enlist business and corporate support to provide scholarships and support for career changers to become educators.
- Coordinate with Schools of Education in feeder colleges and universities to promote more effective teacher preparation for working in challenging schools.
- Enlist business and corporate support to supplement down payments and mortgages for school personnel, and/or support applications for existing SC housing for educators.

**Promote meaningful Diversity and Inclusion efforts at all schools**

- Train school leaders and teachers in inclusive instructional techniques
- Incorporate themes of diversity and inclusion into curricula and instructional methodology
- Ensure that district and school diversity-themed activities are not limited to the MLK holiday or African American History Month, but reflect widespread diversity in many forms, including gender, ethnicity, race, religion, language, different abilities, and differing backgrounds.

**Rationale:** While increasing diversity is an urgent goal, racial disparities in school populations and teaching staff will continue in the immediate future. This makes creating a climate of diversity and inclusion in every school more difficult, and more critical.

**Establish Independent Education Foundation**

- Focus financial resources on schools that lack resources for co-curricular and extra-curricular educational activities
- Establish Adopt-a-School programs to focus business and community services projects on schools and communities in most need.

**Rationale:** Address inequities in student opportunities and between school differences in per student expenditures.

**Empower and Engage Student Voices**

- Engage in district-wide student governance activities at least quarterly to formulate student-friendly policy recommendations to the Board and Schools.
- Augment School Improvement Councils with *ex-officio* student representatives.
- Enlist students in restorative justice programs.
- Students innovate and design peer-appropriate rules.
- Enlist student volunteers for buddy systems and near-peer orientation for new students
- Set up student-led Bus Councils for near-peer rule development and mediation as well as establishing stronger relations between bus personnel and students/families

**Rationale:** Students experience reduced tension leading to fewer disciplinary incidents and increased student attendance. Students report peer absences and mediate potential bus conflicts.

**Engage and Empower Families**

- Strengthen parent access to school conferences and events through flexibility in scheduling, varying locations, provision of child care, and affirmative outreach.
- Conduct summertime school-to-home visits, especially for critical periods such as Early Childhood, entrance to kindergarten and transition to middle and high school
- Encourage businesses and corporations to provide at least 2 days of Family-School Conference/Service benefits to those with students in schools
- Provide translators for non-native English speakers at school meetings, events, and similar activities.

- Provide parent advocates for conferences on academics, discipline, and special education.
- Increase school/family communication to include positive feedback
- Increase opportunities for families to learn about educational issues, using delivery methods such as Parents Academy.

**Rationale:** Better communication between school and family will strengthen parental support for students' attendance, homework, and behavior, as well as for graduation.

**Support Educational Innovations**

- Enlist business, corporate and higher education institutions to provide guest presenters/experts to support classrooms in subjects with rapidly developing knowledge (e.g. STEM).
- Provide teachers with externships for hands-on participation in changing work, career, and technology across the local economy

**Rationale:** Increase student attendance and awareness of potential careers Increased awareness and acknowledgement of the role of racism, wealth, and power differentials in inequities across the school district.

**Engage with School District Advisory Councils**

- Solicit widely-respected leaders in various areas, including parent volunteers, faith leaders, retired educators) to engage in advisory councils
- Provide recommendations and other input to the Superintendent and Board of Education

**Rationale:**

- Influx of new ideas and opportunities for cooperation and a better relationship between the district and stakeholders.
- Increased confidence in district approach and use of constructive criticism.
- Increased confidence in district commitment to positive change.

**Conduct and Distribute County-Wide Asset Maps**

- Develop and distribute a county-wide community resource guide for all schools, and provide professional development to district and school personnel to ensure its use
- Provide district-wide specialized orientation about receiving school and its communities to incoming teachers and principals.



CONFIDENTIAL MR_CCSD_006818

- Provide district-wide specialized orientation about receiving school and its communities to incoming teachers and principals
- Establish a coordinating council to monitor ongoing community-based initiatives and support for schools, ensuring system wide access for students and families.

**Rationale**: Increase awareness and access for students, families, and school personnel to community agencies and services.

**Promote Development Programs for All Support Staff**

- Designate an official to oversee the narrowing of opportunity and achievement gaps, other school safety and diversity concerns, and to ensure system wide intercultural competence
- Provide career development opportunities among support staff including pathways to teaching and school leadership with access to staff organizations and regional/state meetings
- Create a system for school and district personnel to report concerns about inequities, discrimination, and other workplace issues, including the option of anonymous reporting.

