# EXHIBIT 10

# EXHIBIT A

Filed Under Seal

HIGHLY CONFIDENTIAL

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION

THIS DOCUMENT RELATES TO:

SCHOOL DISTRICT CASES

MDL No. 3047

Civil Case No. 4:22-md-03047-YGR:

Honorable Yvonne Gonzalez Rogers

**EXPERT REPORT OF ROBERT G. NELSON, Ed.D FOR CHARLESTON COUNTY SCHOOL DISTRICT**

### 2. *Evidence from CCSD shows that inequity and the achievement gap had a significant impact on CCSD and was frequently surfaced as an issue by district leaders and stakeholders.*

71. The socioeconomic status (SES) of student and school communities is one of the most discussed concerns of school systems worldwide. Lower SES is associated with lower academic achievement,[102] resulting in disparities that educators frequently refer to as "the achievement gap." In addition to academic disparities, low SES students and families suffer a much wider array of concerns including decreased physical and mental health.[103] Despite concerted efforts by educators for several decades now, the low SES disparity shows little sign of decreasing as equity gaps persist.[104]

72. Evidence from CCSD's materials demonstrate that socioeconomic inequities and the achievement gap have also been a persistent and serious concern in the district. For instance, the CCSD Board commissioned the Clemson University Division of Inclusion and Equity to conduct research to address "longstanding concerns about disparate achievement" and to make recommendations.[105] Notably, this was not the first such study requested by CCSD.[106] After hundreds of hours interviewing key stakeholders, the authors identified the "observations and concerns . . . raised by a sufficient number of people to suggest that they have wide currency in the district."[107] The "overriding" issue identified at CCSD was the achievement gap,[108] with academic achievement closely tracking socioeconomic status.[109] Other issues included race and gender disparities, dysfunction within the Board, principal and teacher turnover, and a lack of engagement with business and community leaders.[110] Social media is not mentioned.[111]

73. One unique governance feature that has "deepened [CCSD's] divisions by race, poverty, political status"[112] are its constituent boards. Until very recently,[113] CCSD was the only school district in the nation that maintained constituent boards.[114] These boards divided the district along lines that were "linked back to segregation,"[115] and were charged with important responsibilities, including student discipline

---

[102] Berkowitz, R. et al., *A Research Synthesis of the Associations Between Socioeconomic Background, Inequality, School Climate, and Academic Achievement*, 87 Review of Educational Research, 87(2), 425-426 (2017).

[103] Reiss, F., *Socioeconomic inequalities and mental health problems in children and adolescents: a systematic review*, Social Science & Medicine, 90, 24-31 (2013).

[104] Hanushek, E., et al., *The unwavering SES achievement gap: Trends in US student performance*, Cambridge, MA: National Bureau of Economic Research (2019).

[105] Inclusion and Equity Report: How Much Do We Care?, Clemson, MR_CCSD_006803, at 824.

[106] Apparently the CCSD had already "spent significant sums of money on previous studies," only for these studies to "gather dust on a shelf." Inclusion and Equity Report: How Much Do We Care?, Clemson, MR_CCSD_006803, at 805.

[107] Inclusion and Equity Report: How Much Do We Care?, Clemson, MR_CCSD_006803, at 827.

[108] Inclusion and Equity Report: How Much Do We Care?, Clemson, MR_CCSD_006803, at 827.

[109] Inclusion and Equity Report: How Much Do We Care?, Clemson, MR_CCSD_006803, at 821.

[110] Inclusion and Equity Report: How Much Do We Care?, Clemson, MR_CCSD_006803, at 827–33.

[111] *See also* Our Improvement Journey, CCSD Presentation, MR_CCSD_191527, at 69–72 (discussing "What We Have Learned" based on the Clemson report findings). Social media is only mentioned as part of the plan for achieving the goal of increased community engagement. *Id.* at 66–67.

