# EXHIBIT 11

# EXHIBIT B

Filed Under Seal

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN RE: SOCIAL MEDIA ADOLESCENT )
ADDICTION/PERSONAL INJURY ) MDL No.
PRODUCTS LIABILITY LITIGATION ) 4:22-md-3047-YGR
________________________________)
THIS DOCUMENT RELATES TO: )
)
CHARLESTON COUNTY SCHOOL )
DISTRICT V. META PLATFORMS INC.,)
ET AL. )
CASE NO.: 4:23-CV-04659 )
________________________________)

Confidential - Pursuant to Protective Order

VIDEOTAPED DEPOSITION OF ANITA W. HUGGINS
Volume 2, Pages 172 - 319
Monday, May 19, 2025
Motley Rice
28 Bridgeside Boulevard
Mount Pleasant, South Carolina
12:12 p.m. Eastern

Reported by: Karen Kidwell, RMR, CRR
Job No.: 7375377

APPEARANCES:

For MDL Plaintiffs:

MOTLEY RICE LLC
BY: JADE A. HAILESELASSIE, ESQ.
jhaileselassie@motleyrice.com
TAMMY CAULEY RIVERS, ESQ.
tcrivers@motleyrice.com
28 Bridgeside Boulevard
Mount Pleasant, South Carolina 29464
843.216.9670

For the Defendants Meta Platforms, Inc., f/k/a Facebook, Inc.; Facebook Holdings, LLC; Facebook Operations, LLC; Facebook Payments, Inc.; Facebook Technologies, LLC; Instagram, LLC; Siculus, Inc.; and Mark Elliot Zuckerberg:

SHOOK, HARDY & BACON L.L.P.
BY: EBEN S. FLASTER, ESQ. (Via Zoom)
eflaster@shb.com
WILLIAM S. WALBERG, ESQ. (via Zoom)
wwalberg@shb.com
Two Commerce Square
2001 Market Street, Suite 3000
Philadelphia, Pennsylvania 19103
215.278.2555

For the Defendant Snap:

KIRKLAND & ELLIS, LLP
BY: CLAIRE MARIE KUHN, ESQ. (via Zoom)
clairemarie.kuhn@kirkland.com
200 Clarendon Street
Boston, Massachusetts 02116
617.385.7500

APPEARANCES CONTINUED:

For the Defendants Alphabet Inc., Google LLC, and YouTube LLC:

WILLIAMS & CONNOLLY LLP
BY: J. ANDREW KEYES, ESQ.
akeyes@wc.com
ARMANI J. MADISON, ESQ.
amadison@wc.com
680 Maine Street SW
Washington, DC 20024
202.434.5584

For the Defendants TikTok, Ltd.; TikTok, LLC; TikTok, Inc.; ByteDance Ltd.; and ByteDance, Inc.:

KING & SPALDING LLP
BY: ALESSANDRA M. GIVENS, ESQ. (Via Zoom)
agivens@kslaw.com
50 California Street, Suite 3300
San Francisco, California 94111
415.318.1200

Also Present:

Matt Walters, Videographer
Jon Knowles, Exhibit Technician

I N D E X


| WITNESS/EXAMINATION | Page |
|---|---|
| ANITA W. HUGGINS | |
| Continuing By Mr. Keyes | 177 |
| By Ms. Kuhn | 302 |


E X H I B I T S


| Number | Description | Page |
|---|---|---|
| Exhibit 5 | Plaintiff Fact Sheet - School Districts, Bates MR_CCSD_597789-828 | 182 |
| Exhibit 6 | Plaintiff Fact Sheet - School Districts (Supplemental), Bates MR_CCSD_016524-532 | 185 |
| Exhibit 7 | Plaintiff's First Amended Answers to Defendants' Interrogatories to Charleston County School District (Set 1) | 187 |
| Exhibit 8 | Plaintiff Charleston County School District's Supplemental Answer to Defendants' Interrogatory Nos. 1 and 3 (Set 1) | 189 |
| Exhibit 9 | Plaintiff's Answers to Defendants' Interrogatories to Charleston County School District (Set 2) | 191 |
| Exhibit 10 | Screenshot from ccsdschools.com, Why is Testing Important? | 235 |

E X H I B I T S (Cont'd)



| Number | Description | Page |
|---|---|---|
| Exhibit 11 | CCSD YouTube channel landing page, Charleston County School District - YouTube | 236 |
| Exhibit 12 | Video entitled Spotlight on CCSD - Impact of Updated Cell Phone Policy, posted on CCSD YouTube channel 1/31/2025 | 314 |
| Exhibit 13 | Video titled Testing in CCSD - Tips for Elementary School Students, posted on CCSD YouTube channel 4/21/2025 | 315 |
| Exhibit 14 | Video titled Testing in CCSD - Tips for Middle/High School Students, posted to CCSD YouTube channel 4/22/2025 | 315 |



REPORTER'S NOTE: All quotations from exhibits are reflected in the manner in which they were read into the record and do not necessarily indicate an exact quote from the document.

which we still attempt to mitigate, as a system.
BY MR. KEYES:
Q. Okay. So do you agree that racism can have a negative impact on students' mental, emotional, behavioral health?
MS. HAILESELASSIE: Object to form. Asked and answered.
THE WITNESS: I do, but it's exacerbated by social media.
BY MR. KEYES:
Q. And do you agree that racism can have a negative impact on the mental, emotional, and behavioral health, not just of the minority group but also members of the majority group?
MS. HAILESELASSIE: Object to form.
THE WITNESS: I do.
BY MR. KEYES:
Q. Do you agree that homophobia can have a negative impact on students' mental, emotional, and behavioral health?
MS. HAILESELASSIE: Object to form.
THE WITNESS: I do. But it's grossly exacerbated by exposure to social media and videos that keep popping up that are fed to kids who Google certain things, and -- but yes, I do.

