# EXHIBIT 12

# EXHIBIT C

Filed Under Seal

Charleston County SCHOOL DISTRICT
excellence is our standard

Results • Access • Partnerships • Diversity

Charleston County

SCHOOL DISTRICT

# Inclusion and Equity Report: How Much Do We Care?

Clemson University

Division of Inclusion and Equity

Charles H. Houston Center

223 Brackett Hall, Clemson SC 29634

CLEMSON
INCLUSION AND EQUITY

D&I Table 3: Disciplinary Actions by Race

**Disciplinary Actions by Race in Charleston County Public Schools: 2015**

| Category | Instances | AI/AN | Asian | HI/PI | Hispanic | Black | White | 2 or More | Total | LEP |
|---|---|---|---|---|---|---|---|---|---|---|
| Corporal punishment | | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% |
| Out-of-school suspension | 100% | | | | | | | | | |
| Students receiving one or more in-school suspensions | | 0% | 0% | 0% | 5% | 65% | 27% | 3% | 100% | 5% |
| Students receiving only one out-of-school suspension | | 0% | 1% | 0% | 7% | 71% | 18% | 3% | 100% | 7% |
| Students receiving more than one out-of-school suspension | | 0% | 0% | 0% | 5% | 82% | 9% | 3% | 100% | 4% |
| Expulsions with educational services | | 0% | 0% | 0% | 0% | 50% | 50% | 0% | 100% | 0% |
| Expulsions without educational services | | 0% | 0% | 0% | 7% | 67% | 20% | 7% | 100% | 0% |
| Expulsions under zero-tolerance policies | | 0% | 0% | 0% | 0% | 100% | 0% | 0% | 100% | 0% |
| Transferred to Alternative School | | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% |
| Referral to law enforcement | | 0% | 0% | 0% | 13% | 53% | 21% | 13% | 100% | 13% |
| School-related arrest | | 0% | 0% | 0% | 14% | 68% | 14% | 4% | 100% | 11% |
| **Total enrollment** | | 0% | 2% | 0% | 9% | 40% | 47% | 3% | 100% | 8% |

*Note.* Data from the Office of Civil Rights, U.S. Department of Education, *Discipline of Students Without Disabilites* at https://ocrdata.ed.gov/flex/Reports.aspx?type=district

Note to D&I Table 3.

Although the overall distribution of disciplinary action reflects a nearly equal distribution between the enrollments of White and African American students, this table shows that African American students received 67% of the expulsions without provision of educational services. They have more referrals to law enforcement as well as more school-related arrests, which are all examples of the influences of race on the school-to-prison-pipeline in criminalizing student behavior. For this school district, the decisions about expulsions begin at the Constituent District Boards. This data strongly indicates a need for a system-wide approach to discipline based on equitable outcomes, in tandem with intercultural training for district personnel and Constituent Board members who are involved in disciplinary decisions.



CONFIDENTIAL MR_CCSD_006854