# EXHIBIT 13

# EXHIBIT D

Filed Under Seal

Charleston County SCHOOL DISTRICT > excellence is our standard

**Board Update**

**Topic:** 2019-2020 School Year Discipline Hearing Data - 1st Quarter

**From:** Jennifer Coker, Executive Director

**Via:** Dr. Lynda Davis, Interim Chief Academic Officer

**Date:** December 6, 2019

This board update summarizes the District Disciplinary Referral (DDR) referral packets received by the Department of Alternative Programs and Services for the 1st quarter of the 2019-2020 school year. Per the Progressive Discipline Plan (PDP), schools submit discipline packets for level 3 offenses and an accumulation of level 2 offenses. In addition, the data highlights other dispositions including expulsions for the 1st quarter of the 2019-2020 school year.

Some of the key points are highlighted below.

- Schools submitted 108 District Disciplinary Review packets during the 1st quarter of the 2019-2020 school year.
- 4 students were expelled for the remainder of the school year for the following infractions:
  - Intimidation
  - Probation Violation
  - CyberBullying
  - Simple Assault (staff)
- There are 2 pending hearings. These students are incarcerated at this time. Hearing will held upon their release.
- **Appendix A - Number of Expulsion Referrals by School -- Summary of top 3 schools per level listed below (number of referrals and percentage of total referrals)**

| Elementary | Middle | High |
|---|---|---|
| Charleston Progressive - 1 (.09%)<br>Hunley Park - 1 (.09%)<br>Oakland - 1 (.09%)<br>Stono Park - 1 (.09%) | Northwoods - 10 (9%) | Wando - 22 (20%) |
| | Liberty Hill Academy - 6 (6%) | West Ashley - 13 (12%) |
| | Morningside - 4 (4%) | North Charleston - 10 (9%) |

**Appendix B - Expulsion Referrals by Offense -- Summary of top 3clisted below**

- 26 (24%) disturbing school (code 560)
- 19 (18%) assault, simple (code 520)
- 16 (15%) drug possession (code 580)

- **Appendix C - Expulsion Referrals by Grade Level -- Summary of top 3 listed below**
  - 29 (27%) 9th grade students
  - 25 (23%) 10th grade students
  - 14 (13%) 8th grade students
- **Appendix C - Summary of Expulsion Referrals by Gender and Ethnicity**
  - 43 (40%) African American females
  - 52 (48%) African American males
  - 0 (0%) Asian females
  - 0 (0%) Asian males
  - 2 (2%) Caucasian females
  - 7 (6%) Caucasian males
  - 0 (0%)Hispanic females
  - 2 (2%) Hispanic males
  - 0 (0%) Other females
  - 0 (0%) Other males
  - 0 (0%) Two or more races females
  - 2 (2%) Two or more races males
- **Appendix C - Top 3 Dispositions rendered for hearings** (May be more than one disposition per case.)
  - Board Probation = 67 (could be in addition to another disposition):
    - CB = 36
    - DAP = 31
  - Turning Point Academy = 18
    - CB = 6
    - DAP = 12
  - Daniel Jenkins Academy = 11
    - CB = 8
    - DAP = 3
- **Appendix C -DAP and CB Hearings Held for Offenses**
  - 33 DAP hearings facilitated
  - 54 Constituent Board (CB) hearings facilitated

| **Constituent Board** | **1** | **2** | **3** | **4** | **9** | **10** | **20** | **23** |
|---|---|---|---|---|---|---|---|---|
| **Number of DAP and CB Hearings** | 0 | 22 | 0 | 37 | 4 | 15 | 6 | 3 |