# EXHIBIT 14

# EXHIBIT E

Filed Under Seal

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION | Case No. 4:22-MD-03047-YGR<br><br>MDL No. 3047 |
| This Document Relates to:<br><br>[Insert Case Name and Number]<br><br>Charleston County School District v. Meta Platforms, Inc., et al.<br>Case No. 4:23-cv-04659-YGR | **PLAINTIFF FACT SHEET – SCHOOL DISTRICTS** |

## INSTRUCTIONS

Use of this fact sheet. Each school-district plaintiff that has filed a complaint in this action must complete this Plaintiff Fact Sheet. If more than one school district is a plaintiff on a single complaint, each individual school district must submit its own individual Plaintiff Fact Sheet. This Plaintiff Fact Sheet constitutes discovery responses subject to the Federal Rules of Civil Procedure. The information provided will only be used for purposes related to this litigation and may be disclosed only as permitted by the Protective Order entered in this litigation.

Terms used. "You," "your," "Plaintiff," and "School District" as used throughout this fact sheet refers to the school district completing this form. "Social media" refers to Defendants' social media platforms as described in your complaint.

Certification. In completing this Plaintiff Fact Sheet, you are representing that you are an authorized representative of the school district bringing the lawsuit. You must certify under oath that the information is true and correct to the best of your knowledge, information, and belief.

Instructions regarding requests for information. Do not leave any questions unanswered or blank; if you cannot recall all of the information requested, provide as much information as you can. You should insert additional space where necessary to answer the questions completely. You should consult with your attorney about completing this form. None of the requests are designed to require an expert evaluation or limit expert testimony. None of the requests are designed to require review of individual student records.



MR_CCSD_779239

## V. DAMAGES

22. State generally in what way or how you claim you have been damaged by each defendant's alleged acts at issue in this lawsuit and approximately when that injury began.

Charleston County School District took action to mitigate the the issues created by the Defendants' conduct including, but not limited to, expending funds hiring additional personnel (including counselors and medical professionals to address student mental, emotion, and social health issues), creating calming rooms and calming kits for school staff and students, updating school policies to address use of Defendants' platforms, increasing disciplinary services and time spent addressing bullying, harassment, and threats, hiring a private security company, repairing property damaged as a result of the exploitation of students by Defendants' platforms, diverting time and resources from instructional activities to notify parents and guardians of students' behavioral issues and attendance, investigating and responding to threats made against schools and students over social media, and attempting to contact Defendants to have material removed. Monetary expenditures and time spent on the foregoing activities has been increasing steadily, and in an unprecedented manner, markedly over at least the past decade, in some cases longer.

Charleston County School District's investigation remains ongoing. With reservations of rights to amend, upon currently available information and belief, Plaintiff's damages began no less than six years ago.

23. Are you seeking any monetary damages?

Choose your answer (Yes/No): Yes

**If yes,** identify each category of damages or monetary relief that you allege.

See response to Section V. question 22.

Charleston County school District's investigation remains ongoing; however, subject to later amendment, Plaintiff is seeking monetary relief to remedy issues stemming from Defendants' conduct related to the following categories:
1)Increasing personnel to provide mental health services to students;
2)Expending, diverting, and increasing resources to address student mental health issues;
3)Increasing staff time associated with student discipline;
4)Training teachers to identify and support students in need of mental health services;
5)Expending resources to create educational materials and educate students, parents, and administrators about social media addiction and harm;
6)Expending, diverting, and increasing resources to develop new and revised teaching plans to address students' altered learning habits due to excessive use of Defendants' platforms;
7)Expending, diverting, and increasing resources to repair property damages as a result of Defendants' addictive platforms directed at students;
8)Expending, diverting, and increasing resources to purchase the necessary software and services to prevent or limit student use of social media while at school; and
9)Additional resources required related to the prevention and/or ongoing treatment of harms associated with problematic social media use and resulting negative behavioral and mental health outcomes as may be recommended by experts at the appropriate time.

Docusign Envelope ID: 5AA8885D-5AE5-411B-85CF-A9EA4C24C5E0

**CERTIFICATION**

I have made reasonable inquiries to answer the foregoing questions. Based on my personal knowledge and the information provided by other district employees, I declare under penalty of perjury that the information provided in this Plaintiff Fact Sheet is complete, true, and correct to the best of my knowledge and information, and that I have provided all of the requested documents that are reasonably accessible to me and/or my attorneys, to the best of my knowledge.

Signed by:
Anita Huggins
26C8859EEFF543F...

5/10/2025

Signature

Date

Anita Huggins

Superintendent of Schools

Name (Printed)

Title