# EXHIBIT 15

# EXHIBIT F

Filed Under Seal

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN RE: SOCIAL MEDIA ADOLESCENT )
ADDICTION/PERSONAL INJURY ) MDL No.
PRODUCTS LIABILITY LITIGATION ) 4:22-md-3047-YGR
_______________________________)

THIS DOCUMENT RELATES TO: )
)
CHARLESTON COUNTY SCHOOL )
DISTRICT V. META PLATFORMS INC.,)
ET AL. )

CASE NO.: 4:23-CV-04659

VIDEOTAPED DEPOSITION OF ANNA E. DASSING
Motley Rice
28 Bridgeside Boulevard,
Mount Pleasant, South Carolina

Tuesday, September 15, 2026, 9:04 a.m.

Did I read that correctly?
A. Yes.
Q. So do you recall this incident where a student had flown a Confederate flag on his truck?
A. Yes.
Q. And the student was -- if you go to the bottom part of this paragraph, it says: The student was disciplined according to the CCSD policy and CCSD Progressive Disipine Plan -- Progressive Discipline Plan for contraband, right?
A. Yes.
Q. Do you recall what discipline the student received?
A. I think it was -- I don't know 100 percent, but I think it was a suspension.
Q. Okay.
A. But it was definitely notification to the parents, confiscation of the flag and --
Q. And you'd agree that incidents involving symbols like the Confederate flag can affect students' emotional and mental well-being, right?
A. Yes. And I do think with this particular instance, when we became aware of it, was it had been shared on social media, so it

was -- lots of people knew about it very quickly, that this student had made this bad choice.

Q. And do you know what platform it was shared on?

A. Not 100 percent sure, but it probably was Facebook or Instagram.

Q. And why do you say it was probably one of those platforms?

A. Because that was what they were using more at that time.

Q. When you say "they," who are you referring to?

A. Whoever posted it on the social media post.

Q. You said "they" were using platforms more?

A. Oh, students. Excuse me.

Q. Okay. And what's the basis for that?

A. During this time, that's what we were -- that's what we, the faculty and staff, were seeing more of, students using Facebook less, but Instagram.

Q. So you don't have any data from the 2021 time frame showing that students were using one platform more than another platform?

A. No.
MS. HAILESELASSIE: Object to form.
THE WITNESS: I'm sorry.
BY MR. WHITELEY:
Q. You'd agree that flying a Confederate flag could be upsetting to students and families in the Beckham High community?
MS. HAILESELASSIE: Object to form. Asked and answered.
THE WITNESS: Yes.
BY MR. WHITELEY:
Q. And it also required time and resources from school administrators to address this incident?
A. Yes.
Q. I believe, earlier, you said Beckham High has one full-time school psychologist now --
A. Yes.
Q. -- is that right?
At some point, that was an increase from a partial-time school psychologist assigned to Beckham High sometime in the last five years, right?
A. Yes.
Q. Has Beckham High ever had any