# EXHIBIT 16

# EXHIBIT G

Filed Under Seal

To: Anita Huggins
From: Anna Dassing
Re: Summary of Spirit Week events for LBHS Fall 2021
Date: 10-22-21

As you are aware, many schools participate in Spirit weeks especially in high school to build a strong culture and rally students around their school and promote school pride. Spirit weeks usually involve several dress up days with themes and are planned by student groups such as Student Council. Last year, we participated in our first spirit week and had several themes that had students compete. For example, Grease (the movie-50's) vs. Greece (dress up like a Greek character) or Blizzard (cold weather attire) vs. Beach (tropical attire).

This year the Student Council did not want to pit groups against each other and went for just themed days. The first day was intended to be a patriotic USA theme (coming off the Olympics), wear red white and blue, etc. The interpretation of what was intended to be was shortened to 'Merica day to provide alliteration with the day of the week-'Merica Monday. After objections were raised late Monday night, I googled it and was shocked to see the negative connotations. Ignorance is no excuse for what happened but please understand that the intention was never to exclude or offend anyone. The majority of the students and 100% of staff participating was focused on being patriotic, wearing American colors, American flags, stars and stripes. We did have a small minority (estimate 3 or 4) students that presented politically inclined dress including Trump 2024 and Make America Great Again slogans-hat, shirt, etc. but these did not create a disruption.

Unbeknownst to anyone on staff, a student also flew a confederate flag in the bed of his truck. This student had arrived late to school, when supervisory staff had already moved into the building. He parked in the back of the lot and displayed an American flag and a confederate flag. We were not aware of this until the end of the day when a parent shared a social media post. On Tuesday while reviewing the security cameras of that portion of the parking lot, we can see the confederate flag and have been able to confirm that it was displayed. We have questioned numerous staff members to see if they saw it and no one did and expressed if they had, they would have reported it. We are very upset and disappointed that this happened. The student who did this was absent on Tuesday but his parents were contacted about the incident. On Wednesday, the student was intercepted in the parking lot by administration and the flag was confiscated from the bed of his truck. He was not displaying it on Wednesday. The student was disciplined according to CCSD policy and the CCSD Progressive Discipline Plan for contraband.

Tuesday was Tiger Tuesday and the theme was Bengal gear or tiger striped gear. Many students also wore orange on the day and this was great for our anti-bullying alliance for Unity Day on Wednesday. No incidents or comments.

Wednesday was Camo Day. No issues. A few parents expressed concern that this day was offensive but it was intended to be fun with camouflage being an on trend fashion and we have many hunting and fishing sportsmen.

Thursday was Pink Out for Breast Cancer Awareness. No issues.

My deepest apologies to our students, families, and community for any perceived insensitivity and for not intercepting the confederate flag sooner. Lucy Beckham High School strives to maintain the highest standards of integrity and what happened was not okay and we are addressing it. Our core values were eroded and we simply failed to recognize the impact of what was intended on Monday. This caused some students to feel marginalized and unvalued as members of our school. This is the exact opposite of what spirit week is about.

**LBHS Core Values**

- The physical, emotional, and mental/cognitive health of each student comes first.
- Caring about students requires caring about their teachers and families within and outside of our school.
- We are a learning community.
- We recognize the history of the land, the town, the region, the country and the world in which we are located with respect for those whose work has led to their prosperity and with acknowledgement that our actions today will be a part of the future's historical record.
- While there will be conflict and disagreements, we will not allow conflict or disagreements to diminish the dignity each person deserves.

Thank you for helping us learn, understand, and move forward as a family. We are open to recommendations and available to answer any questions you may have.