UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION

This Document Relates to:
BRANDON GUFFEY, INDIVIDUALLY AND AS PERSONAL REPRESENTATIVE FOR THE ESTATE OF G.T.G., Plaintiff,

vs.

META PLATFORMS, INC.; INSTAGRAM, LLC; META PAYMENTS, INC.; and META PLATFORMS TECHNOLOGIES, LLC., Defendants.

Individual Case No.:

Case No. 4:24-cv-01654-YGR

Case No. 4:22-MD-03047-YGR

MDL No. 3047

**PLAINTIFF'S CERTIFICATION OF CONFLICTS, INTERESTED ENTITIES OR PERSONS, AND CITIZENSHIP PURSUANT TO CIVIL L.R. 3-15**

Pursuant to Civil L.R. 3-15, the undersigned certifies that as of this date, there is no conflict or interest (other than the named parties) to report.

Pursuant to Civil L.R. 3-15, the undersigned certifies that as of this date, there is no individual or entity whose citizenship is attributed to the party submitting this certification.

DATED: October 28, 2026

Respectfully submitted,

By: *<u>/s/ John R. Alphin</u>*

John R. Alphin
Kennedy Ezekiel
Strom Law Firm, LLC
6923 N. Trenholm Rd.
Columbia, SC 29205
Telephone: 803-252-4800
jalphin@stromlaw.com

*Counsel for Plaintiff Brandon Guffey, Individually and as Personal Representative For the Estate of G.T.G.*