UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION

This Document Relates to: Jason Scheffer, Individually and as Personal Representative for W.R.S.
vs.
ByteDance Incorporated, ByteDance, Inc., ByteDance, Ltd., Meta Payments Incorporated, Meta Platforms Incorporated, Meta Platforms Technologies, LLC, Meta Platforms, Inc., Snap Incorporated, Snap, Inc., TikTok Incorporated, TikTok, Inc., TikTok, LLC, TikTok, Ltd., WhatsApp Inc., Defendants.

Individual Case No.:

Case No. 4:22-MD-03047-YGR

MDL No. 3047

**PLAINTIFF'S CERTIFICATION OF CONFLICTS, INTERESTED ENTITIES OR PERSONS, AND CITIZENSHIP PURSUANT TO CIVIL L.R. 3-15**

Pursuant to Civil L.R. 3-15, the undersigned certifies that as of this date, there is no conflict or interest (other than the named parties) to report.

Pursuant to Civil L.R. 3-15, the undersigned certifies that as of this date, there is no individual or entity whose citizenship is attributed to the party submitting this certification.

DATED: November 2, 2026

Respectfully submitted,

By: */s/ John R. Alphin*

John R. Alphin
Kennedy Ezekiel
Strom Law Firm, LLC
6923 N. Trenholm Rd.
Columbia, SC 29205
Telephone: 803-252-4800
jalphin@stromlaw.com

*Counsel for Plaintiff Jason Scheffer, Individually and as Personal Representative For the Estate of W.R.S.*