Nathaniel L. Foote, Esq. (*Admitted Pro Hac Vice)*
Lydia J. Atkinson, Esq. (*Admitted Pro Hac Vice)*
**ANDREOZZI + FOOTE**
4503 N. Front St.
Harrisburg, PA 17110
Telephone: 717-525-9124
Facsimile: 717-525-9143
Email: lydia@vca.law
teame@vca.law

**Attorneys for Plaintiffs**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION.<br><br>This Document Relates to:<br><br>4:26-CV-013211-YGR | Case No.: 4:22-MD-03047-YGR<br><br>MDL 3047<br><br>**LOCAL RULE 3-15 CERTIFICATION OF CONFLICTS AND INTERESTED ENTITIES OR PERSONS** |

Pursuant to Civil L.R. 3-15, the undersigned certifies that as of this date, there is no conflict or interest (other than the named parties) to report.

DATED: November 13, 2026

Respectfully submitted,

By: /s/ Nathaniel L. Foote

Nathaniel L. Foote, Esquire
PA# 318998 (*Admitted Pro Hac Vice)*
Lydia J. Atkinson, Esquire
FL# 08579 *(Admitted Pro Hac Vice)*
Andreozzi + Foote
4503 N. Front Street
Harrisburg, PA 17110
Telephone: 717-525-9124
Email: teame@vca.law; lydia@vca.law
Attorneys for Plaintiff

**RULE 5-5 CERTIFICATE OF SERVICE**

I hereby certify that on this 13th day of November 2026, the foregoing Local Rule 3-15 Certification of Conflicts and Interested Entities or Persons was served on all counsel of record by CM/ECF Notice.

/s/ Nathaniel L. Foote
Nathaniel L. Foote, Esquire