**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates To:<br><br>*ALL ACTIONS* | MDL No. 3047<br><br>Case No.: 4:22-md-03047-YGR-PHK<br><br>**DECLARATION OF HOLLY TAMBLING** |

I, Holly Tambling, declare and state as follows:

1. I am a Director and Associate General Counsel on Meta's in-house litigation team and have worked at Meta on the North American litigation team since late January 2018.

2. In November 2021, a coalition of State Attorneys General ("State AGs") launched a joint investigation alleging that use of Meta's Instagram service was associated with physical and mental health harms to users.

3. Beginning in January 2022, personal injury lawsuits were filed against Meta by or on behalf of individual users alleging that their use of Instagram and Facebook harmed them, and that Meta knew based on internal research it had conducted that its services caused such harm.

4. Over the last four years, thousands more such lawsuits have been filed against Meta by individuals, school districts, and local government entities.

5. The first State AG lawsuit was filed against Meta in March 2023 and by December 2024, 45 State AGs had sued Meta alleging that Meta knew based on its internal research that use of the Instagram and Facebook services harmed users and that Meta made public misrepresentations about the impact of the use of its services on user well-being.

6. I have reviewed the document with MDL Bates No. META3047MDL-PLOG005-000100. This document reflects a March 2022 discussion that in-house counsel had with Meta researchers to provide advice relating to two proposed research studies (identified in the document) concerning the potential relationship between use of Meta's services and well-being. The document was prepared because the Legal Department was undertaking an assessment of the possible implications of and risks associated with those specific research studies, given, among other legal concerns, that Meta was already defending the litigation described in the paragraphs above on issues directly related to the proposed subject matter of those proposed studies, and was anticipating more litigation on these same issues. The document would not have been prepared except for this assessment by the Legal Department.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief. Executed this 11th day of November 2026.

Signed by:
By: /s/ Holly Tambling
E369DB703A31450...
Holly Tambling