**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION

This Document Relates To:

*ALL ACTIONS*

MDL No. 3047

Case No.: 4:22-md-03047-YGR-PHK

**DECLARATION OF JAMES TURNER**

I, James Turner, declare and state as follows:

1. I am a Vice President and Associate General Counsel at Meta and have worked at Meta on the Legal team since August 2015.

2. In September and October 2021, a former Meta employee, Frances Haugen, leaked internal Meta documents to the *Wall Street Journal* and U.S. lawmakers, which included documents related to Meta's internal research assessing the potential relationship between use of Meta's social media services and teen well-being.

3. The next month, in November 2021, a coalition of State Attorneys General ("State AGs") launched a joint investigation alleging that use of Meta's Instagram service was associated with physical and mental health harms to users. In October 2023, members of that Coalition sued Meta in a federal MDL that had been established in the Northern District of California (MDL 3047), alleging that Meta's Instagram and Facebook services harmed young users; other State AGs, including members of the original Coalition, filed similar suits against Meta in state courts beginning in 2023.

4. I have reviewed the document with Bates Number META3047MDL-PLOG004-0000092 titled "A/C Priv Youth Topics Touched on by UX Research 9/24," and the substantively identical

duplicates of this document (with the same title) with Bates Numbers META3047MDL-PLOG004-000855 and Bates Number META3047MDL-PLOG005-000338.

5. I have also reviewed the document with Bates Number META3047MDL-PLOG004-000164 titled "A/C Priv: IG Teen x Well-Being related research since 2020," and the substantively identical duplicate of this document (with the same title) with Bates Number META3047MDL-PLOG005-000341.

6. These documents were created in September of 2021, shortly after Frances Haugen leaked certain of Meta's internal research and other documents to the *Wall Street Journal*. They reflect information that was compiled for purposes of preparing Meta's defense to anticipated litigation arising from those leaks (among other reasons). In particular, these documents were prepared to allow counsel for Meta to assess and have a comprehensive understanding of Meta's internal research and base of knowledge related to well-being issues associated with the use of Meta's services. It was important for Meta's counsel to have this understanding in order to help defend the company on the issues in the anticipated litigation. Demonstrating that purpose, the documents were shared with outside counsel representing Meta in connection with the Multistate AG investigation, which publicly commenced in November 2021, to assist those outside counsel in preparing Meta's defense to the litigation that was anticipated to arise—and that did arise—from that investigation.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief. Executed this 11th day of November 2026.

Signed by:

By: /s/ James Turner
6C310917C024484...

James Turner