*[Parties and counsel listed on signature pages]*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates To:<br><br>*ALL ACTIONS* | MDL No. 3047<br><br>Case No.: 4:22-md-03047-YGR<br><br>**META AND PISD PLAINTIFFS' STIPULATION RE PLAINTIFFS' PROPOSED MOTION FOR SANCTIONS**<br><br>Judge: Hon. Yvonne Gonzalez Rogers<br>Magistrate Judge: Hon. Peter H. Kang |

The Personal Injury and School District Plaintiffs ("Plaintiffs") and Meta hereby submit this Stipulation regarding a motion that PISD Plaintiffs wish to file, seeking sanctions based on Meta's recent privilege downgrades.

WHEREAS on October 16, the Court selected a Special Master to oversee a re-review of Meta's privilege and work product claims (ECF 3574);

WHEREAS on October 19, the Court entered a stipulated re-review protocol under which Meta must complete its re-review by December 30, 2026 (ECF 3597);

WHEREAS lead trial counsel met and conferred about Plaintiffs' proposed motion and briefing schedule on November 13;

WHEREAS the Parties disagree on whether Plaintiffs' proposed motion is premature and is subject to this Court's pre-filing requirements, and whether Local Rule 7-2 governs its form (including page limits);

WHEREAS to avoid burdening the Court with motion practice regarding whether, when, and in what form Plaintiffs' motion for sanctions is properly filed, Meta has agreed to brief it on the schedule and in the form proposed by Plaintiffs (including with page limits as set by Local Rule 7-2), while preserving its position that the motion is premature and improperly filed without leave of Court;

THEREFORE Meta has agreed, subject to the reservations above, to brief Plaintiffs' motion on the following schedule:

November 13, 2026: Plaintiffs' motion due (25-page limit)

December 2, 2026: Meta's opposition due (25-page limit)

December 7, 2026: Plaintiffs' reply due (15-page limit)

Respectfully submitted,

DATED: November 13, 2026

By: /s/*Lexi Hazam*

LEXI J. HAZAM
**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**
275 BATTERY STREET, 29TH FLOOR
SAN FRANCISCO, CA 94111-3339
Telephone: 415-956-1000
lhazam@lchb.com

PREVIN WARREN
**MOTLEY RICE LLC**
401 9th Street NW Suite 630
Washington DC 20004
Telephone: 202-386-9610
pwarren@motleyrice.com

*Co-Lead Counsel*

MICHAEL M. WEINKOWITZ
**GIBBS MURA, LLP**
One Commerce Center
2005 Market Street
32nd Floor
Philadelphia PA 19103
Telephone: 215-486-0150
mweinkowitz@classlawgroup.com

*Plaintiff Leadership Committee and Co-Chair of the School District Committee*

DATED: November 13, 2026 By: */s/ Ashley M. Simonsen*

**COVINGTON & BURLING LLP**
Ashley M. Simonsen (Bar No. 275203)
COVINGTON & BURLING LLP
1999 Avenue of the Stars
Los Angeles, California 90067
Telephone: (424) 332-4800
Facsimile: (424) 332-4749
Email: asimonsen@cov.com

Phyllis A. Jones (*pro hac vice*)
Paul W. Schmidt (*pro hac vice*)
Christian J. Pistilli (*pro hac vice*)
Timothy C. Hester (*pro hac vice*)
COVINGTON & BURLING LLP
One City Center
850 Tenth Street, NW
Washington, DC 20001-4956
Telephone: (202) 662-6000
Facsimile: (202) 662-6291
Email: pajones@cov.com
Email: pschmidt@cov.com
Email: cpistilli@cov.com

Email: thester@cov.com

Beth A. Wilkinson (*pro hac vice*)
Rakesh Kilaru (*pro hac vice*)
Jolee Porter (*pro hac vice pending*)
Matthew R. Skanchy (*pro hac vice*)
WILKINSON STEKLOFF LLP
2001 M Street, NW, 10th Floor
Washington, D.C. 20036
Telephone: (202) 847-4010
Facsimile: (202) 847-4005
bwilkinson@wilkinsonstekloff.com
rkilaru@wilkinsonstekloff.com
jporter@wilkinsonstekloff.com
mskanchy@wilkinsonstekloff.com

Moira K. Penza (pro hac vice)
WILKINSON STEKLOFF LLP
130 W 42nd Street, 24th Floor
New York, NY 10036
Telephone: (212) 294-8925
Facsimile: (202) 847-4005
Email: mpenza@wilkinsonstekloff.com

*Attorneys for Defendants Meta Platforms, Inc. f/k/a Facebook, Inc. and Instagram, LLC*

**ATTESTATION**

I, Michael M. Weinkowitz, hereby attest, pursuant to N.D. Cal. Civil L.R. 5-1, that the concurrence to the filing of this document has been obtained from each signatory hereto.

Dated: November 13, 2026

By: */s/ Michael M. Weinkowitz*