# EXHIBIT A

| Index | Index of 300 | Index of 300 (Duplicates Removed) | Updated Index for the 1000 | Updated Index for the 1000 (Duplicates Removed) | Updated Index for JCCP plaintiff exhibit – non overlaps | Updated Index for JCCP plaintiff exhibit – non overlaps (Duplicates Removed) | Index of Week 2 Re-Review Population (11.03.2026) | Index of Week 2 Re-Review Population (11.03.2026) - (Duplicates Removed) | Index of Week 3 Re-Review Population (11.09.26) | Index of Week 3 Re-Review Population (11.09.26) - (Duplicates Removed) | Cumulative | Cumulative (Duplicates Removed) | Cumulative with Special Master downgrades |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Downgraded – previously withheld** | 95 | 76 | 347 | 330 | 0 | 0 | 0 | 0 | 13,009 | 10,656 | 13,451 | 11,062 | |
| **Downgraded - Previously redacted** | 113 | 97 | 454 | 397 | 148 | 139 | 15,068 | 14,397 | 59,182 | 46,091 | 74,965 | 61,121 | |
| **Total downgraded** | 208 | 173 | 801 | 727 | 148 | 139 | 15,068 | 14,397 | 72,191 | 56,747 | 88,416 | 72,183 | 88,487 |
| **Total Reviewed** | 300 | 254 | 1000 | 926 | 211 | 196 | 16,709 | 16,038 | 75,906 | 60,462 | 94,126 | 77,876 | 94,126 |
| **Downgrade rate** | 69% | 68% | 80% | 79% | 70% | 71% | 90% | 90% | 95% | 94% | 94% | 93% | 94% |