[*Submitting Counsel on Signature Page*]

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION

This Document Relates to:

ALL ACTIONS

MDL No. 3047

Case No. 4:22-md-03047-YGR

**PERSONAL INJURY AND SCHOOL DISTRICT PLAINTIFFS' TEMPORARY SEALING MOTION REGARDING MOTION TO SANCTION META FOR PRIVILEGE ABUSES**

Judge: Hon. Yvonne Gonzalez Rogers

Magistrate Judge: Hon. Peter H. Kang

Pursuant to the Court's Order Setting Sealing Procedures (ECF No. 341) the Personal Injury and School District Plaintiffs ("Plaintiffs") respectfully submit this motion to file the Memorandum in Support of Plaintiffs' Motion to Sanction Meta for Privilege Abuses and exhibits under seal. The reasons for sealing (if any) will be addressed in a forthcoming omnibus stipulation or omnibus motion. Below is a list of documents to be filed under seal:

| Document | Party Information |
|---|---|
| Plaintiffs' Notice of Motion and Motion to Sanction Meta for Privilege Abuses | The document contains information designated as confidential or highly confidential by Meta |
| Declaration of Lexi J. Hazam in Support of Plaintiffs' Motion to Sanction Meta for Privilege Abuses | Not filed under seal |
| Exhibit A - downgrade rates | Not filed under seal |
| Exhibit B META3047MDL-321-00003495 (Sealed) | The document contains information designated as confidential or highly confidential by Meta |
| Exhibit C META3047MDL-321-00003509 (Sealed) | The document contains information designated as confidential or highly confidential by Meta |
| Exhibit D META3047MDL-321-00001293 (Sealed) | The document contains information designated as confidential or highly confidential by Meta |
| Exhibit E META3047MDL-321-00003402 (Sealed) | The document contains information designated as confidential or highly confidential by Meta |
| Exhibit F META3047MDL-321-00004092 (Sealed) | The document contains information designated as confidential or highly confidential by Meta |
| Exhibit G META3047MDL-321-00003282 (Sealed) | The document contains information designated as confidential or highly confidential by Meta |
| Exhibit H META3047MDL-284-00011842 (Sealed) | The document contains information designated as confidential or highly confidential by Meta |
| Exhibit I META3047MDL-111-00468706 (Sealed) | The document contains information designated as confidential or highly confidential by Meta |
| Proposed Order Granting Plaintiffs' Motion to Sanction Meta for Privilege Abuses | Not filed under seal |

Respectfully submitted,

By: <u>*/s/ Lexi J. Hazam*</u>

DATED November 13, 2026

LEXI J. HAZAM
**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**
275 BATTERY STREET, 29TH FLOOR
SAN FRANCISCO, CA 94111-3339
Telephone: 415-956-1000
lhazam@lchb.com

PREVIN WARREN
**MOTLEY RICE LLC**
401 9th Street NW Suite 630
Washington DC 20004
Telephone: 202-386-9610
pwarren@motleyrice.com

Co-Lead Counsel

**ATTESTATION**

I, Lexi J. Hazam, hereby attest, pursuant to N.D. Cal. Civil L.R. 5-1, that the concurrence to the filing of this document has been obtained from each signatory hereto.

DATED: November 13, 2026 By: *<u>/s/ Lexi J. Hazam</u>*