IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION

This Document Relates to:

ALL ACTIONS

MDL No. 3047

Case No. 4:22-md-03047-YGR

**[PROPOSED] ORDER GRANTING PERSONAL INJURY AND SCHOOL DISTRICT PLAINTIFFS' MOTION TO SANCTION META FOR PRIVILEGE ABUSES**

Judge: Hon. Yvonne Gonzalez Rogers

Magistrate Judge: Hon. Peter H. Kang

**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR SANCTIONS AGAINST DEFENDANT META**

The Court, having considered the Personal Injury and School District Plaintiffs' Motion to Sanction Meta for Privilege Abuses, Meta's opposition, the record, and the applicable law, and good cause appearing, HEREBY ORDERS as follows:

1. The Motion is GRANTED.

2. Meta is precluded from objecting to the use or admission of any document that it has downgraded or subsequently downgrades in connection with its post-discovery privilege re-review conducted pursuant to ECF 3599 on grounds of authenticity, foundation, personal knowledge, or any other ground of inadmissibility, except under Federal Rule of Evidence 403.

3. At trial, the Court will instruct the jury substantially in the form of the proposed jury instruction set forth in Plaintiffs' Motion.

4. The Rule 502(d) Order (ECF 248) is MODIFIED to add the following provision:

> Notwithstanding any other provision of this Order, Meta may not give notice of, or otherwise effect, a clawback of any document or portion of a document released from an attorney-client privilege or work-product claim in connection with the re-review conducted under ECF 3599, including the accelerated November 2026 production, without first obtaining leave of Court upon a showing of good cause. Any application must identify the document by Bates number, specify the precise material and legal basis for the renewed claim, include a declaration based on personal knowledge, and explain why the privilege or work-product claim was not resolved before production. No renewed clawback shall take effect absent leave of Court. Existing confidentiality protections shall remain in place pending resolution.

5. Meta shall pay Plaintiffs' reasonable attorneys' fees and costs caused by its improper privilege assertions, incurred from Meta's August 31, 2026 announcement forward, in investigating and challenging Meta's privilege claims, pursuing priority review, participating in Special Master proceedings, analyzing late downgrades, arguing the issue at hearings, and preparing and presenting the Motion. This award does not include the Special Master's fees, which Meta already bears under ECF 3599 ¶ 5.

6. Within 21 days of the date of this Order, Plaintiffs shall file a supplemental declaration documenting those fees and costs. Meta may file a response within 14 days thereafter. The Court will then determine the amount of the award.

7. No other deadline fixed by the Court is affected by this Order.

**IT IS SO ORDERED.**

Dated: ________________________

________________________________
Hon. Yvonne Gonzalez Rogers
United States District Judge