*[Submitting Counsel on Signature Page]*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCT LIABILITY LITIGATION<br><br>This Document Relates To:<br><br>*ALL ACTIONS* | MDL No. 3047<br><br>Case No. 4:22-md-3047-YGR<br><br>**PERSONAL INJURY AND SCHOOL DISTRICT PLAINTIFFS' TEMPORARY SEALING MOTION REGARDING PLAINTIFFS' RESPONSE TO META'S OBJECTIONS TO REPORT NO. 1 OF SPECIAL MASTER**<br><br>Judge: Hon. Yvonne Gonzalez Rogers<br><br>Magistrate Judge: Hon. Peter H. Kang |

Pursuant to the Court's Order Setting Sealing Procedures (ECF No. 341) the Personal Injury and School District Plaintiffs ("Plaintiffs") respectfully submit this motion to file Plaintiffs' Response to Meta's Objections to Report No. 1 of Special Master and exhibits under seal. Below is a list of documents to be filed under seal:

| Document | Party Information |
|---|---|
| Plaintiffs' Response to Meta's Objections to Report No. 1 of Special Master | The document contains information designated as confidential or highly confidential by Meta |
| Exhibit 1 - META3047MDL-277-00001953 (Sealed) | The document contains information designated as confidential or highly confidential by Meta |
| Exhibit 2 - META3047MDL-322-00000991 (Sealed) | The document contains information designated as confidential or highly confidential by Meta |
| Exhibit 3 - META3047MDL-294-00099971 (Sealed) | The document contains information designated as confidential or highly confidential by Meta |
| Exhibit 4 - META3047MDL-321-00000017 (Sealed) | The document contains information designated as confidential or highly confidential by Meta |
| Exhibit 5 - META3047MDL-091-00005304 (Sealed) | The document contains information designated as confidential or highly confidential by Meta |

Respectfully submitted,

*/s/ Michael Weinkowitz*

MICHAEL M. WEINKOWITZ
ALICIA ARMSTRONG
**GIBBS MURA, LLP**
One Commerce Center
2005 Market Street, 32nd Floor
Philadelphia PA 19103
Telephone: 215-486-0150
mweinkowitz@classlawgroup.com
aarmstrong@classlawgroup.com

*Plaintiff Leadership Committee and*
*Co-Chair of the School District Committee*

LEXI J. HAZAM
**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone: 415-956-1000
lhazam@lchb.com

*Co-Lead Counsel for Plaintiffs*

**ATTESTATION**

I, Michael Weinkowitz, hereby attest, pursuant to N.D. Cal. Civil L.R. 5-1, that the concurrence to the filing of this document has been obtained from each signatory hereto.

DATED: November 16, 2026 By: */s/ Michael Weinkowitz*