# Exhibit 1

## Filed Temporarily Under Seal