# Exhibit 2

Filed Temporarily
Under Seal