# Exhibit 3

## Filed Temporarily Under Seal