# Exhibit 4

Filed Temporarily
Under Seal