# Exhibit 5

Filed Temporarily
Under Seal