Docusign Envelope ID: 5E076BCB-5F64-8D34-80B3-B6179052FDDB


Hon. Suzanne H. Segal (Ret.)
SIGNATURE RESOLUTION, LLC
633 West 5th Street, Suite 1000
Los Angeles, California 90071
judgesegal@signatureresolution.com

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION | Case No.: 22-md-3047-YGR<br><br>Multi-District Litigation ("MDL") No. 3047 |
| This Document Relates to:<br><br>All Actions | **REPORT NO. 2 OF SPECIAL MASTER** |

On October 16, 2026, District Judge Yvonne Gonzalez Rogers issued an order (the "Order") regarding the Special Master appointment. The Court issued a protocol governing the Special Master's review of documents or redactions from documents that Meta asserted privilege over. The Special Master has followed the protocol and has reviewed the second group of documents. The second group of documents included 201 documents. The Special Master's rulings on Meta's privilege assertions are represented under category "D" of the Index which is labeled "Special Master Ruling or Comments." The Index is attached as Exhibit B. Upon completion of her review, the Special Master notified all parties of her rulings.

.

Dated: November 16, 2026

DocuSigned by:
Hon. Suzanne Segal (Ret.)
2B739185DE71459...

Hon. Suzanne Segal (Ret.)
Special Master