# EXHIBIT B
# Filed Temporarily Under Seal