UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION

This Document Relates to:
ALL CASES

CASE No. 4:22-MD-03047-YGR
MDL No. 3047

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE; ORDER (CIVIL LOCAL RULE 11-3)**

I, Raymond C. Silverman, an active member in good standing of the bar of New York, hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: Plaintiffs in the above-entitled action. My local co-counsel in this case is Waived per Dkt. No. 2 Order, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California. Local co-counsel's bar number is: Not Applicable.

6 Harbor Park Drive
Port Washington, NY 11050
*My address of record*

1-516-466-6500
*My telephone # of record*

rsilverman@yourlawyer.com
*My email address of record*

Waived per Dkt. No. 2 Order
*Local co-counsel's address of record*

Not Applicable
*Local co-counsel's telephone # of record*

Not Applicable
*Local co-counsel's email address of record*

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 3033743.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I have been granted pro hac vice admission by the Court __0__ times in the 12 months preceding this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules. I declare under penalty of perjury that the foregoing is true and correct.

Dated: 11/18/2026

*/s/ Raymond C. Silverman*

Raymond C. Silverman
Registration No. 3033743
Parker Waichman LLP
6 Harbor Park Drive
Port Washington, NY 11050
Tel: (516) 466-6500
Email: rsilverman@yourlawyer.com

**ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**

IT IS HEREBY ORDERED THAT the application of Raymond C. Silverman is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: ________________

______________________________
The Honorable Yvonne Gonzalez Rogers
United States Chief District Judge