*[Parties and counsel listed on signature pages]*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION | Case No. 4:22-MD-03047-YGR<br><br>MDL No. 3047 |
| This Document Relates to:<br><br>*Charleston County School District v. Meta Platforms Inc., et al.*<br><br>Case No.: 4:23-cv-4659-YGR<br><br>*Tucson Unified School District v. Meta Platforms Inc., et al.*<br><br>Case No.: 4:24-cv-01382-YGR | **STIPULATED AND ~~[PROPOSED]~~ ORDER OF DISMISSAL OF INSTAGRAM, LLC**<br><br>Judge: Hon. Yvonne Gonzalez Rogers<br><br>Magistrate Judge: Hon. Peter H. Kang |

Pursuant to Civil L.R. 7-12, Charleston County School District ("CCSD") and Tucson Unified School District ("TUSD") ("Plaintiffs") and Defendants Meta Platforms, Inc. and Instagram, LLC (the "Meta Defendants") hereby jointly submit this stipulation of dismissal, with prejudice, of the Plaintiffs' claims against Instagram, LLC in the above-captioned matters. Plaintiffs and the Meta Defendants agree and stipulate as follows:

1. Meta Platforms, Inc. stipulates that it is the corporate parent of Instagram, LLC.

2. Meta Platforms, Inc. agrees not to assert as a defense to liability in this Matter that it is not responsible for any actions or inactions alleged by the Plaintiffs as wrongful on the ground that such actions or inactions were taken in whole or in part by Instagram, LLC. Meta Platforms, Inc. agrees to be treated as responsible for the actions and inactions of the Instagram platform relevant to the Plaintiffs' claims since August 31, 2012. Meta Platforms, Inc. expressly reserves its rights to assert all other defenses it may have.

3. Meta Platforms, Inc. agrees not to assert as a basis for resisting payment of any monetary judgment or challenging any court order mandating injunctive or equitable relief that it does not exercise control or ownership over Instagram, LLC or its assets. Meta Platforms, Inc. expressly reserves its rights to resist any such payment or challenge any such court order on any other bases.

5. For the avoidance of doubt, nothing herein is intended to waive or limit the Meta Defendants' right to assert statute of limitations, laches, or other time-based defenses at law or equity, and all such defenses are expressly reserved.

6. In consideration of the foregoing, the Plaintiffs' claims against Instagram, LLC in the Matter shall be, and hereby are, dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a), with each party to bear its own costs and attorneys' fees.

7. All Parties to these actions consent to the dismissal with prejudice of Instagram, LLC.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: November 19, 2026

The Honorable Yvonne Gonzalez Rogers
Chief United States District Judge

Dated: November 11, 2026

Respectfully Submitted,

**MOTLEY RICE LLC**

By: _/s/ Previn Warren_
Previn Warren
401 9th Street NW Suite 630
Washington, DC 20004
Tel: 202-386-9610
pwarren@motleyrice.com

Lance V. Oliver
Marlon E. Kimpson
Sara O. Couch
28 Bridgeside Boulevard
Mt. Pleasant, SC 29464
Telephone: 843-216-9000
lovliver@motleyrice.com
mkimpson@motleyrice.com
scouch@motleyrice.com

*Counsel for Charleston County School District*

**WAGSTAFF & CARTMELL LLP**

_/s/ Thomas P. Cartmell_____________________
Thomas P. Cartmell
4740 Grand Avenue, Suite 300
Kansas City, MO 64112
Tel: (816) 701-1100
tcartmell@wcllp.com

Kirk J. Goza
GOZA & HONNOLD LLC
9500 Nall Ave., Ste 400
Overland Park, KS 66207
Tel. (913) 451-3433
kgoza@gohonlaw.com
*Counsel for Tucson Unified School District*

By: _/s/ Ashley M. Simonsen_

**COVINGTON & BURLING LLP**

Ashley M. Simonsen (Bar No. 275203)
COVINGTON & BURLING LLP
1999 Avenue of the Stars

Los Angeles, California 90067
Telephone: (424) 332-4800
Facsimile: (424) 332-4749
Email: asimonsen@cov.com

Phyllis A. Jones (*pro hac vice*)
Paul W. Schmidt (*pro hac vice*)
Christian J. Pistilli (*pro hac vice*)
COVINGTON & BURLING LLP
One City Center
850 Tenth Street, NW
Washington, DC 20001-4956
Telephone: (202) 662-6000
Facsimile: (202) 662-6291
Email: pajones@cov.com
Email: pschmidt@cov.com
Email: cpistilli@cov.com

