# EXHIBIT A

Message

**From:** Tom Wynter [/O=THEFACEBOOK/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=[redacted]
**Sent:** 10/25/2023 2:33:22 AM
**To:** [redacted]@meta.com]; Tom Wynter [redacted]@meta.com]
**Subject:** Message summary [{"otherUserFbId":100021478472088,"threadFbId":null}]
**Attachments:** 395904239_1571448040326703_7256468352372961683_n.png; California-v-Meta-complaint.pdf; 395664739_712304456952550_8315227145069148601_n.png; 396040808_393873692974528_8150676540219452764_n.png; 395412074_285748414366445_6618436928385208323_n.png

Tom Wynter (10/24/2023 09:39:53 PDT):
[redacted] again I have to ask... Are the compliance people reading the same litigation and legislation that I am? https://www.nytimes.com/2023/10/24/technology/states-lawsuit-children-instagram-facebook.html

Tom Wynter (10/24/2023 09:40:09 PDT):
>this is about the core algorithm being optimized for engagement, not harm exposure, and what external lawyers will find is that yes, mechanically, they are right and we are optimizing teen feeds for time and money... for no good reason! It is such a small part of our revenue, it's just walking into a lawsuit that we will lose

[redacted] (10/24/2023 09:40:20 PDT):
>Tom, I am asking the same question.

Tom Wynter (10/24/2023 09:40:56 PDT):
>does [redacted] realize how the core algo is set up? Like it's literally just mathematically optimizing for vpvs and sessions *for teens* as with everyone else, which is the thing we're being told we cannot do...

[redacted] (10/24/2023 09:41:09 PDT):
>So my answer is: something is going missing in translation because this is our press response.
>We share the attorneys general's commitment to providing teens with safe, positive experiences online, and have already introduced over 30 tools to support teens and their families. We're disappointed that instead of working productively with companies across the industry to create clear, age-appropriate standards for the many apps teens use, the attorneys general have chosen this path.

[redacted] (10/24/2023 09:41:20 PDT):
>Like nobody is asking us to build 30 tools.

Tom Wynter (10/24/2023 09:41:26 PDT):
>right?

[redacted] (10/24/2023 09:41:34 PDT):
>I had the exact same reaction this morning

[redacted] (10/24/2023 09:41:40 PDT):
>who asked you to build 30 tools

[redacted] (10/24/2023 09:41:41 PDT):
>nobody

Tom Wynter (10/24/2023 09:41:46 PDT):
>I dunno why we're doing cartwheels to avoid doing the thing we're actually being asked to do *which we can easily do at very little topline cost!*

[redacted] (10/24/2023 09:42:12 PDT):
>It's really puzzling Tom. IDK what to say.

[redacted] (10/24/2023 09:42:24 PDT):
>I'm trying to find out now what stupidity happened in the 1 day i was out sick yesterday.

[redacted] (10/24/2023 09:47:40 PDT):
>How is [redacted]? Keep her out of IG these days if you can.

Tom Wynter (10/24/2023 09:48:26 PDT):
>she's more of a tiktok girly

[redacted] (10/24/2023 09:48:41 PDT):
>ok not as bad.

Tom Wynter (10/24/2023 09:48:51 PDT):

>she's good, started a new modality (MRI) recently, so a bit stressed with the newness, but hcgs at 8000 so we are gonna have a tadpole ultrasound tomorrow

Tom Wynter (10/24/2023 09:49:01 PDT):
>ehh I think we just don't know how bad it is yet

[redacted] (10/24/2023 09:49:15 PDT):
>the dead baby content is what I'm thinking about.

Tom Wynter (10/24/2023 09:49:24 PDT):
>ahh that

[redacted] (10/24/2023 09:49:36 PDT):
>8000 ain't bad!

Tom Wynter (10/24/2023 09:50:10 PDT):
>getting there, little high for the timing but isn't clear to me there's a "too high"... the instructions are a little unclear

[redacted] (10/24/2023 09:50:25 PDT):
>it's more about how it doubles more than the baseline.

