# EXHIBIT B

Message

**From:** [redacted] [/O=THEFACEBOOK/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=0CA55BB5FA7B4B4692BFA9CF9649665F-[redacted]]
**Sent:** 4/1/2022 12:18:51 AM
**To:** Karina Newton [redacted]@fb.com]; [redacted] [redacted]@fb.com]; Miki Rothschild [redacted]@fb.com]; [redacted] [redacted]@fb.com]; [redacted] [redacted]@fb.com]; [redacted] [redacted]@fb.com]
**Subject:** Message summary [{"otherUserFbId":null,"threadFbId":4958973680825059}]
**Attachments:** 277238866_1043592219840419_4620313115033291968_n.jpg; sticker.png; sticker.png

[redacted] (3/31/2022 05:40:47 PDT):
>@silent thank you [redacted] Haha. Appreciate all the work you're doing to help us land these

[redacted] (3/31/2022 05:42:28 PDT):
>Miki, [redacted] shall we aim to get the HPM out next week, once you're back Miki to review/approve in detail?
>
>And in the meantime, [redacted] you can update Adam tomorrow in our Youth crew chat on progress?

Michael Yehuda Rothschild (3/31/2022 05:47:52 PDT):
>Yes, agree on both counts :)

[redacted] (3/31/2022 07:41:27 PDT):
>SG; I'll update on chat later today, I'm OOO tomorrow

[redacted] (3/31/2022 07:46:58 PDT):
>Miki just to give you an update as well:
>
>- Overall good reception, with probably 75% of teams already actively populating the data.
>
>- We met FB and Messenger(/MK) teams yesterday. Both needed help on filling safety/CI items ; FB were struggling a bit on the well-being features (negative/positive nudges/tools to block bad behavior), saying the examples are IG-specific, and they don't know what's the FB equivalent.
>
>- Messenger chat was more straightforward - main AI is to think in data use not just about personalization and collection, but also about data that flows from messenger into the ads system

[redacted] (3/31/2022 08:01:44 PDT):
>Miki, [redacted] I realised u said to Adam we were going to have the map end of this week

[redacted] (3/31/2022 08:02:15 PDT):
>And he said not to let it slip another week. But it was always next week, as we dont have all the app teams schedueld for this week

[redacted] (3/31/2022 08:02:28 PDT):
>Unless [redacted] you think we can share something with him this week either way by tmrw? so he can see before everyone else

[redacted] (3/31/2022 09:16:43 PDT):
>Can you guys make sure a lawyer is on that chat? Could be me or [redacted] but just want to make sure it's all still privileged - sorry to be so annoying on this but I really really don't want any of this getting produced in the multiple investigations and litigation we're facing on youth

[redacted] (3/31/2022 09:36:54 PDT):
>Will add you now!

Karina Lynn Newton (3/31/2022 11:05:32 PDT):
>does anyone know who this is?

Karina Lynn Newton (3/31/2022 11:05:50 PDT):
>(me being paranoid)

Karina Lynn Newton (3/31/2022 11:06:39 PDT):
>(image not sharing but it's "[redacted]" [EXTERNAL] who has access to scorecard

[redacted] (3/31/2022 11:07:15 PDT):
>Is it this person?

[redacted] (3/31/2022 11:07:20 PDT):

shared: 277238866_1043592219840419_4620313115033291968_n.jpg

[redacted] (3/31/2022 11:08:38 PDT):
>I don't show him on either invite.

[redacted] (3/31/2022 11:18:29 PDT):
>Thanks Karina, I just removed him for now. He wasnt in our stakeholder table

Karina Lynn Newton (3/31/2022 11:18:44 PDT):
>my hunch is he probably requested with his non-fb email

[redacted] (3/31/2022 12:25:32 PDT):

shared: sticker.png

[redacted] (3/31/2022 12:29:50 PDT):
>Hey - few items that came up , team might know/have opinion:
>
>1/ should we add a column to record the name of the person who filled the specific row? i feel we're going to have a lot of source-tracking otherwise

[redacted] (3/31/2022 12:31:04 PDT):
>2/ Minimized Ads Data Collection *YES/PARTIALLY/NO* - we minimize collection of teens data
>
>- Does this include use of teens data in the ad system?

Karina Lynn Newton (3/31/2022 12:46:55 PDT):
>2, [redacted] [redacted] can answer for other apps but I filled out IG. We don't minimize collection and we don't minimize ads data – this is coming for FB and IG in June (basic ads) but now the only limits are on targeting side.

[redacted] (3/31/2022 13:25:12 PDT):
>Based on what is coming back, I'm wondering if we need to perform an audit of all flows and defaults per app (prioritizing the most significant surfaces) - let me know if that's something I can help to feed into the scorecard. Probably makes sense to run this separately but parallel to the product teams since they will likely be better able to identify these areas than any outside counsel I leverage for this

Karina Lynn Newton (3/31/2022 15:05:36 PDT):
>Central privacy may also be able to help with that

[redacted] (3/31/2022 15:44:40 PDT):

shared: sticker.png

[redacted] (3/31/2022 15:45:08 PDT):
>Hey [redacted] - can you add [redacted] to all 3 RL meetings (VR, Metaverse, Portal)? thanks!

[redacted] (3/31/2022 15:45:21 PDT):
>Absolutely

[redacted] (3/31/2022 16:52:00 PDT):
>Thanks. I'm asking as this question came up when chatting w messenger team – ie – do we need another line item to cover a question around 'use of app data within the ads system' or is it already covered in 2/

Karina Lynn Newton (3/31/2022 17:18:51 PDT):
>Ahh, we can keep to what we have vis a vis youth data. Messenger data commitment is different than Mkids tho.