# EXHIBIT C

Message

**From:** [redacted][/O=THEFACEBOOK/OU=EXTERNAL (FYDIBOHF25SPDLT)/CN=RECIPIENTS/CN=831147D191FA4974AE26A29D3934EAAC]
**Sent:** 9/27/2024 10:11:46 PM
**To:** Kristin Hendrix [redacted]@meta.com]; [redacted]@meta.com]
**Subject:** Message summary [{"otherUserFbId":100011103040708,"threadFbId":null}]
**Attachments:** http://www.facebook.com/1961146944333016

[redacted] (9/27/2024 12:27:36 PDT):
>Hi Kristin, so great again to see you yesterday - our team LOVED having you there and learned so much from the panel.
>
>Thanks again for chatting with me about reviews for Nido research earlier this week. The Nido Expansions researchers have finished analyzing a report this week and have XFN who are eager to see the results, so I want to make sure I'm giving the right guidance.
>
>Questions for you:
>1. In a legal training we had this week, Legal PRIV PRIV Just to triple check, for all Nido research summaries (including FOA Expansion), we should be following the guidance set out in the pinned post (and attached here), right?
>2. Can researchers screenshare/present findings with their teams, or should all research shareouts be contained to the official recurring weekly shareout meeting?

[redacted] (9/27/2024 12:27:37 PDT):

shared: http://www.facebook.com/1961146944333016

Kristin Hendrix (9/27/2024 12:35:23 PDT):
PRIV
Legal PRIV Legal & [redacted]
earlier
>
>2. Researchers can share insights with their teams but should restrict access to the docs (ie, people can't copy/print or add people to the docs without their approval) and always tell stakeholders that the docs are very sensitive and shouldn't be shared without the UXR's explicit awareness and permission. Essentially, though, if something is A/C Priv'd, it shouldn't be shared or circulated w/o a lawyer copied on it.

[redacted] (9/27/2024 12:39:36 PDT):
>Thanks so much for the fast response.
>1. I should've mentioned - this was shared in a CSI-wide legal training, not one just meant for our team or for Nido specifically. Very happy to find the name of the presenter if you think still worth addressing directly though.
>
>2. Okay perfect, thank you. Last question here - should legal review before insights are shared, or is it enough for them to be added to the doc?

Kristin Hendrix (9/27/2024 12:41:58 PDT):
>Got it - understand now. I like to give the key Legal POCs a heads up like, "hey we're going to have a series of docs that are sensitive that we want to A/C Priv and we plan to add you to all of them as they are coming out" (so no need to get me the name of the person on this one - thanks!)
>
>The Legal review before insights are shared - ideally yes they should have a scan, BUT given we're proactively A/C Priv'ing things, restricting access/sharing, and moving so fast, we determined it would be ok to share w/o their review. But if the insights are going to a larger forum beyond the A/C Priv WP group (or in my HPM), we do ask LEgal to review.

Kristin Hendrix (9/27/2024 12:43:48 PDT):
>Some pro-tips from Legal are to couch things as potentials given many of our studies are small samples and our surveys are not always designed to be fully representative statistically speaking so they advise verbiage like:
>
>potential risks we see,
>
>potential opportunities for actions and
>
>avoiding phrasing like "we need to do X, Y, or Z" given that the research is one of many inputs to decisions.

[redacted] (9/27/2024 12:45:24 PDT):

>This is all so helpful and I'll share this guidance on with the FOA Expansion researchers as well. As always, I so appreciate your fast responses and clear guidance!

Kristin Hendrix (9/27/2024 12:48:26 PDT):
>You're welcome - thanks so much for asking about all this - so much to coordinate and so many ducks to get in a row! :-)

[redacted] (9/27/2024 12:52:32 PDT):
>Absolutely!! Truly, so many ducks :)

[redacted] (9/27/2024 14:31:13 PDT):
>So sorry for all the pings, but just heard from [redacted] (who confirmed with [redacted]) PRIV

PRIV

Kristin Hendrix (9/27/2024 14:45:30 PDT):

PRIV

Kristin Hendrix (9/27/2024 14:45:46 PDT):
>Thanks and have a great weekend,!

[redacted] (9/27/2024 15:11:46 PDT):
>Thank you so much for chatting with them, much appreciated! Have a wonderful weekend and thanks for everything you're doing here!