UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION

This Document Relates To:

*ALL ACTIONS*

MDL No. 3047

Case No.: 4:22-md-03047-YGR

**[PROPOSED] ORDER GRANTING SEALING STIPULATION REGARDING PI/SD PLAINTIFFS' EXHIBITS TO NOVEMBER 13, 2026 CMC STATEMENT**

Judge: Hon. Yvonne Gonzalez Rogers
Magistrate Judge: Hon. Peter H. Kang

The Court has considered the Parties' Sealing Stipulation Regarding PI/SD Plaintiffs' Exhibits to November 13, 2026 CMC Statement, filed November 20, 2026. Pursuant to Civil Local Rules 7-11 and 79-5 and the Court's Order Setting Sealing Procedures (ECF No. 341), and for the reasons set forth in the accompanying Sealing Stipulation, the Court rules as follows on the Parties' undisputed redactions:

| **Filing** | **Portion to be Redacted/Sealed** | **Action to be Taken** | **Court Order** |
|---|---|---|---|
| November 13, 2026 CMC Statement, Exhibit A (ECF 3668.1) | Names of non-executive employees and other PII appearing at META3047MDL-072-00032552 – 2557, -2561<br><br>Competitively sensitive source code appearing at META3047MDL-072-00032558 – 2560. | Redact specified portions. | |
| November 13, 2026 CMC Statement, Exhibit B (ECF 3668.2) | Names of non-executive employees, and other PII appearing at META3047MDL-031-00263699 – 3670 | Redact specified portions. | |
| November 13, 2026 CMC Statement, Exhibit C (ECF 3668.3) | Names of non-executive employees and other PII appearing at META3047MDL-112-00032712 – 2713 | Redact specified portions. | |

**IT IS SO ORDERED.**

DATED:

______________________________
HON. YVONNE GONZALEZ ROGERS
CHIEF UNITED STATES DISTRICT JUDGE