Ashley M. Simonsen (Bar No. 275203)
COVINGTON & BURLING LLP
1999 Avenue of the Stars
Los Angeles, California 90067
Telephone: (424) 332-4800
Facsimile: (424) 332-4749
Email: asimonsen@cov.com

*Attorneys for Defendants Meta Platforms, Inc. f/k/a Facebook, Inc.*

*[Additional parties and counsel listed on signature pages]*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates To:<br><br>*ALL ACTIONS* | MDL No. 3047<br><br>Case No.: 4:22-md-03047-YGR<br><br>**SEALING STIPULATION REGARDING EXHIBIT A TO REPORT NO. 1 OF SPECIAL MASTER (ECF 3677-2)**<br><br>Judge: Hon. Yvonne Gonzalez Rogers<br>Magistrate Judge: Hon. Peter H. Kang |

Pursuant to Civil Local Rules 7-11 and 79-5, and this Court's Order Setting Sealing Procedures ("Sealing Protocol") (ECF 341), Personal Injury and School District Plaintiffs ("Plaintiffs") and Defendants Meta Platforms, Inc. f/ka Facebook, Inc. ("Meta," and together with Plaintiffs, the "Parties") submit this Sealing Stipulation Regarding Exhibit A to Report No. 1 of Special Master (ECF 3677-2).

Meta seeks to redact from Exhibit A the names of non-executive Meta employees who were not deposed in this action or the related JCCP 5255, as well as all email addresses. Plaintiffs do not oppose these redactions. The Parties agree that Exhibit A otherwise need not be maintained under seal.

The chart below sets forth the Parties' proposed redactions, which are undisputed. Pursuant to the Sealing Protocol and CMO 28,[1] a Proposed Order implementing this stipulation and copies of the documents, with only the redactions requested below, are filed herewith.

| **Filing** | **Portion to be Redacted/Sealed** | **Basis for Sealing** | **Whether Previously Sealed** |
|---|---|---|---|
| Exhibit A to Report No. 1 of Special Master, ECF 3677-2 | Names of non-executive employees and other PII appearing at PDF pp. 1–50. | There is good cause to seal the names of non-executive employees to protect their privacy interests. *See, e.g.*, *Murphy v. Kavo Am. Corp.*, 2012 WL 1497489, at *1 (N.D. Cal. Apr. 27, 2012) (Gonzalez Rogers, J.) (granting motion to seal "employee-identifying information" because "[e]mployees and former employees who are not parties to this litigation have privacy interests in their personnel information, and in other sensitive identifying information"); *see also, e.g.*, *Am. Auto. Ass'n of N. California, Nevada & Utah v. Gen. Motors LLC*, 2019 WL 1206748, at *2 (N.D. Cal. Mar. 14, 2019); | This Court has previously granted motions to seal the names of non-executive employees to protect their privacy. *See, e.g.*, ECF 735, 189, 1465, 1619, 2522. |

[1] In CMO 28, the Court directed the Parties to unseal information "immediately once the parties agree that a document, or information redacted from a document, should not be sealed." ECF 2336 at 2.

| | | | |
|---|---|---|---|
| | | *Opperman v. Path, Inc.*, 2017 WL 1036652, at *4 (N.D. Cal. Mar. 17, 2017); *Hunt v. Cont'l Cas. Co.*, 2015 WL 5355398, at *2 (N.D. Cal. Sept. 14, 2015); *see also* Declaration of Andre Suite (ECF 1850-1) ¶¶ 2–4. | |

**IT IS SO STIPULATED AND AGREED.**

DATED: November 23, 2026

Respectfully submitted,

By: */s/ Ashley M. Simonsen*

Ashley M. Simonsen (Bar No. 275203)
COVINGTON & BURLING LLP
1999 Avenue of the Stars
Los Angeles, California 90067
Telephone: (424) 332-4800
Facsimile: (424) 332-4749
Email: asimonsen@cov.com

Paul W. Schmidt (*pro hac vice*)
Timothy C. Hester (*pro hac vice*)
COVINGTON & BURLING LLP
One City Center
850 Tenth Street, NW
Washington, DC 20001-4956
Telephone: (202) 662-6000
Facsimile: (202) 662-6291
Email: pschmidt@cov.com
Email: thester@cov.com

*Attorneys for Defendants Meta Platforms, Inc. f/k/a Facebook, Inc.*

By: */s/ Lexi J. Hazam*
PREVIN WARREN
**MOTLEY RICE LLC**
401 9th Street NW Suite 630
Washington DC 20004
Telephone: 202-386-9610
pwarren@motleyrice.com

LEXI J. HAZAM
**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone: 415-956-1000
lhazam@lchb.com

*Co-Lead Counsel for Plaintiffs*

**ATTESTATION**

I, Ashley M. Simonsen, hereby attest, pursuant to N.D. Cal. Civil L.R. 5-1, that concurrence to the filing of this document has been obtained from each signatory hereto.

Dated: November 23, 2026

By: /s/ *Ashley M. Simonsen*

Ashley M. Simonsen