Thomas P. Cartmell (*pro hac vice*)
Jonathan P. Kieffer (*pro hac vice*)
Austin Brane, SBN 286227
Michael P. Cutler, SBN 270663
**WAGSTAFF & CARTMELL LLP**
4740 Grand Avenue, Suite 300
Kansas City, MO 64112
Tel: (816) 701-1100
tcartmell@wcllp.com
jpkieffer@wcllp.com
abrane@wcllp.com
mcutler@wcllp.com

*Attorneys for Plaintiff* (additional counsel on signature page)

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION

This Document Relates to:

*Tucson Unified School District v. Meta Platforms, Inc., et. al.*

Case No.: 4:24-cv-1382

MDL No. 3047

Case No. 4:22-MD-03047-YGR

**PLAINTIFF TUCSON UNIFIED SCHOOL DISTRICT'S PROPOSED STATEMENT OF THE CASE**

Judge: Hon. Yvonne Gonzalez Rogers

Tucson Unified School District ("TUSD") is a group of public schools based in Arizona with children in grades K-12.

Defendants are four companies that operate the online platforms Instagram, Facebook, TikTok, Snapchat, and YouTube.

TUSD claims that Defendants were negligent in the design and operation of those platforms, which encourage excessive and compulsive use by students, and contribute to mental/physical health harms in students. TUSD claims that the platforms have had a significant negative impact on its schools, disrupting the school's operations and requiring schools to expend significant resources and money to address the platforms' negative effects. TUSD claims that Defendants failed to warn the public about those potential harms, and claims that the platforms have created a public nuisance. TUSD seeks to recover its past and future costs arising from the harms of Defendants' platforms.

Defendants deny these allegations.

Dated: November 23, 2026

RESPECTFULLY SUBMITTED

**WAGSTAFF & CARTMELL LLP**

*<u>/s/ Thomas P. Cartmell</u>*
Thomas P. Cartmell

Thomas P. Cartmell (*pro hac vice*)
Jonathan P. Kieffer (*pro hac vice*)
Austin Brane, SBN 286227
Michael P. Cutler, SBN 270663
**WAGSTAFF & CARTMELL LLP**
4740 Grand Avenue, Suite 300
Kansas City, MO 64112
Tel: (816) 701-1100
tcartmell@wcllp.com
jpkieffer@wcllp.com
abrane@wcllp.com
mcutler@wcllp.com

Kirk J. Goza (*pro hac vice*)
Brad Honnold (*pro hac vice*)
**GOZA & HONNOLD LLC**
9500 Nall Ave., Ste 400

Overland Park, KS 66207
Tel. (913) 451-3433
kgoza@gohonlaw.com
bhonnold@gohonlaw.com

Joseph G. VanZandt (*pro hac vice*)
Davis Vaughn (*pro hac vice*)
Jennifer Emmel (*pro hac vice*)
Clinton Richardson (*pro hac vice*)
Seth Harding (*pro hac vice*)
**BEASLEY ALLEN CROW**
**METHVIN PORTIS & MILES, LLC**
234 Commerce Street
Montgomery, AL 36103
Tel: 334-269-2343
Joseph.VanZandt@BeasleyAllen.com
Davis.Vaughn@BeasleyAllen.com
Jennifer.Emmel@BeasleyAllen.com
Clinton.Richardson@BeasleyAllen.com
Seth.Harding@BeasleyAllen.com

***Counsel for Plaintiff Tucson Unified School District***

## ATTESTATION

I, Austin Brane, hereby attest, pursuant to N.D. Cal. Civil L.R. 5-1, that the concurrence to the filing of this document has been obtained from each signatory hereto.

Dated: November 23, 2026

By: /s/ *Austin Brane*

**Austin Brane**

## CERTIFICATE OF SERVICE

I hereby certify that I filed the foregoing on November 23, 2026, using the Court's ECF filing system, thereby sending notice of the filing to all counsel of record.

By: /s/*Austin Brane*

**Austin Brane**