# EXHIBIT A

# VERDICT FORM

## NEGLIGENCE

**1. Did plaintiff Tucson Unified School District ("Tucson") prove that the Defendant's Non-Protected Conduct breached the duty of care to Tucson for each of the following Defendants?**

Meta: ___ YES ___ NO

Snap: ___ YES ___ NO

TikTok: ___ YES ___ NO

YouTube: ___ YES ___ NO

*For each Defendant, only answer Question 2 if you answer "Yes" to Question 1 for that Defendant.*

**2. Did Tucson prove that the Defendant's breach caused Tucson's students to suffer mental health harms, and that those harms caused Tucson to incur additional expenses for each of the following Defendants?**

Meta: ___ YES ___ NO

Snap: ___ YES ___ NO

TikTok: ___ YES ___ NO

YouTube: ___ YES ___ NO

*Please continue to the next page.*

**PUBLIC NUISANCE**

**3. Did plaintiff Tucson Unified School District ("Tucson") prove that the Defendant's Non-Protected Conduct created an unreasonable and substantial interference with a public right to health or safety in Tucson as to each of the following Defendants?**

Meta: ___ YES ___ NO

Snap: ___ YES ___ NO

TikTok: ___ YES ___ NO

YouTube: ___ YES ___ NO

*For each Defendant, only answer Question 4 if you answer "Yes" to Question 3 for that Defendant.*

**4. Did Tucson prove that the Defendant's interference caused Tucson's students to suffer mental health harms, and that those harms caused Tucson to incur additional expenses as to each of the following Defendants?**

Meta: ___ YES ___ NO

Snap: ___ YES ___ NO

TikTok: ___ YES ___ NO

YouTube: ___ YES ___ NO

*Only proceed to Question 5 if you answered "Yes" for any Defendant in Questions 2 or 4.*

*If you answered "No", or did not answer, for each Defendant in Questions 2 and 4, you are done. Skip the remaining questions and sign and return the Verdict Form.*

**COMPENSATORY DAMAGES**

*Only answer Questions 5 and 6 if you answered "Yes" for any Defendant in Questions 2 or 4.*

*If you answered "No", or did not answer, for each Defendant in Questions 2 and 4, do not answer Questions 5 or 6.*

**5. In what amount, if any, is Tucson entitled to compensatory damages?**

$________________

*If you answered any amount other than "$0.00", proceed to Question 6.*

*If you answered $0.00, you are done. Skip the remaining questions and sign and return the Verdict Form.*

**6. What percentage of the total fault for Tucson's harms, if any, do you assign to each of the following?**

*If you marked "NO" for a particular Defendant under both Questions 2 and 4, do not insert a percentage by that Defendant's name.*

**(The total must add up to 100%)**

| | |
|---|---|
| Tucson | ________% |
| Meta | ________% |
| Snap | ________% |
| TikTok | ________% |
| YouTube | ________% |
| **TOTAL:** | **100%** |

*Please continue to the next page.*

**MITIGATION**

**7. Did Defendants prove that Tucson could have avoided any of its harms through reasonable efforts or expenditures?**

___ YES ___ NO

*Only answer subpart 7(a) if your answer to Question 7 is "Yes."*

a. **What percentage of Tucson's harms could have been avoided through reasonable efforts or expenditures?**

%________________

**<u>WANTON OR RECKLESS DISREGARD</u>**

*Only answer Question 8 if you answered "Yes" for any Defendant to either of Questions 2 or 4.*

**8. Did Tucson prove by clear and convincing evidence that any of the following Defendants acted with a wanton or reckless disregard for the rights, safety, or property of Tucson?**

Meta: ___ YES ___ NO

Snap: ___ YES ___ NO

TikTok: ___ YES ___ NO

YouTube: ___ YES ___ NO

*Please continue to the next page.*

Jury Foreperson