*[Submitting Counsel on Signature Page]*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION | MDL No. 3047<br>Case No. 4:25-CV-02310-YGR<br>**PLAINTIFF'S PROPOSED VERDICT FORM** |
| This Document Relates to:<br>*Tucson Unified School District v. Meta Platforms, Inc. et al.* | Judge: Hon. Yvonne Gonzalez Rogers<br>Magistrate Judge: Hon. Peter H. Kang |

Pursuant to Section 3(j) of the Court's Standing Order, Plaintiff Tucson Unified School District hereby submits the attached Plaintiff's Proposed Verdict From, labeled as Exhibit A.

**Dated:** November 23, 2026

Respectfully submitted,

By: /s/ *Thomas P. Cartmell*
Thomas P. Cartmell
WAGSTAFF & CARTMELL LLP
4740 Grand Ave., Suite 300
Kansas City, MO 64112
Telephone: 816-701-1100
tcartmell@wcllp.com

***Counsel for Plaintiff TUSD***

Lexi J. Hazam
**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone: 415-956-1000
lhazam@lchb.com

Previn Warren
**MOTLEY RICE LLC**
401 9th Street NW Suite 630
Washington DC 20004
Telephone: 202-386-9610
pwarren@motleyrice.com

***Co-Lead Counsel***

Andre M. Mura
**GIBBS MURA LLP**
1111 Broadway, Suite 2100
Oakland, CA 94607
Telephone: 510-350-9700
amm@classlawgroup.com

***Plaintiffs' Steering Committee Leadership***

**ATTESTATION**

I, Austin Brane, hereby attest, pursuant to N.D. Cal. Civil L.R. 5-1, that the concurrence to the filing of this document has been obtained from each signatory hereto.

Dated: November 23, 2026

By: /s/ *Austin Brane*
**Austin Brane**

**CERTIFICATE OF SERVICE**

I hereby certify that I filed the foregoing on November 23, 2026, using the Court's ECF filing system, thereby sending notice of the filing to all counsel of record.

By: /s/*Austin Brane*
**Austin Brane**