# EXHIBIT A

**PLAINTIFF'S PROPOSED VERDICT FORM**

**WE, THE JURY IN THE ABOVE-ENTITLED CASE,** unanimously find as follows:

**SECTION A**

**On the First Cause of Action for Negligence:**

1. Did plaintiff Tucson Unified School District ("TUSD") prove the claim by a preponderance of the evidence against:

| | | |
|---|---|---|
| Meta: | ___ YES | ___ NO |
| Snap: | ___ YES | ___ NO |
| TikTok: | ___ YES | ___ NO |
| YouTube: | ___ YES | ___ NO |

**GO TO NEXT PAGE**

**SECTION B**

**On the Second Cause of Action for Public Nuisance:**

2. Did TUSD prove the claim by a preponderance of the evidence against:

| | | |
|---|---|---|
| Meta: | ___ YES | ___ NO |
| Snap: | ___ YES | ___ NO |
| TikTok: | ___ YES | ___ NO |
| YouTube: | ___ YES | ___ NO |

**GO TO NEXT PAGE**

**SECTION C**

3. **Did you answer "YES" as to *any* defendant in SECTION A or in SECTION B?**

   If "NO," then **STOP** and do not fill out any further questions.

   If "YES," then continue to Section D.

**GO TO NEXT PAGE**

## SECTION D

**On the Issue of Compensatory Damages:**

4. What amount, if any, has TUSD proven that it is entitled to in compensatory damages?

$ ________________________________

**GO TO NEXT PAGE**

**SECTION E**

If you marked "YES" that more than one of the Defendants was at fault under either **SECTION A** [Negligence] or **SECTION B** [Public Nuisance] or both, you shall determine from the evidence what percentage, if any, of the total fault was attributable to each such Defendant, as follows:

| | |
|---|---|
| Meta: | ____% |
| Snap: | ____% |
| TikTok: | ____% |
| YouTube: | ____% |
| Total: | 100% |

The amounts you enter must total 100%.

If you marked "NO" for a particular Defendant under **both** **SECTION A** [Negligence] and **SECTION B** [Public Nuisance], you shall enter a zero by that Defendant's name above.

**GO TO NEXT PAGE**

## SECTION F

If you assigned any percentage of fault (more than 0%) to a Defendant in **SECTION G**, you must also decide whether TUSD has proved by clear and convincing evidence that the Defendant acted with a wanton or reckless disregard to TUSD's rights, safety, or property:

Meta: ___ YES ___ NO

Snap: ___ YES ___ NO

TikTok: ___ YES ___ NO

YouTube: ___ YES ___ NO

If you assigned 0% of fault to a Defendant in **SECTION E**, you should leave the question in this section regarding that Defendant blank.

You will decide the amount of damages for wanton or reckless disregard later if you select YES for any Defendant.

ONCE THE JURY HAS COMPLETED THE VERDICT FORM, SIGN AND DATE BELOW, PLACE THE SIGNED VERDICT IN THE APPROPRIATE FOLDER, AND CONTACT THE COURTROOM DEPUTY.

Signed:_________________________
Jury Foreperson

Juror Number: _____ Dated: ___________________