# EXHIBIT A

# VERDICT FORM

## NEGLIGENCE

**1. Did plaintiff Charleston County School District ("Charleston") prove that the Defendant's Non-Protected Conduct breached the duty of care to Charleston for each of the following Defendants?**

Meta: ___ YES ___ NO

Snap: ___ YES ___ NO

TikTok: ___ YES ___ NO

YouTube: ___ YES ___ NO

*For each Defendant, only answer Question 2 if you answer "Yes" to Question 1 for that Defendant.*

**2. Did Charleston prove that the Defendant's breach caused Charleston's students to suffer mental health harms, and that those harms caused Charleston to incur additional expenses for each of the following Defendants?**

Meta: ___ YES ___ NO

Snap: ___ YES ___ NO

TikTok: ___ YES ___ NO

YouTube: ___ YES ___ NO

*Only proceed to Question 3 if you answered "Yes" for any Defendant in Question 2.*

*If you answered "No", or did not answer, for each Defendant in Question 2, you are done. Skip the remaining questions and sign and return the Verdict Form.*

**<u>STATUTE OF LIMITATIONS</u>**

*Only answer Question 3 if you answered "Yes" for any Defendant in Question 2.*

*If you answered "No" to each Defendant for Question 2, or did not answer for each Defendant in Question 2, do not answer Question 3.*

**3. Did Charleston's claimed harms from any Defendant's negligence, if any, begin before August 14, 2020?**

___ YES ___ NO

*Only answer subpart 3(a) if your answer to Question 3 is "Yes."*

**a. Before August 14, 2020, did Charleston know, or should Charleston have known through the exercise of reasonable diligence, that it had suffered harms caused by Defendants' platforms?**

___ YES ___ NO

*If you answered "Yes" to Questions 3 and 3(a), you are done. Skip the remaining questions and sign and return the Verdict Form.*

**COMPENSATORY DAMAGES**

*Only answer Questions 4 and 5 if you answered "Yes" for any Defendant in Question 2.*

*If you answered "No", or did not answer, for each Defendant in Question 2, do not answer Questions 4 or 5.*

**4. In what amount, if any, is Charleston entitled to compensatory damages?**

$__________________

*If you answered any amount other than "$0.00", proceed to Question 5.*

*If you answered $0.00, you are done. Skip the remaining questions and sign and return the Verdict Form.*

**5. What percentage of the total fault for Charleston's harms, if any, do you assign to each of the following?**

*If you marked "NO" for a particular Defendant under Question 2, do not insert a percentage by that Defendant's name.*

**(The total must add up to 100%)**[1]

| | |
|---|---|
| Charleston | _____% |
| Meta | _____% |
| Snap | _____% |
| TikTok | _____% |
| YouTube | _____% |
| **TOTAL:** | **100%** |

*Please continue to the next page.*

[1] Defendants reserve their rights to argue that any injury Charleston proves is divisible.

**MITIGATION**

**6. Did Defendants prove that Charleston could have avoided any of its harms through reasonable efforts or expenditures?**

___ YES ___ NO

*Only answer subpart 6(a) if your answer to Question 6 is "Yes."*

**a. What percentage of Charleston's harms could have been avoided through reasonable efforts or expenditures?**

%________________

*Please continue to the next page.*

**WILLFUL, WANTON, OR RECKLESS DISREGARD**

*Only answer Question 7 if you answered "Yes" for any Defendant in Question 2.*

**7. Did Charleston prove by clear and convincing evidence that any of the following Defendants acted with a willful, wanton, or reckless disregard for the rights of Charleston?**

Meta: ___ YES ___ NO

Snap: ___ YES ___ NO

TikTok: ___ YES ___ NO

YouTube: ___ YES ___ NO

*Please continue to the next page.*

Jury Foreperson