# Exhibit B

**Comparison of Charleston's Proposed Instructions**
**Against Ninth Circuit Model Instructions**

## INSTRUCTION NO. 2

### 1.5 Claims and Defenses

To help you follow the evidence, I will give you a brief summary of the positions of the parties:

The Plaintiff in this case is the Charleston County School District, also referred to as "Plaintiff" or the "School District." The Defendants in this case are four groups of social media companies:

(1) Meta Platforms, Inc. f/k/a Facebook, Inc. and Instagram, LLC, referred to collectively as "Meta;"
(2) Snap, Inc., referred to as "Snap."
(3) TikTok Inc., ByteDance Inc., ByteDance Ltd., TikTok Ltd., and TikTok, LLC, referred to collectively as "TikTok;" and
(4) YouTube, LLC and Google LLC, referred to collectively as "YouTube."

Collectively, these social media companies are referred to as "Defendants."

~~The plaintiff~~Charleston County School District ~~asserts that [*plaintiff's claims*]~~ brings a claim of negligence against each Defendant. ~~The plaintiff~~Charleston County School District has the burden of proving ~~these~~its claim~~s~~. Later, I will explain the legal requirements that the School District must prove for its claim.

~~The defendant~~ Defendants ~~denies~~ deny ~~those~~the School District's claims ~~[and also contends that [*defendant's counterclaims and/or affirmative defenses*]]~~. ~~[The defendant has~~ Defendants also assert three affirmative defenses: (1) comparative negligence, (2) statute of limitations, and (3) assumption of risk. Defendants have the burden of proof on these ~~[*counterclaims and/or affirmative defenses.*]]~~affirmative defenses.

~~[The plaintiff~~Charleston County School District denies ~~[*defendant's counterclaims and/or affirmative defenses*]~~Defendants' affirmative defenses.~~]~~

**INSTRUCTION NO. 4**

**4.1 ~~Corporations and Partnership—Fair Treatment~~Companies and Public Entities**

The Defendants in this case are companies. The Plaintiff in this case is a public entity. All parties are equal before the law. ~~and a [corporation] [partnership] is~~Companies and public entities are entitled to the same fair and conscientious consideration by you as any party.

**~~4.2 Liability of Corporations—Scope of Authority Not in Issue~~**

Under the law, ~~a corporation is~~Plaintiff and Defendants are each considered to be a person~~. It~~ and can only act through its employees, agents, directors, or officers. Therefore, ~~a corporation is~~Plaintiff and Defendants are each responsible for the acts of its subsidiaries, employees, agents, directors, and officers ~~performed within the scope of authority~~.