# EXHIBIT C

**From:** Hanne Jensen <hj@classlawgroup.com>
**Sent:** Tuesday, January 27, 2026 7:45 PM
**To:** Whiteley, Daniel <DWhiteley@wc.com>; Andre Mura <amm@classlawgroup.com>
**Cc:** SOCIALMEDIASD@SKADDENLISTS.COM
**Subject:** Re: MDL 3047 - Heeding Presumption Instruction

Hi Daniel,

Tucson and Charleston intend to withdraw their proposed heeding instructions in the next exchange of briefs tomorrow. Plaintiffs reserve all rights to advance any arguments consistent with the laws of Arizona, Georgia, and South Carolina with respect to bellwether Plaintiffs Tucson, DeKalb, and Charleston.

Best,

Hanne

Hanne Jensen | Associate

Pronouns: she/her/hers

GibbsMura

1111 Broadway, Suite 2100

Oakland, California 94607

510.350.9244 | hj@classlawgroup.com

www.classlawgroup.com

-

This message is intended only for the addressee, and may contain information that is privileged or confidential, and exempt from disclosure under applicable law. If you are not the intended recipient or agent of the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited; and you are asked to notify us immediately by return email, or by telephone at (510) 350-9700. Thank you.

---

**From:** Whiteley, Daniel <DWhiteley@wc.com>
**Sent:** Tuesday, January 27, 2026 12:15 PM
**To:** Andre Mura <amm@classlawgroup.com>; Hanne Jensen <hj@CLASSLAWGROUP.COM>
**Cc:** SOCIALMEDIASD@SKADDENLISTS.COM <SOCIALMEDIASD@SKADDENLISTS.COM>
**Subject:** MDL 3047 - Heeding Presumption Instruction

Counsel,

At yesterday's hearing, Plaintiffs told the court that South Carolina, Arizona, and Georgia do not follow the heeding presumption. Consistent with that position, we understand that Plaintiffs have already removed their proposed heeding presumption instruction in the DeKalb case. Today, please confirm that Plaintiffs will likewise remove that proposed instruction in the Charleston and Tucson cases.

Best,

**Daniel Whiteley**

**Williams & Connolly LLP**

680 Maine Avenue SW, Washington, DC 20024

202-434-5405 | dwhiteley@wc.com | www.wc.com

*He, Him, His*