# EXHIBIT C
# Filed Temporarily Under Seal