Hon. Suzanne H. Segal (Ret.)
SIGNATURE RESOLUTION, LLC
633 West 5th Street, Suite 1000
Los Angeles, California 90071
judgesegal@signatureresolution.com

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION | Case No.: 22-md-3047-YGR<br>Multi-District Litigation ("MDL") No. 3047 |
| This Document Relates to:<br>All Actions | **REPORT NO. 3 OF SPECIAL MASTER** |

On October 16, 2026, District Judge Yvonne Gonzalez Rogers issued an order (the "Order") regarding the Special Master appointment. The Court issued a protocol governing the Special Master's review of documents or redactions from documents that Meta asserted privilege over. The Special Master has followed the protocol and has reviewed the third group of documents. The third group of documents included columns for 200 documents, but not all the columns contained linked documents. The Special Master intends to review the additional documents when provided the links in a separate index from Meta's counsel. The Special Master's rulings on Meta's privilege

assertions are represented under category "D" of the Index which is labeled "Special Master Ruling or Comments." The Index is attached as Exhibit C. Upon completion of her review, the Special Master notified all parties of her rulings.

.

Dated: November 23, 2026

DocuSigned by:
Hon. Suzanne Segal (Ret.)
2B739185DE71459...

Hon. Suzanne Segal (Ret.)
Special Master