UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION

This Document Relates To:

*ALL ACTIONS*

MDL No. 3047

Case No.: 4:22-md-03047-YGR

**[PROPOSED] ORDER GRANTING SEALING STIPULATION REGARDING EXHIBIT B TO REPORT NO. 2 OF SPECIAL MASTER (ECF 3696-2)**

Judge: Hon. Yvonne Gonzalez Rogers
Magistrate Judge: Hon. Peter H. Kang

The Court has considered the Parties' Sealing Stipulation Regarding Exhibit B to Report No. 2 of Special Master (ECF 3696-2), filed November 24, 2026. Pursuant to Civil Local Rules 7-11 and 79-5 and the Court's Order Setting Sealing Procedures (ECF No. 341), and for the reasons set forth in the accompanying Sealing Stipulation, the Court rules as follows on the Parties' undisputed redactions:

| **Filing** | **Portion to be Redacted/Sealed** | **Action to be Taken** | **Court Order** |
|---|---|---|---|
| Exhibit B to Report No. 2 of Special Master, ECF 3696-2 | Names of non-executive employees and other PII appearing at PDF pp. 1–14. | Redact specified portions. | |

**IT IS SO ORDERED.**

DATED:

______________________________
HON. YVONNE GONZALEZ ROGERS
CHIEF UNITED STATES DISTRICT JUDGE