**Rationale:**

- Retention of school staff and advancement of their opportunities and skills.
- Tighten system operations with data-based improvements.
- Increase positive workplace environment, safety, and trust.

**Improve Internal and External Relationships**

- Create a system to confidentially address questions, suggestions, and complaints, incorporating an independent channel for all employees and stakeholders.
- Host open houses and public forums at a variety of venues (including non-school sites) to promote and celebrate student success
- Showcase student projects and partnerships in work-based learning
- Solicit suggestions for other opportunities to support students and schools
- Provide incentives for better ideas from employees to encourage suggestions and report concerns for improving their schools
- Train all district personnel on the procedures, rules, and requirements ensuring that complaints and concerns are addressed in a consistent, fair, and equitable manner
- Hold listening sessions on non-school campuses and community gathering places

**Rationale:**

- Increased transparency about education throughout the county.
- Increase trust among employees and stakeholders.
- Increased stakeholder participation and engagement.

# Sources

Clemson's team spent more than 500 hours in interviews, focus groups, and site visits, and traveled hundreds of miles crisscrossing the Charleston County School District (*see* Appendix A). Stakeholders from within and outside school district operations offered candid insights about the school system's strengths, challenges, and opportunities in supporting students. The team supplemented this information with documents and data about the CCSD's schools, finances, and communities (*see* Appendices C & D).

# Findings

The recommended actions (above) represent the consensus of the members of the Clemson team. (*See* Appendix D). The following broad findings underpin these recommendations. *See also* Appendix B (summary of salient themes from interviews and focus groups).

***All stakeholders want an effective, supportive education system that serves every student well.***

Stakeholders expressed passionate views about their cultures and history; their schools and communities; their students and experiences at schools; and how all of these factors help or hinder students' futures. Despite sharp differences, all groups and participants understand the urgent need for a strong educational system strongly committed to support necessary improvements for the benefit of each student. Every discussion, disagreement, and decision must honor this shared goal.

***Fragmentation interferes with cooperation and progress on shared goals.***

Despite this broad consensus, the county and school district are highly fragmented by location, history, tradition, and heritage. Rather than embrace their shared interest in ensuring every student's success, stakeholders attack each other's motives and actions. Media accounts, school board minutes, and hours of candid conversations confirm this contentious relationship. In

short, pervasive political and social divisions disrupt systematic, consistent, and fair approaches to education, and sabotage shared aspirations for students and their communities.

In the district, *where you live determines your educational destiny*. The county's population, social, and education data exposes a stark divide between consistently high-performing schools and persistently low-performing ones. Similarly, *your wealth is closely related to your educational opportunity.* Academic achievement closely tracks the socio-economic status of the school's area or of its students. Relationships between families and schools are often fraught and fractured in high poverty zones. Also, *your race closely predicts your educational future.* Stark racial disparities are evident not only in academic achievement, but in statistics on discipline and special education. In addition, the disproportionate number of White school personnel compared to the student population contributes to suspicion, misunderstanding, and frayed relationships.

Opportunities and offerings vary widely. Some less affluent area schools cannot provide even the basic programs required by the state's school accreditation criteria. In contrast, students in affluent schools can access Honors or Advanced Placement courses, foreign language instruction, physics, advanced mathematics, and specialized arts education. Many also benefit from innovative learning experiences and programs (such as STEM coaches and high-tech science labs) not available at less affluent schools. Moreover, any imbalance in school resources is magnified by supplemental funding from wealthy parent groups, individual parents, school-specific financial arrangements, or community members and organizations.

Divisions by wealth, race, and history lead to tension, lack of trust, and conflict. Ultimately, these divisions harm all students in the school district and threaten the entire community's future.

## *Distrust and resentment rooted in history disrupts every level of district and school communication.*

Distrust permeates the CCSD from the top down, the bottom up, and across levels. Communication and relationships suffer from the lingering effects of a complex and difficult history. A central disagreement stems from competing cultural experiences and narratives regarding slavery and race. For example, tourism celebrates a White romanticism of gracious antebellum houses and elegant carriage rides, while downplaying the region's significant role in the slave trade and the African Diaspora. This troublesome history was highlighted recently with the resolution by the City of Charleston that apologized for slavery and its repercussions on the African-American community. While such an apology is a step toward addressing longstanding community issues, far more is needed to bolster all students' futures and experiences in the CCSD, which has its own history of racial division.