[112] Inclusion and Equity Report: How Much Do We Care?, Clemson, MR_CCSD_006803, at 07, 10, 22.

[113] The South Carolina legislature passed, and the governor signed, a bill to abolish CCSD's constituent boards effective June 30, 2025. Deposition of Anita Huggins Volume II, Superintendent of CCSD, May 19, 2025, pp. 289–293.

[114] Deposition of Anita Huggins Volume II, Superintendent of CCSD, May 19, 2025, p. 295.

[115] Deposition of Anita Huggins Volume II, Superintendent of CCSD, May 19, 2025, p. 290.

appeals.[116] It is unsurprising, then, that CCSD has dealt with longstanding concerns about disparate discipline within the district, in addition to its longstanding concerns about disparate achievement. Racial disparities in punishment, for instance, were raised in a 2016 Board update—which highlighted as an "area of concern" that 28 schools had a 10 point or higher difference in suspension rates between students based on race.[117] This problem has not slowed throughout the relevant period. In 2024, the U.S. Department of Education's Civil Rights Office reported that 68.6% of students suspended in CCSD during the 2020-2021 school year were African American, substantially higher than the U.S. average of 26.7%.[118] According to CCSD leaders, this "only increases the achievement gap between students."[119]

74. CCSD leadership have also recognized racial disparities as a barrier to improving student outcomes. In 2022, CCSD reached out to a consultancy to discuss "what it will take to produce measurable improvements in CCSD student outcomes."[120] Key observations raised by current-Superintendent Anita Huggins included "challenges related to the quality of collaboration in the school district," while then-Superintendent Don Kennedy highlighted the "lack of racial/ethnic wholeness or integration" in the community as a challenge to student achievement.[121] In contradiction to CCSD's claims in this case, neither the former nor current Superintendent mentioned social media as a challenge with a "measurable" impact on student outcomes. Indeed, Huggins and Kennedy indicated that staffing and resources were sufficient and were "not a primary cause of the lack of progress in student outcomes."[122]

*3. Evidence from CCSD shows that COVID-19 had a significant impact on CCSD and was frequently surfaced as an issue by district leaders and stakeholders.*

75. The COVID-19 pandemic has also had a deep and lasting impact on students that has required coordinated responses from public school districts. The pandemic and its attendant loss of social connections, decreased access to physical and mental health services, lack of regular identification and reporting of childhood neglect and/or abuse, reduced access to nutritious meals, and lack of a structured learning environment all created accumulated stressors.[123] Furthermore, the changing nature of schooling during the pandemic, namely virtual or hybrid settings, put further strains on students and schools. These effects have been deleterious on

---

[116] Deposition of Anita Huggins Volume II, Superintendent of CCSD, May 19, 2025, p. 290–91.

[117] Board Update: 2015-206 End of Year Discipline Report, July 20, 2016, MR_CCSD_163199, at 200.

[118] Claire Weber, *SC's Black student suspension rate surpasses nation's average; CCSD seeking solutions*, ABC4 News (Mar. 19, 2024), https://abcnews4.com/news/local/scs-black-student-suspension-rate-surpasses-nations-ccsd-seeking-solutions-charleston-county-school-district-racial-inequity-abc-news-wciv-2024.

[119] Claire Weber, *SC's Black student suspension rate surpasses nation's average; CCSD seeking solutions*, ABC4 News (Mar. 19, 2024), https://abcnews4.com/news/local/scs-black-student-suspension-rate-surpasses-nations-ccsd-seeking-solutions-charleston-county-school-district-racial-inequity-abc-news-wciv-2024.

[120] Email from Anita Huggins (CCSD) to Will Hewett (Genii Earth), November 11, 2022, MR_CCSD_006035, at 36.

[121] Email from Anita Huggins (CCSD) to Will Hewett (Genii Earth), November 11, 2022, MR_CCSD_006035, at 36.