THE WITNESS: I do. But again, I think those things were exacerbated by the use of social media.

BY MR. KEYES:

Q. Has Charleston County School District had issues in the last 10 to 15 years with racism?

MS. HAILESELASSIE: Object to form.

THE WITNESS: Charleston County School District is in the Deep South, and I worry that it will always have issues related to racism, regrettably. Yes.

BY MR. KEYES:

Q. And do those issues have a negative impact on students' mental, emotional, behavioral health?

MS. HAILESELASSIE: Object to form.

THE WITNESS: They do.

BY MR. KEYES:

Q. Have there been issues in Charleston County School District in the last 10 to 15 years about gaps in the academic performance of students based on race?

MS. HAILESELASSIE: Object to form.

THE WITNESS: So an achievement gap exists -- that's a national problem -- between students of color and their white peers, yes.

However, we believe that's more aptly linked now to poverty than race.
BY MR. KEYES:
Q. You said there's been -- an achievement gap exists; that's a national problem.
Does that achievement gap exist in Charleston County School District?
A. There is a gap that exists, yes, between the academic performance of white and black peers, yes.
Q. And does that cause stress for students?
MS. HAILESELASSIE: Object to form.
THE WITNESS: Does the knowledge of that create stress for students?
BY MR. KEYES:
Q. Yes.
A. Probably not. Does it create for stress for me? Absolutely. I think what causes more stress for students is just their performance in general.
Q. Have there been issues in Charleston County School District about disproportionate application of student discipline measures --
MS. HAILESELASSIE: Object to form.
BY MR. KEYES:
Q. -- by race?

MS. HAILESELASSIE: Object to form.

THE WITNESS: So I wouldn't be doing my job if I didn't look at the achievement of students, the discipline of students, the attendance of students; anything related to student performance, and how it impacts students by groups.

So the answer is, yes, at my direction, there have been an examination of student performance in a variety of arenas, and we typically break it down by student group, to include white, black, Asian, other groups of students, as well as students of poverties, ML speakers, as well as special needs students.

BY MR. KEYES:

Q. Okay. And what has that examination shown you regarding whether there is a disproportionate effect of the student discipline system on students of color relative to their white peers?

A. So as I shared earlier, what we believe, more so than race, is that there is a gap between the performance of students and -- students who come from sort of a -- a middle-class socioeconomic status to pupils in poverty. And we see that in academic achievement; we see that in behavioral data; we see

it in attendance data, and in other areas. That's a national phenomenon that's well discussed in the literature.

Q. So you -- you attribute the disproportional effect of the student discipline system on students of color, relative to their white peers, on poverty as opposed to racial bias?

MS. HAILESELASSIE: Object to form. Mischaracterizes prior testimony.

THE WITNESS: I believe that poverty has a greater prediction or is a greater predictor of student outcomes than race. I do.

BY MR. KEYES:

Q. And my question was specific about the disproportionate effect of the student discipline system on students of color relative to their white peers. I just want to make sure you're addressing that with your answer.

A. The answer --

MS. HAILESELASSIE: Wait.

Is there a question pending?

MR. KEYES: Yeah.

BY MR. KEYES:

Q. Do you attribute the disproportional effect of student discipline system on students of

color, relative to their white peers, on poverty as opposed to racial bias?

MS. HAILESELASSIE: Object to form.

THE WITNESS: I attribute it to poverty as opposed to racial bias.

BY MR. KEYES:

Q. I've gone through a list of various factors that you said you agree can have a negative effect on students' mental, emotional, and behavioral health. Of the ones we've listed, are there some that you would put at the top of the list as being a bigger issue in Charleston County School District?

MS. HAILESELASSIE: Object to form.

THE WITNESS: Poverty and race. With poverty ahead of race.

BY MR. KEYES:

Q. Is there anything that you would slot in as Number 3, behind poverty and race, as a factor that has a negative effect on students' mental, emotional, and behavioral health, within Charleston County School District?

MS. HAILESELASSIE: Object to form.

THE WITNESS: Substance abuse.

BY MR. KEYES:

Q. And that would include alcohol, legal

you won't agree it has a harmful impact?
MS. HAILESELASSIE: Objection to form. Argumentative.
THE WITNESS: Again, I don't think, Counsel, that students in general know the Board of Trustees and/or are privy to a lot of what they do or say, quite frankly. I would actually advocate for a student to be a member of the board, but nonetheless, it would be hard for me to speculate.
But I would assume -- again, as an educator -- that any transphobic, racist, bigoted comments could have an impact that is negative and/or adverse on anyone.
BY MR. KEYES:
Q. If a Charleston County School District student who was gay heard that a member of the Board of Education said there's no such thing as gay children, that children who identify as gay are confused, or that children cannot make decisions about their gender identity until they're 18, you'd agree that would be stressful for the student?
MS. HAILESELASSIE: Objection to form.
THE WITNESS: Again, as an educator, I would assume such could be negative to a child.