Beth A. Wilkinson (*pro hac vice*)
Rakesh Kilaru (*pro hac vice*)
Jolee Porter (*pro hac vice pending*)
Matthew R. Skanchy (*pro hac vice*)
WILKINSON STEKLOFF LLP
2001 M Street, NW, 10th Floor
Washington, D.C. 20036
Telephone: (202) 847-4010
Facsimile: (202) 847-4005
bwilkinson@wilkinsonstekloff.com
rkilaru@wilkinsonstekloff.com
jporter@wilkinsonstekloff.com
mskanchy@wilkinsonstekloff.com

Moira K. Penza (*pro hac vice*)
WILKINSON STEKLOFF LLP
130 W 42nd Street, 24th Floor
New York, NY 10036
Telephone: (212) 294-8925
Facsimile: (202) 847-4005
Email: mpenza@wilkinsonstekloff.com

*Attorneys for Defendants Meta Platforms, Inc. f/k/a Facebook, Inc. and Instagram, LLC*

*/s/ Jonathan H. Blavin*
Jonathan H. Blavin (State Bar No. 230269)
Jonathan.Blavin@mto.com
MUNGER, TOLLES & OLSON LLP
560 Mission Street, 27th Floor

San Francisco, CA 94105
Tel: (415) 512-4000

E. MARTIN ESTRADA (SBN 223802)
Martin.Estrada@mto.com
L. ASHLEY AULL (SBN 257020)
Ashley.Aull@mto.com
VICTORIA A. DEGTYAREVA (SBN 284199)
Victoria.Degtyareva@mto.com
MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue, 50th Floor
Los Angeles, CA 90071
Tel.: (213) 683-9100

ALLISON BROWN (*pro hac vice)*
alli.brown@kirkland.com
KIRKLAND & ELLIS LLP
2005 Market Street, Suite 1000
Philadelphia, PA 19103
Tel.: (215) 268-5000

JESSICA DAVIDSON (*pro hac vice)*
jessica.davidson@kirkland.com
JOHN J. NOLAN (*pro hac vice)*
jack.nolan@kirkland.com
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, NY 10022
Tel.: (212) 446-4800

*Attorneys for Defendant Snap Inc.*

*/s/ Ashley W. Hardin*
ASHLEY W. HARDIN (*pro hac vice)*
ahardin@wc.com
J. ANDREW KEYES (*pro hac vice)*
akeyes@wc.com
NEELUM J. WADHWANI (SBN 247948)
nwadhwani@wc.com
WILLIAMS & CONNOLLY LLP
680 Maine Avenue, SW
Washington, DC 20024
Tel.: (202) 434-5000

*Attorneys for Defendants YouTube, LLC and Google LLC*

*/s/ Geoffrey M. Drake*
GEOFFREY M. DRAKE (*pro hac vice)*
gdrake@kslaw.com
TACARA D. HARRIS (*pro hac vice)*
tharris@kslaw.com
KING & SPALDING LLP
1180 Peachtree Street, NE, Suite 1600
Atlanta, GA 30309
Tel.: (404) 572-4600

DAVID P. MATTERN (*pro hac vice)*
dmattern@kslaw.com
KING & SPALDING LLP
1700 Pennsylvania Avenue, NW
Suite 900
Washington, D.C. 20006
Tel.: (202) 737-0500

BAILEY J. LANGNER (State Bar No. 307753)
*blangner@kslaw.com*
KING & SPALDING LLP
50 California Street, Suite 3300
San Francisco, CA 94111
Tel.: (415) 318-1200

*/s/ Daniel M. Petrocelli*
DANIEL M. PETROCELLI (SB #97802)
dpetrocelli@omm.com
SABRINA H. STRONG (SB #200292)
sstrong@omm.com
O'MELVENY & MYERS LLP
1999 Avenue of the Stars, 8th Floor
Los Angeles, CA 90067
Telephone: (310) 553-6700

STEPHEN D. BRODY (*pro hac vice*)
sbrody@omm.com
O'MELVENY & MYERS LLP
1625 Eye Street, NW
Washington, D.C. 20006
Telephone: (202) 383-5300

*Attorneys for Defendants*
*TikTok Inc., ByteDance Inc., TikTok Ltd., ByteDance Ltd., and TikTok LLC*

**ATTESTATION**

I, Previn Warren, hereby attest, pursuant to N.D. Cal. Civil L.R. 5-1, that the concurrence to the filing of this document has been obtained from each signatory hereto.

Dated: November 11, 2026

By: /s/ *Previn Warren*