[redacted] (10/24/2023 09:50:57 PDT):
>there is no too high. but if the numbers grow slowly it may be indicator that she may need progesterone. but given how young she is i doubt it.

[redacted] (10/24/2023 09:51:16 PDT):
>I was her age when I had my first one. ahhh the youth.

[redacted] (10/24/2023 09:52:31 PDT):
>My surrogate needs to lose weight so I sent her a peloton and subscribed her to daily harvest meals (After asking of course)

Tom Wynter (10/24/2023 11:32:01 PDT):
>https://fb.workplace.com/groups/commsupdates/permalink/25359058740382735/

[redacted] (10/24/2023 11:32:12 PDT):
>i saw. don't get me started.

Tom Wynter (10/24/2023 11:32:24 PDT):
>this is so funny...
>
>Regulators: Stop optimizing for engagement!
>Meta: "We have built 30 tools!"

[redacted] (10/24/2023 11:32:25 PDT):
>I'm giving [redacted] an earful in a meeting now

Tom Wynter (10/24/2023 11:32:27 PDT):
>lol

Tom Wynter (10/24/2023 11:32:28 PDT):
>good

[redacted] (10/24/2023 11:32:53 PDT):
>she literally responded to me by saying "but the time management tools"

[redacted] (10/24/2023 11:32:55 PDT):
>FFS

[redacted] (10/24/2023 11:34:11 PDT):
>I'm gonna need to pull her 1:1

[redacted] (10/24/2023 11:34:28 PDT):
>I think pragmatically what I may do is to shoehorn this into "compliance" saying this is regulatory readiness

Tom Wynter (10/24/2023 12:14:32 PDT):

shared: 395904239_1571448040326703_7256468352372961683_n.png

Tom Wynter (10/24/2023 12:14:40 PDT):
>the lawsuit is extremely explicit about the problem

[redacted] (10/24/2023 12:15:05 PDT):
>send me the doc please

[redacted] (10/24/2023 12:15:11 PDT):

>i meant to dig it and haven't had time yet

Tom Wynter (10/24/2023 12:16:10 PDT):

shared: California-v-Meta-complaint.pdf

Tom Wynter (10/24/2023 12:19:43 PDT):
>it actually specifically calls out our comms strategy of throwing a bunch of partial mitigations to avoid dealing with the core problem

Tom Wynter (10/24/2023 12:19:48 PDT):
>what a time to be alive

[redacted] (10/24/2023 12:20:20 PDT):
>it's a joke.

[redacted] (10/24/2023 12:20:28 PDT):
>classic david ginsberg deflection

[redacted] (10/24/2023 12:25:28 PDT):
>i really don't like questions like "what do you think is important" asked to me or other CSI leads.
>who cares? y'all are doing the work, you tell ME what I should think is important.

[redacted] (10/24/2023 12:25:40 PDT):
>Like of course I have opinions but no, i don't want you to optimize for that blindly

[redacted] (10/24/2023 12:25:47 PDT):
>I really appreciate you never ask me that

Tom Wynter (10/24/2023 12:26:05 PDT):
>natural function of not having roadmaps

Tom Wynter (10/24/2023 12:26:21 PDT):
>people are so used to being randomly thrown at whatever shiny object of the day exists that it's not worth investing in ideas

[redacted] (10/24/2023 12:39:14 PDT):
>oh boy. https://fb.workplace.com/groups/508215109227109/posts/25359235147031761

Tom Wynter (10/24/2023 12:39:53 PDT):
>sweet comments section

[redacted] (10/24/2023 12:39:59 PDT):
>i know.

[redacted] (10/24/2023 12:40:02 PDT):
>ooof.

[redacted] (10/24/2023 12:40:11 PDT):
>totally doesn't sound like we are biased internally

Tom Wynter (10/24/2023 12:40:55 PDT):
>it is surprising how much of this is redacted

[redacted] (10/24/2023 12:41:29 PDT):
>this is so unambiguously about ranking and algorithms

[redacted] (10/24/2023 12:41:35 PDT):
>uh

Tom Wynter (10/24/2023 12:41:51 PDT):
>it sure is

[redacted] (10/24/2023 14:16:14 PDT):
>https://fb.workplace.com/notes/928815928835484

[redacted] (10/24/2023 14:16:25 PDT):
>I'll give feedback on the writing style here. but i think this is promising

Tom Wynter (10/24/2023 14:16:50 PDT):
>promising for what?