CONFIDENTIAL MR_CCSD_006821

The school integration battle of the late 20th Century is largely unresolved, and remains a divisive element in this county-wide district. A relic of this conflict is the fault lines of distrust established in 1967 through eight constituent districts, highly gerrymandered school zones established by Act 340. Misconceptions abound. For example, the claim that constituent districts preserve community identity belies the fact that over 50 years later these lines fail to represent 21st Century population shifts and areas of economic development. Similarly, Act 340 and South Carolina Attorney General opinions suggested that these constituent configurations supported a unitary district for purposes of integration. To the contrary, these eight districts deepened divisions by race, poverty, and political status.

The conduct of some members of the Charleston County School District Board of Trustees exemplifies these divisions. Indeed, in the team's interviews and discussions, the word most frequently used to describe the Board was "dysfunctional." Members aggravate their already-high levels of distrust and animosity by engaging in stark incivility and lack of decorum, both in and outside of meetings. Their constituencies bring these conflicts into the wider civic arena. Parents, educators, and ordinary citizens, as well as members of the media, look on aghast at the spectacle. Meanwhile the students suffer.

This report is not the first make these observations about the CCSD system's governance structure or the divisions sectored throughout the school district. The virtually unanimous perspective from these multiple credible sources, and the opportunities for helping students that have been lost due to dissension and delay, underscore the vital importance of taking bold, effective action now.

In an improved and civil climate, the shared goals of stakeholders would open up opportunities to build a strong and equitable school system. Each stakeholder group offers important insights and expertise for achieving student success throughout the school system and across the county. They must find a way to get past the current stalemate and paralysis. They must, at long last, put the critical needs of students ahead of feuds and personal animosity.

# Stakeholders

Each of the 400,000 residents of Charleston County has a stake in the District's mission. Everyone shares in the potential benefits of a well-designed and supportive learning environment throughout CCSD, just as everyone will pay the heavy cost of continued inequity and failure. Thus, everyone has a responsibility and role in establishing and maintaining the schools' learning environments.

For this report, we considered these key stakeholder groups:

- Students
- Students' Families
- The Business Community
- Civic and Community Institutions, Organizations & Agencies
- School Building Personnel (teachers and principals/ assistant principals)
- District Leadership & Governance
- Elected Leaders

Stakeholders' uniform desire for an equitable school system drives all of the recommendations of this Action Plan. The proposals for each stakeholder group support goals adopted in the current CCSD Strategic Plan, proclaiming that "*Students are the Heart of Our Work*[1]."

[1] CCSD's 2017 Strategic plan includes eight goals which implicitly require equity standards in every aspect. However, the following four goals explicitly recognize conditions for equity that require awareness of diversity and the responsive and responsible exercise of inclusive practices.

**Goal 3:** Ensure a safe, supportive, and inclusive environment for every student and adult in the system.
**Goal 4:** Implement a pipeline that recruits, supports, retains, and rewards talented teachers, principals, and staff for every school.
**Goal 7:** Communicate student progress. Seek feedback and cultivate family and community partnerships to ensure success for every student.
**Goal 8:** Address local priorities to ensure system equity.



CONFIDENTIAL MR_CCSD_006823

# Inception

This report was undertaken at the request of the Board of Trustees of the Charleston County School District (CCSD). By vote on December 11, 2017, the Board demonstrated its commitment to address longstanding concerns about disparate achievement by entering into contract with the Clemson University Division of Inclusion and Equity to support the goals of the District's Strategic Plan by providing "an analysis of the climate of diversity and inclusion, and {to}... identify[ing] sources of tension in the District." Accordingly, the Clemson team conducted an audit of diversity and intercultural competence throughout the district's schools and offices, and among community stakeholders including students, families, teachers, principals, support personnel, faith leaders, businesses, civic and community organizations, and municipalities. In addition to the observations and suggestions offered throughout the county, the team reviewed county economic, population, and education data as well numerous statutes, policies, reports., and other documents. The recommendations in this report reflect these sources and perspectives about diversity, inclusion, equity, and cultural heritages throughout the district.

We wish to extend special thanks to the Charleston County School District Board of Trustees, for its bold vision and determination to address these concerns through this report and other initiatives, to hundreds of citizens and school personnel for their time and candor in this project.