[122] Email from Anita Huggins (CCSD) to Will Hewett (Genii Earth), November 11, 2022, MR_CCSD_006035, at 36.

[123] Youki Terada, *Covid-19's Impact on Students' Academic and Mental Well-Being*, Edutopia, https://www.edutopia.org/article/covid-19s-impact-students-academic-and-mental-well-being.

Social media was not mentioned as an issue impacting student behavior, rather, it was highlighted as a means of improving parent and community engagement to improve student outcomes.[314]

134. I also disagree fundamentally with Dr. Hoover's claim that that districts have assumed a financial burden attributable to social media platforms by "expand[ing] professional development" and adjusting instructional time to include digital literacy, social-emotional learning (SEL), digital wellness, and "recognizing the signs of social media-related harm."[315] First, digital literacy, digital wellness, and SEL are all important components of teacher training and child instruction that long predate the rise of social media, and Dr. Hoover provides no evidence that social media has driven expansions in these areas. Second, Dr. Hoover's characterization of training and instructional adjustments as a resource burden fundamentally misunderstands the core mission of public schooling. As educators, we have a solemn obligation to prepare our students to succeed in an ever-changing world. She describes this obligation as a burden, but adapting training and curricula to meet modern demands is part of our role as publicly funded educational institutions.

135. Dr. Hoover also claims that district resources "have increasingly been reallocated to navigate strained family-school partnerships, with social media-related concerns dominating" time "once dedicated to educational engagement."[316] Again, Dr. Hoover offers nothing to support this statement, and it is inconsistent with my own experience and with my review of materials from CCSD. Indeed, social media has consistently been a core component of CCSD's strategy for strengthening family-school partnerships, not a concern that strains these partnerships.[317]

2. *Social media has not required CCSD to expend and redirect limited resources*

136. In "Opinion 1," of Dr. Hoover's report for Charleston County School District, she claims that "[t]he cumulative negative impacts of students' social media use" by students have required CCSD to "expend and redirect already limited resources."[318] Similar to Dr. Hoover's prior discussion about the alleged impact of social media use on school districts generally, the she does not sufficiently support this opinion, and evidence from CCSD contradicts it.

i. Existing Efforts to Support Student Mental Health and Address Social Media Impacts

137. In a section titled "Existing Efforts to Support Student Mental Health and Address Social Media Impacts," Dr. Hoover describes the efforts that she claims were undertaken by CCSD in response to social media use.[319] I have reviewed this section, and it does not change my conclusion that social media is not an issue impacting CCSD.

138. First, Dr. Hoover does not provide any evidence that the "efforts" by CCSD were undertaken in response to social media use. For instance, Dr. Hoover states that CCSD "expended funds to increase personnel" in response to social media's purported effects on mental health, but she does not provide any evidence of this connection.[320] And my own review of CCSD's documents indicates that this connection is nonexistent.[321] Dr. Hoover also attempts to link social media to CCSD's adoption of its Progressive Discipline

---

[314] *E.g.*, Fiscal Year 2018 Budget, April 24, 2017, MR_CCSD_270401, at 564.

[315] Expert Report of Dr. Sharon A. Hoover, PhD, May 16, 2025, ¶ 80.

[316] Expert Report of Dr. Sharon A. Hoover, PhD, May 16, 2025, ¶ 82.

[317] *See* Section VI.B.2.

[318] Am. Expert Report of Dr. Sharon A. Hoover, PhD for Charleston County School District, June 20, 2025, ¶ 4.

[319] Am. Expert Report of Dr. Sharon A. Hoover, PhD for Charleston County School District, June 20, 2025, ¶¶ 30–37.

[320] Am. Expert Report of Dr. Sharon A. Hoover, PhD for Charleston County School District, June 20, 2025, ¶ 30–32.

[321] *See* Section IV.B.