[redacted] (10/24/2023 14:17:04 PDT):
>using something like this as guardrail

[redacted] (10/24/2023 14:17:07 PDT):
>to not digress?

Tom Wynter (10/24/2023 14:18:27 PDT):
>I don't think we can just turn up to IG relevance with this and say "the current level of RTs is the right level" and block launches that evolve the platform to more unconnected content

[redacted] (10/24/2023 14:19:01 PDT):
>ah but i think you could get RT through unconnected content too can't you?

Tom Wynter (10/24/2023 14:19:06 PDT):
>not really

Tom Wynter (10/24/2023 14:19:09 PDT):
>the coefficients are also very smol

[redacted] (10/24/2023 14:19:25 PDT):
>but you could say, within the connected content you surface, optimize for RT

Tom Wynter (10/24/2023 14:19:50 PDT):
>I would not be confident that is a good idea

Tom Wynter (10/24/2023 14:19:55 PDT):
>it is like, technically possible to make a friend through reels recs, but it doesn't really happen best I can tell

[redacted] (10/24/2023 14:20:20 PDT):
>why not?

Tom Wynter (10/24/2023 14:20:24 PDT):
>this just says "people who interact with their friends more on instagram have better social support networks" which like... yes, but so?

[redacted] (10/24/2023 14:21:11 PDT):
>yes. and now we have a metric to capture those interactions, and we can see how optimizing for that can be a positive outcome for the platform.
>because is all connected content equal? I would say no.

Tom Wynter (10/24/2023 14:21:36 PDT):
>you would just be optimizing for RT inputs, which are like... p(like), p(comment_reply) etc.

Tom Wynter (10/24/2023 14:21:42 PDT):
>so it's back to MSI based ranking

[redacted] (10/24/2023 14:22:41 PDT):
>I think if we are going to make algorithms more principle driven, RT-like metrics are one way to do it. We have sufficient evidence that it correlates with support, which is a good thing.

Tom Wynter (10/24/2023 14:22:53 PDT):
>I don't think so, and the correlations are very weak

Tom Wynter (10/24/2023 14:23:06 PDT):
>Instagram isn't really about RTs, nor should it be. You could plausibly have claimed Facebook was in 2015, but IG in 2023? I don't think anyone thinks that's what it's for

[redacted] (10/24/2023 14:23:25 PDT):
>I think there is a whole "communities" org in IG

[redacted] (10/24/2023 14:23:32 PDT):
>which tells me they do care a bit about it.

Tom Wynter (10/24/2023 14:23:46 PDT):
>they don't even have a communities surface

Tom Wynter (10/24/2023 14:23:57 PDT):
>FB at least has groups

[redacted] (10/24/2023 14:24:00 PDT):
>they don't have to.

Tom Wynter (10/24/2023 14:24:12 PDT):
>they would if they were really focused on it

[redacted] (10/24/2023 14:24:26 PDT):
>not if it is not the right strategy.

[redacted] (10/24/2023 14:24:35 PDT):
>making a new surface is not always the right solution

Tom Wynter (10/24/2023 14:24:58 PDT):
>if the goal was to make instagram about communities... it would be the right solution

[redacted] (10/24/2023 14:25:18 PDT):
>not necessarily! the design space is immense.

Tom Wynter (10/24/2023 14:25:36 PDT):
>let's say you DID want your IG to about communities... how would you try to do that?

Tom Wynter (10/24/2023 14:25:44 PDT):
>follow big pages?