Plan ("PDP") and its Alcohol & Other Drug Alternative Program for Teens (ADAPT) plan. But evidence from CCSD shows that the PDP was implemented, in large part, to address disproportionate punishment practices at CCSD,[322] and ADAPT was self-evidently implemented to address substance use issues. Dr. Hoover does not provide any evidence that social media use was a substantial factor in the adoption of either of these programs. Dr. Hoover also relies on the deposition of Lisa Allison in claiming that CCSD purchased restorative practices materials "based on 'the harm that has occurred . . . through social media platforms.'"[323] Yet, this testimony is inconsistent with evidence from CCSD, which identifies equity and inclusion issues at CCSD,[324] violence, poverty, and substance use,[325] and COVID-19[326] as all justifying the need for restorative programs—not social media.

139. Second, many of the "efforts" that Dr. Hoover identifies cannot be fairly characterized as burdens or costs to CCSD—even if Dr. Hoover could show that efforts were undertaken because of negative impacts from social media use. For example, regardless of whether "bullying and threats" are "linked to social media," school districts have had an obligation to "investigate and respond"[327] to these incidents since well before social media platforms existed. Dr. Hoover has not provided any evidence that social media has changed this obligation. Similarly, "implement[ing] policies to regulate the use of electronic and social media among both students and staff," and "manag[ing] filtering and safety protocols" on school-provided devices[328] is part effective school leadership in the 21st century—not a constraint on resources. And as discussed in my response to Dr. Hoover's May 16, 2025 report, adapting training and curricula to teach digital literacy, digital wellness, and social and emotional skills is part of our role as publicly funded educational institutions. CCSD's efforts in doing so represent its prioritization of these important skills as part of its mission to educate students, not a resource constraint.[329]

ii. School District Key Informant Interviews

140. Dr. Hoover also performed an "analysis" based on interviews that she conducted with CCSD employees, and she relies on these interviews to inform her opinion that social media has impacted CCSD.[330] I have reviewed the interview excerpts that Dr. Hoover was willing to share in her report, and they do not change my conclusion that social media was not an issue impacting CCSD.

141. As discussed in Sections II and III above, school districts use systematic processes to identify and resolve serious concerns impacting the district. Unlike Dr. Hoover's methodology, these processes are transparent, involve input from numerous and diverse stakeholders, and are grounded in research, data, and evidence. Based on my 34 years of experience in public education, I would not rely on anecdotes from a handful of employees who were questioned specifically about social media during litigation to determine school district needs—let alone rely on these anecdotes to implement a 15-year, billion-dollar plan for the school district.

---

[322] Board Update: 2015-2016 End of Year Discipline Report, July 20, 2016, MR_CCSD_163199, at 203 ("The revised Code of Conduct and Progressive Discipline Plans should reduce the disproportionality [of discipline between African-American and Special Education students and other students] since the consequences are prescribed for administration and designed to create consistency.")

[323] Am. Expert Report of Dr. Sharon A. Hoover, PhD for Charleston County School District, June 20, 2025, ¶ 35.

[324] Inclusion and Equity Report: How Much Do We Care?, Clemson, MR_CCSD_006803, at 817.

[325] Email from Leilani Worrell (CCSD) to Nathan Nelson (CCSD), March 4, 2020, MR_CCSD_156616, at 16–17.

[326] 22 February 2021 Board Workshop, CCSD, February 22, 2021, MR_CCSD_536556, p. 8.

[327] Am. Expert Report of Dr. Sharon A. Hoover, PhD for Charleston County School District, June 20, 2025, ¶ 33.

[328] Am. Expert Report of Dr. Sharon A. Hoover, PhD for Charleston County School District, June 20, 2025, ¶ 37.

[329] Am. Expert Report of Dr. Sharon A. Hoover, PhD for Charleston County School District, June 20, 2025, ¶¶ 35, 36.

[330] Am. Expert Report of Dr. Sharon A. Hoover, PhD for Charleston County School District, June 20, 2025, ¶ 48.