[redacted] (10/24/2023 14:25:46 PDT):
>you can support building of communities through ranking of comments and content

[redacted] (10/24/2023 14:25:57 PDT):
>through "explore"

Tom Wynter (10/24/2023 14:26:03 PDT):
>I think you can support building of followerships that way

Tom Wynter (10/24/2023 14:26:15 PDT):
>not convinced you can build communities without basic community affordances

[redacted] (10/24/2023 14:26:18 PDT):
>and communities form through shared affinity with / about soemthing

[redacted] (10/24/2023 14:26:29 PDT):
>you don't have to have a group surface for it. look at tiktok.

Tom Wynter (10/24/2023 14:26:29 PDT):
>if there's a way to laterally connect

[redacted] (10/24/2023 14:26:41 PDT):
>there are a lot of community building there. honestly same with IG.

Tom Wynter (10/24/2023 14:26:46 PDT):
>is there?

[redacted] (10/24/2023 14:26:49 PDT):
>yup.

Tom Wynter (10/24/2023 14:26:52 PDT):
>what do you think a community is?

[redacted] (10/24/2023 14:27:04 PDT):
>a group of people who share a common interest and purpose

Tom Wynter (10/24/2023 14:27:14 PDT):
>they have to interact with each other to be a community

Tom Wynter (10/24/2023 14:27:21 PDT):
>otherwise they're just a followership

Tom Wynter (10/24/2023 14:27:45 PDT):
>FB gaming has communities

[redacted] (10/24/2023 14:27:47 PDT):
>I have communities in IG actually! you are making me question my own user experience!

[redacted] (10/24/2023 14:27:57 PDT):
>IG has communities!

[redacted] (10/24/2023 14:28:01 PDT):
>my book club is in IG!

[redacted] (10/24/2023 14:28:09 PDT):
>as is my mom-fitness group!

Tom Wynter (10/24/2023 14:28:34 PDT):
>are these are offline communities using instagram for coordination or are these communities that formed on instagram and then went to the real world

Tom Wynter (10/24/2023 14:34:23 PDT):
>these are the ranking terms that affect RTs on FB... they're just comment terms

Tom Wynter (10/24/2023 14:34:23 PDT):

shared: 395664739_712304456952550_8315227145069148601_n.png

Tom Wynter (10/24/2023 14:35:06 PDT):
>you'd basically just be saying "leave the comment terms alone, because they're how we 'count' RTs"

[redacted] (10/24/2023 15:03:51 PDT):
>the latter

[redacted] (10/24/2023 15:04:36 PDT):
>one is an online book club that started with one person in sacramento who is also a musician (so has a large following) starting a "silent book club" with monthly meet ups. and it became its own thing.

Tom Wynter (10/24/2023 15:04:49 PDT):
>how did you even find that?

[redacted] (10/24/2023 15:05:04 PDT):
>I was following a sac coffee shop who advertised their event

[redacted] (10/24/2023 15:05:57 PDT):
>other is a mom-fitness group that one of my doulas linked to (again found through IG) which was like one doula asking "hey do we have enough post partum moms who want to exercise together"

Tom Wynter (10/24/2023 15:06:31 PDT):
>what a chaotic way to avoid using facebook

[redacted] (10/24/2023 15:06:53 PDT):
>I have a third one too, which is through the baby-music teacher that I took Iz to during my leave - she called for parents who have similar age kids to clump together.

[redacted] (10/24/2023 15:07:00 PDT):
>it is chaotic but it works.

Tom Wynter (10/24/2023 15:08:20 PDT):
>does [redacted] know that we literally optimize Teen feeds for engagement?

[redacted] (10/24/2023 15:08:41 PDT):
>Tom, you need to understand that these folks don't know / go into the technical details.

Tom Wynter (10/24/2023 15:08:44 PDT):
>I feel like the ground-Legal people don't actually realize the accusations against us are mechanically true

Tom Wynter (10/24/2023 15:08:52 PDT):
>that's why I ask, because someone has to tell them

Tom Wynter (10/24/2023 15:10:52 PDT):
>at the ground floor, they sound like partisan defenders of the company who are wilfully avoiding knowing the things they are refuting

Tom Wynter (10/24/2023 15:10:53 PDT):

shared: 396040808_393873692974528_8150676540219452764_n.png

[redacted] (10/24/2023 15:10:57 PDT):
>i had a rather uninspiring conversation with miki about this tbh

[redacted] (10/24/2023 15:11:07 PDT):
>just today

[redacted] (10/24/2023 15:11:29 PDT):
>he was like "we must have tried optimizing for things other than engagement and it was probably worse"

Tom Wynter (10/24/2023 15:11:51 PDT):
>it was worse for the engagement metrics yes

[redacted] (10/24/2023 15:12:13 PDT):
>he had not considered that there may be a universe where we rank content differently for U18

Tom Wynter (10/24/2023 15:12:38 PDT):
>I think we will need to do something like 'see more clicks per BTPS vpv'

[redacted] (10/24/2023 15:12:43 PDT):
>and then started saying things like "but if we are proposing it, i need to know the technical details so i can converse with lars" and my man, that is not the point. are you ok with this on principle.

Tom Wynter (10/24/2023 15:12:45 PDT):
>or likes per vpv or something

[redacted] (10/24/2023 15:12:55 PDT):
>what do you mean

Tom Wynter (10/24/2023 15:13:07 PDT):
>BTPS = SMSL

Tom Wynter (10/24/2023 15:13:39 PDT):
>SM = "click on 'see more' button". But we can't do raw counts of SM clicks without implicitly optimizing for time spent, so it's SM CTR rather than SM count

Tom Wynter (10/24/2023 15:14:18 PDT):
>err does he know that IG ranking is already different for teenagers... and FB ranking is different for YA... just in both cases it's to squeeze even more sessions out of them

Tom Wynter (10/24/2023 15:25:15 PDT):
>I think it'd be a good empathy building exercise to run the FB algorithm on workplace for a little bit

Tom Wynter (10/24/2023 15:25:29 PDT):
>just to see how it elevated binfire posts

Tom Wynter (10/24/2023 15:40:58 PDT):
>I have located the workplace algorithm:

[redacted]

[redacted]

[redacted]

>   }
>}
>```

[redacted] (10/24/2023 15:59:34 PDT):
>tom what are you doing....

[redacted] (10/24/2023 15:59:41 PDT):
>and omg "blacklist" are you kidding me

Tom Wynter (10/24/2023 16:00:02 PDT):
>I wanted to see what a team optimizing for actual user value might do in a comparable setting

[redacted] (10/24/2023 16:00:19 PDT):
>i'm mustering the strength to work in a set up where [redacted] is repeatedly being asked to put process over my team's work.

Tom Wynter (10/24/2023 16:00:31 PDT):
>fun

[redacted] (10/24/2023 16:00:34 PDT):
>Taking all the strength I have to not say "f you all"

Tom Wynter (10/24/2023 16:00:47 PDT):
>maybe we should just give up for a couple years, see if it's better in 2026

[redacted] (10/24/2023 16:01:12 PDT):
>I think you taking parental leave in H2 2024, and me taking parental leave in H1 2025 sound like an amazing idea.

Tom Wynter (10/24/2023 17:45:41 PDT):
>how do they do this every half like clockwork

Tom Wynter (10/24/2023 17:45:41 PDT):

shared: 395412074_285748414366445_6618436928385208323_n.png

Tom Wynter (10/24/2023 17:46:11 PDT):
>it seems to genuinely be the case that optimizing for sessions just naturally distributes more harm to teenagers... it's been too consistent over time

Tom Wynter (10/24/2023 18:02:57 PDT):
>maybe the question we need to ask is, what does compliant teen ranking actually look like. I think it requires:
>(a) not being optimized for engagement metrics;
>(b) exposing teens to less harm, even if it costs engagement;
>(c) niche YIP things
>
>Can SI tell IG/FB that their approach to teen ranking is non-compliant for failing to meet these criteria?

[redacted] (10/24/2023 18:30:44 PDT):
>For (a) we will have to tell them to be compliant what we optimize for

Tom Wynter (10/24/2023 19:32:34 PDT):
>MAP

Tom Wynter (10/24/2023 19:33:22 PDT):
>IG are moving to DAP next year, that's progress